UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vasek Pospisil, Nicholas Kyrgios, Anastasia Rodionova, Nicole Melichar-Martinez, Saisai Zheng, Sorana Cîrstea, John-Patrick Smith, Noah Rubin, Aldila Sutjiadi, Varvara Gracheva, Tennys Sandgren, and Reilly Opelka, on behalf of themselves and all others similarly situated, <br><br> -and- <br><br> The Professional Tennis Players Association, <br><br>                               Plaintiffs, <br><br>    vs. <br><br> ATP Tour, Inc., WTA Tour, Inc., International Tennis Federation Ltd., and International Tennis Integrity Agency Ltd., <br><br>                               Defendants. | No. ___ |

## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Professional Tennis Players Association ("PTPA") by and through its undersigned counsel, states as follows:

The PTPA has no parent corporation and there are no publicly held corporations that own 10% or more of its stock.

DATED:  March 18, 2025
           New York, New York

/s/ *James W. Quinn*
James W. Quinn

James W. Quinn
**JW QUINN ADR LLC**
767 Fifth Avenue
Suite RP4
New York, NY 10153
Tel: (646) 465-3607
Fax: (646) 219-1977
quinn@jwquinnlaw.com

Luna N. Barrington
Zachary A. Schreiber
Nicholas J. Reade
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
luna.barrinton@weil.com
zach.schreiber@weil.com
nick.reade@weil.com

Andrew S. Tulumello (*pro hac vice forthcoming*)
Meagan Bellshaw (*pro hac vice forthcoming*)
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street NW, Suite 600
Tel: (202) 682-7100
Fax: (202) 857-0940
drew.tulumello@weil.com
meagan.bellshaw@weil.com

*Counsel for Plaintiffs*