## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vasek Pospisil, Nicholas Kyrgios, Anastasia Rodionova, Nicole Melichar-Martinez, Saisai Zheng, Sorana Cîrstea, John-Patrick Smith, Noah Rubin, Aldila Sutjiadi, Varvara Gracheva, Tennys Sandgren, and Reilly Opelka, on behalf of themselves and all others similarly situated, | Civil Action No. |
| -and- | |
| The Professional Tennis Players Association, | **NOTICE OF APPEARANCE** |
| Plaintiffs, | |
| vs. | |
| ATP Tour, Inc., WTA Tour, Inc., International Tennis Federation Ltd., and International Tennis Integrity Agency Ltd., | |
| Defendants. | |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Zachary A. Schreiber of Weil, Gotshal & Manges LLP, an attorney duly admitted to practice in this Court, hereby enters his appearance in the above captioned action as counsel for Plaintiffs Vasek Pospisil, Nicholas Kyrgios, Anastasia Rodionova, Nicole Melichar-Martinez, Saisai Zheng, Sorana Cîrstea, John-Patrick Smith, Noah Rubin, Aldila Sutjiadi, Varvara Gracheva, Tennys Sandgren, Reilly Opelka, and the Professional Tennis Players

Association, and respectfully requests that all subsequent papers be served upon

him at the address indicated below.


DATED:  March 18, 2025
             New York, New York


                                                    /s/ *Zachary A. Schreiber*
                                                    Zachary A. Schreiber

                                                    Zachary A. Schreiber
                                                    **WEIL, GOTSHAL & MANGES LLP**
                                                    767 Fifth Avenue
                                                    New York, NY 10153
                                                    Tel: (212) 310-8739
                                                    Fax: (212) 310-8007
                                                    Zach.Schreiber@weil.com