UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vasek Pospisil, Nicholas Kyrgios, Anastasia Rodionova, Nicole Melichar-Martinez, Saisai Zheng, Sorana Cîrstea, John-Patrick Smith, Noah Rubin, Aldila Sutjiadi, Varvara Gracheva, Tennys Sandgren, and Reilly Opelka, on behalf of themselves and all others similarly situated, <br><br> -and- <br><br> The Professional Tennis Players Association, <br><br>                  Plaintiffs, <br><br>    vs. <br><br> ATP Tour, Inc., WTA Tour, Inc., International Tennis Federation Ltd., and International Tennis Integrity Agency Ltd., <br><br>                  Defendants. | Civil Action No. <br><br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Nicholas J. Reade of Weil, Gotshal & Manges LLP, an attorney duly admitted to practice in this Court, hereby enters his appearance in the above captioned action as counsel for Plaintiffs Vasek Pospisil, Nicholas Kyrgios, Anastasia Rodionova, Nicole Melichar-Martinez, Saisai Zheng, Sorana Cîrstea, John-Patrick Smith, Noah Rubin, Aldila Sutjiadi, Varvara Gracheva, Tennys Sandgren, Reilly Opelka, and the Professional Tennis Players

Association, and respectfully requests that all subsequent papers be served upon him at the address indicated below.

DATED: March 18, 2025
New York, New York

/s/ *Nicholas J. Reade*
Nicholas J. Reade

Nicholas J. Reade
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8807
Fax: (212) 310-8007
Nick.Reade@weil.com