IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vasek Pospisil, Nicholas Kyrgios, Anastasia Rodionova, Nicole Melichar-Martinez, Saisai Zheng, Sorana Cîrstea, John-Patrick Smith, Noah Rubin, Aldila Sutjiadi, Varvara Gracheva, Tennys Sandgren, and Reilly Opelka, on behalf of themselves and all others similarly situated,<br><br>-and-<br><br>The Professional Tennis Players Association,<br><br>      Plaintiffs,<br><br>   vs.<br><br>ATP Tour, Inc., WTA Tour, Inc., International Tennis Federation Ltd., and International Tennis Integrity Agency Ltd.,<br><br>      Defendants. | No. 1:25-cv-02207-MMG<br><br>**DECLARATION OF ANDREW S. TULUMELLO IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, ANDREW S. TULUMELLO, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm of Weil, Gotshal & Manges LLP.

2. I submit this declaration in support of the motion for my admission *Pro Hac Vice* in the above-captioned matter.

3. I am admitted to practice before the courts of the State of California and District of Columbia and request to appear as counsel for Plaintiffs in this proceeding. A copy of my Certificate of Good Standing is attached hereto.

4. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied readmission by any court.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 19, 2025

Respectfully submitted,

By: /s/ *Andrew S. Tulumello*

Andrew S. Tulumello
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7100
Facsimile: (202) 857-0940
Drew.Tulumello@weil.com

*Counsel for Plaintiffs*

4