USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VASEK POSPISIL, et al.,

                    Plaintiffs,

-against-

ATP TOUR, INC., et al.,

                    Defendants.

25-CV-02207 (MMG)

**NOTICE OF INITIAL PRETRIAL CONFERENCE**

MARGARET M. GARNETT, United States District Judge:

    Counsel for all parties shall appear for an Initial Pretrial Conference with the Court on **May 8, 2025** at **9:30 a.m.** The conference will be held in person in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. All counsel must familiarize themselves with the Court's Individual Rules & Practices ("Individual Rules"), which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett. All parties are required to register promptly as filing users on ECF.

    Counsel are directed to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at a Fed. R. Civ. P. 16 conference. Additionally, in accordance with Rule II(A)(5) of the Individual Rules, the parties are hereby ORDERED to file on ECF a joint letter, as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter, no later than **May 1, 2025**. The parties shall use this Court's form proposed Civil Case Management Plan and Scheduling Order, which is also available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

    If this case has been settled or otherwise terminated, counsel are not required to submit such a letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://www.nysd.uscourts.gov/electronic-case-filing.

    In accordance with Rule I(B)(5) of the Individual Rules, requests for extensions or adjournments may be made only by letter-motion filed on ECF. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

    **Counsel who have entered a notice of appearance as of the issuance of this order are directed (1) to notify counsel for all other parties in this action who have not yet appeared by serving upon each of them a copy of this order and the Court's Individual Rules forthwith, and (2) to file proof of such notice with the Court.** If unaware of the identity of

counsel for any of the parties, counsel receiving this order must forthwith send a copy of this order and the Individual Rules to that party personally.

Dated: March 20, 2025
      New York, New York

                                SO ORDERED.

                                MARGARET M. GARNETT
                                United States District Judge