AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| **Vasek Pospisil, Nicholas Kyrgios, Anastasia Rodionova, Nicole Melichar-Martinez, Saisai Zheng, Sorana Cîrstea, John-Patrick Smith, Noah Rubin, Aldila Sutjiadi, Varvara Gracheva, PTPA, et al.** <br> *Plaintiff(s)* <br> v. <br> **ATP Tour, Inc., WTA Tour, Inc., International Tennis Federation Ltd., and International Tennis Integrity Agency Ltd.** <br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ATP Tour, Inc., c/o
　　　　　　　　　　　　　　　　　The Corporation Trust Company
　　　　　　　　　　　　　　　　　Corporation Trust Center
　　　　　　　　　　　　　　　　　1209 Orange Street
　　　　　　　　　　　　　　　　　Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James W. Quinn
　　　　　　　　　　　　　　　　　　　　JW Quinn ADR LLC
　　　　　　　　　　　　　　　　　　　　767 Fifth Avenue Suite RP4
　　　　　　　　　　　　　　　　　　　　New York, New York 10153
　　　　　　　　　　　　　　　　　　　　(646) 465-3607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  3/19/2025                                                                       s/ G. Pisarczyk
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
VASEK POSPISIL, et al.,

            Plaintiffs,                      Civil Action No. 1:25-cv-02207-MMG

  -against-                                AFFIRMATION OF SERVICE

ATP TOUR, INC., et al.,

            Defendants.
-------------------------------------------------------X

     **WILLIAM BAILEY** affirms that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

     That on the 19th day of March, 2025, at approximately 2:31 pm, deponent served a true copy of the **SUMMONS AND COMPLAINT** upon **ATP TOUR, INC.** c/o Corporation Trust Company at 1209 Orange Street, Wilmington, DE 19801, by personally delivering and leaving the same with **ROBIN HUTTS-BANKS**, who is an Intake Specialist and is authorized to receive service for that company.

     **ROBIN HUTTS-BANKS** is a black female, approximately 60 years of age, stands approximately 5 feet 7 inches tall, and weighs approximately 160 pounds with black hair.

     **WILLIAM BAILEY** affirms this __21st__ day of March, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and understands that this document may be filed in an action or proceeding in a court of law.

*[signature]*
WILLIAM BAILEY

# 306127

D.L.S., Inc.
401 Broadway
Suite 808
New York, NY 10013
212-925-1220
www.dlsnational.com