AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Vasek Pospisil, Nicholas Kyrgios, Anastasia Rodionova, Nicole Melichar-Martinez, Saisai Zheng, Sorana Cîrstea, John-Patrick Smith, Noah Rubin, Aldila Sutjiadi, Varvara Gracheva, PTPA, et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> ATP Tour, Inc., WTA Tour, Inc., International Tennis Federation Ltd., and International Tennis Integrity Agency Ltd. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    International Tennis Integrity Agency Ltd.
Bank Lane, Roehampton London
SW15 5XZ, United Kingdom

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    James W. Quinn
JW Quinn ADR LLC
767 Fifth Avenue Suite RP4
New York, New York 10153
(646) 465-3607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  3/19/2025

*Tammi M. Hellwig*

s/ G. Pisarczyk

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

'  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

'  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

'  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

'  I returned the summons unexecuted because _____ ; or

'  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .


I declare under penalty of perjury that this information is true.


Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the Southern District of New York

|  |  |  |
|---|---|---|
| VASEK POSPISIL, et al., | ) | |
| | ) | |
| Plaintiffs | ) | Case No. 1:25-cv-022207-MMG |
| v. | ) | |
| | ) | |
| ATP TOUR, INC., et al., | ) | |
| | ) | |
| Defendants | ) | |

---

**Witness Statement of Service in accordance with sub paragraph (b)
of article 10, Hague Convention on the Service Abroad of Judicial and
Extrajudicial Documents In Civil or Commercial Matters**

---

I, **SENE CASSAMA**, Process Server, acting under the instructions of Across The Pond Process Service, of Moorside, Moor Lane, Menston, LS29 6AS, England, say as follows:

1. In the matters detailed below I was acting as agent for Graham Bridgman, a Solicitor of the Senior Courts of England and Wales and thus a competent person of the State of destination within the meaning of article 10(b) of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("the Convention").

2. Mr Bridgman was in turn acting upon the instructions of Karina Shreefer, of Shreefer Law Firm, LLC, of 5820 Knox Street, Merriam, KS 66203, USA, a registered attorney admitted in the State of Kansas, and thus a judicial officer of the state of origin within the meaning of article 10(b) of the Convention.

3. In this witness statement I refer to the following documents as "the Service Documents":

   a. Hague Service Convention Warning and the Hague Service Convention Summary of the Document to be Served ("the Hague Documents");

   b. Summons in a Civil Action; and

   c. Complaint.

4. Exhibited hereto marked 'A' is a copy of the Hague Documents.

5. On Friday the 21st day of March 2025 at 11:17 a.m., I served INTERNATIONAL TENNIS INTEGRITY AGENCY LTD, hereafter "ITIA Ltd", one of the Defendants herein, with the Service Documents by delivering them to and leaving them at ITIA Ltd's Registered Office at c/o Fieldfisher, Riverbank House, 2 Swan Lane, London, EC4R 3TT, England, hereafter "the Service Address", which is a method of service in accordance with English Court rules. Under those rules, the deemed date of service is Tuesday the 25th day of March 2025.

6.  On arrival at the Service Address, which is occupied by Fieldfisher LLP, a law firm, I was directed to the Post Room, where I met with an adult male who identified himself as Ernest Wbu, a security guard. He accepted the Service Documents, confirming that they would be taken to the offices of Fieldfisher LLP.

7.  Service has been effected in accordance with a method prescribed by the internal law of England and Wales and also in accordance with Article 10(b) of the Convention.

**ADDITIONAL COMMENTS**

I certify that I am over the age of 18 and not a party to or interested in the above action. I have proper authority in the jurisdiction in which this service was effected.

**STATEMENT OF TRUTH**

I believe that the facts stated in this Witness Statement are true. I understand that proceedings for contempt of court may be brought against anyone who makes, or causes to be made, a false statement in a document verified by a statement of truth without an honest belief in its truth.

