UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vasek Pospisil, Nicholas Kyrgios, Anastasia Rodionova, Nicole Melichar-Martinez, Saisai Zheng, Sorana Cîrstea, John-Patrick Smith, Noah Rubin, Aldila Sutjiadi, Varvara Gracheva, Tennys Sandgren, and Reilly Opelka, on behalf of themselves and all others similarly situated,<br><br>-and-<br><br>The Professional Tennis Players Association,<br><br>Plaintiffs,<br><br>-vs.-<br><br>ATP Tour, Inc., WTA Tour, Inc., International Tennis Federation Ltd., and International Tennis Integrity Agency Ltd.,<br><br>Defendants. | Case No. 1:25-cv-02207-MMG |

## CERTIFICATE OF SERVICE

I, ZACHARY A. SCHREIBER, being an attorney at law, duly licensed to practice in the State of New York, do hereby affirm under penalty of perjury that the following is true:

1. I am over eighteen years of age and am not a party to this action. I am employed by Weil, Gotshal & Manges LLP, located at 767 Fifth Avenue, New York, New York 10153.

2. On March 21, 2025, I caused a true and correct copy of the following documents to be served upon Defendants:

- Notice of Appearance for Luna M. Barrington (ECF No. 8);

- Notice of Appearance for Zachary A. Schreiber (ECF No. 9);

- Notice of Appearance for Nicholas J. Reade (ECF No. 10);

- Motion for Admission *Pro Hac Vice* for Andrew S. Tulumello (ECF Nos. 15-15-4);

- Notice of Initial Pretrial Conference (ECF No. 16);

- Individual Rules & Practices for Honorable Margaret M. Garnett, United States District Judge;

- Letter Motion for Order under Fed. R. Civ. P. 23(d) (ECF No. 20); and

- Declaration of Wajid Mir Syed (ECF No. 20-1).

3. I caused the aforementioned documents to be served upon Defendants by overnight delivery via Federal Express at the following addresses:

ATP Tour, Inc.
201 ATP Tour Boulevard
Ponte Vedra Beach, Florida 32082

WTA Tour, Inc.
100 Second Avenue South Suite 1100-S
Saint Petersburg, Florida, 33701

International Tennis Federation Ltd.
Bank Lane, Roehampton London SW15 5XZ, United Kingdom

International Tennis Integrity Agency Ltd.
Bank Lane, Roehampton London
SW15 5XZ, United Kingdom

Dated: New York, New York
March 21, 2025

/s/ Zachary A. Schreiber

Zachary A. Schreiber