UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vasek Pospisil, Nicholas Kyrgios, Anastasia Rodionova, Nicole Melichar-Martinez, Saisai Zheng, Sorana Cîrstea, John-Patrick Smith, Noah Rubin, Aldila Sutjiadi, Varvara Gracheva, Tennys Sandgren, and Reilly Opelka, on behalf of themselves and all others similarly situated,<br><br>        -and-<br><br>The Professional Tennis Players Association,<br><br>                Plaintiffs,<br><br>                v.<br><br>ATP Tour, Inc., WTA Tour, Inc., International Tennis Federation Ltd., and International Tennis Integrity Agency Ltd.,<br><br>                Defendants. | Civil Action No. 1:25-cv-02207-MMG |

## NOTICE OF APPEARANCE OF BRADLEY I. RUSKIN

PLEASE TAKE NOTICE that Bradley I. Ruskin of Proskauer Rose LLP hereby appears as counsel of record in the above-captioned matter on behalf of Defendant ATP Tour, Inc. This appearance shall in no way be deemed a waiver of any defenses or objections, including but not limited to those based on lack of jurisdiction, improper venue, and improper forum, all of which are hereby expressly preserved.

Dated: March 23, 2025
      New York, New York

                              Respectfully submitted,

                              By: */s/ Bradley I. Ruskin*
                                  Bradley I. Ruskin
                                  PROSKAUER ROSE LLP
                                  Eleven Times Square
                                  New York, New York 10036
                                  bruskin@proskauer.com
                                  (212) 969-3465