**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Vasek Pospisil, Nicholas Kyrgios, Anastasia Rodionova, Nicole Melichar-Martinez, Saisai Zheng, Sorana Cîrstea, John-Patrick Smith, Noah Rubin, Aldila Sutjiadi, Varvara Gracheva, Tennys Sandgren, and Reilly Opelka, on behalf of themselves and all others similarly situated,<br><br>     -and-<br><br>The Professional Tennis Players Association,<br><br>            Plaintiffs,<br><br>        v.<br><br>ATP Tour, Inc., WTA Tour, Inc., International Tennis Federation Ltd., and International Tennis Integrity Agency Ltd.,<br><br>            Defendants. | Civil Action No. 1:25-cv-02207-MMG |

## RULE 7.1 STATEMENT OF ATP TOUR, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant ATP Tour, Inc. ("ATP Tour"), by and through its undersigned counsel, hereby certifies that the ATP Tour is a not-for-profit non-stock corporation and has no corporate parents. This Rule 7.1 statement shall in no way be deemed a waiver of any defenses or objections, including but not limited to those based on lack of jurisdiction, improper venue, and improper forum, all of which are hereby expressly preserved.

Dated:  March 23, 2025
            New York, New York

                                                    Respectfully submitted,


                                          By:  */s/ Bradley I. Ruskin* _____
                                                    Bradley I. Ruskin
                                                    PROSKAUER ROSE LLP
                                                    Eleven Times Square
                                                    New York, New York 10036
                                                    bruskin@proskauer.com
                                                    (212) 969-3465