AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Vasek Pospisil, Nicholas Kyrgios, Anastasia Rodionova, Nicole Melichar-Martinez, Saisai Zheng, Sorana Cîrstea, John-Patrick Smith, Noah Rubin, Aldila Sutjiadi, Varvara Gracheva, PTPA, et al. <br> *Plaintiff(s)* <br> v. <br> ATP Tour, Inc., WTA Tour, Inc., International Tennis Federation Ltd., and International Tennis Integrity Agency Ltd. <br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  International Tennis Federation Ltd.
Bank Lane, Roehampton London
SW15 5XZ, United Kingdom

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    James W. Quinn
JW Quinn ADR LLC
767 Fifth Avenue Suite RP4
New York, New York 10153
(646) 465-3607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  3/19/2025    s/ G. Pisarczyk

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____         _____
                             *Server's signature*

                             _____
                             *Printed name and title*

                             _____
                             *Server's address*

Additional information regarding attempted service, etc:

[Print]  [Save As...]                                           [Reset]

UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Vasek Pospisil, *et al.* ) | |
| *Plaintiff(s)* ) | |
| ) | Civil Action No. 1:25-cv-02207-MMG |
| v. ) | |
| ATP Tour, Inc., *et al.* ) | |
| *Defendant(s)* ) | |

## AFFIDAVIT OF SERVICE UPON ITF LIMITED

Desmond Bain, being duly sworn, says:

1. I am a process server employed by ParrisWhittaker, Counsel & Attorneys-At-Law, located at Suite 10, Seventeen Centre, Bank Lane, Freeport, Grand Bahama and am authorized to serve legal process in Canada.

2. On or about March 20, 2025, ParrisWhittaker was instructed to serve the following documents upon defendant International Tennis Federation Ltd. ("ITF"):

   - Hague Service Convention *Warning* and *Summary of the Document to be Served*, copies of which are attached hereto as Exhibit A
   - *Summons in a Civil Action*
   - *Complaint*

3. According to the Bahamian Registrar General's Department, ITF is located at Sassoon House, Shirley Street & Victoria Avenue, PO Box N-272, Nassau, Bahamas. See ITF Limited's Company Profile attached hereto as Exhibit B. This address is the location of Graham Thompson Attorneys and GTC Corporate Services Limited, a licensed affiliate of Graham Thompson.

4. On March 21, 2025 at approximately 2:43 p.m., I went to ITF's registered office at Sassoon House where I personally hand-delivered the above-referenced documents to Shaniqua Bowleg, Corporate Assistant at GTC Corporate Services Limited. Ms. Bowleg signed ParrisWhittaker's cover letter, a copy of which is attached hereto as Exhibit C, confirming receipt of the documents.

5. Ms. Bowleg is Bahamian, approximately 35 years old, 5'8" tall, 155 pounds, with short dark hair.

6. Service has been effected upon International Tennis Federation, Limited in accordance with the laws of the Bahamas and thus in compliance with Article 10(b) of the Hague Service Convention.

_____
24th March, 2025
Date

_____
Desmond Bain, Process Server

Sworn to before me at Nassau, Bahamas this 24th day of March 2025.

_____
Signature of Bahamian Notary

IAN WILLIAM A. CARGILL
Counsel & Notary Public
Nassau, Bahamas
Notary Licence 2143
Notary Licence Expires 31st December, 20 25