USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VASEK POSPISIL, et al.,

                Plaintiffs,

-against-

ATP TOUR, INC., et al.,

                Defendants.

25-CV-02207 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      Counsel for all parties shall appear for a hearing on Plaintiffs' motion for an order pursuant to Fed. R. Civ. P. 23(d), *see* Dkt. No. 20, on **April 11, 2025 at 1:30 p.m.**  The hearing will be held in person in Courtroom 906, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.  During the hearing, the parties should be prepared to discuss the issues raised in the parties' letters at Dkt. Nos. 20 and 24.

      Furthermore, Mr. Wajid Mir Syed and Mr. Luben Pampoulov are hereby ORDERED to attend the hearing and shall be prepared to give testimony to the Court on the issues raised in their respective declarations.  *See* Dkt. Nos. 20-1, 25.  The parties may offer testimony from any additional witnesses they wish, but shall inform the Court by letter by no later than **April 4, 2025** if they intend to do so, whom they intend to call, and the approximate length of such testimony.  The Court does not intend to hold a hearing longer than three hours total, so the parties are further ORDERED to meet and confer sufficiently in advance of the hearing to discuss their anticipated presentation of evidence.

Dated: March 25, 2025
       New York, New York

                              SO ORDERED.

                              MARGARET M. GARNETT
                              United States District Judge