IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vasek Pospisil, Nicholas Kyrgios, Anastasia Rodionova, Nicole Melichar-Martinez, Saisai Zheng, Sorana Cîrstea, John-Patrick Smith, Noah Rubin, Aldila Sutjiadi, Varvara Gracheva, Tennys Sandgren, and Reilly Opelka, on behalf of themselves and all others similarly situated,<br><br>-and-<br><br>The Professional Tennis Players Association,<br><br>Plaintiffs,<br><br>vs.<br><br>ATP Tour, Inc., WTA Tour, Inc., International Tennis Federation Ltd., and International Tennis Integrity Agency Ltd.,<br><br>Defendants. | No. 1:25-cv-02207-MMG<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

The motion of Meagan K. Bellshaw, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the State of California, and that her contact information is as follows:

> Meagan K. Bellshaw
> WEIL, GOTSHAL & MANGES LLP
> 2001 M Street NW, Suite 600
> Washington, DC 20036
> Telephone: (202) 682-7140
> Facsimile: (202) 857-0940
> Meagan.Bellshaw@weil.com

5

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: March 26, 2025

_____
United States District Judge