UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VASEK POSPISIL, *et al.*,<br><br>        *Plaintiffs,*<br><br>v.<br><br>ATP TOUR, INC., *et al.*,<br><br>        *Defendants.* | Case No. 1:25-cv-02207-MMG |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Heather P. Lamberg, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant International Tennis Integrity Agency Ltd. in the above-captioned action.

I am in good standing with the bars of the District of Columbia and of the state of Maryland, and there are no disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

Dated: March 31, 2025
       Washington, DC

Respectfully submitted,

*/s/ Heather P. Lamberg*
Heather P. Lamberg
FRESHFIELDS US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
Tel: (202) 777-4797
heather.lamberg@freshfields.com

*Counsel for Defendant International Tennis Integrity Agency Ltd.*