**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VASEK POSPISIL, *et al.*,<br><br>                      *Plaintiffs,*<br><br>v.<br><br>ATP TOUR, INC., *et al.*,<br><br>                      *Defendants.* | Case No. 1:25-cv-02207-MMG |

**DECLARATION OF HEATHER P. LAMBERG IN**
**SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

    I, Heather P. Lamberg, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

    I am a Partner with the law firm of Freshfields US LLP. I make this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

1. I am eligible to practice and a member of good standing in the bars of the District of Columbia and of the state of Maryland. Certificates of Good Standing are appended hereto.

2. I have not been convicted of a felony.

3. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no disciplinary proceedings against me in any state or federal court.

    Wherefore Heather P. Lamberg respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 31, 2025
       Washington, DC

Respectfully submitted,

*/s/ Heather P. Lamberg*
Heather P. Lamberg