UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VASEK POSPISIL, *et al.*,<br><br>　　　　　　*Plaintiffs,*<br><br>v.<br><br>ATP TOUR, INC., *et al.*,<br><br>　　　　　　*Defendants.* | Case No. 1:25-cv-02207-MMG |

**[PROPOSED ORDER] GRANTING**
**MOTION FOR ADMISSION *PRO HAC VICE***

The motion of Heather P. Lamberg for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the District of Columbia and of the state of Maryland; and that her contact information is as follows:

Heather P. Lamberg
FRESHFIELDS US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
Tel: (202) 777-4797
heather.lamberg@freshfields.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant International Tennis Integrity Agency Ltd. in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2025
       New York, New York

                                             _____
                                             The Honorable Margaret M. Garnett
                                             United States District Judge