**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VASEK POSPISIL, *et al.*, <br><br>          *Plaintiffs,* <br><br> v. <br><br> ATP TOUR, INC., *et al.*, <br><br>          *Defendants.* | Case No. 1:25-cv-02207-MMG |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF**
**INTERNATIONAL TENNIS INTEGRITY AGENCY LTD.**

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Defendant International Tennis Integrity Agency Ltd. ("ITIA"), by and through its undersigned counsel, hereby states that the ITIA has no parent corporation and no publicly held corporation owns 10% or more of its stock. This Rule 7.1 statement shall in no way be deemed a waiver of any defenses or objections, including but not limited to lack of personal jurisdiction and improper venue, all of which the ITIA expressly preserves.

Dated: March 31, 2025
       Washington, DC

Respectfully submitted,

*/s/ Heather P. Lamberg*
Heather P. Lamberg (*pro hac vice* pending)
FRESHFIELDS US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
Tel: (202) 777-4797
heather.lamberg@freshfields.com

*Counsel for Defendant International Tennis*
*Integrity Agency Ltd.*

1