## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VASEK POSPISIL, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> ATP TOUR, INC., *et al.*, <br><br> *Defendants.* | Case No. 1:25-cv-02207-MMG |

### <u>NOTICE OF APPEARANCE</u>

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Jan Rybnicek of Freshfields US LLP, an attorney duly admitted to practice in this Court, hereby enters his appearance as counsel in this action for Defendant International Tennis Integrity Agency Ltd.

Dated: March 31, 2025
       Washington, DC

Respectfully submitted,

/s/ Jan Rybnicek
Jan Rybnicek
FRESHFIELDS US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
Tel: (202) 777-4534
jan.rybnicek@freshfields.com

*Counsel for Defendant International Tennis Integrity Agency Ltd.*