UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VASEK POSPISIL, *et al.*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>ATP TOUR, INC., *et al.*,<br><br>        *Defendants*. | Case No. 1:25-cv-02207-MMG |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Constance Forkner of Freshfields US LLP, an attorney duly admitted to practice in this Court, hereby enters her appearance as counsel in this action for Defendant International Tennis Integrity Agency Ltd.

Dated: March 31, 2025
       Washington, DC

Respectfully submitted,

*/s/ Constance Forkner*
Constance Forkner
FRESHFIELDS US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
Tel: +1 (202) 777-4597
constance.forkner@freshfields.com

*Counsel for Defendant International Tennis Integrity Agency Ltd.*