UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Vasek Pospisil, Nicholas Kyrgios, Anastasia Rodionova, Nicole Melichar-Martinez, Saisai Zheng, Sorana Cîrstea, John-Patrick Smith, Noah Rubin, Aldila Sutjiadi, Varvara Gracheva, Tennys Sandgren, and Reilly Opelka, on behalf of themselves and all others similarly situated,

-and-

The Professional Tennis Players Association,

Plaintiffs,

vs.

ATP Tour, Inc., WTA Tour, Inc., International Tennis Federation Ltd., and International Tennis Integrity Agency Ltd.,

Defendants.

Case No. 25-cv-2207 (MMG)

## DECLARATION OF REILLY OPELKA

I, Reilly Opelka, declare, upon personal knowledge and under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a professional tennis player, and a plaintiff in this Action.

2. After this lawsuit was filed, I spoke with a member of the ATP Player Council.

3. The ATP Player Council member advised me that the ATP will reduce the compensation and benefits of the players who are party to, or supportive of, this lawsuit.

Dated: March 24, 2025
       Miami, Florida

_____
Reilly Opelka