UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vasek Pospisil, Nicholas Kyrgios, Anastasia Rodionova, Nicole Melichar-Martinez, Saisai Zheng, Sorana Cîrstea, John-Patrick Smith, Noah Rubin, Aldila Sutjiadi, Varvara Gracheva, Tennys Sandgren, and Reilly Opelka, on behalf of themselves and all others similarly situated,<br><br>-and-<br><br>The Professional Tennis Players Association,<br><br>Plaintiffs,<br><br>-vs.-<br><br>ATP Tour, Inc., WTA Tour, Inc., International Tennis Federation Ltd., and International Tennis Integrity Agency Ltd.,<br><br>Defendants. | Case No. 1:25-cv-02207-MMG |

## CERTIFICATE OF SERVICE

I, ZACHARY A. SCHREIBER, being an attorney at law, duly licensed to practice in the State of New York, do hereby affirm under penalty of perjury that the following is true:

1. I am over eighteen years of age and am not a party to this action. I am employed by Weil, Gotshal & Manges LLP, located at 767 Fifth Avenue, New York, New York 10153.

2. On April 1, 2025, I caused a true and correct copy of the following documents to be served upon Defendants International Tennis Federation Ltd., and WTA Tour, Inc.:

- Reply Memorandum of Law in support of Letter Motion for Order under Fed. R. Civ. P. 23(d) (ECF No. 36); and

- Declaration of Reilly Opelka (ECF No. 37).

3. I caused the aforementioned documents to be served upon the aforementioned Defendants via Federal Express at the following addresses:

WTA Tour, Inc.
100 Second Avenue South Suite 1100-S
Saint Petersburg, Florida, 33701

International Tennis Federation Ltd.
Bank Lane, Roehampton London SW15
5XZ, United Kingdom

Dated: New York, New York
April 1, 2025

                                              */s/ Zachary A. Schreiber*
                                              Zachary A. Schreiber