UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VASEK POSPISIL, *et al.*,

      *Plaintiffs*,

    v.

ATP TOUR, INC., *et al.*,

      *Defendants*.

Case No. 1:25-cv-02207-MMG

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Joon H. Kim of the law firm Cleary Gottlieb Steen & Hamilton LLP hereby appears in the above-captioned action as counsel for Defendant International Tennis Federation Ltd., and requests that all papers in this action be served upon, and all communications directed to, the undersigned at the address provided below.

Dated: April 1, 2025
      New York, New York

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: */s/ Joon H. Kim*
    Joon H. Kim
    One Liberty Plaza
    New York, New York 10006
    T: (212) 225-2000
    jkim@cgsh.com

*Attorney for International Tennis Federation Ltd.*