UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VASEK POSPISIL, *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>ATP TOUR, INC., *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-02207-MMG |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Carl Lawrence Malm of the law firm Cleary Gottlieb Steen & Hamilton LLP hereby appears in the above-captioned action as counsel for Defendant International Tennis Federation Ltd., and requests that all papers in this action be served upon, and all communications directed to, the undersigned at the address provided below.

Dated: April 1, 2025
   Washington, DC

              Respectfully submitted,

              CLEARY GOTTLIEB STEEN & HAMILTON LLP

              By:  */s/ C. Lawrence Malm*
                  C. Lawrence Malm
                  2112 Pennsylvania Avenue, NW
                  Washington, DC 20037
                  T: (202) 974-1959
                  lmalm@cgsh.com

              *Attorney for International Tennis Federation Ltd.*