UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VASEK POSPISIL, *et al.*,

    *Plaintiffs*,

v.

ATP TOUR, INC., *et al.*,

    *Defendants*.

Case No. 1:25-cv-02207-MMG

**RULE 7.1 DISCLOSURE STATEMENT OF
INTERNATIONAL TENNIS FEDERATION LTD.**

Pursuant to Federal Rule of Civil Procedure 7.1, International Tennis Federation Ltd. ("ITF") states that it has a parent corporation, ITF Trust. No publicly-held corporation owns 10% or more of its shares.

ITF expressly preserves all defenses and objections, including to jurisdiction and insufficient service of process, and this Rule 7.1 Disclosure Statement does not waive any such defenses or objections.

Dated:   April 1, 2025

                                              Respectfully submitted,

                                              */s/ C. Lawrence Malm*

Joon H. Kim
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
T: (212) 225-2000
jkim@cgsh.com

C. Lawrence Malm
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
T: (202) 974-1959
lmalm@cgsh.com

*Counsel for International Tennis Federation Ltd.*