**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VASEK POSPISIL, *et al.*,<br><br>    *Plaintiffs,*<br><br>  v.<br><br>ATP TOUR, INC., *et al.*,<br><br>    *Defendants.* | Case No. 1:25-cv-02207-MMG<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that the following attorney appears as counsel in the above-captioned case on behalf of Defendant WTA Tour, Inc.

        Lawrence E. Buterman
        Latham & Watkins LLP
        1271 Avenue of the Americas
        New York, NY 10020
        Telephone: (212) 906-1200
        Facsimile: (212) 751-4864
        Email: lawrence.buterman@lw.com

Dated: April 2, 2025
   New York, New York

        Respectfully Submitted,

        LATHAM & WATKINS LLP

        */s/ Lawrence E. Buterman*
        Lawrence E. Buterman
        1271 Avenue of the Americas
        New York, NY 10020
        Telephone: (212) 906-1200
        Facsimile: (212) 751-4864
        Email: lawrence.buterman@lw.com

        *Attorneys for Defendant WTA Tour, Inc.*