UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VASEK POSPISIL, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> ATP TOUR, INC., *et al.*, <br><br> *Defendants.* | Case No. 1:25-cv-02207-MMG |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant WTA Tour, Inc. hereby certifies that WTA Tour, Inc. has no parent corporation and no publicly held corporation owns 10% or more of WTA Tour, Inc.

WTA Tour, Inc. expressly preserves all defenses and objections, including to jurisdiction and insufficient service of process, and this Rule 7.1 Corporate Disclosure Statement does not waive any such defenses or objections.

| | |
|---|---|
| Dated: April 2, 2025<br>New York, New York | Respectfully submitted,<br><br>**LATHAM & WATKINS LLP**<br><br><u>/s/ Lawrence E. Buterman</u><br>Lawrence E. Buterman<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: lawrence.buterman@lw.com<br><br>Christopher S. Yates (*pro hac vice* pending)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>Email: chris.yates@lw.com<br><br>Amanda P. Reeves (*pro hac vice* forthcoming)<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004-1304<br>Telephone: (202) 637-2200<br>Facsimile: (202) 637-2201<br>Email: amanda.reeves@lw.com<br><br>*Attorneys for Defendant WTA Tour, Inc.* |