UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VASEK POSPISIL, *et al.*,<br><br>                              *Plaintiffs,*<br><br>     v.<br><br>ATP TOUR, INC., *et al.*,<br><br>                              *Defendants.* | Case No. 1:25-cv-02207-MMG<br><br>NOTICE OF MOTION TO ADMIT COUNSEL <u>***PRO HAC VICE***</u> |

       Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Christopher S. Yates, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant WTA Tour, Inc.

       I am a member in good standing of the Bar of the State of California, and a Certificate of Good Standing is attached hereto as **Exhibit A**. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

| | |
|---|---|
| Dated: April 2, 2025<br>       San Francisco, California | Respectfully Submitted,<br><br>**LATHAM & WATKINS LLP**<br><br><u>/s/ Christopher S. Yates</u><br>Christopher S. Yates<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>Email: chris.yates@lw.com<br><br>*Attorneys for Defendant WTA Tour, Inc.* |