**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

VASEK POSPISIL, *et al.*,

                                        *Plaintiffs,*

                        v.

ATP TOUR, INC., *et al.*,

                                        *Defendants.*

Case No. 1:25-cv-02207-MMG

**DECLARATION OF CHRISTOPHER S. YATES IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Christopher S. Yates, declare as follows:

1.  I am a partner at the law firm of Latham & Watkins LLP, and I am counsel for Defendant WTA Tour, Inc.

2.  I respectfully submit this declaration in support of my Motion to Admit Counsel *Pro Hac Vice*.

3.  I have been a member in good standing of the Bar of the State of California since December 14, 1992.

4.  I attach a Certificate of Good Standing from the Bar of the State of California, which was issued within thirty days of this filing, as **Exhibit A** to my Motion to Admit Counsel *Pro Hac Vice*.

5.  I have never been convicted of a felony or been the subject of any criminal conviction.

6.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7.  I have never been the subject of a disciplinary sanction and there are no disciplinary proceedings presently pending against me.

    Wherefore your declarant respectfully submits that he be permitted to appear as counsel

*pro hac vice* in this one case on behalf of Defendant WTA Tour, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 2, 2025
San Francisco, California

/s/ Christopher S. Yates
Christopher S. Yates