UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VASEK POSPISIL, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>ATP TOUR, INC., *et al.*,<br><br>    *Defendants.* | Case No. 1:25-cv-02207-MMG<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

The motion of Christopher S. Yates for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of California and that his contact information is as follows:

Applicant's Name: Christopher S. Yates

Firm Name: Latham & Watkins LLP

Address: 505 Montgomery Street, Suite 2000

City/State/Zip: San Francisco, CA 94111-6538

Telephone: (415) 391-0600/ Facsimile: (415) 395-8095

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant WTA Tour, Inc.,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____, 2025

_____

United States District Judge Margaret M. Garnett