UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VASEK POSPISIL, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>ATP TOUR, INC., *et al.*,<br><br>　　　　　　　　　Defendants. | Civil Action No. 1:25-cv-02207-MMG |

## NOTICE OF APPEARANCE OF KYLE A. CASAZZA

PLEASE TAKE NOTICE that Kyle A. Casazza of Proskauer Rose LLP hereby appears as counsel of record in the above-captioned matter on behalf of Defendant ATP Tour, Inc. This appearance shall in no way be deemed a waiver of any defenses or objections, including but not limited to those based on lack of jurisdiction, improper venue, and improper forum, all of which are hereby expressly preserved.

Dated: April 3, 2025
　　　　Los Angeles, California

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: */s/ Kyle A. Casazza*
　　　　　　　　　　　　　　　　　　　　　Kyle A. Casazza
　　　　　　　　　　　　　　　　　　　　　PROSKAUER ROSE LLP
　　　　　　　　　　　　　　　　　　　　　2029 Century Park East
　　　　　　　　　　　　　　　　　　　　　Suite 2400
　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90067-3010
　　　　　　　　　　　　　　　　　　　　　kcasazza@proskauer.com
　　　　　　　　　　　　　　　　　　　　　(310) 284-5677