UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VASEK POSPISIL, *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>ATP TOUR, INC., *et al.*,<br><br>            Defendants. | Civil Action No. 1:25-cv-02207-MMG |

### NOTICE OF APPEARANCE OF LEE POPKIN

PLEASE TAKE NOTICE that Lee Popkin of Proskauer Rose LLP hereby appears as counsel of record in the above-captioned matter on behalf of Defendant ATP Tour, Inc.  This appearance shall in no way be deemed a waiver of any defenses or objections, including but not limited to those based on lack of jurisdiction, improper venue, and improper forum, all of which are hereby expressly preserved.

Dated: April 3, 2025
       New York, New York

                                                    Respectfully submitted,

                                                    By: */s/ Lee Popkin*
                                                        Lee Popkin
                                                        PROSKAUER ROSE LLP
                                                        Eleven Times Square
                                                        New York, New York 10036
                                                        lpopkin@proskauer.com
                                                        (212) 969-3326