UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VASEK POSPISIL, *et al.*,<br><br>            Plaintiffs,<br><br>            v.<br><br>ATP TOUR, INC., *et al.*,<br><br>            Defendants. | Civil Action No. 1:25-cv-02207-MMG |

## NOTICE OF APPEARANCE OF JORDAN B. LEADER

PLEASE TAKE NOTICE that Jordan B. Leader of Proskauer Rose LLP hereby appears as counsel of record in the above-captioned matter on behalf of Defendant ATP Tour, Inc. This appearance shall in no way be deemed a waiver of any defenses or objections, including but not limited to those based on lack of jurisdiction, improper venue, and improper forum, all of which are hereby expressly preserved.

Dated: April 7, 2025
       New York, New York

                                            Respectfully submitted,

                                            By: */s/ Jordan B. Leader*
                                                    Jordan B. Leader
                                                    PROSKAUER ROSE LLP
                                                    Eleven Times Square
                                                    New York, New York 10036
                                                    jleader@proskauer.com
                                                    (212) 969-3922