UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VASEK POSPISIL, *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>ATP TOUR, INC., *et al.*,<br><br>   *Defendant*. | Case No. 1:25-cv-02207-MMG |

**MOTION FOR ADMISSION *PRO HAC VICE***

  Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Heather Nyong'o, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant International Tennis Federation Ltd. in the above-captioned action.

  I am in good standing with the Bar of the State of California, and there are no disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

Dated:  April 8, 2025
         San Francisco, California

Respectfully submitted,

*/s/ Heather Nyong'o*
Heather Nyong'o (SBN 222202)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
650 California Street, Suite 2400
San Francisco, California 94108
T: (415) 796-4400
hnyongo@cgsh.com

*Attorney for International Tennis Federation Ltd.*