UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VASEK POSPISIL, *et al.*,

    *Plaintiffs*,

v.

ATP TOUR, INC., *et al.*,

    *Defendant*.

Case No. 1:25-cv-02207-MMG

**DECLARATION OF HEATHER NYONG'O IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, HEATHER NYONG'O, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney with the law firm of Cleary Gottlieb Steen & Hamilton LLP.

2. I respectfully submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned action.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. As shown in the attached Certificate of Good Standing, I am a member in good standing of the bar of California.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 8, 2025
San Francisco, California

Respectfully submitted,

*/s/ Heather Nyong'o*
Heather Nyong'o (SBN 222202)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
650 California Street, Suite 2400
San Francisco, California 94108
T: (415) 796-4400
hnyongo@cgsh.com

*Attorney for International Tennis Federation Ltd.*