UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VASEK POSPISIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ATP TOUR, INC., *et al.*, <br><br> *Defendant*. | Case No. 1:25-cv-02207-MMG |

### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Heather Nyong'o for admission to practice p*ro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of California; and that her contact information is as follows:

Heather Nyong'o
CLEARY GOTTLIEB STEEN & HAMILTON LLP
650 California Street Suite 2400
San Francisco, CA 94108
Telephone:(415) 796-4400
hnyongo@cgsh.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for International Tennis Federation Ltd. in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District Judge
Margaret M. Garnett