**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

VASEK POSPISIL, *et al.*,

                        *Plaintiffs,*

        v.

ATP TOUR, INC., *et al.*,

                        *Defendants.*

Case No. 1:25-cv-02207-MMG

**NOTICE OF MOTION TO**
**ADMIT COUNSEL**
***PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Amanda P. Reeves, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant WTA Tour, Inc.

I am a member in good standing of the Bars of the Commonwealth of Virginia and the District of Columbia, and Certificates of Good Standing are attached hereto as **Exhibit A**. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

Dated: April 9, 2025
       Washington, D.C.

Respectfully Submitted,

**LATHAM & WATKINS LLP**

*/s/ Amanda P. Reeves*
Amanda P. Reeves
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: amanda.reeves@lw.com

*Attorneys for Defendant WTA Tour, Inc.*