UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VASEK POSPISIL, *et al.*,

                *Plaintiffs,*

    v.

ATP TOUR, INC., *et al.*,

                *Defendants.*

Case No. 1:25-cv-02207-MMG

**DECLARATION OF AMANDA P. REEVES IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Amanda P. Reeves, declare as follows:

1. I am a partner at the law firm of Latham & Watkins LLP, and I am counsel for Defendant WTA Tour, Inc.

2. I respectfully submit this declaration in support of my Motion to Admit Counsel *Pro Hac Vice*.

3. I have been a member in good standing of the Bar of the Commonwealth of Virgina since October 28, 2002 and the Bar of the District of Columbia since February 3, 2006.

4. I attach Certificates of Good Standing from the Bars of the Commonwealth of Virginia and the District of Columbia, which were issued within thirty days of this filing, as **Exhibit A** to my Motion to Admit Counsel *Pro Hac Vice*.

5. I have never been convicted of a felony or been the subject of any criminal conviction.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. I have never been the subject of a disciplinary sanction and there are no disciplinary proceedings presently pending against me.

    Wherefore your declarant respectfully submits that she be permitted to appear as counsel

*pro hac vice* in this one case on behalf of Defendant WTA Tour, Inc.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 9, 2025
       Washington, D.C.

*/s/ Amanda P. Reeves*
Amanda P. Reeves
