UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VASEK POSPISIL, *et al.*,<br><br>                      *Plaintiffs,*<br><br>     v.<br><br>ATP TOUR, INC., *et al.*,<br><br>                      *Defendants.* | Case No. 1:25-cv-02207-MMG<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

      The motion of Amanda P. Reeves for admission to practice *pro hac vice* in the above captioned action is granted.

      Applicant has declared that she is a member in good standing of the Bars of the Commonwealth of Virginia and the District of Columbia and that her contact information is as follows:

      Applicant's Name: Amanda P. Reeves
      Firm Name: Latham & Watkins LLP
      Address: 555 Eleventh Street, NW, Suite 1000
      City/State/Zip: Washington, D.C. 20004-1304
      Telephone: (202) 637-2200/ Facsimile: (202) 637-2201

      Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant WTA Tour, Inc.,

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

      All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____, 2025

_____

United States District Judge Margaret M. Garnett

Dated:_____, 2025