Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

April 16, 2025

Bradley I. Ruskin
Member of the Firm
d +1.212.969.3465
f 212.969.2900
bruskin@proskauer.com
www.proskauer.com

**BY ECF**

The Honorable Margaret M. Garnett
United States District Judge
40 Foley Square, Room 2102
New York, NY 10007

Re:   *Pospisil, et al. v. ATP Tour, Inc., et al.*, No. 1:25-cv-02207-MMG (S.D.N.Y.)

Dear Judge Garnett:

We represent Defendant ATP Tour, Inc. ("ATP") in this case. In accordance with the Court's Order at the April 11, 2025 hearing and in further support of ATP's opposition to Plaintiffs' request for relief pursuant to Fed. R. Civ. P. 23(d) (*see* ECF No. 24), ATP submits the attached declaration of Mark V. Young describing the process by which ATP's Player Advisory Council nominates and elects Player Board Representatives.

Respectfully submitted,

*/s/ Bradley I. Ruskin*
Bradley I. Ruskin
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
bruskin@proskauer.com

*Counsel for Defendant ATP Tour, Inc.*

cc: All counsel of record