# EXHIBIT A



August 17, 2022

## ATP BOARD OF DIRECTORS POSITION –
## AMERICAS REGION PLAYER REPRESENTATIVE

**Position Specification**

**The ATP**

ATP Tour, Inc. (ATP) is a not-for-profit membership corporation that serves as the governing body of the men's professional tennis circuits: the ATP Tour, the ATP Challenger Tour and the ATP Champions Tour. As a global governing body, its mission is to serve tennis. ATP entertains a billion global fans, showcases the world's greatest players at the most prestigious tournaments, and inspires the next generation of fans and players. From Australia, to Europe, the Americas and Asia, the stars of the game battle for titles and Pepperstone ATP Rankings points at ATP Masters 1000, 500 and 250 events, and Grand Slams. All roads lead towards the Nitto ATP Finals, the prestigious season finale held in Turin, Italy.  Featuring only the world's top 8 qualified singles players and doubles teams, the tournament also sees the official crowning of the year-end ATP World No. 1, the ultimate achievement in tennis.

The ATP Board of Directors (Board) is comprised of nine representatives. Four directors are elected by the players and four directors are elected by applicable tournament sanction holders, with the Chairman holding the ninth position.

Serving on the Board is an extraordinary opportunity for an individual who wants to have an impact on men's professional tennis.

**The Open Position**

The open Board position is for the Americas Region (AR) Player Representative. This position is one of the four elected player representatives, elected to serve a three-year term by the ATP Player Council (PC). The PC is a body of players elected by the player membership to represent their interests with the Board. The AR Player Representative, working alongside the other player and tournament representatives, will oversee how ATP carries out its vision and mission. The elected representative must discharge his/her fiduciary duties of care and loyalty to the ATP. A compensation package, including Directors & Officers insurance coverage, travel and communication assistance and other benefits are provided.

Key deliverables of the position include:

- Duty to advance the interests of ATP as a whole with respect to all Board decisions
- Attend all Board meetings and calls, including preparing for such meetings and calls by reviewing all materials in advance (typically, six in-person meetings per year plus a number of video conference meetings)
- Approve ATP's budget, audit reports, and material business decisions; being informed of, and meeting all legal and fiduciary responsibilities
- Represent, guide and counsel the player membership and ATP with integrity
- Be available to and communicate regularly with player constituency and PC, as well as maintain open lines of communication with fellow Board members and the ATP Chairman



- Contribute to an environment for constructive debate to advance ATP's interests
- Carry out fiduciary responsibilities to build confidence with ATP's key stakeholders
- Develop a thorough understanding of the tennis ecosystem, including ATP's organization and business as well as its player and tournament membership and the other stakeholders
- Promote the sport as an entertainment product
- Contribute expertise for the advancement of ATP's interests, in particular in sports governance, media & entertainment, communication, financial management, sales & marketing, technology and corporate administration
- Develop thorough understanding of prize money, calendar, structure, and other key matters related to the governance of the ATP Tour and tennis
- Monitor and evaluate the performance of the Chairman and the CEO

**Candidate Profile and Requirements**

Candidates for this position must originate from the Americas region, which consists of countries not within the European and International regions and must adhere to the following upon becoming a Board member and thereafter during her/his term:

- Must not be an employee of ATP Tour, Inc.
- Must not possess an ownership interest in an ATP tournament
- Must not perform services directly for ATP, an ATP Tournament Class member or an entity that undertakes any function that is performed by the Board, the PC or ATP Tournament Council, nor be employed by an entity, or affiliate of an entity, which possesses or controls an ownership interest in any ATP Tournament Class member, or such other entity described in this section
- Must not have an "Affiliation" (meaning being an employee, contractor, officer, director or similar relationship within the immediately preceding six months) with a "Restricted Entity" (meaning any business that is engaged in an active business arrangement with (i) ATP, or any entity which ATP has an ownership interest greater than 50%, which has an actual or contemplated value of more than US $500,000 or (ii) any entity in which ATP has an ownership interest of 50% or less, which has a actual or contemplated value of more than US $2,500,000)
- Must not have an "Affiliation" with a business that employs, "contract with" or controls or is controlled by a Player Tour Board Representative or Tournament Board Representative then in office
- During his/her term, no Board member or an immediate family member may receive or be entitled to receive any consideration of any kind arising out of or as a result of any third party or affiliated party entering into any transaction, agreement or arrangement with ATP
- As well as certain other qualifications that will be confirmed during the recruiting process

In terms of personal competences and desired skills for the position, the following are of importance:

- Professional tennis background (having played on the Tour is preferred)
- Management and/or executive skills developed through previous experience in medium and/or large organizations or other board participation

2



- Business acumen
- Significant level of experience in professional communication, marketing, finance, economics, media, and/or data and technology
- Strong communication skills are necessary to build relationships with members/stakeholders in various countries and from different cultural backgrounds
- Diplomatic skills and a natural affinity for cultivating relationships and persuading, convening, facilitating, and building consensus
- Willingness to work in a team environment, displaying leadership and consensus building skills
- Think independently and act with integrity in representing your constituent group while acting in the best interests of ATP
- The ability to travel and be present at all Board meetings
- Knowledge of a second language is desirable
- University degree, preferably with a focus on finance, economics, marketing, law or business

**Application Process and Key Contact**

The recruiting firm of Korn Ferry shall conduct the initial screening of nominees and shall determine the final list of candidates to be presented to the PC for the election.

A written (or emailed) nomination with a detailed curriculum vitae must be submitted by no later than **Friday, September 16, 2022 at 5:00 p.m. EDT**. Nominations must be sent to Nathan Blain at Nathan.Blain@KornFerry.com.

The PC will hear presentations from the final candidates and elect the AR Player Board Representative at its meeting to be held via video conference call on **Tuesday, September 27, 2022**.

The successful candidate will begin serving his/her three-year term on January 1, 2023.

For any questions concerning eligibility, please contact ATP's General Counsel Jeff Reel via email at jeff.reel@atptour.com.