UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VASEK POSPISIL, Individually and on Behalf of All Others Similarly Situated, et al.,<br><br>      Plaintiffs,<br><br>-against-<br><br>ATP TOUR, INC., et al.,<br><br>      Defendants. | 25-CV-02207 (MMG) |

## NOTICE

  You are receiving this notice because you are a potential member of a class action lawsuit, *Pospisil et al. v. ATP Tour, Inc. et al.*, 25-CV-02207, filed on March 18, 2025, in the United States District Court for the Southern District of New York. The plaintiffs are Vasek Pospisil, Nicholas Kyrgios, Anastasia Rodionova, Nicole Melichar-Martinez, Saisai Zheng, Sorana Cirstea, John-Patrik Smith, Noah Rubin, Aldila Sutjiadi, Varvara Gracheva, Tennys Sandgren, Reilly Opelka, and The Professional Tennis Players Association. The defendants are ATP Tour, Inc.; WTA Tour, Inc.; International Tennis Federation Ltd.; and International Tennis Integrity Agency Ltd. The Complaint is publicly available through the Court's electronic filing system.

  After the lawsuit was filed, ATP Tour, Inc. prepared the following statement to circulate to ATP players regarding this litigation: "We, the undersigned Player members of the ATP Tour, understand that the PTPA and certain players have brought a lawsuit against the ATP Tour and other tennis entities. We wish to make clear that we are not members of the PTPA, that the PTPA does not represent us, and that we are not supportive of this litigation against the ATP." This statement has <u>no</u> legal effect on your status as a potential class member or your legal rights in connection with the lawsuit. If you signed this statement, you have <u>not</u> waived your right to participate in this lawsuit either now or in the future, if you choose.

  Further, you are hereby informed that ATP Tour, Inc. is legally prohibited from retaliating in any way, or threatening retaliation, directly or indirectly, against you for considering participating in or ultimately deciding to participate in this lawsuit.

Dated: May 7, 2025
   New York, New York

                             SO ORDERED.

                             MARGARET M. GARNETT
                             United States District Judge