Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

May 9, 2025

Bradley I. Ruskin
Member of the Firm
d +1.212.969.3465
f 212.969.2900
bruskin@proskauer.com
www.proskauer.com

**BY ECF**

The Honorable Margaret M. Garnett
United States District Judge
40 Foley Square, Room 2102
New York, NY 10007

Re:   *Pospisil, et al. v. ATP Tour, Inc., et al.*, No. 1:25-cv-02207-MMG (S.D.N.Y.)

Dear Judge Garnett:

We represent Defendant ATP Tour, Inc. in the above-captioned action. Pursuant to the Court's May 7, 2025 Order (ECF No. 69), we write to confirm that on May 8, 2025, ATP Tour distributed the notice (ECF No. 69-1) to all putative class members who are members of ATP Tour by email, and ATP Tour published the notice on the PlayerZone intranet website (ATP Tour's official means of communicating with its player members) earlier today.

        Respectfully submitted,

        /s/ *Bradley I. Ruskin*
        Bradley I. Ruskin
        **PROSKAUER ROSE LLP**
        Eleven Times Square
        New York, NY 10036
        (212) 969-3000
        bruskin@proskauer.com

        *Counsel for Defendant ATP Tour, Inc.*

cc:   All counsel of record