
Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

May 16, 2025

Bradley I. Ruskin
Member of the Firm
d +1.212.969.3465
f 212.969.2900
bruskin@proskauer.com
www.proskauer.com

**BY ECF**

The Honorable Margaret M. Garnett
United States District Judge
40 Foley Square, Room 2102
New York, NY 10007

Re:   *Pospisil, et al. v. ATP Tour, Inc., et al.*, No. 1:25-cv-02207-MMG (S.D.N.Y.)

We represent Defendant ATP Tour, Inc. in the above-captioned action. We write on behalf of all Defendants, and with the consent of Plaintiffs, to respectfully request the Court's permission to exceed the word-count limitations provided for in Your Honor's Individual Rules & Practices in connection with the forthcoming motions Defendants intend to file on May 20, 2025 (*see* ECF No. 55). Defendants request that, in addition to each Defendant's individual 8,750-word-maximum brief, the Defendants be permitted to file, jointly, an 8,750-word-maximum brief that all or any Defendants may join in whole or in part, bringing the total word count across all of Defendants' briefs to 43,750. This additional, joint brief will be used to address issues common to all Defendants. Defendants will endeavor to be as concise and streamlined as possible, but believe the additional joint brief is necessary to fully respond to Plaintiffs' 163-page complaint asserting nine causes of action.

Should Defendants be granted permission to file the additional joint brief, Defendants would respectfully request that Plaintiffs be permitted 43,750 words to oppose Defendants' motions, and that Defendants (in addition to the 3,500-word-maximum reply briefs they may file in support of their individual motions) be permitted a 3,500-word-maximum reply in further support of their joint brief.

Respectfully submitted,

*/s/ Bradley I. Ruskin*

*Counsel for Defendant ATP Tour Inc.*

cc: All counsel of record