IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VASEK POSPISIL, NICHOLAS KYRGIOS, ANASTASIA RODIONOVA, NICOLE MELICHAR-MARTINEZ, SAISAI ZHENG, SORANA CÎRSTEA, JOHN-PATRICK SMITH, NOAH RUBIN, ALDILA SUTJIADI, VARVARA GRACHEVA, TENNYS SANDGREN, and REILLY OPELKA, individually and on behalf of all others similarly situated, <br><br> -and- <br><br> THE PROFESSIONAL TENNIS PLAYERS ASSOCIATION <br><br> Plaintiffs, <br> v. <br> ATP TOUR, INC., WTA TOUR, INC., INTERNATIONAL TENNIS FEDERATION LTD., and INTERNATIONAL TENNIS INTEGRITY AGENCY LTD., <br><br> Defendants. | Civil Action No. 1:25-cv-02207-MMG <br> ORAL ARGUMENT REQUESTED |

**NOTICE OF DEFENDANT INTERNATIONAL TENNIS INTEGRITY AGENCY'S MOTION TO DISMISS**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated May 20, 2025, Defendant International Tennis Integrity Agency Ltd. ("ITIA"), by its undersigned counsel, will move this Court before the Honorable Margaret M. Garnett for an order dismissing Counts VII and VIII of Plaintiffs' Complaint (Dkt. No. 1) in their entirety and with prejudice as to the ITIA pursuant to Federal Rule of Civil Procedure 12(b)(6), and granting such further relief this Court deems just and proper.

1

2

Dated: May 20, 2025                                      Respectfully Submitted,


                                                         By: /s/ *Heather P. Lamberg*
                                                         **FRESHFIELDS US LLP**
                                                         Heather P. Lamberg (*pro hac vice*)
                                                         Jan Rybnicek
                                                         Constance Forkner
                                                         700 13th Street NW, 10th Floor
                                                         Washington, DC 20005
                                                         Telephone: (202) 777-4797
                                                         Fax: (202) 777-4555
                                                         Email: heather.lamberg@freshfields.com
                                                         Email: jan.rybnicek@freshfields.com
                                                         Email: constance.forkner@freshfields.com

                                                         *Counsel for International Tennis Integrity Agency Ltd.*