UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VASEK POSPISIL, NICHOLAS KYRGIOS, ANASTASIA RODIONOVA, NICOLE MELICHAR-MARTINEZ, SAISAI ZHENG, SORANA CÎRSTEA, JOHN-PATRICK SMITH, NOAH RUBIN, ALDILA SUTJIADI, VARVARA GRACHEVA, TENNYS SANDGREN, and REILLY OPELKA, on behalf of themselves and all others similarly situated,<br><br>-and-<br><br>THE PROFESSIONAL TENNIS PLAYERS ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ATP TOUR, INC., WTA TOUR, INC., INTERNATIONAL TENNIS FEDERATION LTD., and INTERNATIONAL TENNIS INTEGRITY AGENCY LTD.,<br><br>Defendants. | Case No. 1:25-cv-02207-MMG-SDA<br><br>**DEFENDANT WTA TOUR, INC.'S NOTICE OF MOTION TO COMPEL ARBITRATION, MOTION TO DISMISS, AND MOTION TO STAY PROCEEDINGS**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Lawrence E. Buterman dated May 20, 2025, and upon the exhibits attached thereto, and the accompanying Memorandum of Law, dated May 20, 2025, the undersigned hereby moves this Court on Behalf of Defendant WTA Tour, Inc. ("WTA") before the Honorable Margaret M. Garnett, in Courtroom 906 of the United States District Court for the Southern District of New York, Thurgood Marshall Courthouse, 40 Foley Square, New York, 10007 for an Order granting WTA's (1) Motion to Compel Arbitration of WTA Player Plaintiffs' ("WTA Plaintiffs") claims pursuant to 9 U.S.C. §2,

(2) Motion to Dismiss ATP Player Plaintiffs' ("ATP Plaintiffs") claims pursuant to Federal Rule of civil Procedure 12(b)(6), (3) Motion to Stay Proceedings pursuant to 9 U.S.C. §3, and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURHTER NOTICE** that Defendant WTA requests oral argument of the within motion.

Dated: May 20, 2025

Respectfully submitted,

By:  /s/ Lawrence E. Buterman
Lawrence E. Buterman
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
lawrence.buterman@lw.com

Amanda P. Reeves (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
amanda.reeves@lw.com

Christopher S. Yates (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8157
chris.yates@lw.com

*Attorneys for Defendant WTA Tour, Inc.*