UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vasek Pospisil, Nicholas Kyrgios, Anastasia Rodionova, Nicole Melichar-Martinez, Saisai Zheng, Sorana Cîrstea, John-Patrick Smith, Noah Rubin, Aldila Sutjiadi, Varvara Gracheva, Tennys Sandgren, and Reilly Opelka, on behalf of themselves and all others similarly situated,<br><br>-and-<br><br>The Professional Tennis Players Association,,<br><br>v.<br><br>ATP Tour, Inc., WTA Tour, Inc., International Tennis Federation Ltd., and International Tennis Integrity Agency Ltd.,<br><br>Defendants. | Case No. 1:25-cv-02207-MMG<br><br>ORAL ARGUMENT REQUESTED |

## DEFENDANT INTERNATIONAL TENNIS FEDERATION LTD.'S MOTION TO COMPEL ARBITRATION

Please take notice that, upon the accompanying memorandum in support of this motion, Defendant International Tennis Federation, Ltd., by its undersigned counsel, hereby moves this Court before the Honorable Margaret M. Garnett for an order compelling arbitration of the claims in Plaintiffs' Complaint (Dkt. No. 1) against International Tennis Federation, Ltd. and staying those claims pending the conclusion of the arbitration proceedings.

1

Dated: May 20, 2025               Respectfully Submitted,

                                  CLEARY GOTTLIEB STEEN & HAMILTON LLP


                                  */s/ Heather S. Nyong'o*
                                  Heather S. Nyong'o (admitted *pro hac vice*)
                                  650 California Street Suite 2400
                                  San Francisco, CA 94108
                                  (415) 796-4480
                                  hnyongo@cgsh,com

                                  Joon H. Kim
                                  One Liberty Plaza
                                  New York, New York 10006
                                  (212) 225-2000
                                  jkim@cgsh.com

                                  Nowell D. Bamberger (*pro hac vice* forthcoming)
                                  J.P. Olinski (*pro hac vice* forthcoming)
                                  Benjamin S. Fridman (*pro hac vice* forthcoming)
                                  2112 Pennsylvania Avenue, NW
                                  Washington, D.C. 20037
                                  (202) 974-1752
                                  nbamberger@cgsh.com
                                  jolinski@cgsh.com
                                  bfridman@cgsh.com