UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vasek Pospisil, Nicholas Kyrgios, Anastasia Rodionova, Nicole Melichar-Martinez, Saisai Zheng, Sorana Cîrstea, John-Patrick Smith, Noah Rubin, Aldila Sutjiadi, Varvara Gracheva, Tennys Sandgren, and Reilly Opelka, on behalf of themselves and all others similarly situated,<br><br>-and-<br><br>The Professional Tennis Players Association,<br><br>       Plaintiffs,<br><br>v.<br><br>ATP Tour, Inc., WTA Tour, Inc., International Tennis Federation Ltd., and International Tennis Integrity Agency Ltd.,<br><br>       Defendants. | Civil Action No. 1:25-cv-02207-MMG<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT INTERNATIONAL TENNIS FEDERATION LTD.'S MOTION TO COMPEL ARBITRATION** |

Defendant International Tennis Federation, Ltd.'s Motion to Compel Arbitration is granted.

**IT IS HEREBY ORDERED** that Plaintiffs' claims against International Tennis Federation Ltd. are stayed pending the conclusion of arbitration proceedings.

Dated: _____   _____
                                 MARGARET M. GARNETT
                                 United States District Judge