# EXHIBIT 7



## 2025 Annual Player Form

A player must satisfy all entry and eligibility requirements set out in the WTA Official Rulebook (as it may be amended from time to time, the "**Rulebook**") in order to compete in a WTA tournament.

**1. AGREEMENTS OF THE PLAYER**

<u>General Obligations</u>

I understand that the WTA is governed and administered by WTA Tour, Inc. (**WTA Tour**). I agree to support the WTA and WTA Tour and not to say, post, or do anything that would be damaging to the WTA or WTA Tour. I agree to be bound by and comply with the Rulebook and the policies referenced therein, the WTA Safeguarding Code, the WTA Tour By-laws, and the decisions, rulings and actions of the WTA Tour, the WTA Tour Board of Directors (and any authorized committee thereof), the WTA Tour Chairman and the WTA Tour CEO with respect to all matters within their respective jurisdictions (collectively, the "**WTA Rules**"), as well as the WTBA's By-Laws, and all applicable laws. I acknowledge that I have had the opportunity to review the Rulebook, the WTA Safeguarding Code, and, to the extent I am a member of the WTA Tour, the WTA Tour By-laws. I acknowledge that the WTA Rules may be amended from time to time. I acknowledge that the WTA Rules include provisions regarding how disputes are to be dealt with. I agree to pay or honor any penalty instituted against me for failure to comply with the WTA Rules and to otherwise perform my obligations under the WTA Rules. I understand that WTA Tour, acting in reliance on this offer to play, will represent that I have agreed to compete in certain WTA sanctioned events. I understand that I am solely responsible for ensuring my fitness to play WTA sanctioned events. I understand and agree that it is my responsibility to have in place appropriate travel, medical and personal accident insurance for myself when participating in any WTA sanctioned event, which includes travel to and from a tournament.

<u>WTA Commercial Benefits, Promotions and Endorsements</u>

I understand and agree that WTA Tour and its subsidiaries and affiliated entities, including, but not limited to, WTA Ventures, LLC and its subsidiaries (the "**WTA Tour Group**") has exclusive ownership rights to the WTA trademarks and logos and the non-exclusive right to obtain radio and audiovisual (including but not limited to linear and non-linear broadcast, internet-based streaming, and other media) coverage of WTA sanctioned events and the players to promote the WTA and WTA sanctioned events. I also understand that WTA Tour Group has the exclusive right to negotiate and enter into sponsorship, endorsement (including official WTA product and service agreements), licensing, and merchandising



agreements, and that it may enter into agreements that obligate me, as a player on the WTA, to provide certain benefits and services to WTA sponsors, as set forth in the Rulebook, or as agreed to by me as an individual player or as a part of a group of players. The WTA Tour Group has the obligation to exercise these rights in the best interests of the WTA. I agree that the WTA Tour Group, WTA sanctioned events, and WTA partners and sponsors shall have the player group licensing rights set forth in the Rulebook and WTA Tour By-laws, as applicable, to use my name, image, likeness, signature, voice, and/or biographical information for the purpose of promoting the WTA and WTA sanctioned events. I also convey to the WTA Tour Group any media rights I may own in WTA sanctioned events and Grand Slams (subject to their prior approval) in which I participate. Further, I waive any right I may have in any photograph, motion picture or recording taken by the WTA Tour Group or its independent contractors of my participation in WTA sanctioned events. All such imagery shall be the sole property of the WTA Group.

Player Development/Age Eligibility Rule

I understand and agree that players competing in professional tennis tournaments worldwide, including all WTA sanctioned events, must comply with the Player Development obligations and the Age Eligibility Rule set forth in the Rulebook. If a player is under the age of eighteen (18), the player's age will affect the number and level of tournaments in which the player is eligible to compete.

Personal Information

I understand that, as part of my affiliation with the WTA and the WTA sanctioned events, the WTA Tour Group collects, processes, stores, and in some cases shares ("**Processes**"), personal information regarding me. I understand that the WTA Player Privacy Notice ("**Privacy Notice**") that includes detailed information regarding the personal information that is Processed by the WTA Tour Group, the purposes for such Processing, the ways in which my personal information may be shared with third parties, and the length of time my personal information is retained is available to me online on the PlayerZone. I further understand that the Privacy Notice is subject to amendment from time to time and that I will be provided with notification if any material changes are made to the Privacy Notice.

I acknowledge that the Privacy Notice describes the use of my health information. I agree that WTA Tour may Process my health information pursuant to the Privacy Notice and in accordance with other consents and authorizations I have signed relating to my health information.



