# EXHIBIT 9



**PLAYER**

I, the undersigned _____Gracheva Varvara_____ have read, understand, consent, and agree to be bound by the above Sections 1-4.

(Signature):_____ DATE: 7/2/2021

**PARENT/LEGAL GUARDIAN (IF APPLICABLE)**

I, the undersigned _____, as Parent/Legal Guardian of _____(player), (i) represent and agree that I have read and fully understand the above Sections 1-5 and have explained to my minor child/ward the risks of participation, her responsibilities for adhering to the WTA Rules, TACP, and TADP, and that my child/ward understands the above Sections 1-5, and (ii) consent and agree on behalf of myself and my minor child/ward to be bound by the above Sections 1-5.

(Signature):_____ DATE: _____