# EXHIBIT 21

# 2020 Annual Player Form



A player must satisfy all entry requirements set out in the WTA Official Rulebook (as it may be amended from time to time, the "Rulebook") prior to competing in a WTA tournament.

## 1. AGREEMENTS OF THE PLAYER

### General Obligations

I understand that the WTA is governed and administered by WTA Tour, Inc. ("WTA Tour"). I agree to support the WTA and not to do or say anything that would be damaging to the WTA or WTA Tour. I agree to be bound by and comply with the Rulebook, the WTA By-Laws, and the decisions of the WTA Tour Board of Directors (and any committee thereof) and WTA Tour management (collectively, the "WTA Rules") as well as the WTBA's By-Laws and all applicable laws. I acknowledge that I have received and had the opportunity to review the Rulebook. I agree to pay or honor any penalty instituted against me for failure to comply with the foregoing and to otherwise perform my obligations under the WTA Rules. I understand that WTA Tour, acting in reliance on this offer to play, will represent that certain players have agreed to compete in certain tournaments.

### WTA Commercial Benefits, Promotions and Endorsements

I understand and agree that WTA Tour has exclusive ownership rights to the WTA trademarks and logos and the non-exclusive right to obtain radio and linear and non-linear broadcast coverage of WTA sanctioned events and the players to promote the WTA. I also understand that WTA Tour has the exclusive right to negotiate and enter into sponsorship, endorsement (including official WTA product and service agreements), licensing, and merchandising agreements, and that it may enter into agreements that obligate me, as a player on the WTA, to provide certain benefits and services to WTA sponsors, as set forth in the Rulebook, or as agreed to by me as an individual player or as a part of a group of players. WTA Tour has the obligation to exercise these rights in the best interests of the WTA. I agree that WTA Tour, WTA tournaments, and WTA partners and sponsors shall have the player group licensing rights set forth in the Rulebook to use my name, photograph, likeness, signature, voice, picture, and/or biographical information for the purpose of promoting the WTA, including publicity and promotion in connection with a commercial product, so long as such publicity and promotion of a commercial product is directly related to the publicity and promotion of the WTA or a WTA tournament and does not constitute a direct or implied individual endorsement of any commercial product. I also convey to WTA Tour any media rights I may own in WTA sanctioned events and Grand Slams (subject to their prior approval) in which I participate.

### Player Development/Age Eligibility Rule/Health Information and Personal Data

I understand and agree that players competing in professional tennis tournaments worldwide, including all WTA tournaments, must comply with the Player Development obligations and the Age Eligibility Rule set forth in the Rulebook. If a player is under the age of eighteen (18), her age will affect the number and level of tournaments in which she is eligible to compete. I understand that I am solely responsible for ensuring my fitness to play WTA sanctioned events. I authorize the use and disclosure of my health information for any purposes relating to my affiliation with the WTA and WTA tournaments. I understand that a Notice of Privacy Practices describing the use of my health information is available online on the PlayerZone in the Player Bag section and in the training room at WTA sanctioned events, and that I can request a copy of such notice at anytime from WTA Tour. I acknowledge that I have reviewed the same and agree to the terms and conditions contained therein. I further understand that the WTA Tour processes, uses, and discloses my personal data in certain circumstances, as further described in the Privacy Notice posted in the footer on the PlayerZone homepage. I acknowledge that I have reviewed the same and agree to the terms and conditions contained therein.

### Waivers

I understand that there are risks involved in my participation in WTA sanctioned events, including, but not limited to, those associated with weather conditions, playing conditions, equipment, court conditions, the efficacy of on-court treatments, other participants and spectators. I fully assume all risks associated with my participation in WTA sanctioned events. I knowingly, voluntarily, fully, and forever waive any and all claims, demands, losses, or causes of action that I, my heirs or legal representatives may have against the WTA Tour, WTA tournaments, WTA player members, the WTBA, the ITF and any WTA sponsor, and any director, officer, employee, authorized agent or independent contractor of any of the foregoing (collectively, the "WTA Parties"): (1) arising out of or related to any personal injury or property damage that is incurred during or as a result of my participation at a WTA sanctioned event, a Grand Slam event, and/or any other event at which WTA ranking points are awarded; and/or (2) arising in conjunction with any decision, ruling, action or inaction of the WTA Parties with respect to all matters within their respective jurisdictions or areas of operations.



