# Exhibit 1

*Changes to legislation:* Arbitration Act 1996, Section 1 is up to date with all changes known to be in force on or before 06 March 2025. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations. (See end of Document for details) View outstanding changes



# Arbitration Act 1996

## 1996 CHAPTER 23

### PART I

### ARBITRATION PURSUANT TO AN ARBITRATION AGREEMENT

*Introductory*

**1        General principles.**

The provisions of this Part are founded on the following principles, and shall be construed accordingly—

(a)    the object of arbitration is to obtain the fair resolution of disputes by an impartial tribunal without unnecessary delay or expense;

(b)    the parties should be free to agree how their disputes are resolved, subject only to such safeguards as are necessary in the public interest;

(c)    in matters governed by this Part the court should not intervene except as provided by this Part.

**Changes to legislation:**
Arbitration Act 1996, Section 1 is up to date with all changes known to be in force on or before 06 March 2025. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations.
View outstanding changes

**Changes and effects yet to be applied to :**
– s. 2(2)(za) inserted by 2025 c. 4 s. 1(3)
– s. 6A inserted by 2025 c. 4 s. 1(2)
– s. 23A inserted by 2025 c. 4 s. 2(2)
– s. 24(5A) inserted by 2025 c. 4 s. 3(2)
– s. 29(4)(5) inserted by 2025 c. 4 s. 4(3)(b)
– s. 32(1A) inserted by 2025 c. 4 s. 5
– s. 39A inserted by 2025 c. 4 s. 7
– s. 41A inserted by 2025 c. 4 s. 8(2)
– s. 44(4)(4A) substituted for s. 44(4) by 2025 c. 4 s. 8(5)(a)
– s. 44(6A)(7) substituted for s. 44(7) by 2025 c. 4 s. 9(3)
– s. 61(1A) inserted by 2025 c. 4 s. 6(3)
– s. 61(3) inserted by 2025 c. 4 s. 6(5)
– s. 67(3)(3A) substituted for s. 67(3) by 2025 c. 4 s. 10(3)
– s. 67(3B)-(3D) inserted by 2025 c. 4 s. 11
– s. 70(3A)(3B) inserted by 2025 c. 4 s. 12(3)
– s. 70(9) inserted by 2025 c. 4 s. 12(4)

**Changes and effects yet to be applied to the whole Act associated Parts and Chapters:**
Whole provisions yet to be inserted into this Act (including any effects on those provisions):
– s. 2(2)(za) inserted by 2025 c. 4 s. 1(3)
– s. 6A inserted by 2025 c. 4 s. 1(2)
– s. 23A inserted by 2025 c. 4 s. 2(2)
– s. 24(5A) inserted by 2025 c. 4 s. 3(2)
– s. 29(4)(5) inserted by 2025 c. 4 s. 4(3)(b)
– s. 32(1A) inserted by 2025 c. 4 s. 5
– s. 39A inserted by 2025 c. 4 s. 7
– s. 41A inserted by 2025 c. 4 s. 8(2)
– s. 44(4)(4A) substituted for s. 44(4) by 2025 c. 4 s. 8(5)(a)
– s. 44(6A)(7) substituted for s. 44(7) by 2025 c. 4 s. 9(3)
– s. 61(1A) inserted by 2025 c. 4 s. 6(3)
– s. 61(3) inserted by 2025 c. 4 s. 6(5)
– s. 67(3)(3A) substituted for s. 67(3) by 2025 c. 4 s. 10(3)
– s. 67(3B)-(3D) inserted by 2025 c. 4 s. 11
– s. 70(3A)(3B) inserted by 2025 c. 4 s. 12(3)
– s. 70(9) inserted by 2025 c. 4 s. 12(4)

*Changes to legislation: Arbitration Act 1996, Section 30 is up to date with all changes known to be in force on or before 11 March 2025. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations. (See end of Document for details) View outstanding changes*



# Arbitration Act 1996

## 1996 CHAPTER 23

### PART I

ARBITRATION PURSUANT TO AN ARBITRATION AGREEMENT

*Jurisdiction of the arbitral tribunal*

**30        Competence of tribunal to rule on its own jurisdiction.**

(1) Unless otherwise agreed by the parties, the arbitral tribunal may rule on its own substantive jurisdiction, that is, as to—

    (a)    whether there is a valid arbitration agreement,

    (b)    whether the tribunal is properly constituted, and

    (c)    what matters have been submitted to arbitration in accordance with the arbitration agreement.

(2) Any such ruling may be challenged by any available arbitral process of appeal or review or in accordance with the provisions of this Part.

**Changes to legislation:**
Arbitration Act 1996, Section 30 is up to date with all changes known to be in force on or before
11 March 2025. There are changes that may be brought into force at a future date. Changes that
have been made appear in the content and are referenced with annotations.
View outstanding changes

**Changes and effects yet to be applied to :**

– s. 2(2)(za) inserted by 2025 c. 4 s. 1(3)
– s. 6A inserted by 2025 c. 4 s. 1(2)
– s. 23A inserted by 2025 c. 4 s. 2(2)
– s. 24(5A) inserted by 2025 c. 4 s. 3(2)
– s. 29(4)(5) inserted by 2025 c. 4 s. 4(3)(b)
– s. 32(1A) inserted by 2025 c. 4 s. 5
– s. 39A inserted by 2025 c. 4 s. 7
– s. 41A inserted by 2025 c. 4 s. 8(2)
– s. 44(4)(4A) substituted for s. 44(4) by 2025 c. 4 s. 8(5)(a)
– s. 44(6A)(7) substituted for s. 44(7) by 2025 c. 4 s. 9(3)
– s. 61(1A) inserted by 2025 c. 4 s. 6(3)
– s. 61(3) inserted by 2025 c. 4 s. 6(5)
– s. 67(3)(3A) substituted for s. 67(3) by 2025 c. 4 s. 10(3)
– s. 67(3B)-(3D) inserted by 2025 c. 4 s. 11
– s. 70(3A)(3B) inserted by 2025 c. 4 s. 12(3)
– s. 70(9) inserted by 2025 c. 4 s. 12(4)

**Changes and effects yet to be applied to the whole Act associated Parts and Chapters:**
Whole provisions yet to be inserted into this Act (including any effects on those
provisions):

– s. 2(2)(za) inserted by 2025 c. 4 s. 1(3)
– s. 6A inserted by 2025 c. 4 s. 1(2)
– s. 23A inserted by 2025 c. 4 s. 2(2)
– s. 24(5A) inserted by 2025 c. 4 s. 3(2)
– s. 29(4)(5) inserted by 2025 c. 4 s. 4(3)(b)
– s. 32(1A) inserted by 2025 c. 4 s. 5
– s. 39A inserted by 2025 c. 4 s. 7
– s. 41A inserted by 2025 c. 4 s. 8(2)
– s. 44(4)(4A) substituted for s. 44(4) by 2025 c. 4 s. 8(5)(a)
– s. 44(6A)(7) substituted for s. 44(7) by 2025 c. 4 s. 9(3)
– s. 61(1A) inserted by 2025 c. 4 s. 6(3)
– s. 61(3) inserted by 2025 c. 4 s. 6(5)
– s. 67(3)(3A) substituted for s. 67(3) by 2025 c. 4 s. 10(3)
– s. 67(3B)-(3D) inserted by 2025 c. 4 s. 11
– s. 70(3A)(3B) inserted by 2025 c. 4 s. 12(3)
– s. 70(9) inserted by 2025 c. 4 s. 12(4)