# Exhibit 4

The Wayback Machine - https://web.archive.org/web/20090321092512/http://www.itftennis.com:80/mens/circuitinfo/rules/2008.asp



- About the ITF Mens Circuit
- History of the Circuit
- Circuit Developments
- Circuit Rules & Regs

2008

2009
- Rules of Tennis
- Entry & Withdrawal Forms
- Code of Conduct
- Fines
- ATP Ranking Points Table
- Links
- Contact Us

**2008 Circuit Rules & Regs**

A selection of Rules documents are available to download as PDFs below.

**2008 Pro Circuits Rule Book** (3179 KB)       09 January 2008
View this PDF document in a new window

**2008 Mens Rule Change Summary** (43 KB)       13 December 2007
View this PDF document in a new window

**2008 Mens Entry Procedures** (28 KB)       13 December 2007
View this PDF document in a new window

The above documents are in Adobe Acrobat format. To view and print them you require the Acrobat Reader program installed on your computer. Click on the icon to download a free copy of the Reader.

News    Tournaments    Players    Circuit Info    Starting Out

Back to Top

What is RSS?        Contact Us

© Copyright by ITF Licensing (UK) Ltd. All rights reserved. No portion of this website may be duplicated, redistributed, or manipulated in any form. By accessing any information beyond this page, you agree to abide by the itftennis.com Privacy Policy and Terms and Conditions.