# Exhibit 5

The Wayback Machine - https://web.archive.org/web/20090401011050/http://www.itftennis.com:80/womens/circuitinfo/rules/index.asp



- About the Womens Circuit
- History of the Circuit
- Circuit Developments
- Circuit Rules & Regs

2008

2009
- Rules of Tennis
- Entry Procedure
- Entry & Withdrawal Forms
- Code of Conduct
- Fines
- WTA Ranking Chart
- Links
- Contact Us

**2009 Circuit Rules & Regs**

A selection of Rules documents are available to download as PDFs below.

**2009 Women's Circuit Rule Change Summary** (132 KB)         17 December 2008
View this PDF document in a new window

**2009 Womens Circuit Rule Book** (367 KB)         15 January 2009
View this PDF document in a new window

**2009 Womens Circuit Entry Procedures** (28 KB)         12 January 2009
View this PDF document in a new window

**2009 Age Eligibility Rule** (67 KB)         17 December 2008
View this PDF document in a new window

**Uniform Tennis Anti-Corruption Program** (139 KB)         17 December 2008
View this PDF document in a new window

The above documents are in Adobe Acrobat format. To view and print them you require the Acrobat Reader program installed on your computer. Click on the icon to download a free copy of the Reader.

Back to Top

What is RSS?        Contact Us

© Copyright by ITF Licensing (UK) Ltd. All rights reserved. No portion of this website may be duplicated, redistributed, or manipulated in any form. By accessing any information beyond this page, you agree to abide by the itftennis.com Privacy Policy and Terms and Conditions.