# Exhibit 6

The Wayback Machine - https://web.archive.org/web/20100211212931/http://www.itftennis.com:80/abouttheitf/abouttheitf/constitution.asp





- Overview
- Role of the ITF
- Structure
- Overview
- Nat'l Associations & AGM
- Board of Directors
- Executive Officers
- Committees & Commissions
- History of the ITF
- Constitution of the ITF
- Jobs at the ITF
- Contact Us

**Constitution of the ITF**

Click on the PDF link below to access a copy of the 2010 Constitution of the ITF

| | | |
|---|---|---|
| **2010 Constitution of ITF Limited (English)** (564 KB)<br>View this PDF document in a new window | | **08 January 2010** |
| **2010 Constitution of ITF Limited (French)** (410 KB)<br>View this PDF document in a new window | | **27 January 2010** |
| **2010 Constitution of ITF Limited (Spanish)** (423 KB)<br>View this PDF document in a new window | | **27 January 2010** |

The above documents are in Adobe Acrobat format. To view and print them you require the Acrobat Reader program installed on your computer. Click on the icon to download a free copy of the Reader.

^ Back to Top

News    About the ITF    Tennis Worldwide    Rules    Nat'l Associations    Commer

What is RSS?    Contact Us

© Copyright by ITF Licensing (UK) Ltd. All rights reserved. No portion of this website may be duplicated, redistributed, or manipulated in any form. By accessing any information beyond this page, you agree to abide by the itftennis.com Privacy Policy and Terms and Conditions.