# Exhibit 7

The Wayback Machine - https://web.archive.org/web/20211209152158/https://www.itftennis.com/...

# RULES AND REGULATIONS

## ITF Rules and Regulations

In this section you can find the rules of tennis as well as regulations for all ITF tours and tournaments and the ITF Constitution, which governs how we operate

RULES      TOUR REGULATIONS      CONSTITUTION      ANTI-CORRUPTION      CLASSIFICATION

ALL

### Women's ITF World Tennis Tour Regulations

The rules and regulations for the Women's ITF World Tennis Tour - which provides entry-level opportunities for women's professional tennis - please download here

2021 ITF World Tennis Tour Regulations - updated

Summary of Rule Changes 2021 - 28.01.2021

Amended Rule ITF Playing Another Event Rule Revisions 28.07.21

Doubles FAQ documents - en

Doubles FAQ documents - fr

2021 WTA Rulebook

Minimum Standards of Behaviour - COVID19

2021 Code of Conduct

## Men's ITF World Tennis Tour Regulations

The rules and regulations for the Men's ITF World Tennis Tour - which provides entry-level opportunities for men's professional tennis - please download here

2021 ITF World Tennis Tour Regulations - updated

Summary of Rule Changes 2021 - 28.01.2021

Changes To The ITF Playing Another Event Rule 2021

Doubles FAQ documents - en

Doubles FAQ documents - es

Doubles FAQ documents - fr

2021 ATP Rulebook

Minimum Standards of Behaviour - COVID19

2021 Code of Conduct

## ITF World Tennis Tour Juniors Regulations

The rules and regulations for the ITF World Tennis Tour Juniors - can be downloaded here

2021 ITF World Tennis Tour Juniors Regulations

2021 ITF World Tennis Tour Juniors Regulations - Summary of Rule Changes

Juniors Code Of Conduct Amends

Junior Team Competitions Code of Conduct Amends

Minimum standards of behaviour - Covid 19

## ITF Seniors Regulations

The ITF updates the Seniors Tour Rules and Regulations on an annual basis. Discover the key information about the circuit and its tournaments below

2021 ITF Seniors Tour Regulations

2021 ITF Seniors Tour Regulations - Summary of Changes

2020 ITF Seniors Circuit Regulations (updated 14 August 2020)

Minimum Standards of Behaviour - COVID-19

Seniors Code of Conduct COVID-19

## ITF Wheelchair Tennis Regulations

The ITF Wheelchair Tennis Regulations for the UNIQLO Wheelchair Tennis Tour and ITF Events are available below, as well as the player Code of Conduct, Rules of Wheelchair Tennis and other relevant information

Minimum Standards of Behaviour - COVID-19

Wheelchair Code of Conduct - COVID-19

2021 ITF Wheelchair Tennis Regulations - Summary of changes

2021 Wheelchair Tennis Regulations

## ITF Beach Tennis Regulations

The ITF Beach Tennis Tour Regulations and Code of Conduct are available below

2021 ITF Beach Tennis World Tour Regulations

2021 ITF Beach Tennis - Summary of Rule Changes

2020 Beach Tennis Code of Conduct Amends - COVID19

2020 Beach Tennis Juniors Code of Conduct Amends - COVID19

Minimum Standards of Behaviour Covid19

ITF Beach Tennis COVID-19 Booklet

ITF Beach Tennis Information Pack

Return to Beach Tennis Ranking Model (Revised 18.03.21)

# ITF Safeguarding policies

The ITF has comprehensive policies to safeguard both children and adults from harassment and abuse

ITF Adult Safeguarding Policy

ITF Children Safeguarding Policy

ITF Safeguarding and Case Management Procedures 2021

# MORE ABOUT ITF GOVERNANCE





**READ THE ITF CONSTITUTION, WHICH GOVERNS HOW WE OPERATE**
**READ MORE**



**DISCOVER MORE ABOUT OUR ETHICS COMMISSION AND THE ITF CODE OF ETHICS**
**READ MORE**

# COMMERCIAL PARTNERS

DISCOVER MORE

**ITF TOURS**

MEN'S WORLD TENNIS TOUR

WOMEN'S WORLD TENNIS TOUR

WORLD TENNIS TOUR JUNIORS

SENIORS TENNIS

UNIQLO WHEELCHAIR TENNIS TOUR

BEACH TENNIS

**OLYMPICS**

OLYMPICS TOKYO 2020

PARALYMPICS TOKYO 2020

YOUTH OLYMPIC GAMES 2026

COMPETITIONS

DAVIS CUP

**ITF SITES & APPS**

IPIN PLAYER PORTAL

ITF ACADEMY

WORLD TENNIS NUMBER

LIVE SCORES

RULES OF TENNIS APP

ANTI-DOPING APP

E-BOOKS APP

SITE MAP

**ITF AFFILIATES**

ATP

WTA

AUSTRALIAN OPEN

ROLAND GARROS

WIMBLEDON

US OPEN

INTERNATIONAL TENNIS INTEGRITY AGENCY

INTERNATIONAL TENNIS HALL OF FAME

THE ASSOCIATION OF CENTENARY CLUBS

THE INTERNATIONAL CLUB



TERMS & CONDITIONS

COOKIES

WHISTLE-BLOWING

MODERN SLAVERY

PRIVACY NOTICES

ACCESSIBILITY

COMPATIBILITY

**FOLLOW US**

Copyright © 2021 International Tennis Federation

