# Exhibit 8

The Wayback Machine - https://web.archive.org/web/20211209152758/https://www.itftennis.com/...

# RULES AND REGULATIONS

## ITF Rules and Regulations

In this section you can find the rules of tennis as well as regulations for all ITF tours and tournaments and the ITF Constitution, which governs how we operate

RULES          TOUR REGULATIONS          **CONSTITUTION**          ANTI-CORRUPTION          CLASSIFICATION

## ITF Constitution

The ITF Constitution governs how we operate. Read the Constitution in English, French or Spanish below

**The Constitution of the ITF 2021 (English)**

**The Constitution of the ITF 2021 (French)**

**The Constitution of the ITF 2021 (Spanish)**



**READ THE ITF CONSTITUTION, WHICH GOVERNS HOW WE OPERATE**
**READ MORE**



**DISCOVER MORE ABOUT OUR ETHICS COMMISSION AND THE ITF CODE OF ETHICS**
**READ MORE**

## COMMERCIAL PARTNERS

**DISCOVER MORE**

---

### ITF TOURS

- MEN'S WORLD TENNIS TOUR
- WOMEN'S WORLD TENNIS TOUR
- WORLD TENNIS TOUR JUNIORS
- SENIORS TENNIS
- UNIQLO WHEELCHAIR TENNIS TOUR
- BEACH TENNIS

---

### OLYMPICS

- OLYMPICS TOKYO 2020
- PARALYMPICS TOKYO 2020
- YOUTH OLYMPIC GAMES 2022

- BILLIE JEAN KING CUP
- DAVIS CUP

**ITF SITES & APPS**

- IPIN PLAYER PORTAL
- ITF ACADEMY
- WORLD TENNIS NUMBER
- LIVE SCORES
- RULES OF TENNIS APP
- ANTI-DOPING APP
- E-BOOKS APP
- SITE MAP

**ITF AFFILIATES**

- ATP
- WTA
- AUSTRALIAN OPEN
- ROLAND GARROS
- WIMBLEDON
- US OPEN
- INTERNATIONAL TENNIS INTEGRITY AGENCY
- INTERNATIONAL TENNIS HALL OF FAME
- THE ASSOCIATION OF CENTENARY CLUBS
- THE INTERNATIONAL CLUB

DATA PRIVACY

COOKIES

WHISTLE-BLOWING

MODERN SLAVERY

PRIVACY NOTICES

ACCESSIBILITY

COMPATIBILITY

**FOLLOW US**

Copyright © 2021 International Tennis Federation

