# Exhibit 9



# RULES AND REGULATIONS

## ITF Rules and Regulations

In this section you can find the rules of tennis as well as regulations for all ITF tours and tournaments and the ITF Constitution, which governs how we operate

| RULES | TOUR REGULATIONS | **CONSTITUTION** | CLASSIFICATION |

## ITF Constitution

The ITF Constitution governs how we operate. Read the Constitution in English, French or Spanish below

📄 The Constitution of the ITF 2025 (English)

📄 The Constitution of the ITF 2025 (French)

📄 The Constitution of the ITF 2025 (Spanish)

### MORE ABOUT ITF GOVERNANCE



**READ THE ITF CONSTITUTION, WHICH GOVERNS HOW WE OPERATE**
**READ MORE**



**DISCOVER MORE ABOUT OUR ETHICS COMMISSION AND THE ITF CODE OF ETHICS**
**READ MORE**

## COMMERCIAL PARTNERS



DISCOVER MORE

---

ITF TOURS

  MEN'S WORLD TENNIS TOUR

  WOMEN'S WORLD TENNIS TOUR

  WORLD TENNIS TOUR JUNIORS

  WORLD TENNIS MASTERS TOUR

  UNIQLO WHEELCHAIR TENNIS TOUR

  BEACH TENNIS

---

OLYMPICS, PARALYMPICS

  OLYMPICS PARIS 2024

  PARALYMPICS PARIS 2024

  YOUTH OLYMPIC GAMES 2022

---

ITF COMPETITIONS

  BILLIE JEAN KING CUP

  DAVIS CUP

HOPMAN CUP

**ITF SITES & APPS**

IPIN PLAYER PORTAL

ITF ACADEMY

WORLD TENNIS NUMBER

LIVE SCORES

RULES OF TENNIS APP

SITE MAP

**ITF AFFILIATES**

ATP

WTA

AUSTRALIAN OPEN

ROLAND GARROS

WIMBLEDON

US OPEN

INTERNATIONAL TENNIS INTEGRITY AGENCY

INTERNATIONAL TENNIS HALL OF FAME

THE ASSOCIATION OF CENTENARY CLUBS

THE INTERNATIONAL CLUB

**TERMS & CONDITIONS**

**DATA PRIVACY**

**COOKIES**

WHISTLE-BLOWING

MODERN SLAVERY

PRIVACY NOTICES

ACCESSIBILITY

COMPATIBILITY

**FOLLOW US**

Copyright © 2025 International Tennis Federation