# Exhibit 10



# RULES AND REGULATIONS

## ITF Rules and Regulations

In this section you can find the rules of tennis as well as regulations for all ITF tours and tournaments and the ITF Constitution, which governs how we operate

| RULES | **TOUR REGULATIONS** | CONSTITUTION | CLASSIFICATION |

ALL ⌄

### Women's ITF World Tennis Tour Regulations

The rules and regulations for the Women's ITF World Tennis Tour - which provides entry-level opportunities for women's professional tennis - please download here



📄 2025 World Tennis Tour Regulations

📄 2025 World Tennis Tour Summary of Rule Changes

📄 2025 WTA Rulebook

### Men's ITF World Tennis Tour Regulations

The rules and regulations for the Men's ITF World Tennis Tour - which provides entry-level opportunities for men's professional tennis - please download here

 2025 World Tennis Tour Regulations

**PDF** 2025 World Tennis Tour Summary of Rule Changes

**PDF** 2025 ATP Rulebook

## ITF World Tennis Tour Juniors Regulations

The rules and regulations for the ITF World Tennis Tour Juniors - can be downloaded here

**PDF** 2025 ITF WTT Juniors Regulations

**PDF** 2025 ITF Junior Team Competitions Regulations

**PDF** 2025 ITF WTT Juniors and Junior Team Competition Summary Of Rule Changes

**PDF** ITF World Tennis Tour Juniors Finals - 2025 Special Regulations

## ITF World Tennis Masters Tour Regulations

The ITF updates the Masters Tour Rules and Regulations on an annual basis. In exceptional cases the Regulations are updated during the calendar year. Discover the key information about the Tour below:

**PDF** 2025 ITF World Tennis Masters Tour Regulations

**PDF** 2025 ITF Masters Tour Regulations - Summary Changes

## ITF Wheelchair Tennis Regulations

The ITF Wheelchair Tennis Regulations for the UNIQLO Wheelchair Tennis Tour and ITF Events are available below, as well as the player Code of Conduct, Rules of Wheelchair Tennis and other relevant information

**PDF** 2025 ITF Wheelchair Tennis Regulations

**PDF** 2025 ITF Wheelchair Tennis Regulations - Summary of changes

**PDF** ITF Wheelchair Tennis Event Organisational Requirements

**PDF** 2025 Off-Court Coaching Procedures - ITF Wheelchair Tennis Competition

## ITF Beach Tennis Regulations

The ITF Beach Tennis Tour Regulations (2025) and Code of Conduct are available below.



**2025 ITF Beach Tennis World Tour Regulations**

**2025 ITF Beach Tennis World Tour Regulations - Summary of Key Changes**

**2025 ITF Beach Tennis Junior Tour Regulations**

**2025 ITF Beach Tennis Junior Tour Regulations - Summary of Key Changes**

**2024 ITF Sand Series Tour Finals Regulations**

**2025 Beach Tennis Off-Court Coaching Procedures**

# ITF Safeguarding policies

The ITF has comprehensive policies to safeguard both children and adults from harassment and abuse



**ITF Adult Safeguarding Policy**

**ITF Children Safeguarding Policy**

**ITF Safeguarding and Case Management Procedures**

**ITF Safeguarding Panel Procedural Rules**

## MORE ABOUT ITF GOVERNANCE



**READ THE ITF CONSTITUTION, WHICH GOVERNS HOW WE OPERATE**
**READ MORE**



**DISCOVER MORE ABOUT OUR ETHICS COMMISSION AND THE ITF CODE OF ETHICS**
**READ MORE**

**/// COMMERCIAL PARTNERS**



DISCOVER MORE

**ITF TOURS** ⌄

MEN'S WORLD TENNIS TOUR

WOMEN'S WORLD TENNIS TOUR

WORLD TENNIS TOUR JUNIORS

WORLD TENNIS MASTERS TOUR

UNIQLO WHEELCHAIR TENNIS TOUR

BEACH TENNIS

**OLYMPICS, PARALYMPICS** ⌄

OLYMPICS PARIS 2024

PARALYMPICS PARIS 2024 ⌝

YOUTH OLYMPIC GAMES 2022 ⌝

**ITF COMPETITIONS** ⌄

BILLIE JEAN KING CUP ⌝

DAVIS CUP ⌝

HOPMAN CUP

---

**ITF SITES & APPS**                                                        ⌄

  IPIN PLAYER PORTAL ⌐

  ITF ACADEMY ⌐

  WORLD TENNIS NUMBER ⌐

  LIVE SCORES ⌐

  RULES OF TENNIS APP ⌐

  SITE MAP ⌐

---

**ITF AFFILIATES**                                                          ⌄

  ATP ⌐

  WTA ⌐

  AUSTRALIAN OPEN ⌐

  ROLAND GARROS ⌐

  WIMBLEDON ⌐

  US OPEN ⌐

  INTERNATIONAL TENNIS INTEGRITY AGENCY ⌐

  INTERNATIONAL TENNIS HALL OF FAME ⌐

  THE ASSOCIATION OF CENTENARY CLUBS ⌐

  THE INTERNATIONAL CLUB ⌐

---

**TERMS & CONDITIONS**

---

**DATA PRIVACY**

---

**COOKIES**

---

WHISTLE-BLOWING

MODERN SLAVERY

PRIVACY NOTICES

ACCESSIBILITY

COMPATIBILITY

**FOLLOW US**

Copyright © 2025 International Tennis Federation