# Exhibit 1

| Player Name | Dates of Agreement to Player Welfare Statement | IPIN Version |
|---|---|---|
| Aldila Sutjiadi (SUT1228335) | 2010-01-12 | IPIN v1 |
| | 2010-11-08 | IPIN v1 |
| | 2011-11-01 | IPIN v1 |
| | 2012-11-08 | IPIN v1 |
| | 2013-12-14 | IPIN v1 |
| | 2014-03-26 | IPIN v1 |
| | 2017-03-13 | IPIN v1 |
| | 2017-11-29 | IPIN v1 |
| | 2018-11-28 | IPIN v1 |
| | 2021-01-04 | 20 |
| | 2021-05-29 | 20 |
| | 2022-04-20 | 20 |
| | 2025-02-17 | 21 |
| Anastasia Rodionova (ROD1064408) | 2012-12-02 | IPIN v1 |
| | 2014-02-02 | IPIN v1 |
| | 2015-01-15 | IPIN v1 |
| John-Patrick Smith (SMI1142504) | 2012-12-26 | IPIN v1 |
| | 2014-01-30 | IPIN v1 |
| Nick Kyrgios (KYR1211887) | 2012-11-06 | IPIN v1 |
| | 2014-01-01 | IPIN v1 |
| Nicole Melichar (MEL1219492) | 2010-10-27 | IPIN v1 |
| | 2010-11-02 | IPIN v1 |
| | 2011-11-03 | IPIN v1 |
| | 2012-12-09 | IPIN v1 |
| | 2013-11-03 | IPIN v1 |
| | 2013-11-20 | IPIN v1 |
| | 2014-12-01 | IPIN v1 |
| | 2015-11-28 | IPIN v1 |
| | 2016-12-23 | IPIN v1 |
| | 2017-12-22 | IPIN v1 |

| Player Name | Dates of Agreement to Player Welfare Statement | IPIN Version |
|---|---|---|
| Noah Rubin (RUB1265102) | 2010-12-07 | IPIN v1 |
|  | 2011-11-07 | IPIN v1 |
|  | 2012-11-08 | IPIN v1 |
|  | 2013-11-19 | IPIN v1 |
|  | 2014-12-05 | IPIN v1 |
|  | 2015-12-01 | IPIN v1 |
|  | 2016-12-22 | IPIN v1 |
|  | 2018-04-09 | IPIN v1 |
|  | 2021-01-19 | 20 |
|  | 2022-01-08 | 20 |
|  | 2023-04-07 | 20 |
|  | 2023-12-17 | 21 |
| Reilly Opelka (OPE1265401) | 2013-12-24 | IPIN v1 |
|  | 2014-12-15 | IPIN v1 |
|  | 2016-01-29 | IPIN v1 |
| Saisai Zheng (ZHE1225453) | 2010-10-29 | IPIN v1 |
|  | 2010-11-03 | IPIN v1 |
|  | 2011-12-06 | IPIN v1 |
|  | 2012-11-02 | IPIN v1 |
|  | 2013-11-03 | IPIN v1 |
|  | 2013-12-29 | IPIN v1 |
|  | 2014-12-04 | IPIN v1 |
|  | 2015-11-19 | IPIN v1 |
|  | 2017-02-10 | IPIN v1 |
|  | 2017-12-28 | IPIN v1 |
|  | 2018-11-02 | IPIN v1 |
|  | 2021-08-10 | 20 |
|  | 2022-08-11 | 20 |
|  | 2024-02-21 | 21 |
|  | 2024-11-19 | 21 |
|  | 2024-12-17 | 21 |
| Sorana Cirstea (CAR1141799) | 2010-11-11 | IPIN v1 |
|  | 2011-11-03 | IPIN v1 |
|  | 2011-12-22 | IPIN v1 |
|  | 2015-01-13 | IPIN v1 |
|  | 2015-12-05 | IPIN v1 |
|  | 2017-01-03 | IPIN v1 |
|  | 2017-11-22 | IPIN v1 |
|  | 2018-11-07 | IPIN v1 |
|  | 2020-11-11 | 17 |
|  | 2021-10-24 | 20 |

| Player Name | Dates of Agreement to Player Welfare Statement | IPIN Version |
|---|---|---|
| Tennys Sandgren (SAN1181910) | 2011-05-28 | IPIN v1 |
| | 2011-12-13 | IPIN v1 |
| | 2012-12-02 | IPIN v1 |
| | 2012-12-26 | IPIN v1 |
| | 2014-02-06 | IPIN v1 |
| | 2015-01-23 | IPIN v1 |
| | 2015-12-02 | IPIN v1 |
| | 2017-02-08 | IPIN v1 |
| | 2022-07-17 | 20 |
| Varvara Gracheva (GRA1321981) | 2012-01-23 | IPIN v1 |
| | 2012-12-14 | IPIN v1 |
| | 2013-11-18 | IPIN v1 |
| | 2014-12-18 | IPIN v1 |
| | 2015-11-29 | IPIN v1 |
| | 2017-01-23 | IPIN v1 |
| | 2017-12-17 | IPIN v1 |
| | 2018-11-03 | IPIN v1 |
| | 2021-04-04 | 20 |
| | 2021-08-15 | 20 |
| | 2022-09-16 | 20 |
| | 2024-03-09 | 21 |
| Vasek Pospisil (POS1177448) | 2012-12-16 | IPIN v1 |
| | 2024-01-30 | 21 |