# Exhibit 2



## Player profile creation

 **Welfare statement**

changes have been made to the TACP Consent in response to the launch of the International Tennis Integrity Agency. Please read the new TACP Consent statement and reconfirm your agreement to this ITF Welfare Statement:

## 1. Agreements of the Player

I declare that I am aware of and will abide by:
- the Rules of Tennis, as approved by the International Tennis Federation,
- the applicable Tour Regulations, Code of Conduct and ITF Welfare Policy (including the ITF Safeguarding Policies) for the tour(s) that I participate in, such as:
    1. ITF World Tennis Tour, Men's or Women's; and/or
    2. ITF World Tennis Tour Juniors; and/or
    3. ITF Beach Tennis Tour; and/or
    4. ITF Masters Tour; or
    5. ITF Wheelchair Tennis Tour
- the ITF Tennis Anti-Doping Programme; and
- (if applicable) the Tennis Anti-Corruption Program

(collectively the "Rules and Regulations").

I acknowledge that the Rules and Regulations may be amended from time to time. I acknowledge that the Rules and Regulations include provisions regarding how disputes are to be dealt with (for example, if I am charged with a breach of the Code of Conduct), and I agree:
- to submit to the jurisdiction of the applicable body as specified in those regulations; and
- that such dispute shall be dealt with using arbitration (if that is specified).

Finally, I understand that this agreement will remain in full force and effect until I further advise the ITF in writing that I have permanently retired from participation in tennis and no longer have an active IPIN account.

**Waivers**

I understand that there are inherent risks involved in my participation in ITF tournaments, including, but not limited to, those associated with weather conditions, playing conditions, equipment, on-site facilities, other participants (including players and officials) and spectators.

I hereby fully assume all the risks associated with my participation in ITF tournaments. To the full extent permissible by law I waive any and all claims that I, my executors, administrators, heirs or legal representatives may have against the ITF, any tournament organiser, the tournament officials, volunteers or any ITF sponsor or against any director, officer, employee, authorized agent or independent contractor of any of them (collectively the "Administrators") for (a) any and all injury including disability; and (b) loss, damage or theft of my property, arising from my participation in an ITF tournament.

Nothing in this Agreement shall limit or exclude the liability of the ITF or its officers, directors, representatives and employees for death or personal injury resulting from its or their negligence.

I hereby accept that in the event of an ITF tournament being cancelled for reasons of force majeure or a perceived risk in the opinion of the ITF or tournament organiser, the ITF or tournament organiser accepts no liability for unrecoverable costs including, but not limited to, travel and accommodation costs.

**Consent to emergency treatment**

When participating at any ITF tournament, if any emergency arises involving my physical or psychological well-being, I hereby give any Tournament appointed official, tournament doctor and/or sports physiotherapist full permission and authority to take such steps as are medically

**Consent to emergency treatment**

When participating at any ITF tournament, if any emergency arises involving my physical or psychological well-being, I hereby give any Tournament appointed official, tournament doctor and/or sports physiotherapist full permission and authority to take such steps as are medically reasonably necessary to protect and assist me, including but not limited to on-site treatment and transportation in order to obtain off-site treatment. I agree to pay any hospital expenses, physician bills or any other expenses incurred as a result of any such medical emergency.

**Consent to use of image**

I grant permission to the ITF, its affiliates, third party licensees and sponsors to use any photographs, motion pictures and/or audio-visual recordings of my participation in an ITF tournament for any promotional purposes in respect of the ITF and ITF events. Further I waive any right I may have in any photograph, motion picture or recording taken by the ITF or its independent contractors, for example, photographers, of my participation in an ITF tournament. All such imagery shall be the sole property of the ITF.

**Insurance**

I understand and agree that it is my responsibility to have in place appropriate travel, medical and personal accident insurance for myself when participating in any ITF tournament, which includes travel to and from a tournament.

## 2. Anti-Doping Consent

I am bound by and will comply with the Tennis Anti-Doping Programme (the "TADP"), a copy of which is available upon request from the ITF at https://www.itftennis.com/en/about-us/governance/anti-doping/. The TADP will govern my participation in ITF-sanctioned events (together with the applicable ITF Rules and Regulations, each of them applying concurrently and without prejudice to the other). I acknowledge that the TADP includes (but is not limited to):
- restrictions on me regarding prohibited substances and methods;
- a requirement to submit to doping control when requested; and
- a requirement in certain cases to obtain ITF permission to use medications (known as a Therapeutic Use Exemption).

