# Exhibit 3



Online Services provided by the International Tennis Federation



## Register for your IPIN Membership

Please read and acknowledge the Player Welfare Statement below before continuing to our secure payment page to complete your registration.

| Step 1 Verify Your Email |
| Step 2 Search for Your Details |
| Step 3 Select Your Player Record |
| Step 4 Confirm Personal Details |
| Step 5 Set Up Account Security |
| Step 6 Enter Contact Details |
| Step 7 Select Circuit Category (Optional) |
| **Step 8 Player Welfare Statement** |
| Step 9 Payment |

**Player Welfare Statement**

**1. Agreements of the Player**

I declare that I am aware of and will abide by the Rules of Tennis, as approved by the International Tennis Federation, the ITF Pro Circuit and/or ITF Junior Circuit and/or ITF Seniors and/or ITF Wheelchair Tennis Regulations and Code of Conduct, as amended from time to time by the ITF Men's and Women's and/or Junior and/or Seniors and/or Wheelchair Tennis Circuit Committees (the "Rules"). The Rules include, but are not limited to the Age Eligibility Rule; the ITF Tennis Anti-Doping program; the Tennis Anti-Corruption Program and the ITF Player Welfare Policy. Finally, I understand that this agreement will remain in full force and effect until I further advise the ITF in writing that I am permanently retiring from participation in tennis with immediate effect.

**Waivers**

I understand that there are inherent risks involved in my participation in ITF Tournaments, including, but not limited to, those associated with weather conditions, playing conditions, equipment, other participants and spectators. I fully assume the risks associated with my participation in the Tournaments. To the full extent permissible by law I waive any and all claims that I, my heirs or legal representatives may have against the ITF, the Tournaments, or any ITF sponsor or against any director, officer, employee, authorized agent or independent contractor of any of them for personal injury and/or any loss or damage that is incurred during my participation in a Tournament or arising in conjunction with any decision, ruling or action of any of them or their directors, officers, employees, authorized agent or independent contractor with respect to all matters within their respective jurisdictions.

I hereby accept that in the event of a tournament being cancelled for reasons of force majeure or a perceived risk in the opinion of the ITF or tournament organiser, the ITF or tournament organiser accepts no liability for unrecoverable costs including, but not limited to, airfares and accommodation costs.

**Insurance**

I understand and agree that it is my responsibility to have in place appropriate travel, medical and personal accident insurance for myself when participating in any ITF Tournament.

**2. Anti-Doping Consent**

I am bound by and will comply with the Tennis Anti-Doping Programme (the "Anti-Doping Programme"), a copy of which is available upon request from the ITF or may be downloaded at http://www.itftennis.com/antidoping. The Anti-Doping Programme will govern my participation in ITF-sanctioned events (together with the ITF Rules, including the Player Code of Conduct and the Tennis Anti-Corruption Program, each of them applying concurrently and without prejudice to the other). The ITF may conduct anti-doping testing at ITF-sanctioned events under the Anti-Doping Programme, and will enforce any penalties, sanctions and/or other measures taken against me under the Anti-Doping Programme. I hereby submit to the jurisdiction and authority of the ITF to manage, administer and enforce the Anti-Doping Programme and to the jurisdiction and authority of the Anti-Doping Tribunal and the Court of Arbitration for Sport "(CAS)" to determine any charges brought under the Anti-Doping Programme.

I am bound by and will comply with the Tennis Anti-Corruption Program (the "Anti-Corruption Program"), a copy of which is available upon request from the ITF or may be downloaded at http://www.tennisintegrityunit.com. The Anti-Corruption Program will govern my participation in ITF-sanctioned events (alongside the ITF Rules, including the Player Code of Conduct and the ITF Tennis Anti-Doping Programme, each of them applying concurrently and without prejudice to the other). The Tennis Integrity Unit may conduct investigations in relation to ITF-sanctioned events under the Anti-Corruption Programme, and will enforce any penalties, sanctions and/or other measures taken against me under the Anti-Corruption Programme. I hereby submit to the jurisdiction and authority of the ITF to manage, administer and enforce the Anti-Corruption Programme and to the jurisdiction and authority of the Court of Arbitration for Sport to determine any appeals brought under the Anti-Corruption Programme.

### 4. Eligibility for Wheelchair Tennis Players

If I am a Wheelchair Tennis Player, I understand and agree that I have a medically diagnosed permanent physical disability as defined in the Rules of Wheelchair tennis, found at www.itftennis.com/wheelchair/rules/eligibilityrules.asp and that I am eligible to compete in ITF sanctioned wheelchair tennis tournaments. I understand that if requested by the ITF, I will supply appropriate medical documentation that substantiates the disability.

### 5. Minor Medical Release - Players under 18 years of Age

Please ensure that your parents and/or legal guardian have read this release in relation to medical emergencies involving you.

When participating at the Tournaments, if any emergency arises involving the physical or psychological well-being of the player and, at such time I (or any other legal guardian of the player) am not immediately available, I hereby give any Tournament appointed official, tournament physician and/or Sports Medicine Trainer full permission and authority to take such steps as are medically reasonably necessary to protect and assist the player. I agree to pay any hospital expenses, physician bills or any other expenses incurred as a result of any such medical emergency. In non-emergency situations, I hereby give any Tournament appointed tournament physician and/or Sports Medicine Trainer full permission and authority to administer standard on-site treatment as needed, including, but not limited to, standard athlete training treatments, medical care and physical therapy. I understand that such standard treatments may also be administered off-site during the Tournament week at the official Tournament hotel by the Tournament appointed tournament physician and/or Sports Medicine Trainer. Finally, I understand that this Minor Medical Release will remain in full force and effect until the eighteenth (18th) birthday of the player or until I further advise the ITF.

This Agreement shall be governed by and construed in accordance with the laws of England and Wales. Save where the Rules provide for another court or tribunal to have jurisdiction, the parties agree to refer any dispute arising out of or in connection with this Agreement to the Court of Arbitration for Sport for final and binding arbitration in accordance with the CAS Code of Sports Related Arbitration.

## Player Agreement

I, **Brendan FEENEY**, have read, understood, consent and agree to the above agreements of the player (section 1), Anti-Doping Consent (section 2), and Anti-Corruption Consent (section 3), Eligibility for Wheelchair Tennis Players (section 4) (where applicable) and Minor Medical release (section 5) (where applicable). If I am under 18 years old, my parents and/or legal guardian have also read and accept this agreement on my behalf.

**Tick this checkbox to indicate that you and (if you are under 18 years old) that your parents and/or legal guardian have read and accept the IPIN Player Welfare Statement.** ☐

Confirm