UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VASEK POSPISIL, NICHOLAS KYRGIOS, ANASTASIA RODIONOVA, NICOLE MELICHAR-MARTINEZ, SAISAI ZHENG, SORANA CÎRSTEA, JOHN-PATRICK SMITH, NOAH RUBIN, ALDILA SUTJIADI, VARVARA GRACHEVA, TENNYS SANDGREN, and REILLY OPELKA, on behalf of themselves and all others similarly situated,<br><br>-and-<br><br>THE PROFESSIONAL TENNIS PLAYERS ASSOCIATION,<br><br>                 Plaintiffs,<br><br>           v.<br><br>ATP TOUR, INC., WTA TOUR, INC., INTERNATIONAL TENNIS FEDERATION LTD., and INTERNATIONAL TENNIS INTEGRITY AGENCY LTD.,<br><br>                 Defendants. | Case No. 1:25-cv-02207-MMG<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS THE PROFESSIONAL TENNIS PLAYERS ASSOCIATION**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated May 20, 2025, and the annexed Declaration of Lawrence E. Buterman dated May 20, 2025, and upon the exhibits attached thereto, and upon all the pleadings and prior proceedings in this action, Defendants WTA Tour, Inc., ATP Tour, Inc., International Tennis Federation Ltd., and International Tennis Integrity Agency Ltd. (collectively, "Defendants"), by and through their undersigned attorneys, move this Court on behalf of Defendants before the Honorable Margaret M. Garnett, in Courtroom 906 of the United States District Court for the Southern District of New

York, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007 for an Order granting Defendants' Motion To Dismiss Plaintiff The Professional Tennis Players Association pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that Defendants request oral argument of the within motion.

Dated: May 20, 2025

Respectfully Submitted,

/s/ Lawrence E. Buterman
Lawrence E. Buterman
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
lawrence.buterman@lw.com

Amanda P. Reeves (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
amanda.reeves@lw.com

Christopher S. Yates (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8157
chris.yates@lw.com

*Counsel for Defendant WTA Tour, Inc.*

/s/ Bradley I. Ruskin*
Bradley I. Ruskin
Lee M. Popkin
Jordan B. Leader
**Proskauer Rose LLP**
11 Times Square
New York, NY 10036
Telephone: (212) 969-3000
bruskin@proskauer.com
lpopkin@proskauer.com
jleader@proskauer.com

Kyle A. Casazza
**Proskauer Rose LLP**
2029 Century Park East
Suite 2400
Los Angeles, CA 90067
Telephone: (310) 284-5677
kcasazza@proskauer.com

*Counsel for Defendant ATP Tour, Inc.*

| | |
|---|---|
| */s/ Heather S. Nyong'o\** | */s/ Heather P. Lamberg\** |
| Heather S. Nyong'o (admitted *pro hac vice*) | **FRESHFIELDS US LLP** |
| **Cleary Gottlieb Steen & Hamilton LLP** | Heather P. Lamberg (*pro hac vice*) |
| 650 California Street Suite 2400 | Jan Rybnicek |
| San Francisco, CA 94108 | Constance Forkner |
| (415) 796-4480 | 700 13th Street NW, 10th Floor |
| hnyongo@cgsh.com | Washington, DC 20005 |
| | Telephone: (202) 777-4797 |
| Joon H. Kim | Fax: (202) 777-4555 |
| **Cleary Gottlieb Steen & Hamilton LLP** | Email: heather.lamberg@freshfields.com |
| One Liberty Plaza | Email: jan.rybnicek@freshfields.com |
| New York, New York 10006 | Email: constance.forkner@freshfields.com |
| (212) 225-2000 | |
| jkim@cgsh.com | *Counsel for Defendant International Tennis Integrity Agency Ltd.* |
| | |
| Nowell D. Bamberger | |
| (*pro hac vice* forthcoming) | |
| **Cleary Gottlieb Steen & Hamilton LLP** | |
| 2112 Pennsylvania Avenue, NW | |
| Washington, D.C. 20037 | |
| (202) 974-1752 | |
| nbamberger@cgsh.com | |
| | |
| *Counsel for Defendant International Tennis Federation Ltd.* | |

\* /s/ signature used with consent in accordance with ECF Rule 8.5(b)

CC: All Counsel of Record (via ECF)