UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VASEK POSPISIL, NICHOLAS KYRGIOS, ANASTASIA RODIONOVA, NICOLE MELICHAR-MARTINEZ, SAISAI ZHENG, SORANA CÎRSTEA, JOHN-PATRICK SMITH, NOAH RUBIN, ALDILA SUTJIADI, VARVARA GRACHEVA, TENNYS SANDGREN, and REILLY OPELKA, on behalf of themselves and all others similarly situated,<br><br>-and-<br><br>THE PROFESSIONAL TENNIS PLAYERS ASSOCIATION,<br><br>     Plaintiffs,<br><br>    v.<br><br>ATP TOUR, INC., WTA TOUR, INC., INTERNATIONAL TENNIS FEDERATION LTD., and INTERNATIONAL TENNIS INTEGRITY AGENCY LTD.,<br><br>     Defendants. | Case No. 1:25-cv-02207-MMG<br><br>**ORAL ARGUMENT REQUESTED** |

**DECLARATION OF LAWRENCE E. BUTERMAN IN SUPPORT OF DEFENDANTS'
<u>MOTION TO DISMISS</u>**

I, Lawrence E. Buterman, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner of Latham and Watkins, 1271 Avenue of the Americas, New York, New York, (202) 906-1200, and counsel to Defendant WTA Tour, Inc., (WTA) in this action.

2. As a member in good standing in this Court and in the Bar of the state of New York, I submit this Declaration in support of Defendants' Motion to Dismiss The Professional Tennis Players Association (the "PTPA"). I have personal knowledge of the facts set forth herein and, if called upon to do so, I can and will testify competently thereto.

3. Attached hereto as Exhibit A are excerpts of a transcript of a hearing that took place in this case on April 11, 2025.

4. Attached hereto as Exhibit B is a PDF of the "FAQ" page on the PTPA's website, accessed on May 19, 2025 via the link https://www.ptpaplayers.com/faqs/.

5. I declare under penalty of perjury that the foregoing is true and correct. Executed on May 20, 2025.

Dated: May 20, 2025
New York, New York

*/s/ Lawrence E. Buterman*
Lawrence E. Buterman