# EXHIBIT B



# FAQs

**FAQS FOR PLAYERS** | FAQS FOR AGENTS

**What is the PTPA?** +

**What kinds of issues can the PTPA support with?** +

**How can I join the PTPA?** −

The PTPA exists to represent and serve the collective player body. We do not maintain a formal membership list or require membership dues.

**Who can join the PTPA?** +

Privacy - Terms



# FAQs

**FAQS FOR PLAYERS** | FAQS FOR AGENTS

- What is the PTPA? +
- What kinds of issues can the PTPA support with? +
- How can I join the PTPA? +
- Who can join the PTPA? +
- Does the PTPA charge membership dues? +
- Why should I care about the PTPA? +

Privacy - Terms

**Will I have any required obligations if I engage with the PTPA?** −

No. We encourage you to take advantage of our services, benefits and resources, but there are no required obligations.

**Can I join the PTPA's Executive Committee?** +

**How can I become more involved in the PTPA?** +

**How can I learn more?** +



Does the PTPA charge membership dues? +

Why should I care about the PTPA? +

Will I have any required obligations if I engage with the PTPA? +

Can I join the PTPA's Executive Committee? +

How can I become more involved in the PTPA? +

How can I learn more? +

