UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vasek Pospisil, Nicholas Kyrgios, Anastasia Rodionova, Nicole Melichar-Martinez, Saisai Zheng, Sorana Cîrstea, John-Patrick Smith, Noah Rubin, Aldila Sutjiadi, Varvara Gracheva, Tennys Sandgren, and Reilly Opelka, on behalf of themselves and all others similarly situated,<br><br>-and-<br><br>The Professional Tennis Players Association,<br><br>Plaintiffs,<br><br>v.<br><br>ATP Tour, Inc., WTA Tour, Inc., International Tennis Federation Ltd., and International Tennis Integrity Agency Ltd.,<br><br>Defendants. | Case No. 1:25-cv-02207-MMG<br><br>ORAL ARGUMENT REQUESTED |

### DEFENDANT INTERNATIONAL TENNIS FEDERATION LTD.'S MOTION TO DISMISS THE CLAIMS AGAINST IT

Please take notice that, upon the accompanying memorandum in support of this motion, Defendant International Tennis Federation, Ltd., by its undersigned counsel, hereby moves this Court before the Honorable Margaret M. Garnett for an order dismissing all claims in Plaintiffs' Complaint (Dkt. No. 1) against International Tennis Federation, Ltd. in their entirety and with prejudice pursuant

1

to Federal Rule of Civil Procedure 12(b)(6), and granting such further relief that this Court deems just and proper.

Dated: May 20, 2025   Respectfully Submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP


*/s/ Heather S. Nyong'o*
Heather S. Nyong'o (admitted *pro hac vice*)
650 California Street Suite 2400
San Francisco, CA 94108
(415) 796-4480
hnyongo@cgsh,com

Joon H. Kim
One Liberty Plaza
New York, New York 10006
(212) 225-2000
jkim@cgsh.com

Nowell D. Bamberger (*pro hac vice* forthcoming)
J.P. Olinski (*pro hac vice* forthcoming)
Benjamin S. Fridman (*pro hac vice* forthcoming)
2112 Pennsylvania Avenue, NW
Washington, D.C. 20037
(202) 974-1752
nbamberger@cgsh.com
jolinski@cgsh.com
bfridman@cgsh.com