## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vasek Pospisil, Nicholas Kyrgios, Anastasia Rodionova, Nicole Melichar-Martinez, Saisai Zheng, Sorana Cîrstea, John-Patrick Smith, Noah Rubin, Aldila Sutjiadi, Varvara Gracheva, Tennys Sandgren, and Reilly Opelka, on behalf of themselves and all others similarly situated, | Civil Action No. 1:25-cv-02207-MMG **[PROPOSED] ORDER DISMISSING CLAIMS AGAINST DEFENDANT INTERNATIONAL TENNIS FEDERATION LTD.** |
| -and- | |
| The Professional Tennis Players Association, | |
| Plaintiffs, | |
| v. | |
| ATP Tour, Inc., WTA Tour, Inc., International Tennis Federation Ltd., and International Tennis Integrity Agency Ltd., | |
| Defendants. | |

Defendant International Tennis Federation, Ltd.'s Motion to Dismiss the Claims Against it is granted.

**IT IS HEREBY ORDERED** that the claims against International Federation Ltd. are dismissed with prejudice.

Dated: _____        _____
                                                MARGARET M. GARNETT
                                                United States District Judge