UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vasek Pospisil, Nicholas Kyrgios, Anastasia Rodionova, Nicole Melichar-Martinez, Saisai Zheng, Sorana Cîrstea, John-Patrick Smith, Noah Rubin, Aldila Sutjiadi, Varvara Gracheva, Tennys Sandgren, and Reilly Opelka, on behalf of themselves and all others similarly situated,<br><br>-and-<br><br>The Professional Tennis Players Association,<br><br>                                   Plaintiffs,<br><br>v.<br><br>ATP Tour, Inc., WTA Tour, Inc., International Tennis Federation Ltd., and International Tennis Integrity Agency Ltd.,<br><br>                                   Defendants. | Civil Action No. 1:25-cv-02207-MMG |

**DECLARATION OF NOWELL D. BAMBERGER
IN SUPPORT OF MOTION TO DISMISS**

I, Nowell D. Bamberger, declare under penalty of perjury as follows:

1. I am a partner in the law firm Cleary Gottlieb Steen & Hamilton LLP, counsel for the International Tennis Federation Ltd. ("ITF"). I am not admitted in this Court but am in the process of applying for admission *pro hac vice*. I am duly licensed and admitted to practice law in the State of Maryland and the District of Columbia. I am also a solicitor licensed to practice law before the Senior Courts in England and Wales. I respectfully submit this declaration in support of ITF's Motion to Dismiss.

1

2. Attached hereto as **Exhibits A–D** are true and correct copies of the following documents, cited in the Memorandum of Law:

| Ex. | Document |
|---|---|
| A. | International Tennis Federation, The Constitution of ITF Limited (2025) |
| B. | International Tennis Federation, ITF Rules of Tennis (2025) |
| C. | *Croxen et al. v Gas and Elec. Mkts. Auth.* [2022] EWHC 2826 (Ch), a decision of the Court of Appeals in England and Wales. |
| D. | *Comm'r of Rev. v The Invest. Tr. Cos. (in Liquidation)* [2017] UKSC 29, a decision of the UK Supreme Court. |

3. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on May 20, 2025

Washington, D.C.

_____
Nowell D. Bamberger