# Exhibit A

# THE CONSTITUTION OF ITF LIMITED 2025

**TRADING AS INTERNATIONAL TENNIS FEDERATION**





# All the rules, on the go.





## RULES OF TENNIS

Available to download now.



Download on the **App Store**



GET IT ON **Google Play**

**THE 2025 CONSTITUTION OF
THE INTERNATIONAL TENNIS FEDERATION**

## TABLE OF CONTENTS

**MEMORANDUM OF ASSOCIATION OF ITF LIMITED** ................................................... 1

**ARTICLES OF ASSOCIATION OF ITF LIMITED** ......................................................... 3

**PART 1:       INTRODUCTION** ........................................................................................ 3

1.   CONSTITUTION OF THE *ITF* ..................................................................................... 3

2.   OBJECTS AND GUIDING PRINCIPLES OF THE *ITF* ................................................ 3

3.   POWERS OF THE *ITF* ................................................................................................ 4

**PART 2:       *MEMBERS*, *REGIONAL ASSOCIATIONS*, AND *RECOGNISED ORGANISATIONS*** ..................................................................................... 5

4.   *MEMBERS* .................................................................................................................. 5

    **4A.   The different categories of membership** ...................................................... 5

    **4B.   The rights of *Members*** .............................................................................. 6

    **4C.   The role and duties of *Members*** ............................................................... 7

    **4D.   Admission of new *Members*** ..................................................................... 9

    **4E.   Increasing or reducing an allocation of Class B shares** ......................... 11

    **4F.   Voluntary termination of membership and forfeiture of shares** ............... 12

    **4G.   Suspension of membership or imposition of other sanction(s) by the *Board of Directors* and *Council*** ............................................................. 13

    **4H.   Expulsion from membership or imposition of other sanction(s) by *Council*** .......... 14

    **4I.   Consequences of termination of membership** ......................................... 15

5.   *REGIONAL ASSOCIATIONS* ................................................................................... 16

6.   *RECOGNISED ORGANISATIONS* ........................................................................... 19

7.   HONORARY POSITIONS ........................................................................................... 19

**PART 3:       *COUNCIL*** ............................................................................................. 20

8.   COMPOSITION AND POWERS OF *COUNCIL* ......................................................... 20

9.   GENERAL MEETINGS OF *COUNCIL* ...................................................................... 21

    **9A.   *Annual General Meetings*** ....................................................................... 21

    **9B.   *Extraordinary General Meetings*** ............................................................. 22

    **9C.   Notice of *General Meetings*** .................................................................... 23

    **9D.   Notice of resolutions** ................................................................................ 23

    **9E.   Attendees at *General Meetings*** .............................................................. 23

    **9F.   Conduct of *General Meetings*** ................................................................ 24

    **9G.   Postponement or adjournment of *General Meetings*** ............................. 25

    **9H.   Voting at *General Meetings*** .................................................................... 25

    **9I.   Arrangements for *General Meetings*** ...................................................... 26

**PART 4:       THE *BOARD OF DIRECTORS*** ............................................................ 26

10.   THE POWERS AND DUTIES OF THE *BOARD OF DIRECTORS* ............................ 26

11.   COMPOSITION OF THE *BOARD OF DIRECTORS* ................................................ 27

12.   ELECTION OR APPOINTMENT TO THE *BOARD OF DIRECTORS* ....................... 28

    **12A.   Nomination for election** .......................................................................... 28

    **12B.   Election process** ..................................................................................... 29

**12C. Appointment of player representatives** ...................................................... 31

**12D. Vacancies** ................................................................................................ 31

13. DUTIES OF *DIRECTORS* ............................................................................... 32

14. PROCEEDINGS OF THE *BOARD OF DIRECTORS* ........................................ 32

**PART 5:        OFFICERS AND STAFF, AND *COMMITTEES*** ................................ **34**

15. OFFICERS ................................................................................................. 34

**15A. The *President*** ......................................................................................... 34

**15B. The *Vice-Presidents*** .............................................................................. 35

**15C. *Treasurer*** ............................................................................................... 35

**15D. *Executive Staff*** ...................................................................................... 35

16. *COMMITTEES* ........................................................................................... 36

**PART 6:        INTEGRITY REQUIREMENTS** ................................................... **37**

17. *ITF CODE OF ETHICS* ............................................................................... 37

18. ELIGIBILITY TO SERVE .............................................................................. 38

19. ANTI-DOPING ............................................................................................. 39

**19A. Compliance with the *World Anti-Doping Code*** ........................................ 39

**19B. The *Tennis Anti-Doping Programme*** ...................................................... 40

20. MANIPULATION OF COMPETITIONS ........................................................... 40

21. SAFEGUARDING ......................................................................................... 40

**PART 7:        COMPETITIONS AND AWARDS** ................................................ **41**

22. GENERAL ................................................................................................... 41

23. *OFFICIAL TEAM COMPETITIONS* ............................................................... 42

24. COMPETITIONS FOR INDIVIDUALS ............................................................ 43

25. VIRTUAL COMPETITIONS .......................................................................... 44

26. AWARDS .................................................................................................... 44

**PART 8:        DISPUTE RESOLUTION** ........................................................... **45**

27. PROCEDURES FOR THE REVIEW OF AND HEARINGS ON THE *RULES OF TENNIS* ....... 45

28. ALLEGED VIOLATIONS OF THE *RULES* ...................................................... 45

**28A. Complaints** ............................................................................................... 45

**28B. Alleged violations of the *Tennis Anti-Doping Programme* or the *Tennis Anti-Corruption Program*** ....... 45

**28C. Alleged violations of the *ITF Code of Ethics*** .......................................... 46

**28D. Alleged violations of other *Rules*** ............................................................ 46

29. APPEALS AGAINST *ITF* DECISIONS ........................................................... 46

30. OTHER CLAIMS AND DISPUTES ................................................................. 47

31. GENERAL ................................................................................................... 48

**PART 9:        OTHER MATTERS** ................................................................... **49**

32. ACCOUNTS ................................................................................................ 49

33. NOTICES AND TIME LIMITS ....................................................................... 49

34. INDEMNITY ................................................................................................ 49

35. OFFICIAL LANGUAGES .............................................................................. 49

36. ALTERATIONS TO THE *MEMORANDUM* OR *ARTICLES* ............................. 50

37.   DISSOLUTION ...................................................................................................... 50

**APPENDICES** .......................................................................................................... **51**

APPENDIX A   RULES OF INTERPRETATION AND DEFINITIONS ................................... 51

APPENDIX B   SHARE REGISTER ................................................................................. 59

APPENDIX C   SUMMARY OF ITEMS REQUIRING OTHER THAN A *BARE MAJORITY* . 62

APPENDIX D   LIST OF REGIONAL ASSOCIATIONS ....................................................... 64

**BYE-LAWS OF ITF LIMITED** ....................................................................................... **65**

A.   **ANTI-DOPING** ......................................................................................... **65**

A1.   Compliance with the *World Anti-Doping Code* ........................................... 65

A2.   The *Tennis Anti-Doping Programme* .......................................................... 65

B.   **MANIPULATION OF COMPETITIONS** ...................................................... **68**

C.   ***RULES OF COUNCIL*** ............................................................................ **69**

C1.   The *Chair* .................................................................................................. 69

C2.   Requirements prior to the commencement of each *General Meeting* ........... 69

C3.   Scrutineers ................................................................................................. 70

C4.   Resolutions at *General Meetings* ............................................................... 70

C5.   Speeches .................................................................................................... 71

C6.   Voting ......................................................................................................... 72

D.   **INCREASE OR REDUCTION IN SHARES OF *CLASS B MEMBERS*** ...... **73**

E.   **APPOINTMENT OF STANDING COMMITTEES BY THE *BOARD OF DIRECTORS*** **73**

F.   **A *NATIONAL ASSOCIATION'S* ROLE TO REPRESENT AND GOVERN TENNIS IN ITS *COUNTRY*** ..................................................................... **74**

G.   **A *REGIONAL ASSOCIATION'S* ROLE TO REPRESENT TENNIS IN ITS REGION** . **75**

**ROLL OF HONOUR** .................................................................................................... **77**

**NATIONAL ASSOCIATION NOMINATIONS** ................................................................. **97**

**HISTORY OF ITF ANNUAL GENERAL MEETINGS** ..................................................... **104**

**ITF OFFICE HOLDERS** ............................................................................................... **107**

**BOARD OF DIRECTORS – 2023-2027** ........................................................................ **109**

**ITF COMMITTEES AND COMMISSIONS – 2024-2025** ................................................. **112**

**NATIONAL ASSOCIATIONS** ........................................................................................ **117**

**REGIONAL ASSOCIATIONS** ....................................................................................... **131**

**RECOGNISED ORGANISATIONS** ................................................................................. **132**

## COMMONWEALTH OF THE BAHAMAS

## AMENDED AND RESTATED

## MEMORANDUM OF ASSOCIATION OF ITF LIMITED

## INTERNATIONAL BUSINESS COMPANIES ACT, 2000 (NO. 45 OF 2000)

## COMPANY LIMITED BY SHARES

I       The name of the *Company* is **ITF LIMITED**.

II      The registered office of the *Company* is located at the offices of GTC Corporate Services Limited, Sassoon House, Shirley Street and Victoria Avenue in the City of Nassau in the Island of New Providence, one of the islands in the Commonwealth of The Bahamas and its postal address is P.O. Box SS-5383, Nassau, The Bahamas.

III     The registered agent of the *Company* is GTC Corporate Services Limited whose address is Sassoon House, Shirley Street and Victoria Avenue in the City of Nassau in the Island of New Providence in the Commonwealth of The Bahamas and whose postal address is P.O. Box SS-5383, Nassau, The Bahamas.

IV      The objects and purposes for which the *Company* is established are to:

(a)     act as the governing body for the sport of tennis worldwide;

(b)     organise and use competitions, events, programmes and other activities at the international level, and support its *Member*s to do the same at the national level, to foster the growth and promote the development of the sport at all levels worldwide;

(c)     encourage universal participation in the sport, and oppose improper discrimination of any kind, such as discrimination on the grounds of race, colour, sex, sexual orientation, disability, language, religion, political or other opinion, national or social origin, property, birth or other status, and as may be set out in the *Olympic Charter*;

(d)     play a leading role in the Olympic and Paralympic movements, including by contributing to the achievement of the goals set out in the *Olympic Charter*;

(e)     make, amend, uphold, and enforce the *Rules of Tennis*, as well as other rules and regulations to be applied by the *Company* and its *Member National Associations* to regulate the practice of the sport efficiently and effectively wherever it is played;

(f)     protect the integrity of the sport by implementing the highest standards of good governance, and by imposing and enforcing rules and regulations that protect all aspects of integrity and ethical conduct in the sport;

(g)     promote and further the interests of the *Company* and its *Members* through engagement with the governing bodies of tennis and of other sports; and

(h)     preserve the autonomy and independence of the *Company* to address all matters concerning the sport without improper intervention or influence by any outside authority.

1

V    The liability of each of the *Members* is limited to their respective investment in the share capital of the *Company*.

VI    The shares in the capital of the *Company* will be issued in the currency of the United States of America.

VII    The capital of the *Company* is One thousand dollars in the currency of the United States of America (US$1,000.00) divided into One hundred (100) Class A Shares having a par value of one United States dollar (US$1.00) each, Six hundred (600) Class B Shares having a par value of one United States dollar (US$1.00) each, and Three hundred (300) Class C Shares having a par value of one United States dollar (US$1.00) each, with power to divide the shares in the capital for the time being into several classes and series, and with power to increase or reduce the capital and to issue any of the shares in the capital (whether original, increased or reduced), with or subject to any preferential, special or qualified rights or conditions as regards dividends, repayment of capital, voting or otherwise, as the *Class B Member*s may in any *General Meeting* of the *Company* from time to time by *Bare Majority* designate. The *Class B Member*s are hereby expressly authorised to fix by *Bare Majority* any designations, powers, preferences, rights, qualifications, limitations or restrictions on each class or series of shares.

VIII    This memorandum may be amended at any time and from time to time in such manner as may be prescribed by the Articles of Association of the *Company*.

_____

Dated: 1 January 2025

**COMMONWEALTH OF THE BAHAMAS**

**ARTICLES OF ASSOCIATION OF ITF LIMITED**

**AN INTERNATIONAL BUSINESS COMPANY LIMITED BY SHARES**

**UNDER THE INTERNATIONAL BUSINESS COMPANIES ACT 2000**

_____

## PART 1:    INTRODUCTION

### 1.    CONSTITUTION OF THE *ITF*

1.1    ITF Limited is a company limited by shares, incorporated under the International Business Companies Act 2000 of the Commonwealth of the Bahamas. It trades as 'the International Tennis Federation', or the 'ITF', and will be referred to in these *Articles* as the *ITF*.

1.2    The Memorandum of Association and these Articles of Association of the ITF, including its *Appendices*, together with the *Bye-Laws* issued in accordance with these Articles of Association, will together constitute and be referred to as the *Constitution* of the *ITF*.

1.3    This *Constitution* is governed by and will be interpreted and applied in accordance with Bahamian law.

1.4    The rules of interpretation and definitions set out in APPENDIX A will be used as an aid to interpretation of the *Constitution*. Words and phrases that have a meaning defined in APPENDIX A are signified in the text by italicised font.

### 2.    OBJECTS AND GUIDING PRINCIPLES OF THE *ITF*

2.1    The objects and purposes of the *ITF* are set out in paragraph IV of the *Memorandum*.

2.2    The *ITF* respects, promotes and has regard to the following principles in carrying out its activities:

2.2.1    internationally recognised human rights;

2.2.2    the *Olympic Charter* and the principles of Olympism;

2.2.3    the principle of political neutrality and impartiality;

2.2.4    the right of sporting organisations to act with autonomy and without improper interference from bodies outside the *Olympic Movement*;

2.2.5    clean sport and fair play;

2.2.6    diversity and gender equality in the management of and participation in the sport of tennis;

2.2.7    the safety and well-being of participants in the sport, including, in particular, children and vulnerable adults;

2.2.8    environmental sustainability and nature conservation in and through the sport; and

2.2.9    the obligation to afford minimum standards of procedural fairness to persons affected by its decisions.

## 3.    POWERS OF THE *ITF*

3.1    Subject to this *Constitution* and its governing law, the *ITF* has all the powers of a legal person and may do all such acts or things that it considers to be necessary, desirable, incidental or conducive to advancing its objects and purposes, including the power to:

3.1.1    amend this *Constitution*, and/or issue, adopt, and enforce *Bye-laws* and other rules and regulations that make further provision for the management and control of the sport by the *ITF* and its *Member National Associations*, and for the affairs of the *ITF*;

3.1.2    establish: rules and regulations regulating the conduct of the sport throughout the world, including the rules of tennis to be followed in competitions at international and national level; regulations governing the organisation, sanctioning and conduct of competitions at international level; rules governing eligibility of tennis players to represent a *Member National Association* in *International Competitions*; and codes of conduct for participants in the sport;

3.1.3    apply and enforce the *Constitution* and rules and regulations issued thereunder, and ensure their application and enforcement by its *Member National Associations* throughout the sport;

3.1.4    organise and schedule and/or sanction the organisation and scheduling of *International Competitions* (including "world" or "international" championships and other events purporting to be "world" or "international" events or otherwise purporting to determine "world" or "international" champions of tennis) in accordance with the best long-term interests and priorities of the sport as a whole;

3.1.5    award *Official Tennis Championship* and *Recognised Tennis Championship* status;

3.1.6    organise and supervise the tennis programme at the Olympic Games and the wheelchair tennis programme at the Paralympic Games;

3.1.7    cooperate with other sport organisations including the *IOC*, the *IPC* and *WADA*, and public and private organisations, state authorities, and other relevant bodies to promote the interests of sport generally, and tennis in particular, throughout the world;

3.1.8    establish and maintain an administration to carry out the affairs of the *ITF*, including employing, engaging or procuring the services of any person(s) to supervise, organise, and carry out the work of the *ITF*, whether for remuneration or otherwise;

3.1.9    raise funds to finance the activities of the *ITF* by all available means, which in the case of fundraising from *Members* must have *Council* approval;

3.1.10    purchase, lease or otherwise acquire any property or other rights and privileges, construct, maintain and alter any buildings or premises, and/or sell, let, mortgage, dispose of or turn to account all or any of the property or assets of the *ITF*;

3.1.11    invest any funds not immediately required to fund the *ITF's* activities in accordance with a policy approved by the *Board of Directors*;

3.1.12    establish, acquire, merge with, or otherwise establish control in respect of other legal entities (such as foundations or corporations), and contribute to, and exercise such rights in respect of, the governance of any such other legal entity; and

3.1.13    take such measures as may appear expedient for advancing the interests of the sport of tennis.

3.2    The *ITF* will exercise its powers through its constituent bodies and officials, including *Council*, the *Board of Directors*, the *President*, the *ITF Staff*, and *Committees*, as well as by way of delegation of authority to any separate and/or independent body (such as the *International Tennis Integrity Agency)*, in each case as set out in this *Constitution* and/or in the *Rules*.

## PART 2:    *MEMBERS*, *REGIONAL ASSOCIATIONS*, AND *RECOGNISED ORGANISATIONS*

### 4.    *MEMBERS*

#### 4A.    The different categories of membership

4.1    The *Members* of the *ITF* are the registered holders of shares in the share capital of the *ITF*. The shares in the *ITF* have been issued in different classes, denoting different categories of membership:

4.1.1    The *Class A Members* are the trustees from time to time of the *ITF Trust*. All Class A shares will upon application be allotted at par value to these trustees, to be held by them solely in accordance with the trusts, powers, and provisions contained in the *Declaration of Trust*, for the benefit of the *Class B Member*s and the *Class C Member*s as the beneficiaries of the *ITF Trust*.

4.1.2    *Class B Member*s are *National Associations* that meet the membership requirements set out in Article 4.18 and that, in the opinion of *Council*, are sufficiently developed in tennis matters to warrant admission as *Class B Members*. The *Class B Member*s of the *ITF* as of 1 January 2025 are listed at Part One of APPENDIX B.

4.1.3    *Class C Member*s are *National Associations* that meet the membership requirements set out in Article 4.18 and that, in the opinion of *Council*, are sufficiently developed to warrant admission as *Class C Members*. The *Class C Member*s of the *ITF* as of 1 January 2025 are listed at Part Two of APPENDIX B.

4.2    All the shares of each class will be numbered in a regular series, and every surrendered, cancelled or forfeited share will continue to bear its original number. The *ITF* will maintain at its registered office a *Register* containing the particulars required by the *Act*.

4.3    Certificates will not be issued in respect of shares in the *ITF*, but every *Member* will be entitled to request a letter signed by any two *Directors*, confirming that the *Member* is the registered holder of the share(s) mentioned in the letter. The letter will note the aggregate number of shares held, the issue number pursuant to Article 4.2, the total subscriptions paid up, and any conditions or restrictions to which the *Member* is subject.

4.4    Subject to these *Articles*, the unissued shares of the *ITF* will be under the control of *Council*, which may instruct the *Board of Directors* to allot them at par or otherwise dispose of them to or in favour of any *Member(s)*.

4.5    The *ITF* is entitled to treat the registered holder of any Class B share or Class C share as the absolute owner thereof, and therefore is not bound to recognise any equitable or other

5

claim to or interest in such share on the part of any other person, except as ordered by a court of competent jurisdiction or as required by the *Act*.

4.6 Each allotment of shares of any class by or under the authority of the *Board of Directors* will be conclusive evidence that such shares were applied for by the *Member* in whose favour such allotment was made.

4.7 Class A shares may only be transferred consequent upon a change of trustees of the *ITF Trust* or in such other circumstances as may be authorised by the express provisions of the *Declaration of Trust*.

4.8 Class B shares and Class C shares may not be transferred except in favour of the *ITF* or otherwise as permitted by the *Board of Directors* pursuant to this *Constitution*.

4.9 Neither this *Constitution* nor membership of the *ITF* will create a partnership or agency relationship between the *ITF* and its *Members*. The *Members* are not liable for the debts or obligations of the *ITF* beyond the amounts they have subscribed for the share capital in the *ITF*, and the *ITF* is not liable for the debts or obligations of its *Members*.

4.10 Neither a *Member* nor the *ITF*, nor any of their officials, has authority of any kind to act as an agent or representative of, or otherwise to enter into any contract or commitment on behalf of, the other, except as specifically authorised in writing by the other.

### 4B. The rights of *Members*

4.11 *Class A Members*:

4.11.1 Any dividends declared by the *Board of Directors* from time to time in accordance with this *Constitution* will be paid solely and exclusively to the *Class A Members*, to be applied by them solely in accordance with the trusts, powers and provisions contained in the *Declaration of Trust*, for the benefit of the *Class B Member*s and the *Class C Member*s as the beneficiaries of the *ITF Trust*.

4.11.2 *Class A Members* have the right to attend and speak at *Council* meetings, but not to vote.

4.12 Each *Class B Member* and *Class C Member* has the right to be recognised by the *ITF* and its other *Members* as the body with the sole and exclusive right to govern tennis in its *Country*.

4.13 Each *Class B Member* and *Class C Member* in *Good Standing* has the right to:

4.13.1 appoint delegates to attend and speak at *Council* meetings;

4.13.2 propose resolutions to *Council*;

4.13.3 receive reports to *Council,* and other circulars and information;

4.13.4 enter teams in all *Official Team Competitions* other than the Davis Cup and Billie Jean King Cup;

4.13.5 participate in *ITF* programmes and activities;

4.13.6 nominate individuals to be appointed to *Committees*;

4.13.7 host *General Meetings*;

4.13.8 host *International Competitions*; and

4.13.9  enjoy such other rights and privileges applicable to them as a *Class B Member* or *Class C Member* as set out in this *Constitution* or the *Rules*.

4.14  Each *Class B Member* in *Good Standing* has the right to:

4.14.1  cast one vote per Class B share allotted to it on each resolution put before *Council*, subject to Article 4.17;

4.14.2  nominate individuals for election as *President* and to the *Board of Directors*; and

4.14.3  enter teams in the Davis Cup and the Billie Jean King Cup.

4.15  *Class B Member*s and *Class C Member*s have no right to any dividends.

4.16  The exercise of the membership rights in Articles 4.13 and 4.14 is subject to other provisions in this *Constitution* and the *Rules*.

4.17  A *Class B Member* or a *Class C Member* whose subscriptions are in arrears may not speak or vote at any *General Meeting*, even if it is in *Good Standing*.

**4C.    The role and duties of *Members***

4.18  Each *Class B Member* and each *Class C Member* must satisfy each of the following requirements when it becomes a *Member* and for as long as it remains a *Member*:

4.18.1  It must represent a *Country* for which there is no other *Member*.

4.18.1.1  A *Member* for a *Country* that represents a commonwealth, protectorate, colony or special area may delegate its powers to a subsidiary association that has jurisdiction in that area.

4.18.1.2  If applying to become a *Class B Member* and it represents a commonwealth, protectorate, colony or special area, it must have a *National Olympic Committee*, and it must have the written consent of the *National Association* that represents the parent *Country*.

4.18.2  It must be a legal entity, whether for-profit or not-for-profit, that is properly constituted in accordance with the law applicable in its *Country*.

4.18.3  It must not be declared insolvent by the applicable authority in its *Country*.

4.18.4  It must be recognised as the national governing body for tennis in its *Country* including the administration, organisation and practising of the sport, but it may delegate powers to another body to govern some aspects of tennis in its *Country*.

4.18.5  Its constitution and supplemental documents must:

4.18.5.1  not be in conflict with this *Constitution*; and

4.18.5.2  be compliant with the *Olympic Charter* and the *World Anti-Doping Code*.

4.18.6  It must be a *Member* of the *Regional Association* whose territorial jurisdiction includes its *Country*, if such a *Regional Association* exists. It may only be a *Member* of one *Regional Association*.

4.19    Subject to the transitional provisions at Article 4.20, each *Class B Member* and each *Class C Member* acknowledges and undertakes that at all times while it remains a *Member* it will:

    4.19.1    inform the *Board of Directors* if there is a fundamental change in its ability to satisfy any of the requirements of Article 4.18 or a material change in its constitution;

    4.19.2    pay an annual subscription to the *ITF*, which will be payable in the lawful currency of the United States of America or the equivalent in any other currency acceptable to *Council*;

        4.19.2.1    The initial subscription will be payable upon admission as a *Member*, and will be deemed to include the par value amount payable upon the allotment of shares. Subsequent subscriptions will be payable on the first day of January of each year.

        4.19.2.2    *Council* may increase or decrease the subscription fees. If no such decision is made, the subscription fees will be increased annually on a percentage basis indicated by the *OECD Consumer Price Index*, unless the *Board of Directors* determines a lesser increase.

    4.19.3    represent and govern tennis satisfactorily in its *Country*, as further described in Bye-Law F;

    4.19.4    ensure that its officeholders are appointed, by election or otherwise, in a manner that is fair and transparent;

    4.19.5    comply with this *Constitution* and the *Rules;*

    4.19.6    recognise and enforce within its *Country*:

        4.19.6.1    all decisions validly made in accordance with the *Constitution* or the *Rules*; and

        4.19.6.2    periods of ineligibility of players and other participants and other disciplinary sanctions validly imposed under the *Constitution* or the *Rules,* or otherwise recognised and accepted by *ITF*;

    4.19.7    comply with any *Rules* issued regarding the sanctioning of international team competitions by the *ITF* or of other team competitions by a *Member*, and the organisation of or participation in those competitions;

    4.19.8    only authorise, organise, sanction or otherwise endorse competitions and events that are subject to integrity measures consistent with Articles 19, 20 and 21; and

    4.19.9    resolve any disputes with the *ITF* and/or any other *Member(s)* in accordance with the dispute resolution provisions of Articles 29 and 30 of this *Constitution* or of the *Rules* as applicable, not take any legal or other action inconsistent with that obligation, and respect, abide by, recognise and enforce the outcome of the prescribed dispute resolution process.

4.20    All *Member National Associations* shall have until 31 December 2027 in which to ensure full compliance with Article 4.19. Any non-compliance with Articles 4.19.4 to 4.19.9 during

that three-year transition period shall not be considered a breach of the *Constitution*, provided that:

4.20.1　the non-compliance would not have been a breach of the *Constitution* in effect prior to 1 January 2025; and

4.20.2　the *Member* demonstrates: (a) that it would be unreasonable to require its compliance, having regard to all relevant factors including its governing documents, the spirit of the obligation, and the willingness of the *Member* to comply to the extent possible; and (b) that it is working towards full compliance by 31 December 2027.

**4D.　Admission of new *Members***

4.21　Only *Council* may admit a new *Class B Member* or *Class C Member,* in accordance with this Section 4D.

4.22　The following *National Associations* may apply for admission as a new *Member*:

4.22.1　A *National Association* representing a *Country* for which there is no current *Member*.

4.22.1.1　A *National Association* that has been formed following the division of one *Country* into two or more new *Countries*, may apply to represent one of the new *Countries*. If the *National Association* representing the original single *Country* was a *Class B Member*, the newly formed *National Association* may apply to be either a *Class B Member* or a *Class C Member*. The existing *Member* is not required to make a new application or be re-admitted, but it must notify *ITF* of the *Country* which it represents, and it may have its number of Class B shares reduced in accordance with Article 4.37.

4.22.1.2　A *National Association* that has been a *Member* previously may apply to be re-admitted as the *Member* for its *Country*. If that *National Association* was previously a *Class C Member*, it may only apply to be re-admitted as a *Class C Member*; if it was previously a *Class B Member*, it may apply to be either a *Class B Member* or *Class C Member*. As a condition of re-admission, unless waived by *Council* by *Special Majority*, it must pay: (a) any subscription fees or fines owed as of the date it ceased to be a *Member* and the subscription fee for the year of re-admission; (b) a penalty equivalent to one year's subscription, if it was expelled under Section 4H; and (c) any subscription fees owed to its *Regional Association* up to the date when it ceased to be a *Member*, together with its subscription to its *Regional Association* for the year of re-admission. It may also opt to pay the current year's subscription, which will entitle it to all the benefits of membership remaining for the current year. Readmittance of a *National Association* that has been expelled may not take effect until at least 12 months from the date of expulsion, unless waived by *Council* by *Special Majority*.

4.22.1.3　In all other cases where there is no current *Member* for a *Country*, the *National Association* may only apply to be admitted as a *Class C Member*.

4.22.2　A *Member* seeking permission to transfer its membership to another *National Association* in its *Country*.

4.22.2.1    The proposed transferee must also be a party to the application. The application will be treated as an application by the transferee to become a *Member* in place of and in the same category of membership as the current *Member,* and the requirements of this Article 4 shall apply to them, with the necessary changes to reflect the circumstances of their application. The application may either request permission for all the current *Member's* shares to be transferred to the other *National Association*, or for a smaller number of shares to be transferred with the remainder to be returned in favour of the *ITF*.

4.23    Applications to represent a *Country* where there is a current *Member* will not be accepted. In the limited circumstance that more than one *National Association* applies in the same year to be admitted as a *Member* for a *Country* for which there is no current *Member*, the competing claims will be resolved in accordance with Article 4.28.

4.24    A *Class C Member* may apply to become a *Class B Member*.

4.24.1    A *Class C Member* that was previously a *Class B Member* may apply to be re-admitted as a *Class B Member* at the next *Annual General Meeting*, provided that its application is received at least four months before that meeting.

4.24.2    Otherwise, the *Class C Member* must have been a *Class C Member* for at least three years and written notice of its intention to apply to become a *Class B Member* must have been received at or before the previous *Annual General Meeting*.

4.25    In each case, the application for new membership or to change category from a *Class C Member* to a *Class B Member* must be in writing in English and must include:

4.25.1    the name and address of the applicant *National Association*;

4.25.2    the names and addresses of the directors and officers of the *National Association*;

4.25.3    its categories of membership and number of *Member*s in each category, together with the number of individual participants affiliated to it;

4.25.4    a certified copy of the *National Association's* constitution;

4.25.5    a declaration confirming that the *National Association* satisfies, or in the case of an application for transfer would upon such transfer satisfy, all of the requirements set out at Article 4.18;

4.25.6    full details of the development of the game of tennis in the applicant *National Association's Country*; and

4.25.7    a sum equivalent to the subscription payable in the year of the application by a *Class C Member* or *Class B Member*, as applicable. If the application is approved, such payment will be applied towards the subscription amount due from the applicant. If the application is not approved, it will be returned to the applicant.

4.26    Applications for new membership or for change of membership class must reach the *ITF* at least four months before the date of an *Annual General Meeting* in order to be included in the agenda for that meeting.

4.27    Where there are no competing claims to the membership applied for:

4.27.1   The *Board of Directors* may request further relevant information and may appoint a representative to visit the applicant's *Country*. The representative will discuss the implications of the applicant's admission as a *Member* or its change of membership class, advise on all relevant aspects of the game of tennis and the activities of the *ITF*, assess the applicant's satisfaction of the Article 4.18 requirements, and assess the standard of tennis played within the *Country*. The representative will submit a report of their visit to the *Board of Directors*. The *ITF* will bear the costs of the visit for applications for a *Class C Member* only; otherwise the applicant shall pay.

4.27.2   When the *Board of Directors* is satisfied that the application satisfies all the applicable requirements, it will submit the application to *Council* for decision.

4.28   Competing claims to be the *Member* for a particular *Country* will be resolved as follows:

4.28.1   The *Board of Directors* will specify the criteria by which the competing claims are to be assessed.

4.28.2   The *Board of Directors* will establish a *Committee* to consider the respective claims of the competing parties, in accordance with a fair and impartial process, and then to make a written recommendation as to which of those parties, in the *Committee's* view, better meets the specified criteria and so should be the *Member* for that *Country*.

4.28.3   The *Board of Directors* will submit that recommendation to *Council* for decision.

4.28.4   *Council* will consider the competing claims and the *Committee's* recommendation, and will give each party an equal opportunity to be heard before voting on which claim to accept, if any.

4.29   The *Board of Directors* may make a recommendation to *Council* on applications for membership or change of membership class. However, *Council* is not bound by that recommendation.

4.30   A resolution to admit an applicant as a *Member* requires a *Special Majority* to be passed by *Council*. If the resolution is passed, the applicant will subscribe for and be allotted one Class C or Class B share, or such other number of Class B shares as is specified in the resolution for admission that was passed by *Council*, and will become a *Class C Member* or *Class B Member* as applicable.

4.31   Once granted, membership of the *ITF* continues unless and until the *Member National Association* resigns from membership in accordance with Section 4F, or *Council* expels the *Member National Association* in accordance with Section 4H. membership of the *ITF* may be suspended in accordance with Section 4G. During any period of suspension, the *Member National Association* may not exercise any of the rights of a *Member* and will not be subject to any of the obligations of a *Member*, save that it must fulfil any outstanding obligations, including payment obligations, that had accrued prior to the period of suspension commencing.

### 4E.   Increasing or reducing an allocation of Class B shares

4.32   A *Class B Member* may hold 1, 3, 5, 7, 9 or 12 Class B shares.

4.33   The *Class B Members* of the *ITF* as of 1 January 2025 are entitled as of that date to the number of shares set against their respective names at Part One of APPENDIX B.

4.34   Only *Council* may increase or reduce the number of Class B shares held by a *Class B Member*, by passing by *Special Majority* a resolution submitted by the *Class B Member* in

accordance with Article 4.35 or by the *Board of Directors* in accordance with Article 4.37 at an *Annual General Meeting*. Any increase or reduction will be limited to the next share category, being 1, 3, 5, 7, 9, or 12.

4.35    A *Class B Member* may apply for an increase or reduction in the number of Class B shares it holds as follows:

    4.35.1    A *Class B Member* with one Class B share may apply at any time for the cancellation of that share and the issue of a Class C share to become a *Class C Member*.

    4.35.2    A *Class B Member* with one Class B share must hold that share for at least three years before applying for an increase.

    4.35.3    A *Class B Member* that has been granted an increase in Class B shares at one *Annual General Meeting*:

        4.35.3.1    may not apply for another increase at the following year's *Annual General Meeting*; and

        4.35.3.2    may not apply for a reduction in Class B shares to be considered for at least the following three *Annual General Meetings*.

    4.35.4    A *Class B Member* that has been granted a reduction in Class B shares at one *Annual General Meeting* may not apply for an increase in Class B shares to be considered for at least the following three *Annual General Meetings*, unless it pays the subscriptions for the intervening years at the higher rate.

4.36    Applications under Article 4.35 must reach the ITF at least four months before the date of an *Annual General Meeting* in order to be included in the agenda for that meeting. The *Board of Directors* will make a recommendation as to whether or not *Council* should pass the resolution, assessed by reference to the factors set out in Bye-law D.

4.37    The *Board of Directors* may at any time submit a resolution to *Council* to increase or reduce the number of Class B shares held by a *Class B Member*, assessed by reference to the factors set out in Bye-law D. Prior to submitting any such resolution, the *Board of Directors* must first seek representations from the *Class B Member*.

4.38    The *Board of Directors* may appoint a representative to visit the *Country* of a *Class B Member* applying for an increase in shares, to assess the *Member's* fulfilment of the Article 4.18 and 4.19 criteria and the factors in Bye-law D, and to submit a report of the visit to the *Board of Directors*. The *Class B Member* shall pay for this visit.

4.39    If *Council* passes a resolution to change the number of shares held by a *Class B Member*, the *Class B Member* will subscribe for and be allotted the new number of Class B shares. If *Council* passes a resolution to take away the sole share of a *Class B Member*, that Class B Share will be duly cancelled and a Class C share will be issued to that *Member*.

**4F.    Voluntary termination of membership and forfeiture of shares**

4.40    Any *Member National Association* may resign as a *Member* by giving the *ITF* notice in writing. The resignation will take effect on the 31st day of December of the year in which the notice is received by the *ITF*. The resigning *Member* will remain liable for all subscription fees due up to that date and for the following year had they remained a *Member*.

### 4G.    Suspension of membership or imposition of other sanction(s) by the *Board of Directors* and *Council*

4.41    *Council* may suspend the membership of a *Member National Association* with immediate effect by a resolution passed by a *Special Majority* on the basis that:

4.41.1    the *Member* has ceased in a material way to meet one or more of the membership requirements set out in Articles 4.18 and 4.19, excluding Article 4.19.2;

4.41.2    the *Member's* independence has been compromised;

4.41.3    the *Member* has by its acts or omissions caused serious prejudice to the sport, the *ITF*, its *Members* or the *International Competitions*, or has brought or risked bringing those into disrepute in a material way;

4.41.4    the *Member's* continued active membership of the *ITF* would or would be likely to cause serious prejudice to the international standing of tennis as a world sport;

4.41.5    the *Member* has failed to pay any amount(s) other than subscriptions that are due and payable to the *ITF*, unless such payment is disputed, in which case the deadline is that specified by the applicable decision-maker or any later deadline specified by the *Board of Directors*; or

4.41.6    the *Member* has failed to pay its subscriptions for two successive years.

4.42    Prior to *Council* passing a resolution to suspend a *Member National Association* under Article 4.41.1 to 4.41.5 the *ITF* will conduct an appropriate investigation, including:

4.42.1    informing the relevant *Member* of the basis for suspension;

4.42.2    seeking and considering representations from the relevant *Member*;

4.42.3    reviewing relevant evidence;

4.42.4    providing an opportunity to resolve the matter where reasonable, having regard to the seriousness of the matter, its impact on the integrity of the *ITF* and/or tennis in the *Country*, and whether resolution is possible; and

4.42.5    giving the *Member* the right to be heard at the *Council* meeting where the proposed resolution is considered.

4.43    Any suspension of a *Member* by *Council* in accordance with Article 4.41 shall be subject to such terms and conditions as *Council* may determine, including terms and conditions that the *Member* must satisfy in order to have its suspension lifted. The terms and conditions may be reviewed and amended by *Council* during the course of a *Member's* suspension.

4.44    Any *Member* suspended under Article 4.41 will, unless *Council* decides otherwise in its absolute discretion, be deprived of all its rights as a *Member* except Article 4.12, whether set out in this *Constitution* or otherwise, and including the right for a team representing their *Country* to enter *Official Team Competitions*. Any contractual or other obligations owed between the *Member* and the *ITF* that have accrued prior to suspension shall continue to remain legally valid, binding and in full force and effect.

4.45    In addition to or in place of the suspension process at Articles 4.41 to 4.43, the *Board of Directors* may by a *Special Majority* take interim action against a *Member National Association* in accordance with the following process:

4.45.1    It may take any action it considers appropriate, including an interim suspension, where it considers that the autonomy of a *Member* is compromised, and urgent action is necessary to uphold the *Olympic Charter* and right of *Members* to act with autonomy and without improper interference from bodies outside the *Olympic Movement*.

4.45.2    It may take any action it considers appropriate, excluding any suspension of or restriction of the rights set out in Articles 4.12 and 4.13.1 to 4.13.3, where the *Member* has failed to pay when due any amount owed to the *ITF* other than subscriptions, that failure is material and is not subject to a current dispute, and the *Member* has been given a reasonable opportunity to make the payment (but at a minimum 30 days).

4.45.3    The interim action must be ratified by *Council* by a *Special Majority* at the next *General Meeting*, and may be varied. Where the affected *Member* is subject to an interim suspension, they may require the *Board of Directors* to convene an *Extraordinary General Meeting* within ten weeks of such written demand. The affected *Member* shall be entitled to make representations prior to any vote. If *Council* resolves not to ratify the suspension or other action taken by the *Board of Directors*, then the suspension or other action shall be reversed with immediate effect.

4.46    Nothing in Section 4G limits or prejudices any other powers that exist under this *Constitution* or the *Rules* to impose sanctions on *Members*.

4.47    A suspension may be lifted in accordance with the following process and conditions:

4.47.1    A *Member* may apply to have a suspension lifted, despite not being in *Good Standing* and having any other rights to propose resolutions.

4.47.2    Unless waived by *Council* by *Special Majority*, it must pay: (a) any subscription fees or fines owed as of the date of suspension and the subscription fee for the year for which the suspension is lifted; and (b) any subscription fees owed to its *Regional Association* up to the date of its suspension, together with its subscription to its *Regional Association* for the year for which the suspension is lifted. It may also pay the current year's subscription, which will entitle it to all the benefits of membership remaining for the current year, subject to Article 4.47.4. The lifting of the suspension will only take effect once payment has been made.

4.47.3    The *Board of Directors* has the power to lift a suspension imposed under Article 4.41.5 or 4.41.6, or under Article 4.45.1 that has not been ratified. *Council* has the power to lift any other suspension, which must be passed by a *Special Majority*.

4.47.4    The *Member* is permitted to enter *Official Team Competitions* for the year for which the suspension is lifted. A *Member* that pays for the current year's subscription may only enter *Official Team Competitions* for the current year subject to the *Rules* and to the feasibility of accepting a late entry within the competition format and schedule.

### 4H.    Expulsion from membership or imposition of other sanction(s) by *Council*

4.48    A resolution proposing expulsion must be put forward by a *Class B Member* or the *Board of Directors*.

4.49    *Council* may expel a *Member National Association* by resolution passed by a *Super Majority* where:

4.49.1   the *Member* has failed to pay its subscriptions for two successive years;

4.49.2   the *Member* has failed to pay any amount(s) other than subscriptions that are due and payable to the *ITF*, unless such payment is disputed in which case the deadline is that specified by the applicable decision-maker or any later deadline specified by the *Board of Directors*;

4.49.3   the *Member* has committed a serious breach of, or repeatedly or persistently breached, one or more of its obligations under the *Constitution* or the *Rules*;

4.49.4   the *Member* has by its acts or omissions caused serious prejudice to the sport, the *ITF*, its *Members* or the *International Competitions*, or has brought or risked bringing those into disrepute in a material way;

4.49.5   its continued membership of the *ITF* would or would be likely to cause serious prejudice to the international standing of tennis as a world sport; or

4.49.6   the *Member* has been suspended under Article 4.41, and the matters giving rise to the suspension have not been addressed to the satisfaction of *Council* within a reasonable time which shall be at least one year.

4.50   Prior to *Council* passing a resolution to expel a *Member National Association*, the *Board of Directors* will:

4.50.1   conduct an appropriate investigation and review the relevant evidence;

4.50.2   notify the *Member* in writing of the proposal that *Council* resolves to expel the *Member*, giving the reasons for such proposal;

4.50.3   give the *Member* at least 30 days to respond to the proposal; and

4.50.4   give the *Member* the right to be heard at the *Council* meeting where the proposed resolution is considered.

4.51   Where it sees fit, rather than expel a *Member National Association*, *Council* may by a *Special Majority* decide to impose other sanctions on the *Member* short of expulsion.

4.52   Nothing in Section 4H limits or prejudices any other powers that exist under this *Constitution* or the *Rules* to impose sanctions on *Members*.

**4I.   Consequences of termination of membership**

4.53   Where membership of the *ITF* is terminated by resignation or expulsion:

4.53.1   The shares held by the *Member* will be deemed to have been forfeited and will accordingly be cancelled by the *Board of Directors*. The *Register* will be amended accordingly.

4.53.2   The former *Member*:

4.53.2.1   may not hold itself out as a *Member* of the *ITF*;

4.53.2.2   forfeits all membership rights from the date of termination, and has no rights in or claims upon the *ITF* and its property that would otherwise arise if its membership had continued; and

4.53.2.3   may not use any *ITF* property, including its intellectual property.

4.53.3   No person who holds or continues to hold any office in the former *Member*:

4.53.3.1    may become or remain an *ITF Officeholder*; or

4.53.3.2    may exercise any other rights, entitlements or privileges that they would have been entitled to exercise if the former *Member* were still a *Member*, including representation, entry, participation or involvement in any capacity in any competition, activity, event, function or meeting of the *ITF,* including meetings of *Council* and of the *Board of Directors.*

4.53.4    A person who continues to hold membership of or affiliation to the former *Member* may enter and compete in *ITF* competitions unless prohibited by the *Rules*.

## 5.    *REGIONAL ASSOCIATIONS*

5.1    The *Regional Associations* affiliated to the *ITF* as of 1 January 2025 are listed at APPENDIX D.

5.2    *Council* may by *Special Majority* resolve to grant an application for affiliation to the *ITF* as a *Regional Association*. An application for affiliation will not be accepted where the applicant's geographic region includes one or more *Countries* already included in an affiliated *Regional Association*.

5.3    An application for affiliation to the *ITF* as a *Regional Association* must be made in writing to the *Board of Directors*, and must include:

5.3.1    the name of the applicant and the addresses of its registered office and of its principal place of business;

5.3.2    evidence that the applicant has been in existence for at least three full years prior to the date of the application, and a description of its activities since it was created, including a list of tournaments and other events that the applicant organises on a regular basis;

5.3.3    a certified copy of the applicant's constitution, which must:

5.3.3.1    not be in conflict with this *Constitution*;

5.3.3.2    allow applications for membership only from any national tennis association that represents a *Country* within its geographic region, and that is not within the geographic region of any other affiliated *Regional Association*; and

5.3.3.3    be compliant with the *Olympic Charter* and the *World Anti-Doping Code*;

5.3.4    the names of the applicant's directors and officers;

5.3.5    the names and addresses of the applicant's *Member*s, and details of the membership fees payable by such *Member*s; and

5.3.6    a list of the applicant's international affiliations, if any.

5.4    A *Regional Association* must obtain approval from the *Board of Directors* for any amendment to its membership fees. A *Regional Association* may make changes to its constitution without approval from the *ITF*. However, if the *ITF* considers that there is a conflict between any proposed or approved change to a *Regional Association's* constitution and this *Constitution*, the *ITF* may not recognise those changes, any acts

taken by the *Regional Association* pursuant to those changes, or the consequences of any such changes or acts.

5.5    Each *Regional Association* has the right:

    5.5.1    to send up to two delegates to a *General Meeting;*

    5.5.2    to propose resolutions to *Council*;

    5.5.3    to apply for funds that the ITF makes available to *Regional Associations*; and

    5.5.4    to receive support and guidance from the *ITF* regarding development plans in its region, pursuant to the *ITF's* development strategy from time to time.

5.6    A *Regional Association* has the following functions and duties:

    5.6.1    to provide a link between its *Member National Associations* and the *ITF;*

    5.6.2    to represent its *Member*s in their dealings with the *ITF*, if asked to intervene on their behalf;

    5.6.3    to uphold and work within this *Constitution* and the *Rules*;

    5.6.4    to promote and stimulate competition and sportsmanship among its *Member*s;

    5.6.5    to establish, sanction and organise calendars of events at all levels within its region;

    5.6.6    to recommend events to the *ITF* for inclusion in international tours extending beyond the region;

    5.6.7    to promote, establish, and coordinate development and educational programmes for tennis within its region; and

    5.6.8    to execute any other functions delegated to it by the *ITF*.

5.7    A *Regional Association* must:

    5.7.1    be a legal entity, whether for-profit or not-for-profit, that is properly constituted in accordance with the law applicable to the *Country* in which it is registered;

    5.7.2    elect or appoint its officeholders in a manner that is fair and transparent;

    5.7.3    invite the *ITF* to attend its general meetings as observers with a right to speak;

    5.7.4    represent tennis satisfactorily in its region, as further described in Bye-law G;

    5.7.5    apply any funds provided by the *ITF* in the manner required by the *ITF*;

    5.7.6    pay any monies owing to the *ITF* when due and payable, unless such payment is disputed in which case the deadline is that specified by the applicable decision-maker or any later deadline specified by the *Board of Directors*;

    5.7.7    provide on request independently audited accounts;

    5.7.8    not be declared insolvent by the applicable authority in the *Country* in which it is registered;

5.7.9    conduct its affairs without improper discrimination, including on the grounds set out in the *Olympic Charter*;

5.7.10    accept as final the ruling of the *ITF* in any matter related to the *Constitution* or *Rules*;

5.7.11    recognise and enforce:

    5.7.11.1    all decisions validly made in accordance with the *Constitution* and/or the *Rules*; and

    5.7.11.2    periods of ineligibility of players and other participants and other disciplinary sanctions validly imposed under the *Constitution* or the *Rules,* or otherwise recognised and accepted by *ITF*;

5.7.12    in relation to suspension or expulsion of the *ITF's Members* from the *Regional Association's* membership , it shall:

    5.7.12.1    implement criteria and a process for suspension and expulsion of *Member*s that are consistent with this *Constitution*;

    5.7.12.2    on request by the *ITF*, suspend or expel from membership any *Class B* or *Class C Member* which the *ITF* has suspended or expelled from *ITF* membership ; and

    5.7.12.3    allow the *ITF* the opportunity to comment on a proposed suspension or expulsion of a *Member* from the *Regional Association*; and

5.7.13    resolve any disputes with the *ITF* and/or any *Member(s)* or other *Regional Associations* in accordance with the dispute resolution provisions of Articles 29 and 30 of this *Constitution* or of the *Rules*, not take any legal or other action inconsistent with that obligation, and respect, abide by, recognise and enforce the outcome of the prescribed dispute resolution process.

5.8    A *Regional Association* may only accept for membership any *Class B Member* or *Class C Member* that is within its geographical region. A *Regional Association* may admit as a *Member* a *National Association* that is not a *Member* of the *ITF*, however that *National Association* must cease its membership if it is not accepted as a *Class C Member* within three years of its admission as a *Member* of the *Regional Association.*

5.9    Any *Regional Association* shall have until 31 December 2027 in which to ensure full compliance with Article 5.7. Any non-compliance with Article 5.7 during that three-year transition period shall not be considered a breach of the *Constitution*, provided that:

5.9.1    the non-compliance would not have been a breach of the *Constitution* in effect prior to 1 January 2025; and

5.9.2    the *Regional Association* demonstrates: (a) that it would be unreasonable to require its compliance, having regard to all relevant factors, including its governing documents, the spirit of the obligation, and the willingness of the *Regional Association* to comply to the extent possible; and (b) that it is working towards full compliance by 31 December 2027.

5.10    Neither a *Regional Association* nor the *ITF*, nor any of their officials, has authority of any kind to act as an agent or representative of, or otherwise to enter into any contract or commitment on behalf of, the other, except as specifically authorised in writing by the other.

5.11    A *Regional Association* may withdraw from affiliation to the *ITF* by giving three months' notice of such withdrawal.

5.12    The *ITF* and the *Regional Association* shall discuss *ITF* strategy and priority projects, the *Regional Association's* exercise of its functions and obligations, and how each can support the other in the best interests of tennis in the region and internationally.

5.13    A *Regional Association* may only have its affiliation withdrawn in limited and compelling circumstances, and after the *ITF* and the *Regional Association* have worked together to resolve the issue unless exceptional circumstances warrant immediate action. Withdrawal of affiliation must be decided by *Council* by *Special Majority*.

## 6.    RECOGNISED ORGANISATIONS

6.1    Organisations that are not for profit and are concerned with the benefit, development, interest, and promotion of tennis may apply to the *ITF* for the status of a *Recognised Organisation*.

6.2    Applications to become a *Recognised Organisation* must contain the name of the organisation, its constitution, a description of its past activities, and the names of its officeholders. A *Special Majority* is required for that application to be granted by *Council*.

6.3    Upon *Council's* grant of its application, the applicant must pay the subscription fee set annually by the *Board of Directors* for *Recognised Organisations*. Subsequent subscriptions will be due on the first day of January each year.

6.4    *Recognised Organisations*:

6.4.1    have the freedom to operate in accordance with their constitutions, save that they must not act in any manner that is inconsistent with the *Constitution* and *Rules* of the *ITF*;

6.4.2    may attend but not speak or vote at *General Meetings*;

6.4.3    shall enter into a memorandum of understanding with the *ITF* that sets out the principles that will govern the relationship, including where relevant matters such as access to *ITF* resources and programmes, and consultation on relevant *ITF* activities. The *Board of Directors* may make entering into such memorandum of understanding a pre-condition to the *Council's* consideration of its application; and

6.4.4    must accept as final the decisions of *Council* and the *Board of Directors* in any matter.

6.5    Any *Recognised Organisation* may resign by notice in writing to the *Company* delivered on or before the 31st day of December in any year. No part of the subscription due for that year will be refundable.

6.6    *Council* may resolve to withdraw the status of *Recognised Organisation* from any body previously granted such status. A *Special Majority* is required to pass such a resolution.

## 7.    HONORARY POSITIONS

7.1    The *Board of Directors* may propose that *Council* resolve to appoint:

7.1.1    persons who have rendered long and distinguished service as *President* to the position of *Honorary Life President* of the *ITF*;

7.1.2    persons who have held the office of *President* and who have rendered long and distinguished service to the *ITF,* and persons who have rendered long and distinguished service as *Vice-President,* as *Honorary Life Vice-Presidents* of the *ITF*; and

7.1.3    persons who have rendered long and distinguished service to the *ITF* as *Honorary Life Counsellors* of the *ITF*.

7.2    The vote by *Council* on any such resolution will be conducted by secret ballot. A *Super Majority* is required to pass that resolution.

7.3    *Honorary Life Presidents*, *Honorary Life Vice-Presidents* and *Honorary Life Counsellors* may attend and speak at all *General Meetings* but may not vote.

7.4    *Council* may withdraw any appointment made under this Article 7, by a resolution passed by a *Super Majority* following a vote conducted by secret ballot.


## PART 3:    *COUNCIL*

## 8.    COMPOSITION AND POWERS OF *COUNCIL*

8.1    *Council* is composed of the duly appointed delegates of the *Class B Members* and the *Class C Members*, assembled together in a *General Meeting*.

8.2    *Council* holds ultimate and supreme authority in relation to the affairs of the *ITF*. It has the right to exercise all of the powers given to the *ITF* in this *Constitution* to further the objects and purposes of the *ITF*, including the power to:

8.2.1    amend this *Constitution*, in accordance with Article 36;

8.2.2    admit, suspend, expel, and otherwise sanction *Members* in accordance with Article 4;

8.2.3    establish further categories of membership beyond those set out in this *Constitution*;

8.2.4    maintain, including deciding on resolutions to amend, the *Rules of Tennis*:

8.2.4.1    The official and decisive text of the *Rules of Tennis* will be for ever in the English language.

8.2.4.2    The *Rules of Tennis* may only be altered by a resolution of *Council* including the text of such alteration that is notified in accordance with Article 9.11 or 9.12 and is passed by a *Special Majority* at a *General Meeting*. The alteration will take effect from the following 1 January, unless the resolution states otherwise.

8.2.4.3    The *Board of Directors* may settle any urgent questions of interpretation of the *Rules of Tennis* that arise between *General Meetings*, subject to confirmation by *Council* at the next *General Meeting*.

8.2.5    subject to Article 22.4 which relates to regulations for *International Competitions*, decide on resolutions proposed by *Members* to amend or annul any *Rules* except the *Tennis Anti-Corruption Program* and *Tennis Anti-Doping Programme*, which may not have retroactive effect;

8.2.6     decide on other resolutions proposed in accordance with this *Constitution* and the *Rules*;

8.2.7     elect the *President* and other *Member*s of the *Board of Directors*;

8.2.8     appoint the independent chair of the *Ethics Commission*, upon nomination by the *Board of Directors*;

8.2.9     appoint the *Auditors*;

8.2.10    receive reports on the *ITF* budget and also annual reports from:

      8.2.10.1     the *Board of Directors*, which will include: a statement of the *ITF's* income and expenditure for the most recent financial year as well as a balance sheet summarising the ITF's assets and liabilities, and the report thereon of the *Auditors*; progress towards achievement of strategic objectives; a record of attendance of *Directors* at meetings of the *Board of Directors* held since the previous *General Meeting* and a list of any retiring *Directors*;

      8.2.10.2     the *Ethics Commission*; and

      8.2.10.3     the *International Tennis Integrity Agency*;

8.2.11    decide on resolutions proposed by the *Board of Directors* or by *Members* to raise funds from the *Members*;

8.2.12    merge the *ITF* with another body by resolution passed by *Super Majority*; or

8.2.13    dissolve the *ITF* in accordance with Article 37.

8.3    *Council* may delegate to the *Board of Directors* any of its powers under Articles 8.2.2 and 8.2.3 and any other powers not specifically enumerated in Article 8.2. Alternatively, *Council* may refer matters to the *Board of Directors* for consideration and advice.

## 9.    GENERAL MEETINGS OF *COUNCIL*

### 9A.    *Annual General Meetings*

9.1    A *General Meeting* of *Council* will be held each year at a place and time appointed by the *Board of Directors* which may be held in person, or partly or wholly by means of electronic facility or facilities, as may be determined by the *Board of Directors* (the '**Annual General Meeting'**). The *Country* in which the *General Meeting* is held must permit entry to persons holding citizenship of all countries for which there is a *Member*.

9.2    The business of an *Annual General Meeting* will be:

9.2.1    to approve the minutes of the previous *General Meeting*;

9.2.2    to receive the reports referred to at Article 8.2.10;

9.2.3    to consider and deal with any resolutions of which due notice has been given in accordance with Article 9.12, including:

      9.2.3.1     applications for membership;

      9.2.3.2     applications to increase or reduce the number of Class B shares held by a particular *Class B Member*;

9.2.3.3　　applications for affiliation as a *Regional Association*;

9.2.3.4　　applications for the sanctioning of *Official Tennis Championships*;

9.2.3.5　　resolutions to amend the *Rules of Tennis*, the *Constitution*, and/or the *Rules*;

9.2.3.6　　nominations for *ITF* awards for services to the game of tennis;

9.2.3.7　　resolutions to suspend or expel any *Member* under this *Constitution*; and

9.2.3.8　　resolutions to consider and confirm, ratify, revise or remove, any sanctions imposed upon any *Member* under this *Constitution* or the *Rules.*

9.2.4　　to hold any elections required in accordance with Article 12;

9.2.5　　to appoint the *Auditors*;

9.2.6　　to consider nominations for appointment as *Honorary Life Presidents*, *Honorary Life Vice-Presidents*, and *Honorary Life Counsellors*; and

9.2.7　　to transact any other business relating to the affairs of the *ITF* of which due notice has been given subject to Section 9D.

**9B.　*Extraordinary General Meetings***

9.3　　An extraordinary *General Meeting* of *Council* (an '***Extraordinary General Meeting***' or '***EGM***'):

9.3.1　　may be convened at any time by the *Board of Directors*; and

9.3.2　　must be convened by the *Board of Directors* within ten weeks of receipt of a written demand that:

9.3.2.1　　is sent by any grouping of *Class B Member*s who between them hold at least one-third of the aggregate votes capable of being cast at a *General Meeting*, and specifies the business for which the *EGM* is to be convened and provides the text of the proposed resolution(s); or

9.3.2.2　　is sent by a *Member* that is subject to an interim suspension, as further set out in Article 4.45.3.

9.4　　An *EGM* may be held in person, or partly or wholly by means of electronic facility or facilities, as may be determined by the *Board of Directors.*

9.5　　The only business that may be transacted at the *EGM* is: (a) confirmation of the minutes of the preceding *General Meeting*; and (b) the business specified in the notice of the meeting, which will be as specified by the *Board of Directors* when they resolved to call the meeting, or as specified in the written demand sent pursuant to Article 9.3.2. In the case of an *EGM* called by a demand of *Class B Members*, the *Board of Directors* will have the right to respond to the business specified, either in writing to the *Members* in advance and/or orally at the *EGM*.

### 9C. Notice of *General Meetings*

9.6    Written notice of every *General Meeting*, stating the date, time and place will be sent to each *Class B Member* and each *Class C Member* at least two months before an *Annual General Meeting* and at least six weeks before an *EGM*. The *ITF* may give such notice by one or more means permitted by Article 33. However, the inadvertent failure to give that notice, or the fact that a *Member* has not received the notice, will not invalidate the proceedings of the *General Meeting* unless holding the *General Meeting* at the date, time and place specified would have a material adverse effect on the conduct of the meeting or at least 5% of all *Class B Members*.

9.7    The agenda for each *General Meeting* will be prepared by the *Board of Directors* or at its direction by the *ITF Staff*, and will be distributed to *Members* at least 30 days before the date fixed for the meeting. However, neither the failure to give at least that notice, nor its non-receipt, will invalidate the proceedings of the *General Meeting* so long as the *General Meeting* is capable of taking place at the date, time and place specified without material adverse effect on the conduct of the meeting or at least 5% of all *Class B Members*.

9.8    The notice shall specify whether the meeting is an *Annual General Meeting* or an *Extraordinary General Meeting*.

9.9    If, pursuant to Article 9.1, 9.4 or 9.16, the *Board of Directors* determines that a *General Meeting* shall be held fully or partly by means of electronic facility or facilities, the notice shall specify the means of attendance and participation.

### 9D. Notice of resolutions

9.10    Resolutions may only be put to *Council* at a *General Meeting* by the *Board of Directors*, a *Member*, or a *Regional Association*; save that a *Member* whose subscription is in arrears may only bring forward a resolution for a reduction in the number of its Class B shares or for the cancellation of that share and the issue of a Class C share to become a *Class C Member*.

9.11    Any *Member* or *Regional Association* that wishes to put a resolution to *Council* at an *Annual General Meeting* must send the text of the proposed resolution to the *Board of Directors* so that it is received at least four months before the date fixed for the meeting, unless less than four months' notice is given of the *Annual General Meeting,* and the text is received by the date specified by the *Board of Directors*.

9.12    The *Board of Directors* must give *Members* written notice of all resolutions intended to be brought forward for consideration at a *General Meeting* at least 30 days before the date fixed for the meeting.

9.13    A resolution that has not been put forward for an *Annual General Meeting* in accordance with Article 9.11 or 9.12 may be considered at that *Annual General Meeting* if *Council* resolves by a *Super Majority* to permit such consideration.

### 9E. Attendees at *General Meetings*

9.14    Each *Class B Member* and each *Class C Member* may send up to two delegates to represent it at a *General Meeting*. A *Class B Member* holding 12 Class B shares may send a third delegate.

    9.14.1    Each *Member* must notify the *ITF* in writing of its delegate(s) at least 28 days before the *General Meeting* in the form and with such supporting evidence as the *ITF* requires, and which shall be its voting delegate. The voting delegate will have sole and exclusive authority to cast the vote(s) of that *Member* at the *General Meeting*. A *Member* may apply to the *ITF* to substitute its delegate(s)

with another person or to make a late registration, which will be approved where good cause is shown.

9.14.2    Each delegate must be: (a) a current office-bearer or on the executive staff of the *Member*; and (b) either a national or a permanent resident of the *Country* represented by the *Member* for which they are a delegate. A *Member* may apply to the *ITF* to waive either of the stated requirements in extenuating circumstances, and in the case of *Class B Members* the application will be subject to confirmation from the *Member* that the delegate has been or will be provided with written voting instructions.

9.14.3    In the event that a *Member* nominates more than two delegates, they must not all be of the same gender.

9.14.4    A person may not be a delegate for more than one *Member* at the meeting. No *Director* or *Member* of the *ITF Staff* may be a delegate of a *Member*.

9.15    Other attendees:

9.15.1    *Directors* may attend and speak at *General Meetings* but may not vote.

9.15.2    The *Board of Directors* and/or the *President* may invite *ITF Staff* and other persons to attend a *General Meeting*. They may only speak if the *Chair* so permits, and they may not vote.

9.15.3    A *Parliamentarian* may be appointed by the *Board of Directors*. The *Parliamentarian* will be an individual with experience in corporate affairs and will assist the *Chair* on points of procedure which may require them to speak, but they may not vote.

9.15.4    A *Member* that is hosting the *General Meeting* may send up to three representatives to the meeting in addition to its rights in Article 9.14, who shall be observers, without power to speak or vote.

9.15.5    A *Regional Association* may send up to two persons to represent it at a *General Meeting*, being its president and/or any other persons designated by it in writing to the *ITF* at least 28 days before the meeting. Those representatives may speak but may not vote at the meeting.

9.15.6    A *Recognised Organisation* may send one person to represent it at a *General Meeting*, being its president or any other person designated by it in writing to the *ITF* at least 28 days before the meeting. That representative will be an observer, without power to speak or vote.

9.15.7    *Class A Members* may send delegates to represent it at a *General Meeting*, being any persons designated by it in writing to the *ITF* at least 28 days before the meeting. Those representatives may speak but may not vote at the meeting.

**9F.    Conduct of *General Meetings***

9.16    The *Board of Directors* may resolve that an electronic facility may be used by attendees at a *General Meeting*. The *Members* and delegates present by means of an electronic facility shall be counted in the quorum for, and be entitled to participate in, the *General Meeting*. That meeting shall be duly constituted and its proceedings valid if the *Chair* is satisfied that adequate facilities are available throughout the meeting to ensure that *Members* and delegates attending the meeting by all means are able to:

9.16.1    participate in the business for which the meeting has been convened, by speaking and voting;

9.16.2    hear all persons who speak at the meeting; and

9.16.3    be heard by all other persons attending and participating in the meeting.

9.17    No business of a *General Meeting* shall be transacted unless and until there are in attendance at the *General Meeting* a quorum, which shall constitute delegates representing: (a) one half of all *Class B Members*; or (b) any number of *Class B Member*s holding, between them, at least half of the allotted Class B shares. Once there is such a quorum in attendance, the business of the *General Meeting* may begin, and continue to its conclusion even if departures mean that there is no longer such a quorum in attendance.

### 9G.    Postponement or adjournment of *General Meetings*

9.18    If a quorum is not present at an *Annual General Meeting* within fifteen minutes (or longer at the *Chair's* discretion) from the scheduled start time, it shall be adjourned for one hour. If a quorum is not reached at the adjourned meeting, it shall be adjourned to another day at least ten clear days after the original date, and at such time and place as the *Chair* (or, in default, the *Board of Directors*) may determine (including partly or wholly by means of electronic facility). If at the adjourned meeting the persons attending within half an hour of the time at which the meeting was due to start do not constitute a quorum, the *Member* delegates present shall constitute a quorum.

9.19    If a quorum is not present at an *Extraordinary General Meeting* within fifteen minutes (or longer at the *Chair's* discretion) from the scheduled start time, it shall be dissolved.

9.20    If the *Board of Directors* consider that as a result of extraordinary circumstances a *General Meeting* is unable to be held as stated in the notice calling the meeting, it may postpone and/or move that meeting. The *Board of Directors* shall take reasonable steps to ensure that notice of the date, time and place of the rearranged meeting is given to *Members*. Notice of the business to be transacted at such rearranged meeting shall not be required. The *Board of Directors* may also postpone or move the rearranged meeting, or do both, under this Article 9.20.

### 9H.    Voting at *General Meetings*

9.21    All voting and other business at *General Meetings* will be conducted in accordance with the *Rules of Council*, which provide for: the constructive and fair exchange of ideas and dialogue on items of business; the proper transaction of business in accordance with the wishes of the *Council* including facilitating amendments; the efficient and orderly conduct of the meeting; and the integrity of voting.

9.22    Only *Class B Members* in *Good Standing*, who are not in arrears and whose voting delegates are in attendance at the *General Meeting* at the time of the vote are entitled to vote. Voting by proxy or by letter is not permitted.

9.23    Unless specified otherwise in this *Constitution* (as summarised in APPENDIX C), a resolution will be deemed passed by *Council* if it receives a *Bare Majority* of votes in favour. When calculating the number of votes required to obtain a majority or unanimity, neither abstentions nor spoiled ballot papers will be taken into consideration.

9.23.1    Where a *Bare Majority* is required, in the event of a tie in the votes cast, it will be put to a second vote. If the second vote also results in a tie in the votes cast, the resolution will not be passed.

9.23.2    A resolution brought forward by a *Member* or a *Regional Association* that would, if passed, have the effect of reversing a decision taken at the immediately preceding *General Meeting* may not be considered unless *Council* resolves by a *Super Majority* to permit such consideration.

9.24    Resolutions shall take effect as follows:

9.24.1    Resolutions to admit a *National Association* as a *Class C Member* or as a *Class B Member*, and resolutions to increase or reduce the number of Class B shares allocated to a particular *Class B Member*, will come into effect on the 1st day of January following the meeting.

9.24.2    Save where this *Constitution* or the *Rules* provide otherwise, any other resolutions passed by *Council* will become effective immediately, unless the resolution specifies a later effective date.

9.25    The *ITF* will publish on its website the minutes of a *General Meeting* or a summary, and the reports referenced at Article 8.2.10.1 and 8.2.10.2.

**9I.    Arrangements for *General Meetings***

9.26    The *Board of Directors* may in its discretion issue any protocols and procedures, and make arrangements, for any *General Meeting* that it considers appropriate in the circumstances to maintain the proper and orderly conduct of the meeting, the security of the meeting, and to facilitate satellite meeting places and overflow meeting rooms.

9.27    The *Chair* shall take such action or give directions as they think fit to maintain the proper and orderly conduct of the business of the meeting as arranged, and to ensure the security of the meeting and the safety of the people attending the meeting. The *Chair's* decision on matters of procedure or arising incidentally from the business of the *General Meeting* shall be final, as shall be their determination as to whether any matter is of such a nature.

## PART 4:    THE *BOARD OF DIRECTORS*

## 10.    THE POWERS AND DUTIES OF THE *BOARD OF DIRECTORS*

10.1    Between meetings of *Council*, the *Board of Directors* will be responsible for managing the affairs of the *ITF*.

10.2    In addition to the powers and authorities conferred upon them by the *Act*, and subject always to the provisions of the *Act* and of this *Constitution*, the *Board of Directors* has all of the powers that are necessary or useful to carry on the work of the *ITF* and the day-to-day management of its affairs, including any powers delegated to it by *Council* in accordance with Article 8.3, including the power, and the responsibility, to:

10.2.1    implement the decisions of *Council*, including exercising all of the powers and do all of the acts that *Council* expressly directs or requires to be exercised or done;

10.2.2    determine the host, venue and date of the next *General Meeting*;

10.2.3    adopt, maintain, amend and/or withdraw the *Bye-laws* and/or the *Rules* (save for the *Rules of Tennis* which only *Council* may adopt, maintain, amend, and withdraw, in accordance with Article 8.2.4), to come into effect on the date specified by the *Board of Directors* and to continue in effect unless and until: (a) the *Board of Directors* rescinds them; or (b) *Council* passes a motion proposed by an *Member* in accordance with Article 8.2.5 to amend or annul them;

10.2.4   set the strategy and policies of the *ITF* to achieve its objects and purposes, including adopting an annual plan for the *ITF*;

10.2.5   administer the finances, assets and liabilities of the *ITF* prudently for any of the purposes of the *ITF* and for carrying on the business or transaction which the *ITF* is authorised to carry on under the *Act,* including investing the *ITF's* funds;

10.2.6   propose resolutions and make recommendations to *Council*;

10.2.7   manage or supervise *International Competitions*, including determining applications for sanction of competitions; and

10.2.8   decide all matters not reserved to another body by this *Constitution* or by a mandatory provision of Bahamian law.

10.3   The objects of the *ITF* are deemed to include the duties and powers set out in Article 10.2 as an additional object, to the extent necessary to authorise the exercise of any such duty or power. However, no additional object will be included that conflicts with or detracts from the objects set out in the *Memorandum*.

10.4   The *Board of Directors* may delegate any of its powers and duties to the *President,* to a *Member* of the *ITF Staff*, and/or to *Committees* duly appointed by it.

## 11.    COMPOSITION OF THE *BOARD OF DIRECTORS*

11.1   The *Board of Directors* will consist of the *President* elected in accordance with Article 12.7, fourteen other persons elected in accordance with Article 12.8, and two player representatives appointed by the elected *Member*s of the *Board of Directors* in accordance with Article 12.9.

11.1.1   The *President* and the other elected *Member*s of the *Board of Directors* will be elected for a term of four consecutive years, unless earlier removed in accordance with these *Articles*. That term starts at the conclusion of the *Annual General Meeting* at which they are elected and ends at the conclusion of the election at the fourth subsequent *Annual General Meeting*.

11.1.2   Player representative *Member*s of the *Board of Directors* will be appointed for a term that starts at the conclusion of the meeting of the *Board of Directors* at which they are appointed and ends when a new *Board of Directors* is elected, unless earlier removed in accordance with these *Articles*.

11.1.3   If the election or appointment of new *Member*s of the *Board of Directors* is delayed beyond the end of the terms specified above, the incumbent *Member*s will remain in post until the new election or appointments can be made.

11.2   To be eligible for nomination, election or appointment as a *Member* of the *Board of Directors*, a person must:

11.2.1   be a national of a *Country* (including a newly formed independent *Country* resulting from the division of a former *Country*) which has played in the Davis Cup Competition at least ten times and played in the Billie Jean King Cup Competition (or its predecessor) at least:

11.2.1.1   six (6) times for the elections in 2027; and

11.2.1.2   ten (10) times for the elections in 2031 and beyond;

11.2.2    be a national of the *Country* of the *Class B Member* that has nominated them (except for the office of the *President* or player representative);

11.2.3    be twenty-one (21) years old or older;

11.2.4    be determined, in accordance with Article 18, to be *Eligible*; and

11.2.5    not have previously served as a *Director* (including prior to the effective date of this *Constitution*) such that their further election or appointment would put them in breach of any of the following term limits:

11.2.5.1    The maximum period of service as *President* is twelve years, discounting any part term served on first becoming *President*. Membership of the *Board of Directors* other than as *President* is not counted for these purposes.

11.2.5.2    The maximum period of service as a *Director* is twelve years, discounting any part terms served. Membership of the *Board of Directors* as *President* is not counted for these purposes, and nor is membership in any capacity prior to September 2015.

11.2.5.3    The maximum total period of service is twenty years as a *Member* of the *Board of Directors*, either as a *Director* or the *President*, in each case as calculated in accordance with Articles 11.2.5.1 and 11.2.5.2.

11.3    A person is elected or appointed as a *Member* of the *Board of Directors* in a personal capacity. They must act independently, in accordance with the *ITF Code of Ethics*, and they will not be accountable to any *Member* from which they are drawn or any *Regional Association* in respect of anything they do or fail to do as a *Director*.

11.4    All decisions of the *Board of Directors*, or of a sub-committee of the *Board of Directors*, and all acts by any person acting as a *Director*, will be as valid as though every such person had been duly elected or appointed and was qualified to be a *Director*, even if it is subsequently discovered that there was some defect in their eligibility and/or their election or appointment.

## 12. ELECTION OR APPOINTMENT TO THE *BOARD OF DIRECTORS*

### 12A. Nomination for election

12.1    *Class B Member*s may nominate candidates for election to the *Board of Directors* if:

12.1.1    they are in *Good Standing*;

12.1.2    they are not in arrears; and

12.1.3    they represent (a) a *Country* that has played in, or (b) a newly formed independent *Country* resulting from the division of a former *Country* that played in:

12.1.3.1    the Davis Cup Competition at least ten (10) times; and

12.1.3.2    the Billie Jean King Cup Competition (or its predecessor) at least six (6) times for the elections in 2027 and ten (10) times for the elections in 2031 and beyond.

12.2    Only the following persons may nominate a candidate for election as *President*:

12.2.1 *Class B Member*s in *Good Standing* who represent (a) a *Country* that has played in, or (b) a newly formed independent *Country* resulting from the division of a former *Country* that played in:

12.2.1.1 the Davis Cup at least ten (10) times; and

12.2.1.2 the Billie Jean King Cup (or its predecessor) at least six (6) times for the elections in 2027 and ten (10) times for the elections in 2031 and beyond; or

12.2.2 The *Board of Directors*.

12.3 Each nomination of a candidate for election to the *Board of Directors* must:

12.3.1 be in writing, in the form designated by the *Election and Eligibility Panel*;

12.3.2 if made by a *Class B Member*, be duly authorised by the president, general secretary, or other legally appointed representative of such *Member*, excluding the candidate; and

12.3.3 be sent to the *Company Secretary* so as to be received at least five months before the *Annual General Meeting* at which the election is to take place. Late nominations shall not be accepted in any case.

12.4 At any time prior to the commencement of the voting process, a *Class B Member* may withdraw a candidate it has nominated.

12.5 The *Election and Eligibility Panel* will publish the candidate list once it has completed its vetting process.

12.6 In the event that there are for any reason fewer than fourteen candidates following completion of the vetting process, each candidate identified in the candidate list will be declared elected by acclamation. Any number of consequent vacancies may be filled in accordance with Articles 12.12 and 12.13.

**12B.    Election process**

12.7 *Council* will elect the *President* as follows:

12.7.1 If there is only one candidate, they will be declared elected by acclamation.

12.7.2 If there is more than one candidate, a secret ballot will be conducted.

12.7.2.1 If one candidate receives a *Bare Majority*, they will be declared elected.

12.7.2.2 If no candidate receives a *Bare Majority* in the first ballot, a second ballot will be held. The second ballot will include the two candidates who received the highest number of votes in the first ballot, plus a third candidate if they received twenty-five percent (25%) or more of the valid votes cast by those present and entitled to vote in the first ballot. A candidate who receives a *Bare Majority* on the second ballot will be declared elected.

12.7.2.3 If the second ballot is not decisive, a third ballot will be held. The third ballot will include only the two candidates who received the highest number of votes on the second ballot. The candidate

receiving the higher number of votes in the third ballot will be declared elected.

12.7.2.4   If the third ballot results in a tie, a new ballot shall be held until one candidate receives more votes than the other.

12.8   The fourteen other elected *Member*s of the *Board of Directors* will be elected as follows:

12.8.1   Nominations will be listed in alphabetical order. The names of current *Member*s who have been nominated for re-election will be marked with an asterisk.

12.8.2   Voting delegates will be instructed to select the names of the 14 candidates whom they wish to elect. Any ballot paper submitted with fewer or more than fourteen names will be declared null and void.

12.8.3   Fourteen candidates will be declared elected who (unless Article 12.8.6 applies) taken collectively meet the requirements in Article 12.8.4, subject always to the following limits:

12.8.3.1   No more than six persons in total from any one of the regions, or groups of countries or territories, specified in Articles 12.8.4.1(a) to 12.8.4.1(e); and

12.8.3.2   No more than two persons from any one *Member*.

12.8.4   The fourteen elected candidates shall be those with the highest number of properly recorded votes that meet the following requirements, applied in the order listed:

12.8.4.1   The seven persons comprising:

(a)   one person from a *Class B Member* in Asia;

(b)   one person from a *Class B Member* in South America;

(c)   one person from a *Class B Member* in Africa;

(d)   two persons from one or more *Class B Members* in Europe; and

(e)   two persons from one or more *Class B Members* in the group of countries or territories comprising the United States of America, Canada, Mexico, Panama, Bermuda and those in Central America and the Caribbean.

12.8.4.2   To the extent not already satisfied through the candidates elected under Article 12.8.4.1, additional persons such that three candidates (each from a different *Class B Member*) come from *Class B Members* holding the maximum number of shares.

12.8.4.3   To the extent not already satisfied through the candidates elected through Articles 12.8.4.1 and 12.8.4.2, additional persons such that at least four (4) men and four (4) women are elected.

12.8.4.4   Then, such additional number of persons as is necessary to fill the remaining places on the *Board of Directors*, being the persons having the next greatest number of votes cast once persons filling the above requirements have been elected.

12.8.5   In the event that there is a tie between two or more candidates and that is material to determining which candidate is duly elected under Article 12.8.4, there will be a further election between those candidates only, to determine who is elected.

12.8.6   If there are insufficient eligible candidates nominated to meet the minimum criteria in Articles 12.8.4.1 to 12.8.4.3, the persons with the next greatest number(s) of votes in the election will be elected, irrespective of their region, nation or gender, provided always that Article 12.8.3 is respected.

### 12C.   Appointment of player representatives

12.9   At the first meeting following their election, the elected *Member*s of the *Board of Directors* will appoint one man and one woman ex-player as the two player representative *Member*s of the *Board of Directors*. Each appointee must be eligible within the meaning of Article 11.2, and as a guide, should have been active as a professional tennis player within 16 years of the date of their appointment. Their appointments will be subject to confirmation by *Council* at the next *Annual General Meeting*, and if not confirmed, the *Board of Directors* shall appoint a new player representative as set out in this Article 12.9.

### 12D.   Vacancies

12.10   The *Board of Directors* shall appoint an acting *President* from one of their number by *Special Majority*, and in a secret ballot in the event of:

12.10.1   a vacancy in the post of *President* pursuant to Article 12.11, with that acting *President* assuming the powers and duties of the *President* until a new *President* is elected at the next *General Meeting*; or

12.10.2   in the event of an interim *Incapacity* as determined by the *Election and Eligibility Panel* under Article 18.1.4, with that acting *President* assuming the powers and duties of the *President* until the *President* is no longer suffering from *Incapacity*.

12.11   The office of a *Member* of the *Board of Directors* will automatically and immediately be vacated in the event that the *Member*:

12.11.1   dies;

12.11.2   resigns as a *Director*;

12.11.3   is determined by the *Election and Eligibility Panel*, in accordance with Article 18, not to be *Eligible,* only where that decision is final and binding;

12.11.4   is determined to be ineligible to hold office in accordance with the *ITF Code of Ethics,* only where that decision is final and binding;

12.11.5   becomes bankrupt; or

12.11.6   is removed by a *Council* resolution passed by a *Special Majority*.

12.12   The *Board of Directors* may continue to act if there is a vacancy, but if their number is reduced below the quorum stated in Article 14.4, the continuing *Member*(s) may act only to fill those vacancies or convene an *Extraordinary General Meeting*. The appointment of the new *Member*(s) shall be subject to confirmation by *Council* at the next *Annual General Meeting*.

12.13   *Council* may elect a new *Member* to fill any vacancy in the elected *Member*s of the *Board of Directors*. The *Board of Directors* will make arrangements for the nomination and

election process as set out at Articles 12.1 to 12.6, and 12.8 with appropriate changes as required by the new context. *Council* may appoint a new *Member* to fill any vacancy in the player representatives, following the process set out at Article 12.9 with appropriate changes as required by the new context.

## 13.    DUTIES OF *DIRECTORS*

13.1    Without prejudice to their duties under Bahamian law, each *Director* must at all times:

13.1.1    respect and further the objects and purposes of the *ITF*;

13.1.2    act in good faith and discharge their responsibilities in the best interests of the *ITF* and the *Members* as a whole;

13.1.3    comply, and ensure that the *ITF* complies, with this *Constitution* and with the *Rules*;

13.1.4    comply with and support decisions of the *Board of Directors*, even if they do not agree with them;

13.1.5    (except for the *President*) not speak or make statements publicly on behalf of the *Board of Directors* unless authorised to do so by the *President*, or with the written permission of the *Board of Directors*;

13.1.6    exercise the care, diligence, and skill that any reasonable director of a company would exercise in the same circumstances;

13.1.7    comply with their obligations under the *ITF Code of Ethics*, including in relation to the disclosure of conflicts of interest and in relation to maintaining the confidentiality of confidential information; and

13.1.8    make reasonable efforts to attend and actively participate in all meetings of the *Board of Directors*.

13.2    *Directors* other than the *President* or acting *President* will not be remunerated for their services, but the *ITF* will reimburse them for business class travel and hotel expenses incurred in connection with their attendance at meetings of the *Board of Directors, General Meetings* of *Council,* and *Committees* of which they are a *Member*.

## 14.    PROCEEDINGS OF THE *BOARD OF DIRECTORS*

14.1    The *Board of Directors* will meet on such dates and at such times and places necessary in order to discharge their duties. Meetings shall take place as the *President* decides, or within no more than 30 days if at least four *Directors* submit a written request to do so. *Directors* will attend such meetings in person, or where permitted by the *President* remotely by teleconference or such similar communications equipment as allows all persons participating in the meeting to hear each other at the same time. *Directors* may not send alternates to attend meetings in their place.

14.2    The agenda for a meeting of the *Board of Directors* will be set by the *President* in consultation with the *Chief Executive Officer*. Any *Director* may request the inclusion of items on the agenda. The *Board of Directors* may by *Bare Majority* amend the agenda for a meeting at any time, including during the meeting.

14.3    Notice of a meeting of the *Board of Directors* and an agenda for the meeting will ordinarily be provided at least 30 days before the meeting is held. However, where more urgent action is required, the *President* or at least one-third of the *Directors* may call an emergency meeting at shorter notice of not less than two days, unless it is agreed by a

*Super Majority* of the *Board of Directors* that the meeting can take place sooner. That short notice will be delivered by the *Company Secretary* as soon as practicable in writing. *Directors* may attend a meeting called on short notice remotely.

14.4    Except as permitted by Article 12.12, no business may be validly conducted at a meeting of the *Board of Directors* unless a quorum is present, in person or remotely as permitted. For these purposes, a quorum is at least nine *Directors* then in office.

14.5    The *President* will chair meetings of the *Board of Directors*. If the *President* is unavailable, the *Directors* in attendance at the meeting will appoint a chairperson for the meeting from among their number.

14.6    Meetings of the *Board of Directors* are not public, but the *President* may invite third parties to attend all or part of such meetings, subject to such confidentiality protections as the *President* may deem appropriate.

14.7    Voting:

14.7.1    Unless limited by Article 14.7.4, each *Director* that is present in person or remotely at a meeting of the *Board of Directors* will have one vote on each matter presented for decision. Voting by proxy or by letter is not permitted.

14.7.2    Voting will be conducted by voice, or if requested by any *Director* by a show of hands, or if so resolved by *Special Majority* by ballot or by secret ballot.

14.7.3    Unless otherwise specified in this *Constitution* or the *Rules*, resolutions of the *Board of Directors* require a *Bare Majority* in order to be carried. In such cases, in the event of a tie in the votes cast, the chairperson will have a deciding vote.

14.7.4    If a *Director* or any person connected with them has an actual or perceived conflict of interest in relation to a matter that relates to the affairs of the *ITF*, the chairperson may require them to recuse themselves from the meeting or to refrain from participating in discussion on the matter. In any event, the conflicted *Director* must not cast a vote on the matter. If it is the chairperson who has the conflict, the *Board of Directors* excluding the chairperson will decide in place of the chairperson. If the recusal of one or more *Director* leaves the meeting without a quorum, the quorum shall be reduced by the number of recused *Directors* for the purposes of holding the meeting.

14.7.5    Any uncertainty or dispute as to whether a *Director* has a conflict of interest that arises before the meeting will be resolved as set out in the *ITF Code of Ethics*. If that uncertainty or dispute arises at the meeting of the *Board of Directors*, it will be resolved by decision of the *Board of Directors*, excluding the *Director* with the potential conflict.

14.8    The *Company Secretary* or their delegate will take minutes of each meeting of the *Board of Directors* and send them to *Directors*. Any amendments proposed by a *Director* who was present at the meeting will be discussed at the next meeting of the *Board of Directors* and any agreed amendments will be noted. A non-confidential summary will also be published.

14.9    Conducting business of the *Board of Directors* outside meetings:

14.9.1    Votes may be conducted remotely outside meetings by electronic means, and shall be valid as if they had been passed at a meeting of the *Board of Directors*. For the purposes of determining the requisite majority, all *Member*s of the *Board of Directors* are deemed to be present, and failure to vote shall be treated as a vote against. Votes must be communicated to the *President* and the *ITF Staff* in

a form as may be required, including email or other form of electronic communication. The resolution will require the same majority to pass as would be required had the vote taken place at a meeting.

14.9.2    A resolution in writing that is signed, or consented to by email or other forms of electronic communication, by all of the *Directors* then in office and entitled to vote will be valid as if it had been passed at a meeting of the *Board of Directors*. Any such resolution may consist of several documents in the same form, each signed or consented to by one or more of the *Directors*.

14.10    Subject to the provisions of these *Articles*, the *Board of Directors* may adjourn and/or otherwise regulate their meetings as they think fit.

## PART 5:    OFFICERS AND STAFF, AND *COMMITTEES*

## 15.    OFFICERS

15.1    The officers of the *Company* will consist of the *President* and up to four *Vice-Presidents*, the *Chief Executive Officer* and such other persons as the *Board of Directors* may decide. The officers do not become *Member*s of the *Board of Directors* by virtue of appointment as an officer.

15.2    The officers will perform such duties as may be prescribed by the *Act* or this *Constitution* or as are assigned to them from time to time by the *Board of Directors* or *Council*.

15.3    Subject to the requirements of this *Constitution* including Article 12.11 and this Article 15, any officer may be removed from office at any time by *Council*.

### 15A.    The *President*

15.4    The office of *President* is a full-time appointment.

15.5    The *President* has the following roles and responsibilities (which may be delegated to others, where agreed by the *Board of Directors*):

15.5.1    to be the ambassador and main spokesperson for the *ITF*, in accordance with policies decided by the *Board of Directors*;

15.5.2    to maintain good relations with the *IOC*, *IPC*, *WADA*, and other international sports federations and organisations;

15.5.3    to chair meetings of the *Board of Directors* and *General Meetings* until the end of the *Annual General Meeting* at which their successor is elected;

15.5.4    to lead the work of the *Board of Directors*, including ensuring the *Board of Directors* is organised properly, functions effectively, acts within its powers, and meets its obligations and responsibilities;

15.5.5    to ensure that decisions of *Council* and of the *Board of Directors* are implemented and that the *Constitution* and the *Rules* are complied with;

15.5.6    to liaise and facilitate effective communication and relationships with *Members*, commercial partners, and other stakeholders of the *ITF*;

15.5.7    to support, monitor, and liaise with the *Executive Staff* on behalf of the *Board of Directors*;

15.5.8   to authorise transactions and sign documents on behalf of the *ITF* in accordance with policies set by the *Board of Directors*; and

15.5.9   to perform such other tasks and duties as are delegated to the *President* by *Council* or the *Board of Directors*.

15.6   The *President* (including any acting *President* appointed in accordance with Article 12.10) is entitled to remuneration for their services and reimbursement of the reasonable expenses incurred by them in performing their duties. The level of such remuneration and the terms and conditions of the engagement and the location where the duties of the *President* are to be performed will be fixed by the *Board of Directors* and set out in a formal written agreement.

15.7   The *President* may remain a *Member* of but may not hold any executive or other position with a *Member* or a *Regional Association*, whether as a director, officer, committee *Member*, employee, consultant, or otherwise. If a *Director* is required to take over the *President*'s role because the *President* is suffering from *Incapacity*, the same restriction will apply to the *Director*.

**15B.   The *Vice-Presidents***

15.8   At the first meeting following their election, the *Board of Directors* will appoint from among the *Board of Directors* up to four *Vice-Presidents* for a term concurrent with their term as a *Director*, unless earlier removed in accordance with Article 12.11.

15.9   The role of the *Vice-President(s)* is to stand in for the *President* whenever the *President* is unavailable and/or otherwise as the *President* may request.

15.10   A *Vice-President* may be removed from office prior to the end of their four-year term by a *Special Majority* of *Council* passed following a resolution submitted by the *Board of Directors* that is carried by a two-third majority of the *Board of Directors*. The *Board of Directors* may by the same majority suspend a *Vice-President* from office pending the decision of *Council* as to whether they should be removed from office. Removal from office as *Vice-President* shall not affect a person's position on the *Board of Directors*, unless that position is also vacated pursuant to Article 12.11.

**15C.   *Treasurer***

15.11   The office of *Treasurer* may be appointed from the *Board of Directors* for a term of up to four years, unless earlier removed in accordance with Article 12.11.

15.12   The role of the *Treasurer* is to chair the Finance Committee and any other relevant committee(s) as may be decided by the *Board of Directors*.

15.13   A *Treasurer* may be removed from office prior to the end of their four-year term by a *Special Majority* of *Council* passed following a resolution submitted by the *Board of Directors* that is carried by a two-third majority of the *Board of Directors*. The *Board of Directors* may by the same majority suspend a *Treasurer* from office pending the decision of *Council* as to whether they should be removed from office. Removal from office as *Treasurer* shall not affect a person's position on the *Board of Directors*, unless that position is also vacated pursuant to Article 12.11.

**15D.   *Executive Staff***

15.14   The *Chief Executive Officer* is appointed by, and accountable to, the *Board of Directors*. The position of *Chief Executive Officer* shall not for any reason be performed by the *President*. The *Chief Executive Officer* is responsible for:

15.14.1 managing the day-to-day operations of the *ITF* in accordance with the directions of the *Board of Directors* through the *President*, and within such limitations and delegated authority as the *Board of Directors* may specify. If there is any inconsistency between directions from the *President* and directions from the *Board of Directors*, the matter will be referred to the *Board of Directors* for resolution;

15.14.2 managing the *ITF* office and the *ITF Staff*;

15.14.3 acting as the *Company Secretary* or appointing another *Member* of the *Executive Staff* to do so;

15.14.4 attending meetings of the *Board of Directors* and *Council*;

15.14.5 preparing minutes of meetings of the *Board of Directors* and *Council*;

15.14.6 preparing the annual reports of the *Board of Directors* to *Council*, including arranging for the required review by the *Auditors* of the financial statements included in those reports;

15.14.7 supporting the *Board of Directors* in its development of a strategic plan for the *ITF*, and implementing the plan following its approval by the *Board of Directors*;

15.14.8 developing an annual operational plan for the *ITF* and implementing that plan following its approval by the *Board of Directors*;

15.14.9 ensuring compliance by the *ITF* and *ITF Staff* with all applicable laws, rules and regulations, including this *Constitution* and the *Rules*;

15.14.10 supporting the activities of the *Committees* established by the *Board of Directors*, including ensuring that they are functioning effectively, acting within their powers, and meeting their obligations and responsibilities; and

15.14.11 undertaking all of these responsibilities within the approved budgets, respecting the limits of authority set by the *Board of Directors*, and striving to meet best practice standards in the administration of international sports federations.

15.15 *ITF Staff* are not officers of the *ITF*. The *ITF Staff* will perform their tasks under the ultimate direction of the *Chief Executive Officer* including in relation to:

15.15.1 the organisation of competitions and all related matters;

15.15.2 the delivery of development programmes;

15.15.3 the negotiation, execution and performance of all commercial contracts;

15.15.4 administrative support; and

15.15.5 other day-to-day business of the *ITF*.

## 16.    COMMITTEES

16.1 The *Board of Directors* may: set up such *Committees* as required by Bye-Law E and otherwise as it considers necessary or appropriate; appoint their *Member*s; fix or change any remuneration or expense allowance; fix or amend their terms and terms of reference; delegate to them such rights, powers and responsibilities as it considers necessary or appropriate from time to time; and remove *Member*s from them as it sees fit.

16.2 When appointing *Member*s to *Committees*, the *Board of Directors* must strive to appoint people with diversity of background, skills and experience, including appointing a minimum of 35% *Committee Member*s of each gender, in aggregate across all *Committees*.

16.3 The *Board of Directors* may appoint the *President* as a non-voting *Member* of any *Committee*, but not the *Ethics Commission*.

16.4 All *Committees* will submit regular reports to the *Board of Directors* and comply in all respects with their terms of reference.


## PART 6:    INTEGRITY REQUIREMENTS


## 17.    *ITF CODE OF ETHICS*

17.1 The *Board of Directors* must issue the *ITF Code of Ethics*, and may alter it from time to time.

17.2 The *ITF Code of Ethics* applies to the *Board of Directors, Committee Member*s, and each person who is a candidate for election or appointment as a director or officer or *Committee Member*. The *ITF Code of Ethics* may apply to other individuals to the extent designated in it from time to time.

17.3 Each such person is bound by and required to comply with the ethical obligations and other requirements set out in the *ITF Code of Ethics*.

17.4 The purpose of the *ITF Code of Ethics* is to help ensure that the sport of tennis is governed ethically and in accordance with the highest standards of honesty and integrity. It is based on the principles of the *IOC* code of ethics as well as best practice in sport governance and ethics, and will be reviewed periodically by the *Ethics Commission* to ensure that it remains fit for purpose.

17.5 The *ITF Code of Ethics* is enforced entirely independently of the *Board of Directors,* the officers and the *ITF Staff,* save for as described at Article 17.6. The *Ethics Commission*, whose *Member*s are independent of the *ITF*, is responsible under the *ITF Code of Ethics* for:

17.5.1 appointing an independent person from their membership or otherwise to investigate any potential breaches of the *ITF Code of Ethics*;

17.5.2 imposing minor sanctions following determination based on review of the investigator's report that the *ITF Code of Ethics* has been breached;

17.5.3 pursuing more serious sanctions for breach of the *ITF Code of Ethics* before the *Independent Tribunal*, with the person determined to be in breach and the *Ethics Commission* having the right to appeal the final decision of the *Independent Tribunal* to the *CAS* in accordance with Article 29; and

17.5.4 appointing from their membership the *Election and Eligibility Panel* which shall perform the functions designated to it in the *ITF Code of Ethics* related to *ITF* elections and determining eligibility of persons to serve under Article 18.

17.6 *ITF Staff* may assist the *Ethics Commission* by providing administrative support relating to the *ITF Code of Ethics* and the proper functioning of the *Ethics Commission.* Such assistance may include, for example, assistance in relation to conflict management and the provision of administrative support for elections.

17.7    *Member National Associations* and *Regional Associations* must conduct themselves ethically in their dealings with each other and with the *ITF*. To help ensure compliance with that obligation, *Member National Associations* and *Regional Associations* are encouraged to adopt codes of ethics at least equivalent to the *ITF Code of Ethics* to apply to their own directors and officers and committee *Member*s, as well as to candidates for election or appointment to such positions.

## 18.    ELIGIBILITY TO SERVE

18.1    Anyone who wishes to become or remain an *ITF Officeholder* must be *Eligible* to do so. Subject to Article 12.11, a person is not *Eligible* to become or to remain an *ITF Officeholder* if they are determined by the *Election and Eligibility Panel*, acting further to and in accordance with the *ITF Code of Ethics*, to be subject to any of the following disqualifying conditions:

18.1.1    **Bankruptcy:** They have been adjudged bankrupt or insolvent or made subject to an equivalent court order, and have not been discharged or otherwise are no longer subject to such bankruptcy, insolvency or other court order.

18.1.2    **Criminal conviction:** They have been convicted:

(a)    in the previous ten years of an offence that involved mistreatment of people (i.e., any offences involving violence against a person, physical, emotional, mental or sexual abuse or misconduct, hate crimes, harassment or similar);

(b)    in the previous ten years of an offence that involved dishonesty (e.g. any offence involving deception, fraud, breach of trust, corruption, falsifying records, or similar); or

(c)    of an offence that was punished by a term of imprisonment of two or more years (suspended or otherwise);

and in each case: (i) only if any appeal rights against that conviction have expired or have been exhausted; and (ii) not if the *Election and Eligibility Panel* determines that disqualifying the *ITF Officeholder* on this ground would not be necessary or proportionate to protect the integrity and reputation of the ITF (such as where the offence is not a crime in a majority of jurisdictions).

18.1.3    **Disqualification:** They are prohibited in any jurisdiction from being a director or officer of or being concerned or taking part in the management of a company because of their breach of or non-compliance with any applicable law or regulation.

18.1.4    **Medical impairment:** They suffer any *Incapacity*, and may remain so for more than six months, as evidenced by the written opinion of a registered medical practitioner who is competent to provide such an opinion. A current *ITF Officeholder* may be declared not *Eligible* under this condition on an interim basis only, such that they are suspended but not removed from their position.

18.1.5    **Affairs protection order:** They are subject to an order by a court or regulatory authority that they are lacking in competence to manage their own affairs.

18.1.6    **Deprivation of civil liberty:** They are deprived of their civil liberty by proper application of the law.

18.1.7    **Breach of integrity code of conduct:** They are serving a period of ineligibility imposed for breach of:

38

18.1.7.1    the *ITF Code of Ethics*; or

18.1.7.2    any code of ethics or other rules of conduct of a *Member National Association* or *Regional Association* or of another sports organisation which in the opinion of the *Election and Eligibility Panel* has been properly imposed and gives rise to reasonable doubts that the *ITF Officeholder* is able to meet the high standards of conduct and integrity required of an *ITF Officeholder*.

18.1.8    **Anti-doping violations:** They have within the last ten (10) years been found by a relevant authority to have committed an anti-doping rule violation for which they served a period of ineligibility.

18.1.9    **Anti-corruption violations:** They have within the last ten (10) years been found by a relevant authority to have committed an anti-corruption violation in sport for which they served a period of ineligibility.

18.1.10    **Interest in a betting organisation:** They have a current *Interest* in a *Tennis Betting Operator*.

18.1.11    **Removal:** They have been removed from office in accordance with the *Constitution* or the *Rules* in effect from time to time, unless the *Election and Eligibility Panel* considers that the reasons for such removal do not pose a risk to the integrity and reputation of the *ITF* if that person was to become an *ITF Officeholder*.

18.2    A decision by the *Election and Eligibility Panel* that a person is not *Eligible* to serve as an *ITF Officeholder* may be appealed to the *CAS* in accordance with Article 29, with the *ITF* as the respondent to the appeal. Unless the outcome of the appeal proceedings determines otherwise, a person who is determined by the *Election and Eligibility Panel* not to be *Eligible*:

18.2.1    may not be appointed or elected as an *ITF Officeholder*; and

18.2.2    if they are already an *ITF Officeholder*, they will automatically be deemed to have resigned from their position as an *ITF Officeholder* and their position will be considered vacant from that point.

The consequences specified at Article 18.2.2 shall not apply while any *CAS* appeal proceedings are underway, such that a person will be treated as *Eligible* subject to any interim decision of the *CAS*.

18.3    This Article 18 does not limit or prejudice in any way any right arising under this *Constitution* or the *Rules* or otherwise to suspend or remove an *ITF Officeholder*.

18.4    *ITF Officeholders* are eligible to be nominated, elected or appointed to sit on committees, board or other similar bodies of international sports organisations, subject always to their duty of loyalty and to declare conflicts under the *Act* and the *ITF Code of Ethics*. The *Board of Directors* has the power to veto any such nomination, election or appointment where it is as a result of their position as an *ITF Officeholder* if, in their opinion, it is not in the best interests of the sport of tennis.

## 19.    ANTI-DOPING

### 19A.    Compliance with the *World Anti-Doping Code*

19.1    As a signatory to the *World Anti-Doping Code*, the *ITF* acknowledges and accepts the *World Anti-Doping Code* and the accompanying *International Standards* as the basis for

the fight against doping in tennis. The *ITF* also acknowledges and accepts all of the requirements of the *World Anti-Doping Code* and *International Standards* that apply to the *ITF*, as more fully set out in the *Bye-laws*.

19.2    No provision in the *Constitution* or the *Rules* is intended to prevent or will be interpreted or applied so as to prevent the *ITF* from complying with its obligations as a signatory to the *World Anti-Doping Code*.

### 19B.    The *Tennis Anti-Doping Programme*

19.3    The *ITF* has delegated authority to the *International Tennis Integrity Agency* to issue, maintain and enforce the *Tennis Anti-Doping Programme* in order to implement the *World Anti-Doping Code* in the sport of tennis, and so to maintain the integrity of the sport and protect the health and rights of tennis players.

19.4    As a condition of membership of the *ITF*, each *Member National Association* must comply with all applicable requirements set out in the *Bye-laws* in relation to anti-doping and the *Tennis Anti-Doping Programme*.

19.5    As a condition of affiliation to and recognition by the *ITF*, each *Regional Association* must, in respect of any competitions or events that it organises, sanctions or endorses, implement and enforce anti-doping rules that comply with the *World Anti-Doping Code* and the *Tennis Anti-Doping Programme*. Such rules may be established by the *Regional Association* itself or any anti-doping organisation of the *Regional Association*, or the *Regional Association* may adopt for each competition or event it organises the anti-doping rules of the *National Association* or *NADO* in whose country the relevant event or competition is being held.

## 20.    MANIPULATION OF COMPETITIONS

20.1    The *ITF* has delegated authority to the *International Tennis Integrity Agency* to issue, maintain and enforce the *Tennis Anti-Corruption Program* in order to establish a uniform and consistent scheme applicable to professional tennis events organised, sanctioned or recognised by the *ITF* and the other *Governing Bodies* that implements the *Olympic Movement Code on the Prevention of the Manipulation of Competitions* in the sport of tennis, and so maintains the integrity of the sport and protects against any efforts to impact improperly the results of any match in such events.

20.2    As a condition of membership of the *ITF*, each *Member National Association* must comply with all the applicable requirements set out in the *Bye-laws* in relation to the *Tennis Anti-Corruption Program*.

20.3    As a condition of affiliation to and recognition by the *ITF*, each *Regional Association* must in respect of any competitions or events that it organises, sanctions or endorses, implement and enforce anti-corruption rules equivalent in substance to those set out in the *Tennis Anti-Corruption Program*, with the equivalence to be determined by the *ITF*.

## 21.    SAFEGUARDING

21.1    In accordance with Article 2.2.7, the *ITF* has issued the *ITF Safeguarding Children Policy* and the *ITF Safeguarding Adults Policy* to enhance the safety and well-being of children and adults participating in the sport.

21.2    Each *Member National Association* must:

21.2.1    without prejudice to any requirements under applicable law, incorporate local safeguarding policies equivalent in substance to the *ITF Safeguarding Children Policy* and the *ITF Safeguarding Adults Policy* into its own rules, so that it may

enforce those policies in respect to persons under its authority, with the equivalence to be determined by the *ITF*;

21.2.2  report to the *ITF's* safeguarding department any interim or final decisions taken under their local safeguarding policies that result in a suspension or ineligibility to participate in tennis activities;

21.2.3  report any suspected infringement of the *ITF Safeguarding Children Policy* or the *ITF Safeguarding Adults Policy* to the *ITF's* safeguarding department, and must cooperate with any investigation conducted by the *ITF* into that or any other suspected violation of such policy; and

21.2.4  recognise, abide by, and implement the decisions made under the *ITF Safeguarding Children Policy* and the *ITF Safeguarding Adults Policy* made against any person under its authority.

21.3  Without prejudice to any requirements under applicable law, each *Regional Association* must implement and enforce policies equivalent in substance to the *ITF Safeguarding Children Policy* and the *ITF Safeguarding Adults Policy* in respect to persons under its authority, with the equivalence to be determined by the *ITF*.

21.4  The *ITF* has the power to recognise and accept decisions taken by a *Member National Association* or a *Regional Association* under their local safeguarding policies. *Member National Associations* and *Regional Associations* must the recognise and enforce any such decision if required to do so by the *ITF*.


## PART 7:    COMPETITIONS AND AWARDS

## 22.    GENERAL

22.1  In accordance with Article 3.1.4, the *Board of Directors* may regulate the organisation, recognition, sanctioning, and/or conduct of competitions at the international level, including *Official Team Competitions*, tours, and other *International Competitions*. The *Board of Directors* may also issue *Rules* applicable at the national level or require *Member National Associations* to adopt regulations, where the subject matter of the *Rules* requires a globally consistent regulatory approach (for example, in respect of integrity matters). Unless otherwise specified, applications for recognition of a competition by the *ITF* as an *Official Tennis Championship* or a *Recognised Tennis Championship* will be considered by *Council.*

22.2  The title "World Championships" in connection with tennis, or tennis competitions or events of any kind will not be instituted or revived at any time without the unanimous consent of *Council*.

22.3  The term "World" or any other term attributing a similar global dimension to a tennis competition or event or award or title of any kind may only be used by the *ITF* or as permitted by the *ITF*.

22.4  The regulations for *International Competitions* may be altered from time to time by the *Board of Directors*, and will take effect from the next edition of the *International Competition* in question, unless the *Board of Directors* specifies otherwise. *Council* may only reverse such alterations or otherwise amend the applicable regulations if a resolution to that effect is proposed by a *Class B Member* with the support of twenty other *Class B Members* and is passed by a *Special Majority*.

23.     **OFFICIAL TEAM COMPETITIONS**

23.1    The following are the *Official Team Competitions* of the *ITF*:

|  |  |
|---|---|
| The Davis Cup | Team event for men |
| The Billie Jean King Cup | Team event for women |
| The Hopman Cup | Team event for men and women |

**Juniors:**

|  |  |
|---|---|
| The Junior Davis Cup | Team event for boys 16 and under |
| The Junior Billie Jean King Cup | Team event for girls 16 and under |
| World Junior Tennis | Team event for boys and girls 14 and under |

**Masters:**

|  |  |
|---|---|
| Men's 30+ Cup | Team event for men 30 and over |
| The Italia Cup | Team event for men 35 and over |
| The Tony Trabert Cup | Team event for men 40 and over |
| The Dubler Cup | Team event for men 45 and over |
| The Fred Perry Cup | Team event for men 50 and over |
| The Austria Cup | Team event for men 55 and over |
| The Von Cramm Cup | Team event for men 60 and over |
| The Britannia Cup | Team event for men 65 and over |
| The Crawford Cup | Team event for men 70 and over |
| The Bitsy Grant Cup | Team event for men 75 and over |
| The Gardner Mulloy Cup | Team event for men 80 and over |
| The Lorne Main Cup | Team event for men 85 and over |
| Women's 30+ Cup | Team event for women 30 and over |
| The Suzanne Lenglen Cup | Team event for women 35 and over |
| The Young Cup | Team event for women 40 and over |
| The Margaret Court Cup | Team event for women 45 and over |
| The Bueno Cup | Team event for women 50 and over |
| The Maureen Connolly Cup | Team event for women 55 and over |
| The Alice Marble Cup | Team event for women 60 and over |
| The Kitty Godfree Cup | Team event for women 65 and over |
| The Althea Gibson Cup | Team event for women 70 and over |
| The Queens' Cup | Team event for women 75 and over |
| The Doris Hart Cup | Team event for women 80 and over |
| The Angela Mortimer Cup | Team event for women 85 and over |

**Wheelchair:**

|  |  |
|---|---|
| World Team Cup | Wheelchair tennis team event for men, women, quads and juniors |

**Beach Tennis:**

|  |  |
|---|---|
| The Beach Tennis World Cup | Beach tennis team event for men and women |

23.2    Other *Official Team Competitions* may be organised and managed by the *ITF* at the discretion of the *Board of Directors*.

23.3    The *ITF* will manage the *Official Team Competitions* in accordance with the regulations adopted for those events, and will hold and control the finances.

23.4    The *ITF Group* will own all commercial rights associated with the *Official Team Competitions*, in accordance with the applicable *Rules*, and will register in its name all related trade marks.

23.5    Unless otherwise decided by *Council*, and always subject to the applicable *Rules*:

    23.5.1    only *Class B Members* may enter teams in the Davis Cup and the Billie Jean King Cup; and

    23.5.2    *Class B Members* and *Class C Member*s may enter teams in other *Official Team Competitions.*

23.6    The relevant *Member National Association* will be responsible for selecting the team that takes part in an *Official Team Competition*, in compliance with the *Constitution* and the *Rules* including the regulations for the competition in question, and the requirements of any applicable laws.

23.7    Teams representing the *Country* of a *Member National Association* which has had its membership suspended or which has been expelled may not participate in any *Official Team Competition* where such suspension or expulsion is in force at the date on which the event commences.

## 24.    COMPETITIONS FOR INDIVIDUALS

24.1    The following competitions will be classed as *Official Tennis Championships* of the *ITF*: the Lawn Tennis Championships (Wimbledon); the US Open; the French Championships; and the Australian Open.

    24.1.1    Each of the above *Official Tennis Championships* will consist of men's and women's events, and will be played during the same period and at the same location as it has been played in the past two decades.

    24.1.2    Each time an *Official Tennis Championship* is held, the *Member*, or *Member* of a *Member*, staging the event must pay the *ITF* prior to the event a sum equal to one per cent (1%) of the total gross prize money offered for the competitions played as part of the event.

    24.1.3    *Official Tennis Championships* will carry the most weight in the determination of the *World Champions* for each year.

    24.1.4    *Official Tennis Championships* will be played according to the *Rules of Tennis.*

24.2    The following competitions will be classified as *Recognised Tennis Championships* of the *ITF*: The International Championships of Spain; The Italian Open Championships; The Japan Open; and The Toray Pan Pacific Open Tennis Tournament.

    24.2.1    Each time a *Recognised Tennis Championship* is held, the *Member*, or *Member* of a *Member*, staging the event must pay the *ITF* prior to the event a sum equal to one half of one per cent (0.5%) of the total gross prize money offered for the competitions played as part of the event.

    24.2.2    *Recognised Tennis Championships* will be played according to the *Rules of Tennis* and follow the policies of the *ITF*.

24.3    The following events are owned or managed by the *ITF Group*:

    24.3.1    The Olympic Tennis Event and Youth Olympic Tennis Event are managed by the *ITF Group* on behalf of the *IOC*.

24.3.2    The Paralympic Tennis Event is managed by the *ITF Group* on behalf of the *IPC*.

24.3.3    The ITF Young Seniors World Individual Championships, the ITF Seniors World Individual Championships and the ITF Super-Seniors World Individual Championships are owned by and staged under the direction and control of the *ITF Group*.

24.3.4    The ITF Wheelchair Tennis Masters is owned by and staged under the direction and control of the *ITF Group*.

24.3.5    The ITF Beach Tennis World Championships are owned by and staged under the direction and control of the *ITF Group*.

24.4    No *Member National Association* or *Regional Association* may deliver tennis at an event listed at Article 24.3, or at any other international multi-sport event without the written consent of the *Board of Directors*.

24.5    The following tours are the official tennis tours of the *ITF Group*:

24.5.1    the *ITF World Tennis Tour Men's*;

24.5.2    the *ITF World Tennis Tour Women's*;

24.5.3    the *ITF World Tennis Tour Juniors*;

24.5.4    the *ITF World Tennis Masters Tour*;

24.5.5    the *ITF Wheelchair Tennis Tour*;

24.5.6    the *ITF Beach Tennis World Tour*; and

24.5.7    the *ITF Beach Tennis Junior Tour*.

## 25.    VIRTUAL COMPETITIONS

25.1    The following virtual e-tennis competitions are owned or managed by the *ITF Group*:

25.1.1    any virtual version of a tennis competition described in Article 23, 24.3 or 24.5; and

25.1.2    any virtual version of any other international tennis competition that is or may be owned or managed by the *ITF*, as specified by the *Board of Directors*.

25.2    The *ITF Group* will own all commercial rights associated with these competitions, in accordance with the *Rules* adopted for those competitions, and will register in its name all related trade marks.

## 26.    AWARDS

26.1    The *ITF* may award the title of *World Champion* to players who, in the opinion of the *Board of Directors*, are the most outstanding players in any year. The names of players who have been awarded this title will be listed in the *Roll of Honour*.

26.2    Persons who have rendered long and distinguished service to the game of tennis may be nominated by a *Member* or by the *Board of Directors* for an *ITF* award by *Council*.

26.3    A *Member* may make only one nomination per year. The categories are:

26.3.1 **Administrators:** presidents, general secretaries, international secretaries or directors with 12 years' service; delegates to *General Meetings* who have attended 10 *Annual General Meetings*; or tournament directors of *Official Tennis Championships* who have performed that role for 10 years.

26.3.2 **Players:** those who have played 25 Davis Cup or Billie Jean King Cup ties.

26.3.3 **Non-playing captains:** those who have captained at 25 Davis Cup ties or 25 Billie Jean King Cup ties.

26.3.4 **Officials:** referees or chair umpires who have officiated three Davis Cup and/or Billie Jean King Cup finals; referees or chair umpires who have officiated 25 Davis Cup and/or Billie Jean King Cup ties.

26.3.5 **Coaches:** for long and outstanding contributions to tennis teaching, both nationally and internationally.

26.3.6 **Others:** for long and outstanding contributions to the game of tennis at the international level.

26.4 Nominations must be sent to the *Company Secretary* by the deadline for putting forward resolutions specified at Article 9.11 above. Late nominations will not be considered. The *Board of Directors* shall consider all nominations, and propose to *Council* those nominations that meet the requirements in Article 26.3. The *Board of Directors* may propose to *Council* more than one recipient in each category except Article 26.3.6 which shall be limited to one nomination per year.

26.5 In addition, the *Board of Directors* may nominate individuals, *Member National Associations*, or *Regional Associations* for a Board of Director Award, for their special service to tennis or for a specific contribution to the activities of the *ITF*.

26.6 For the avoidance of doubt all awards for services to the game of tennis previously made by the International Tennis Federation prior to its incorporation will continue to be recognised and acknowledged by the *ITF*.

## PART 8:    DISPUTE RESOLUTION

## 27.    PROCEDURES FOR THE REVIEW OF AND HEARINGS ON THE *RULES OF TENNIS*

27.1 The procedures for the review of and hearings on the *Rules of Tennis* will be carried out in accordance with Appendix XII of the *Rules of Tennis*.

## 28.    ALLEGED VIOLATIONS OF THE *RULES*

### 28A.    Complaints

28.1 Mechanisms will be established in the *Rules* to resolve any complaints relating to the fair and proper conduct of an *International Competition*, including complaints about alleged infringements by a player or player support personnel of the *Rules*, complaints about alleged errors by officials, protests about competition conditions, and complaints about announced results.

### 28B.    Alleged violations of the *Tennis Anti-Doping Programme* or the *Tennis Anti-Corruption Program*

28.2 Alleged violations of the *Tennis Anti-Doping Programme* or the *Tennis Anti-Corruption Program* will be prosecuted by the *International Tennis Integrity Agency* before the

*Independent Tribunal* or such other body or person, or pursuant to such other mechanism, as is specified in those rules.

### 28C.    Alleged violations of the *ITF Code of Ethics*

28.3    Alleged violations of the *ITF Code of Ethics* warranting minor sanctions will be dealt with by the *Ethics Commission*, and other violations of the *ITF Code of Ethics* will be prosecuted by the *Ethics Commission* before the *Independent Tribunal*.

### 28D.    Alleged violations of other *Rules*

28.4    Alleged violations of other *Rules* will be prosecuted by the *ITF* before the *ITF Internal Adjudication Panel* or the *Independent Tribunal* or as otherwise specified in those *Rules.*

28.5    Where a dispute is referred under the *Rules* to the *ITF Internal Adjudication Panel* or the *Independent Tribunal*, the parties to the dispute will be deemed to have agreed to submit to the jurisdiction of that body to resolve the dispute in accordance with that body's procedural rules. They may not bring any action or claim that conflicts with that jurisdiction, and they will be bound by the decision of that body, subject to any appeal rights established in the relevant *Rules.*

## 29.    APPEALS AGAINST *ITF* DECISIONS

29.1    All 'field of play' decisions, including decisions resolving protests in accordance with the *Rules*, will be final and binding on all parties concerned, and may not be appealed or otherwise challenged in any forum, save where the aggrieved party claims to have direct evidence that such decision is tainted by fraud or corruption or other bad faith/prejudice. Any such claim will be resolved exclusively by one or more arbitrators appointed by the *CAS* Ordinary Division, in accordance with the *CAS* Code of Sports-related Arbitration and the 'field of play' doctrine set out in *CAS* jurisprudence.

29.2    To the extent that this *Constitution* or the *Rules* give a party an explicit right of appeal against any decision of the *ITF* or of any constituent body or delegate of the *ITF*, that appeal is to be made exclusively to the *CAS* Appeals Division, unless otherwise specified in this *Constitution* or in those *Rules.* The *CAS* Appeals Division will resolve the appeal definitively in accordance with the *CAS* Code of Sports-related Arbitration. Unless otherwise specified, pending resolution of the appeal the decision being appealed will remain in full force and effect unless the *CAS* orders otherwise. The decision of the *CAS* resolving the appeal may not be challenged in any forum or on any ground, except as set out in Chapter 12 of the Swiss Federal Code on Private International Law.

29.3    The following is a non-exhaustive list of decisions under the *Constitution* that are appealable exclusively to *CAS* under this Article 29:

29.3.1    A decision to suspend or take any other action against a *Member* under Article 4.41 or to impose an interim action under Article 4.45;

29.3.2    A decision to expel or impose any other sanction(s) on a *Member* under Article 4.49;

29.3.3    A decision to withdraw affiliation from a *Regional Association* under Article 5.13;

29.3.4    A decision that a person is not *Eligible* to serve as an *ITF Officeholder*, under Article 18.1; and

29.3.5    A decision that a *Member* has failed to comply with its obligations under Bye-Law A2.

**30.    OTHER CLAIMS AND DISPUTES**

30.1    Subject to Article 30.3, this Article 30 applies to any claim or dispute:

    30.1.1    between:

        30.1.1.1    (a) the ITF; and (b) one or more *Member*s and/or *Regional Associations* and/or *ITF Officeholders*;

        30.1.1.2    two or more *Member*s and/or *Regional Associations* and/or *ITF Officeholders*; or

        30.1.1.3    (a) the *ITF*; and (b) any other person who is subject to the jurisdiction of the *ITF* or of a *Member*; and

    30.1.2    that arises out of or is related in any way to: (a) the activities of the *ITF*; (b) any party's activities as a *Member, Regional Association,* or official of the *ITF*; or (c) any party's activities or interests as stakeholder in the *ITF*; and

    30.1.3    whether such claim or dispute arises: (a) under this *Constitution* or the *Rules* (except the *Tennis Anti-Corruption Program* or the *Tennis Anti-Doping Programme*); (b) pursuant to a decision of the *ITF*; (c) in connection with a contract between the parties that does not provide for an alternative mechanism; or (d) otherwise; but

    30.1.4    excluding personal injury claims.

30.2    Claims or disputes to which this Article 30 applies ('***Dispute***') will be referred in accordance with the below provisions:

    30.2.1    **Jurisdiction:** The *CAS* Ordinary Division has exclusive jurisdiction to hear and definitively determine the *Dispute*. The parties will not bring any action or claim that conflicts with that submission to the jurisdiction of the *CAS*, and they will be bound by the decisions of the *CAS*.

    30.2.2    **Procedural rules:** The *Dispute* will be heard by three *CAS* arbitrators in accordance with the *CAS* Code of Sports-related Arbitration.

    30.2.3    **Scope of review:** Any *Dispute* involving the *ITF* as a respondent party that constitutes a challenge to a decision made by or on behalf of the *ITF* shall be determined by the *CAS* exercising a supervisory jurisdiction only. The scope of the panel's review shall be limited to determining the validity of the decision on the grounds of ultra vires (including error of law), irrationality, and/or procedural irregularity or procedural unfairness.

    30.2.4    **Limited rights of challenge:** The decision of the *CAS* Ordinary Division determining a *Dispute* may not be challenged in any forum or on any ground, except as set out in Chapter 12 of the Swiss Federal Code on Private International Law.

    30.2.5    **Prior attempts to resolve:** Absent compelling justification, the parties to any *Dispute* must put the other party, and the *ITF* if not a party, on notice, and exhaust all reasonable opportunities to resolve the *Dispute* before referring the matter to the *CAS.* Prior to the referral of the *Dispute* to *CAS*, the *Board of Directors* shall take reasonable steps to assist in the resolution of such *Dispute,* which may include appointing a mediator.

30.2.6    **Filing time limits:** Subject to any different time limits applicable to the *Dispute* (including by virtue of this *Constitution*, the *Rules*, or any procedural rules of a body with jurisdiction to hear the *Dispute*), and unless the *ITF* has explicitly agreed to the contrary, any dispute resolution proceedings involving the *ITF* must be commenced within:

30.2.6.1    twenty-one (21) days if related to an *International Competition* or any other competition; or

30.2.6.2    six months if related to any other matter;

of the occurrence of the acts or omissions on which the *Dispute* is based, or of the claimant's knowledge of such acts or omissions if later. In the event a claim is made after the expiry of the stated period, it shall be time barred.

30.3    This Article 30 does not apply to: (a) the claims and disputes falling within Article 28 or Article 29; (b) any claim or dispute for which alternative provision for dispute resolution is made in this *Constitution* or in the *Rules*; (c) any claim or dispute for which the Supreme Court of the Bahamas has exclusive jurisdiction under the *Act*; or (d) claims or disputes involving *ITF Staff* in relation to their terms of employment or engagement by the *ITF*, which are governed by the dispute resolution terms agreed in their contracts of employment or engagement by the *ITF*.

30.4    The following is a non-exhaustive list of decisions challengeable exclusively to *CAS* under this Article 30:

30.4.1    The rejection of an application to become a *Class C Member* or a *Class B Member*, or the failure of the *Board of Directors* to submit any such application to *Council* for consideration. By submitting an application, an applicant who is not already a *Member* agrees to submit to the exclusive jurisdiction of *CAS*.

## 31.    GENERAL

31.1    Unless the *ITF* has explicitly agreed to the contrary, any dispute resolution proceedings involving the *ITF*, of whatever nature and in whatever forum:

31.1.1    will be conducted in the English language, and a party relying on any documents written in another language must provide certified English translations of those documents at their own cost; and

31.1.2    will be governed by the *Constitution* and the *Rules*, and subsidiarily by English law.

31.2    Unless otherwise agreed or ordered, any hearings of dispute resolution proceedings involving the *ITF* will take place in London, England.

31.3    Subject always to the foregoing provisions of this Part 8 and the *Act*, where notwithstanding those provisions a party retains a right to have recourse to the courts in respect of a claim against the *ITF*, the courts of England and Wales will have exclusive jurisdiction over that claim.

31.4    If any provision of this *Constitution* is determined to be unlawful or unenforceable for any reason, the remainder of this *Constitution* will remain intact and enforceable.

**PART 9:    OTHER MATTERS**

**32.    ACCOUNTS**

32.1    The accounts of the *ITF* are published as part of the consolidated accounts for the *ITF Group*.

32.2    The *Board of Directors* will cause true accounts of the income and expenditure and of the assets and liabilities of the *ITF* to be kept at its registered office or at such other place as the *Board of Directors* may decide. Subject to any reasonable restrictions imposed by the *Board of Directors* (including the need to maintain third party confidentiality and comply with all applicable data protection laws and regulations), and provided that access is sought for a proper purpose, such accounts will be available for in-person inspection by *Members* during normal business hours.

32.3    Unless *Council* decides otherwise, the financial year of the *ITF* will close on the 31st day of December in each year, and the *Board of Directors* will cause an annual statement of income and expenditure and a balance sheet summarising the assets and liabilities to be prepared and audited by the *Auditors* as soon as practicable thereafter, for submission to *Council* in accordance with Article 8.2.10.

32.4    The reporting currency of the *ITF* is the lawful currency of the United States of America.

**33.    NOTICES AND TIME LIMITS**

33.1    A notice sent by or to the *ITF* will be deemed to have been received by a *Member* or the *ITF* as applicable: (a) when hand-delivered, if sent by personal delivery or by an internationally recognised courier service; (b) when transmitted, if sent by e-mail; or (c) seven (7) working days after being deposited in the mail, when sent with postage prepaid, addressed to the *Member* or the *ITF* at its last-known address.

33.2    The *Chief Executive Officer* will be the representative of the *ITF* for the purposes of correspondence, and the receipt and issue of notices in connection with the *Constitution*.

33.3    Any time limits stated in this *Constitution* will begin on the day on which the notification is deemed received. Official holidays and non-working days are included in the calculation of time limits, save that if the last day of the time limit falls on an official holiday or non-working day in London or the *Country* of the relevant *Member*, the next working day will be deemed to be the last day of the time limit. A time limit will be deemed to have been met if the notification is received by 23:59 UK time on the last day of the specified time limit.

**34.    INDEMNITY**

34.1    The *ITF* will indemnify and hold harmless its *Directors* and officers and *Member*s of its *Executive Staff* in respect of any liability for damages, costs, fines, or otherwise, that is incurred as a result of any civil or administrative claim that is made against them in any jurisdiction as a result of their office or the exercise of their powers or the execution of their duties under the *Constitution* or the *Rules*, whether or not judgment is given in their favour or they are acquitted, provided the indemnified person acted honestly and in good faith with a view to the best interests of the *ITF*.

**35.    OFFICIAL LANGUAGES**

35.1    The official languages of the *ITF* will be English, French, and Spanish. The following documents shall be published in the official languages: this *Constitution;* the *Rules of Tennis*; the agenda for a *General Meeting*, and its minutes. The *ITF* shall have discretion

over what other *ITF* documents shall be published in the official languages, and whether they shall also be published in other languages.

35.2    If there is a difference between the English version of an *ITF* document and any other version, the English version will prevail.

## 36.    ALTERATIONS TO THE *MEMORANDUM* OR *ARTICLES*

36.1    Only *Council* may alter the *Memorandum* and the *Articles*.

36.1.1    Article 8.2.4 may only be altered with the unanimous consent of *Council.*

36.1.2    Any provision of the *Memorandum* or *Articles* that requires a majority vote greater than two-thirds may be altered only by a *Council* resolution that is passed with the support of the same or greater majority.

36.1.3    Any other alterations to the *Memorandum* or *Articles* require a resolution that is passed by a *Special Majority*.

36.1.4    Any alterations will take effect as from the first day of January following, unless *Council* decides otherwise by the required majority.

36.2    If *Council* resolves to alter any part of the *Memorandum* or *Articles*, it may delegate the responsibility for approving the final wording of the alteration to the *Board of Directors*.

36.3    The *Board of Directors* may at any time amend the *Memorandum* or *Articles* to correct typographical or clerical errors or for reasons of grammar or clarification, where those amendments arise from and are consistent with resolutions of *Council*. Any amendment made pursuant to this Article 36.3 must be notified to *Members* in writing as soon as practicable.

36.4    The *Bye-laws* and the *Rules* other than the *Rules of Tennis*, *Tennis Anti-Corruption Program* and *Tennis Anti-Doping Programme* may be amended by the *Board of Directors* provided that:

36.4.1    such amendment does not create inconsistency with the *Memorandum* or *Articles*; and

36.4.2    any amendment to Bye-Law F or G that introduces or amends any obligation on a *Member National Association* or *Regional Association* must be approved by *Council* prior to taking effect.

## 37.    DISSOLUTION

37.1    The *ITF* may only be voluntarily dissolved by a resolution of *Council* that is passed by a *Super Majority* at a *General Meeting* specifically convened for the purpose, or at an *Annual General Meeting*.

37.2    In the event of such dissolution, *Council* will appoint one or more liquidators, who will gather the *ITF's* assets and apply them to discharge all of the *ITF's* debts and liabilities. Any surplus assets will be paid to the *Class A Members* as trustees of the *ITF Trust* to be held pursuant to the *Declaration of Trust*, save that any funds held in any account designated "Grand Slam Development Fund" will be transferred to such trustees as may be appointed by the *Official Tennis Championships*, who will continue to hold and administer the fund for the designated purposes as determined from time to time.

**APPENDICES**

**APPENDIX A**        **RULES OF INTERPRETATION AND DEFINITIONS**

**Rules of interpretation**

A1.1    In the *Constitution* and also in the *Rules* other than the *Tennis Anti-Corruption Program* and *Tennis Anti-Doping Programme*, unless expressly specified otherwise:

   a.    words importing a particular gender are intended to be neutral;

   b.    words in the singular include the plural, and words in the plural include the singular;

   c.    references to Parts, Sections, Articles and Appendices are references to parts, sections, and articles of and appendices to the document in which the references appear;

   d.    any reference to a set of Rules, or a policy, procedure, guideline or similar document of the ITF includes any amended version or successor document of a similar nature made or issued from time to time;

   e.    any reference to a provision in the Constitution, a Rule, or to a provision of a policy of the ITF, includes any modifications or successor provisions made or issued from time to time;

   f.    any reference to legislation includes any modification or re-enactment of legislation enacted in substitution of that legislation, and any regulation, order-in-council or other instrument from time to time issued or made under that legislation;

   g.    any reference to an agreement includes that agreement as modified, supplemented, novated or substituted from time to time;

   h.    a reference to 'writing' or 'write' or 'written' includes fax and email;

   i.    a reference to 'may' means 'in the sole discretion of such person';

   j.    a reference to a 'day' means any day of the week and is not limited to working days, while a reference to a 'working day' means a day when the banks are open for business in England, and a reference to a 'month' means a calendar month;

   k.    references to tennis players mean both amateur and professional players;

   l.    references to a 'person' include (as the context so requires) natural persons, corporate bodies, and unincorporated bodies (in each case whether or not having separate legal personality), and also the legal personal representatives, successors and permitted assigns of such persons;

   m.    headings and tables of content are for reference only and will not affect the proper interpretation and application of the document; and

   n.    any words following the terms 'including', 'include', 'in particular', 'such as', 'for example', or any similar expression, will be construed as illustrative and will not limit the sense of the words, description, definition, phrase or term preceding those terms.

A1.2   If there is an inconsistency between the terms of the documents listed in this paragraph A1.2, a term contained in a document higher in the list has priority over one contained in a document lower in the list:

A1.2.1   Memorandum and Articles, excluding the Appendices;

A1.2.2   the Appendices;

A1.2.3   the Bye-Laws; and

A1.2.4   the Rules.

**Definitions**

A1.3    The following words or phrases have the following meanings when used in this *Constitution*:

**Act** means the International Business Companies Act 2000 of The Bahamas, as amended from time to time.

**Annual General Meeting** or **AGM** means a *Council* meeting held in accordance with Article 9.1.

**Appendices** means the appendices to the *Articles.*

**Articles** means the Articles of Association of ITF Limited including its *Appendices*.

**ATP** means the ATP Tour, Inc.

**Auditors** means the independent firm of certified accountants appointed by *Council* on the recommendation of the *Board of Directors* to audit the annual accounts of the *ITF.*

**Bare Majority** means more than 50% of the valid votes cast by those present and voting.

**Basic Universal Principles of Good Governance** means the document of that name published by the IOC, as amended from time to time.

**Board of Directors** means the board of directors for the time being of the *Company*, composed in accordance with Article 11.

**Bye-laws** means the part of the *Constitution* appearing after the *Memorandum* and *Articles*, but does not include the *Appendices*.

**CAS** means the Court of Arbitration for Sport in Lausanne, Switzerland.

**Chair** means the person chairing a *General Meeting* in accordance with this *Constitution*.

**Chief Executive Officer** means the person appointed in accordance with Article 15.14 and employed by or on behalf of the *ITF*.

**Class A Members** means the trustees from time to time of the *ITF Trust*, in accordance with Article 4.1.1.

**Class B Member** means a *National Association* that is the registered holder of one or more Class B shares in the *Company.*

**Class C Member** means a *National Association* that is the registered holder of a Class C share in the *Company.*

**Committee** means a group of people that is appointed by the *Board of Directors* in accordance with Article 16, whether described as a committee, a commission, a panel, a working group, a taskforce or otherwise, and whether on an *ad hoc* or a standing basis, to provide expertise, advice and/or other support to the *Board of Directors*.

**Company** means the *ITF*.

**Company Secretary** means the *Chief Executive Officer* or other *Member*(s) of the *Executive Staff* who are appointed to carry out the functions of a company secretary.

**Constitution** means the *Memorandum* and *Articles*, the *Appendices* and the *Bye-laws* of the *Company*, as set out in Article 1.2.

**Council** means the delegates of the *Members* assembled in a *General Meeting*.

**Country** means: (a) a self-governing geographical area of the world recognised as an independent state by the United Nations; and/or (b) a geographical territory or region that is not recognised as an independent state by the United Nations but that has certain aspects of self-government, at least to the extent of being autonomous in the control of its sport, and which is recognised as such by the *ITF*.

**Declaration of Trust** means the declaration of trust of the *ITF Trust* by the *Class A Members* dated the 22nd day of December, 1997.

**Director** means a *Member* of the *Board of Directors*, including the *President.*

**Dispute** has the meaning given to that term in Article 30.2.

**Election and Eligibility Panel** means the panel of that name established pursuant to the *ITF Code of Ethics.*

**Eligible** means not subject to any of the disqualifying conditions set out at Article 18.1.

**Ethics Commission** means the body of that name established pursuant to the *ITF Code of Ethics.*

**Executive Staff** means the executive staff employed by or otherwise acting on behalf of the *ITF*, excluding the officers appointed under Article 15.

**Extraordinary General Meeting** or **EGM** means a *Council* meeting called in accordance with Article 9.3.

**General Meeting** means an *Annual General Meeting* and/or an *Extraordinary General Meeting.*

**Good Standing** means not suspended or otherwise restricted from exercising all relevant membership rights.

**Governing Bodies** means the *ATP*, *ITF*, *WTA*, and the four owners of the *Official Tennis Championships.*

**Honorary Life Counsellor** means a person appointed to the position of Honorary Life Counsellor of the ITF in accordance with Article 7.1.

**Honorary Life President** means a person appointed to the position of Honorary Life President of the ITF in accordance with Article 7.1.

**Honorary Life Vice-President** means a person appointed to the position of Honorary Life Vice-President of the ITF in accordance with Article 7.1.

**Incapacity** means a physical or mental impairment that prevents the person from effectively performing their duties as an *ITF Officeholder.*

**Independent Tribunal** means the independent body of that name established to decide matters referred to it under the *Constitution* or the *Rules* in accordance with its procedural rules.

**Interest** means: (a) the holding, directly or indirectly, of 5% or more of the shares of the relevant entity; (b) the holding, directly or indirectly, of 5% or more of the voting rights of the relevant entity; or (c) holding a seat on the board of directors of the relevant entity.

**International Competitions** means all competitions that are now or in the future organised by or on behalf of the *ITF* between players or teams of players from and/or representing different *Countries*, and which include the *Official Team Competitions* and the *ITF Individual Competitions*.

**International Standards** means the international standards that support the *World Anti-Doping Code*, and that are adopted by *WADA*, as amended from time to time.

**International Tennis Integrity Agency** means the company known as *International Tennis Integrity Agency* Limited.

**IOC** means the International Olympic Committee.

**IPC** means the International Paralympic Committee.

**ITF** means the company known as ITF Limited, as set out in Article 1.1.

**ITF Beach Tennis Junior Tour** means the tennis tour composed of the international beach tennis junior tournaments owned and/or sanctioned by *Members* and approved by the *ITF*, whose organisers agree to abide by the ITF Beach Tennis Junior Tour Regulations, which detail the rights and responsibilities of the *ITF*, the tournament organisers, and the participating players.

**ITF Beach Tennis World Tour** means the tennis tour composed of the international beach tennis tournaments owned and/or sanctioned by *Members* and approved by the *ITF*, whose organisers agree to abide by the ITF Beach Tennis World Tour Regulations, which detail the rights and responsibilities of the *ITF*, the tournament organisers, and the participating players.

**ITF Code of Ethics** means the code of that name issued and maintained by the *ITF*.

**ITF Group** means the *ITF Trust* and its subsidiaries as may exist from time to time.

**ITF Individual Competitions** are the competitions described as such in Article 24.3 and 24.5.

**ITF Internal Adjudication Panel** means the body of that name established to decide matters referred to it under the *Constitution* or the *Rules* in accordance with its procedural rules.

**ITF Officeholder** means each of the following persons: the officers of the *ITF* appointed pursuant to Article 15 excluding the *Chief Executive Officer*, and the *Member*s of the *Board of Directors*.

**ITF Safeguarding Adults Policy** means the policy in relation to the protection of adults from injury and harm issued and maintained by the *ITF*.

**ITF Safeguarding Children Policy** means the policy in relation to the protection of children from injury and harm issued and maintained by the *ITF*.

**ITF Staff** means any person who is employed or engaged by or on behalf of the *ITF* to undertake work for it or on its behalf, including the *Executive Staff*. *ITF Staff* are not officers of the *Company*.

**ITF Trust** means the trust declared by and contained in the *Declaration of Trust*.

**ITF Wheelchair Tennis Tour** means the tennis tour composed of the international wheelchair tennis tournaments owned and/or sanctioned by *Members* and approved by the *ITF*, whose organisers agree to abide by the Wheelchair Tennis Regulations, which detail the rights and responsibilities of the *ITF*, the tournament organisers, and the participating players.

**ITF World Tennis Tour Juniors** means the tennis tour composed of the international junior tournaments owned and/or sanctioned by *Members* and approved by the *ITF*, whose organisers agree to abide by the ITF World Tennis Tour Juniors Regulations, which detail the rights and responsibilities of the *ITF*, the tournament organisers, and the participating players.

**ITF World Tennis Masters Tour** means the tennis tour composed of the international tournaments for players aged 30 and over owned and/or sanctioned by *Members* and approved by the *ITF*, whose organisers agree to abide by the Masters Tour Regulations, which detail the rights and responsibilities of the *ITF*, the tournament organisers, and the participating players.

**ITF World Tennis Tour Men's** means the tennis tour composed of tournaments for men owned and/or sanctioned by *Members* and approved by the *ITF*, whose organisers agree to abide by the ITF World Tennis Tour Rules and Regulations, which detail the rights and responsibilities of the *ITF*, the tournament organisers, and the participating players.

**ITF World Tennis Tour Women's** means the tennis tour composed of tournaments for women owned and/or sanctioned by *Members* and approved by the *ITF*, whose organisers agree to abide by the ITF World Tennis Tour Rules and Regulations, which detail the rights and responsibilities of the *ITF*, the tournament organisers, and the participating players.

**Member National Associations** means the *Class B Members* and *Class C Members*.

**Members** means the registered holders of shares in the share capital of the *ITF*.

**Memorandum** means the Memorandum of Association of ITF Limited.

**NADO** means a national anti-doping organisation, having the roles and responsibilities conferred on it by the *World Anti-Doping Code.*

**National Association** means a national governing body for the sport of tennis representing a particular *Country*.

**National Olympic Committee** means the body recognised by the *IOC* as the national Olympic committee for a *Country*.

**OECD Consumer Price Index** means the 'OECD – Total' inflation rate published by the *Organisation for Economic Co-operation and Development* in its consumer price index database.

**Official Team Competitions** are the competitions described as such in Article 23.

**Official Tennis Championships** are the competitions described as such in Article 24.1.

**Olympic Charter** means the document of the same name published by the *IOC*, as amended from time to time.

**Olympic Movement** has the meaning set out in the *Olympic Charter*.

**Olympic Movement Code on the Prevention of Manipulation of Competition** means the document of the same name published by the *IOC*, as amended from time to time.

**Organisation for Economic Co-operation and Development** (or **OECD**) means the international organisation composed of *Member* countries pursuant to the Convention on the Organisation for Economic Co-operation and Development signed 14 December 1960 and supplemented from time to time.

**Parliamentarian** means the person appointed by the *Board of Directors* to carry out the functions ascribed to the *Parliamentarian* in the *Constitution*.

**President** means the president of the *ITF* elected in accordance with Article 12.7.

**Recognised Organisation** means an organisation recognised by the *ITF* in accordance with Article 6.

**Recognised Tennis Championships** are the competitions described as such in Article 24.2.

**Regional Association** means an association of *Members* that are recognised by the *ITF* and that belong to the same continent or assimilable geographic region, and which are affiliated to the *ITF* in accordance with Article 5.

**Register** means the register of *Members* to be kept pursuant to section 28(1) of the *Act.*

**Roll of Honour** means the list of players who have been awarded the title of *World Champion*, maintained and published by the *ITF*.

**Rules** means the rules and regulations that are issued or adopted by the *ITF* within its powers and responsibilities, and the *Tennis Anti-Corruption Program* and *Tennis Anti-Doping Programme*.

**Rules of Council** means the rules of that name set out in Bye-Law C, as amended from time to time.

**Rules of Tennis** means the rules of the game of tennis adopted and amended in accordance with Article 8.2.4.

**Special Majority** means two-thirds or more of the valid votes cast by those present and voting.

**Super Majority** means four-fifths or more of the valid votes cast by those present and voting.

**Tennis Anti-Corruption Program** means the rules of that name that are issued and maintained by the *International Tennis Integrity Agency* on behalf of the *ITF*, as amended from time to time in accordance with its terms.

**Tennis Anti-Doping Programme** means the rules of that name that are issued and maintained by the *International Tennis Integrity Agency* on behalf of the *ITF*, as amended from time to time in accordance with its terms.

**Tennis Betting Operator** has the meaning given to that term in the *Tennis Anti-Corruption Program*.

**Treasurer** means the treasurer of the *ITF* appointed in accordance with Article 15.11.

**Vice-President** means a vice-president of the *ITF* appointed in accordance with Article 15.8.

**WADA** means the World Anti-Doping Agency.

**World Anti-Doping Code** means the *World Anti-Doping Code* adopted by *WADA*, as amended from time to time.

**World Champion(s)** means the annual award(s) bestowed by the ITF in accordance with Article 26.1, in categories which may include: men's and women's singles and doubles; boys and girls; and wheelchair men's, women's and quad.

**WTA** means the WTA Tour, Inc.

**APPENDIX B**        <u>**SHARE REGISTER**</u>

**Part One**

**Class B Members with voting rights (162):**

**12 Class B Shares each (5):**

| | |
|---|---|
| Australia | Great Britain |
| France | United States of America |
| Germany | |

**9 Class B Shares each (14):**

| | |
|---|---|
| Argentina | Japan |
| Brazil | Netherlands |
| Canada | Russia (suspended) |
| China, People's Republic of | South Africa |
| Czechia | Spain |
| India | Sweden |
| Italy | Switzerland |

**7 Class B Shares each (11):**

| | |
|---|---|
| Belgium | New Zealand |
| Croatia | Serbia |
| Denmark | Slovak Republic |
| Kazakhstan | Thailand |
| Korea, Republic of | Tunisia |
| Mexico | |

**5 Class B Shares each (17):**

| | |
|---|---|
| Austria | Morocco |
| Chile | Norway |
| Chinese Taipei | Poland |
| Colombia | Portugal |
| Egypt | Slovenia |
| Finland | Türkiye |
| Hungary | Ukraine |
| Indonesia | Uzbekistan |
| Israel | |

**3 Class B Shares each (19):**

| | |
|---|---|
| Bulgaria | Pakistan |
| Ecuador | Paraguay |
| Georgia | Peru |
| Greece | Philippines |
| Hong Kong, China | Qatar |
| Iran | Romania |
| Ireland | Saudi Arabia |
| Kuwait | Sri Lanka |
| Malaysia | United Arab Emirates |
| Nigeria | |

**1 Class B Share each (96):**

| | |
|---|---|
| Albania | Latvia |
| Algeria | Lebanon |
| Andorra | Lesotho |
| Angola | Libya |
| Antigua and Barbuda | Liechtenstein |
| Armenia | Lithuania |
| Aruba | Luxembourg |
| Azerbaijan | Macau |
| Bahamas | Madagascar |
| Bahrain | Maldives |
| Bangladesh | Malta |
| Barbados | Mauritania |
| Belarus (suspended) | Mauritius |
| Benin | Moldova |
| Bermuda | Monaco |
| Bhutan | Mongolia |
| Bolivia | Montenegro |
| Bosnia and Herzegovina | Mozambique |
| Botswana | Myanmar |
| Brunei Darussalam | Namibia |
| Burundi | Nepal |
| Cambodia | North Macedonia |
| Cameroon | Northern Mariana Islands |
| Congo | Oman |
| Congo, Democratic People's Republic of | Panama |
| Costa Rica | Puerto Rico |
| Côte d'Ivoire | Rwanda |
| Cuba | St Lucia |
| Cyprus | San Marino |
| Djibouti | Senegal |
| Dominican Republic | Seychelles |
| El Salvador | Singapore |
| Estonia | Sudan |
| Ethiopia | Suriname |
| Gabon | Syria |
| Ghana | Tajikistan |
| Guam | Tanzania |
| Guatemala | Togo |
| Haiti | Trinidad and Tobago |
| Honduras | Turkmenistan |
| Iceland | Uganda |
| Iraq | US Virgin Islands |
| Jamaica | Uruguay |
| Jordan | Venezuela |
| Kenya | Vietnam |
| Kosovo | Yemen |
| Kyrgyzstan | Zambia (suspended) |
| Laos | Zimbabwe |

**Part Two**

**Class C Members without voting rights (51):**

**1 Class C Share each:**

Afghanistan (suspended)
American Samoa
Anguilla
Belize
Bonaire
British Virgin Islands
Burkina Faso
Cape Verde (suspended)
Cayman Islands
Central African Republic
Chad
Comoros
Cook Islands
Curaçao
Dominica
Equatorial Guinea
Eritrea
Eswatini
Fiji
Gambia (suspended)
Grenada
Guinea-Bissau
Guinea-Conakry
Guyana
Kiribati
Korea, DPR (suspended)

Liberia (suspended)
Malawi
Mali
Marshall Islands (suspended)
Micronesia, Federated States of
Nauru
Niger
Norfolk Island
Palau
Palestine (suspended)
Papua New Guinea
Samoa
Sierra Leone
Solomon Islands
Somalia
St Kitts & Nevis
St Maarten
St Vincent and Grenadines
Surinam
Tahiti
Timor Leste
Tonga
Turks and Caicos
Tuvalu
Vanuatu

**APPENDIX C**        <u>SUMMARY OF ITEMS REQUIRING OTHER THAN A *BARE MAJORITY*</u>

| Article | Subject | Majority required of those voting |
|---|---|---|
| 4.22.1.2 | Waiver of re-admission conditions | *Special Majority* |
| 4.30 | Membership applications (including division of territory into two or more, transfer of membership and readmittance) | *Special Majority* |
| 4.34 | Increases and reductions in *Class B Shares* | *Special Majority* |
| 4.41 | Suspension of membership | *Special Majority* |
| 4.45 | Interim action by the *Board of Directors* prior to ratification by *Council* | *Special Majority* |
| 4.45.3 | Ratification of interim action taken under Article 4.45 | *Special Majority* |
| 4.47.2 | Waiver of conditions for the lifting of a suspension | *Special Majority* |
| 4.47.3 | Lifting of a suspension by *Council* | *Special Majority* |
| 4.49 | Expulsion from membership | *Super Majority* |
| 4.51 | Decision to impose other sanctions on the *Member* short of expulsion | *Special Majority* |
| 5.2 | Affiliation of *Regional Associations* | *Special Majority* |
| 5.13 | Withdrawal of an affiliation previously granted to a *Regional Association* | *Special Majority* |
| 6.2 | Applications for recognition by *Recognised Organisations* | *Special Majority* |
| 6.6 | Expulsion of *Recognised Organisations* | *Special Majority* |
| 7.2 | Appointment of honorary positions | *Super Majority* |
| 7.4 | Withdrawal of honorary positions | *Super Majority* |
| 8.2.4.2 | Alteration to the *Rules of Tennis* | *Special Majority* |
| 8.2.4.2 | Date of effect of changes to the *Rules of Tennis* | *Special Majority* |
| 8.2.12 | Merger of the *ITF* with another body | *Super Majority* |
| 9.13 | Items of which due notice has not been given | *Super Majority* |
| 9.23.2 | Motion reversing a decision taken at the preceding *General Meeting* | *Super Majority* |
| 12.10 | Selection by the *Board of Directors* of an acting *President* in event of death, retirement or impairment of *President* | *Special Majority* |

| 12.11.6 | Removal of a *Member* of the *Board of Directors* | *Special Majority* |
| 14.3 | Decision of the *Board of Directors* to hold an emergency meeting at notice of less than two days | *Super Majority* |
| 14.7.2 | Decision of the *Board of Directors* to conduct voting at their meeting by ballot or secret ballot | *Special Majority* |
| 15.10 | Removal of *Vice-President* from office | *Special Majority* |
| 15.13 | Removal of *Treasurer* from office | *Special Majority* |
| 22.2 | Reviving the title "World Championships" | *Unanimity* |
| 22.4 | Reversal of an alteration to, or otherwise amending, the regulations for Davis Cup and Billie Jean King Cup Competitions | *Special Majority* |
| 36.1.1 | Alteration to Article 8.2.4 | Unanimity |
| 36.1.2 | Alterations to provisions of the *Memorandum* or *Articles* that require more than two-thirds majority | The same or greater majority required by the provision being altered |
| 36.1.3 | Alterations to the *Constitution* not covered by Articles 36.1.1 and 36.1.2 | *Special Majority* |
| 36.1.4 | Date of effect of change to the *Constitution* | The majority required to pass the substantive resolution |
| 37.1 | Dissolution of *ITF* | *Super Majority* |
| Bye-law C1.1.3 | Election of *Chair* in the event that the *President* is indisposed | *Bare Majority*, each delegate to have only one vote |
| Bye-law C4.6 | Adjournment of a *General Meeting* | *Special Majority* |

**APPENDIX D**      <u>**LIST OF REGIONAL ASSOCIATIONS**</u>

African Tennis Confederation (CAT)

Asian Tennis Federation (ATF)

Central American and Caribbean Tennis Confederation (COTECC)

Oceania Tennis Federation (OTF)

South America Tennis Confederation (COSAT)

Tennis Europe (TE)

## BYE-LAWS OF ITF LIMITED

### A. ANTI-DOPING

### A1. Compliance with the *World Anti-Doping Code*

A1.1    As a signatory to the *World Anti-Doping Code*, the *ITF* acknowledges and accepts the *World Anti-Doping Code* and the accompanying International Standards as the basis for the fight against doping in tennis. The *ITF* also acknowledges and accepts all of the requirements of the *World Anti-Doping Code* and International Standards that apply to the *ITF*, including the obligation imposed on the *ITF* by Article 24.1.9 of the 2021 *World Anti-Doping Code* to recognise, respect, and give full effect (in accordance with the *ITF's* authority and within its sphere of responsibility) to final decisions imposing consequences and/or reinstatement conditions on another signatory to the *World Anti-Doping Code* for non-compliance with its obligations as a signatory, whether such consequences and/or reinstatement conditions are proposed by *WADA* and accepted by the signatory in question, or else are imposed by the *CAS*.

A1.2    No provision in the *Constitution* or the *Rules* is intended to prevent or will be interpreted or applied so as to prevent the *ITF* from complying with its obligations as a signatory to the *World Anti-Doping Code*.

### A2. The *Tennis Anti-Doping Programme*

A2.1    The *ITF* has delegated authority to the *International Tennis Integrity Agency* to issue and maintain the *Tennis Anti-Doping Programme* in order to implement the *World Anti-Doping Code* in the sport of tennis, and so to maintain the integrity of the sport and protect the health and rights of tennis players.

A2.2    As a condition of membership of the *ITF*:

A2.2.1    Each *Member National Association* must respect and observe and comply with the obligations conferred on them by the *Tennis Anti-Doping Programme*, and must procure that: (a) each of its board *Member*s, directors, and officers; (b) any of its employees; and (c) any of its delegated third parties and their employees; who are involved in any aspect of doping control on its behalf, as well as each of its *Member*s and affiliates, agrees to respect and observe and comply with, the obligations conferred on them by the *Tennis Anti-Doping Programme*.

A2.2.2    Each *Member National Association* must also recognise, abide by, and implement the decisions made pursuant to the *Tennis Anti-Doping Programme*, including the decisions imposing sanctions on persons under its authority.

A2.2.3    Each *Member National Association* must include in its own rules the provisions necessary to ensure that the *International Tennis Integrity Agency* may enforce the *Tennis Anti-Doping Programme* (including carrying out testing) directly against players (including national-level players) and other persons under its authority. In particular, each *Member National Association* must require all players under its authority, including those players preparing for and/or participating in a competition or activity authorised or organised by that *Member* or by one of its *Member*s or affiliates, and all player support personnel associated with such players, to agree as a condition of participation or involvement to be bound by the *Tennis Anti-Doping Programme* and to submit to the results management authority of the *International Tennis Integrity Agency* in relation to the *Tennis Anti-Doping Programme*.

A2.2.4    Each *Member National Association* must report any information suggesting or relating to an anti-doping rule violation to the *International Tennis Integrity Agency* and to the *Member's NADO*, and must cooperate with investigations conducted by the *International Tennis Integrity Agency*, the *NADO*, and/or any other anti-doping organisation with authority to conduct the investigation.

A2.2.5    If the *International Tennis Integrity Agency* delegates any aspect of testing and/or results management under the *Tennis Anti-Doping Programme* to a *Member National Association*, that *Member* must delegate such testing and results management to its *NADO* or otherwise conduct such testing and results management itself in accordance with *WADA*'s International Standard that applies to testing and International Standard that applies to results management.

A2.3    As further conditions of membership:

A2.3.1    Each *Member National Association* must incorporate anti-doping rules equivalent to the *Tennis Anti-Doping Programme* into its own rules, so that it and/or its *NADO* may enforce those rules against players (including national-level players) and other persons under its authority. Those rules must give the *International Tennis Integrity Agency* (for the *ITF*), *WADA*, and the *NADO* the rights of appeal set out in the *World Anti-Doping Code* in respect of decisions made under those rules.

A2.3.2    Each *Member National Association* must require all players under its authority, including those players preparing for and/or participating in a competition or activity authorised or organised by the *Member* or by one of its *Member*s or affiliates, and all player support personnel associated with such players, to agree as a condition of participation or involvement to be bound by the *Member's* anti-doping rules and to submit to the results management authority of the *Member* or its *NADO* (as applicable) in relation to such rules.

A2.3.3    Subject to applicable law, each *Member National Association* must require: (a) all of its board *Member*s, directors, and officers; (b) all of its employees; and (c) all of its delegated third parties and their employees; who are involved in any aspect of doping control, to agree to be bound by the *Tennis Anti-Doping Programme* and by the *Member's* own anti-doping rules as a condition of such position or involvement.

A2.3.4    Each *Member National Association* must take appropriate action to ensure compliance with the *Tennis Anti-Doping Programme* and its anti-doping rules by persons under their anti-doping authority by (among other things):

a.    conducting doping control only under the documented authority of the *ITF* and permitting its *NADO* and/or mandating one or more delegated third parties to collect samples from players under its authority in accordance with *WADA's International Standard* that applies to testing;

b.    recognising the authority of the *NADO* in its *Country* in accordance with Article 5.2 of the 2021 *World Anti-Doping Code* and assisting as appropriate with the *NADO's* testing of players under its authority;

c.    ensuring all samples collected from players under its authority are analysed by a *WADA*-accredited or *WADA*-approved laboratory;

d.    ensuring that the results of any testing and any anti-doping rule violations that are discovered are managed properly by its *NADO*, or otherwise by

the *Member* itself, in accordance with *WADA's International Standard* that applies to results management; and

e.  ensuring that any anti-doping rule violations arising under its anti-doping rules are adjudicated by an operationally independent hearing panel in accordance with Article 8.1 of *WADA's International Standard* that applies to results management, with the *International Tennis Integrity Agency* being kept informed of proceedings throughout.

A2.3.5  At the end of every calendar year, each *Member National Association* must report to the *International Tennis Integrity Agency* the results of all testing conducted within their respective jurisdictions in that year, sorted by player and identifying each date on which the player was tested, the entity conducting the test, and whether the test was in-competition or out of competition. The *International Tennis Integrity Agency* may publish such information. An anonymised copy of that report shall be reported to the *ITF*.

A2.4  Subject to applicable law, *Member National Associations* must not knowingly employ a person in any position involving doping control other than authorised anti-doping education or rehabilitation programmes where: (a) that person has been provisionally suspended or is serving a period of ineligibility under the *Tennis Anti-Doping Programme* or the *World Anti-Doping Code* or a *Member*'s anti-doping rules; or (b) that person has directly and intentionally engaged in conduct within the previous six years that would have constituted a violation of such rules if they had been applicable to them.

A2.5  Each *Member National Association* must have disciplinary rules in place to prevent player support personnel who are using prohibited substances or prohibited methods without valid justification providing support to players under the authority of the *ITF* or the *Member National Association*.

A2.6  Each *Member National Association* must conduct anti-doping education in coordination with the *International Tennis Integrity Agency* and its *NADO* and otherwise as required under the *Tennis Anti-Doping Programme*.

A2.7  Where a *Member National Association* fails to comply with, implement, uphold, and/or enforce the *Tennis Anti-Doping Programme* or its equivalent anti-doping rules within the *Member National Association*'s area of competence, or fails to comply with any of its other obligations under this Article A2, the *ITF* may apply any one or more of the following consequences:

A2.7.1  exclusion of all or a group of players, player support personnel, *Member*s, directors, and/or officials of the *Member National Association*, or other relevant persons associated with that *Member*, from specified future competitions, events, or other activities;

A2.7.2  suspension of the membership of the *Member National Association*;

A2.7.3  imposition of a fine;

A2.7.4  withholding of some or all funding or other financial and non-financial support to the *Member National Association*; and/or

A2.7.5  requiring the *Member National Association* to reimburse the *ITF* for all costs incurred in pursuing the matter.

A2.8  If the *Member National Association* disputes its liability and/or the consequences imposed on it pursuant to Article A2.7, it may appeal the decision in question to the CAS in accordance with Article 29 of the *Articles*.

## B.    MANIPULATION OF COMPETITIONS

B1.1    The *ITF* has delegated authority to the *International Tennis Integrity Agency* to issue and maintain the *Tennis Anti-Corruption Program* in order to establish a uniform and consistent scheme applicable to all tennis events organised, sanctioned or recognised by the *Governing Bodies* that implements the *Olympic Movement Code on the Prevention of Manipulation of Competitions* in the sport of tennis, and so maintains the integrity of the sport and protects against any efforts to impact improperly the results of any match in such events.

B1.2    As a condition of membership of the *ITF*:

B1.2.1    Each *Member National Association* must include in its own rules the provisions necessary to ensure that the *International Tennis Integrity Agency* may enforce the *Tennis Anti-Corruption Program* directly against players (including national-level players) and other persons under its authority. In particular, each *Member National Association* must require all players under its authority, including those players preparing for and/or participating in a competition or activity authorised or organised by that *Member* or by one of its members or affiliates, and all player support personnel associated with such players, to agree as a condition of participation or involvement to be bound by the *Tennis Anti-Corruption Program* and to submit to the results management authority of the *International Tennis Integrity Agency* in relation to the *Tennis Anti-Corruption Program*.

B1.2.2    Each *Member National Association* must ensure that all persons under the *Member National Association's* jurisdiction, including all persons participating in events organised, sanctioned or recognised by that *Member*, comply with rules of conduct that: (a) are at least equivalent to the rules of conduct imposed by the *Tennis Anti-Corruption Program* on those who participate in events organised, sanctioned or recognised by the governing bodies of professional tennis; and (b) impose similar sanctions in the event of non-compliance.

B1.2.3    Each *Member National Association* must ensure that in relation to any decision under the *Tennis Anti-Corruption Program*, its governing rules or regulations: (a) give automatic effect to any such decision that rules a person ineligible to participate in any capacity in events organised, sanctioned or recognised by that *Member*; and (b) extends any such decision that rules a person ineligible to participate in events organised or sanctioned by the governing bodies of professional tennis, so that the person is also automatically ineligible, for the same period, to participate in any capacity in events organised, sanctioned or recognised by that *Member*.

B1.2.4    Each *Member National Association* must report any information suggesting or relating to a violation of the *Tennis Anti-Corruption Program* to the *International Tennis Integrity Agency*, and must cooperate with investigations conducted by the *International Tennis Integrity Agency* into that or any other suspected violation.

B1.2.5    Each *Member National Association* must recognise, abide by, and implement the decisions made pursuant to the *Tennis Anti-Corruption Program*, including the decisions imposing sanctions on persons under its authority, such that anyone who has been ruled ineligible under the *Tennis Anti-Corruption Program* to participate in events organised or sanctioned by the *Governing Bodies* is also automatically ineligible, for the same period, to participate in any capacity in events organised, sanctioned, or recognised by that *Member*.

B1.2.6    Each *Member National Association* must incorporate rules equivalent to the *Tennis Anti-Corruption Program* into its own rules, so that it may enforce those

rules against players (including national-level players) and other persons under its authority, and impose sanctions similar to those imposed under the *Tennis Anti-Corruption Program.*

B1.2.7    Each *Member National Association* must regularly update the *International Tennis Integrity Agency* on the status and findings of any anti-corruption review or proceedings conducted by that *Member* in relation to any person(s) under its national authority.

## C.    *RULES OF COUNCIL*

### C1.    The *Chair*

C1.1    The *President* will take the *Chair* at *General Meetings*. However, in the event that the *President* requires the *General Meeting* to appoint a *Chair* in their place or is unable or unwilling to attend the *General Meeting* or is not present within fifteen minutes of the time at which a meeting was due to start, then the first business at the *General Meeting* concerned will be to select a *Chair*. In such circumstances:

C1.1.1    In the absence of the *President*, any *Member* of the *ITF Staff* may request the appointment of a *Chair* at that *General Meeting*.

C1.1.2    *Council* present and entitled to vote at the *General Meeting* will be invited to nominate the following persons in order of priority to be the *Chair* provided always that such persons are present and willing to act: a *Vice-President*; a *Director*; an *Honorary Life President*; an *Honorary Life Vice-President*; an *Honorary Life Counsellor*; a delegate.

C1.1.3    The *Chair* will be elected by a *Bare Majority* resolution of *Council*. In the event that a candidate is either not nominated or elected from a particular category, then the next candidate from the same category will be considered, or if no such candidate the next category, and so on until a *Chair* is elected. In any such election, each voting delegate of each *Class B Member* present at the *General Meeting* will only have one vote, notwithstanding the fact that the number of Class B shares held by any one particular *Class B Member* may be more than one.

C1.2    The *Chair* will preside over all matters of procedure at the *General Meeting* not prescribed by the *Constitution*. The *Chair* may be assisted in this respect by a *Parliamentarian* appointed by the *Board of Directors*.

C1.3    The *Parliamentarian*, where present, will assist the *Chair* in taking charge of the proceedings of a *General Meeting,* and a *Member* of the *ITF Staff* will act as Secretary of the *General Meeting* with such assistance as the *Chair* or *Parliamentarian* deems necessary.

C1.4    The *Chair* will conduct the proceedings at the *General Meeting* and will have power to interrupt the reading of any document or any speaker where it is considered reasonable and appropriate to do so. Any person who disobeys a ruling of the *Chair* in this regard or who otherwise conducts themselves in a manner detrimental to the orderly conduct of the *General Meeting* may be directed to leave the *General Meeting* by *Bare Majority* resolution of *Council*.

### C2.    Requirements prior to the commencement of each *General Meeting*

C2.1    Prior to the commencement of each *General Meeting*:

C2.1.1    In accordance with Article 9.14.1, each *Class B Member* represented will have named the delegate who will vote on its behalf at the *General Meeting*.

C2.1.2    All *Member*s whose subscriptions are in arrears will be announced, and any delegates representing such *Member*s will be treated as having observer status only and shall not be entitled to speak or vote at that *General Meeting*, unless they pay the outstanding arrears in full.

## C3. Scrutineers

C3.1    At the commencement of each *General Meeting*, three scrutineers will be elected by a show of hands. A voting delegate may nominate a maximum of one candidate for scrutineer. Nominations for scrutineers will also be accepted from the *Board of Directors*. Nominees for scrutineers may be delegates from any *Member National Association*.

## C4. Resolutions at *General Meetings*

C4.1    Every resolution put to a *General Meeting,* including any amendment, will be proposed: (a) by the *Board of Directors*, or (b) a delegate and seconded by a delegate from another *Member*; before being put to discussion and vote at the *General Meeting*.

C4.2    If notice of an original resolution has been given in accordance with Articles 9.11 and 9.12, or it is otherwise permitted for consideration under Article 9.13, an amendment to that resolution can be proposed without advance notice. However, *Council* must resolve by a *Bare Majority* to permit the amending resolution to be put to discussion and vote at the *General Meeting*.

C4.3    Resolutions on procedural matters related to the conduct of a *General Meeting* do not require notice in accordance with Article 9, but must comply with paragraph C4.1 or be proposed by the *Chair*.

C4.4    The *Chair* of the *General Meeting* will decide the order in which a resolution and any amendments to the resolution will be voted upon.

C4.4.1    In the event that an amendment is carried before the original resolution is voted upon, it will become the substantive resolution. If the original resolution is voted upon and carried before any amendment is carried, the original resolution will be deemed to be the decision of the *General Meeting*.

C4.5    Any delegate may move without debate at the close of a speech of any other delegate:

C4.5.1    that the resolution be put to a vote. If such a motion is seconded by a delegate of another *Member* the resolution will, unless the *Chair* rules otherwise, be put to a vote immediately; or

C4.5.2    that the *General Meeting* proceed to the next item of business on the agenda. If such a motion is seconded by a delegate of another *Member*, the motion will, unless the *Chair* rules otherwise, be put to *Council* for a vote.

a.    In the event that such a motion is carried, the *General Meeting* will proceed to a vote on the original motion on which the delegate was speaking, and the *General Meeting* will then proceed to the next item of business on the agenda.

b.    If the motion is not carried, no equivalent motion can be made for at least 30 minutes.

C4.6    In addition to the provisions of Article 9.18, a *General Meeting* may be adjourned if a resolution of *Council* to that effect is carried by a *Special Majority,* or if it appears to the *Chair* that an adjournment is necessary to protect the safety of any person attending the *General Meeting* or ensure that the business of the meeting is conducted in an orderly manner.

C4.7    When adjourning a *General Meeting* in accordance with paragraph C4.6 the *Chair* of the meeting must:

C4.7.1    either specify the time and place to which it is adjourned or state that it is to continue at a time and place (including partly or wholly by means of electronic facility or facilities) to be fixed by the *Board of Directors*; and

C4.7.2    have regard to any directions as to the time and place of any adjournment which have been given by the meeting.

C4.8    If the continuation of a *General Meeting* adjourned in accordance with paragraph C4.6 is to take place more than 14 days after it was adjourned, the *ITF* must give at least seven clear days' notice of it:

C4.8.1    to the same *Member*s to whom notice of the *ITF's General Meetings* is required to be given; and

C4.8.2    containing the same information which such notice is required to contain.

C4.9    No business may be transacted at an adjourned *General Meeting* which could not properly have been transacted at the meeting if the adjournment had not taken place.

**C5.    Speeches**

C5.1    In respect of motions or amendments at a *General Meeting*:

C5.1.1    the proposer of a motion may speak for up to five minutes when proposing the motion, and subsequent speakers may speak for up to three minutes;

C5.1.2    the proposer and subsequent speakers may speak for a further three minutes, if *Council* consents by way of a *Bare Majority* resolution which is to be ascertained without debate. Further periods of three minutes may be permitted in accordance with the same procedure; and

C5.1.3    no delegate will address the General Meeting more than once on any motion or amendment, except that:

a.    the *Chair* may give permission to any delegate for the purpose of replying to questions or to give further information;

b.    the proposer of an original motion may speak for five minutes in reply; and

c.    the *Chair* may give permission for the proposer of an amendment to reply.

C5.2    Subject to paragraph C4.5 above, following the conclusion of speeches the motion will be put to *Council* for a vote.

C5.3    All persons seeking to attend and participate in a *General Meeting* by way of electronic facility or facilities shall be responsible for maintaining adequate facilities to enable them to do so. Subject only to the requirement for the *Chair* to adjourn a *General Meeting* in accordance with the provisions of paragraph C4.6, any inability of a person or persons to

attend or participate in a *General Meeting* by way of electronic facility or facilities shall not invalidate the proceedings of that meeting.

**C6.    Voting**

C6.1    A vote may be taken by:

C6.1.1    a show of hands, where each *Class B Member* shall have only one vote of equal weight irrespective of the number of shares the *Member* holds. If a show of hands is not possible or practicable (such as when delegates are attending remotely using the electronic facility or facilities), the vote may be conducted via formal vote under paragraph C6.1.2 provided each *Class B Member* has only one vote of equal weight as required by this paragraph C6.1.1; or

C6.1.2    where the *Chair* determines or any delegate requests, a formal vote reflective of the number of Class B shares held by each *Class B Member* shall be taken by (a) electronic means or (b) roll call, as determined by the *Chair*. If a roll call is taken, the *Class B Member*s will be called in English in alphabetical order, whether their voting delegate is attending in person or remotely.

C6.2    If a resolution other than the election of the *President* under Article 12.7 that is to be decided by a *Bare Majority* results in a tie, there will be a second count of that resolution. If the second count also results in a tie, the resolution will not pass.

C6.3    A secret ballot on a resolution to be voted on or a matter to otherwise be determined by the *Members* will be held:

C6.3.1    if the *Chair* so directs, or if so requested by one-quarter or more *Member*s present and voting, and the motion to vote by secret ballot is approved by *Bare Majority*; or

C6.3.2    if so required under any of the *Bye-laws*.

C6.4    A secret ballot will be conducted either: (a) by the use of a secure electronic voting system provided and operated by a reputable independent service provider; or (b) by paper-based voting.

C6.4.1    For a secret ballot held by paper-based voting in the case of an election:

a.    there will be six ballot forms, representing one, three, five, seven, nine and twelve votes;

b.    *Class B Member*s will be given one form representing the number of votes to which they are entitled; and

c.    the voting process will be conducted, in a manner that maintains the secrecy of the votes cast, by the *Election and Eligibility Panel*.

C6.4.2    For a secret ballot held by paper-based voting in all cases other than an election:

a.    there will be four ballot forms, representing one, three, four and five votes;

b.    *Class B Members* with one, three or five Class B shares will be given one form representing the number of votes to which they are entitled;

    c.    *Class B Members* with seven Class B shares will be given two forms, one representing three votes and the other representing four votes together representing the total number of votes to which they are entitled;

    d.    *Class B Members* with nine Class B shares will be given two forms, one representing four votes, the other representing five votes together representing the total number of votes to which they are entitled; and

    e.    *Class B Members* with twelve Class B shares will be given three forms, one representing three votes, one representing four votes and a third representing five votes together representing the total number of votes to which they are entitled.

## D.    INCREASE OR REDUCTION IN SHARES OF *CLASS B MEMBERS*

D1.1    In respect of resolutions under Article 4.36 and 4.37, the *Board of Directors* will make its recommendations and decisions based on consideration of the following:

    D1.1.1    The extent of participation and performance of the Class B *Member* in the Davis Cup and Billie Jean King Cup, Junior Davis Cup and Junior Billie Jean King Cup, World Junior Tennis, and Wheelchair World Team Cup.

    D1.1.2    The performance of players affiliated to the Class B *Member* in the ATP/WTA rankings, ITF World Tennis rankings, Junior World Rankings, and Wheelchair World Rankings.

    D1.1.3    The Class B *Member's* organisation of national and international competitions.

    D1.1.4    The Class B *Member's* demonstrated commitment and capability in tennis development (including players, coaches, and participation), administration (including staffing, planning, and facilities) and national competitions.

    D1.1.5    Any representations made by the relevant Class B *Member*.

## E.    APPOINTMENT OF STANDING COMMITTEES BY THE *BOARD OF DIRECTORS*

E1.1    The *Board of Directors* will appoint standing *Committees* for the Davis Cup, the Billie Jean King Cup, the Olympics, the World Tennis Tour, the Masters Competitions, the Juniors Competitions, the Wheelchair Tennis Competitions, and Beach Tennis Competitions. The duties of those standing *Committees* will be as set out in the regulations for those competitions.

E1.2    The *Board of Directors* will appoint the following standing *Committees*:

    E1.2.1    the Advantage All Committee, to advise and make recommendations to the Board of Directors on the development and implementation of the ITF's strategy to promote equality, diversity and inclusion in tennis and in the leadership of the sport;

    E1.2.2    the Constitutional Committee, to advise and make recommendations to the *Board of Directors* on the *Constitution* and on matters of sporting good governance;

    E1.2.3    the *Election and Eligibility Panel* (a sub-group of the *Ethics Commission*), to approve rules within the *ITF Code of Ethics* that apply to candidates for election or appointment to the *Board of Directors*, and to manage that election process, including nominations;

E1.2.4    the *Ethics Commission*, to advise and make recommendations to the *Board of Directors* on matters of ethics policy, and to perform the enforcement functions ascribed to it in the *ITF Code of Ethics*, and the independent chair of which is appointed by *Council* in accordance with Article 8.2.8;

E1.2.5    the Finance Committee, to monitor and review all pertinent financial matters and to report to each meeting of the *Board of Directors*;

E1.2.6    the Audit Committee, to advise and make recommendations to the *Board of Directors* on all audit and financial risk-related matters; and.

E1.2.7    the Rules of Tennis Committee, to advise and make recommendations to the *Board of Directors* on the *Rules of Tennis.*

E1.3    The *Board of Directors* may also appoint the following further standing *Committees*:

E1.3.1    the Athletes Commission, to advise and make recommendations to the *Board of Directors* on all questions of concern to athletes;

E1.3.2    the Coaches Commission, to advise and make recommendations to the *Board of Directors* on all matters relating to tennis coaching;

E1.3.3    the *ITF Internal Adjudication Panel*, to perform the roles as set out in its procedural rules;

E1.3.4    the Joint Media Commission, to advise and make recommendations to the *Board of Directors* on all matters relating to the *ITF's* relationship with the media;

E1.3.5    the Sport Science and Medicine Commission, to advise and make recommendations to the *Board of Directors* on all questions of a medical and scientific nature concerning the game of tennis and wheelchair tennis; and

E1.3.6    the Technical Commission, to advise and make recommendations to the *Board of Directors* on all technical questions concerning the game of tennis.

## F.    A *NATIONAL ASSOCIATION'S* ROLE TO REPRESENT AND GOVERN TENNIS IN ITS *COUNTRY*

F1.1    As a general principle, each *Member National Association* has a broad discretion to determine how it represents, governs and delivers tennis in its *Country*, taking into account the landscape and governance frameworks of sport within its *Country*, the status of the development of tennis, and the *Member National Association's* available resources. To guide the exercise of that discretion in the best interests of tennis as a global and harmonised sport of which they are a *Member*, *Member National Associations* are encouraged to:

F1.1.1    respect, support and promote the objects and principles of the *ITF*;

F1.1.2    administer, promote and ensure the delivery of tennis in its *Country* by staging and sanctioning competitions and carrying out other tennis activities;

F1.1.3    represent, govern and deliver tennis in its country without improper discrimination, including on the grounds set out in the *Olympic Charter*;

F1.1.4    comply with the *IOC's Basic Universal Principles of Good Governance* and any principles and/or requirements relating to good governance as may be

published by the *Board of Directors* from time to time, addressing matters such as accountability, conflicts of interest, integrity and transparency;

F1.1.5    promote equality, diversity and inclusion in tennis in its *Country*;

F1.1.6    promote equal opportunities for all genders to participate in tennis and in the leadership of the sport in its *Country*; and

F1.1.7    not do anything by act or omission that is contrary to the objects and principles of the *ITF* and/or the best interests of tennis or the *ITF*, or that risks bringing tennis and/or the *ITF* into disrepute.

F1.2    Each *Member National Association* is also expected to comply with any reasonable requests of the *Board of Directors* to provide a report on the *Member's* activities (including *International Competitions* and other major competitions staged in its *Country*, and the anti-doping activities conducted in its *Country*), or any other information.

F1.3    In exercising their responsibilities as the governing body, and in fulfilling their obligations under the *Constitution*, *Member National Associations* should comply with the locally applicable laws in their *Country* as they relate to the organisation of sport and more generally, provided always that:

F1.3.1    those laws do not contravene the principle of autonomy from influence outside of the *Olympic Movement* nor do any acts of the Government in pursuit of those laws; and

F1.3.2    the *Member National Association* uses reasonable endeavours to comply with their obligations under the *Constitution* to the extent possible.

## G.    A *REGIONAL ASSOCIATION'S* ROLE TO REPRESENT TENNIS IN ITS REGION

G1.1    As a general principle, each *Regional Association* has a broad discretion to determine how it represents and delivers tennis in its region, taking into account the status of the development of tennis in its region and constituent *Countries*, the needs and interests of its *Member*s, and the *Regional Association's* available resources. The *Regional Associations* also serve an important function in the furtherance and delivery of ITF strategies, programmes and policies. To guide the exercise of a *Regional Association's* discretion in the best interests of tennis as a global and harmonised sport, *Regional Associations* are encouraged to:

G1.1.1    respect, support and promote the objects and principles of the *ITF*;

G1.1.2    administer, promote and deliver tennis in its geographical region in accordance with the objects and principles of the *ITF*, including the setting of the *Regional Association's* own multi-year strategic plan;

G1.1.3    comply with the *IOC's Basic Universal Principles of Good Governance* and any principles and/or requirements relating to good governance as may be published by the *Board of Directors* from time to time, addressing matters such as accountability, conflicts of interest, integrity and transparency;

G1.1.4    promote equality, diversity and inclusion in tennis in its region;

G1.1.5    promote equal opportunities for all genders to participate in tennis and in the leadership of the sport in its region, including by: (a) establishing a committee with responsibility for this objective; and (b) taking steps to improve gender equality in its governance framework, including its board, committees and executive; and

G1.1.6     not do anything by act or omission that is contrary to the objects and principles of the *ITF* and/or the best interests of tennis or the *ITF*, or that risks bringing tennis and/or the *ITF* into disrepute.

G1.2     Each *Regional Association* is also expected to comply with any reasonable requests of the *Board of Directors* to provide a report on the *Regional Association's* activities, including any *International Competitions* or other major competitions staged in its region, or any other information.

# ROLL OF HONOUR

## GRAND SLAM

The Grand Slam titles are the championships of Australia, France, Wimbledon and the United States of America. Players who hold all four of these titles in one calendar year achieve the "Grand Slam". Players who have done so are:

### SINGLES

| | |
|---|---|
| 1938 | Donald Budge (USA) |
| 1953 | Maureen Connolly (USA) |
| 1962 | Rod Laver (AUS) |
| 1969 | Rod Laver (AUS) |
| 1970 | Margaret Court (AUS) |
| 1988 | Steffi Graf (FRG) |
| | Also won the Olympic Gold Medal in the same year |

### DOUBLES

| | |
|---|---|
| 1951 | Ken McGregor (AUS) / Frank Sedgman (AUS) |
| 1960 | Maria Bueno (BRA) |
| | (partnered by Christine Truman (GBR) and Darlene Hard (USA)) |
| 1984 | Martina Navratilova (USA) / Pam Shriver (USA) |
| 1998 | Martina Hingis (SWI) |
| | (partnered by Mirjana Lučić (CRO) and Jana Novotná (CZE)) |

### MIXED DOUBLES

| | |
|---|---|
| 1963 | Ken Fletcher (AUS) / Margaret Smith (AUS) |
| 1965 | Margaret Smith (AUS) |
| | (partnered by John Newcombe (AUS), Ken Fletcher (AUS) and Fred Stolle (AUS)) |
| 1967 | Owen Davidson (AUS) |
| | (partnered by Billie Jean King (USA) and Lesley Turner (AUS)) |

### JUNIOR SINGLES

| | |
|---|---|
| 1983 | Stefan Edberg (SWE) |

### WHEELCHAIR

| | |
|---|---|
| 2009 | Katie Homan (NED) / Esther Vergeer (NED) |
| 2011 | Esther Vergeer (NED) / Sharon Walraven (NED) |
| 2013 | Jiske Griffioen (NED) / Aniek van Koot (NED) |
| 2014 | Stephane Houdet (FRA) |
| | (partnered by Shingo Kunieda (JPN) and Joachim Gerard (BEL)) |
| 2014 | Yui Kamiji (JPN) / Jordanne Whiley (GBR) |
| 2019 | Diede de Groot (NED) / Aniek van Koot (NED) |
| 2019 | Dylan Alcott (AUS) |
| | (partnered by Heath Davidson (AUS), David Wagner (USA) and Andrew Lapthorne (GBR)) |
| 2021 | Alfie Hewett (GBR) / Gordon Reid (GBR) |
| 2021 | Diede de Groot (NED) |
| 2021 | Dylan Alcott (AUS) |
| 2022 | Diede de Groot (NED) |
| 2023 | Diede de Groot (NED) |

The following players have held the four Grand Slam titles at the same time but not in one calendar year:

## SINGLES

| | |
|---|---|
| 1983-84 | Martina Navratilova (USA) |
| | Six titles: Wimbledon 1983 – US Open 1984 |
| 1993-94 | Steffi Graf (GER) |
| | Four titles: Roland Garros 1993 – Roland Garros 1994 |
| 2002-03 | Serena Williams (USA) |
| | Four titles: Roland Garros 2002 – Australian Open 2003 |
| 2014-15 | Serena Williams (USA) |
| | Four titles: US Open 2014 – Wimbledon 2015 |
| 2015-16 | Novak Djokovic (SRB) |
| | Four titles: Wimbledon 2015 – Roland Garros 2016 |

## DOUBLES

| | |
|---|---|
| 1949-50 | Louise Brough (USA) |
| | Four titles: French Championships 1949 – Australian Championships 1950 |
| | (partnered by Margaret duPont (USA) and Doris Hart (USA)) |
| 1986-87 | Martina Navratilova (USA)* / Pam Shriver (USA) |
| | Four titles: Wimbledon 1986 – Roland Garros 1987 |
| | (*Navratilova also won 1986 Roland Garros with Andrea Temesvari (HUN)) |
| 1992-93 | Gigi Fernandez (USA) / Natasha Zvereva (BLR) |
| | Six titles: Roland Garros 1992 – Wimbledon 1993 |
| 1996-97 | Natasha Zvereva (BLR) |
| | Four titles: US Open 1996 - Wimbledon 1997 |
| | (partnered by Gigi Fernandez (USA) and Martina Hingis (SUI)) |
| 2009-10 | Serena Williams (USA) / Venus Williams (USA): |
| | Four titles: Wimbledon 2009 – Roland Garros 2010 |
| 2012-13 | Bob Bryan (USA) / Mike Bryan (USA): |
| | Four titles: US Open 2012 - Wimbledon 2013 |

## MIXED DOUBLES

| | |
|---|---|
| 1967-68 | Billie Jean King (USA) |
| | Four titles: French Championships 1967 – Australian Championships 1968 |
| | (partnered by Dick Crealy (AUS) and Owen Davidson (AUS)) |

## JUNIOR DOUBLES

| | |
|---|---|
| 1983-84 | Mark Kratzmann (AUS) |
| | Four titles: Roland Garros 1983 – Australian Open 1984 |
| | (partnered by Simon Youl (AUS) and Mike Baroch (AUS)) |

## WHEELCHAIR

| | |
|---|---|
| 2009-10 | Stephane Houdet (FRA) |
| | Five titles: Roland Garros 2009 – Roland Garros 2010 |
| | (partnered by Michael Jeremiasz (FRA), Stefan Olsson (SWE) and Shingo Kunieda (JPN)) |
| 2014-15 | Shingo Kunieda (JPN) |
| | Four titles: Wimbledon 2014 – Roland Garros 2015 |
| | (partnered by Stéphane Houdet (FRA) and Gordon Reid (GBR) |
| 2018-19 | Diede de Groot (NED) |
| | Four titles: Wimbledon 2018 – Roland Garros 2019 |

2018-19    Dylan Alcott (AUS)
            Four titles: US Open 2018 – Wimbledon 2019
2022-23    Niels Vink (NED) / Sam Schröder (NED)
            Four titles: Roland Garros 2022 – Australian Open 2023

## ITF WORLD SINGLES CHAMPIONS

| | | |
|---|---|---|
| 1978 | Björn Borg | (SWE) |
| | Chris Evert Lloyd | (USA) |
| 1979 | Björn Borg | (SWE) |
| | Martina Navratilova | (TCH) |
| 1980 | Björn Borg | (SWE) |
| | Chris Evert Lloyd | (USA) |
| 1981 | John P McEnroe | (USA) |
| | Chris Evert Lloyd | (USA) |
| 1982 | James S Connors | (USA) |
| | Martina Navratilova | (USA) |
| 1983 | John P McEnroe | (USA) |
| | Martina Navratilova | (USA) |
| 1984 | John P McEnroe | (USA) |
| | Martina Navratilova | (USA) |
| 1985 | Ivan Lendl | (TCH) |
| | Martina Navratilova | (USA) |
| 1986 | Ivan Lendl | (TCH) |
| | Martina Navratilova | (USA) |
| 1987 | Ivan Lendl | (TCH) |
| | Steffi Graf | (FRG) |
| 1988 | Mats Wilander | (SWE) |
| | Steffi Graf | (FRG) |
| 1989 | Boris Becker | (FRG) |
| | Steffi Graf | (FRG) |
| 1990 | Ivan Lendl | (TCH) |
| | Steffi Graf | (FRG) |
| 1991 | Stefan Edberg | (SWE) |
| | Monica Seles | (YUG) |
| 1992 | Jim Courier | (USA) |
| | Monica Seles | (YUG) |
| 1993 | Pete Sampras | (USA) |
| | Steffi Graf | (GER) |
| 1994 | Pete Sampras | (USA) |
| | Arantxa Sánchez-Vicario | (ESP) |
| 1995 | Pete Sampras | (USA) |
| | Steffi Graf | (GER) |
| 1996 | Pete Sampras | (USA) |
| | Steffi Graf | (GER) |
| 1997 | Pete Sampras | (USA) |
| | Martina Hingis | (SUI) |
| 1998 | Pete Sampras | (USA) |
| | Lindsay Davenport | (USA) |
| 1999 | Andre Agassi | (USA) |
| | Martina Hingis | (SUI) |
| 2000 | Gustavo Kuerten | (BRA) |
| | Martina Hingis | (SUI) |
| 2001 | Lleyton Hewitt | (AUS) |
| | Jennifer Capriati | (USA) |
| 2002 | Lleyton Hewitt | (AUS) |
| | Serena Williams | (USA) |
| 2003 | Andy Roddick | (USA) |
| | Justine Henin | (BEL) |
| 2004 | Roger Federer | (SUI) |
| | Anastasia Myskina | (RUS) |
| 2005 | Roger Federer | (SUI) |
| | Kim Clijsters | (BEL) |

| 2006 | Roger Federer | (SUI) |
| | Justine Henin | (BEL) |
| 2007 | Roger Federer | (SUI) |
| | Justine Henin | (BEL) |
| 2008 | Rafael Nadal | (ESP) |
| | Jelena Janković | (SRB) |
| 2009 | Roger Federer | (SUI) |
| | Serena Williams | (USA) |
| 2010 | Rafael Nadal | (ESP) |
| | Caroline Wozniacki | (DEN) |
| 2011 | Novak Djokovic | (SRB) |
| | Petra Kvitová | (CZE) |
| 2012 | Novak Djokovic | (SRB) |
| | Serena Williams | (USA) |
| 2013 | Novak Djokovic | (SRB) |
| | Serena Williams | (USA) |
| 2014 | Novak Djokovic | (SRB) |
| | Serena Williams | (USA) |
| 2015 | Novak Djokovic | (SRB) |
| | Serena Williams | (USA) |
| 2016 | Andy Murray | (GBR) |
| | Angelique Kerber | (GER) |
| 2017 | Rafael Nadal | (ESP) |
| | Garbiñe Muguruza | (ESP) |
| 2018 | Novak Djokovic | (SRB) |
| | Simona Halep | (ROU) |
| 2019 | Rafael Nadal | (ESP) |
| | Ashleigh Barty | (AUS) |
| 2020 | *Not presented* | |
| 2021 | Novak Djokovic | (SRB) |
| | Ashleigh Barty | (AUS) |
| 2022 | Rafael Nadal | (ESP) |
| | Iga Świątek | (POL) |
| 2023 | Novak Djokovic | (SRB) |
| | Aryna Sabalenka | (BLR) |

## ITF WORLD DOUBLES CHAMPIONS

| 1996 | Todd Woodbridge | (AUS) |
| | Mark Woodforde | (AUS) |
| | Lindsay Davenport | (USA) |
| | Mary Joe Fernández | (USA) |
| 1997 | Todd Woodbridge | (AUS) |
| | Mark Woodforde | (AUS) |
| | Lindsay Davenport | (USA) |
| | Jana Novotná | (CZE) |
| 1998 | Jacco Eltingh | (NED) |
| | Paul Haarhuis | (NED) |
| | Lindsay Davenport | (USA) |
| | Natasha Zvereva | (BLR) |
| 1999 | Mahesh Bhupathi | (IND) |
| | Leander Paes | (IND) |
| | Martina Hingis | (SUI) |
| | Anna Kournikova | (RUS) |
| 2000 | Todd Woodbridge | (AUS) |
| | Mark Woodforde | (AUS) |
| | Julie Halard-Decugis | (FRA) |
| | Ai Sugiyama | (JPN) |

| 2001 | Jonas Bjorkman | (SWE) |
|------|----------------|-------|
|      | Todd Woodbridge | (AUS) |
|      | Lisa Raymond | (USA) |
|      | Rennae Stubbs | (USA) |
| 2002 | Daniel Nestor | (CAN) |
|      | Mark Knowles | (BAH) |
|      | Paola Suárez | (ARG) |
|      | Virginia Ruano-Pascual | (ESP) |
| 2003 | Bob Bryan | (USA) |
|      | Mike Bryan | (USA) |
|      | Paola Suárez | (ARG) |
|      | Virginia Ruano-Pascual | (ESP) |
| 2004 | Bob Bryan | (USA) |
|      | Mike Bryan | (USA) |
|      | Paola Suarez | (ARG) |
|      | Virginia Ruano-Pascual | (ESP) |
| 2005 | Bob Bryan | (USA) |
|      | Mike Bryan | (USA) |
|      | Lisa Raymond | (USA) |
|      | Samantha Stosur | (AUS) |
| 2006 | Bob Bryan | (USA) |
|      | Mike Bryan | (USA) |
|      | Lisa Raymond | (USA) |
|      | Samantha Stosur | (AUS) |
| 2007 | Bob Bryan | (USA) |
|      | Mike Bryan | (USA) |
|      | Cara Black | (ZIM) |
|      | Liezel Huber | (USA) |
| 2008 | Daniel Nestor | (CAN) |
|      | Nenad Zimonjić | (SRB) |
|      | Cara Black | (ZIM) |
|      | Liezel Huber | (USA) |
| 2009 | Bob Bryan | (USA) |
|      | Mike Bryan | (USA) |
|      | Serena Williams | (USA) |
|      | Venus Williams | (USA) |
| 2010 | Bob Bryan | (USA) |
|      | Mike Bryan | (USA) |
|      | Gisela Dulko | (ARG) |
|      | Flavia Pennetta | (ITA) |
| 2011 | Bob Bryan | (USA) |
|      | Mike Bryan | (USA) |
|      | Kveta Peschke | (CZE) |
|      | Katarina Srebotnik | (SLO) |
| 2012 | Bob Bryan | (USA) |
|      | Mike Bryan | (USA) |
|      | Sara Errani | (ITA) |
|      | Roberta Vinci | (ITA) |
| 2013 | Bob Bryan | (USA) |
|      | Mike Bryan | (USA) |
|      | Sara Errani | (ITA) |
|      | Roberta Vinci | (ITA) |
| 2014 | Bob Bryan | (USA) |
|      | Mike Bryan | (USA) |
|      | Sara Errani | (ITA) |
|      | Roberta Vinci | (ITA) |

| 2015 | Jean-Julien Rojer | (NED) |
| | Horia Tecău | (ROU) |
| | Martina Hingis | (SUI) |
| | Sania Mirza | (IND) |
| 2016 | Jamie Murray | (GBR) |
| | Bruno Soares | (BRA) |
| | Caroline Garcia | (FRA) |
| | Kristina Mladenovic | (FRA) |
| 2017 | Lukasz Kubot | (POL) |
| | Marcelo Melo | (BRA) |
| | Chan Yun-Jan | (TPE) |
| | Martina Hingis | (SUI) |
| 2018 | Mike Bryan | (USA) |
| | Jack Sock | (USA) |
| | Barbora Krejčíková | (CZE) |
| | Kateřina Siniaková | (CZE) |
| 2019 | Juan-Sebastian Cabal | (COL) |
| | Robert Farah | (COL) |
| | Timea Babos | (HUN) |
| | Kristina Mladenovic | (FRA) |
| 2020 | *Not presented* | |
| 2021 | Nikola Mektić | (CRO) |
| | Mate Pavić | (CRO) |
| | Barbora Krejčíková | (CZE) |
| | Kateřina Siniaková | (CZE) |
| 2022 | Rajeev Ram | (USA) |
| | Joe Salisbury | (GBR) |
| | Barbora Krejčíková | (CZE) |
| | Kateřina Siniaková | (CZE) |
| 2023 | Rajeev Ram | (USA) |
| | Joe Salisbury | (GBR) |
| | Storm Hunter | (AUS) |
| | Elise Mertens | (BEL) |

## ITF WHEELCHAIR WORLD CHAMPIONS

| 1991 | Randy Snow | (USA) |
| | Chantal Vandierendonck | (NED) |
| 1992 | Laurent Giammartini | (FRA) |
| | Monique Van Den Bosch | (NED) |
| 1993 | Kai Schrameyer | (GER) |
| | Monique Kalkman | (NED) |
| 1994 | Laurent Giammartini | (FRA) |
| | Monique Kalkman | (NED) |
| 1995 | David Hall | (AUS) |
| | Monique Kalkman | (NED) |
| 1996 | Ricky Molier | (NED) |
| | Chantal Vandierendonck | (NED) |
| 1997 | Ricky Molier | (NED) |
| | Chantal Vandierendonck | (NED) |
| 1998 | David Hall | (AUS) |
| | Daniela Di Toro | (AUS) |
| 1999 | Stephen Welch | (USA) |
| | Daniela Di Toro | (AUS) |
| 2000 | David Hall | (AUS) |
| | Esther Vergeer | (NED) |
| 2001 | Ricky Molier | (NED) |
| | Esther Vergeer | (NED) |

| 2002 | David Hall | (AUS) |
| | Esther Vergeer | (NED) |
| 2003 | David Hall | (AUS) |
| | Esther Vergeer | (NED) |
| 2004 | David Hall | (AUS) |
| | Esther Vergeer | (NED) |
| 2005 | Michael Jeremiasz | (FRA) |
| | Esther Vergeer | (NED) |
| 2006 | Robin Ammerlaan | (NED) |
| | Esther Vergeer | (NED) |
| 2007 | Shingo Kunieda | (JPN) |
| | Esther Vergeer | (NED) |
| 2008 | Shingo Kunieda | (JPN) |
| | Esther Vergeer | (NED) |
| 2009 | Shingo Kunieda | (JPN) |
| | Esther Vergeer | (NED) |
| 2010 | Shingo Kunieda | (JPN) |
| | Esther Vergeer | (NED) |
| 2011 | Maikel Scheffers | (NED) |
| | Esther Vergeer | (NED) |
| 2012 | Stephane Houdet | (FRA) |
| | Esther Vergeer | (NED) |
| 2013 | Shingo Kunieda | (JPN) |
| | Aniek van Koot | (NED) |
| 2014 | Shingo Kunieda | (JPN) |
| | Yui Kamiji | (JPN) |
| 2015 | Shingo Kunieda | (JPN) |
| | Jiske Griffioen | (NED) |
| 2016 | Gordon Reid | (GBR) |
| | Jiske Griffioen | (NED) |
| 2017 | Gustavo Fernandez | (ARG) |
| | Yui Kamiji | (JPN) |
| 2018 | Shingo Kunieda | (JPN) |
| | Diede de Groot | (NED) |
| 2019 | Gustavo Fernandez | (ARG) |
| | Diede de Groot | (NED) |
| 2020 | *Not presented* | |
| 2021 | Shingo Kunieda | (JPN) |
| | Diede de Groot | (NED) |
| 2022 | Shingo Kunieda | (JPN) |
| | Diede de Groot | (NED) |
| 2023 | Alfie Hewett | (GBR) |
| | Diede de Groot | (NED) |

## ITF QUAD WHEELCHAIR WORLD CHAMPIONS

| 2017 | David Wagner | (USA) |
| 2018 | Dylan Alcott | (AUS) |
| 2019 | Dylan Alcott | (AUS) |
| 2020 | *Not presented* | |
| 2021 | Dylan Alcott | (AUS) |
| 2022 | Niels Vink | (NED) |
| 2023 | Niels Vink | (NED) |

## ITF JUNIOR WORLD SINGLES CHAMPIONS

| Year | Champion | Country |
|---|---|---|
| 1978 | Ivan Lendl | (TCH) |
| | Hana Mandlíková | (TCH) |
| 1979 | Raul Viver | (ECU) |
| | Mary-Lou Piatek | (USA) |
| 1980 | Thierry Tulasne | (FRA) |
| | Susan Mascarin | (USA) |
| 1981 | Patrick Cash | (AUS) |
| | Zina Garrison | (USA) |
| 1982 | Guy Forget | (FRA) |
| | Gretchen Rush | (USA) |
| 1983 | Stefan Edberg | (SWE) |
| | Pascale Paradis | (FRA) |
| 1984 | Mark Kratzmann | (AUS) |
| | Gabriela Sabatini | (ARG) |
| 1985 | Claudio Pistolesi | (ITA) |
| | Laura Garrone | (ITA) |
| 1986 | Javier Sánchez | (ESP) |
| | Patricia Tarabini | (ARG) |
| 1987 | Jason Stoltenberg | (AUS) |
| | Natalia Zvereva | (USSR) |
| 1988 | Nicolas Pereira | (VEN) |
| | Christina Tessi | (ARG) |
| 1989 | Nicklas Kulti | (SWE) |
| | Florencia Labat | (ARG) |
| 1990 | Andrea Gaudenzi | (ITA) |
| | Karina Habšudová | (TCH) |
| 1991 | Thomas Enqvist | (SWE) |
| | Zdeňka Málková | (TCH) |
| 1992 | Brian Dunn | (USA) |
| | Rossana De Los Rios | (PAR) |
| 1993 | Marcelo Rios | (CHI) |
| | Nino Louarssabichvili | (GEO) |
| 1994 | Federico Browne | (ARG) |
| | Martina Hingis | (SUI) |
| 1995 | Mariano Zabaleta | (ARG) |
| | Anna Kournikova | (RUS) |
| 1996 | Sebastien Grosjean | (FRA) |
| | Amelie Mauresmo | (FRA) |
| 1997 | Arnaud Di Pasquale | (FRA) |
| | Cara Black | (ZIM) |
| 1998 | Roger Federer | (SUI) |
| | Jelena Dokic | (AUS) |
| 1999 | Kristian Pless | (DEN) |
| | Lina Krasnoroutskaya | (RUS) |
| 2000 | Andy Roddick | (USA) |
| | Maria Emilia Salerni | (ARG) |
| 2001 | Gilles Müller | (LUX) |
| | Svetlana Kuznetsova | (RUS) |
| 2002 | Richard Gasquet | (FRA) |
| | Barbora Strýcová | (CZE) |
| 2003 | Marcos Baghdatis | (CYP) |
| | Kirsten Flipkens | (BEL) |

## JUNIOR WORLD DOUBLES CHAMPIONS

| | | |
|---|---|---|
| 1982 | Fernando Pérez | (MEX) |
| | Beth Herr | (USA) |
| 1983 | Mark Kratzmann | (AUS) |
| | Larissa Savchenko | (USSR) |
| 1984 | Augustin Moreno | (MEX) |
| | Mercedes Paz | (ARG) |
| 1985 | Petr Korda and | (TCH) |
| | Cyril Suk | (TCH) |
| | Mariana Pérez-Roldán and | (ARG) |
| | Patricia Tarabini | (ARG) |
| 1986 | Thomas Carbonell | (ESP) |
| | Leila Meskhi | (USSR) |
| 1987 | Jason Stoltenberg | (AUS) |
| | Natalia Medvedeva | (USSR) |
| 1988 | David Rikl and | (TCH) |
| | Tomas Zdrazila | (TCH) |
| | Jo-Anne Faull | (AUS) |
| 1989 | Wayne Ferreira | (RSA) |
| | Andrea Strnadová | (TCH) |
| 1990 | Mårten Renström | (SWE) |
| | Karina Habšudová | (CZE) |
| 1991 | Karim Alami | (MAR) |
| | Eva Martincová | (TCH) |
| 1992 | Enrique Abaroa | (MEX) |
| | Nancy Feber and | (BEL) |
| | Laurence Courtois | (BEL) |
| 1993 | Steven Downs | (NZL) |
| | Cristina Moros | (USA) |
| 1994 | Ben Ellwood | (AUS) |
| | Martina Nedelková | (SVK) |
| 1995 | Kepler Orellana | (VEN) |
| | Ludmila Varmuzová | (CZE) |
| 1996 | Sebastien Grosjean | (FRA) |
| | Michaela Paštiková and | (CZE) |
| | Jitka Schönfeldová | (CZE) |
| 1997 | Nicolas Massu | (CHI) |
| | Cara Black and | (ZIM) |
| | Irina Selyutina | (KAZ) |
| 1998 | Jose De Armas | (VEN) |
| | Eva Dyrberg | (DEN) |
| 1999 | Julien Benneteau and | (FRA) |
| | Nicolas Mahut | (FRA) |
| | Daniela Bedáňová | (CZE) |
| 2000 | Lee Childs and | (GBR) |
| | James Nelson | (GBR) |
| | María Emilia Salerni | (ARG) |
| 2001 | Bruno Echagaray | (MEX) |
| | Santiago González | (MEX) |
| | Petra Cetkovská | (CZE) |
| 2002 | Florin Mergea | (ROM) |
| | Horia Teăau | (ROM) |
| | Elke Clijsters | (BEL) |
| 2003 | Scott Oudsema | (USA) |
| | Andrea Hlaváčková | (CZE) |

## ITF JUNIOR WORLD CHAMPIONS

From 2004 the rankings for singles and doubles were combined to produce a sole Junior World Champion.

| | | |
|---|---|---|
| 2004 | Gaël Monfils | (FRA) |
| | Michaella Krajicek | (NED) |
| 2005 | Donald Young | (USA) |
| | Victoria Azarenka | (BLR) |
| 2006 | Thiemo de Bakker | (NED) |
| | Anastasia Pavlyuchenkova | (RUS) |
| 2007 | Ricardas Berankis | (LTU) |
| | Urszula Radwańska | (POL) |
| 2008 | Tsung-Hua Yang | (TPE) |
| | Noppawan Lertcheewakarn | (THA) |
| 2009 | Daniel Berta | (SWE) |
| | Kristina Mladenovic | (FRA) |
| 2010 | Juan Sebastián Gomez | (COL) |
| | Daria Gavrilova | (RUS) |
| 2011 | Jiří Veselý | (CZE) |
| | Irina Khromacheva | (RUS) |
| 2012 | Filip Peliwo | (CAN) |
| | Taylor Townsend | (USA) |
| 2013 | Alexander Zverev | (GER) |
| | Belinda Bencic | (SUI) |
| 2014 | Andrey Rublev | (RUS) |
| | Catherine Bellis | (USA) |
| 2015 | Dalma Gálfi | (HUN) |
| | Taylor Fritz | (USA) |
| 2016 | Miomir Kecmanović | (SRB) |
| | Anastasia Potapova | (RUS) |
| 2017 | Axel Geller | (ARG) |
| | Whitney Osuigwe | (USA) |
| 2018 | Chun Hsin Tseng | (TPE) |
| | Clara Burel | (FRA) |
| 2019 | Thiago Agustín Tirante | (ARG) |
| | Diane Parry | (FRA) |
| 2020 | *Not presented* | |
| 2021 | Juncheng Shang | (CHN) |
| | Petra Marčinko | (CRO) |
| 2022 | Gilles Bailly | (BEL) |
| | Lucie Havlíčková | (CZE) |
| 2023 | João Fonseca | (BRA) |
| | Alina Korneeva | (RUS) |

## ITF PHILIPPE CHATRIER AWARD

| | | |
|---|---|---|
| 1996 | Stefan Edberg | (SWE) |
| 1997 | Chris Evert | (USA) |
| 1998 | Rod Laver | (AUS) |
| 1999 | Nicola Pietrangeli | (ITA) |
| 2000 | Juan Antonio Samaranch | (ESP) |
| 2001 | NEC | (JPN) |
| 2002 | Jack Kramer | (USA) |
| 2003 | Billie Jean King | (USA) |
| 2004 | Yannick Noah | (FRA) |
| 2005 | Tony Trabert | (USA) |
| 2006 | Margaret Court | (AUS) |
| 2007 | John McEnroe | (USA) |

| 2008 | Neale Fraser | (AUS) |
|------|--------------|-------|
| 2009 | Martina Navratilova | (USA) |
| 2010 | Gustavo Kuerten | (BRA) |
| 2011 | Guy Forget | (FRA) |
| 2012 | Arantxa Sánchez Vicario | (ESP) |
| 2013 | AELTC | (GBR) |
| 2014 | Todd Woodbridge / Mark Woodforde | (AUS) |
| 2015 | Mary Carillo | (USA) |
| 2016 | Brad Parks | (USA) |
| 2017 | Sergio Casal / Emilio Sanchez | (ESP) |
| 2018 | Evonne Goolagong Cawley | (AUS) |
| 2019 | Gabriela Sabatini | (ARG) |
| 2020 | Fred Stolle / Manolo Santana | (AUS)/(ESP) |
| 2021 | *Not presented* | |
| 2022 | Stan Smith | (USA) |
| 2023 | Justine Henin | (BEL) |
| 2024 | Esther Vergeer | (NED) |

## BRAD PARKS AWARD

**Awarded by the IWTF**

| 1993 | Brad Parks | (USA) |
|------|------------|-------|
| 1994 | ITF | (GBR) |
| 1995 | KNLTB | (NED) |
| 1996 | NEC | (JPN) |
| 1997 | Graeme Watts | (AUS) |

**Awarded by the ITF**

| 1998 | INVACARE | (USA) |
|------|----------|-------|
| 1999 | Brian Tobin | (AUS) |
| 2000 | LTA Trust | (GBR) |
| 2001 | Pierre Fusade | (FRA) |
| 2002 | Randy Snow | (USA) |
| 2003 | Aoi Kobayashi | (JPN) |
| 2004 | Ruurd de Boer | (NED) |
| 2005 | Sue Wolstenholme | (GBR) |
| 2006 | Bruce Karr | (USA) |
| 2007 | Cruyff Foundation | (NED) |
| 2008 | Kotaro Shibata | (JPN) |
| 2009 | Jean Pierre Limborg | (FRA) |
| 2010 | Chantal Vandierendonck | (NED) |
| 2011 | Jean-Paul Cournet | (FRA) |
| 2012 | Monique Kalkman | (NED) |
| 2013 | Martin McElhatton | (GBR) |
| 2014 | Stig Ericson | (SWE) |
| 2015 | David Hall | (AUS) |
| 2016 | Esther Vergeer | (NED) |
| 2017 | Rick Draney | (USA) |
| 2018 | Greg Crump | (AUS) |
| 2019 | Christo Kok | (NED) |
| 2020 | John Noakes | (GBR) |
| 2021 | Kai Schrameyer | (GER) |
| 2022 | Dan James | (USA) |
| 2023 | Mark Bullock | (GBR) |

## GOLDEN ACHIEVEMENT AWARD

| 1999 | Brian Tobin | (AUS) |
|------|-------------|-------|
| 2000 | Gil de Kermadec | (FRA) |
| 2001 | Pablo Llorens | (ESP) |

| 2002 | Enrique Morea | (ARG) |
| 2003 | J. Howard "Bumpy" Frazer | (USA) |
| 2004 | John Curry | (GBR) |
| 2005 | Eiichi Kawatei | (JPN) |
| 2006 | James R. Cochrane | (GBR) |
| 2007 | Nancy P. Jeffett | (USA) |
| 2008 | Juan Maria Tintoré | (ESP) |
| 2009 | Fern "Peachy" Kellmeyer | (USA) |
| 2010 | Heinz Grimm | (SUI) |
| 2011 | Tim Phillips | (GBR) |
| 2012 | Shamil Tarpischev | (RUS) |
| 2013 | Geoff Pollard | (AUS) |
| 2014 | David Jude | (GBR) |
| 2015 | Mark Stenning | (USA) |
| 2016 | Vittorio Selmi | (ITA) |
| 2017 | Masaaki Morita | (JPN) |
| 2018 | Stuart Smith | (GBR) |
| 2019 | Pierre Darmon | (FRA) |
| 2020 | Philip Brook | (GBR) |
| 2021 | Vijay Amritraj | (IND) |
| 2022 | John Beddington | (GBR) |

## DAVIS CUP AWARD OF EXCELLENCE

| 2001 | Neale Fraser | (AUS) |
| 2002 | Pierre Darmon | (FRA) |
| 2003 | John Newcombe | (AUS) |
| 2004 | Manuel Santana | (ESP) |
| 2005 | Goran Ivanišević | (CRO) |
| | Miloslav Mečíř | (SVK) |
| 2006 | Alex Metreveli | (USSR) |
| 2007 | Stan Smith | (USA) |
| 2008 | Guillermo Vilas | (ARG) |
| 2009 | Manuel Orantes | (ESP) |
| 2010 | Slobodan Živojinović | (SRB) |
| 2011 | Emilio Sanchez | (ESP) |
| 2012 | Ivan Lendl | (CZE) |
| 2013 | Nenad Zimonjić | (SRB) |
| 2014 | Guy Forget / Henri Leconte | (FRA) |
| 2015 | *Not presented* | |
| 2016 | Ivan Ljubičić | (CRO) |
| 2017 | Yannick Noah | (FRA) |
| 2018 | François Jauffret | (FRA) |
| 2019 | David Ferrer | (ESP) |

The award was discontinued in 2020 following the competition's change in format.

## BILLIE JEAN KING CUP AWARD OF EXCELLENCE

| 2001 | Conchita Martínez | (ESP) |
| | Arantxa Sánchez Vicario | (ESP) |
| 2002 | Virginia Wade | (GBR) |
| 2003 | Larisa Savchenko-Neiland | (LAT) |
| 2004 | Olga Morozova | (RUS) |
| 2005 | Françoise Dürr | (FRA) |
| 2006 | Sabine Appelmans | (BEL) |
| 2007 | Lea Pericoli | (ITA) |
| 2008 | Miguel Margets | (ESP) |

| 2009 | Silvia Farina | (ITA) |
|------|---------------|-------|
|      | Mary Joe Fernández | (USA) |
| 2010 | Billie Jean King | (USA) |
| 2011 | Anastasia Myskina | (RUS) |
| 2012 | Jana Novotná | (CZE) |
| 2013 | Corrado Barazzutti | (ITA) |
| 2014 | Helena Suková | (CZE) |
| 2015 | Petr Pála | (CZE) |
| 2016 | Nathalie Tauziat | (FRA) |
| 2017 | Tatiana Poutchek | (BLR) |
| 2018 | *Not presented* | |
| 2019 | Samantha Stosur | (AUS) |

The award was discontinued in 2020 following the competition's change in format.

**OLYMPIC GAMES TENNIS EVENT**
**GOLD MEDAL WINNERS 1896 – 2020**

| | | | |
|---|---|---|---|
| **1896** | *Men's Singles* | John Borland | (IRL) |
| **Athens** | *Men's Doubles* | John Borland | (IRL) |
| | | Freidrich Traun | (GER) |
| | | | |
| **1900** | *Men's Singles* | Laurence Doherty | (GBR) |
| **Paris** | *Women's Singles* | Charlotte Cooper | (GBR) |
| | *Men's Doubles* | Laurence Doherty | (GBR) |
| | | Reginald Doherty | (GBR) |
| | *Mixed Doubles* | Reginald Doherty | (GBR) |
| | | Charlotte Cooper | (GBR) |
| | | | |
| **1904** | *Men's Singles* | Beals Wright | (USA) |
| **St Louis** | *Men's Doubles* | Edgar Leonard | (USA) |
| | | Beals Wright | (USA) |
| | | | |
| **1906** | *Men's Singles* | Maxime Decugis | (FRA) |
| **Athens** | *Women's Singles* | Esmée Simirioti | (GRE) |
| **(Demonstration)** | *Men's Doubles* | Maxime Decugis | (FRA) |
| | | Maurice Germot | (FRA) |
| | *Mixed Doubles* | Maxime Decugis | (FRA) |
| | | Marie Decugis | (FRA) |
| | | | |
| **1908** | *Men's Singles* | Arthur Gore | (GBR) |
| **London** | *Women's Singles* | Gladys Eastlake-Smith | (GBR) |
| **(Indoor)** | *Men's Doubles* | Herbert Roper Barrett | (GBR) |
| | | Arthur Gore | (GBR) |
| | | | |
| **1908** | *Men's Singles* | Josiah Ritchie | (GBR) |
| **London** | *Women's Singles* | Dorothea Lambert-Chamber | (GBR) |
| **(Outdoor)** | *Men's Doubles* | Reginald Doherty | (GBR) |
| | | George Hillyard | (GBR) |
| | | | |
| **1912** | *Men's Singles* | André Gobert | (FRA) |
| **Stockholm** | *Women's Singles* | Edith Hannam | (GBR) |
| **(Indoor)** | *Men's Doubles* | Maurice Germot | (FRA) |
| | | André Gobert | (FRA) |
| | *Mixed Doubles* | Charles Dixon | (GBR) |
| | | Edith Hannam | (GBR) |
| | | | |
| **1912** | *Men's Singles* | Charles Winslow | (RSA) |
| **Stockholm** | *Women's Singles* | Marguerite Broquedis | (FRA) |
| **(Outdoor)** | *Men's Doubles* | Harold Kitson | (RSA) |
| | | Charles Winslow | (RSA) |
| | *Mixed Doubles* | Heinrich Schomburgk | (GER) |
| | | Dorothea Koring | (GER) |
| | | | |
| **1920** | *Men's Singles* | Louis Raymond | (RSA) |
| **Antwerp** | *Women's Singles* | Suzanne Lenglen | (FRA) |
| | *Men's Doubles* | Noel Turnbull | (GBR) |
| | | Maxwell Woosnam | (GBR) |
| | *Women's Doubles* | Kathleen McKane | (GBR) |
| | | Winifred McNair | (GBR) |
| | *Mixed Doubles* | Maxime Decugis | (FRA) |
| | | Suzanne Lenglen | (FRA) |

| | | | |
|---|---|---|---|
| **1924** | *Men's Singles* | Vincent Richards | (USA) |
| **Paris** | *Women's Singles* | Helen Wills | (USA) |
| | *Men's Doubles* | Francis Hunter | (USA) |
| | | Vincent Richards | (USA) |
| | *Women's Doubles* | Hazel Wightman | (USA) |
| | | Helen Wills | (USA) |
| | *Mixed Doubles* | Richard Williams | (USA) |
| | | Hazel Wightman | (USA) |
| | | | |
| **1968** | *Men's Singles* | Manuel Santana | (ESP) |
| **Guadalajara** | *Women's Singles* | Helga Niessen | (FRG) |
| **(Demonstration)** | *Men's Doubles* | Rafael Osuna | (MEX) |
| | | Vicente Zarazua | (MEX) |
| | *Women's Doubles* | Edda Buding | (FRG) |
| | | Helga Niessen | (FRG) |
| | *Mixed Doubles* | Herbert Fitzgibbon | (USA) |
| | | Julie Heldman | (USA) |
| | | | |
| **1968** | *Men's Singles* | Rafael Osuna | (MEX) |
| **Mexico City** | *Women's Singles* | Jane Bartkowicz | (USA) |
| **(Exhibition)** | *Men's Doubles* | Rafael Osuna | (MEX) |
| | | Vicente Zarazua | (MEX) |
| | *Women's Doubles* | Rosa-Maria Darmon | (FRA) |
| | | Julie Heldman | (USA) |
| | *Mixed Doubles* | Vladimir Korotkov | (URS) |
| | | Zaiga Yansone | (URS) |
| | | | |
| **1984** | *Men's Singles* | Stefan Edberg | (SWE) |
| **Los Angeles** | *Women's Singles* | Steffi Graf | (FRG) |
| **(Demonstration)** | | | |
| | | | |
| **1988** | *Men's Singles* | Miloslav Mečíř | (TCH) |
| **Seoul** | *Women's Singles* | Steffi Graf | (FRG) |
| | *Men's Doubles* | Ken Flach | (USA) |
| | | Robert Seguso | (USA) |
| | *Women's Doubles* | Zina Garrison | (USA) |
| | | Pamela Shriver | (USA) |
| | | | |
| **1992** | *Men's Singles* | Marc Rosset | (SUI) |
| **Barcelona** | *Women's Singles* | Jennifer Capriati | (USA) |
| | *Men's Doubles* | Boris Becker | (GER) |
| | | Michael Stich | (GER) |
| | *Women's Doubles* | Gigi Fernández | (USA) |
| | | Mary Joe Fernández | (USA) |
| | | | |
| **1996** | *Men's Singles* | Andre Agassi | (USA) |
| **Atlanta** | *Women's Singles* | Lindsay Davenport | (USA) |
| | *Men's Doubles* | Mark Woodforde | (AUS) |
| | | Todd Woodbridge | (AUS) |
| | *Women's Doubles* | Gigi Fernández | (USA) |
| | | Mary Joe Fernández | (USA) |
| | | | |
| **2000** | *Men's Singles* | Yevgeny Kafelnikov | (RUS) |
| **Sydney** | *Women's Singles* | Venus Williams | (USA) |
| | *Men's Doubles* | Sebastien Lareau | (CAN) |
| | | Daniel Nestor | (CAN) |
| | *Women's Doubles* | Serena Williams | (USA) |
| | | Venus Williams | (USA) |

| | | | |
|---|---|---|---|
| **2004** | *Men's Singles* | Nicolás Massú | (CHI) |
| **Athens** | *Women's Singles* | Justine Henin | (BEL) |
| | *Men's Doubles* | Fernando González | (CHI) |
| | | Nicolás Massú | (CHI) |
| | *Women's Doubles* | Ting Li | (CHN) |
| | | Tian Tian Sun | (CHN) |
| | | | |
| **2008** | *Men's Singles* | Rafael Nadal | (ESP) |
| **Beijing** | *Women's Singles* | Elena Dementieva | (RUS) |
| | *Men's Doubles* | Roger Federer | (SUI) |
| | | Stanislas Wawrinka | (SUI) |
| | *Women's Doubles* | Serena Williams | (USA) |
| | | Venus Williams | (USA) |
| | | | |
| **2012** | *Men's Singles* | Andy Murray | (GBR) |
| **London** | *Women's Singles* | Serena Williams | (USA) |
| | *Men's Doubles* | Bob Bryan | (USA) |
| | | Mike Bryan | (USA) |
| | *Women's Doubles* | Serena Williams | (USA) |
| | | Venus Williams | (USA) |
| | *Mixed Doubles* | Victoria Azarenka | (BLR) |
| | | Max Mirnyi | (BLR) |
| | | | |
| **2016** | *Men's Singles* | Andy Murray | (GBR) |
| **Rio de Janeiro** | *Women's Singles* | Monica Puig | (PUR) |
| | *Men's Doubles* | Marc López | (ESP) |
| | | Rafael Nadal | (ESP) |
| | *Women's Doubles* | Ekaterina Makarova | (RUS) |
| | | Elena Vesnina | (RUS) |
| | *Mixed Doubles* | Bethanie Mattek-Sands | (USA) |
| | | Jack Sock | (USA) |
| | | | |
| **2020** | *Men's Singles* | Alexander Zverev | (GER) |
| **Tokyo** | *Women's Singles* | Belinda Bencic | (SUI) |
| | *Men's Doubles* | Nikola Mektić | (CRO) |
| | | Mate Pavić | (CRO) |
| | *Women's Doubles* | Barbora Krejčíková | (CZE) |
| | | Kateřina Siniaková | (CZE) |
| | *Mixed Doubles* | Anastasia Pavlyuchenkova | (ROC)* |
| | | Andrey Rublev | (ROC)* |
| | | | *Russian Olympic Committee |
| | | | |
| **2024** | *Men's Singles* | Novak Djokovic | (SRB) |
| **Paris** | *Women's Singles* | Zheng Qinwen | (CHN) |
| | *Men's Doubles* | Matthew Ebden | (AUS) |
| | | John Peers | (AUS) |
| | *Women's Doubles* | Sara Errani | (ITA) |
| | | Jasmine Paolini | (ITA) |
| | *Mixed Doubles* | Tomáš Macháč | (CZE) |
| | | Kateřina Siniaková | (CZE) |

### PARALYMPIC GAMES TENNIS EVENT
### GOLD MEDAL WINNERS 1992-2020

| | | | |
|---|---|---|---|
| **1992** | *Men's Singles* | Randy Snow | (USA) |
| **Barcelona** | *Women's Singles* | Monique van den Bosch | (NED) |
| | *Men's Doubles* | Randy Snow | (USA) |
| | | Brad Parks | (USA) |
| | *Women's Doubles* | Monique van den Bosch | (NED) |
| | | Chantal Vandierendonck | (NED) |
| | | | |
| **1996** | *Men's Singles* | Ricky Molier | (NED) |
| **Atlanta** | *Women's Singles* | Maaike Smit | (NED) |
| | *Men's Doubles* | Stephen Welch | (USA) |
| | | Chip Parmelly | (USA) |
| | *Women's Doubles* | Monique Kalkman | (NED) |
| | | Chantal Vandierendonck | (NED) |
| | | | |
| **2000** | *Men's Singles* | David Hall | (AUS) |
| **Sydney** | *Women's Singles* | Esther Vergeer | (NED) |
| | *Men's Doubles* | Robin Ammerlaan | (NED) |
| | | Ricky Molier | (NED) |
| | *Women's Doubles* | Esther Vergeer | (NED) |
| | | Maaike Smit | (NED) |
| | | | |
| **2004** | *Men's Singles* | Robin Ammerlaan | (NED) |
| **Athens** | *Women's Singles* | Esther Vergeer | (NED) |
| | *Men's Doubles* | Shingo Kunieda | (JPN) |
| | | Satoshi Saida | (JPN) |
| | *Women's Doubles* | Esther Vergeer | (NED) |
| | | Maaike Smit | (NED) |
| | *Quad Singles* | Peter Norfolk | (GBR) |
| | *Quad Doubles* | Nicholas Taylor | (USA) |
| | | David Wagner | (USA) |
| | | | |
| **2008** | *Men's Singles* | Shingo Kunieda | (JPN) |
| **Beijing** | *Women's Singles* | Esther Vergeer | (NED) |
| | *Men's Doubles* | Stéphane Houdet | (FRA) |
| | | Michael Jeremiasz | (FRA) |
| | *Women's Doubles* | Korie Homan | (NED) |
| | | Sharon Walraven | (NED) |
| | *Quad Singles* | Peter Norfolk | (GBR) |
| | *Quad Doubles* | Nicholas Taylor | (USA) |
| | | David Wagner | (USA) |
| | | | |
| **2012** | *Men's Singles* | Stéphane Houdet | (FRA) |
| **London** | *Women's Singles* | Esther Vergeer | (NED) |
| | *Quad Singles* | Noam Gershony | (ISR) |
| | *Men's Doubles* | Stefan Olsson | (SWE) |
| | | Peter Vikström | (SWE) |
| | *Women's Doubles* | Marjolein Buis | (NED) |
| | | Esther Vergeer | (NED) |
| | *Quad Doubles* | Nicholas Taylor | (USA) |
| | | David Wagner | (USA) |
| | | | |
| **2016** | *Men's Singles* | Gordon Reid | (GBR) |
| **Rio de Janeiro** | *Women's Singles* | Jiske Griffioen | (NED) |
| | *Quad Singles* | Dylan Alcott | (AUS) |

|  |  |  |  |
|---|---|---|---|
|  | *Men's Doubles* | Stéphane Houdet | (FRA) |
|  |  | Nicolas Peifer | (FRA) |
|  | *Women's Doubles* | Jiske Griffioen | (NED) |
|  |  | Aniek van Koot | (NED) |
|  | *Quad Doubles* | Dylan Alcott | (AUS) |
|  |  | Heath Davidson | (AUS) |
| **2020** | *Men's Singles* | Shingo Kunieda | (JPN) |
| **Tokyo** | *Women's Singles* | Diede de Groot | (NED) |
|  | *Quad Singles* | Dylan Alcott | (AUS) |
|  | *Men's Doubles* | Stéphane Houdet | (FRA) |
|  |  | Nicolas Peifer | (FRA) |
|  | *Women's Doubles* | Diede de Groot | (NED) |
|  |  | Aniek van Koot | (NED) |
|  | *Quad Doubles* | Sam Schröder | (NED) |
|  |  | Niels Vink | (NED) |
| **2024** | *Men's Singles* | Tokito Oda | (JPN) |
| **Paris** | *Women's Singles* | Yui Kamiji | (JPN) |
|  | *Quad Singles* | Niels Vink | (NED) |
|  | *Men's Doubles* | Alfie Hewett | (GBR) |
|  |  | Gordon Reid | (GBR) |
|  | *Women's Doubles* | Yui Kamiji | (JPN) |
|  |  | Manami Tanaka | (JPN) |
|  | *Quad Doubles* | Sam Schröder | (NED) |
|  |  | Niels Vink | (NED) |

## THE ITF AWARDS FOR SERVICES TO THE GAME

### COMMITTEE OF MANAGEMENT NOMINATIONS

**1984** **Mr William Burke** – for an outstanding contribution to the Olympic Demonstration Event at the Los Angeles Olympic Games.

**1985** **European Tennis Association** - 10th Anniversary of foundation.

**1985** **The Tourist Office, Portschach, Austria** – for support in the promotion and organisation of international senior events.

**1985** **Comitato Tennis Mare e Pineta, Cervia, Italy** – for support in the promotion and organisation of international senior events.

**1988** **Mr Choong-Kun Cho** – for an outstanding contribution to the Olympic Tennis Event at the 1988 Olympic Games in Seoul.

**1992** **Mr Agustin Pujol** – for an outstanding contribution to the Olympic Tennis Event at the 1992 Olympic Games in Barcelona.

**1993** **Mr Arthur Ashe** – a posthumous Award for an outstanding and unique contribution to the world of tennis.

**1997** **Mr Mike Davies** – for an outstanding contribution both as a player, and as Managing Director and General Manager of the ITF from 1988 - 1995.

**1997** **Mr Marcel Ferralli** – for an outstanding contribution as General Secretary of the ETA for twenty years.

**1997** **Mr Ken Farrar** – for an outstanding contribution, by upgrading and unifying officiating worldwide.

### BOARD OF DIRECTORS' NOMINATIONS

**1998** **Mr Doug MacCurdy** – for an outstanding contribution to develop and promote the game as ITF Director of Development, from 1985 -1998.

**1999** **Mr Paul McNamee** – for an outstanding contribution both as Davis Cup player and to the success of the Hopman Cup and the Australian Open.

**2000** **Mr Eddie Herr** – for an outstanding contribution to the game in the field of Junior tennis.

**2002** **Mr Theo Sperry** – for an outstanding contribution to the game in the field of Seniors tennis.

**2003** **Mr Mike Daws** – for an outstanding contribution to the Olympic Tennis Event at the 2000 Olympic Games in Sydney

**2005** **Mrs Denise Panagopoulou** – for an outstanding contribution to the Olympic Tennis Event at the 2004 Olympic Games in Athens

**2006** **Mr Vicente Calderon Zeballos** – for an outstanding contribution to the development of tennis in the South American region

**2008** **Mr Franz Feldbausch** – For an outstanding contribution to the game in the field of Junior tennis over 31 years as member of the ITF Junior Committee.

**2009** **Mrs Charlotte Ferrari** – For an outstanding contribution to the game during 33 years as a member of the organisational staff of Tennis Europe.

**2011** **Mrs Sun Jin Fang** – for an outstanding contribution to the success of the Olympic Tennis Event at the 2008 Olympic Games in Beijing.

**2014** **Ms Clare Wood** – for an outstanding contribution to the Olympic Tennis Event at the 2012 Olympic Games in London

**2015** **Mr Charles Trippe** – for an outstanding contribution to the game over 50 years, from player to National Association president.

**2023** **Mr Tarak Cherif** - for an outstanding contribution to the game over 30 years, as a National and Regional Association President, a member of the ITF Board and service on various committees.

## NATIONAL ASSOCIATION NOMINATIONS

**Algeria**
Mr Mohamed Ammari (1999)

**Angola**
Mr Luis da Rosa López (2002)

**Argentina**
Mr Otto Hauser
Mr Enrique Morea (1997)
Mr Eduardo Moline O'Connor (2005)
Ms Mercedes Paz (2008)
Mr Juan Jose Vasquez (1991)
Mr Guillermo Vilas (1993)

**Armenia**
Mr Gevork Karamanoukian (2018)
Mr Harutyun Pambukyan (2008)
Mr Aleksandr Tsaturyan (2005)

**Australia**
Mr John Alexander (2009)
Ms Diane Balestraat (1997)
Mr Ian Barclay (2020)
Mr Peter Bellenger (2005)
Mrs Leslie Bowrey (2003)
Mr John E Bromwich (1982)
Mr Ashley Cooper (2004)
Mrs Margaret Court (1980)
Mr Jack H Crawford (1980)
Mr Jim Entink (1990)
Mrs Evonne Cawley (1982)
Mr Bruce Elliott (2015)
Mr John Fraser OAM (2010)
Mr Neale Fraser (1984)
Mr William Gilmour (1997)
Mr Harry C Hopman (1980)
Mr Barry McMillan (2020)
Mr John Newcombe (2001)
Mr Des Nicholl (2007)
Ms Ann Quinn (2002)
Mr Adrian K Quist (1982)
Mr Jim Reid (1997)
Ms Kerry Reid (1997)
Mr Wayne V Reid (1982)
Mr Tony Roche (2001)
Mr Ken Rosewall (2008)
Mr Anthony Ryan (2006)
Ms Elizabeth Smylie (1997)
Mr Colin Stubs (1997)
Mr Brian R Tobin (1988)
Ms Wendy Turnbull (1992)
Mr Scott Windus (2019)

**Austria**
Mr Peter Feigl (2007)

Mr Hans Kary (1980)
Mr Thomas Muster (1995)
Mr Peter Nader (1995)
Ms Barbara Schett (2006)
Dr Ernst Wolner (2012)
Mr Theodor Zeh (1992)

**Azerbaijan**
Mr Ogtay Asadov (2011)

**Bahamas**
Mr Kit Spencer (1999)

**Bahrain**
Mr Fuad AlRowaie (2019)

**Bangladesh**
Mr Sandru Salem (1992)

**Barbados**
Mr Raymond Forde (2010)
Ms Sandra Osborne (2018)
Ms Helen Roper (2021)

**Belarus**
Mr Max Mirnyi (2013)
Ms Tatiana Poutchek (2017)
Ms Aliaksandra Sasnovich (2020)
Mr Vladimir Voltchkov (2015)
Mrs Natalia Zvereva (2014)

**Belgium**
Mr Ivo Van Aken (2007)
Mr Pierre-Paul De Keghel (2000)
Mr Yves Freson (2015)
Mr Walter Goethals (2014)
Mr André Stein (2023)
Mr Luc Vandaele (2016)
Mr Jean-Paul Van Ussel (2013)

**Benin**
Mr Leopold Somissou (1999)

**Bermuda**
Mr David Lambert (2009)
Mr Allan Simmons (2000)

**Bolivia**
Mr Edmundo Rodriguez (2019)

**Bosnia and Herzegovina**
Mr Neven Tomic (2003)

**Botswana**
Ms Euphemia Ngewu Tlhapane (2007)

**Brazil**
Mr G C Figueiredo (1980)
Mr Jorge Lacerda (2017)
Mr Jorge Paulo Lemann (2006)
Mr Carlos Alberto Martelotte (1993)

**Brunei Darussalam**
Mr Tom Butcher (1997)

**Bulgaria**
Ms Julia Berberian (1992)
Mr Georgi Krumov (2019)
Mr Todor Todorov (1992)
Mr Stefan Tzvetkov Sr (2022)
Mr Tzvetan Tzvetkov (1992)

**Canada**
Mr Klaus Bindhardt (1999)
Mr Josef Brabenec (1997)
Mr Louis Cayer (2010)
Mrs Rene Collins (nee Simpson) (2010)
Mr Francois Godbout (1993)
Mr Lorne Main (2009)
Mr J T Spurgeon (1981)

**Cape Verde**
Mr Antero Barros (1992)

**Chile**
Mr Sergio Elias (2012)

**China**
Mr Fu-Zhang Wang (1999)
Ms Li Na (2021)
Mr Liu Wenbin (2023)
Mr Lu Zhengcao (1999)
Ms Tian-Tian Sun (2010)
Ms Yi Jingqian (2024)
Mr Zhang Xiao-Ning (2001)

**Colombia**
Mr William Álvarez (2014)
Mr Iván Molina (2008)

**Cook Islands**
Mr Brian Baudinet (1993)
Ms J Baudinet
Mr Malcolm Kajer (2002)

**Cyprus**
Mr Philios Christodoulou (1992)

**Czechia**
Mr Jan Kodeš (1998)
Mr Petr Korda (2005)
Ms Hana Mandlíková (1997)
Mrs Petra Píchalová-Langrová (2012)
Mr Frank Zlesak (2024)

**Czechoslovakia**
Mr Antonin Bolardt (1981)
Mr Jiří Javorský (1992)
Mr Jiří Lendl (1992)
Mr Tomáš Šmíd (1992)
Mr Cyril Suk (1988)

**Denmark**
Mr John Ahlstrand (1985)
Mr Otto Buchwald (1997)
Mr Kenneth Carlsen (2003)
Mr Finn Christensen (1995)
Mr Alan Heyman
Mr Henrik Klitvad (2010)
Mr Thomas Kønigsfeldt (2023)
Mr Michael Mortensen (1991)
Mr Kurt Nielsen (2006)
Mr Niels Persson (2005)
Mr Jørgen Scheel (2000)
Ms Tine Scheuer-Larson (1990)
Ms Anne-Mette Sørensen (1990)
Mr Jorgen Ulrich (1985)
Mr Torben Ulrich (2016)
Mr Lone Vandborg (1999)

**Djibouti**
Mr Md Houmed Houssein (2005)

**Dominican Republic**
Mr Gonzalo Mejia Arnal (2002)
Mr Jose Ravelo (1992)

**Ecuador**
Mr Luis Ferretti Cobos (2019)
Dr Tyrone Flores Pavon (2022)
Mr Andrés Gómez (1995)
Mr Francisco Guzman Carmigniani (1998)
Mr Nicolas Macchiavello (1992)
Mr Miguel Mora Olvera (1997)
Mr Colon Nuñez (2021)
Mr Bolivar Pacheco Salazar (2024)
Mr Francisco Segura (1994)
Mr Raul Viver (2018)

**Egypt**
Mr Mohamed Halawa (2005)
Mr Adly El-Shafei (1980)
Mr Ismail El Shafei (2023)
Mr Hussein Nasr (1992)
Mr Hisham Nasser (2006)
Mr Selim Nazif (1980)
Mr Ibrahim M Wasfy (1980)

**El Salvador**
Mr Marcelo Rafael Arévalo González (2022)

**Fiji**
Mr John Shannon (2017)

**Finland**
Mr Erik S Berner (1991)
Mr Harri Louhos (2019)
Mr Jukka Roiha (2007)

**France**
Mr Pierre Barthès (1997)
Mr Pierre Darmon (1995)
Mr Gil de Kermedec (1997)
Mr Georges Deniau (1999)
Ms François Dürr (1997)
Mr Guy Forget (2000)
Mr François Jauffret (1995)
Mr Henri Leconte (2000)
Mr Jean-Paul Loth (1995)
Mr Bernard Pestre (2019)
Mr Jean-Claude Marchon (2001)
Mr Jean-Claude Massias (2014)
Ms Anne-Marie Rouchon (2006)

**Georgia**
Ms Margalita Chakhnashivili-Ranzinger (2020)
Mrs Leila Meskhi (2011)
Mr Alex Metreveli (2014)

**Germany**
Mr Hans-Peter Born (2020)
Mr Wilhelm Bungert (1991)
Mr Franz Feldbausch (1991)
Mr Ferdinand Henkel (1980)
Mr Wolfgang Hofer (1991)
Mr Dirk Hordoff (2019)
Mr Volker Kottkamp (2002)
Ms Helga Masthoff (1980)
Ms Barbara Rittner (2018)
Mr Richard Schoenborn (2001)
Mr Georg E Stoves (1980)

**Ghana**
Mr Edmund Annan (1993)

**Great Britain**
Sir Carl Aarvold
Mr Edward R Avory
Miss Sue Barker
Mr Jeremy Bates (1995)
Mr Roland Carter (1996)
Sir Geoffrey Cass (2004)
Mr James R Cochrane
Mr John Curry (1999)
Miss Jo Durie (1995)
Mr Christopher Gorringe (1995)
Mr James Eaton Griffith (1981)
Mr Derek N Hardwick (1981)
Mr J S Harrison (1981)

Mr Paul Hutchins (2013)
Mr John C U James (1993)
Mr Peter M Johns (1981)
Mrs P F Jones
Lt Col A Duncan C Macaulay
Mr Alan Mills (1997)
Major A David Mills
Mr Anthony J Mottram
Mrs Judy Murray (2016)
Mr Geoffrey L Paish (1990)
Mrs Anne Pankhurst (2017)
Mr John Parsons (2000)
Mr Derek V Penman (1988)
Mr Mike J Sangster
Mr Harry J Sargeant (1981)
Mr Stuart Smith (2015)
Miss S Virginia Wade
Mr Robert K Wilson
Miss Shirley Woodhead

**Greece**
Mr D Gangas
Mr Spyridon D Gangas (1980)
Mr George Papadeas (1995)
Mr Dimitris Stefanides (1990)

**Guam**
Mr Enrique Ninete (2015)

**Guyana**
Mr Makepeace Richmond (1993)

**Haiti**
Mr Joe Etienne (2004)
Mr Frantz Liautaud (2010)

**Honduras**
Mr Carlos Alberto Caceres Alonzo (2021)
Mr Calton Enrique Alvarez Aguilar (2020)
Mr Francklin Garcia (2023)
Mr Ricardo Pineda Paredes (2022)
Mr Humberto Rodriquez (2019)

**Hong Kong**
Mr Henry Fok (1994)
Mr David Ho (2019)
Mr Stanley Ho (1994)
Mr Fa-Kuang Hu (1988)
Mr Herman Hu (2017)
Mr Philip Kwok (1995)

**Hungary**
Mr István Gulyás (1987)
Mr Tamás Hámori (2015)
Ms Zsuzsa Körmöczy (2006)

**India**
Mr Vijay Amritraj (1988)
Mr Mahesh Bhupathi (2012)
Mr Dilip Bose (1986)
Mr Anil Dhupar (2023)
Mr Anil Khanna (2008)
Mr Raj Khanna (1991)
Mr Sumant Misra (1988)
Mr Jaidip Mukerjea (2003)
Mr Leander Paes (2006)
Mr Syed Zeeshan Ali (2022)

**Indonesia**
Ms Yayuk Basuki (2000)
Maj Gen H Jonosewojo (1985)
Mr Eddy Katimansah (1994)
Ms Suzanna Anggar Kusuma (2002)
Mr Tintus A Wibowo (2005)
Mrs Martina Widjaja (2008)

**Iraq**
Mr Khalid Saaed Al-Sultany (2004)

**Ireland**
Mr Des Allen (2016)
Mr David Miley (2023)
Mr George Stevenson (2018)

**Israel**
Mr A Feiger (1980)
Dr Ian Froman (2017)
Mr Shlomo Glickstein (1987)
Mr David Harnik (1999)
Mr Freddie Krivine (1989)
Mr M Mayer
Mr Zvi Meyer (1992)
Ms Tzipola Obziler (2009)
Ms Ana Smashnova (2006)
Mr J Stabholz

**Italy**
Mr Paolo Angeli (1982)
Mr Michele Brunetti (2002)
Mr Francesco Costantino (2003)
Mr Paolo Galgani (1993)
Mr Adriano Panatta (1993)
Ms Lea Pericoli (2005)
Mr Nicola Pietrangeli (1982)
Mr Orlando Sirola (1996)

**Jamaica**
Mr Leslie E Ashenheim (1982)

**Japan**
Ms Ai Iida (2021)
Mr Osamu Ishiguro (2008)
Mr Kosei Kamo (2006)
Mr Eiichei Kawatei (2009)

**Japan (continued)**
Mr Tokusaburo Kosaka (1992)
Mr Takeshi Koura (2022)
Mr A Miyagi (2005)
Mrs Reiko Miyagi (2001)
Mr Masaaki Morita (2011)
Mr Kiichiro Nakamuta (1994)
Mr Toshiro Sakai (2020)
Mr Shin-Ichi Shimizu (1993)
Ms Ai Sugiyama (2010)
Mr Hiroshi Suzuki (2016)
Mr Ryuhei Takashima (1993)
Mr Koji Tanaka (2004)
Mr Tatsuo Tatsuuma (1994)
Mr Masaru Uchiyama (2014)
Mr Koji Watanabe (2012)
Mrs Kazuko Yoshida (2007)

**Kenya**
Mr Baldev Aggarwal (2004)
Mr Jules Carneiro (1988)
Mrs M E Smith

**Kuwait**
Mr Abdul Ridha Al-Ghareeb (1993)
Mr Mohammad Ghareeb (2014)

**Korea**
Mr Jhong-Moon Hong (2000)

**Latvia**
Mr Andis Juska (2022)
Mr Juris Savickis (2019)
Ms Larisa Savchenko (2010)

**Lebanon**
Mr Nohad Schoucair (2019)
Mr E A Yazbeck (1984)

**Lesotho**
Mr E M Khali (1991)
Mr G K Lieta (1991)

**Luxembourg**
Mrs Anne Kremer (2011)

**Madagascar**
Mr Jules Rene Rakotoarivony (1997)

**Malaysia**
Mr Zainal Abidin Ali (1997)
Mr Mohamed Akbar Baba (1995)
Mr Tun Abdul Ghafar Baba (1999)

**Malta**
Mr Adrian Borg Cardona (2002)
Mr Michael Borg Cardona (1999)
Mr Lino Farrugia Sacco (1999)

**Mauritius**
Mr Jean Michel Giraud (2011)
Mr Akhtar Anner Toorawa (2009)
Mr Francoise Desvaux de Marigny (2001)

**Moldova**
Mr Radu Albot (2015)

**Montenegro**
Dr Dimitrije Rašović (2018)

**Morocco**
Mr Mohamed M'jid (1993)

**Mozambique**
Mr Pedro Miguel Figueiredo (1991)
Mr Arao Nhancale (1999)

**Netherlands**
Mr Coert R Beek (1980)
Ms Kiki Bertens (2023)
Ms Kea Bouman (1997)
Mr Ruurd De Boer (1999)
Mr Stanley Franker (1994)
Mr Frank van Fraayenhoven (2009)
Mr Henk Koster (2014)
Mr Tom Okker (2021)
Mr Erik Poel (2024)
Mr J F Steensma (1982)
Ms Betty Stove (1994)
Mr Henk Timmer (1996)
Ms Chantal Vandierendonck (2001)
Ms Esther Vergeer (2019)

**New Zealand**
Ms Belinda Cordwell (2005)
Mr David Howman (2010)
Mr Chris Lewis (2013)
Mr Onny Parun (2001)
Ms Celia Patrick (2021)
Mr B N Shute (2007)
Mr Jeffrey Simpson (2002)
Mr David Smith (2016)
Mr Ian D Wells (1985)

**Niger**
Mr Ahmed Ousman Diallo (2007)

**Nigeria**
Mr Alhaji Raheem A Adejumo (1990)
Mr Charles Itabor (1993)
Mr Chuka Momah (2010)

**Norway**
Mr Per Frederik Wright (2011)

**Pakistan**
Mr Saeed Hai (1996)
Maj Gen Talat Masood (1988)

**Panama**
Mr Frederick Maduro (2003)

**Paraguay**
Mr Victor Pecci (1991)

**Philippines**
Col Salvador H Andrada (1991)
Mr Luis Antoni Mendoza (2005)
Mr Ajay Pathak (1995)

**Poland**
Mr Wojtek Fibak (1992)
Mr G Findeisen (1981)

**Portugal**
Mr R Cunha-Silva
Mr Jose Houttremann Roquette (1988)

**Russia**
Mr Andrey Bokarev (2019)
Ms Anna Dmitrieva (2009)
Mrs Rauza Islanova (2011)
Mr Egveny Korbut (1987)
Mr Vladimir Lazarev (2012)
Mr G Maslakov
Ms Marina Marienko (2020)
Mr Evgeniy Panteleev (2021)
Mr Aleksei Selivanenko (2015)
Ms Anna Skorodumova (2004)
Mr Shamil Tarpischev (1987)
Mr Viktor Yanchuk (2018)
Mrs Olga Zhikhareva (2014)
Mr Gennadiy Zhukov (2017)

**Samoa**
Mr Waikaremoana Soonalole (2001)

**San Marino**
Mr Domenico Vicini (2007)

**Saudi Arabia**
Mr Saud Ali Alabdulaziz (2008)
Mr Abdullah Al-Hudaithi (1991)
Mr Resheid Abu Rasheid (2002)

**Senegal**
Mr Cheikh Berthe (1997)
Mr Jean-Claude Mimran (2000)

**Seychelles**
Mr John Adam (1991)

**Singapore**
Mr Hassan Alwi (2001)
Mr Ng Mui Soon Gilbert (2023)
Mr Ong Leong Boon (1991)

**Slovak Republic**
Mr Miloslav Mečíř (1994)
Mr Igor Moska (2014)

**Slovenia**
Mr Fredi Reicher (1993)

**South Africa**
Mr Justice B L S Franklin
Mr L Janssens
Mr C F O Lister
Ms Annette Du Plooy (2021)
Mr O G Williams

**Spain**
Mr Jaime Bartroli (1980)
Mr Josep Ferrer Peris (2004)
Mr Antonio Nadal Homar (2011)
Mr J Garriga Nogués
Mr Juan Gisbert (1980)
Cond de Carlos Godo (1980)
Mr Miguel Lerin (1982)
Mr Pablo Llorens (1980)
Ms Conchita Martínez (2018)
Mr Manuel Orantes (1980)
Mr Rafael Nadal Parera (2021)
Mr Augustin Pujol (2005)
Mr Alberto Riba (2012)
Mr Manuel Santana (1980)
Mr Juan-Maria Tintoré (1985)

**Sri Lanka**
Mr Asitha Attygala (2008)
Mr Iqbal Bin Issack (2023)
Mr Dilsiri Lamani Seneviratne (1991)
Mr Elmore March Perera (1984)
Mr Suresh Subramaniam (2003)
Mr Lalith Withana (2001)

**Sudan**
Mr Khalid Talaat Farid (2024)

**Swaziland**
Mr Peter Mamba (2008)

**Sweden**
Ms Sofia Arvidsson (2016)
Mr Leif Dahlgren (1999)
Mr Stig Ericson (2011)
Mr Roland Hansson (2017)
Mr Mats Hasselquist (1986)
Mr J Kotschack (1982)
Mr Lennart Larsson (1992)
Mr John Anders Sjogren (1995)
Mr Peter Wallenberg (2004)

**Switzerland**
Mr Jean Brechbühl (2001)

Mr Edi Eckert (1991)
Mr Heinz Grimm (1993)
Dr Maz Gubler (1981)
Mr Roland Haefliger (1991)
Mr Hans Hartmann (1992)
Mr Fritz Kleisli (1991)
Mr Hans Joerg Leder (1992)
Mr Severin Luethi (2021)
Ms Melanie Molitor (2022)
Mrs Lolette Payot (1981)
Dr Werner Steiner (1981)
Mr Svatopluk Stojan (1999)
Mr Dimitri Sturdza (1996)
Ms Christine Ungricht (2006)
Mr François Valmaggia (1993)

**Thailand**
Mr Vittaya Samrej (2002)
Mr Danai Udomchoke (2007)

**Trinidad & Tobago**
Ms Anneliese Rose (2019)
Mr Lionel St Aubyn (1984)

**Tunisia**
Mr Muncef Belkhodja (2007)
Mr Mustapha Belkhodja (1996)
Mr Mondher Ben Ammar (1993)
Mr Slah Bramly (2020)
Mr Malek Jaziri (2023)
Ms Selima Sfar (2019)

**Türkiye**
Mr Azmi Kumova (2009)
Mr Sadi Toker (2001)
Mr Ihsan Can Uner (2019)

**Ukraine**
Mr German Benyaminov (2016)
Mr Volodymyr Bogdanov (2008)
Mr Aleksandr Dolgopolov (2018)
Mr Mykhailo Filima (2024)
Ms Maryana Ibraimova (2022)
Mr Sergiy Lagur (2022)
Ms Olga Savchuk (2017)

**United Arab Emirates**
Mr Nasser Al Madani (2011)
Mr Abdulla Al Shaibani (2017)
Mr Abdulrahman Falaknaz (2018)
Sheikh Hasher Bin Maktoum Al Maktoum (2015)

**Uruguay**
Mr Pablo Cuevas (2018)
Mr Enrique Pérez Cassarino (2019)
Mr Carlos Rymer Estrada (2001)
Mr Max Mainser (1983)

**USA**
Mr Russ Adams (2001)
Mr George Barnes (1999)
Mr Nick Bollettieri (2011)
Mr Vic Braden (2003)
Mr Robert A Cookson
Mr Hunter Delatour (1992)
Mr Brian Earley (2018)
Ms Anne-Lise Frank (2009)
Mr J Howard Frazer (1998)
Ms Zina Garrison (2006)
Mr J Randolph Gregson (1994)
Dr Brian Hainline (2013)
Mrs Nancy Jeffett
Mr Leslie Jenkins (1996)
Mr Gordon Jorgensen (1993)
Miss Billie Jean King (1998)
Mr John "Jack" Kramer (1996)
Mr Robert Lansdorp (2005)
Mrs Julia Levering (2003)
Mr Jim Loehr (2013)
Mr Stanley Malless (1992)
Mr David Markin (1991)
Mr Gardner Mulloy (2000)
Mr Charles Pasarell (1996)
Dr Paul Roetert (2024)
Mr Dan Santorum (2010)
Ms Carol Schneider (2000)
Mr Alan Schwartz (2016)
Mr Stan Smith (1995)
Mr Theodore Sperry (1995)
Mr William Talbert (1995)
Mr Tony Trabert (1995)
Mr Dennis Van Der Meer (1999)
Mr Jon Vegosen (2023)
Mrs "Woodie" Phyllis Sublet Walker (2004)
Mr W Harcourt Woods (1993)
Mrs Barbara Williams (1999)
Mrs Barbara S Wynne (2007)

**US Virgin Islands**
Mr William McComb (2013)

**Uzbekistan**
Mr Rustam Inoyatov (2009)
Mr Andrei Kornilov (2017)
Mr Igor Shepelev (2013)

**Venezuela**
Mr Firmin Pérez (1998)

**Yugoslavia**
Mr Radmilo Armenulić (1997)
Mr Boro Jovanović
Mr D Korac (1980)
Mr Radmilo Nikolić (1980)
Mr Josip Palada (1980)
Mr Zoran Peric (1994)
Mr Niki Pilić

**Zimbabwe**
Mr Byron Black (2000)
Mr Wayne Black (2001)
Mr Paul Chingoka (1998)
Mr Arthur J Farmerey (1980)
Mr Yusuf Ebrahim Hassan (1997)
Mr Basil Katz (1993)
Ms Jean Koch (1997)
Mr Basheer Mahomed (1999)
Mrs Ann Martin (2003)
Ms Jill Standen (1994)

## HISTORY OF ITF ANNUAL GENERAL MEETINGS

### (since 1971)

| | | |
|---|---|---|
| 1971 | Stresa | Italy |
| 1972 | Helsinki | Finland |
| 1973 | Warsaw | Poland |
| 1974 | Amsterdam | Netherlands |
| 1975 | Barcelona | Spain |
| 1976 | Monte Carlo | Monaco |
| 1977 | Hamburg | Germany |
| 1978 | Stockholm | Sweden |
| 1979 | New York | USA |
| 1980 | Vienna | Austria |
| 1981 | Gstaad | Switzerland |
| 1982 | Acapulco | Mexico |
| 1983 | Tours | France |
| 1984 | Stratford | England |
| 1985 | Barcelona | Spain |
| 1986 | Newport | USA |
| 1987 | Abidjan | Ivory Coast |
| 1988 | Paris | France |
| 1989 | Buenos Aires | Argentina |
| 1990 | Athens | Greece |
| 1991 | Hamburg | Germany |
| 1992 | La Romana | Dominican Republic |
| 1993 | Vancouver | Canada |
| 1994 | Hong Kong | Hong Kong |
| 1995 | Edinburgh | Scotland |
| 1996 | Lausanne | Switzerland |
| 1997 | Cairo | Egypt |
| 1998 | Killarney | Ireland |
| 1999 | Noordwijk | Netherlands |
| 2000 | Antalya | Türkiye |
| 2001 | Cancun | Mexico |
| 2002 | Marrakech | Morocco |
| 2003 | Rio de Janeiro | Brazil |
| 2004 | Barcelona | Spain |
| 2005 | Prague | Czech Republic |
| 2006 | Seoul | Korea |
| 2007 | Tunis | Tunisia |
| 2008 | Moscow | Russia |
| 2009 | Madrid | Spain |
| 2010 | Washington DC | USA |
| 2011 | Bangkok | Thailand |
| 2012 | Copenhagen | Denmark |
| 2013 | Paris | France |
| 2014 | Dubai | United Arab Emirates |
| 2015 | Santiago | Chile |
| 2016 | Zagreb | Croatia |
| 2017 | Ho Chi Minh City | Vietnam |
| 2018 | Orlando | USA |
| 2019 | Lisbon | Portugal |
| 2020 | Virtual | |
| 2021 | Madrid | Spain |
| 2022 | Glasgow | Scotland |
| 2023 | Cancún | Mexico |
| 2024 | Hong Kong | China |

## OFFICERS OF THE INTERNATIONAL TENNIS FEDERATION

### PRINCIPALS (CHAIRS)

| | | |
|---|---|---|
| 1913 | Dr H O Behrens | (GER) |
| 1914 | Mr H Wallet | (FRA) |
| 1919 | Mr P de Borman | (BEL) |
| 1920 | Mr C Barde | (SUI) |
| 1921 | Mr P de Borman | (BEL) |
| 1922 | Mr E Clarke | (RSA) |
| 1923 | Mr A E M Taylor | (GBR) |
| 1924 | Mr H Wallet | (FRA) |
| 1925 | Dr J M Flavelle | (GBR) |
| 1926 | Mr M Rances | (FRA) |
| 1927 | Mr C Barde | (SUI) |
| 1928 | Mr P de Borman | (BEL) |
| 1929 | Mr C Barde | (SUI) |
| 1930/31 | Mr M Rances | (FRA) |
| 1932 | Dr H O Behrens | (GER) |
| 1933 | Mr P de Borman | (BEL) |
| 1934 | Mr L J Carruthers | (USA) |
| 1935 | Mr G Uzielli | (ITA) |
| 1936 | Mr C Barde | (SUI) |
| 1937 | Mr C de Borman | (BEL) |
| 1938 | Dr H O Behrens | (GER) |

The office of Principal (CHAIR) was replaced by the office of President in 1938.

### PRESIDENTS

| | | |
|---|---|---|
| 1938/39 | Mr P Gillou | (FRA) |
| 1939/46 | Mr C Barde | (SUI) |
| 1946/47 | Mr P de Borman | (BEL) |
| 1947/48 | Mr P Gillou | (FRA) |
| 1948/49 | Mr J Eaton Griffith | (GBR) |
| 1949/50 | Dr R B Kingman | (USA) |
| 1950/51 | Mr R H Youdale | (AUS) |
| 1951/52 | Mr D Croll | (NED) |
| 1952/53 | Mr C Barde | (SUI) |
| 1953/54 | Mr J Eaton Griffith | (GBR) |
| 1954/55 | Dr R B Kingman | (USA) |
| 1955/56 | Dr G de Stefani | (ITA) |
| 1956/57 | Mr R H Youdale | (AUS) |
| 1957/58 | Mr R N Watt | (CAN) |
| 1958/59 | Mr C Barde | (SUI) |
| 1959/60 | Mr J Eaton Griffith | (GBR) |
| 1960/61 | Mr J Borotra | (FRA) |
| 1961/62 | Mr R H Youdale | (AUS) |
| 1962/63 | Dr G de Stefani | (ITA) |
| 1963/65 | Mr J Eaton Griffith | (GBR) |
| 1965/67 | Dr P da Silva Costa | (BRA) |
| 1967/69 | Dr G de Stefani | (ITA) |
| 1969/71 | Mr B A Barnett | (AUS) |
| 1971/74 | Mr A Heyman | (DEN) |
| 1974/75 | Mr W E Elcock | (USA) |
| 1975/77 | Mr D N Hardwick | (GBR) |
| 1977/91 | Mr P Chatrier | (FRA) |

### PRESIDENT AND CHIEF EXECUTIVE

| | | |
|---|---|---|
| 1991/99 | Mr B Tobin | (AUS) |
| 1999/2015 | Mr F Ricci Bitti | (ITA) |
| 2015/2021 | Mr D Haggerty | (USA) |

The joint office of President and Chief Executive Officer was split with effect from 1 January 2022.

### PRESIDENT

| | | |
|---|---|---|
| 2022 | Mr D Haggerty | (USA) |

### CHIEF EXECUTIVE OFFICER

| | | |
|---|---|---|
| 2022 | Mr K Fairweather | (RSA) |

### GENERAL SECRETARIES

| | | |
|---|---|---|
| 1913/20 | Mr R Gallay | (FRA) |
| 1920/47 | Mr R Gallay & Mr H A Sabelli | (FRA & GBR) |
| 1948/49 | Mr R Gallay & Mr S B Reay | (FRA & GBR) |
| 1949/61 | Mr S B Reay & Mr A Gentien | (GBR & FRA) |
| 1961/70 | Mr S B Reay & Mr N Barrelon | (GBR & FRA) |
| 1970/73 | Mr S B Reay & Mr B Berthet | (GBR & FRA) |
| 1973/76 | Mr S B Reay | (GBR) |
| 1976/84 | Mr D Gray | (GBR) |
| 1984/86 | Miss S Woodhead | (GBR) |

The office of General Secretary was abolished in 1987. The functions of the General Secretary were incorporated in the new position of Chief Operating Officer.

### CHIEF OPERATING OFFICER

| | | |
|---|---|---|
| 1989/91 | Mr B Tobin - Executive Vice-President | (AUS) |
| 1991/95 | Mr M Davies - General Manager | (GBR) |
| 1995/98 | Mr D MacCurdy - General Manager | (USA) |
| 1998/2015 | Mr J Margets - Executive Vice-President | (ESP) |
| 2015/2016 | Mr J Margets | (ESP) |
| 2017/2021 | Mr K Fairweather | (RSA) |

The office of Chief Operating Officer was discontinued from 2022. The functions of the Chief Operating Officer were incorporated into the position of Chief Executive Officer, which was separated from the role of President.

### HONORARY TREASURERS

| | | |
|---|---|---|
| 1913/39 | Mr R Gallay | (FRA) |
| 1946/63 | Sir Clarence Sadd | (GBR) |
| 1963/77 | Mr H J Sargeant | (GBR) |
| 1977/2013 | Mr D Jude | (GBR) |

The position of Honorary Treasurer was discontinued in 2013 and its responsibilities redistributed.

**ITF LIMITED 2023-2027**

**ITF OFFICE HOLDERS**

**President**
David Haggerty (USA)

**Vice Presidents**

| | |
|---|---|
| Dr Brian Hainline (USA) | Bulat Utemuratov (KAZ) |
| Salma Mouelhi Guizani (TUN) | Rafael Westrupp (BRA) |

**Board of Directors**

| | |
|---|---|
| Carlos Bravo (CRC) | Lionel Ollinger (FRA) |
| Roger Davids (NED) | Mary Pierce (FRA) |
| Jack Graham (CAN) | David Rawlinson (GBR) |
| Åsa Hedin (SWE) | Jordi Tamayo De Winne (ESP) |
| Naohiro Kawatei (JPN) | Dietloff von Arnim (GER) |
| Philip Mok (HKG) | Mark Woodforde (AUS) |

**Honorary Life President**
Francesco Ricci Bitti (ITA)

**Honorary Life Vice President**

| | |
|---|---|
| Katrina Adams (USA) | Geoff Pollard (AUS) |
| Heinz Grimm (SUI) | Rene Stammbach (SUI) |
| Juan Margets (ESP) | |

**Honorary Life Counsellors**

| | |
|---|---|
| Jan Carlzon (SWE) | David Jude (GBR) |
| Martin Corrie (GBR) | Ian King (GBR) |
| Jean Claude Delafosse (CIV) | Julia Levering (USA) |
| Sergio Elias (CHI) | Roman Murashkovsky (RUS) |
| Ismail El Shafei (EGY) | Alvaro Peña (ESP) |
| Fathi Farah (TUN) | Stuart Smith (GBR) |
| Lucy Garvin (USA) | Georg von Waldenfels (GER) |
| Bernard Giudicelli (FRA) | |

**ADMINISTRATION**

**Chief Executive Officer**
Kelly Fairweather

**Senior Executive Directors**

| | |
|---|---|
| Dominic Anghileri | Finance & Administration |
| Heather Bowler | Communications |
| Dr Stuart Miller | Integrity & Legal |
| Jackie Nesbitt | Tours and Player Pathway |

**Executive Directors**

| | |
|---|---|
| Louise Booth | Digital |
| Matt Byford | Juniors & Masters, Beach |
| Dario Giovannelli | Legal Services |
| Alex Hughes | Major Events |
| Andrew Moss | World Tennis Tour & Data Rights |
| Jane O'Sullivan | Human Resources |
| Mat Pemble | Information Technology |
| Luca Santilli | Tennis Development |
| Tim Stemp | Commercial |

**Heads of Department**

| | |
|---|---|
| Cain Berry | Wheelchair Sports Science & Pathway |
| Jamie Capel-Davies | Science & Technical |
| Gonzalo Cernuda | Davis Cup |
| Jason Chiu | Technology Programmes |
| Miguel Crespo | Participation & Education |
| George Donnelly | World Tennis Tour, Operations |
| Debbie Kirkwood | Development |
| Andrew Moss | World Tennis Tour, Strategy and Pathway |
| Andrew Nicholas-Wynne | Officiating Compliance |
| Nick Parry | IT Operations |
| Iain Smith | Officials |
| Nicky Stanton | Partnerships and Insights (Commercial) |
| Alistair Williams | Wheelchair Tennis & Live Scoring |

## BOARD OF DIRECTORS – 2023-2027

| | |
|---|---|
| DAVID HAGGERTY | President<br>International Tennis Federation<br>Bank Lane<br>Roehampton<br>London SW15 5XZ<br>United Kingdom<br>Tel: +44 208 878 6464 |
| CARLOS BRAVO | Federación Costarricense de Tenis<br>Apartado 575<br>San José<br>Costa Rica<br>Tel: +506 22271335 |
| ROGER DAVIDS | Koninklijke Nederlandse KNLTB<br>Postbus 8021<br>Amstelveen 1180 LA<br>Netherlands<br>Tel: +31 88 130 26 00 |
| JACK GRAHAM | McInnes Cooper<br>Suite 1300, 1969 Upper Water Street<br>Purdy's Wharf Tower II<br>PO Box 730<br>Halifax, Nova Scotia B3J 2V1<br>Canada<br>Tel: +1 902 444 8543 |
| BRIAN HAINLINE | c/o United States Tennis Association<br>2500 Westchester Avenue, Suite 411,<br>Purchase,<br>NY 10577<br>USA<br>Tel: +1 914 696 7000 |
| ÅSA HEDIN | The Swedish Tennis Association<br>Lidingovagen 75<br>Stockholm SE-115 41<br>Sweden<br>Tel: +46 10 444 04 10 |
| NAOHIRO KAWATEI | Japan Tennis Association<br>c/o 7F Japan Sport Olympic Square 7F<br>4-2 Kasumigaoka-Machi<br>Shinjuku-ku<br>Tokyo 160-0013<br>Japan<br>Tel: +81 36812 9271 |
| PHILIP MOK | The Hong Kong, China Tennis Association Ltd<br>Room 1021, Olympic House<br>1 Stadium Path<br>So Kon Po, Causeway Bay<br>Hong Kong China<br>Tel: +852 2 504 8266 |

SALMA MOUELHI GUIZANI

Fédération Tunisienne de Tennis
B.P. 350, Cite Nationale Sportive
El Menzah
Tunis
Tel: +216 71 844 144

LIONEL OLLINGER

c/o Fédération Française de Tennis
Stade Roland Garros
2 Avenue Gordon Bennett
Paris   75016
France
Tel: +33 1 4743 4800

MARY PIERCE

c/o ITF, Bank Lane
Roehampton
London SW15 5XZ
United Kingdom
Tel: +44 208 392 4602

DAVID RAWLINSON

c/o The Lawn Tennis Association
The National Tennis Centre
100 Priory Lane
Roehampton   SW15 5JQ
United Kingdom
Tel: +44 208 487 7192

JORDI TAMAYO DE WINNE

c/o Real Federación Española de Tenis
Gran Via de Carles III, 124
Barcelona  08034
Spain
Tel: +34 93 200 5355

BULAT UTEMURATOV

Kazakhstan Tennis Federation
1 Zheltoksan Str.
Nur-Sultan 010000
Kazakhstan
Tel: +77 172 390 387

DIETLOFF VON ARNIM

Deutscher Tennis Bund EV
Hallerstrasse 89
Hamburg  20149
Germany
Tel: +49 40 411 780

RAFAEL WESTRUPP

Confederação Brasileira de Tênis
Av. Governador Irineu Bornhausen, s/n
Agronômica
Florianópolis   88025-200
Brazil
Tel: +55 48 3028 8900

MARK WOODFORDE

c/o ITF, Bank Lane
Roehampton
London SW15 5XZ
United Kingdom
Tel: +44 208 392 4602

**Auditors**

PricewaterhouseCoopers LLP, London, United Kingdom

**Legal Counsel**

United Kingdom:       Bird & Bird LLP
United Kingdom:       Charles Russell Speechlys LLP
United Kingdom:       Squire Patton Boggs

**ITF COMMITTEES AND COMMISSIONS – 2024-2025**

**COMPETITION COMMITTEES**

**Davis Cup Committee**

Chair: Mark Woodforde (AUS/BoD)
Jennifer Bishop (CAN)
Goran Djokovic (SRB)
Naohiro Kawatei (JPN/BoD)
Scott Lloyd (GBR)
Iva Majoli (CRO)
Lionel Ollinger (FRA/BoD)

Christer Sjöö (SWE)
Henrik Thorsoe Pedersen (DEN)
Brian Vahaly (USA)
Dietloff von Arnim (GER/BoD)
Evgeniy Zukin (UKR)
Ross Hutchins (ATP – Observer)

**Billie Jean King Cup Committee**

Chair: Mary Pierce (FRA/BoD)
Katrina Adams (USA)
Nathalie Dechy (FRA)
Rebecca James (GBR)
Christiane Jolissaint (SUI)
Ilana Kloss (USA)

Raimondo Ricci Bitti (ITA)
Horia Vlad Tecău (ROU)
Nico Weschenfelder (GER)
Xin Zhang (CHN)
Joan Pennello (WTA – Observer)

**Olympic Committee**

Chair: David Haggerty (ITF President)
Xilin Bai (CHN)
Tarak Cherif (TUN)
Stefan Fransson (SWE)
Naohiro Kawatei (JPN/BoD)
Alicia Masoni de Morea (ARG)
Gilles Moretton (FRA)
Mary Pierce (FRA/BoD)

Sandi Procter (GBR)
Megan Rose (USA)
Ruth Wipfli Steinegger (SUI)
Mark Woodforde (AUS/BoD)
Spyros Zannias (GRE)
Ross Hutchins (ATP – Observer)
Michaela Oldani (WTA – Observer)

**ITF World Tennis Tour Committee**

Chair: Naohiro Kawatei (JPN/BoD)
Vasco Costa (POR)
Igor del Busto Madariaga (ESP)
Giorgio Di Palermo (ITA)
Julio Ferrari Yegros (PAR)
Abdelaziz Laarraf (MAR)
Galip Ozgur Erguden (TUR)
Virginija Paliukaite (LTU)

François Pareau (FRA)
Veronika Rücker (GER)
Kirsty Thomson (GBR)
Ian Vazquez (USA)
Rafael Westrupp (BRA/BoD)
Fabrice Chouquet (WTA)
Richard Glover (ATP)

**Juniors Committee**

Chair: Carlos Bravo (CRC/BoD)
Mohammad Ali Murtaza (PAK)
Arij Almutabagani (KSA)
Akgul Amanmuradova (UZB)
Alois Beust (FRA)
Tracy Davies (USA)
Anil Kumar Dhupar (IND)
Hassan El Arousy (EGY)
Isabelle Gemmel (AUS)
Merve Gültekinler Sadi (TUR)
Marion Maruska (AUT)

Yoshinori Nakayama (JPN)
Sani Mohammed Ndanusa (NGR)
Avraham Perets (ISR)
Janet Petras (CAN)
Antonio Prat Barasoain (ESP)
David Samudio Gomez (COL)
Aleksandar Sekulović (MNE)
Rodrigo Valdebenito (CHI)
Martin Weston (GBR)
Wenxue Zhou (CHN)

**Wheelchair Tennis Committee**
Chair: Jordi Tamayo De Winne (ESP/BoD)      James Kenani (KEN)
Florence Alix Gravellier (FRA)              Daisuke Kitahara (JPN)
Iqbal Bin Issack (SRI)                      Erik Koers (GBR)
Jennifer Edmonson (USA)                     Henry Kwaku Nyanteh Larbi (GHA)
Danielle Gescheit (AUS)                     Esther Vergeer (NED)
Miguel Irigoyen (ESA)                       Jakob Wiener (ISR)

**Masters Committee**
Chair: Salma Mouelhi Guizani (TUN/BoD)      David Rawlinson (GBR/BoD)
Carol Clay (USA)                            Sabine Schmitz (GER)
Eziz Dovletov (TKM)                         Wenbing Sun (CHN)
Martin Lager (SWE)                          Martha Tirop (KEN)
Mario Monroy (PER)                          Irwin Tobias (CAN)
Bruce Osborne (AUS)

**Beach Tennis Committee**
Chair: Philip Mok (HKG/BoD)                 Hayden Mitchell (TTO)
Fabienne Bretz (GER)                        Nancy Muli (KEN)
Danilo Carrera-Drouet (ECU)                 Jeferson Pinto (BRA)
Allar Hint (EST)                            Baris Sahin (TUR)

## STRUCTURE AND ORGANISATION COMMITTEES

**Finance Committee**
Chair: David Rawlinson (GBR/BoD)            Åsa Hedin (SWE/BoD)
Carlos Bravo (CRC/BoD)                      Rene Stammbach (SUI)

**ITF Audit Committee**
Chair: Gavin Crookes (RSA)                  Terri-Ann Scorer (NZL)

**ITF Remco Committee**
Chair: Martin Corrie (GBR)                  David Rawlinson (GBR/BoD)
Åsa Hedin (SWE/BoD)

**Rules of Tennis Committee**
Chair: Carlos Bravo (CRC/BoD)               Dietloff von Arnim (GER/BoD)
Sean Cary (USA)                             Miro Bratoev (ATP)
James Keothavong (GBR)                      Fabrice Chouquet (WTA)
Ugo Valensi (GSB/Ex-officio)

**Constitutional Committee**
Chair: Jack Graham (CAN/BoD)                Sandrine Jallet Pillot (FRA)
Antti Aine (FIN)                            Epaminondas Metaxas (CYP)
Jeffrey Baill (USA)                         Hiroko Shibata (JPN)
Dirk De Maeseneer (BEL)                     Jordi Tamayo De Winne (ESP/BoD)
Esteban Elias (CHI)                         Rolf Thung (NED)
Shmuel Herzig (ISR)                         Pamela Woodman (GBR)

**Advantage All Committee**
Chair: Salma Mouelhi Guizani (TUN/BoD)      Henrik Maris (DEN)
Katrina Adams (USA)                         Julie Paterson (NZL)
Davood Azizi (IRI)                          Teemu Purho (FIN)
Maggie Chan Jones (USA)                     Vicki Reid (AUS)
Esra Eczacibasi Coskun (TUR)                Larissa Schaerer (PAR)
Lusine Gasparyan (ARM)                      Olga Simunovic (CRO)
Lanni Huang (CHN)                           Zenabu Sulemana (GHA)
Wanjiru Mbugua Karani (KEN)

## ITF PRESIDENT'S TASKFORCES

**Davis Cup Billie Jean King Cup Taskforce**

| | |
|---|---|
| Chair: Carlos Bravo (CRC/BoD) | Philip Mok (HKG/BoD) |
| Sabira Abdullayeva (AZE) | Salim Saifullah Khan (PAK) |
| Sinem Alptekin (TUR) | Torgun Smith (GUM) |
| Sohaib Ismail (JOR) | Iroda Tulyaganova (UZB) |
| Gevork Karamanoukian (ARM) | Jianbin Wan (CHN) |
| Demetris Leontis (CYP) | |

**Regional Association President Taskforce**

| | |
|---|---|
| Chair: David Haggerty (ITF President) | Jean Claude Talon (CAT) |
| Yuriy Polskiy (ATF) | Rafael Westrupp (COSAT/BoD) |
| Henrik Thorsoe Pedersen (TE) | Persio Maldonado (COTECC) |
| Cyrille Mainguy (OTF) | |

**Governance Structure Taskforce**

| | |
|---|---|
| Chair: Bulat Utemuratov (KAZ/BoD) | Jack Graham (CAN/BoD) |

**Stakeholder Engagement Taskforce**

| | |
|---|---|
| Chair: Roger Davids (NED/BoD) | Ivan Machado (PAR) |
| Miguel Irigoyen (ESA) | Hichem Riani (TUN) |
| Manpreet Kandhari (IND) | David Smith (NZL) |

**Strategic Taskforce**

| | |
|---|---|
| Chair: Dr Brian Hainline (USA/BoD) | Peter Kruyt (CAN) |
| Åsa Hedin (SWE/BoD) | Scott Lloyd (GBR) |

**Data and Digital Taskforce**

| | |
|---|---|
| Chair: Roger Davids (NED/BoD) | Philip Mok (HKG/BoD) |

## COMMISSIONS

**Sport Science and Medicine Commission**

| | |
|---|---|
| Chair: Dr Brian Hainline (USA/BoD) | Dr Babette Pluim (NED) |
| Prof. Petar Barbaros (CRO) | Dr Machar Reid (AUS) |
| Dr Moroe Beppu (JPN) | Dr Ángel Ruiz Cotorro (ESP) |
| Dr Martine Bisset (FRA) | Todd Ellenbecker (ATP) |
| Dr Guy Evans (GBR) | Kathleen Stroia (WTA) |
| Dr Raymond Forde (BAR) | |

**Coaches Commission**

| | |
|---|---|
| Chair: Rafael Westrupp (BRA/BoD) | Feng Liu (CHN) |
| Sofia Benhalima (ALG) | Megan Moulton-Levy (USA) |
| Jürg Bühler (SUI) | Mostafa Naim Dalam (EGY) |
| Roberta Burzagli (BRA) | Hichem Riani (TUN) |
| Belinda Colaneri (AUS) | Paul Roetert (USA) |
| Ghizela Enslin (RSA) | Barbara Rossi (ITA) |
| Guido Fratzke (GER) | Hayato Sakurai (JPN) |
| Sunder Iyer (IND) | Asim Shafik (PAK) |
| Bojan Kovac (CRO) | Merlin Van de Braam (GBR) |
| Irina Kuzmina-Rimsa (LAT) | Birol Vural (TUR) |
| Sabrina Leger (FRA) | Fabiola Zuluaga (COL) |
| Edita Liachoviciute (LTU) | |

**Technical Commission**

| | |
|---|---|
| Chair: Dietloff von Arnim (GER/BoD) | Goran Rafajlovski (MKD) |
| Rémy Azémar (FRA) | Ali Nili (ATP) |
| Ivanhoe Calix (HON) | Giulia Orlandi (WTA) |
| Prof Steve Haake (GBR) | Wayne McKewen (Grand Slams) |
| Charles Jettmar (USA) | |

**Athletes Commission**

| | |
|---|---|
| Co-Chair: Mary Pierce (FRA/BoD) | Co-Chair: Mark Woodforde (AUS/BoD) |

*Members to be confirmed*

**Joint Media Commission**

| | |
|---|---|
| Chair: David Haggerty (ITF President) | Russell Fuller (GBR) |
| Reem Abulleil (EGY) | Ray Giubilo (ITA) |
| Jennifer Arianas (USA) | Prajwal Hegde (IND) |
| Carole Bouchard (FRA) | Pete Holtermann (USA) |
| Simon Briggs (GBR) | Aurelia Mounier (FRA) |
| Clive Brunskill (GBR) | Fred Mullane (USA) |
| Simon Cambers (GBR) | Julien Reboullet (FRA) |
| Howard Fendrich (USA) | Catherine Whitaker (GBR) |

**Ethics Commission**

| | |
|---|---|
| Chair: Sandra Osborne (BAR) | Urvasi Naidoo (GBR) |
| Jack Anderson (AUS) | Dr Jean Nicolau (BRA) |
| David Howman (NZL) | Donald Rukare (UGA) |

## ITF BODIES AND WORKING GROUPS

**Development Advisors Group**
Chair: Jack Graham (CAN/BoD)          Naohiro Kawatei (JPN/BoD)
Carlos Bravo (CRC/BoD)                Salma Mouelhi Guizani (TUN/BoD)
Brian Hainline (USA/BoD)             Lionel Ollinger (FRA/BoD)

**ITF Investment Panel**
Chair: Martin Corrie (GBR)           Georges Gagnebin (SUI)
Mario Campos (BRA)                   David Rawlinson (GBR/BoD)
Mike Felton (GBR)

**North and Central America Regional Working Group**
Co-ordinator: Luca Santilli (ITF)    Tracy Davis (USA)
Cecilia Ancalmo (ESA)                Guillaume Marx (CAN)

### ITF Representatives to Other Tennis Bodies

**Hopman Cup Pty Ltd – Board of Directors**
Chair: David Haggerty (ITF President)   Rene Stammbach (SUI)
Stephen Healy (AUS)                     Stefan Tzvetkov (BUL)

**ITF Representatives on the WTA Board**
Member: David Haggerty (ITF President)
Alternative: Jackie Nesbitt (ITF Senior Executive Director, Tours & Player Pathway

**Anti-Doping Working Group**
Dr Stuart Miller

### ITF REPRESENTATIVES TO OTHER EXTERNAL SPORT BODIES

**International Olympic Committee (IOC)**
David Haggerty          IOC Member

**Association of Summer Olympic International Federations (ASOIF)**
David Haggerty          Delegate
Kelly Fairweather       Delegate

**International University Sport Federation (FISU)**
Alex Hughes             FISU Technical Delegate

## NATIONAL ASSOCIATIONS

Address list as of 1 January 2025
For the most up-to-date list please refer to:
www.itftennis.com/en/about-us/organisation/member-associations
For Members Share allocations refer to Appendix B.

**Afghanistan (AFG)**
Afghanistan Tennis Federation
Telephone: 93 70 274 772
President: Abdul Azim Niazi
Secretary: Ahmad Shaheer Shahriar
Email: afghantennisfederation@yahoo.co.uk

**Albania (ALB)**
Albanian Tennis Federation
Telephone: 355 42 74 361
President: Ferdinand Sulo
Secretary: Klaus Bardeli
Email: info@albaniantennis.com

**Algeria (ALG)**
Fédération Algérienne de Tennis
Telephone: 213 23 761 426
President: Nabil Cheriak
Secretary: Mohamed Cherif Outaidelt
Email: fat@fatdz.com
Website: www.fatdz.com

**American Samoa (ASA)**
American Samoa Tennis Association
Telephone: 1 684 699 6037
President: Florence Wasko
Secretary: Ti'a Reid
Email: tennis@asnoc.org

**Andorra (AND)**
Federació Andorrana de Tennis
Telephone: 376 890 350
President: Gerard Blasi
Secretary: Albert Casas
Email: fta@fta.ad

**Angola (ANG)**
Federação Angolana de Tenis
Telephone: 244 222746016
President: Platini Alexandre Stock Sousa Mendes
Secretary: Antonio Malengue
Email: geral@fatenis.co.ao
Website: ao.tenisintegrado.com/home

**Anguilla (AIA)**
Anguilla National Tennis Association
Telephone: 1 264 584 6891
President: Michelle Owens-Vasilis
Secretary: Marilyn Connor
Email: anguillanta@gmail.com

**Antigua & Barbuda (ANT)**
Antigua & Barbuda Tennis Association
Telephone: 1 268 560 5575
President: Cordell Williams
Secretary: Peter Quinn
Email: anu.btennis@gmail.com
Website: www.facebook.com/tennis.antigua

**Argentina (ARG)**
Asociación Argentina de Tenis
Telephone: 54 11 5277 6300
President: Agustin Calleri
Secretary: Omar Carballo
Email: info@aat.com.ar
Website: www.aat.com.ar

**Armenia (ARM)**
Armenian Tennis Federation
Telephone: 374 10 529 429
President: Harutyun Panbukyan
Secretary: Gevork Karamanoukian
Email: tennisarmenia@email.com
Website: www.tennisarmenia.org/hy

**Aruba (ARU)**
Tennis Aruba
Telephone: 297 5935053
President: Franz Sydow
Secretary: Sulaine Wong
Email: info@tennisaruba.com

**Australia (AUS)**
Tennis Australia
Telephone: 61 03 9914 4000
President: Jayne Hrdlicka
Secretary: Jacquie Mangan
Email: tareception@tennis.com.au
Website: www.tennis.com.au

**Austria (AUT)**
Österreichischer Tennisverband
Telephone: 43 1 865 4506
President: Martin Ohneberg
Secretary: Thomas Schweda
Email: info@oetv.at
Website: www.oetv.at

**Azerbaijan (AZE)**
Azerbaijan Tennis Federation
Telephone: 994 12 561 56 11
President: Ogtay Asadov
Secretary: Sabira Abdullayeva
Email: tennis@tennisfed.az

**Bahamas (BAH)**
The Bahamas Lawn Tennis Association
Telephone: 1 242 323 3933
President: Perry Newton
Secretary: John Laramore
Email: perry@blta.net
Website: www.blta.net

**Bahrain (BRN)**
Bahrain Tennis Federation
Telephone: 973 17 687 236
President: AbdulAziz Al Khalifa
Secretary: Fuad Mohammed Al Rowaie
Email: info@bahraintennisfederation.com
Website: www.bahraintennisfederation.com

**Bangladesh (BAN)**
Bangladesh Tennis Federation
Telephone: 880 2 862 6287
President: Abdul Hai Sarkar
Secretary: Ishtiaq Ahmed
Email: btftennis@yahoo.com

**Barbados (BAR)**
Barbados Tennis Association Inc.
Telephone: 1 246 427 5300 / 5298
President: Craig Smith
Secretary: Jeanne Symmonds
Email: tennisbarbados@caribsurf.com
Website: www.tennisbarbados.org

**Belarus (BLR)**
Belarus Tennis Federation
Telephone: 375 17 305 93 74
President: Siarhei Rutenko
Secretary: Kate Lisitsa
Email: belarustennis@gmail.com
Website: www.tennis.by

**Belgium (BEL)**
Fédération Royale Belge de Tennis
Telephone: 322 548 0304
President: Dirk De Maeseneer
Secretary: Gijs Kooken
Email: info@rbtf.be
Website: www.rbtf.be

**Belize (BIZ)**
Belize Tennis Association
Telephone: 501 22 77070
President: Samira Musa Pott
Secretary: Juana Avila
Email: belizetennisassociation@gmail.com

**Benin (BEN)**
Fédération Beninoise de Lawn Tennis
Telephone: 229 21 33 15 11
President: Jean-Claude Talon
Secretary: Agossou Bernardin Codjo
Email: fedebenintennis@yahoo.com

**Bermuda (BER)**
Bermuda Lawn Tennis Association
Telephone: 1 441 292 0105
President: Michael Wolfe
Secretary: Richard Mallory
Email: info@blta.bm
Website: www.blta.bm

**Bhutan (BHU)**
Bhutan Tennis Federation
Telephone: 975 2 326768
President: Palden Dorji
Secretary: Sonam Yangchen
Email: bhutantennisfederation@gmail.com
Website: www.btf.bt

**Bolivia (BOL)**
Federación Boliviana de Tenis
Telephone: 591 3 337 3024
President: Hiber Villafañe Guardia
Secretary: Daniel Berdecio Mercado
Email: secfbt@fbtenis.org.bo /
gerencia@fbtenis.org.bo
Website: www.fbtenis.org.bo

**Bonaire**
Bonairiaanse Lawn Tennis Bond
Telephone: 599 701 0507
President: Gianni Francees
Secretary: Wanda Bommer
Email: info@bonairetennisassociation.com

**Bosnia and Herzegovina (BIH)**
Tennis Association of Bosnia and Herzegovina
Telephone: 387 33 976 900
President: Miodrag Markovic
Secretary: Senad Hadžimešic
Email: tsbih@tsbih.ba
Website: www.tsbih.ba

**Botswana (BOT)**
Botswana Tennis Association
Telephone: 267 318 5859
President: Oaitse Thipe
Email: office@tennisbw.org.bw

**Brazil (BRA)**
Confederação Brasileira de Tênis
Telephone: 55 48 3028 8900
President: Rafael Westrupp
Email: tecnico@cbtenis.com.br
Website: www.cbtenis.com.br

**British Virgin Islands (IVB)**
BVI Tennis Association
Telephone: 284 441 2093
President: Carol Mitchell
Secretary: Marsha Corea
Email: britishvita@gmail.com
Website: www.bvitennis.com

**Brunei (BRU)**
Brunei Darussalam Tennis Association
Telephone: 673 2 381 205
President: Zahiruddin Zahari
Secretary: Yusree Yusainey
Email: bruneitennis.bdta@gmail.com

**Bulgaria (BUL)**
Bulgarian Tennis Federation
Telephone: 359 2 870 3078
President: Stefan Tzvetkov
Secretary: Georgi Krumov
Email: bft@bgtennis.bg
Website: www.bgtennis.bg

**Burkina Faso (BUR)**
Fédération Burkinabe De Tennis
Telephone: 226 76 40 62 86
President: Issouf Nacoulma
Secretary: Arsene Kiema
Email: fbt_burkina@yahoo.fr

**Burundi (BDI)**
Fédération de Tennis du Burundi
Telephone: 257 22 242 443
President: Gilbert Nibigirwe
Secretary: Evariste Bankimbaga
Email: ftbtennis@yahoo.fr

**Cambodia (CAM)**
Tennis Cambodia
Telephone: 855 96 6777 655
President: Rithy Sear
Secretary: Rithivit Tep
Email: tenniscambodia.info@gmail.com
Website: www.tenniscambodia.net

**Cameroon (CMR)**
Fédération Camerounaise de Tennis
Telephone: 237 99 93 80 70
Email: fecatennis237@gmail.com

**Canada (CAN)**
Tennis Canada
Telephone: 1 416 665 9777
President: Peter Kruyt
Secretary: Gavin Ziv
Email: info@tenniscanada.com
Website: www.tenniscanada.com

**Cape Verde (CPV)**
Federação Cabo Verdiana de Ténis
Telephone: 238 2 613 309
President: José Almada Dias
Secretary: Miguel Duarte
Email: fctenis@gmail.com

**Cayman Islands (CAY)**
Tennis Federation of the Cayman Islands
Telephone: 13459254212
President: Marc Gervais
Secretary: Elaine Anderson
Email: tennis@tennis-cayman.ky
Website: www.tennis.ky

**Central African Republic (CAF)**
Fédération Centrafricaine de Tennis
Telephone: 236 61 18 05
President: Erick Kamach
Secretary: Chantal Ombellet
Email: kamach.eric@gmail.com /
chantal.ombellel@kamachgroup.com

**Chad (CHA)**
Fédération Tchadienne de Tennis
Telephone: 253 629 4399
President: Souleyman Abdoulaye
Secretary: Mandekor Djimadoum
Email: souley.abdoulaye@yahoo.fr

**Chile (CHI)**
Federación de Tenis de Chile
Telephone: 56 2 22635328
President: Sergio G. Elias
Secretary: Jose Campos Flores
Email: contacto@fetech.cl
Website: www.fetech.cl

**China, P.R. (CHN)**
Chinese Tennis Association
Telephone: 86 10 8718 2387
President: Liu Wenbin
Secretary: Xilin Bai
Email: cta@tennis.org.cn
Website: www.tennis.org.cn

**Chinese Taipei (TPE)**
Chinese Taipei Tennis Association
Telephone: 886 2 2772 0298
President: Chi-fan Liu
Secretary: Jimmy Wang
Email: ctta@tennis.org.tw
Website: www.tennis.org.tw

**Colombia (COL)**
Federación Colombiana de Tenis
Telephone: 571 288 0800
President: Pablo Felipe Robledo
Secretary: Carlos Robles
Email: comunicaciones@fedecoltenis.com
Website: www.fedecoltenis.com

**Comoros (COM)**
Fédération Comorienne de Tennis
Telephone: 269 333 38 39

**Congo (CGO)**
Fédération Congolaise de Lawn Tennis
Telephone: 242 411 222
President: Germain Ickonga Akindou
Secretary: Alphonse Vianney Lebvoua
Email: contact@fecoten.com

**Congo, Dem. Rep. (COD)**
Fédération de la République Démocratique du
Congo de Tennis
Telephone: 243 8150 3909
President: Georges Koshi
Secretary: Augustin Djewya
Email: frdctennis@gmail.com /
frdc19-23@gmail.com

**Cook Islands (COK)**
Tennis Cook Islands
Telephone: 682 73560
President: Davina Hosking-Ashford
Secretary: Norah Browne
Email: tenniscookislands.tci@gmail.com

**Costa Rica (CRC)**
Federación Costarricense de Tenis
Telephone: 506 2227 1335
President: Carlos Bravo
Secretary: Jurgen Nanne
Email: info@fctenis.com
Website: www.fctenis.com

**Côte d'Ivoire (CIV)**
Fédération Ivoirienne de Tennis
Telephone: 225 2242 2880
President: Georges N'Goan
Secretary: Souleymane Ouattara
Email: fede_ivoirtennis@yahoo.fr
Website: www.fit-civ.org

**Croatia (CRO)**
Croatian Tennis Association
Telephone: 385 1 4830 756
President: Zdravko Marić
Secretary: Vladimir Jovanoski
Email: hts@hts.hr
Website: www.hts.hr

**Cuba (CUB)**
Federación Cubana de Tenis de Campo
Telephone: 537 7662121 / 7668084
President: Alexander Ferrales Gonzalez
Secretary: Belkis Rodríguez Abreu
Email: fct@inder.cu / fcteniscuba@gmail.com

**Curaçao (CUW)**
Tennis Federation Curaçao
Telephone: 59 99 6707062
President: Nirmala Kappel
Email: tennisfederatiecuracao@gmail.com

**Cyprus (CYP)**
Cyprus Tennis Federation
Telephone: 357 22 449860 / 449861
President: Demetris Leontis
Secretary: Pantelis Neos
Email: info@tennis.com.cy
Website: www.cyprustennis.com

**Czechia (CZE)**
Czech Tennis Association
Telephone: 420 222 333 444
President: Jakub Kotrba
Secretary: Michael Rytir
Email: cts@cztenis.cz
Website: www.cztenis.cz

**Denmark (DEN)**
Dansk Tennis Forbund
Telephone: 45 43 262 660
President: Christian Lunøe
Secretary: Emil Boedker
Email: dtf@tennis.dk
Website: www.tennis.dk

**Djibouti (DJI)**
Fédération Djiboutienne de Tennis
Telephone: 253 77 61 57 54
President: Sougueh Ibrahim Sougueh
Email: federation_djibouti_tennis@hotmail.com

**Dominica (DMA)**
Dominica Tennis Association
Telephone: 1 767 448 8367
President: Davidson Baron
Secretary: Fahreka Piper
Email: tennisdominica@yahoo.com

**Dominican Republic (DOM)**
Federación Dominicana de Tenis
Telephone: 1 809 483 8880 / 8882
President: Persio Maldonado
Secretary: Ruben Tejeda
Email: fedotenisrd@gmail.com
Website: fedotenis.org.do

**Ecuador (ECU)**
Federación Ecuatoriana de Tenis
Telephone: 593 42 610 467
President: Danilo Carrera Drouet
Secretary: Cesar Augusto Icaza
Email: info@fet.org.ec
Website: www.fet.org.ec

**Egypt (EGY)**
Egyptian Tennis Federation
Telephone: 202 24020673
President: Ismail El Shafei
Secretary: Ayman Azmy
Email: etf@urgentmail.com
Website: www.egypttennis.com

**El Salvador (ESA)**
Federación Salvadoreña de Tenis
Telephone: 503 2133 9500
President: Rafael Arévalo
Secretary: Rafael González
Email: gerencia@fstenis.org

**Equatorial Guinea (GEQ)**
Federación Ecuatoguineana de Tenis
Telephone: 240 09 8005
President: Juan Mondjeli Ikaka
Secretary: Miguel Angel Roku Evita
Email: Juan.mondjeli@hotmail.com

**Eritrea (ERI)**
Eritrean Tennis Federation
Telephone: 291 1 121 533
President: Johannes Tesfay
Secretary: Selam Ghirmai
Email: entf1998.er@gmail.com

**Estonia (EST)**
Estonian Tennis Association
Telephone: 372 6 398 637
President: Enn Pant
Secretary: Allar Hint
Email: tennis@tennis.ee
Website: www.tennis.ee

**Eswatini (SWZ)**
Eswatini National Tennis Association
Telephone: 268 404 1590
President: Derick Jele
Secretary: Nqaba Mkhaliphi
Email: deethandojay@gmail.com

**Ethiopia (ETH)**
Ethiopian Tennis Federation
Telephone: 251 11 618 6009
President: Tamrat Bekele
Secretary: Yilma Kefelegn
Email: etfgeneralsec@gmail.com

**Fiji (FIJ)**
Tennis Fiji
Telephone: 679 977 1227
President: Romil Patel
Secretary: Sereima Lalavanua
Email: play@tennis.com.fj
Website: www.tennisfiji.com

**Finland (FIN)**
Suomen Tennisliitto
Telephone: 358 9 348 121
President: Esa Kiiskinen
Secretary: Teemu Purho
Email: toimisto@tennis.fi
Website: www.tennis.fi

**France (FRA)**
Fédération Française de Tennis
Telephone: 33 1 4743 4800
President: Gilles Moretton
Secretary: Pierre Doumayrou
Email: accueil@fft.fr
Website: www.fft.fr

**Gabon (GAB)**
Fédération Gabonaise de Tennis
Telephone: 066 23 13 49
President: Jean-Baptiste Nseng Nseng
Secretary: Willy Christopher Engohang
Email: fegaten@yahoo.fr

**Gambia (GAM)**
Gambia Lawn Tennis Association
Telephone: 220 4495 946
President: Saul Frazer
Secretary: Abdoulie Puye
Email: president@gambialawntennis.com

**Georgia (GEO)**
Georgian Tennis Federation
Telephone: 995 32 2100 012
President: Khvicha Makatsaria
Secretary: Zurab Katsarava
Email: geotennisfederation@gmail.com

**Germany (GER)**
Deutscher Tennis Bund EV
Telephone: 49 40 411 78 0
President: Dietloff von Arnim
Secretary: Peter Mayer
Email: dtb@tennis.de
Website: www.dtb-tennis.de

**Ghana (GHA)**
Ghana Tennis Federation
Telephone: 233 21 667 267
President: Isaac Aboagye Duah
Secretary: Philippina Frimpong
Email: president@gtftennis.com /
secretary@gtftennis.com
Website: www.gtftennis.com

**Great Britain (GBR)**
The Lawn Tennis Association
Telephone: 44 20 8487 7000
President: Sandi Procter
Secretary: Scott Lloyd
Email: ntc.enquiries@lta.org.uk /
info@lta.org.uk
Website: www.lta.org.uk

**Greece (GRE)**
Hellenic Tennis Federation
Telephone: 30 210 756 3170/1/2
President: Dimitris Stamatiadis
Secretary: Spyros Zannias
Email: info@efoa.gr
Website: www.efoa.gr

**Grenada (GRN)**
Grenada Tennis Association
Telephone: 1 473 440 1977
President: Ali Drigo
Secretary: Deneal McQueen
Email: grenadatennis@gmail.com

**Guam (GUM)**
Guam National Tennis Federation
Telephone: 1 671 472 6270
President: Torgun Smith
Secretary: Duncan McCully
Email: torgun@gntf.org /
torgun@tennisacademyguam.com
Website: www.gntf.org

**Guatemala (GUA)**
Federación Nacional de Tenis de Guatemala
Telephone: 502 2385 1224
President: Tulio Davila
Secretary: Marco Tulio Mejia
Email: presidencia@fedetenisguate.com
Website: www.fedetenisguate.com

**Guinea-Bissau (GBS)**
Federação de Tenis da Guiné-Bissau
Telephone: 245 580 1212 / 245 660 8856
President: António Monteiro
Secretary: Silvano Gomes dos Santos
Email: ftenisgb@hotmail.com

**Guinea-Conakry (GUI)**
Fédération Guinéenne de Tennis
Telephone: 224 622 290565
President: Bouna Sylla
Secretary: Mohamed Camara
Email: domane19@gmail.com

**Guyana (GUY)**
Guyana Tennis Association
Telephone: 1 592 266 3173
President: Cristy Campbell
Secretary: Delon Fraser
Email: tennisguyana@gmail.com

**Haiti (HAI)**
Fédération Haitienne de Tennis
Telephone: 509 510 9601 / 510 9662
President: Franck-Alain Bauduy
Email: fht.tennishaiti@gmail.com
Website: www.tennishaiti.com

**Honduras (HON)**
Federación Hondureña de Tenis
Telephone: 504 2263 0489
President: Ivanhoe Calix
Secretary: Michelle Corletto
Email: presidenciafht@gmail.com
Website: www.fhtenis.com

**Hong Kong, China (HKG)**
Hong Kong, China Tennis Association Ltd
Telephone: 852 2 504 8266
President: Michael Cheng
Secretary: Oscar Chow
Email: info@tennishk.org
Website: www.tennishk.org

**Hungary (HUN)**
Magyar Tenisz Szovetseg
Telephone: 36 18 03 62 11
President: János Lázár
Secretary: Csilla Sütő
Email: info@huntennis.hu
Website: www.huntennis.hu

**Iceland (ISL)**
Tennis Association of Iceland
Telephone: 354 859 6363
President: Magnus Ragnarsson
Secretary: Bragi Leifur Hauksson
Email: tsi@tsi.is
Website: www.tsi.is

**India (IND)**
All India Tennis Association
Telephone: 91 11 26176258
President: Anil Jain
Secretary: Anil Dhupar
Email: aita@aitatennis.com
Website: www.aitatennis.com

**Indonesia (INA)**
Indonesian Tennis Association
Telephone: 62 21 571 0297/ 8
President: Edward Hiariej
Secretary: Hasbullah Tahir
Email: peltipusat@gmail.com / info@pelti.or.id
Website: www.pelti.or.id

**Iran (IRI)**
Tennis Federation of Islamic Republic of Iran
Telephone: 98 21 2203 90 96 / 7
President: Davood Azizi
Secretary: Shahrokh Keshevarz
Email: info@iritf.ir
Website: www.iritf.ir

**Iraq (IRQ)**
Iraqi Tennis Federation
Telephone: 964 1 774 8261
President: Saif Raheem Jabbar
Secretary: Zaynab Zaydan
Email: Iraqitenfed2003@yahoo.com

**Ireland (IRL)**
Tennis Ireland
Telephone: 353 1 8844 010
President: Letty Lucas
Secretary: Kevin Quinn
Email: info@tennisireland.ie
Website: www.tennisireland.ie

**Israel (ISR)**
Israel Tennis Association
Telephone: 972 36 499 440
President: Avraham Perets
Secretary: Sigal Hadad
Email: ita@ita.co.il
Website: www.ita.co.il

**Italy (ITA)**
Federazione Italiana Tennis e Padel
Telephone: 39 06 9837 2205
President: Angelo Binaghi
Secretary: Massimo Verdina
Email: segreteria@fitp.it
Website: www.fitp.it

**Jamaica (JAM)**
Tennis Jamaica
Telephone: 1 876 929 5878 / 906 5700
President: John Azar
Email: president@tennisjamaica.org
Website: www.tennisjamaica.org

**Japan (JPN)**
Japan Tennis Association
Telephone: 81 3 6812 9271
President: Kenichiro Yamanishi
Secretary: Machiko Aikawa
Email: office@jta-tennis.or.jp
Website: www.jta-tennis.or.jp

**Jordan (JOR)**
Jordan Tennis Federation
Telephone: 962 6 566 0896
President: Khaled Jamal Naffa
Secretary: Sohaib Abdelfattah Ismail
Email: info@jordantennisfed.com
Website: www.jordantennisfed.com

**Kazakhstan (KAZ)**
Kazakhstan Tennis Federation
Telephone: 7 7172 738301
President: Bulat Utemuratov
Secretary: Yuriy Polskiy
Email: rktennis@mail.ru / info@ktf.kz
Website: www.ktf.kz

**Kenya (KEN)**
Tennis Kenya
Telephone: 254 20 268 4891
President: James Kenani
Secretary: Wanjiru Mbugua-Karani
Email: info@kenyalawntennis.org
Website: www.tenniskenya.co.ke

**Kiribati (KIR)**
Kiribati Tennis Federation
Telephone: 686 22203 / 686 720 61118
President: Dmitriy Murdoch
Secretary: Vanessa Va'ai
Email: dimmurdoch@gmail.com

**Korea, D.P.R. (PRK)**
Tennis Association of DPR of Korea
Telephone: 850 218 111 Ext. 8164
President: Kim Su Ik
Secretary: Ko Yong Su
Email: prk@star-co.net.kp

**Korea, Republic of (KOR)**
Korea Tennis Association
Telephone: 82 2 420 4285
President: Young Ja Son
Secretary: Cheon Jin Choi
Email: kortennis@hanmail.net

**Kosovo (KOS)**
Kosovo Tennis Federation
Telephone: 383 45 242 441
President: Jeton Hadergjonaj
Secretary: Fjolla Ibishi
Email: federation@kosovatennisfederation.com
Website: www.tenniskosova.com

**Kuwait (KUW)**
Kuwait Tennis Federation
Telephone: 965 539 7261 / 3203
President: Abdul Redha J. Al Ghareeb
Secretary: Faleh Al Otaibi
Email: ktfofficial5@gmail.com

**Kyrgyzstan (KGZ)**
Kyrgyz Republic Tennis Federation
Telephone: 996 509440040
President: Nurdin Medetov
Secretary: Elnura Dzhumakhmatova
Email: kyrgyztennisfederation@gmail.com
Website: www.ftkr.kg

**Laos (LAO)**
Lao Tennis Federation
Telephone: 856 21 217 546
President: Daovone Phachanthavong
Secretary: Sisomphet Xayarath
Email: sisomphet2000@yahoo.com /
phachanthavong@yahoo.com

**Latvia (LAT)**
Latvian Tennis Union
Telephone: 371 6 775 2121
President: Ernests Gulbis
Secretary: Janis Mellups
Email: tiesnesis@lts.lv / office@lts.lv
Website: www.lts.lv

**Lebanon (LIB)**
Fédération Libanaise de Tennis
Telephone: 961 9 640 567 / 934 662
President: Oliver Fayssal
Secretary: Roger Bassil
Email: oliver@lebanesetennisfederation.com

**Lesotho (LES)**
Lesotho Lawn Tennis Association
Telephone: 266 67171592
President: Kamohelo Hlomisi
Secretary: Mampho Leshoele
Email: lesothotennis@gmail.com

**Liberia (LBR)**
Liberia Tennis Association
Telephone: 231 886 553 400
President: Paul Jamaal King
Secretary: Daniel Dean
Email: liberiatennisfederation2024@gmail.com

**Libya (LBA)**
Libyan Tennis Federation
Telephone: 218 21 478 0488
President: Khaled A. Ezankuli
Secretary: Mohammed Elhlak
Email: libyantennis@yahoo.com

**Liechtenstein (LIE)**
Liechtensteiner Tennisverband
Telephone: 423 392 4440
President: Daniel Kieber
Secretary: Christiane von Deichmann
Email: wolfgang.strub@tsv.li
Website: www.ltv.li

**Lithuania (LTU)**
Lithuanian Tennis Union
Telephone: 370 841 552 899
President: Ramunas Grusas
Secretary: Virginija Paliukaite
Email: info@tennis.lt
Website: www.tennis.lt

**Luxembourg (LUX)**
Fédération Luxembourgeoise de Tennis
Telephone: 352 574 470 1
President: Claude Lamberty
Secretary: Chris Richartz
Email: mail.flt.lu@gmail.com
Website: www.flt.lu

**Macau (MAC)**
Macau Tennis Association
Telephone: 853 2870 6024
President: Louise Ung
Secretary: Jose Miguel da Silva
Email: macautennis@gmail.com /
benz@macau.ctm.net

**Madagascar (MAD)**
Fédération Malagasy de Tennis
Telephone: 261 20 223 0060 / 0064
President: Soloniaina Rakotomaniraka
Secretary: Fanilo Rakotoseheno
Email: fmt.mada@gmail.com

**Malawi (MAW)**
Lawn Tennis Association of Malawi
Telephone: 265 995 419 246
President: Taona Mtegha
Secretary: Regina Dembo
Email: tennismalawi@gmail.com

**Malaysia (MAS)**
Lawn Tennis Association of Malaysia
Telephone: 603 6201 6173
President: Encik Mirzan Mahathir
Secretary: Muhammad Shahrul Hafidz Bin Ab Rahim
Email: secretary@ltam.my
Website: www.ltam.my

**Maldives (MDV)**
Tennis Association of the Maldives
Telephone: 960 331 7018
President: Ahmed Hafeez
Secretary: Yusuf Riza
Email: admin@tennis.mv

**Mali (MLI)**
Fédération Malienne de Tennis
Telephone: 223 223 48 05
President: Amadou Togola
Secretary: Amadou Dicko
Email: ahdicko@yahoo.fr /
togolabci2@yahoo.fr

**Malta (MLT)**
Malta Tennis Federation
Telephone: 356 9942 3049
President: Marc Gingell Littlejohn
Secretary: Jankarl Farrugia
Email: info@maltatennisfederation.com
Website: www.maltatennisfederation.com

**Marshall Islands (MHL)**
Marshall Islands Tennis Federation
Telephone: 692 625 5275
President: Randy Sylvester
Secretary: Marius Escarez
Email: randel.sylvester@gmail.com

**Mauritania (MTN)**
Fédération Mauritanienne de Tennis
Telephone: 222 529 68 29
President: Mohamed Lemine Ould Lemrabott
Secretary: Ahmed Rajel
Email: fmt.mauritanie@gmail.com

**Mauritius (MRI)**
Mauritius Tennis Federation
Telephone: 230 686 3214
President: Jean-Michel Giraud
Secretary: Florian Manson
Email: mtf@mtftennis.intnet.mu
Website: www.mauritiustennis.com

**Mexico (MEX)**
Federación Mexicana de Tenis
Telephone: 52 55 5689 9733
President: Carlos González López de Lara
Secretary: Ramon Estrada Díaz
Email: presidente@tenisfmt.com /
secretario@tenisfmt.com
Website: www.tenisfmt.com

**Micronesia, Fed. States (FSM)**
Federated States of Micronesia Lawn Tennis
Association
Telephone: 691 320 619

**Moldova (MDA)**
National Tennis Federation of Moldova
Telephone: 373 22 866 930
President: Ceslav Ciuhrii
Secretary: Natalia Belibova
Email: info@fntm.md
Website: www.fntm.md

**Monaco (MON)**
Fédération Monegasque de Tennis
Telephone: 377 93 255 574
President: Melanie-Antoinette de Massy
Secretary: Alain Manigley
Email: info@monaco-tennis.com
Website: www.monaco-tennis.com

**Mongolia (MGL)**
Mongolian Tennis Association
Telephone: 976 955 70311
President: Ganbaatar Dagvadorj
Secretary: J Batjargal
Email: mongoliantennisassociation@gmail.com

**Montenegro (MNE)**
Montenegrin Tennis Association
Telephone: 382 20 244 444
President: Dimitrije Rašović
Secretary: Aleksandar Sekulović
Email: mta@t-com.me
Website: www.mta.co.me

**Morocco (MAR)**
Fédération Royale Marocaine de Tennis
Telephone: 212 5 22 981 266 / 262
President: Faical Laaraichi
Secretary: Tifnouti Abdelaziz
Email: frmtennisinfo@gmail.com
Website: www.frmt.ma

**Mozambique (MOZ)**
Federação Moçambicana de Ténis
Telephone: 258 21 300473
President: Jonas Alberto Junior
Secretary: Virgílio Tivane
Email: tennis.moz@gmail.com

**Myanmar (MYA)**
Myanmar Tennis Federation
Telephone: 951 372 360 or 959 25427 2234
President: Myo Thura
Secretary: Lin Swe Htin
Email: myantennisfed@gmail.com

**Namibia (NAM)**
Namibia Tennis Association
Telephone: 264 61 227 764
President: Sam Kaulinge
Secretary: Alex Clive Gawanab
Email: nta@iway.na

**Nauru (NRU)**
Nauru Tennis Association
Telephone: 674 558 1029
President: John Tannang
Secretary: Branicia Itsimaera
Email: jtannang@gmail.com

**Nepal (NEP)**
Nepal Tennis Association
Telephone: 977 1 520 2144
President: Jyoti Rana
Secretary: Manohar Das Mool
Email: manohar.mool@gmail.com

**Netherlands (NED)**
Koninklijke Nederlandse
Telephone: 31 88 130 26 00
President: Roger Davids
Secretary: Pet Hendriks
Email: ledenservice@knltb.nl
Website: www.knltb.nl

**New Zealand (NZL)**
Tennis New Zealand
Telephone: 64 9 528 5428
President: Terri-Ann Scorer
Secretary: Julie Paterson
Email: info@tennis.kiwi
Website: www.tennis.kiwi

**Nicaragua (NCA)**
Federación Nicaragüense de Tenis
President: Maria Narvaez
Secretary: Franckyl Moraga Mendoza
Email: fedetennisnicaragua@gmail.com
Website: www.fedetenis-nicaragua.org

**Niger (NIG)**
Fédération de Tennis du Niger
Telephone: 227 735 893 / 734 286
President: Ahmed Ousman Diallo
Secretary: Boubacar Djibo
Email: nigerautennis@hotmail.com

**Nigeria (NGR)**
Nigeria Tennis Federation
Telephone: 234 803 307 0695
President: Ifedayo Akindoju
Secretary: Shammah Makpa
Email: nigtennisfederation2014@gmail.com

**Norfolk Islands (NFK)**
Norfolk Islands Tennis Association
Telephone: 6723 229 66
President: Jodie Quintal
Secretary: Marielle Andrew
Email: tennis@norfolk.net.nf /
emma_andrews18@hotmail.com
Website: www.cheryltennisnorfolkisland.blogspot.com

**North Macedonia, Republic of (MKD)**
Tennis Federation of North Macedonia
Telephone: 389 2 3229 687
President: Aleksandar Ivanovski
Secretary: Elena Nikodinovska Azar
Email: contact@tfsm.mk

**Northern Mariana Islands (NMI)**
Northern Mariana Islands Tennis Association
Telephone: 1 670 234 8438
President: Bobby Cruz
Secretary: Ed Johnson
Email: bobby.cruz@gmail.com

**Norway (NOR)**
Norges Tennisforbund
Telephone: 47 22 72 70 00
President: Lars Gjerdaker
Secretary: Aslak Paulsen
Email: post@tennis.no
Website: www.tennis.no

**Oman (OMA)**
Oman Tennis Association
Telephone: 968 247 51402
President: Mutassim Hamood Sangor Al Zadjali
Secretary: Mundhar Taghlab Hilal Al Barwani
Email: oman.tennis.asso@gmail.com

**Pakistan (PAK)**
Pakistan Tennis Federation
Telephone: 92 51 2624685
President: Aisam-Ul-Haq Qureshi
Secretary: Zia-ud-din Tufail
Email: info@paktenfed.com.pk
Website: www.paktenfed.com.pk

**Palau (PLW)**
Palau Tennis Federation
Telephone: 680 488 8099
President: Ernestine Rengiil
Secretary: Nikolas Ngirailild
Email: ekrengiil57@gmail.com

**Palestine (PLE)**
Palestine Tennis Federation
Telephone: 972 2 241 0612
President: Odai Daraghma
Secretary: Waleed Shahin
Email: psta@poc.ps
Website: www.poc.ps

**Panama (PAN)**
Federación Panameña de Tenis
Telephone: 507 397 9077
President: Juan Fondevila
Secretary: Carlos Peralta
Email: direcciontecnicapanama@outlook.com
Website: www.feptenis.org

**Papua New Guinea (PNG)**
Papua New Guinea Tennis Association
Telephone: 675 320 0633
President: Barbara Stubbings
Secretary: David Gole
Email: pngtennis@gmail.com

**Paraguay (PAR)**
Asociación Paraguaya de Tenis
Telephone: 595 21 525 943
President: Julio Ferrari
Secretary: Sofia Pérez
Email: gerencia@apt.com.py /
secretaria@apt.com.py
Website: www.apt.com.py

**Peru (PER)**
Federación Deportiva Peruana de Tenis
Telephone: 511 719 5290
President: Mario Monroy
Secretary: Crysthian Tapia Castillo
Email: gerencia@tenisperu.com.pe
Website: www.tenisperu.com.pe

**Philippines (PHI)**
Philippine Tennis Association
Telephone: 63 2 523 6415
President: Eric Olivarez
Secretary: John Rey Tiangco
Email: philta.main@philta.org

**Poland (POL)**
Polski Zwiazek Tenisowy
Telephone: 48 22 122 12 00 / 122 12 01
President: Dariusz Lukaszewski
Secretary: Bartosz Bulat
Email: pzt@pzt.pl
Website: www.pzt.pl

**Portugal (POR)**
Federação Portuguesa de Ténis
Telephone: 351 21 415 1356
President: Vasco Magalhães Costa
Secretary: Jose Costa
Email: geral@fptenis.pt
Website: www.tenis.pt

**Puerto Rico (PUR)**
Asociación de Tenis de Puerto Rico
Telephone: 1 787 982 7782
President: William Micheo
Secretary: Luis Pérez Giusti
Email: martinez@prtenis.com
Website: www.prtenis.com

**Qatar (QAT)**
Qatar Tennis Federation
Telephone: 974 440 9666
President: Nasser Ghanim Al-Khelaifi
Secretary: Tariq Zainal
Email: tennis@olympic.qa
Website: www.qatartennis.org

**Romania (ROU)**
Federatia Romana de Tennis
Telephone: 4021 324 5330
Email: office@frt.ro
Website: www.frt.ro

**Russia (RUS)**
Russian Tennis Federation
Telephone: 7 495 956 3360
President: Shamil Tarpischev
Secretary: Yakov Shatkhin
Email: avor@russport.ru
Website: www.tennis-russia.ru

**Rwanda (RWA)**
Rwanda Tennis Federation
Telephone: 250 07883 12950
President: Theoneste Karenzi
Secretary: Donati Rutagemwa
Email: frttennis@gmail.com

**Samoa (SAM)**
Tennis Samoa Inc
Telephone: 685 29261
President: Yvonne Carruthers
Secretary: Ihana Tulai
Email: vaitennisacademy@yahoo.com

**San Marino (SMR)**
San Marino Tennis Federation
Telephone: 378 0549 990 578
President: Christian Forcellini
Secretary: Elia Santi
Email: info@fst.sm
Website: www.fst.sm

**Saudi Arabia (KSA)**
Saudi Tennis Federation
Telephone: 966 11 482 0188
President: Arij Al Mutabagani
Secretary: Fawaz Alhakami
Email: info@tennissaudi.sa
Website: tennissaudi.sa

**Senegal (SEN)**
Fédération Senegalaise de Tennis
Telephone: 221 77 832 0267
President: Issa Mboup
Secretary: Ousseynou Kama
Email: fst.tennissenegal@gmail.com

**Serbia (SRB)**
Serbian Tennis Federation
Telephone: 381 117 121 898
President: Goran Djokovic
Secretary: Dušan Orlandić
Email: office@teniskisavez.com
Website: www.teniskisavez.com

**Seychelles (SEY)**
Seychelles Tennis Association
Telephone: 248 4323252
President: Fatime Kanté
Secretary: Philip Brioche
Email: tennissey@gmail.com

**Sierra Leone (SLE)**
Sierra Leone Tennis Association
Telephone: 23278148637
Email: sierraleonetennisassociation@gmail.com

**Singapore (SGP)**
Singapore Lawn Tennis Association
Telephone: 65 6295 2283
President: Jasmine Quek
Secretary: Tun Lin Quek
Email: info@singtennis.org.sg
Website: www.singtennis.org.sg

**Slovak Republic (SVK)**
Slovak Tennis Association
Telephone: 421 2 49209 877
President: Miloslav Mečíř
Secretary: Igor Moška
Email: stz@stz.sk
Website: www.stz.sk

**Slovenia (SLO)**
Tenis Slovenia
Telephone: 386 1 430 66 90
President: Andrej Slapar
Secretary: Gregor Krušič
Email: info@tenis-slovenija.si
Website: www.tenis-slovenija.si

**Solomon Islands (SOL)**
Solomon Islands Tennis Association
Telephone: 677 241 116
President: John Parsad
Secretary: Shalom M Akao
Email: sitennisassociation@gmail.com /
samuelramoni11@gmail.com
Website: www.tennissolomon@sportingpulse.net

**Somalia (SOM)**
Somali Tennis Federation
Telephone: 252 1 528 5009
President: Saad Gedi
Secretary: Hamza Hagi Abdi
Email: somfederation2023@gmail.com
Website: www.somtennis.so

**South Africa (RSA)**
Tennis South Africa
Telephone: 27 11 442 0500 / 01
President: Gavin Crookes
Email: info@tennissa.co.za
Website: www.tennissa.co.za

**Spain (ESP)**
Real Federación Española de Tenis
Telephone: 34 93 200 5355
President: Miguel Diaz Roman
Secretary: Lorenzo Martinez
Email: rfet@rfet.es
Website: www.rfet.es

**Sri Lanka (SRI)**
Sri Lanka Tennis Association
Telephone: 94 11 533 7161
President: Iqbal Bin Issack
Secretary: Pradeep Goonesekera
Email: sltennis@sltnet.lk
Website: www.sltennis.lk

**St Kitts and Nevis (SKN)**
St Kitts and Nevis Tennis Association
Telephone: 1 869 762 9820 /
763 8328 / 662 8158
President: Watkins Chiverton
Secretary: Mashanda Nisbett
Email: tennisskn@gmail.com
Website: www.tennisskn.org

**St Lucia (LCA)**
St Lucia Lawn Tennis Association Inc.
Telephone: 1 758 450 0429
President: Stephen Mcnamara
Secretary: Magdalene Charles-Williams
Email: lca.ntcplaytennis@gmail.com
Website: www.stluciatennisassociation.com

**St Maarten (AHO)**
Dutch Antilles (St Maarten) Tennis Association
Telephone: 1 416 877 7977
President: Mostafa Showraki
Secretary: Florence Aladejana
Email: sxmtennis@gmail.com
Website: www.stmaartentennis.com

**St Vincent and the Grenadines (VIN)**
St Vincent & The Grenadines Tennis Association
Telephone: 1 784 457 4090
President: Brian Nash
Secretary: Janelle Humphrey
Email: svgtennis@gmail.com
Website: www.svgtennis.com

**Sudan (SUD)**
Sudan Tennis Association
Telephone: 249 1 837 95473
President: Khalid Talaat Farid
Secretary: Mohamed Islam Gamal Elsanhoury
Email: sudantennis@gmail.com

**Suriname (SUR)**
Surinaamse Tennisbond
Telephone: 597 8810151
President: Mike Mac Intosch
Secretary: Neville van der Kuijp
Email: surinametennis@hotmail.com
Website: www.surinametennis.sr

**Sweden (SWE)**
The Swedish Tennis Association
Telephone: 46 10 444 04 10
President: Åsa Hedin
Secretary: Christer Sjoo
Email: info@tennis.se
Website: www.tennis.se

**Switzerland (SUI)**
Swiss Tennis
Telephone: 41 32 344 0707
President: Rene Stammbach
Secretary: Stefan Flückiger
Email: info@swisstennis.ch
Website: www.swisstennis.ch

**Syria (SYR)**
Syrian Arab Tennis Federation
Telephone: 963 11 441 1972
President: Safa Sarakbi
Secretary: Fadia Elias
Email: sytennis@scs-net.org

**Tahiti (TAH)**
Fédération Tahitienne de Tennis
Telephone: 40 42 38 66
President: Ruth Manea
Secretary: Olivier Mothe
Email: federation.de.tennis@mail.pf
Website: www.ftt.pf

**Tajikistan (TJK)**
National Tennis Federation of Republic of
Tajikistan
Telephone: 992 918 515 959
President: Shohin Saidov
Secretary: Mirhusein Yakhyozoda
Email: ttftennis@gmail.com

**Tanzania (TAN)**
Tanzania Tennis Association
Telephone: 255 7543 3751
President: Francis Thomas
Secretary: Irene Mwasanga
Email: info@tta.or.tz

**Thailand (THA)**
Lawn Tennis Association of Thailand
Telephone: 662 503 40803
President: Suchai Ponchaisakudom
Secretary: Thaitanu Wannasuk
Email: ltat_thai@ltat.org
Website: www.ltat.org

**Timor-Leste (TLS)**
Federação de Tenis de Timor Leste
Telephone: 670 74098512
President: João Mártires
Secretary: Firmino Mendonca Amaral
Email: joao_martires@yahoo.com.au
Website: fettil.tl

**Togo (TOG)**
Fédération Togolaise de Tennis
Telephone: 228 90 04 36 36 / 228 23 38 82 82
President: Mawuli Clement Ahialey
Secretary: Damgale Lamboni Albert
Email: ftt.be.2022@gmail.com

**Tonga (TGA)**
Tonga Tennis Association
Telephone: 676 23933
President: Carl Sanft
Secretary: Amanaki Fakakovikaetau
Email: ttf.president@yahoo.com

**Trinidad and Tobago (TTO)**
Tennis Association of Trinidad and Tobago
Telephone: 1 681 0051
President: Hayden Mitchell
Secretary: Carlista Mohammed
Email: tennistt2.tatt@gmail.com
Website: www.tennistt.info

**Tunisia (TUN)**
Fédération Tunisienne de Tennis
Telephone: 216 71 844 144
President: Salma Mouelhi Guizani
Secretary: Sarah Guinoubi
Email: ftt@ftt.tn

**Türkiye (TUR)**
Türkiye Tenis Federasyonu
Telephone: 90 312 309 7770
President: Cengiz Durmus
Secretary: Serhat Altinel
Email: tenis@ttf.org.tr
Website: www.ttf.org.tr

**Turkmenistan (TKM)**
Turkmenistan Tennis Federation
Telephone: 993 12 95 07 82
President: Eziz Dovletov
Email: ttftennis@protonmail.com
Website: www.ttf.gov.tm

**Turks & Caicos Islands (TKS)**
Turks & Caicos Tennis Association
Telephone: 649 946 5918
President: Art Forbes
Email: aforbestci@gmail.com
Website: www.tcitf.org

**Tuvalu (TUV)**
Tuvalu Tennis Association
Telephone: 688 906 103
President: Asita Molotii
Secretary: Filiga Niko
Email: asita.molotii@gmail.com /
talemenia@gov.tv

**Uganda (UGA)**
Uganda Tennis Association
Telephone: 256 772 719658
President: Matthias Nalyanya
Secretary: Alvin Bagaya Mboijana
Email: mnalyanya@lexuganda.com

**Ukraine (UKR)**
Ukrainian Tennis Federation
Telephone: 380 44 287 41 71
President: Sergiy Lagur
Secretary: Evgeniy Zukin
Email: international@utf.tennis
Website: www.utf.tennis

**United Arab Emirates (UAE)**
Tennis Emirates
Telephone: 971 4 266 0744
President: HH Hasher Maktoum Jumah Al
Maktoum
Secretary: Naser Yousef Mohamed Al Marzooqi
Email: info@uaetennis.ae
Website: www.tennisemirates.ae

**United States (USA)**
United States Tennis Association
Telephone: 1 914 696 7000
President: Brian Vahaly
Secretary: William McGugin
Email: nevarez@usta.com
Website: www.usta.com

**Uruguay (URU)**
Asociación Uruguaya de Tenis
Telephone: 290 49 030
President: Martin Hughes Sartori
Secretary: Rubek Orlando
Email: secretariadeportiva@aut.com.uy
Website: www.aut.uy

**US Virgin Islands (ISV)**
Virgin Islands Tennis Association
Telephone: 1 340 774 8547
President: Kelly Kuipers
Secretary: Valerie Lawrence
Email: vitennisassoc@gmail.com

**Uzbekistan (UZB)**
Uzbekistan Tennis Federation
Telephone: 998 71 237 2544
President: Alisher Mirsoatov
Secretary: Iroda Tulyaganova
Email: utf@tennis.uz
Website: www.tennis.uz

**Vanuatu (VAN)**
Fédération de Tennis de Vanuatu
Telephone: 678 25982
President: Cyrille Mainguy
Secretary: Francis Bryard
Email: cmg@vanuatu.com.vu

**Venezuela (VEN)**
Federación Venezolana de Tenis
Telephone: 58 212 979 2421
Email: tecnico@fvtenis.com
Website: ve.tenisintegrado.com

**Vietnam (VIE)**
Vietnam Tennis Federation
Telephone: 844 3734 9595
President: Nguyen Quoc Ky
Secretary: Nguyen Hong Son
Email: info@vtf.org.vn
Website: www.vtf.org.vn

**Yemen (YEM)**
Yemen Tennis Federation
Telephone: 967 1 427 579
President: Mohammed Al Surmi
Secretary: Abduljalil Alharazi
Email: info@yementf.com
Website: www.yementf.com/en

**Zambia (ZAM)**
Zambia Tennis Association
Telephone: 260 977 745 6685
President: Lighton Musonda
Secretary: Joe Siame Jr
Email: zambia.tennis@gmail.com /
TennisZambia19@gmail.com

**Zimbabwe (ZIM)**
Tennis Zimbabwe
Telephone: 263 4 707080 / 794425
President: Walter Jera
Secretary: Kupakwashe Mukurumbira
Email: tenniszim@yahoo.com

## REGIONAL ASSOCIATIONS

**Asian Tennis Federation (ATF)**
Telephone: 91 11 2617 6256
President: Yuriy Polskiy
Email: info@asiantennis.com
Website: www.asiantennis.com

**Confederación de Tenis de Centroamérica Caribe (COTECC))**
Telephone: 809 483 8880/81/82
President: Persio Maldonado
Secretary: Miguel Irigoyen
Email: miguel.irigoyen@cotecc.org.sv
Website: www.cotecc.org.sv

**Confederación Sudamericana de Tenis (COSAT)**
Telephone: 595 21 299608 / 290596
President: Rafael Westrupp
Secretary: Ruben Marturet
Email: ivan.machado@cosat.org
Website: www.cosat.org

**Confederation of African Tennis (CAT)**
Telephone: 216 71 84 77 85
President: Jean-Claude Talon
Secretary: Hichem Riani
Email: contact@cattennis.com / h.riani.cattennis@gmail.com
Website: www.cattennis.com

**Oceania Tennis Federation (OTF)**
Telephone: 64 9 309 4424
President: Cyrille Mainguy
Secretary: David Smith
Email: david@oceaniatennis.com
Website: www.oceaniatennis.com

**Tennis Europe (TE)**
Telephone: 41 61 335 90 40
President: Henrik Thorsoe Pedersen
Secretary: Thomas Hammerl
Email: contactus@tenniseurope.org
Website: www.tenniseurope.org

# RECOGNISED ORGANISATIONS

**Centenary Tennis Clubs**
President: Jordi Cambra
Secretary: Berta Tintoré
Email: info@centenarytennisclubs.org
Website: www.centenarytennisclubs.org

**Council of International Lawn Tennis Clubs**
President: Frank Sedgman
Secretary: Gustavo Herrero
Email: contact@tennis-concepts.com
Website: www.ictennis.net

**International Tennis Hall of Fame**
Telephone: 1 401 849 3990
President: Kim Clijsters and Patrick McEnroe
Secretary: Andrea Rice
Email: newport@tennisfame.com
Website: www.tennisfame.com



The ITF Foundation is comprised of international manufacturers and companies involved in the tennis industry. The ITF and the ITF Foundation work together for the development and promotion of the game.

| Supporting Members: | General Members: |
|---|---|















American Sports Builders Association

Artengo

Babolat

Dynaflex Sports Surfacing

Har-Tru

Head

Nova Sports USA

Renewaball

SurfTech

Tecnifibre

Tennis Industry Association

TigerTurf

Toplus

TTI Sports International

Unica Boya

Vigano Pavitex

WSP Textiles

Yonex

Any organisation interested in joining the ITF Foundation should contact:
International Tennis Federation  Bank Lane  Roehampton  London  SW15 5XZ
tel: +44 (0)20 8878 6464   email: foundation@itftennis.com



**PUBLISHED BY THE INTERNATIONAL TENNIS FEDERATION**

**ITF LTD   BANK LANE   ROEHAMPTON   LONDON SW15 5XZ   UK**

**TEL: +44 (0)20 8878 6464**

**WEB: WWW.ITFTENNIS.COM**

REGISTERED ADDRESS: PO BOX N-272,  NASSAU,  BAHAMAS