# Exhibit B



# ITF RULES OF TENNIS



# All the rules, on the go.





## RULES OF TENNIS

Available to download now.





# CONTENTS

|  |  |  |
|---|---|---|
|  | FOREWORD | 1 |
| Rule 1 | THE COURT | 2 |
| Rule 2 | PERMANENT FIXTURES | 3 |
| Rule 3 | THE BALL | 3 |
| Rule 4 | THE RACKET | 4 |
| Rule 5 | SCORE IN A GAME | 5 |
| Rule 6 | SCORE IN A SET | 6 |
| Rule 7 | SCORE IN A MATCH | 6 |
| Rule 8 | SERVER AND RECEIVER | 6 |
| Rule 9 | CHOICE OF ENDS AND SERVICE | 6 |
| Rule 10 | CHANGE OF ENDS | 7 |
| Rule 11 | BALL IN PLAY | 7 |
| Rule 12 | BALL TOUCHES A LINE | 7 |
| Rule 13 | BALL TOUCHES A PERMANENT FIXTURE | 7 |
| Rule 14 | ORDER OF SERVICE | 7 |
| Rule 15 | ORDER OF RECEIVING IN DOUBLES | 7 |
| Rule 16 | THE SERVICE | 8 |
| Rule 17 | SERVING | 8 |
| Rule 18 | FOOT FAULT | 8 |
| Rule 19 | SERVICE FAULT | 8 |
| Rule 20 | SECOND SERVICE | 9 |
| Rule 21 | WHEN TO SERVE AND RECEIVE | 9 |
| Rule 22 | THE LET DURING A SERVICE | 9 |
| Rule 23 | THE LET | 9 |
| Rule 24 | PLAYER LOSES POINT | 10 |
| Rule 25 | A GOOD RETURN | 11 |
| Rule 26 | HINDRANCE | 12 |
| Rule 27 | CORRECTING ERRORS | 12 |
| Rule 28 | ROLE OF COURT OFFICIALS | 13 |
| Rule 29 | CONTINUOUS PLAY | 14 |
| Rule 30 | COACHING | 14 |
| Rule 31 | PLAYER ANALYSIS TECHNOLOGY | 15 |
|  | RULES OF WHEELCHAIR TENNIS | 16 |
|  | AMENDMENT TO THE RULES OF TENNIS | 18 |
| Appendix I | THE BALL | 19 |
|  | CLASSIFICATION OF COURT SURFACE PACE | 20 |
| Appendix II | THE RACKET | 22 |
| Appendix III | PLAYER ANALYSIS TECHNOLOGY | 23 |
| Appendix IV | COACHING | 24 |
| Appendix V | ADVERTISING | 25 |
| Appendix VI | ALTERNATIVE PROCEDURES AND SCORING METHODS | 26 |
| Appendix VII | ROLE OF COURT OFFICIALS | 28 |
| Appendix VIII | 10 AND UNDER TENNIS COMPETITION | 32 |
| Appendix IX | PLAN OF THE COURT | 33 |
| Appendix X | SUGGESTIONS ON HOW TO MARK A COURT | 34 |
| Appendix XI | RULES OF BEACH TENNIS | 37 |
| Appendix XII | PROCEDURES FOR REVIEW AND HEARINGS | 38 |

*References to the International Tennis Federation or ITF shall hereafter mean ITF Limited.*

# FOREWORD

The International Tennis Federation (ITF) is the governing body of the game of tennis and its duties and responsibilities include protecting the integrity of the game through determination of the Rules of Tennis.

To assist the ITF in carrying out this responsibility, the ITF has appointed a Rules of Tennis Committee, which continually monitors the game and its rules and, when considered necessary, makes recommendations for changes to the Board of Directors of the ITF, who in turn make recommendations to the Annual General Meeting of the ITF, which is the ultimate authority for making any changes to the Rules of Tennis.

Appendix VI lists approved alternative procedures and scoring methods. In addition, on its own behalf or on application by interested parties, certain variations to the rules may be approved by the ITF for trial purposes only at a limited number of tournaments or events and/or for a limited time period. Such variations are not included in the published rules and require a report to the ITF on the conclusion of the approved trial.

***Note:*** *If there are any inconsistencies between the English version and Rules of Tennis translated into other languages, the English version shall prevail.*

## 1.    THE COURT

The court shall be a rectangle, 78 feet (23.77 m) long and, for singles matches, 27 feet (8.23 m) wide. For doubles matches, the court shall be 36 feet (10.97 m) wide.

The court shall be divided across the middle by a net suspended by a cord or metal cable which shall pass over or be attached to two net posts at a height of 3 ½ feet (1.07 m). The net shall be fully extended so that it completely fills the space between the two net posts, and it must be of sufficiently small mesh to ensure that a ball cannot pass through it. The height of the net shall be 3 feet (0.914 m) at the centre, where it shall be held down tightly by a strap. A band shall cover the cord or metal cable and the top of the net. The strap and band shall be completely white.

- The maximum diameter of the cord or metal cable shall be 1/3 inch (0.8 cm).
- The maximum width of the strap shall be 2 inches (5 cm).
- The band shall be between 2 inches (5 cm) and 2½ inches (6.35 cm) deep on each side.

For doubles matches, the centres of the net posts shall be 3 feet (0.914 m) outside the doubles court on each side.

For singles matches, if a singles net is used, the centres of the net posts shall be 3 feet (0.914 m) outside the singles court on each side. If a doubles net is used, then the net shall be supported, at a height of 3½ feet (1.07 m), by two singles sticks, the centres of which shall be 3 feet (0.914 m) outside the singles court on each side.

- The net posts shall not be more than 6 inches (15 cm) square or 6 inches (15 cm) in diameter.
- The singles sticks shall not be more than 3 inches (7.5 cm) square or 3 inches (7.5 cm) in diameter.
- The net posts and singles sticks shall not be more than 1 inch (2.5 cm) above the top of the net cord.

The lines at the ends of the court are called baselines and the lines at the sides of the court are called sidelines.

Two lines shall be drawn between the singles sidelines, 21 feet (6.40 m) from each side of the net, parallel with the net. These lines are called the servicelines. On each side of the net, the area between the serviceline and the net shall be divided into two equal parts, the service courts, by the centre serviceline. The centre serviceline shall be drawn parallel with the singles sidelines and half-way between them.

Each baseline shall be divided in half by a centre mark, 4 inches (10 cm) in length, which shall be drawn inside the court and parallel with the singles sidelines.

- The centre serviceline and centre mark shall be 2 inches (5 cm) wide.

- The other lines of the court shall be between 1 inch (2.5 cm) and 2 inches (5 cm) wide, except that the baselines may be up to 4 inches (10 cm) wide.

All court measurements shall be made to the outside of the lines and all lines of the court shall be of the same colour clearly contrasting with the colour of the surface.

No advertising is allowed on the court, net, strap, band, net posts or singles sticks except as provided in Appendix V.

In addition to the court described above, the court designated as "Red" and the court designated as "Orange" in Appendix VIII can be used for 10 and under tennis competition.

**Note:** *Guidelines for minimum distances between the baseline and backstops and between the sidelines and sidestops can be found in Appendix X.*

## 2.    PERMANENT FIXTURES

The permanent fixtures of the court include the backstops and sidestops, the spectators, the stands and seats for spectators, all other fixtures around and above the court, the chair umpire, line umpires, net umpire and ball persons when in their recognised positions.

In a singles match played with a doubles net and singles sticks, the net posts and the part of the net outside the singles sticks are permanent fixtures and are not considered as net posts or part of the net.

*Case 1: Can objects be attached to the net post?*
*Decision: Yes, provided that these objects are reasonable in size and placement and approved as Player Analysis Technology. As a guide, attachments should not be more than 50 cm wide (parallel to the net), 40 cm deep (perpendicular to the net) and 122 cm in height. Attachments should be placed so that they do not extend more than 10 cm inside the net post and not extend more than 20 cm above the net post or extend more than 20 cm from the plane of the net.*

## 3.    THE BALL

Balls, which are approved for play under the Rules of Tennis, must comply with the specifications in Appendix I.

The International Tennis Federation shall rule on the question of whether any ball or prototype complies with Appendix I or is otherwise approved, or not approved, for play. Such ruling may be taken on its own initiative or upon application by any party with a bona fide interest therein, including any player, equipment manufacturer or National Association or members thereof. Such rulings and applications shall be made in accordance with the applicable Review and Hearing Procedures of the International Tennis Federation (see Appendix XII).

The event organisers must announce in advance of the event:

a.  The number of balls for play (2, 3, 4 or 6).
b.  The ball change policy, if any.

Ball changes, if any, can be made either:

i.   After an agreed odd number of games, in which case, the first ball change in the match shall take place two games earlier than for the rest of the match, to make allowance for the warm-up. A tie-break game counts as one game for the ball change. A ball change shall not take place at the beginning of a tie-break game: in this case, the ball change shall be delayed until the beginning of the second game of the next set; or
ii.  At the beginning of a set

If a ball gets broken during play, the point shall be replayed.

