UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VASEK POSPISIL, NICHOLAS KYRGIOS, ANASTASIA RODIONOVA, NICOLE MELICHAR-MARTINEZ, SAISAI ZHENG, SORANA CÎRSTEA, JOHN-PATRICK SMITH, NOAH RUBIN, ALDILA SUTJIADI, VARVARA GRACHEVA, TENNYS SANDGREN, and REILLY OPELKA, on behalf of themselves and all others similarly situated,<br><br>-and-<br><br>THE PROFESSIONAL TENNIS PLAYERS ASSOCIATION,<br>                   Plaintiffs,<br>                   v.<br>ATP TOUR, INC., WTA TOUR, INC., INTERNATIONAL TENNIS FEDERATION LTD., and INTERNATIONAL TENNIS INTEGRITY AGENCY LTD.,<br>                   Defendants. | Case No. 1:24-cv-00207-MMG<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF DEFENDANT ATP TOUR, INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO SEVER CLAIMS AGAINST ATP UNDER F.R.C.P. 21, AND TRANSFER PURSUANT TO 28 U.S.C. § 1404(A)**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the declaration of Bradley I. Ruskin and the exhibits thereto, the declaration of Mark V. Young and the exhibits thereto, and upon all the pleadings and prior proceedings in this action, Defendant ATP Tour, Inc. ("ATP"), by and through their undersigned attorneys, will move this Court, before the Honorable Margaret M. Garnett located at 40 Foley Square, New York, New York 10007, on a date and time to be determined by this Court, or as soon thereafter as counsel can be heard, for an order pursuant to Federal Rules of Civil Procedure 12(b)(6), or, in the alternative, to sever pursuant to Fed. R. Civ. P. 21 and transfer to the District of Delaware pursuant to 28 U.S.C. §

1404(a), all claims against ATP, of the Complaint, ECF No. 1, as required under the mandatory forum selection clause of the ATP Bylaws, and to dismiss any claims brought by plaintiffs who played only on the WTA Tour, pursuant to Fed. R. Civ. P. 12(b)(6), as set forth in the accompanying memorandum of law.

Dated: May 20, 2025

Respectfully Submitted,

By: */s/ Bradley I. Ruskin*

Bradley I. Ruskin
Jordan B. Leader
Lee M. Popkin
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3465
Facsimile: (212) 969-2900
bruskin@proskauer.com
jleader@proskauer.com
lpopkin@proskauer.com

Kyle A. Casazza
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 284-5677
Facsimile: (310) 557-2193
kcasazza@proskauer.com

*Counsel for Defendant ATP Tour, Inc.*