# Exhibit 1

# Pro Circuits
# Rule Book 2010





# MEN'S CIRCUIT
# RULE BOOK
# 2010

© ITF Limited t/a International Tennis Federation
All rights reserved
2010

# INTERNATIONAL TENNIS FEDERATION REGULATIONS FOR THE ITF MEN'S CIRCUIT

## CONTENTS

Please note that where amendments are made in these Regulations the text is underlined.

| | | |
|---|---|---|
| A. | Purpose and Applicability | 2 |
| B. | General | 2 |
| C. | Definitions | 5 |
| D. | Singles Entry and Withdrawal | 7 |
| E. | Doubles Entry | 11 |
| F. | Players' Rest/Medical | 12 |
| G. | Systems of Merit for Singles | 17 |
| H. | Systems of Merit for Doubles | 18 |
| I. | Draws | 19 |
| J. | Composition of Draws | 20 |
| K. | Seeds | 20 |
| L. | Making the Draw | 20 |
| M. | Computer Points and Prize Money | 23 |
| N. | Results | 24 |
| O. | Amendments | 25 |
| P. | On-site Prize Money Distribution Formulas | 25 |

**APPENDICES**

| | | |
|---|---|---|
| A | Gender Verification / Transsexuals | 26 |
| B | Officiating Requirements | 27 |
| C | Junior Exempt Project | 28 |
| D | Entry Procedures | 29 |

**References to the International Tennis Federation or ITF shall hereafter mean ITF Limited.**

# RULES AND REGULATIONS
# ITF MEN'S CIRCUIT TOURNAMENTS
# 2010

### A.    PURPOSE AND APPLICABILITY

ITF Limited trading as the International Tennis Federation promulgates these Tournament Regulations for the purpose of providing fair and reasonable rules for the orderly and uniform conduct of international professional tennis tournaments sanctioned by the ITF. All references to the International Tennis Federation or ITF in these Regulations shall mean ITF Limited. These Regulations shall be applicable to all Futures Tournaments known as the ITF Men's Circuit.

### B.    GENERAL

#### 1.    Open Competition / No Discrimination
Futures Tournaments are open to all male (please refer to Appendix A) tennis players based on merit and without discrimination subject only to the conditions herein set forth and provided, however, that minors under the age of fourteen (14) shall not be eligible for entry. For purposes of this Rule, the player's age as of the first day of the tournament Main Draw shall be used.

#### 2.    Futures Tournaments
Futures Tournaments must be scheduled in a minimum of three consecutive weeks of $10,000 each or two consecutive weeks of $15,000 each in prize money and shall be organised by a National Association, unless otherwise approved by the ITF Men's Circuit Committee.

#### 3.    International Player Identification Number (IPIN) Membership
All players entering ITF Futures Tournaments agree, as a condition of their entry, to register for annual IPIN Membership, to accept the related terms and conditions and pay the appropriate fee.  Failure by a player to register for IPIN Membership and to accept the related terms and conditions will result in the rejection of that player's entry.

#### 4.    Tournament Week
Except for indoor tournaments with sufficient facilities, the Singles Main Draw must be scheduled to begin no later than Tuesday and to finish no later than Sunday of the same week.

#### 5.    Tournament Administrator
The National Association(s) organising the Futures Tournament shall designate a Tournament Administrator to administer the event.

6. **ITF Supervisor**

Please see the officiating requirements shown in Appendix B.

Each Futures Tournament must provide at its sole expense an official certified as a Gold or Silver Badge ITF Supervisor. The ITF Supervisor must be available throughout the tournament week, from the Qualifying Sign-in, unless otherwise approved by the ITF.

7. **ITF Chair Umpire**

These officiating requirements (See Appendix B) are the minimum standards for Futures Tournaments. National Associations that wish to supply a higher certification level of official, or more officials, than the minimum requirements are encouraged to do so.

8. **Approval of Officials**

Each Futures Tournament shall submit a list of officials to fulfil the requirements as set forth above to ITF Officiating at least sixty (60) days prior to the event. Any request for these officiating requirements to be waived should be made to the ITF at least sixty (60) days prior to the tournament.

9. **Tournament Doctor and Physiotherapist/Athletic Trainer**

Each Futures Tournament must appoint and pay all costs for an English-speaking medical doctor, preferably an orthopaedic specialist or a general practitioner, to be available on call at all times during playing hours. The Tournament must also appoint an English-speaking Physiotherapist/Athletic Trainer, to be available on-site during play, to provide on-site treatment to players at their own cost.

10. **Balls**

The balls to be used at Futures Tournaments must conform to the specifications in the Rules of Tennis and must have been approved by the ITF. Any Futures Tournament must apply to the ITF for approval at least 45 days in advance of the event if it wishes to use Ball Types 1 or 3.

A minimum of four (4) new balls are to be provided for each match and are to be changed at least after eleven (11) and thirteen (13) games in the Main Draw and at least before the third set throughout the qualifying.

A minimum of three (3) used balls per day for practice must be available free of charge to each player accepted into the Main Draw from the day prior to the commencement of Main Draw until he is eliminated. Players must return practice balls.

11. **Artificial Lighting**

Play is allowed with artificial lighting provided there is a minimum of 500 lux evenly distributed over the court surface.

12. **Entry Fees**

There shall be no Entry Fee for Main Draw. The Entry Fee for Qualifying will be a maximum of $40.

13. **Prize Money**

Prize money shall be paid in US Dollars unless prior approval to pay in any other currency is obtained in writing from the ITF.

A non-US Futures Tournament may elect on or before four (4) months prior to the tournament to pay on-site prize money in US Dollars or in local currency. If local currency is selected, then the exchange rate shall be the average of the six (6) months immediately preceding six (6) months prior to the tournament. If there is a fluctuation of five percent (5%) or more, up or down, immediately prior to the first day of the tournament, then such exchange rate shall be adjusted, up or down as follows:

| Exchange Rate Fluctuation | Exchange Rate Adjustment |
|---|---|
| Less than 5% | None |
| Between 5 and 10% | 5% |
| 10% or greater | One half the Exchange Rate Percentage Fluctuation |

(* For example, if the currency fluctuates 11% from the authorized exchange rate, the exchange rate will be adjusted by 5.5%).

Each Futures Tournament electing to pay on-site prize money in a specific non-US currency shall obtain from the ITF (Rest of World Events) or Tennis Europe (European events) the official rate for the tournament determined as above provided and shall use the same.

14. **Amateur Expenses**

Futures Tournaments may pay expenses to amateurs who are eligible to and do compete. Such expenses are limited to the actual and reasonable expenses of an amateur incurred pursuant to his participation in the tournament. The payment of expenses cannot be conditioned on the success of the amateur in the event.

15. **Player Representatives**

The ITF Supervisor shall appoint one or more players at each Futures Tournament to witness the draws and to represent the players during the tournament.

16. **Related Regulations**

To the extent not covered herein the 2010 Official Grand Slam Rulebook, The Constitution of ITF Limited 2010 and the 2010 ITF Duties and Procedures for Officials shall be applicable to all Futures Tournaments. Such applicability shall not affect the right of Futures Tournaments to promulgate

and enforce their own special regulations insofar as they are consistent with the applicable provisions of these Rules and Regulations and have been approved by the ITF.

**17.  Rules of Tennis**

The ITF Rules of Tennis shall apply in all Futures Tournament matches.

**18.  Match Format**

Each singles match shall be the best of three tie-break sets, unless otherwise approved by the ITF.

In each doubles match, No-Ad scoring shall be used throughout the match and when the score is one set all, one match tie-break (10 points) shall be played to decide the match.

**19.  Waiver of Claims**

In submitting an entry into a Futures Tournament, all players agree, as a condition of entry, that for themselves, their executors, administrators, heirs and personal representatives, all claims of any kind, nature and description are waived, including past, present or future claims and injuries, if any, sustained in travelling to or from, or participating in a Futures Tournament, against the ITF, the National Association or Regional Association sanctioning such events.

**20.  Publicity and Promotion**

Each player grants and assigns to the ITF the right in perpetuity to make, use and show from time to time and at its discretion, motion pictures, still pictures and live, taped or filmed television and other reproduction of him during the event and in connection with the promotion of the event without compensation for him, his heirs, devisees, executors, administrators or assigns. Such promotional activities by ITF shall not be identified as or represented to be an endorsement by the player of any product or company.

**C.  DEFINITIONS**

**1.  Direct Acceptances**

Entered players accepted directly into the Main Draw or Qualifying Draw by virtue of their rankings under the applicable System of Merit.

**2.  Wild Cards**

Players included in the draw at the sole discretion of the Tournament Committee or the Tournament Administrator. Wild Cards may be seeded. Wild Cards must be named at the time the draw is made and Wild Cards who withdraw may not be replaced with new Wild Cards after the appropriate draw is made. Any such vacancies shall be filled by the next eligible player on the acceptance list, or in the case of Main Draw, by Lucky Losers, drawn

and placed at the same time as the qualifiers. The Qualifying Competition
commences when the first ball of the first qualifying match is struck.

No player who has signed in for and been accepted into the Qualifying of the
tournament may be named as a Wild Card after the Qualifying Competition
has commenced.

A tournament may not offer a Wild Card or accept the entry from any player
who has either accepted a Wild Card or been committed by an entry to
another tournament in the same week.

**3.    Alternates**

Players who are ranked lower than the direct acceptances into Main Draw and
Qualifying under the applicable System of Merit, at the time of the Entry
Deadline.

**4.    Qualifiers**

Players who are included in the Main Draw as a result of their success in the
qualifying competition.

**5.    Lucky Losers**

Players who have lost in the final round of the qualifying competition and if
more Lucky Losers are required for substitutions, those players who have lost
in the previous qualifying round(s).

**6.    Special Exempts**

Players who are competing in singles on the day that the Qualifying
Competition begins in another "Qualified Tournament" who apply for and
receive exemption from Qualifying as hereinafter provided.

Special Exempts are only available for entered players on the Qualifying
Acceptance List.  A "Qualified Tournament" is defined as follows:

i.     $10,000 Tournaments: the singles event of another Futures or
       Challenger Tournament within the same continent in the preceding
       week.
ii.    $15,000 Tournaments:  the singles event of another $15.000 Futures or
       Challenger Tournament within the same continent in the preceding
       week.

**7.    Junior Exempt**

A player who, by virtue of his 2009 year-end position on the ITF Junior
Boys' Singles World Rankings, gains Direct Acceptance into a designated
ITF Men's Circuit tournament. (See Appendix C).

**8.    On-Site Alternates**

Non-entered players who appear at the tournament site to sign-in for the
Qualifying. In order to be eligible as an On-Site Alternate, a player must sign-
in with the ITF Supervisor at the tournament site.

6

**D.    SINGLES ENTRY AND WITHDRAWAL**

**1.    Entry**
All players applying for entry shall be deemed to apply for entry into the Main Draw or the Qualifying depending on his ranking by the applicable System of Merit.

A player may apply for entry into one but not more than six Futures Tournaments for a specific tournament week, in which case he must indicate a priority. If no priority is stated, the ITF will assign a priority. A player may not apply for entry into a Futures Tournament if he has entered and is committed to another tournament during that period.
See Appendix D for Entry Procedures.

**2.    Entry and Withdrawal Deadline**
All entries and withdrawals must be submitted online through the IPIN Online Service or in writing on the Official Entry or Withdrawal Form and sent to the ITF by fax or post. Emails are not accepted.

All entries are subject to the Regulations and Conditions of Entry stated in Appendix D – Entry Procedures.   Written entries must be signed by the player and must contain all the required information.

The Entry Deadline is at 14:00 hrs Greenwich Mean Time (GMT) on the Thursday eighteen (18) days prior to the Monday of the Tournament week.

The Withdrawal Deadline is at 14:00 hrs GMT on the Tuesday thirteen (13) days prior to the Monday of the tournament week.

No player may withdraw his entry from the Main Draw or Qualifying of a Futures tournament for any reason after the Withdrawal Deadline. Any such withdrawal will be considered a late withdrawal and will be subject to the Late Withdrawal/Non-Appearance provisions set forth in Article II. B.1 of the Code of Conduct, unless the provisions set forth in Article II. B.2, B.3 and B.4 of the Code of Conduct apply.

A player on one or more Alternate List(s) may withdraw anytime until he first moves into a Main Draw or Qualifying Acceptance List, at which time he will be automatically withdrawn from all other Entry Lists by the ITF.

Any player accepted into the Main Draw or Qualifying who fails to appear for the Tournament without notifying the ITF and/or ITF Supervisor of his withdrawal shall be subject to the penalties provided for non-appearance.

**3.    Freeze Deadline**
The Freeze Deadline is on the Thursday preceding the tournament week at 14:00 hrs GMT. A player who has moved into a Main Draw or Qualifying

Acceptance List by the Freeze Deadline is committed to play the tournament. After the Freeze Deadline players on the Qualifying Acceptance List will no longer be moved into the Main Draw, and players on one or more Alternate Lists will no longer be moved into a Qualifying Acceptance List.
Such Alternates are not committed to play the tournament.

A player who withdraws from Main Draw or Qualifying after the Freeze Deadline must notify both the ITF and ITF Supervisor of his withdrawal or else he will be subject to the penalties provided for Non-Appearance.

### 4. One Tournament Per Week
### a. General

Once a player is committed to a tournament he may not enter or compete in more than one Tournament that same week. A player may apply for entry into one or more Futures Tournaments for the same week, but he must state a priority at the time of entry and he will be withdrawn from all except one event in accordance with the entry and withdrawal procedures outlined in Appendix D.

Once a player has signed-in for the Qualifying event at a tournament, or is a Direct Acceptance, Wild Card or Special Exempt into the Main Draw, he is committed to that tournament unless released by the ITF or ITF Supervisor.

Players found to have been accepted into two tournaments in one week should not be allowed into any Tournament. Players found to have competed in two Tournaments in one week should be immediately defaulted forfeiting all prize money and computer points (where applicable).

A player is allowed to play Singles Qualifying of one tournament and Doubles in another tournament played the same week, provided the player has been eliminated from one tournament prior to playing in the other tournament. A player may not participate in both tournaments at the same time.

### b. Grand Slam and Multi-Week ATP World Tour Tournaments
*i. Participation during Qualifying and/or First Weeks*

A player is allowed to play in two tournaments (ITF Men's Circuit, Challenger, ATP World Tour or Grand Slam) during this two-week period, provided the player has been eliminated from singles and doubles of the first tournament prior to the Qualifying Sign-in Deadline of the second tournament.
Once a player has competed in two tournaments, where appropriate he will be automatically withdrawn from any ITF Men's Circuit tournament in the week following the Qualifying.

*ii. Participation during Second Week*

A player is allowed to play in an ITF Men's Circuit tournament during the second week of a Grand Slam or multi-week ATP World Tour tournament

8

provided he has been eliminated from the singles and doubles of that tournament prior to the ITF Men's Circuit tournament Qualifying Sign-in Deadline. A player who is still competing in the Grand Slam or multi-week ATP World Tour tournament at this deadline will be automatically withdrawn.

A player is not allowed to withdraw from a Grand Slam or multi-week ATP World Tour tournament to play the ITF Men's Circuit tournament.

5. **Special Exempts**

A player qualified to and who wishes to apply for Special Exempt status must do so by personally notifying the ITF Supervisor, either verbally or in writing, prior to the Qualifying Sign-in Deadline. If there are not sufficient Special Exempt places in the Main Draw for all the applicants, the players shall be selected in accordance with their rankings on Monday, seven days before the tournament week. Unsuccessful applicants will not be penalised under the Late Withdrawal/Non-Appearance provisions of the Code of Conduct. If there is no qualifying competition, or if Special Exempts are not needed prior to the time that the qualifying draw is made, then the places in the Main Draw reserved for Special Exempts shall become places for Direct Acceptances.

If prior to the Entry Deadline it is established that there will be no Special Exempts into a Futures Tournament because there are no "Qualified Tournaments" in the week preceding the Tournament, then the places reserved in the Main Draw for Special Exempts shall become places for Direct Acceptances and will be indicated as such on the Acceptance List.

6. **Main Draw Sign-In**

There will be no sign-in requirement for the Main Draw.

7. **Qualifying Sign-In**

The Qualifying Sign-In Deadline is at 18:00 hours local time at the site of the Qualifying event on the day before the start of the Qualifying event.

All players must be present and personally sign-in with the ITF Supervisor. A player may be signed-in for the qualifying draw by the ITF Supervisor/Referee of an ITF Sanctioned Tournament, Challenger or ATP World Tour Tournament in the previous week if such player has competed and lost on the last two days preceding the Qualifying competition. This player must be able to be on-site and play his first round match by the end of the first round of Qualifying. On-site Alternates may be signed-in for the Qualifying draw of one tournament only.

Players on the Qualifying Acceptance List can preserve their eligibility for unused Special Exempt places or known Main Draw vacancies (following withdrawals after the Freeze Deadline) by personally contacting the ITF Supervisor on-site prior to the Qualifying Sign-in Deadline.

If the Special Exempt places are used or there are no Main Draw vacancies, these players are not eligible to play the Qualifying and are subject to the Late Withdrawal/Non Appearance Provisions set forth in Article II. B.1 of the Code of Conduct.

If an unused Special Exempt place or Main Draw vacancy is not so preserved, such place(s) shall be filled by entered players who have signed in for Qualifying, to be selected in accordance with the rankings on the Acceptance List.

Players who cannot appear for the Qualifying sign-in because they are competing in the previous week's related Futures Tournament may be signed in for the Qualifying and may be permitted to compete in both events subject to the approval of both ITF Supervisors and if it does not unfairly disrupt the Qualifying schedule. Except as otherwise stated herein, players who fail to sign-in shall not be included in the Qualifying Draw.

### 8. Vacancies/Substitutions
Vacancies shall be filled with substitutes in accordance with the following:

**a. From the Withdrawal Deadline until the Freeze Deadline:**
Vacancies in the Qualifying and Main Draw shall be filled by entered players selected in accordance with the applicable System of Merit.

**b. From the Freeze Deadline until the Qualifying Sign-in Deadline:**
Vacancies in the Qualifying or Main Draw shall be filled, at the time of the Qualifying Sign-in Deadline, by entered players who have signed in for the Qualifying event, or, in the case of the Main Draw, preserved their eligibility by contacting the ITF Supervisor (see D.7 above), selected in accordance with the applicable System of Merit.

**c. From the Qualifying Sign-in Deadline until the commencement of the Qualifying Competition:**
Vacancies in the Qualifying or Main Draw shall be filled by entered players who have signed in for the Qualifying event, selected in accordance with the applicable System of Merit.

**d. After commencement of the qualifying competition:**
i.     Vacancies in the Main Draw may only be filled by Lucky Losers. Lucky Losers are those players who have lost in the final round of Qualifying. If additional Lucky Losers are needed they shall be selected from losers in previous round(s) in the same manner.
Lucky Losers shall be selected as follows:
The order of the ranked players shall be randomly drawn, thereafter the order of the unranked players shall be drawn.

10

      ii.   Vacancies in the qualifying shall be filled by players who have signed the Alternate list selected in accordance with the applicable system of merit.

**9.**    **Sign-in Requirements for Substitutes**

    **a.**    Alternates and Lucky Losers must be present and sign-in with the ITF Supervisor at least a half hour before the scheduled start of play, which may occur over several days, in order to maintain their priority among other Alternates and Lucky Losers of the same round. If the eligible Lucky Loser is not available to play, he shall be placed at the bottom of the Lucky Loser priority list for that day corresponding to the qualifying round in which he lost.

    **b.**    Alternates and Lucky Losers must be ready to play in proper tennis attire within a total time of five (5) minutes after the announcement of a vacancy. Matches must commence without delay after the selection of the Alternate or Lucky Loser.

**10.**    **Play-Down (for Singles only)**

Players ranked 1-100 in singles twenty-one (21) days prior to the Monday of the tournament week are prohibited from entering, accepting a Wild Card and/or competing in a Futures Tournament.

Players ranked 101-150 in singles twenty-one (21) days prior to the Monday of the tournament week are prohibited from entering a Futures Tournament but may receive a Wild Card approved by the ITF Men's Circuit Committee in order to compete in a Futures Tournament.

To be eligible for a Wild Card, such player must petition the ITF Men's Circuit Committee through the ITF at least fourteen (14) days prior to the Monday of the tournament week. Upon receipt of the petition the ITF Men's Circuit Committee shall evaluate the player's eligibility to receive a Wild Card.

Futures Tournaments offering $10,000 in on-site prize money may not offer Wild Cards to players ranked 1-150 in singles.

Futures Tournaments offering $10,000+H, $15,000 or $15,000+H in on-site prize money may offer one Wild Card per tournament to players ranked 101-150 in singles.

**E.**    **DOUBLES ENTRY**

**1.**    **Entry Deadline**

All doubles team entries must be in writing and received by the ITF Supervisor by 12.00 Noon Local Time on the day before the Main Draw in singles is scheduled to commence. The Doubles Sign-In Record must be posted at a reasonable time prior to the announced sign-in deadline. One

member of a doubles team may sign in for the team. The ITF Supervisor reserves the right to accept timely telephone entries. Players who fail to sign-in shall not be included in the Doubles Draw.

**2.    Substitution of Doubles Teams**
If substitutes are required, Alternates shall be selected. The sign-in for doubles Alternates shall follow the same principles as the sign-in for singles Lucky Losers. One member of a team may sign in for the team.

**3.    Sign-in Requirements for Substitutes**
**a.**    Alternates must be present and sign-in with the ITF Supervisor at least a half hour before the scheduled start of play, which may occur over several days, in order to maintain their priority among other Alternates. If the eligible Alternate is not available to play, he shall be placed at the bottom of the Alternate priority list for that day.

**b.**    Alternates must be ready to play in proper tennis attire within a total time of five (5) minutes after the announcement of a vacancy. Matches must commence without delay after the selection of the Alternate.

**F.    PLAYERS' REST/MEDICAL**

**1.    Between Tournaments**
If the ITF Supervisor receives notice from a player of the date and time of his last match played in a previous week's tournament or Davis Cup Tie, then the ITF Supervisor shall whenever possible give the player one full day's rest between such match and the player's first match in the Futures Tournament, unless weather or unavoidable circumstances has caused schedule disruption or unless the player was a finalist in a Monday or other delayed final.

**2.    Between Qualifying and Main Draw**
Other than in exceptional circumstances, no player shall be required to play his first round match in the singles Main Draw until at least twelve (12) hours after the completion of his final qualifying match. If a player plays two (2) singles qualifying matches in one day, he should not be scheduled on the following day for his first round singles match, unless such player is accepted into the tournament as a Lucky Loser.

**3.    Between Matches**
Except when weather or other unavoidable circumstances causes schedule disruption, players shall be scheduled for a maximum of one (1) singles match and one (1) doubles match per day, which shall not be scheduled less than twelve (12) hours after the completion of the last match of such player on the preceding day or round.

Whenever, it is necessary to schedule more than one match in the same day such player shall, unless he is in a singles and doubles finals to be played consecutively, be given the following minimum rest periods:

| | | |
|---|---|---|
| If he has played less than 1 hour | - | ½ hour rest |
| If he has played between 1 hour and 1½ hours | - | 1 hour rest |
| If he has played more than 1½ hours | - | 1½ hours rest |

### 4. Medical

**a. Medical Condition**

A medical condition is a medical illness or a musculoskeletal injury that warrants medical evaluation and/or medical treatment by the Physiotherapist/Athletic Trainer during the warm-up or the match.

Treatable Medical Conditions
i. Acute medical condition: the sudden development of a medical illness or musculoskeletal injury during the warm-up or the match that requires immediate medical attention.
ii. Non-acute medical condition: a medical illness or musculoskeletal injury that develops or is aggravated during the warm-up or the match and requires medical attention at the changeover or set break.

Non-Treatable Medical Conditions
i. Any medical condition that cannot be treated appropriately, or that will not be improved by available medical treatment within the time allowed.
ii. Any medical condition (inclusive of symptoms) that has not developed or has not been aggravated during the warm-up or the match.
iii. General player fatigue.
iv. Any medical condition requiring injections, intravenous infusions or oxygen, except for diabetes, for which prior medical certification has been obtained, and for which subcutaneous injections of insulin may be administered.

**b. Medical Evaluation**

During the warm-up or the match, the player may request through the Chair Umpire for the Physiotherapist/Athletic Trainer to evaluate him during the next change over or set break. Only in the case that a player develops an acute medical condition that necessitates an immediate stop in play may the player request through the Chair Umpire for the Physiotherapist/Athletic Trainer to evaluate him immediately.

The purpose of the medical evaluation is to determine if the player has developed a treatable medical condition and, if so, to determine when medical treatment is warranted. Such evaluation should be performed within a reasonable length of time, balancing player safety on the one hand, and continuous play on the other. At the discretion of the Physiotherapist/Athletic

Trainer, such evaluation may be performed in conjunction with the Tournament Doctor, and may be performed off-court. *

If the Physiotherapist/Athletic Trainer determines that the player has a non-treatable medical condition, then the player will be advised that no medical treatment will be allowed.

**c.     Medical Time-Out**

A Medical Time-Out is allowed by the ITF Supervisor/Referee or Chair Umpire when the Physiotherapist/Athletic Trainer has evaluated the player and has determined that additional time for medical treatment is required. The Medical Time-Out takes place during a change over or set break, unless the Physiotherapist/Athletic Trainer determines that the player has developed an acute medical condition that requires immediate medical treatment.

The Medical Time-Out begins when the Physiotherapist/Athletic Trainer is ready to start treatment.  At the discretion of the Physiotherapist/Athletic Trainer, treatment during a Medical Time-Out may take place off-court, and may proceed in conjunction with the Tournament Doctor. *

The Medical Time-Out is limited to three (3) minutes of treatment. However, at professional events with prize money of $25,000 or less, the ITF Supervisor/Referee may extend the time allowed for treatment if necessary.

A player is allowed one (1) Medical Time-Out for each distinct treatable medical condition.   All clinical manifestations of heat illness shall be considered as one (1) treatable medical condition.   All treatable musculoskeletal injuries that manifest as part of a kinetic chain continuum shall be considered as one (1) treatable medical condition.

*Muscle Cramping:* A player may receive treatment for muscle cramping only during the time allotted for change of ends and/or set breaks. Players may not receive a Medical Time-Out for muscle cramping.

In cases where there is doubt about whether the player suffers from an acute medical condition, non-acute medical condition inclusive of muscle cramping, or non-treatable medical condition, the decision of the Physiotherapist/Athletic Trainer, in conjunction with the Tournament Doctor, if appropriate, is final. If the Physiotherapist/Athletic Trainer believes that the player has heat illness, and if muscle cramping is one of the manifestations of heat illness, then the muscle cramping may only be treated as part of the recommended treatment by the Physiotherapist/Athletic Trainer for the heat illness condition.

