# Exhibit 2

# Pro Circuit
# Rulebook 2011



# ITF
# MEN'S CIRCUIT

# RULES & REGULATIONS
# 2011

© ITF Limited t/a International Tennis Federation
All rights reserved
2011

# ITF MEN'S CIRCUIT
# RULES & REGULATIONS
# 2011

### CONTENTS

Please note that where amendments are made in these Regulations the text is underlined.

| | | |
|---|---|---|
| A. | Purpose and Applicability | 2 |
| B. | General | 2 |
| C. | Definitions | 5 |
| D. | Singles Entry and Withdrawal | 7 |
| E. | Doubles Entry | 12 |
| F. | Players' Rest/Medical | 13 |
| G. | Systems of Merit for Singles | 17 |
| H. | Systems of Merit for Doubles | 19 |
| I. | Draws | 20 |
| J. | Composition of Draws | 20 |
| K. | Seeds | 21 |
| L. | Making the Draw | 21 |
| M. | Computer Points and Prize Money | 24 |
| N. | Results | 25 |
| O. | Amendments | 25 |
| P. | On-site Prize Money Distribution Formulas | 26 |

### APPENDICES

| | | |
|---|---|---|
| A | Gender Verification / Transsexuals | 27 |
| B | Junior Exempt Project | 28 |
| C | Entry Procedures | 29 |

**References to the International Tennis Federation or ITF shall hereafter mean ITF Limited.**

# ITF MEN'S CIRCUIT
# RULES AND REGULATIONS
# 2011

### A.    PURPOSE AND APPLICABILITY

ITF Limited trading as the International Tennis Federation promulgates these Tournament Regulations for the purpose of providing fair and reasonable rules for the orderly and uniform conduct of international professional tennis tournaments sanctioned by the ITF. All references to the International Tennis Federation or ITF in these Regulations shall mean ITF Limited. These Regulations shall be applicable to all Futures Tournaments known as the ITF Men's Circuit.

### B.    GENERAL

### 1.    Open Competition / No Discrimination
Futures Tournaments are open to all male (please refer to Appendix A) tennis players based on merit and without discrimination subject only to the conditions herein set forth and provided, however, that minors under the age of fourteen (14) shall not be eligible for entry. For purposes of this Rule, the player's age as of the first day of the tournament Main Draw shall be used.

### 2.    Futures Tournaments
Futures Tournaments must be scheduled in a minimum of three consecutive weeks of $10,000 each or two consecutive weeks of $15,000 each in prize money and shall be organised by a National Association, unless otherwise approved by the ITF Men's Circuit Committee.

### 3.    International Player Identification Number (IPIN) Membership
All players entering ITF Futures Tournaments agree, as a condition of their entry, to register for annual IPIN Membership, to accept the related terms and conditions and pay the appropriate fee.  Failure by a player to register for IPIN Membership and to accept the related terms and conditions will result in the rejection of that player's entry.

### 4.    Tournament Week
Except for indoor tournaments with sufficient facilities, the Singles Main Draw must be scheduled to begin no later than Tuesday and to finish no later than Sunday of the same week. Singles Qualifying must be scheduled on the appropriate days immediately prior to the first day of Singles Main Draw, unless otherwise approved by the ITF.

### 5.    Tournament Administrator
The National Association(s) organising the Futures Tournament shall designate a Tournament Administrator to administer the event.

6.     **ITF Supervisor**
Please see the Officiating Requirements provided in the Minimum Standards for the Organisation of ITF Pro Circuit Tournaments.
Each Futures Tournament must provide at its sole expense an official certified as a Gold or Silver Badge ITF Supervisor. The ITF Supervisor must be available throughout the tournament week, from the Qualifying Sign-in, unless otherwise approved by the ITF.

7.     **ITF Chair Umpire**
The Officiating Requirements (see above) are the minimum standards for Futures Tournaments.  National Associations that wish to supply a higher certification level of official, or more officials, than the minimum requirements are encouraged to do so.

8.     **Approval of Officials**
Each Futures Tournament shall submit a list of officials to fulfil the requirements as set forth above to ITF Officiating at least sixty (60) days prior to the event.  Any request for these officiating requirements to be waived should be made to the ITF at least sixty (60) days prior to the tournament.

9.     **Tournament Doctor and Physiotherapist/Athletic Trainer**
Each Futures Tournament must appoint and pay all costs for an English-speaking medical doctor, preferably an orthopaedic specialist or a general practitioner, to be available on call at all times during playing hours. The Tournament must also appoint an English-speaking Physiotherapist/Athletic Trainer, to be available on-site during play, to provide treatment to players. It is recommended that all reasonable off-court treatment is provided free of charge to players.

