# Exhibit 8





**ITF PRO CIRCUIT REGULATIONS**



# CONTENTS

Please note that where amendments have been made in these Regulations the text is underlined.

## ITF MEN'S CIRCUIT

| I. | PURPOSE AND APPLICABILITY | 3 |
|---|---|---|
| II. | ITF MEN'S CIRCUIT TOURNAMENTS | 6 |
| III. | FINANCIAL | 11 |
| IV. | DEFINITIONS | 12 |
| V. | SINGLES ENTRY AND WITHDRAWAL | 14 |
| VI. | DOUBLES ENTRIES AND WITHDRAWALS | 21 |
| VII. | SYSTEM OF MERIT | 22 |
| VIII. | DRAWS | 24 |
| IX. | PLAYERS' REST | 28 |
| X. | COMPUTER POINTS AND PRIZE MONEY | 29 |
| XI. | SCHEDULING, ORDER OF PLAY AND RESULTS | 30 |
| XII. | DATA RIGHTS | 31 |
| XIII. | ON-SITE PRIZE MONEY DISTRIBUTION FORMULAS | 32 |

## ITF WOMEN'S CIRCUIT

| I. | PURPOSE AND APPLICABILITY | 34 |
|---|---|---|
| II. | ITF WOMEN'S CIRCUIT TOURNAMENTS | 37 |
| III. | FINANCIAL | 42 |
| IV. | DEFINITIONS | 44 |
| V. | SINGLES ENTRY AND WITHDRAWAL | 47 |
| VI. | DOUBLES ENTRIES AND WITHDRAWALS | 56 |
| VII. | SYSTEM OF MERIT | 57 |
| VIII. | DRAWS | 59 |
| IX. | PLAYERS' REST | 64 |
| X. | ORDER OF PLAY AND SUBMISSION OF RESULTS | 64 |
| XI. | DATA RIGHTS | 65 |
| XII. | PRIZE MONEY AND POINTS | 66 |
| XIII. | WTA COMPUTER RANKINGS | 69 |

## APPENDICES

| A | Grand Slam Development Fund | 73 |
|---|---|---|
| B | Gender Verification | 74 |
| C | Age Eligibility | 75 |
| D | 2017 Junior Exempt Project | 76 |
| E | Entry and Withdrawal Procedures | 77 |
| F | Medical, Extreme Weather Conditions and Toilet/Change of of Attire Breaks | 80 |
| G | Media, Commercial and Data Rights | 87 |
| H | Player Analysis Technology ("PAT") Data Rights | 94 |
| I | Contacts | 95 |

## CODE OF CONDUCT

| Article I | : | General | 97 |
|---|---|---|---|
| Article II | : | Men's Player Entry Offences | 98 |
| Article III | : | Women's Player Entry Offences | 102 |
| Article IV | : | Player On-Site Offences | 106 |
| Article V | : | Tennis Anti-Corruption Program | 118 |
| Article VI | : | Player Major Offences | 119 |
| Article VII | : | Medical Control – Anti-Doping Policy | 122 |
| Article VIII | : | Tournament Offences | 122 |
| Article IX | : | Reciprocity | 126 |
| Article X | : | Interpretations | 126 |
| Article XI | : | Notice | 127 |
| Article XII | : | Amendments | 127 |
| Article XIII | : | Welfare Policy | 127 |
| **APPENDIX** | | | |
| Appendix | : | Fines Guidelines | 133 |

# ITF
# MEN'S CIRCUIT

# RULES & REGULATIONS
# 2017

© ITF Limited t/a International Tennis Federation
All rights reserved
2017

# ITF MEN'S CIRCUIT
# RULES AND REGULATIONS
# 2017

## I.    PURPOSE AND APPLICABILITY

**A.    General**

ITF Limited trading as the International Tennis Federation promulgates these Tournament Regulations for the purpose of providing fair and reasonable rules for the orderly and uniform conduct of international professional tennis tournaments sanctioned by the ITF. All references to the International Tennis Federation or ITF in these Regulations shall mean ITF Limited. These Regulations shall be applicable to all Futures Tournaments known as the ITF Men's Circuit.

Each player entrant in an ITF Men's Circuit tournament agrees as a condition of such entry to abide by and be subject to these Regulations which hereinafter include the Code of Conduct as amended from time to time by the ITF Men's Circuit Committee.

Any <u>sanctioning National Association and/or where applicable the Tournament Organiser (jointly the "Applicant")</u> awarded a one (1) year sanction on the ITF Men's Circuit Calendar shall be subject to, and shall be bound by and comply with the ITF Rules of Tennis, all of the applicable provisions of the ITF Men's Circuit Regulations, the ITF Pro Circuit Organisational Requirements and the Guide to Recommended Health Care Standards documents, each of which may be amended from time to time.

The ITF reserves the right to refuse approval of or cancel any previously sanctioned tournament or series of tournaments for reasons of health, safety, security or any other potential threat to any persons attending the tournament(s) or to the successful running of the tournament(s), <u>without any liability on behalf of the Applicant, National Association, Tournament Organiser or the ITF (for the avoidance of doubt, the ITF, the Applicant, National Association and/or the Tournament/Host Organiser will not be liable to any Players or any other persons or entities for any costs that they might have incurred in relation to such cancelled Competitions, including, without limitation, any transport and/or accommodation costs). This decision will be made on behalf of the ITF by the ITF Men's Circuit Committee, and may be appealed to the Independent Tribunal.</u>

**B.    Related Regulations**

The ITF Rules of Tennis shall apply in all ITF Men's Circuit tournament matches.

To the extent not covered herein The Constitution of ITF Limited <u>2017</u> and the <u>2017</u> ITF Duties and Procedures for Officials shall be applicable to all Futures Tournaments. Such applicability shall not affect the right of Futures Tournaments to promulgate and enforce their own special regulations insofar as they are consistent with the applicable provisions of these Rules and Regulations and have been approved by the ITF.

## C. Enforcement of Regulations and resolution of disputes

### 1. On-site enforcement
It is the responsibility of the ITF Supervisor to enforce these Regulations on site.

### 2. First instance proceedings
The ITF Supervisor shall have exclusive jurisdiction, in the first instance, over the following matters:
(a)  unless expressly referred elsewhere, an allegation that a player has committed an offence under the Code of Conduct that is not a Major Offence or a breach of the Welfare Policy;
(b)  any disputes or questions of interpretation that arise on-site at a tournament (to be resolved in accordance with the Rules of Tennis); and
(c)  any other decisions, disputes, questions of interpretation or other matters that are entrusted under these Regulations to the ITF Supervisor.

The ITF Men's Circuit Committee or other person/entity designated under these Regulations may decide any issues entrusted to them (respectively) under these Regulations. Unless expressly provided otherwise, there will be no right of appeal from their respective decisions.

The ITF Internal Adjudication Panel shall have exclusive jurisdiction, in the first instance, over the following matters (to be determined in accordance with its Procedural Rules):
(a)  any request for a decision that is entrusted under these Regulations (including the Code of Conduct) to the ITF Internal Adjudication Panel;
(b)  any dispute or question about the proper interpretation of these Regulations (including reviewing as appropriate any on-site interpretation by the ITF Supervisor);
(c)  any dispute or question about player eligibility arising under these Regulations;
(d)  any allegation that a player, Related Person or other person or entity bound by these Regulations has failed to comply with any other aspect of these Regulations (unless expressly referred elsewhere); and
(e)  any other dispute arising out of or relating in any way to these Regulations that is referred to it by the Board.

The Independent Tribunal shall have exclusive jurisdiction, in the first instance, over the following matters (to be determined in accordance with its Procedural Rules):

(a) any request for a decision that is entrusted under these Regulations to the Independent Tribunal;

(b) an allegation that a player, Related Person or other person participating on the ITF's Men's Circuit has breached the Tennis Anti-Doping Programme;

(c) an allegation that a player or Related Person has committed a Major Offence under the Code of Conduct;

(d) any allegation that a Tournament Offence has been committed under the Code of Conduct;

(e) any allegation that a Covered Person has committed a breach of the Welfare Policy; and

(f) any other dispute arising out of or relating in any way to these Regulations that is referred to it by the Board.

The Procedural Rules for both the Internal Adjudication Panel and the Independent Tribunal are available online at www.itftennis.com, or a hard-copy can be requested in writing to the ITF.

The Anti-Corruption Hearing Officer shall have exclusive jurisdiction, in the first instance, over any allegation that a Player, Related Person or other person participating on the ITF Men's Circuit has breached the Tennis Anti-Corruption Programme.

### 3. Sanctions

Where the ITF Internal Adjudication Panel and/or Independent Tribunal upholds an allegation of breach of these Regulations, it will determine the sanctions for such breach in accordance with the sanctions provisions in its Procedural Rules, unless these Regulations specify other sanctions for such breach, in which case it will apply the specific sanctions.

### 4. Appeals

Save where provided otherwise under these Regulations:

(a) decisions by the ITF Supervisor under these Regulations may only be challenged by way of appeal to the ITF Internal Adjudication Panel, to be determined in accordance with its Procedural Rules (save that there shall be no right of appeal against the ITF Internal Adjudication Panel's decision);

(b) subject to article I.C.4(a) above, decisions of the ITF Internal Adjudication Panel under these Regulations may only be challenged by way of appeal to the Independent Tribunal, in accordance with the Independent Tribunal's Procedural Rules (in particular, the section applicable to the Independent Tribunal sitting as an appeal panel);

(c) <u>decisions of the Independent Tribunal (sitting as a first instance tribunal) may only be challenged by way of appeal to the Court of Arbitration for Sport, as set out in the Independent Tribunal Procedural Rules;</u>

<u>Such appeals may only be brought by one of the following persons:</u>

(i) <u>the person or entity that is the subject of the decision being appealed; and/or</u>

(ii) <u>the ITF.</u>

<u>'Related Person' is defined as any coach, trainer, therapist, physician, management representative, agent, family member, tournament guest, business associate or other affiliate or associate of any player, or any other person who receives accreditation at an ITF Men's Circuit tournament at the request of the player or any other Related Person.</u>

### D. Amendments

These ITF Men's Circuit Tournaments Rules and Regulations may only be amended, repealed or otherwise modified, in whole or in part, by the ITF Men's Circuit Committee.

## II.    ITF MEN'S CIRCUIT TOURNAMENTS

### A.    Player Eligibility

#### 1.    Open Competition / No Discrimination

Futures Tournaments are open to all male (please refer to Appendix B) tennis players based on merit and without discrimination subject only to the conditions herein set forth and provided, however, that minors under the age of fourteen (14) shall not be eligible for entry. For purposes of this Rule, the player's age as of the first day of the tournament Qualifying shall be used.

All players entering into ITF Pro Circuit tournaments agree, as a condition of entry, to submit upon request to the medical controls as specified in Appendix B.

If requested, a player must provide a proof of identity and/or age through photo identification (passport or driver's licence) to the ITF Supervisor on site.

#### 2.    International Player Identification Number (IPIN) Membership and Tennis Integrity Protection Programme (TIPP)

In order to enter ITF Futures Tournaments all players must first register for annual Pro Circuit IPIN Membership (and pay the appropriate fee) and agree, as a condition of their registration, to accept the related terms and conditions and to complete the TIPP.   Failure by a player (a) to register for Pro Circuit IPIN Membership and to accept the related terms and conditions and/or (b) to complete the TIPP will render a player ineligible to enter and/or compete in Futures tournaments.

**3. Play-Down (for Singles only)**

Players ranked 1-100 in singles twenty-one (21) days prior to the Monday of the tournament week are prohibited from entering, accepting a Wild Card and/or competing in any Futures Tournament.

Players ranked 101-150 in singles twenty-one (21) days prior to the Monday of the tournament week are prohibited from entering a Futures Tournament but may receive a Wild Card into the Main Draw of a Futures Tournament offering $15,000+H, $25,000 or $25,000+H in on-site prize money that is approved by the ITF Men's Circuit Committee in order to compete in a Futures Tournament.

To be eligible for a Wild Card, such player must petition the ITF at least four (4) days prior to the Monday of the tournament week. Upon receipt of the petition the ITF shall evaluate the player's eligibility to receive a Wild Card.

Futures Tournaments offering $15,000 in on-site prize money may not offer Wild Cards to players ranked 1-150 in singles.

Futures Tournaments offering $15,000+H, $25,000 or $25,000+H in on-site prize money may offer one Wild Card per tournament to players ranked 101- 150 in singles.

**B.    Categories of Tournaments**

For the purpose of this rule book, all references to prize money expressed in US Dollars will also mean the corresponding prize money in Euros (EUR) as below and as set in section XIII. On-Site Prize Money Distribution Formulas.

The ITF Men's Circuit is comprised of two prize money categories: $15,000/€13,500 and $25,000/€22,500 Futures tournaments, which must be scheduled in a minimum of three consecutive weeks of $15,000/€13,500 each or two consecutive weeks of $25,000/€22,500 each in prize money. A series can include a combination of $15,000/€13,500 and $25,000/€22,500 tournaments, as long as the total prize money is at least $45,000/€40,500. Tournaments shall be organised by a National Association, unless otherwise approved by the ITF Men's Circuit Committee. Individual $15,000/€13,500 and $25,000/€22,500 prize money tournaments may offer hospitality (see section X. Computer Points and Prize Money).

For the purpose of this rule book, any Grand Slam Tournaments, ATP World Tour, ATP Challenger and ITF Men's Circuit Tournaments are considered "Professional Tournaments". Any tournament sanctioned by the ITF (ITF Senior or ITF Junior tournaments) are considered "ITF Sanctioned Tournaments" and "ITF Team Competitions" (Davis Cup, Junior Davis Cup,

Hopman Cup etc). Remaining tournaments (exhibition tournaments, national league tournaments etc) are considered as "Other Tournaments".

**C.    Tournament Events**

Each Futures tournament must consist of a Singles Main Draw, Doubles Main Draw and Singles Qualifying (unless there are insufficient entries to run the Qualifying). Each draw will be an elimination draw.

**D.    Match Format**

Each singles match shall be the best of three (3) tie-break sets, unless otherwise approved by the ITF.

In each doubles match No-Ad scoring shall be used throughout the match and when the score is one set all, one match tie-break (10 points) shall be played to decide the match.

**E.    Tournament Week**

Each tournament is assigned a specific tournament week on the calendar defined by the date of the Monday of that week. Except for indoor tournaments with sufficient facilities, the Singles Main Draw must be scheduled to begin no later than Tuesday and to finish no later than Sunday of the same week. Singles Qualifying must be scheduled on the appropriate days immediately prior to the first day of Singles Main Draw, unless otherwise approved by the ITF. In extraordinary circumstances, e.g. bad weather, the ITF Supervisor, in consultation with the ITF, may cancel or adjust a Tournament's schedule.

**F.    Tournament Administrator**

The National Association(s) organising the Futures Tournament shall designate a Tournament Administrator to administer the event.

**G.    Officials**

**1.    ITF Supervisor**

Each Futures Tournament must provide at its sole expense an official certified as a Gold or Silver Badge ITF Supervisor. The ITF Supervisor must be available throughout the tournament week, from the Qualifying Sign-in, unless otherwise approved by the ITF.

Please see the Officiating Requirements provided in the ITF Pro Circuit Organisational Requirements.

**2.    ITF Chair Umpire**

The Officiating Requirements (see above) are the minimum standards for Futures Tournaments.  National Associations that wish to supply a higher certification level of official, or more officials, than the minimum requirements are encouraged to do so.

3. **Approval of Officials**

Each Futures Tournament shall submit a list of officials to fulfil the requirements as set forth above to ITF Officiating at least 8 weeks (56 days) prior to the tournament. Any request for these officiating requirements to be waived should be made to the ITF at least 8 weeks (56 days) prior to the tournament.

**H.    Tournament Doctor and Sports Medicine Trainer/PHCP**

Each Futures Tournament must appoint and pay all costs for an English-speaking medical doctor, preferably an orthopaedic specialist or a general practitioner, to be available on call at all times during playing hours. The Tournament must also appoint an English-speaking Sports Medicine Trainer/PHCP to be available on-site during play, to provide treatment to players. It is recommended that all reasonable off-court treatment is provided free of charge to players.

**I.    Balls**

The balls to be used at Futures Tournaments must conform to the specifications in the Rules of Tennis and must have been approved by the ITF. Any Futures Tournament must apply to the ITF for approval at least 7 weeks (49 days) in advance of the tournament if it wishes to use Ball Types 1 or 3.

In the Qualifying a minimum of four (4) new balls of the same brand and type must be provided for the first and third sets of a match. In the Main Draw, a minimum of four (4) new balls of the same brand and type must be changed at a maximum of eleven (11) and thereafter every thirteen (13) games in each match.

A minimum of three (3) used balls of the same brand and type as the match balls must be available for practice per day, free of charge, to each player accepted into the Main and/or Qualifying Draw, from the day prior to the commencement of the respective draw until he is eliminated from the tournament. Players must return practice balls.

**J.    Artificial Lighting**

Play is allowed with artificial lighting provided there is a minimum of 500 lux evenly distributed over the court surface.

**K.    Waiver of Claims**

In submitting an entry into a Futures Tournament, all players agree, as a condition of entry, that for themselves, their executors, administrators, heirs and personal representatives, all claims of any kind, nature and description are waived, including past, present or future claims and injuries, if any, sustained in travelling to or from, or participating in a Futures Tournament and/or any of its related activities and/or while in the location of a Futures tournament, against the ITF, the National Association or Regional

Association sanctioning such events, promoters, sponsors, television or other broadcast licensees, vendors, venues, local organisers and others connected with such Futures tournaments, including its employees, officers, directors, volunteers, and representatives.

**L.   Publicity and Promotion**

Each player grants and assigns to the ITF, the tournament's sanctioning National Association, the tournament and their agents and assignees the right in perpetuity to use or authorise the use of from time to time and at their discretion, his name, voice, photograph, likeness, signature, biographical material and other identification, in any and all media now known or hereafter devised, without compensation for him, his heirs, devisees, executors, administrators or assigns, for the purpose of publicising, promoting and advertising the sport of tennis, the ITF, the tournament's sanctioning National Association, the tournament and their respective affiliates and events, including, the right to use the same on event posters, photos, programs, merchandise and other materials, and for the televising, broadcasting and filming of the same, and hereby grants and assigns to the ITF, the tournament's sanctioning National Association, the tournament and their agents and assignees the right in perpetuity to make, use, show and reproduce, in any and all media now known or hereafter devised, from time to time and at their discretion, motion pictures, still pictures and live, taped or filmed television and other reproduction of him during the event for commercial and non-commercial purposes without compensation for him, his heirs, devisees, executors, administrators or assigns. Such activities by the ITF, the tournament's sanctioning National Association, the tournament or their agents and assigns shall not be identified as or represented to be an endorsement by the player of any product or company.

**M.   Public Liability Insurance**

The applicant is responsible for taking out a suitable insurance policy which is compliant with local laws and regulations and which insures against claims made for damage to property and for death/injury caused to people at the event for which the applicant is legally liable.  "ITF Ltd" and "ITF Licensing (UK) Ltd" must be named in the policy and on the certificate of insurance, and a copy should be provided to the ITF on request.

## III.   FINANCIAL

**A.   Payments**

The sanctioning National Association and/or where applicable the Tournament Organiser (jointly the "Applicant") shall be liable for and pay the prize money to all players participating in the Tournament in accordance with the breakdowns stated in section XIII. On-site Prize Money Distribution Formulas. The Applicant shall also be liable for and pay the annual Sanction Fee and any IPIN membership fees and fines collected during the tournament due to the ITF in accordance with the notifications issued to the Applicant by the ITF.

**B.   Prize Money Payments**

Prize money, paid in cash or by cheque, shall be made available daily at the Tournament Office on site for each day's eligible players in accordance with the criteria stated below.

If a player specifically requests to receive the prize money via bank transfer, the player will be liable for any bank fees associated with such transfer.

If a tournament elects to pay the prize money via bank transfer, the tournament will be liable for any bank fees associated with such transfer.

**C.   Tax Deductions**

Any Government Income tax deductions from prize money must be stated on the players' fact sheet. No taxes other than the stated Income tax will be deducted from prize money.

**D.   Currency and Exchange Rate**

Prize money shall be paid in currencies as follows:

1) U.S. Tournaments: All prize money must be paid in US Dollars as set out in Section XIII. On-Site Money Distribution Formulas

2) European Tournaments: All prize money must be paid in Euros as set out in Section XIII. On-Site Money Distribution Formulas or in local currency for non-Euro Monetary Union nations.

3) Other Tournaments: All prize money must be paid in US Dollars or in local currency if prior approval to pay in local currency is obtained in writing from the ITF no less than four (4) months prior to the start of the tournament.

If local currency is selected, then the exchange rate to US Dollars for a given tournament (official ITF exchange rate) shall be the average of the six (6) months immediately preceding six (6) months prior to the tournament. If, on the Monday, seven (7) days prior to the start of the tournament, there is a fluctuation in the official ITF exchange rate of five percent (5%) or more, up or down, then such exchange rate shall be adjusted, up or down as follows:

| Exchange Rate Fluctuation | Exchange Rate Adjustment |
|---|---|
| Less than 5% | None |
| Between 5 and 10% | 5% |
| 10% or greater | One half the Exchange Rate Percentage Fluctuation |

(\* For example, if the currency fluctuates 11% from the authorised exchange rate, the exchange rate will be adjusted by 5.5%).

Each Futures Tournament electing to pay on-site prize money in a specific non-US or non-EUR currency shall obtain from the ITF (Rest of World Events) or Tennis Europe (European Events) the official ITF exchange rate determined as above provided and shall use the same.

**E.    Amateur Expenses**

Futures Tournaments may pay expenses to amateurs who are eligible to and do compete. Such expenses are limited to the actual and reasonable expenses of an amateur incurred pursuant to his participation in the tournament. The payment of expenses cannot be conditioned on the success of the amateur in the tournament.

**F.    Entry Fees**

There shall be no Entry Fee for Main Draw. The Entry Fee for Qualifying will be a maximum of $40 or €36.

# IV.    DEFINITIONS

**A.    Direct Acceptances**

Entered players accepted directly into the Main Draw or Qualifying Draw by virtue of their rankings under the applicable System of Merit.

**B.    Wild Cards**

Players included in the draw at the sole discretion of the sanctioning National Association. Wild Cards may be seeded. Wild Cards must be named at the time the draw is made and Wild Cards who withdraw cannot be replaced with new Wild Cards after the appropriate draw is made. Any such vacancies shall be filled in accordance with Section V.H.Vacancies/Substitutions below.

Players and tournaments should retain written confirmation of the offer and acceptance of a Wild Card. Players and tournaments may not offer and/or receive any compensation for receiving or awarding a wild card. Acceptance of the offer of a Wild Card constitutes a player's commitment to the tournament.

No player who has signed in for and been accepted into the Qualifying of the tournament may be named as a Wild Card after the Qualifying Competition has commenced.

A tournament may not offer a Wild Card or accept the entry from any player who has either accepted a Wild Card or been committed by an entry to another tournament in the same week except as stated in Section V.E.Playing Another Tournament/One Tournament per Week below.

A player who is committed by way of entry or Wild Card to a tournament may only accept the offer of a Wild Card into another tournament in the same week as stated in Section V.E.Playing Another Tournament/One Tournament per Week below.

## C. Junior Exempt

A player who by virtue of his 2016 position on the ITF Junior Boys' Year-End Combined Rankings gains Direct Acceptance into a designated ITF Men's Circuit tournament (see Appendix D).

## D. Alternates

Players who are ranked lower than the direct acceptances into Main Draw and Qualifying under the applicable System of Merit, at any time after the Entry Deadline.

## E. On-Site Alternates

Non-entered players who appear at the tournament site (prior to the Qualifying sign-in deadline) to sign-in for the Qualifying. In order to be eligible as an On-Site Alternate, a player must have valid IPIN Membership, sign-in with the ITF Supervisor at the tournament site and have paid the Entry Fee.

## F. Special Exempts

Entered players on the Qualifying Acceptance list who apply for and receive exemption into the Singles Main Draw of the following week's tournament because they are still competing in singles at a "Qualified Tournament" on the day the Qualifying event is scheduled to begin.

A "Qualified Tournament" is defined as follows:

1. $15,000 and $15,000+H Tournaments: the singles event of another Futures or ATP Challenger Tournament within the same continent in the preceding week.
2. $25,000 and $25,000+H Tournaments: the singles event of another $25,000 Futures or ATP Challenger Tournament within the same continent in the preceding week.

Special Exempt status shall not be available for players competing in the Doubles event of the previous week.

**G.    Qualifiers**
Players who are included in the Main Draw as a result of their success in the Qualifying competition.

**H.    Lucky Losers**
Players who have lost in the final round of the Qualifying competition and fill a vacancy in the first round of the Main Draw. If more Lucky Losers are required for substitutions, then those players who have lost in the previous Qualifying round(s). To be eligible, such players must sign-in personally with the ITF Supervisor in accordance with Section V.I.Sign-in Requirements for Substitutes.

If a player is forced to retire from his final round of Qualifying due to illness or injury, he will retain his Lucky Loser status provided he receives medical clearance from the Tournament Doctor.

## V.    SINGLES ENTRY AND WITHDRAWAL

All singles entries and withdrawals are subject to the Regulations and Conditions stated in Appendix E – Entry and Withdrawal Procedures. Unless specified otherwise, this section V. applies for both Singles Main Draw and Qualifying.

**A.    Entry**
A player applying for entry shall be deemed to apply for entry into the Main Draw or the Qualifying depending on his ranking by the applicable System of Merit.

A player may apply for entry into one (1) but not more than six (6) Futures Tournaments for a specific tournament week, in which case he must indicate a priority. If no priority is stated, the ITF will assign a priority. A player may not apply for entry into a Futures Tournament if he is committed to another tournament during that period.

Notwithstanding any other provision of these Regulations, the ITF has the absolute right to refuse to accept any player's entry to any ITF Pro Circuit tournament(s).  The ITF may exercise that right as it sees fit, with or without providing reasons.

**B.    Entry and Withdrawal Procedures**
All entries and withdrawals must be submitted online through the IPIN Online Service or in writing on the Official Entry or Withdrawal Form and sent to the ITF by fax or post, to be received before the appropriate deadline. Written entries and withdrawals must be signed by the player and must contain the required information. Entries and withdrawals are not accepted by telephone or via email. After the Freeze Deadline a signed official Withdrawal Form may be submitted as an email attachment.

**C.  Entry and Withdrawal Deadline**

The Entry Deadline is at 14:00 hours Greenwich Mean Time (GMT) on the Thursday eighteen (18) days prior to the Monday of the Tournament week.

The Withdrawal Deadline is at 14:00 hours GMT on the Tuesday thirteen (13) days prior to the Monday of the tournament week.

In exceptional circumstances the ITF can extend the deadlines in which case players will be notified.

A player who applied for entry into more than one Professional Tournament during the same week and is accepted into a Main Draw or Qualifying at any time after the Withdrawal Deadline, will be withdrawn from all Professional tournaments except one in accordance with Appendix E - Entry and Withdrawal Procedures.

A player who appears on a Main Draw or Qualifying Acceptance List at any time after the Withdrawal Deadline is deemed to have been accepted into and is committed to play the tournament. Prior to the Withdrawal Deadline a player's status on an Acceptance List is not confirmed.

No player may withdraw his entry from the Main Draw or Qualifying of a Futures tournament for any reason after the Withdrawal Deadline. Any such withdrawal will be considered a late withdrawal and will be subject to the Late Withdrawal/No Show provisions set forth in Article II. B.1 of the Code of Conduct, unless the provisions set forth in Article II. B.2 of the Code of Conduct and/or Section V.E. Playing Another Event / One Tournament Per week apply.

Any player accepted into the Main Draw or Qualifying who fails to appear for the Tournament without notifying the ITF and/or ITF Supervisor of his withdrawal <u>and submitting his official withdrawal</u> shall be subject to the penalties provided for No Show.

A player who appears on one or more Alternate List(s) is not committed to play in any of these tournaments and may withdraw at any time, without penalty, until he first moves into a Qualifying or Main Draw Acceptance List, at which time he will be automatically withdrawn from all other Acceptance Lists by the ITF.

**D.  Freeze Deadline**

The Freeze Deadline is at 14:00 hours GMT on the Thursday preceding the tournament week.

After the Freeze Deadline players on the Qualifying Acceptance List will no longer be moved into the Main Draw, and players on one or more Alternate

Lists will no longer be moved into a Qualifying Acceptance List. Such Alternates are not committed to play the tournament.

A player who wishes to withdraw from the Main Draw or Qualifying after the Freeze Deadline must submit an official withdrawal to both the ITF and ITF Supervisor else he will be subject to the penalties provided for No Show.

### E.    Playing Another Event / One Tournament Per Week
#### 1.    General

When a player is accepted into the Qualifying or Main Draw of a tournament as Direct Acceptance, Special Exempt or Wild Card at any time after the Withdrawal Deadline he is committed to that tournament unless released by the ITF or ITF Supervisor.

A player who is committed to and/or has played in the Main Draw or Qualifying of an ITF Men's Circuit tournament may not enter or compete in any other tennis event during the period of such tournament except as stated below.

  **a.** Participation by a player in an alternative tournament is only permitted in the following specific circumstances and provided an official withdrawal for the tournament he was originally committed to, has been submitted prior to its Qualifying Sign-in deadline (see section C. Withdrawal Procedures and D. Freeze Deadline above):

  **i.**    A player is nominated to represent his country in an ITF Team competition;

  **ii.**   A player qualifies for entry or is nominated to receive a Wild Card into the Qualifying or Main Draw of a Grand Slam tournament;

  **iii.**  A player accepted into Qualifying of a Futures Tournament is nominated to receive a Wild Card into the Main Draw of another Professional tournament;

  **iv.**   A player accepted into Qualifying of a Futures Tournament is nominated to receive a Wild Card into the Qualifying of another Professional tournament in a higher prize money category;

  **v.**    A player is forced to withdraw from a qualifying event because he is still committed in a previous week's tournament but is not eligible to apply for, or has been unsuccessful in applying for, a special exempt place.