Dated:        21 March 2025

Signed:

**SENE CASSAMA**

# UNITED STATES DISTRICT COURT

for the Southern District of New York

|  |  |  |
|---|---|---|
| VASEK POSPISIL, et al., | ) | |
| | ) | |
| Plaintiffs | ) | Case No. 1:25-cv-022207-MMG |
| v. | ) | |
| | ) | |
| ATP TOUR, INC., et al., | ) | |
| | ) | |
| Defendants | ) | |

---

### Exhibit A to the Witness Statement of SENE CASSAMA

---

This is the exhibit marked "A" to my witness statement dated today.

Dated:        21 March 2025

Signed:

**SENE CASSAMA**

𝒜 ˡ

# WARNING

*(recommended by the Fourteenth Session of*
*Hague Conference of October 1980)*

**identity and address of the addressee**
*identité et adresse du destinataire*

---

### INTERNATIONAL TENNIS INTEGRITY AGENCY LTD.
c/o Fieldfisher
Riverbank House
2 Swan Lane
London EC4R 3TT
UNITED KINGDOM

---

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS
AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE
YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE.    YOU SHOULD,
HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY.    IT MAY BE NECESSARY TO
SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION
ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY
WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY
WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

### Legal Aid Society
### 199 Water Street
### New York, New York 10038
### U.S.A.
### Tel. 1.212.577.3300

### TRÈS IMPORTANT

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET*
*OBLIGATIONS. LES "ÉLÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS*
*SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE*
*TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR*
*L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE*
*PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE*
*OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE*
*ADRESSÉES :*

*Legal Aid Society*
*199 Water Street*
*New York, New York 10038*
*U.S.A.*
*Tel. 1.212.577.3300*

# SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciares et extrajudiciares
en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*
(article 5, fourth paragraph)
*(article 5, alinéa 4)*

Name and address of the requesting authority:     Karina Shreefer, Esq.
*Nom et adresse de l'autorité requérante :*          SHREEFER LAW FIRM, LLC
                                                     5820 Knox Street, Merriam, Kansas 66203 USA

Particulars of the parties*:
*Identité des parties :*    Vasek Pospisil, et al., *Plaintiffs*, v. ATP Tour, Inc., WTA Tour, Inc., International Tennis Federation
Ltd., and **International Tennis Integrity Agency Ltd.**, *Defendants.*

## JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :*     To give notice to the Defendant that a lawsuit has been filed against it and to summon it to
answer.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
*Nature et objet de l'instance, le cas échéant, le montant du litige :*     A civil proceeding has been commenced against the Defendant.

Date and place for entering appearance**:
*Date et lieu de la comparution :*     Within 21 days after service of this summons on Defendant (not counting the day received),
Defendant must serve on Plaintiff's attorney an answer to the complaint or a motion under Rule 12 of the Federal
Rules of Civil Procedure. Plaintiff's attorney is James W. Quinn, JW Quinn ADR LLC, 767 5th Avenue, Suite RP4
New York, New York 10153, USA. Defendant must also file its answer or motion with the United States District
Court for the Southern District of New York, US Courthouse, 500 Pearl Street, New York, New York 10007 USA.

Court which has given judgment**:
*Juridiction qui a rendu la décision :*     N/A

Date of judgment**:
*Date de la décision :*     N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :*     Defendant is summoned and must serve an answer to the complaint or a motion
under Rule 12 of the Federal Rules of Civil Procedure upon the Plaintiff's attorney within 21 days after service of
this summons on it (not counting the day Defendant received it). Defendant must also file its answer or motion with
the court. If Defendant fails to respond, judgment by default will be entered against it for the relief demanded in the
Complaint.

## EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :*     N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :*     N/A

* If appropriate, identity and address of the person interested in the transmission of the document.
 *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
** Delete if inappropriate.
 *Rayer les mentions inutiles.*

*U.S. Government Printing Office, 1990-262-211/13802