Waivers

I understand that there are risks involved in my participation in WTA sanctioned events, including, but not limited to, those associated with weather conditions, playing conditions, equipment, court conditions, the efficacy of on-court treatments, other participants (including players and officials) and spectators. I fully assume all risks associated with my participation in WTA sanctioned events. To the full extent permissible by applicable law, I knowingly, voluntarily, fully, and forever waive any and all claims, demands, losses, or causes of action that I, my heirs or legal representatives may have against the WTA Tour Group, WTA sanctioned events, WTA player members, and the WTBA, and any WTA sponsor, and any director, manager, officer, employee, authorized agent or independent contractor of any of the foregoing (collectively, the "**WTA Parties**"): (i) arising out of or related to any personal injury or property damage or loss that is incurred during or as a result of my participation at a WTA sanctioned event, a Grand Slam event, an ITF event, and/or any other event at which WTA ranking points are awarded; and/or (ii) arising in conjunction with any decision, ruling, action or inaction of the WTA Parties with respect to all matters within their respective jurisdictions or areas of operations.

2. **ANTI-CORRUPTION CONSENT**

I am bound by and will comply with the Tennis Anti-Corruption Program ("**TACP**"), a copy of which is available online at [TACP rules (itia.tennis)](). I acknowledge that I have had the opportunity to review the TACP and that I understand, accept and agree not to violate any of the provisions therein. I acknowledge that I have a duty to inform my Related Persons (as defined in the TACP) of the provisions of the TACP and to instruct them to comply with the TACP. I accept that I must complete any Tennis Integrity education programs mandated by WTA Tour. I have paid particular attention to Section D of the TACP, which sets out Corruption Offenses, and Section F.2, which sets out my duty to co-operate with ITIA anti-corruption investigations and to the list of items (including personal devices) which I hereby consent to give the ITIA access to pursuant to a valid request under the TACP. The TACP prohibits certain conduct by me and my Related Persons, including, but not limited to, (i) wagering on the outcome or any other aspect of any tennis match, (ii) contriving or attempting to contrive the outcome or any other aspect of any tennis match, (iii) receiving or providing consideration in exchange for Inside Information (as defined in the TACP), (iv) facilitating, encouraging or promoting any other person to wager on the outcome or any other aspect of a tennis match, (v) associating with any Related Person who is serving any period of ineligibility under the TACP or has been convicted or found in criminal, disciplinary or professional proceedings to have engaged in conduct which would have constituted a Corruption Offense (as defined in the TACP) if the TACP had applied to them, and (vi)



failing to report any knowledge I may have regarding potential violations of the TACP. I acknowledge that I have an obligation to report any approaches that I may receive and any known or suspected offenses by others as soon as possible. I accept that I must cooperate fully with investigations and shall not tamper with or destroy any evidence. I hereby submit to the jurisdiction and authority of the International Tennis Integrity Agency ("**ITIA**") to manage, administer and enforce the TACP and to the jurisdiction and authority of the ITIA, Anti-Corruption Hearing Officer and the Court of Arbitration for Sport, as applicable, to determine charges brought under the TACP. I acknowledge that the TACP contains an agreement to arbitrate disputes in accordance with the process described in the TACP and I am bound by the TACP until the earlier of (i) the date of my valid retirement in accordance with the requirements of the TADP (defined below) or (ii) two years after the last Event (as defined in the TACP) in which I enter or participate, unless, at either such time, (a) I am subject to a period of ineligibility under either the TACP or TADP (in which case I will cease to be bound by the TADP upon the conclusion of my period of ineligibility) or (b) I am aware that I am the subject of an investigation by the ITIA or law enforcement (in which case I will cease to be bound by the TACP when such investigation is closed, or after 10 years, whichever is earlier).  Nothing in this paragraph 2 shall modify or limit the full text of the TACP.