## 2. ANTI-CORRUPTION CONSENT

I am bound by and will comply with the Tennis Anti-Corruption Program (the "TACP"), a copy of which is included in the Rulebook or may be downloaded at http://www.tennisintegrityunit.com/. I acknowledge that I have received and had the opportunity to review the TACP, and that I understand its provisions. I acknowledge that I have a duty to inform my Related Persons (as defined in the TACP) of the provisions of the TACP and to instruct them to comply with the TACP. I accept that I must complete any Tennis Integrity education programs mandated by WTA Tour. The TACP prohibits certain conduct by me and my Related Persons, including, but not limited to, (i) wagering on any tennis match, (ii) contriving or attempting to contrive the outcome of any tennis match, (iii) receiving or providing consideration in exchange for Inside Information (as defined in the TACP), (iv) soliciting or facilitating any other person to wager on a tennis match, and (v) failing to report any knowledge I may have regarding potential violations of the TACP. I acknowledge that I have an obligation to report any approaches that I may receive and any known or suspected offenses by others as soon as possible. I accept that I must cooperate fully with investigations and shall not tamper with or destroy any evidence. I hereby submit to the jurisdiction and authority of the Tennis Integrity Unit and the Professional Tennis Integrity Officers to manage, administer and enforce the TACP and to the jurisdiction and authority of the Anti-Corruption Hearing Officer and the Court of Arbitration for Sport to determine any charges brought under the TACP.

## 3. ANTI-DOPING CONSENT

I am bound by and will comply with the Tennis Anti-Doping Programme (the "TADP"), a copy of which is available upon request from the ITF or may be downloaded at http://www.itftennis.com/antidoping/. The TADP will govern my participation in WTA sanctioned events (together with the Rulebook, including the Code of Conduct and the TACP, each of them applying concurrently and without prejudice to the other) as well as the other events specified in the TADP. Anti-doping testing may be conducted In-Competition and Out-of-Competition as set out in the TADP, and WTA Tour will honor and enforce any penalties or sanctions, and/or other measures taken against me under the TADP, including in relation to Provisional Suspensions. I hereby submit to the jurisdiction and authority of the ITF to manage, administer, and enforce the TADP and to the jurisdiction and authority of the Independent Anti-Doping Tribunal and the Court of Arbitration for Sport to determine any charges brought under the TADP. I also hereby consent to the ITF (i) releasing to WTA Tour details of any alleged Whereabouts Failures (i.e. Missed Tests and/or Filing Failures) on my part, as well as notice of any charges brought against me under the TADP, and (ii) keeping WTA Tour informed thereafter of the progress of such alleged Whereabouts Failures/charges in accordance with the TADP.

## 4. MINOR MEDICAL RELEASE – PLAYERS UNDER 18 YEARS OF AGE

When participating at WTA sanctioned events, if any emergency arises involving my physical or psychological well-being and, at such time I (or my legal guardian) am not immediately available, I hereby give the on-site representative(s) of the WTA Sport Sciences & Medicine ("SS&M") and WTA Athlete Assistance Departments, as well as any official tournament physician, full permission and authority to take such steps as are medically reasonably necessary to protect and assist me. I agree to pay any hospital expenses, physician bills, and other expenses incurred as a result of any such medical emergency. In non-emergency situations, I hereby give official tournament physicians and the on-site representative(s) of SS&M and Athlete Assistance full permission and authority to administer standard on-site treatment as needed, including, but not limited to, standard athlete training treatments, medical care, physical therapy and administration of over-the-counter-medications. I understand that such standard treatments may also be administered off-site during the event week at the official hotel. I understand that each player is required to undergo an annual physical, and I authorize on-site representative(s) of SS&M and a physician designated by SS&M to conduct my annual physical on site at a tournament. I further understand that I am solely responsible for ensuring my fitness to play WTA sanctioned events. Finally, I understand that this release will remain in full force and effect until my eighteenth (18th) birthday or until I further advise WTA Tour.

I _SaiSai, Zheng_ have read, understand, consent, and agree to the above Sections 1-4.

(Signature): _[signature: 郑赛赛]_ DATE: _17/12/2019_

PARENT/LEGAL GUARDIAN

I _____, as Parent/Legal Guardian of _____
_____ (player), have read, understand, consent, and agree to the above Sections 1-4.

(Signature):_____ DATE:_____

| FIRST TIME ENTRANTS MUST RETURN THIS FORM WITH: | |
|---|---|
| 1) A copy of your passport or birth certificate + photo ID<br>2) Proof that you have met/are in the process of meeting the minimum educational requirements of your country of residence | 3) Confidential Medical Information Consent Form<br>4) HIPAA Form<br><br>RETURN FORM TO:<br>WTA Tour, Inc. - Operations<br>FX: +1 727 894 1982<br>tourops@wtatennis.com |

S.Z.