## 3. Anti-Corruption Consent – applicable to ITF World Tennis Tour Men's and Women's and ITF Wheelchair Tennis Tour participants

I am bound by and will comply with the Tennis Anti-Corruption Program (the "TACP"), a copy of which may be accessed via the applicable International Tennis Federation Regulations. I acknowledge that I have had the opportunity to review the TACP and that I understand, accept and agree not to violate any of the provisions therein. The TACP prohibits certain conduct by me, including, but not limited to,
- wagering on the outcome or any other aspect of any tennis match,
- contriving or attempting to contrive the outcome or any other aspect of any tennis match,
- receiving or providing consideration in exchange for Inside Information (as defined in the TACP)
- soliciting or facilitating any other person to wager on the outcome or any other aspect of a tennis match, and
- failing to report any knowledge I may have regarding potential violations of the TACP.

I acknowledge that I have an obligation to report any approaches that I may receive and any known or suspected offenses by others as soon as possible. I accept that I must cooperate fully with investigations and shall not tamper with or destroy any evidence. I hereby submit to the jurisdiction and authority of the International Tennis Integrity Agency (formerly the Tennis Integrity Unit and the Professional Tennis Integrity Officers) to manage, administer and enforce the TACP and to the jurisdiction and authority of the International Tennis Integrity Agency, Anti-Corruption Hearing Officer and the Court of Arbitration for Sport, as applicable, to determine any charges brought under the TACP. I acknowledge that the TACP contains an agreement to arbitrate disputes in accordance with the process described in the TACP and I am bound by the TACP until two years after the last Event at which I receive accreditation, unless I notify the International Tennis Federation in writing that I have retired or no longer intend to receive accreditation at any further Events.

agreement to arbitrate disputes in accordance with the process described in the TACP and I am bound by the TACP until two years after the last Event at which I receive accreditation, unless I notify the International Tennis Federation in writing that I have retired or no longer intend to receive accreditation at any further Events.

## 4. Eligibility for Wheelchair Tennis Players

As a Wheelchair Tennis player, I am aware and acknowledge that I am bound by and will comply with the ITF Wheelchair Tennis Classification Rules, a copy of which is available on request from the ITF or may be downloaded at
https://www.itftennis.com/wheelchair/organisation/rules.aspx

## 5. Data Protection

I have read the ITF Privacy Notice for players participating in ITF competitions available at on the Privacy Notice section of the ITF's website, and am aware that the ITF processes my personal data to (among other things) administer my IPIN account and facilitate my participation in ITF tournaments.

## 6. Welfare and Safeguarding

I am bound by and will comply with the ITF Welfare Policy, a copy of which is available at Article XIII of the Code of Conduct (PLAYER ENTRY OFFENCES (itftennis.com)) and the ITF Safeguarding Policies, a copy of which is available from the ITF website at Tennis Safeguarding Information | ITF (itftennis.com).

## 7. General

If any provision of these terms is found to be invalid by any court having competent jurisdiction, the invalidity of that provision (or any part thereof) will not affect the validity of the remaining provisions of this Agreement or any other valid part of those terms, which shall remain in full force and effect.

This Agreement shall be governed by and construed in accordance with the laws of England and Wales. Save where the Rules and Regulations provide for another court or tribunal to have jurisdiction, the parties agree to refer any dispute arising out of or in connection with this Agreement to the Court of Arbitration for Sport for final and binding arbitration in accordance with the CAS Code of Sports Related Arbitration, Ordinary Procedure.

## Player Agreement

I, [PLAYER NAME], have read, understood, consent and agree to the above agreements of the player (section 1), Anti-Doping Consent (section 2), Anti-Corruption Consent (section 3) (where applicable) Eligibility for Wheelchair Tennis Players (section 4) (where applicable) and Welfare and Safeguarding (section 6). I confirm that I have read the ITF Privacy Notice for players participating in ITF competitions (section 5) and I agree to the nominated Jurisdiction at section 7.

DECLINE     ACCEPT

Contact us   Terms and conditions   Privacy   Logout