*Case 1: If a ball is soft at the end of a point, should the point be replayed?*
*Decision: If the ball is soft, not broken, the point shall not be replayed.*

**Note:** *Any ball to be used in a tournament which is played under the Rules of Tennis must be named on the official ITF list of approved balls issued by the International Tennis Federation.*

## 4.   THE RACKET

Rackets, which are approved for play under the Rules of Tennis, must comply with the specifications in Appendix II.

The International Tennis Federation shall rule on the question of whether any racket or prototype complies with Appendix II or is otherwise approved, or not approved, for play. Such ruling may be undertaken on its own initiative or upon application by any party with a bona fide interest therein, including any player, equipment manufacturer or National Association or members thereof. Such rulings and applications shall be made in accordance with the applicable Review and Hearing Procedures of the International Tennis Federation (see Appendix XII).

*Case 1: Is more than one set of strings allowed on the hitting surface of a racket?*
*Decision: No. The rule mentions a pattern (not patterns) of crossed strings. (See Appendix II)*

*Case 2: Is the stringing pattern of a racket considered to be generally uniform and flat if the strings are on more than one plane?*
*Decision: No.*

*Case 3: Can vibration damping devices be placed on the strings of a racket? If so, where can they be placed?*
*Decision: Yes, but these devices may only be placed outside the pattern of the crossed strings.*

*Case 4: During a point, a player accidentally breaks the strings. Can the player continue to play another point with this racket?*
*Decision: Yes, except where specifically prohibited by event organisers.*

*Case 5: Is a player allowed to use more than one racket at any time during play?*
*Decision: No.*

*Case 6: Can a battery that affects playing characteristics be incorporated into a racket?*
*Decision: No. A battery is prohibited because it is an energy source, as are solar cells and other similar devices.*

## 5.    SCORE IN A GAME

a.    Standard game

A standard game is scored as follows with the server's score being called first:

| No point | - | "Love" |
| First point | - | "15" |
| Second point | - | "30" |
| Third point | - | "40" |
| Fourth point | - | "Game" |

except that if each player/team has won three points, the score is "Deuce". After "Deuce", the score is "Advantage" for the player/team who wins the next point. If that same player/team also wins the next point, that player/team wins the "Game"; if the opposing player/team wins the next point, the score is again "Deuce". A player/team needs to win two consecutive points immediately after "Deuce" to win the "Game".

b.    Tie-break game

During a tie-break game, points are scored "Zero", "1", "2", "3", etc. The first player/team to win seven points wins the "Game" and "Set", provided there is a margin of two points over the opponent(s). If necessary, the tie-break game shall continue until this margin is achieved.

The player whose turn it is to serve shall serve the first point of the tie-break game. The following two points shall be served by the opponent(s) (in doubles, the player of the opposing team due to serve next). After this, each player/team shall serve alternately for two consecutive points until the end of the tie-break game (in doubles, the rotation of service within each team shall continue in the same order as during that set).

The player/team whose turn it was to serve first in the tie-break game shall be the receiver in the first game of the following set.

Additional approved alternative scoring methods can be found in Appendix VI.

## 6.    SCORE IN A SET

There are different methods of scoring in a set. The two main methods are the "Advantage Set" and the "Tie-break Set". Either method may be used provided that the one to be used is announced in advance of the event. If the "Tie-break Set" method is to be used, it must also be announced whether the final set will be played as a "Tie-break Set" or an "Advantage Set".

a.    "Advantage Set"
      The first player/team to win six games wins that "Set", provided there is a margin of two games over the opponent(s). If necessary, the set shall continue until this margin is achieved.
b.    "Tie-break Set"
      The first player/team to win six games wins that "Set", provided there is a margin of two games over the opponent(s). If the score reaches six games all, a tie-break game shall be played.

Additional approved alternative scoring methods can be found in Appendix VI.

## 7.    SCORE IN A MATCH

A match can be played to the best of 3 sets (a player/team needs to win 2 sets to win the match) or to the best of 5 sets (a player/team needs to win 3 sets to win the match).

Additional approved alternative scoring methods can be found in Appendix VI.

## 8.    SERVER AND RECEIVER

The players/teams shall stand on opposite sides of the net. The server is the player who puts the ball into play for the first point. The receiver is the player who is ready to return the ball served by the server.

*Case 1: Is the receiver allowed to stand outside the lines of the court?*
*Decision: Yes. The receiver may take any position inside or outside the lines on the receiver's side of the net.*

## 9.    CHOICE OF ENDS AND SERVICE

The choice of ends and the choice to be server or receiver in the first game shall be decided by toss before the warm-up starts. The player/team who wins the toss may choose:

a.    To be server or receiver in the first game of the match, in which case the opponent(s) shall choose the end of the court for the first game of the match; or
b.    The end of the court for the first game of the match, in which case the opponent(s) shall choose to be server or receiver for the first game of the match; or
c.    To require the opponent(s) to make one of the above choices.

*Case 1: Do both players/teams have the right to new choices if the warm-up is stopped and the players leave the court?*
*Decision: Yes. The result of the original toss stands, but new choices may be made by both players/teams.*

## 10.    CHANGE OF ENDS

The players shall change ends at the end of the first, third and every subsequent odd game of each set. The players shall also change ends at the end of each set unless the total number of games in that set is even, in which case the players change ends at the end of the first game of the next set.

During a tie-break game, players shall change ends after every six points.

Additional approved alternative procedures can be found in Appendix VI.

## 11.    BALL IN PLAY

Unless a fault or a let is called, the ball is in play from the moment the server hits the ball, and remains in play until the point is decided.

## 12.    BALL TOUCHES A LINE

If a ball touches a line, it is regarded as touching the court bounded by that line.

## 13.    BALL TOUCHES A PERMANENT FIXTURE

If the ball in play touches a permanent fixture after it has hit the correct court, the player who hit the ball wins the point. If the ball in play touches a permanent fixture before it hits the ground, the player who hit the ball loses the point.

## 14.    ORDER OF SERVICE

At the end of each standard game, the receiver shall become the server and the server shall become the receiver for the next game.

In doubles, the team due to serve in the first game of each set shall decide which player shall serve for that game. Similarly, before the second game starts, their opponents shall decide which player shall serve for that game. The partner of the player who served in the first game shall serve in the third game and the partner of the player who served in the second game shall serve in the fourth game. This rotation shall continue until the end of the set.

## 15.    ORDER OF RECEIVING IN DOUBLES

The team which is due to receive in the first game of a set shall decide which player shall receive the first point in the game. Similarly, before the second game starts, their opponents shall decide which player shall receive the first point of that game. The player who was the receiver's partner for the first point of the game shall receive the second point and this rotation shall continue until the end of the game and the set. After the receiver has returned the ball, either player in a team can hit the ball.

*Case 1: Is one member of a doubles team allowed to play alone against the opponents?*
*Decision: No.*

## 16.    THE SERVICE

Immediately before starting the service motion, the server shall stand at rest with both feet behind (i.e. further from the net than) the baseline and within the imaginary extensions of the centre mark and the sideline.

The server shall then release the ball by hand in any direction and hit the ball with the racket before the ball hits the ground. The service motion is completed at the moment that the player's racket hits or misses the ball. A player who is able to use only one arm may use the racket for the release of the ball.

## 17.    SERVING

When serving in a standard game, the server shall stand behind alternate halves of the court, starting from the right half of the court in every game.

In a tie-break game, the service shall be served from behind alternate halves of the court, with the first served from the right half of the court.

The service shall pass over the net and hit the service court diagonally opposite before the receiver returns it.

## 18.    FOOT FAULT

During the service motion, the server shall not:

a.   Change position by walking or running, although slight movements of the feet are permitted; or
b.   Touch the baseline or the court with either foot; or
c.   Touch the area outside the imaginary extension of the sideline with either foot; or
d.   Touch the imaginary extension of the centre mark with either foot.

If the server breaks this rule it is a "Foot Fault".

*Case 1: In a singles match, is the server allowed to serve standing behind the part of the baseline between the singles sideline and the doubles sideline?*
*Decision: No.*

*Case 2: Is the server allowed to have one or both feet off the ground?*
*Decision: Yes.*

## 19.    SERVICE FAULT

The service is a fault if:

a.   The server breaks Rules 16, 17 or 18; or

b.  The server misses the ball when trying to hit it; or
c.  The ball served touches a permanent fixture, singles stick or net post before it hits the ground; or
d.  The ball served touches the server or server's partner, or anything the server or server's partner is wearing or carrying.

*Case 1: After tossing a ball to serve, the server decides not to hit it and catches it instead. Is this a fault?*
*Decision: No. A player, who tosses the ball and then decides not to hit it, is allowed to catch the ball with the hand or the racket, or to let the ball bounce.*

*Case 2: During a singles match played on a court with net posts and singles sticks, the ball served hits a singles stick and then hits the correct service court. Is this a fault?*
*Decision: Yes.*

## 20.    SECOND SERVICE

If the first service is a fault, the server shall serve again without delay from behind the same half of the court from which that fault was served, unless the service was from the wrong half.