Note:
A player who has stopped play by claiming an acute medical condition, but is determined by the Physiotherapist/Athletic Trainer and/or Tournament

14

Doctor to have muscle cramping, shall be ordered by the Chair Umpire to resume play immediately.

If the player cannot continue playing due to severe muscle cramping, as determined by the Physiotherapist/Athletic Trainer and/or Tournament Doctor, he/she may forfeit the point(s)/game(s) needed to get to a change of end or set-break in order to receive immediate evaluation, and treatment if time allows. There may be a total of two (2) additional change of ends treatments for muscle cramping in a match, not necessarily consecutive.

If it is determined by the Chair Umpire or ITF Supervisor/Referee that gamesmanship was involved, then a Code Violation for Unsportsmanlike Conduct could be issued.

A total of two (2) consecutive Medical Time-Outs may be allowed by the ITF Supervisor/Referee or Chair Umpire for the special circumstance in which the Physiotherapist/Athletic Trainer determines that the player has developed at least two (2) distinct acute and treatable medical conditions. This may include: a medical illness in conjunction with a musculoskeletal injury; two or more acute and distinct musculoskeletal injuries. In such cases, the Physiotherapist/Athletic Trainer will perform a medical evaluation for the two or more treatable medical conditions during a single evaluation, and may then determine that two consecutive Medical Time-Outs are required.

d.   **Medical Treatment**
A player may receive on-court medical treatment and/or supplies from the Physiotherapist/Athletic Trainer and/or Tournament Doctor during any changeover or set break.  As a guideline, such medical treatment should be limited to two (2) changeovers/set breaks for each treatable medical condition, before or after a Medical Time-Out, and need not be consecutive. Players may not receive medical treatment for non-treatable medical conditions.

e.   **Penalty**
After completion of a Medical Time-Out or medical treatment, any delay in resumption of play shall be penalized by Code Violations for Delay of Game.

Any player abuse of this Medical Rule will be subject to penalty in accordance with the Unsportsmanlike Conduct section of the Code of Conduct.

f.   **Bleeding**
If a player is bleeding, the Chair Umpire must stop play as soon as possible, and the Physiotherapist/Athletic Trainer should be called to the court by the Chair Umpire for evaluation and treatment. The Physiotherapist/Athletic Trainer, in conjunction with the Tournament Doctor if appropriate, will evaluate the source of the bleeding, and will request a Medical Time-Out for treatment if necessary.

15

If requested by the <u>Physiotherapist/Athletic</u> Trainer and/or Tournament Doctor, the <u>ITF</u> Supervisor<u>/Referee</u> or Chair Umpire may allow up to a total of five (5) minutes to assure control of the bleeding.

If blood has spilled onto the court or its immediate vicinity, play <u>must</u> not resume until the blood spill has been cleaned appropriately.

**g.    Vomiting**
If a player is vomiting, the Chair Umpire <u>must</u> stop play if vomiting has spilled onto the court, or if the player requests medical evaluation.  If the player requests medical evaluation, then the <u>Physiotherapist/Athletic</u> Trainer <u>must</u> determine if the player has a treatable medical condition, and if so, whether the medical condition is acute or non-acute.

If vomiting has spilled onto the court, play <u>must</u> not resume until the vomit spill has been cleaned appropriately.

**h.    Physical Incapacity**
During a match, if there is an emergency medical condition and the player involved is unable to make a request for a <u>Physiotherapist/Athletic</u> Trainer, the Chair Umpire shall immediately call for the <u>Physiotherapist/Athletic</u> Trainer and Tournament Doctor to assist the player.

Either before or during a match, if a player is considered unable physically to compete, the <u>Physiotherapist/Athletic</u> Trainer and/or Tournament Doctor should inform the ITF Supervisor<u>/Referee</u> and recommend that the player is ruled unable to compete in the match to be played, or retired from the match in progress.

The ITF Supervisor<u>/Referee</u> shall use great discretion before taking this action and should base the decision on the best interests of professional tennis, as well as taking all medical advice and any other information into consideration.

The player may subsequently compete in another event at the same tournament if the Tournament Doctor determines that the player's condition has improved to the extent that the player may safely physically perform at an appropriate level of play, whether the same day or on a later day.

\* It is recognized that national laws or governmental or other binding regulations imposed upon the event by authorities outside its control may require more compulsory participation by the Tournament Doctor in all decisions regarding diagnosis and treatment.

16

**5.    Toilet Break**

A player is allowed to request permission to leave the court for a reasonable time for a toilet break. Toilet breaks should be taken on a set break and can be used for no other purpose.

A player is entitled to one (1) toilet break during a best of three (3) set match. In doubles matches, each team is entitled to a total of two (2) breaks. If partners leave the court together, it counts as one of the team's authorised breaks. Any time a player leaves the court for a toilet break, it is considered one of the authorised breaks regardless of whether or not his opponent has left the court. Any toilet break taken after a warm-up has started is considered one of the authorized breaks. Additional toilet breaks will be authorised but will be penalised in accordance with the Point Penalty Schedule if the player is not ready to play within the allowed time.

**G.    SYSTEMS OF MERIT FOR SINGLES**

**1.    Method A**

Entered players with an approved singles computer ranking shall be selected in accordance with their positions on the approved computer ranking list available on the Entry Deadline and dated twenty-one (21) days prior to the Monday of the tournament week.

**2.    Method B**

Entered players without an approved singles computer ranking but with a current top 500 National Ranking will be drawn at the ITF Office at the Entry Deadline.

These players will be sorted into groups of the same nationalities and ranked within those groups. Ties between players within those groups will be randomly drawn.

Each country represented will be allocated the same number of draw chips as the number of players from that country. Each time a chip is drawn the highest ranked player from the country represented by that chip shall be selected.

Thereafter, all remaining entered players who are unranked and have no National Ranking, shall be randomly drawn for a position on the Qualifying/Alternate List.

**3.    Method C**

On-Site Alternates with an approved singles computer ranking who have signed in for qualifying shall be selected in accordance with the computer rankings, on Monday, seven days before the tournament week.

17

**4. Method D**

On-Site Alternates without a computer ranking who have signed in for qualifying shall be selected on the basis of their current Top 500 National Rankings.

Players will be sorted into groups of the same nationalities and ranked within those groups. Ties between players within those groups will be randomly drawn.

Each country represented will be allocated the same number of draw chips as the number of players from that country unless there are more players from a particular country than places available in a draw. In that case, the number of chips allocated to that country shall be limited to the number of places available in the draw and any extra players are dropped from consideration. Each time a chip is drawn the highest ranked player from the country represented by that chip shall be selected.

All National Rankings must be submitted to the ITF by the National Association at least seven (7) days before the Entry Deadline if they are to be used for acceptance purposes for a given tournament. Players without a National Ranking, or an approved singles computer ranking, will be considered unranked for that Futures Tournament.

If a National Association produces an updated National Ranking during the year, the National Association may send quarterly updates to the ITF.

Further places will be filled by unranked players randomly drawn.

**5. Ties**

Ties between players for positions on the entry list shall be broken as follows: Ties on computer rankings shall be randomly drawn. On Acceptance Lists produced by the ITF ties have already been randomly drawn and players are listed in priority order.

## H    SYSTEMS OF MERIT FOR DOUBLES

Teams selected in accordance with their relative rankings on the Monday, seven days before the tournament week, that are composed as follows in the Methods shown:

**1. Method A**

Combined ranking of two players with approved Singles Rankings

**2. Method B**

Combined ranking of one player with an approved Singles Ranking and one player with an approved Doubles Ranking

**3.    Method C**
Combined ranking of two players with approved Doubles Rankings

**4.    Method D**
One player with an approved Singles Ranking and one player without a Ranking

**5.    Method E**
One player with an approved Doubles Ranking and one player without a Ranking

**6.    Method F**
Two players without approved Rankings (no selection based on National Rankings)

**7.    Ties**
Ties between teams for positions on the entry list shall be broken as follows:

**a**.    For teams selected by using two Singles Rankings, priority shall be given to the team with the strongest individual Singles Ranking.

**b**.    For teams selected by using one Singles Ranking and one Doubles Ranking, priority shall be given to the team with the strongest individual Singles Ranking

**c**.    For teams selected by using two Doubles Rankings, priority shall be given to the team with the fewest number of tournaments played

**d**.    Further ties shall be randomly drawn

**I.    DRAWS**

The Singles Main Draw shall consist of 32 players. The Singles Qualifying Draw shall be a minimum of a 32 Draw and a maximum of a 64 Draw. Open Qualifying Draws are not permitted.

The Doubles Main Draw shall consist of 16 teams.

**J.    COMPOSITION OF DRAWS**

The draws shall be composed as follows:

**a.  Singles**
**Main Draw**

| Draw Size | 32 |
|---|---|
| *Wild Cards* | 4 |
| *Special Exempts* | 0-2 |
| *Qualifiers* – Selected by Qualifying event | 8 |
| *Direct Acceptances*<br>Selected by <u>System of Merit</u> | 20-18 |

**Qualifying**

| Draw Size | 32 | 48 | 64 | 128* |
|---|---|---|---|---|
| *Wild Cards* | 6 | 7 | 8 | 11 |
| *Direct Acceptances*<br>Selected by <u>System of Merit</u> | 26 | 41 | 56 | 117 |

* only applicable at $10,000 Futures Tournaments subject to approval by the ITF Men's Circuit Committee

**b.  Doubles**
**Main Draw**

| Draw Size | 16 |
|---|---|
| *Wild Cards* | 3 |
| *Direct Acceptances*<br>Selected by System of Merit | 13 |

**K.    SEEDS**

In singles, seeds shall be based on the singles computer ranking on Monday, seven days before the tournament week. Ties shall be randomly drawn. Players without a computer ranking shall not be seeded.
In doubles, seeds shall be based on the combined doubles computer ranking of two players on Monday, seven days before the tournament week. In the case of ties, priority shall be given to the team with the fewest number of tournaments played. Teams without a combined computer ranking shall not be seeded.

**L.    MAKING THE DRAW**

**1.    Time**

    **a.**    Singles Qualifying Draw – Immediately after player sign-in, which should take place 6:00pm (18:00 hours) on the day before the start of play of the qualifying.

**b.** Singles Main Draw – No later than 7:00pm (19:00 hours) on the day before the Main Draw starts.

**c.** Doubles Main Draw - At least one hour prior to the commencement of play.

**2. Public Drawing**
All draws shall be made publicly, i.e., shall be open to be witnessed by interested parties.

**3. Seeds**
All tournaments will have a seeded draw with seeds determined as herein before provided.

**a. Seeding List**
There is to be only one seeding list, and seeding will not be official until the final draw is made.

**b. Withdrawal and Replacement of Seeds**
Any vacancy created by the withdrawal of a seed shall be filled by the next highest ranked player eligible to be seeded. The position vacated by that next highest ranked player shall then be filled by the next player on the original acceptance list if prior to the commencement of qualifying or by the eligible Lucky Loser if after the commencement of qualifying. Any vacancy created by the withdrawal of a seed which occurs after the release of the Order of Play for the first day of Main Draw shall be filled by eligible Lucky Losers.

**c. Number of Seeds for Main Draws**
The number of players or doubles teams to be seeded will be as follows:

32 players - 8 seeds
16 teams - 4 seeds

**d. Procedures for Placing Seeds for Main Draw**

**i.** Place Seed 1 on Line 1 and Seed 2 on Line 16 (16 draw) or Line 32 (24 and 32 draw)

21

    **ii.**    To determine the location of the remaining seeds, draw in pairs of two (seeds 3 and 4) and a group of four (seeds 5, 6, 7 and 8) from top to bottom as follows:

|  |  | 16 Draw (4 Seeds) | 32 Draw (8 Seeds) |
|---|---|---|---|
|  |  | **Line** | |
| **Seeds 3 & 4** | First drawn (top half) | 5 | 9 |
|  | Second drawn (bottom half) | 12 | 24 |
| **Seeds 5, 6, 7 & 8** | Drawn from top to bottom |  | 8 |
|  |  |  | 16 |
|  |  |  | 17 |
|  |  |  | 25 |

**4.**    **Byes**

If there are not enough players to fill the Main Draw, then after the seeds are placed in the draw, the required number of byes shall be awarded to the highest seeds as a first priority and any remaining byes shall be randomly drawn in a manner so as to distribute them as evenly as possible throughout the sections of the draw.

**5.**    **Qualifiers/Lucky Losers**

At the conclusion of the qualifying competition, the successful qualifiers will be randomly drawn for their places in the Main Draw. There shall be no prior designation of which qualifying section applies to which qualifying place in the Main Draw. Likewise, when more than one Lucky Loser is to be inserted into the Main Draw, their positions shall be drawn. If the qualifying event is not completed at the time of the draw, then the places for the qualifiers shall be designated as "Qualifier" with their identity to be determined by draw at the conclusion of the qualifying event. The Lucky Losers shall be drawn together with the Qualifiers.

**6.**    **Remaining Players**

After the seeds and the byes are placed in the draw as above provided, then the remaining players shall be randomly drawn to determine in which places they are to be entered into the draw.

**7.**    **Special Rules for the Qualifying Draw**

    **a.**    **Sections**

The qualifying draw shall be made in sections, with one section for each place allotted in the Main Draw. Each section shall have two (2) seeded players/teams.

    **b.**    **Placing the Seeds/Method of Draw**

The first seed shall be placed at the top of the first section, the second seed shall be placed at the top of the second section and so on until all sections have one (1) seed on the top line.

22

The remaining seeds shall be drawn as one group. The first drawn shall be placed on the bottom line of the first section, the second drawn shall be placed on the bottom line of the second section and so on until all sections have one (1) seed on the bottom line.

If there are not a sufficient number of seeded players to fill all the positions for seeds in the draw, the section(s) with the highest seeds shall not have a second seeded player.

**c.    Byes**

If there are not enough players to fill the qualifying draw, then after the seeds are placed in the draw, the required number of byes shall be awarded to the highest seeds as a first priority and any remaining byes shall be randomly drawn in a manner so as to distribute them as evenly as possible throughout the sections of the draw.

**d.    Remaining players**

The remaining unseeded players shall be randomly drawn and placed in the vacant places in the draw beginning at the top of the draw.

**e.    Withdrawal and Replacement of Seeds**

Any vacancy created by the withdrawal of a seed shall be filled by the next highest ranked player eligible to be seeded. The position vacated by that next highest ranked player shall then be filled by the eligible Alternate. Any vacancy created by the withdrawal of a seed which occurs after the release of the Order of Play for the first day of Qualifying shall be filled by eligible Alternates.

**M.    COMPUTER POINTS AND PRIZE MONEY**

**1.**    Computer Points will be awarded in Singles Main Draw as follows:

|  | $10,000 | $10,000+H / $15,000 | $15,000+H |
|---|---|---|---|
| Winner | 18 | 27 | 35 |
| Runner-up | 10 | 15 | 20 |
| Semi-finalists | 6 | 8 | 10 |
| Quarter-finalists | 2 | 3 | 4 |
| Round of 16 | 1 | 1 | 1 |
| Round of 32 | 0 | 0 | 0 |

**2.**    Computer Points will be awarded in Doubles Main Draw as follows:

|  | $10,000 | $10,000+H / $15,000 | $15,000+H |
|---|---|---|---|
| Winner | 18 | 27 | 35 |
| Runner-up | 10 | 15 | 20 |
| Semi-finalists | 6 | 8 | 10 |
| Quarter-finalists | 0 | 0 | 0 |
| Round of 16 | 0 | 0 | 0 |

**3.    Defaults / Withdrawals**

A match won by default or walkover will count as a match won for computer ranking points and prize money.

No points or prize money will be awarded to a player or team who withdraws or is a "No Show" without playing their first match.

Any player or team who is defaulted shall lose all prize money, hospitality and points earned for that event at that tournament, unless:

i)    The player or team was defaulted for a Violation of the Punctuality or Dress and Equipment sections of the Code of Conduct

ii)   The player or team was defaulted as a result of a medical condition

iii)  A member of a doubles team did not cause any of the misconduct Code Violations that resulted in the team being defaulted in which case the partner of the player who caused the default shall receive points and prize money from the previous round.

A doubles team withdrawing after the first round, or retiring, will receive points and prize money for the previous round reached. In addition, the player withdrawing or retiring will not be allowed to play in any other tennis event until Monday of the next tournament week (unless he is still playing in singles).

**4.    Byes**

A player or doubles team who receives a Bye and thereafter loses in the second round will not receive any computer ranking points but will receive second round loser's prize money.

**5.    Hospitality**

To qualify for an additional $5,000 credit toward the total prize money computer category, a Futures Tournament must provide reasonable minimum hospitality which is defined as: One (1) bed and breakfast to all Main Draw singles and doubles players beginning two (2) days before the commencement of Main Draw until the day following the player's elimination from the tournament. Such minimum shall be approved by the ITF.

**N.    RESULTS**

At the end of each day's play at ITF Men's Circuit Tournaments, including the completion of the tournament, the Supervisor shall submit updated tournament results for Main Draw and Qualifying, singles and doubles, according to the instructions provided by the ITF and/or appropriate Service Bureau.

## O. AMENDMENTS
These ITF Men's Circuit Futures Tournaments Rules and Regulations may only be amended, repealed or otherwise modified, in whole or in part, by the ITF Men's Circuit Committee.

## P. ON-SITE PRIZE MONEY DISTRIBUTION FORMULAS

| Total Prize Money | 78% Singles | 22% Doubles |
|---|---|---|
| US$10,000 | US$7,800 | US$2,200 |
| US$15,000 | US$11,700 | US$3,300 |

**Singles**

| Tournament Prize Money | | US$10,000 | US$15,000 |
|---|---|---|---|
| Singles Prize Money | 78% | US$7,800 | US$11,700 |

**32 Draw**

| | | | |
|---|---|---|---|
| 1 | 13.0% | 1,300.00 | 1,950.00 |
| 2 | 9.0% | 900.00 | 1,350.00 |
| 3-4 | 4.8% | 480.00 | 720.00 |
| 5-8 | 2.9% | 290.00 | 435.00 |
| 9-16 | 2.0% | 200.00 | 300.00 |
| 17-32 | 1.175% | 117.50 | 176.25 |

**Doubles (Per Team)**

| Tournament Prize Money | | US$10,000 | US$15,000 |
|---|---|---|---|
| Doubles Prize Money | 22% | US$2,200 | US$3,300 |

**16 Draw**

| | | | |
|---|---|---|---|
| 1 | 6.3% | 630.00 | 945.00 |
| 2 | 3.3% | 330.00 | 495.00 |
| 3-4 | 2.6% | 260.00 | 390.00 |
| 5-8 | 1.8% | 180.00 | 270.00 |
| 9-16 | - | - | - |

25



# APPENDIX A

## GENDER VERIFICATION

In any competition, a player may be required upon request to submit to gender verification to determine sexual status.

In the event that the gender of a player is questioned, the medical delegate (or equivalent) of the ITF shall have the authority to take all appropriate measures for the determination of the gender of a competitor.

The results of any tests conducted will not be made public out of deference to the human rights of the individual concerned but will be reported to the Chairman of the ITF Sport Science and Medicine Commission who shall advise the Board of Directors of the gender of the player concerned.

Failure by a player to submit to testing upon the request of the ITF shall subject the player to immediate suspension from the competition until such time as the appropriate testing is carried out in accordance with these Regulations.

## TRANSSEXUALS

Any individuals undergoing sex reassignment from male to female before puberty are regarded as girls and women (female), while those undergoing reassignment from female to male are regarded as boys and men (male).

Individuals undergoing sex reassignment from male to female after puberty (and the converse) are eligible for participation in female or male competitions, respectively, under the following conditions:

a.   Surgical anatomical changes have been completed, including external genitalia changes and gonadectomy.
b.   Legal recognition of their assigned sex has been conferred by the appropriate official authorities.
c.   Hormonal therapy appropriate for the assigned sex has been   administered in a verifiable manner and for a sufficient length of time  to  minimise  gender-related advantages in sport competitions.
d.   Eligibility should begin no sooner than two years after gonadectomy.

In all instances, a confidential case-by-case evaluation will occur.

# APPENDIX B

**ITF PRO CIRCUITS – MINIMUM OFFICIATING REQUIREMENTS 2010**

These officiating requirements are the minimum standards for ITF Men's/Women's Circuit tournaments. National Associations that wish to supply a higher certification level of official, or more officials, than the minimum requirements are encouraged to do so. Any request for these officiating requirements to be waived should be made to ITF Officiating at least sixty (60) days prior to the tournament.

| EVENT | SUPERVISOR | CHAIR UMPIRES | LINE UMPIRES |
|---|---|---|---|
| Men's and Women's $10,000 tournaments | Gold or Silver Badge Referee | 2 White Badge Chair Umpires (A 3rd White Badge Chair Umpire is required for events where the Supervisor is leaving to cover the Qualifying of the following week's Pro Circuit event in that country). A Chair Umpire is required for every Main Draw match. One of the Designate Chair Umpires must assist the Supervisor during Qualifying. | None Required |
| Men's $15,000 tournaments | Gold or Silver Badge Referee | 1 Gold, Silver or Bronze Badge Chair Umpire plus 2 White Badge Chair Umpires. A Chair Umpire is required for every final round Qualifying and Main Draw match. One of the Designate Chair Umpires must assist the Supervisor before the final round of Qualifying. | 1 Line Umpire required for every Main Draw match, 2 Line Umpires required for Semis/Finals (although no Line Umpires are required at clay court events). |
| Women's $25,000 tournaments | Gold or Silver Badge Referee | 1 Gold, Silver or Bronze Badge Chair Umpire plus 2 White Badge Chair Umpires. A Chair Umpire is required for every Qualifying and Main Draw match (except the first round of 64 Qualifying Singles Draws, where two of the Designate Chair Umpires must assist the Supervisor). | 1 Line Umpire required for every Main Draw match, 2 Line Umpires required for Semis/Finals (although no Line Umpires are required at clay court events). |
| Women's $50,000 and $75,000 tournaments*_ | Gold or Silver Badge Referee | 1 Gold, Silver or Bronze Badge Chair Umpire plus 2 White Badge Chair Umpires, all of whom must work Qualifying. Chair Umpire required for every Qualifying and Main Draw match. | 1 Line Umpire required for every Qualifying match, 2 Line Umpires for every Main Draw match, 3 Line Umpires for Semis/Finals. |
| Women's $100,000 tournaments*_ | Gold Badge Referee | 2 Gold, Silver or Bronze Badge Chair Umpires plus 1 White Badge Chair Umpire, all of whom must work Qualifying. Chair Umpire required for every Qualifying and Main Draw match. | 1 Line Umpire required for every Qualifying match, 2 Line Umpires for every Main Draw match, 3 Line Umpires for Semis/Finals. |

* ITF will be involved in the process of selection of officials at these tournaments

**Note:** If the Supervisor is leaving the event before the end of the tournament to referee another ITF Pro Circuit event in the same country, ITF Officiating must approve the Designate Chair Umpire that will become the "End of Week Referee" (Not applicable to Women's $50,000, $75,000 and $100,000 tournaments).

27



# APPENDIX C

## 2010 JUNIOR EXEMPT PROJECT

The Junior Exempt position will be allocated according to the following criteria:-

The year-end number 1-2 ranked boys' singles players according to the year-end ITF Junior Ranking will be offered direct entry into the Main Draw at three (3) ITF Men's Circuit events up to and including $15,000+H prize-money level.

The year-end number 3-5 ranked boys' singles players according to the year-end ITF Junior Ranking will be offered direct entry into the Main Draw at three (3) ITF Men's Circuit events up to and including $15,000 prize-money level.

The year-end number 6-10 ranked boys' singles players according to the year-end ITF Junior Ranking will be offered direct entry into the Main Draw at three (3) ITF Men's Circuit events up to and including $10,000 prize-money level.



# APPENDIX D

### ENTRY PROCEDURES
### 2010 ITF MEN'S CIRCUIT TOURNAMENTS

**Entry Deadline:** Thursday eighteen (18) days prior to the Monday of the tournament week (no later than 14:00 hours GMT)

**Withdrawal Deadline (Main Draw and Qualifying):** Tuesday thirteen (13) days prior to the Monday of the tournament week (no later than 14:00 hours GMT)

**Freeze Deadline:** Thursday preceding the tournament week (no later than 14:00 hours GMT)

It is the player's responsibility to make all entries and withdrawals and to check his position on the Entry Lists.

**ALL players (i.e. ranked, nationally ranked, unranked) may enter ITF Men's Circuit Tournaments by the Entry Deadline and will appear on the tournament Acceptance Lists.**

**All entries and withdrawals must be submitted online or made in writing by letter or fax on the Official Entry or Withdrawal Form, as appropriate. Emails are not accepted.**

**All players entering ITF Men's Circuit Tournaments agree, as a condition of their entry, to register for annual IPIN Membership and pay the appropriate fee. Failure by a player to register for IPIN Membership will result in the rejection of that player's entry.**

If a player enters more than one but not more than six ITF Men's Circuit tournaments occurring during the same period, **HE MUST STATE A PRIORITY ON HIS ENTRY FORM.**

**At the Withdrawal Deadline:**

- If a player has been accepted into an ATP World Tour Main Draw, ATP World Tour Qualifying event or a Challenger Main Draw, he will be immediately withdrawn from the Entry Lists of all ITF Men's Circuit Tournaments.

- If a player has not been accepted into any ATP World Tour or Challenger tournament but is accepted into the Main Draw or Qualifying Draw of one ITF Men's Circuit tournament, he will be immediately withdrawn from the Entry Lists of all other tournaments, including ATP World Tour and Challengers Alternate Lists.

- If a player has not been accepted into any ATP World Tour or Challenger tournament, but is accepted into the Main Draw or Qualifying Draw of more

than one ITF Men's Circuit tournament occurring during the same period, he will remain on one List and will be immediately withdrawn from the Entry Lists of all other Tournaments, including ATP World Tour and Challenger Alternate Lists, according to the following criteria:

1. Main Draw takes priority over Qualifying
2. Tournament Entry Priority

If a player did not state an entry priority, he will be immediately withdrawn from all but one Entry List according to the following criteria:

3. Tournaments offering the highest prize money will take priority, or if equal;
4. The Entry List on which he is highest placed will take priority, or if equal;
5. The tournament which is geographically closest to his country of Nationality will take priority

- If a player is not accepted into any ITF Men's Circuit tournament occurring during the same period, he may remain on more than one Entry List as an Alternate until the Freeze Deadline.  However once he is accepted into any ITF Men's Circuit tournament, he will be withdrawn from the Entry Lists of all other Tournaments occurring during this period.

**At the Freeze Deadline:**

- Players who are on one or more Alternate Lists will not be moved into Qualifying and players in Qualifying will no longer be moved into the Main Draw.

**For further information, please contact the ITF Pro Circuits Department:**
**Tel: +44-20-8878 6464   Fax:  +44-20-8392 4777**

# WOMEN'S CIRCUIT
# RULE BOOK
# 2010

© ITF Limited t/a International Tennis Federation
All rights reserved
2010

# INTERNATIONAL TENNIS FEDERATION
# REGULATIONS FOR THE ITF WOMEN'S CIRCUIT

### CONTENTS

Please note that where amendments are made in these Regulations the text is underlined.