10.    **Balls**
The balls to be used at Futures Tournaments must conform to the specifications in the Rules of Tennis and must have been approved by the ITF. Any Futures Tournament must apply to the ITF for approval at least 45 days in advance of the event if it wishes to use Ball Types 1 or 3.

A minimum of four (4) new balls are to be provided for each match and are to be changed at least after eleven (11) and thirteen (13) games in the Main Draw and at least before the third set throughout the Qualifying.

A minimum of three (3) used balls per day for practice must be available free of charge to each player accepted into the Main Draw from the day prior to the commencement of Main Draw until he is eliminated. Players must return practice balls.

**11.    Artificial Lighting**
Play is allowed with artificial lighting provided there is a minimum of 500 lux evenly distributed over the court surface.

**12.    Entry Fees**
There shall be no Entry Fee for Main Draw. The Entry Fee for Qualifying will be a maximum of $40.

**13.    Prize Money**
Prize money shall be paid in cash or by cheque on-site in US Dollars unless prior approval to pay in any other currency is obtained in writing from the ITF no less than four (4) months prior to the start of the tournament.

A non-US Futures Tournament may elect to pay on-site prize money in US Dollars or in local currency. If local currency is selected, then the exchange rate for a given tournament (official ITF exchange rate) shall be the average of the six (6) months immediately preceding six (6) months prior to the tournament. If, on the Monday, seven (7) days prior to the start of the tournament, there is a fluctuation in the official ITF exchange rate of five percent (5%) or more, up or down, then such exchange rate shall be adjusted, up or down as follows:

| Exchange Rate Fluctuation | Exchange Rate Adjustment |
|---|---|
| Less than 5% | None |
| Between 5 and 10% | 5% |
| 10% or greater | One half the Exchange Rate Percentage Fluctuation |

(* For example, if the currency fluctuates 11% from the authorised exchange rate, the exchange rate will be adjusted by 5.5%).

Each Futures Tournament electing to pay on-site prize money in a specific non-US currency shall obtain from the ITF (Rest of World Events) or Tennis Europe (European events) the official ITF exchange rate determined as above provided and shall use the same.

**14.    Amateur Expenses**
Futures Tournaments may pay expenses to amateurs who are eligible to and do compete. Such expenses are limited to the actual and reasonable expenses of an amateur incurred pursuant to his participation in the tournament. The payment of expenses cannot be conditioned on the success of the amateur in the event.

**15.    Player Representatives**
The ITF Supervisor shall appoint one or more players at each Futures Tournament to witness the draws and to represent the players during the tournament.

**16.    Related Regulations**

To the extent not covered herein the 2011 Official Grand Slam Rulebook, The Constitution of ITF Limited 2011 and the 2011 ITF Duties and Procedures for Officials shall be applicable to all Futures Tournaments. Such applicability shall not affect the right of Futures Tournaments to promulgate and enforce their own special regulations insofar as they are consistent with the applicable provisions of these Rules and Regulations and have been approved by the ITF.

**17.    Rules of Tennis**

The ITF Rules of Tennis shall apply in all Futures Tournament matches.

**18.    Match Format**

Each singles match shall be the best of three tie-break sets, unless otherwise approved by the ITF.

In each doubles match, No-Ad scoring shall be used throughout the match and when the score is one set all, one match tie-break (10 points) shall be played to decide the match.

**19.    Waiver of Claims**

In submitting an entry into a Futures Tournament, all players agree, as a condition of entry, that for themselves, their executors, administrators, heirs and personal representatives, all claims of any kind, nature and description are waived, including past, present or future claims and injuries, if any, sustained in travelling to or from, or participating in a Futures Tournament, against the ITF, the National Association or Regional Association sanctioning such events.

**20.    Publicity and Promotion**

Each player grants and assigns to the ITF, <u>the tournament's sanctioning National Association, the tournament and their agents</u> the right in perpetuity to make, use and show from time to time and at its discretion, motion pictures, still pictures and live, taped or filmed television and other reproduction of him during the event and in connection with the promotion of the event without compensation for him, his heirs, devisees, executors, administrators or assigns. Such promotional activities by ITF, <u>the tournament's sanctioning National Association, the tournament or their agents</u> shall not be identified as or represented to be an endorsement by the player of any product or company.

**C.    DEFINITIONS**

**1.    Direct Acceptances**

Entered players accepted directly into the Main Draw or Qualifying Draw by virtue of their rankings under the applicable System of Merit.