  **vi.**   Player may enter the doubles event of any tournament.

  **b.** Participation by a player who has played in Qualifying or Main Draw of an ITF Men's Circuit Tournament in an additional tournament during the same week is only permitted in the following specific circumstances:

> **i.** A player is allowed to play singles Qualifying of one Professional tournament and doubles in another tournament played the same week, provided the player has played and been eliminated from one tournament prior to the doubles entry deadline in the other tournament. A player may not participate in both tournaments at the same time.
>
> **ii.** A player who played in the Qualifying of a Futures tournament is allowed to accept a Wild Card into the Main Draw of an ITF Junior tournament during the same week provided he lost in the tournament prior to being offered the Wild Card.
>
> **iii.** <u>A player is nominated to represent his country in an ITF Team competition, provided the player has already lost in the ITF Pro Circuit tournament.</u>
>
> **iv.** A player is allowed to participate in an "Other" Tournament (see section II.B.Categories of Tournaments above) during the same week, provided he:
>
> > a) notifies the ITF Supervisor of his intention to do so before his first match in the Futures tournament; and
> >
> > b) has played and been eliminated from the Futures tournament; and
> >
> > c) is released by the ITF Supervisor after his last match in the Futures tournament to play in the "Other" Tournament.
>
> A player <u>who was a No-Show or who</u> withdrew or retired from either singles or doubles main draw in any round may not participate in any "Other" tournament during the same week.

Players found to have been accepted into two tournaments in one week after the Withdrawal Deadline should not be allowed into any Tournament. Players found to have competed in another tournament or in two Tournaments in one week other than stated above should be immediately defaulted forfeiting all prize money and computer points (where applicable).

In addition, any player found to have contravened any of the above rules will be subject to penalties stated in Code of Conduct Article II.A.3. Playing Another Event/One Tournament Per Week.

## 2. Grand Slam Tournaments and Multi-Week ATP World Tour Tournaments

### a. *Participation during Qualifying and/or First Weeks*

A player is allowed to play in two Professional tournaments (one of which must be a Grand Slam Tournament or multi-week ATP World Tour Tournament) during this two-week period, provided the player has been eliminated from singles and doubles of the first tournament prior to the Qualifying Sign-in Deadline of the second tournament.

Once a player has competed in two such tournaments, where appropriate he must withdraw from any ITF Men's Circuit tournament in the week following the Qualifying.

***b.*** *Participation during Second Week*

A player is allowed to play in an ITF Men's Circuit tournament during the second week of a Grand Slam Tournament or multi-week ATP World Tour tournament provided he has been eliminated from the singles and doubles of that tournament prior to the ITF Men's Circuit tournament Qualifying Sign-in Deadline. Any such player who is still competing in the Grand Slam Tournament or multi-week ATP World Tour tournament at this deadline must withdraw from the relevant ITF Men's Circuit tournament.

A player is not allowed to withdraw from a Grand Slam Tournament or multi-week ATP World Tour tournament to play the ITF Men's Circuit tournament.

**F.     Special Exempts**

A player qualified to and who wishes to apply for Special Exempt status must do so by personally notifying the ITF Supervisor, either verbally or in writing, prior to the Qualifying Sign-in Deadline.  If there are not sufficient Special Exempt places in the Main Draw for all the applicants, the players shall be selected in accordance with their rankings on Monday, seven (7) days before the tournament week, or a player's Protected Ranking if used to enter the Tournament.

A player still competing at a Qualified Tournament at the time of the Qualifying Sign-in deadline can request a Special Exempt place (as above) however he must notify the ITF Supervisor of the result of his match no later than one (1)  hour following the completion of the match. If after the completion of the match the player is not eligible for the Special Exempt status, the Special Exempt place will be filled either by another player who applied for Special Exempt status or in accordance with section V.H.Vacancies/Substitutions below.

Unsuccessful applicants will not be penalised under the Late Withdrawal/ No Show provisions of the Code of Conduct.

If there is no Qualifying competition, or if Special Exempts are not needed prior to the time of the Qualifying Sign-in Deadline, then the places in the Main Draw reserved for Special Exempts shall become places for Direct Acceptances.

If prior to the Entry Deadline it is established that there will be no Special Exempts into a Futures Tournament because there are no "Qualified Tournaments" in the week preceding the Tournament, then the places reserved in the Main Draw for Special Exempts shall become places for Direct Acceptances and will be indicated as such on the Acceptance List.

## G. Sign-In

### 1. Main Draw Sign-In

There will be no sign-in requirement for players accepted directly into the Main Draw.

### 2. Qualifying Sign-In

#### a. General

The Qualifying Sign-In Deadline is at 18:00 hours local time at the site of the Qualifying event on the day before the scheduled start of the Qualifying event unless specified otherwise on the published Fact Sheet.

In exceptional circumstances the ITF may extend the Qualifying Sign-in Deadline in which case players will be notified.

All players accepted directly into Qualifying must be present on-site and personally sign-in with the ITF Supervisor. Any player may be signed-in for the Qualifying Draw by the ITF Supervisor/Referee of a Professional Tournament, ITF Sanctioned Tournament, ITF Team Competition or a national competition (if requested by the relevant National Association and approved by the ITF at least two (2) weeks in advance) in the previous week if such player has competed on the last two days preceding the scheduled start of the Qualifying competition. This player must be able to be on-site and play his first round match by the end of the first round of Qualifying.

Alternates and On-site Alternates may sign-in in person for the Qualifying of a second tournament during the same week provided:

**i.** the Qualifying Sign-in Deadline of the second tournament is on a later day than the Qualifying Sign-in Deadline of the first tournament; and

**ii.** the player was not accepted into the Qualifying draw of the first tournament.

Nominated Wild Cards do not have to sign-in with the ITF Supervisor.

Players who cannot appear for the Qualifying sign-in because they are still competing in a previous week's related Futures Tournament may be signed in for the Qualifying and may be permitted to compete in both events subject to the approval of both ITF Supervisors and provided it does not unfairly disrupt the Qualifying schedule.

Except as otherwise stated herein, players who fail to sign-in shall not be included in the Qualifying Draw.

#### b. Preserving Eligibility

Players on the Qualifying Acceptance List can preserve their eligibility for unused Special Exempt places or Main Draw vacancies (following

withdrawals after the Freeze Deadline) by personally contacting the ITF Supervisor on-site prior to the Qualifying Sign-in Deadline.

If the Special Exempt places are used or there are no Main Draw vacancies, these players are not eligible to play the Qualifying and are subject to the provisions set forth in Article II. B.1 Late Withdrawal/ No Show of the Code of Conduct.

If an unused Special Exempt place or Main Draw vacancy is not so preserved, such place(s) shall be filled by entered players who have signed in for Qualifying, to be selected in accordance with the section V.H.Vacancies/Substitutions below.

**H.    Vacancies/Substitutions**
Vacancies shall be filled with substitutes in accordance with the following:

**1.    From the Withdrawal Deadline until the Freeze Deadline:**
Vacancies in the Qualifying and Main Draw shall be filled by entered players selected in accordance with the applicable System of Merit.

**2.    From the Freeze Deadline until the Qualifying Sign-in Deadline:**
Vacancies in the Qualifying or Main Draw shall be filled, at the time of the Qualifying Sign-in Deadline, by players who have signed in for the Qualifying event, or in the case of the Main Draw preserved their eligibility by contacting the ITF Supervisor (see G.2.b. above), selected in accordance with the applicable System of Merit.

**3.    From the Qualifying Sign-in Deadline until the commencement of the Qualifying competition:**
Any unused Special Exempt place(s) or vacancies in the Qualifying or Main Draw shall be filled by players who have signed in for the Qualifying event, selected in accordance with the applicable System of Merit. The Qualifying competition commences when the first ball of the first Qualifying match is struck.

**4.    After commencement of the Qualifying competition:**
**a.** Vacancies in the Main Draw may only be filled by Lucky Losers, which shall be selected as follows:
The order of the ranked players shall be randomly drawn, thereafter the order of the unranked players shall be drawn.
Protected Ranking shall not be used. If players from previous rounds are to be considered, they will be placed below all players who have lost in the final round of Qualifying.

**b.** Vacancies in the Qualifying shall be filled by players who have signed the Alternate list selected in accordance with the applicable System of Merit.

**I.    Sign-in Requirements for Substitutes**

    **1.**  Alternates and Lucky Losers must be present and sign-in with the ITF Supervisor at least a half hour before the scheduled start of play, which may occur over several days, in order to maintain their priority among other Alternates and Lucky Losers of the same round. When the last round of Qualifying and the first round of Main Draw are played on the same day, Lucky Losers must sign-in no later than 30 minutes after the completion of the last Qualifying match.

    **2.**  Alternates and Lucky Losers must be ready to play in proper tennis attire within a total time of five (5) minutes after the announcement of a vacancy. Matches must commence without delay after the selection of the Alternate or Lucky Loser.

    If the Alternate is not available to play, he shall be placed at the bottom of the Alternate list for that day. If the eligible Lucky Loser is not available to play, he shall be placed at the bottom of the Lucky Loser priority list for that day corresponding to the Qualifying round in which he lost. Such players will not be penalised under the Article II.B.1 Late Withdrawal/No Show.

**J.    Administrative Error on Acceptance Lists**

If an administrative error is made on a Tournament Player Acceptance List and a player is not included or too many players are accepted into the Tournament, the Acceptance List will be corrected at the earliest opportunity in accordance with the System of Merit.

# VI.    DOUBLES ENTRIES AND WITHDRAWALS

**A.    Entry and Withdrawal Deadline**

The Entry and Withdrawal deadline for doubles is at 12:00 noon local time on the day before the Main Draw in singles is scheduled to commence.

All doubles team entries and withdrawals must be received by the ITF Supervisor by this deadline.

The Doubles Sign-In Sheet must be posted at a reasonable time prior to the announced sign-in deadline. One member of a doubles team may sign in for the team. The ITF Supervisor reserves the right to accept timely telephone entries. Players who fail to sign-in shall not be included in the Doubles Draw.

A player who causes the withdrawal of the team after the deadline will be subject to Article II.B.1. Late Withdrawal/No Show in the Code of Conduct.

**B.    Substitution of Doubles Teams**

If substitutes are required, Alternates shall be selected according to the applicable System of Merit.

The sign-in for doubles Alternates shall follow the same principles as the sign-in for singles Alternates (Section V.I.Sign-in Requirements for Substitutes above). One member of a team may sign in for the team.

**C.** Notwithstanding any other provision of these Regulations, the ITF has the absolute right to refuse to accept any player's entry to any ITF Pro Circuit tournament(s). The ITF may exercise that right as it sees fit, with or without providing reasons.

# VII.   SYSTEMS OF MERIT

### A.   Singles

#### 1.   Method A

Entered players with an approved singles computer ranking, including a protected ranking, shall be selected in accordance with their positions on the approved computer ranking list available on the Entry Deadline and dated twenty-one (21) days prior to the Monday of the tournament week.

#### 2.   Method B

Entered players without an approved singles computer ranking but with a current top 500 National Ranking will be drawn at the ITF Office at the Entry Deadline.

These players will be sorted into groups of the same nationalities and ranked within those groups. Ties between players within those groups will be randomly drawn.

Each country represented will be allocated the same number of draw chips as the number of players from that country. Each time a chip is drawn the highest ranked player from the country represented by that chip shall be selected.

Thereafter, all remaining entered players who are unranked and have no National Ranking, shall be randomly drawn for a position on the Qualifying/Alternate List.

#### 3.   Method C

On-Site Alternates with an approved singles computer ranking, including a protected ranking, who have signed in for Qualifying shall be selected in accordance with the computer rankings, on Monday, seven (7) days before the tournament week.

#### 4.   Method D

On-Site Alternates without a computer ranking who have signed in for Qualifying shall be selected on the basis of their current Top 500 National Rankings.

Players will be sorted into groups of the same nationalities and ranked within those groups. Ties between players within those groups will be randomly drawn.

Each country represented will be allocated the same number of draw chips as the number of players from that country unless there are more players from a particular country than places available in a draw. In that case, the number of chips allocated to that country shall be limited to the number of places available in the draw and any extra players are dropped from consideration. Each time a chip is drawn the highest ranked player from the country represented by that chip shall be selected.

Further places will be filled by unranked players randomly drawn.

5. **Ties**
Ties on computer rankings between players for positions on the entry list shall be randomly drawn.
On Acceptance Lists produced by the ITF ties have already been randomly drawn and players are listed in priority order.

6. **National Rankings**
All National Rankings must be submitted to the ITF by the National Association at least seven (7) days before the Entry Deadline if they are to be used for acceptance purposes for a given tournament. Players without a National Ranking, or an approved singles computer ranking, will be considered unranked for that Futures Tournament.

If a National Association produces an updated National Ranking during the year, the National Association may send quarterly updates to the ITF.

B. **Doubles**
Teams selected in accordance with their relative rankings, including a protected ranking, on the Monday, seven (7) days before the tournament week, that are composed as follows in the Methods shown:

1. **Method A**
Combined ranking of two players with approved Singles or Doubles Rankings. Best rankings (either singles or doubles) shall be added together and the total used to determine direct acceptances.

Ties between teams <u>with the same combined ranking</u> for positions on the entry list shall be broken as follows:
  **i.** If a team uses a Protected Ranking, the priority shall be given to the other team(s) with non-Protected Rankings.
  **ii.** Teams selected by using two (2) Singles Rankings. If still tied, priority shall be given to the team with the strongest individual Singles Ranking used for the selection.

      **iii.**    Teams selected by using one (1) Singles Ranking and one (1) Doubles Ranking. If still tied, priority shall be given to the team with the strongest individual Singles Ranking used for the selection.

      **iv.**    Teams selected by using two (2) Doubles Rankings. If still tied, priority shall be given to the team with strongest Doubles Ranking used for the selection.

      **v.**    Any further ties shall be randomly drawn.

### 2. Method B
One player with an approved Singles or Doubles Ranking (best of) and one player without a Ranking

Ties between teams for positions on the entry list shall be broken as follows:

      **i.**    If a team uses a Protected Ranking, the priority shall be given to the other team(s) with non-Protected Rankings.

      **ii.**    If two or more teams are tied, priority shall be given to the team with the strongest individual Singles Ranking used for the selection.

      **iii.**    Any further ties shall be randomly drawn.

### 3. Method C
Two players without approved Rankings (no selection based on National Rankings). The order of the teams will be randomly drawn.

## VIII.    DRAWS

The Singles Main Draw shall consist of 32 players. The Singles Qualifying Draw shall be a minimum of a 32 Draw and a maximum of a 64 Draw. Open Qualifying Draws are not permitted.

The Doubles Main Draw shall consist of 16 teams.

### A.    COMPOSITION OF DRAWS
The draws shall be composed as detailed below. All Direct Acceptances will be selected in accordance with applicable System of Merit.

### 1. Singles
*a. Main Draw*

| **Draw Size** | **32** |
|---|---|
| Direct Acceptances | 20 – 17* |
| Qualifiers | 8 |
| Wild Cards^ | 4 |
| Special Exempts | 0 / 2 |
| Junior Exempt | 0 / 1 |

### *b. Qualifying*

| Draw Size | 32 | 48 | 64 | 128† |
|---|---|---|---|---|
| Direct Acceptances | 26 | 41 | 56 | 117 |
| Wild Cards^ | 6 | 7 | 8 | 11 |

## 2. Doubles
### *Main Draw*

| Draw Size | 16 |
|---|---|
| Direct Acceptances | 13 |
| Wild Cards^ | 3 |

\* Number of Direct Acceptances in the Main Draw varies depending on the inclusion of any Special and/or Junior Exempt places.

† Only applicable at $15,000 Futures Tournaments subject to approval by the ITF Men's Circuit Committee.

^ Wild Cards are awarded at the discretion of the sanctioning National Association. Unused Wild Card places shall become Direct Acceptances and filled as defined above.

## B. SEEDS

In singles, seeds shall be based on the singles computer ranking on Monday, seven (7) days before the tournament week. Ties shall be randomly drawn. Players without a computer ranking shall not be seeded.

In doubles, seeds shall be based on the combined doubles computer ranking of two players on Monday, seven (7) days before the tournament week. Ties shall be randomly drawn. Teams without a combined computer ranking shall not be seeded.

Protected Ranking shall not be used.

## C. MAKING THE DRAW
### 1. Time
**a.** Singles Qualifying Draw - As soon as possible after the Qualifying Sign-in Deadline

**b.** Singles Main Draw - No later than 7:00pm (19:00 hours) on the day before the Main Draw starts.

**c.** Doubles Main Draw – As soon as possible after the Doubles Entry/Withdrawal Deadline but at least one hour prior to the commencement of play.

### 2. Public Drawing and Player Representatives
All draws shall be made publicly, i.e., shall be open to be witnessed by interested parties. The ITF Supervisor shall appoint one or more players

at each Futures Tournament to witness the draws and to represent the players during the tournament.

**3. Seeds**

All tournaments will have a seeded draw with seeds determined as herein before provided.

**a.    Seeding List**

There is to be only one seeding list, and seeding will not be official until the final draw is made.

**b.    Withdrawal and Replacement of Seeds**

Any vacancy created by the withdrawal of a seed shall be filled by the next highest ranked player eligible to be seeded. The position vacated by that next highest ranked player shall then be filled in accordance with Section V.H.Vacancies/Substitutions.

Any vacancy created by the withdrawal of a seed which occurs after the release of the Order of Play for the first day of Qualifying shall be filled by an eligible Alternate.

Any vacancy created by the withdrawal of a seed which occurs after the release of the Order of Play for the first day of Main Draw shall be filled by an eligible Lucky Loser.

**c.    Rules for the Qualifying Draw**
**i.    Sections**

The Qualifying Draw shall be made in sections, with one section for each place allotted in the Main Draw. Each section shall have no more than two (2) seeded players.

**ii.    Placing the Seeds/Method of Draw**

The first seed shall be placed at the top of the first section, the second seed shall be placed at the top of the second section and so on until all sections have one (1) seed on the top line.

The remaining seeds shall be drawn as one group. The first drawn shall be placed on the bottom line of the first section, the second drawn shall be placed on the bottom line of the second section and so on until all sections have one (1) seed on the bottom line.

If there are not a sufficient number of seeded players to fill all the positions for seeds in the draw, the section(s) with the highest seeds shall not have a second seeded player. If no players are seeded, all players are drawn randomly.

**d. Number of Seeds for Main Draws**
The number of players or doubles teams to be seeded will be as follows:

32  Singles Draw    - 8 seeds
16  Doubles Draw    - 4 seeds

**e.    Procedures for Placing Seeds for Main Draw**
   **i.**  Place Seed 1 on Line 1 and Seed 2 on Line 16 (16 draw) or Line 32 (32 draw)

   **ii.**  To determine the location of the remaining seeds, draw in pairs of two (seeds 3 and 4) and a group of four (seeds 5, 6, 7 and 8) from top to bottom as follows:

| | | 16 Draw | 32 Draw |
|---|---|---|---|
| | | **Line** | |
| **Seeds 3 & 4** | First drawn (top half) | 5 | 9 |
| | Second drawn (bottom half) | 12 | 24 |
| **Seeds 5, 6, 7 & 8** | Drawn from top to bottom | | 8 |
| | | | 16 |
| | | | 17 |
| | | | 25 |

**4.   Byes**
If there are not enough players to fill the Qualifying or Main Draw, then after the seeds are placed in the draw, the required number of byes shall be awarded to the highest seeds as a first priority and any remaining byes shall be randomly drawn in a manner so as to distribute them as evenly as possible throughout the sections of the draw.

**5.   Qualifiers/Lucky Losers**
At the conclusion of the Qualifying competition, the successful qualifiers will be randomly drawn for their places in the Main Draw. There shall be no prior designation of which Qualifying section applies to which Qualifying place in the Main Draw. Likewise, when more than one eligible Lucky Loser is to be inserted into the Main Draw, their positions shall be drawn.

If the Qualifying event is not completed at the time of the draw, then the places for the qualifiers and Lucky Losers (if any) shall be designated as "Qualifier" or "Qualifier/Lucky Loser" with their identity to be determined by draw at the conclusion of the Qualifying event. The Lucky Losers shall be drawn together with the Qualifiers.

**6. Remaining Players**

After the seeds and the byes are placed in the draw as above provided, then the remaining players shall be randomly drawn and placed in the vacant places in the draw beginning at the top of the draw.

# IX.  PLAYERS' REST

**A.  Between Tournaments**

If the ITF Supervisor receives notice from a player of the date and time of his last match played in a previous week's Professional Tournament, ITF Sanctioned Tournament or ITF Team Competition, then the ITF Supervisor shall, whenever possible, give the player one full day's rest between such match and the player's first match in the Futures Tournament, unless weather or unavoidable circumstances has caused schedule disruption or unless the player was a finalist in a Monday or other delayed final.

**B.  Between Qualifying and Main Draw**

Other than in exceptional circumstances, no player shall be required to play his first round match in the singles Main Draw until at least twelve (12) hours after the completion of his final Qualifying match. If a player plays two (2) singles Qualifying matches in one day, he should not be scheduled on the following day for his first round singles match, unless such player is accepted into the tournament as a Lucky Loser.

**C.  Between Matches**

In the Main Draw, except when weather or other unavoidable circumstances causes schedule disruption, players shall be scheduled for a maximum of one (1) singles match and one (1) doubles match per day, which shall not be scheduled less than twelve (12) hours after the completion of the last match of such player on the preceding day or round.

Whenever it is necessary to schedule more than one match in the same day such player shall, unless he is in a singles and doubles finals to be played consecutively, be given the following minimum rest periods:

| If he has played less than 1 hour | - | ½ hour rest |
| If he has played between 1 hour and 1½ hours | - | 1 hour rest |
| If he has played more than 1½ hours | - | 1½ hours rest |

If a player is involved in the Singles and Doubles Final, he shall be allowed a rest period of one half (½) hour.

A player may play before the end of the rest period if all participants are in agreement.

## X.    COMPUTER POINTS AND PRIZE MONEY

**A.**    Computer Points will be awarded in Singles Main Draw as follows:

|  | **$15,000 €13,500** | **$15,000+H / $25,000 €13,500+H / €22,500** | **$25,000+H €22,500+H** |
|---|---|---|---|
| Winner | 18 | 27 | 35 |
| Runner-up | 10 | 15 | 20 |
| Semi-finalists | 6 | 8 | 10 |
| Quarter-finalists | 2 | 3 | 4 |
| Round of 16 | 1 | 1 | 1 |
| Round of 32 | 0 | 0 | 0 |

**B.**    Computer Points will be awarded in Doubles Main Draw as follows:

|  | **$15,000 €13,500** | **$15,000+H / $25,000 €13,500+H / €22,500** | **$25,000+H €22,500+H** |
|---|---|---|---|
| Winner | 18 | 27 | 35 |
| Runner-up | 10 | 15 | 20 |
| Semi-finalists | 6 | 8 | 10 |
| Quarter-finalists | 0 | 0 | 0 |
| Round of 16 | 0 | 0 | 0 |

**C.    Defaults, Byes, Withdrawals and Retirements**
A match won by retirement, default or walkover will count as a match won for computer ranking points and prize money.

**1.**  No points or prize money will be awarded to a player or team who withdraws or is a "No Show" without playing their first match.

**2.**  Any player or team who is defaulted shall lose all prize money, hospitality and points earned for that event at that tournament, unless:
- i.     The player or team was defaulted for a Violation of the Punctuality or Dress and Equipment sections of the Code of Conduct
- ii.    The player or team was defaulted as a result of a medical condition
- iii.   A member of a doubles team did not cause any of the misconduct Code Violations that resulted in the team being defaulted in which case the partner of the player who caused the default shall receive points and prize money from the previous round.

**3.** A singles player withdrawing after the first round or retires in any round, will receive loser's computer points and loser's prize money for the round he reached or retired from.

**4.** A doubles team withdrawing after the first round, or that retires in any round, will receive loser's computer points and loser's prize money for the previous round reached. The player causing the withdrawal or retirement will not be allowed to play in any other tennis tournament until Monday of the next tournament week (unless he is still playing in singles).

**5.** A player or team that receives one (1) or more consecutive byes and withdraws from his/their first match, shall not be awarded ranking points and no prize money will be paid out.

**6.** A player or team that receives one (1) or more consecutive byes and thereafter loses his/their first match played, will not receive any computer ranking points but will receive loser's prize money for the round reached.

**D.    Uncompleted Tournaments**

If the singles or doubles event of a tournament is cancelled before the tournament is completed, e.g. due to poor weather, the following will apply:
- Players will be paid loser's prize money for the individual round reached
- Prize Money shall be paid only for matches played. For purposes of this section a match is played when it is won as a result of a retirement, default, walkover or no show
- Players will receive loser's computer points for the round reached

If a tournament is officially terminated and the final(s) have not been completed, the finalists will each receive runner-up prize money and ranking points.

**E.    Hospitality**

To qualify for computer points of the next (higher) prize money category , a Futures Tournament must provide reasonable minimum hospitality which is defined as: One (1) bed and breakfast to all Main Draw singles and doubles players beginning two (2) days before the commencement of Main Draw until the day following the player's elimination from the tournament. Such minimum shall be approved by the ITF.

## XI.    SCHEDULING, ORDER OF PLAY AND RESULTS

**A.    Release of the order of play**

Once the Supervisor determines the following day's order of play, it shall be released by the Supervisor, both on-site and via the ITF Tournament Planner program no later than 22:00 hours local time.

**B. Amendments to the order of play**

Once officially released, the order of play shall not be amended unless the Supervisor deems it necessary and/or appropriate.

**C. Failure to complete tournament**

If a tournament cannot be completed within the Tournament Week because of bad weather, at the option of the tournament one extra day shall be allowed. The ITF Supervisor shall approve the commencement times for matches on the extra day, which shall then be scheduled during the morning or early afternoon. No further extension of the tournament shall be permitted without the approval of the ITF.

**D. Results**

At the end of each day's play at ITF Men's Circuit Tournaments, including the completion of the tournament, the Supervisor shall submit, using the ITF Tournament Planner program, updated tournament results for Main Draw and Qualifying, singles and doubles.

# XII. DATA RIGHTS

Refer to Appendix G Media, Commercial and Data Rights for full information.

**A. Scoring**

The ITF will have the exclusive right to provide a scoring service at any ITF Pro Circuit tournament as selected by the ITF. Each tournament will assist the ITF in its efforts to produce the service.

**B. Data Protection**

Each Tournament shall not allow or authorise the dissemination, transmission, publication or release of any match score or related statistical data from the grounds of the Tournament.

The use of laptop computers, mobile phones or other handheld electronic devices to collate, collect, use, store, reproduce, onward supply or make available any Official Data (as defined in Appendix G) or for purposes relating to gambling or betting within the confines of the tournament match courts (spectator areas) shall be prohibited and each tournament shall take reasonable steps to enforce such prohibition (including without limitation by means of venue and spectator regulations, ticket conditions and accreditation terms). The exception to this provision is tournament credentialed personnel when used in the performance of their duties.

## XIII.    ON-SITE PRIZE MONEY DISTRIBUTION FORMULAS

| **Tournament Prize Money - US Dollars** | | **15,000** | **25,000** |
|---|---|---|---|
| **Singles** | | | |
| **32 Draw** | **75%** | **11,250** | **18,750** |
| | 14.40 | | |
| Winner | % | 2,160 | 3,600 |
| Finalist | 8.48% | 1,272 | 2,120 |
| Semi-finalist | 5.02% | 753 | 1,255 |
| Quarter-Finalist | 2.92% | 438 | 730 |
| Round of 16 | 1.72% | 258 | 430 |
| Round of 32 | 1.04% | 156 | 260 |
| **Doubles (Per Team)** | | | |
| **16 Draw** | **25%** | **3,750** | **6,250** |
| Winner | 6.20% | 930 | 1,550 |
| Finalist | 3.60% | 540 | 900 |
| Semi-finalist | 2.16% | 324 | 540 |
| Quarter-Finalist | 1.28% | 192 | 320 |
| Round of 16 | 0.72% | 108 | 180 |

| **Tournament Prize Money - EUROS** | | **13,500** | **22,500** |
|---|---|---|---|
| **Singles** | | | |
| **32 Draw** | **75%** | **10,125** | **16,875** |
| | 14.40 | | |
| Winner | % | 1,944 | 3,240 |
| Finalist | 8.48% | 1,145 | 1,908 |
| Semi-finalist | 5.02% | 678 | 1,130 |
| Quarter-Finalist | 2.92% | 394 | 657 |
| Round of 16 | 1.72% | 232 | 387 |
| Round of 32 | 1.04% | 140 | 234 |
| **Doubles (Per Team)** | | | |
| **16 Draw** | **25%** | **3,375** | **5,625** |
| Winner | 6.20% | 837 | 1,395 |
| Finalist | 3.60% | 486 | 810 |
| Semi-finalist | 2.16% | 292 | 486 |
| Quarter-Finalist | 1.28% | 173 | 288 |
| Round of 16 | 0.72% | 97 | 162 |

# ITF
# WOMEN'S CIRCUIT

# RULES & REGULATIONS
# 2017

© ITF Limited t/a International Tennis Federation
All rights reserved
2017

# ITF WOMEN'S CIRCUIT
# RULES AND REGULATIONS
# 2017

## I.    PURPOSE AND APPLICABILITY

### A.    GENERAL

ITF Limited trading as the International Tennis Federation promulgates these Tournament Regulations for the purpose of providing fair and reasonable rules for the orderly and uniform conduct of international professional tennis tournaments sanctioned by the ITF. All references to the International Tennis Federation or ITF in these Regulations shall mean ITF Limited. These Regulations shall be applicable to all ITF Women's Circuit Tournaments.

Each player entrant in an ITF Women's Circuit tournament agrees as a condition of such entry to abide by and be subject to these ITF Women's Circuit Regulations, which hereinafter include the ITF Women's Circuit Code of Conduct, as amended from time to time by the ITF Women's Circuit Committee.

Any <u>sanctioning National Association and/or where applicable the Tournament Organiser (jointly the "Applicant")</u> awarded a one (1) year sanction on the ITF Women's Circuit Calendar shall be subject to, and shall be bound by and comply with, the ITF Rules of Tennis, all of the applicable provisions of the ITF Women's Circuit Regulations, the ITF Pro Circuit Organisational Requirements and the Guide to Recommended Health Care Standards documents, each of which may be amended from time to time.