I acknowledge that the ITIA may process my personal data under the TACP and as set out in the [ITIA privacy policy.](#)

3. **ANTI-DOPING CONSENT**

I am bound by and will comply with the Tennis Anti-Doping Programme ("**TADP**"), a copy of which is available online at [TADP rules (itia.tennis)](#). I acknowledge that I have had the opportunity to review the TADP and that I understand that the TADP will govern my participation in WTA sanctioned events (together with the WTA Rules and the TACP, each of them applying concurrently and without prejudice to the other) as well as in other Covered Events (as defined in the TADP). I have paid particular attention to Article 5.7.3 of the TADP, which sets out my duty to co-operate with ITIA anti-doping investigations and to the list of items (including personal devices) which I hereby consent to give the ITIA access to pursuant to a valid request under the TADP. Anti-doping testing may be conducted In-Competition and Out-of-Competition as set out in the TADP, and WTA Tour will honor and enforce any penalties or sanctions, and/or other measures taken against me under the TADP, including in relation to Provisional Suspensions (as defined in the TADP). I hereby submit to the jurisdiction and authority of the ITIA to manage, administer, and enforce the TADP on behalf of the ITF and to the jurisdiction and authority of the ITIA, Independent Anti-Doping Tribunal and the Court of Arbitration for Sport, as applicable, to



determine any charges brought under the TADP. I also hereby give my explicit consent to (i) WTA Tour and ITF receiving my Anti-Doping results from the ITIA at WTA sanctioned events as well as other Covered Events (as defined in the TADP) (and the Grand Slam Board where the result relates to a Grand Slam) including information relating to any alleged Whereabouts Failures (i.e. Missed Tests and/or Filing Failures) on my part, as well as notice of any charges brought against me under the TADP, and (ii) the ITIA keeping WTA Tour, ITF and (where applicable only) the Grand Slam Board informed thereafter of the progress of such alleged Whereabouts Failures/charges in accordance with the TADP. Nothing in this paragraph 3 shall modify or limit the full text of the TADP.

I acknowledge that the ITIA may process my personal data under the TADP and as set out in the [ITIA privacy policy](#).

4. **MEDICAL TREATMENT AUTHORIZATION AND CONSENT - PLAYER**

In the event that I am in medical distress or in need of medical care, or if any other type of emergency arises involving my physical or mental health and wellness, whether on-site or off-site during a tournament or otherwise, I hereby give the representative(s) of the WTA Performance Health Department ("**Performance Health**"), which includes Sport Sciences & Medicine and Mental Health & Performance, as well as any official tournament physician or authorized medical personnel (collectively, "**Authorized Persons**"), full permission and authority to take such steps as are medically reasonably necessary to protect and assist me in person or via telehealth. If I am unable to communicate during such medical emergency, I also grant permission for Authorized Persons to contact the individual(s) I have provided as my Emergency Contact(s). I agree to pay any hospital expenses, physician bills, and other expenses incurred as a result of any such medical emergency.

In nonemergency situations, I hereby give Authorized Persons full permission and authority to administer and arrange treatment as needed, including, but not limited to, athletic training treatments, medical care, physical therapy, mental health and wellness services, administration of over-the-counter-medications, and telehealth.

I understand that each player is required to undergo a mandatory physical examination, and I authorize the representative(s) of Performance Health and a designated physician to conduct my mandatory physical examination.

I understand and agree that I assume all risks associated with treatment provided under this paragraph, and I waive any claim that I might make against WTA Tour or Authorized Persons for any injury arising



out of or relating to the provision of treatment, and I release WTA Tour and Authorized Persons from liability for any and all such injuries to the fullest extent permitted by law.

5. **MEDICAL TREATMENT AUTHORIZATION AND CONSENT – PARENT(S) OR LEGAL GUARDIAN(S) IF PLAYER UNDER 18 YEARS OF AGE**

In the event that the minor is in medical distress or in need of medical care, or if any emergency arises, whether on-site or off-site during a tournament or otherwise, involving the minor player's physical or mental health and wellness, I hereby give **Authorized Persons** full permission and authority to take such steps as are medically reasonably necessary to protect and assist the minor player in person or via telehealth. If the minor is unable to communicate during such medical emergency, I also grant permission for Authorized Persons to contact me, and if I am not available, to contact the individual(s) I have provided as the minor's alternate Emergency Contact(s). I agree to pay any hospital expenses, physician bills, and other expenses incurred as a result of any such medical emergency.

In nonemergency situations, I hereby give Authorized Representatives full permission and authority to administer and arrange treatment as needed to the minor player, including, but not limited to, athletic training treatments, medical care, physical therapy, mental health and wellness services, administration of over-the-counter-medications, and telehealth.

I understand and agree that I assume all risks associated with treatment provided under this paragraph, and I waive any claim that I might make against WTA Tour or Authorized Persons for any injury arising out of or relating to the provision of treatment, and I release WTA Tour and Authorized Persons from liability for any and all such injuries.

**PLAYER**

I, the undersigned  Sorana Cirstea  have read, understand, consent, and agree to be bound by the above Sections 1-4.

(Signature): _[signature]_                    DATE: 12/13/2024