## 21.    WHEN TO SERVE AND RECEIVE

The server shall not serve until the receiver is ready. However, the receiver shall play to the reasonable pace of the server and shall be ready to receive within a reasonable time of the server being ready.

A receiver who attempts to return the service shall be considered as being ready. If it is demonstrated that the receiver is not ready, the service cannot be called a fault.

## 22.    THE LET DURING A SERVICE

The service is a let if:

a.  The ball served touches the net, strap or band, and is otherwise good; or, after touching the net, strap or band, touches the receiver or the receiver's partner or anything they wear or carry before hitting the ground; or
b.  The ball is served when the receiver is not ready.

In the case of a service let, that particular service shall not count, and the server shall serve again, but a service let does not cancel a previous fault.

Additional approved alternative procedures can be found in Appendix VI.

## 23.    THE LET

In all cases when a let is called, except when a service let is called on a second service, the whole point shall be replayed.

9

*Case 1: When the ball is in play, another ball rolls onto court. A let is called. The server had previously served a fault. Is the server now entitled to a first service or second service?*
*Decision: First service. The whole point must be replayed.*

## 24.    PLAYER LOSES POINT

The point is lost if:

a.  The player serves two consecutive faults; or
b.  The player does not return the ball in play before it bounces twice consecutively; or
c.  The player returns the ball in play so that it hits the ground or, before it bounces, an object outside the correct court; or
d.  The player returns the ball in play so that, before it bounces, it hits a permanent fixture; or
e.  The receiver returns the service before it bounces; or
f.  The player deliberately carries or catches the ball in play on the racket or deliberately touches it with the racket more than once; or
g.  The player or the racket, whether in the player's hand or not, or anything which the player is wearing or carrying touches the net, net posts/singles sticks, cord or metal cable, strap or band, or the opponent's court at any time while the ball is in play; or
h.  The player hits the ball before it has passed the net; or
i.  The ball in play touches the player or anything that the player is wearing or carrying, except the racket; or
j.  The ball in play touches the racket when the player is not holding it; or
k.  The player deliberately and materially changes the shape of the racket when the ball is in play; or
l.  In doubles, both players touch the ball when returning it.

*Case 1: After the server has served a first service, the racket falls out of the server's hand and touches the net before the ball has bounced. Is this a service fault, or does the server lose the point?*
*Decision: The server loses the point because the racket touches the net while the ball is in play.*

*Case 2: After the server has served a first service, the racket falls out of the server's hand and touches the net after the ball has bounced outside the correct service court. Is this a service fault, or does the server lose the point?*
*Decision: This is a service fault because when the racket touched the net the ball was no longer in play.*

*Case 3: In a doubles match, the receiver's partner touches the net before the ball that has been served touches the ground outside the correct service court. What is the correct decision?*
*Decision: The receiving team loses the point because the receiver's partner touched the net while the ball was in play.*

*Case 4: Does a player lose the point if an imaginary line in the extension of the net is crossed before or after hitting the ball?*
*Decision: The player does not lose the point in either case provided the player does not touch the opponent's court.*

*Case 5: Is a player allowed to jump over the net into the opponent's court while the ball is in play?*
*Decision: No. The player loses the point.*

*Case 6: A player throws the racket at the ball in play. Both the racket and the ball land in the court on the opponent's side of the net and the opponent(s) is unable to reach the ball. Which player wins the point?*
*Decision: The player who threw the racket at the ball loses the point.*

*Case 7: A ball that has just been served hits the receiver or, in doubles, the receiver's partner before it touches the ground. Which player wins the point?*
*Decision: The server wins the point, unless it is a service let.*

*Case 8: A player standing outside the court hits the ball or catches it before it bounces and claims the point because the ball was definitely going out of the correct court.*
*Decision: The player loses the point, unless it is a good return, in which case the point continues.*

## 25.    A GOOD RETURN

It is a good return if:

a.  The ball touches the net, net posts/singles sticks, cord or metal cable, strap or band, provided that it passes over any of them and hits the ground within the correct court; except as provided in Rule 2 and 24 (d); or
b.  After the ball in play has hit the ground within the correct court and has spun or been blown back over the net, the player reaches over the net and plays the ball into the correct court, provided that the player does not break Rule 24; or
c.  The ball is returned outside the net posts, either above or below the level of the top of the net, even though it touches the net posts**,** provided that it hits the ground in the correct court; except as provided in Rules 2 and 24 (d); or
d.  The ball passes under the net cord between the singles stick and the adjacent net post without touching either net, net cord or net post and hits the ground in the correct court, or
e.  The player's racket passes over the net after hitting the ball on the player's own side of the net and the ball hits the ground in the correct court; or
f.  The player hits the ball in play, which hits another ball lying in the correct court.

*Case 1: A player returns a ball which then hits a singles stick and hits the ground in the correct court. Is this a good return?*
*Decision: Yes. However, if the ball is served and hits the singles stick, it is a service fault.*

*Case 2: A ball in play hits another ball which is lying in the correct court. What is the correct decision?*
*Decision: Play continues. However, if it is not clear that the actual ball in play has been returned, a let should be called.*

## 26.    HINDRANCE

If a player is hindered in playing the point by a deliberate act of the opponent(s), the player shall win the point.

However, the point shall be replayed if a player is hindered in playing the point by either an unintentional act of the opponent(s), or something outside the player's own control (not including a permanent fixture).

*Case 1: Is an unintentional double hit a hindrance?*
*Decision: No. See also Rule 24 (f).*

*Case 2: A player claims to have stopped play because the player thought that the opponent(s) was being hindered. Is this a hindrance?*
*Decision: No, the player loses the point.*

*Case 3: A ball in play hits a bird flying over the court. Is this a hindrance?*
*Decision: Yes, the point shall be replayed.*

*Case 4: During a point, a ball or other object that was lying on the player's side of the net when the point started hinders the player. Is this a hindrance?*
*Decision: No.*

*Case 5: In doubles, where are the server's partner and receiver's partner allowed to stand?*
*Decision: The server's partner and the receiver's partner may take any position on their own side of the net, inside or outside the court. However, if a player is creating a hindrance to the opponent(s), the hindrance rule should be used.*

## 27.    CORRECTING ERRORS

As a principle, when an error in respect of the Rules of Tennis is discovered, all points previously played shall stand. Errors so discovered shall be corrected as follows:

a.  During a standard game or a tie-break game, if a player serves from the wrong half of the court, this should be corrected as soon as the error is discovered, and the server shall serve from the correct half of the court according to the score. A fault that was served before the error was discovered shall stand.

b.  During a standard game or a tie-break game, if the players are at the wrong ends of the court, the error should be corrected as soon as it is discovered, and the server shall serve from the correct end of the court according to the score.

c.  If a player serves out of turn during a standard game, the player who was originally due to serve shall serve as soon as the error is discovered. However, if

a game is completed before the error is discovered the order of service shall remain as altered. In this case, any ball change to be made after an agreed number of games should be made one game later than originally scheduled.

A fault that was served by the opponents(s) before the error was discovered shall not stand.

In doubles, if the partners of one team serve out of turn, a fault that was served before the error was discovered shall stand.

d.  If a player serves out of turn during a tie-break game and the error is discovered after an even number of points have been played, the error is corrected immediately. If the error is discovered after an odd number of points have been played, the order of service shall remain as altered.

A fault that was served by the opponent(s) before the error was discovered shall not stand.

In doubles, if the partners of one team serve out of turn, a fault that was served before the error was discovered shall stand.

e.  During a standard game or a tie-break game in doubles, if there is an error in the order of receiving, this shall remain as altered until the end of the game in which the error is discovered. For the next game in which they are the receivers in that set, the partners shall then resume the original order of receiving.

f.  If in error a tie-break game is started at 6 games all, when it was previously agreed that the set would be an "Advantage set", the error shall be corrected immediately if only one point has been played. If the error is discovered after the second point is in play, the set will continue as a "Tie-break set".

g.  If in error a standard game is started at 6 games all, when it was previously agreed that the set would be a "Tie-break set", the error shall be corrected immediately if only one point has been played. If the error is discovered after the second point is in play, the set will continue as an "Advantage set" until the score reaches 8 games all (or a higher even number), when a tie-break game shall be played.

h.  If in error an "Advantage set" or "Tie-break set" is started, when it was previously agreed that the final set would be a match tie-break, the error shall be corrected immediately if only one point has been played. If the error is discovered after the second point is in play, the set will continue either until a player or team wins three games (and therefore the set) or until the score reaches 2 games all, when a match tie-break shall be played. However, if the error is discovered after the second point of the fifth game has started, the set will continue as a "Tie-break set". (See Appendix VI)

i.  If the balls are not changed in the correct sequence, the error shall be corrected when the player/team who should have served with new balls is next due to serve a new game. Thereafter the balls shall be changed so that the number of games between ball changes shall be that originally agreed. Balls should not be changed during a game.