**I.    CATEGORIES OF EVENTS**
1.    ITF Women's Circuit $10,000    33
2.    ITF Women's Circuit $25,000, $50,000, $75,000 and $100,000    33
3.    ITF Women's Circuit $50,000+H, $75,000+H and $100,000+H    33

**II.    CONDUCT OF EVENTS**
4.    Eligibility    34
5.    Rules to be Observed    35
6.    International Player Identification Number (IPIN) Membership    35
7.    Waiver of Claims/Publicity and Promotion    35
8.    Entry Definitions    36
9.    Entries and Withdrawals    39
10.    System of Merit    43
11.    Acceptance for Tournaments    45
12.    Sign-in    47
13.    Composition of Draws    48
14.    Seeds    50
15.    Making the Draw    50
16.    Withdrawal after the Draw    52

**III.    SUBMISSION OF RESULTS**
17.    Procedures    52

**IV.    PRIZE MONEY AND POINTS**
18.    Breakdowns    53
19.    Payments    55

**V.    AMENDMENT TO THE REGULATIONS**
20.    Enforcement of Regulations    57
21.    Amendment of Regulations    57

**VI.    WTA TOUR COMPUTER RANKINGS**
1.    Introduction    58
2.    Singles and Doubles Round Points    58
3.    General Rules    59
4.    Further Information - WTA Tour Contacts    59

**VII.  ORGANISATIONAL REQUIREMENTS**

1. $50,000 / $75.000 / $100,000 plus Hospitality          60
2. Accommodation          60
3. On-Site Testing Facility          60
4. Transportation/Travel Assistance          60
5. Practice Courts          60
6. Artificial Lighting          61
7. Fact Sheet          61
8. ITF Supervisor          61
9. ITF Chair Umpire          61
10. Approval of Officials          61
11. Ball Boys/Girls          61
12. Tournament Doctor          61
13. Physiotherapist / Athletic Trainer          61
14. Conditions of Play          62
15. Player Obligations          63

**APPENDICES**

A  GRAND SLAM DEVELOPMENT FUND          64
B  AGE ELIGIBILITY          65
C  JUNIOR EXEMPT PROJECT          66
D  ENTRY PROCEDURES          67
E  OFFICIATING REQUIREMENTS          69
F  MEDICAL, EXTREME WEATHER CONDITIONS AND          70
   TOILET/CHANGE OF ATTIRE BREAKS
G  CONTACTS          76
H  ITF WOMEN'S CIRCUIT COMMITTEE          76

To give effect to the changes in these Rules please note:-

References to the International Tennis Federation or ITF shall hereafter mean ITF Limited;

References to the Rules of the Federation shall mean the Memorandum and Articles of Association together with the Bye-laws of ITF Limited (collectively known as the Constitution of ITF).

# RULES AND REGULATIONS
# ITF WOMEN'S CIRCUIT TOURNAMENTS
# 2010

## I. CATEGORIES OF EVENTS

Tournaments that comply with the criteria laid down in these Regulations are eligible for inclusion of their results on the WTA Tour Rankings. Such tournaments fall into the following groups:

**1.   ITF WOMEN'S CIRCUIT $10,000**
Individual tournaments of $10,000 prize money.
Players receive appropriate points on the Computer for the Main Draw only and credit for one tournament played.

**2.   ITF WOMEN'S CIRCUIT $25,000, $50,000, $75,000 AND $100,000**
Individual tournaments of $25,000, $50,000, $75,000 and $100,000 prize money.
Players receive appropriate points on the Computer for the last rounds of Qualifying and the Main Draw and credit for one tournament played.

**3.   ITF WOMEN'S CIRCUIT $50,000+H, $75,000+H AND $100,000+H**
Individual tournaments of $50,000, $75,000 and $100,000 prize money which offer hospitality. (See Section VII. 1. for a detailed explanation regarding hospitality).
Players receive appropriate points on the Computer for the last rounds of Qualifying and the Main Draw and credit for one tournament played.

*Note: All references to $50,000, $75,000 and $100,000 tournaments in these Regulations (with the exception of Computer points) apply to $50,000+H, $75,000+H and $100,000+H  tournaments.*

# II. CONDUCT OF EVENTS

## 4. ELIGIBILITY

### a) Open Competition / No Discrimination

All Women's Circuit tournaments are open to all female (please refer to the sections below) tennis players based on merit and without discrimination subject only to the conditions herein set forth and provided, however, that minors under the age of fourteen (14) shall not be eligible for entry. For the purposes of this Rule, the player's age as of the first day of the tournament Main Draw shall be used.

### b) Medical Control

All players entering into ITF Women's Circuit tournaments agree, as a condition of entry, to the following medical controls:

*Gender Verification*

In any competition, any player may be required upon request to submit to gender verification to determine sexual status.

In the event that the gender of a player is questioned, the medical delegate (or equivalent) of the ITF shall have the authority to take all appropriate measures for the determination of the gender of a competitor.

The results of any tests conducted will not be made public out of deference to the human rights of the individual concerned but will be reported to the Chairman of the ITF Sport Science and Medicine Commission who shall advise the Board of Directors of the gender of the player concerned.

Failure by a player to submit to testing upon the request of the ITF shall subject the player to immediate suspension from the competition until such time as the appropriate testing is carried out in accordance with these Bye-laws.

*Transsexuals*

Any individuals undergoing sex reassignment from male to female before puberty are regarded as girls and women (female), while those undergoing reassignment from female to male are regarded as boys and men (male).

Individuals undergoing sex reassignment from male to female after puberty (and the converse) are eligible for participation in female or male competitions, respectively, under the following conditions:

a. Surgical anatomical changes have been completed, including external genitalia changes and gonadectomy.

b. Legal recognition of their assigned sex has been conferred by the appropriate official authorities.

c. Hormonal therapy appropriate for the assigned sex has been administered in a verifiable manner and for a sufficient length of time to minimise gender-related advantages in sport competitions.

d. Eligibility should begin no sooner than two years after gonadectomy.

In all instances, a confidential case-by-case evaluation will occur.

34

**c) Age Eligibility Rules**

Please refer to Appendix B for details of the Age Eligibility Rule applicable to competition in all professional tennis tournaments worldwide which offer prize money of $10,000 or more.

Players under 18 years of age may be requested to provide proof of their date of birth.

**5.    RULES TO BE OBSERVED**

These ITF Women's Circuit Regulations are published by the ITF Women's Circuit Committee for the purpose of ensuring the orderly and fair administration of the ITF Women's Circuit. Each player entrant in an ITF Women's Circuit tournament agrees as a condition of such entry to abide by and be subject to these ITF Women's Circuit Regulations, which hereinafter include the ITF Women's Circuit Code of Conduct, as amended from time to time by the ITF Women's Circuit Committee.

**6.    INTERNATIONAL PLAYER IDENTIFICATION NUMBER (IPIN) MEMBERSHIP**

All players entering ITF Women's Circuit Tournaments agree, as a condition of their entry, to register for annual IPIN Membership, to accept the related terms and conditions and pay the appropriate fee. Failure by a player to register for IPIN Membership and to accept the related terms and conditions will result in the rejection of that player's entry.

**7.    WAIVER OF CLAIMS/PUBLICITY AND PROMOTION**

a) In submitting an entry into an ITF Women's Circuit tournament, all players agree, as a condition of entry, that for themselves, their executors, administrators, heirs and personal representatives, all claims of any kind, nature and description are waived, including past, present or future claims and injuries, if any, sustained in traveling to or from, or participating in an ITF Women's Circuit tournament, against the ITF, the Regional Association or National Association sanctioning such tournaments, and the WTA Tour.

b) Each player grants and assigns to the ITF the right in perpetuity to make, use and show from time to time and at its discretion, motion pictures, still pictures and live, taped or filmed television and other reproduction of her during the tournament and in connection with the promotion of the tournament without compensation for herself her heirs, devisees, executors, administrators or assigns. Such promotional activities by ITF shall not be identified as or represented to be an endorsement by the player of any product or company.

**8.     ENTRY DEFINITIONS**

**a) Direct Acceptances**

Players accepted directly into the Main or Qualifying Draw by virtue of their ranking under the applicable System of Merit.

**b) Qualifiers**

Players included in the Main Draw as a result of their success in the Qualifying competition.

**c) Wild Cards**

Players accepted directly into the Main Draw or Qualifying at the discretion of the sanctioning National Association. Wild Cards may be seeded and must be named by the Wednesday before the tournament starts except in the case of \$50,000, \$75,000 and \$100,000 tournaments, whereby two Wild Cards may be named at the time the Draw is made, subject to the restrictions of the Age Eligibility Rule (see Appendix B). The names, nationalities and dates of birth of the Wild Cards (and any replacement Wild Cards) must be sent to the appropriate Service Bureau immediately upon nomination. National Associations should confirm with players their availability to take a Wild Card prior to sending nominations to the Service Bureau or the ITF Supervisor. If the Qualifying and Main Draw Wild Card(s) move into the draw on merit, before the Freeze Deadline, such player(s) will have their Wild Card nomination(s) automatically withdrawn and replacement Wild Cards may be nominated up until the time the appropriate draw is made. Any Wild Card places not filled by this time will be filled by the next eligible players on the Acceptance List, or in the case of Main Draw, by Lucky Losers.

Wild Cards who withdraw may not be replaced with new Wild Cards after the appropriate Draw is made. Any such vacancies in Qualifying shall be filled by the next eligible person on the Acceptance list, or in the case of Main Draw, by Lucky Losers.

No player who has signed in for and been accepted into the Qualifying of the tournament may be named as a Wild Card after the Qualifying Competition has commenced.

Please refer to Appendix B for Wild Card restrictions as applicable under the Age Eligibility Rule. Players who are **not** subject to the Age Eligibility Rule may receive a total of six (6) singles and six (6) doubles Wild Cards during a calendar year on the ITF Women's Circuit. No player may exceed a maximum of three (3) Wild Cards in the Main Draw or a maximum of six (6) Wild Cards in the Qualifying Draw of an ITF Women's Circuit tournament.

Each tournament in which a player earns ranking points (singles and/or doubles) counts towards a player's number of tournaments under the Wild Card Rule. However, participation in the Draws of tournaments in which a player does not earn ranking points does not constitute competition in an ITF Women's Circuit tournament under this rule.

It is the player's responsibility to not accept Wild Cards above the stated limit. Players will forfeit any ranking points and prize money earned at ITF Women's Circuit tournaments by the acceptance of Wild Cards above the stated limit.

A player who is accepted into the Main Draw or Qualifying of a tournament may only accept the offer of a Wild Card into another tournament if authorisation is granted by the ITF – see Article III. C. Playing Another Event / One Tournament Per Week, in the Code of Conduct

d) **Junior Exempt**
A player, who, by virtue of her 2009 year-end position on the ITF Junior Girls' Singles World Rankings, gains Direct Acceptance into a designated ITF Women's Circuit tournament. (See Appendix C).

e) **Main Draw Only - $50,000, $75,000 and $100,000 Tournaments**
A player who enters the Singles or Doubles of a tournament but only wishes to play Main Draw.  The option to enter as "Main Draw Only" is restricted to $50,000, $75,000 and $100,000 tournaments only. A player may not change her status after the entry deadline.  Should a player move into the Main Draw and not show up she will be penalised accordingly.  Players who have entered as "Main Draw Only" and who withdraw before being accepted into the Main Draw may sign in as an On-Site Alternate.  Main Draw Only status expires at the Freeze Deadline (see Withdrawal Procedures) <u>or at such time as a player is accepted into the Main Draw or Qualifying of another tournament</u>.

f) **Alternates**
Players who are ranked lower than the direct acceptances into Main Draw and Qualifying under the System of Merit, at the time of the Entry Deadline (Thursday eighteen days prior to the tournament).
Vacancies in the Main Draw shall be filled by players from the Qualifying Acceptance List up until the time that the Qualifying event has started. Vacancies in the Qualifying List shall subsequently be replaced by Alternates according to the System of Merit.
Once the Qualifying has started, vacancies in the Main Draw may only be filled by Lucky Losers.

g) **On-Site Alternate**
Non entered players who appear at the tournament site at their own risk to sign in for the qualifying. In order to be eligible as an On-Site Alternate, a player must personally sign-in with the ITF Supervisor and have paid the entry fee.

h) **Lucky Losers**
Players who have lost in the final round of the Qualifying competition and fill an opening in the first round of the Main Draw. If more Lucky Losers are

required for substitutions then those players losing in the previous Qualifying rounds shall also fill the openings in the Main Draw.

If a Lucky Loser position should become available during the Qualifying competition, the position shall be treated the same as Qualifying places for placement in the Draw.

Lucky Losers (singles and doubles) must be present and sign-in 30 minutes prior to the scheduled start of play. Lucky Losers must sign-in within 30 minutes of the completion of the last Qualifying Match when last round and first round Main Draw matches are played on the same day. If a player is forced to retire from her final round of Qualifying, due to illness or injury, she will retain her Lucky Loser status provided she receives medical clearance from the Tournament Doctor. If a Lucky Loser is accepted into the Draw, but when called is not available to play, she forfeits her place and the next Lucky Loser will be called immediately to take the open spot. Once a Lucky Loser forfeits, she is no longer eligible for Lucky Loser status for that event. If a player does not sign up for Lucky Loser status one day, she may still sign up on the next day.

i) **Special Exempt**
A player competing on the day that the qualifying competition begins in another "Qualified Tournament" and who applies for and receives exemption from qualifying as hereinafter provided.
For entered players a "Qualified Tournament" is:
- For $10,000 tournaments: the singles event of any ITF Women's Circuit or any WTA Tour tournament within the same continent in the preceding week;
- For $25,000 tournaments: the singles event of any ITF Women's Circuit tournament with prize money of $25,000 or higher or any WTA Tour tournament within the same continent in the preceding week;
- For $50,000 tournaments: the singles event of any ITF Women's Circuit tournament with prize money of $50,000 or higher or any WTA Tour tournament within the same continent in the preceding week;
- For $75,000 and $100,000 tournaments: the singles event of any ITF Women's Circuit tournament with prize money of $75,000 or higher or any WTA Tour tournament within the same continent in the preceding week.

Special Exempt status shall not be available for doubles players.

Players eligible to and who wish to apply for Special Exempt status must do so by personally notifying the ITF Supervisor, either verbally or in writing, prior to the Qualifying Sign-In deadline.

If there are insufficient Special Exempt places in the Main Draw for all applicants, the players shall be selected according to the ranking from Monday 7 days before the tournament week.

If no requests for Special Exempt status are received prior to the Qualifying Sign-In deadline, such places shall be taken by Direct Acceptances.

If prior to the Entry Deadline it is established that there will be no Special Exempt places because there are no "Qualified Tournaments" in the week preceding the Tournament, then the places reserved in the Main Draw for Special Exempts shall become places for Direct Acceptances and will be indicated as such on the Acceptance List.

**9.    ENTRIES AND WITHDRAWALS**
All players applying for entry shall be deemed to apply for entry into the Main Draw or the Qualifying depending on her ranking by the applicable System of Merit.

A player may apply for entry into one but not more than six tournaments in a given calendar week, in which case she must indicate a priority. If no priority is stated, the ITF will assign a priority. (See Appendix D – for Entry and Withdrawal Procedures)

The Entry Deadline is at 14:00 hrs Greenwich Mean Time (GMT) on the Thursday eighteen (18) days prior to the Monday of the Tournament week. Entries for "Main Draw Only" shall be considered for $50,000, $75,000 and $100,000 tournaments.

All entries and withdrawals must be submitted online through the IPIN Online Service or in writing on the Official Entry or Withdrawal Form and sent to the ITF by fax or post. Emails are not accepted. See Appendix D for Entry and Withdrawal Procedures.

**a) Singles**
i) All entries are subject to the Regulations and Conditions of Entry stated in Appendix D – Entry Procedures. Written entries must be signed by the player and must contain the required information.

ii) An Alternate can appear on more than one Alternate list and is not committed to play in any one tournament unless she moves into a Main Draw or Qualifying Acceptance list prior to the Freeze Deadline, in which case she will be removed from all other lists.

**b) Doubles**
All doubles entries must be received by the ITF Supervisor by 12.00 noon local time on the day before the scheduled start of the singles Main Draw.

**c) Withdrawal Procedures**

All withdrawals must be submitted online or made in writing on the Official Withdrawal Form. Emails are not accepted. See Appendix D for Entry and Withdrawal Procedures.

i) Withdrawal Deadline (Main Draw and Qualifying)
The Withdrawal Deadline is at 14.00 hrs G.M.T. on the Tuesday thirteen (13) days before Monday of the Tournament Week.

ii) Alternates
A player on one or more Alternate List(s) may withdraw anytime until she first moves into the Main Draw or Qualifying Acceptance List.

iii) Late Withdrawals/Non-Appearance
No player may withdraw her entry from the Main Draw or Qualifying of an ITF Women's Circuit tournament for any reason after the Withdrawal Deadline. Any such withdrawal will be considered a late withdrawal.

A player's first two (2) late withdrawal offences within a calendar year are excused, provided the withdrawal is received by the ITF (and by the ITF Supervisor, if submitted after the Freeze Deadline) prior to the Qualifying Sign-in Deadline. Thereafter, except for the provisions below, any such withdrawal will be subject to the Late Withdrawal/No Show provisions set forth in Article III.B. of the Code of Conduct.

iv) On-site Medical Withdrawal
If a player is forced to withdraw during a tournament for medical reasons, the ITF Medical Certification Form must be completed (in English, French or Spanish) by the medically qualified physician on-site, indicating the nature of the medical condition and verifying that the player is unfit to continue playing in the current tournament. Such medical withdrawal will excuse any late withdrawal penalty for that tournament.

A player who withdraws from a tournament for medical reasons after the Qualifying Sign-in Deadline will be excused any late withdrawal penalty, provided she undergoes a medical examination on-site at the event from which she is withdrawing and is verified as being unfit to play in that tournament. Alternatively, if the player was still committed to a previous week's tournament at the time of the qualifying sign-in deadline, she may submit to the ITF Supervisor a completed ITF Medical Certification Form, as described above, authorised by the ITF Supervisor of the previous week's tournament.

v) Consecutive Late/Medical Withdrawals
Where a player withdraws late from consecutive tournaments for medical reasons, only the first of these will be subject to sections iii) and iv) above, provided each consecutive withdrawal occurs prior to the

40

appropriate Qualifying Sign-in Deadline and a valid ITF Medical Certification Form is submitted.

Following recovery, should a player participate in a tournament and have to withdraw, that withdrawal will once again be subject to the provisions above.

vi) Extraordinary circumstances

Under extraordinary circumstances a player has the right to appeal a Late Withdrawal or Non-Appearance fine to the ITF provided such appeal is filed within ten (10) days of the last day of the tournament.  Such extraordinary circumstances must be substantiated by documentation.

**d)  Freeze Deadline**

The Freeze Deadline is on the Thursday preceding the Tournament Week  at 14.00 hours G.M.T.

A player who has moved into a Main Draw List or Qualifying Acceptance List by the Freeze Deadline is committed to play the tournament.
After the Freeze Deadline players on the Qualifying Acceptance List will no longer be moved into the Main Draw and players on the Alternate List will no longer be moved into the Qualifying Acceptance List. These players on the Alternate List are no longer committed to play the tournament.

After the Freeze Deadline "Main Draw Only" entries which have not yet moved into a Main Draw Acceptance list will be removed from all $50,000, $75,000 and $100,000 Acceptance Lists.

A player who withdraws from the Main Draw or Qualifying after the Freeze Deadline must notify both the ITF and ITF Supervisor of her withdrawal and the reason therefor otherwise she shall be subject to the penalties provided for non-appearance.

**e)  One Tournament per Week**

Once a player is committed to a tournament she may not enter or compete in more than one tournament that same week. A player may apply for entry into one or more ITF Women's Circuit Tournaments for the same week, but she must state a priority at the time of entry and she will be withdrawn from all except one event in accordance with the Entry and Withdrawal Procedures Outlined in Appendix D.

Once a player has signed-in for the Qualifying event at a tournament, or is a Direct Acceptance, Wild Card or Special Exempt into the Main Draw, she is committed to that tournament unless released by the ITF Supervisor.

Players found to have been accepted into two tournaments in one week should not be allowed into any tournament. Players found to have competed

41

in two tournaments in one week should be immediately defaulted forfeiting all prize money and Computer Points (where applicable).

**f) On-Site Withdrawal/Retirement from Week 1 & participation in Week 2**

A player who has lost in a Tournament (Week 1) may play the Qualifying for a Tournament scheduled for the next week (Week 2).

A player may not withdraw or retire from Week 1 to play in any other tournament in Week 2 except for medical reasons.   If a player is forced to withdraw on-site or retire from Week 1 due to medical reasons, and she is entered in a tournament in Week 2, that player must receive a medical examination from the Tournament Doctor from Week 1 and submit her medical examination to the Tournament Doctor for Week 2. To be eligible to compete in Week 2 the player must receive a medical examination from the tournament doctor.

Any player will automatically be withdrawn from Week 2 if:

i) she has withdrawn or retired from Week 1 without cause,
   *or*
ii) she fails to provide a Medical Certificate from the Tournament Doctor from Week 1 to the Tournament Doctor of Week 2:
   *or*
iii) she fails to receive a medical examination for Week 2 from the Tournament Doctor.

Any player who is discovered to have contravened this rule shall not receive WTA Tour ranking points for Week 2. The player will also be subject to a fine as permitted under these Rules. This rule does not apply to a player whose partner in doubles has been forced to withdraw or retire from their match.

**g) Vacancies in the Draw**

Vacancies occurring in the Main Draw will be filled from the Qualifying acceptance list or from the Alternate list according to the System of Merit. Once the Qualifying sign-in has closed, the Qualifying Acceptance list is the list of those players who have signed in for the Qualifying competition. If vacancies occur in the Main Draw after the Qualifying has started, these may be filled only by Lucky Losers. Lucky Losers are those players who have lost in the final round of Qualifying.  If additional Lucky Losers are needed they shall be selected from losers in the previous round(s) in the same manner.

Lucky Losers shall be selected as follows:
The order of the ranked players shall be randomly drawn, thereafter the order of the unranked players shall be drawn.

Special Ranking shall not be used.

If there is no Qualifying, vacancies may be filled by players on the Alternate list according to the System of Merit. Vacancies occurring in the Qualifying shall be filled according to the System of Merit.

**h) Entry Fees**

Tournament Organisers may charge an entry fee of up to a maximum of $ 40 per player in Qualifying and $ 40 per player in the Main Draw per tournament to include both singles and doubles. No player may be charged more than a total of $ 40 for one tournament. For doubles only, an entry fee of up to maximum of $15 per player in the Qualifying and up to a maximum of $ 20 per player in the Main Draw per tournament may be charged. (Qualifiers and Lucky Losers should pay the additional $ 5 to make up the Main Draw $ 20).

Any such entry fee must either be paid as directed by the Tournament Director prior to the start of the tournament or deducted from prize money.

**10.    SYSTEM OF MERIT**

Players who wish to enter a tournament with a Special Ranking must contact the WTA Tour at least one week prior to the Entry Deadline requesting confirmation is sent to the ITF.  When two or more players are tied, the actual ranking supersedes the Special Ranking for acceptance purposes.

The following shall be used as the basis for acceptances:-

**a) Singles**
**i)  Method A**
Entered players with an approved Singles Computer Ranking shall be selected in accordance with their positions on the approved Computer Ranking list available on the Entry Deadline and dated eighteen (18) days prior to the Monday of the tournament week.

**ii)  Method B**
Entered players without an approved Singles Computer Ranking but with a current top 500 National Ranking will be drawn at the ITF Office at the Entry Deadline.

These players will be sorted into groups of the same nationalities and ranked within those groups. Ties between players within those groups will be randomly drawn.

Each country represented will be allocated the same number of draw chips as the number of players from that country. Each time a chip is drawn the highest ranked player from the country represented by that chip shall be selected.

Thereafter, all remaining entered players who are unranked and have no National Ranking, shall be randomly drawn for a position on the Qualifying/Alternate List.

### iii) Method C

On-site Alternates with an approved Singles Computer Ranking who have signed in for Qualifying shall be selected in accordance with the Computer Rankings, on Monday, seven days before the tournament week.

### iv) Method D

On-site Alternates without a Computer Ranking who have signed in for Qualifying shall be selected on the basis of their current top 500 National Rankings.

Players will be sorted into groups of the same nationalities and ranked within those groups. Ties between players within those groups will be randomly drawn.

Each country represented will be allocated the same number of draw chips as the number of players from that country unless there are more players from a particular country than places available in a draw. In that case, the number of chips allocated to that country shall be limited to the number of places available in the draw and any extra players are dropped from consideration. Each time a chip is drawn the highest ranked player from the country represented by that chip shall be selected.

All National Rankings must be submitted to the ITF by the National Association <u>at least seven (7) days before the Entry Deadline if they are to be used for acceptance purposes for a given tournament week</u>. Players without a National Ranking, <u>or an approved Singles Computer Ranking</u>, will be considered unranked for that Tournament.

If a National Association produces an updated National Ranking during the year, the National Association may send quarterly updates to the ITF.

Further places will be filled by unranked players randomly drawn.

### v) Ties

If players' computer rankings are tied, the following tie-break procedures will be used:
   a) player with the highest ranking from the previous week
   b) randomly drawn

**b) Doubles**
The ranking list of Monday 7 days before the tournament week shall be used.

**i) Method A**
Including players with Special Rankings confirmed by WTA Tour. The order will be by combined <u>Doubles</u> ranking. Ties will be decided by the team with the greatest combined total points followed by the team with the highest combined <u>Doubles</u> ranking from the previous week and then randomly drawn.

**ii) Method B**
Including players with Special Rankings confirmed by WTA Tour. National Ranking will not be considered. Order will be according to <u>Doubles</u> ranking of the ranked player. Ties will be decided by the <u>Doubles</u> ranking of the previous week of the ranked player and then randomly drawn.

**iii) Method C**
National Ranking will not be considered. Ties will be randomly drawn.

## 11.    ACCEPTANCE FOR TOURNAMENTS

### SEE APPENDIX D FOR 2010 ENTRY PROCEDURES

**a) Singles**
Acceptances for the Main Draw and Qualifying shall be based on the System of Merit. At $50,000, $75,000 and $100,000 tournaments any player applying to enter as "Main Draw Only" will not be considered for the Qualifying competition.

**b) Singles Tournament Participation per Week**
A player is not allowed to compete in singles in two (2) tournaments (WTA Tour and ITF Women's Circuit) held in one week and will be withdrawn from the second tournament by the ITF (i.e. a player may not play the Qualifying of a Tour Tournament, lose, and then play in an ITF Women's Circuit tournament in the same week). If a player does play two (2) tournaments in one (1) week, upon the first occurrence the player will receive the lesser of the rankings points earned from the two (2) tournaments. Upon the second and subsequent occurrences, the player will not be awarded any rankings points and she will be subject to a fine.