The ITF reserves the right to refuse approval of or cancel any previously sanctioned tournament or series of tournaments on the grounds of health, safety, security or any other potential threat to any persons attending the tournament(s) or to the successful running of the tournament(s), <u>without any liability on behalf of the Applicant, National Association, Tournament Organiser or the ITF (for the avoidance of doubt, the ITF, the Applicant, National Association and/or the Tournament/Host Organiser will not be liable to any Players or any other persons or entities for any costs that they might have incurred in relation to such cancelled Competitions, including, without limitation, any transport and/or accommodation costs). This decision will be made on behalf of the ITF by the ITF Women's Circuit Committee, and may be appealed to the ITF Independent Tribunal.</u>

### B.    RELATED REGULATIONS

The ITF Rules of Tennis shall apply in all ITF Women's Circuit tournament matches.

To the extent not covered herein the Constitution of ITF Limited <u>2017</u> and the <u>2017</u> ITF Duties and Procedures for Officials shall be applicable to all ITF Women's Circuit Tournaments. Such applicability shall not affect the right of the tournaments to promulgate and enforce their own special regulations insofar as they are consistent with the applicable provisions of these Rules and Regulations and have been approved by the ITF.

## C. ENFORCEMENT OF REGULATIONS AND RESOLUTION OF DISPUTES

### 1. On-site enforcement
It is the responsibility of the ITF Supervisor to enforce these Regulations on site.

### 2. First instance proceedings
The ITF Supervisor shall have exclusive jurisdiction, in the first instance, over the following matters:
(a)  unless expressly referred elsewhere, an allegation that a player has committed an offence under the Code of Conduct that is not a Major Offence or a breach of the Welfare Policy;
(b)  any disputes or questions of interpretation that arise on-site at a tournament (to be resolved in accordance with the Rules of Tennis); and
(c)  any other decisions, disputes, questions of interpretation or other matters that are entrusted under these Regulations to the ITF Supervisor.

The ITF Women's Circuit Committee or other person/entity designated under these Regulations may decide any issues entrusted to them (respectively) under these Regulations. Unless expressly provided otherwise, there will be no right of appeal from their respective decisions.

The ITF Internal Adjudication Panel shall have exclusive jurisdiction, in the first instance, over the following matters (to be determined in accordance with its Procedural Rules):
(a)  any request for a decision that is entrusted under these Regulations (including the Code of Conduct) to the ITF Internal Adjudication Panel;
(b)  any dispute or question about the proper interpretation of these Regulations (including reviewing as appropriate any on-site interpretation by the ITF Supervisor);
(c)  any dispute or question about player eligibility arising under these Regulations;
(d)  any allegation that a player, Related Person or other person or entity bound by these Regulations has failed to comply with any other aspect of these Regulations (unless expressly referred elsewhere); and
(e)  any other dispute arising out of or relating in any way to these

Regulations that is referred to it by the Board.

The Independent Tribunal shall have exclusive jurisdiction, in the first instance, over the following matters (to be determined in accordance with its Procedural Rules):

(a)    any request for a decision that is entrusted under these Regulations to the Independent Tribunal;

(b)    an allegation that a player, Related Person or other person participating on the ITF's Women's Circuit has breached the Tennis Anti-Doping Programme;

(c)    an allegation that a player or Related Person has committed a Major Offence under the Code of Conduct;

(d)    any allegation that a Tournament Offence has been committed under the Code of Conduct;

(e)    any allegation that a Covered Person has committed a breach of the Welfare Policy; and

(f)    any other dispute arising out of or relating in any way to these Regulations that is referred to it by the Board.

The Procedural Rules for both the Internal Adjudication Panel and the Independent Tribunal are available online at www.itftennis.com, or a hard-copy can be requested in writing to the ITF.

The Anti-Corruption Hearing Officer shall have exclusive jurisdiction, in the first instance, over any allegation that a Player, Related Person or other person participating on the ITF Women's Circuit has breached the Tennis Anti-Corruption Programme.

**3. Sanctions**

Where the ITF Internal Adjudication Panel and/or Independent Tribunal upholds an allegation of breach of these Regulations, it will determine the sanctions for such breach in accordance with the sanctions provisions in its Procedural Rules, unless these Regulations specify other sanctions for such breach, in which case it will apply the specific sanctions.

**4. Appeals**

Save where provided otherwise under these Regulations:

(a)    decisions by the ITF Supervisor under these Regulations may only be challenged by way of appeal to the ITF Internal Adjudication Panel, to be determined in accordance with its Procedural Rules (save that there shall be no right of appeal against the ITF Internal Adjudication Panel's decision);

(b)    subject to article I.C.4(a) above, decisions of the ITF Internal Adjudication Panel under these Regulations may only be challenged by way of appeal to the Independent Tribunal, in accordance with the Independent Tribunal's Procedural Rules (in particular, the section applicable to the Independent Tribunal sitting as an appeal panel);

(c)   decisions of the Independent Tribunal (sitting as a first instance tribunal) may only be challenged by way of appeal to the Court of Arbitration for Sport, as set out in the Independent Tribunal Procedural Rules;

Such appeals may only be brought by one of the following persons:
(i)    the person or entity that is the subject of the decision being appealed; and/or
(ii)   the ITF.

'Related Person' is defined as any coach, trainer, therapist, physician, management representative, agent, family member, tournament guest, business associate or other affiliate or associate of any player, or any other person who receives accreditation at an ITF Women's Circuit tournament at the request of the player or any other Related Person.

### D.    AMENDMENT OF REGULATIONS

These ITF Women's Circuit Tournaments Rules and Regulations may only be amended, repealed or otherwise modified, in whole or in part, by the ITF Women's Circuit Committee.

# II.   ITF WOMEN'S CIRCUIT TOURNAMENTS

## A. PLAYER ELIGIBILITY

### 1. Open Competition/No Discrimination

All Women's Circuit tournaments are open to all female (please refer to Appendix B) tennis players based on merit and without discrimination subject only to the conditions herein set forth and provided, however, that minors under the age of fourteen (14) shall not be eligible for entry. For the purposes of this Rule, the player's age as of the first day of the tournament Main Draw shall be used. If requested, a player must provide a proof of identity and/or age through photo identification (passport or driver's licence) to the ITF Supervisor on site.

### 2. Medical Control

All players entering into ITF Women's Circuit tournaments agree, as a condition of entry, to submit upon request to the medical controls as specified in Appendix B.

### 3. Age Eligibility Rules

Please refer to Appendix C for details of the Age Eligibility Rule applicable to competition in all professional tennis tournaments worldwide which offer prize money of $15,000 or more.

Players under 18 years of age may be requested to provide proof of their date of birth.

4. **International Player Identification Number (IPIN) Membership and Tennis Integrity Protection Programme (TIPP)**

In order to enter ITF Pro Circuit Tournaments all players must first register for annual Pro Circuit IPIN Membership (and pay the appropriate fee) and agree, as a condition of their registration, to accept the related terms and conditions and to complete the TIPP. Failure by a player (a) to register for Pro Circuit IPIN Membership and to accept the related terms and conditions and/or (b) to complete the TIPP will render the player ineligible to enter and/or compete in Pro Circuit tournaments.

5. **Play-Down**

Players ranked 1-10 in singles twenty-one (21) days prior to the Monday of the tournament week cannot enter, accept a Wild Card and/or compete in singles or doubles in ITF Women's Circuit Tournaments.

## B.    CATEGORIES OF TOURNAMENTS

For the purpose of this rule book, all references to prize money expressed in US Dollars will also mean the corresponding prize money in Euros (EUR) as below and as set in section XII. Prize Money and Points.

ITF Women's Circuit Tournaments that comply with the criteria laid down in these Regulations are eligible for inclusion of their results on the WTA Rankings as specified in Section XIII.WTA Computer Rankings. Such tournaments fall into the following groups:

1. **ITF WOMEN'S CIRCUIT $15,000 / €13,500**
   Individual tournaments of $15,000 / €13,500 prize money

2. **ITF WOMEN'S CIRCUIT $25,000 / €22,500**
   Individual tournaments of $25,000 / €22,500 prize money

3. **ITF WOMEN'S CIRCUIT $60,000 / €54,500, $80,000 / €72,500 AND $100,000 / €91,000**
   Individual tournaments of $60,000 / €54,500, $80,000 / €72,500 and $100,000 / € 91,000 prize money

4. **ITF WOMEN'S CIRCUIT $15,000+H, $25,000+H, $60,000+H, $80,000+H AND $100,000+H**
   Individual tournaments of $15,000/€13,500, $25,000/€22,500, $60,000/€54,500, $80,000/€72,500 and $100,000 / €91,000 prize money which offer hospitality. (See Section XIII.C. for a detailed explanation regarding hospitality).

*Note: All references to $15,000/€13,500, $25,000/€22,500, $60,000/€54,500, $80,000/€72,500 and $100,000/€91,000 tournaments in these Regulations (with the exception of Computer points) also apply to*

*$15,000+H/€13,500+H,   $25,000+H/€22,500+H,  $60,000+H/€54,500+H, $80,000+H/€72,500+H and $100,000+H/€91,000+H tournaments.*

For the purpose of this rule book, any Grand Slam Tournaments, WTA Tournaments and ITF Women's Circuit Tournaments are considered "Professional Tournaments". Any tournaments sanctioned by the ITF (ITF Senior or ITF Junior tournaments) are considered "ITF Sanctioned Tournaments" and "ITF Team Competitions" (Fed Cup, Junior Fed Cup, Hopman Cup etc). Remaining tournaments (exhibition tournaments, national and league tournaments etc) are considered as "Other Tournaments".

## C. TOURNAMENT EVENTS

Each tournament must consist of a Singles Main Draw, Doubles Main Draw and Singles Qualifying (unless there are insufficient entries to run the Qualifying). Tournaments may choose to play a Doubles Qualifying Draw. Each draw will be an elimination draw.

## D. MATCH FORMAT

All singles matches shall be the best of three (3) tie-break sets, unless otherwise approved by the ITF.

In each doubles match, No-Ad scoring shall be used throughout the match and when the score is one set all, one match Tie-Break game (10 points) shall be played to decide the match.

## E. TOURNAMENT WEEK

Each ITF Women's Circuit Tournament will be scheduled within a specific tournament week on the calendar, defined by the date of the Monday of that week. Except for indoor tournaments with sufficient facilities, the singles Main Draw must be scheduled to begin no later than Tuesday and to finish no later than Sunday of that week, while singles Qualifying must be scheduled on the appropriate days immediately prior to the first day of singles Main Draw, unless otherwise approved by the ITF. In extraordinary circumstances, e.g. bad weather, the ITF Supervisor, in consultation with the ITF, may cancel or adjust a Tournament's schedule.

## F. TOURNAMENT ADMINISTRATOR

The National Association(s) organising the ITF Women's Circuit Tournament shall designate a Tournament Administrator to administer the event.

## G. OFFICIALS

### 1. ITF Supervisor

Each ITF Women's Circuit Tournament must provide at its sole expense an official certified as a Gold or Silver Badge ITF Supervisor. The ITF Supervisor must be available throughout the tournament week, from the Qualifying Sign-in, unless otherwise approved by the ITF.

Please see the Officiating Requirements provided in the ITF Pro Circuit Organisational Requirements.

2.  **ITF Chair Umpire**
The Officiating Requirements (see above) are the minimum standards for ITF Women's Circuit Tournaments. National Associations that wish to supply a higher certification level of official, or more officials, than the minimum requirements are encouraged to do so.

3.  **Approval of Officials**
Each ITF Women's Circuit Tournament shall submit a list of officials to fulfil the requirements as set forth above to ITF Officiating at least 8 weeks (56 days) prior to the tournament. Any request for these officiating requirements to be waived should be made to the ITF at least 8 weeks (56 days) prior to the tournament.

## H.    TOURNAMENT DOCTOR AND SPORTS MEDICINE TRAINER/ PHCP
Each ITF Women's Circuit Tournament must appoint and pay all costs for an English-speaking medical doctor, preferably an orthopaedic specialist or a general practitioner, to be available on call at all times during playing hours.

At $15,000 and $25,000 ITF Pro Circuit tournaments, the Tournament Director must also appoint an English-speaking Sports Medicine Trainer (SMT)/PHCP, to be available on-site during play, to provide treatment to players. It is recommended that all reasonable off-court treatment is provided free of charge to players.

At $60,000 Women's Circuit tournaments, the Tournament Director must appoint an English speaking SMT/PHCP to be available on-site during play. The details of the appointed SMT/PHCP must be forwarded to the ITF by Thursday before the start of the tournament. Cost of any on-site treatment administered to players by the SMT must be free of charge.

At $80,000 and $100,000 Women's Circuit tournaments, the ITF will appoint an English speaking Sports Medicine Trainer/PHCP to be available on-site during play, who will provide on-site treatment to players free of charge.

For full details, please see the ITF Pro Circuit Organisational Requirements.

## I.    BALLS
The balls to be used at ITF Women's Circuit tournaments must conform to the specifications in Rule 3 of the Rules of Tennis and must have been approved by the ITF. Any Women's Circuit tournament must apply to the ITF for approval at least seven (7) weeks (49 days) in advance of the tournament if it wishes to use BALL TYPES 1 or 3.

1. **$15,000 and $25,000 Tournaments**

   In the Qualifying, a minimum of four (4) new balls of the same brand and type must be provided for the first and third sets of a match. In the Main Draw, a minimum of four (4) new balls of the same brand and type are to be changed at a maximum of eleven (11) games and thereafter every thirteen (13) games in each match.

   A minimum of three (3) once-used balls of the same type and brand as the match balls must be available for practice per day, free of charge, to any player accepted into the Main Draw and/or the Qualifying, from the day prior to the commencement of the respective draw until she is eliminated from the tournament.

2. **$60,000, $80,000 and $100,000 Tournaments**

   In the Qualifying and the Main Draw, (4) new balls of the same brand and type must be provided and the ball change shall be after the first nine (9) games and thereafter every eleven (11) games in each match.

   A minimum of three (3) new balls of the same type and brand as the match balls must be available for practice per day, free of charge, to all players accepted into the Main Draw and/or Qualifying from the day before the start of the respective draw until they are eliminated from the tournament.

More frequent ball changes are acceptable at the discretion of the ITF Supervisor.

**J.    ARTIFICAL LIGHTING**

Play is allowed with artificial lighting provided there is a minimum of 500 lux evenly distributed over the court surface.

**K. WAIVER OF CLAIMS**

In submitting an entry into an ITF Women's Circuit tournament, all players agree, as a condition of entry, that for themselves, their executors, administrators, heirs and personal representatives, all claims of any kind, nature and description are waived, including past, present or future claims and injuries, if any, sustained in traveling to or from, or participating in an ITF Women's Circuit tournament and/or any of its related activities and/or while in the location of an ITF Women's Circuit tournament, against the ITF, the Regional Association or National Association sanctioning such tournaments, promoters, sponsors, television or other broadcast licensees, vendors, venues, local organisers and others connected with such tournaments, including its employees, officers, directors, volunteers, and representatives and the WTA.

**L.    PUBLICITY AND PROMOTION**

Each player grants and assigns to the ITF, the tournament's sanctioning National Association, the tournament and their agents and assignees the right in perpetuity to use or authorise the use of from time to time and at their discretion, her name, voice, photograph, likeness, signature, biographical material and other identification, in any and all media now known or hereafter devised, without compensation for her, her heirs, devisees, executors, administrators or assigns, for the purpose of publicising, promoting and advertising the sport of tennis, the ITF, the tournament's sanctioning National Association, the tournament and their respective affiliates and events, including, the right to use the same on event posters, photos, programs, merchandise and other materials, and for the televising, broadcasting and filming of the same, and hereby grants and assigns to the ITF, the tournament's sanctioning National Association, the tournament and their agents and assignees the right in perpetuity to make, use, show and reproduce, in any and all media now known or hereafter devised, from time to time and at their discretion, motion pictures, still pictures and live, taped or filmed television and other reproduction of her during the tournament for commercial and non-commercial purposes without compensation for herself, her heirs, devisees, executors, administrators or assigns.  Such activities by the ITF, the tournament's sanctioning National Association, the tournament or their agents and assigns shall not be identified as or represented to be an endorsement by the player of any product or company.

**M.  PUBLIC LIABILITY INSURANCE**

The applicant is responsible for taking out a suitable insurance policy which is compliant with local laws and regulations and which insures against claims made for damage to property and for death/injury caused to people at the event for which the applicant is legally liable.  "ITF Ltd" and "ITF Licensing (UK) Ltd" must be named in the policy and on the certificate of insurance, and a copy should be provided to the ITF on request.

## III.    FINANCIAL

**A.    PAYMENTS**

The sanctioning National Association and/or where applicable the Tournament Organiser (jointly the "Applicant") shall be liable for and pay the prize money to all players participating in the Tournament in accordance with the breakdowns stated in section XII.A.Breakdowns.  The Applicant shall also be liable for and pay the annual Sanction Fee and any IPIN membership fees and fines collected during the tournament and any PHCP payment due to the ITF in accordance with the notifications issued to the Applicant by the ITF.

**B.    FINANCIAL GUARANTEE**

In the case of $60,000, $80,000 and $100,000 ITF Women's Circuit tournaments, at the absolute discretion of the ITF, the Applicant shall provide

a Financial Guarantee for the tournament prize money in such format and according to the timescale as defined by the ITF.

If the Applicant fails to provide such Financial Guarantee then the ITF may cancel the tournament without any liability to the Applicant.

**C.    PRIZE MONEY**

Prize money in cash or cheque shall be made available daily at the Tournament Office for each day's eligible players in accordance with the criteria stated below.

If a player specifically requests to receive the prize money via bank transfer, the player will be liable for any bank fees associated with such transfer.

If a tournament elects to pay the prize money via bank transfer, the tournament will be liable for any bank fees associated with such transfer.

**D.    TAX DEDUCTIONS**

Any Government Income tax deductions from prize money must be stated on the players' fact sheet. No taxes other than the stated Income tax will be deducted from Prize Money.

**E.    CURRENCY AND EXCHANGE RATE**

Prize money shall be paid in currencies as follows:

1)    U.S. Tournaments: All prize money must be paid in US Dollars as set in Section XII. Prize Money and Points.

2)    European Tournaments: All prize money must be paid in Euros as set in Section XII. Prize Money and Points or in local currency for non-Euro Monetary Union nations.

3)    Other Tournaments: All prize money must be paid in US Dollars or in local currency if prior approval to pay in local currency is obtained in writing from the ITF no less than four (4) months prior to the start of the tournament.

If local currency is selected, then the exchange rate to US Dollars for a given tournament (Official ITF Exchange Rate) shall be the average of the six (6) months immediately preceding six (6) months prior to the tournament. If on the Monday, seven (7) days prior to the start of the tournament, there is a fluctuation in the Official ITF Exchange Rate of five percent (5%) or more, up or down, then such exchange rate shall be adjusted, up or down as follows:

| Exchange Rate Fluctuation | Exchange Rate Adjustment |
|---|---|
| Less than 5% | None |
| Between 5 and 10% | 5% |
| 10% or greater | One half the Exchange Rate Percentage Fluctuation |

(\* For example, if the currency fluctuates 11% from the authorised exchange rate, the exchange rate will be adjusted by 5.5%).

Each Tournament electing to pay on-site prize money in a specific non-US <u>or non-Euro</u> currency shall obtain from the ITF (Rest of World Events) or Tennis Europe (European events) the Official ITF Exchange Rate determined as provided and shall use the same.

**F.    AMATEUR EXPENSES**

ITF Women's Circuit Tournaments may pay expenses to amateurs who are eligible to and do compete. Such expenses are limited to the actual and reasonable expenses of an amateur incurred pursuant to her participation in the tournament. The payment of expenses cannot be conditioned on the success of the amateur in the event.

**G.    ENTRY FEES**

Tournament Organisers may charge an entry fee of up to a maximum of US$40 <u>or €36</u> per player in Qualifying and US$40 <u>or €36</u> per player in the Main Draw per tournament to include both singles and doubles. No player may be charged more than a total of US$40 <u>or €36</u> for one tournament.

For doubles only, an entry fee may be charged up to a maximum of US$15 <u>or €13</u> per player in the Qualifying and a maximum of US$20 <u>or €18</u> per player in the Main Draw per tournament. (Qualifiers and Lucky Losers in doubles may be required to pay the difference between the entry fees for Qualifying and Main Draw).

Any such entry fee must either be paid as directed by the Tournament Director prior to the start of the tournament or deducted from prize money.

# IV.   DEFINITIONS

**A.    DIRECT ACCEPTANCES**

Players accepted directly into the Main or Qualifying Draw by virtue of their ranking under the applicable System of Merit.

**B.    WILD CARDS**

Players accepted directly into the Main Draw or Qualifying at the discretion of the sanctioning National Association. Wild Cards may be seeded and for singles must be named by the Wednesday before the tournament starts, except in the case of $60,000, $80,000 and $100,000 tournaments, for which two Wild Cards may be named at the time the Draw is made, subject to the restrictions of the Age Eligibility Rule (see Appendix C).

The names, nationalities and dates of birth of the Wild Cards (and any replacement Wild Cards) must be sent to the appropriate Service Bureau immediately upon nomination. National Associations should confirm with

players their availability to take a Wild Card prior to sending nominations to the Service Bureau or, if appropriate, the ITF Supervisor. Players and tournaments should retain written confirmation of the offer and acceptance of a Wild Card. Players and tournaments may not offer and/or receive any compensation for receiving or awarding a wild card. Acceptance of the offer of a Wild Card constitutes player's commitment to the tournament.

A player who is committed by way of entry or Wild Card to a tournament may only accept the offer of a Wild Card into another tournament in the same week as stated in Section V.E. Playing Another Event/One Tournament Per Week below.

An entered player who is nominated to receive a Wild Card into the tournament will continue to be eligible, up to the start of the Qualifying competition, to compete in the tournament as a Direct Acceptance or to fill any Qualifying or Main Draw vacancies that arise, in accordance with the System of Merit and Sign-in procedures set forth herein. Any such players or Qualifying or Main Draw Wild Cards that move into the draw on merit before the Freeze Deadline, will have their Wild Card nominations automatically withdrawn and replacement Wild Cards may be nominated up until the time the appropriate draw is made.

If a player has been accepted into the Main Draw of a Tournament using her Special Ranking, she may not accept a Wild Card into the same event. However, a player accepted into the Qualifying of a Tournament using her Special Ranking may accept a Wild Card into the Main Draw up until the time of the Qualifying Sign-in Deadline.

Wild Cards who withdraw or move into the draw on merit may not be replaced with new Wild Cards after the appropriate Draw is made. Any such vacancies shall be filled in accordance with Section V.I. Vacancies/Substitutions.

No player who has signed in for and been accepted into the Qualifying of the tournament may be named as a Wild Card after the Qualifying Competition has commenced.

Please refer to Appendix C for Wild Card restrictions as applicable under the Age Eligibility Rule. Players who are **not** subject to the Age Eligibility Rule may receive during a calendar year a maximum number of:
1. six (6) wild cards into Singles events of the ITF Women's Circuit tournaments, with a maximum of three (3) of these allowed in the Main Draw; and
2. six (6) wild cards into Doubles events of the ITF Women's Circuit tournaments, with a maximum of three (3) of these allowed in the Main Draw

Each tournament in which a player earns ranking points (singles and/or doubles) counts towards a player's number of tournaments under the Wild Card Rule. However, participation in the Draws of tournaments in which a player does not earn ranking points does not constitute competition in an ITF Women's Circuit tournament under this rule.

It is the player's responsibility not to accept Wild Cards above the stated limit. Players will forfeit any ranking points and prize money earned at ITF Women's Circuit tournaments by the acceptance of Wild Cards above the stated limit.

## C. JUNIOR EXEMPT

A player, who, by virtue of her 2016 position on the ITF Junior Girls' Year-End Combined Rankings, gains Direct Acceptance into a designated ITF Women's Circuit tournament (see Appendix D).

## D. MAIN DRAW ONLY - $60,000, $80,000 and $100,000 Tournaments

A player who enters the Singles or Doubles of a tournament but only wishes to play Main Draw. The option to enter as "Main Draw Only" is restricted to $60,000, $80,000 and $100,000 tournaments only. A player may not change her status after the entry deadline. Should a player move into the Main Draw and not show up she will be penalised accordingly. Players who have entered as "Main Draw Only" and who withdraw before being accepted into the Main Draw may sign in as an On-Site Alternate at another tournament. Main Draw Only status expires at the Freeze Deadline (see Withdrawal Procedures) or at such time as a player is accepted into the Main Draw or Qualifying of another tournament.

## E. ALTERNATES

Players who are ranked lower than the direct acceptances into Main Draw and Qualifying under the System of Merit, at any time after the Entry Deadline.

## F. ON-SITE ALTERNATES

Non-entered players who appear at the tournament site at their own risk to sign in for the Qualifying. In order to be eligible as an On-Site Alternate, a player must have valid IPIN Membership, must personally sign-in with the ITF Supervisor and have paid the entry fee.

## G. SPECIAL EXEMPTS

Entered players on the Qualifying Acceptance list who apply for and receive exemption into the singles main draw of the following week's tournament because they are competing in singles at a "Qualified Tournament" on the day the Qualifying event is scheduled to begin.

A "Qualified Tournament" is defined as follows:

1. For $15,000 and $15,000+H tournaments: the singles event of any ITF Women's Circuit or any WTA tournament within the same continent in the preceding week;

2. For $25,000 and $25,000+H tournaments: the singles event of any ITF Women's Circuit tournament with prize money of $25,000 or higher or any WTA tournament within the same continent in the preceding week;

3. For $60,000, $60,000+H, $80,000, $80,000+H, $100,000 and $100,000+H tournaments: the singles event of any ITF Women's Circuit tournament with prize money of $60,000 or higher or any WTA tournament within the same continent in the preceding week.

Special Exempt status shall not be available for players competing in the doubles event of the previous week.

**H.    QUALIFIERS**
Players included in the Main Draw as a result of their success in the Qualifying competition.

**I.    LUCKY LOSERS**
Players who have lost in the final round of the Qualifying competition and fill a vacancy in the first round of the Main Draw. If more Lucky Losers are required for substitutions, then those players who have lost in the previous Qualifying rounds. To be eligible, such players must sign-in personally with the ITF Supervisor in accordance with section V.J. Sign-in Requirements for Substitutes below.

If a player is forced to retire from her final round of Qualifying due to illness or injury, she will retain her Lucky Loser status provided she receives medical clearance from the Tournament Doctor.

## V.    SINGLES ENTRIES AND WITHDRAWALS

All singles entries and withdrawals are subject to the Regulations and Conditions of Entry stated in Appendix E – Entry Procedures. Unless specified otherwise, this section V. applies for both Singles Main Draw and Singles Qualfying.

**A.    ENTRIES**
A player applying for entry shall be deemed to apply for entry into the Main Draw or the Qualifying depending on her ranking by the applicable System of Merit.

A player may apply for entry into one (1) but not more than six (6) tournaments in a given calendar week, in which case she must indicate a priority.  If no priority is stated, the ITF will assign a priority.  A player may

not apply for entry into an ITF Women's Circuit tournament if she is committed to another tournament during that period.

For $60,000, $80,000 and $100,000 tournaments any player may apply to enter as "Main Draw Only", in which case she will not be considered for the Qualifying competition.

Notwithstanding any other provision of these Regulations, the ITF has the absolute right to refuse to accept any player's entry to any ITF Pro Circuit tournament(s). The ITF may exercise that right as it sees fit, with or without providing reasons.

**B.    ENTRY AND WITHDRAWAL PROCEDURES**

All entries and withdrawals must be submitted online through the IPIN Online Service or in writing on the Official Entry or Withdrawal Form and sent to the ITF by fax or post, to be received before the appropriate deadline. Written entries and withdrawals must be signed by the player and must contain the required information. Entries and withdrawals are not accepted by telephone or via email. After the Freeze Deadline a signed, official Withdrawal Form may be submitted as an email attachment.

**C.    ENTRY AND WITHDRAWAL DEADLINE**

**1.** The Entry Deadline is at 14:00 hours Greenwich Mean Time (GMT) on the Thursday eighteen (18) days prior to the Monday of the Tournament week.

**2.** The Withdrawal Deadline is at 14:00 hours GMT on the Tuesday thirteen (13) days before Monday of the Tournament Week.

In exceptional circumstances ITF can extend the deadlines, in which case players will be notified.

A player who applied for entry into more than one ITF Women's Circuit tournament during the same week and is accepted into a Main Draw or Qualifying at any time after the Withdrawal Deadline, will be withdrawn from all ITF Women's Circuit tournaments except one in accordance with Appendix E - Entry and Withdrawal Procedures.

**3.** Tournament Acceptance

A player who appears on a Main Draw or Qualifying Acceptance List at any time after the Withdrawal Deadline is deemed to have been accepted into and is committed to play the tournament. Prior to the Withdrawal Deadline a player's status on an Acceptance List is not confirmed.

No player may withdraw her entry from the Main Draw or Qualifying of a ITF Women's Circuit tournament for any reason after the Withdrawal Deadline. Any such withdrawal will be considered a late withdrawal and

will be subject to the Late Withdrawal/ No Show provisions set forth in Article III. B.1 of the Code of Conduct, unless the provisions set forth in Article III. B.2 and B.3 of the Code of Conduct and/or Section V.E. Playing Another Event / One Tournament Per week apply.

Any player accepted into the Main Draw or Qualifying who fails to appear for the Tournament without notifying the ITF and/or ITF Supervisor of her withdrawal and submitting her official withdrawal shall be subject to the penalties provided for No Show.

**4.** Alternates

A player who appears on one or more Alternate List(s) is not committed to play in any one tournament and may withdraw at any time, without penalty, until she first moves into a Main Draw or Qualifying Acceptance List, at which time she will be withdrawn from all other Acceptance Lists by the ITF.

**D.    FREEZE DEADLINE**

The Freeze Deadline is at 14:00 hours GMT on the Thursday preceding the Tournament Week.