## 28.  ROLE OF COURT OFFICIALS

For matches where officials are appointed, their roles and responsibilities can be found in Appendix VII.

## 29.    CONTINUOUS PLAY

As a principle, play should be continuous, from the time the match starts (when the first service of the match is put in play) until the match finishes.

a.   Between points, a maximum of twenty-five (25) seconds is allowed. When the players change ends at the end of a game, a maximum of ninety (90) seconds are allowed. However, after the first game of each set and during a tie-break game, play shall be continuous and the players shall change ends without a rest.
At the end of each set there shall be a set break of a maximum of one hundred and twenty (120) seconds.
The maximum time starts from the moment that one point finishes until the first service is struck for the next point.
Event organisers may apply for ITF approval to extend the ninety (90) seconds allowed when the players change ends at the end of a game and the one hundred and twenty (120) seconds allowed at a set break.

b.   If, for reasons outside the player's control, clothing, footwear or necessary equipment (excluding the racket) is broken or needs to be replaced, the player may be allowed reasonable extra time to rectify the problem.

c.   No extra time shall be given to allow a player to recover condition. However, a player suffering from a treatable medical condition may be allowed one medical time-out of three minutes for the treatment of that medical condition. A limited number of toilet/change of attire breaks may also be allowed, if this is announced in advance of the event.

d.   Event organisers may allow a rest period of a maximum of ten (10) minutes if this is announced in advance of the event. This rest period can be taken after the 3rd set in a best of 5 sets match, or after the 2nd set in a best of 3 sets match.

e.   The warm-up time shall be a maximum of five (5) minutes, unless otherwise decided by the event organisers.

## 30.    COACHING

"Coaching" is advice or instruction of any kind and by any means to a player. Coaching from an off-court location ("Off-Court Coaching") may be permitted in events played under the Rules of Tennis by the sanctioning body concerned.

In team events only, where there is a team captain sitting on-court, the team captain may give Coaching to the player(s) at such times as permitted by the sanctioning body concerned ("On-Court Coaching"). In all other competitions, On-Court Coaching is not permitted.

If permitted by the sanctioning body, players may access approved Player Analysis Technology at times when Coaching is permitted.

Coaching is subject to the conditions set out in Appendix IV.

Coaching is not permitted during the playing of a point.

## 31.    PLAYER ANALYSIS TECHNOLOGY

Player Analysis Technology, that is approved for play under the Rules of Tennis, must comply with the specifications in Appendix III.

The International Tennis Federation shall rule on the question of whether any such equipment is approved, or not approved. Such ruling may be taken on its own initiative, or upon application by any party with a bona fide interest therein, including any player, equipment manufacturer or National Association or members thereof. Such rulings and applications shall be made in accordance with the applicable Review and Hearing Procedures of the International Tennis Federation (see Appendix XII).

## RULES OF WHEELCHAIR TENNIS

The game of wheelchair tennis follows the ITF Rules of Tennis with the following exceptions:

a.  The Two Bounce Rule

   The wheelchair tennis player is allowed two bounces of the ball. The player must return the ball before it bounces a third time. The second bounce can be either in or out of the court boundaries.

b.  The Wheelchair

   The wheelchair is considered part of the body and all applicable rules, which apply to a player's body, shall apply to the wheelchair.

c.  The Service

   The service shall be delivered in the following manner:
   i.    Immediately before commencing the service, the server shall be in a stationary position. The server shall then be allowed one push before striking the ball.
   ii.   The server shall throughout the delivery of the service not touch with any wheel, any area other than that behind the baseline within the imaginary extension of the centre mark and sideline.
   iii.  If conventional methods for the service are physically impossible for a quad player, then the player or another individual may drop the ball for such a player and allow it to bounce before it is struck. If this is the case, the same method of serving must be used for the entire match.

d.  Player Loses Point

   A player loses a point if:
   i.    The player fails to return the ball before it has bounced three times; or
   ii.   Subject to rule f) below the player uses any part of their feet or lower extremities against the ground or against any wheel while delivering service, striking a ball, turning or stopping while the ball is in play; or
   iii.  The player fails to keep one buttock in contact with their wheelchair seat when contacting the ball.

e.  The Wheelchair

   Wheelchairs used in all competitions played under the Rules of Wheelchair Tennis must comply with the following specifications:

   i.    The wheelchair may be constructed of any material provided that such material is non-reflective and does not constitute a hindrance to the opponent.
   ii.   Wheels may have a single pushrim only. No changes to the wheelchair that afford the player a mechanical advantage are permitted, such as levers or gears. During normal play, wheels shall not leave permanent marks on, or otherwise damage, the court surface.

16

     iii.     Subject to Rule e(v), players shall use only the wheels (including pushrims) to propel the wheelchair. No steering, braking or gearing or other device that may assist operation of the wheelchair, including energy storage systems, is permitted.

     iv.     The height of the seat (including cushion) shall be fixed and players' buttocks shall remain in contact with the seat during the playing of a point. Strapping may be used to secure the player to the wheelchair.

     v.     Players who meet the requirements of Article 10 of the ITF Wheelchair Tennis Classification Rules may use a wheelchair powered by electric motor(s) (a "powered wheelchair"). Powered wheelchairs must not be able to exceed 15 km/h in any direction and shall be controlled by the player only.

     vi.     Applications may be made for modifications to the wheelchair for legitimate medical reasons. All such applications shall be submitted to the ITF Sport Science & Medicine Commission for approval a minimum of 60 days prior to intended use in an ITF-sanctioned event. A decision to reject a proposed modification may be appealed under Chapter III of the ITF Wheelchair Tennis Regulations.

f.   Propelling the Chair with the Foot

     i.     If due to lack of capacity a player is unable to propel the wheelchair via the wheel, then they may propel the wheelchair using one foot.

     ii.     Even if in accordance with rule f) i. above a player is permitted to propel the chair using one foot, no part of the player's foot may be in contact with the ground:

          a)     during the forward motion of the swing, including when the racket strikes the ball;

          b)     from the initiation of the service motion until the racket strikes the ball.

     iii.     A player in breach of this rule shall lose the point.

g.   Wheelchair/Able-bodied Tennis

Where a wheelchair tennis player is playing with or against an able-bodied person in singles or doubles, the Rules of Wheelchair Tennis shall apply for the wheelchair player while the Rules of Tennis for able-bodied tennis shall apply for the able-bodied player. In this instance, the wheelchair player is allowed two bounces while the able-bodied player is allowed only one bounce.

***Note:*** *The definition of lower extremities is: the lower limbs, including the buttocks, hips, thighs, legs, ankles and feet.*

## AMENDMENT TO THE RULES OF TENNIS

### (Article 8.2 of the Constitution of ITF Ltd)

The official and decisive text to the Rules of Tennis shall be for ever in the English language and no alteration or interpretation of such Rules shall be made except at an Annual General Meeting of the Council, nor unless notice of the Resolution embodying such alterations shall have been received by the ITF in accordance with Constitution Article 9D and such Resolution or one having the like effect shall be carried by a majority of two-thirds of the votes recorded in respect of the same.

Any alteration so made shall take effect as from the first day of January following, unless the Meeting shall by the like majority decide otherwise.

The Board of Directors shall have power, however, to settle all urgent questions of interpretation subject to confirmation at the General Meeting next following, in accordance with Constitution Article 8.2.4.3.

This text shall not be altered at any time without the unanimous consent of a General Meeting of the Council.

# APPENDIX I

## THE BALL

For all measurements in Appendix I, SI units shall take precedence.

a.  The ball shall have a uniform outer surface consisting of a fabric cover except for the Stage 3 (Red) foam ball. If there are any seams, they shall be stitchless.

b.  The ball shall conform to one of types specified in the table immediately below or in the table under paragraph (d).

| | TYPE 1 (FAST) | TYPE 2 (MEDIUM)[1] | TYPE 3 (SLOW)[2] | HIGH ALTITUDE[3] |
|---|---|---|---|---|
| **MASS (WEIGHT)** | 56.0-59.4 grams (1.975-2.095 ounces) | 56.0-59.4 grams (1.975-2.095 ounces) | 56.0-59.4 grams (1.975-2.095 ounces) | 56.0-59.4 grams (1.975-2.095 ounces) |
| **SIZE** | 6.54-6.86 cm (2.57-2.70 inches) | 6.54-6.86 cm (2.57-2.70 inches) | 7.00-7.30 cm (2.76-2.87 inches) | 6.54-6.86 cm (2.57-2.70 inches) |
| **REBOUND** | 138-151 cm (54-60 inches) | 135-147 cm (53-58 inches) | 135-147 cm (53-58 inches) | 122-135 cm (48-53 inches) |
| **FORWARD DEFORMATION**[4] | 0.56-0.74 cm (0.220-0.291 inches) | 0.56-0.74 cm (0.220-0.291 inches) | 0.56-0.74 cm (0.220-0.291 inches) | 0.56-0.74 cm (0.220-0.291 inches) |
| **RETURN DEFORMATION**[4] | 0.74-1.08 cm (0.291-0.425 inches) | 0.80-1.08 cm (0.315-0.425 inches) | 0.80-1.08 cm (0.315-0.425 inches) | 0.80-1.08 cm (0.315-0.425 inches) |
| **COLOUR** | White or Yellow | White or Yellow | White or Yellow | White or Yellow |

Notes:

[1] This ball type may be pressurised or pressureless. The pressureless ball shall have an internal pressure that is no greater than 7 kPa (1 psi) and may be used for high altitude play above 1,219 m (4,000 feet) above sea level and shall have been acclimatised for 60 days or more at the altitude of the specific tournament.