**c) <u>Grand Slam and Multi-Week WTA Tour Tournaments</u>**
  *i.  Participation during qualifying and/or first weeks*
<u>A player is allowed to play in two tournaments (ITF Women's Circuit, WTA Tour or Grand Slam) during this two-week period, provided the player has been eliminated from singles and doubles of the first tournament prior to the Qualifying Sign-in Deadline of the second tournament.</u>

45

Once a player has competed in two tournaments, where appropriate she will be automatically withdrawn from any ITF Women's Circuit tournament in the week following the Qualifying.

*ii. Participation during the second week*

A player is allowed to play in an ITF Women's Circuit tournament during the second week of a Grand Slam or multi-week WTA Tour tournament provided she has been eliminated from the singles and doubles of that tournament prior to the ITF Women's Circuit tournament Qualifying Sign-in Deadline. A player who is still competing in the Grand Slam or multi-week WTA Tour tournament at this deadline will be automatically withdrawn.

A player is not allowed to withdraw from a Grand Slam or multi-week WTA Tour tournament to play the ITF Women's Circuit tournament.

**e) Late Cancellations**

In the event that a tournament cancels late, players who had entered that tournament may be placed as "next in" on the Main Draw or Qualifying Acceptance List of another tournament taking place in the same week.

**f) Doubles**

Acceptances for the Main Draw and Qualifying shall be based on the System of Merit. If a player or a pair withdraws after the sign-in, the next pair will take their place in the draw, according to the System of Merit. Once the Qualifying event has started, vacancies in the Main Draw will be filled by Lucky Losers.

**g) Doubles Tournament Participation per Week**

A player is not allowed to compete in doubles in two (2) tournaments (WTA Tour and ITF Women's Circuit) held in one week (i.e. a player may not play the Doubles Qualifying of a tournament, lose, and also enter Doubles "Main Draw Only" in another tournament played the same week). However, a player is allowed to play Singles Qualifying of one tournament and Doubles in another tournament played the same week, provided the player has been eliminated from one tournament prior to playing in the other tournament. A player may not participate in both tournaments at the same time.

**h) Administrative Error on Acceptance Lists**

If an administrative error is made on a Tournament Player Acceptance List and too many players are accepted into the Tournament, arrive on site and sign-in to play the tournament, the following procedures will be followed: the last two (2) players accepted into the Tournament based upon the most current updated entry list (excluding Wild Cards and Qualifiers) will play a preliminary match for one (1) spot in the draw. The loser of the preliminary match will receive 1st round WTA Tour Ranking points and 1st round prize money. Prize money payment to the loser of the preliminary match will not constitute an additional expense to the Tournament; it will be paid by the ITF. A player who wins the preliminary match but then loses in the 1st round will

receive 1st round prize money plus 25% of 2nd round prize money and 35% of 2nd round WTA Tour Ranking Points.

It is the responsibility of the ITF to advise the Director of the MIS Department at the WTA Tour Florida office immediately following the discovery of any such administrative error.

**12.  SIGN-IN**
   **a)  Qualifying**
   The Qualifying Sign-in Deadline is at 18.00 hours local time at the site of the Tournament on the day preceding the start of the Qualifying Draw.

   All players must personally sign-in on-site with the ITF Supervisor. Telephone sign-in is not accepted, except the ITF Supervisor/Referee at an ITF sanctioned tournament in the preceding week, including a WTA Tour tournament, may sign-in a player who has lost on either of the last two days preceding the Qualifying competition. For $50,000, $75,000 and $100,000 tournaments a player who is travelling to the tournament may sign-in personally with the ITF Supervisor by telephone.

   In all circumstances of telephone sign-in, the player must be able to be on-site and play her first round match by the end of the first round of Qualifying. On-site Alternates may be signed-in for the Qualifying Draw of one tournament only.

   Any unused Special Exempt place(s) or known Main Draw vacancies (following withdrawals after the Freeze Deadline) shall be filled by entered players who have either signed in for Qualifying or preserved their eligibility for such place(s) by personally contacting the ITF Supervisor prior to the Qualifying Sign-in Deadline. These players are to be selected in accordance with the position on the Acceptance List.  If the Special Exempt places are used or there are no Main Draw vacancies, these players are not eligible to play the Qualifying and are subject to the Late Withdrawal/No Show provisions set forth in Article III.B. of the Code of Conduct.

   Wild Cards, as nominated by the Tournament Director, do not have to sign-in with the ITF Supervisor.

   **b)  Main Draw**
   *Singles:*
   Players accepted into the singles Main Draw of ITF Women's Circuit tournaments are not required to sign-in with the ITF Supervisor.

   *Doubles:*
   All doubles team entries must be in writing and received by the ITF Supervisor by 12.00 noon local time on the day before the Main Draw in singles is scheduled to commence.

47

The doubles sign-in record must be posted at a reasonable time prior to the announced sign-in deadline. One member of a doubles team may sign in for the team. The ITF Supervisor <u>may</u> accept telephone entries received <u>directly from one member of the doubles team</u> by the sign-in deadline. Players who fail to sign-in shall not be included in the doubles draw.

**c) Contact Details**
Each player must ensure that a contact telephone number is left with the ITF Supervisor where she may be reached during the tournament.

**13.    COMPOSITION OF DRAWS**
**a) Singles**
i) Qualifying Draw
Each individual tournament must allow for a Qualifying draw equal to, or greater than, the size of the Main Draw. The Qualifying draw size must be stated on the application form and fact sheet and may not be changed after the entry deadline has passed. At $10,000 tournaments the Singles Qualifying draw must not exceed 128 players. At $25,000 tournaments the Singles Qualifying draw must not exceed 64 players. At $50,000, $75,000 and $100,000 tournaments the Singles Qualifying draw must not exceed 32 players.

The Singles Qualifying draws must be composed as follows:

|                    | 128 Draw | 64 Draw | 48 Draw | 32 Draw |
|--------------------|----------|---------|---------|---------|
| Direct Acceptances | 120      | 56      | 42      | 26      |
| Wild Cards         | 8        | 8       | 6       | 6       |

ii) Pre-Qualifying
The Tournament Committee may hold a pre-qualifying event to determine the selection of Wild Cards for the Qualifying event.

iii) Main Draw
The Singles Main Draws must be composed as follows:

**ITF Women's Circuit   $10,000 / $25,000**

|                    | 32 Draw |
|--------------------|---------|
| Direct Acceptances | 20-18   |
| Qualifiers         | 8       |
| Wild Cards         | 4       |
| Special Exempts    | 0-2     |

48

**Note:** Tournaments which are part of the Junior Exempt Programme must use the following Main Draw composition:

| | |
|---|---|
| Direct Acceptances | 19-17 |
| Qualifiers | 8 |
| Wild Cards | 4 |
| Special Exempts | 0-2 |
| Junior Exempt | 1 |

### ITF Women's Circuit $50,000 / $75,000 / $100,000

| | 32 Draw |
|---|---|
| Direct Acceptances | 24-22 |
| Qualifiers | 4 |
| Wild Cards | 4 |
| Special Exempts | 0-2 |

**Note:** Tournaments which are part of the Junior Exempt Programme must use the following Main Draw composition:

| | |
|---|---|
| Direct Acceptances | 23-21 |
| Qualifiers | 4 |
| Wild Cards | 4 |
| Special Exempts | 0-2 |
| Junior Exempt | 1 |

**b) Doubles**

The doubles Main Draw must consist of 16 teams. An optional doubles Qualifying consisting of a maximum of 4 teams may be played. Such doubles Qualifying must be announced no later than when the doubles sign-in opens. Each Doubles Draw shall be composed as follows:

i) Doubles Qualifying Draw

| | 4 Draw |
|---|---|
| Direct Acceptances | 3 |
| Wild Cards | 1 |

ii) Doubles Main Draw

| *With Qualifying* | 16 Draw |
|---|---|
| Direct Acceptances | 11 |
| Wild Cards | 3 |
| Qualifiers | 2 |

| *Without Qualifying* | 16 Draw |
|---|---|
| Direct Acceptances | 13 |
| Wild Cards | 3 |

In each doubles match, No-Ad scoring shall be used throughout the match and when the score is one set all, one match tie-break (10 points) shall be played to decide the match. In the event that no qualifying is held, the places allocated for Qualifiers in the doubles draw shall be filled by direct acceptances.

**14.  SEEDS**
Each tournament will have a seeded draw with seeds determined as follows:

**a)  Seedings List**
Seedings will not be official until the draw is made and shall be determined by the ITF Supervisor based on the System of Merit. The ranking from Monday 7 days before the tournament week shall be used.

If players' rankings are tied the following tie-break procedures will be used in the following order: (used in Singles)
i)  player with the highest ranking from the previous week
ii)  randomly drawn by the ITF Supervisor

Ties in doubles will be decided by the team with the greatest combined total points followed by the team with the highest combined ranking from the previous week and then randomly drawn.

Special Rankings will not be taken into consideration.
Accumulated Points shall not be used (either in Main Draw or Qualifying).
National Rankings shall not be used to determine seedings.

**b)  Number of Seeds in the Main Draws**
The number of players or doubles teams to be seeded in the Main Draws must be as follows:

| | |
|---|---|
| 32 singles draw | 8 seeds |
| 16 doubles draw | 4 seeds |

**15.  MAKING THE DRAW**
Each draw shall be made in public by the ITF Supervisor and with at least two players present, one of whom shall be of a different nationality to that of the host country. The time and place of the draw must be announced at least 24 hours in advance of the draw taking place.

**a)  Time**
i)  Qualifying Singles: Immediately after player sign-in, which should take place by 6.00 p.m. (18.00 hrs) on the day before the start of play of the Qualifying.
ii)  Main Draw Singles: No later than 7.00pm (19.00 hrs) on the day before the Main Draw starts and the Order of Play posted one hour after the draw has been made.

iii) Qualifying and Main Draw Doubles: Immediately after the doubles sign-in at 12.00 noon on the day before the scheduled start of the singles Main Draw.

**b) Method of Draw**
The draw shall be made as follows:
i)  Qualifying
   a)  Sections
   The qualifying draw shall be made in sections, with one section for each place allotted in the Main Draw.

   b)  Placement of Seeds/Method of draw
   In Singles, each section shall have two seeded players. In doubles, each section shall have one seeded team.
   The first seed shall be placed at the top of the first section, the second seed shall be placed at the top of the second section and so on until all sections have one (1) seed on the top line of each section.
   In Singles, the remaining seeds shall be drawn as one group. The first drawn shall be placed on the bottom line of the first section, the second drawn shall be placed on the bottom line of the second section and so on until all sections have one (1) seed on the bottom line of each section.
   If there is not a sufficient number of seeded players to fill all the positions for seeds in the draw, the section(s) with the highest seeds shall not have a second seeded player.

ii) Placement of Seeds in the Main Draw
   a)  Place Seed 1 on line 1 and Seed 2 on line 16 (16 draw) or line 32 (32draw).
   b)  To determine the placement of the remaining seeds, draw in pairs of two (Seeds 3 and 4) and a group of four (Seeds 5-8) from top to bottom as follows:

|  |  | 16 Draw (4 Seeds) | 32 Draw (8 Seeds) |
|---|---|---|---|
|  |  | **Line** | |
| **Seeds 3 & 4** | First drawn (top half) | 5 | 9 |
|  | Second drawn (bottom half) | 12 | 24 |
| **Seeds 5, 6, 7 & 8** | Drawn from top to bottom |  | 8 |
|  |  |  | 16 |
|  |  |  | 17 |
|  |  |  | 25 |

iii) Byes in Qualifying
   If there are byes they shall be given to the seeds in descending order and thereafter byes are drawn for placement in the draw so as to be distributed equally in the sections of the draw.

iv) Remaining Players

The remaining players (including Qualifiers, Lucky Losers etc.) are drawn by lot to fill the vacancies starting at the top of the draw. If the Qualifying competition is not completed at the time of the draw, then the places for Qualifiers are designated as "Qualifier". Successful Qualifiers at the conclusion of the last round of Qualifying will be randomly drawn to determine in which places they are to be entered in the draw. The Lucky Losers shall be drawn together with the Qualifiers.

**16.    WITHDRAWAL AFTER THE DRAW**

Any vacancy created by the withdrawal of a seed shall be filled by the next highest ranked player eligible to be seeded.  The position vacated by that next highest ranked player shall be filled by the next player on the Acceptance List if prior to the commencement of the qualifying event or by the eligible lucky loser if after the commencement of the qualifying event. Any vacancy created by the withdrawal of a seed which occurs after the release of the order of play for the first day of Main Draw, shall be filled by eligible Lucky Losers/Alternates. The same principles shall be followed for the Qualifying Draws.

# III. SUBMISSION OF RESULTS

**17.    PROCEDURES**

At the end of each day's play at ITF Women's Circuit Tournaments, including the completion of the tournament, the Supervisor shall submit updated tournament results for Main Draw and Qualifying, singles and doubles, according to the instructions provided by the ITF and/or appropriate Service Bureau.

# IV. PRIZE MONEY AND POINTS

### 18.    BREAKDOWNS

The following prize money breakdowns shall apply to all ITF Women's Circuit Tournaments:-

i) <u>Prize Money Category</u>:    **$10,000**
- 32 Draw
- 2% <u>PHCP</u> Fee = $200

|  | **32 Singles** | **16 Doubles** (per team) |
|---|---|---|
| Winner | $1,568 | $ 637 |
| Finalist | $ 980 | $ 343 |
| Semi-finalist | $ 490 | $ 196 |
| Quarter-finalist | $ 245 | $ 98 |
| Round of 16 | $ 196 | $ 49 |
| Round of 32 | $ 98 | - |
| *Total* | *$7,644* | *$2,156* |

ii) <u>Prize Money Category</u>:    **$25,000**
- 32 Draw, 32 Qualifying
- 2% <u>PHCP</u> Fee = $500

|  | **32 Singles** | **16 Doubles** (per team) |
|---|---|---|
| Winner | $2,940 | $1,176 |
| Finalist | $1,666 | $ 686 |
| Semi-finalist | $1,078 | $ 392 |
| Quarter-finalist | $ 686 | $ 196 |
| Round of 16 | $ 490 | $ 98 |
| Round of 32 | $ 294 | - |
| *Total* | *$18,130* | *$4,214* |

*Qualifying*
| | |
|---|---|
| Final Round | $ 133 |
| Round of 32 | $ 68 |
| *Total* | *$2,152* |

iii) <u>Prize Money Category</u>:    **$50,000**
- 32 Draw, 32 Qualifying
- 5% <u>PHCP</u> Fee = $2,500

|  | **32 Singles** | **16 Doubles**<br>**(per team)** |
|---|---|---|
| Winner | $7,315 | $2,660 |
| Finalist | $3,990 | $1,425 |
| Semi-finalist | $2,185 | $ 760 |
| Quarter-finalist | $1,235 | $ 380 |
| Round of 16 | $ 760 | $ 285 |
| Round of 32 | $ 475 | - |
| *Total* | *$34,295* | *$9,405* |

| *Qualifying* | |
|---|---|
| Final Round | $ 285 |
| Round of 16 | $ 143 |
| Round of 32 | $ 95 |
| *Total* | *$3,800* |


iv) <u>Prize Money Category</u>:    **$75,000**
- 32 Draw, 32 Qualifying
- ROW 5% <u>PHCP</u> Fee = $3,750; Europe 7% <u>PHCP</u> Fee = $5,250

|  | **32 Singles** | **32 Singles**<br>**EUROPE** | **16 Doubles**<br>**(per team)** | **16 Doubles**<br>**EUROPE** |
|---|---|---|---|---|
| Winner | $11,400 | $11,160 | $4,180 | $4,092 |
| Finalist | $ 6,080 | $ 5,952 | $2,090 | $2,046 |
| Semi-finalist | $ 3,325 | $ 3,255 | $1,045 | $1,023 |
| Quarter-finalist | $ 1,900 | $ 1,860 | $ 570 | $ 558 |
| Round of 16 | $ 1,140 | $ 1,116 | $ 380 | $ 372 |
| Round of 32 | $ 665 | $ 651 | - | - |
| *Total* | *$51,490* | *$50,406* | *$13,680* | *$13,392* |

| *Qualifying* | | |
|---|---|---|
| Final Round | $ 382 | $ 372 |
| Round of 16 | $ 237 | $ 232 |
| Round of 32 | $ 166 | $ 163 |
| *Total* | *$ 6,080* | *$ 5,952* |

54

v) <u>Prize Money Category</u>:    **$100,000**
- 32 Draw, 32 Qualifying
- ROW 5% <u>PHCP</u> Fee = $5,000; Europe 7% <u>PHCP</u> Fee = $7,000

|  | 32 Singles | 32 Singles EUROPE | 16 Doubles (per team) | 16 Doubles EUROPE |
|---|---|---|---|---|
| Winner | $15,200 | $14,880 | $5,573 | $5,456 |
| Finalist | $ 8,107 | $ 7,936 | $2,787 | $2,728 |
| Semi-finalist | $ 4,433 | $ 4,340 | $1,393 | $1,364 |
| Quarter-finalist | $ 2,533 | $ 2,480 | $ 760 | $ 744 |
| Round of 16 | $ 1,520 | $ 1,488 | $ 507 | $ 496 |
| Round of 32 | $ 887 | $ 868 | - | - |
| *Total* | *$68,653* | *$67,208* | *$18,240* | *$17,856* |

| *Qualifying* | | |
|---|---|---|
| Final Round | $ 509 | $ 499 |
| Round of 16 | $ 316 | $ 309 |
| Round of 32 | $ 221 | $ 217 |
| *Total* | *$ 8,107* | *$ 7,936* |

## 19. PAYMENTS

Prize money in cash or cheques should be made available daily at the Tournament Office for each day's losing players. The following criteria should be observed:

### a) Tax Deductions

Any Government tax deductions from prize money must be stated on the players' fact sheet.

### b) Currency

Prize money shall be paid in US Dollars unless prior approval to pay in any other currency is obtained in writing from the ITF at the time of application.

### c) Exchange Rate

A non-US Tournament may elect on or before four (4) months prior to the tournament to pay on-site prize money in US Dollars or in local currency. If local currency is selected, then the exchange rate shall be the average of the six (6) months immediately preceding six (6) months prior to the tournament. If there is a fluctuation of five percent (5%) or more, up or down, immediately prior to the first day of the tournament, then such exchange rate shall be adjusted, up or down as follows:

| Exchange Rate Fluctuation | Exchange Rate Adjustment |
|---|---|
| Less than 5% | None |
| Between 5 and 10% | 5% |
| 10% or greater | One half the Exchange Rate Percentage Fluctuation |

(\* For example, if the currency fluctuates 11% from the authorized exchange rate, the exchange rate will be adjusted by 5.5%).

Each Tournament electing to pay on-site prize money in a specific non-US currency shall obtain from the ITF (Rest of World Events) or Tennis Europe (European events) the official rate for the tournament determined as provided and shall use the same.

**d) Uncompleted Matches**

If the singles or doubles event of a tournament is cancelled, e.g. due to poor weather, and there has been no play, first round prize money will be paid out to the players.  If play has commenced and been terminated before the tournament is concluded players will be paid loser's prize money for the individual round reached.  Additionally, if the first round has been completed, all players/teams will receive their Round Points earned through the last completed round only and the tournament will count as a tournament played.

If a tournament is officially terminated and the final(s) have not been completed, the finalists will each receive finalists' prize money and ranking points.  The difference between the winner and finalist prize money will revert back to the tournament.

**e) Defaults, Byes, Withdrawal and Retirement**

i) No points or prize money will be awarded to a player or team who withdraws or is a "no show" without playing their first match.

ii) Any player who is defaulted shall lose all prize money, hospitality and points earned for that event at that tournament, unless:
- The player was defaulted for a violation of the punctuality or dress and equipment sections of the code of conduct
- The player was defaulted as a result of a medical condition
- A member of a doubles team did not cause any of the misconduct code violations that resulted in the team being defaulted.

iii) A singles player withdrawing after the first round, or retiring, will receive loser's computer points and prize money for the round in which she retired.

iv) If a singles player withdraws from the semifinal or final their prize money is calculated per the round they withdrew less 50% of the difference between that round and the previous round. Such 50% shall be retained by the tournament.

v) If a player withdraws from the singles final, and the Tournament Director so desires, a substitute player will play a best of 3 set exhibition

56

match against the Tournament winner. The substitute player will receive all the money defaulted.

vi) A doubles team withdrawing after the first round, or retiring, will receive loser's computer points and prize money for the previous round reached. In addition, the player withdrawing or retiring will not be allowed to play in any other ITF Pro Circuit tennis event until Monday of the next tournament week (unless she is still playing in singles).

vii) A player or team who wins a match as a result of a retirement, default, walkover or no show shall receive prize money and points that the player or team would have received for winning the match only if they have previously played and won a match.

viii) If a player or team receives one (1) or more consecutive byes and loses her/their first match played, the player or team will only receive ranking points from the round preceding their elimination and the player or team shall receive prize money for the round reached.

ix) If a player or team receives one (1) or more consecutive byes and withdraws from her/their first match, no ranking points shall be awarded, the tournament will not count on her/their record and no prize money shall be paid out.

**f) Amateur Expenses**

ITF Women's Circuit Tournaments may pay expenses to amateurs who are eligible to and do compete. Such expenses are limited to the actual and reasonable expenses of an amateur incurred pursuant to her participation in the tournament. The payment of expenses cannot be conditioned on the success of the amateur in the event.

# V. AMENDMENT TO THE REGULATIONS

**20.    ENFORCEMENT OF REGULATIONS**

These Regulations shall be binding.

It is the responsibility of the ITF Supervisor on site to enforce these Regulations on behalf of the ITF.

**21.    AMENDMENT OF REGULATIONS**

No amendment to these Regulations shall be effective unless adopted by the ITF in accordance with the Rules laid down by the Federation.

# VI. WTA TOUR COMPUTER RANKINGS

*For a complete statement of the official rules and regulations regarding WTA Tour computer rankings, refer to the WTA Tour Official Rule Book.*

## 1.    INTRODUCTION

The WTA Rankings is the worldwide computer ranking for Women's Professional Tennis.  The Ranking System is a 52-week, cumulative system in which the number of tournament results that comprise a player's ranking is capped at sixteen (16) tournament results for singles and eleven (11) tournament results for doubles.   The results used to determine the players' ranking are the tournaments that have yielded the players' highest ranking points over the past fifty-two (52) weeks including their ranking points from any mandatory tournament and the WTA Tour Championships plus the best two (2) Premier 5 Tournament results for Top 10 players.  The rankings determine player acceptance and seeding for all tournaments.

Rankings are computed and published weekly by the WTA Tour from its U.S. Headquarters in St. Petersburg, Florida.  Note:  ITF Women's Circuit Tournaments with prize money of $25,000 or less are processed a minimum of one (1) week following the conclusion of the Tournament.

## 2.    SINGLES and DOUBLES ROUND POINTS

| Description | W | F | SF | QF | R16 | R32 | QLFR | Q3 | Q2 | Q1 |
|---|---|---|---|---|---|---|---|---|---|---|
| ITF $100,000 + H* (Doubles) | 150 | 110 | 80 | 40 | 1 | - | - | - | - | - |
| ITF $100,000 + H* (Singles) | 150 | 110 | 80 | 40 | 20 | 1 | 6 | 4 | 1 | 0 |
| ITF $100,000 (Doubles) | 140 | 100 | 70 | 36 | 1 | - | - | - | - | - |
| ITF $100,000 (Singles) | 140 | 100 | 70 | 36 | 18 | 1 | 6 | 4 | 1 | 0 |
| ITF $75,000 + H* (Doubles) | 130 | 90 | 58 | 32 | 1 | - | - | - | - | - |
| ITF $75,000 + H* (Singles) | 130 | 90 | 58 | 32 | 16 | 1 | 6 | 4 | 1 | 0 |
| ITF $75,000 (Doubles) | 110 | 78 | 50 | 30 | 1 | - | - | - | - | - |
| ITF $75,000 (Singles) | 110 | 78 | 50 | 30 | 14 | 1 | 6 | 4 | 1 | 0 |
| ITF $50,000 + H* (Doubles) | 90 | 64 | 40 | 24 | 1 | - | - | - | - | - |
| ITF $50,000 + H* (Singles) | 90 | 64 | 40 | 24 | 12 | 1 | 6 | 4 | 1 | 0 |
| ITF $50,000 (Doubles) | 70 | 50 | 32 | 18 | 1 | - | - | - | - | - |
| ITF $50,000 (Singles) | 70 | 50 | 32 | 18 | 10 | 1 | 6 | 4 | 1 | 0 |

58

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ITF $25,000 (Doubles) | 50 | 34 | 24 | 14 | 1 | - | - | - | - | - |
| ITF $25,000 (Singles) | 50 | 34 | 24 | 14 | 8 | 1 | 1 | - | - | - |
| ITF $10,000 (Doubles) | 12 | 8 | 6 | 1 | - | - | - | - | - | - |
| ITF $10,000 (Singles) | 12 | 8 | 6 | 4 | 1 | - | - | - | - | - |

\* "+H" indicates that Hospitality is provided

With the exception of the Grand Slams and the Sony Ericsson Championships, the Commonwealth Bank Tournament of Champions and the Sony Ericsson WTA Tour Premier Mandatory events, all singles and doubles 1st round losers in Tournaments with prize money of $25,000 or greater receive one (1) Round Point regardless of draw size.

For the purposes of awarding Ranking Points, in all ITF Tournaments with prize money of $50,000 or greater, the round of 32 will be considered to be the first round of Qualifying and all Rules will apply as if that were the first round of play.  In these ITF Tournaments, the WTA Tour will only award Round Points in Qualifying starting in the Round of 32 and play in any round prior to the round of 32 will not be considered as having taken place for ranking purposes.

### 3.    GENERAL RULES
**Singles and Doubles**
**Rankings** - Players are ranked on the basis of their total points.

**Processing of Rankings** - WTA Tour Tournaments (Premier Mandatory through International) plus ITF $100,000, $75,000 and $50,000 tournaments (as long as completed by the Sunday of that week) are processed on a weekly basis. ITF $10,000 through $25,000 tournaments are processed a minimum of one (1) week following the completion of the Tournament. Points stay valid for fifty-two (52) weeks from the week in which a Tournament is included in the Ranking Totals.

**Eligibility** - Players must have at least three (3) valid Tournaments to appear on the rankings. Players under the age of fourteen (14) cannot obtain a computer ranking. If a player under the age of fourteen (14) plays singles or doubles in a Tournament, that Tournament and the points acquired during play will not be counted for ranking purposes for that player. If a player plays singles or doubles in a Tournament that exceeds the number permitted to be played under the Age Eligibility Rule, that Tournament and the points acquired during play will not be counted for ranking purposes for that player.