After the Freeze Deadline players on the Qualifying Acceptance List will no longer be moved into the Main Draw and players on the Alternate List will no longer be moved into the Qualifying Acceptance List. Such Alternates are not committed to play the tournament.

At the Freeze Deadline "Main Draw Only" entries which have not yet moved into a Main Draw Acceptance list will be removed from all $60,000, $80,000 and $100,000 Acceptance Lists.

A player who wishes to withdraw from the Main Draw or Qualifying after the Freeze Deadline must submit an official withdrawal to both the ITF and ITF Supervisor else she will be subject to the penalties provided for No Show.

**E.    PLAYING ANOTHER EVENT / ONE TOURNAMENT PER WEEK**
**1.    General**

When a player is accepted into the Qualifying or Main Draw of a tournament as Direct Acceptance, Special Exempt or Wild Card any time after the Withdrawal Deadline, she is committed to that tournament unless released by the ITF or ITF Supervisor.

A player who is committed to and/or has played in the Main Draw or Qualifying of an ITF Women's Circuit tournament may not enter or compete in any other tennis event during the period of such tournament except as stated below.

Players found to have been accepted into two tournaments in one week after the Withdrawal Deadline will be withdrawn from one tournament at the earliest opportunity.

**a.** Participation by a player in an alternative tournament is only permitted in the following specific circumstances and provided an official withdrawal for the tournament she was originally committed to has been submitted prior to its Qualifying Sign-in deadline (see section C. Withdrawal Procedures and D. Freeze Deadline above):

    **i.** A player is nominated to represent her country in an ITF Team competition;

    **ii.** A player qualifies for entry or is nominated to receive a Wild Card into the Qualifying or Main Draw of a Grand Slam tournament;

    **iii.** A player accepted into Qualifying of an ITF Women's Circuit Tournament is nominated to receive a Wild Card into the Main Draw of another Professional tournament;

    **iv.** A player accepted into Qualifying or Main Draw of an ITF Women's Circuit Tournament is nominated to receive a Wild Card into the Qualifying or Main Draw of another Professional tournament in a higher prize money category;

    **v.** A player is forced to withdraw from a qualifying event because she is still committed in a previous week's tournament but is not eligible to apply, or has been unsuccessful in applying for, a special exempt place.

    **vi.** A player may enter the doubles event of any tournament.

**b.** Participation by a player who has played in Qualifying or Main Draw of an ITF Women's Circuit Tournament in an additional tournament during the same week is only permitted in the following specific circumstances.

    **i.** A player is allowed to play singles Qualifying of one Professional tournament and doubles in another tournament played the same week, provided the player has played and been eliminated from one tournament prior to the doubles entry deadline in the other tournament. A player may not participate in both tournaments at the same time.

    **ii.** A player who played in the Qualifying of ITF Women's tournament is allowed to accept a Wild card into Main Draw of ITF Junior tournament during the same week provided she lost in the tournament prior being offered the Wild Card.

    **iii.** <u>A player is nominated to represent her country in an ITF Team competition, provided the player has already lost in the ITF Pro Circuit tournament;</u>

**iv.** A player is allowed to participate in an "Other" Tournament (see section II.B. Tournaments above) during the same week, provided she:
  - notifies the ITF Supervisor of her intention to do so before her first match in the ITF Women's Circuit tournament; and
  - has played and been eliminated from the ITF Women's Circuit tournament; and
  - is released by the ITF Supervisor after her last match in ITF Women's Circuit tournament to play in the Other Tournament.

A player who was a No Show or who withdrew or retired from either singles or doubles main draw in any round may not participate in any "Other" tournament during the same week.

A player is not allowed to compete in singles in two (2) tournaments nor in doubles in two (2) tournaments (WTA and ITF Women's Circuit) held in one week and will be withdrawn from the second tournament by the ITF (i.e. a player may not play the Qualifying of a WTA tournament, lose, and then play in an ITF Women's Circuit tournament in the same week). If a player does play two (2) tournaments in one (1) week, upon the first occurrence the player will receive the lesser of the rankings points earned from the two (2) tournaments.

Other than in the circumstances stated above, players found to have competed in another tournament or in two Tournaments in one week (including second and any subsequent occurrences) should be immediately defaulted forfeiting all prize money and computer points (where applicable).

In addition, any player is found to have contravened any of the above rules will be subject to penalties stated in Code of Conduct Article III.A.4. Playing Another Event/One Tournament Per Week.

## 2. Grand Slam Tournaments and Multi-Week WTA Tournaments

*a. Participation during Qualifying and/or first weeks*

A player is allowed to play in two Professional tournaments (one of which must be a Grand Slam Tournament or Multi-Week WTA Tournament) during this two-week period, provided the player has been eliminated from singles and doubles of the first tournament prior to the Qualifying Sign-in Deadline of the second tournament.

Once a player has competed in two such tournaments, where appropriate she must withdraw from any ITF Women's Circuit tournament in the week following the Qualifying.

*b. Participation during the second week*

A player is allowed to play in an ITF Women's Circuit tournament during the second week of a Grand Slam Tournament or multi-week

WTA tournament provided she has been eliminated from the singles and doubles of that tournament prior to the ITF Women's Circuit tournament Qualifying Sign-in Deadline. Any such player who is still competing in the Grand Slam Tournament or multi-week WTA tournament at this deadline must withdraw from the relevant ITF Women's Circuit tournament.

A player is not allowed to withdraw from a Grand Slam Tournament or multi-week WTA tournament to play the ITF Women's Circuit tournament.

## F.   ON-SITE WITHDRAWAL/RETIREMENT FROM WEEK 1 & PARTICIPATION IN WEEK 2

A player who has lost in a Tournament (Week 1) may play the Qualifying for a Tournament scheduled for the next week (Week 2).

A player may not withdraw or retire from Week 1 to play in any other tournament in Week 2 except for valid medical reasons.  If a player is forced to withdraw on-site or retire from Week 1 due to medical reasons, and she is entered in a tournament in Week 2, that player must receive a medical examination from the Tournament Doctor from Week 1 and submit her medical examination to the Tournament Doctor for Week 2. To be eligible to compete in Week 2 the player must receive a medical examination and clearance from the tournament doctor.

A player is not allowed to play in Week 2 if:

1. she has withdrawn or retired from Week 1 without cause,

   *or*

2. she has withdrawn or retired from Week 1 for valid medical reasons but she fails to receive a medical examination for Week 2 from the Tournament Doctor.

Any player who is discovered to have contravened this rule shall not receive WTA ranking points for Week 2. The player will also be subject to a fine as permitted under these Rules. This rule does not apply to a player whose partner in doubles has been forced to withdraw or retire from their match.

## G.   SIGN-IN

### 1.   Main Draw

Players accepted into the singles Main Draw of ITF Women's Circuit tournaments are not required to sign-in with the ITF Supervisor.

### 2.   Qualifying

#### a.   General

The Qualifying Sign-in Deadline is at 18:00 hours local time at the site of the Tournament on the day preceding scheduled start of the Qualifying Draw.

> In exceptional circumstances the ITF may extend the Qualifying Sign-in Deadline in which case players will be notified.

i. $15,000, and $25,000 tournaments
All players must personally sign-in on-site with the ITF Supervisor. Telephone sign-in is not accepted.

ii. $60,000, $80,000 and $100,000 tournaments
All players must sign-in with the ITF Supervisor. On-site Alternates must sign-in in person on-site; entered players may sign-in by telephone.

For all tournaments the Supervisor/Referee at a Professional Tournament, ITF Sanctioned Tournament, ITF Team Competition or a national competition (if requested by the relevant National Association and approved by the ITF at least two (2) weeks in advance) in the preceding week may sign-in any player who has competed on the last two days preceding the scheduled start of the Qualifying competition.

In all circumstances of telephone sign-in, the player must be able to be on-site and play her first round match by the end of the first round of Qualifying.

Nominated Wild Cards do not have to sign-in with the ITF Supervisor.

Alternates and On-site Alternates may sign-in in person for the Qualifying of a second tournament during the same week provided that:
• the Qualifying Sign-in Deadline of the second tournament is on a later day than the  Sign-in Deadline of the first tournament; and
• the player was not accepted into the Qualifying draw of the first tournament

Players who cannot appear for the Qualifying sign-in because they are competing in a previous week's related ITF sanctioned Tournament may be signed in for the Qualifying and may be permitted to compete in both tournaments subject to the approval of both ITF Supervisors and provided it does not unfairly disrupt the Qualifying schedule.

Each player must ensure that a contact telephone number is left with the ITF Supervisor where she may be reached during the tournament

Except as otherwise stated herein, players who fail to sign-in shall not be included in the Qualifying Draw and will be subject to the Late Withdrawal/ No Show provisions set forth in Article III.B.1 of the Code of Conduct.

### b. Preserving Eligibility

Players on the Qualifying Acceptance List can preserve their eligibility for unused Special Exempt places or Main Draw vacancies (following withdrawals after the Freeze Deadline) by personally contacting the ITF Supervisor on-site prior to the Qualifying Sign-in Deadline. These players are to be selected in accordance with their position on the Acceptance List.

If the Special Exempt places are used or there are no Main Draw vacancies, players who preserved their eligibility are not eligible to play the Qualifying and are subject to the Late Withdrawal / No Show provisions set forth in Article III.B. of the Code of Conduct.

If unused Special Exempt place(s) or Main Draw vacancies are not so preserved, such place(s) shall be filled in accordance with the section V.I.Vacancies/Substitutions.

## H.    SPECIAL EXEMPTS

Players eligible to and who wish to apply for Special Exempt status must do so by personally notifying the ITF Supervisor, either verbally or in writing, prior to the Qualifying Sign-in deadline.

If there are insufficient Special Exempt places in the Main Draw for all applicants, the players shall be selected according to the ranking from Monday seven (7) days before the tournament week or a player's Special Ranking if used to enter the Tournament.

A player still competing at a Qualified Tournament at the time of the Qualifying Sign-in deadline can request a Special Exempt place (as above) however she must notify the ITF Supervisor of the result of her match no later than one (1) hour following the completion of the match. If, after the completion of the match, the player is not be eligible for the Special Exempt, the Special Exempt place will be filled either by another player who applied for Special Exempt status or in accordance with section V.I. Vacancies/Substitutions below.

Unsuccessful applicants will not be penalised under the Late Withdrawal / No show provisions of the Code of Conduct.

If there is no Qualifying competition or if no requests for Special Exempt status are received prior to the Qualifying Sign-In Deadline, such places shall become places for Direct Acceptances.

If prior to the Entry Deadline it is established that there will be no Special Exempt places because there are no "Qualified Tournaments" in the week preceding the Tournament, then the places reserved in the Main Draw for

Special Exempts shall become places for Direct Acceptances and will be indicated as such on the Acceptance List.

## I.   VACANCIES/SUBSTITUTIONS
Vacancies shall be filled with substitutes in accordance with the following:

**1.   From the Withdrawal Deadline until the Freeze Deadline:**
Vacancies in the Qualifying and Main Draw shall be filled by entered players selected in accordance with the applicable System of Merit.

**2.   From the Freeze Deadline until the Qualifying Sign-in Deadline:**
Vacancies in the Qualifying or Main Draw shall be filled, at the time of the Qualifying Sign-in Deadline, by players who have signed in for the Qualifying event, or, in the case of the Main Draw, preserved their eligibility by contacting the ITF Supervisor (see section V.G.Sign-in above), selected in accordance with the applicable System of Merit.

**3.   From the Qualifying Sign-in Deadline until the commencement of the Qualifying competition:**
Any unused Special Exempt places or vacancies in the Qualifying or Main Draw shall be filled by players who have signed in for the Qualifying event, selected in accordance with the applicable System of Merit. The Qualifying competition commences when the first ball of the first Qualifying match is struck.

**4.   After commencement of the Qualifying competition:**
**a.** Vacancies in the Main Draw may only be filled by Lucky Losers, which shall be selected as follows:
The order of the ranked players shall be randomly drawn, thereafter the order of the unranked players shall be drawn.

Special Ranking shall not be used. If players from previous rounds are to be considered, they will be placed below all players who have lost in the final round of Qualifying.

**b.** Vacancies in the Qualifying shall be filled by players who have signed the Alternate list selected in accordance with the applicable System of Merit.

If there is no Qualifying, vacancies in the Main Draw shall be filled by players on the Alternate list, selected according to the System of Merit.

## J.   SIGN-IN REQUIREMENTS FOR SUBSTITUTES
**1.** Alternates and Lucky Losers (singles and doubles) must be present and sign-in 30 minutes prior to the scheduled start of play.  When the last round of Qualifying and the first round of Main Draw are played on the

same day, Lucky Losers must sign-in no later than 30 minutes after the completion of the last Qualifying match.

**2.** Alternates and Lucky Losers must be ready to play in proper tennis attire within a total time of fifteen (15) minutes after the announcement of a vacancy. Matches must commence without delay after the selection of the Alternate or Lucky Loser.

**3.** If an Alternate or Lucky Loser is accepted into the Draw, but when called is not available to play, she forfeits her place and the next Alternate or Lucky Loser will be called immediately to take the open spot. Once an Alternate or Lucky Loser forfeits, she is no longer eligible for Alternate or Lucky Loser status for that event. If a player does not sign up for Alternate or Lucky Loser status one day, she may still sign up on the next day.

**K.    ADMINISTRATIVE ERROR ON ACCEPTANCE LISTS**
If an administrative error is made on a Tournament Player Acceptance List and a player is not included or too many players are accepted into the Tournament, the Acceptance List will be corrected at the earliest opportunity in accordance with the System of Merit.

If due to an administrative error too many players arrive on site and sign-in to play the tournament, the following procedures will be followed: the last two (2) players accepted into the Tournament based upon the most current updated entry list (excluding Wild Cards and Qualifiers) will play a preliminary match for one (1) spot in the draw. The loser of the preliminary match will receive 1st round WTA Ranking points and 1st round prize money. Prize money payment to the loser of the preliminary match will not constitute an additional expense to the Tournament; it will be paid by the ITF. A player who wins the preliminary match but then loses in the 1st round will receive 1st round prize money plus 25% of 2nd round prize money and 35% of 2nd round WTA Ranking Points.

It is the responsibility of the ITF to advise the Director of the MIS Department at the WTA Florida office immediately following the discovery of any such administrative error.

**L.    LATE CANCELLATIONS**
In the event that a tournament cancels late, players who had entered that tournament may be placed as "next in" on the Main Draw or Qualifying Acceptance List, as appropriate, of another tournament taking place in the same week.

# VI.   DOUBLES ENTRIES AND WITHDRAWALS

## A.  ENTRY AND WITHDRAWAL DEADLINE

The Entry and Withdrawal deadline for doubles is at 12.00 noon local time on the day before the scheduled start of the singles Main Draw.

All doubles team entries must be received by the ITF Supervisor by the deadline.

The Doubles Sign-in Sheet must be posted at a reasonable time prior to the announced sign-in deadline. One member of a doubles team may sign in for the team. The ITF Supervisor reserves the right to accept timely telephone entries. Players who fail to sign-in shall not be included in the doubles draw.

Acceptances for the Main Draw and Qualifying shall be based on the System of Merit.

A player who causes the withdrawal of the team after the deadline will be subject to Article III.B.1. Late withdrawal/No Show in the Code of Conduct unless Article III.B.2 applies.

Notwithstanding any other provision of these Regulations, the ITF has the absolute right to refuse to accept any player's entry to any ITF Pro Circuit tournament(s).  The ITF may exercise that right as it sees fit, with or without providing reasons.

## B.  SUBSTITUTION OF DOUBLES TEAMS

If a player or a pair withdraws after the Entry/Withdrawal deadline, Alternates will be selected according to the applicable System of Merit. Once the Qualifying event has started, vacancies in the Main Draw will be filled by Lucky Losers.

The sign-in for doubles Alternates and Lucky Losers shall follow the same principles as the sign-in for singles Alternates and Lucky Losers (Section V.J. Sign-in Requirements for Substitutes). One member of a team may sign in for the team.

## C.  CONTACT DETAILS

Each player must ensure that a contact telephone number is left with the ITF Supervisor where she may be reached during the tournament

# VII.   SYSTEMS OF MERIT

Players who wish to enter a tournament with a Special Ranking must contact the WTA at least one week prior to the Entry Deadline requesting confirmation is sent to the ITF.  When two or more players are tied, the actual ranking supersedes the Special Ranking for acceptance purposes.

The following shall be used as the basis for acceptances:

## A.  SINGLES SYSTEM OF MERIT

### 1.  Method A
Entered players with an approved Singles Computer Ranking shall be selected in accordance with their positions on the approved Computer Ranking list available on the Entry Deadline and dated twenty-one (21) days prior to the Monday of the tournament week.

### 2.  Method B
Entered players without an approved Singles Computer Ranking but with a current top 500 National Ranking will be drawn at the ITF Office at the Entry Deadline.

These players will be sorted into groups of the same nationalities and ranked within those groups. Ties between players within those groups will be randomly drawn.

Each country represented will be allocated the same number of draw chips as the number of players from that country. Each time a chip is drawn the highest ranked player from the country represented by that chip shall be selected.

Thereafter, all remaining entered players who are unranked and have no National Ranking shall be randomly drawn for a position on the Qualifying/Alternate List.

### 3.  Method C
On-site Alternates with an approved Singles Computer Ranking who have signed in for Qualifying shall be selected in accordance with the Computer Rankings, on Monday, seven (7) days before the tournament week.

### 4.  Method D
On-site Alternates without a Computer Ranking who have signed in for Qualifying shall be selected on the basis of their current top 500 National Rankings.

Players will be sorted into groups of the same nationalities and ranked within those groups. Ties between players within those groups will be randomly drawn.

Each country represented will be allocated the same number of draw chips as the number of players from that country unless there are more players from a particular country than places available in a draw. In that case, the number of chips allocated to that country shall be limited to the number of places available in the draw and any extra players are dropped

from consideration. Each time a chip is drawn the highest ranked player from the country represented by that chip shall be selected.

Further places will be filled by unranked players randomly drawn.

**5. Ties**
Ties on players' computer rankings will be decided by a random draw.

**6. National Rankings**
All National Rankings must be submitted to the ITF by the National Association at least seven (7) days before the Entry Deadline if they are to be used for acceptance purposes for a given tournament week. Players without a National Ranking, or an approved Singles Computer Ranking, will be considered unranked for that Tournament.

If a National Association produces an updated National Ranking during the year, the National Association may send quarterly updates to the ITF.

**B. DOUBLES SYSTEM OF MERIT**
The ranking list of Monday seven (7) days before the tournament week shall be used.

**1. Method A**
Including players with Special Rankings confirmed by WTA. The order will be by combined Doubles ranking. Ties will be decided by the team with the greatest combined total points and then randomly drawn.

**2. Method B**
Including players with Special Rankings confirmed by WTA. National Ranking will not be considered. Order will be according to Doubles ranking of the ranked player. Ties will be decided by a random draw.

**3. Method C**
National Ranking will not be considered. Ties will be randomly drawn.

# VIII. DRAWS

**A. COMPOSITION OF DRAWS**
The draws shall be composed as below. All Direct Acceptances will be seleted in accordance with the applicable System of Merit.

**1. Singles**
**a.** Qualifying Draw
Each individual tournament must allow for a Qualifying draw equal to, or greater than, the size of the Main Draw. The Qualifying draw size must be stated on the application form and fact sheet and may not be changed after the entry deadline has passed. At $15,000 tournaments

the Singles Qualifying draw must not exceed 128 players. At $25,000 tournaments the Singles Qualifying draw must not exceed 64 players. At $60,000, $80,000 and $100,000 tournaments the Singles Qualifying draw must not exceed 32 players.

The Singles Qualifying draws must be composed as follows:

| Draw Size | 32 | 48 | 64 | 128 |
|---|---|---|---|---|
| Direct Acceptances | 26 | 42 | 56 | 120 |
| Wild Cards^ | 6 | 6 | 8 | 8 |

**b.** Pre-Qualifying

The Tournament Committee may hold a pre-Qualifying event to determine the selection of Wild Cards for the Qualifying event.

**c.** Main Draw

The Singles Main Draws must be composed as follows:

**ITF Women's Circuit $15,000 and $25,000**

| Draw Size | 32 |
|---|---|
| Direct Acceptances | 20 – 17* |
| Qualifiers | 8 |
| Wild Cards^ | 4 |
| Special Exempts | 0 / 2 |
| Junior Exempt | 0 / 1 |

**ITF Women's Circuit $60,000 / $80,000 / $100,000**

| Draw Size | 32 |
|---|---|
| Direct Acceptances | 24 – 21* |
| Qualifiers | 4 |
| Wild Cards^ | 4 |
| Special Exempts | 0 / 2 |
| Junior Exempt | 0 / 1 |

\* Number of Direct Acceptances in the Main Draw varies depending on the inclusion of any Special and/or Junior Exempt places.

^ Wild Cards are awarded at the discretion of the sanctioning National Association. Unused Wild Card places shall become Direct Acceptances and filled as defined above.

**2. Doubles**

The doubles Main Draw must consist of 16 teams. An optional doubles Qualifying consisting of a maximum of 4 teams may be played. Such doubles Qualifying must be announced no later than when the doubles sign-in opens. Each Doubles Draw shall be composed as follows:

**a.** Qualifying Draw

| Draw Size | 4 |
|---|---|
| Direct Acceptances | 3 |
| Wild Cards^ | 1 |

**b.** Main Draw

*With Qualifying*

| Draw Size | 16 |
|---|---|
| Direct Acceptances | 11 |
| Qualifiers | 2 |
| Wild Cards^ | 3 |

*Without Qualifying*

| Draw Size | 16 |
|---|---|
| Direct Acceptances | 13 |
| Wild Cards^ | 3 |

^ Wild Cards are awarded at the discretion of the sanctioning National Association. Unused Wild Card places shall become Direct Acceptances and filled as defined above.

In the event that no Qualifying is held, the places allocated for Qualifiers in the doubles draw shall be filled by direct acceptances.

**B. SEEDS**

Each tournament will have a seeded draw with seeds determined as follows:

**1. Seedings List**

Seedings will not be official until the draw is made.

In Singles, seeds shall be based on the singles ranking from Monday seven (7) days before the tournament week Ties shall be randomly drawn. Players without a singles computer ranking shall not be seeded.

In Doubles, seeds will be based on the combined doubles ranking from Monday seven (7) days before the tournament week. Ties in doubles will be randomly drawn. Teams without a combined doubles ranking shall not be seeded.

Special Rankings and National Rankings will not be taken into consideration.

**2. Number of Seeds in the Main Draws**

The number of players or doubles teams to be seeded in the Main Draws must be as follows:

32 Singles draw        8 seeds
16 Doubles draw        4 seeds

## C.  MAKING THE DRAW

Each draw shall be made in public by the ITF Supervisor and with at least two players present, one of whom shall be of a different nationality to that of the host country. The time and place of the draw must be announced at least 24 hours in advance of the draw taking place.

### 1.  Time

a. Qualifying Singles: As soon as possible after Qualifying sign-in deadline.

b. Main Draw Singles: No later than 7:00 pm (19:00 hours) on the day before the Main Draw starts and the Order of Play posted one hour after the draw has been made.

c. Qualifying and Main Draw Doubles: As soon as possible after the doubles Entry/Withdrawal Deadline.

### 2.  Method of Draw

The draw shall be made as follows:

#### a. Qualifying

i. Sections

The Qualifying draw shall be made in sections, with one section for each place allotted in the Main Draw.

ii. Placement of Seeds/Method of draw

In Singles, each section shall have two seeded players. In doubles, each section shall have one seeded team.

The first seed shall be placed at the top of the first section, the second seed shall be placed at the top of the second section and so on until all sections have one (1) seed on the top line of each section.

In Singles, the remaining seeds shall be drawn as one group. The first drawn shall be placed on the bottom line of the first section, the second drawn shall be placed on the bottom line of the second section and so on until all sections have one (1) seed on the bottom line of each section.

If there is not a sufficient number of seeded players to fill all the positions for seeds in the draw, the section(s) with the highest seeds shall not have a second seeded player.

**b. Placement of Seeds in the Main Draw**

    i. Place Seed 1 on line 1 and Seed 2 on line 16 (16 draw) or line 32 (32 draw).

    ii. To determine the placement of the remaining seeds, draw in pairs of two (Seeds 3 and 4) and a group of four (Seeds 5-8) from top to bottom as follows:

| | | 16 Draw | 32 Draw |
|---|---|---|---|
| | | **Line** | |
| **Seeds 3 & 4** | First drawn (top half) | 5 | 9 |
| | Second drawn (bottom half) | 12 | 24 |
| **Seeds 5, 6, 7 & 8** | Drawn from top to bottom | | 8 |
| | | | 16 |
| | | | 17 |
| | | | 25 |

**c. Byes**

If there are not enough players to fill the Qualifying or Main Draw, then after the seeds are placed in the draw, the required number of byes shall be given to the highest seeds as a first priority and any remaining byes will be randomly drawn for placement in the draw so as to be distribute them as evenly as possible throughout the sections of the draw.

**d. Remaining Players**

The remaining players (including Qualifiers, Lucky Losers etc.) are drawn by lot to fill the vacancies starting at the top of the draw. If the Qualifying competition is not completed at the time of the draw, then the places for Qualifiers are designated as "Qualifier". Successful Qualifiers at the conclusion of the last round of Qualifying will be randomly drawn to determine in which places they are to be entered in the draw. The Lucky Losers shall be drawn together with the Qualifiers.

**e. Qualifiers/Lucky Losers**

At the conclusion of the Qualifying competition, the successful qualifiers will be randomly drawn for their places in the Main Draw. There shall be no prior designation of which Qualifying section applies to which Qualifying place in the Main Draw.

Likewise, when more than one eligible Lucky Loser is to be inserted into the Main Draw, their positions shall be drawn.

If the Qualifying event is not completed at the time of the draw, then the places for the qualifiers shall be designated as "Qualifier" with

their identity to be determined by draw at the conclusion of the Qualifying event.

If a Lucky Loser position should become available during the Qualifying competition, the position shall be treated the same as Qualifying places for placement in the Draw and shall be drawn together with the Qualifiers.

.

### D. WITHDRAWAL AND REPLACEMENT OF SEEDS

Any vacancy created by the withdrawal of a seed shall be filled by the next highest ranked player eligible to be seeded. The position vacated by that next highest ranked player shall be filled in accordance with Section V.I. Vacancies/Substitutions. .

Any vacancy created by the withdrawal of a seed which occurs after the release of the order of play for the first day of Main Draw, shall be filled by eligible Lucky Losers/Alternates.

The same principles shall be followed for the Qualifying Draws.

## IX.    PLAYER'S REST

If circumstances dictate that a player is scheduled for more than one match per day, then she shall, unless she is in both the Singles and Doubles finals to be played consecutively, be given the following minimum rest period:
- if played less than 1 hour             - ½ hour rest
- if played between 1 and 1½ hours   - 1 hour rest
- if played more than 1½ hours        - 1 ½ hours rest

If a player is involved in the Singles and Doubles final she shall be allowed a rest period of one half hour.

**Player may play before the end of the rest period if all participants are in agreement.**

## X.    ORDER OF PLAY AND SUBMISSION OF RESULTS

### A.    SCHEDULING AND ORDER OF PLAY

#### 1.    Release of the order of play

Once the Supervisor determines the following day's order of play, it shall be released by the Supervisor, both on-site and via the ITF Tournament Planner program no later than 22:00 hours local time.

#### 2.    Amendments to the order of play

Once officially released, the order of play shall not be amended unless the Supervisor deems it necessary and/or appropriate.

**3. Failure to complete tournament**

If a tournament cannot be completed within the Tournament Week because of bad weather, at the option of the tournament one extra day shall be allowed. The ITF Supervisor shall approve the commencement times for matches on the extra day, which shall then be scheduled during the morning or early afternoon. No further extension of the tournament shall be permitted without the approval of the ITF.

**B.    RESULTS**

At the end of each day's play at ITF Women's Circuit Tournaments, including the completion of the tournament, the Supervisor shall submit, using the ITF Tournament Planner program, updated tournament results for Main Draw and Qualifying, singles and doubles.

# XI.    DATA RIGHTS

Refer to Appendix G Media, Commercial and Data Rights for full information.

**A.    SCORING**

The ITF will have the exclusive right to provide a scoring service at any ITF Pro Circuit tournament as selected by the ITF.  Each tournament will assist the ITF in its efforts to produce the service.

**B.    DATA PROTECTION**

Each Tournament shall not allow or authorise the dissemination, transmission, publication or release of any match score or related statistical data from the grounds of the Tournament.

The use of laptop computers, mobile phones or other handheld electronic devices to collate, collect, use, store, reproduce, onward supply or make available any Official Data (as defined in Appendix G) for purposes relating to gambling or betting within the confines of the tournament match courts (spectator areas) shall be prohibited and each tournament shall take reasonable steps to enforce such prohibition (including without limitation by means of venue and spectator regulations, ticket conditions and accreditation terms). The exception to this provision is tournament credentialed personnel when used in the performance of their duties.

# XII.   PRIZE MONEY AND POINTS

**A.    BREAKDOWNS**

The prize money breakdowns detailed below shall apply to all ITF Women's Circuit Tournaments. A proportion of prize money is deducted at every tournament to contribute to the provision of healthcare services (Primary Healthcare Programme – PHCP) at each tournament and on the Circuit in general.