[2] This ball type is also recommended for high altitude play on any court surface type above 1,219 m (4,000 feet) above sea level.

[3] This ball type is pressurised and is specified for high altitude play above 1,219 m (4,000 feet) above sea level only.

[4] The deformation shall be the average of a single reading along each of three perpendicular axes. No two individual readings shall differ by more than 0.08 cm (0.031 inches).

c.  In addition, all ball types specified under paragraph (b) shall conform to the requirements for durability as shown in the following table:

| | MASS (WEIGHT) | REBOUND | FORWARD DEFORMATION | RETURN DEFORMATION |
|---|---|---|---|---|
| **MAXIMUM CHANGE**[1] | 0.4 grams (0.014 ounces) | 4.0 cm (1.6 inches) | 0.08 cm (0.031 inches) | 0.10 cm (0.039 inches) |

Notes:

[1] The largest permissible change in the specified properties resulting from the durability test described in the current edition of *ITF Approved Tennis Balls, Classified Surfaces & Recognised Courts*. The durability test uses laboratory equipment to simulate the effects of nine games of play.

d.  Only the ball types specified in the table below can be used in 10 and under tennis competition:

| | STAGE 3 (RED) FOAM | STAGE 3 (RED) STANDARD | STAGE 2 (ORANGE) STANDARD | STAGE 1 (GREEN) STANDARD |
|---|---|---|---|---|
| **MASS (WEIGHT)** | 25.0-43.0 grams (0.882-1.517 ounces) | 36.0-49.0 grams (1.270-1.728 ounces) | 36.0-46.9 grams (1.270-1.654 ounces) | 47.0-51.5 grams (1.658-1.817 ounces) |
| **SIZE** | 8.00-9.00 cm (3.15-3.54 inches) | 7.00-8.00 cm (2.76-3.15 inches) | 6.00-6.86 cm (2.36-2.70 inches) | 6.30-6.86 cm (2.48-2.70 inches) |
| **REBOUND** | 85-105 cm (33-41 inches) | 90-105 cm (35-41 inches) | 105-120 cm (41-47 inches) | 120-135 cm (47-53 inches) |
| **FORWARD DEFORMATION**[1] | ------- | ------- | 1.40-1.65 cm (0.551-0.650 inches) | 0.80-1.05 cm (0.315-0.413 inches) |
| **COLOUR**[2] | Any | Red and Yellow, or Yellow with a Red dot | Orange and Yellow, or Yellow with an Orange dot | Yellow with a Green dot |

Notes:

[1] The deformation shall be the average of a single reading along each of three perpendicular axes. There is no limit on the difference between individual forward deformation readings. There is no specification for return deformation.

[2] All coloured dots shall be reasonable in size and placement.

e.  All tests for rebound, mass, size, deformation and durability shall be made in accordance with the Regulations described in the current edition of *ITF Approved Tennis Balls, Classified Surfaces & Recognised Courts*.

## CLASSIFICATION OF COURT PACE

The ITF test method used for determining the pace of a court surface is ITF CS 01/02 (ITF Court Pace Rating) as described in the ITF publication entitled "ITF guide to test methods for tennis court surfaces".

Court surfaces which have an ITF Court Pace Rating of 0 to 29 shall be classified as being Category 1 (slow pace). Examples of court surface types which conform to this classification will include most clay courts and other types of unbound mineral surface.

Court surfaces which have an ITF Court Pace Rating of 30 to 34 shall be classified as being Category 2 (medium-slow pace), while court surfaces with an ITF Court Pace Rating of 35 to 39 shall be classified as being Category 3 (medium pace). Examples of court surface types which conform to this classification will include most acrylic coated surfaces plus some carpet surfaces.

Court surfaces with an ITF Court Pace Rating of 40 to 44 shall be classified as being Category 4 (medium-fast pace), while court surfaces which have an ITF Court Pace Rating of 45 or more shall be classified as being Category 5 (fast pace). Examples of court surface types which conform to this classification will include most natural grass, artificial grass and some carpet surfaces.

*Case 1: Which ball type should be used on which court surface?*

*Decision: 3 different types of balls are approved for play under the Rules of Tennis, however:*

a.   *Ball Type 1 (fast speed) is intended for play on slow pace court surfaces*

b.   *Ball Type 2 (medium speed) is intended for play on medium-slow, medium and medium-fast pace court surfaces*

c.   *Ball Type 3 (slow speed) is intended for play on fast pace court surfaces*

**Note:** *In addition to the ball types specified under paragraph (b) above, the Stage 1 (Green) ball may be used for all levels of competitive play except for world ranking professional tennis events, Davis Cup and Billie Jean King Cup, the Olympic and Paralympic Tennis Events, World Tennis Tour Men's, Women's and Junior Tournaments and Team events sanctioned by the ITF and affiliated Regional Associations, ITF World Tennis Masters Tour and Team events and ITF Wheelchair Tennis Tour and Team events.*

*Each National Association shall have the right to decide which national competitive events should use the Stage 1 (Green) ball.*

# APPENDIX II

## THE RACKET

For all measurements in Appendix II, SI units shall take precedence.

a.  The racket shall consist of a frame and string(s). The frame shall consist of a handle and head, and may also include a throat. The head is defined as that part of the racket to which the string(s) connect. The handle is defined as that part of the racket connected to the head which is held by the player in normal use. The throat, where present, is that part of the racket that joins the handle to the head.

b.  The hitting surface, defined as the main area of the stringing pattern bordered by the points of entry of the strings into the head or points of contact of the strings with the head, whichever is the smaller, shall be flat and consist of a pattern of crossed strings, which shall be alternately interlaced or bonded where they cross. The stringing pattern must be generally uniform and, in particular, not less dense in the centre than in any other area. The racket shall be designed and strung such that the playing characteristics are identical on both faces.

c.  The racket shall not exceed 73.7 cm (29.0 inches) in overall length, and 31.7 cm (12.5 inches) in overall width. The hitting surface shall not exceed 39.4 cm (15.5 inches) in overall length, when measured parallel to the longitudinal axis of the handle, and 29.2 cm (11.5 inches) in overall width, when measured perpendicular to the longitudinal axis of the handle.

d.  The racket shall be free of any attached object, protrusion or device which makes it possible to change materially the shape of the racket, or its moment of inertia about any principal axis, or to change any physical property which may affect the performance of the racket during the playing of a point. Attached objects, protrusions and devices that are approved as Player Analysis Technology, or that are utilised to limit or prevent wear and tear or vibration or, for the frame only, to distribute weight, are permitted. All permissible objects, protrusions and devices must be reasonable in size and placement for their respective purpose(s).

No energy source that in any way could change or affect the playing characteristics of a racket may be built into or attached to a racket.

# APPENDIX III

## PLAYER ANALYSIS TECHNOLOGY

Player Analysis Technology is equipment that may perform any of the following functions with respect to player performance information:

a.   Recording
b.   Storing
c.   Transmission
d.   Analysis
e.   Communication to a player of any kind and by any means

Player Analysis Technology may record and/or store information during a match. Such information may only be accessed by a player in accordance with Rule 30.

## APPENDIX IV

## COACHING

Subject to Coaching being permitted by the sanctioning body concerned:

a.  Coaching is permitted between points and at change of ends and set breaks, and at any other time (except during the playing of a point) permitted by the sanctioning body.

b.  for Off-Court Coaching and On-Court Coaching between points, communication may be verbal (when the coach(es) and player(s) are at the same end of the court) or by hand signals (at any time when coaching is permitted) only.

c.  Off-Court Coaching, and On-Court Coaching between points, must be brief (except during breaks in play) and discreet.

***Note:** a break in play includes medical time-out; toilet break; change of attire break; weather- and light-related breaks; and any other temporary break prior to the end of a match.*

# APPENDIX V

## ADVERTISING

1. Advertising is permitted on the net as long as it is placed on the part of the net that is within 3 feet (0.914 m) from the centre of the net posts and is produced in such a way that it does not interfere with the vision of the players or the playing conditions.
   A mark (non-commercial) of the sanctioning body is permitted on the lower part of the net, minimum 20 inches (0.51 m) from the top of the net, as long as it is produced in such a way that it does not interfere with the vision of the players or the playing conditions.

2. Advertising and other marks or material placed at the back and sides of the court shall be permitted unless it interferes with the vision of the players or the playing conditions.