### 4.    FURTHER INFORMATION - WTA TOUR CONTACTS
Queries and requests for full information on the Computer Rankings should be directed to the WTA Tour office in Florida.

Shannon McSween, WTA TOUR
One Progress Plaza, Suite 1500, St.Petersburg, FL 33701, United States of America
Telephone: (1) 727 895 5000                    Fax: (1) 727 822 9470

# VII. ORGANISATIONAL REQUIREMENTS

1.  **$50,000/$75,000/$100,000 PLUS HOSPITALITY**

    Tournaments with $50,000/$75,000/$100,000 in prize money which offer hospitality will receive increased WTA Tour ranking points.

    Hospitality is defined as one complimentary room for the use of each player accepted into the singles and doubles Main Draw. Rooms are to be available to each singles player for a minimum of <u>four (4)</u> nights and a maximum of seven (7) nights.  Accommodation continues through to include the night that she plays her last match or until her <u>four (4)</u> nights minimum has been provided, whichever is later. Accommodation begins no later than the day the Main Draw starts.

    Rooms for doubles players must be available beginning the day of the sign in for a minimum of two (2) nights and a maximum of seven (7) nights. Accommodation continues through to include the night of the player's last match or until the two (2) nights minimum has been provided.

    <u>Successful Qualifiers must be afforded the same accommodations as Main Draw players.</u>

    Players receive appropriate points on the Computer for the last 3 rounds of Qualifying and the Main Draw and credit for one tournament played.

    *Note:    Full details are available on request from the ITF office.*

2.  **ACCOMMODATION**

    Organisers are required to assist players where possible with accommodation by offering reduced rates at a nearby hotel.

3.  **ON-SITE TESTING FACILITY**

    a) Each ITF Women's Circuit tournament, when requested, is obligated to provide the following facilities:
       i)  a private room with bathroom and an adjacent waiting room; *or*, at the discretion of the ITF,
       ii) an alternative on-site location with a suitable trailer.

    b) In addition, the Tournament is required to provide appropriate furniture, water, fruit and television or court monitoring systems for the testing facility as well as staff assistance for site set-up and facility maintenance during the Tournament.

4.  **TRANSPORTATION/TRAVEL ASSISTANCE**

    Free transportation from the official hotel to the tournament site must be provided for players on a regular basis.

5.  **PRACTICE COURTS**

    Courts must be provided for practice from at least one day before the start of the Qualifying event and these should be of the same surface as the match courts and be available until the completion of the tournament.

**6.   ARTIFICIAL LIGHTING**
Play is allowed with artificial lighting provided there is a minimum of 500 Lux evenly distributed over the court surface.

**7.   FACT SHEET**
All relevant information should be correctly completed and provided on the official Fact Sheet to the relevant Service Bureau by the Tournament Organiser at least three (3) months prior to the date of the tournament week and updated as necessary.

**8.   ITF SUPERVISOR**
Please see the officiating requirements shown in Appendix E.
Each ITF Women's Circuit Tournament must provide at its sole expense an official certified as a Gold or Silver Badge ITF Supervisor. The ITF Supervisor must be available throughout the tournament week, from the Qualifying Sign-in, unless otherwise approved by the ITF.

**9.   ITF CHAIR UMPIRE**
These officiating requirements (See Appendix E) are the minimum standards for ITF Women's Circuit Tournaments.  National Associations that wish to supply a higher certification level of official, or more officials, than the minimum requirements are encouraged to do so.

**10.   APPROVAL OF OFFICIALS**
Each ITF Women's Circuit Tournament shall submit a list of officials to fulfil the requirements as set forth above to ITF Officiating at least sixty (60) days prior to the event.  Any request for these officiating requirements to be waived should be made to the ITF at least sixty (60) days prior to the tournament.

Please see the officiating requirements shown in Appendix E.

**11.   BALL BOYS/GIRLS**
A minimum of three and a maximum of six ball boys/girls are to be provided per match from the quarter finals onwards in the Main Draw.
Guidelines for ball boys/girls are available upon request from the ITF.

**12.   TOURNAMENT DOCTOR**
Each tournament must <u>appoint and pay all costs for an English- speaking medical doctor, preferably an orthopaedic specialist or a general practitioner, to be available on call at all times during playing hours</u>.

**13.   PHYSIOTHERAPIST/ATHLETIC TRAINER**
a)   <u>$75,000 & $100,000 Tournaments</u>
<u>The ITF will appoint an English-speaking Physiotherapist/Athletic Trainer to be available on-site during play, who will provide on-site treatment to players</u>

61

free of charge. The ITF will pay the travel costs and fee for the Physiotherapist/Athletic Trainer, but all other costs for the Physiotherapist /Athletic Trainer (hotel, meals, local transportation etc.) will be the responsibility of the Tournament Director.

b) $50,000 Tournaments
The Tournament Director must appoint an English-speaking Physiotherapist /Athletic Trainer to be available on-site during play. The cost of any on-site treatment administered to players by the Physiotherapist/Athletic Trainer must be free of charge. The Tournament Director must ensure the Physiotherapist/Athletic Trainer has appropriate qualifications and experience to treat players. All costs for the Physiotherapist/Athletic Trainer at $50,000 tournaments are the responsibility of the Tournament Director.

c) $10,000 & $25,000 Tournaments
The Tournament Director must appoint an English speaking Physiotherapist /Athletic Trainer to be available on-site during play, who must provide on-site treatment to players at their own cost (note: on-site treatment may be provided free of charge to players at the discretion of the Tournament Director).

## 14.  CONDITIONS OF PLAY

a) **Warm-up**
The warm-up shall not exceed five minutes.

b) **Match Format**
All singles matches shall be the best of three tie-break sets, unless otherwise approved by the ITF.

In each doubles match, No-Ad scoring shall be used throughout the match and when the score is one set all, one match Tie-Break game (10 points) shall be played to decide the match.

c) **Continuous Play**
Play shall be continuous under the terms of Rule 30 of the Rules of Tennis. No rest is allowed after the second set in a three set match.

d) **Ball Change**
The balls to be used at ITF Women's Circuit tournaments must conform to the specifications in Rule 3 of the Rules of Tennis and must have been approved by the ITF. Any Women's Circuit tournament must apply to the ITF Executive Director of Fed Cup & Women's Tennis for approval at least three (3) months in advance of the tournament if it wishes to use BALL TYPES 1 or 3.
In the qualifying, a minimum of four (4) new balls are to be provided for the first and third sets of a match. In the Main Draw, a minimum of four (4) balls

are to be changed at a maximum of eleven (11) games and thereafter every thirteen (13) games in each match. At $50,000, $75,000 and $100,000 tournaments in the qualifying and the Main Draw, the ball change shall be after the first nine (9) games and thereafter every eleven (11) games in each match. More frequent ball changes are acceptable at the discretion of the ITF Supervisor.

**e) Practice Balls**

Practice balls (minimum of three (3) per person) per day must be provided for all players from the day before the start of the Qualifying and Main Draws. At $50,000, $75,000 and $100,000 tournaments these must be new balls but at the lower prize money level tournaments these may be once-used balls.

**f) Rest**

If circumstances dictate that a player is scheduled for more than one match per day, then she shall, unless she is in both the Singles and Doubles finals to be played consecutively, be given the following minimum rest period:-

i)    if played less than 1 hour            - ½ hour rest
ii)   if played between 1 and 1½ hours   - 1 hour rest
iii)  if played more than 1½ hours        - 1 ½ hours rest

If a player is involved in the Singles and Doubles final she shall be allowed a rest period of one half hour. Player may play before the end of the rest period if all participants are in agreement.

**15.    PLAYER OBLIGATIONS**

Please see ITF Pro Circuit Code of Conduct

# APPENDIX A



Administered by the International Tennis Federation

The Grand Slam Development Fund was established in 1985 by the International Tennis Federation from contributions donated by the Grand Slam tournaments to provide assistance to affiliated National Tennis Associations with the development of competitive tennis. Since then over US$52 million has been invested in tennis development worldwide, of which a significant proportion has been directed towards women's tennis. The Grand Slam Development Fund is designed to help increase competitive opportunities worldwide by encouraging the establishment of tournament circuits, which will provide opportunities for a greater number of players to compete internationally, and, through touring teams and travel grants, to assist players to gain international competitive experience so that more nations will be represented in the mainstream of international competition.

Only Member Nations may apply to the ITF for grants from the Grand Slam Development Fund. Applications must be submitted by National Associations in writing on the appropriate form (which is available upon request from the ITF London office).

National Associations benefiting from the Grand Slam Development Fund are required to publicise their event as being "supported by the Grand Slam Development Fund".

Applications for assistance may be made for:
   a)  A contribution towards the prize money at entry level professional events
   b)  Special prize money grants are available for existing $10,000 events to upgrade to $25,000 and $50,000 events.

All events must be organised in accordance with the Regulations for the ITF Women's Circuit and sanctioned by the National and/or Regional Association concerned.

Full details of the Grand Slam Development Fund together with application forms are available on request from:-

Executive Director, Tennis Development
International Tennis Federation
Bank Lane
Roehampton
London
SW15 5XZ
Telephone:        (44)  20 8878 6464
Fax:               (44)  20 8392 4742
E-mail:  development@itftennis.com

64



# APPENDIX B

### AGE ELIGIBILITY

For full details on the WTA Tour Age Eligibility Rule and PRO U™ requirements please refer to the following resources:

1)   2010 Sony Ericsson WTA Tour Official Rulebook, either in hard copy or available on-line at: http://www.sonyericssonwtatour.com/page/TourRules/

2)   ITF Women's Circuit Rules & Regulations online at: http://www.itftennis.com/womens/circuitinfo/rules/

65



# APPENDIX C

## 2010 JUNIOR EXEMPT PROJECT

The Junior Exempt position will be allocated according to the following criteria:-

The year-end number 1 ranked girl will be offered direct entry into the Main Draw at one (1) ITF Women's Circuit event up to and including $100,000 prize-money level and direct entry into the Main Draw at two (2) ITF Women's Circuit events up to and including $75,000 prize-money level.

The year-end number 2 ranked girl will be offered direct entry into the Main Draw at two (2) ITF Women's Circuit events up to and including $75,000 prize-money level and direct entry into the Main Draw at one (1) ITF Women's Circuit event up to and including $50,000 prize-money level.

The year-end number 3-5 ranked girl will be offered direct entry into the Main Draw at two (2) ITF Women's Circuit events up to and including $50,000 prize-money level and direct entry into the Main Draw at one (1) ITF Women's Circuit event up to and including $25,000 prize-money level.

The year-end number 6-10 ranked girl will be offered direct entry into the Main Draw at three (3) ITF Women's Circuit events up to and including $25,000 prize-money level.

***THE PROVISIONS OF THE AGE ELIGIBILITY RULE WILL BE TAKEN INTO ACCOUNT.***



# APPENDIX D

### ENTRY PROCEDURES
### 2010 ITF WOMEN'S CIRCUIT TOURNAMENTS

**Entry Deadline:** Thursday eighteen (18) days prior to the Monday of the tournament week (no later than 14:00 hours GMT)

**Withdrawal Deadline (Main Draw and Qualifying):** Tuesday thirteen (13) days prior to the Monday of the tournament week (no later than 14:00 hours GMT)

**Freeze Deadline:** Thursday preceding the tournament week (no later than 14:00 hours GMT)

It is the player's responsibility to make all entries and withdrawals and to check her position on the Entry Lists.

**All entries and withdrawals must be submitted online or made in writing by letter or fax on the Official Entry or Withdrawal Forms. Emails are not accepted. All players entering ITF Women's Circuit Tournaments agree, as a condition of their entry, to register for annual IPIN Membership and pay the appropriate fee. Failure by a player to register for IPIN Membership will result in the rejection of that player's entry.**

If a player enters more than one, but not more than six ITF Women's Circuit tournaments occurring during the same period, **SHE MUST STATE A PRIORITY ON HER ENTRY FORM.**

#### At the Withdrawal Deadline:

- If a player is accepted into the Main Draw or Qualifying Draw of one ITF Women's Circuit tournament, she will be immediately withdrawn from the Entry Lists of all other Tournaments.

- If a player is accepted into the Main Draw or Qualifying Draw of more than one ITF Women's Circuit tournament occurring during the same period, she will remain on one List and will be immediately withdrawn from the Entry Lists of all other Tournaments, according to the following criteria:

  1. Main Draw takes priority over Qualifying
  2. Tournament Entry Priority

  If a player did not state an entry priority, she will be immediately withdrawn from all but one Entry List according to the following criteria:

  3. Tournaments offering the highest prize money will take priority, or if equal;
  4. The Entry List on which she is highest placed will take priority, or if equal;
  5. The tournament which is geographically closest to her country of Nationality will take priority.

- ▪ If a player is not accepted into any ITF Women's Circuit tournaments occurring during the same period, she may remain on more than one Entry List as an Alternate until the freeze deadline. However once she is accepted into any ITF Women's Circuit tournament, she will be withdrawn from the Entry Lists of all other Tournaments occurring during this period.

**At the Freeze Deadline:**

- ▪ Players who are on one or more Alternate Lists will not be moved into Qualifying and players in Qualifying will no longer be moved into the Main Draw.

**For further information, please contact the ITF Professional Tournaments Department:**

**Tel: +44-20-8878 6464   Fax: +44-20-8392 4748**

# APPENDIX E

**ITF PRO CIRCUITS – MINIMUM OFFICIATING REQUIREMENTS 2010**

These officiating requirements are the minimum standards for ITF Men's/Women's Circuit tournaments. National Associations that wish to supply a higher certification level of official, or more officials, than the minimum requirements are encouraged to do so. Any request for these officiating requirements to be waived should be made to ITF Officiating at least sixty (60) days prior to the tournament.

| EVENT | SUPERVISOR | CHAIR UMPIRES | LINE UMPIRES |
|---|---|---|---|
| Men's and Women's $10,000 tournaments | Gold or Silver Badge Referee | 2 White Badge Chair Umpires (A 3rd White Badge Chair Umpire is required for events where the Supervisor is leaving to cover the Qualifying of the following week's Pro Circuit event in that country). A Chair Umpire is required for every Main Draw match. One of the Designate Chair Umpires must assist the Supervisor during Qualifying. | None Required |
| Men's $15,000 tournaments | Gold or Silver Badge Referee | 1 Gold, Silver or Bronze Badge Chair Umpire plus 2 White Badge Chair Umpires. A Chair Umpire is required for every final round Qualifying and Main Draw match. One of the Designate Chair Umpires must assist the Supervisor before the final round of Qualifying. | 1 Line Umpire required for every Main Draw match, 2 Line Umpires required for Semis/Finals (although no Line Umpires are required at clay court events). |
| Women's $25,000 tournaments | Gold or Silver Badge Referee | 1 Gold, Silver or Bronze Badge Chair Umpire plus 2 White Badge Chair Umpires. A Chair Umpire is required for every Qualifying and Main Draw match (except the first round of 64 Qualifying Singles Draws, where two of the Designate Chair Umpires must assist the Supervisor). | 1 Line Umpire required for every Main Draw match, 2 Line Umpires required for Semis/Finals (although no Line Umpires are required at clay court events). |
| Women's $50,000 and $75,000 tournaments*_ | Gold or Silver Badge Referee | 1 Gold, Silver or Bronze Badge Chair Umpire plus 2 White Badge Chair Umpires, all of whom must work Qualifying. Chair Umpire required for every Qualifying and Main Draw match. | 1 Line Umpire required for every Qualifying match, 2 Line Umpires for every Main Draw match, 3 Line Umpires for Semis/Finals. |
| Women's $100,000 tournaments*_ | Gold Badge Referee | 2 Gold, Silver or Bronze Badge Chair Umpires plus 1 White Badge Chair Umpire, all of whom must work Qualifying. Chair Umpire required for every Qualifying and Main Draw match. | 1 Line Umpire required for every Qualifying match, 2 Line Umpires for every Main Draw match, 3 Line Umpires for Semis/Finals. |

* ITF will be involved in the process of selection of officials at these tournaments

**Note:** If the Supervisor is leaving the event before the end of the tournament to referee another ITF Pro Circuit event in the same country, ITF Officiating must approve the Designate Chair Umpire that will become the "End of Week Referee" (Not applicable to Women's $50,000, $75,000 and $100,000 tournaments).

69



# APPENDIX F

## MEDICAL, EXTREME WEATHER CONDITIONS AND TOILET/CHANGE OF ATTIRE BREAKS

### MEDICAL

#### a. Medical Condition

A medical condition is a medical illness or a musculoskeletal injury that warrants medical evaluation and/or medical treatment by the Physiotherapist/Athletic Trainer (also known as the Primary Health Care Provider) during the warm-up or the match.

Treatable Medical Conditions

i.    Acute medical condition: the sudden development of a medical illness or musculoskeletal injury during the warm-up or the match that requires immediate medical attention.

ii    Non-acute medical condition: a medical illness or musculoskeletal injury that develops or is aggravated during the warm-up or the match and requires medical attention at the changeover or set break.

Non-Treatable Medical Conditions

i.    Any medical condition that cannot be treated appropriately, or that will not be improved by available medical treatment within the time allowed.

ii.   Any medical condition (inclusive of symptoms) that has not developed or has not been aggravated during the warm-up or the match.

iii.  General player fatigue.

iv.   Any medical condition requiring injections, intravenous infusions or oxygen, except for diabetes, for which prior medical certification has been obtained, and for which subcutaneous injections of insulin may be administered.

#### b. Medical Evaluation

During the warm-up or the match, the player may request through the Chair Umpire for the Physiotherapist/Athletic Trainer to evaluate her during the next change over or set break. Only in the case that a player develops an acute medical condition that necessitates an immediate stop in play may the player request through the Chair Umpire for the Physiotherapist/Athletic Trainer to evaluate her immediately.

The purpose of the medical evaluation is to determine if the player has developed a treatable medical condition and, if so, to determine when medical treatment is warranted. Such evaluation should be performed within a reasonable length of time, balancing player safety on the one hand, and continuous play on the other.

At the discretion of the Physiotherapist/Athletic Trainer, such evaluation may be performed in conjunction with the Tournament Doctor, and may be performed off-court. *

If the Physiotherapist/Athletic Trainer determines that the player has a non-treatable medical condition, then the player will be advised that no medical treatment will be allowed.

**c.    Medical Time-Out**
A Medical Time-Out is allowed by the ITF Supervisor/Referee or Chair Umpire when the Physiotherapist/Athletic Trainer has evaluated the player and has determined that additional time for medical treatment is required.  The Medical Time-Out takes place during a change over or set break, unless the Physiotherapist/Athletic Trainer determines that the player has developed an acute medical condition that requires immediate medical treatment.

The Medical Time-Out begins when the Physiotherapist/Athletic Trainer is ready to start treatment.  At the discretion of the Physiotherapist/Athletic Trainer, treatment during a Medical Time-Out may take place off-court, and may proceed in conjunction with the Tournament Doctor. *

The Medical Time-Out is limited to three (3) minutes of treatment. However, at professional events with prize money of $25,000 or less, the ITF Supervisor/Referee may extend the time allowed for treatment if necessary.

A player is allowed one (1) Medical Time-Out for each distinct treatable medical condition. All clinical manifestations of heat illness shall be considered as one (1) treatable medical condition. All treatable musculoskeletal injuries that manifest as part of a kinetic chain continuum shall be considered as one (1) treatable medical condition.

*Muscle Cramping:* A player may receive treatment for muscle cramping only during the time allotted for change of ends and/or set breaks. Players may not receive a Medical Time-Out for muscle cramping.

In cases where there is doubt about whether the player suffers from an acute medical condition, non-acute medical condition inclusive of muscle cramping, or non-treatable medical condition, the decision of the Physiotherapist/Athletic Trainer, in conjunction with the Tournament Doctor, if appropriate, is final. If the Physiotherapist/Athletic Trainer believes that the player has heat illness, and if muscle cramping is one of the manifestations of heat illness, then the muscle cramping may only be treated as part of the recommended treatment by the Physiotherapist/Athletic Trainer for the heat illness condition.

Note:
A player who has stopped play by claiming an acute medical condition, but is determined by the Physiotherapist/Athletic Trainer and/or Tournament Doctor to

71

have muscle cramping, shall be ordered by the Chair Umpire to resume play immediately.

If the player cannot continue playing due to severe muscle cramping, as determined by the Physiotherapist/Athletic Trainer and/or Tournament Doctor, he/she may forfeit the point(s)/game(s) needed to get to a change of end or set-break in order to receive immediate evaluation, and treatment if time allows. There may be a total of two (2) additional change of ends treatments for muscle cramping in a match, not necessarily consecutive.

If it is determined by the Chair Umpire or ITF Supervisor/Referee that gamesmanship was involved, then a Code Violation for Unsportsmanlike Conduct could be issued.

A total of two (2) consecutive Medical Time-Outs may be allowed by the Supervisor or Chair Umpire for the special circumstance in which the Physiotherapist/Athletic Trainer determines that the player has developed at least two (2) distinct acute and treatable medical conditions. This may include: a medical illness in conjunction with a musculoskeletal injury; two or more acute and distinct musculoskeletal injuries. In such cases, the Physiotherapist/Athletic Trainer will perform a medical evaluation for the two or more treatable medical conditions during a single evaluation, and may then determine that two consecutive Medical Time-Outs are required.

### d.  Medical Treatment

A player may receive on-court medical treatment and/or supplies from the Physiotherapist/Athletic Trainer and/or Tournament Doctor during any changeover or set break.  As a guideline, such medical treatment should be limited to two (2) changeovers/set breaks for each treatable medical condition, before or after a Medical Time-Out, and need not be consecutive. Players may not receive medical treatment for non-treatable medical conditions.

### e.  Penalty

After completion of a Medical Time-Out or medical treatment, any delay in resumption of play shall be penalized by Code Violations for Delay of Game.

Any player abuse of this Medical Rule will be subject to penalty in accordance with the Unsportsmanlike Conduct section of the Code of Conduct.

### f.  Bleeding

If a player is bleeding, the Chair Umpire must stop play as soon as possible, and the Physiotherapist/Athletic Trainer must be called to the court by the Chair Umpire for evaluation and treatment. The Physiotherapist/Athletic Trainer, in conjunction with the Tournament Doctor if appropriate, will evaluate the source of the bleeding, and will request a Medical Time-Out for treatment if necessary.

If requested by the Physiotherapist/Athletic Trainer and/or Tournament Doctor, the ITF Supervisor/Referee or Chair Umpire may allow up to a total of five (5) minutes to assure control of the bleeding.

If blood has spilled onto the court or its immediate vicinity, play <u>must</u> not resume until the blood spill has been cleaned appropriately.

**g.  Vomiting**

If a player is vomiting, the Chair Umpire <u>must</u> stop play if vomiting has spilled onto the court, or if the player requests medical evaluation.  If the player requests medical evaluation, then the <u>Physiotherapist/Athletic Trainer</u> <u>must</u> determine if the player has a treatable medical condition, and if so, whether the medical condition is acute or non-acute.

If vomiting has spilled onto the court, play <u>must</u> not resume until the vomit spill has been cleaned appropriately.

**h.  Physical Incapacity**

During a match, if there is an emergency medical condition and the player involved is unable to make a request for a <u>Physiotherapist/Athletic Trainer</u>, the Chair Umpire shall immediately call for the <u>Physiotherapist/Athletic Trainer</u> and Tournament Doctor to assist the player.

Either before or during a match, if a player is considered unable physically to compete, the <u>Physiotherapist/Athletic Trainer</u> and/or Tournament Doctor should inform the <u>ITF</u> Supervisor<u>/Referee</u> and recommend that the player is ruled unable to compete in the match to be played, or retired from the match in progress.

The <u>ITF</u> Supervisor<u>/Referee</u> shall use great discretion before taking this action and should base the decision on the best interests of professional tennis, as well as taking all medical advice and any other information into consideration.

The player may subsequently compete in another event at the same tournament if the Tournament Doctor determines that the player's condition has improved to the extent that the player may safely physically perform at an appropriate level of play, whether the same day or on a later day.

\*    It is recognized that national laws or governmental or other binding regulations imposed upon the event by authorities outside its control may require more compulsory participation by the Tournament Doctor in all decisions regarding diagnosis and treatment.

## EXTREME WEATHER CONDITIONS

Extreme weather conditions shall be defined at such time that heat, as measured by a Heat Stress Monitor, meets or exceeds a heat stress index of 28 degrees Celsius/82 degrees Fahrenheit. If a Heat Stress Monitor is not available, extreme weather conditions are then defined by the danger zone which is equal to or above the apparent temperature of 90 degrees Fahrenheit, illustrated on the chart

below. Heat stress is measured by Wet Bulb Global Temperature (WBGT) which is calculated as (0.7 Wet Bulb + 0.2 Global Temperature + 0.1 Dry Bulb = WBGT).

### Apparent Temperature (what it is like)
*Air Temperature (°F) °C =5/9 (°F - 32)*

| FahrenheitF | 70 | 75 | 80 | 85 | 90 | 95 | 100 | 105 | 110 | 115 | 120 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Humidity | | | | | | | | | | | |
| 0% | 64 | 69 | 73 | 78 | 83 | 87 | 91 | 95 | 99 | 103 | 107 |
| 10% | 65 | 70 | 75 | 80 | 85 | 90 | 95 | 100 | 105 | 111 | 116 |
| 20% | 66 | 72 | 77 | 82 | 87 | 93 | 99 | 105 | 112 | 120 | 130 |
| 30% | 67 | 73 | 78 | 84 | 90 | 96 | 104 | 113 | 123 | 135 | 148 |
| 40% | 68 | 74 | 79 | 86 | 93 | 101 | 110 | 123 | 137 | 151 | |
| 50% | 69 | 75 | 81 | 88 | 96 | 107 | 120 | 133 | 150 | | |
| 60% | 70 | 76 | 82 | 90 | 100 | 114 | 132 | 149 | | | |
| 70% | 70 | 77 | 85 | 93 | 106 | 124 | 144 | | | | |
| 80% | 71 | 78 | 86 | 97 | 113 | 136 | | | | | |
| 90% | 71 | 79 | 88 | 102 | 122 | | | | | | |
| 100% | 72 | 80 | 91 | 108 | | | | | | | |

The Physiotherapist/Athletic Trainer and the ITF Supervisor have the authority to determine if the Extreme Weather Condition rule will go into effect during a Tournament. If it is so determined, a ten (10) minute break will be allowed between the second and third sets. There may also be a delay in the starting time of the matches scheduled for play that day. When possible, this decision to delay the start of matches due to Extreme Weather Conditions should be made prior to the scheduled start of play.

### Measurement and Monitoring of Weather Conditions
The Physiotherapist/Athletic Trainer will monitor weather conditions by taking measurements a minimum of three (3) times and a maximum of five (5) times during the day. The readings will be determined prior to the start of play and will be posted in the ITF Supervisor's office.