## TOURNAMENT PRIZE MONEY - US DOLLARS

| Prize Money Category | $15,000 | $25,000 | $60,000 | $80,000 | $100,000 |
|---|---|---|---|---|---|
| PHCP Fee | 300 | 500 | 3,000 | 4,000 | 5,000 |

**Singles Main Draw - 32 Draw**

| Total | $11,462 | $17,698 | $41,196 | $54,924 | $68,658 |
|---|---|---|---|---|---|
| Winner | 2,352 | 3,919 | 9,119 | 12,161 | 15,200 |
| Finalist | 1,470 | 2,091 | 4,863 | 6,487 | 8,107 |
| Semi-finalist | 734 | 1,144 | 2,659 | 3,548 | 4,433 |
| Quarter-finalist | 367 | 654 | 1,520 | 2,027 | 2,533 |
| Round of 16 | 294 | 392 | 911 | 1,216 | 1,520 |
| Round of 32 | 147 | 228 | 533 | 709 | 887 |

**Singles Qualifying - 32 Draw**

| Total | 0 | $2,096 | $4,860 | $6,484 | $8,100 |
|---|---|---|---|---|---|
| Final Round | 0 | 126 | 305 | 407 | 509 |
| Round of 16 | 0 | 68 | 189 | 253 | 316 |
| Round of 32 | 0 | N/A | 133 | 177 | 221 |

**Doubles Main Draw - 16 Draw**

| Total | $3,238 | $4,706 | $9,941 | $14,592 | $18,242 |
|---|---|---|---|---|---|
| Winner | 955 | 1,437 | 3,344 | 4,460 | 5,573 |
| Finalist | 515 | 719 | 1,672 | 2,230 | 2,787 |
| Semi-finalist | 294 | 359 | 836 | 1,115 | 1,393 |
| Quarter-finalist | 147 | 196 | 456 | 608 | 760 |
| Round of 16 | 74 | 131 | 304 | 405 | 507 |

## TOURNAMENT PRIZE MONEY - <u>EUROS</u>

| Prize Money Category | €13,500 | €22,500 | €54,500 | €72,500 | €91,000 |
|---|---|---|---|---|---|
| PHCP Fee | 270 | 450 | 2,725 | 3,625 | 4,550 |

| **Singles Main Draw - 32 Draw** | | | | | |
|---|---|---|---|---|---|
| **Total** | **€10,316** | **€15,928** | **€37,420** | **€49,775** | **€62,479** |
| Winner | 2,117 | 3,527 | 8,283 | 11,021 | 13,832 |
| Finalist | 1,323 | 1,882 | 4,417 | 5,879 | 7,377 |
| Semi-finalist | 661 | 1,030 | 2,415 | 3,215 | 4,034 |
| Quarter-finalist | 330 | 589 | 1,381 | 1,837 | 2,305 |
| Round of 16 | 265 | 353 | 827 | 1,102 | 1,383 |
| Round of 32 | 132 | 205 | 484 | 643 | 807 |

| **Singles Qualifying - 32 Draw** | | | | | |
|---|---|---|---|---|---|
| **Total** | **0** | **€1,886** | **€4,415** | **€5,876** | **€7,371** |
| Final Round | 0 | 113 | 277 | 369 | 463 |
| Round of 16 | 0 | 61 | 172 | 229 | 288 |
| Round of 32 | 0 | N/A | 121 | 160 | 201 |

| **Doubles Main Draw - 16 Draw** | | | | | |
|---|---|---|---|---|---|
| **Total** | **€2,914** | **€4,235** | **€9,941** | **€13,224** | **€16,600** |
| Winner | 860 | 1,293 | 3,037 | 4,041 | 5,071 |
| Finalist | 464 | 647 | 1,519 | 2,020 | 2,536 |
| Semi-finalist | 265 | 323 | 759 | 1,010 | 1,268 |
| Quarter-finalist | 132 | 176 | 414 | 551 | 692 |
| Round of 16 | 67 | 118 | 276 | 367 | 461 |

**B.     UNCOMPLETED MATCHES**

If the singles or doubles event of a tournament is cancelled, e.g. due to poor weather, and there has been no play, first round prize money will be paid out to the players.  If play has commenced and been terminated before the tournament is concluded players will be paid loser's prize money for the individual round reached.  Additionally, if the first round has been completed, all players/teams will receive their Round Points earned through the last completed round only and the tournament will count as a tournament played.

If a tournament is officially terminated and the final(s) have not been completed, the finalists will each receive finalists' prize money and ranking points.  The difference between the winner and finalist prize money will revert back to the tournament.

### C. DEFAULTS, BYES, WITHDRAWAL AND RETIREMENT

1. No points or prize money will be awarded to a player or team who withdraws or is a "no show" without playing their first match.

2. Any player who is defaulted shall lose all prize money, hospitality and points earned for that event at that tournament, unless:

   - The player was defaulted for a violation of the punctuality or dress and equipment sections of the code of conduct

   - The player was defaulted as a result of a medical condition

   - A member of a doubles team did not cause any of the misconduct code violations that resulted in the team being defaulted.

3. A singles player withdrawing after the first round, or who retires, will receive loser's computer points and prize money for the round in which she retired or withdrew.

4. If a singles player withdraws from the semifinal or final their prize money is calculated per the round they withdrew less 50% of the difference between that round and the previous round. Such 50% shall be retained by the tournament.

5. If a player withdraws from the singles final, and the Tournament Director so desires, a substitute player will play a best of 3 set exhibition match against the Tournament winner. The substitute player will receive all the money defaulted.

6. For a doubles team that withdraws after the first round, the non-withdrawing player will receive loser's computer points and prize money for the round reached but the withdrawing player will receive loser's computer points and prize money for the previous round reached. In addition, the player withdrawing or retiring will not be allowed to play in any other ITF Pro Circuit tennis event until Monday of the next tournament week (unless she is still playing in singles).

7. A player or team who receives a walkover as a result of the opponent's withdrawal, default or no show shall receive prize money and points that the player or team would have received for winning the match only if they have previously played and won a match.

8. If a player or team receives one (1) or more consecutive byes and loses her/their first match played, the player or team will only receive ranking points from the round preceding their elimination and the player or team shall receive prize money for the round reached.

9. If a player or team receives one (1) or more consecutive byes and withdraws from her/their first match, no ranking points shall be awarded, the tournament will not count on her/their record and no prize money shall be paid out.

# XIII.  WTA COMPUTER RANKINGS

## A.  INTRODUCTION

The WTA Rankings is the worldwide computer ranking for Women's Professional Tennis.  The Ranking System is a 52-week, cumulative system in which the number of tournament results that comprise a player's ranking is capped at sixteen (16) tournament results for singles and eleven (11) tournament results for doubles.  The results used to determine the players' ranking are the tournaments that have yielded the players' highest ranking points over the past fifty-two (52) weeks including their ranking points from any mandatory tournament and the WTA Championships plus the best two (2) Premier 5 Tournament results for Top 10 players.   The rankings determine player acceptance and seeding for all tournaments.

Rankings are computed and published weekly by the WTA from its U.S. Headquarters in St. Petersburg, Florida.   Note:   ITF Women's Circuit Tournaments with prize money of $25,000 or less are processed a minimum of one (1) week following the conclusion of the Tournament.

## B.  SINGLES and DOUBLES ROUND POINTS (* +H indicates Hospitality is provided)

| Category | W | F | SF | QF | R16 | R32 | QFR | Q3 | Q2 |
|---|---|---|---|---|---|---|---|---|---|
| *$100,000+H* / €91,000+H** | | | | | | | | | |
| Singles | 150 | 90 | 55 | 28 | 14 | 1 | 6 | 4 | 1 |
| Doubles | 150 | 90 | 55 | 28 | 1 | - | - | - | - |
| *$100,000 / €91,000* | | | | | | | | | |
| Singles | 140 | 85 | 50 | 25 | 13 | 1 | 6 | 4 | 1 |
| Doubles | 140 | 85 | 50 | 25 | 1 | - | - | - | - |
| *$80,000+H*/ €72,500+H** | | | | | | | | | |
| Singles | 130 | 80 | 48 | 24 | 12 | 1 | 5 | 3 | 1 |
| Doubles | 130 | 80 | 48 | 24 | 1 | - | - | - | - |
| *$80,000 / €72,500* | | | | | | | | | |
| Singles | 115 | 70 | 42 | 21 | 10 | 1 | 5 | 3 | 1 |
| Doubles | 115 | 70 | 42 | 21 | 1 | - | - | - | - |
| *$60,000+H*/ €54,500+H** | | | | | | | | | |
| Singles | 100 | 60 | 36 | 18 | 9 | 1 | 5 | 3 | 1 |
| Doubles | 100 | 60 | 36 | 18 | 1 | - | - | - | - |
| *$60,000 / €54,500* | | | | | | | | | |
| Singles | 80 | 48 | 29 | 15 | 8 | 1 | 5 | 3 | 1 |
| Doubles | 80 | 48 | 29 | 15 | 1 | - | - | - | - |
| *$25,000+H*/ €22,500+H** | | | | | | | | | |
| Singles | 60 | 36 | 22 | 11 | 6 | 1 | 2 | - | - |
| Doubles | 60 | 36 | 22 | 11 | 1 | - | - | - | - |
| *$25,000 / €22,500* | | | | | | | | | |
| Singles | 50 | 30 | 18 | 9 | 5 | 1 | 1 | - | - |
| Doubles | 50 | 30 | 18 | 9 | 1 | - | - | - | - |
| *$15,000+H / €13,500+H** | | | | | | | | | |
| Singles | 25 | 15 | 9 | 5 | 1 | - | - | - | - |
| Doubles | 25 | 15 | 9 | 1 | - | - | - | - | - |
| *$15,000 / €13,500* | | | | | | | | | |
| Singles | 12 | 7 | 4 | 2 | 1 | - | - | - | - |
| Doubles | 12 | 7 | 4 | 1 | - | - | - | - | - |

With the exception of the Grand Slams and the WTA Championships, the WTA Elite Trophy and the WTA Premier Mandatory events, all singles and doubles 1st round losers in Tournaments with prize money of $25,000 or greater receive one (1) Round Point regardless of draw size.

For the purposes of awarding Ranking Points, in all ITF Tournaments with prize money of $60,000 or greater, the round of 32 will be considered to be the first round of Qualifying and all Rules will apply as if that were the first round of play. In these ITF Tournaments, the WTA will only award Round Points in Qualifying starting in the Round of 32 and play in any round prior to the round of 32 will not be considered as having taken place for ranking purposes.

*For a complete statement of the official rules and regulations regarding WTA computer rankings, refer to the WTA Official Rule Book.*

**C.    $15,000 / $25,000 / $60,000 / $80,000 / $100,000 PLUS HOSPITALITY**

Tournaments with $15,000, $25,000, $60,000, $80,000 or $100,000 in prize money which offer hospitality will receive increased WTA ranking points.

Hospitality is defined as one complimentary room for the use of each player accepted into the singles and doubles Main Draws (single or double occupancy, to be decided by the tournament). Rooms are to be available to each singles player for a minimum of four (4) nights beginning no earlier than the day prior to the start of Main Draw and no later than the day the Main Draw starts. Accommodation continues through to include the night that she plays her last match or until her four (4) night minimum has been provided, whichever is later. Hospitality must be of the same standard for singles and doubles players.

Rooms for doubles players must be available beginning the day of the sign in for a minimum of two (2) nights. Accommodation continues through to include the night of the player's last match or until the two (2) nights minimum has been provided.

Successful Qualifiers must be afforded the same accommodations as Main Draw players. Nights spent in accommodation during Qualifying shall count towards the minimum number of nights to which Main Draw players are entitled.

Players receive appropriate points on the Computer for the last 3 rounds of Qualifying and the Main Draw and credit for one tournament played.

**D.    GENERAL RULES**

**Singles and Doubles Rankings** - Players are ranked on the basis of their total points.

**Processing of Rankings** – WTA tournaments (Premier Mandatory through International) plus ITF $100,000, $80,000 and $60,000 tournaments (as long

as completed by the Sunday of that week) are processed on a weekly basis. ITF $15,000 and $25,000 tournaments are processed a minimum of one (1) week following the completion of the Tournament. Points stay valid for fifty-two (52) weeks from the week in which a Tournament is included in the Ranking Totals.

**Eligibility** - Players must have earned ranking points in at least 3 valid tournaments, or a minimum of 10 singles ranking points or 10 doubles ranking points in one or more valid tournaments, in order to appear on the rankings. Players under the age of fourteen (14) cannot obtain a computer ranking. If a player under the age of fourteen (14) plays singles or doubles in a Tournament, that Tournament and the points acquired during play will not be counted for ranking purposes for that player. If a player plays singles or doubles in a Tournament that exceeds the number permitted to be played under the Age Eligibility Rule, that Tournament and the points acquired during play will not be counted for ranking purposes for that player.

**E.     FURTHER INFORMATION - WTA CONTACTS**

Queries and requests for full information on the Computer Rankings should be directed to the WTA office in Florida.

WTA
100 Second Ave. S.
Suite 1100-S
St.Petersburg
FL 33701
United States of America

Telephone:      +1 727 895 5000
Fax:             +1 727 822 9470

# ITF
# PRO CIRCUIT

# APPENDICES
# 2017

© ITF Limited t/a International Tennis Federation
All rights reserved
2016

# APPENDIX A

 Grand Slam Development Fund

Administered by the International Tennis Federation

The Grand Slam Development Fund was established in 1985 by the International Tennis Federation from contributions donated by the Grand Slam tournaments to provide assistance to affiliated National Tennis Associations with the development of competitive tennis. Since then over US$96 million has been invested in tennis development worldwide. The Grand Slam Development Fund is designed to help increase competitive opportunities worldwide by encouraging the establishment of tournament circuits, which will provide opportunities for a greater number of players to compete internationally, and, through touring teams and travel grants, to assist players to gain international competitive experience so that more nations will be represented in the mainstream of international competition.

Only Member Nations eligible for assistance from ITF (who are part of the ITF Development Programme) may apply to the ITF for grants from the Grand Slam Development Fund. Applications must be submitted by National Associations in writing on the appropriate form (which is available upon request from the ITF London office).

National Associations benefiting from the Grand Slam Development Fund are required to publicise their event as being "supported by the Grand Slam Development Fund".

Applications for assistance may be made for a contribution towards the prize money at $15,000 and $25,000 ITF Men's and Women's Circuit tournaments.

All events must be organised in accordance with the ITF Men's and/or Women's Circuit Regulations and sanctioned by the National and/or Regional Association concerned.

Full details of the Grand Slam Development Fund together with application forms are available on request from:
Executive Director, Tennis Development
International Tennis Federation
Bank Lane
Roehampton
London
SW15 5XZ
Telephone:     (44)  20 8878 6464
Fax:           (44)  20 8392 4742
E-mail:        development@itftennis.com

**ITF
Pro Circuit**

# APPENDIX B

## GENDER VERIFICATION

In any competition, a player may be required upon request to submit to gender verification to determine sexual status.

In the event that the gender of a player is questioned, the medical delegate (or equivalent) of the ITF shall have the authority to take all appropriate measures for the determination of the gender of a competitor.

The results of any tests conducted will not be made public out of deference to the human rights of the individual concerned but will be reported to the Chairman of the ITF Sport Science and Medicine Commission who shall advise the Board of Directors of the gender of the player concerned.

Failure by a player to submit to testing upon the request of the ITF shall subject the player to immediate suspension from the competition until such time as the appropriate testing is carried out in accordance with these Regulations/Bye-laws.

## TRANSSEXUALS

Any individuals undergoing sex reassignment from male to female before puberty are regarded as girls and women (female), while those undergoing reassignment from female to male are regarded as boys and men (male).

Individuals undergoing sex reassignment from male to female after puberty (and the converse) are eligible for participation in female or male competitions, respectively, under the following conditions:

a.  Surgical anatomical changes have been completed, including external genitalia changes and gonadectomy.
b.  Legal recognition of their assigned sex has been conferred by the appropriate official authorities.
c.  Hormonal therapy appropriate for the assigned sex has been administered in a verifiable manner and for a sufficient length of time to minimise gender-related advantages in sport competitions.
d.  Eligibility should begin no sooner than two years after gonadectomy.

In all instances, a confidential case-by-case evaluation will occur.



# APPENDIX C

### AGE ELIGIBILITY
*(ITF Women's Circuit only)*

For full details on the WTA Age Eligibility Rule and "Player Development" requirements please refer to the following resources:

1. 2017 WTA Official Rulebook, either in hard copy or available on-line at:
   http://www.wtatennis.com/scontent/article/2972830/title/wta-rules

2. ITF Women's Circuit Rules & Regulations online at:
   http://www.itftennis.com/procircuit/about-pro-circuit/rules-regulations

75

**ITF**
**Pro Circuit**

# APPENDIX D

## 2017 JUNIOR EXEMPT PROJECT

The Junior Exempt position will be allocated according to the following criteria:

### ITF Men's Circuit

The year-end number 1-4 ranked boys, according to the year-end ITF Junior Ranking, will be offered direct entry into the Main Draw at three (3) ITF Men's Circuit tournaments up to and including $25,000+H prize-money level.

The year-end number 5-10 ranked boys, according to the year-end ITF Junior Ranking, will be offered direct entry into the Main Draw at three (3) ITF Men's Circuit tournaments up to and including $25,000 prize-money level.

The year-end number 11-20 ranked boys, according to the year-end ITF Junior Ranking, will be offered direct entry into the Main Draw at three (3) ITF Men's Circuit tournaments of $15,000 prize-money level.

### ITF Women's Circuit

The year-end number 1 ranked girl will be offered direct entry into the Main Draw at one (1) ITF Women's Circuit event up to and including $100,000 prize money level and direct entry into the Main Draw at two (2) ITF Women's Circuit events up to and including $80,000 prize-money level.

The year-end number 2 ranked girl will be offered direct entry into the Main Draw at two (2) ITF Women's Circuit events up to and including $80,000 prize-money level and direct entry into the Main Draw at one (1) ITF Women's Circuit event up to and including $60,000 prize-money level.

The year-end number 3-5 ranked girls will be offered direct entry into the Main Draw at two (2) ITF Women's Circuit events up to and including $60,000 prize-money level and direct entry into the Main Draw at one (1) ITF Women's Circuit event up to and including $25,000 prize-money level.

The year-end number 6-10 ranked girls will be offered direct entry into the Main Draw at three (3) ITF Women's Circuit events up to and including $25,000 prize-money level.

The year-end number 11-20 ranked girls will be offered direct entry into the Main Draw at three (3) ITF Women's Circuit events up to and including $15,000 prize-money level.

*THE PROVISIONS OF THE AGE ELIGIBILITY RULE WILL BE TAKEN INTO ACCOUNT.*



# APPENDIX E

### ENTRY AND WITHDRAWAL PROCEDURES
### 2017 ITF MEN'S AND WOMEN'S CIRCUIT TOURNAMENTS

Unless specified otherwise, all procedures below apply to Singles Main Draw and Singles Qualifying at ITF Men's and Women's Circuit Tournaments.

**Entry Deadline:** 14:00 hours GMT on Thursday eighteen (18) days prior to the Monday of the tournament week

**Withdrawal Deadline:** 14:00 hours GMT on Tuesday thirteen (13) days prior to the Monday of the tournament week

**Freeze Deadline:** at 14:00 hours GMT on Thursday preceding the tournament week

It is the player's responsibility to make all entries and withdrawals and to check his/her position on the Entry Lists.

**ALL players (i.e. ranked, national ranked, unranked) subject only to Age Eligibility and Play Down provisions of these Regulations may enter ITF Men's or ITF Women's Circuit Tournaments (as applicable) by the Entry Deadline and will appear on the tournament Acceptance Lists.**

**In order to enter ITF Pro Circuit Tournaments all players must first register for annual IPIN Membership (and pay the appropriate fee) and agree, as a condition of their registration, to accept the related terms and conditions and to complete the TIPP.  Failure by a player (a) to register for Pro Circuit IPIN Membership and to accept the related terms and conditions and/or (b) to complete the TIPP will render the player ineligible to enter and/or compete in Pro Circuit tournaments.**

**All entries and withdrawals must be submitted online via the IPIN Online Service or made in writing by letter or fax on the Official Entry or Withdrawal Forms.  Written Entries and Withdrawals must be signed by the player, must contain the required information and must be received before the appropriate deadline. Entries and withdrawals are not accepted by telephone or via email. After the Freeze Deadline a signed, official Withdrawal Form may be submitted as an email attachment to both ITF and the ITF Supervisors on-site.**

If a player enters more than one ITF Men's or Women's Circuit tournaments (as applicable) occurring during the same period, **THE PLAYER MUST STATE A PRIORITY ON THE ENTRY FORM.**

**The ITF has the absolute right to refuse to accept any player's entry to any ITF Pro Circuit tournament(s).  The ITF may exercise that right as it sees fit, with or without providing reasons.**

**At the Withdrawal Deadline:**

- *(ITF Men's Circuit only)* If a player has been accepted into an ATP World Tour Main Draw, ATP World Tour Qualifying event or a Challenger Main Draw, he will be immediately withdrawn from the Entry Lists of all ITF Men's Circuit Tournaments.

- *(ITF Men's Circuit only)* If a player has not been accepted into any ATP World Tour or Challenger tournament but is accepted into the Main Draw or Qualifying Draw of one ITF Men's Circuit tournament, he will be immediately withdrawn from the Entry Lists of all other tournaments, including ATP World Tour and Challengers Alternate Lists.

- *(ITF Women's Circuit only)* If a player is accepted into the Main Draw or Qualifying of one ITF Women's Circuit tournament, she will be immediately withdrawn from the Entry Lists of all other Tournaments.

- If a player is accepted into the Main Draw or Qualifying of more than one ITF Men's or ITF Women's Circuit tournament (as applicable) occurring during the same period, he/she will remain on one List and will be immediately withdrawn from the Entry Lists of all other Tournaments (for Men, including ATP World Tour and Challenger Alternates Lists), according to the following criteria:

  **1. Main Draw takes priority over Qualifying, and Qualifying over Alternates**
  **2. Tournament Entry Priority**

  If a player's chosen priorities are unclear, he/she will be immediately withdrawn from all but one Entry List by the ITF at the Withdrawal Deadline, according to the following criteria:

  3. Tournaments offering the highest prize money will take priority, or if equal;
  4. The Entry List on which she is highest placed will take priority, or if equal;
  5. The tournament which is geographically closest to her country of Nationality will take priority.

- If a player is not accepted into any ITF Men's or ITF Women's Circuit tournaments (as applicable) occurring during the same period, he/she may remain on more than one Entry List as an Alternate until the Freeze Deadline. However once the player is accepted into any ITF Men's or ITF Women's Circuit tournament (as applicable), he/she will be withdrawn from the Entry Lists of all other Tournaments occurring during this period.

**At the Freeze Deadline:**

▪ Players who are on one or more Alternate Lists will not be moved into Qualifying and players in Qualifying will no longer be moved into the Main Draw.

**For further information, please contact the ITF Professional Tournaments Department:**

| | |
|---|---|
| **ITF Men's Circuit:** | **ITF Women's Circuit** |
| **Email: mens@itftennis.com** | **Email: womens@itftennis.com** |
| **Tel:     +44 20 8878 6464** | **Tel:     +44 20 8878 6464** |
| **Fax:     +44 20 8392 4777** | **Fax:     +44 20 8392 4748** |



# APPENDIX F

## MEDICAL, EXTREME WEATHER CONDITIONS AND
## TOILET/CHANGE OF ATTIRE BREAKS

### MEDICAL

**a. Medical Condition**

A medical condition is a medical illness or a musculoskeletal injury that warrants medical evaluation and/or medical treatment by the Sports Medicine Trainer/PHCP (also known as the Primary Health Care Provider) during the warm-up or the match.

Treatable Medical Conditions

i. Acute medical condition: the sudden development of a medical illness or musculoskeletal injury during the warm-up or the match that requires immediate medical attention.

ii Non-acute medical condition: a medical illness or musculoskeletal injury that develops or is aggravated during the warm-up or the match and requires medical attention at the changeover or set break.

Non-Treatable Medical Conditions

i. Any medical condition that cannot be treated appropriately, or that will not be improved by available medical treatment within the time allowed.

ii. Any medical condition (inclusive of symptoms) that has not developed or has not been aggravated during the warm-up or the match.

iii. General player fatigue.

iv. Any medical condition requiring injections <u>or</u> intravenous infusions, except for diabetes, for which prior medical certification has been obtained, and for which subcutaneous injections of insulin may be administered. <u>The use of supplemental oxygen on-court is not permitted at any time.</u>

**b. Medical Evaluation**

During the warm-up or the match, the player may request through the Chair Umpire for the Sports Medicine Trainer/PHCP to evaluate him/her during the next change over or set break. Only in the case that a player develops an acute medical condition that necessitates an immediate stop in play may the player request through the Chair Umpire for the Sports Medicine Trainer/PHCP to evaluate him/her immediately.

The purpose of the medical evaluation is to determine if the player has developed a treatable medical condition and, if so, to determine when medical treatment is warranted. Such evaluation should be performed within a reasonable length of

time, balancing player safety on the one hand, and continuous play on the other. At the discretion of the Sports Medicine Trainer/PHCP, such evaluation may be performed in conjunction with the Tournament Doctor, and may be performed off-court.

If the Sports Medicine Trainer/PHCP determines that the player has a non-treatable medical condition, then the player will be advised that no medical treatment will be allowed.

**c. Medical Time-Out**
A Medical Time-Out is allowed by the ITF Supervisor or Chair Umpire when the Sports Medicine Trainer/PHCP has evaluated the player and has determined that additional time for medical treatment is required. The Medical Time-Out takes place during a change over or set break, unless the Sports Medicine Trainer/PHCP determines that the player has developed an acute medical condition that requires immediate medical treatment.

The Medical Time-Out begins when the Sports Medicine Trainer/PHCP is ready to start treatment. At the discretion of the Sports Medicine Trainer/PHCP, treatment during a Medical Time-Out may take place off-court, and may proceed in conjunction with the Tournament Doctor.

The Medical Time-Out is limited to three (3) minutes of treatment. However, at professional events with prize money of $25,000 or less, the ITF Supervisor may extend the time allowed for treatment if necessary.

A player is allowed one (1) Medical Time-Out for each distinct treatable medical condition. All clinical manifestations of heat illness shall be considered as one (1) treatable medical condition. All treatable musculoskeletal injuries that manifest as part of a kinetic chain continuum shall be considered as one (1) treatable medical condition.

*Muscle Cramping:* A player may receive treatment for muscle cramping only during the time allotted for change of ends and/or set breaks. Players may not receive a Medical Time-Out for muscle cramping.

In cases where there is doubt about whether the player suffers from an acute medical condition, non-acute medical condition inclusive of muscle cramping, or non-treatable medical condition, the decision of the Sports Medicine Trainer/PHCP, in conjunction with the Tournament Doctor, if appropriate, is final. If the Sports Medicine Trainer/PHCP believes that the player has heat illness, and if muscle cramping is one of the manifestations of heat illness, then the muscle cramping may only be treated as part of the recommended treatment by the Sports Medicine Trainer/PHCP for the heat illness condition.

Note:

A player who has stopped play by claiming an acute medical condition, but is determined by the Sports Medicine Trainer/PHCP and/or Tournament Doctor to have muscle cramping, shall be ordered by the Chair Umpire to resume play immediately.

If the player cannot continue playing due to severe muscle cramping, as determined by the Sports Medicine Trainer/PHCP and/or Tournament Doctor, he/she may forfeit the point(s)/game(s) needed to get to a change of ends or set-break in order to receive treatment. There may be a total of two (2) full change of ends or set-break treatments for muscle cramping in a match, not necessarily consecutive.

If it is determined by the Chair Umpire or ITF Supervisor that gamesmanship was involved, then a Code Violation for Unsportsmanlike Conduct could be issued.

A total of two (2) consecutive Medical Time-Outs may be allowed by the Supervisor or Chair Umpire for the special circumstance in which the Sports Medicine Trainer/PHCP determines that the player has developed at least two (2) distinct acute and treatable medical conditions. This may include: a medical illness in conjunction with a musculoskeletal injury; two or more acute and distinct musculoskeletal injuries. In such cases, the Sports Medicine Trainer/PHCP will perform a medical evaluation for the two or more treatable medical conditions during a single evaluation, and may then determine that two consecutive Medical Time-Outs are required.

**d. Medical Treatment**

A player may receive on-court medical treatment and/or supplies from the Sports Medicine Trainer/PHCP and/or Tournament Doctor during any changeover or set break. As a guideline, such medical treatment should be limited to two (2) changeovers/set breaks for each treatable medical condition, before or after a Medical Time-Out, and need not be consecutive. Players may not receive medical treatment for non-treatable medical conditions.

**e. Penalty**

After completion of a Medical Time-Out or medical treatment, any delay in resumption of play shall be penalised by Code Violations for Delay of Game.

Any player abuse of this Medical Rule will be subject to penalty in accordance with the Unsportsmanlike Conduct section of the Code of Conduct.

**f. Bleeding**

If a player is bleeding, the Chair Umpire must stop play as soon as possible, and the Sports Medicine Trainer/PHCP must be called to the court by the Chair Umpire for evaluation and treatment. The Sports Medicine Trainer/PHCP, in conjunction with the Tournament Doctor if appropriate, will evaluate the source of the bleeding, and will request a Medical Time-Out for treatment if necessary.

If requested by the Sports Medicine Trainer/PHCP and/or Tournament Doctor, the ITF Supervisor or Chair Umpire may allow up to a total of five (5) minutes to assure control of the bleeding.

If blood has spilled onto the court or its immediate vicinity, play must not resume until the blood spill has been cleaned appropriately.

**g. Vomiting**

If a player is vomiting, the Chair Umpire must stop play if vomiting has spilled onto the court, or if the player requests medical evaluation. If the player requests medical evaluation, then the Sports Medicine Trainer/PHCP must determine if the player has a treatable medical condition, and if so, whether the medical condition is acute or non-acute.

If vomiting has spilled onto the court, play must not resume until the vomit spill has been cleaned appropriately.

**h. Incapacity**

If any concern arises about a player's medical condition (whether physical or psychological) that might impact on his/her ability to participate safely in a tournament, the Tournament Doctor should be called to assist the player as soon as possible.

If the issue arises during a match, the Chair Umpire shall immediately call for the Tournament Doctor to assist the player.

The Tournament Doctor is responsible for ensuring that the player is afforded the best medical attention, that his/her well-being is not put at risk, and that his/her medical condition is not a risk to other players or the public at large. All discussions between the doctor and the player take place within the context of a doctor-patient relationship and are therefore confidential and may not be divulged to a 3rd party without the informed consent of the player. However, if the Tournament Doctor determines that the player's medical condition makes the player unable to participate safely in the tournament, the player must permit the Tournament Doctor to advise the ITF Supervisor/Referee of that fact. If the player refuses to take medical advice, or refuses to permit the Tournament Doctor to share that advice with the ITF Supervisor/Referee, the Tournament Doctor must report that refusal to the ITF Supervisor/Referee. Upon receipt of such advice or report of refusal, the ITF Supervisor/Referee shall declare that the player is being retired from the match in progress or withdrawn from the match to be played (as applicable).