3. Advertising and other marks or material placed on the court surface outside the lines is permitted unless it interferes with the vision of the players or the playing conditions.

4. Notwithstanding paragraphs (1), (2) and (3) above, any advertising, marks or material placed on the net or placed at the back and sides of the court, or on the court surface outside the lines may not contain white or yellow or other light colours that may interfere with the vision of the players or the playing conditions.

5. Advertising and other marks or material are not permitted on the court surface inside the lines of the court.

## APPENDIX VI

## ALTERNATIVE PROCEDURES AND SCORING METHODS

The alternatives listed in this Appendix VI may be used.

## SCORE IN A GAME (Rule 5):

"NO-AD" SCORING METHOD

A "No-Ad" game is scored as follows with the server's score being called first:

| No points | - | "Love" |
|---|---|---|
| First point | - | "15" |
| Second point | - | "30" |
| Third point | - | "40" |
| Fourth point | - | "Game" |

If each player/team has won three points, the score is "Deuce" and a deciding point shall be played. The receiver(s) shall choose whether to receive the service from the right half or the left half of the court. In doubles, the players of the receiving team cannot change positions to receive this deciding point. The player/team who wins the deciding point wins the "Game".

In mixed doubles, the player of the same gender as the server shall receive the deciding point. The players of the receiving team cannot change positions to receive the deciding point.

## SCORE IN A SET (Rules 6 and 7):

1.  SHORT SETS
    The first player/team to win four games wins the set, provided there is a margin of two games over the opponent(s). If the score reaches four games all, a tie-break game shall be played. Alternatively (at the discretion of the sanctioning body), if the score reaches three games all, a tie-break game shall be played.

2.  SHORT SET TIE-BREAK (5 POINTS)
    When playing Short Sets only, a Short Set tie-break may be used. The first player/team to win five points wins the "Game" and "Set", with a deciding point if the score reaches four all. The order and number of serves shall be determined by the sanctioning body. Players/Teams will only change ends after the first four points have been played.

3.  MATCH TIE-BREAK (7 POINTS)
    When the score in a match is one set all, or two sets all in best of five sets matches, one tie-break game may be played to decide the match. This tie-break game replaces the deciding final set.

    The first player/team to win seven points shall win the match tie-break and the match provided there is a margin of two points over the opponent(s). If necessary, the match tie-break game shall continue until this margin is achieved.

4.  MATCH TIE-BREAK (10 POINTS)
    When the score in a match is one set all, or two sets all in best of five sets matches, one tie-break game may be played to decide the match. This tie-break game replaces the deciding final set.

    The first player/team to win ten points shall win the match tie-break and the match provided there is a margin of two points over the opponent(s). If necessary, the match tie-break game shall continue until this margin is achieved.

*Note: When using the match tie-break to replace the final set:*
- *the original order of service continues. (Rules 5 and 14)*
- *in doubles, the order of serving and receiving within the team may be altered, as in the beginning of each set. (Rules 14 and 15)*
- *before the start of the match tie-break there shall be a 120-second set break.*
- *balls should not be changed before the start of the match tie-break even if a ball change is due.*

5.  FINAL SET TIE-BREAK (10 POINTS)
    When the score in a match is one set all, or two sets all in a best of five sets match, and six games all in the final set, a ten-point tie-break game may be played to decide the match. The first player/team to win ten points shall win the tie-break and the match provided there is a margin of two points over the opponent(s). If necessary, the tie-break game shall continue until this margin is achieved.

**CHANGE OF ENDS (Rule 10):**

During a tie-break game, players shall change ends after the first point and thereafter after every four points.

**THE LET DURING A SERVICE (Rule 22):**

"NO LET" RULE

This alternative is play without the service let in Rule 22.a, whereby a serve that touches the net, strap or band is in play. At the discretion of the sanctioning body, when playing doubles using Short Sets in combination with No-Ad scoring and the No-Let rule, either player on the receiving team is permitted to return a serve that touches the net, strap or band and lands within the correct service box.

# APPENDIX VII

## ROLE OF COURT OFFICIALS

The referee is the final authority on all questions of tennis law and the referee's decision is final.

In matches where a chair umpire is assigned, the chair umpire is the final authority on all questions of fact during the match.

The players have the right to call the referee to court if they disagree with a chair umpire's interpretation of tennis law.

In matches where line umpires and net umpires are assigned, they make all calls (including foot-fault calls) relating to that line or net. The chair umpire has the right to overrule a line umpire or a net umpire if the chair umpire is sure that a clear mistake has been made. The chair umpire is responsible for calling any line (including foot-faults) or net where no line umpire or net umpire is assigned.

A line umpire who cannot make a call shall signal this immediately to the chair umpire who shall make a decision. If the line umpire cannot make a call, or if there is no line umpire, and the chair umpire cannot make a decision on a question of fact, the point shall be replayed.

In team events where the referee is sitting on-court, the referee is also the final authority on questions of fact.

Play may be stopped or suspended at any time the chair umpire decides it is necessary or appropriate.

The referee may also stop or suspend play in the case of darkness, weather or adverse court conditions. When play is suspended for darkness, this should be done at the end of a set, or after an even number of games have been played in the set in progress. After a suspension in play, the score and position of players on-court in the match shall stand when the match resumes.

The chair umpire or referee shall make decisions regarding continuous play and coaching in respect of any Code of Conduct that is approved and in operation.

*Case 1: The chair umpire awards the server a first service after an overrule, but the receiver argues that it should be a second service, since the server had already served a fault. Should the referee be called to court to give a decision?*
*Decision: Yes. The chair umpire makes the first decision about questions of tennis law (issues relating to the application of specific facts). However, if a player appeals the chair umpire's decision, then the referee shall be called to make the final decision.*

28

*Case 2: A ball is called out, but a player claims that the ball was good. May the referee be called to court to make a decision?*
*Decision: No. The chair umpire makes the final decision on questions of fact (issues relating to what actually happened during a specific incident).*

*Case 3: Is a chair umpire allowed to overrule a line umpire at the end of a point if, in the chair umpire's opinion, a clear mistake was made earlier in the point?*
*Decision: No. A chair umpire may only overrule a line umpire immediately after the clear mistake has been made.*

*Case 4: A line umpire calls a ball "Out" and then the player argues that the ball was good. Is the chair umpire allowed to overrule the line umpire?*
*Decision: No. A chair umpire must never overrule as the result of the protest or appeal by a player*

*Case 5: A line umpire calls a ball "Out". The chair umpire was unable to see clearly, but thought the ball was in. May the chair umpire overrule the line umpire?*
*Decision: No. The chair umpire may only overrule when sure that the line umpire made a clear mistake.*

*Case 6: Is a line umpire allowed to change the call after the chair umpire has announced the score?*
*Decision: Yes. If a line umpire realises a mistake, a correction should be made as soon as possible provided it is not as the result of a protest or appeal of a player.*

*Case 7: If a chair umpire or line umpire calls "Out" and then corrects the call to good, what is the correct decision?*
*Decision: The chair umpire must decide if the original "Out" call was a hindrance to either player. If it was a hindrance, the point shall be replayed. If it was not a hindrance, the player who hit the ball wins the point.*

*Case 8: A ball is blown back over the net and the player correctly reaches over the net to try to play the ball. The opponent(s) hinders the player from doing this. What is the correct decision?*
*Decision: The chair umpire must decide if the hindrance was deliberate or unintentional and either awards the point to the hindered player or order the point to be replayed.*

## BALL MARK INSPECTION PROCEDURES

1. Ball mark inspections can only be made on clay courts.

2. A ball mark inspection requested by a player (team) shall be allowed only if the chair umpire cannot determine the call with certainty from their chair on either a point-ending shot or when a player (team) stops playing the point during a rally (returns are permitted but then the player must immediately stop).

3. When the chair umpire has decided to make a ball mark inspection, they should go down from the chair and make the inspection themselves. If they do not know where the mark is, they can ask the line umpire for help in locating the mark, but then the chair umpire shall inspect it.

4. The original call or overrule will always stand if the line umpire and chair umpire cannot determine the location of the mark or if the mark is unreadable.

5. Once the chair umpire has identified and ruled on a ball mark, this decision is final and not appealable.

6. In clay court tennis the chair umpire should not be too quick to announce the score unless absolutely certain of the call. If in doubt, wait before calling the score to determine whether a ball mark inspection is necessary.

7. In doubles the appealing player must make their appeal in such a way that either play stops or the chair umpire stops play. If an appeal is made to the chair umpire, then they must first determine that the correct appeal procedure was followed. If it was not correct or if it was late, then the chair umpire may determine that the opposing team was deliberately hindered.

8. If a player erases the ball mark before the chair umpire has made a final decision, they concede the call.

9. A player may not cross the net to check a ball mark without being subject to the Unsportsmanlike provision of the Code of Conduct.

## ELECTRONIC REVIEW PROCEDURES

At tournaments where an Electronic Review System is used, the following procedures should be followed for matches on courts where it is used.