> The minimum of three readings will be taken:
> (1) ½ hour before match play begins for the day;
> (2) middle of the scheduled day;
> (3) prior to beginning of the last match of the day or prior to the start of the first night session match.

### Implementation of the Rule
In the event that during the day there is a change in weather conditions as determined by this periodic monitoring, the Extreme Weather Condition Rule can be put into effect at any time on all courts, excluding matches already in progress. If there is a sudden change in weather conditions and the Rule is lifted, those matches already in progress will continue under the Extreme Weather Condition

Rule. In the case of rain or interruption to play, the ITF Supervisor and Physiotherapist/Athletic Trainer can reassess the Extreme Weather Condition Rule.

**Conditions of the 10-Minute Break**
If it is a mutual agreement between the players not to take a ten (10) minute break, then play will continue. However, if requested by one player, the official ten minute break will be taken.

During the ten minute break, no coaching or treatment will be allowed. However, a player will be allowed to receive an adjustment of medical support, medical equipment and/or advice from the Physiotherapist/Athletic Trainer.

Following the ten (10) minute break, no re-warm-up will be allowed. This rule applies in addition to the two (2) bathroom and/or change of attire breaks allowed during the match.

**Penalties**
After completion of the Extreme Weather Conditions ten (10) minute break between the 2nd and 3rd sets, any delay in returning to the court shall subject a player to Time Violations.

## TOILET/CHANGE OF ATTIRE BREAKS

A player is allowed to request permission to leave the court for a reasonable time for a toilet break / change of attire break. Change of attire breaks must be taken on a set break and toilet breaks should be taken on a set break.
In singles, each player is entitled to a maximum of two (2) breaks per match and in doubles each team is entitled to a maximum of two (2) breaks. If partners leave the court together, it counts as one (1) of the team's authorised breaks. These breaks may be taken for toilet visits, change of attire, or both, but for no other reason whatsoever.
Any time a player leaves the court for a toilet or change of attire break, it is considered one of the authorised breaks regardless of whether or not the opponent has left the court. Any toilet break taken after a warm-up has started is considered one of the authorised breaks.
Additional breaks will be authorised but will be penalised in accordance with the Point Penalty Schedule if the player is not ready to play within the allowed time. The ITF Supervisor shall have the authority to deny a player permission to leave the court during a match for a toilet and/or change of attire break if it is interpreted by the ITF Supervisor as gamesmanship and/or flagrant abuse of the Rules.
A player should not take a toilet break / change of attire break and a medical time out consecutively unless approved by the ITF Supervisor.
A player may change her attire during a toilet break.



# APPENDIX G

### CONTACTS

### INTERNATIONAL TENNIS FEDERATION

Bank Lane
Roehampton
London SW15 5XZ
Telephone: (44) (0) 20 8878 6464
Fax (44) (0) 20 8392 4748 / 4749
email: womens@itftennis.com

William Babcock, Executive Director of Professional Tournaments
Jackie Nesbitt, Head of Professional Circuits
Alistair Williams, Administrator Professional Tournaments

# APPENDIX H

### ITF WOMEN'S CIRCUIT COMMITTEE

**Chairman**

Anil Khanna

**Members**

Manuel Carrera Del Rio
David Haggerty
Christine Jolissant
Naohiro Kawatei
Joan Pennello

# ITF PRO CIRCUIT
# CODE OF CONDUCT
# 2010

© ITF Limited t/a International Tennis Federation
All rights reserved
2010

# INTERNATIONAL TENNIS FEDERATION
# PRO CIRCUIT CODE OF CONDUCT

# CONTENTS

<u>Please note that where amendments are made in these Regulations the text is underlined.</u>

*Please note that where the rules apply to the ITF Women's Circuit Regulations* only *the text is in Italics.*

| | | | |
|---|---|---|---|
| Article I | : | General | 78 |
| Article II | : | Men's Player Entry Offences | 79 |
| Article III | : | Women's Player Entry Offences | 83 |
| Article IV | : | Player On-Site Offences | 86 |
| Article V | : | Uniform Tennis Anti-Corruption Program | 97 |
| Article VI | : | Player Major Offences | 111 |
| Article VII | : | Medical Control-Anti Doping Policy | 113 |
| Article VIII | : | Tournament Offences | 113 |
| Article IX | : | Welfare Policy | 115 |
| Article X | : | Interpretations | 115 |
| Article XI | : | Notice | 115 |
| Article XII | : | Amendments | 116 |

**APPENDICES**

| | | | |
|---|---|---|---|
| Appendix A | : | Welfare Policy | 117 |
| Appendix B | : | Fines Guidelines | 121 |

# CODE OF CONDUCT
# ITF PRO CIRCUIT TOURNAMENTS
# 2010

### ARTICLE I: GENERAL

References in this Code of Conduct ("Code") to the "ITF Executive Director" shall hereafter mean the ITF Executive Director of Professional Tournaments.

References in this Code to the "Committee" shall hereafter mean the ITF Women's Circuit Committee in the case of ITF Women's Circuit Tournaments and the ITF Men's Circuit Committee in the case of ITF Men's Circuit Futures Tournaments.

### A.    PURPOSE

The International Tennis Federation promulgates this Code of Conduct (Code) in order to maintain fair and reasonable standards of conduct by players and the organisers of ITF Pro Circuit Tournaments and to protect their respective rights, the rights of the public and the integrity of the Sport of Tennis. All references to the International Tennis Federation or the ITF shall mean the ITF Limited.

### B.    EXCLUSIVE APPLICABILITY

This 2010 ITF Pro Circuits Code of Conduct shall be the exclusive basis for disciplinary action against any player or tournament in ITF sanctioned Pro Circuit Tournaments.

### C.    UNITED STATES DOLLARS

All monetary fines set forth in the Code are in US Dollars.

### D.    ITF SUPERVISOR

The approved ITF Supervisor for each ITF Pro Circuit Tournament shall be the final authority for the interpretation of these Tournament Regulations, Code of Conduct and the Rules of Tennis as to all matters arising that require immediate resolution at the tournament site.

## ARTICLE II: MEN'S PLAYER ENTRY OFFENCES

### A. APPLICABILITY

This Article shall only apply to ITF Men's Circuit Futures Tournaments.

### B. ENTRY OFFENCES

#### 1. Late Withdrawal/Non-Appearance
A player who has entered and been accepted as a Direct Acceptance into the Main Draw or Qualifying and not timely withdrawn therefrom, shall appear for play. Any withdrawal from a player accepted into the Main Draw or Qualifying that occurs after the Withdrawal Deadline shall be considered a late withdrawal. A player's first two (2) late withdrawal offences within a calendar year are excused, provided the withdrawal is received by the ITF (and by the ITF Supervisor, if submitted after the Freeze Deadline) prior to the Qualifying Sign-in Deadline.

Violation of this Section shall subject a player to a fine up to $500.

In circumstances that are flagrant and particularly injurious to the success of the ITF Futures Tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour".

#### 2. On-Site Medical Withdrawal
a. If a player is forced to withdraw during a tournament for medical reasons, the ITF Medical Certification form must be completed (in English, French or Spanish) by the medically qualified physician on-site indicating the nature of the medical condition and verifying that the player is unfit to continue playing in the current tournament. Such medical withdrawal will excuse any late withdrawal penalty for that tournament.

b. A player who withdraws from a tournament for medical reasons after the qualifying sign-in deadline will be excused any late withdrawal penalty, provided he undergoes a medical examination on-site at the event from which he is withdrawing and is verified as being unfit to play in that tournament. Alternatively, if the player was still committed to a previous week's tournament at the time of the Qualifying Sign-in Deadline, he may submit to the ITF Supervisor a completed ITF Medical Certification form, as described above, authorised by the ITF Supervisor of the previous week's tournament.

#### 3. Consecutive Late/Medical Withdrawals
Where a player withdraws late from consecutive tournaments for medical reasons, only the first of these will be subject to sections B.1 and B.2 above, provided each consecutive withdrawal occurs prior to the appropriate

<u>Qualifying Sign-in Deadline and a valid ITF Medical Certification form is submitted.</u>

<u>Following recovery, should a player participate in a tournament and have to withdraw, that withdrawal will once again be subject to the provisions above.</u>

**4.    Playing Another Event / One Tournament Per Week**

a.    No player who has played in the Main draw or Qualifying of an ITF Futures tournament shall play in any other tennis event during the period of such tournament unless released by the ITF Supervisor.

b.    No player who has entered and been accepted into the Qualifying or Main Draw of an ITF Futures tournament shall play in any other tennis event during the period of such tournament unless authorised <u>to do so</u> by the ITF.

<u>Such</u> authorisation <u>is only</u> granted to a player:

   i.    nominated to represent his country in an official team competition;
  ii.    <u>who qualifies for entry into the Qualifying or Main Draw of</u> a Grand Slam tournament;
 iii.    nominated to receive a Wild Card offering higher event status (i.e. Qualifying to Main Draw)
  iv.    nominated to receive a Wild Card into a tournament in a higher prize money category, unless already accepted into a Main Draw
   v.    <u>forced to withdraw from a qualifying event because he is still committed in a previous week's tournament but is not eligible to apply or has been unsuccessful in applying for a special exempt place.</u>

Violation of this section shall result in a fine up to $1,000 in addition to any other fines provided in the Code.

In circumstances that are flagrant and particularly injurious to the success of the tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour".

## C.    WILD CARDS

No player, directly or indirectly, shall offer, give, solicit, receive or accept, or agree to offer, give, solicit, receive or accept anything of value in exchange for a Wild Card. Violation of this section by a player shall result in a fine of up to $ 5,000.

In circumstances that are flagrant and particularly injurious to the success of an ITF Futures Tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour".

**D.    DETERMINATION AND PENALTY**

The ITF Supervisor shall make such investigation as is reasonable to determine the facts regarding all entry offences and upon determining that a violation has occurred shall specify the fine and/or other punishment therefore and where possible notify the player.

**E.    PAYMENT OF FINES**

All fines levied by the ITF Supervisor for Entry Offences shall be paid by the player within ten (10) days after the notice thereof is provided. Unpaid fines shall also be collected at other ITF Futures Tournaments and at Grand Slams for remission through the ITF to the respective National Association owed the monies. <u>A player who has outstanding fines at the end of the calendar year will not be allowed to enter any ITF Futures tournament until such time as all fines have been paid.</u>

**F.    REMISSION OF FINES**

Under extraordinary circumstances a player has the right to appeal a Late Withdrawal or Non-Appearance fine to the ITF provided such appeal is filed within ten (10) days of the last day of the tournament. Such extraordinary circumstances must be substantiated by documentation.

**G.    <u>FALSIFYING ENTRY AND APPEAL DOCUMENTATION</u>**

<u>Should a player submit documentation that the ITF deems to be false evidence, the player shall be subject to a fine up to $500 in addition to any other fines provided in the Code.</u>

<u>In circumstances that are flagrant and particularly injurious to the success of the tournament, or are singularly egregious, a single violation of this section shall also constitute the Major Offence of "Aggravated Behaviour".</u>

**H.    DISCRETIONARY REVIEW**

Any player found to have committed an Entry Offence may, after paying all fines as above provided, petition the Committee for discretionary review of the determination and penalty of the ITF Executive Director. The petition shall be in writing and must be filed with the ITF Executive Director within thirty (30) days after notice of the violation is mailed to the player. The ITF Executive Director shall thereafter promptly forward said petition to the Committee. Said petition shall state in detail the basis for such appeal. Within thirty (30) days thereafter the Committee shall designate a time and place for the hearing of such appeal and shall so notify the player and the ITF Executive Director. At such hearing the player and the ITF Executive Director shall present to the Committee the relevant evidence on the matter. The Committee may affirm, reverse, or modify the decision of the ITF Executive Director on appeal. If the appeal is decided against the player, then the

Committee shall tax the reasonable costs of the appeal against the player, which costs shall include, but not be limited to, the reasonable travel and living expenses incurred by all witnesses and members of the Committee with respect thereto, if the same is not at a regularly scheduled meeting of the Committee.

## ARTICLE III: WOMEN'S PLAYER ENTRY OFFENCES

### A.    ENTRIES AND WITHDRAWALS

All players shall abide by the rules for entries and withdrawals set forth in these Regulations.

### B.    LATE WITHDRAWALS/NON-APPEARANCE

Any player who is <u>accepted into the Main Draw or Qualifying of</u> an ITF Women's Circuit tournament but withdraws after the withdrawal deadline, or is a no show, will be penalised, unless:

- <u>the player has complied with the provisions of</u> Section 9. Entries and Withdrawals C. Withdrawal Procedures <u>of the ITF Women's Circuit Regulations</u>;
- a player who is on the Qualifying Acceptance List but who is still playing in another ITF Women's Circuit or WTA Tour tournament at the time of the Qualifying Sign-In deadline, provided the player withdraws before the Qualifying Sign-In closes;
- a player who is on the Qualifying Acceptance List but who is still playing in another "qualified" ITF Women's Circuit or WTA Tour tournament and who applies for a Special Exempt position, but where such Special Exempt position is not available for the player;
- a player who receives a Wild Card into Grand Slams.

Players who have been subject to Automatic Withdrawals will not be fined.

Violation of this section shall result in a fine up to $ 1,000.

In circumstances that are flagrant and particularly injurious to the success of an ITF Women's Circuit tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour".

### C.    PLAYING ANOTHER EVENT / ONE TOURNAMENT PER WEEK

No player who has played in the Main Draw or Qualifying of an ITF Women's Circuit Tournament shall play in any other tennis event during the period of such tournament unless released by the ITF Supervisor.

No player who has entered and been accepted into <u>the Qualifying or Main Draw of</u> an ITF Women's Circuit tournament shall play in any other tennis event during the period of such tournament unless authorised <u>to do so</u> by the ITF.

<u>Such</u> authorisation <u>is only</u> granted to a player:
- nominated to represent her country in an official team competition;

- <u>who qualifies for entry into the Qualifying or Main Draw of</u> a Grand Slam tournament;
- nominated to receive a Wild Card offering higher event status <u>(i.e. Qualifying to Main Draw)</u>;
- nominated to receive a wild card into a tournament in a higher prize money category;
- <u>forced to withdraw from a qualifying event because she is still committed in a previous week's tournament but is not eligible to apply, or has been unsuccessful in applying for, a special exempt place.</u>

Violation of this Section shall result in a fine up to $ 1,000 in addition to any other late withdrawal fines provided in the Code.

In circumstances that are flagrant and particularly injurious to the success of an ITF Women's Circuit tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour".

### D.    WILD CARDS

No player, directly or indirectly, shall offer, give, solicit, receive or accept, or agree to offer, give, solicit, receive or accept anything of value in exchange for a Wild Card. Violation of this section by a player shall result in a fine of up to $ 5,000.

In circumstances that are flagrant and particularly injurious to the success of an ITF Women's Circuit tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour".

### E.    DETERMINATION AND PENALTY

The ITF shall cause an investigation to be made to determine the facts regarding all Entry Offences and upon determining that a violation has occurred shall specify the fine and/or other punishment therefore and where possible notify the player.

### F.    PAYMENT OF FINES

All fines levied for entry offences shall be paid by the player within ten (10) days after the notice thereof is provided. Unpaid fines shall also be collected at Grand Slams for remission to the ITF. A player who has outstanding fines at the end of the calendar year will not be allowed to enter any ITF Women's Circuit tournament until such time as all fines have been paid.

### G.    <u>FALSIFYING ENTRY AND APPEAL DOCUMENTATION</u>

<u>Should a player submit documentation that the ITF deems to be false evidence, the player shall be subject to a fine up to $1,000 in addition to any other fines provided in the Code.</u>

<u>In circumstances that are flagrant and particularly injurious to the success of the tournament, or are singularly egregious, a single violation of this section shall also constitute the Major Offence of "Aggravated Behaviour".</u>

## H.    APPEALS

Any player convicted of a violation of a Player Entry Offence may, after paying all fines, appeal to the ITF Executive Director, for review of the determination of guilt and penalty therefore. Such Notice of Appeal shall be in writing and filed by 5.00 p.m. G.M.T. with the ITF within ten (10) days after the last day of the tournament.

Attached to and included with such Notice of Appeal shall be a statement by the player as to the facts and circumstances of such incident along with any other evidence that the player desires to submit.  Any player submitting fax transmission receipts when appealing a Player Entry Offence should note that all fax receipts must match exactly the fax receipt records at the ITF Office; i.e. fax transmission receipts submitted must show the originating fax number, the fax number of the ITF Office, the OK status, the number of pages transmitted, the date, the time and the transmission duration.  If there is no exact match with the transmission receipt records at the ITF Office the appeal will be rejected as insufficient evidence submitted.

Upon receipt of such an Appeal, the ITF Executive Director shall conduct a reasonable investigation of the facts and circumstances surrounding such incident, and shall affirm or reverse in whole or in part the determination of the Offence.  In the event of a whole or partial reversal the ITF shall remit to the player all or part of the fines collected in accordance with the disposition of the appeal.

## ARTICLE IV: PLAYER ON-SITE OFFENCES

### A.     GENERAL

Every player shall, during all matches and at all times while within the precincts of the site of an ITF Pro Circuit Tournament, conduct himself/herself in a professional manner. The provisions hereinafter set forth shall apply to each player's conduct while within the precincts of each such site.

### B.     PUNCTUALITY

Matches shall follow each other without delay in accordance with the announced order of play. The order of play shall be posted at a highly visible place in a general players' area as designated by the ITF Supervisor.
Matches shall be called in accordance with the order of play using all available and reasonable means. Players shall be ready to play when their matches are called.

   1.     Any player not ready to play within ten (10) minutes after his match is called may be fined $50.

   2.     Any player not ready to play within fifteen (15) minutes after his match is called may be fined up to an additional $200 and shall be defaulted unless the ITF Supervisor in his sole discretion, after consideration of all relevant circumstances, elects not to declare a default.

### C.     DRESS AND EQUIPMENT

Every player shall dress and present himself/herself for play in a professional manner. Clean and customarily acceptable tennis attire shall be worn.
Any player who violates this Section may be ordered by the Chair Umpire or ITF Supervisor to change his/her attire or equipment immediately. Failure of a player to comply with such order may result in an immediate default. (The ITF reserves the right to interpret the following rules so as to give effect to the intent and purposes of these Regulations)

### 1.     Unacceptable Attire
Sweatshirts, gym shorts, dress shirts, T-shirts or any other inappropriate attire shall not be worn during a match (including the warm-up).

### a.     Shoes
Players are required to wear tennis shoes generally accepted as proper tennis attire. Shoes shall not cause damage to the court other than what is expected during the normal course of a match or practice. Damage to a court may be considered as physical or visible, which may include a shoe that leaves mark beyond what is considered acceptable. The ITF Supervisor has the authority

to determine that a shoe does not meet these criteria and may order the player to change.

**i. Grass Court Shoes**

At grass court tournaments no grass court shoes other than those with rubber soles, without heels, ribs, studs or coverings, shall be worn by players.

Shoes with pimples or studs around the outside of the toes shall not be permitted. The foxing around the toes must be smooth.

The ITF Supervisor has the authority to determine that a tennis shoe's sole does not conform to such customs and standards and can prohibit its use at grass court tournaments.

**ii. Clay Court Shoes**

Players are required to wear tennis shoes generally accepted for play on clay courts or granular surfaces. The ITF Supervisor has the authority to determine that a tennis shoe's sole does not conform to such customs and standards and can prohibit its use at clay court tournaments.

Grass court shoes shall not be worn during a match on clay courts.

**2. Doubles Teams (Men's Circuit Tournaments only)**

Members of a doubles team shall be dressed in substantially the same colours.

**3. Identification**

No identification shall be permitted on a player's clothing, products or equipment on court during a match or at any press conference or tournament ceremony, except as follows:

**a. Shirt, Sweater or Jacket**

**i.** Sleeves. One (1) commercial (non-manufacturer's) identification for each sleeve, neither of which exceeds three (3) square inches (19.5 sq.cm), plus one (1) manufacturer's identification on each sleeve, neither of which exceeds eight (8) square inches (52 sq.cm) shall be permitted. If written identification is used within this eight (8) square inches (52 sq.cm) area on either or both sleeves, such written identification may not exceed four (4) square inches (26 sq.cm) per sleeve. *For Women's Circuit Tournaments a third patch may be worn on the sleeve if it is a "WTA Tour" patch. This patch shall not exceed three (3) square inches (19.5 sq.cm)*

**ii.** *Sleeveless (Women's Circuit Tournaments). The two (2) commercial (non-manufacturer's) identifications permitted on the sleeves above, neither of which shall exceed three (3) square inches (19.5 sq.cm), may be placed on the front of the*

87

*garment.  A third patch may be worn on the front of the garment if it is a "WTA Tour" patch.  This patch shall not exceed three (3) square inches (19.5 sq.cm).*

Sleeveless (Men's Circuit Tournaments): the two (2) commercial (non-manufacturer's) identifications permitted on the sleeves above, neither of which shall exceed three (3) square inches (19.5 sq.cm), may be placed on the front of the garment.

    **iii.** Front, Back and Collar. Total of two (2) manufacturer's identifications, neither of which exceeds two (2) square inches (13 sq.cm) or one (1) manufacturer's identification, which does not exceed four (4) square inches (26 sq.cm) shall be permitted.

**b.** **Shorts/Skirts**

Two (2) manufacturer's identifications, neither of which exceeds two (2) square inches (13 sq.cm), or one (1) manufacturer's identification which does not exceed four (4) square inches (26 sq.cm) shall be permitted.

On compression shorts, one (1) manufacturer's identification not to exceed two (2) square inches (13 sq.cm) and which shall be in addition to the manufacturer's identifications on shorts/skirts shall be permitted.

*Note: (Women's Circuit Tournaments) A dress for the purposes of permissible identification shall be treated as a combination of a skirt and a shirt (dividing dress at waist).*

**c.** **Socks/Shoes**

Manufacturer's identifications on each sock and on each shoe shall be permitted. The identifications on the sock(s) on each foot shall be limited to a maximum of two (2) square inches (13 sq.cm).

**d.** **Racquet**

Manufacturer's identifications on racquet and strings shall be permitted.

**e.** **Hat, Headband or Wristband**

One (1) manufacturer's identification not to exceed two (2) square inches (13 sq.cm) shall be permitted.

*Note: (Women's Circuit Tournaments): Hats, headbands or wristbands with the WTA Tour logo shall not exceed two (2) square inches (13 sq.cm).*

**f.    Bags, Other Equipment or Paraphernalia**

Tennis equipment manufacturer's identifications, *or for Women's Circuit Tournaments the WTA Tour logo*, on each item plus two (2) separate commercial identifications on one (1) bag, neither of which exceeds four (4) square inches (26 sq.cm) shall be permitted.

**g.    Another Tennis, Sport or Entertainment Event**

Notwithstanding anything to the contrary hereinabove set forth the identification by use of the name, emblem, logo, trademark, symbol or other description of any tennis circuit, series of tennis events, tennis exhibition, tennis tournament, any other sport or entertainment event is prohibited on all dress or equipment, unless otherwise approved by the ITF.

**h.    General**

In the event the utilisation of any of the foregoing permitted commercial identifications would violate any governmental regulation with respect to television, then the same shall be prohibited.

For the purposes of this rule, the manufacturer means the manufacturer of the clothing or equipment in question. In addition, the size limitation shall be ascertained by determining the area of the actual patch or other addition to a player's clothing without regard to the colour of the same. In determining area, depending on the shape of the patch or other addition, a circle, triangle or rectangle shall be drawn around the same and the size of the patch for the purpose of this Rule shall be the area within the circumference of the circle or the perimeter of the triangle or rectangle as the case may be. When a solid colour patch is the same colour as the clothing, then in determining the area, the size of the actual patch will be based on the size of the identification.

**4.    Warm-up Clothing**

Players may wear warm-up clothing during the warm-up and during a match provided it complies with the foregoing provisions and provided further that the players obtain approval of the ITF Supervisor prior to wearing warm-up clothing during a match.

**5.    Taping**

No taping over of logos/patches shall be allowed.

**6    Fines**

Any player who violates this Section and is not defaulted shall be subject to the following fines:

a. **Unacceptable Attire and Doubles Team Attire**
Violation of the provisions with respect to Unacceptable Attire or
Doubles Team Attire shall result in a fine of up to $250;

b. **Manufacturer's Identification**
Violation of the provisions with respect to manufacturer's
identifications shall result in a fine of up to $250;

c. **Commercial Identification**
Violation of the provisions with respect to commercial identifications
shall result in a fine of up to $250;

d. **Another Tennis Event**
Violation of the provisions with respect to the name of an event shall
result in a fine of up to $250.

## D. TIME VIOLATION / DELAY OF GAME

Following the expiration of the warm-up period play shall be continuous and a
player shall not unreasonably delay a match for any cause.

A maximum of twenty (20) seconds shall elapse from the moment the ball goes out
of play at the end of the point until the time the ball is struck for the first serve of the
next point. If such serve is a fault then the second serve must be struck by the server
without delay.

When changing ends a maximum of ninety (90) seconds shall elapse from the
moment the ball goes out of play at the end of the game until the time the first serve
is struck for the next game. If such first serve is a fault the second serve must be
struck by the server without delay. However, after the first game of each set and
during a tie-break, play shall be continuous and the players shall change ends
without a rest period.

At the conclusion of each set, regardless of the score, there shall be a set break of
one hundred and twenty (120) seconds from the moment the ball goes out of play at
the end of the set until the time the first serve is struck for the next set.
If a set ends after an even number of games, there shall be no change of ends until
after the first game of the next set.

The receiver shall play to the reasonable pace of the server and shall be ready to
receive within a reasonable time of the server being ready.

The first violation of this Section shall be penalised by a Time Violation warning
and each subsequent violation shall be penalised by the assessment of one Time
Violation point penalty.

When a violation is a result of a medical condition, refusal to play or not returning to
the court within the allowed time a Code Violation (Delay of Game) penalty shall be
assessed in accordance with the Point Penalty Schedule.

**E.     AUDIBLE OBSCENITY (AOb)**

Players shall not use audible obscenity within the precinct of the tournament site. Violation of this Section shall subject a player to a fine up to $250 for each violation. In addition, if such violation occurs during a match (including the warm-up), the player shall be penalized in accordance with the Point Penalty Schedule hereinafter set forth. In circumstances that are flagrant and particularly injurious to the success of a tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour" and shall be subject to the additional penalties hereinafter set forth therefore.

For the purposes of this Rule, audible obscenity is defined as the use of words commonly known and understood to be profane and uttered clearly and loudly enough to be heard by the Court Officials or spectators.

**F.     VISIBLE OBSCENITY (VOb)**

Players shall not make obscene gestures of any kind within the precincts of the tournament site. Violation of this Section shall subject a player to a fine up to $250 for each violation. In addition, if such violation occurs during a match (including the warm-up), the player shall be penalised in accordance with the Point Penalty Schedule hereinafter set forth. In circumstances that are flagrant and particularly injurious to the success of a tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour" and shall be subject to the additional penalties hereinafter set forth therefore.