If the player's medical condition improves sufficiently to return to match play, the Tournament Doctor may inform the ITF Supervisor/Referee accordingly. The player may subsequently compete in another event at the same tournament (e.g. doubles), either that day or on a subsequent day.

It is recognized that national laws or governmental or other binding regulations imposed upon the tournament by authorities outside its control may require more compulsory participation by the Tournament Doctor in all decisions regarding diagnosis and treatment.

## TOILET/CHANGE OF ATTIRE BREAKS

Any reference in this section to "Change of Attire Break" is applicable to the ITF Women's Circuit only.

A player is allowed to request permission to leave the court for a reasonable time for a toilet break / change of attire break. Toilet breaks should be taken on a set break and can be used for no other purpose. Change of attire breaks must be taken on a set break.

In Men's singles events a player is entitled to one (1) toilet break during a best of three (3) set match. In Women's singles events, a player is entitled to two (2) breaks during a match.
In all doubles matches, each team is entitled to a total of two (2) breaks. If partners leave the court together, it counts as one (1) of the team's authorised breaks.

Any time a player leaves the court for a toilet break/change of attire break, it is considered one (1) of the authorised breaks regardless of whether or not the opponent has left the court. Any toilet break taken after a warm-up has started is considered one (1) of the authorised breaks.
Additional breaks will be authorised but will be penalised in accordance with the Point Penalty Schedule if the player is not ready to play within the allowed time.

Any player abuse of this rule will be subject to penalty in accordance with the Unsportsmanlike Conduct section of the Code of Conduct.

## EXTREME WEATHER CONDITIONS
### *(ITF Women's Circuit only)*

Extreme weather conditions shall be defined at such time that heat, as measured by a Heat Stress Monitor, meets or exceeds a heat stress index of 30.1 degrees Celsius/86.2 degrees Fahrenheit. If a Heat Stress Monitor is not available, extreme weather conditions are then defined by the danger zone which is equal to or above the apparent temperature of 93 degrees Fahrenheit, illustrated on the chart below. Heat stress is measured by Wet Bulb Global Temperature (WBGT) which is calculated as (0.7 Wet Bulb + 0.2 Global Temperature + 0.1 Dry Bulb = WBGT).

**Apparent Temperature (what it is like)**
*Air Temperature (°F) °C =5/9 (°F - 32)*

| Fahrenheit/F | 70 | 75 | 80 | 85 | 90 | 95 | 100 | 105 | 110 | 115 | 120 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Humidity |
| 0% | | 64 | 69 | 73 | 78 | 83 | 87 | 91 | 95 | 99 | 103 | 107 |
| 10% | | 65 | 70 | 75 | 80 | 85 | 90 | 95 | 100 | 105 | 111 | 116 |
| 20% | | 66 | 72 | 77 | 82 | 87 | 93 | 99 | 105 | 112 | 120 | 130 |
| 30% | | 67 | 73 | 78 | 84 | 90 | 96 | 104 | 113 | 123 | 135 | 148 |
| 40% | | 68 | 74 | 79 | 86 | 93 | 101 | 110 | 123 | 137 | 151 |
| 50% | | 69 | 75 | 81 | 88 | 96 | 107 | 120 | 133 | 150 |
| 60% | | 70 | 76 | 82 | 90 | 100 | 114 | 132 | 149 |
| 70% | | 70 | 77 | 85 | 93 | 106 | 124 | 144 |
| 80% | | 71 | 78 | 86 | 97 | 113 | 136 |
| 90% | | 71 | 79 | 88 | 102 | 122 |
| 100% | | 72 | 80 | 91 | 108 |

The Sports Medicine Trainer/PHCP and the ITF Supervisor have the authority to determine if the Extreme Weather Condition rule will go into effect during a Tournament.  If it is so determined, a ten (10) minute break will be allowed between the second and third sets.  There may also be a delay in the starting time of the matches scheduled for play that day.  When possible, this decision to delay the start of matches due to Extreme Weather Conditions should be made prior to the scheduled start of play.

**Measurement and Monitoring of Weather Conditions**
The Sports Medicine Trainer/PHCP will monitor weather conditions by taking measurements a minimum of three (3) times and a maximum of five (5) times during the day.  The readings will be determined prior to the start of play and will be posted in the ITF Supervisor's office.

> The minimum of three readings will be taken:
> (1)  ½ hour before match play begins for the day;
> (2)  middle of the scheduled day;
> (3)  prior to beginning of the last match of the day or prior to the start of the first night session match.

**Implementation of the Rule**
In the event that during the day there is a change in weather conditions as determined by this periodic monitoring, the Extreme Weather Condition Rule can be put into effect at any time on all courts, excluding matches already in progress.  If there is a sudden change in weather conditions and the Rule is lifted, those matches already in progress will continue under the Extreme Weather Condition Rule.  In the case of rain or interruption to play, the ITF Supervisor and Sports Medicine Trainer/PHCP can reassess the Extreme Weather Condition Rule.

**Conditions of the 10-Minute Break**

If it is a mutual agreement between the players not to take a ten (10) minute break, then play will continue.  However, if requested by one player, the official ten minute break will be taken.

During the ten (10) minute break, no coaching or treatment will be allowed. However, a player will be allowed to receive an adjustment of medical support, medical equipment and/or advice from the Sports Medicine Trainer/PHCP.

Following the ten (10) minute break, no re-warm-up will be allowed. This rule applies in addition to the two (2) toilet and/or change of attire breaks allowed during the match.

**Penalties**

After completion of the Extreme Weather Conditions ten (10) minute break between the 2nd and 3rd sets, any delay in returning to the court shall subject a player to Time Violations.



# APPENDIX G

## MEDIA, COMMERCIAL AND DATA RIGHTS

The ITF Men's Circuit and ITF Women's Circuit ("ITF Pro Circuit") are sanctioned and governed by ITF Ltd ("ITF").

The individual tennis tournaments ("the Tournaments") which comprise the ITF Pro Circuit are organised and staged by the National Tennis Association of the country where the Tournament is held ("National Association") and/or by promoters/organisers approved by the applicable National Association. The National Tennis Associations are members of the ITF.

The National Associations own and/or control the Tournaments staged under their jurisdiction and recognise the mutual benefits that may be created for them and the ITF by establishing a framework for the creation and exploitation of certain rights relating thereto.

Specific rights (as defined below) relating to the ITF Pro Circuit and the Tournaments shall be exploited as set out below.


## 1. DEFINITIONS

In these Regulations the following terms shall have the meaning described below:-

"Circuit Sponsor Rights"
The right of ITF to appoint a sponsor (a "Circuit Sponsor") of the overall ITF Pro Circuit and/or of a Cross Border Group (as defined below) (i.e. not in respect of individual Tournaments and/or groups of Tournaments in one country) including without limitation in the form of "the XYZ ITF Pro Circuit";

"Commercial Rights"
Any and all commercial rights relating to the individual Tournaments excluding the Data Rights, the Media Rights and Circuit Sponsor Rights but including without limitation tournament sponsorships (including without limitation sponsorship of individual Tournaments and sponsorship of groups of Tournaments in one country or jurisdiction), official supplier arrangements, venue advertising, programmes, tickets and hospitality;

"Coverage"
Any and all audio-visual coverage of a Tournament or any part thereof;

87

"Cross Border Group"            Shall mean groups of Tournaments staged under the jurisdiction of two or more different National Associations, as authorised by the respective National Associations.

" Data Rights"                 Shall mean the Live Scoring Rights and the Non-Live Data Rights;

"Delay Period"                 Shall mean the period of 30 seconds immediately following the actual occurrence of an incident of match play or action that leads to such live score update (such as match starting, challenge, a point being scored, number of aces, etc.)

"Extended Period"              Shall mean the period commencing on 1st January 2017 and expiring 31st December 2026;

"Initial Period"               Shall mean the period commencing in 2012 and expiring 31st January 2016;

"Non-Live Data Rights"         Shall mean the right to collect, collate, store, use, reproduce, exploit, onward supply or make available any and all Official Data outside of the applicable Delay Period;

"Own Tournaments"              Shall mean in respect of a National Association, those Tournaments that are staged under its jurisdiction;

"Internet Rights"              Shall mean the right to transmit and/or make available the Coverage for reception by viewers by means of the Internet including without limitation Live Streaming;

"Media and Commercial          Shall mean the group of individuals representative of
Rights Working Group"          National Associations and the ITF;

"Live Scoring Rights"          Shall mean the right to collect, collate, store, use, reproduce, exploit, onward supply or make available any live match scores/in-match incident (such as match starting, challenge, a point being scored, number of aces etc.) during the applicable Delay Period;

"Live Signal"                  Shall mean a live audio-visual signal of Coverage of a Tournament;

"Live Streaming"               Shall mean the transmission and/or making available of Coverage from a Tournament through a Live Signal by

<div style="margin-left: 30%;">

means of the Internet Rights and/or Mobile Rights which shall only be permitted in accordance with paragraph 2 (Media Rights) below;

</div>

"Media Rights"  Shall mean the right to transmit, exhibit or otherwise make available the Coverage or any part thereof by any form of electronic media including without limitation by means of the Television Rights and/or Internet Rights and/or Mobile Rights;

"Mobile Rights"  Shall mean the right to transmit, exhibit or otherwise make available the Coverage or any part thereof by means of mobile wireless technology (e.g. GPRS, GSM and/or UMTS) and/or mobile broadcast technology (e.g. DVB-H, DAB, DMB-T) and any similar or derivative technologies;

"Net Revenue"  Shall mean revenues actually received by or on behalf of ITF from the exploitation of Commercial Rights, and/or Circuit Sponsor Rights and/or Media Rights hereunder after deduction of any costs, which are subject to the mutual approval of the ITF and each relevant National Association, incurred directly in the generation of such revenues (e.g. agency commissions, production costs, incremental and directly attributable ITF staff costs) and/or any taxes levied thereon;

"Official Data"  Shall mean any order of play/schedule, draw, scoring (including, without limitation live match scores/in-match incident such as match starting, challenge, a point being scored, number of aces etc) and/or other statistical information relating to any Tournament and/or the participants therein;

"Television Rights"  Shall mean the right to exhibit and/or licence third parties to exhibit the Coverage live and/or delayed and/or in highlights form by means of traditional broadcast television delivery including without limitation terrestrial, cable, and satellite television, analogue and/or digital.

## 2. MEDIA RIGHTS

Each National Association shall retain and have the exclusive right to exploit the Media Rights in respect of its Own Tournaments and retain all revenues thereby generated.

<div style="text-align: center;">89</div>

As part of their retained Media Rights, the National Associations may carry out and/or authorise Live Streaming and/or other exhibitions of Coverage of their Own Tournaments.  Each such National Association will not, during the Initial Period and/or the Extended Period, allow any such Coverage through Live Streaming to be transmitted or made available by means of the Internet Rights or Mobile Rights with a less than 30 second delay between the action taking place at the Tournament and the Live Streaming being available to viewers unless a shorter delay period is agreed otherwise with ITF in writing on a case by case basis.  For the avoidance of doubt National Associations will not be required to delay exhibitions made by means of the Television Rights.

ITF shall have the exclusive right to exploit the Media Rights in respect of any Cross Border Group of Tournaments. Such exploitation is subject to agreement by each of the relevant National Associations.  Upon expiry or termination of any agreement entered into by ITF for the exploitation of such rights, ITF may not renew or replace such agreement without the further agreement of each relevant National Association. ITF shall be free to propose such collective arrangements to each of the National Associations and each National Association may accept or reject such proposals at their discretion.

During the Initial Period and/or the Extended Period, ITF shall be exclusively entitled to seek licensees for the right to transmit or make available Live Streaming of the relevant National Association's Own Tournaments for use in connection with the provision of betting and gaming services

Each National Association shall retain the right to produce and/or appoint a third party to access its Own Tournaments in order to produce Coverage thereof.  Where ITF has concluded any Media Rights arrangement in respect of a Cross Border Group (which will include without limitation any such arrangement for Live Streaming for betting and gaming purposes), and provided that a National Association is producing Coverage to exploit Media Rights in respect of any of its Own Tournaments, the respective National Association shall ensure that the producer of the Coverage, whether a broadcaster, production company or other entity, makes the Coverage available to ITF and/or ITF's licensees, as a Live Signal (if available) at the venue of the relevant Tournament(s) (or other agreed point) and use reasonable efforts to procure that access to the Live Signal is free of charge, subject to payment for transmission of the production feed (uplink and downlink) and/or in the form of tape delay subject to payment of reasonable tape costs.

If a National Association is not producing and has not appointed a third party to produce Coverage in respect of any of its Own Tournaments where ITF has concluded a Media Rights arrangement in respect of such Tournament as part of a Cross Border Group (which will include without limitation any such arrangement for Live Streaming for betting and gaming purposes), ITF shall be responsible for producing and/or appointing a third party to access the relevant Tournaments in order to produce Coverage to the extent required for any Media Rights arrangement in respect of such Cross Border Group.  In such case, the relevant National

Association shall procure reasonable access to the Tournament venues and existing facilities (e.g. parking) for ITF's broadcaster, production company or other entity free of charge save for reimbursement of reasonable, directly attributable and incremental costs incurred by the relevant National Association and any of its Own Tournaments. ITF shall ensure that the producer of the Coverage, whether a broadcaster, production company or other entity, makes the Coverage available to the relevant National Association, as a Live Signal (if available) at the venue of the relevant Tournament(s) (or other agreed point) and use reasonable efforts to procure that access to the Live Signal is free of charge, subject to payment for transmission of the production feed (uplink and downlink) and/or in the form of tape delay subject to payment of reasonable tape costs.

In the case of any Media Rights exploited by the ITF 20 per cent of Net Revenue will be retained by ITF and 80 per cent of Net Revenue will be shared by National Associations which participate in ITF exploitation of such Media Rights according to a formula determined by ITF in consultation with the Media and Commercial Rights Working Group.

### 3. COMMERCIAL RIGHTS

Each National Association shall retain and have the exclusive right to exploit the Commercial Rights in respect of its Own Tournaments and retain all revenues thereby generated.

ITF shall have the exclusive right to exploit the Circuit Sponsor Rights in respect of any Cross Border Group of Tournaments or the overall ITF Pro Circuit. Such exploitation is subject to agreement by each of the relevant National Associations whose respective Own Tournaments will be subject to any Circuit Sponsor Rights. Upon expiry or termination of any agreement entered into by ITF for the exploitation of such rights, ITF may not renew or replace such agreement without the further agreement of each relevant National Association.  ITF shall be free to propose such collective arrangements to each National Association and each National Association may accept or reject such proposals at their discretion.

In the case of Circuit Sponsor Rights exploited by the ITF, 20 per cent of Net Revenue will be retained by ITF and 80 per cent of Net Revenue will be shared by National Associations which participate in activating such Circuit Sponsor Rights according to a formula determined by ITF in consultation with the Media and Commercial Rights Working Group.

For the avoidance of doubt no sponsorship will be permitted either as part of the Commercial Rights or as Circuit Sponsor Rights to any entity in respect of tobacco products, hard liquor products, betting companies, political activity or other category deemed to be detrimental to the sport of tennis, as reasonably determined by ITF in consultation with the applicable National Associations. It is permitted to appoint casinos or national, regional or state sports lotteries as part of the above rights (with

91

the prior approval of the ITF) provided they do not offer tennis betting as part of their business activity.

## 4. DATA RIGHTS

The National Associations and ITF recognised the potential value of collaborating closely in the development and exploitation of Live Scoring Rights.  Accordingly the National Associations and ITF have agreed that during the period, covering the Initial Period and the extended Period, expiring at the end of the Extended Period unless extended on the same or a modified basis thereafter by further agreement (following good faith discussions) by each National Association and ITF:

  i.  Subject to clause (iii) below, the ITF shall have the exclusive right to exploit and/or to authorise third parties to exploit the Live Scoring Rights during the Initial Period and/or Extended Period with respect to all Tournaments and will keep the National Associations informed about such exploitation.

 ii.  The ITF will have the non-exclusive right to exploit the Non-Live Data Rights during the Initial Period and/or Extended Period and will keep the National Associations informed about such exploitation.

iii.  The National Associations will retain all rights not expressly granted to the ITF during the Initial Period and/or Extended Period that relate to their Own Tournaments including, without limitation, with respect to the Live Scoring Rights and the Non-Live Data Rights.  Notwithstanding the grant to ITF in clause (i), the National Associations shall retain the right to exhibit:

  a.  Live Scoring Rights on on-court scoreboards and other areas located within the respective venues; and

  b.  Live Scoring Rights on exhibitions made by means of the Television Rights of their own Tournaments to which such Live Scoring Rights relate.

Following expiry of the Extended Period if the arrangement is not agreed to be extended and/or renewed all Live Scoring Rights and Non-Live Data Rights which derive from the ownership and/or control of each of the Tournaments shall remain vested in the respective National Association.

Any and all revenue generated from the exploitation of the Live Scoring Rights and Non-Live Data Rights by ITF during the Initial Period and/or Extended Period after recoupment by ITF from such revenues of all reasonable direct and incremental costs it incurs in relation to such exploitation (such costs to be periodically reviewed with the ITF Pro Circuit Media, Commercial & Data Rights Working Group) shall be divided:

  a.  20 per cent to ITF; and

b. 80 per cent to be shared by National Associations according to a formula determined by ITF in consultation with the Media and Commercial Rights Working Group.

The National Associations and Tournaments shall co-operate with the ITF during the Initial Period and/or Extended Period in relation to:

- any system or scheme that the ITF implements for the collection, supply and/or licensing (in each case by the ITF itself or via an appointed 3rd party) of Live Scoring Rights and Non-Live Data Rights at Tournaments;

- any reasonable measures that the ITF takes to protect the value of the Live Scoring Rights including without limitation to prevent the unauthorised collection and exploitation of the Live Scoring Rights relating to Tournaments during the Delay Period. Such measures may include the implementation and enforcement of ticket conditions, accreditation terms and access to venue agreements and shall be developed in consultation with the ITF Pro Circuit Media, Commercial & Data Rights Working Group.

ITF shall make available to the National Associations free of charge any Official Data collected by ITF for use by the National Associations consistent with this rule.

ITF and the National Associations shall at all times co-operate with and comply with the requirements of the Tennis Integrity Unit.



# APPENDIX H

## PLAYER ANALYSIS TECHNOLOGY ("PAT") DATA RIGHTS

1. Definition

"PAT Data" shall mean player performance analysis data and/or other data or information collected by and/or with the co-operation of the player and/or analysis derived therefrom during a match in any Pro Circuit tournament ("Tournament") by means of any system of Player Analysis Technology that is approved by ITF for use in that Tournament.

2. PAT Data exploitation

ITF has, subject to the Rules of Tennis, agreed that players using approved PAT systems may collect, collate, assemble and store PAT Data from games and matches played in a Tournament subject to the following conditions:

   i. During a match, coaches and players and any technology providers or service operators involved in the collection, collation and/or analysis of PAT Data shall only use such PAT Data for internal analysis and coaching purposes of the respective player and/or team and such use shall be strictly subject to Rule 30 of the Rules of Tennis.

   ii. Each coach and player shall and undertakes to procure that any technology provider or service operator involved in the collection, collation and/or analysis of PAT Data at any time shall:

     a. Not publish, use or otherwise exploit any PAT Data or supply any PAT Data or analysis derived therefrom to third parties for any purposes other than as described in (i) above or that have otherwise been pre-approved in writing by ITF and shall take such steps as ITF may reasonably require to prevent any unauthorised access to and/or use of such PAT Data. In particular, but without limitation, no PAT Data or analysis or product derived therefrom shall be used or supplied to any third party for any purpose related to betting and/or gambling;

     b. Ensure that ITF shall be able to access free of charge any and all such PAT Data live and/or delayed at the venue of the match and/or such other point as may be agreed and ITF shall be free to use such PAT Data and authorise third parties to use such PAT Data for any purposes.

   iii. In the event that such PAT Data is accessed by unauthorised third parties and/or ITF reasonably believes that PAT Data and/or PAT equipment and/or services are being used for any purposes in breach of these regulations ITF shall be entitled to rescind its approval and coaches and players will immediately cease use of the PAT system pending resolution.



# APPENDIX I

### CONTACTS

### INTERNATIONAL TENNIS FEDERATION

Bank Lane
Roehampton
London SW15 5XZ
Telephone: (44) (0) 20 8878 6464
Fax (44) (0) 20 8392 4748 / 4749
email: mens@itftennis.com
email: womens@itftennis.com

Kris Dent, Senior Executive Director, Professional Tennis
Jackie Nesbitt, Executive Director, ITF Circuits
Caroline Blincoe, Head, ITF Circuits (Pro and Junior)
Helen McFetridge, Manager, Juniors & Pro Circuits

# ITF
# PRO CIRCUIT

# CODE OF CONDUCT
# 2017

© ITF Limited t/a International Tennis Federation
All rights reserved
2016

# CODE OF CONDUCT
# ITF PRO CIRCUIT
# 2017

*Please note that where the rules apply to the ITF Women's Circuit Regulations only, the text is in Italics*

## ARTICLE I: GENERAL

References in this Code of Conduct ("Code") to the "ITF Executive Director" shall hereafter mean the ITF Executive Director of Professional Tennis.

References in this Code to the "Committee" shall hereafter mean the ITF Women's Circuit Committee in the case of ITF Women's Circuit Tournaments and the ITF Men's Circuit Committee in the case of ITF Men's Circuit Futures Tournaments.

## A.    PURPOSE

The International Tennis Federation promulgates this Code of Conduct ("Code") in order to maintain fair and reasonable standards of conduct by players, Related Persons and the organisers of ITF Pro Circuit Tournaments and to protect their respective rights, the rights of the public and the integrity of the Sport of Tennis. All references to the International Tennis Federation or the ITF shall mean the ITF Limited.

## B.    EXCLUSIVE APPLICABILITY

This 2017 ITF Pro Circuit Code of Conduct shall be the exclusive basis for disciplinary action against any player, Related Person or tournament in ITF sanctioned Pro Circuit Tournaments, except to the extent that disciplinary jurisdiction is established in relation to such Tournaments under (i) the Tennis Anti-Doping Programme; (ii) the Anti-Corruption Program; and/or (iii) the ITF Welfare Policy.

## C.    UNITED STATES DOLLARS

All monetary fines set forth in the Code are in US Dollars.

## D.    ITF SUPERVISOR

The approved ITF Supervisor for each ITF Pro Circuit Tournament shall be the final authority for the interpretation of these Tournament Regulations, Code of Conduct and the Rules of Tennis as to all matters arising that require immediate resolution at the tournament site.

## ARTICLE II: MEN'S ENTRY OFFENCES

### A.  APPLICABILITY

This Article shall only apply to ITF Men's Circuit Futures Tournaments.

### B.  ENTRY OFFENCES

#### 1.  Late Withdrawal / No Show
Any withdrawal from a player accepted into the Main Draw or Qualifying that occurs after the Withdrawal Deadline shall be considered a late withdrawal <u>and will be penalised unless:</u>

- <u>The player has complied with the provisions of section V. and VI. Entries and Withdrawals of the ITF Men's Circuit regulations;</u>
- <u>a player who is on the Qualifying Acceptance List but who is still playing in another ITF Men's Circuit or ATP tournament at the time of the Qualifying sign-in deadline, provided the player withdraws before the Qualifying sign-in closes;</u>
- <u>a player who is on the Qualifying Acceptance List but who is still playing in another "qualified" ITF Men's Circuit or ATP tournament and who applies for a Special Exempt position, but where such Special Exempt position is not available for the player;</u>
- <u>a player who qualifies for entry or receives a Wild Card into the Qualifying or Main Draw of a Grand Slam tournament, provided the player withdraws before the Qualifying sign-in deadline.</u>
- <u>the provisions of section V.E. Playing Another Event / One Tournament per Week apply.</u>

<u>Players who have been subject to Automatic Withdrawals will not be fined.</u>

A player's first three (3) late withdrawal offences within a calendar year are excused\*, provided the withdrawal is received by the ITF (and by the ITF Supervisor, if submitted after the Freeze Deadline) prior to the Qualifying Sign-in Deadline.
(\*an excused withdrawal is valid for two consecutive tournament weeks provided the player withdraws as above, and notifies the ITF about the second week's late withdrawal by the last day of the tournament).

Violation of this Section shall subject a player to a fine up to \$500.

In circumstances that are flagrant and particularly injurious to the success of the ITF Futures Tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour".

**2.    On-Site Medical Withdrawal**

a.    If a player is forced to retire or withdraw during a tournament for medical reasons, the ITF Medical Certification form must be completed by the medically qualified physician on-site verifying that the player is unfit to continue playing in the current tournament.

b.    A valid ITF Medical Certification form will excuse a late withdrawal penalty for any subsequent tournament until the player next competes in any tennis event, provided the late withdrawal is submitted prior to the relevant Qualifying Sign-in Deadline.

c.    A player who withdraws from a tournament <u>after the Qualifying Sign-in Deadline</u> will be excused a late withdrawal penalty provided:

    i.   the player is still competing in <u>the previous week's</u> tournament at or after the time of the Qualifying Sign-In Deadline, is <u>thereafter</u> forced to withdraw/retire, is examined by that tournament's physician and is determined to be unfit to compete at the following week's tournament; or

    ii.  the player is on-site at the tournament when the withdrawal occurred and is determined to be unfit to compete by the tournament's physician.

    For the purpose of this rule, the player must withdraw before the start of his first match and the ITF Medical Certification form must be completed and submitted to the ITF no later than the last day of the tournament.

**3.    Playing Another Event / One Tournament Per Week**

a.    No player who has played in the Main draw or Qualifying of an ITF Futures tournament shall play in any other tennis event during the period of such tournament except as stated in section V.E.b. in the ITF Men's Circuit Regulations and/or unless released by the ITF Supervisor.

b.    No player who has entered and been accepted into the Qualifying or Main Draw of an ITF Futures tournament shall play in any other tennis event during the period of such tournament except as stated in section V.E.a. in the ITF Men's Circuit Regulations or as hereinafter provided.

    Violation of this section shall result in a fine up to $1,000 in addition to any other fines provided in the Code.

    In circumstances that are flagrant and particularly injurious to the success of the tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour".

## C.    WILD CARDS

No player, directly or indirectly, shall offer, give, solicit, receive or accept, or agree to offer, give, solicit, receive or accept anything of value in exchange for a Wild Card. Violation of this section by a player shall result in a fine of up to $5,000.

In circumstances that are flagrant and particularly injurious to the success of an ITF Futures Tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour".

## D.    DETERMINATION AND PENALTY

The <u>ITF or</u> ITF Supervisor shall make such investigation as is reasonable to determine the facts regarding all entry offences and upon determining that a violation has occurred shall specify the fine and/or other punishment therefore and where possible notify the player.

## E.    PAYMENT OF FINES

All fines levied for entry offences shall be paid by the player within ten (10) days after the notice thereof is provided. Unpaid fines shall also be collected at other ITF Futures tournaments for remission to the ITF.

A player who has accumulated $500 or more in unpaid fines for violations of this Code of Conduct shall not be allowed to enter any ITF Futures tournament until such time as all fines have been paid.

A player who has outstanding fines at the end of the calendar year will not be allowed to enter any ITF Futures tournament until such time as all fines have been paid.

## F.    REMISSION OF FINES

Under extraordinary circumstances, <u>as determined by the ITF,</u> a player has the right to appeal a Late Withdrawal or No Show fine to the ITF <u>Internal Adjudication Panel in advance of payment or without payment</u> provided such appeal is filed within ten (10) days of the last day of the tournament. Such extraordinary circumstances must be substantiated by documentation. <u>There shall be no right of appeal from the ITF Internal Adjudication Panel's decision.</u>

## G.    FALSIFYING OFFICIAL DOCUMENTATION

Should a player submit documentation that the ITF deems to be false evidence, including, but not limited to, documents pertaining to tournament entry and

withdrawal and Code of Conduct appeals, the player shall be subject to a fine of up to $500 in addition to any other fines provided in the Code.

In circumstances that are flagrant and particularly injurious to the success of the tournament, or are singularly egregious, a single violation of this section shall also constitute the Major Offence of "Aggravated Behaviour".

## H.    APPEALS

Any player found to have committed an Entry Offence may, after paying all fines as above provided, appeal to the ITF <u>Internal Adjudication Panel, which shall determine the matter in accordance with its Procedural Rules (save that there shall be no right of appeal against the ITF Internal Adjudication Panel's decision). The appeal shall be made in writing and must be filed with the ITF by 5.00pm GMT within ten (10) days from the date the notice is mailed to the player (the "Notice of Appeal"). The Notice of Appeal must include a statement by the player as to the facts and circumstances of the incident along with any other evidence the player wishes to submit.</u>

## ARTICLE III: WOMEN'S ENTRY OFFENCES

### A.    ENTRIES AND WITHDRAWALS

All players shall abide by the rules for entries and withdrawals set forth in these Regulations.

### B.    ENTRY OFFENCES
#### 1.  Late Withdrawal/ No Show

No player may withdraw her entry from the Main Draw or Qualifying of an ITF Women's Circuit tournament for any reason after the Withdrawal Deadline. Any such withdrawal will be considered a late withdrawal and will be penalised, unless:

- the player has complied with the provisions of Section  Entries and Withdrawals c) Withdrawal Procedures of the ITF Women's Circuit Regulations;
- a player who is on the Qualifying Acceptance List but who is still playing in another ITF Women's Circuit or WTA tournament at the time of the Qualifying Sign-in deadline, provided the player withdraws before the Qualifying Sign-in closes;
- a player who is on the Qualifying Acceptance List but who is still playing in another "qualified" ITF Women's Circuit or WTA tournament and who applies for a Special Exempt position, but where such Special Exempt position is not available for the player;
- a player who qualifies for entry or receives a Wild Card into the Qualifying or Main Draw of a Grand Slam Tournaments, provided the player withdraws before the Qualifying sign-in deadline
- the provisions of section V.E. Playing Another Event / One Tournament Per Week apply.