1. A request for an Electronic Review of a line call or overrule by a player (team) shall be allowed only on either a point-ending shot or when a player (team) stops playing the point during a rally (returns are permitted but then the player must immediately stop).

2. The chair umpire should decide to use the Electronic Review when there is doubt about the accuracy of the line call or overrule. However, the chair umpire may

refuse the Electronic Review if they believe that the player is making an unreasonable request or that it was not made in a timely manner.

3. In doubles the appealing player must make their appeal in such a way that either play stops or the chair umpire stops play. If an appeal is made to the chair umpire, then they must first determine that the correct appeal procedure was followed. If it was not correct or if it was late, then the chair umpire may determine that the opposing team was deliberately hindered, in which case the appealing team loses the point.

4. The original call or overrule will always stand if the Electronic Review is unable, for whatever reason, to make a decision on that line call or overrule.

5. The chair umpire's final decision will be the outcome of the Electronic Review and is not appealable. If a manual choice is required for the system to review a particular ball impact, a review official approved by the referee shall decide which ball impact is reviewed.

6. Each player (team) is allowed three (3) unsuccessful appeals per set, plus one (1) additional appeal in the tie-break. For matches with advantage sets, players (teams) will start again with a maximum of three (3) unsuccessful appeals at 6 games all and every 12 games thereafter. For matches with match tie-break, the match tie-break counts as a new set and each player (team) starts with three (3) appeals. Players (teams) will have an unlimited number of successful appeals.

## APPENDIX VIII

## 10 AND UNDER TENNIS COMPETITION

**Courts:**

In addition to the (full sized) court described in Rule 1, the following court dimensions may be used for 10 and under tennis competition:

- A court, designated "Red" for the purposes of 10 and under tennis competition, shall be a rectangle, between 36 feet (10.97 m) and 42 feet (12.80 m) long, and between 14 feet (4.27 m) and 20 feet (6.10 m) wide. The net shall be between 31.5 inches (0.800 m) and 33.0 inches (0.838 m) high at the centre.
- A court, designated "Orange", shall be a rectangle, between 58 feet (17.68 m) and 60 feet (18.29 m) long, and between 20 feet (6.10 m) and 27 feet (8.23 m) wide. The net shall be between 31.5 inches (0.800 m) and 36.0 inches (0.914 m) high at the centre.

**Balls:**

Only the following ball types, which are specified in Appendix I, can be used in 10 and under tennis competition:

- A Stage 3 (Red) ball, which is recommended for play on a "red" court, by players aged up to 8 years, using a racket up to 23 inches (58.4 cm) long.
- A Stage 2 (Orange) ball, which is recommended for play on an "orange" court, by players aged 8 to 10 years, using a racket between 23 inches (58.4 cm) and 25 inches (63.5 cm) long.
- A Stage 1 (Green) ball, which is recommended for play on a full size court, by advanced players aged 9 to 10 years, using a racket between 25 inches (63.5 cm) and 26 inches (66.0 cm) long.

**Note:** Other ball types described in Appendix I cannot be used in 10 and under tennis competition.

**Scoring methods:**

For 10 and under tennis competition using Stage 3 (Red), Stage 2 (Orange) or Stage 1 (Green) balls, scoring methods specified in the Rules of Tennis (including those specified in Appendix VI) can be utilised, in addition to short duration scoring methods involving matches of one match tie-break, best of 3 tie-breaks/match tie-breaks, one short set or one regular set.

**Timed matches:**

For 10 and under tennis competition the tournament committee may set a specific time period for matches in the event.

## APPENDIX IX

## PLAN OF THE COURT



***Note:*** *All court measurements shall be made to the outside of the lines.*

## APPENDIX X

### SUGGESTIONS ON HOW TO MARK OUT A COURT
### Including Blended Lines



*Note:* All court measurements shall be made to the outside of the lines.

The following procedure is for the usual combined doubles and singles court. (See note at foot for a court for one purpose only.)

First select the position of the net; a straight line 42 feet (12.80 m) long. Mark the centre (X on the diagram above) and, measuring from there in each direction, mark:

at 13'6" (4.11 m) the points a, b, where the net crosses the inner sidelines,
at 16'6" (5.03 m) the positions of the singles sticks (n, n),
at 18'0" (5.48 m) the points A, B, where the net crosses the outer sidelines,
at 21'0" (6.40 m) the positions of the net posts (N, N), being the ends of the original 42'0" (12.80 m) line.

Insert pegs at A and B and attach to them the respective ends of two measuring tapes.

On one, which will measure the diagonal of the half-court, take a length 53'1" (16.18 m) and on the other (to measure the sideline) a length of 39'0" (11.89 m). Pull both taut so that at these distances they meet at a point C, which is one corner of the court. Reverse the measurements to find the other corner D. As a check on this operation it is advisable at this stage to verify the length of the line CD which, being the baseline, should be found to be 36'0" (10.97 m); and at the same time its centre J can be marked, and also the ends of the inner sidelines (c, d), 4'6" (1.37 m) from C and D.

The centreline and serviceline are now marked by means of the points F, H, G, which are measured 21'0" (6.40 m) from the net down the lines bc, XJ, ad, respectively. Identical procedure the other side of the net completes the court.

If a singles court only is required, no lines are necessary outside the points a, b, c, d, but the court can be measured out as above. Alternatively, the corners of the baseline (c, d) can be found if preferred by pegging the two tapes at a and b instead of at A and B, and by then using lengths of 47'5" (14.46 m) and 39'0" (11.89 m). The net posts will be at n, n, and a 33'0" (10 m) singles net should be used.

When a combined doubles and singles court with a doubles net is used for singles, the net must be supported at the points n, n, to a height of 3 feet 6 inches (1.07 m) by means of two singles sticks, which shall be not more than 3 inches (7.5 cm) square or 3 inches (7.5 cm) in diameter. The centres of the singles sticks shall be 3 feet (.914 m) outside the singles court on each side.
To assist in the placing of these singles sticks it is desirable that the points n, n, should each be shown with a white dot when the court is marked.

When sanctioning bodies approve so called "Blended Lines" on courts the following guidelines must be followed:

Colour:

- Within the same colour family as the background playing surface.
- Lighter than the background playing surface.
- Limit on colour variation of +22 points on the L* scale
  (Add ≤25% by volume of white paint to the background colour)

Pace:

- Within 5 CPR of the playing surface.

Dimensions:

- 1.0-1.5 cm narrower than the standard lines.

Marking:

- Terminate 8 cm from intersection with white playing lines.

***Note:*** *As a guide for international competitions, the recommended minimum distance between the baselines and the backstops should be 21 feet (6.40 m) and between the sidelines and the sidestops the recommended minimum distance should be 12 feet (3.66 m).*

*As a guide for recreational and Club play, the recommended minimum distance between the baselines and the backstops should be 18 feet (5.48 m) and between the sidelines and the sidestops the recommended minimum distance should be 10 feet (3.05 m).*

*As a guide, the recommended minimum height measured at the net from the court surface to the ceiling should be 29.6 feet (9.0 m).*

## APPENDIX XI

## RULES OF BEACH TENNIS

The Rules of Beach Tennis are approved by the Rules of Tennis Committee and the Board of Directors and can be found on https://www.itftennis.com/en/itf-tours/beach-tennis-tour/

**APPENDIX XII**

**PROCEDURES FOR REVIEW AND HEARINGS ON
THE RULES OF TENNIS**

**1.    INTRODUCTION**
**1.1**    These procedures were approved by the Board of Directors of the International Tennis Federation ("Board of Directors") on 17 May 1998.
**1.2**    The Board of Directors may from time to time supplement, amend, or vary these procedures.

**2.    OBJECTIVES**
**2.1**    The International Tennis Federation is the custodian of the Rules of Tennis and is committed to:
    a.   Preserving the traditional character and integrity of the game of tennis.
    b.   Actively preserving the skills traditionally required to play the game.
    c.   Encouraging improvements, which maintain the challenge of the game.
    d.   Ensuring fair competition.
**2.2**    To ensure fair, consistent and expeditious review and hearings in relation to the Rules of Tennis the procedures set out below shall apply.

**3.    SCOPE**
**3.1**    These Procedures shall apply to Rulings under:
    a.   Rule 1 – The Court.
    b.   Rule 3 – The Ball.
    c.   Rule 4 – The Racket.
    d.   Appendix I and II of the Rules of Tennis.
    e.   Any other Rules of Tennis which the International Tennis Federation may decide.

**4.    STRUCTURE**
**4.1**    Under these procedures Rulings shall be issued by a Ruling Board.
**4.2**    Such Rulings shall be final save, for an entitlement to appeal to an Appeal Tribunal pursuant to these procedures.

**5.    APPLICATION**
**5.1**    Rulings shall be taken either:
    a.   Following a motion of the Board of Directors; or
    b.   Upon the receipt of an application in accordance with the procedures set out below.

**6.    APPOINTMENT AND COMPOSITION OF RULING BOARDS**
**6.1**    Ruling Boards shall be appointed by the President of the International Tennis Federation ("President") or their designee and shall comprise of such a number, as the President or their designee shall determine.
**6.2**    If more than one person is appointed to the Ruling Board the Ruling Board shall nominate one person from amongst themselves to act as Chairperson.