For the purposes of this Rule, visible obscenity is defined as the making of signs by a player with his hands and/or racquet or balls that commonly have an obscene meaning.

**G.     VERBAL ABUSE (VA)**

Players shall not at any time directly or indirectly verbally abuse any official, opponent, sponsor, spectator or other person within the precincts of the tournament site.

Violation of this Section shall subject a player to a fine up to $250 for each violation. In addition, if such violation occurs during a match (including the warm-up), the player shall be penalised in accordance with the Point Penalty Schedule hereinafter set forth. In circumstances that are flagrant and particularly injurious to the success of a tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour" and shall be subject to the additional penalties hereinafter set forth therefore.

For the purposes of this Rule, verbal abuse is defined as a statement about an official, opponent, sponsor, spectator or other person that implies dishonesty or is derogatory, insulting or otherwise abusive.

## H. PHYSICAL ABUSE (PhA)

Players shall not at any time physically abuse any official, opponent, spectator or other person within the precincts of the tournament site.

Violation of this Section shall subject a player to a fine up to $250 for each violation. In addition, if such violation occurs during a match (including the warm-up), the player shall be penalised in accordance with the Point Penalty Schedule hereinafter set forth. In circumstances that are flagrant and particularly injurious to the success of a tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour" and shall be subject to the additional penalties hereinafter set forth therefore.

For the purposes of this Rule, physical abuse is the unauthorised touching of an official, opponent, spectator or other person.

## I. ABUSE OF BALLS (BA)

Players shall not violently, dangerously or with anger hit, kick or throw a tennis ball within the precincts of the tournament site except in the reasonable pursuit of a point during a match (including the warm-up). Violation of this Section shall subject a player to a fine up to $250 for each violation. In addition, if such violation occurs during a match (including the warm-up), the player shall be penalised in accordance with the Point Penalty Schedule hereinafter set forth.

For the purposes of this Rule, abuse of balls is defined as intentionally hitting a ball out of the enclosure of the court, hitting a ball dangerously or recklessly within the court or hitting a ball with negligent disregard of the consequences.

## J. ABUSE OF RACQUETS OR EQUIPMENT (RA)

Players shall not violently or with anger hit, kick or throw a racquet or other equipment within the precincts of the tournament site. Violation of this Section shall subject a player to a fine up to $250 for each violation. In addition, if such violation occurs during a match (including the warm-up), the player shall be penalised in accordance with the Point Penalty Schedule hereinafter set forth.

For the purposes of this Rule, abuse of racquets or equipment is defined as intentionally and violently destroying or damaging racquets or equipment or intentionally and violently hitting the net, court, umpire's chair or other fixture during a match out of anger or frustration.

## K. COACHING AND COACHES (CC)

Players shall not receive coaching during a match. Communications of any kind, audible or visible, between a player and a coach may be construed as coaching. Players shall also prohibit their coaches (1) from using audible obscenity within the precincts of the tournament site, (2) from making obscene gestures of any kind within the precincts of the tournament site, (3) from verbally abusing any official, opponent, spectator or other person within the precincts of the tournament site, (4) from physically abusing any official, opponent, spectator or other person within the

precincts of the tournament site and (5) from giving, making, issuing, authorising or endorsing any public statement within the precincts of the tournament site having, or designed to have, an effect prejudicial or detrimental to the best interest of the tournament and/or of the officiating thereof.

Violation of this Section shall subject a player to a fine up to $250 for each violation. In addition, if such violation occurs during a match (including the warm-up), the player shall be penalised in accordance with the Point Penalty Schedule hereinafter set forth. In circumstances that are flagrant and particularly injurious to the success of a tournament, or are singularly egregious, a single violation of this section shall also constitute the Major Offense of "Aggravated Behaviour" and shall be subject to the additional penalties hereinafter set forth therefore and the ITF Supervisor may order the Coach to be removed from the site of a match or the precincts of the tournament site and upon his failure to comply with such order may declare an immediate default of such player.

For the purposes of this Rule, a "coach" shall also include any representative and/or relative of a player.

## L.    UNSPORTSMANLIKE CONDUCT (UnC)

Players shall at all times conduct themselves in a sportsmanlike manner and give due regard to the authority of officials and the rights of opponents, spectators and others. Violation of this Section shall subject a player to a fine up to $250 for each violation. In addition, if such violation occurs during a match (including the warm-up), the player shall be penalised in accordance with the Point Penalty Schedule hereinafter set forth. In circumstances that are flagrant and particularly injurious to the success of a tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour" and shall be subject to the additional penalties hereinafter set forth therefore.

For the purposes of this Rule, unsportsmanlike conduct is defined as any misconduct by a player that is clearly abusive or detrimental to the Sport, but that does not fall within the prohibition of any specific on-site offence contained herein. In addition, unsportsmanlike conduct shall include, but not be limited to, the giving, making, issuing, authorising or endorsing any public statement having, or designed to have, an effect prejudicial or detrimental to the best interests of the tournament and/or the officiating thereof.

## M.    BEST EFFORTS (BE)

A player shall use his best efforts to win a match when competing in an ITF Pro Circuit Tournament. Violation of this section shall subject a player to a fine up to $250 for each violation.

For purposes of this Rule, the ITF Supervisor and/or the Chair Umpire shall have the authority to penalise a player in accordance with the Point Penalty Schedule. In circumstances that are flagrant and particularly injurious to the success of a tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour" and shall be subject to the additional penalties hereinafter set forth therefore.

**N.    LEAVING THE COURT (LC)**

A player shall not leave the court area during a match (including the warm-up) without the permission of the Chair Umpire. Violation of this Section shall subject a player to a fine up to $250 for each violation. In addition the player may be defaulted and subjected to the additional penalties for Failure to Complete Match as hereinafter set forth.

**O.    FAILURE TO COMPLETE MATCH (FCM)**

A player must complete a match in progress unless he is reasonably unable to do so. Violation of this Section shall subject a player to a fine up to $250. In addition a violation of this Section shall subject a player to immediate default and shall also constitute the Major Offence of "Aggravated Behaviour" and shall be subject to the additional penalties hereinafter set forth therefore.

**P.    CEREMONIES (Cer)**

A player participating in the finals of an ITF Pro Circuit Tournament must attend and participate in the final ceremonies after the match unless he/she is reasonably unable to do so. Violation of this Section shall subject a player to a fine up to $250.

**Q.    MEDIA CONFERENCE (MC)**

Unless injured and physically unable to appear, a player or team must attend the post-match media conference(s) organised immediately or within thirty (30) minutes after the conclusion of each match whether the player or team was the winner or loser, unless such time is extended or otherwise modified by the ITF Supervisor for good cause. Violation of this Section shall subject a player to a fine up to $250.

**R.    POINT PENALTY SCHEDULE**

The Point Penalty Schedule to be used for violations set forth above is as follows:

| | |
|---|---|
| FIRST offence | WARNING |
| SECOND offence | POINT PENALTY |
| THIRD and each subsequent offence | GAME PENALTY |

However, after the third Code Violation, the ITF Supervisor shall determine whether each subsequent offence shall constitute a default.

**S.    DEFAULTS**

The ITF Supervisor may declare a default for either a single violation of this Code (Immediate Default) or pursuant to the Point Penalty Schedule set out above.
In all cases of default, the decision of the ITF Supervisor shall be final and unappealable.

94

Any player who is defaulted as herein provided may be fined up to $250 in addition to any or all other fines levied with respect to the offending incident. In addition, any player who is defaulted as herein provided may be defaulted from all other events, if any, in that tournament except when the offending incident involves only a violation of the Punctuality or Dress and Equipment provisions set forth in Article III. B and C, or as a result of a medical condition or when his doubles partner commits the Code Violation which causes the default.

**T.    DOUBLES EVENTS**

      **1.    Warnings/Point Penalties/Game Penalties/Defaults**
          Warnings, Point Penalties, Game Penalties and/or a default if assessed for violation of the Code shall be assessed against the team.

      **2.    Fines**
          Fines for violation of Article III C.2 of the Code relating to the requirement of substantially identical attire shall be assessed against the team. All other fines for violation of Article III of the Code shall be assessed only against the individual member of the team who is in violation unless both members of the team are in violation.

**U.    DETERMINATION AND PENALTY**

The ITF Supervisor shall make such investigation as is reasonable to determine the facts regarding all Player On-Site Offences and upon determining that a violation has occurred shall specify the fine and/or other punishment therefor and give written notice thereof to the player. Notwithstanding anything contained herein to the contrary, the ITF Supervisor may, at his discretion, limit the fines levied during any tournament qualifying event to a maximum of $100 for each violation.

**V.    PAYMENT OF FINES**

Each ITF Pro Circuit Tournament shall deduct fines levied by the ITF Supervisor for player on-site offences from the player's winnings, if any, and promptly pay the same to the ITF. Any unpaid fines shall also be collected at other ITF Pro Circuit Tournaments and at Grand Slams for remission to the ITF. A player who has accumulated $500 or more in unpaid fines for violations of this Code of Conduct shall not be allowed to enter any ITF Pro Circuit Tournament until such time as all fines have been paid.  A player who has outstanding fines at the end of the calendar year shall not be allowed to enter any ITF Pro Circuit Tournaments until such time as all fines have been paid.

**W.    APPEALS**

Any player convicted of a violation of a Player On-Site Offence at an ITF Pro Circuit Tournament may, after paying all fines, appeal to the ITF Executive Director for review of the determination of guilt and penalty therefore. Such Notice of

Appeal shall be in writing and filed within ten (10) days after the last day of the event.

Attached to and included with such Notice of Appeal shall be a statement by the player as to the facts and circumstances of such incident along with any other evidence that the player desires to submit.

Upon receipt of such an Appeal, the ITF Executive Director shall conduct a reasonable investigation of the facts and circumstances surrounding such incident and shall affirm or reverse in whole or in part the determination of the ITF Supervisor. In the event of a whole or partial reversal the Tournament Administrator shall remit to the player all or part of the fines collected in accordance with the disposition of the appeal.

### ARTICLE V: UNIFORM TENNIS ANTI-CORRUPTION PROGRAM

#### A.    Introduction

The purpose of the Uniform Tennis Anti-Corruption Program is to (i) maintain the integrity of tennis, (ii) protect against any efforts to impact improperly the results of any match and (iii) establish a uniform rule and consistent scheme of enforcement and sanctions applicable to all professional tennis Events and to all Governing Bodies.

#### B.    Definitions

1.    "AHO" refers to an Anti-Corruption Hearing Officer.

2.    "ATP" refers to the ATP Tour, Inc.

3.    "CAS" refers to the Court of Arbitration for Sport.

4.    "Consideration" refers to anything of value except for money.

5.    "Corruption Offense" refers to any offense described in Article D or E of this Program.

6.    "Covered Person" refers to any Player, Related Person, or Tournament Support Personnel.

7.    "Decision" refers to a decision of an AHO regarding the commission of a Corruption Offense.

8.    "Demand" refers to a written demand for information issued by the TIU to any Covered Person.

9.    "Director" refers to the Director of the TIU.

10.    "Event" refers to all professional tennis matches and other tennis competitions, whether men's or women's, including, without limitation, all tournaments organized, sanctioned or recognized by any of the Governing Bodies.

11.    "Governing Bodies" refers to the ATP, the ITF, the WTA and the GSC.

12.    "GSC" refers to the Grand Slam Committee.

13.    "Hearing" refers to a hearing before an AHO in accordance with Article G of this Program.

14. "information in the public domain" refers to information which has been published or is a matter of public record or can be readily acquired by an interested member of the public and/or information which has been disclosed according to the rules or regulations governing a particular event.

15. "Inside Information" refers to information about the likely participation or likely performance of a Player in an Event or concerning the weather, court conditions, status, outcome or any other aspect of an Event which is known by a Covered Person and is not information in the public domain.

16. "ITF" refers to the International Tennis Federation.

17. "Notice" refers to written notice sent by the PTIO to a Covered Person alleged to have committed a Corruption Offense.

18. "Player" refers to any player who enters or participates in any competition, Event or activity organized or sanctioned by any Governing Body.

19. "Program" refers to this Uniform Tennis Anti-Corruption Program.

20. "PTIO" refers to the Professional Tennis Integrity Officer appointed by each Governing Body.

21. "Related Person" refers to any coach, trainer, therapist, physician, management representative, agent, family member, tournament guest, business associate or other affiliate or associate of any Player, or any other person who receives accreditation at an Event at the request of the Player or any other Related Person.

22. "TIB" refers to the Tennis Integrity Board.

23. "TIU" refers to the Tennis Integrity Unit.

24. "Tournament Support Personnel" refers to any tournament director, owner, operator, employee, agent, contractor or any similarly situated person at any Event.

25. "wager" refers to a wager of money or Consideration or any other form of financial speculation.

26. "WTA" refers to the WTA Tour, Inc.

**C.     Covered Players, Persons and Events**

     **1.**     All Players, Related Persons, and Tournament Support Personnel shall be bound by and shall comply with all of the provisions of this Program and shall be deemed to accept all terms set out herein.

     **2.**     It is the responsibility of each Player, Related Person and Tournament Support Personnel to acquaint himself or herself with all of the provisions of this Program. Further, each Player shall have a duty to inform Related Persons with whom they are connected of all of the provisions of this Program and shall instruct Related Persons to comply with the Program.

**D.     Offenses**

Commission of any offense set forth in Article D or E of this Program or any other violation of the provisions of this Program shall constitute a Corruption Offense for all purposes of this Program.

     **1.     Corruption Offenses.**

     **a.**     No Covered Person shall, directly or indirectly, wager or attempt to wager on the outcome or any other aspect of any Event or any other tennis competition.

     **b.**     No Covered Person shall, directly or indirectly, solicit or facilitate any other person to wager on the outcome or any other aspect of any Event or any other tennis competition.

     **c.**     No Covered Person shall, directly or indirectly, contrive or attempt to contrive the outcome or any other aspect of any Event.

     **d.**     No Covered Person shall, directly or indirectly, solicit or facilitate any Player to not use his or her best efforts in any Event.

     **e.**     No Covered Person shall, directly or indirectly, solicit or accept any money, benefit or Consideration with the intention of negatively influencing a Player's best efforts in any Event.

     **f.**     No Covered Person shall, directly or indirectly, offer or provide any money, benefit or Consideration to any other Covered Person with the intention of negatively influencing a Player's best efforts in any Event.

     **g.**     No Covered Person shall, directly or indirectly, solicit or accept any money, benefit or Consideration, for the provision of any Inside Information.

**h.** No Covered Person shall, directly or indirectly, offer or provide any money, benefit or Consideration to any other Covered Person for the provision of any Inside Information.

**i.** No Covered Person shall, directly or indirectly, offer or provide any money, benefit or Consideration to any Tournament Support Personnel in exchange for any information or benefit relating to a tournament.

**2. Reporting Obligation.**

**a. Players.**

**i.** In the event any Player is approached by any person who offers or provides any type of money, benefit or Consideration to a Player to (i) influence the outcome or any other aspect of any Event, or (ii) provide Inside Information, it shall be the Player's obligation to report such incident to the TIU as soon as possible.

**ii.** In the event any Player knows or suspects that any other Covered Person or other individual has committed a Corruption Offense, it shall be the Player's obligation to report such knowledge or suspicion to the TIU as soon as possible.

**iii**. If any Player knows or suspects that any Covered Person has been involved in an incident described in Article D.2.b. below, a Player shall be obligated to report such knowledge or suspicion to the TIU as soon as possible.

**iv.** A Player shall have a continuing obligation to report any new knowledge or suspicion regarding any Corruption Offense, even if the Player's prior knowledge or suspicion has already been reported.

**b. Related Persons and Tournament Support Personnel.**

**i.** In the event any Related Person or Tournament Support Person is approached by any person who offers or provides any type of money, benefit or Consideration to a Related Person or Tournament Support Person to (i) influence or attempt to influence the outcome of any aspect of any Event, or (ii) provide Inside Information, it shall be the Related Person's or Tournament Support Person's obligation to report such incident to the TIU as soon as possible.

**ii.** In the event any Related Person or Tournament Support Person knows or suspects that any Covered Person or other individual

100

has committed a Corruption Offense, it shall be the Related Person's or Tournament Support Person's obligation to report such knowledge or suspicion to the TIU as soon as possible.

**E.    Additional Matters**

1.    Each Player shall be responsible for any Corruption Offense committed by any Covered Person if such Player either (i) had knowledge of a Corruption Offense and failed to report such knowledge pursuant to the reporting obligations set forth in section D.2. above or (ii) assisted the commission of a Corruption Offense. In such event, the AHO shall have the right to impose sanctions on the Player to the same extent as if the Player had committed the Corruption Offense.

2.    For a Corruption Offense to be committed, it is sufficient that an offer or solicitation was made, regardless of whether any money, benefit or Consideration was actually paid or received.

3.    Evidence of a Player's lack of efforts or poor performance during an Event may be offered to support allegations that a Covered Person committed a Corruption Offense, but the absence of such evidence shall not preclude a Covered Person from being sanctioned for a Corruption Offense.

4.    A valid defense may be made to a charge of a Corruption Offense if the person alleged to have committed the Corruption Offense (a) promptly reports such conduct to the TIU and (b) demonstrates that such conduct was the result of an honest and reasonable belief that there was a significant threat to the life or safety of such person or any member of such person's family.

**F.    Investigation and Procedure**

**1.    Anti-Corruption Hearing Officer.**

a.    The TIB shall appoint one or more independent AHOs, who shall be responsible for (i) determining whether Corruption Offenses have been committed, and (ii) fixing the sanctions for any Corruption Offense found to have been committed.

b.    An AHO shall serve a term of two years, which may thereafter be renewed in the discretion of the TIB. If an AHO becomes unable to serve, a new AHO may be appointed for a full two-year term pursuant to this provision.

101

**2. Investigations.**

    **a.**    The TIU shall have the right to conduct an initial interview and follow-up interviews, if necessary as determined solely by the TIU, with any Covered Person in furtherance of investigating the possibility of a commission of a Corruption Offense.

        **i.**    The date and time of all interviews shall be determined by the TIU, giving reasonable allowances for Covered Persons' tournament and travel schedules.

        **ii.**    The Covered Person shall have the right to have counsel attend the interview(s).

        **iii.**    The interview shall be recorded.  The interview tapes shall be used for transcription and evidentiary purposes and thereafter shall be sealed and stored by the TIU in a secure place.

        **iv**.    The Covered Person shall have the right to request an interpreter, and the cost shall be borne by the TIU.

        **v.**    Transcripts of the interview shall be provided to the Covered Person, upon request, within a reasonable period of time following the conclusion of the interview.

    **b**.    All Covered Persons must cooperate fully with investigations conducted by the TIU. No Covered Person shall tamper with or destroy any evidence or other information related to any Corruption Offense.

    **c.**    If the TIU believes that a Covered Person may have committed a Corruption Offense, the TIU may make a Demand to any Covered Person to furnish to the TIU any information regarding the alleged Corruption Offense, including, without limitation, (i) records relating to the alleged Corruption Offense (including, without limitation, itemized telephone billing statements, <u>text of SMS messages received and sent</u>, banking statements, Internet service records, computers, hard drives and other electronic information storage devices), and (ii) a written statement setting forth the facts and circumstances with respect to the alleged Corruption Offense. The Covered Person shall furnish such information within seven business days of the making of such Demand, or within such other time as may be set by the TIU.  Any information furnished to the TIU shall be (i) kept confidential except when it becomes necessary to disclose such information in furtherance of the prosecution of a

> Corruption Offense, or when such information is reported to administrative, professional, or judicial authorities pursuant to an investigation or prosecution of non sporting laws or regulations and (ii) used solely for the purposes of the investigation and prosecution of a Corruption Offence.

> **d.** By participating in any Event, or accepting accreditation at any Event, a Covered Person contractually agrees to waive and forfeit any rights, defenses, and privileges provided by any law in any jurisdiction to withhold information requested by the TIU or the AHO. If a Covered Person fails to produce such information, the AHO may rule a Player ineligible to compete, and deny a Covered Person credentials and access to Events, pending compliance with the Demand.

> **e.** If a PTIO concludes that a Corruption Offense may have been committed, the PTIO shall refer the matter and send the evidence to the AHO, and the matter shall proceed to a Hearing before the AHO in accordance with Article G of this Program.

**3.** **No Provisional Suspension**. Until either (a) a Covered Person admits or confesses to commission of a Corruption Offense; or (b) the AHO has issued a Decision that such Covered Person has committed a Corruption Offense; or (c) the AHO determines that a Covered Person has failed to furnish information pursuant to a Demand from the TIU or the AHO, such Covered Person shall not be deemed to have committed such a Corruption Offense and shall remain eligible to compete and/or receive credentials, respectively, for the purposes of this Program.

### G. Due Process

#### 1. Commencement of Proceedings.

> **a.** When the PTIO refers a matter to the AHO pursuant to Article F.2.e, the PTIO shall send a Notice to each Covered Person alleged to have committed a Corruption Offense, with a copy to the AHO, setting out the following:

> > **i.** the Corruption Offense(s) alleged to have been committed, including the specific Article(s) of this Program alleged to have been infringed;

> > **ii.** the facts upon which such allegations are based;

   **iii.** the potential sanctions prescribed under this Program for such Corruption Offense(s); and

   **iv.** the Covered Person's entitlement to have the matter determined by the AHO at a Hearing.

 **b**. The Notice shall also specify that, if the Covered Person wishes to dispute the PTIO's allegations, the Covered Person must submit a written request for a Hearing so that it is received by the AHO as soon as possible, but in any event within fourteen business days of the Covered Person's receipt of the Notice. If the Covered Person fails to file a written request for a Hearing by such deadline, he or she shall be deemed:

   **i.** to have waived his or her entitlement to a Hearing;

   **ii.** to have admitted that he or she has committed the Corruption Offense(s) specified in the Notice; and

   **iii.** to have acceded to the potential sanctions specified in the Notice.

  If the Covered Person fails to file a written request for a Hearing by the deadline, the AHO shall promptly issue a Decision confirming the commission of the Corruption Offense(s) alleged in the Notice and ordering the imposition of sanctions (where this Program specifies a range of possible sanctions the AHO shall determine the appropriate sanction).

 **c.** The Covered Person shall be entitled at any stage to admit that he or she has committed the Corruption Offense(s) specified in the Notice and to accede to the sanctions specified in the Notice. In such circumstance, a Hearing shall not be required. Instead, the AHO shall promptly issue a Decision confirming the commission of the Corruption Offense(s) specified in the Notice and ordering the imposition of sanctions. Where a range of possible sanctions is specified in the Program, written submissions may be made by or on behalf of the Covered Person in mitigation at the time of admission of the Corruption Offense(s), and the AHO shall be entitled to take those submissions, as well as any rebuttal submitted by the PTIO, into account in determining what sanctions should apply.

 **d**. If, for any reason, the AHO is or becomes unwilling or unable to hear the case, then the AHO may request that the TIB appoint a substitute or successor AHO for such matter in accordance with Article F.1.

**e.** No more than twenty business days after the date of the Notice or request for Hearing if received, the AHO shall convene a meeting or telephone conference with the PTIO, its legal representatives, the Covered Person to whom the Notice was sent and his or her legal representatives (if any), to take jurisdiction formally over the matter and to address any pre-Hearing issues. The non-attendance of the Covered Person or his or her representatives at the meeting, after proper notice of the meeting has been provided, shall not prevent the AHO from proceeding with the meeting in the absence of the Covered Person, whether or not any written submissions are made on behalf of the Covered Person. In the meeting the AHO shall:

**i.** determine the date(s) (which must be at least twenty business days after the meeting, unless the parties consent to a shorter period) upon which the Hearing shall be held. Subject to the foregoing sentence, the Hearing shall be commenced as soon as practicable after the Notice is sent, and ordinarily within sixty days of the date that the Covered Person requests a Hearing. The Hearing shall be completed expeditiously;

**ii.** establish dates reasonably in advance of the date of the Hearing at which:

**1.** the Covered Person shall submit a brief with argument on all issues that he or she wishes to raise at the Hearing;

**2.** the PTIO shall submit an answering brief, addressing the arguments of the Covered Person and setting out argument on the issues that the PTIO wishes to raise at the Hearing;

**3**. the Covered Person may submit a reply brief, responding to the PTIO's answer brief; and

**4.** the Covered Person and the PTIO shall exchange witness lists (with each witness's address, telephone number and a summary of the subject areas of the witness's anticipated testimony) and copies of the exhibits that they intend to introduce at the Hearing; and

        **iii.**     make such order as the AHO shall deem appropriate in relation to the production of relevant documents or other materials between the parties.

    **f.**    The AHO may, at any time prior to issuing a Decision, request that an additional investigation be conducted into any matter reasonably related to the alleged Corruption Offense. If the AHO requests such an additional investigation, the TIU shall conduct the investigation in accordance with the AHO's directions and shall report the findings of that investigation to the AHO and the Covered Person implicated in the alleged Corruption Offense at least ten days prior to the Hearing. If the Covered Person wishes to object to, or raise any issues in connection with, such additional investigation, he or she may do so by written submission to the AHO.

**2.**    **Conduct of Hearings.**

    **a**.    Hearings shall be conducted on a confidential basis. Unless the AHO orders otherwise for good cause shown by a party, each Hearing shall take place in either Miami, Florida, USA or London, England, as determined by the AHO.

    **b.**    The Covered Person shall have the right (i) to be present and to be heard at the Hearing and (ii) to be represented at the Hearing, at his or her expense, by legal counsel. The Covered Person may choose not to appear at the Hearing, but rather to provide a written submission for consideration by the AHO, in which case the AHO shall take such submission into account in making his or her Decision. However, the non-attendance of the Covered Person or his or her representative at the Hearing, after proper notice of the Hearing has been provided, shall not prevent the AHO from proceeding with the Hearing in his or her absence, whether or not any written submissions are made on his or her behalf.

    **c.**    The procedures followed at the Hearing shall be at the discretion of the AHO, provided that the Hearing shall be conducted in a fair manner with a reasonable opportunity for each party to present evidence (including the right to call and to question witnesses), address the AHO and present his, her or its case.

    **d.**    The PTIO shall make arrangements to have the Hearing recorded or transcribed at the PTIO's expense. If requested by the Covered Person, the PTIO shall also arrange for an interpreter to attend the Hearing, at the PTIO's expense.

**3. Burdens and Standards of Proof.**

    **a.** The PTIO (which may be represented by legal counsel at the Hearing) shall have the burden of establishing that a Corruption Offense has been committed. The standard of proof shall be whether the PTIO has established the commission of the alleged Corruption Offense by a preponderance of the evidence.

    **b.** Where this Program places the burden of proof upon the Covered Person alleged to have committed a Corruption Offense to rebut a presumption or establish facts or circumstances, the standard of proof shall be by a preponderance of the evidence.