Players who have been subject to Automatic Withdrawals will not be fined.

A player's first three (3) late withdrawal offences within a calendar year are excused*, provided the withdrawal is received by the ITF (and by the ITF Supervisor, if submitted after the Freeze Deadline) prior to the Qualifying Sign-in Deadline.
(*an excused withdrawal is valid for two consecutive tournament weeks provided the player withdraws, as above, and notifies the ITF about the second week's late withdrawal by the last day of the tournament).

Violation of this section shall result in a fine up to $1,000.

In circumstances that are flagrant and particularly injurious to the success of an ITF Women's Circuit tournament, or are singularly egregious, a single violation

of this Section shall also constitute the Major Offence of "Aggravated Behaviour".

**2. On-site Medical Withdrawal**

a.   If a player is forced to retire or withdraw during a tournament for medical reasons, the ITF Medical Certification form must be completed by the medically qualified physician on-site verifying that the player is unfit to continue playing in the current tournament.

b.   A valid ITF Medical Certification form will excuse a late withdrawal penalty for any subsequent tournament until the player next competes in any tennis event, provided the late withdrawal is submitted prior to the relevant Qualifying Sign-in Deadline.

c.   A player who withdraws from a tournament after the Qualifying Sign-in Deadline will be excused a late withdrawal penalty provided:

   i.   the player is still competing in the previous week's tournament at or after the time of the Qualifying Sign-In Deadline, is thereafter forced to withdraw/retire, is examined by that tournament's physician and is determined to be unfit to compete at the following week's tournament; or

   ii.   the player is on-site at the tournament when the withdrawal occurred and is determined to be unfit to compete by the tournament's physician.

   For the purpose of this rule, the player must withdraw before the start of her first match and the ITF Medical Certification form must be completed and submitted to the ITF no later than the last day of the tournament.

**4. Playing Another Event / One Tournament Per Week**

a.   No player who has played in the Main Draw or Qualifying of an ITF Women's Circuit Tournament shall play in any other tennis event during the period of such tournament except as stated in section V.E. in the ITF Women's Circuit Regulations and/or unless released by the ITF Supervisor.

b.   No player who has entered and been accepted into the Qualifying or Main Draw of an ITF Women's Circuit tournament shall play in any other tennis event during the period of such tournament except as stated in section V.E. in the ITF Women's Circuit Regulations and/or as hereinafter provided.

   Violation of this Section shall result in a fine up to $1,000 in addition to any other late withdrawal fines provided in the Code.

   In circumstances that are flagrant and particularly injurious to the success of an ITF Women's Circuit tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour".

## C.    WILD CARDS

No player, directly or indirectly, shall offer, give, solicit, receive or accept, or agree to offer, give, solicit, receive or accept anything of value in exchange for a Wild Card. Violation of this section by a player shall result in a fine of up to $5,000.

In circumstances that are flagrant and particularly injurious to the success of an ITF Women's Circuit tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour".

## D.    DETERMINATION AND PENALTY

The ITF or ITF Supervisor shall make such investigation as is reasonable to determine the facts regarding all Entry Offences and upon determining that a violation has occurred shall specify the fine and/or other punishment therefore and where possible notify the player.

## E.    PAYMENT OF FINES

All fines levied for entry offences shall be paid by the player within ten (10) days after the notice thereof is provided. Unpaid fines shall also be collected at other ITF Women's Circuit tournaments for remission to the ITF.
A player who has accumulated $500 or more in unpaid fines for violations of this Code of Conduct shall not be allowed to enter any ITF Women's Circuit tournament until such time as all fines have been paid.
A player who has outstanding fines at the end of the calendar year will not be allowed to enter any ITF Women's Circuit tournament until such time as all fines have been paid.

## F.    REMISSION OF FINES

Under extraordinary circumstances, as determined by the ITF, a player has the right to appeal a Late Withdrawal or No Show fine to the ITF Internal Adjudication Panel in advance of payment or without payment provided such appeal is filed within ten (10) days of the last day of the tournament.  Such extraordinary circumstances must be substantiated by documentation.  There shall be no right of appeal from the ITF Internal Adjudication Panel's decision.

## G.    FALSIFYING OFFICIAL DOCUMENTATION

Should a player submit documentation that the ITF deems to be false evidence, including, but not limited to, documents pertaining to tournament entry and withdrawal and Code of Conduct appeals, the player shall be subject to a fine of up to $1,000 in addition to any other fines provided in the Code.

In circumstances that are flagrant and particularly injurious to the success of the tournament, or are singularly egregious, a single violation of this section shall also constitute the Major Offence of "Aggravated Behaviour".

## H.    APPEALS

Any player found to have committed an Entry Offence may, after paying all fines as provided above, appeal to the ITF Internal Adjudication Panel, which shall determine the matter in accordance with its Procedural Rules (save that there shall be no right of appeal against the ITF Internal Adjudication Panel's decision). The appeal shall be made in writing and must be filed with the ITF by 5.00pm GMT within ten (10) days from the date the notice is mailed to the player (the "Notice of Appeal"). The Notice of Appeal must include a statement by the player as to the facts and circumstances of the incident along with any other evidence the player wishes to submit.

## ARTICLE IV: ON-SITE OFFENCES

### A.    GENERAL

Every player shall, during all matches and at all times while within the precincts of the site of an ITF Pro Circuit Tournament <u>and/or Official Tournament Hotel</u>, conduct himself/herself in a professional manner. The provisions hereinafter set forth shall apply to each player's conduct while within the precincts of each such site.

### B.    PUNCTUALITY

Matches shall follow each other without delay in accordance with the announced order of play. The order of play shall be posted at a highly visible place in a general players' area as designated by the ITF Supervisor.
Matches shall be called in accordance with the order of play using all available and reasonable means. Players shall be ready to play when their matches are called.

   1.    Any player not ready to play within ten (10) minutes after his match is called may be fined $50.

   2.    Any player not ready to play within fifteen (15) minutes after his match is called may be fined up to an additional $200 and shall be defaulted unless the ITF Supervisor in his sole discretion, after consideration of all relevant circumstances, elects not to declare a default.

### C.    DRESS AND EQUIPMENT

Every player shall dress and present himself/herself for play in a professional manner. Clean and customarily acceptable tennis attire shall be worn.
Any player who violates this Section may be ordered by the Chair Umpire or ITF Supervisor to change his/her attire or equipment immediately. Failure of a player to comply with such order may result in an immediate default. (The ITF reserves the right to interpret the following rules so as to give effect to the intent and purposes of these Regulations)

   **1. Unacceptable Attire**
   Sweatshirts, gym shorts, dress shirts, T-shirts or any other inappropriate attire shall not be worn during a match (including the warm-up).

   **2. Shoes**
   Players are required to wear tennis shoes generally accepted as proper tennis attire. Shoes shall not cause damage to the court other than what is expected during the normal course of a match or practice. Damage to a court may be considered as physical or visible, which may include a shoe that leaves mark

beyond what is considered acceptable. The ITF Supervisor has the authority to determine that a shoe does not meet these criteria and may order the player to change.

### i.   Grass Court Shoes

At grass court tournaments no grass court shoes other than those with rubber soles, without heels, ribs, studs or coverings, shall be worn by players.

Shoes with pimples or studs around the outside of the toes shall not be permitted. The foxing around the toes must be smooth.

The ITF Supervisor has the authority to determine that a tennis shoe's sole does not conform to such customs and standards and can prohibit its use at grass court tournaments.

### ii.   Clay Court Shoes

Players are required to wear tennis shoes generally accepted for play on clay courts or granular surfaces. The ITF Supervisor has the authority to determine that a tennis shoe's sole does not conform to such customs and standards and can prohibit its use at clay court tournaments.

Grass court shoes shall not be worn during a match on clay courts.

## 3.   Identification

No identification shall be permitted on a player's clothing, products or equipment on court during a match or at any press conference or tournament ceremony, except as follows:

### a.   ITF Men's Circuit Tournaments

#### 1.   Shirt, Sweater or Jacket

i.   **Sleeves.**  Two (2) positions for commercial (i.e. non-manufacturer's) or manufacturer's identification for each sleeve, neither of which exceeds six (6) square inches (39 sq.cm), shall be permitted. Maximum of two (2) identifications may be paced within each six (6) square inch position. Identifications may contain writing.

ii.   **Sleeveless.**  Two (2) positions of the manufacturer's or commercial identification, neither of which exceeds six (6) square inches (39 sq.cm) may be placed on the front or collar of the shirt. If no more than one (1) identification is placed on the front or collar of the shirt, then one (1) manufacturer identification may be placed on the back of the shirt, not to exceed four (4) square inches (26 sq. cm). Identifications may contain writing.

    **iii. Front, Back and Collar.** Two (2) positions of the manufacturer's or commercial identifications, neither of which exceeds six (6) square inches (39 sq.cm) may be placed in any location on the front or on the collar. Alternatively one (1) manufacturer's or commercial identification which may not exceed six (6) square inches (39 sq.cm) may be placed on the front or collar and then an additional manufacturer's identification, not to exceed four (4) square inches (26 sq.cm), may be placed on the back. Identifications may contain writing.

    **iv. Other.** Identification of the clothing manufacturer, without the name of the manufacturer or any other writing, may be placed once or repeatedly within an area not to exceed twelve (12) square inches (77.5 sq.cm) in one of the following positions:
      a. On each of the shirt sleeves (if a manufacturer's identification is not on the sleeves pursuant to the section i. above); or
      b. On the outer seams (sides of torso) of the shirt.

**2. Shorts**
Two (2) manufacturer's identifications, neither of which exceeds two (2) square inches (13 sq.cm) may be placed on the front or back of the shorts; or two (2) manufacturer's identification neither of which exceeds four (4) square inches (26 sq.cm) may be placed as follows: one (1) identification on the front and one (1) identification on the back of the shorts. Identifications may contain writing.

On compression shorts and/or compression sleeves, two (2) manufacturer's identification not to exceed two (2) square inches (13 sq.cm) or one (1) manufacturer's identification which must not exceed four (4) square inches (26 sq.cm). These shall be in addition to the manufacturer's identifications permitted on shorts.

**3. Socks/Shoes**
Manufacturer's identifications on each sock and on each shoe shall be permitted.

**4. Racquet**
Manufacturer's identifications on racquet and strings shall be permitted.

**5. Hat, Headband or Wristband**
One (1) manufacturer's identification and/or one (1) commercial identification, neither if which exceeds four (4) square inches (26 sq.cm), shall be permitted on hats or headbands. The commercial

identification must be located on the side of the hat/headband and
worn so that it is positioned on the side of the head.
One (1) manufacturer's identification not to exceed four (4) square
inches (26 sq.cm) will be permitted on wristband.

**6.   Bags, Towels, Other Equipment or Paraphernalia**
Tennis equipment manufacturer's identifications, on each item plus
two (2) separate commercial identifications on one (1) bag, neither
of which exceeds six (6) square inches (39sq.cm) shall be permitted.
Note: The Tecnifibre ATP line of racquet bags are allowed at ITF
Men's Pro Circuit Events.

**b.   ITF Women's Circuit Tournaments**

**1.   Shirt, Sweater or Jacket**
**Sleeves.** One (1) commercial (non-manufacturer's)
identification for each sleeve, neither of which exceeds four (4)
square inches (26 sq.cm), plus one (1) manufacturer's
identification on each sleeve, neither of which exceeds four (4)
square inches (26 sq.cm) shall be permitted Identifications may
contain writing. A third patch may be worn on the sleeve if it is
a "WTA" patch. This patch shall not exceed four (4) square
inches (26 sq.cm) and must be worn on the upper part of the
garment.

**ii.   Sleeveless.** The two (2) commercial (non-manufacturer's)
identifications permitted on the sleeves above, neither of which
shall exceed four (4) square inches (26 sq.cm), may be placed
on the front of the garment. Identifications may contain writing.
A third patch may be worn on the front of the garment if it is a
"WTA" patch. This patch shall not exceed four (4) square
inches (26 sq.cm).

**iii.   Front, Back and Collar.** Total of two (2) manufacturer's
identifications, neither of which exceeds two (2) square inches
(13 sq.cm) or one (1) manufacturer's identification, which does
not exceed four (4) square inches (26 sq.cm) may be placed in
any of these three locations. Identifications may contain
writing.

**iv.   Other.** Identification of the clothing manufacturer, without the
name of the manufacturer or any other writing, may be placed
once or repeatedly within an area not to exceed twelve (12)
square inches (77.5 sq.cm) in one of the following positions:

    c. On each of the shirt sleeves (if a manufacturer's identification is not on the sleeves pursuant to the section i. above); or

    d. On the outer seams (sides of torso) of the shirt

**2. Shorts/Skirts**

Two (2) manufacturer's identifications, neither of which exceeds two (2) square inches (13 sq.cm), or one (1) manufacturer's identification which does not exceed four (4) square inches (26 sq.cm) shall be permitted.

On compression shorts, one (1) manufacturer's identification not to exceed two (2) square inches (13 sq.cm) and which shall be in addition to the manufacturer's identifications on shorts/skirts shall be permitted. Identifications may contain writing.

Note: A dress for the purposes of permissible identification shall be treated as a combination of a skirt and a shirt (dividing dress at waist).

**3. Socks/Shoes**

Manufacturer's identifications on each sock and on each shoe shall be permitted. The identifications on the sock(s) on each foot shall be limited to a maximum of two (2) square inches (13 sq.cm). Identifications may contain writing.

**4. Racquet**

Manufacturer's identifications on racquet and strings shall be permitted.

**5. Hat, Headband or Wristband**

One (1) manufacturer's identification not to exceed three (3) square inches (19.5 sq.cm) shall be permitted on wristbands.

For hats or headbands, one (1) manufacturer's identification on the front and one (1) commercial (non-manufacturer's) identification on the side, both of which may contain writing not to exceed three (3) square inches (19.5 sq.cm). Identifications may contain writing.

Hats, headbands or wristbands with the WTA logo (in addition to manufacturer's and commercial ID) shall not exceed two (2) square inches (13 sq.cm).

**6. Bags, Other Equipment or Paraphernalia**

Tennis equipment manufacturer's identifications, or the WTA logo, on each item plus two (2) separate commercial identifications on one (1) bag, neither of which exceeds four (4) square inches (26 sq.cm) shall be permitted.

<u>A total of one (1) WTA patch may be worn on a player's clothing (including hats, headband, wristband etc.) during the match.</u>

**c. Another Tennis, Sport or Entertainment Event**

Notwithstanding anything to the contrary hereinabove set forth the identification by use of the name, emblem, logo, trademark, symbol or other description of any tennis circuit, series of tennis events, tennis exhibition, tennis tournament, any other sport or entertainment event other than the ITF Pro Circuit is prohibited on all dress or equipment, unless otherwise approved by the ITF.

**d. General**

All identifications should be firmly attached at all points on the clothing or equipment

No identification shall be permitted on player's clothing that promotes/displays tobacco products, hard liquor products, political activity or other category deemed to be detrimental to the sport of tennis.

In the event the utilisation of any of the foregoing permitted commercial identifications would violate any governmental regulation with respect to television, then the same shall be prohibited.

For the purposes of this rule, the manufacturer means the manufacturer of the clothing or equipment in question.

In addition, the size limitation shall be ascertained by determining the area of the actual patch or other addition to a player's clothing without regard to the colour of the same. In determining area, depending on the shape of the patch or other addition, a circle, triangle or rectangle shall be drawn around the same and the size of the patch for the purpose of this Rule shall be the area within the circumference of the circle or the perimeter of the triangle or rectangle as the case may be.

**3. Warm-up Clothing**

Players may wear warm-up clothing during the warm-up and during a match provided it complies with the foregoing provisions and provided further that the players obtain approval of the ITF Supervisor prior to wearing warm-up clothing during a match.

**4. Taping**

No taping over of logos/patches shall be allowed.

**5. Fines**

Any player who violates this Section and is not defaulted shall be subject to the following fines:

a. **Unacceptable Attire**
   Violation of the provisions with respect to Unacceptable Attire shall result in a fine of up to $250;

b. **Manufacturer's Identification**
   Violation of the provisions with respect to manufacturer's identifications shall result in a fine of up to $250;

c. **Commercial Identification**
   Violation of the provisions with respect to commercial identifications shall result in a fine of up to $250;

d. **Another Tennis Event**
   Violation of the provisions with respect to the name of an event shall result in a fine of up to $250.

## D.    TIME VIOLATION / DELAY OF GAME

Following the expiration of the warm-up period play shall be continuous and a player shall not unreasonably delay a match for any cause.

A maximum of twenty (20) seconds shall elapse from the moment the ball goes out of play at the end of the point until the time the ball is struck for the first serve of the next point. If such serve is a fault then the second serve must be struck by the server without delay.

When changing ends a maximum of ninety (90) seconds shall elapse from the moment the ball goes out of play at the end of the game until the time the first serve is struck for the next game. If such first serve is a fault the second serve must be struck by the server without delay. However, after the first game of each set and during a tie-break, play shall be continuous and the players shall change ends without a rest period.

At the conclusion of each set, regardless of the score, there shall be a set break of one hundred and twenty (120) seconds from the moment the ball goes out of play at the end of the set until the time the first serve is struck for the next set.
If a set ends after an even number of games, there shall be no change of ends until after the first game of the next set.

The receiver shall play to the reasonable pace of the server and shall be ready to receive within a reasonable time of the server being ready. A Time Violation may be issued prior to the expiration of twenty (20) seconds if the receiver's actions are delaying the reasonable pace of the server.

*(Women's Circuit Tournaments) The first violation of this Section shall be penalised by a Time Violation - Warning and each subsequent violation shall be penalised by the assessment of one Time Violation - Point Penalty.*

(Men's Circuit Tournaments) The first violation of this Section, as either server or receiver, shall be penalised by a Time Violation - Warning and each subsequent violation, as either server or receiver, shall be penalised as follows:

- Server       The Time Violation shall result in a "fault"
- Receiver    The Time Violation shall result in a "point penalty"

When a violation is a result of a medical condition, refusal to play or not returning to the court within the allowed time a Code Violation (Delay of Game) penalty shall be assessed in accordance with the Point Penalty Schedule.

### E.    AUDIBLE OBSCENITY (AOb)

Players shall not use an audible obscenity within the precinct of the tournament site. Violation of this Section shall subject a player to a fine up to $500 for each violation. In addition, if such violation occurs during a match (including the warm-up), the player shall be penalised in accordance with the Point Penalty Schedule hereinafter set forth. In circumstances that are flagrant and particularly injurious to the success of a tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour" and shall be subject to the additional penalties hereinafter set forth therefore.

For the purposes of this Rule, audible obscenity is defined as the use of words commonly known and understood to be profane and uttered clearly and loudly enough to be heard by the Court Officials or spectators.

### F.    VISIBLE OBSCENITY (VOb)

Players shall not make obscene gestures of any kind within the precincts of the tournament site. Violation of this Section shall subject a player to a fine up to $500 for each violation. In addition, if such violation occurs during a match (including the warm-up), the player shall be penalised in accordance with the Point Penalty Schedule hereinafter set forth. In circumstances that are flagrant and particularly injurious to the success of a tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour" and shall be subject to the additional penalties hereinafter set forth therefore.

For the purposes of this Rule, visible obscenity is defined as the making of signs by a player with his hands and/or racquet or balls that commonly have an obscene meaning.

### G.    VERBAL ABUSE (VA)

Players shall not at any time directly or indirectly verbally abuse any official, opponent, sponsor, spectator or other person within the precincts of the tournament site.

Violation of this Section shall subject a player to a fine up to $500 for each violation. In addition, if such violation occurs during a match (including the warm-up), the player shall be penalised in accordance with the Point Penalty Schedule hereinafter set forth. In circumstances that are flagrant and particularly injurious to the success of a tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour" and shall be subject to the additional penalties hereinafter set forth therefore.

For the purposes of this Rule, verbal abuse is defined as a statement about an official, opponent, sponsor, spectator or other person that implies dishonesty or is derogatory, insulting or otherwise abusive.

### H.    PHYSICAL ABUSE (PhA)

Players shall not at any time physically abuse any official, opponent, spectator or other person within the precincts of the tournament site.

Violation of this Section shall subject a player to a fine up to $500 for each violation. In addition, if such violation occurs during a match (including the warm-up), the player shall be penalised in accordance with the Point Penalty Schedule hereinafter set forth. In circumstances that are flagrant and particularly injurious to the success of a tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour" and shall be subject to the additional penalties hereinafter set forth therefore.

For the purposes of this Rule, physical abuse is the unauthorised touching of an official, opponent, spectator or other person.

### I.    ABUSE OF BALLS (BA)

Players shall not violently, dangerously or with anger hit, kick or throw a tennis ball within the precincts of the tournament site except in the reasonable pursuit of a point during a match (including the warm-up). Violation of this Section shall subject a player to a fine up to $250 for each violation. In addition, if such violation occurs during a match (including the warm-up), the player shall be penalised in accordance with the Point Penalty Schedule hereinafter set forth.

For the purposes of this Rule, abuse of balls is defined as intentionally hitting a ball out of the enclosure of the court, hitting a ball dangerously or recklessly within the court or hitting a ball with negligent disregard of the consequences.

### J.    ABUSE OF RACQUETS OR EQUIPMENT (RA)

Players shall not violently or with anger hit, kick or throw a racquet or other equipment within the precincts of the tournament site. Violation of this Section shall subject a player to a fine up to $250 for each violation. In addition, if such violation occurs during a match (including the warm-up), the player shall be penalised in accordance with the Point Penalty Schedule hereinafter set forth.

For the purposes of this Rule, abuse of racquets or equipment is defined as intentionally and violently destroying or damaging racquets or equipment or

intentionally and violently hitting the net, court, umpire's chair or other fixture during a match out of anger or frustration.

## K.    COACHING AND COACHES (CC)

Players shall not receive coaching during a match. Communications of any kind, audible or visible, between a player and a coach may be construed as coaching. Players shall also prohibit their coaches (1) from using audible obscenity within the precincts of the tournament site, (2) from making obscene gestures of any kind within the precincts of the tournament site, (3) from verbally abusing any official, opponent, spectator or other person within the precincts of the tournament site, (4) from physically abusing any official, opponent, spectator or other person within the precincts of the tournament site and (5) from giving, making, issuing, authorising or endorsing any public statement within the precincts of the tournament site having, or designed to have, an effect prejudicial or detrimental to the best interest of the tournament and/or of the officiating thereof.

Violation of this Section shall subject a player to a fine up to $500 for each violation. In addition, if such violation occurs during a match (including the warm-up), the player shall be penalised in accordance with the Point Penalty Schedule hereinafter set forth. In circumstances that are flagrant and particularly injurious to the success of a tournament, or are singularly egregious, a single violation of this section shall also constitute the Major Offence of "Aggravated Behaviour" and shall be subject to the additional penalties hereinafter set forth therefore and the ITF Supervisor may order the Coach to be removed from the site of a match or the precincts of the tournament site and may declare an immediate default of such player.

For the purposes of this Rule, a "coach" shall also include any representative and/or relative of a player.

## L.    UNSPORTSMANLIKE CONDUCT (UnC)

Players shall at all times conduct themselves in a sportsmanlike manner and give due regard to the authority of officials and the rights of opponents, spectators and others. Violation of this Section shall subject a player to a fine up to $500 for each violation. In addition, if such violation occurs during a match (including the warm-up), the player shall be penalised in accordance with the Point Penalty Schedule hereinafter set forth. In circumstances that are flagrant and particularly injurious to the success of a tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour" and shall be subject to the additional penalties hereinafter set forth therefore.

For the purposes of this Rule, unsportsmanlike conduct is defined as any misconduct by a player that is clearly abusive or detrimental to the Sport, but that does not fall within the prohibition of any specific on-site offence contained herein. In addition, unsportsmanlike conduct shall include, but not be limited to, the giving, making, issuing, authorising or endorsing any public statement having, or designed to have,

an effect prejudicial or detrimental to the best interests of the tournament and/or the officiating thereof.

## M.    BEST EFFORTS (BE)

A player shall use his best efforts to win a match when competing in an ITF Pro Circuit Tournament. Violation of this section shall subject a player to a fine up to $500 for each violation.

For purposes of this Rule, the ITF Supervisor and/or the Chair Umpire shall have the authority to penalise a player in accordance with the Point Penalty Schedule. In circumstances that are flagrant and particularly injurious to the success of a tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour" and shall be subject to the additional penalties hereinafter set forth therefore.

## N.    LEAVING THE COURT (LC)

A player shall not leave the court area during a match (including the warm-up) without the permission of the Chair Umpire. Violation of this Section shall subject a player to a fine up to $250 for each violation. In addition the player may be defaulted and subjected to the additional penalties for Failure to Complete Match as hereinafter set forth.

## O.    FAILURE TO COMPLETE MATCH (FCM)

A player must complete a match in progress unless he/she is reasonably unable to do so. Violation of this Section shall subject a player to a fine up to $250. In addition a violation of this Section shall subject a player to immediate default and shall also constitute the Major Offence of "Aggravated Behaviour" and shall be subject to the additional penalties hereinafter set forth therefore.

## P.    CEREMONIES (Cer)

A player participating in the finals of an ITF Pro Circuit Tournament must attend and participate in the final ceremonies after the match unless he/she is reasonably unable to do so. Violation of this Section shall subject a player to a fine up to $250.

## Q.    MEDIA CONFERENCE (MC)

Unless injured and physically unable to appear, a player or team must attend the post-match media conference(s) organised immediately or within thirty (30) minutes after the conclusion of each match whether the player or team was the winner or loser, unless such time is extended or otherwise modified by the ITF Supervisor for good cause. Violation of this Section shall subject a player to a fine up to $250.

**R.     POINT PENALTY SCHEDULE**

The Point Penalty Schedule to be used for violations set forth above is as follows:

| | |
|---|---|
| FIRST offence | WARNING |
| SECOND offence | POINT PENALTY |
| THIRD and each subsequent offence | GAME PENALTY |

However, after the third Code Violation, the ITF Supervisor shall determine whether each subsequent offence shall constitute a default.

**S.     DEFAULTS**

The ITF Supervisor may declare a default for either a single violation of this Code (Immediate Default) or pursuant to the Point Penalty Schedule set out above. In all cases of default, the decision of the ITF Supervisor shall be final and unappealable.
Any player who is defaulted as herein provided shall lose all prize money, hospitality and points earned for that event at that tournament and in addition to any or all other fines levied with respect to the offending incident, shall be fined up to $250, unless:

     **a.** the player or team was defaulted for a violation of the Punctuality or Dress and Equipment provisions set forth in Article IV. B and C, or

     **b.** the player or team was defaulted as a result of a medical condition, or

     **c.** the player's doubles partner committed the Code Violation which caused the default.

In addition, except in the circumstances above, any player who is defaulted as herein provided may be defaulted from all other events, if any, in that tournament.

**T.     DOUBLES EVENTS**

     **1.     Warnings/Point Penalties/Game Penalties/Defaults**
          Warnings, Point Penalties, Game Penalties and/or a default if assessed for violation of the Code shall be assessed against the team.

     **2.     Fines**
          All fines for violation of Article IV of the Code shall be assessed only against the individual member of the team who is in violation unless both members of the team are in violation.

**U.     DETERMINATION AND PENALTY**

The ITF Supervisor shall make such investigation as is reasonable to determine the facts regarding all On-Site Offences and upon determining that a violation has occurred shall specify the fine and/or other punishment therefor and give written notice thereof to the player. Notwithstanding anything contained herein to the contrary, the ITF Supervisor may, at his discretion, limit the fines levied during any tournament qualifying event to a maximum of $100 for each violation.

## V.    PAYMENT OF FINES

Each ITF Pro Circuit Tournament shall deduct fines levied by the ITF Supervisor for on-site offences from the player's winnings, if any, and promptly pay the same to the ITF. Any unpaid fines shall also be collected at other ITF Pro Circuit Tournaments for remission to the ITF. A player who has accumulated $500 or more in unpaid fines for violations of this Code of Conduct shall not be allowed to enter any ITF Pro Circuit Tournament until such time as all fines have been paid.  A player who has outstanding fines at the end of the calendar year shall not be allowed to enter any ITF Pro Circuit Tournaments until such time as all fines have been paid.

## W.    APPEALS

Any player found to have committed an On-Site Offence may, after paying all fines as provided above, appeal to the ITF Internal Adjudication Panel, which shall determine the matter in accordance with its Procedural Rules (save that there shall be no right of appeal against the ITF Internal Adjudication Panel's decision). The appeal shall be made in writing and must be filed with the ITF by 5.00pm GMT within ten (10) days after the last day of the event (the "Notice of Appeal"). The Notice of Appeal must include a statement by the player as to the facts and circumstances of the incident along with any other evidence the player wishes to submit.

## ARTICLE V: TENNIS ANTI-CORRUPTION PROGRAM

The Tennis Anti-Corruption Program applies to the ITF Pro Circuit, and any player or other covered person (as defined in the Tennis Anti-Corruption Program) who enters of participates in the ITF Pro Circuit shall be deemed to have agreed to be bound by and to comply with all of its provisions. The Tennis Anti-Corruption Program may be downloaded at www.tennisintegrityunit.com.

## ARTICLE VI: MAJOR OFFENCES

### A.    AGGRAVATED BEHAVIOUR

No player or Related Person at any ITF Pro Circuit Tournament shall engage in "Aggravated Behaviour" which is defined as follows:

**1.**    One or more incidents of behaviour designated in this Code as constituting "Aggravated Behaviour";

**2.**    One incident of behaviour that is flagrant and particularly injurious to the success of an ITF Pro Circuit Tournament, or is singularly egregious;

**3.**    A series of two (2) or more violations of this Code within a twelve (12) month period which singularly do not constitute "Aggravated Behaviour", but when viewed together establish a pattern of conduct that is collectively egregious and is detrimental or injurious to the ITF Pro Circuit Tournaments.

In addition, any player or Related Person who, directly or indirectly, offers or provides or receives any money, benefit or consideration to or from any other Covered Person or third party in exchange for access and/or accreditation to the tournament site shall be deemed to have engaged in Aggravated Behaviour and be in violation of this Section.