**6.3**    The Chairperson shall be entitled to regulate the procedures prior to and at any review and/or hearing of a Ruling Board.

## 7.    PROPOSED RULINGS BY THE RULING BOARD

**7.1**    The details of any proposed Ruling issued upon the motion of the Board of Directors may be provided to any bona fide person or any players, equipment manufacturer or national association or members thereof with an interest in the proposed Ruling.

**7.2**    Any person so notified shall be given a reasonable period within which to forward comments, objections, or requests for information to the President or his designee in connection with the proposed Ruling.

## 8.    APPLICATION FOR RULINGS

**8.1**    An application for a Ruling may be made by any party with a bona fide interest in the Ruling including any player, equipment manufacturer or national association or member thereof.

**8.2**    Any application for a Ruling must be submitted in writing to the President.

**8.3**    To be valid an application for a Ruling must include the following minimum information:

    a.   The full name and address of the Applicant.

    b.   The date of the application.

    c.   A statement clearly identifying the interest of the Applicant in the question upon which a Ruling is requested.

    d.   All relevant documentary evidence upon which the Applicant intends to rely at any hearing.

    e.   If, in the opinion of the Applicant, expert evidence is necessary they shall include a request for such expert evidence to be heard. Such request must identify the name of any expert proposed and their relevant expertise.

    f.   When an application for a Ruling on a racket or other piece of equipment is made, a prototype or, exact, copy of the equipment in question must be submitted with the application for a Ruling.

    g.   If, in the opinion of the Applicant, there are extraordinary or unusual circumstances, which require a Ruling to be made within a specified time or before a specified date they shall include a statement describing the extraordinary or unusual circumstances.

**8.4**    If an application for a Ruling does not contain the information and/or equipment referred to at Clause 8.3 (a)-(g) above the President or their designee shall notify the Applicant giving the Applicant a specified reasonable time within which to remedy the defect. If the Applicant fails to remedy the defect within the specified time the application shall be dismissed.

## 9.    CONVENING THE RULING BOARD

**9.1**    On receipt of a valid application or on the motion of the Board of Directors the President or their designee may convene a Ruling Board to deal with the application or motion.

**9.2**    The Ruling Board need not hold a hearing to deal with an application or motion where the application or motion, in the opinion of the Chairperson can be resolved in a fair manner without a hearing.

**10.    PROCEDURE OF THE RULING BOARD**

**10.1**    The Chairperson of a Ruling Board shall determine the appropriate form, procedure and date of any review and/or hearing.

**10.2**    The Chairperson shall provide written notice of those matters set out at 10.1 above to any Applicant or any person or association who has expressed an interest in the proposed Ruling.

**10.3**    The Chairperson shall determine all matters relating to evidence and shall not be bound by judicial rules governing procedure and admissibility of evidence provided that the review and/or hearing is conducted in a fair manner with a reasonable opportunity for the relevant parties to present their case.

**10.4**    Under these procedures any review and/or hearings:

    a.  Shall take place in private.

    b.  May be adjourned and/or postponed by the Ruling Board.

**10.5**    The Chairperson shall have the discretion to co-opt from time to time additional members onto the Ruling Board with special skill or experience to deal with specific issues, which require such special skill or experience.

**10.6**    The Ruling Board shall take its decision by a simple majority. No member of the Ruling Board may abstain.

**10.7**    The Chairperson shall have the complete discretion to make such order against the Applicant [and/or other individuals or organisations commenting objecting or requesting information at any review and/or hearing] in relation to the costs of the application and/or the reasonable expenses incurred by the Ruling Board in holding tests or obtaining reports relating to equipment subject to a Ruling as he shall deem appropriate.

**11.    NOTIFICATION**

**11.1**    Once a Ruling Board has reached a decision it shall provide written notice to the Applicant, or any person or association who has expressed an interest in the proposed Ruling, as soon as reasonably practicable.

**11.2**    Such written notice shall include a summary of the reasoning behind the decision of the Ruling Board.

**11.3**    Upon notification to the Applicant or upon such other date specified by the Ruling Board the Ruling of the Ruling Board shall be immediately binding under the Rules of Tennis.

**12.    APPLICATION OF CURRENT RULES OF TENNIS**

**12.1**    Subject to the power of the Ruling Board to issue interim Rulings the current Rules of Tennis shall continue to apply until any review and/or hearing of the Ruling Board is concluded and a Ruling issued by the Ruling Board.

**12.2**    Prior to and during any review and/or hearing the Chairperson of the Ruling Board may issue such directions as are deemed reasonably necessary in the implementation of the Rules of Tennis and of these procedures including the issue of interim Rulings.

**12.3**  Such interim Rulings may include restraining orders on the use of any equipment under the Rules of Tennis pending a Ruling by the Ruling Board as to whether or not the equipment meets the specification of the Rules of Tennis.

## 13.  APPOINTMENT AND COMPOSITION OF APPEAL TRIBUNALS

**13.1**  Appeal Tribunals shall be appointed by the President or his designee from members of the Board of Directors.

**13.2**  No member of the Ruling Board who made the original Ruling shall be a member of the Appeal Tribunal.

**13.3**  The Appeal Tribunal shall comprise of such number as the President or their designee shall determine but shall be no less than three.

**13.4**  The Appeal Tribunal shall nominate one person from amongst themselves to act as Chairperson.

**13.5**  The Chairperson shall be entitled to regulate the procedures prior to and at any appeal hearing.

## 14.  APPLICATION TO APPEAL

**14.1**  An Applicant [or a person or association who has expressed an interest and forwarded any comments, objections, or requests to a proposed Ruling] may appeal any Ruling of the Ruling Board.

**14.2**  To be valid an application for an appeal must be:
   a.  Made in writing to the Chairperson of the Ruling Board who made the Ruling appealed not later than 45 days following notification of the Ruling;
   b.  Must set out details of the Ruling appealed against; and
   c.  Must contain the full grounds of the appeal.

**14.3**  Upon receipt of a valid application to appeal the Chairperson of the Ruling Board making the original Ruling may require a reasonable appeal fee to be paid by the Appellant as a condition of appeal. Such appeal fee shall be repaid to the Appellant if the appeal is successful.

## 15.  CONVENING THE APPEAL TRIBUNAL

**15.1**  The President or their designee shall convene the Appeal Tribunal following payment by the Appellant of any appeal fee.

## 16.  PROCEDURES OF APPEAL TRIBUNAL

**16.1**  The Appeal Tribunal and their Chairperson shall conduct procedures and hearings in accordance with those matters set out in sections 10, 11 and 12 above.

**16.2**  Upon notification to the Appellant or upon such other date specified by the Appeal Tribunal the Ruling of the Appeal Tribunal shall be immediately binding and final under the Rules of Tennis.

## 17.  GENERAL

**17.1**  If a Ruling Board consists of only one member that single member shall be responsible for regulating the hearing as Chairperson and shall determine the procedures to be followed prior to and during any review and/or hearing.

**17.2**  All review and/or hearings shall be conducted in English. In any hearing where an Applicant, and/or other individuals or organisations commenting, objecting or requesting information do not speak English an interpreter must be present. Wherever practicable the interpreter shall be independent.

**17.3**  The Ruling Board or Appeal Tribunal may publish extracts from its own Rulings.

**17.4**  All notifications to be made pursuant to these procedures shall be in writing.

**17.5**  Any notifications made pursuant to these procedures shall be deemed notified upon the date that they were communicated, sent or transmitted to the Applicant or other relevant party.

**17.6**  A Ruling Board shall have the discretion to dismiss an application if in its reasonable opinion the application is substantially similar to an application or motion upon which a Ruling Board has made a decision and/or Ruling within the 36 months prior to the date of the application.

© ITF Limited t/a International Tennis Federation
All rights reserved
2024



The ITF Foundation is comprised of international manufacturers and companies involved in the tennis industry. The ITF and the ITF Foundation work together for the development and promotion of the game.

| Supporting Members: | General Members: |
|---|---|















American Sports Builders Association

Artengo

Babolat

Dynaflex Sports Surfacing

Har-Tru

Head

Nova Sports USA

Renewaball

SurfTech

Tecnifibre

Tennis Industry Association

TigerTurf

Toplus

TTI Sports International

Unica Boya

Vigano Pavitex

WSP Textiles

Yonex

Any organisation interested in joining the ITF Foundation should contact:
International Tennis Federation  Bank Lane  Roehampton  London  SW15 5XZ
tel: +44 (0)20 8878 6464   email: foundation@itftennis.com



**PUBLISHED BY ITF LTD**

**BANK LANE   ROEHAMPTON**

**LONDON   SW15 5XZ   UK**

REGISTERED ADDRESS: PO BOX N-272, NASSAU, BAHAMAS

**TEL: +44 (0)20 8878 6464**

**WEB: WWW.ITFTENNIS.COM**