    **c.** The AHO shall not be bound by any jurisdiction's judicial rules governing the admissibility of evidence. Instead, facts relating to a Corruption Offense may be established by any reliable means, as determined in the sole discretion of the AHO.

**4. Decisions.**

    **a.** Once the parties have made their submissions, the AHO shall determine whether a Corruption Offense has been committed. Where Article H of this Program specifies a range of possible sanctions for the Corruption Offense found to have been committed, the AHO shall also fix the sanction within that range, after considering any submissions on the subject that the parties may wish to make.

    **b.** The AHO shall issue a Decision in writing as soon as possible after the conclusion of the Hearing. Such Decision will be sent to the parties and shall set out and explain:

        **i.** the AHO's findings as to what Corruption Offenses, if any, have been committed;

        **ii.** the sanctions applicable, if any, as a result of such findings; and

        **iii.** the rights of appeal applicable pursuant to Article I of this Program.

    **c.** The TIU shall pay all costs and expenses of the AHO and of staging the Hearing. The AHO shall not have the power to award costs or make any costs order against a Covered Person or the PTIO. Each party shall bear its own costs, legal, expert and otherwise.

        **d.**    Subject only to the rights of appeal under Article I of this Program, the AHO's Decision shall be the full, final and complete disposition of the matter and will be binding on all parties. If the AHO determines that a Corruption Offense has been committed, the TIB will publicly report the Decision.

**H.**    **Sanctions**

    **1.**    The penalty for any Corruption Offense shall be determined by the AHO in accordance with the procedures set forth in Article G, and may include:

        **a.**    With respect to any Player, (i) a fine of up to $250,000 plus an amount equal to the value of any winnings or other amounts received by such Covered Person in connection with any Corruption Offense, (ii) ineligibility for participation in any event organized or sanctioned by any Governing Body for a period of up to three years, and (iii) with respect to any violation of clauses (c)-(i) of Article D.1, ineligibility for participation in any event organized or sanctioned by any Governing Body for a maximum period of permanent ineligibility.

        **b**.    With respect to any Related Person or Tournament Support Person, (i) suspension of credentials and access to any Event organized, sanctioned or recognized by any Governing Body for a period of not less than one year, and (ii) with respect to any violation of clauses (c)-(i) of Article D.1., suspension of credentials and access to any Event organized, sanctioned or recognized by any Governing Body for a maximum period of permanent revocation of such credentials and access.

        **c.**    No Player who has been declared ineligible may, during the period of ineligibility, participate in any capacity in any Event (other than authorized anti-gambling or anti-corruption education or rehabilitation programs) organized or sanctioned by any Governing Body. Without limiting the generality of the foregoing, such Player shall not be given accreditation for, or otherwise granted access to, any competition or event to which access is controlled by any Governing Body, nor shall the Player be credited with any points for any competition played during the period of ineligibility.

    **2.**    The TIU may report information regarding an investigation to the TIB and the PTIOs at any time.

    **3.**    The TIB may report Corruption Offenses that also violate non-sporting laws and regulations to the competent administrative, professional or judicial authorities.

    **4.**    If any Covered Person commits a Corruption Offense under this program during a period of ineligibility, it shall be treated as a separate Corruption Offense under this Program.

**I.**    **Appeals**

    **1.**    Any Decision (i) that a Corruption Offense has been committed, (ii) that no Corruption Offense has been committed, (iii) imposing sanctions for a Corruption Offense, or (iv) that the AHO lacks jurisdiction to rule on an alleged Corruption Offense or its sanctions, may be appealed exclusively to CAS in accordance with CAS's Code of Sports-Related Arbitration and the special provisions applicable to the Appeal Arbitration Proceedings, by either the Covered Person who is the subject of the Decision being appealed, or the TIB.

    **2.**    Any Decision appealed to CAS shall remain in effect while under appeal unless CAS orders otherwise.

    **3.**    The deadline for filing an appeal with CAS shall be twenty business days from the date of receipt of the Decision by the appealing party.

    **4.**    The decision of CAS shall be final, non-reviewable, non-appealable and enforceable. No claim, arbitration, lawsuit or litigation concerning the dispute shall be brought in any other court or tribunal.

**J.**    **General**

    **1.**    No action may be commenced under this Program against any Covered Person for any Corruption Offense unless such action is commenced within either (i) eight years from the date that the Corruption Offense allegedly occurred or (ii) two years after the discovery of such alleged Corruption Offense, whichever is later.

    **2.**    Section headings within this Program are for the purpose of guidance only and do not form part of the Program itself. Nor do they inform or affect the language of the provisions to which they refer.

    **3.**    This Program shall be governed in all respects (including, but not limited to, matters concerning the arbitrability of disputes) by the laws of the State of Florida, without reference to conflict of laws principles.

**4.** In the event any provision of this Program is determined invalid or unenforceable, the remaining provisions shall not be affected. This Program shall not fail because any part of this Program is held invalid.

**5.** Except as otherwise stated herein, failure to exercise or enforce any right conferred by the Program shall not be deemed to be a waiver of any such right nor operate so as to bar the exercise or enforcement thereof or of any other right on any other occasion.

**6.** This Program is applicable prospectively to Corruption Offenses occurring on or after the date that this Program becomes effective. Corruption Offenses occurring before the effective date of this Program are governed by the former rules of the Governing Bodies which were applicable on the date that such Corruption Offense occurred.

**7.** Except as otherwise agreed to by the parties, all filings, Decisions, Hearings and appeals shall be issued or conducted in English.

## ARTICLE VI: PLAYER MAJOR OFFENCES

### A.    AGGRAVATED BEHAVIOUR

No player or Related Person at any ITF Pro Circuit Tournament shall engage in "Aggravated Behaviour" which is defined as follows:

**1.**    One or more incidents of behaviour designated in this Code as constituting "Aggravated Behaviour";

**2.**    One incident of behaviour that is flagrant and particularly injurious to the success of an ITF Pro Circuit Tournament, or is singularly egregious;

**3.**    A series of two (2) or more violations of this Code within a twelve (12) month period which singularly do not constitute "Aggravated Behaviour", but when viewed together establish a pattern of conduct that is collectively egregious and is detrimental or injurious to the ITF Pro Circuit Tournaments.

Violation of this Section by a player, directly or indirectly through a Related Person or others, shall subject a player to a fine of up to \$5,000 or the amount of prize money won at the tournament, whichever is greater, and a maximum penalty of permanent suspension from play in all ITF Pro Circuit Tournaments.

Violation of this Section shall subject a Related Person to a maximum penalty of permanent revocation of accreditation and denial of access to all ITF Pro Circuit Tournaments.

### B.    CONDUCT CONTRARY TO THE INTEGRITY OF THE GAME

No player or Related Person shall engage in conduct contrary to the integrity of the Game of Tennis. If a player is convicted of the violation of a criminal law of any country, the punishment of which includes possible imprisonment for more than one year, the player be deemed by virtue of such conviction to have engaged in conduct contrary to the integrity of the Game of Tennis. In addition, if a player has at any time behaved in a manner severely damaging to the reputation of the sport, the player may be deemed by virtue of such behaviour to have engaged in conduct contrary to the integrity of the Game of Tennis and be in violation of this Section. Violation of this Section by a player, directly or indirectly through a Related Person or others, shall subject a player to a fine up to \$5,000 and/or to a maximum penalty of permanent suspension from play in all ITF Pro Circuit Tournaments.

Violation of this Section shall subject a Related Person to a maximum penalty of permanent revocation of accreditation and denial of access to all ITF Pro Circuit Tournaments.

## C.    DETERMINATION AND PENALTY

The ITF Executive Director shall cause an investigation to be made of all facts concerning any alleged Major Offence and shall provide written notice of such investigation to the player involved; the player shall be given at least ten (10) days to provide to the ITF Executive Director, directly or through counsel, such evidence as the player deems to be relevant to the investigation. Upon the completion of his investigation the ITF Executive Director shall determine the innocence or guilt of the player involved, and, in the latter case, shall state in writing the facts as found by him, his conclusions and his decision fixing the penalty to be imposed. A copy of the decision shall be promptly delivered to the player and to the Committee.

## D.    PAYMENT OF FINES

All fines levied by the ITF Executive Director for Player Major Offences shall be paid by the player to the ITF within thirty (30) days after receipt of written notice thereof. If the fine is not paid in thirty (30) days the ITF Executive Director will instruct the next ITF Pro Circuit Tournament to withhold prize money due to the player until settlement is made.

## E.    DISCRETIONARY REVIEW

Any player found to have committed a Player Major Offence may, after paying all fines as above provided, petition the Committee for discretionary review of the determination and penalty of the ITF Executive Director. The petition shall be in writing and must be filed with the ITF Executive Director within thirty (30) days after notice of the violation is mailed to the player. The ITF Executive Director shall thereafter promptly forward said petition to the Committee. Said petition shall state in detail the basis for such appeal. Within thirty (30) days thereafter the Committee shall designate a time and place for the hearing of such appeal and shall so notify the player and the ITF Executive Director. At such hearing the player and the ITF Executive Director shall present to the Committee the relevant evidence on the matter. The Committee may affirm, reverse, or modify the decision of the ITF Executive Director on appeal.

If the appeal is decided against the player, then the Committee shall tax the reasonable costs of the appeal against the player, which costs shall include, but not be limited to, the reasonable travel and living expenses incurred by all witnesses and members of the Committee with respect thereto, if the same is not at a regularly scheduled meeting of the Committee.

## ARTICLE VII: MEDICAL CONTROL – ANTI-DOPING POLICY

Any Player, Player Support Personnel or other Person who enters or participates in the ITF Pro Circuit shall be bound by and shall comply with all of the provisions of the ITF Tennis Anti-Doping Programme 2010.

The ITF Tennis Anti-Doping Programme 2010 is set out in full on the ITF website (www.itftennis.com/antidoping) and in a separate rulebook that is published and distributed by the ITF to all National Associations. The ITF Tennis Anti-Doping Programme 2010 is also available upon application.

## ARTICLE VIII: TOURNAMENT OFFENCES

### A.    APPLICABILITY

This Article shall apply to each ITF Pro Circuit Tournament.

### B.    GUARANTEES

The owner(s), operator(s), sponsor(s) or agent(s) of an ITF Pro Circuit Tournament shall not offer, give or pay money or anything of value, nor shall such a tournament permit any other person or entity to offer, give or pay money or anything of value to a player, directly or indirectly, to influence or guarantee a player's appearance at a tournament other than prize money and permitted amateur expenses, unless authorised to do so by the Committee. Violation of this Section shall subject the tournament to a fine up to $5,000 plus the amount or value of any such payment, disqualification and loss of sanction, and/ or forfeiture of all sums, if any, previously paid to the ITF. In the event the ITF Executive Director believes that a tournament may be violating this Section, then upon demand the tournament must furnish or cause to be furnished to the ITF Executive Director or his agent access to and copies of all records to which it has access relating in any way to such alleged guarantee, or, in the absence of such records, an affidavit setting forth the facts in detail with respect to any transaction under question by the ITF Executive Director.

### C.    WILD CARDS

No ITF Pro Circuit Tournament, directly or indirectly, shall offer, give, solicit, receive or accept, or agree to offer, give, solicit, receive or accept anything of value in exchange for a Wild Card. Violation of this section shall subject the tournament to a fine of up to $5,000 and/or forfeiture of all sums, if any, previously paid to the ITF.  In such a situation, the tournament will also receive a fine of up to $5,000 and possible withdrawal of its sanction.

## D. CONDUCT CONTRARY TO THE INTEGRITY OF THE GAME

No ITF Pro Circuit Tournament, or any owner, promoter or operator thereof, shall engage in conduct contrary to the integrity of the Sport.

Violation of this Section shall subject the tournament to a fine up to $5,000 and/or forfeiture of all sums, if any, previously paid to the ITF.

## E. ITF PRO CIRCUIT RULES

No ITF Pro Circuit Tournament shall violate any provisions of these ITF Pro Circuit Rules. Violation of this Section shall subject the tournament to a fine up to $5,000 and/or forfeiture of all sums, if any, previously paid to the ITF.

## F. LATE CANCELLATION

No ITF Pro Circuit Tournament shall cancel less than sixty (60) days prior to the scheduled commencement of the event.

Violation of this section shall subject the tournament to a fine of up to $5,000, forfeiture of all sums, if any, previously paid or due to the ITF, reimbursement of unrecoverable expenses incurred and/or denial of subsequent Applications.

## G. DETERMINATION AND PENALTY

The ITF Executive Director shall cause an investigation to be made of all facts concerning any alleged Tournament Offence by an ITF Pro Circuit Tournament and shall provide written notice of such investigation to the tournament involved. The tournament shall be given at least ten (10) days to provide to the ITF Executive Director, directly or through counsel, such evidence as the tournament deems to be relevant to the investigation. Upon completion of his investigation, the ITF Executive Director shall determine the innocence or guilt of the tournament involved, and in the latter case shall state in writing the facts as found by him, his conclusions and his decision fixing the penalty to be imposed. A copy of the decision of the ITF Executive Director shall be promptly delivered to the tournament and to the Committee.

## H. PAYMENT OF FINES

All fines levied by the ITF Executive Director for Tournament Offences shall be paid by the tournament to the ITF within thirty (30) days after receipt of written notice thereof.

## I. DISCRETIONARY REVIEW

Any ITF Pro Circuit Tournament found to have committed a Tournament Offence may, after paying all fines as above provided, petition the Committee for

discretionary review of the determination and penalty of the ITF Executive Director. The petition shall be in writing and must be filed with the ITF Executive Director within thirty (30) days after notice of the violation is mailed to the tournament. The ITF Executive Director shall there after promptly forward said petition to the Committee. Said petition shall state in detail the basis for such appeal. Within thirty (30) days thereafter the Committee shall designate a time and place for the hearing of such appeal and shall so notify the tournament and the ITF Executive Director. At such hearing the tournament and the ITF Executive Director shall present to the Committee the relevant evidence on the matter. The Committee may affirm, reverse, or modify the decision of the ITF Executive Director on appeal. If the appeal is decided against the tournament, then the Committee shall tax the reasonable costs of the appeal against the tournament, which costs shall include, but not be limited to, the reasonable travel and living expenses incurred by all witnesses and members.

## ARTICLE IX: WELFARE POLICY

Any player that enters and/or participates in either the ITF Men's Circuit or the ITF Women's Circuit, and any Player Support Team Member of any player that enters and/or participates in either the ITF Men's Circuit or the ITF Women's Circuit shall be bound by and shall comply with the provisions of the Welfare Policy set out in Appendix A.

## ARTICLE X: INTERPRETATIONS

Any person or entity subject to this Code may file with the ITF Executive Director a request for an interpretation or clarification of the Code and/or its applicability and effect on a particular event or transaction.

## ARTICLE XI: NOTICE

All written communications to the ITF Executive Director should be addressed as follows, unless notice of change is subsequently published:

Mr William L Babcock
ITF Executive Director of Professional Tournaments
International Tennis Federation
Bank Lane
Roehampton
London SW15 5XZ
England
Tel: (44) 20 8878 6464          Fax: (44) 20 8392 4777

## A.    PLAYER

Notice that a player is being investigated pursuant to a possible Major Offence charge shall be served personally upon him. Service of any other document required by the Code shall be deemed complete if mailed to the subject player at his home address or other address designated by the player, along with a copy to any player association of which he is a member provided that the ITF Executive Director of Professional Tournaments has notice of such membership.

## B.    TOURNAMENT

Service of any document on an ITF Pro Circuit Tournament as required by this Code shall be deemed complete if mailed to the ITF Pro Circuit Tournament Director along with a copy to the Tournament Administrator.

### ARTICLE XII: AMENDMENTS

This ITF Pro Circuit Code of Conduct may only be amended, repealed or otherwise modified, in whole or in part, by the ITF.

**ITF**
**Pro Circuits**

# APPENDIX A

## WELFARE POLICY

Any coach, trainer, manager, agent, medical or para-medical personnel and/or family member, tournament guest, <u>credentialed person</u> or other similar associate of any player (together "Player Support Team Member") and player shall conduct himself/herself in a professional manner at all times and in accordance with this ITF Welfare Policy.

### a. Elements of the Welfare Policy.

i. Application

a)    Players and Player Support Team Members shall be familiar with, and agree to abide by, the ITF Welfare Policy.

ii. Unfair and/or Discriminatory Conduct

a)    Players and Player Support Team Members shall not engage in unfair or unethical conduct including any attempt to injure, disable or   intentionally interfere with the preparation or competition of any player.
b)    Players and Player Support Team Members shall not discriminate in the provision of services on the basis of race, ethnicity, national origin, religion, age or sexual orientation.

iii. Abuse of Authority; Abusive Conduct

a)    Players and Player Support Team Members shall not abuse his or her position of authority or control, and shall not compromise the psychological, physical or emotional well being of any player.
b)    Players and Player Support Team Members shall not engage in abusive conduct, either physical or verbal, or threatening conduct or language directed toward any player, tournament official, ITF staff member, on-court official, coach, parent, spectator or member of the press/media.
c)    Players and Player Support Team Members shall not exploit any player relationship to further personal, political or business interests at the expense of the best interest of the player.

iv. Sexual Conduct

<u>In order to prevent sexual abuse and the negative consequences resulting from the imbalance of a dual relationship, sexual conduct of any kind between any player and his/her Player Support Team members is discouraged.</u>

117

In addition, the following conduct is specifically prohibited:

a)    Players and Player Support Team Members shall not make sexual advances towards, or have any sexual contact with, any player who is (1) under the age of 17, or (2) under the age of legal majority in the jurisdiction where the conduct takes place or where the player resides.

b)    Players and Player Support Team Members shall not sexually abuse a player of any age.  Sexual abuse is defined as the forcing of sexual activity by one person on another person (i) of diminished mental capacity; or (ii) by the use of physical force, threats, coercion, intimidation or undue influence.

c)    Players and Player Support Team Members shall not engage in sexual harassment - for example, by making unwelcome advances, requests for sexual favours or other verbal or physical conduct of a sexual nature where such conduct may create an intimidating, hostile or offensive environment.

d)    Player Support Team Members shall not share a hotel room with a player who is (1) under the age of 17, or (2) under the age of legal majority in the jurisdiction where the hotel is located or where the player resides, unless such Player Support Team Member is the player's <u>parent</u> or is related to the player <u>and authorised in writing by the player's parent. Penalties will apply to any underage player who is found to have violated this Hotel Room Policy. These penalties can include: forfeiture of points from the tournament(s) where the violation occurred and/or monetary fines equal to the amount of the hotel room rates and/or forfeiture of hotel per diem rates as applicable, for the tournament(s) where the violation occurred. Such penalty shall be in addition to any penalties that may be imposed on the Player support team member pursuant to sub-Section 3 below</u>.

v.    Criminal Conduct – Players and Player Support Team Members shall comply with all relevant criminal laws.  For greater certainty and without limiting the foregoing, this obligation is violated if a player or Player Support Team Member has been convicted of or entered a plea of guilty or no contest to a criminal charge or indictment involving (a) an offence involving use, possession, distribution or intent to distribute illegal drugs or substances, (b) an offence involving sexual misconduct, harassment or abuse, or (c) an offence involving child abuse.  Further, this obligation may be violated if a player or Player Support Team Member has been convicted of or entered a plea of guilty or no contest to an offence that is a violation of any law specifically designed to protect minors.

vi.   Anti-Doping Activity – Players and Player Support Team Members shall not commit any offence under the terms of the ITF's Anti-Doping Programme or aid or abet in any way a player's offence under that Programme.

vii.  Conduct in General – Players and Player Support Team Members shall not conduct himself or herself in a manner that will reflect unfavourably on the ITF, any tournament, event or circuit owned or sanctioned by the ITF (the "ITF Tournaments), any player, official or the game of tennis.

viii.  <u>Credentialed Persons – No person who has been given a credential by a Tournament, including members of the media, may at any time during the Tournament engage in abusive conduct directed towards any player, official, spectator or Tournament or ITF staff.</u>

**b.    Violations/Procedures**

i.  Any individual who believes that any player or Player Support Team Member has failed to meet his or her obligations under this Welfare Policy may file a written complaint with the ITF Executive Director responsible for the ITF Tournament in which the complainant participates. That complaint shall be signed and shall state specifically the nature of the alleged misconduct. Upon receipt of such a signed complaint, the ITF Executive Director shall promptly initiate a review of the matter. The ITF Executive Director may also initiate an investigation on the basis of a suspension or other disciplinary action taken against a player or Player Support Team Members by a national federation or other tennis organisation or a conviction or plea of guilty or no contest to a criminal charge or indictment as set out in Section v. above.

ii.  Upon review of the complaint and, where appropriate, additional investigation, the ITF Executive Director may determine that the complaint does not merit further action. If the ITF Executive Director determines that the complaint does merit further action, after giving the accused individual the opportunity to present his or her views to the ITF Executive Director or his/her designee, either in person or in writing, at the ITF Executive Director's discretion, the ITF Executive Director may impose appropriate sanctions including (a) denial of privileges or exclusion of the person in question from any or all ITF Tournaments, or (b) such other sanctions including monetary sanctions as the ITF Executive Director may deem appropriate. In addition, the ITF Executive Director shall have authority to issue a provisional suspension, pending the completion of the investigation and issuance of a final decision on the matter.

iii.  Decisions of the ITF Executive Director may be appealed to the Committee responsible for the ITF Tournament in which the complainant participates, unless such decision involves the imposition of a suspension greater than one (1) year or a fine in excess of US$5,000, in which case the appeal of such ITF Executive Director decision shall be made to the Board of Directors of the ITF. In either circumstance, the appellate body shall decide whether to review the appeal based solely on the ITF Executive Director's investigation or whether to hold a full hearing in which the accused player or Player Support Team Member will be given the opportunity to present his/her views

directly to the appellate body, in which case the appellate body shall issue directions for the efficient conduct of the appeal.

iv.     Any decision of the Executive Director and/or the Committee pursuant to this Welfare Policy may be communicated to those Member National Associations and ITF Tournament organisers deemed necessary by the Executive Director and/or the Committee.

# APPENDIX B



**FINES GUIDELINES AND OFFENCE CODES FOR ITF PRO CIRCUIT EVENTS 2010**

| | Playing Another Event — Reported by : ITF Office | 13-6 days (14:00hrs GMT) before Monday of Main Draw week | 6 days (14:00hrs GMT) before Monday of Main Draw week to Freeze Deadline | Freeze Deadline to Qualifying Sign-in Deadline | After Qualifying Sign-in Deadline | |
|---|---|---|---|---|---|---|
| | | *To be reported by …* | | | | |
| | | ITF Office | ITF Office | Before Last List: ITF Office / After Last List: Supervisor | Supervisor | Offence code |
| | | Fine amount/Code | Fine amount/Code | Fine amount/Code | Fine amount/Code | |
| **LATE WITHDRAWALS** | | | | | | |
| $50,000, $75,000 and $100,000 | Main Draw | $150 WM5713 | $250 WM576 | $400 WM57QS | $600 WM57S | ZM57S |
| (Women's Circuit Only) | Qualifying event | $75 WQ5713 | $100 WQ576 | $150 WQ57QS | | ZQ57AS |
| $10,000 (all) | Main Draw | $75 WM1213 | $150 WM126 | $250 WM12QS | $400 WM12S | ZM12S |
| $15,000 (Men's Only) | | | | | | |
| $25,000 (Women's Only) | Qualifying event | $50 WQ1213 | $50 WQ126 | $75 WQ12QS | $100 | ZQ12AS |

| **NON-APPEARANCE/NO SHOW FINES** | Offence | *To be reported by Supervisor* | | Fine amount | Offence code |
|---|---|---|---|---|---|
| $50, 75 and 100,000 | Main Draw | Non-Appearance/No Show | | $1,000 | ZM57S |
| (Women's Circuit Only) | Qualifying event | Failure to sign-in | | $200 | ZQ57AS |
| $10,000 (all) | Main Draw | Non-Appearance/No Show | | $500 | ZM12S |
| $15,000 (Men's Only) | | | | | |
| $25,000 (Women's Only) | Qualifying event | Failure to sign-in | | $100 | ZQ12AS |

**PLAYER ON-SITE OFFENCES (GUIDELINES)** — *To be reported by Supervisor*  
\* May constitute aggravated behaviour

| Offence | Qualifying — Maximum: $100 | | Main Draw — Maximum: $250 | |
|---|---|---|---|---|
| | Guidelines | Offence code | Guidelines | Offence code |
| Punctuality | $ 25-100 | Pun (10 or 15) | $ 50-250 | Pun (10 or 15) |
| Audible Obscenity *, Visible Obscenity * | $ 25-50 | AOb, VOb | $ 50-100 | AOb, VOb |
| Verbal Abuse * | $ 50 | VA | $ 75-150 | VA |
| Physical Abuse * | $ 100 | PhA | $ 250 | PhA |
| Ball Abuse, Racket Abuse | $ 25 | BA, RA | $ 50-75 | BA, RA |
| Coaching & Coaches * | $ 50 | CC | $ 75-150 | CC |
| Unsportsmanlike Conduct * | $ 50 | UnC | $ 75-150 | UnC |
| Dress & Equipment | $ 25-50 | D&E | $ 50-100 | D&E |
| Best Efforts, Leaving the Court, Failure to Complete Match * | $ 100 | BE, LC, FCM | $ 250 | BE, LC, FC |
| Ceremonies, Media Conference | | | $50-150 | Cer, MC |

| **DEFAULTS** — *To be reported by Supervisor* | Qualifying | | Main Draw | |
|---|---|---|---|---|
| Default - In addition to any fine(s) for the on-court offences | $ 100 | Def. D | $ 250 | Def. D |

\* Refer to the full Code of Conduct for comprehensive details of all penalties



The ITF Foundation is comprised of international manufacturers and companies involved in the tennis industry. The ITF and the ITF Foundation work together for the development and promotion of the game.

| Supporting Members: | General Members : |
|---|---|













Advantage Sports
American Sports Builders Association
Artengo
Babolat
Descol
Dunlop Slazenger
Lee Tennis
Limonta Sport
Major Sports
Milliken
Nassau
Nova Sports USA
Play-It
Prince Sports
Pro Supex
Rebound Ace Sports
Sportmaster
Sports Surfaces Technologies
SRI Sports
Tennis Industry Association
TigerTurf International
Tretorn
Van der Meer Tennis University
Vigano Pavitex

Any organisation interested in joining the ITF Foundation should contact:
International Tennis Federation  Bank Lane  Roehampton  London  SW15 5XZ
tel: +44 (0)20 8878 6464  fax: +44 (0)20 8878 7799  email: foundation@itftennis.com

Published by the International Tennis Federation
ITF Ltd   Bank Lane   Roehampton   London SW15 5XZ   UK
Tel: +44 (0)20 8878 6464
Fax: +44 (0)20 8878 7799
Email: womens@itftennis.com
Email: mens@itftennis.com
www.itftennis.com
Registered address: PO Box N–272  Nassau  Bahamas