Violation of this Section by a player, directly or indirectly through a Related Person or others, shall subject a player to a fine of up to $5,000 or the amount of prize money won at the tournament, whichever is greater, and a maximum penalty of permanent suspension from play in all ITF Pro Circuit Tournaments.

Violation of this Section shall subject a Related Person to a maximum penalty of permanent revocation of accreditation and denial of access to all ITF Pro Circuit Tournaments.

### B.    CONDUCT CONTRARY TO THE INTEGRITY OF THE GAME

No player or Related Person shall engage in conduct contrary to the integrity of the Game of Tennis. If a player is convicted of the violation of a criminal or civil law of any country, the player may be deemed by virtue of such conviction to have engaged in conduct contrary to the integrity of the Game of Tennis and the ITF Executive Director may provisionally suspend such player from further participation in ITF Pro Circuit tournaments pending a final determination in Section C. In addition, if a player has at any time behaved in a manner severely damaging to the reputation of the sport, the player may be deemed by virtue of such behaviour to have engaged in conduct contrary to the integrity of the Game of Tennis and be in violation of this Section. Violation of this Section by a player, directly or indirectly through a

Related Person or others, shall subject a player to a fine up to $5,000 and/or to a maximum penalty of permanent suspension from play in all ITF Pro Circuit Tournaments.

Violation of this Section shall subject a Related Person to a maximum penalty of permanent revocation of accreditation and denial of access to all ITF Pro Circuit Tournaments.

## C.    DETERMINATION AND PENALTY

The ITF will investigate all facts concerning any alleged Major Offence. All Players and Related Persons must cooperate fully with such investigations. The ITF may make a written demand to a Player or Related Person (a "Demand") to furnish to the ITF any information that may evidence or lead to the discovery of evidence of a Major Offence, including (without limitation) requiring the Player or other Related Person to attend an interview and/or to provide a written statement setting forth his/her knowledge of the relevant facts and circumstances. The Player or Related Person must furnish such information within seven business days of the making of such Demand, or within such other deadline as may be specified by the ITF.

Where, as the result of an investigation under this Article VI.C, the ITF forms the view that a Player or Related Person has a case to answer for commission of a Major Offence, the ITF shall refer the matter to the Review Board.

### Review Board
The ITF shall identify one or more individuals who are independent of the ITF and who have the expertise required by the nature of the particular case to form the Review Board and to review the evidence to determine whether there is a case to answer. The ITF shall send the entire dossier of evidence to the Review Board member(s). Where necessary, the Review Board may request that the ITF provide additional information for the Review Board's consideration. There shall be no obligation for the Review Board to meet in person to deliberate. However, any decision by the Review Board that the Player or other Person has a case to answer must be unanimous.

Where the Review Board concludes that there is no case to answer, then the ITF shall notify the Player or Related Person and any other party with a right of appeal, and (subject to the rights of appeal) the matter shall not proceed any further.

When the Review Board determines that a Player or Related Person has a case to answer, the ITF will send a written notice to the Player or Related Person (the "Notice of Charge"), with a copy to the Chairman of the Independent Tribunal, setting out:

(a) the Major Offence(s) alleged to have been committed, a summary of the facts upon which such allegations are based;

(b) the potential consequences applicable if it is determined that the alleged Major Offence has been committed; and

(c) the Player or Related Person's entitlement to respond to the Notice of Charge in one of the following ways:

   (i) to admit the Major Offence(s) charged, and accede to the consequences specified in the Notice of Charge;

   (ii) to admit the Major Offence(s) charged, but to dispute and/or seek to mitigate the consequences specified in the Notice of Charge, and to have the Independent Tribunal determine the consequences at a hearing; or

   (iii) to deny the Major Offence(s) charged, and to have the Independent Tribunal determine the charge and (if the charge is upheld) any consequences, at a hearing.

(d) if the Player or Related Person wishes to exercise his/her right to a hearing before the Independent Tribunal, he/she must submit a written request for such a hearing so that it is received by the ITF as soon as possible, but in any event within 10 days of the Player or Related Person's receipt of the Notice. The request must also state how the Player or Related Person responds to the charge in the Notice and must explain (in summary form) the basis for such response. In the event no such response is received by that deadline, the Player or Related Person will be deemed to have admitted the Major Offence(s) charged, and to have acceded to the consequences specified in the Notice of Charge.

In the event that the ITF withdraws the Notice of Charge, or the Player or Related Person admits the Major Offence(s) charged and accedes to the consequences specified by the ITF (or is deemed to have done so), a hearing before the Independent Tribunal shall not be required. Instead the ITF shall promptly issue a decision confirming (as applicable) its withdrawal of the Notice of Charge or the commission of the Major Offence(s) and the imposition of the specified consequences, and shall send a copy of the decision to the Player or Related Person.

## Provisional Suspension

If (and only if):

(a) the Player or Related Person has pleaded guilty to, or otherwise admitted (for example, in response to a Notice of Charge) engaging in, conduct that constitutes a Major Offence; and

(b) the Review Board has completed its review and has concluded that the Player or Related Person in question has a case to answer in respect of that Major Offence;

then the ITF may notify the Player in writing that he/she will be Provisionally Suspended with effect from the date 10 days after the date of deemed receipt of the notice, pending a full hearing. However, the ITF shall at the same time notify the Player or Related Person of his/her right, at his/her election, to make an application to the Chairman of the Independent Tribunal convened to hear his/her case, either immediately or at any time prior to the full hearing, for an order that the Provisional Suspension should not be imposed (or, if the Provisional Suspension has been

imposed, that it should be vacated). The Chairman of the Independent Tribunal, sitting alone, will rule on the application as soon as reasonably practicable.

A Player or Related Person may not, during the period of any Provisional Suspension, play, coach or otherwise participate in any capacity in any tournament, event or circuit owned or sanctioned by the ITF.

**Hearing**
If the Player or Related Person charged exercises his/her right to a hearing, the matter shall be referred to the Independent Tribunal and shall be resolved in accordance with the Independent Tribunal's Procedural Rules.

### D. PAYMENT OF FINES

All fines levied by the Independent Tribunal for Major Offences shall be paid by the player to the ITF within thirty (30) days after receipt of written notice thereof. If the fine is not paid in thirty (30) days the ITF Executive Director will instruct the next ITF Pro Circuit Tournament to withhold prize money due to the player until settlement is made.

### E. APPEAL

The ITF, the Player and/or the Related Person may appeal the Independent Tribunal's decision to the Court of Arbitration for Sport. The appeal proceedings shall be conducted in accordance with the CAS Code of Sports-related Arbitration, in the English language, and shall be governed by English Law.

### ARTICLE VII: MEDICAL CONTROL – ANTI-DOPING POLICY

Any Player, Player Support Personnel or other Person who enters or participates in the ITF Pro Circuit shall be bound by and shall comply with all of the provisions of the ITF Tennis Anti-Doping Programme 2017.

The ITF Tennis Anti-Doping Programme 2017 is set out in full on the ITF website (www.itftennis.com/antidoping) and in a separate rulebook that is published and distributed by the ITF to all National Associations. The ITF Tennis Anti-Doping Programme 2017 is also available upon application.

### ARTICLE VIII: TOURNAMENT OFFENCES

### A. APPLICABILITY

This Article shall apply to each ITF Pro Circuit Tournament and any Applicant for such an event. References in this Article to a "Tournament" shall hereafter mean an

ITF Tournament or applicant for such a tournament, and where applicable refers to the legal entity (personal or corporate) that is applying for, administering, operating or otherwise organising the ITF Tournament.

## B.    GUARANTEES

The owner(s), operator(s), sponsor(s) or agent(s) of a Tournament shall not offer, give or pay money or anything of value, nor shall such a tournament permit any other person or entity to offer, give or pay money or anything of value to a player, directly or indirectly, to influence or guarantee a player's appearance at a Tournament other than prize money and permitted amateur expenses, unless authorised to do so by the Committee. Violation of this Section shall subject the Tournament to a fine up to $5,000 plus the amount or value of any such payment, disqualification and loss of sanction, and/ or forfeiture of all sums, if any, previously paid to the ITF. In the event the ITF Executive Director believes that a Tournament may be violating this Section, then upon demand the Tournament must furnish or cause to be furnished to the ITF Executive Director or his agent access to and copies of all records to which it has access relating in any way to such alleged guarantee, or, in the absence of such records, an affidavit setting forth the facts in detail with respect to any transaction under question by the ITF Executive Director.

## C.    WILD CARDS

No Tournament, directly or indirectly, shall offer, give, solicit, receive or accept, or agree to offer, give, solicit, receive or accept anything of value in exchange for a Wild Card. Violation of this section shall subject the Tournament to a fine of up to $5,000 and/or forfeiture of all sums, if any, previously paid to the ITF.  In such a situation, the Tournament will also receive a fine of up to $5,000 and possible withdrawal of its sanction.

## D.    CONDUCT CONTRARY TO THE INTEGRITY OF THE GAME

No Tournament, or any owner, promoter or operator thereof, shall engage in conduct contrary to the integrity of the Sport.

Violation of this Section shall subject the Tournament to a fine up to $5,000 and/or forfeiture of all sums, if any, previously paid to the ITF.

## E.    ITF PRO CIRCUIT RULES

No Tournament shall violate any provisions of these ITF Pro Circuit Rules. Violation of this Section shall subject the Tournament to withdrawal of sanction, a fine up to $5,000 and/or forfeiture of all sums, if any, previously paid to the ITF.

## F.    LATE CANCELLATION

No Tournament shall cancel less than sixty (60) days prior to the scheduled commencement of the event.

Violation of this section shall subject the Tournament to a fine of up to $5,000, forfeiture of all sums, if any, previously paid or due to the ITF, reimbursement of unrecoverable expenses incurred and/or denial of subsequent Applications.

## G.    DETERMINATION AND PENALTY

The ITF shall cause an investigation to be made of all facts concerning any alleged Tournament Offence by a Tournament and shall provide written notice of such investigation to the Tournament involved. The Tournament must cooperate fully with such investigations.

The ITF may make a written demand to a Tournament (a "Demand") to furnish to the ITF any information that may evidence or lead to the discovery of evidence of a Tournament Offence, including (without limitation) requiring the Tournament to attend an interview and/or to provide a written statement setting forth its knowledge of the relevant facts and circumstances. The Tournament must furnish such information within seven business days of the making of such Demand, or within such other deadline as may be specified by the ITF.

Where, as the result of an investigation under this Article VIII.G, the ITF forms the view that a Tournament has a case to answer for commission of a Tournament Offence, the ITF shall refer the matter to the Review Board.

### Review Board
The ITF shall identify one or more individuals who are independent of the ITF and who have the expertise required by the nature of the particular case to form the Review Board and to review the evidence to determine whether there is a case to answer. The ITF shall send the entire dossier of evidence to the Review Board member(s). Where necessary, the Review Board may request that the ITF provide additional information for the Review Board's consideration. There shall be no obligation for the Review Board to meet in person to deliberate. However, any decision by the Review Board that the Player or other Person has a case to answer must be unanimous.

Where the Review Board concludes that there is no case to answer, then the ITF shall notify the Tournament and any other party with a right of appeal, and (subject to the rights of appeal) the matter shall not proceed any further.

When the Review Board determines that a Tournament has a case to answer, the ITF will send a written notice to the Tournament (the "Notice of Charge"), with a copy to the Chairman of the Independent Tribunal, setting out:

(a)     the Tournament Offence(s) alleged to have been committed, a summary of the facts upon which such allegations are based;

(b)     the potential consequences applicable if it is determined that the alleged Tournament Offence has been committed; and

(c)     the Tournament's entitlement to respond to the Notice of Charge in one of the following ways:

   (i)     to admit the Tournament Offence(s) charged, and accede to the consequences specified in the Notice of Charge;

   (ii)     to admit the Tournament Offence(s) charged, but to dispute and/or seek to mitigate the consequences specified in the Notice of Charge, and to have the Independent Tribunal determine the consequences at a hearing; or

   (iii) to deny the Tournament Offence(s) charged, and to have the Independent Tribunal determine the charge and (if the charge is upheld) any consequences, at a hearing;

(d)     if the Tournament wishes to exercise its right to a hearing before the Independent Tribunal, it must submit a written request for such a hearing so that it is received by the ITF as soon as possible, but in any event within 10 days of the Tournament's receipt of the Notice. The request must also state how the Tournament responds to the charge in the Notice and must explain (in summary form) the basis for such response. In the event no such response is received by that deadline, the Tournament will be deemed to have admitted the Tournament Offence(s) charged, and to have acceded to the consequences specified in the Notice of Charge.

In the event that the ITF withdraws the Notice of Charge, or the Tournament admits the Tournament Offence(s) charged and accedes to the consequences specified by the ITF (or is deemed to have done so), a hearing before the Independent Tribunal shall not be required. Instead the ITF shall promptly issue a decision confirming (as applicable) its withdrawal of the Notice of Charge or the commission of the Tournament Offence(s) and the imposition of the specified consequences, and shall send a copy of the decision to the tournament.

**Hearing**

If the tournament charged exercises its right to a hearing, the matter shall be referred to the Independent Tribunal and shall be resolved in accordance with the Independent Tribunal's Procedural Rules.

## H.    PAYMENT OF FINES

All fines levied by the Independent Tribunal for Tournament Offences shall be paid by the Tournament to the ITF within thirty (30) days after receipt of written notice thereof.

**I.   APPEALS**

Any Tournament found to have committed a Tournament Offence may, after paying all fines as above provided, <u>appeal the decision of the Independent Tribunal to the Court of Arbitration for Sport. The appeal proceedings shall be conducted in accordance with the CAS Code of Sports-related Arbitration, in the English language, and shall be governed by English Law.</u>

## ARTICLE <u>IX</u>: RECIPROCITY

The ITF reserves the right to <u>ask the ITF Internal Adjudication Panel to</u> affirm, modify or reject with respect to any or all ITF Pro Circuit tournaments, a suspension or other sanction issued against a Covered Person (as defined in <u>Article XIII</u> - ITF Welfare Policy) either by or on behalf of the ITF pursuant to a conduct or disciplinary process under any ITF code or policy or by any other tennis organisation including the Women's Tennis Association and Association of Tennis Professionals.

The ITF <u>Internal Adjudication Panel shall have</u> the right in its absolute discretion to share information concerning any complaint against a Covered Person with and/or conduct an investigation in conjunction with any other tennis organisation or any other relevant authorities. The ITF <u>Internal Adjudication Panel</u> may also refer the complaint and/or any information received during the course of investigating an allegation or prosecuting a charge to any authorities it considers appropriate in its absolute discretion. The ITF shall have the absolute discretion, where it deems appropriate, to stay its own investigation pending the outcome of investigations being conducted by any other tennis organisations and/or any relevant authorities.

<u>A decision by the ITF Internal Adjudication Panel to affirm, modify or reject a suspension or other sanction issued against a Covered Person may be appealed by the Covered Person to the Independent Tribunal, which shall determine the matter in accordance with its Procedural Rules (save that there shall be no right of appeal against the Independent Tribunal's decision).</u>

## ARTICLE <u>X</u>: INTERPRETATIONS

Any person or entity subject to this Code may file with the ITF <u>Internal Adjudication Panel</u> a request for an interpretation or clarification of the Code and/or its applicability and effect on a particular event or transaction.

## ARTICLE <u>XI</u>: NOTICE

All written communications to the ITF Executive Director should be addressed as follows, unless notice of change is subsequently published:

ITF Executive Director of Professional Tennis
International Tennis Federation
Bank Lane
Roehampton
London SW15 5XZ
England
Tel: (44) 20 8878 6464   Fax: (44) 20 8392 4777

### A. PLAYER

Notice that a player is being investigated pursuant to a possible Major Offence charge shall be served personally upon him. Service of any other document required by the Code shall be deemed complete if mailed to the subject player at his home address or other address designated by the player, along with a copy to any player association of which he is a member provided that the ITF Executive Director of Professional Tournaments has notice of such membership.

### B. TOURNAMENT

Service of any document on an ITF Pro Circuit Tournament as required by this Code shall be deemed complete if mailed to the ITF Pro Circuit Tournament Director along with a copy to the Tournament Administrator.

## ARTICLE <u>XII</u>: AMENDMENTS

This ITF Pro Circuit Code of Conduct may only be amended, repealed or otherwise modified, in whole or in part, by the ITF.

## ARTICLE <u>XIII</u>: WELFARE POLICY

Any coach, trainer, manager, agent, medical or para-medical personnel and/or family member, tournament guest, or other similar associate of any player (together "Player Support Team Member"), any player and any tournament personnel, such as an official, tournament director, staff, volunteer, sponsor, health care provider, ITF staff member and members of the media (together "Credentialed Person") shall conduct himself/herself in a professional manner at all times and <u>shall be bound by and shall comply with</u> this ITF Welfare Policy. In this ITF Welfare Policy Player Support Team Members, players and Credentialed Persons shall be defined as "Covered Persons".

**a.  Elements of the Welfare Policy.**

i.  Application
Covered Persons shall be familiar with, and must abide by, this ITF Welfare Policy.

ii.  Unfair and/or Discriminatory Conduct
a)  Covered Persons shall not engage in unfair or unethical conduct including any attempt to injure, disable or intentionally interfere with the preparation or competition of any player.

b)  Covered Persons shall not discriminate in the provision of services on the basis of race, ethnicity, gender, national origin, religion, age or sexual orientation.

iii.  Abuse of Authority; Abusive Conduct
a)  Covered Persons shall not abuse his or her position of authority or control, and shall not attempt to or compromise the psychological, physical or emotional wellbeing of any player.

b)  Covered Persons shall not engage in abusive conduct, either physical or verbal, or threatening conduct or language directed toward any Covered Person, parent, spectator or member of the press/media.

c)  Covered Persons shall not exploit any player relationship to further personal, political or business interests at the expense of the best interests of the player.

iv.  Sexual Conduct
In order to prevent sexual abuse and the negative consequences resulting from the imbalance of a dual relationship, sexual conduct of any kind between any player and his/her Player Support Team Members and/or Credentialed Persons is discouraged.
In addition, the following conduct is specifically prohibited:

a)  Covered Persons shall not make sexual advances towards, or have any sexual contact with, any player who is (i) under the age of 17, or (ii) under the age of legal majority in the jurisdiction where the conduct takes place or where the player resides.

b)  Covered Persons shall not sexually abuse a player of any age. Sexual abuse is defined as the forcing of sexual activity by one person on another person (i) of diminished mental capacity; or (ii) by the use of physical force, threats, coercion, intimidation or undue influence.

c)    Covered Persons shall not engage in sexual harassment - for example, by making unwelcome advances, requests for sexual favours or other verbal or physical conduct of a sexual nature where such conduct may create an intimidating, hostile or offensive environment.

d)    Player Support Team Members and Credentialed Persons shall not share a hotel room with a player who is (1) under the age of 17, or (2) under the age of legal majority in the jurisdiction where the hotel is located or where the player resides, unless such Player Support Team Member or Credentialed Person is the player's parent or is related to the player and authorised in writing by the player's parent. Penalties will apply to any underage player who is found to have violated this Hotel Room Policy. These penalties can include: forfeiture of points from the tournament(s) where the violation occurred and/or monetary fines equal to the amount of the hotel room rates and/or forfeiture of hotel per diem rates as applicable, for the tournament(s) where the violation occurred. Such penalty shall be in addition to any penalties that may be imposed on the Player Support Team Member or Credentialed Person pursuant to sub-Section b) below.

v.    Criminal Conduct
Covered Persons shall comply with all relevant criminal laws.  For greater certainty and without limiting the foregoing, this obligation is violated if a Covered Person has been convicted of or entered a plea of guilty or no contest to a criminal charge or indictment involving (a) an offence involving use, possession, distribution or intent to distribute illegal drugs or substances, (b) an offence involving sexual misconduct, harassment or abuse, or (c) an offence involving child abuse.  Further, this obligation may be violated if a Covered Person has been convicted of or entered a plea of guilty or no contest to an offence that is a violation of any law specifically designed to protect minors.

vi.    Anti-Doping Activity
Covered Persons shall not commit any offence under the terms of the ITF's Anti-Doping Programme or aid, abet, counsel or procure in any way any person's offence under that Programme.

vii.    Conduct in General
Covered Persons shall not conduct himself or herself in a manner that will reflect unfavourably on the ITF, any tournament, event or circuit owned or sanctioned by the ITF (the "ITF Tournaments"), any player, official or the game of tennis.

**b.  Violations/Procedures**

i.  Any individual who believes that any Covered Person has failed to meet his or her obligations under this Welfare Policy may file a written complaint with the ITF.  That complaint shall identify the complainant and state specifically the nature of the alleged misconduct.  Upon receipt of such a complaint, the ITF shall promptly <u>investigate the matter to consider whether there has been a breach of this Welfare Policy (a "Welfare Offence").</u>

ii.  <u>All Covered Persons must cooperate fully with such investigations. The ITF may make a written demand to a Covered Person (a "Demand") to furnish to the ITF any information that may evidence or lead to the discovery of evidence of a Welfare Offence, including (without limitation) requiring the Covered Person to attend an interview and/or to provide a written statement setting forth his/her knowledge of the relevant facts and circumstances. The Covered Person must furnish such information within seven business days of the making of such Demand, or within such other deadline as may be specified by the ITF.</u>

iii.  <u>Where, as the result of an investigation under this Article XIII, the ITF forms the view that a Covered Person has a case to answer for commission of a Welfare Offence, the ITF shall refer the matter to the Review Board.</u>

**<u>Review Board</u>**

iv.  <u>The ITF shall identify one or more individuals who are independent of the ITF and who have the expertise required by the nature of the particular case to form the Review Board and to review the evidence to determine whether there is a case to answer for a breach of this Welfare Policy (a "Welfare Offence"). The ITF shall send the entire dossier of evidence to the Review Board member(s). Where necessary, the Review Board may request that the ITF provide additional information for the Review Board's consideration. There shall be no obligation for the Review Board to meet in person to deliberate. However, any decision by the Review Board that the Player or other Person has a case to answer must be unanimous.</u>

v.  <u>Where the Review Board concludes that there is no case to answer, then the ITF shall notify the Covered Person and any other party with a right of appeal, and (subject to the rights of appeal) the matter shall not proceed any further.</u>

vi.  <u>When the Review Board determines that a Covered Person has a case to answer, the ITF will send a written notice to the Covered Person (the "Notice of Charge"), with a copy to the Chairman of the Independent Tribunal, setting out:</u>
   a.  <u>the Welfare Offence alleged to have been committed, and a summary of the facts upon which such allegations are based;</u>

    b. the potential consequences applicable if it is determined that the alleged Welfare Offence has been committed; and

    c. the Covered Person's entitlement to respond to the Notice of Charge in one of the following ways:

        i. to admit the Welfare Offence(s) charged, and accede to the consequences specified in the Notice of Charge;

        ii. to admit the Welfare Offence(s) charged, but to dispute and/or seek to mitigate the consequences specified in the Notice of Charge, and to have the Independent Tribunal determine the consequences at a hearing; or

        iii. to deny the Welfare Offence(s) charged, and to have the Independent Tribunal determine the charge and (if the charge is upheld) any consequences, at a hearing;

    d. if the Covered Person wishes to exercise his/her right to a hearing before the Independent Tribunal, he/she must submit a written request for such a hearing so that it is received by the ITF as soon as possible, but in any event within 10 days of the Covered Person's receipt of the Notice. The request must also state how the Covered Person responds to the charge in the Notice and must explain (in summary form) the basis for such response. In the event no such response is received by that deadline, the Covered Person will be deemed to have admitted the Welfare Offence(s) charged, and to have acceded to the consequences specified in the Notice of Charge.

vii. In the event that the ITF withdraws the Notice of Charge, or the Covered Person admits the Welfare Offence(s) charged and accedes to the consequences specified by the ITF (or is deemed to have done so), a hearing before the Independent Tribunal shall not be required. Instead the ITF shall promptly issue a decision confirming (as applicable) its withdrawal of the Notice of Charge or the commission of the Welfare Offence(s) and the imposition of the specified consequences, and shall send a copy of the decision to the Covered Person.

**Provisional Suspension**

viii. If (and only if):

    a. The Covered Person has pleaded guilty to, or otherwise admitted (for example, in response to a Notice of Charge) engaging in, conduct that constitutes a Welfare Offence; and

    b. the Review Board has completed its review and has concluded that the Covered Person in question has a case to answer in respect of that Welfare Offence;

then the ITF may notify the Covered Person in writing that he/she will be Provisionally Suspended with effect from the date 10 days after the date of deemed receipt of the notice, pending a full hearing. However, the ITF shall at the same time notify the Covered Person of his/her right, at his/her

election, to make an application to the Chairman of the Independent Tribunal convened to hear his/her case, either immediately or at any time prior to the full hearing, for an order that the Provisional Suspension should not be imposed (or, if the Provisional Suspension has been imposed, that it should be vacated). The Chairman of the Independent Tribunal, sitting alone, will rule on the application as soon as reasonably practicable.

ix.   A Covered Person may not, during the period of any Provisional Suspension, play, coach or otherwise participate in any capacity in any tournament, event or circuit owned or sanctioned by the ITF.

**Sanction**

x.   The Independent Tribunal may impose appropriate sanctions including (a) denial of privileges or exclusion of the person in question from any or all ITF Tournaments, or (b) such other sanctions including monetary sanctions as the Independent Tribunal may deem appropriate.

**c.   Appeals**

i.   Decisions of the Independent Tribunal may be appealed to the Court of Arbitration for Sport. The appeal proceedings shall be conducted in accordance with the CAS Code of Sports-related Arbitration, in the English language, and shall be governed by English Law.

**d.   Miscellaneous**

i.   Any decision of the ITF Internal Adjudication Panel pursuant to this Welfare Policy may be communicated to those Member National Associations, other tennis organisations and ITF Tournament organisers deemed necessary by the ITF Internal Adjudication Panel.

ii.   Notwithstanding, and without prejudice to, the above:

a.   The ITF reserves the right to share information concerning a complaint with and/or conduct an investigation in conjunction with any tennis organisation as specified above;

b.   The ITF may refer the complaint and/or any information received during the course of investigating an allegation or prosecuting a charge to any authorities it considers appropriate; and

c.   The ITF shall have the absolute discretion, where it deems appropriate, to stay its own investigation pending the outcome of investigations being conducted by other tennis organisations as specified above and/or relevant authorities.

# APPENDIX B



**FINES GUIDELINES AND OFFENCE CODES FOR ITF PRO CIRCUIT EVENTS 2017**

## ENTRY OFFENCES

| LATE WITHDRAWALS | | 13-6 days (14:00hrs GMT) before Monday of Main Draw week | 6 days (14:00hrs GMT) before Monday of Main Draw week to Freeze Deadline | Freeze Deadline to Qualifying Sign-in Deadline | After Qualifying Sign-in Deadline | DOUBLES - After Doubles Sign-in Deadline |
|---|---|---|---|---|---|---|
| To be reported by: | | ITF Office | ITF Office | ITF Office / Supervisor | Supervisor | Supervisor |
| **$60,000, $ 80,000 and $100,000 (Women's only)** | Main Draw | $150 WM5713 | $250 WM576 | $400 WM57QS | $600 WM57S | $600 DM57S |
| | Qualifying event | $75 WQ5713 | $100 WQ576 | $150 WQ57QS | $200 WQ57S | |
| **$15,000 and $25,000** | Main Draw | $75 WM1213 | $150 WM126 | $250 WM12QS | $400 WM12S | $400 DM12S |
| | Qualifying event | $50 WQ1213 | $50 WQ126 | $75 WQ12QS | $100 WQ12S | |

| NO SHOW / FAILURE TO SIGN-IN FINES | | Offence | | | Fine amount | Offence code |
|---|---|---|---|---|---|---|
| **$50,000, $80,000 and $100,000 (Women's only)** | Main Draw | No Show | | To be reported by Supervisor | $1,000 | ZM57S |
| | Qualifying event | Failure to sign-in | | | $200 | ZQ57AS |
| **$15,000 and $25,000** | Main Draw | No Show | | | $500 | ZM12S |
| | Qualifying event | Failure to sign-in | | | $100 | ZQ12AS |

| PLAYING ANOTHER EVENT | | Offence | | | Fine amount | Offence code |
|---|---|---|---|---|---|---|
| **Women's only** | Main Draw | LW Main Draw - Playing Another Event | | To be reported by ITF Office | up to $1,000 | WMNA |
| | Qualifying event | LW Qualifying - Playing Another Event | | | up to $1,000 | WQNA |
| **Men's only** | Main Draw / Qualifying | Playing Another Event | | | up to $1,000 | PAE |

## PLAYER ON-SITE OFFENCES (GUIDELINES)

| | To be reported by Supervisor | Qualifying Maximum: $200 | | Main Draw Maximum: $500 | |
|---|---|---|---|---|---|
| **Offence** | * May constitute aggravated behaviour **not handled by Supervisor** | Guidelines | Offence code | Guidelines | Offence code |
| Punctuality | | $25-100 | Pun (10 or 15) | $50-250 | Pun (10 or 15) |
| Audible Obscenity *, Visible Obscenity * | | $25-50 | AOb, VOb | $50-100 | AOb, VOb |
| Verbal Abuse * | | $50 | VA | $75-150 | VA |
| Physical Abuse * | | $100 | PhA | $250 | PhA |
| Ball Abuse, Racket Abuse | | $25 | BA, RA | $50-75 | BA, RA |
| Coaching & Coaches * | | $50 | CC | $75-150 | CC |
| Unsportsmanlike Conduct * | | $50 | UnC | $75-150 | UnC |
| Dress & Equipment | | $25-50 | D&E | $50-100 | D&E |
| Best Efforts, Leaving the Court, Failure to Complete Match * | | $100 | BE, LC, FCM | $250 | BE, LC, FC |
| Ceremonies, Media Conference | | | | $50-150 | Cer, MC |

| DEFAULTS | To be reported by Supervisor | Qualifying | | Main Draw | |
|---|---|---|---|---|---|
| Default - In addition to any fine(s) for the on-court offences | | $100 | Def, D | $250 | Def, D |

# Please refer to the full Code of Conduct for comprehensive details of all penalties #

129          Code of Conduct