# Exhibit 10



 

# 2019 MEN'S & WOMEN'S
# ITF WORLD TENNIS TOUR REGULATIONS

# CONTENTS

## MEN'S ITF WORLD TENNIS TOUR

I.      PURPOSE AND APPLICABILITY                              3
II.     DEFINITIONS                                            10
III.    MEN'S ITF WORLD TENNIS TOUR TOURNAMENTS               14
IV.     FINANCIAL                                              19
V.      SINGLES ENTRIES AND WITHDRAWALS                        21
VI.     DOUBLES ENTRIES AND WITHDRAWALS                        36
VII.    SYSTEMS OF MERIT                                       37
VIII.   DRAWS                                                  44
IX.     PLAYERS' REST                                          49
X.      ORDER OF PLAY AND SUBMISSION OF RESULTS                50
XI.     DATA RIGHTS                                            51
XII.    PRIZE MONEY AND ATP/ITF POINTS                         52
XIII.   ATP RANKINGS                                           54
XIV.    ITF WORLD TENNIS RANKING                               56

## WOMEN'S ITF WORLD TENNIS TOUR

I.      PURPOSE AND APPLICABILITY                              61
II.     DEFINITIONS                                            69
III.    WOMEN'S ITF WORLD TOUR TOURNAMENTS                     73
IV.     FINANCIAL                                              79
V.      SINGLES ENTRIES AND WITHDRAWALS                        81
VI.     DOUBLES ENTRIES AND WITHDRAWALS                        98
VII.    SYSTEMS OF MERIT                                       100
VIII.   DRAWS                                                  109
IX.     PLAYERS' REST                                          115
X.      ORDER OF PLAY AND SUBMISSION OF RESULTS                116
XI.     DATA RIGHTS                                            117
XII.    PRIZE MONEY AND WTA/ITF POINTS                         117
XIII.   WTA RANKINGS                                           123
XIV.    ITF WORLD TENNIS RANKING                               127

## APPENDICES

A   Grand Slam Development Fund / ITF funding                  131
B   Transgender Players                                        132
C   WTA Age Eligibility                                        133
D   2019 Junior Exempt Project                                 134
E   Medical, Extreme Weather Conditions and Toilet/Change of
    of Attire Breaks                                           135
F   Media, Commercial and Data Rights                          144
G   Player Analysis Technology ("PAT") Data Rights             151
H   Contacts                                                   152

**CODE OF CONDUCT**

| | | | |
|---|---|---|---|
| Article I | : | General | 153 |
| Article II | : | Men's Entry Offences | 154 |
| Article III | : | Women's Entry Offences | 161 |
| Article IV | : | On-Site Offences | 167 |
| Article V | : | Tennis Anti-Corruption Program | 180 |
| Article VI | : | Major Offences | 180 |
| Article VII | : | Medical Control – Anti-Doping Policy | 184 |
| Article VIII | : | Tournament Offences | 185 |
| Article IX | : | Reciprocity | 188 |
| Article X | : | Interpretations | 189 |
| Article XI | : | Notice | 189 |
| Article XII | : | Amendments | 189 |
| Article XIII | : | Welfare Policy | 189 |
| **APPENDIX** | | | |
| Appendix | : | Fines Guidelines | 193 |

# MEN'S
# ITF WORLD TENNIS TOUR

# RULES & REGULATIONS
# 2019

© ITF Limited t/a International Tennis Federation
All rights reserved
2019

# MEN'S ITF WORLD TENNIS TOUR
# RULES AND REGULATIONS
# 2019
# <u>REVISED AUGUST 2019</u>

<u>Major changes from rules published in January 2019 are underlined</u>. Unless stated otherwise, major rule changes (e.g. revised singles acceptance) come into effect for tournaments beginning week of 26 August.

## I.    PURPOSE AND APPLICABILITY

**A.    General**

ITF Limited trading as the International Tennis Federation promulgates these Tournament Regulations for the purpose of providing fair and reasonable rules for the orderly and uniform conduct of international professional tennis Tournaments sanctioned by the ITF. All references to the International Tennis Federation or ITF in these Regulations shall mean ITF Limited. These Regulations shall be applicable to all Tournaments sanctioned as part of the Men's ITF World Tennis Tour as well as the overall umbrella of the ITF World Tennis Tour.

For these Regulations, the following definitions shall apply:

<u>Men's ITF World Tennis Tour</u> comprises all Men's Tournaments offering $15,000 and $25,000 in prize money including events providing complimentary hospitality ("+H"). These tournaments are referred to as "15s" and "25s" in terms of naming and branding but will be referred to in full by their prize money in these Regulations.

<u>ITF World Tennis Tour</u> comprises all ITF World Tennis Tour Junior Tournaments, Men's ITF World Tennis Tour Tournaments as well as Women's ITF World Tennis Tour Tournaments.

<u>Regulations</u> refer to Men's ITF World Tennis Tour Rules and Regulations including the Code of Conduct, Appendices, ITF World Tennis Tour Organisational Requirements, and the ITF Rules of Tennis, which are approved by the ITF Board of Directors to provide fair and reasonable rules for the orderly and uniform conduct by players and Tournament Organisers.  These Regulations can be amended from time to time by the ITF Board of Directors.

<u>ITF World Tennis Tour Organisational Requirements</u> also known as Organisational Requirements are the Regulations that a Tournament Organiser must follow when running an event on the Men's ITF World Tennis Tour.

Further definitions can be found at Section II.

Each player entrant in a Men's ITF World Tennis Tour Tournament agrees as a condition of such Entry to abide by and be subject to these Regulations.

Any sanctioning National Association and the Tournament Organiser where separate (jointly the "Applicant") awarded a one (1) year sanction on the Men's ITF World Tennis Tour  Calendar shall be subject to, and shall be bound by and comply with the Regulations and the *ITF Guide to Recommended Health Care Standards*, each of which may be amended from time to time.

The ITF reserves the right to refuse approval of or cancel any previously sanctioned Tournament or series of Tournaments for reasons of health, safety, security or any other potential threat to any persons attending the Tournament(s) or to the successful running of the Tournament(s), without any liability on behalf of the Applicant, or the ITF.  For the avoidance of doubt, neither the ITF or the Applicant shall be liable to any players or any other persons or entities for any costs that they might have incurred in relation to such cancelled Competitions, including, without limitation, any transport and/or accommodation costs.  This decision will be made on behalf of the ITF by the ITF World Tennis Tour Men's Committee and may be appealed by the Applicant only, to the Independent Tribunal.

## B.    Classification of Men's Tournaments

1. Professional Tournaments are the Grand Slam Tournaments, ATP Tour, ATP Challenger and Men's ITF World Tennis Tour Tournaments.

2. ITF Professional Tournaments are the Men's ITF World Tennis Tour Tournaments and Women's ITF World Tennis Tour Tournaments.

3. ITF Sanctioned Tournaments are any Tournament sanctioned by the ITF that are not ITF Professional Tournaments (including Tournaments on the ITF World Tennis Tour Juniors, ITF Senior Tour, ITF Wheelchair Tour and ITF Beach Tour).

4. ITF Team Competitions are Davis Cup, Junior Davis Cup, Hopman Cup and other such team events sanctioned by the ITF.

5. Other Tournaments are those tournaments not covered above, which include exhibition tournaments, national league tournaments, national association/federation tournaments, etc.

Unless otherwise specified, references to "Tournament" on its ownin these Regulations shall be to a Men's ITF World Tennis Tour Tournament.

**C.    National Association & Tournament Personnel**

**1. National Association**

National Associations are those countries and/or member institutions as defined by the Constitution of the ITF Limited.  National Associations are responsible for appointing the Tournament Organiser and ensuring that the ITF World Tennis Tour Organisational Requirements are fully complied with by the Tournament Organiser.

In order for a Tournament to be approved and sanctioned by the ITF for inclusion on the Men's ITF World Tennis Tour Calendar, the Tournament must have all necessary approvals from the relevant National Association and, if appropriate, the Regional Association. The National Association is responsible for submitting the application form(s) and remains ultimately responsible for the proper organisation and running of the Tournament.

**2.    Tournament Administrator**

The National Association(s) organising the Men's ITF World Tennis Tour Tournament shall designate a Tournament Administrator to handle all aspects of administration of the Tournament.  The Tournament Administrator shall be the point of contact for the ITF.

**3.    Tournament Organiser**

The National Association must also designate a Tournament Organiser (sometimes referred to as the tournament director) who will be responsible for all aspects of the organisation of the Tournament, with the exception of all matters relating to the rules of competition as stated in the Men's ITF World Tennis Tour Rules and Regulations, Code of Conduct, the Rules of Tennis and all on-court issues, which are the responsibility of the ITF Supervisor and/or the ITF.  The Tournament Organiser is responsible for following the 2019 ITF World Tennis Tour Organisational Requirements.

**4.    Officials**

All Tournaments on the Men's ITF World Tennis Tour must have an approved ITF Supervisor and the appropriate number of officials as set out in the Officiating Requirements provided in the ITF World Tennis Tour Organisational Requirements.

**a)    ITF Supervisor**

The ITF Supervisor must be available throughout the Tournament Week. The ITF Supervisor must be available at least 2 hours before the Qualifying Sign-In Deadline until the completion of the Tournament, unless otherwise approved by the ITF.

The ITF Supervisor is the individual responsible for all aspects of play during a Tournament.  The ITF Supervisor will act as final on-site authority for the interpretation of the applicable Regulations, Code of Conduct, Rules

of Tennis and the Duties and Procedures for Officials as to all matters arising that require immediate resolution at the Tournament site.

**$25,000 Tournaments**
Each Tournament offering $25,000 in prize money must provide at its sole expense an official certified as a Gold or Silver Badge ITF Supervisor.

**$15,000 Tournaments**
Each Men's ITF World Tennis Tour Tournament offering $15,000 in prize money must provide at its sole expense an official certified as a Gold or Silver Badge ITF Supervisor.

However, at $15,000 Tournaments, if a Gold/Silver Badge supervisor is not available in the host nation's country, and no feasible solution can be found (i.e. geographical proximity of another Gold/Silver Badge supervisor), the ITF may approve a White Badge supervisor if upgraded to "Approved White Badge" status following additional ITF training.

### b) ITF Chair Umpire
The ITF World Tennis Tour Organisational Requirments provide details on the minimum requirements for Chair Umpires at $15,000 and $25,000 level.

National Associations that wish to supply a higher certification level of official, or more officials than the minimum requirements, are encouraged to do so.

### c) Approval of Officials
Each Men's ITF World Tennis Tour Tournament shall submit a list of officials to fulfil the requirements as set forth above to the ITF's Officiating department at least 8 weeks (56 days) prior to the Tournament. Any request for these officiating requirements to be waived should be made to the ITF at least 8 weeks (56 days) prior to the Tournament.

## 5. Tournament Doctor and Sports Physiotherapist
Each Men's ITF World Tennis Tour Tournament must appoint and pay all costs for an English-speaking medical doctor (tournament doctor), to be available on call at all times during playing hours.

The Tournament must also appoint an English-speaking Sports Physiotherapist (as defined in the *ITF Guide to Recommended Health Care Standards*), to be available on-site during play, to provide treatment to players. It is recommended that all reasonable off-court treatment is provided free of charge to players. The Sports Physiotherapist must be on-site sixty minutes before matches commence until completion of all matches.

Further requirements are set out in the ITF World Tennis Tour Organisational Requirements and the *ITF Guide to Recommended Health Care Standards*.

**D.    Related Regulations**

The ITF Rules of Tennis shall apply in all Men's ITF World Tennis Tour Tournament matches.

To the extent not covered herein the Constitution of ITF Limited <u>2019</u> and the <u>2019</u> ITF Duties and Procedures for Officials shall be applicable to all Men's ITF World Tennis Tour Tournaments. Such applicability shall not affect the right of Men's ITF World Tennis Tour Tournaments to promulgate and enforce their own special regulations insofar as they are consistent with the applicable provisions of these Rules and Regulations and have been approved by the ITF.

**E.    Enforcement of Regulations and resolution of disputes**

**1.  On-site enforcement**

It is the responsibility of the ITF Supervisor to enforce these Regulations on site.

**2.  First instance proceedings**

The ITF Supervisor shall have exclusive jurisdiction, in the first instance, over the following matters:

(a)    unless expressly referred elsewhere, an allegation that a player has committed an offence under the Code of Conduct that is not a Major Offence or a breach of the Welfare Policy;

(b)    any disputes or questions of interpretation that arise on-site at a Tournament (to be resolved in accordance with the Rules of Tennis); and

(c)    any other decisions, disputes, questions of interpretation or other matters that are entrusted under these Regulations to the ITF Supervisor.

The ITF World Tennis Tour Men's Committee or other person/entity designated under these Regulations may decide any issues entrusted to them (respectively) under these Regulations. Unless expressly provided otherwise, there will be no right of appeal from their respective decisions.

The ITF Internal Adjudication Panel shall have exclusive jurisdiction, in the first instance, over the following matters (to be determined in accordance with its Procedural Rules):

(a)    any request for a decision that is entrusted under these Regulations (including the Code of Conduct) to the ITF Internal Adjudication Panel;

(b)    any dispute or question about the proper interpretation of these Regulations (including reviewing as appropriate any on-site interpretation by the ITF Supervisor);

(c)    any dispute or question about player eligibility arising under these Regulations;

(d)    any allegation that a Covered Person has committed a breach of the Welfare Policy;

(e)    any allegation that a player, Related Person or other person or entity bound by these Regulations has failed to comply with any other aspect of

these Regulations (unless expressly referred elsewhere); and

(f)    any other dispute arising out of or relating in any way to these Regulations that is referred to it by the Board.

The Independent Tribunal shall have exclusive jurisdiction, in the first instance, over the following matters (to be determined in accordance with its Procedural Rules):

(a)    any request for a decision that is entrusted under these Regulations to the Independent Tribunal;

(b)    an allegation that a player, Related Person or other person participating on the Men's ITF World Tennis Tour has breached the Tennis Anti-Doping Programme;

(c)    an allegation that a player or Related Person has committed a Major Offence under the Code of Conduct;

(d)    any allegation that a Tournament Offence has been committed under the Code of Conduct; and

(e)    any other dispute arising out of or relating in any way to these Regulations that is referred to it by the Board.

The Procedural Rules for both the Internal Adjudication Panel and the Independent Tribunal are available online at www.itftennis.com, or a hard-copy can be requested in writing to the ITF.

The Anti-Corruption Hearing Officer shall have exclusive jurisdiction, in the first instance, over any allegation that a Player, Related Person or other person participating on the Men's ITF World Tennis Tour has breached the Tennis Anti-Corruption Program.

### 3. Sanctions

Where the ITF Internal Adjudication Panel and/or Independent Tribunal upholds an allegation of breach of these Regulations, it will determine the sanctions for such breach in accordance with the sanction's provisions in its Procedural Rules, unless these Regulations specify other sanctions for such breach, in which case it will apply the specific sanctions.

### 4. Appeals

Save where provided otherwise under these Regulations:

(a) decisions by the ITF Supervisor under these Regulations may only be challenged by way of appeal to the ITF Internal Adjudication Panel, to be determined in accordance with its Procedural Rules (save that there shall be no right of appeal against the ITF Internal Adjudication Panel's decision);

(b) subject to article I.E.4(a) above, decisions of the ITF Internal Adjudication Panel under these Regulations may only be challenged by way of appeal to the Independent Tribunal, in accordance with the Independent Tribunal's Procedural Rules (in particular, the section applicable to the Independent Tribunal sitting as an appeal panel);

(c) decisions of the Independent Tribunal (sitting as a first instance tribunal)

may only be challenged by way of appeal to the Court of Arbitration for Sport, as set out in the Independent Tribunal Procedural Rules.

Such appeals may only be brought by one of the following persons:

(i)     the person or entity that is the subject of the decision being appealed; and/or

(ii)    the ITF.

'Related Person' is defined as any coach, trainer, therapist, physician, management representative, agent, family member, Tournament guest, business associate or other affiliate or associate of any player, or any other person who receives accreditation at a Men's ITF World Tennis Tour Tournament at the request of the player or any other Related Person.

## 5. Governing Law

These Regulations and any dispute arising out of or in connection with them (including any dispute or claim relating to non-contractual obligations) shall be governed by and construed in accordance with English law, without regard to the conflict of law principles.

Each Player, Nation and each of its Team Members, directors, officials, officers, members of staff, employees, contractors, agents, and representatives agrees to submit any disputes or claims or other matters arising in relation to the Regulations (including any non-contractual disputes or claims) to arbitration pursuant to the resolution of disputes process provided for in this Section I.E (as applicable), to the exclusion of any other court or forum.

## F.    Amendment of Regulations

These Men's ITF World Tennis Tour Rules and Regulations may only be amended, repealed or otherwise modified, in whole or in part, by the ITF Board of Directors.  The ITF Board of Directors may only amend, repeal or otherwise modify any Regulation relating to ATP ranking points with the approval of the ATP.

The ITF Board of Directors may grant dispensations from, modify, waive or otherwise alter these Regulations or their application in extraordinary circumstances.

## G.    Management of the Men's ITF World Tennis Tour

### 1. Board of Directors

### a) Management

The Men's ITF World Tennis Tour shall be managed by the Board of Directors of the ITF.

**b) Duties**

The duties of the Board of Directors shall be:

i)  To approve, adopt and amend the Rules and Regulations and Code of Conduct for the Men's ITF World Tennis Tour.

ii)  To register in the name of the ITF any trade marks in connection with the Men's ITF World Tennis Tour and to protect such trademarks.

iii)  To appoint every two years a Men's Committee, which shall consist of a Chair, who shall be a member of the Board of Directors, and further members as deemed necessary.

**2. ITF World Tennis Tour Men's Committee**

The duties and powers of the ITF World Tennis Tour Men's Committee shall be:

a)  To manage Men's ITF World Tennis Tour Tournaments;

b)  To recommend changes to and to ensure the uniform application of these Rules and Regulations and the Code of Conduct;

c)  To administer the funds of the Men's Tournaments within the financial framework of the ITF;

d)  To report to the Board of Directors on all financial matters; and

e)  To submit regular reports to the Board of Directors.

# II.  DEFINITIONS

**Acceptance List**

The list of players who have entered a Tournament(s) and have been sorted based on the applicable System of Merit.

**Alternate (Direct Acceptance)**

A player who is ranked lower than the Direct Acceptances into Main Draw and Qualifying under the applicable System of Merit and can fill any vacancy as detailed in the applicable System of Merit before the Freeze Deadline.  After the Freeze Deadline, Alternates remain on one list and have priority for acceptance over On-Site Alternates.  Alternates can Sign-In at a different Tournament and if any vacancies are created by withdrawals, no shows, or used or unused Special Exempts then an Alternate will fill those vacancies in order of the applicable System of Merit.

**Alternates Junior Reserved**

A junior player who is ranked lower than the three (3) junior players selected as Junior Reserved Direct Acceptances into the singles Main Draw under the applicable System of Merit of a Men's $15,000 Tournament.  These Junior Reserved Alternates will replace any Junior Reserved Direct Acceptances that withdraw from the Junior Reserved List before the Freeze Deadline

**Committed**
A player's status if at any time after the Withdrawal Deadline they appear in the singles Main Draw or singles Qualifying Acceptance List of a Tournament. A Committed player is obligated to compete at the Tournament. Committed players can, however, remain on ATP/Challenger Alternates lists and move up into ATP/Challenger tournaments until 09:00 Eastern Standard Time (GMT-5) on the Friday before the tournament week without penalty.

**Direct Acceptances**
Players who have entered and been directly accepted into the singles Main Draw or Qualifying Draw or Doubles Draw by virtue of their ranking(s) and/or status under the applicable System of Merit.

**Doubles Draw**
The doubles competition at a Tournament. Players earn a position in the Doubles Draw based on the applicable Doubles System of Merit.

**Entry**
A request by a player to register for a Tournament. Entries are only accepted from players with an approved applicable IPIN account and who meet all necessary requirements stipulated in the Regulations. The player must make their Entry before the Entry Deadline.

**Entry Deadline**
The time by which a player must enter in order to be considered for inclusion on the Acceptance List. The Entry Deadline for singles is at 14:00 hours Greenwich Mean Time (GMT) on the Thursday eighteen (18) days prior to the Monday of the Tournament Week. The Doubles Entry Deadline is detailed on each Tournament's Fact Sheet.

**Entry List**
The list of players who have entered the Tournament up until the Entry Deadline and before the Acceptance List has been made.

**Fact Sheet**
Each Tournament will provide information regarding the Tournament site, dates, draw sizes, court surface, type of courts, hotel information, transportation, prize money deductions, and other relevant information regarding the Tournament. The Fact Sheet, also referred to as the Tournament Fact Sheet, is available in IPIN.

**Freeze Deadline**
The Freeze Deadline takes place at 14:00 hours GMT on the Thursday preceding the Tournament Week. After the Freeze Deadline has passed and the Acceptance List is processed, no further movement is permitted on the Acceptance List, with the exception of movement up into ATP/Challenger tournaments until 09:00 EST on the Friday preceding the Tournament Week.

**IPIN (International Player Identification Number)**
A player must pay, register and be approved for an IPIN membership, which is used to register for Men's ITF World Tennis Tour Tournaments. Players will Enter, Withdraw and find Tournament details through their IPIN account.

**Junior Exempt (JE)**
A player who by virtue of his 2018 position on the ITF Junior Boys' Year-End Combined Rankings gains Direct Acceptance into a designated Men's ITF World Tennis Tour Tournament (see Appendix D).

**Junior Reserved ($15,000 Tournaments)**
A junior player accepted into the Main Draw of a Men's $15,000 Tournament based on the applicable System of Merit.

**Late Withdrawal**
A Withdrawal by a player accepted into the singles Qualifying that takes place anytime after the Withdrawal Deadline and up until the Qualifying Sign-In and any Withdrawal from a singles Main Draw player that takes place after the Withdrawal Deadline until the commencement of play.

**Lucky Loser (LL)**
Lucky losers are players who have lost in the final round of the Qualifying event or, if more Lucky Losers are required, those players who have lost in the previous Qualifying round(s).

**Main Draw**
The Main Draw is the principal competition of a Tournament in which players earn a position based on the Regulations and the applicable Singles System of Merit.

**On-Site Alternates**
Non-entered players who attend at the Tournament site (prior to the Qualifying Sign-In Deadline) to Sign-In for the Qualifying. In order to be eligible as an On-Site Alternate, a player must have valid IPIN membership, Sign-In with the ITF Supervisor at the Tournament site and have paid the entry fee and any applicable fines.

**Preserved Eligibility**
A procedure by which a player on the Qualifying Acceptance List (except Alternates) at the Freeze Deadline can submit a request to the ITF Supervisor to preserve their eligibility for a position in the main draw at the time of Qualifying Sign-in Deadline, because the player is unable or unwilling to Sign-In for Qualifying.

**Protected Ranking**
A player's ATP ranking assigned to a player who has been unable, due to injury or illness, to compete in any tennis tournament for a minimum of six (6) months. A Protected Ranking is only available for use for Entry. The criteria for application and eligibility are set forth by the ATP and the information is available in the ATP rulebook.

**<u>Qualified Tournament (related to Special Exempts)</u>**
<u>For $15,000 & $25,000 Tournaments: the singles event of any $15,000, $25,000, or ATP Tour or ATP Challenger Tournament within the same region in the preceding week is a Qualified Tournament.</u>

**Qualifiers (Q)**
Players who are included in the Main Draw as a result of their success in the Qualifying competition.

**Qualifying**
The Qualifying draw refers to the preliminary rounds of a Tournament, in which the participating players have not qualified for entry into the Main Draw based on the applicable Singles System of Merit but have earned the opportunity based on the applicable Singles System of Merit to compete for an opportunity to play in the Main Draw.

**Sign-In**
The procedure by which a player registers for participation in a Tournament either by physically writing their signature on-site or by telephone (if permitted).

**Sign-In Deadline**
The date and time by which a player wishing to participate must Sign-In either in person or by telephone (if permitted) as stipulated in the Regulations.

**Special Exempt  (SE)**
A player that is on the Qualifying Acceptance List who applies for and receives <u>an exemption into the singles Main Draw of that week's Tournament because he reached the finals in singles, or is otherwise still competing on the first day of singles qualifying, at a "Qualified Tournament"in the previous week.</u>

**System of Merit**
The selection procedure by which players are accepted into the singles or doubles of a Tournament(s). The System of Merit shall be referred to throughout these Regulations as the Singles System of Merit for singles acceptances or the Doubles System of Merit for doubles acceptances.

**Tournament**
A Tournament on the Men's ITF World Tennis Tour, which is comprised of three events - singles Main Draw, singles Qualifying and a Doubles Draw -

unless otherwise approved. Each event has an applicable System of Merit for accepting players into those events.

**Wild Card (WC)**
A Player accepted into the singles Main Draw or singles Qualifying as determined by the Tournament Organiser and/or the sanctioning National Association.

**Withdrawal**
When a player withdraws from a Tournament pursuant to the applicable Regulations. Singles Withdrawals can be made either online or through the official withdrawal form prior to the Qualifying Sign-In Deadline. Singles Withdrawals are permitted without penalty up until the Withdrawal Deadline. Singles and Doubles Withdrawals after the Withdrawal Deadline are Late Withdrawals and will incur a penalty pursuant to the Code of Conduct.

**Withdrawal Deadline**
The Withdrawal Deadline is 14:00 hours GMT on the Tuesday thirteen (13) days prior to the Monday of the Tournament Week. Any player accepted into the singles Main Draw or Qualifying draw and who does not wish to play must withdraw before this deadline to avoid incuring a penalty.


# III.    MEN'S ITF WORLD TENNIS TOUR TOURNAMENTS

## A.    Player Eligibility

### 1.    Open Competition / No Discrimination
Men's ITF World Tennis Tour Tournaments are open to all male tennis players based on merit and without discrimination subject to the conditions in this Section III.A and Appendix B. Minors under the age of fourteen (14) shall not be eligible for Entry. For the purposes of these Regulations, the player's age as of the Monday of the Tournament Week shall be used.

If requested, a player must provide a proof of identity and/or age through photo identification (passport or driver's licence) to the ITF Supervisor on site.

### 2.    Nationality
A player's nationality for the ITF World Tennis Tour and the ITF World Tennis Ranking is determined at registration for IPIN by the Nationality on a player's passport. The ITF may request from the player at any time a copy of their current, valid passport as proof of nationality.

Players, who have earned ATP points based on events on the Men's ITF World Tennis Tour, should send a copy of their passport to the ATP.

Players wishing to add/change/update their nationality on the website should send a copy of their passport to the ITF and if necessary, the ATP.

This Regulation applies to the Men's ITF World Tennis Tour only and is without prejudice to any other regulations applicable to other tournaments (such as ITF Team Competitions), which may impose different criteria.

3. **International Player Identification Number (IPIN) Membership and Tennis Integrity Protection Programme (TIPP)**
   In order to enter Men's ITF World Tennis Tour Tournaments all players must first register for an applicable annual IPIN membership (and pay the appropriate fee) and agree, as a condition of their registration, to accept the related terms and conditions and to complete the TIPP. Failure by a player (a) to register for an applicable IPIN membership and to accept the related terms and conditions and (b) to complete the TIPP will render a player ineligible to enter and compete in Tournaments.

   All players obtaining an IPIN and wishing to compete on the Men's ITF World Tennis Tour are responsible for ensuring they are fit to play and are advised to obtain a yearly physical examination from a certified physician that certifies the player to compete on the Men's ITF World Tennis Tour.

   A player's IPIN online service account will provide information about all Tournaments on the Men's ITF World Tennis Tour. This account will enable players to view the Tournament calendar and Enter and Withdraw from Tournaments. The IPIN account will also provide information about Entry and Acceptance Lists, Tournament Fact Sheet, Tournament Referee contact information and other pertinent information about the Tournaments, including important tour announcements.

4. **Play-Down (for singles only)**
   Players with an ATP ranking of 1-100 in singles twenty-one (21) days prior to the Monday of the Tournament Week are prohibited from entering, accepting a Wild Card and/or competing in any Men's ITF World Tennis Tour Tournament.

   Players with an ATP ranking of 101-150 in singles twenty-one (21) days prior to the Monday of the Tournament Week are prohibited from entering a Men's ITF World Tennis Tour Tournament but may receive a Wild Card, if approved by the ITF World Tennis Tour Men's Committee, into the Main Draw of a Men's ITF World Tennis Tour Tournament offering $15,000+H, $25,000 or $25,000+H in prize money (where "H" refers to hospitality provided free of charge by the Tournament.)

   To be eligible for a Wild Card, such player and Tournament Organiser must petition the ITF at least four (4) days prior to the Monday of the Tournament Week. Upon receipt of the petition the ITF shall evaluate the

player's eligibility to receive a Wild Card and make a determination. The decision by the ITF may not be appealed.

Men's ITF World Tennis Tour Tournaments offering $15,000 in prize money (without Hospitality) may not offer Wild Cards to players ranked 1-150 in singles.

Men's ITF World Tennis Tour Tournaments offering $15,000+H, $25,000 or $25,000+H in prize money may offer one Wild Card per Tournament to players ranked 101- 150 in singles.

**B.    Categories of Tournaments**

For the purpose of these Regulations, all Men's ITF World Tennis Tour Tournaments will be differentiated based on prize money and hospitality. All references to prize money expressed in US Dollars will also mean the corresponding prize money in Euros (EUR) as detailed below and as set in Section XII Prize Money.

**1)    $15,000 and $25,000 Tournaments**

Any Men's ITF World Tennis Tour Tournaments, listed below, that comply with the criteria laid down in these Regulations are eligible for inclusion of their results on the ATP Ranking as specified in Section XIII, ATP Rankings, and on the ITF World Tennis Ranking, as specified in Section XIV, ITF World Tennis Ranking. Such Tournaments fall into the following groups:

- **MEN'S ITF WORLD TENNIS TOUR $15,000/€13,500**
- **MEN'S ITF WORLD TENNIS TOUR $15,000/€13,500 + H**
- **MEN'S ITF WORLD TENNIS TOUR $25,000 / €22,500**
- **MEN'S ITF WORLD TENNIS TOUR $25,000 / €22,500 +H**

+H indicates the Tournament offers hospitality

Where these Regulations apply in the same way to tournaments with and without hospitality, only the generic prize money term will be used and it shall be interpreted to cover both types of tournament. The +H designation will only be used where there are specific rules or differences that apply between the two types of tournament in which case the relevant regulation will specify that difference.

**C.    Tournament Events**

Each Men's ITF World Tennis Tour Tournament must consist of a singles Main Draw, Doubles Draw and singles Qualifying, unless there are insufficient entries to run a singles Qualifying draw or otherwise approved by the ITF. Each draw will be an elimination draw.

**D.     Tournament Week**

Each Men's ITF World Tennis Tour Tournament is assigned a specific Tournament Week on the calendar defined by the date of the Monday of that week. <u>Singles Qualifying will begin on either Sunday or Monday and can be played over one, two or three days (depending on draw size and as approved by the ITF or Service Bureau).  Typically, the singles Main Draw will begin on Tuesday (but may begin on Monday and no later than Wednesday) and must finish no later than Sunday of the same week,</u> unless otherwise approved by the ITF. In extraordinary circumstances, e.g. bad weather, the ITF Supervisor, in consultation with the ITF, may cancel or adjust a Tournament's Week and schedule.

**E.     Match Format**

**A.** Singles Main Draw

The best of three (3) tie-break sets, unless a "Modified Format" is otherwise approved by the ITF.  Ad scoring must be used.

**B.** Singles Qualifying

The best of three sets, with two (2) tie-break sets, and if the score reaches one set all, one match tie-break game (10 points) shall be played to decide the match.  Ad scoring must be used.

**C.** Doubles Draw

The best of three sets with two (2) tie-break sets, and if the score reaches one set all, one match tie-break game (10 points) shall be played to decide the match. No-ad scoring must be used.

**D.** Modified Format

In extraordinary circumstances, e.g. bad weather, the ITF Supervisor, with explicit approval of the ITF, may modify the format of matches in the singles Main Draw only as follows:

The best of three sets with two (2) tie-break sets, and if the score reaches one set all, one match tie-break game (10 points) shall be played to decide the match.  Ad scoring must be used.

**F.     Balls**

The balls to be used at Men's ITF World Tennis Tour Tournaments must conform to the specifications in the Rules of Tennis and must have been approved by the ITF. Any Men's ITF World Tennis Tour Tournament must apply to the ITF for approval at least seven (7) weeks (49 days) in advance of the Tournament if it wishes to use Ball Types 1 or 3.

In the singles Qualifying competition a minimum of four (4) new balls of the same brand and type must be provided for the match.

In the singles Main Draw or Doubles, a minimum of four (4) new balls of the same brand and type must be changed at a maximum of eleven (11) and thereafter every thirteen (13) games in each match. More frequent ball changes are acceptable at the discretion of the ITF Supervisor.

A minimum of three (3) used balls of the same brand and type as the match balls must be available for practice per day, free of charge, to each player accepted into the Tournament, from the day prior to the commencement of the respective draw until he is eliminated from the Tournament. Players must return practice balls after each practice to the Tournament staff.

**G.    Artificial Lighting**
Play is allowed with artificial lighting provided there is a minimum of 500 lux evenly distributed over the court surface.

**H.    Waiver of Claims**
In submitting an Entry into a Men's ITF World Tennis Tour Tournament, all players agree, as a condition of Entry, that subject to the limits set out below, for themselves, their executors, administrators, heirs and personal representatives, all claims of any kind, nature and description are waived, including past, present or future claims and injuries, if any, sustained in travelling to or from, or participating in a Men's ITF World Tennis Tour Tournament and/or any of its related activities and/or while in the location of a Men's ITF World Tennis Tour Tournament, against the ITF, the National Association or Regional Association sanctioning such Tournaments, promoters, sponsors, television or other broadcast licensees, vendors, venues, local organisers and others connected with such Men's ITF World Tennis Tour Tournaments, including its employees, officers, directors, volunteers, and representatives.

Nothing in these Regulations excludes or limits the liability of the ITF or any of the other parties listed above:

i)      for death or personal injury caused by their (respective) negligence;
ii)     for fraud; or
iii)    to the extent that such exclusion or limitation is not permitted by applicable law.

**I.    Publicity and Promotion**
(a) Each player grants to the ITF, the Tournament's sanctioning National Association, the Tournament and their agents and assignees the right, in perpetuity and for commercial and non-commercial purposes:

(i) to use or authorise the use of his or her name, voice, photograph, likeness, signature, biographical material and other identification, in any and all media, for the purpose of publicising and promoting the sport of tennis, the ITF, the Tournament's sanctioning National Association, the Tournament and their

respective affiliates and events including the right to use the same on event posters, photos, programs, merchandise and other materials, and for the televising broadcasting and filming of the same; and

(ii) to make, show and otherwise use, in any and all media, still and moving pictures, whether live or otherwise, and any other visual and/or audio-visual reproductions of his or her performance or appearance as a sportsman on and off the court during the event.

  (b) With respect to sub section (a) above:

        (i) there will be no compensation payable in relation to the grant of such rights; and

        (ii) the rights granted may not be used in such a way as to constitute an endorsement by the player of any product or company.

**J.    Public Liability Insurance**
The Applicant is responsible for taking out a suitable insurance policy which is compliant with local laws and regulations and which insures against claims made for damage to property and for death/injury caused to people at the event for which the Applicant is legally liable.  "ITF Ltd" and "ITF Licensing (UK) Ltd" must be named in the policy and on the certificate of insurance, and a copy should be provided to the ITF on request.


# IV. FINANCIAL

**A.    Payments**
The sanctioning National Association and/or where applicable the Tournament Organiser (jointly the "Applicant") shall be liable for and pay the prize money to all players participating in the Tournament in accordance with the breakdowns stated in Section XII, Prize Money and ATP/ITF Points. The Applicant shall also be liable for and pay in accordance with the notifications issued to the Applicant by the ITF: the annual Sanction Fee; and any IPIN membership fees and fines collected during the Tournament due to the ITF.

**B.    Prize Money Payments**
The Tournament Organiser shall make prize money payable in cash, check or bank transfer available to eligible players in accordance with the criteria stated below.

If a Tournament Organiser elects to pay the prize money via bank transfer, the Tournament Organiser and/or National Association will be liable for any bank fees associated with such transfer.

**C.    Tax Deductions**

Any Government income tax deductions from prize money must be stated on the Tournament Fact Sheet. No taxes other than the stated income tax will be deducted from prize money.

**D.    Fines and Fees**

If a player owes any fines and/or fees, then the ITF Supervisor shall authorise the Tournament Organiser to deduct fines and fees from a player's prize money.  These collected fines and fees will be sent to the ITF by the National Association.  Please see the Code of Conduct.

**E.    Currency and Exchange Rate**

Prize money shall be paid in currencies as follows:

1) U.S. Tournaments: All prize money must be paid in US Dollars as set out in Section XII. Prize Money and ATP/ITF Points.

2) European Tournaments: All prize money must be paid in Euros as set out in Section XII. Prize Money and ATP/ITF Points or in local currency for non-Euro Monetary Union nations.

3) Other Men's ITF World Tennis Tour Tournaments: All prize money must be paid in US Dollars or in local currency if prior approval to pay in local currency is obtained in writing from the ITF no less than four (4) months prior to the start of the Tournament.

If local currency is selected, then the exchange rate to US Dollars for a given Tournament (official ITF exchange rate) shall be the average of the six (6) months immediately preceding six (6) months prior to the Tournament. If, on the Monday, seven (7) days prior to the start of the Tournament, there is a fluctuation in the official ITF exchange rate of five percent (5%) or more, up or down, then such exchange rate shall be adjusted, up or down as follows:

| Exchange Rate Fluctuation | Exchange Rate Adjustment |
|---|---|
| Less than 5% | None |
| Between 5 and 10% | 5% |
| 10% or greater | One half the actual Exchange Rate Fluctuation |

(* For example, if the currency fluctuates 11% from the authorised exchange rate, the exchange rate will be adjusted by 5.5%).

Each Men's ITF World Tennis Tour Tournament electing to pay on-site prize money in a specific non-US or non-Euro currency shall obtain from the ITF (Rest of World Events) or Tennis Europe (European Events) the Official ITF Exchange Rate.

**F.      Amateur Expenses**

Men's ITF World Tennis Tour Tournaments may pay expenses to amateurs who compete, at the discretion of the Tournament Organiser. Such expenses are limited to the actual and reasonable expenses of an amateur incurred pursuant to his participation in the Tournament. The payment of expenses cannot be conditioned on the success of the amateur in the Tournament.

**G.      Entry Fees**

The following entry fees may be charged by the Tournament Organiser per player prior to the start of the Tournament or (if applicable) deducted from prize money at the discretion of the Tournament Organiser.

The entry fee can be collected in US Dollars or Euros or in local currency as stated on the Fact Sheet.

| Draw | Maximum Fee (per player) |
|------|--------------------------|
| Qualifying (singles) or Qualifying (singles) and Doubles | Up to US$40 or €36 |
| Main Draw (singles) or Main Draw (singles) and Doubles | Up to US$40 or €36 |
| Doubles only | Up to US$20 or €18 |

# V.      SINGLES ENTRIES AND WITHDRAWALS

All players (i.e. those with an ATP ranking, ITF World Tennis Ranking, eligible ITF Combined Junior ranking, National Ranking, and unranked), subject only to Age Eligibility and Play Down provisions of these Regulations, may enter Men's ITF World Tennis Tour Tournaments by the Entry Deadline and will appear on the Tournament Acceptance Lists.

Players should locate details about the Tournaments, including Fact Sheet, Entry and Acceptance Lists, ITF Supervisor contact information and other pertinent information about the Tournament, within their IPIN account.

Unless specified otherwise, this Section V. applies for both Main Draw and Qualifying.

Players are encouraged to read the Fines Guidelines and Offence codes for ITF World Tennis Tour events, located in the Code of Conduct, for information on the penalties imposed for Late Withdrawals.

**A.      Entries**

A player applying for Entry shall be deemed to apply for Entry into both the singles Main Draw and the singles Qualifying depending on his ranking by the applicable System of Merit.

A player's status in a Tournament shall not be official until the Entry Deadline and publication of the Tournament Acceptance List on the ITF website and IPIN account.  A player may apply for Entry into up to six (6) Men's ITF World Tennis Tour  Tournaments in a specific Tournament Week, in which case he must indicate a priority. If no priority is stated, the ITF will assign a priority. A player may not apply for Entry into a Men's ITF World Tennis Tour Tournament if he is Committed to another Tournament during that period.

Notwithstanding any other provision of these Regulations, the ITF has the absolute right to refuse to accept or revoke any player's Entry to any ITF World Tennis Tour Tournament(s).  The ITF may exercise that right as it sees fit, with or without providing reasons.

**B.    Entry and Withdrawal Procedures**

All Entries and Withdrawals must be submitted online through the player's IPIN account.  In exceptional circumstances, an Entry can be submitted in writing on the Official Entry Form and sent to the ITF by email, fax or post, to be received before the appropriate deadline.

Notwithstanding Regulation V.C. below and the Code of Conduct, which may impose penalties, a Withdrawal must be submitted as follows, depending on the time at which the player is Withdrawing:

| Time | Format | Sent Method | Submitted to |
|---|---|---|---|
| Before the Withdrawal Deadline** | IPIN account-online service | IPIN Account Online Withdrawal | ITF |
| After the Withdrawal Deadline but before the Freeze Deadline** | IPIN account-online service | IPIN Account Online Withdrawal | ITF |
| After the Freeze Deadline but before the Qualifying Sign-In Deadline or first match for Main Draw | Official Withdrawal Form (with player signature) | Email Official Form (as an attachment), or Post or fax before deadline | ITF and ITF Supervisor (See Fact Sheet) |

** In exceptional circumstances the ITF will accept an Official Withdrawal Form i) before the Withdrawal Deadline or ii) after the Withdrawal Deadline but before the Freeze Deadline.  Please contact the ITF prior to deadline for consideration of exception.

## C.   Entry and Withdrawal Deadline

The Entry Deadline is at 14:00 hours Greenwich Mean Time (GMT) on the Thursday eighteen (18) days prior to the Monday of the Tournament Week.

The Withdrawal Deadline is at 14:00 hours GMT on the Tuesday thirteen (13) days prior to the Monday of the Tournament Week.

In exceptional circumstances or during UK office holidays, the ITF may modify the deadlines, in which case players will be notified.

It is the player's responsibility to make all entries and withdrawals and to check his position on the Acceptance Lists.

If a player has entered multiple events, he should remove himself from all events he no longer wishes to compete in before the Withdrawal Deadline.

**D.  At the Entry Deadline**

At the Entry Deadline, players will be placed on Acceptance Lists for singles according to the Singles System of Merit.  For each Tournament a player has entered, the player will be listed in the singles Main Draw, singles Qualifying or as an Alternate based on the System of Merit.

If a player has been accepted into an ATP Tour main draw or qualifying event, ATP Challenger main draw or qualifying event, he will be immediately withdrawn from the Entry Lists of all Men's ITF World Tennis Tour Tournaments.

**E.  At and After the Withdrawal Deadline**
**1. Procedure**

If at the time of the Withdrawal Deadline, a player has been accepted into an ATP Tour main draw or qualifying event, ATP Challenger main draw or qualifying event, he will be withdrawn from the Acceptance Lists of all Men's ITF World Tennis Tour Tournaments.

If a player is accepted into the Main Draw or Qualifying of more than one Men's ITF World Tennis Tour Tournament or ITF World Tennis Tour Juniors Tournament starting in the same week, he will remain on one Acceptance List and will be immediately withdrawn from the Acceptance Lists of all other Tournaments at the Withdrawal Deadline, according to the following criteria in this order, until he is only on one Acceptance List:

1.  <u>ITF World Tennis Tour Professional Tournaments take priority over ITF World Tennis Tour Junior Tournaments; then</u>
2.  Main Draw takes priority over Qualifying, and Qualifying over Alternates; then
3.  Tournament Entry Priority

If a player's chosen priorities are unclear, he will be immediately withdrawn from all but one Entry List by the ITF at the Withdrawal Deadline, according to the following criteria in this order, until he is only on one Acceptance List:

1.  The Tournament offering the highest prize money will take priority, or if equal; then
2.  The Acceptance List on which he is highest placed will take priority, or if equal; then

3. The Tournament which is geographically closest to his country of Nationality will take priority.

Exception: If a player is accepted into the Main Draw of a Junior Grand Slam tournament, that tournament will be prioritised over all other tournament entries that week (i.e. including Men's $25,000 tournaments or any other Junior tournament). A Junior who has entered a Junior Grand Slam tournament and another Junior tournament in the same week (and who would be accepted into the Main Draw of both tournaments) will be selected for the Junior Grand Slam at the Withdrawal Deadline even if he has designated the other Junior tournament with a higher priority.

## 2. Commitment Rule

Prior to the Withdrawal Deadline a player's status on an Acceptance List is not confirmed. A player who appears on an ITF World Tennis Tour Main Draw or Qualifying Acceptance List at any time after the Withdrawal Deadline is deemed to have been accepted into and Committed to play the Tournament.

Exception: Committed players can, however, remain on ATP/Challenger Alternates lists and be accepted into the Main Draw or Qualifying Acceptance List of an ATP Tour or Main Draw of an ATP Challenger Acceptance List until 09:00 Eastern Standard Time (GMT-5) on the Friday before the Tournament Week without penalty. After 09:00 EST, a Committed player is not permitted to leave an ITF tournament to play up into an ATP/Challenger event and will be subject to Code of Conduct and/or Section V.G. Playing Another Event / One Tournament Per week apply.

No player may withdraw his Entry from the Main Draw or Qualifying of a Men's ITF World Tennis Tour Tournament for any reason after the Withdrawal Deadline. All other withdrawals will be considered a Late Withdrawal and will be subject to the Late Withdrawal/No Show provisions set forth in Article II. B.1 and B.2 of the Code of Conduct, unless the provisions set forth in Article II. B.3 or B.4 of the Code of Conduct and/or Section V.G. Playing Another Event / One Tournament Per week apply.

Players are encouraged to read the Fines Guidelines and Entry Offence provisions located in the Code of Conduct for information on the penalities imposed for Late Withdrawals.

Any player accepted into the singles Main Draw, Doubles or singles Qualifying who fails to appear for the Tournament without notifying the ITF, and ITF Supervisor if after the Freeze Deadline, of his withdrawal and without submitting his official withdrawal shall be subject to the penalties provided for No Show.

If a player is not accepted into any Men's ITF World Tennis Tour Tournament in a given week, he may remain on more than one Acceptance List as an Alternate until the Freeze Deadline. A player who appears on one or more Alternate List(s) is not Committed to play in any of these Tournaments and may withdraw at any time, without penalty, until he moves into a Qualifying or Main Draw Acceptance

List, at which time he will be automatically withdrawn from all other Acceptance Lists by the ITF.

**3. Alternates**

A player who appears on one or more Alternate List(s) is not Committed to play in any one Tournament and may withdraw at any time, without penalty, until he moves into a singles Main Draw or singles Qualifying Acceptance List (up until the Freeze Deadline), at which time he will be withdrawn from all other Acceptance Lists by the ITF.

Players who are included on multiple Alternates Lists and do not wish to play some or all of the entered Tournaments for a given week should withdraw themselves from those events before they move into Qualifying and become Committed to the event.

Alternates will be removed from all but one (1) Acceptance List at the Freeze Deadline.  See process below.

**F.  Freeze Deadline**

The Freeze Deadline is at 14:00 hours GMT on the Thursday preceding the Tournament Week.  Alternate players not yet accepted to a Main Draw or Qualifying Draw may change their priority until the Freeze Deadline.  Once the Freeze Deadline has passed, players are not permitted to make any changes to their tournament order of priority.

After the Freeze Deadline has been processed, all players on the singles Qualifying Acceptance List will no longer be moved into the singles Main Draw, and players will remain on only one Alternate List and will no longer be moved into a Qualifying Acceptance List. Players will remain on one Alternate List according to their tournament chosen priority.  Such Alternates are not committed to play the Tournament.

Since Alternates are not committed to any tournament, they are able to Sign-In at any Tournament during a given week.  However, if the player does not Sign-In at their top priority Tournament after the Freeze Deadline, he will be ordered as an On-Site Alternate, which means the player will be ordered after all players on the Alternates List at the Freeze Deadline.

A player who wishes to withdraw from the singles Main Draw or singles Qualifying after the Freeze Deadline must submit an official withdrawal form to both the ITF and ITF Supervisor or he will be subject to the penalties provided for a No Show at Article II.B.1 of the Code of Conduct.

### G. Playing Another Event / One Tournament Per Week

#### 1. General

When a player is accepted into the Qualifying or Main Draw of a Tournament as Direct Acceptance, Junior Reserved, Junior Exempt, Special Exempt or Wild Card at any time after the Withdrawal Deadline he is Committed to that Tournament unless released by the ITF or ITF Supervisor as detailed in Article II. B.3 or B.4 of the Code of Conduct, and with the exception of ATP/Challenger rules set out in section V.E.2 above.

A player who is committed to and/or has played in the Main Draw or Qualifying of a Men's ITF World Tennis Tour  Tournament may not enter or compete in any other tennis event during the period of such Tournament except as stated in Article II. B.4 of the Code of Conduct.

Players may not be accepted into a Men's ITF World Tennis Tour and an ITF World Tennis Tour Junior Tournament during the same week.  Players will be withdrawn from all but one Tournament at the Withdrawal Deadline based on the withdrawal procedure described above.   If a player is found after the Withdrawal Deadline to have been accepted into two Tournaments (Men's and Juniors) in one week, they will be withdrawn from one Tournament at the earliest opportunity, also according to the withdrawal procedure set out above.

#### 2. Grand Slam Tournaments and Multi-Week ATP Tour Tournaments

##### a. *Participation during Qualifying and/or First Weeks*

A player is allowed to play in two Professional Tournaments (one of which must be a Grand Slam Tournament or multi-week ATP Tour Tournament) during this two-week period, provided the player has been eliminated from singles and doubles of the first Tournament prior to the Qualifying Sign-In Deadline of the second Tournament.

In the event that a player has competed in two Professional Tournaments in the first week, then the player must withdraw from any Men's ITF World Tennis Tour Tournament in the second week following the Qualifying.

##### b. *Participation during the Second Week*

A player is allowed to play in a Men's ITF World Tennis Tour  Tournament during the second week of a Grand Slam Tournament or multi-week ATP Tour Tournament provided he has been eliminated from the singles and doubles of that Tournament prior to the Men's ITF World Tennis Tour Tournament Qualifying Sign-In Deadline and has not played in a second Professional Tournament in the first week. Any such player who is still competing in the Grand Slam Tournament or multi-week ATP Tour Tournament at this deadline must withdraw from the relevant Men's ITF World Tennis Tour  Tournament.

A player is not allowed to withdraw from a Grand Slam Tournament or multi-week ATP Tour Tournament to play a Men's ITF World Tennis Tour Tournament.

## H.  On-Site Medical from Week 1 & Participation in Week 2

1. A player may not Withdraw onsite or retire from a Tournament in Week 1 and then go on to play in any other Tournament in Week 2 except for valid medical reasons. If a player is forced to withdraw onsite or retire from Week 1 due to medical reasons, and he is entered in a Tournament in Week 2, that player must receive a medical examination from the Tournament Doctor/Sports Physiotherapist from Week 1 and submit his medical examination to the Tournament Doctor/ Sports Physiotherapist for Week 2. To be eligible to compete in Week 2 the player must receive a medical examination and clearance from the Tournament Doctor/Sports Physiotherapist.

   A player is not allowed to play in Week 2 if:

   i.   he has withdrawn or retired from Week 1 without cause, *or*
   ii.  he has withdrawn or retired from Week 1 for valid medical reason, but he fails to receive a medical examination for Week 2 from the Tournament Doctor/Sports Physiotherapist.

   Any player who is discovered to have contravened rules (i) and (ii) above shall not receive ATP or ITF World Tennis ranking points for Week 2. The player will also be subject to a <u>fine pursuant to the Entry Offences section of the Code of Conduct</u>. This rule does not apply to a player whose partner in doubles has been forced to withdraw or retire from their match.

2. A player that has endured a medical condition during the Tournament Week, but who completes their Tournament matches, may obtain a Medical Certificate from the Tournament Doctor/Sports Physiotherapist that can be used to withdraw from the following week's Tournament without penalty. The player must obtain the Medical Certificate within 24 hours of completing their final match.

   If the player wishes to use the Medical Certificate to withdraw from the following week's Tournament then the player must inform the ITF and the ITF Supervisor <u>of the next Tournament</u> (if after the Freeze deadline) no more than 48 hours after obtaining the Medical Certificate or before the Qualifying Sign-In Deadline, whichever is sooner.

   Players who complete their final match of the Tournament after the Qualifying Sign-In Deadline of the following week's Tournament must obtain a Medical Certificate and inform the ITF Supervisor before leaving the site if they wish to withdraw.

**I.  Wild Cards**

Wild Cards are eligible players included in the Main Draw or Qualifying at the sole discretion of the Tournament Organiser on approval from the host National Association.  Wild Cards may be seeded. Wild Cards must be named at the time the draw is made.  Wild Cards who Withdraw cannot be replaced with new Wild Cards after the appropriate draw is made. Any such vacancies shall be filled in accordance with Section V.L. Vacancies/Substitutions below.

Players and Tournaments should retain written confirmation of the offer and acceptance of a Wild Card. Players and Tournaments may not offer and/or receive any compensation for receiving or awarding a wild card. Acceptance of the offer of a Wild Card constitutes a player's Commitment to the Tournament.

No player who has signed-in for and been accepted into the Qualifying of the Tournament may be named as a singles Wild Card after the Qualifying competition has commenced.

A Tournament may not offer a Wild Card or accept the Entry from any player who has either accepted a Wild Card or been Committed by an Entry to another Tournament in the same week except as stated in Article II, B.4 of the Code of Conduct.

A player who is Committed by way of Entry or Wild Card to a Tournament may only accept the offer of a Wild Card into another Tournament in the same week as stated Article II, B.4 of the Code of Conduct.

**J.  Special Exempt (SE)**

**1.    Eligibility**

Special Exempt are determined based on the criteria set out below.  Players can apply for a Special Exempt for tournaments that overlap and tournaments that do not overlap.

Overlapping Tournaments

An Overlapping Tournament is defined as a tournament in one week ("Week 1") where matches are played on overlapping days with a tournament being held in the following week ("Week 2") (either because of the standard schedule or because of weather).  A player is eligible to apply for a Special Exempt into the singles Main Draw of a tournament in Week 2 if that player is still competing in the singles competition of a Qualified Tournament in Week 1 and has met the criteria listed below at i, ii, iii.

Non-Overlapping Tournaments

A Non-Overlapping Tournament is defined as a tournament in Week 1 which is completed by at least the day before the Qualifying event is scheduled to start in Week 2.  A player is eligible to apply for a Special Exempt into the singles Main

Draw of a tournament in Week 2 if that player has participated in the singles final of a Qualified Tournament in Week 1 and has met the criteria listed below at i, ii, iii.

Criteria
  i.    The player is entered in a Tournament in "Week 2" and is currently listed on the Qualifying Acceptance List (not the Alternates List) for that Tournament;
  ii.   During the "Week 1" Tournament, the player in conjunction with the ITF Supervisor must personally notify (either face-to-face or via telephone) the "Week 2" ITF Supervisor of their Special Exempt request;
  iii.  The request for Special Exempt must be made prior to the Qualifying Sign-In Deadline (18:00 hours local time the day before the scheduled start of the Qualifying competition) of the "Week 2" Tournament. Players still playing in singles in the Week 1 tournament at the time of the Qualifying Sign-In Deadline of Week 2, must reconfirm if they are playing the following day as soon as their match(es) are completed, and if potentially eligible for a Special Exempt position such position shall be held open until such confirmation has been received.

Special Exempt status shall not be available for players who request such an exempt as a result of competing in the doubles event of a Week 1 Tournament.

The player must confirm with the ITF Supervisor of the Week 2 Tournament that the Supervisor has received their request prior to the deadline, in accordance with Section V.L. Vacancies/Substitutions below.

### 2.  Qualified Tournament for Special Exempt
For $15,000 & $25,000 Tournaments: the singles event of any $15,000, $25,000, or ATP Tour or ATP Challenger Tournament within the same region in the preceding week.

### 3.  Selection Process for Special Exempt

At each Men's ITF World Tennis Tour Tournament there are up to two (2) places held in the Main Draw for Special Exempts unless there is no Qualified Tournament from the previous week. If there are more eligible Special Exempt applicants than available positions in the draw, the players shall be selected as follows:

**a)** Special Exempt into $15,000 Tournaments
A player requesting a Special Exempt as a result of performance in a $15,000, $25,000, or ATP Challenger tournament shall be ordered and accepted according to the ranking from Monday seven (7) days before the Tournament Week (including a player's Protected Ranking, if used to enter the Tournament). ATP Singles Ranking will take precedence, followed by ITF World Tennis Singles Ranking. Ties in ranking will be randomly drawn.

**b)** Special Exempt into $25,000 Tournaments

A player requesting a Special Exempt as a result of performance in a $25,000 or ATP Challenger tournament will have first priority. The players requesting a Special Exempt shall be ordered and accepted according to their ranking from Monday seven (7) days before the Tournament Week (including a player's Protected Ranking, if used to enter the Tournament). ATP Singles Ranking will take precedence, followed by ITF World Tennis Singles Ranking.

If one or more spaces remain, a player requesting a Special Exempt as a result of performance in $15,000 Tournaments will have second priority. These players shall be ordered and accepted according to their ranking from Monday seven (7) days before the Tournament Week (including a player's Protected Ranking, if used to enter the Tournament). ATP Singles Ranking will take precedence, followed by ITF World Tennis Singles Ranking. Ties in ranking will be randomly drawn.

Unsuccessful applicants will not be penalised under the Late Withdrawal/ No Show provisions of the Code of Conduct.

If prior to the Qualifying Sign-In Deadline there are no requests for the use of a Special Exempt position, such places shall become places for Direct Acceptance.

If prior to the Entry Deadline it is established that there will be no Special Exempt places into a Men's ITF World Tennis Tour Tournament because there are no Qualified Tournaments in the week preceding the Tournament, then the places reserved in the Main Draw for Special Exempts shall become places for Direct Acceptances and will be indicated as such on the Acceptance List.

## K.  Sign-In

### 1.  Main Draw Sign-In

Players accepted into the singles Main Draw are not required to Sign-In with the ITF Supervisor.

Players must be onsite and available to play their first-round match as scheduled.

### 2.  Qualifying Sign-In
### a.  General

The Qualifying Sign-in Deadline is at 18:00 hours local time at the site of the singles Qualifying event on the day before the scheduled start of the Qualifying event unless specified otherwise on the published Fact Sheet.

Wild Cards do not have to Sign-In with the ITF Supervisor.

In exceptional circumstances the ITF may extend the Qualifying Sign-In Deadline for all players in advance, in which case players will be notified. The Qualifying Sign-In Deadline will not be extended for individual players in any circumstances.

The ITF Supervisor/Referee of a Professional Tournament, ITF Sanctioned Tournament, ITF Team Competition or a national competition (if requested by the relevant National Association and approved by the ITF at least two (2) weeks in advance) in the preceding week may Sign-In any player who has competed on the last two days preceding the scheduled start of the Qualifying competition.

Each player must ensure that a contact telephone number is left with the ITF Supervisor where he may be reached during the Tournament.

Except as otherwise stated herein, players who have been accepted into the singles Qualifying by the Freeze Deadline and who fail to Sign-In shall not be included in the singles Qualifying and will be penalized subject to the Late Withdrawal/No Show provisions set forth in Article II.B.1 or B.2 of the Code of Conduct.

1.  **$15,000 Tournaments**
    All Qualifiers, entered Alternate players (who wish to compete), and On-site Alternates must personally Sign-In onsite with the ITF Supervisor. Telephone Sign-In is not accepted.

2.  **$25,000 Tournaments**
    All Qualifiers and entered Alternate players (who wish to compete) must Sign-In by contacting the on-site ITF Supervisor, either in person or by a telephone conversation. Entered Qualifiers and Alternates that do not Sign-In in person or by telephone will not be included in the draw.

    On-Site Alternates must Sign-In with the ITF Supervisor in person onsite.

    In all circumstances of telephone Sign-In, the player must be able to be onsite and play his first-round match as scheduled.

b.  **Preserved Eligibility**
    Players in the singles Qualifying (except Alternates) as determined at the Freeze Deadline can preserve their eligibility for unused Special Exempt places or singles Main Draw vacancies (following withdrawals after the Freeze Deadline) by personally contacting the ITF Supervisor on-site prior to the Qualifying Sign-In Deadline.

If the Special Exempt places are used or there are no Main Draw vacancies, the players that Preserved Eligibility are not eligible to play the Qualifying and are subject to the provisions set forth in Article II. B.1 (Late Withdrawal/ No Show) or B.2 (On-site Medical Withdrawal) of the Code of Conduct.

If unused Special Exempts place(s) or Main Draw vacancies are not so preserved, such places shall be filled in accordance with the section V.L. Vacancies/Substitutions below.

### c. Signing into Multiple Tournaments the same week

Alternates and On-Site Alternates may Sign-In (in person) for the Qualifying of a second Tournament during the same week provided:

    i. the Qualifying Sign-In Deadline of the second Tournament is on a later day than the Qualifying Sign-In Deadline of the first Tournament; and

    ii. the player was not accepted into the Qualifying draw of the first Tournament.

### d. Playing in a Week 1 event and Signing-In for a Week 2 event

Players who cannot appear for the singles Qualifying Sign-In at an ITF World Tennis Tour Tournament because they are still competing in a previous week's related Men's ITF World Tennis Tour Tournament may be signed in for the singles Qualifying and may be permitted to compete in both events subject to the approval of both ITF Supervisors and provided it does not unfairly disrupt the singles Qualifying schedule.

## L. Vacancies/Substitutions

Vacancies shall be filled with substitutes in accordance with the following:

### 1. From the Withdrawal Deadline until the Freeze Deadline:

Direct Acceptance vacancies in the Qualifying and Main Draw shall be filled by entered players selected in accordance with the applicable System of Merit. A player not accepted into the Main Draw or Qualifying will appear on the Tournament's Alternates List.

In $15,000 Tournaments, vacancies in the Junior Reserved places will be filled by the next eligible entered player on the Junior Reserved Alternate List. If no players eligible for the Junior Reserved place remain, the place will revert to a Direct Acceptance place and be filled in accordance with the applicable System of Merit.

### 2. From the Freeze Deadline until the Qualifying Sign-In Deadline:

$15,000 Tournaments

Following the Freeze Deadline, the Junior Reserved Alternate List will no longer be used to fill vacancies for Junior Reserved withdrawals and the Alternates List, which already includes those players on the Junior Reserved Alternate List, will be the only list used to replace any vacancies.

All Tournaments
All vacancies in the Qualifying or Main Draw shall be filled, at the time of the Qualifying Sign-in Deadline, by players who have signed in for the Qualifying event as detailed below.

**At the Qualifying Sign-In Deadline:**

Vacancies in the Main Draw Acceptance List (created by Late Withdrawals, unused Special Exempt positions, and Main Draw Wild Card positions not to be used as confirmed by the Tournament Organiser) shall be filled by players who have signed-in for the Qualifying event or have Preserved Eligibility for Main Draw by contacting the ITF Supervisor (see Rule K.2.b. above) and shall be selected in accordance with the Section V.L. Vacancies/Substitutions and in accordance with the applicable Singles System of Merit.

Vacancies in the Qualifying Acceptance List (created by Late Withdrawals, players being moved to the Main Draw as above or Qualifying Wild Card positions not to be used as confirmed by the Tournament Organiser) shall be filled by players who have Signed-In for the Qualifying event in accordance with the applicable Singles System of Merit.

3. **From the Qualifying Sign-In Deadline until the Commencement of the Qualifying Competition:**
   Any Special Exempt places held for extenuating circumstances (e.g. Tournaments delayed due to weather) or vacancies in the Qualifying or Main Draw shall be filled by players who have signed in for the Qualifying event, selected in accordance with the applicable System of Merit. The Qualifying competition commences when the first ball of the first Qualifying match is struck.

4. **After Commencement of the Qualifying Competition:**

   a. Vacancies in the Qualifying shall be filled by players who have signed the Alternates List in accordance with Section V.M, selected in accordance with the applicable System of Merit.

   If there is no Qualifying, vacancies in the Main Draws shall be filled by players who have signed the Alternates List in accordance with Section V.M, selected according to the System of Merit

b. Vacancies in the singles Main Draw shall not be filled until the completion of the singles Qualifying and shall only be filled by Lucky Losers. The Lucky Losers shall be ordered and selected as follows:

1. Players who have reached the final Qualifying round of the Qualifying competition; then
2. Players with an ATP Ranking shall be randomly drawn; then
3. Players with an ITF World Tennis Ranking shall be randomly drawn; then
4. The order of Nationally Ranked and unranked players shall be randomly drawn.

If players from previous rounds are needed to fill the draw or desire to Sign-In as a Lucky Losers, they will be placed after all players who have lost in the final round of Qualifying and ordered as described above.

Protected Rankings shall not be used to order players for Lucky Loser positions.

If a player is forced to retire from his final round of Qualifying due to illness or injury, the player will retain his Lucky Loser status provided he receives medical clearance from the Tournament Doctor/Sports Physiotherapist.

**5. After the Completion of the Qualifying Competition:**

If after the completion of the qualifying competition there are vacancies in the Main Draw, the ITF Supervisor will fill the Main Draw with all of the Qualifiers and, if necessary, Lucky Losers in order that they were drawn as detailed above. It shall be assumed all players who lost in the last round of Qualifying will want to take a position in the Main Draw. Therefore, it is the player's responsibility to inform the ITF Supervisor at the end of their match if they do not want to be considered for a Lucky Loser position**.**

**M. Sign-In Requirements for Substitutes**

**1.** Alternates and Lucky Losers (singles and doubles) have the option of signing in each day before the start of play for an opportunity to compete in any eligible open position in the draw. Players wishing to Sign-In for an opportunity must be present and Sign-in 30 minutes prior to the scheduled start of play with the ITF Supervisor. Eligible players must sign and re-sign the appropriate list before the start of play.

When the last round of Qualifying and the first round of Main Draw are played on the same day, Lucky Losers must Sign-In no later than 30 minutes after the completion of the last Qualifying match.

Players can find the Sign-In Deadline on the Order of Play.  It is the player's responsibility to contact the ITF Supervisor with any questions about the time and location of the Sign-In Deadline.

2.  Alternates and Lucky Losers must be ready to play in proper tennis attire within a total time of five (5) minutes after the announcement of a vacancy. Matches must commence without delay after the selection of the Alternate or Lucky Loser.

3.  If the Alternate is not available according to paragraph 2 above, he shall be placed at the bottom of the Alternate List for that day. If the eligible Lucky Loser is not available according to paragraph 2 above, he shall be placed at the bottom of the Lucky Loser priority list for that day corresponding to the Qualifying round in which he lost. Such players will not be penalised under the Article II.B.1 or B.2 Late Withdrawal/No Show. If a player does not sign up for Alternate or Lucky Loser status one day, she may still sign up on the next day.

## N.   Administrative Error on Acceptance Lists

If an administrative error is made on an Acceptance List, resulting either in a player not being included or too many players being accepted into the Tournament, the Acceptance List will be corrected at the earliest opportunity in accordance with the System of Merit.

If a player's National Ranking is not considered for ordering a player on the Acceptance List because the data provided by the National Association did not match the ITF's data, then a correction to any published Acceptance List will be at the discretion of the ITF.  All future Entry Lists will be corrected once the revised information has been sent by the National Association.

If due to an administrative error too many players arrive onsite and Sign-In to play the Tournament, the following procedures will be followed: the last two (2) players accepted into the Tournament based upon the most current updated Acceptance List (excluding Wild Cards and Qualifiers) will play a preliminary match for one (1) position in the draw.

**$15,000 and $25,000 Tournaments**
The loser of the preliminary match will receive no ATP and/or ITF World Tennis Ranking points but will receive 1st round prize money. Prize money payment to the loser of the preliminary match will be paid by the ITF.  A player who wins the preliminary match but then loses in the 1st round will receive 1st round prize money plus 25% of 2nd round prize money and 50% of 2nd round ITF World Tennis Ranking points. ATP ranking points will not be awarded.

It is the responsibility of the ITF Supervisor to inform the ITF Men's department of this administrative error.

**O.    Late Cancellations**

In the event that a Tournament is cancelled late, players accepted into that Tournament may, at the ITF's discretion, be placed as "next in" on the Main Draw or Qualifying Acceptance List, as appropriate, of another Tournament taking place in the same week.

# VI.    DOUBLES ENTRIES AND WITHDRAWALS

**A.    Entry and Withdrawal Deadline**

The Entry and Withdrawal Deadline for Doubles is at 14:00 hours (2:00pm) local time on the day before the singles Main Draw is scheduled to commence.

All doubles team entries and withdrawals must be received by the ITF Supervisor by this Sign-In Deadline.

The Doubles Sign-In sheet must be posted at a reasonable time prior to the announced Sign-In Deadline. One member of a doubles team may Sign-In for the team. The ITF Supervisor reserves the right to accept timely telephone entries. In addition, a player may email the ITF Supervisor to Sign-In for Doubles but the player must ensure the email Sign-In has been received by the ITF Supervisor.  Players who fail to Sign-In shall not be included in the Doubles Draw.

Acceptances for the Doubles shall be based on the applicable Doubles System of Merit.

A player wanting to use their ATP Protected Ranking for doubles must notify the ITF Supervisor prior to the Sign-In Deadline. For information on Protected Rankings contact the ATP.

A player who causes the Withdrawal of the team after the deadline will be subject to Article II.B.1 or B.2. Late Withdrawal/No Show in the Code of Conduct unless Article III.B.3 or B.4 applies. If only one player causes the Withdrawal, the second player will not be penalised.

Notwithstanding any other provision of these Regulations, the ITF has the absolute right to refuse or revoke any player's Entry to any Men's ITF World Tennis Tour Tournament(s).  The ITF may exercise that right as it sees fit, with or without providing reasons.

**B.    Substitution of Doubles Teams**

If a player or a team withdraws after the Entry/Withdrawal Deadline, Alternates shall be selected according to the applicable Doubles System of Merit.

The Sign-In for Doubles Alternates shall follow the same principles as the Sign-In for singles Alternates (Section V.K. Sign-In Requirements for Substitutes). One member of a team may Sign-In for the team.

**C.    Wild Cards**

Wild Cards are teams included in the Doubles draw at the sole discretion of the Tournament Organiser on approval from the host National Association.  Wild Cards may be seeded. Wild Cards must be named at the time the draw is made. Wild Cards who withdraw cannot be replaced with new Wild Cards after the appropriate draw is made.

Players and Tournaments may not offer and/or receive any compensation for receiving or awarding a wild card. Acceptance of the offer of a Wild Card constitutes a player's commitment to the Tournament.

A Tournament may not offer a Wild Card or accept the Entry from any team who has either accepted a Wild Card or been Committed by an Entry to another Tournament in the same week except as stated in Article II, B.4 of the Code of Conduct.

A player who is Committed by way of Entry or Wild Card to a Tournament may only accept the offer of a Wild Card into another Tournament in the same week as permitted in Article II, B.4 of the Code of Conduct.

**Substitution of Doubles Teams**

If a player or a pair withdraws after the Entry/Withdrawal Deadline, Alternates shall be selected according to the applicable Doubles System of Merit.

The Sign-In for Doubles Alternates shall follow the same principles as the Sign-In for singles Alternates (Section V.M Sign-In Requirements for Substitutes above). One member of a team may Sign-In for the team.

**D.    Contact Details**

Each player must ensure that a contact telephone number is left with the ITF Supervisor where he may be reached during the Tournament.

# VII.  SYSTEMS OF MERIT

Players who wish to enter a Tournament with a Protected Ranking must contact the ATP at least one week prior to the Entry Deadline requesting confirmation is sent to the ITF.  When two or more players are tied, the actual ranking supersedes the Protected Ranking for acceptance purposes.

The following singles selection procedure shall be used, subject to Section V.L. Vacancies/Substitutions, as the basis for acceptances as follows:

i.   <u>Methods A to C are followed in order to create the Acceptance List and thereafter identify Direct Acceptances, up to the Freeze Deadline. At and after the Qualifying Sign-In Deadline, vacancies will be filled from the Alternates List, provided the player has Signed-In;</u>

ii.  <u>Method D is followed to identify Junior Reserved Places and Junior Reserved Alternates, up to the Freeze Deadline;</u>

iii. <u>Methods E to G are followed after the Qualifying Sign-In Deadline in order to fill any remaining vacancies in the Tournament, only once the Acceptance List is exhausted.</u>

## A.    Singles System of Merit at $15,000 Tournaments

### 1.   Method A – Direct Acceptance

Entered players with an approved ATP Singles Ranking, including a Protected Ranking, shall be selected in accordance with their positions on the approved ATP ranking list available on the Entry Deadline and dated twenty-one (21) days prior to the Monday of the Tournament Week.

### 2.   Method B – Direct Acceptance

Entered players with an approved ITF World Tennis Singles Ranking shall be selected in accordance with their positions on the approved ITF World Tennis Ranking list available on the Entry Deadline and dated twenty-one (21) days prior to the Monday of the Tournament Week

### 3.   Method C – Direct Acceptance

Entered players without an approved ATP Singles Ranking and without an ITF World Tennis Singles Ranking but with a current Top 500 National Ranking will be drawn by computer at the ITF Office at the Entry Deadline as follows:

i.   Players will be sorted into groups of the same nationalities and ranked within those groups according to National Ranking. Ties between players within those groups will be randomly drawn;

ii.  Each country with a player represented will be allocated a draw chip. Each time a chip is drawn the highest ranked player from the country represented by that chip shall be selected and ordered on the Acceptance List until all the national ranked players are ordered. A country's chip shall go back into the draw until there are no more players in their group; then

iii. All remaining entered players who are unranked and have no National Ranking, shall be randomly drawn by computer at the ITF Office for a position on the Acceptance List.

<u>Players who are listed as Alternates after the Freeze Deadline will have priority for acceptance over On-Site Alternates.</u>

4. **Method D – Junior Reserved**
   Entered players with an approved ITF Combined Junior Ranking of 1-100 shall be selected for a maximum of <u>three (3)</u> Main Draw places. A Top 100 ITF Combined Junior Ranking can be achieved in 2 ways:

   i)  Current ITF Combined Junior ranking
       In accordance with the player's position on the approved ITF Combined Junior Ranking list available on the Entry Deadline and dated twenty-one (21) days prior to the Monday of the Tournament Week;

   ii) "Carry-over" ITF Junior ranking
       In addition, players born in 2000 may carry over their 24 December 2018 ITF Combined Junior ranking for the purposes of entering $15,000 Tournaments until the week in which they turn 19.  The Monday of each week determines the player's age for that week. Thus, a player who is 18 on Monday but turns 19 on Tuesday would be eligible to use their ITF Combined Junior Ranking for that week but would no longer be able to use their ITF Combined Junior Ranking the following week.  If two players share the same ranking (one with a current ranking, the other with a carry-over ranking), then the player with the current ITF Ranking will be ordered before the player holding the carry-over ranking on the System of Merit

   Method D Junior Reserved Places are only available for players who cannot otherwise be accepted into the Main Draw on the basis of their ATP Singles Ranking or their ITF World Tennis Singles Ranking. A player must also have turned 14 years of age in order to be accepted into a $15,000 Tournament.

   Junior players ranked outside the ITF Combined Junior Ranking Top 100 on the Entry Deadline are not eligible for a Junior Reserved Main Draw place.

   After the Entry Deadline, any Junior Reserved places that become available through a Withdrawal will be filled by a player on the Junior Reserved Alternate List until the Freeze Deadline.

   Unfilled Junior Reserved places will be reallocated to Direct Acceptance Methods A, B and C in that order.

   There will be no Qualifying or Alternate places reserved in a $15,000 Tournament based on ITF Combined Junior ranking.

5. **Method E – On-Site Alternates**
   On-Site Alternates with an approved ATP Singles Ranking, including a Protected Ranking, who have signed in for Qualifying shall be selected in

accordance with their ATP Singles Ranking, on the Monday seven (7) days before the Tournament Week.

6. **Method F – On-Site Alternates**

On-Site Alternates with an ITF World Tennis Singles Ranking, who have signed in for Qualifying shall be selected in accordance with their ITF World Tennis Singles Ranking, on the Monday seven (7) days before the Tournament Week

7. **Method G – On-Site Alternates**

On-Site Alternates without an ATP or ITF World Tennis Singles Ranking who have signed in for Qualifying shall be selected on the basis of their National Ranking as follows:

   i. Players will be sorted into groups of the same nationalities and ranked within those groups according to National Ranking. Ties between players within those groups will be randomly drawn;

   ii. Each country represented will be allocated the same number of draw chips as the number of players from that country unless there are more players from a particular country than places available in a draw. In that case, the number of chips allocated to that country shall be limited to the number of places available in the draw and any extra players are dropped from consideration. Each time a chip is drawn the highest ranked player from the country represented by that chip shall be selected; then

   iii. Further places will be filled by unranked players randomly drawn.

8. **Ties**

A random draw will be made when players are tied based on their ATP Singles Ranking or tied based on their ITF World Tennis Singles Ranking. On Acceptance Lists produced by the ITF, ties have already been randomly drawn by computer and players are listed in priority order.

9. **National Ranking**

Each National Association may submit their National Rankings to the ITF up to four times per year (quarterly updates).  National Rankings from nations must be submitted in the current or previous year or they will not be considered for acceptance. National Associations must submit their National Rankings at least seven (7) days before the Entry Deadline if they are to be used for acceptance purposes for a specific Tournament Week. Players without a National Ranking, or an approved ATP or ITF World Tennis Singles Ranking, will be considered unranked for that Tournament.

Players should contact their National Association for details on when updated National Rankings will be sent to the ITF.

## B. Singles System of Merit at $25,000 Tournaments

### 1. Method A – Direct Acceptance

Entered players with an approved ATP Singles Ranking, including a Protected Ranking, shall be selected in accordance with their positions on the approved ranking list available on the Entry Deadline and dated twenty-one (21) days prior to the Monday of the Tournament Week.

### 2. Method B – Direct Acceptance

Entered players with an approved ITF World Tennis Singles Ranking shall be selected in accordance with their positions on the approved points list available on the Entry Deadline and dated twenty-one (21) days prior to the Monday of the Tournament Week.

### 3. Method C – Direct Acceptance

Entered players without an approved ATP Singles Ranking and without an ITF World Tennis Singles Ranking but with a current Top 500 National Ranking will be drawn by computer at the ITF Office at the Entry Deadline as follows:

   i.   Players will be sorted into groups of the same nationalities and ranked within those groups according to National Ranking. Ties between players within those groups will be randomly drawn;

   ii.  Each country with a player represented will be allocated a draw chip. Each time a chip is drawn the highest ranked player from the country represented by that chip shall be selected and ordered on the Acceptance List until all the national ranked players are ordered. A country's chip shall go back into the draw until there are no more players in their group; then

   iii. All remaining entered players who are unranked and have no National Ranking shall be randomly drawn by computer at the ITF Office for a position on the Acceptance List.

<u>Players who are listed as Alternates after the Freeze Deadline will have priority for acceptance over On-Site Alternates.</u>

Note: Method D (ITF Reserved) has been removed due to the return of ATP Ranking points to $25,000 and $15,000 ITF Tournaments.

### 4. Method E – On-Site Alternates

On-Site Alternates with an ATP Singles Ranking, who have signed in for Qualifying shall be selected in accordance with their ATP Ranking, on the Monday seven (7) days before the Tournament Week.

5. **Method F – On-Site Alternates**

   On-Site Alternates with an ITF World Tennis Singles Ranking, who have signed in for Qualifying shall be selected in accordance with their ITF World Tennis Singles Ranking, on the Monday seven (7) days before the Tournament Week.

6. **Method G – On-Site Alternates**

   On-Site Alternates without an ATP or ITF World Tennis Singles Ranking who have signed in for Qualifying shall be selected based on their current top 500 National Rankings as follows:

   i. Players will be sorted into groups of the same nationalities and ranked within those groups according to National Ranking. Ties between players within those groups will be randomly drawn;

   ii. Each country represented will be allocated the same number of draw chips as the number of players from that country unless there are more players from a particular country than places available in a draw. In that case, the number of chips allocated to that country shall be limited to the number of places available in the draw and any extra players are dropped from consideration. Each time a chip is drawn the highest ranked player from the country represented by that chip shall be selected; and

   iii. Further places will be filled by unranked players randomly drawn.

7. **Ties**

   Ties on players' ATP Singles Ranking or ITF World Tennis Singles Ranking will be decided by a random draw.

   On Acceptance Lists produced by the ITF, ties have already been randomly drawn by computer and players are listed in priority order.

8. **National Rankings**

   Each National Association may submit their National Rankings to the ITF up to four times per year (quarterly updates). National Rankings from nations must be submitted in the current or previous year or they will not be considered for acceptance. National Associations must submit their National Rankings at least seven (7) days before the Entry Deadline if they are to be used for acceptance purposes for a specific Tournament Week. Players without a National Ranking, or an approved ATP or ITF World Tennis Singles Ranking, will be considered unranked for that Tournament.

   Players should contact their National Association for details on when updated National Rankings will be sent to the ITF.

**C.     Doubles System of Merit**

Each <u>$15,000 and $25,000</u> Tournament will have a Doubles competition for 16 teams:
- 13 Direct Acceptance;
- 3 Wild Cards.

Doubles Teams will be accepted according to their best rankings (either singles or doubles) added together and the total used to determine Direct Acceptances. Teams will be prioritised based on ATP Singles or Doubles Rankings, including Protected Ranking (if used) and followed by ITF World Tennis Singles Ranking or Doubles Ranking, as of the Monday seven (7) days before the Tournament Week.

Teams will be ordered as follows:

**1.     Method A-Direct Acceptance**

Combined ranking of two players with approved singles or doubles rankings. Best rankings (either singles or doubles) shall be added together and the total used to determine Direct Acceptances.

Within Method A, teams will be ordered as follows:

a)  Both players with an ATP Singles or Doubles Ranking, in order of lowest combined total (best of singles or doubles ranking);
b)  One player with an ATP Singles or Doubles Ranking and one player with an ITF World Tennis Singles Ranking or Doubles Ranking, in order of lowest combined total (best of singles or doubles ranking);
c)  Both players with an ITF World Tennis Singles Ranking or Doubles Ranking, in order of lowest combined total (best of singles or doubles ranking);
d)  One player with an ATP Singles or Doubles Ranking, and one unranked player;
e)  One player with an ITF World Tennis Singles Ranking or Doubles Ranking, and one unranked player; and
f)  Both players unranked

**Breaking ties**

Ties between teams with the same combined ranking for positions on the Acceptance List shall be broken as follows:

a) If a team uses a Protected Ranking, the priority shall be given to the other team(s) with non-Protected Rankings;
b) The team with the player with the strongest individual ATP Singles Ranking, and if still tied by the next highest ATP Singles Ranking;
c) The team with the player with the strongest individual ATP Doubles Ranking, and if still tied by the next highest ATP Doubles Ranking;

d) The team with the player with the strongest individual ITF World Tennis Singles Ranking and if still tied by the next highest ITF World Tennis Singles Ranking;

e) The team with the player with the strongest individual ITF World Tennis Doubles Ranking and if still tied by the next highest ITF World Tennis Doubles Ranking; and

f) Any further ties shall be randomly drawn.

National Ranking will not be considered for doubles selection. Players with a national ranking only will be treated as "unranked".

# VIII.  DRAWS

The singles Main Draw shall consist of 32 players. The singles Qualifying draw shall be a maximum of 48 players.

The Doubles shall consist of 16 teams. There shall be no Doubles Qualifying competition.

## A.    Composition of Draws

The draws shall be composed as detailed below. All Direct Acceptances and unused reserved places will be selected in accordance with applicable System of Merit.

### 1.  Singles

**a.** Qualifying

The singles Qualifying draw size at all $15,000 and $25,000 Tournaments must not exceed 48 players.

The singles Qualifying draws must be composed as follows:

| = | $15,000 | $15,000 | $15,000 | $25,000 | $25,000 | $25,000 |
|---|---|---|---|---|---|---|
| **Draw Size- Qualifying** | **24** | **32** | **48** | **24** | **32** | **48** |
| Direct Acceptances | 19 | 26 | 41 | 20 | 27 | 41 |
| Wild Cards | 5 | 6 | 7 | 4 | 5 | 7 |

^ Wild Cards are awarded at the discretion of the sanctioning National Association. Unused Wild Card places shall become Direct Acceptances and filled as defined above.

Pre-Qualifying
The Tournament Organiser with the approval of the sanctioning National Association and the ITF may hold a Pre-Qualifying/Wild Card events to determine the selection of Wild Cards.  Pre-Qualifying/Wild

<u>Cards for a Men's ITF World Tennis Tour Tournament must take place prior to the Tournament Week.</u>

<u>Tournament Organisers may not require players to stay in the tournament hotel, be a member of a club or similar type condition in order to compete in a Pre-Qualifying/Wild Card tournament.</u>

<u>Tournament Organisers/National Associations must submit Pre/Qualifying/Wild Card tournament conditions to the ITF for approval and the ITF has the right to reject any tournament conditions created by the Tournament Organiser/National Association.</u>

**b.** Main Draw
The singles Main Draws shall consist of 32 players and shall be composed as follows:

| Main Draw | $15,000 (24 Q) | $15,000 (32 Q) | $15,000 (48 Q) | $25,000 (24 Q) | $25,000 (32 Q) | $25,000 (48 Q) |
|---|---|---|---|---|---|---|
| **Draw Size** | **32** | **32** | **32** | **32** | **32** | **32** |
| Direct Acceptances | 16-19* | 14-17* | 16-19* | 19-22* | 17-20* | 19-22* |
| Qualifiers | 6 | 8 | 6 | 6 | 8 | 6 |
| Reserved for Top 100 ITF Junior Rankings ("Junior Reserved")** | 3 | 3 | 3 | - | - | - |
| Wild Cards ^ | 4 | 4 | 4 | 4 | 4 | 4 |
| Special Exempt | 0/2 | 0/2 | 0/2 | 0/2 | 0/2 | 0/2 |
| Junior Exempt | 0/1 | 0/1 | 0/1 | 0/1 | 0/1 | 0/1 |

\* Number of Direct Acceptances in the Main Draw varies depending on the inclusion of any Special and/or Junior Exempt places.
\*\* Any unused Reserved places will be reallocated to Direct Acceptances.
^ Wild Cards are awarded at the discretion of the sanctioning National Association. Unused Wild Card places shall become Direct Acceptances and filled as defined above.

**2. Doubles**
The Doubles draw will consist of no more than 16 teams. Each Doubles Draw shall be composed as follows:

| Main Draw | $15,000 | $25,000 |
|---|---|---|
| **Draw Size** | **16** | **16** |
| Direct Acceptances | 13 | 13 |
| Wild Cards^ | 3 | 3 |

^ Wild Cards are awarded at the discretion of the sanctioning National Association. Unused Wild Card places shall become Direct Acceptances and filled as defined above.

**B.    Seeds**

Each Tournament will have a seeded draw with seeds determined as follows:

**1.    Seeding List**

Tournament seedings will not be official until the draw is made.

In singles, seeding shall be based on the following order of priority:

A. Players with an ATP Singles Ranking from Monday seven (7) days before the Tournament Week. Ties shall be randomly drawn.
B. If seed positions remain available, players with an ITF World Tennis Singles Ranking from Monday seven (7) days before the Tournament Week. Ties shall be randomly drawn.

Players without an ATP or ITF World Tennis Singles Ranking shall not be seeded.

In Doubles, seeding shall be based on the following order of priority:

A. Two players' combined ATP Doubles Rankings from Monday seven (7) days before the Tournament Week. Ties will be ordered by the player on the team with the highest ATP doubles ranking and if still tied the teams in doubles will be randomly drawn
B. If seed positions remain available, then one player's ATP Doubles Ranking combined with the other players ITF World Tennis Doubles Ranking will be used. Ties will be ordered by the player on the team with the highest ATP doubles ranking and if still tied the teams in doubles will be randomly drawn
C. If seed positions remain available, then the combined players ITF World Tennis Doubles Ranking will be used. Ties will be ordered by the player on the team with the highest ITF World Tennis doubles ranking and if still tied the teams in doubles will be randomly drawn

Teams without a combined doubles ranking shall not be seeded.

Protected Rankings and National Rankings will not be taken into consideration for seeding in singles or doubles.

**2.    Number of Seeds in the Main Draws**

The number of players or doubles teams to be seeded in the Main Draws must be as follows:

|  |  |
|---|---|
| 32 Singles draw | 8 seeds |
| 16 Doubles draw | 4 seeds |

**3. Number of Seeds in the singles Qualifying Draw**
In singles, each section shall have two seeded players.

| | |
|---|---|
| 24 Singles draw | 12 seeds |
| 32 Singles draw | 16 seeds |
| 48 Singles draw | 12 seeds |

**C.    Making the Draw**
All draws shall be made by the ITF Supervisor in public (i.e., individuals are permitted to attend and witness the making of the Draw). The ITF Supervisor shall appoint one or more players, preferably one of those players shall be a different nationality to that of the host country, at each Men's ITF World Tennis Tour Tournament to witness the draws. Interested parties wishing to view the making of the draw should contact the ITF Supervisor.

**1.    Time**

**a.** Qualifying (singles) - As soon as possible after the Qualifying Sign-In Deadline.

**b.** Main Draw (singles) - No later than 19:00 hours (7:00pm) on the day before the Main Draw starts and the Order of Play must be posted no later than one hour after the draw has been made.

**c.** Doubles – As soon as possible after the Doubles Entry/Withdrawal Deadline.

**2.    Method of Draw**
The draw shall be made as follows:

**a.  Qualifying Draw**

**i.    Sections**
The Qualifying Draw shall be made in sections, with one section for each place allotted in the Main Draw. Each section shall have no more than two (2) seeded players.

**ii.  Placing the Seeds/Method of Draw**
The first seed shall be placed at the top of the first section, the second seed shall be placed at the top of the second section and so on until all sections have one (1) seed on the top line.

The remaining seeds shall be drawn as one group. The first drawn shall be placed on the bottom line of the first section, the second drawn shall be placed on the bottom line of the second section and so on until all sections have one (1) seed on the bottom line.

If there are not a sufficient number of seeded players to fill all the positions for seeds in the draw, the section(s) with the highest seeds shall not have a second seeded player. If no players are seeded, all players are drawn randomly.

**b. Procedures for Placement of Seeds for Main Draw**

    **i.** Place Seed 1 on line 1 and Seed 2 on line 16 (16 draw) or line 32 (32 draw)

    **ii.** To determine the location of the remaining seeds, draw in pairs of two (seeds 3 and 4) and a group of four (seeds 5, 6, 7 and 8) from top to bottom as follows:

|  |  | 16 Draw | 32 Draw |
|---|---|---|---|
|  |  | **Line** | |
| **Seeds 3 & 4** | First drawn (top half) | 5 | 9 |
|  | Second drawn (bottom half) | 12 | 24 |
| **Seeds 5, 6, 7 & 8** | Drawn from top to bottom |  | 8 |
|  |  |  | 16 |
|  |  |  | 17 |
|  |  |  | 25 |

**c. Byes**

If there are not enough players to fill the Qualifying or Main Draw, then after the seeds are placed in the draw, the required number of byes shall be awarded to the highest seeds as a first priority and any remaining byes shall be randomly drawn in a manner so as to distribute them as evenly as possible throughout the sections of the draw.

**d. Remaining Players**

After the seeds and the byes are placed in the draw as above provided above, then the remaining players shall be randomly drawn and placed in the vacant places in the draw beginning at the top of the draw.

**e. Qualifiers/Lucky Losers**

At the conclusion of the Qualifying competition, the successful Qualifiers will be randomly drawn for their places in the Main Draw. There shall be no prior designation of which Qualifying section applies to which Qualifying place in the Main Draw.

Likewise, when more than one eligible Lucky Loser is to be inserted into the Main Draw, their positions shall be drawn.

If the Qualifying event is not completed at the time of the draw, then the places for the Qualifiers and Lucky Losers (if any) shall be designated as "Qualifier" or "Qualifier/Lucky Loser" with their identity to be

determined by draw at the conclusion of the Qualifying event. The Lucky Losers shall be drawn together with the Qualifiers.

**D.    Withdrawal and Replacement of Seeds**

Any vacancy created by the withdrawal of a seed shall be filled by the next highest ranked player eligible to be seeded. The position vacated by that next highest ranked player shall then be filled in accordance with Section V.L. Vacancies/Substitutions.

Any vacancy created by the withdrawal of a seed which occurs after the release of the Order of Play for the first day of Qualifying shall be filled by an eligible Alternate.

Any vacancy created by the withdrawal of a seed which occurs after the release of the Order of Play for the first day of Main Draw shall be filled by an eligible Lucky Loser.

# IX. PLAYERS' REST

**A.    Between Tournaments**

If the ITF Supervisor receives notice from a player of the date and time of his last match played in a previous week's Professional Tournament, ITF Sanctioned Tournament or ITF Team Competition, then the ITF Supervisor shall, whenever possible, give the player one full day's rest between such match and the player's first match in the Men's ITF World Tennis Tour Tournament, unless weather or unavoidable circumstances has caused schedule disruption or unless the player was a finalist in a Monday or other delayed final.

**B.    Between Qualifying and Main Draw**

Other than in exceptional circumstances, no player shall be required to play his first round match in the singles Main Draw until at least twelve (12) hours after the completion of his final Qualifying match. If a player plays two (2) singles Qualifying matches in one day during Qualifying competition, he should have one day of rest before the Main Draw commences, unless the player is accepted as a Lucky Loser or inclement weather at the tournament requires the player to compete.

**C.    Between Matches**

In the Main Draw, except when weather or other unavoidable circumstances causes schedule disruption, players shall be scheduled for a maximum of one (1) singles match and one (1) doubles match per day, which shall not be scheduled less than twelve (12) hours after the completion of the last match of such player on the preceding day or round.

Players competing in Qualifying could be scheduled to play two matches on the same day.  If players are required to play two matches in the same day and if other circumstances during the Tournament dictate that a player is scheduled for more than one match per day, then he shall, be given the following minimum rest periods, unless he is in the singles and doubles finals to be played consecutively:

| | | |
|---|---|---|
| If he has played less than 60 minutes | - | 30 minutes rest |
| If he has played between 60 – 90 minutes | - | 60 minutes rest |
| If he has played more than 90 minutes | - | 90 minutes rest |

If a player is involved in the singles (semi-final or final) and doubles final, he shall be allowed a rest period of 30 minutes.

A player may play before the end of the rest period if all participants agree.

# X.    ORDER OF PLAY AND SUBMISSION OF RESULTS

**A.    Scheduling and Order of Play**

**1.    Release of the Order of Play**
Once the Supervisor determines the following day's Order of Play, it shall be released by the Supervisor, both on-site and via the ITF Tournament Planner program no later than 22:00 hours local time.

**2. Amendments to the Order of Play**
Once officially released, the Order of Play shall not be amended unless the Supervisor deems it necessary and/or appropriate.

**3. Failure to complete Tournament**
If a Tournament cannot be completed within the Tournament Week because of bad weather, at the option of the Tournament one extra day shall be allowed. The ITF Supervisor shall approve the commencement times for matches on the extra day, which shall then be scheduled during the morning or early afternoon. No further extension of the Tournament shall be permitted without the approval of the ITF.

**B.    Results**
At the end of each day's play at Men's ITF World Tennis Tour  Tournaments, including the completion of the Tournament, the ITF Supervisor shall submit, using the ITF Tournament Planner program, updated Tournament results for Main Draw and Qualifying, singles and doubles.

# XI. DATA RIGHTS

Refer to Appendix F Media, Commercial and Data Rights for full information.

**A.**    **Scoring**

The ITF will have the exclusive right to provide a scoring service at any Men's ITF World Tennis Tour event. Each Tournament will assist the ITF in its efforts to produce the service.

**B.**    **Protection of Tournament Data**

Each Tournament shall not allow or authorise the dissemination, transmission, publication or release of any match score or related statistical data from the grounds of the Tournament.

The use of laptop computers, mobile phones or other handheld electronic devices to collate, collect, use, store, reproduce, onward supply or make available any Official Data (as defined in Appendix F) for purposes relating to gambling or betting within the confines of the Tournament match courts (spectator areas) shall be prohibited and each Tournament shall take reasonable steps to enforce such prohibition (including without limitation by means of venue and spectator regulations, ticket conditions and accreditation terms). The exception to this provision is Tournament credentialed personnel when used in the performance of their duties.

## XII: PRIZE MONEY AND ATP/ITF POINTS

A.    **Prize Money Distribution**
The prize money distribution detailed below shall apply to all Men's ITF World Tennis Tour Tournaments.

| **Tournament Prize Money - US Dollars** | | **$15,000** | **$25,000** |
|---|---|---|---|
| **Singles** | | | |
| **32 Draw** | **75%** | **$11,250** | **$18,750** |
| Winner | 14.40% | $2,160 | $3,600 |
| Finalist | 8.48% | $1,272 | $2,120 |
| Semi-Finalist | 5.02% | $753 | $1,255 |
| Quarter-Finalist | 2.92% | $438 | $730 |
| Round of 16 | 1.72% | $258 | $430 |
| Round of 32 | 1.04% | $156 | $260 |
| **Doubles (Per Team)** | | | |
| **16 Draw** | **25%** | **$3,750** | **$6,250** |
| Winner | 6.20% | $930 | $1,550 |
| Finalist | 3.60% | $540 | $900 |
| Semi-Finalist | 2.16% | $324 | $540 |
| Quarter-Finalist | 1.28% | $192 | $320 |
| Round of 16 | 0.72% | $108 | $180 |

| **Tournament Prize Money - EUROS** | | **€13,500** | **€22,500** |
|---|---|---|---|
| **Singles** | | | |
| **32 Draw** | **75%** | **€10,125** | **€16,875** |
| Winner | 14.40% | €1,944 | €3,239 |
| Finalist | 8.48% | €1,145 | €1,908 |
| Semi-Finalist | 5.02% | €678 | €1,130 |
| Quarter-Finalist | 2.92% | €394 | €657 |
| Round of 16 | 1.72% | €233 | €387 |
| Round of 32 | 1.04% | €140 | €234 |
| **Doubles (Per Team)** | | | |
| **16 Draw** | **25%** | **€3,375** | **€5,625** |
| Winner | 6.20% | €837 | €1,395 |
| Finalist | 3.60% | €486 | €810 |
| Semi-Finalist | 2.16% | €292 | €486 |
| Quarter-Finalist | 1.28% | €173 | €288 |
| Round of 16 | 0.72% | €97 | €162 |

**B.    Uncompleted Matches**

If the singles or doubles event of a Tournament is cancelled e.g. due to poor weather, and there has been no play, first round prize money will be paid out to the players.  If play has commenced and been terminated before the Tournament is concluded players will be paid loser's prize money for the individual round reached.  Additionally, if the first round has been completed, all players/teams will receive their Round Points earned through the last completed round only and the Tournament will count as a Tournament played.

- Prize Money shall be paid only for matches played. For purposes of this section a match is played when it is won as a result of a Retirement, Default, Walkover or No Show
- Players will receive loser's points for the round reached

If a Tournament is officially cancelled and the final(s) have not been completed, the finalists will each receive finalists' prize money and ranking points.  Any remaining difference between the winner and finalist prize money will revert back to the Tournament.

**C.    Defaults, Byes, Withdrawals and Retirements**

Prize money and points awarded will be awarded as follows:

1. No points or prize money will be awarded to a player or team who withdraws or is a "No Show" without playing their first match.

2. A match won by retirement, default or walkover will count as a match won for ranking points and prize money, except walkovers in the first round or if a player has not won any matches in previous rounds no points shall be awarded.

3. Any player or team who is defaulted shall lose all prize money, hospitality and points earned for that event at that Tournament, unless:

   i.   The player or team was defaulted for a Violation of the Punctuality or Dress and Equipment sections of the Code of Conduct.
   ii.  The player or team was defaulted as a result of a medical condition.
   iii. A member of a doubles team, who did not cause any of the misconduct Code Violations that resulted in the team being defaulted in which case the partner of the player who caused the default shall receive points and prize money from the previous round.

4. A singles player withdrawing after the first round or who retires in any round, will receive loser's points and loser's prize money for the round he reached or retired from.

5. A doubles team withdrawing after the first round, or that retires in any round, will receive loser's points and loser's prize money for the previous round reached. The player causing the withdrawal or retirement will not be allowed to play in any other tennis Tournament

until Monday of the next Tournament Week (unless he is still playing in singles).

6.  A player or team that receives one (1) or more consecutive byes and withdraws from his/their first match, shall not be awarded ranking points and no prize money will be paid out.

7.  A player or team that receives one (1) or more consecutive byes and thereafter loses his/their first match played, will not receive any ranking points but will receive loser's prize money for the round reached.

# XIII.    ATP RANKINGS

Rule changes in this section are valid for tournaments beginning 5 August 2019 onwards.

## A.    INTRODUCTION

ATP Ranking points are awarded at Grand Slam, ATP Tour and ATP Challenger tournaments, and Men's ITF World Tennis Tour tournaments.

The ATP Ranking is a 52-week, cumulative system. Rankings are computed and published weekly by the ATP from its U.S. Headquarters in Ponte Vedra, Florida.

## B.    GENERAL RULES

**ATP Official Rulebook**
The ATP Official Rulebook governs ATP ranking points and the inclusion of Men's ITF World Tennis Tour Tournaments to earn points on the ATP Tour. Players are bound by all ATP Rules and Regulations during tournaments in which they earn ATP Ranking points.  Please refer to www.ATPTour.com for the ATP's rulebook.

**Singles and Doubles Rankings** - Players are ranked based on their total points. Singles rankings will be comprised of a player's best eighteen (18) singles results and doubles rankings will be comprised of a player's best eighteen (18) doubles results.

**Processing of Rankings** – ATP ranking points allocated at Men's ITF World Tennis Tour Tournaments with prize money of $15,000 and $25,000 are processed a minimum of one (1) week following the conclusion of the Tournament.  Points stay valid for fifty-two (52) weeks from the week in which a Tournament is included in the ranking totals.

**Eligibility** - Players should check the ATP rulebook for information on eligibility.

**ATP Protected Ranking**
A player's ATP ranking assigned to a player who has been unable, due to injury or illness, to compete in any tennis tournament for a minimum of six (6) months. A Protected Ranking is only available for use for Entry. The criteria for application and eligibility are set forth by the ATP and the <u>rules detailing application are</u> available in the ATP rulebook.

## C.    ATP SINGLES AND DOUBLES POINTS
ATP Points will be awarded in Men's ITF World Tennis Tour Tournaments in singles & doubles as follows:

Singles

| <u>Category</u> | <u>Tournament Level</u> | <u>Winner</u> | <u>Finalist</u> | <u>SF</u> | <u>QF</u> | <u>R16</u> | <u>R32</u> | <u>QFR^</u> | <u>FQR*</u> |
|---|---|---|---|---|---|---|---|---|---|
| <u>Men's ITF World Tennis Tour</u> | $25,000 & $25,000 + H | <u>20</u> | <u>12</u> | <u>6</u> | <u>3</u> | <u>1</u> | <u>-</u> | <u>-</u> | <u>-</u> |
| | $15,000 & $15,000 + H | <u>10</u> | <u>6</u> | <u>4</u> | <u>2</u> | <u>1</u> | <u>-</u> | <u>-</u> | <u>-</u> |

**^ Qualifier**
**\*FQR – Qualifying Finalist**

Doubles

| <u>Category</u> | <u>Tournament Level</u> | <u>Winner</u> | <u>Finalist</u> | <u>SF</u> | <u>QF</u> | <u>R16</u> |
|---|---|---|---|---|---|---|
| <u>Men's ITF World Tennis Tour</u> | $25,000 & $25,000 + H | <u>20</u> | <u>12</u> | <u>6</u> | <u>3</u> | <u>-</u> |
| | $15,000 & $15,000 + H | <u>10</u> | <u>6</u> | <u>4</u> | <u>2</u> | <u>-</u> |

### 1. <u>SINGLES</u>
A. <u>Players are awarded ATP ranking points for the highest round they reach, unless the player is defaulted or there is a rule modifying the points.</u>
B. <u>Qualifiers only earn ATP ranking points if they win a main draw match.</u>

### 2. <u>DOUBLES</u>
A. <u>A team withdrawing from the first round will not receive ATP ranking points, whether there is or is not an Alternate/Lucky Loser team able to take their place.</u>
B. <u>Teams are awarded ATP ranking points for the highest round they reach, unless a player/team is defaulted or there is a rule modifying the points.</u>

**D.    HOSPITALITY (+H)**

Men's ITF World Tennis Tour Tournaments offering $15,000 and $25,000 in prize money which offer hospitality (+H) will not receive any additional ATP Ranking points.

Tournaments must provide reasonable minimum hospitality which is defined as one (1) bed and breakfast to all singles Main Draw and Doubles players beginning two (2) days before the commencement of Main Draw through the night of the player's elimination from the Tournament. The ITF may reject hospitality of an unsatisfactory standard, notwithstanding that it meets the minimum number of days.

Players 17 years of age and under may only share a room with another junior aged player.  If there are no shared rooms then a private room must be provided to the junior player.  Any breach of this regulation shall be dealt with in accordance with the ITF Welfare Policy.

**E.    FURTHER INFORMATION - ATP CONTACT**

Queries and requests for full information on the ATP Rankings should be directed to the ATP office in Florida.

ATP Americas

Telephone:    +1 904-285-8000

Fax:          +1 904-285-5966

# XIV.    ITF WORLD TENNIS RANKING

Rule changes in this section are valid for tounraments beginning 5 August 2019 onwards, except where stated.

**A.    INTRODUCTION**

ITF World Tennis Ranking points are also awarded in ITF World Tennis Tour Tournaments.

**From 5 August 2019 until 31 December 2019**

From 5 August 2019 until 31 December 2019, Men's $15,000 and $25,000 main draw and qualifying Tournaments, as well as certain ATP Challenger Qualifying events, will continue to award ITF World Tennis Ranking points.

The ITF World Tennis Ranking system is a 52-week, cumulative system in which the number of Tournament results that comprise a player's ranking is capped at a player's best fourteen (14) Tournament results for singles and best fourteen (14) Tournament results for doubles.

The ITF World Tennis Ranking will be used in conjunction with the ATP Rankings for acceptance and seeding in ITF World Tennis Tour Tournaments. See the applicable System of Merit in Section VII.

Rankings are computed and published weekly by the ITF from its headquarters in London.

**B.  GENERAL RULES**

**Singles and Doubles Rankings** - Players are ranked based on their total points. A singles ranking will be calculated based on a player's best fourteen (14) singles results and a doubles ranking will be based on a player's best fourteen (14) doubles results.

If players are tied, the ranking will be ordered as follows:

1. The player with the fewest number of Tournaments played over the previous 52-week period.
2. The highest number of points earned from one single Tournament, then, if needed, the second highest, and so on.

**Processing of Rankings** – ITF World Tennis Ranking Tournaments and the Tournament results used in the ranking will be calculated and published each Monday.  ITF World Tennis Ranking points earned at these Tournaments will be processed a minimum of one (1) week following the completion of the Tournament and processed on a weekly basis. Points stay valid for fifty-two (52) weeks from the week in which the points are included in the ranking totals.

**Eligibility** – To earn an ITF ranking, players must have earned at least 1 ranking point at an event which offers ITF World Tennis Ranking points. Players under the age of fourteen (14) are not eligible for an ITF World Tennis Ranking. If a player under the age of fourteen (14) plays singles or doubles in a Tournament, that Tournament and the points acquired during play will not be counted for ranking purposes for that player.

**C.  ITF WORLD TENNIS RANKING SINGLES & DOUBLES ROUND POINTS**

The following tables detail the number of ITF World Tennis Ranking points a player is awarded in 2019 based on the round a player reaches in the Tournament.

Main Draw ITF World Tennis Tour Ranking points will only be awarded in 2019 and will be retained for 52 weeks.  In 2020 ITF Ranking points will only be awarded in qualifying.

**ITF World Tennis Singles Ranking Points**

| Category | Tournament Level | Winner | Finalist | SF | QF | R16 | R32 | QFR^ | FQR* |
|---|---|---|---|---|---|---|---|---|---|
| Men's ITF World Tennis Tour | $15,000 | 100 | 60 | 30 | 12 | 4 | 0 | 2 | 1 |
| | $15,000 +H | 150 | 90 | 45 | 18 | 6 | 0 | 3 | 1 |
| | $25,000 | 150 | 90 | 45 | 18 | 6 | 0 | 3 | 1 |
| | $25,000 + H | 225 | 135 | 67 | 27 | 9 | 0 | 4 | 1 |
| ATP Challenger Qualifying | ATP Challenger 80-110 | - | - | - | - | - | - | 30 | |
| | ATP Challenger 125 | - | - | - | - | - | - | - | - |

^ **Qualifier**
***FQR –Qualifying Finalist**

**ITF World Tennis Doubles Ranking Points**

| Category | Tournament Level | Winner | Finalist | SF | QF | R16 |
|---|---|---|---|---|---|---|
| Men's ITF World Tennis Tour | $15,000 | 100 | 60 | 30 | 12 | 0 |
| | $15,000 +H | 150 | 90 | 45 | 18 | 0 |
| | $25,000 | 150 | 90 | 45 | 18 | 0 |
| | $25,000 + H | 225 | 135 | 67 | 27 | 0 |

## D. MEN'S ITF WORLD TENNIS RANKING POINTS

## 1. SINGLES

   A. Players are awarded ranking points for the highest round they reach, unless the player is defaulted or there is a rule modifying the points.
   B. Qualifiers who lose in the 1st round of the Main Draw are awarded only the points specified in the Qualifier (QFR) column on the ranking points table above.
   C. Qualifiers who won their 1st round match will earn Main Draw ranking points based on the highest round reached in the Main Draw plus the ranking points specified in the Qualifier (QFR) column on the table above.
   D. Lucky Losers earn only Main Draw ranking points based on the highest round reached in the Main Draw.
   E. Losers in the last round of Qualifying, except Lucky Losers and players who have not won a match to reach the last round of Qualifying, will earn FQR points.
   F. Loser points for the rounds reached are awarded to players in any Tournament not completed.

## 2. DOUBLES
   A. A team withdrawing from the first round will not receive ranking points, whether there is or is not an Alternate/Lucky Loser team able to take their place.

B. Teams are awarded ranking points for the highest round they reach, unless a player/team is defaulted or there is a rule modifying the points.

## 3. POINTS PROCEDURE FOR BYES, WITHDRAWALS, WALKOVER AND DEFAULTS

The following rules will apply to the cases outlined below:

A. Byes
  (a) If a player or team receives one (1) or more consecutive byes and loses his/their 1st match played, 1st round losers' points will be awarded, and the player or team shall receive prize money for the round reached.
  (b) If a player or team receives one (1) or more consecutive byes and withdraws from his/their 1st match, no ranking points shall be awarded, the Tournament will not count on his/their record and no prize money shall be paid out.

B. Walkover
  (a) If a player or team receives a walkover in the 1st round, and there is no Alternate or Lucky Loser to take the place in the draw, or if a player or team receives a walkover in a subsequent round without having yet played a match, the player or team will receive ranking points from the round preceding his/their elimination.
  (b) A player or team who receives a walkover in any round except the 1st round after having played and won a match shall be awarded ranking points for the walkover from their opponent.
  (c) For any disciplinary default occurring in a Tournament after the match begins, the advancing player or team will be awarded ranking points.

C. Withdrawals
  (a) If a singles player withdraws from a Tournament, he shall receive the loser's prize money and ranking points for reaching the round in which he withdrew, except that:
    (i) A player accepted into the Main Draw who withdraws in the 1st round will receive no prize money and the Tournament shall not count on his record.
    (ii) A player who receives a walkover in any round except the 1st round after having played and won a match shall be awarded ranking points for the round that they reach.
    (iii) If a player receives one (1) or more consecutive byes and loses his 1st match played, 1st round losers' points will be awarded, and the player shall receive prize money for the round reached.
    (iv) If a player receives one (1) or more consecutive byes and defaults his next round, no ranking points shall be awarded, the Tournament will not count on his record, and no prize money shall be paid out.
  (b) If a player Qualifies but is unable to play the Main Draw for any reason, he will receive last round Qualifier points and no prize money.
  (c) If a doubles team withdraws after the first round, or retires in any round, the team will receive loser's points and loser's prize money for the

previous round reached. The team member causing the withdrawal or retirement will not be allowed to play in any other tennis Tournament until Monday of the next Tournament Week (unless he is still playing in singles of the current Tournament).

D.  Defaults

a) Any player or team who is defaulted shall lose all prize money, hospitality and points earned for that event at that Tournament, unless:

i.   The player or team was defaulted for a Violation of the Punctuality or Dress and Equipment sections of the Code of Conduct.

ii.  The player or team was defaulted as a result of a medical condition.

iii. the Default was caused by one member of a doubles team in which case the non-defaulting team member shall receive points and prize money from the previous round reached.

### HOSPITALITY (+H) at $15,000 AND $25,000 TOURNAMENTS

Men's ITF World Tennis Tour Tournaments offering hospitality (+H) will receive increased ITF World Tennis Ranking points in 2019, but no additional ATP ranking points.

Minimum hospitality at $15,000 and $25,000 is defined as one (1) bed and breakfast to all singles Main Draw and Doubles players beginning two (2) days before the commencement of Main Draw through the night of the player's elimination from the Tournament. The ITF may reject hospitality of an unsatisfactory standard, notwithstanding that it meets the minimum number of days.

Players 17 years of age and under may only share a room with another junior aged player. If there are no shared rooms then a private room must be provided to the junior player. Any breach of this regulation shall be dealt with in accordance with the ITF Welfare Policy.

### E.  FURTHER INFORMATION - ITF CONTACTS

Queries and requests on the ITF World Tennis Rankings should be sent to the ITF.

International Tennis Federation

Bank Lane

Roehampton, London

SW15 5XZ

United Kingdom

Telephone:        +44 (0)20 8878 6464

Email:              Mens@itftennis.com

# WOMEN'S
# ITF WORLD TENNIS TOUR

# RULES & REGULATIONS
# 2019

© ITF Limited t/a International Tennis Federation
All rights reserved
2019

# WOMEN'S ITF WORLD TENNIS TOUR
# RULES AND REGULATIONS
# 2019
# <u>REVISED AUGUST 2019</u>

<u>Major changes from rules published in January 2019 are underlined</u>. Unless stated otherwise, major rule changes (e.g. revised singles acceptance) come into effect for tournaments beginning week of 26 August.

## I.    PURPOSE AND APPLICABILITY

**A.    GENERAL**

ITF Limited trading as the International Tennis Federation promulgates these Tournament Regulations for the purpose of providing fair and reasonable rules for the orderly and uniform conduct of international professional tennis Tournaments sanctioned by the ITF. All references to the International Tennis Federation or ITF in these Regulations shall mean ITF Limited. These Regulations shall be applicable to all Tournaments sanctioned as part of the Women's ITF World Tennis Tour as well as the overall umbrella of the ITF World Tennis Tour.

For these Regulations, the following definitions shall apply:

<u>Women's ITF World Tennis Tour</u> comprises all Women's Tournaments offering $15,000, $25,000, $60,000, $80,000 and $100,000 in prize money including events providing complimentary hospitality ("+H"). These tournaments are referred to as "15s", "25s", "60s", "80s" and "100s" in terms of naming and branding but will be referred to in full by their prize money in these Regulations.

<u>ITF World Tennis Tour</u> comprises all ITF World Tennis Tour Junior Tournaments, Women's ITF World Tennis Tour Tournaments as well as Men's ITF World Tennis Tour Tournaments.

<u>Regulations</u> refer to Women's ITF World Tennis Tour Rules and Regulations including the Code of Conduct, Appendices, ITF World Tennis Tour Organisational Requirements, and the ITF Rules of Tennis, which are approved by the ITF Board of Directors to provide fair and reasonable rules for the orderly and uniform conduct by players and Tournament Organisers. These Regulations can be amended from time to time by the ITF Board of Directors.

ITF World Tennis Tour Organisational Requirements also known as Organisational Requirements are the Regulations that a Tournament Organiser must follow when running an event on the Women's ITF World Tennis Tour.

Further definitions can be found at Section II.

Each player entrant in a Women's ITF World Tennis Tour Tournament agrees as a condition of such Entry to abide by and be subject to these Regulations,

Any sanctioning National Association and the Tournament Organiser where separate (jointly the "Applicant") awarded a one (1) year sanction on the Women's ITF World Tennis Tour Calendar shall be subject to, and shall be bound by and comply with the Regulations and the *ITF Guide to Recommended Health Care Standards*, each of which may be amended from time to time.

The ITF reserves the right to refuse approval of or cancel any previously sanctioned Tournament or series of Tournaments for reasons of health, safety, security or any other potential threat to any persons attending the Tournament(s) or to the successful running of the Tournament(s), without any liability on behalf of the Applicant, or the ITF.  For the avoidance of doubt, neither the ITF or the Applicant shall be liable to any players or any other persons or entities for any costs that they might have incurred in relation to such cancelled Competitions, including, without limitation, any transport and/or accommodation costs.  This decision will be made on behalf of the ITF by the ITF World Tennis Tour Women's Committee and may be appealed by the Applicant only, to the Independent Tribunal.

## B.  Classification of Tournaments

1. Professional Tournaments are Grand Slam Tournaments, WTA Tour Tournaments, and Women's ITF World Tennis Tour Tournaments.

2. ITF Professional Tournaments are the Men's ITF World Tennis Tour Tournaments and Women's ITF World Tennis Tour Tournaments sanctioned by the ITF.

3. ITF Sanctioned Tournaments are any Tournament sanctioned by the ITF that are not ITF Professional Tournaments (including Tournaments on the ITF World Tennis Tour Juniors, ITF Senior Tour, ITF Wheelchair Tour and ITF Beach Tour).

4. ITF Team Competitions are Fed Cup, Junior Fed Cup, Hopman Cup and other such team events sanctioned by the ITF.

5. Other Tournaments are those tournaments not covered above, which include exhibition tournaments, national league tournaments, national association/federation tournaments, etc.

Unless otherwise specified, references to "Tournament" on its own only in these Regulations shall be to a Women's ITF World Tennis Tour Tournament.

**C.  National Association & Tournament Personnel**

1**. National Association**

National Associations are those countries and/or member institutions as defined by the Consitution of the ITF Limited.  National Associations are responsible for appointing the Tournament Organiser and ensuring that the ITF World Tennis Tour Organisational Requirements are fully complied with by the Tournament Organiser.

In order for a Tournament to be approved and sanctioned by the ITF for inclusion on the Women's ITF World Tennis Tour Calendar, the Tournament must have all necessary approvals from the relevant National Association and, if appropriate, the Regional Association.  The National Association is responsible for submitting the application form(s) and remains ultimately responsible for the proper organisation and running of the Tournament.

**2.  Tournament Administrator**

The National Association(s) organising the Women's ITF World Tennis Tour Tournaments shall designate a Tournament Administrator to handle all aspects of administration of the Tournament.  The Tournament Administrator shall be the point of contact for the ITF.

**3.  Tournament Organiser**

The National Association must also designate a Tournament Organiser (sometimes referred to as the tournament director) who will be responsible for all aspects of the organisation of the Tournament, with the exception of all matters relating to the rules of competition as stated in the Women's ITF World Tennis Tour Rules and Regulations, Code of Conduct, the Rules of Tennis and all on-court issues, which are the responsibility of the ITF Supervisor and/or the ITF.  The Tournament Organiser is responsible for following the 2019 ITF World Tennis Tour Organisational Requirements.

**4.  Officials**

All Tournaments on the Women's ITF World Tennis Tour must have an approved Supervisor and the appropriate number officials as set out in the Officiating Requirements provided in the 2019 ITF World Tennis Tour Organisational Requirements.

**a)  ITF Supervisor**

The ITF Supervisor must be available throughout the Tournament Week. The ITF Supervisor must be available at least 2 hours before the Qualifying

Sign-In Deadline until the completion of the Tournament, unless otherwise approved by the ITF.

The ITF Supervisor is the individual responsible for all aspects of play during a Tournament. The ITF Supervisor will act as final on-site authority for the interpretation of the applicable Regulations, Code of Conduct, Rules of Tennis and the Duties and Procedures for Officials as to all matters arising that require immediate resolution at the Tournament site.

**$25,000, $60,000, $80,000, $100,000 Tournaments**
Each Tournament offering $25,000 to $100,000 in prize money must provide at its sole expense an official certified as a Gold or Silver Badge ITF Supervisor.

**$15,000 Tournaments**
Each Women's ITF World Tennis Tour Tournament offering $15,000 in prize money must provide at its sole expense an official certified as a Gold or Silver Badge ITF Supervisor.

However, at $15,000 Tournaments, if a Gold/Silver Badge supervisor is not available in the host nation's country, and no feasible solution can be found (i.e. geographical proximity of another Gold/Silver Badge supervisor), the ITF may approve a White Badge supervisor if upgraded to "Approved White Badge" status following additional ITF training.

b) **ITF Chair Umpire**
The ITF World Tennis Tour Organisational Requirments provide details on the minimum requirements for Chair Umpires at $15,000, $25,000, $60,000, $80,000, and $100,000 level.

National Associations that wish to supply a higher certification level of official, or more officials than the minimum requirements are encouraged to do so.

c) **Approval of Officials**
Each Women's ITF World Tennis Tour Tournament shall submit a list of officials to fulfil the requirements as set forth above to ITF Officiating at least 8 weeks (56 days) prior to the Tournament. Any request for these officiating requirements to be waived should be made to the ITF at least 8 weeks (56 days) prior to the Tournament.

5. **Tournament Doctor and Sports Physiotherapist**
Each Women's ITF World Tennis Tour Tournament must appoint and pay all costs for an English-speaking medical doctor (tournament doctor), to be available on call at all times during playing hours.

At $15,000 and $25,000 Tournaments the Tournament Organiser must appoint an English-speaking Sports Physiotherapist (as defined in the *ITF Guide to Recommended Health Care Standards*), to be available on-site during play, to provide treatment to players. It is recommended that all reasonable off-court treatment is provided free of charge to players. The Sports Physiotherapist must be on-site sixty minutes before matches commence until completion of all matches.

At $60,000 Tournaments, the Tournament Organiser must appoint an English-speaking Sports Physiotherapist to be available on-site during play. The details of the appointed Sports Physiotherapist must be forwarded to the ITF by Thursday before the start of the Tournament. Cost of any on-site treatment administered to players by the Sports Physiotherapist must be free of charge.

At $80,000 and $100,000 Tournaments, the ITF will appoint an English-speaking Sports Physiotherapist to be available on-site during play, who will provide on-site treatment to players free of charge.

Further requirements are set out in the ITF World Tennis Tour Organisational Requirements and the *ITF Guide to Recommended Health Care Standards*.

## D. RELATED REGULATIONS

The ITF Rules of Tennis shall apply in all Women's ITF World Tennis Tour Tournament matches.

To the extent not covered herein the Constitution of ITF Limited 2019 and the 2019 ITF Duties and Procedures for Officials shall be applicable to all Women's ITF World Tennis Tour Tournaments. Such applicability shall not affect the right of the Tournaments to promulgate and enforce their own special regulations insofar as they are consistent with the applicable provisions of these Rules and Regulations and have been approved by the ITF.

## E. ENFORCEMENT OF REGULATIONS AND RESOLUTION OF DISPUTES

### 1. On-site enforcement

It is the responsibility of the ITF Supervisor to enforce these Regulations on site.

### 2. First instance proceedings

The ITF Supervisor shall have exclusive jurisdiction, in the first instance, over the following matters:

(a)    unless expressly referred elsewhere, an allegation that a player has committed an offence under the Code of Conduct that is not a Major Offence or a breach of the Welfare Policy;

(b)    any disputes or questions of interpretation that arise on-site at a

Tournament (to be resolved in accordance with the Rules of Tennis); and

(c)     any other decisions, disputes, questions of interpretation or other matters that are entrusted under these Regulations to the ITF Supervisor.

The ITF World Tennis Tour Women's Committee or other person/entity designated under these Regulations may decide any issues entrusted to them (respectively) under these Regulations. Unless expressly provided otherwise, there will be no right of appeal from their respective decisions.

The ITF Internal Adjudication Panel shall have exclusive jurisdiction, in the first instance, over the following matters (to be determined in accordance with its Procedural Rules):

(a)     any request for a decision that is entrusted under these Regulations (including the Code of Conduct) to the ITF Internal Adjudication Panel;

(b)     any dispute or question about the proper interpretation of these Regulations (including reviewing as appropriate any on-site interpretation by the ITF Supervisor);

(c)     any dispute or question about player eligibility arising under these Regulations;

(d)     any allegation that a Covered Person has committed a breach of the Welfare Policy;

(e)     any allegation that a player, Related Person or other person or entity bound by these Regulations has failed to comply with any other aspect of these Regulations (unless expressly referred elsewhere); and

(f)     any other dispute arising out of or relating in any way to these Regulations that is referred to it by the Board.

The Independent Tribunal shall have exclusive jurisdiction, in the first instance, over the following matters (to be determined in accordance with its Procedural Rules):

(a)     any request for a decision that is entrusted under these Regulations to the Independent Tribunal;

(b)     an allegation that a player, Related Person or other person participating on the Women's ITF World Tennis Tour has breached the Tennis Anti-Doping Programme;

(c)     an allegation that a player or Related Person has committed a Major Offence under the Code of Conduct;

(d)     any allegation that a Tournament Offence has been committed under the Code of Conduct; and

(e)     any other dispute arising out of or relating in any way to these Regulations that is referred to it by the Board.

The Procedural Rules for both the Internal Adjudication Panel and the Independent Tribunal are available online at www.itftennis.com, or a hard-copy can be requested in writing to the ITF.

The Anti-Corruption Hearing Officer shall have exclusive jurisdiction, in the first instance, over any allegation that a Player, Related Person or other person participating on the ITF Women's Circuit has breached the Tennis Anti-Corruption Programme.

## 3. Sanctions

Where the ITF Internal Adjudication Panel and/or Independent Tribunal upholds an allegation of breach of these Regulations, it will determine the sanctions for such breach in accordance with the sanction's provisions in its Procedural Rules, unless these Regulations specify other sanctions for such breach, in which case it will apply the specific sanctions.

## 4. Appeals

Save where provided otherwise under these Regulations:

(a)  decisions by the ITF Supervisor under these Regulations may only be challenged by way of appeal to the ITF Internal Adjudication Panel, to be determined in accordance with its Procedural Rules (save that there shall be no right of appeal against the ITF Internal Adjudication Panel's decision);

(b)  subject to article I.E.4(a) above, decisions of the ITF Internal Adjudication Panel under these Regulations may only be challenged by way of appeal to the Independent Tribunal, in accordance with the Independent Tribunal's Procedural Rules (in particular, the section applicable to the Independent Tribunal sitting as an appeal panel);

(c)  decisions of the Independent Tribunal (sitting as a first instance tribunal) may only be challenged by way of appeal to the Court of Arbitration for Sport, as set out in the Independent Tribunal Procedural Rules.

Such appeals may only be brought by one of the following persons:

(i)  the person or entity that is the subject of the decision being appealed; and/or

(ii)  the ITF.

'Related Person' is defined as any coach, trainer, therapist, physician, management representative, agent, family member, Tournament guest, business associate or other affiliate or associate of any player, or any other person who receives accreditation at a Women's ITF World Tennis Tour Tournament at the request of the player or any other Related Person.

## 5. Governing Law

These Regulations and any dispute arising out of or in connection with them (including any dispute or claim relating to non-contractual obligations) shall be governed by and construed in accordance with English law, without regard to the conflict of law principles.

Each Player, Nation and each of its Team Members, directors, officials, officers, members of staff, employees, contractors, agents, and representatives agrees to submit any disputes or claims or other matters arising in relation to the Regulations (including any non-contractual disputes or claims) to arbitration pursuant to the resolution of disputes process provided for in this Section I.E (as applicable), to the exclusion of any other court or forum.

**F.    AMENDMENT OF REGULATIONS**
These Women's ITF World Tennis Tour Rules and Regulations may only be amended, repealed or otherwise modified, in whole or in part, by the ITF Board of Directors.  The ITF Board of Directors may only amend, repeal or otherwise modify any Regulation relating to WTA ranking points with the approval of the WTA.

The Board of Directors may grant dispensations from, modify, waive or otherwise alter these Regulations or their application in extraordinary circumstances.

**G.    MANAGEMENT OF THE WOMEN'S ITF WORLD TENNIS TOUR**

**1. Board of Directors**

**a) Management**
The Women's ITF World Tennis Tour shall be managed by the Board of Directors of the ITF.

**b) Duties**
The duties of the Board of Directors shall be:
i)   To approve, adopt and amend the Rules and Regulations and Code of Conduct for the Tour.
ii)  To register in the name of the ITF any trade marks in connection with the Tour and to protect such trademarks.
iii) To appoint every two years a Women's Committee, which shall consist of a Chair, who shall be a member of the Board of Directors, and further members as deemed necessary.

**2. ITF World Tennis Tour Women's Committee**
The duties and powers of the ITF World Tennis Tour Women's Committee shall be:
a)  To manage the Women's ITF World Tennis Tour Tournaments;
b)  To recommend changes to and to ensure the uniform application of these Rules and Regulations and the Code of Conduct;

    c)  To administer the funds of the Women's Tournaments within the financial framework of the ITF;

    d)  To report to the Board of Directors on all financial matters;

    e)  To submit regular reports to the Board of Directors.

# II.   DEFINITIONS

**Acceptance List**

The list of players who entered a Tournament(s) and have been sorted based on the applicable System of Merit.

**Alternate (Direct Acceptance)**

A player who is ranked lower than the Direct Acceptances into Main Draw and Qualifying under the applicable System of Merit and can fill any vacancy as detailed in the applicable System of Merit before the Freeze Deadline. <u>After the Freeze Deadline, Alternates remain on one list and have priority for acceptance over On-Site Alternates. Alternates can Sign-In at a different Tournament and if any vacancies are created by withdrawals, no shows, used or unused Special Exempts then an Alternate will fill those vacancies in order of the applicable System of Merit.</u>

**Alternates Junior Reserved**

A junior player who is ranked lower than the <u>three (3)</u> junior players selected as Junior Reserved Direct Acceptances into the singles Main Draw under the applicable System of Merit of a Women's $15,000 Tournament.  These Junior Reserved Alternates will replace any Junior Reserved Direct Acceptances that withdraw from the Junior Reserved List before the Freeze Deadline

**Committed**

A player's status if at any time after the Withdrawal Deadline they appear in the singles Main Draw or singles Qualifying Acceptance List of a Tournament. A Committed player is obligated to compete at the Tournament.

**Direct Acceptances**

Players who have entered and been directly accepted into the singles Main Draw or Qualifying Draw or Doubles Draw by virtue of their ranking(s) and/or status under the applicable System of Merit.

**Doubles Draw**

The doubles competition at a Tournament. Players earn a position in the Doubles Draw based on the applicable Doubles System of Merit.

**Entry**

A request by a player to register for a Tournament. Entries are only accepted from players with an approved applicable IPIN account and who meet all

necessary requirements stipulated in the Regulations. The player must make their Entry before the Entry Deadline.

**Entry Deadline**
The time by which a player must enter in order to be considered for inclusion on the Acceptance List.  The Entry Deadline for singles is at 14:00 hours Greenwich Mean Time (GMT) on the Thursday eighteen (18) days prior to the Monday of the Tournament Week. The Doubles Entry Deadline is detailed on each Tournament's Fact Sheet.

**Entry List**
The list of players who have entered the Tournament up until the Entry Deadline and before the Acceptance List has been made.

**Fact Sheet**
Each Tournament will provide information regarding the Tournament site, dates, draw sizes, court surface, type of courts, hotel information, transportation, prize money deductions, and other relevant information regarding the Tournament.  The Fact Sheet, also referred to as the Tournament Fact Sheet, is available in IPIN.

**Freeze Deadline**
The Freeze Deadline takes place at 14:00 hours GMT on the Thursday preceding the Tournament Week. After the Freeze Deadline has passed and the the Acceptance List is processed, no further movement is permitted on the Acceptance List.

**IPIN (International Player Identification Number)**
A player must pay, register and be approved for an IPIN membership, which is used to register for Women's ITF World Tennis Tour Tournaments.  Players will Enter, Withdraw and find Tournament details through their IPIN account.

**Junior Exempt (JE)**
A player who by virtue of her 2018 position on the ITF Junior Girls' Year-End Combined Rankings gains Direct Acceptance into a designated Women's ITF World Tennis Tour  Tournament (see Appendix D).

**Junior Reserved ($15,000 Tournaments)**
A junior player accepted into the Main Draw of a Women's $15,000 Tournament based on the applicable System of Merit.

**Late Withdrawal**
A Withdrawal by a player accepted into the singles Qualifying that takes place anytime after the Withdrawal Deadline and up until the Qualifying Sign-In and

any Withdrawal from a singles Main Draw player that takes place after the Withdrawal Deadline until the commencement of play.

**Lucky Loser (LL)**
Lucky losers are players who have lost in the final round of the Qualifying event or, if more Lucky Losers are required, those players who have lost in the previous Qualifying round(s).

**Main Draw**
The Main Draw is the principal competition of a Tournament in which players earn a position based on the Regulations and the applicable Singles System of Merit.

**Main Draw Only**
Players that enter a $60,000, $80,000 or $100,000 Tournament and only wish to be considered for the Main Draw (and will not be considered for the Qualifying competition) until the Freeze Deadline.

**On-Site Alternates**
Non-entered players who attend at the Tournament site (prior to the Qualifying Sign-In Deadline) to Sign-In for the Qualifying. In order to be eligible as an On-Site Alternate, a player must have valid IPIN membership, Sign-In with the ITF Supervisor at the Tournament site and have paid the entry fee and any applicable fines.

**Preserved Eligibility**
A procedure by which a player on the Qualifying Acceptance List (except Alternates) at the Freeze Deadline can submit a request to the ITF Supervisor to preserve their eligibility for a position in the main draw at the time of Qualifying Sign-in Deadline, because the player is unable or unwilling to Sign-In for Qualifying.

**<u>Qualified Tournament (related to Special Exempts)</u>**
   a. For $15,000-$25,000 Tournaments: the singles event of any Women's ITF World Tennis Tour or any WTA Tournament within the same region in the preceding week;
   b. For $60,000 Tournaments: the singles event of any Women's ITF World Tennis Tour Tournament with prize money of $25,000 or higher or any WTA Tournament within the same region in the preceding week;
   c. For $80,000-$100,000 Tournaments: the singles event of any Women's ITF World Tennis Tour Tournament with prize money of $60,000 or higher or any WTA Tournament within the same region in the preceding week.

**Qualifiers (Q)**
Players who are included in the Main Draw as a result of their success in the Qualifying competition.

**Qualifying**
The Qualifying draw refers to the preliminary rounds of a Tournament, in which the participating players have not qualified for entry into the Main Draw based on the applicable Singles System of Merit but have earned the opportunity based on the applicable Singles System of Merit to compete for an opportunity to play in the Main Draw.

**Sign-In**
The procedure by which a player registers for participation in a Tournament either by physically writing their signature on-site or by telephone (if permitted).

**Sign-In Deadline**
The date and time by which a player wishing to participate must Sign-In either in person or by telephone (if permitted) as stipulated in the Regulations.

**Special Exempt  (SE)**
A player that is on the Qualifying Acceptance List who applies for and receives an exemption into the singles Main Draw of that week's Tournament because the player reached the finals in singles, or is otherwise still competing on the first day of singles qualifying, at a "Qualified Tournament"in the previous week.

**Special Ranking**
A player's WTA ranking assigned to a player who has been unable, due to medical condition, parental start, or pregnancy, to compete in any tennis tournament for a minimum of  twenty-six (26) weeks.  A Special Ranking is only available for use for Entry and Systems of Merit, not seeding. The criteria for application and eligibility are set forth by the WTA and the information is available in the WTA rulebook.

**System of Merit**
The selection procedure by which players are accepted into the singles or doubles of a Tournament(s). The System of Merit shall be referred to throughout these Regulations as the Singles System of Merit for singles acceptances or the Doubles System of Merit for doubles acceptances.

**Tournament**
A Tournament on the Women's ITF World Tennis Tour, which is comprised of three events - singles Main Draw, singles Qualifying and a Doubles Draw -

unless otherwise approved. Each event has an applicable System of Merit for accepting players into those events.

**Wild Card (WC)**
A Player accepted into the singles Main Draw or singles Qualifying as determined by the Tournament Organiser and/or the sanctioning National Association.

**Withdrawal**
When a player withdraws from a Tournament pursuant to the applicable Regulations. Singles Withdrawals can be made either online or through the official withdrawal form prior to the Qualifying Sign-In Deadline. Singles Withdrawals are permitted without penalty up until the Withdrawal Deadline. Singles and Doubles Withdrawals after the Withdrawal Deadline are Late Withdrawals and will incur a penalty pursuant to the Code of Conduct.

**Withdrawal Deadline**
The Withdrawal Deadline is 14:00 hours GMT on the Tuesday thirteen (13) days prior to the Monday of the Tournament Week. Any player accepted into the singles Main Draw or Qualifying draw and who does not wish to play must withdraw before this deadline to avoid incuring a penalty.

# III. WOMEN'S ITF WORLD TENNIS TOUR TOURNAMENTS

## A. PLAYER ELIGIBILITY

### 1. OPEN COMPETITION / NO DISCRIMINATION

Women's ITF World Tennis Tour Tournaments are open to all female tennis players based on merit and without discrimination subject to the conditions in this Section III.A and Appendix B. Minors under the age of fourteen (14) shall not be eligible for Entry. For the purposes of these Regulations, the player's age as of the Monday of the Tournament Week shall be used.

If requested, a player must provide a proof of identity and/or age through photo identification (passport or driver's licence) to the ITF Supervisor on site.

### 2. NATIONALITY

A player's nationality for the ITF World Tennis Tour and the ITF World Tennis Ranking is determined at registration for IPIN by the Nationality on a player's passport. The ITF may request from the player at any time a copy of their current, valid passport as proof of nationality.

Players, who have earned WTA points based on events on the Women's ITF World Tennis Tour, should send a copy of their passport to the WTA.

Players wishing to add/change/update their nationality on the website should send a copy of their passport to the ITF and if necessary, the WTA.

This Regulation applies to the Women's ITF World Tennis Tour only, and is without prejudice to any other regulations applicable to other tournaments (such as ITF Team Competitions), which may impose different criteria.

3. **AGE ELIGIBILITY RULES**
   The WTA's Age Eligibility Rule applies to all WTA ranking point Tournaments which offer $15,000 or greater prize money. In the case of inconsistency between the Age Eligibility Rules and these Regulations, the former shall apply. Please refer to Appendix C for details.

   Players may be requested to provide proof of their date of birth.

   Players subject to the WTA Age Eligibility Rule (AER), be advised that the WTA will:
   - not count any $15,000 tournaments that you played prior to 5 August 2019 toward your tournament limit under the AER;
   - not count the Wild Cards that you accepted at $15,000 tournaments prior to 5 August 2019 toward your Wild Card limits under the AER; and
   - beginning on 5 August 2019, count each $15,000 tournament in which you earn WTA ranking points (singles or doubles) toward your tournament and wild card (as applicable) limits under the AER.

   Players are encouraged to read all of the WTA Age Eligibility Rule (Section XV of the WTA Rulebook), which is available at: http://wtafiles.wtatennis.com/pdf/publications/2019WTARulebook.pdf

4. **International Player Identification Number (IPIN) Membership and Tennis Integrity Protection Programme (TIPP)**

   In order to enter Women's ITF World Tennis Tour Tournaments all players must first register for an applicable annual IPIN membership (and pay the appropriate fee) and agree, as a condition of their registration, to accept the related terms and conditions and to complete the TIPP. Failure by a player (a) to register for an applicable IPIN membership and to accept the related terms and conditions and (b) to complete the TIPP will render a player ineligible to enter and compete in Tournaments.

All players obtaining an IPIN and wishing to compete on the Women's ITF World Tennis Tour are responsible for ensuring they are fit to play and are advised to obtain a yearly physical examination from a certified physician that certifies the player to compete on the Women's ITF World Tennis Tour.

A player's IPIN online service account will provide information about all Tournaments on the Women's ITF World Tennis Tour. This account will enable players to view the Tournament calendar and Enter and Withdraw from Tournaments. The IPIN account will also provide information about Entry and Acceptance Lists, Tournament Fact Sheet, Tournament Referee contact information and other pertinent information about the Tournaments, including important tour announcements.

### 5. WTA PLAY DOWN RULES

Players with a WTA ranking of 1-10 in singles twenty-one (21) days prior to the Monday of the Tournament Week cannot Enter, accept a Wild Card and/or compete in singles or doubles in any Women's ITF World Tennis Tour Tournaments.

## B. CATEGORIES OF TOURNAMENTS

For the purpose of these Regulations, all Women's ITF World Tennis Tour Tournaments will be differentiated by prize money and hospitality. All references to prize money expressed in US Dollars will also mean the corresponding prize money in Euros (EUR) as detailed below and as set in Section XII. Prize Money and WTA/ITF Points.

### 1. ITF World Tennis Tour Tournaments offering $15,000, $25,000, $60,000, $80,000 or $100,000 in prize money will award WTA ranking points

Any Women's ITF World Tennis Tour Tournaments, listed below, that comply with the criteria laid down in these Regulations are eligible for inclusion of their results on the WTA Rankings as specified in Section XIII, WTA Rankings. Such Tournaments fall into the following groups:

- **WOMEN'S ITF WORLD TENNIS TOUR $15,000/€13,500**
- **WOMEN'S ITF WORLD TENNIS TOUR $15,000/€13,500 + H**
- **WOMEN'S ITF WORLD TENNIS TOUR $25,000 / €22,500**
- **WOMEN'S ITF WORLD TENNIS TOUR $25,000 / €22,500 +H**
- **WOMEN'S ITF WORLD TENNIS TOUR $60,000/ €54,500**
- **WOMEN'S ITF WORLD TENNIS TOUR $60,000/ / €54,500 +H**
- **WOMEN'S ITF WORLD TENNIS TOUR $80,000 / €72,500**
- **WOMEN'S ITF WORLD TENNIS TOUR $80,000 / €72,500+H**
- **WOMEN'S ITF WORLD TENNIS TOUR $100,000 / €91,000**
- **WOMEN'S ITF WORLD TENNIS TOUR $100,000 / €91,000 +H**

+H indicates the Tournament offers hospitality

**2. ITF World Tennis Tour Tournaments offering $15,000 in prize money will award <u>both WTA ranking points</u> and ITF World Tennis ranking points**

Any Women's <u>ITF World Tennis Tour $15,000</u> Tournament listed below that comply with the criteria laid down in these Regulations are eligible for inclusion of their results on the ITF World Tennis Ranking as specified in Section XIV, ITF World Tennis Ranking. Such Tournaments fall into the following groups:

- **WOMEN'S ITF WORLD TENNIS TOUR $15,000/€13,500**
- **WOMEN'S ITF WORLD TENNIS TOUR $15,000/€13,500 + H**

<u>$25,000 Tournaments which take place from 5 August 2019 will offer ITF World Tennis Ranking points for the qualifying rounds.</u>

- <u>**WOMEN'S ITF WORLD TENNIS TOUR $25,000 / €22,500**</u>
- <u>**WOMEN'S ITF WORLD TENNIS TOUR $25,000 / €22,500 +H**</u>

+H indicates the Tournament offers hospitality

Where these Regulations apply in the same way to tournaments with and without hospitality, only the generic prize money term will be used and it shall be interpreted to cover both types of tournament. The +H designation will only be used where there are specific rules or differences that apply between the two types of tournament in which case the relevant regulation will specify that difference.

**C.    TOURNAMENT EVENTS**

Each Women's ITF World Tennis Tour Tournament must consist of a singles Main Draw, Doubles Draw and singles Qualifying, unless there are insufficient entries to run a singles Qualifying draw or otherwise approved by the ITF. Each draw will be an elimination draw.

**D.    TOURNAMENT WEEK**

Each Women's ITF World Tennis Tour Tournament is assigned a specific Tournament Week on the calendar defined by the date of the Monday of that week. <u>Singles Qualifying will begin on either Sunday or Monday and can be played over one, two or three days (depending on draw size and as approved by the ITF or Service Bureau).  Typically, the singles Main Draw will begin on Tuesday (but may begin on Monday and no later than Wednesday) and must finish no later than Sunday of the same week, unless otherwise approved by the ITF.</u> In extraordinary circumstances, e.g. bad weather, the ITF Supervisor, in consultation with the ITF, may cancel or adjust a Tournament's Week or schedule.

E.    **MATCH FORMAT**
   A. Singles Main Draw
      The best of three (3) tie-break sets, unless a "Modified Format" is otherwise approved by the ITF.  Ad scoring must be used.

   B. Singles Qualifying
      The best of three sets, with two (2) tie-break sets, and if the score reaches one set all, one match tie-break game (10 points) shall be played to decide the match.  Ad scoring must be used.

   C. Doubles Draw
      The best of three sets with two (2) tie-break sets, and if the score reaches one set all, one match tie-break game (10 points) shall be played to decide the match. No-ad scoring must be used.

   D. Modified Format
      In extraordinary circumstances, e.g. bad weather, the ITF Supervisor, with explicit approval of the ITF, may modify the format of matches in the singles Main Draw only as follows:

      The best of three sets with two (2) tie-break sets, and if the score reaches one set all, one match tie-break game (10 points) shall be played to decide the match.  Ad scoring must be used.

F.    **BALLS**
   The balls to be used at Women's ITF World Tennis Tour Tournaments must conform to the specifications in Rule 3 of the Rules of Tennis and must have been approved by the ITF.  Any Women's ITF World Tennis Tour Tournament must apply to the ITF for approval at least seven (7) weeks (49 days) in advance of the Tournament if it wishes to use ball types 1 or 3.

   1. **$15,000 and $25,000 Tournaments**
      In the singles Qualifying competition, a minimum of four (4) new balls of the same brand and type must be provided for the match.  In the singles Main Draw or Doubles, a minimum of four (4) new balls of the same brand and type are to be changed at a maximum of eleven (11) games and thereafter every thirteen (13) games in each match.  More frequent ball changes are acceptable at the discretion of the ITF Supervisor.

      A minimum of three (3) used balls of the same brand and type as the match balls must be available for practice per day, free of charge, to each player accepted into the Tournament, from the day prior to the commencement of

the respective draw until she is eliminated from the Tournament. Players must return practice balls after each practice to the Tournament staff.

2. **$60,000, $80,000 and $100,000 Tournaments**
In the Qualifying and the Main Draw, four (4) new balls of the same brand and type must be provided and the ball change shall be after the first nine (9) games and thereafter every eleven (11) games in each match. More frequent ball changes are acceptable at the discretion of the ITF Supervisor.

A minimum of three (3) new balls of the same brand and type as the match balls must be available for practice per day, free of charge, to each player accepted into the Tournament, from the day prior to the commencement of the respective draw until she is eliminated from the Tournament. Players must return practice balls after each practice to the Tournament staff.

G. **ARTIFICAL LIGHTING**
Play is allowed with artificial lighting provided there is a minimum of 500 lux evenly distributed over the court surface.

H. **WAIVER OF CLAIMS**
In submitting an Entry into a Women's ITF World Tennis Tour Tournament, all players agree, as a condition of Entry, that subject to the limits set out below, for themselves, their executors, administrators, heirs and personal representatives, all claims of any kind, nature and description are waived, including past, present or future claims and injuries, if any, sustained in traveling to or from, or participating in a Women's ITF World Tennis Tour Tournament and/or any of its related activities and/or while in the location of a Women's ITF World Tennis Tour Tournament, against the ITF, the Regional Association or National Association sanctioning such Tournaments, promoters, sponsors, television or other broadcast licensees, vendors, venues, local organisers and others connected with such Tournaments, including its employees, officers, directors, volunteers, and representatives and the WTA.

Nothing in these Regulations excludes or limits the liability of the ITF or any of the other parties listed above:

i)      for death or personal injury caused by their (respective) negligence;
ii)     for fraud; or
iii)    to the extent that such exclusion or limitation is not permitted by applicable law.

I. **PUBLICITY AND PROMOTION**
(a) Each player grants to the ITF, the Tournament's sanctioning National Association, the Tournament and their agents and assignees the right, in perpetuity and for commercial and non-commercial purposes:

(i) to use or authorise the use of his or her name, voice, photograph, likeness, signature, biographical material and other identification, in any and all media, for the purpose of publicising and promoting the sport of tennis, the ITF, the Tournament's sanctioning National Association, the Tournament and their respective affiliates and events including the right to use the same on event posters, photos, programs, merchandise and other materials, and for the televising broadcasting and filming of the same; and

(ii) to make, show and otherwise use, in any and all media, still and moving pictures, whether live or otherwise, and any other visual and/or audio-visual reproductions of his or her performance or appearance as a sportsman on and off the court during the event.

(b) With respect to sub section (a) above:

(i) there will be no compensation payable in relation to the grant of such rights; and

(ii) the rights granted may not be used in such a way as to constitute an endorsement by the player of any product or company.

## J.  PUBLIC LIABILITY INSURANCE

The Applicant is responsible for taking out a suitable insurance policy which is compliant with local laws and regulations and which insures against claims made for damage to property and for death/injury caused to people at the event for which the Applicant is legally liable.  "ITF Ltd" and "ITF Licensing (UK) Ltd" must be named in the policy and on the certificate of insurance, and a copy should be provided to the ITF on request.

# IV. FINANCIAL

## A.  PAYMENTS

The sanctioning National Association and/or where applicable the Tournament Organiser (jointly the "Applicant") shall be liable for and pay the prize money to all players participating in the Tournament in accordance with the breakdowns stated in Section XII, Prize Money and WTA/ITF Points. The Applicant shall also be liable for and pay in accordance with the notifications issued to the Applicant by the ITF: the annual Sanction Fee; any IPIN membership fees and fines collected during the Tournament; and any Primary Healthcare Program payment due to the ITF.

## B.  FINANCIAL GUARANTEE

At the absolute discretion of the ITF, an Applicant for a Women's ITF World Tennis Tour Tournament offering $60,000, $80,000 or $100,000 in prize

money shall provide a Financial Guarantee for the Tournament prize money in such format and according to the timescale as defined by the ITF.

If the Applicant fails to provide such Financial Guarantee, then the ITF may cancel the Tournament without any liability to the Applicant.

**C.    PRIZE MONEY PAYMENTS**

The Tournament Organiser shall make prize money payable in cash, check or bank transfer available to eligible players in accordance with the criteria stated below.

If a Tournament Organiser elects to pay the prize money via bank transfer, the Tournament Organiser and/or National Association will be liable for any bank fees associated with such transfer.

**D.    TAX DEDUCTIONS**

Any Government income tax deductions from prize money must be stated on the Tournament Fact Sheet. No taxes other than the stated income tax will be deducted from prize money.

**E.    FINES AND FEES**

If a player owes any fines and/or fees, then the ITF Supervisor shall authorise the Tournament Organiser to deducted fines and fees from a player's prize money. These collected fines and fees will be sent to the ITF by the National Association. Please see the Code of Conduct.

**F.    CURRENCY AND EXCHANGE RATE**

Prize money shall be paid in currencies as follows:

1) U.S. Tournaments: All prize money must be paid in US Dollars as set out in Section XII. Prize Money and WTA/ITF Points.

2) European Tournaments: All prize money must be paid in Euros as set out in Section XII Prize Money and WTA/ITF Points or in local currency for non-Euro Monetary Union nations.

3) Other Women's ITF World Tennis Tour Tournaments: All prize money must be paid in US Dollars or in local currency if prior approval to pay in local currency is obtained in writing from the ITF no less than four (4) months prior to the start of the Tournament.

If local currency is selected, then the exchange rate to US Dollars for a given Tournament (Official ITF Exchange Rate) shall be the average of the six (6) months immediately preceding six (6) months prior to the Tournament. If on the Monday, seven (7) days prior to the start of the Tournament, there is a

fluctuation in the Official ITF Exchange Rate of five percent (5%) or more, up or down, then such exchange rate shall be adjusted, up or down as follows:

| Exchange Rate Fluctuation | Exchange Rate Adjustment |
|---|---|
| Less than 5% | None |
| Between 5 and 10% | 5% |
| 10% or greater | One half the actual Exchange Rate Fluctuation |

(* For example, if the currency fluctuates 11% from the authorised exchange rate, the exchange rate will be adjusted by 5.5%).

Each Women's ITF World Tennis Tour Tournament electing to pay on-site prize money in a specific non-US or non-Euro currency shall obtain from the ITF (Rest of World Events) or Tennis Europe (European events) the Official ITF Exchange Rate.

**G.    AMATEUR EXPENSES**

Women's ITF World Tennis Tour Tournaments may pay expenses to amateurs who compete, at the discretion of the Tournament Organiser. Such expenses are limited to the actual and reasonable expenses of an amateur incurred pursuant to her participation in the Tournament. The payment of expenses cannot be conditioned on the success of the amateur in the event.

**H.    ENTRY FEES**

The following entry fees may be charged by the Tournament Organiser per player prior to the start of the Tournament or (if applicable) deducted from prize money at the discretion of the Tournament Organiser.

The entry fee can be collected in US Dollars or Euros or in local currency as stated on the Fact Sheet.

| Draw | Maximum Fee (per player) |
|---|---|
| Qualifying (singles) or Qualifying (singles) and Doubles | Up to US$40 or €36 |
| Main Draw (singles) or Main Draw (singles) and Doubles | Up to US$40 or €36 |
| Doubles only | Up to US$20 or €18 |

# V.    SINGLES ENTRIES AND WITHDRAWALS

All players (i.e. those with a WTA ranking, ITF World Tennis Ranking, eligible ITF Combined Junior Ranking, National Ranking, and unranked), subject only to Age Eligibility and Play Down provisions of these Regulations, may enter Women's ITF World Tennis Tour Tournaments by the Entry Deadline and will appear on the Tournament Acceptance Lists.

Players should locate details about the Tournaments, including Fact Sheet, Entry and Acceptance Lists, ITF Supervisor contact information and other pertinent information about the Tournament, within their IPIN account.

Unless specified otherwise, this Section V. applies for both Main Draw and Qualifying.

Players are encouraged to read the Fines Guidelines and Offence codes for ITF World Tennis Tour events, located in the Code of Conduct, for information on the penalties imposed for Late Withdrawals.

## A.    ENTRIES

A player applying for Entry shall be deemed to apply for Entry into the singles Main Draw or the singles Qualifying depending on her ranking by the applicable System of Merit.

A player's status in a Tournament shall not be official until the Entry Deadline and publication of the Tournament Acceptance List on the ITF website and IPIN account.  A player may apply for Entry into up to six (6) Women's ITF World Tennis Tour Tournaments in a specific Tournament Week, in which case she must indicate a priority.  If no priority is stated, the ITF will assign a priority.  A player may not apply for Entry into a Women's ITF World Tennis Tour Tournament if she is committed to another Tournament during that period.

For entries into $60,000, $80,000 and $100,000 Tournaments, a player may apply to enter the Tournament as "Main Draw Only" entrant, in which case she will not be considered for the Qualifying competition and will only be accepted into the Main Draw up until the Freeze Deadline.

Notwithstanding any other provision of these Regulations, the ITF has the absolute right to refuse to accept or revoke any player's Entry to any ITF World Tennis Tour Tournament(s).  The ITF may exercise that right as it sees fit, with or without providing reasons.

## B.    ENTRY AND WITHDRAWAL PROCEDURES

All Entries and Withdrawals must be submitted online through the player's IPIN account.   In exceptional circumstances, an Entry can be submitted in writing on the Official Entry Form and sent to the ITF by email, fax or post, to be received before the appropriate deadline.

Notwithstanding Regulation V.C. below and the Code of Conduct, which may impose penalties, a Withdrawal must be submitted as follows, depending on the time at which the player is Withdrawing:

| Time | Format | Sent Method | Submitted to |
|---|---|---|---|
| Before the Withdrawal Deadline** | IPIN account - online service | IPIN account Online Withdrawal | ITF |
| After the Withdrawal Deadline but before the Freeze Deadline** | IPIN account - online service | IPIN account Online Withdrawal | ITF |
| After the Freeze Deadline but before the Qualifying Sign-In Deadline or first match for Main Draw | Official Withdrawal Form (with player signature) | Email Official Form (as an attachment), or Post or fax before deadline | ITF and ITF Supervisor (See Fact Sheet) |

** In exceptional circumstances the ITF will accept an Official Withdrawal Form i) before the Withdrawal Deadline or ii) after the Withdrawal Deadline but before the Freeze Deadline.  Please contact the ITF prior to deadline for consideration of exception.

**C.    ENTRY AND WITHDRAWAL DEADLINE**

The Entry Deadline is at 14:00 hours Greenwich Mean Time (GMT) on the Thursday eighteen (18) days prior to the Monday of the Tournament Week.

The Withdrawal Deadline is at 14:00 hours GMT on the Tuesday thirteen (13) days before Monday of the Tournament Week.

In exceptional circumstances or during office holidays, the ITF can modify the deadlines, in which case players will be notified.

It is the player's responsibility to make all entries and withdrawals and to check her position on the Acceptance Lists.

If a player has entered multiple events, she should remove herself from all events she no longer wishes to compete at before the Withdrawal Deadline.

**D.    AT THE ENTRY DEADLINE**

At the Entry Deadline, players will be placed on Acceptance Lists for singles according to the Singles System of Merit.  For each Tournament a player has entered, the player will be listed in the singles Main Draw, singles Qualifying or as an Alternate based on the System of Merit.

**E.    AT AND AFTER THE WITHDRAWAL DEADLINE**
   **1. PROCEDURE**

If a player is accepted into the Main Draw or Qualifying of more than one Women's ITF World Tennis Tour Tournament or ITF World Tennis Tour Juniors Tournament starting in the same week, she will remain on one Acceptance List and will be withdrawn from the Acceptance Lists of all other Tournaments at the Withdrawal Deadline, according to the following criteria in this order, until she is only on one Acceptance List:

1. ITF World Tennis Tour Professional Tournaments take priority over ITF World Tennis Tour Junior Tournaments; then
2. Main Draw takes priority over Qualifying, and Qualifying over Alternates; then
3. Tournament Entry Priority

If a player's chosen priorities are unclear, she will be immediately withdrawn from all but one Acceptance List by the ITF at the Withdrawal Deadline, according to the following criteria:

1. The Tournament offering the highest prize money will take priority, or if equal; then
2. The Acceptance List on which she is highest placed will take priority, or if equal; then
3. The Tournament which is geographically closest to her country of Nationality will take priority.

Exception: If a player is accepted into the Main Draw of a Junior Grand Slam tournament, that tournament will be prioritised over all other tournament entries that week (i.e. including Women's $100,000 tournaments or any other Junior tournament). A Junior who has entered a Junior Grand Slam tournament and another Junior tournament in the same week (and who would be accepted into the Main Draw of both tournaments) will be selected for the Junior Grand Slam at the Withdrawal Deadline even if she has designated the other Junior tournament with a higher priority.

## 2. COMMITMENT RULE

Prior to the Withdrawal Deadline a player's status on an Acceptance List is not confirmed. A player who appears on an ITF World Tennis Tour Main Draw or Qualifying Acceptance List at any time after the Withdrawal Deadline is deemed to have been accepted into and is Committed to play the Tournament.

No player may withdraw her Entry from the Main Draw or Qualifying of a Women's ITF World Tennis Tour Tournament for any reason after the Withdrawal Deadline. All other withdrawals will be considered a Late Withdrawal and will be subject to the Late Withdrawal/No Show provisions set forth in Article III. B.1 of the Code of Conduct, unless the provisions set forth in Article III. B.2 or B.3 of the Code of Conduct apply. Article II. B.2 or B.3 of the Code of Conduct and/or Section V.G. Playing Another Event / One Tournament Per week apply.

Players are encouraged to read the Fines Guidelines and Entry Offence provisions located in the Code of Conduct for information on the penalities imposed for Late Withdrawals.

Any player accepted into the singles Main Draw, Doubles or singles Qualifying who fails to appear for the Tournament without notifying the ITF of her withdrawal (or ITF Supervisor if after the Freeze Deadline) and submitting her official withdrawal shall be subject to the penalties provided for No Show.

If a player is not accepted into any Women's ITF World Tennis Tour Tournament in a given week, she may remain on more than one Acceptance List as an Alternate until the Freeze Deadline. A player who appears on one or more Alternate List(s) is not Committed to play in any of these Tournaments and may withdraw at any time, without penalty, until she moves into a Qualifying or Main Draw Acceptance List, at which time she will be automatically withdrawn from all other Acceptance Lists by the ITF.

### 3. ALTERNATES

A player who appears on one or more Alternate List(s) is not Committed to play in any one Tournament and may withdraw at any time, without penalty, until she first moves into a singles Main Draw or singles Qualifying Acceptance List (up until the Freeze Deadline), at which time she will be withdrawn from all other Acceptance Lists by the ITF.

Players who are included on multiple Alternates Lists and do not wish to play some or all of the entered Tournaments for a given week should withdraw themselves from those events before they move into in Qualifying and become committed to the event.

Alternates will be removed from all but one (1) Acceptance List at the Freeze Deadline. See process below.

### F.    FREEZE DEADLINE

The Freeze Deadline is at 14:00 hours GMT on the Thursday preceding the Tournament Week. Alternate players not yet accepted to a Main Draw or Qualifying Draw may change their priority until the Freeze Deadline. Once the Freeze Deadline has passed, players are not permitted to make any changes to their tournament order of priority.

After the Freeze Deadline has been processed, all players on the singles Qualifying Acceptance List will no longer be moved into the singles Main Draw and players will remain on only one Alternate List and will no longer be moved into the singles Qualifying Acceptance List. Players will remain on one Alternate List according to their tournament chosen priority. Such Alternates are not committed to play the Tournament.

At the Freeze Deadline "Main Draw Only" entries which have not moved into a singles Main Draw Acceptance List will be removed from all $60,000, $80,000 and $100,000 Acceptance Lists.

Since Alternates are not committed to any Tournament, they are able to Sign-In at a Tournament during a given week.  However, if the player does not Sign-In at their top priority Tournament after the Freeze Deadline, she will be ordered as an On-Site Alternate, which means the player will be ordered after all players on the Alternates List at the Freeze Deadline.

A player who wishes to withdraw from the singles Main Draw or singles Qualifying after the Freeze Deadline must submit an official withdrawal form to both the ITF and ITF Supervisor or she will be subject to the penalties provided for No Show at Article II.B.1 of the Code of Conduct.

## G.  PLAYING ANOTHER EVENT / ONE TOURNAMENT PER WEEK
### 1.  General
When a player is accepted into the Qualifying or Main Draw of a Tournament as Direct Acceptance, Junior Reserved, Junior Exempt, Special Exempt or Wild Card any time after the Withdrawal Deadline, she is committed to that Tournament unless released by the ITF or ITF Supervisor as detailed in Article III. B.2 or B.3 of the Code of Conduct.

A player who is committed to and/or has played in the Main Draw or Qualifying of a Women's ITF World Tennis Tour Tournament may not enter or compete in any other tennis event during the period of such Tournament except as stated in Article III, Section B.3 in the Code of Conduct.

Players may not be accepted into a Women's ITF World Tennis Tour Tournament and an ITF World Tennis Tour Junior Tournament scheduled in the same week. Players will be withdrawn from all but one Tournament at the Withdrawal Deadline based on the withdrawal procedure described above.   If a player is found after the Withdrawal Deadline to have been accepted into two Tournaments (Women's and Juniors) in one week, she will be withdrawn from one Tournament at the earliest opportunity, also according to the Withdrawal Procedure set out above.

### 2.  Grand Slam Tournaments and Multi-Week WTA Tour Tournaments
*a.  Participation during Qualifying and/or First Weeks*
A player is allowed to play in two Professional Tournaments (one of which must be a Grand Slam Tournament or Multi-Week WTA Tournament) during this two-week period, provided the player has been eliminated from singles and doubles of the first Tournament prior to the Qualifying Sign-in Deadline of the second Tournament.

In the event that a player has competed in two Tournaments in the first week, then the player must withdraw from any Women's ITF World Tennis Tour Tournament in the second week following the Qualifying.

**b.** *Participation during the Second Week*

A player is allowed to play in a Women's ITF World Tennis Tour Tournament during the second week of a Grand Slam Tournament or multi-week WTA Tour Tournament provided she has been eliminated from the singles and doubles of that Tournament prior to the Women's ITF World Tennis Tour Tournament Qualifying Sign-in Deadline. Any such player who is still competing in the Grand Slam Tournament or multi-week WTA Tournament at this deadline must withdraw from the relevant Women's ITF World Tennis Tour Tournament.

A player is not allowed to withdraw from a Grand Slam Tournament or multi-week WTA Tour Tournament to play the Women's ITF World Tennis Tour Tournament.

## H.  ON-SITE MEDICAL FROM WEEK 1 & PARTICIPATION IN WEEK 2

1.  A player may not withdraw or retire from a Tournament in Week 1 to play in any other Tournament in Week 2 except for valid medical reasons.  If a player is forced to withdraw on-site or retire from Week 1 due to medical reasons, and she is entered in a Tournament in Week 2, that player must receive a medical examination from the Tournament Doctor/Sports Physiotherapist from Week 1 and submit her medical examination to the Tournament Doctor/Sports Physiotherapist for Week 2. To be eligible to compete in Week 2 the player must receive a medical examination and clearance from the Tournament Doctor/Sports Physiotherapist.

    A player is not allowed to play in Week 2 if:
    **i.**   she has withdrawn or retired from Week 1 without cause, *or*
    **ii.**  she has withdrawn or retired from Week 1 for valid medical reason but she fails to receive a medical examination for Week 2 from the Tournament Doctor/Sports Physiotherapist.

    Any player who is discovered to have contravened rules (i) and (ii) above shall not receive WTA or ITF World Tennis ranking points for Week 2. The player will also be subject to a fine <u>pursuant to the Entry Offences section of the Code of Conduct.</u> This rule does not apply to a player whose partner in doubles has been forced to withdraw or retire from their match.

2.  A player that has endured a medical condition during the Tournament Week, but who completes their Tournament matches, may obtain a Medical

Certificate from the Tournament Doctor/Sports Physiotherapist that can be used to withdraw from the following week's Tournament without penalty. The player must obtain the Medical Certificate within 24 hours of completing their final match.

If the player wishes to use the Medical Certificate to withdraw from the following week's Tournament then the player must inform the ITF and the ITF Supervisor of that next Tournament (if after the Freeze deadline) no more than 48 hours after obtaining the Medical Certificate or before the Qualifying Sign-In Deadline, whichever is sooner.

Players who complete their final match of the Tournament after the Qualifying Sign-In Deadline of the following week's Tournament must obtain a Medical Certificate and inform the ITF Supervisor before leaving the site if they wish to withdraw.

## I.   WILD CARDS

Wild Cards are eligible players included in the draw at the sole discretion of the Tournament Organiser on approval from the host National Association.  Wild Cards may be seeded. Wild Cards must be named by the Wednesday before the tournament starts, except in the case of $60,000, $80,000 and $100,000 tournaments, for which two Wild Cards may be named at the time the Draw is made, always subject to the restrictions of the Age Eligibility Rule (see Appendix C.

The names, nationalities and dates of birth of the Wild Cards must be sent to the ITF and appropriate Service Bureau (as defined in the Tournament Organisational Requirements) immediately upon nomination. National Associations should confirm with players their availability to take a Wild Card prior to sending nominations to the Service Bureau. After the Freeze Deadline, new or replacement Wild Cards must be sent to the ITF Supervisor.

Players and tournaments should retain written confirmation of the offer and acceptance of a Wild Card. Players and Tournament Organisers may not offer and/or receive any compensation for receiving or awarding a wild card. Acceptance of the offer of a Wild Card constitutes a player's Commitment to the Tournament.

A player who is Committed by way of entry or Wild Card to a Tournament may only accept the offer of a Wild Card into another Tournament in the same week as stated in Article III, B.3 of the Code of Conduct.

An entered player who is nominated to receive a Wild Card into the Tournament will continue to be eligible, up to the start of the Qualifying competition, to compete in the tournament as a Direct Acceptance or to fill any Qualifying or Main Draw vacancies that arise, in accordance with the applicable System of

Merit and Sign-In procedures in Sections V, VI and VII . Any such players or Qualifying or Main Draw Wild Cards that move into the draw on merit will have their Wild Card nominations automatically withdrawn and replacement Wild Cards may be nominated up until the time the relevant draw is made.

If a player has been accepted into the Main Draw of a Tournament using her Special Ranking, she may not accept a Wild Card into the same event. However, a player accepted into the Qualifying of a Tournament using her Special Ranking may accept a Wild Card into the Main Draw up until the time of the Qualifying Sign-In Deadline.

Wild Cards who withdraw or move into the draw on merit may not be replaced with new Wild Cards after the relevant draw is made.  Any such vacancies shall be filled in accordance with Section V.L. Vacancies/Substitutions.

No player who has signed in for and been accepted into the Qualifying of the tournament may be named as a Wild Card after the Qualifying Competition has commenced.

A Tournament may not offer a Wild Card or accept the Entry from any player who has either accepted a Wild Card or been Committed by an Entry to another Tournament in the same week except as stated in Article III, B.3 of the Code of Conduct.

Please refer to Appendix C for Wild Card restrictions as applicable under the Age Eligibility Rule. Players who are not subject to the Age Eligibility Rule may receive during a calendar year a maximum number of Wild Cards as follows:

**$25,000-$100,000 Tournaments**
1. Six (6) wild cards into singles at $25,000-$100,000 Tournaments on the Women's ITF World Tennis Tour, with a maximum of three (3) of these allowed in the Main Draw; and
2. Six (6) wild cards into doubles tournaments at $25,000-$100,000 of the Women's ITF World Tennis Tour.

**$15,000 Tournaments**
1. Six (6) wild cards into singles at $15,000 Tournaments on the Women's ITF World Tennis Tour, with a maximum of three (3) of these allowed in the Main Draw; and
2. Six (6) wild cards into doubles at $15,000 Tournaments on the Women's ITF World Tennis Tour.

Each tournament in which a player earns ranking points (singles and/or doubles) counts towards a player's number of Tournaments under the Wild Card Rule. However, participation in the Draws of tournaments in which a player does not

earn ranking points does not constitute competition in a Women's ITF World Tennis Tour Tournaments under this rule.

It is the player's responsibility not to accept Wild Cards above the stated limit. Players will forfeit any ranking points and prize money earned at Women's ITF World Tennis Tour Tournaments if they accept a Wild Card/Wild Cards above the stated limit.

## J.  SPECIAL EXEMPTS (SE)

### 1.        Eligibility
Special Exempts are determined based on the criteria set out below.  Players can apply for a Special Exempt for tournaments that overlap and tournaments that do not overlap.

Overlapping Tournaments
An Overlapping Tournament is defined as a tournament in one week ("Week 1") where matches are played on overlapping days with a tournament being held in the following week ("Week 2") (either because of the standard schedule or because of weather).  A player is eligible to apply for a Special Exempt into the singles Main Draw of a tournament in Week 2 if that player is still competing in the singles competition of a Qualified Tournament in Week 1 and has met the criteria listed below at i, ii, iii.

Non-Overlapping Tournaments
A Non-Overlapping Tournament is defined as a tournament in Week 1 which is completed by at least the day before the Qualifying event is scheduled to start in Week 2.  A player is eligible to apply for a Special Exempt into the singles Main Draw of a tournament in Week 2 if that player has participated in the singles final of a Qualified Tournament in Week 1 and has met the criteria listed below at i, ii, iii.

Criteria
  i.    The player is entered in a Tournament in "Week 2" and is currently listed on the Qualifying Acceptance List (not the Alternates List) for that Tournament;
  ii.   During the "Week 1" Tournament, the player in conjunction with the ITF Supervisor must personally notify (either face-to-face or via telephone) the "Week 2" ITF Supervisor of their Special Exempt request;
  iii.  The request for Special Exempt must be made prior to the Qualifying Sign-In Deadline (18:00 hours local time the day before the scheduled start of the Qualifying competition) of the "Week 2" Tournament. Players still playing in singles in the Week 1 tournament at the time of the Qualifying Sign-In Deadline of Week 2, must reconfirm if they are playing the following day as soon as their match(es) are completed, and if potentially eligible for a Special Exempt position such position shall be held open until such confirmation has been received.

Special Exempt status shall not be available for players who request such an exempt as a result of competing in the doubles event of a Week 1 Tournament.

The player must confirm with the ITF Supervisor of the Week 2 Tournament that the Supervisor has received their request prior to the deadline, in accordance with Section V.L. Vacancies/Substitutions below.

## 2. Qualified Tournament for Special Exempt

    a. For $15,000-$25,000 Tournaments: the singles event of any Women's ITF World Tennis Tour or any WTA Tournament within the same region in the preceding week;

    b. For $60,000 Tournaments: the singles event of any Women's ITF World Tennis Tour Tournament with prize money of $25,000 or higher or any WTA Tournament within the same region in the preceding week;

    c. For $80,000-$100,000 Tournaments: the singles event of any Women's ITF World Tennis Tour Tournament with prize money of $60,000 or higher or any WTA Tournament within the same region in the preceding week.

## 3. Selection Process for Special Exempt

At each Women's ITF World Tennis Tour Tournament there are up to two (2) places held in the Main Draw for Special Exempts unless there is no Qualified Tournament from the previous week. If there are more eligible Special Exempt applicants than available position in the draw, the players shall be selected as follows:

a) Special Exempt into $15,000 Tournaments
A player requesting a Special Exempt as a result of performance in a $15,000-$100,000 or WTA Tournament shall be ordered and accepted according to the ranking from Monday seven (7) days before the Tournament Week (including a player's Special Ranking, if used to enter the Tournament). WTA Singles Ranking will take precedence, followed by ITF World Tennis Singles Ranking. Ties in ranking will be randomly drawn.

b) Special Exempt into $25,000 Tournaments
A player requesting a Special Exempt as a result of performance in a $25,000-$100,000 or WTA Tournament will have first priority. The players requesting a Special Exempt shall be ordered and accepted according to their ranking from Monday seven (7) days before the Tournament Week (including a player's Special Ranking, if used to enter the Tournament). WTA Singles Ranking will take precedence, followed by ITF World Tennis Singles Ranking.

If one or more spaces remain, a player requesting a Special Exempt as a result of performance in $15,000 Tournaments will have second priority. These players

shall be ordered and accepted according to their ranking from Monday seven (7) days before the Tournament Week (including a player's Special Ranking, if used to enter the Tournament). WTA Singles Ranking will take precedence, followed by ITF World Tennis Singles Ranking. Ties in ranking will be randomly drawn.

c)   Special Exempt into $60,000-$100,000 Tournaments
A player requesting a Special Exempt as a result of performance in a $60,000-$100,000 or WTA Tournament will have first priority. These players shall be ordered and accepted according to their ranking from Monday seven (7) days before the Tournament Week (including a player's Special Ranking, if used to enter the Tournament). WTA Singles Ranking will take precedence, followed by ITF World Tennis Singles Ranking.

In $60,000 tournaments only, if spaces remain, players requesting a Special Exempt as a result of performance in $25,000 Tournaments will have second priority. These players shall be ordered and accepted according to their ranking from Monday seven (7) days before the Tournament Week (including a player's Special Ranking, if used to enter the Tournament). WTA Singles Ranking will take precedence, followed by ITF World Tennis Singles Ranking. Ties in ranking will be randomly drawn.

d) Special Exempt procedures for all Tournaments
Unsuccessful applicants will not be penalised under the Late Withdrawal / No Show provisions of the Code of Conduct.

If prior to the Qualifying Sign-In Deadline there are no requests for the use of a Special Exempt position, such places shall become places for Direct Acceptance.

If prior to the Entry Deadline it is established that there will be no Special Exempt places into a Women's ITF World Tennis Tour Tournament, because there are no "Qualified Tournaments" in the week preceding the Tournament, then the places reserved in the Main Draw for Special Exempts shall become places for Direct Acceptances and will be indicated as such on the Acceptance List.

## K.   SIGN-IN
### 1. Main Draw Sign-In
Players accepted into the Singles Main Draw are not required to Sign-In with the ITF Supervisor.

Players must be on-site and available to play their first-round match as scheduled.

## 2.  Qualifying Sign-in
### A.       General

The Qualifying Sign-In Deadline is at 18:00 hours local time at the site of the singles Qualifying event on the day before the scheduled start of the Qualifying event unless specified otherwise on the published Fact Sheet.

Nominated Wild Cards for the Qualifying do not have to Sign-In with the ITF Supervisor.

In exceptional circumstances the ITF may extend the Qualifying Sign-In Deadline for all players in advance, in which case players will be notified. The Qualifying Sign-In Deadline will not be extended for individual players in any circumstances.

The ITF Supervisor/Referee of a Professional Tournament, ITF Sanctioned Tournament, ITF Team Competition or a national competition (if requested by the relevant National Association and approved by the ITF at least two (2) weeks in advance) in the preceding week may Sign-In any player who has competed on the last two days preceding the scheduled start of the Qualifying competition.

Each player must ensure that a contact telephone number is left with the ITF Supervisor where she may be reached during the Tournament

Except as otherwise stated herein, players who have been accepted into the singles Qualifying by the Freeze Deadline and who fail to Sign-In shall not be included in the singles Qualifying and will be penalized subject to the Late Withdrawal/No Show provisions set forth in Article III.B.1 of the Code of Conduct.

i. **$15,000 Tournaments**

All Qualifiers, entered Alternate players (who wish to compete), and On-Site Alternates must personally Sign-In onsite with the ITF Supervisor. Telephone Sign-In is not accepted.

ii. **$25,000, $60,000, $80,000 and $100,000 Tournaments**

All Qualifiers and entered Alternate players (who wish to compete), must Sign-In by contacting the on-site ITF Supervisor, either in person or by telephone.  Entered Qualifiers and Alternates that do not Sign-In in person or by telephone will not be included in the draw.

On-Site Alternates must Sign-In with the ITF Supervisor in person onsite.

In all circumstances of telephone Sign-In, the player must be able to be onsite and play her first-round match as scheduled.

**B.  Preserving Eligibility**

Players in the singles Qualifying (except Alternates) as determined at the Freeze Deadline can preserve their eligibility for unused Special Exempt places or singles Main Draw vacancies (following withdrawals after the Freeze Deadline) by personally contacting the ITF Supervisor onsite prior to the Qualifying Sign-In Deadline.

If the Special Exempt places are used or there are no Main Draw vacancies, the players that Preserved Eligibility are not eligible to play the Qualifying and are subject to the provisions set forth in Article III. B.1 Late Withdrawal/ No Show of the Code of Conduct.

<u>If unused Special Exempts place(s) or Main Draw vacancies are not so preserved, such places shall be filled in accordance with the section V.L. Vacancies/Substitutions below.</u>

**C.  Signing into Multiple Tournaments the same week**

Alternates and On-Site Alternates may Sign-In (in person) for the Qualifying of a second Tournament during the same week provided:

   i.  the Qualifying Sign-in Deadline of the second Tournament is on a later day than the Qualifying Sign-In Deadline of the first Tournament; and

   ii.  the player was not accepted into the Qualifying draw of the first Tournament.

**D.  Playing in Week 1 event and Sign-In for Week 2's Event**

Players who cannot appear for the singles Qualifying Sign-In at an ITF World Tennis Tour Tournament because they are still competing in a previous week's related Women's ITF World Tennis Tour Tournament may be signed in for the singles Qualifying and may be permitted to compete in both events subject to the approval of both ITF Supervisors and provided it does not unfairly disrupt the singles Qualifying schedule.

**L.  VACANCIES/SUBSTITUTIONS**

Vacancies shall be filled with substitutes in accordance with the following:

**1.  From the Withdrawal Deadline until the Freeze Deadline:**

Direct Acceptance vacancies in the Qualifying and Main Draw shall be filled by entered players selected in accordance with the applicable System of Merit. A player not accepted into the Main Draw or Qualifying will appear on the Tournament's Alternates List.

In $15,000 Tournaments, vacancies in the Junior Reserved places will be filled by the next eligible entered player on the Junior Reserved Alternate

List. If no players eligible for the Junior Reserved place remain, the place will be revert to a Direct Acceptance place and filled in accordance with the applicable System of Merit.

2. **From the Freeze Deadline until the Qualifying Sign-In Deadline:**

   $15,000 Tournaments
   Following the Freeze Deadline, the Junior Reserved Alternate List will no longer be used to fill vacancies for Junior Reserved withdrawals. The Alternates List, which already includes those players on the Junior Reserved Alternate List, will be the only list used to replace any vacancies.

   <u>All Tournaments</u>
   <u>All vacancies in the Qualifying or Main Draw shall be filled, at the time of the Qualifying Sign-in Deadline, by players who have signed in for the Qualifying event as detailed below.</u>

   **At the Qualifying Sign-In Deadline:**

   Vacancies in the Main Draw Acceptance list (created by Late Withdrawals, unused Special Exempt positions, and Main Draw Wild Card positions not to be used as confirmed by the Tournament Organiser) shall be filled by players who have signed-in for the Qualifying event or have Preserved Eligibility for Main Draw by contacting the ITF Supervisor (see Rule K.2.B. above) and shall be selected in accordance with the Section V.L. Vacancies/Substitutions and in accordance with the applicable Singles System of Merit.

   Vacancies in the Qualifying Acceptance List (created by Late Withdrawals, players being moved to the Main Draw as above or Qualifying Wild Card positions not to be used as confirmed by the Tournament Organiser) shall be filled by players who have Signed-In for the Qualifying event in accordance with the applicable Singles System of Merit.

3. **From the Qualifying Sign-in Deadline until the Commencement of the Qualifying Competition:**
   Any unused Special Exempt places held for extenuating circumstances (e.g. Tournaments delayed due to weather) or vacancies in the Qualifying or Main Draw shall be filled by players who have signed in for the Qualifying event, selected in accordance with the applicable System of Merit. The Qualifying competition commences when the first ball of the first Qualifying match is struck.

**4. After Commencement of the Qualifying Competition:**

    **a.** Vacancies in the Qualifying shall be filled by players who have signed the Alternate List selected in accordance with the applicable System of Merit.

    If there is no Qualifying, vacancies in the Main Draws shall be filled by players on the Alternate List, selected according to the System of Merit.

    b. Vacancies in the singles Main Draw shall not be filled until the completion of the singles Qualifying and shall only be filled by Lucky Losers. The Lucky Losers shall be ordered and selected as follows:

        1. Players who have reached the final Qualifying round of the Qualifying competition; then
        2. <u>Players with a WTA Ranking shall be randomly drawn</u>; then
        3. <u>Players with an ITF World Tennis Tour Ranking shall be randomly drawn</u>; then
        4. The order of Nationally Ranked and unranked players shall be randomly drawn.

    If players from previous rounds are needed to fill the draw or desire to Sign-In as a Lucky Losers, they will be placed after all players who have lost in the final round of Qualifying and ordered as described above.

    Special Rankings shall not be used to order players for Lucky Loser positions.

    If a player is forced to retire from her final round of Qualifying due to illness or injury, the player will retain her Lucky Loser status provided she receives medical clearance from the Tournament Doctor/Sports Physiotherapist.

**5. After the Completion of the Qualifying Competition:**
If after the completion of the qualifying competition there are vacancies in the Main Draw, the ITF Supervisor will fill the Main Draw with all of the Qualifiers and, if necessary, Lucky Losers in order that they were drawn. It shall be assumed all players who lost in the last round of Qualifying will want to take a position in the Main Draw. Therefore, it is the player's responsibility to inform the ITF Supervisor at the end of their match if they do not want to be considered for the Lucky Loser position.

## M.    SIGN-IN REQUIREMENTS FOR SUBSTITUTES

1.    Alternates and Lucky Losers (singles and doubles) have the option of signing in each day before the start of play for an opportunity to compete in any eligible open position in the draw. Players wishing to Sign-In for an opportunity must be present and Sign-In 30 minutes prior to the scheduled start of play with the ITF Supervisor.  Eligible players must sign and re-sign the appropriate list each day.

When the last round of Qualifying and the first round of Main Draw are played on the same day, Lucky Losers must Sign-In no later than 30 minutes after the completion of the last Qualifying match.

Players can find the Sign-In Deadline on the Order of Play.  It is the player's responsibility to contact the ITF Supervisor with any questions about the time and location of the Sign-In Deadline.

2.    Alternates and Lucky Losers must be ready to play in proper tennis attire within a total time of fifteen (15) minutes after the announcement of a vacancy. Matches must commence without delay after the selection of the Alternate or Lucky Loser.

3.    If an Alternate or Lucky Loser is accepted into the draw, but when called is not available to play, she forfeits her place and the next Alternate or Lucky Loser will be called immediately to take the open position. Once an Alternate or Lucky Loser forfeits, she is no longer eligible for Alternate or Lucky Loser status for that event on that day. If a player does not sign up for Alternate or Lucky Loser status one day, she may still sign up on the next day.

## ADMINISTRATIVE ERROR ON ACCEPTANCE LISTS

If an administrative error is made on an Acceptance List resulting either in a player not being included or too many players being accepted into the Tournament, the Acceptance List will be corrected at the earliest opportunity in accordance with the System of Merit.

If a player's National Ranking is not considered for ordering a player on the Acceptance List because the data provided by the National Association did not match the ITF's data then a correction to any published Acceptance List will be at the discretion of the ITF.  All future Entry Lists will be corrected once the revised information has been sent by the National Association.

If due to an administrative error too many players arrive on site and Sign-In to play the Tournament, the following procedures will be followed: the last two (2) players accepted into the Tournament based upon the most current updated

Acceptance List (excluding Wild Cards and Qualifiers) will play a preliminary match for one (1) position in the draw.

**$15,000 and $25,000 TOURNAMENTS**

The loser of the preliminary match will receive no WTA and/or ITF World Tennis Ranking points but will receive 1st round prize money. Prize money payment to the loser of the preliminary match will be paid by the ITF. A player who wins the preliminary match but then loses in the 1st round will receive 1st round prize money plus 25% of 2nd round prize money and 35% of 2nd round WTA and/or ITF World Tennis Ranking points.

In the event that the administrative error takes place onsite, it is the responsibility of the ITF Supervisor to inform the ITF Women's department of this administrative error.

**$60,000, $80,000 and $100,000 TOURNAMENTS**

The loser of the preliminary match will receive 1st round WTA ranking points and 1st round prize money. Prize money payment to the loser of the preliminary match will be paid by the ITF. A player who wins the preliminary match but then loses in the 1st round will receive 1st round prize money plus 25% of 2nd round prize money and 35% of 2nd round WTA ranking points.

The ITF will advise the Director of the MIS Department at the WTA Florida office immediately following the discovery of any such administrative error.

In the event that the administrative error takes place onsite, it is the responsibility of the ITF Supervisor to inform the ITF Women's department of this administrative error.

**N.    LATE CANCELLATIONS**

In the event that a Tournament is cancelled late, players who had entered that Tournament may, at the ITF's discretion, be placed as "next in" on the Main Draw or Qualifying Acceptance List, as appropriate, of another Tournament taking place in the same week.

# VI.    DOUBLES ENTRIES AND WITHDRAWALS

## A. ENTRY AND WITHDRAWAL DEADLINE

The Entry and Withdrawal Deadline for doubles is at 14:00 hours (2:00 pm) local time on the day before the singles Main Draw is scheduled to commence.

All doubles team entries and withdrawals must be received by the ITF Supervisor by this Sign-In Deadline.

The Doubles Sign-In sheet must be posted at a reasonable time prior to the announced Sign-In Deadline. One member of a doubles team may sign in for the team. The ITF Supervisor reserves the right to accept timely telephone entries. In addition, a player may email the ITF Supervisor to Sign-In for Doubles but the player must ensure the email Sign-In has been received by the ITF Supervsior Players who fail to Sign-In shall not be included in the doubles draw.

Acceptances for the Doubles shall be based on the applicable Doubles System of Merit.

A player wanting to use their WTA Special Ranking for doubles must notify the ITF Supervisor prior to the Sign-In Deadline.

A player who causes the Withdrawal of the team after the deadline will be subject to Article III.B.1. Late Withdrawal/No Show in the Code of Conduct unless Article III.B.2 applies. If only one player causes the Withdrawal, the second player will not be penalised.

Notwithstanding any other provision of these Regulations, the ITF has the absolute right to refuse or revoke any player's Entry to any Women's ITF World Tennis Tour Tournament(s).  The ITF may exercise that right as it sees fit, with or without providing reasons.


## B.  SUBSTITUTION OF DOUBLES TEAMS

If a player or a team withdraws after the Entry/Withdrawal Deadline, Alternates shall be selected according to the applicable Doubles System of Merit.

The Sign-In for Doubles Alternates shall follow the same principles as the Sign-In for singles Alternates (Section V.M. Sign-In Requirements for Substitutes). One member of a team may Sign-In for the team.

## C.  WILD CARDS

Wild Cards are teams included in the Doubles draw at the sole discretion of the Tournament Organiser on approval from the host National Association.  Wild Cards may be seeded. Wild Cards must be named at the time the draw is made. Wild Cards who withdraw cannot be replaced with new Wild Cards after the appropriate draw is made.

Players and Tournaments may not offer and/or receive any compensation for receiving or awarding a wild card. Acceptance of the offer of a Wild Card constitutes a player's commitment to the Tournament.

A Tournament may not offer a Wild Card or accept the Entry from any team who has either accepted a Wild Card or been Committed by an Entry to another

Tournament in the same week except as stated in Article II, B.3 of the Code of Conduct.

A player who is Committed by way of Entry or Wild Card to a Tournament may only accept the offer of a Wild Card into another Tournament in the same week as permitted in Article III, B.3 of the Code of Conduct.

**Substitution of Doubles Teams**
If a player or a pair withdraws after the Entry/Withdrawal Deadline, Alternates shall be selected according to the applicable Doubles System of Merit.

The Sign-In for Doubles Alternates shall follow the same principles as the Sign-In for singles Alternates (Section V.M Sign-In Requirements for Substitutes above). One member of a team may Sign-In for the team.

## D. CONTACT DETAILS
Each player must ensure that a contact telephone number is left with the ITF Supervisor where she may be reached during the Tournament

# VII.   SYSTEMS OF MERIT

Players who wish to enter a Tournament with a Special Ranking must contact the WTA at least one week prior to the Entry Deadline requesting confirmation is sent to the ITF.  When two or more players are tied, the actual ranking supersedes the Special Ranking for acceptance purposes.

The following singles selection procedure shall be used, subject to Section V.L. Vacancies/Substitutions, as the basis for acceptances as follows:

     i. Methods A to C are followed in order to create the Acceptance List and thereafter identify Direct Acceptances, up to the Freeze Deadline. At and after the Qualifying Sign-In Deadline, vacancies will be filled from the Alternates List, provided the player has Signed-In;

    ii. Method D is followed to identify Junior Reserved Places and Junior Reserved Alternates, up to the Freeze Deadline;

   iii. Methods E to G are followed after the Qualifying Sign-In Deadline in order to fill any remaining vacancies in the Tournament, only once the Acceptance List is exhausted.

## A.     SINGLES SYSTEM OF MERIT AT $15,000 TOURNAMENTS

### 1.  Method A – Direct Acceptance
Entered players with an approved WTA Singles Ranking, including a Special Ranking, shall be selected in accordance with their positions on the

approved WTA Ranking list available on the Entry Deadline and dated twenty-one (21) days prior to the Monday of the Tournament Week.

**2.   Method B – Direct Acceptance**
Entered players with an approved ITF World Tennis Singles Ranking shall be selected in accordance with their positions on the approved ITF World Tennis Ranking list available on the Entry Deadline and dated twenty-one (21) days prior to the Monday of the Tournament Week.

**3.   Method C – Direct Acceptance**
Entered players without an approved WTA Singles Ranking and without an ITF World Tennis Singles Ranking but with a current Top 500 National Ranking will be drawn by computer at the ITF Office at the Entry Deadline as follows:

   i.   Players will be sorted into groups of the same nationalities and ranked within those groups according to National Ranking. Ties between players within those groups will be randomly drawn;

   ii.  Each country with a player represented will be allocated a draw chip. Each time a chip is drawn the highest ranked player from the country represented by that chip shall be selected and ordered on the Acceptance List until all the national ranked players are ordered. A country's chip shall go back in to the draw until there are no more players in their group; then

   iii. All remaining entered players who are unranked and have no National Ranking shall be randomly drawn by computer at the ITF Office for a position on the Acceptance List.

   Players who are listed as Alternates after the Freeze Deadline will have priority for acceptance over On-Site Alternates.

**4.   Method D – Junior Reserved**
Entered players with an approved ITF Combined Junior Ranking of 1-100 shall be selected for a maximum of three (3) Main Draw places. A Top 100 ITF Combined Junior Ranking can be achieved in 2 ways:

   i)   Current ITF Combined Junior ranking
        In accordance with the player's position on the approved ITF Combined Junior Ranking list available on the Entry Deadline and dated twenty-one (21) days prior to the Monday of the Tournament Week;

ii)    "Carry-over" ITF Junior ranking
In addition, players born in 2000 may carry over their 24 December 2018 ITF Combined Junior ranking for the purposes of entering $15,000 Tournaments until the week in which they turn 19. The Monday of each week determines the player's age for that week. Thus, a player who is 18 on Monday but turns 19 on Tuesday would be eligible to use their ITF Combined Junior Ranking for that week but would no longer be able to use their ITF Combined Junior Ranking the following week. If two players share the same ranking (one with a current ranking, the other with a carry-over ranking), then the player with the current ITF Ranking will be ordered before the player holding the carry-over ranking on the System of Merit.

Method D Junior Reserved Places are only available for players who cannot otherwise be accepted into the Main Draw on the basis of their WTA Singles Ranking or their ITF World Tennis Singles Ranking (or National Ranking). A player must also have turned 14 years of age in order to be accepted into a $15,000 Tournament.

Junior players ranked outside the ITF Combined Junior Ranking Top 100 on the Entry Deadline are not eligible for a Junior Reserved Main Draw place.

After the Entry Deadline, Any Junior Reserved places that become available through a Withdrawal will be filled by a player on the Junior Reserved Alternate List until the Freeze Deadline.

Unfilled Junior Reserved places will be reallocated to Direct Acceptance Methods A, B and C in that order.

There will be no Qualifying or Alternate places reserved in a $15,000 Tournament based on ITF Combined Junior ranking.

**5.    Method E – On-Site Alternates**
On-Site Alternates with a WTA Singles Ranking, who have signed in for Qualifying shall be selected in accordance with their WTA Singles Ranking, on the Monday seven (7) days before the Tournament Week.

**6.    Method F – On-Site Alternates**
On-Site Alternates with an ITF World Tennis Singles Ranking, who have signed in for Qualifying shall be selected in accordance with their ITF World Tennis Singles Ranking on the Monday seven (7) days before the Tournament Week.

**7.    Method G – On-Site Alternates**

On-Site Alternates without a WTA or ITF World Tennis Singles Ranking who have signed in for Qualifying shall be selected on the basis of their National Ranking as follows:

i.   Players will be sorted into groups of the same nationalities and ranked within those groups according to National Ranking. Ties between players within those groups will be randomly drawn;

ii.  Each country represented will be allocated the same number of draw chips as the number of players from that country unless there are more players from a particular country than places available in a draw. In that case, the number of chips allocated to that country shall be limited to the number of places available in the draw and any extra players are dropped from consideration. Each time a chip is drawn the highest ranked player from the country represented by that chip shall be selected; then

iii. Further places will be filled by unranked players randomly drawn.

**8.    TIES**

A random draw will be made when players are tied based on their WTA Singles Ranking or tied based on their ITF World Tennis Singles Ranking.

On Acceptance Lists produced by the ITF, ties have already been randomly drawn by computer and players are listed in priority order

**9.    NATIONAL RANKINGS**

Each National Association may submit their National Rankings to the ITF up to four times per year (quarterly updates). National Rankings from nations must be submitted in the current or previous year or they will not be considered for acceptance. National Associations must submit their National Rankings at least seven (7) days before the Entry Deadline if they are to be used for acceptance purposes for a specific Tournament Week. Players without a National Ranking, or an approved WTA or ITF World Tennis Singles Ranking, will be considered unranked for that Tournament.

Players should contact their National Association for details on when updated National Rankings will be sent to the ITF.

**B.    SINGLES SYSTEM OF MERIT AT $25,000 TOURNAMENTS**

**1.  Method A – Direct Acceptance**

Entered players with an approved WTA Singles Ranking, including a Special Ranking, shall be selected in accordance with their positions on the

approved ranking list available on the Entry Deadline and dated twenty-one (21) days prior to the Monday of the Tournament Week.

2. **Method B – Direct Acceptance**
   Entered players with an approved ITF World Tennis Singles Ranking shall be selected in accordance with their positions on the approved points list available on the Entry Deadline and dated twenty-one (21) days prior to the Monday of the Tournament Week.

3. **Method C – Direct Acceptance**
   Entered players without an approved WTA Singles Ranking and without an ITF World Tennis Singles Ranking but with a current Top 500 National Ranking will be drawn by computer at the ITF Office at the Entry Deadline as follows:

   i. Players will be sorted into groups of the same nationalities and ranked within those groups according to National Ranking. Ties between players within those groups will be randomly drawn;

   ii. Each country with a player represented will be allocated a draw chip. Each time a chip is drawn the highest ranked player from the country represented by that chip shall be selected and ordered on the Acceptance List until all the national ranked players are ordered. A country's chip shall go back in to the draw until there are no more players in their group; then

   iii. All remaining entered players who are unranked and have no National Ranking shall be randomly drawn by computer at the ITF Office for a position on the Acceptance List.

   Players who are listed as Alternates after the Freeze Deadline will have priority for acceptance over On-Site Alternates.

   Note: Method D (ITF Reserved) has been removed due to the return of WTA Ranking points to $15,000 ITF Tournaments.

4. **Method E – On-Site Alternates**
   On-Site Alternates with a WTA Singles Ranking, who have signed in for Qualifying shall be selected in accordance with their WTA Ranking, on the Monday seven (7) days before the Tournament Week.

5. **Method F – On-Site Alternates**
   On-Site Alternates with an ITF World Tennis Singles Ranking, who have signed in for Qualifying shall be selected in accordance with their ITF

World Tennis Singles Ranking, on the Monday seven (7) days before the Tournament Week.

6. **Method G – On-Site Alternates**

On-Site Alternates without a WTA or ITF World Tennis Singles Ranking who have signed in for Qualifying shall be selected on the basis of their current top 500 National Rankings as follows:

i. Players will be sorted into groups of the same nationalities and ranked within those groups according to National Ranking. Ties between players within those groups will be randomly drawn;

ii. Each country represented will be allocated the same number of draw chips as the number of players from that country unless there are more players from a particular country than places available in a draw. In that case, the number of chips allocated to that country shall be limited to the number of places available in the draw and any extra players are dropped from consideration. Each time a chip is drawn the highest ranked player from the country represented by that chip shall be selected; and

iii. Further places will be filled by unranked players randomly drawn.

7. **TIES**

A random draw will be made when players are tied based on their WTA Singles Ranking or tied based on their ITF World Tennis Singles Ranking. On Acceptance Lists produced by the ITF, ties have already been randomly drawn and players are listed in priority order.

8. **NATIONAL RANKINGS**

Each National Association may submit their National Rankings to the ITF up to four times per year (quarterly updates). National Rankings from nations must be submitted in the current or previous year or they will not be considered for acceptance. National Associations must submit their National Rankings at least seven (7) days before the Entry Deadline if they are to be used for acceptance purposes for a specific Tournament Week. Players without a National Ranking, or an approved WTA or ITF World Tennis Singles Ranking, will be considered unranked for that Tournament. Players should contact their National Association for details on when updated National Rankings will be sent to the ITF.

## C.    SINGLES SYSTEM OF MERIT AT $60,000-$100,000 TOURNAMENTS

### 1.    Method A – Direct Acceptance

Entered players with an approved WTA Singles Ranking, including a Special Ranking, shall be selected in accordance with their positions on the approved ranking list available on the Entry Deadline and dated twenty-one (21) days prior to the Monday of the Tournament Week.

### 2.    Method B – Direct Acceptance

Entered players with an approved ITF World Tennis Singles Ranking shall be selected in accordance with their positions on the approved points list available on the Entry Deadline and dated twenty-one (21) days prior to the Monday of the Tournament Week

### 3.    Method C – Direct Acceptance

Entered players without an approved WTA Singles Ranking and without an approved ITF World Tennis Singles Ranking but with a current Top 500 National Ranking will be drawn at the ITF Office at the Entry Deadline as follows:

    i.  Players will be sorted into groups of the same nationalities and ranked within those groups. Ties between players within those groups will be randomly drawn;

    ii.  Each country with a player represented will be allocated a draw chip. Each time a chip is drawn the highest ranked player from the country represented by that chip shall be selected and ordered on the Acceptance List until all the national ranked players are ordered. A country's chip shall go back in to the draw until there are no more players in their group; and

    iii.  All remaining entered players who are unranked and have no National Ranking shall be randomly drawn for a position on the Acceptance List.

Players who are listed as Alternates after the Freeze Deadline will have priority for acceptance over On-Site Alternates.

### 4.    Method D – Reserved places

There are no ITF Reserved or Junior Reserved places in Women's ITF World Tennis Tour $60,000-$100,000 Tournaments.

### 5.    Method E – On-Site Alternates

On-Site Alternates with an approved WTA Singles Ranking who have signed in for Qualifying shall be selected in accordance with their WTA Rankings, on the Monday seven (7) days before the Tournament Week.

### 6.    Method F – On-Site Alternates

On-Site Alternates with an approved ITF World Tennis Singles Ranking who have signed in for Qualifying shall be selected in accordance with their ITF World Tennis Singles Ranking, on the Monday seven (7) days before the Tournament Week.

### 7.    Method G – On-Site Alternates

On-Site Alternates without a WTA Singles Ranking and without an ITF World Tennis Singles Ranking who have signed in for Qualifying shall be selected on the basis of their current Top 500 National Rankings as follows:

i.  Players will be sorted into groups of the same nationalities and ranked within those groups. Ties between players within those groups will be randomly drawn;

ii. Each country represented will be allocated the same number of draw chips as the number of players from that country unless there are more players from a particular country than places available in a draw. In that case, the number of chips allocated to that country shall be limited to the number of places available in the draw and any extra players are dropped from consideration. Each time a chip is drawn the highest ranked player from the country represented by that chip shall be selected; and

iii. Further places will be filled by unranked players randomly drawn.

### 8.    TIES

Ties on players' WTA Singles Ranking or ITF World Tennis Singles Ranking will be decided by a random draw.

On Acceptance Lists produced by the ITF, ties have already been randomly drawn by computer and players are listed in priority order.

### 9.    NATIONAL RANKINGS

Each National Association may submit their National Rankings to the ITF up to four times per year (quarterly updates).  National Rankings from nations must be submitted in the current or previous year or they will not be considered for acceptance. National Associations must submit their National Rankings at least seven (7) days before the Entry Deadline if they are to be used for acceptance purposes for a specific Tournament Week. Players without a National Ranking, or an approved WTA or ITF World Tennis Ranking, in singles will be considered unranked for that Tournament.

Players should contact their National Association for details on when updated National Rankings will be sent to the ITF.

**D.    DOUBLES SYSTEM OF MERIT AT <u>$15,000</u>, $25,000, $60,000, $80,000, $100,000 TOURNAMENTS**

Each Tournament will have a Doubles competition for 16 teams:
-    13 Direct Acceptance;
-    3 Wild Cards.

Doubles Teams will be selected into the Main Draw of doubles in accordance with their best rankings (either singles or doubles) added together and the total used to determine acceptances.  Teams will be prioritised based on WTA Singles and Doubles Ranking, including Special Rankings (if used), followed by ITF World Tennis Singles Ranking and doubles as of the Monday seven (7) days before the Tournament Week.

Players do not have to be accepted into the singles competition to be accepted by Direct Acceptance into the Doubles competition.

Teams will be ordered as follows:

**1.    Method A – Direct Acceptance**
Combined ranking of two players with an approved singles or doubles Rankings.  Best rankings (either singles or doubles) shall be added together and the total used to determine Direct Acceptances. Unranked players may also be accepted via this Method.

Within Method A, teams will be ordered as follows:

a)  Both players with a WTA Singles or Doubles Ranking, in order of lowest combined total (best of singles or doubles ranking);
b)  One player with a WTA Singles or Doubles Ranking and one player with an ITF World Tennis Singles Ranking or Doubles Ranking, in order of lowest combined total (best of singles or doubles ranking);
c)  Both players with an ITF World Tennis Singles Ranking or Doubles Ranking, in order of lowest combined total (best of singles or doubles ranking);
d)  One player with a WTA Singles or Doubles Ranking, and one unranked player;
e)  One player with an ITF World Tennis Singles Ranking or Doubles Ranking, and one unranked player; and
f)  Both players unranked.

**BREAKING TIES**
Ties between teams with the same combined ranking for positions on the Acceptance List shall be broken as follows:

a) If a team uses one or more Special Rankings, the priority shall be given to the team(s) not using a Special Ranking(s);

b) The team with the player with the strongest individual WTA Singles Ranking, and if still tied by the next highest WTA Singles Ranking;

c) The team with the player with the strongest individual WTA Doubles Ranking, and if still tied by the next highest WTA Doubles Ranking;

d) The team with the player with the strongest individual ITF World Tennis Singles Ranking and if still tied by the next highest ITF World Tennis Singles Ranking;

e) The team with the player with the strongest individual ITF World Tennis Doubles Ranking and if still tied by the next highest ITF World Tennis Doubles Ranking; and

f) Any further ties between teams shall be drawn by lot.

National Ranking will not be considered for doubles selection. Players with a national ranking only will be treated as "unranked".

# VIII. DRAWS

The singles Main Draw shall consist of 32 players. The singles Qualifying draw shall be maximum of 48 players .

The Doubles draw shall consist of 16 teams. There shall be no Doubles Qualifying competition.

## A. COMPOSITION OF DRAWS

The draws shall be composed as detailed below. All Direct Acceptances and unused reserved places will be selected in accordance with the applicable System of Merit.

### 1. Singles
**a.** Qualifying ($15,000-$25,000)

The singles Qualifying draw size at all $15,000 and $25,000 Tournaments must not exceed 48 players . The singles Qualifying draws must be composed as follows:

|  | $15,000 | $15,000 | $15,000 | $25,000 | $25,000 | $25,000 |
|---|---|---|---|---|---|---|
| **Draw Size-Qualifying** | **24** | **32** | **48** | **24** | **32** | **48** |
| Direct Acceptances | 19 | 26 | 41 | 20 | 27 | 41 |
| Wild Cards | 5 | 6 | 7 | 4 | 5 | 7 |

^ Wild Cards are awarded at the discretion of the sanctioning National Association. Unused Wild Card places shall become Direct Acceptances and filled as defined above.

**b.** Qualifying ($60,000-$100,000)

The singles Qualifying draw size at all $60,000, $80,000 and $100,000 Tournaments must not exceed <u>32 players</u>. The singles Qualifying draws must be composed as follows:

|  | $60,000 - $100,000 | $60,000 - $100,000 |
|---|---|---|
| **Draw Size-Qualifying** | **24** | **32** |
| Direct Acceptances | 20 | 27 |
| Wild Cards | 4 | 5 |

^ Wild Cards are awarded at the discretion of the sanctioning National Association. Unused Wild Card places shall become Direct Acceptances and filled as defined above.

Pre-Qualifying
<u>The Tournament Organiser with the approval of the sanctioning National Association and the ITF may hold a Pre-Qualifying/Wild Card event to determine the selection of Wild Cards. Pre-Qualifying/Wild Card for a Women's ITF World Tennis Tour Tournament must take place prior to the Tournament Week.</u>

<u>Tournament Organisers may not require players to stay in the tournament hotel, be a member of a club or similar type condition in order to compete in a Pre-Qualifying/Wild Card tournament.</u>

<u>Tournament Organisers/National Associations must submit Pre-Qualifying/Wild Card tournament conditions to the ITF for approval and the ITF has the right to reject any tournament conditions created by the Tournament Organiser/National Association.</u>

c. Main Draw
The singles Main Draws shall consist of 32 players and shall be composed as follows:

|  | $15,000 (24Q) | $15,000 (32Q) | $15,000 (48Q) | $25,000 - $100,000 (24Q) | $25,000 - $100,000 (32Q) | $25,000 (48Q) |
|---|---|---|---|---|---|---|
| **Draw Size (MD)** | **32** | **32** | **32** | **32** | **32** | **32** |
| Direct Acceptances* | 16-19* | 14-17* | 16-19* | 19-22* | 17-20* | 19-22* |
| Qualifiers | 6 | 8 | 6 | 6 | 8 | 6 |
| Reserved for Top 100 ITF Junior Rankings ("Junior Reserved")** | 3 | 3 | 3 | - | - | - |
| Wild Cards ^ | 4 | 4 | 4 | 4 | 4 | 4 |
| Special Exempt | 0/2 | 0/2 | 0/2 | 0/2 | 0/2 | 0/2 |
| Junior Exempt | 0/1 | 0/1 | 0/1 | 0/1 | 0/1 | 0/1 |

* Number of Direct Acceptances in the Main Draw varies depending on the inclusion of any Special Exempt and/or Junior Exempt places.
** Any unused Reserved places will be reallocated to Direct Acceptances.
^ Wild Cards are awarded at the discretion of the sanctioning National Association. Unused Wild Card places shall become Direct Acceptances and filled as defined above.

2. **Doubles**
The Doubles draw will consist of 16 teams. Each Doubles Draw shall be composed shall be composed as follows:

| **Draw Size** | **16** |
|---|---|
| Direct Acceptances | 13 |
| Wild Cards^ | 3 |

^ Wild Cards are awarded at the discretion of the sanctioning National Association. Unused Wild Card places shall become Direct Acceptances and filled as defined above.

B. **SEEDS**
Each Tournament will have a seeded draw with seeds determined as follows:

1. **SEEDING LIST**
Tournament seedings will not be official until the draw is made.

**Singles: $15,000 to $100,000 Tournaments**
In singles, seeding shall be based on the following order of priority:

A. Players with a WTA Singles Ranking from Monday seven (7) days before the Tournament Week. Ties shall be randomly drawn.
B. If seed positions remain available, players with an ITF World Tennis Singles Ranking from Monday seven (7) days before the Tournament Week. Ties shall be randomly drawn.

Players without a WTA or ITF World Tennis Singles Ranking shall not be seeded.

**Doubles: $15,000 to $100,000 Tournaments**
In Doubles, seeding shall be based on the following order of priority:
A. Two players' combined WTA Doubles Rankings from Monday seven (7) days before the Tournament Week. Ties will be ordered by the player on the team with the highest WTA doubles ranking and if still tied the teams in doubles will be randomly drawn
B. If seed positions remain available, then one player's WTA Doubles Ranking combined with the other players ITF World Tennis Doubles Ranking will be used. Ties will be ordered by the player on the team with the highest WTA doubles ranking and if still tied the teams in doubles will be randomly drawn
C. If seed positions remain available, then the combined ITF World Tennis Doubles Ranking will be used. Ties will be ordered by the player on the team with the highest ITF World Tennis Doubles Ranking and if still tied the teams in doubles will be randomly drawn

Teams without a combined doubles ranking shall not be seeded.

Special Rankings and National Rankings will not be taken into consideration for seeding in singles or doubles.

**2.        Number of Seeds in the Main Draws**

The number of players or doubles teams to be seeded in the Main Draws must be as follows:

|  |  |
|---|---|
| 32 Singles draw | 8 seeds |
| 16 Doubles draw | 4 seeds |

**3. Number of Seeds in the singles Qualifying Draw**
In singles, each section shall have two seeded players.

|  |  |
|---|---|
| 24 Singles draw | 12 seeds |
| 32 Singles draw | 16 seeds |

<u>48 Singles draw            12 seeds</u>

**C.    MAKING THE DRAW**

All draws shall be made by the ITF Supervisor in public (i.e., individuals are permitted to attend and witness the making of the Draw).  The ITF Supervisor shall appoint one or more players, preferably one of those players shall be a different nationality to that of the host country, at each Women's ITF World Tennis Tour Tournament to witness the draws.  Interested parties wishing to view the making of the draw should contact the ITF Supervisor.

**1.    TIME**

    **a.** Qualifying (Singles): As soon as possible after the Qualifying Sign-In Deadline.

    **b.** Main Draw (Singles): No later than 19:00 hours (7:00 pm) on the day before the Main Draw starts and the Order of Play must be posted no longer than one hour after the draw has been made.

    **c.** Doubles: As soon as possible after the Doubles Entry/Withdrawal Deadline.

**2.    METHOD OF DRAW**

The draw shall be made as follows:

    **a. Qualifying Draw**
      **i. Sections**

      The Qualifying draw shall be made in sections, with one section for each place allotted in the Main Draw. Each section shall have no more than two (2) seeded players.

      **ii. Placement of Seeds/Method of draw**

      The first seed shall be placed at the top of the first section, the second seed shall be placed at the top of the second section and so on until all sections have one (1) seed on the top line of each section.

      The remaining seeds shall be drawn as one group. The first drawn shall be placed on the bottom line of the first section, the second drawn shall be placed on the bottom line of the second section and so on until all sections have one (1) seed on the bottom line of each section.

      If there is not a sufficient number of seeded players to fill all the positions for seeds in the draw, the section(s) with the highest seeds

shall not have a second seeded player.  If no players are seeded, all players are drawn randomly.

**b. Procedure for Placement of Seeds in the Main Draw**
   **i.** Place Seed 1 on line 1 and Seed 2 on line 16 (16 draw) or line 32 (32 draw).
   **ii**. To determine the placement of the remaining seeds, draw in pairs of two (Seeds 3 and 4) and a group of four (Seeds 5-8) from top to bottom as follows:

| | | 16 Draw | 32 Draw |
|---|---|---|---|
| | | **Line** | |
| **Seeds 3 & 4** | First drawn (top half) | 5 | 9 |
| | Second drawn (bottom half) | 12 | 24 |
| **Seeds 5, 6, 7 & 8** | Drawn from top to bottom | | 8 |
| | | | 16 |
| | | | 17 |
| | | | 25 |

**c. Byes**
   If there are not enough players to fill the Qualifying or Main Draw, then after the seeds are placed in the draw, the required number of byes shall be awarded to the highest seeds as a first priority and any remaining byes shall be randomly drawn in a manner to distribute them as evenly as possible throughout the sections of the draw.

**d. Remaining Players**
   After the seeds and the byes are placed in the draw as provided above, then the remaining players shall be randomly drawn and placed in the vacant places in the draw beginning at the top of the draw.

**e. Qualifiers/Lucky Losers**
   At the conclusion of the Qualifying competition, the successful Qualifiers will be randomly drawn for their places in the Main Draw. There shall be no prior designation of which Qualifying section applies to which Qualifying place in the Main Draw.

   Likewise, when more than one eligible Lucky Loser is to be inserted into the Main Draw, their positions shall be drawn.

   If the Qualifying event is not completed at the time of the draw, then the places for the Qualifiers and Lucky Losers (If any) shall be designated as "Qualifier" or Qualifier/Lucky Loser with their identity to be determined by draw at the conclusion of the Qualifying event. The Lucky Losers shall be drawn together with the Qualifiers.

**D.    WITHDRAWAL AND REPLACEMENT OF SEEDS**

Any vacancy created by the withdrawal of a seed shall be filled by the next highest ranked player eligible to be seeded.  The position vacated by that next highest ranked player shall be filled in accordance with Section V.L. Vacancies/Substitutions.

Any vacancy created by the withdrawal of a seed which occurs after the release of the Order of Play for the first day of Qualifying shall be filled by an eligible Alternate.

Any vacancy created by the withdrawal of a seed which occurs after the release of the Order of Play for the first day of Main Draw, shall be filled by eligible Lucky Losers.

# IX.    PLAYERS' REST

**A.    BETWEEN TOURNAMENTS**

If the ITF Supervisor receives notice from a player of the date and time of her last match played in a previous week's Professional Tournament, ITF Sanctioned Tournament or ITF Team Competition, then the ITF Supervisor shall, whenever possible, give the player one full day's rest between such match and the player's first match in the Women's ITF World Tennis Tour Tournament, unless weather or unavoidable circumstances has caused schedule disruption or unless the player was a finalist in a Monday or other delayed final.

**B.    BETWEEN QUALIFYING & MAIN DRAW**

Other than in exceptional circumstances, no player shall be required to play her first round match in the singles Main Draw until at least twelve (12) hours after the completion of her final Qualifying match. If a player plays two (2) singles Qualifying matches in one day during Qualifying competition, she should have one day of rest before the Main Draw commences, unless the player is accepted as a Lucky Loser or inclement weather at the tournament requires the player to compete.

**C.    BETWEEN MATCHES**

In the Main Draw, except when weather or other unavoidable circumstances causes schedule disruption, players shall be scheduled for a maximum of one (1) singles match and one (1) doubles match per day, which shall not be scheduled less than twelve (12) hours after the completion of the last match of such player on the preceding day or round.

Players competing in Qualifying could be scheduled to play two matches on the same day.   If players are required to play two matches in the same day and if other circumstances during the Tournament dictate that a player is scheduled for more than one match per day, then she shall, be given the following

minimum rest periods, unless she is in the singles and doubles finals to be played consecutively:

| | | |
|---|---|---|
| If she has played less than 60 minutes | - | 30 minutes rest |
| If she has played between 60 and 90 minutes | - | 60 minutes rest |
| If she has played more than 90 minutes | - | 90 minutes rest |

If a player is involved in the singles (semi-final or final) and doubles final she shall be allowed a rest period of 30 minutes.

A player may play before the end of the rest period if all participants agree.

# X.   ORDER OF PLAY AND SUBMISSION OF RESULTS

**A.   SCHEDULING AND ORDER OF PLAY**

**1. RELEASE OF THE ORDER OF PLAY**
Once the Supervisor determines the following day's Order of Play, it shall be released by the Supervisor, both on-site and via the ITF Tournament Planner program no later than 22:00 hours local time.

**2. AMENDMENTS TO THE ORDER OF PLAY**
Once officially released, the Order of Play shall not be amended unless the Supervisor deems it necessary and/or appropriate.

**3. FAILURE TO COMPLETE TOURNAMENT**
If a Tournament cannot be completed within the Tournament Week because of bad weather, at the option of the Tournament one extra day shall be allowed. The ITF Supervisor shall approve the commencement times for matches on the extra day, which shall then be scheduled during the morning or early afternoon. No further extension of the Tournament shall be permitted without the approval of the ITF.

**B.   RESULTS**
At the end of each day's play at Women's ITF World Tennis Tour Tournaments, including the completion of the Tournament, the Supervisor shall submit, using the ITF Tournament Planner program, updated Tournament results for Main Draw and Qualifying, singles and doubles.

# XI.   DATA RIGHTS

Refer to Appendix F Media, Commercial and Data Rights for full information.

**A.    SCORING**

The ITF will have the exclusive right to provide a scoring service at any Women's ITF World Tennis Tour event.   Each Tournament will assist the ITF in its efforts to produce the service.

**B.    PROTECTION OF TOURNAMENT DATA**

Each Tournament shall not allow or authorise the dissemination, transmission, publication or release of any match score or related statistical data from the grounds of the Tournament.

The use of laptop computers, mobile phones or other handheld electronic devices to collate, collect, use, store, reproduce, onward supply or make available any Official Data (as defined in Appendix F) for purposes relating to gambling or betting within the confines of the Tournament match courts (spectator areas) shall be prohibited and each Tournament shall take reasonable steps to enforce such prohibition (including without limitation by means of venue and spectator regulations, ticket conditions and accreditation terms). The exception to this provision is Tournament credentialed personnel when used in the performance of their duties.

# XII.   PRIZE MONEY AND WTA/ITF POINTS

**A.    PRIZE MONEY DISTRIBUTION**

The prize money distribution detailed below shall apply to all Women's ITF World Tennis Tour Tournaments. A proportion of prize money is deducted at every Tournament to contribute to the provision of healthcare services (Primary Healthcare Programme – PHCP) at each Tournament and on the tour in general.   This is not an additional cost to the Tournament, rather a contribution from players towards the provision of healthcare services across the Women's ITF World Tennis Tour.

## TOURNAMENT PRIZE MONEY - US DOLLARS

| Prize Money Category | $15,000 | $25,000 | $60,000 | $80,000 | $100,000 |
|---|---|---|---|---|---|
| **PHCP Fee** | $ 300 | $ 500 | $ 3,000 | $ 4,000 | $ 5,000 |

| **Singles Main Draw - 32 Draw** | | | | | |
|---|---|---|---|---|---|
| **Total** | **$ 11,462** | **$ 1,822** | **$ 41,958** | **$ 55,930** | **$ 69,912** |
| Winner | $ 2,352 | $ 3,935 | $ 9,142 | $ 12,192 | $ 15,239 |
| Finalist | $ 1,470 | $ 2,107 | $ 4,886 | $ 6,518 | $ 8,147 |
| Semi-finalist | $ 734 | $ 1,162 | $ 2,683 | $ 3,580 | $ 4,473 |
| Quarter-finalist | $ 367 | $ 672 | $ 1,543 | $ 2,059 | $ 2,573 |
| Round of 16 | $ 294 | $ 408 | $ 935 | $ 1,248 | $ 1,559 |
| Round of 32 | $ 147 | $ 244 | $ 557 | $ 740 | $ 926 |

| **Singles Qualifying – 24/48 Draw** | | | | | |
|---|---|---|---|---|---|
| **Total** | **0** | **$ 1,572** | **$ 4,098** | **$ 5,478** | **$ 6,846** |
| Final Round | $ - | $ 126 | $ 305 | $ 407 | $ 509 |
| Round of 24 | $ - | $ 68 | $ 189 | $ 253 | $ 316 |
| Round of 48 | $ - | $ - | $ - | $ - | $ - |

| **Singles Qualifying - 32 Draw** | | | | | |
|---|---|---|---|---|---|
| **Total** | **0** | **$ 1,572** | **$ 4,098** | **$ 5,478** | **$ 6,846** |
| Final Round | $ - | $ 96.50 | $ 228.75 | $ 305.25 | $ 381.75 |
| Round of 32 | $ - | $ 50.00 | $ 141.75 | $ 189.75 | $ 237.00 |

| **Doubles (Per Team) - 16 Draw** | | | | | |
|---|---|---|---|---|---|
| **Total** | **$ 3,238** | **$ 4,706** | **$ 10,944** | **$ 14,592** | **$ 18,242** |
| Winner | $ 955 | $ 1,437 | $ 3,344 | $ 4,460 | $ 5,573 |
| Finalist | $ 515 | $ 719 | $ 1,672 | $ 2,230 | $ 2,787 |
| Semi-finalist | $ 294 | $ 359 | $ 836 | $ 1,115 | $ 1,393 |
| Quarter-finalist | $ 147 | $ 196 | $ 456 | $ 608 | $ 760 |
| Round of 16 | $ 74 | $ 131 | $ 304 | $ 405 | $ 507 |

# TOURNAMENT PRIZE MONEY - EUROS

| Prize Money Category | € 13,500 | € 22,500 | € 54,500 | € 72,500 | € 91,000 |
|---|---|---|---|---|---|
| PHCP Fee | € 270 | € 450 | € 2,725 | € 3,625 | € 4,550 |

**Singles Main Draw - 32 Draw**

| Total | € 10,316 | € 16,405 | € 38,108 | € 50,689 | € 63,616 |
|---|---|---|---|---|---|
| Winner | € 2,116 | € 3,542 | € 8,303 | € 11,047 | € 13,859 |
| Finalist | € 1,322 | € 1,896 | € 4,438 | € 5,907 | € 7,414 |
| Semi-finalist | € 661 | € 1,046 | € 2,437 | € 3,244 | € 4,070 |
| Quarter-finalist | € 330 | € 605 | € 1,402 | € 1,866 | € 2,341 |
| Round of 16 | € 265 | € 367 | € 849 | € 1,131 | € 1,419 |
| Round of 32 | € 132 | € 220 | € 506 | € 671 | € 843 |

**Singles Qualifying – 24/48 Draw**

| Total | 0 | € 1,410 | € 3,726 | € 4,962 | € 6,234 |
|---|---|---|---|---|---|
| Final Round | € 0 | € 113 | € 277 | € 369 | € 463 |
| Round of 24 | € 0 | € 61 | € 172 | € 229 | € 288 |
| Round of 48 | € 0 | € 0 | € 0 | € 0 | € 0 |

**Singles Qualifying - 32 Draw**

| Total | € 0 | € 1,410 | € 3,726 | € 4,962 | € 6,234 |
|---|---|---|---|---|---|
| Final Round | € 0 | € 86.25 | € 207.75 | € 276.75 | € 347.25 |
| Round of 32 | € 0 | € 45.00 | € 129.00 | € 171.75 | € 216.00 |

**Doubles (Per Team) - 16 Draw**

| Total | € 2,918 | € 4,234 | € 9,938 | € 13,223 | € 16,599 |
|---|---|---|---|---|---|
| Winner | € 860 | € 1,293 | € 3,037 | € 4,042 | € 5,071 |
| Finalist | € 464 | € 647 | € 1,519 | € 2,020 | € 2,536 |
| Semi-finalist | € 265 | € 323 | € 759 | € 1,010 | € 1,268 |
| Quarter-finalist | € 132 | € 176 | € 414 | € 551 | € 692 |
| Round of 16 | € 67 | € 118 | € 276 | € 367 | € 461 |

**B.    Uncompleted Matches**

If the singles or doubles event of a Tournament is cancelled, e.g. due to poor weather, and there has been no play, first round prize money will be paid out to the players.  If play has commenced and been terminated before the Tournament is concluded, players will be paid loser's prize money for the individual round reached.  Additionally, all players/teams will receive their Round Points earned only if all matches in the round have been completed, and the Tournament will count as a Tournament played.

If a Tournament is officially cancelled and the final(s) have not been completed, the finalists will each receive finalists' prize money and ranking points.  Any remaining difference between the winner and finalist prize money will revert back to the Tournament.

**C.    Adjustments to Prize Money and Points Concerning Defaults, Byes, Withdrawals and Retirements.**

**A. GENERAL**
   Prize money and points awarded will be awarded as follows:
   **1.**    No points or prize money will be awarded to a player or team who withdraws or is a "No Show" without playing their first match.
   **2.**    A match won by retirement, default or walkover will count as a match won for ranking points and prize money.

**B. DEFAULTS**
   **1.**    Any player who is defaulted shall lose all prize money, hospitality and points earned for that event at that Tournament, unless:
      i.    The player was defaulted for a Violation of the Punctuality or Dress and Equipment sections of the Code of Conduct
      ii.    The player or team was defaulted, as a result of a medical condition
      iii.    the Default was caused by one member of a doubles team in which case the non-defaulting team member shall receive points and prize money from the previous round reached.
   **2.**    For any disciplinary default occurring in a Tournament after the match begins, the advancing player or team will be awarded ranking points.
   **3.**    If a player receives one (1) or more consecutive byes and the player then defaults her next round, no ranking points shall be awarded, the Tournament will not count on her record, and no prize money shall be paid out.

**C. BYES**
   **1.**    If a player or team receives one (1) or more consecutive byes and loses her/their 1st match played, 1st round losers' points will be awarded, and the player or team shall receive prize money for the round reached.

    **2.**    If a player or team receives one (1) or more consecutive byes and withdraws from her/their 1st match, no ranking points shall be awarded, the Tournament will not count on her/their record and no prize money shall be paid out.

## D. WALKOVER

    **1.**    If a player or team receives a walkover in the 1st round, and there is no Alternate or Lucky Loser to take the place in the draw, or if a player or team receives a walkover in a subsequent round without having yet played a match, the player or team will receive ranking points from the round preceding her/their elimination.

    **2.**    A player or team who receives a walkover in any round except the 1st round after having played and won a match shall be awarded ranking points for the walkover from their opponent. For any disciplinary default occurring in a Tournament after the match begins, the advancing team will be awarded ranking points.

    **3.**    A player who receives a walkover in any round except the 1st round after having played and won a match shall be awarded ranking points for a walkover from an opponent.

    **4.**    A player who receives a walkover in any round except the 1st round after having played and won a match shall be awarded ranking points for a walkover from an opponent. For any disciplinary default occurring in a Tournament after the match begins, the advancing player will be awarded ranking points.

## E. WITHDRAWALS

    **1.**    If a singles player withdraws from a Tournament, she shall receive the loser's prize money and ranking points for reaching the round in which she withdrew, except as follows:

        i.    A player accepted into the Main Draw who withdraws in the 1st round will receive no prize money and the Tournament shall not count on her record.

        ii.    A Qualifier withdrawing in the 1st round of Qualifying receives no prize money and the Tournament shall not count on her record.

        iii.    A Qualifier who has not played a match in the Qualifying draw and advances to the Main Draw will not receive Qualifier points.

        iv.    A Qualifier withdrawing in the 1st round of the Main Draw receives prize money equal to the last round of Qualifying prize money and Qualifier points.

        v.    A player or team accepted directly into the Main Draw who withdraws in the 1st round will receive no prize money, and the Tournament shall not count on their record

        vi.    If a player or team receives one (1) or more consecutive byes and loses her 1st match played, 1st round losers' points will be

awarded, and the player shall receive prize money for the round reached.

2.  If a singles player withdraws from the semi-final or the final, their prize money is calculated per the round they withdrew less 50% of the difference between that round and the previous round. Such 50% shall be retained by the Tournament.

3.  If a player withdraws from the singles final, and the Tournament Organiser so desires, a substitute player will play a best of 3 set exhibition match against the Tournament winner. The substitute player will receive all the money defaulted.

4.  For a doubles team that withdraws after the first round, the non-withdrawing player will receive loser's points and prize money for the round reached but the withdrawing player will receive loser's points and prize money for the previous round reached. In addition, the player withdrawing will not be allowed to play in any other Women's ITF World Tennis Tour tennis event until Monday of the next Tournament Week (unless she is still playing in singles).

5.  If a doubles team withdraws in any round, their ranking points will be calculated as follows:

    (i) the non-withdrawing partner shall receive prize money and ranking points per the round they withdrew; and

    (ii) the partner causing the withdrawal shall receive the prize money and ranking points from the previous round, unless one (1) of the following apply, in which case the withdrawing partner shall receive prize money and ranking points per the round she withdrew:

    (a) the player also withdraws from playing singles in a Tournament to be held the following week at the time she withdraws from doubles;

    (b) the player withdraws/retires from a singles match which was scheduled during the same Tournament; or

    (c) the player does not play singles in a tennis event the following week. (Notwithstanding the foregoing, the following exceptions apply:

    (iii) in the event the partner causing the withdrawal is declared unfit to play singles or doubles at the same Tournament, she shall receive the ranking points per the round she withdrew.

    (iv) A team accepted directly into the Main Draw who withdraws in the 1st round will receive no prize money, and the Tournament shall not count on their record.

# XIII.    WTA RANKINGS

<u>Rule changes in this section are valid for tournaments beginning 5 August 2019 onwards, except where stated.</u>

## A.    INTRODUCTION

WTA Ranking points are awarded at WTA Tour Tournaments and Women's ITF World Tennis Tour Tournaments offering at least <u>$15,000 in prize money</u>. The Ranking System is a 52-week, cumulative system in which the number of Tournament results that comprise a player's ranking is capped at sixteen (16) Tournament results for singles and eleven (11) Tournament results for doubles. The rankings determine player acceptance and seeding for all Tournaments. <u>Rankings are computed and published weekly by the WTA from its U.S. Headquarters in St. Petersburg, Florida.</u>

Note:  Women's ITF World Tennis Tour Tournaments with prize money of <u>$15,000 and $25,000</u> are processed a minimum of one (1) week following the conclusion of the Tournament. For a complete statement of the official rules and regulations regarding WTA rankings, refer to the WTA Official Rulebook.

## B.    GENERAL RULES
### WTA Official Rulebook

The WTA has an official rulebook which governs WTA ranking points and the inclusion of Women's ITF World Tennis Tour <u>$15,000</u> through $100,000 tournaments, including events with complimentary hospitality ("+H" events) to earn points on the WTA Tour.  Players are bound by all WTA Rules and Regulations from tournaments in which players earn WTA Ranking points. Please refer to www.WTAtennis.com for their rulebook.

**Singles and Doubles Rankings** - Players are ranked on the basis of their total points. Singles rankings will be comprised of a players' best sixteen (16) singles results and Doubles rankings will be comprised of a players' best eleven (11) Tournament results.

**Processing of Rankings** – WTA Tournaments and Women's ITF World Tennis Tour $100,000, $80,000 and $60,000 Tournaments (as long as completed by the Sunday of that week) are processed on a weekly basis. <u>$15,000 and</u> 25,000 Tournaments are processed a minimum of one (1) week following the completion of the Tournament. Points stay valid for fifty-two (52) weeks from the week in which a Tournament is included in the ranking totals.

**Eligibility** – In order to appear on the WTA rankings, players must have earned ranking points in at least 3 valid Tournaments, or a minimum of 10 singles ranking points or 10 doubles ranking points in one or more valid Tournaments, which must be at the <u>$15,000 level</u> or higher. Players under the age of fourteen (14) cannot obtain a ranking. If a player under the age of fourteen (14) plays

singles or doubles in a Tournament, that Tournament and the points acquired during play will not be counted for ranking purposes for that player. If a player plays singles or doubles in a Tournament that exceeds the number permitted to be played under the Age Eligibility Rule, that Tournament and the points acquired during play will not be counted for ranking purposes for that player.

**WTA Special Ranking**
A player's WTA ranking assigned to a player who has been unable, due to medical condition, parental start, or pregnancy, to compete in any tennis tournament for a minimum of twenty-six (26) weeks and a maximum of 2 years. The criteria for application and eligibility are set forth by the WTA and the information is available in the WTA rulebook

## C.  WTA SINGLES and DOUBLES ROUND POINTS
**Points will be awarded for the WTA Ranking as follows:** (* +H indicates Hospitality is provided)

| Category | W | F | SF | QF | R16 | R32 | QFR | FQR | Q |
|---|---|---|---|---|---|---|---|---|---|
| $100,000 +H*/€91,000 +H* | | | | | | | | | |
| Singles | 150 | 90 | 55 | 28 | 14 | 1 | 6 | 4 | - |
| Doubles | 150 | 90 | 55 | 28 | 1 | - | | | |
| $100,000 /€91,000 | | | | | | | | | |
| Singles | 140 | 85 | 50 | 25 | 13 | 1 | 6 | 4 | - |
| Doubles | 140 | 85 | 50 | 25 | 1 | - | | | |
| $80,000 +H*/€72,500 +H* | | | | | | | | | |
| Singles | 130 | 80 | 48 | 24 | 12 | 1 | 5 | 3 | - |
| Doubles | 130 | 80 | 48 | 24 | 1 | - | | | |
| $80,000 /€72,500 | | | | | | | | | |
| Singles | 115 | 70 | 42 | 21 | 10 | 1 | 5 | 3 | - |
| Doubles | 115 | 70 | 42 | 21 | 1 | - | | | |
| $60,000 +H*/€54,500 +H* | | | | | | | | | |
| Singles | 100 | 60 | 36 | 18 | 9 | 1 | 5 | 3 | - |
| Doubles | 100 | 60 | 36 | 18 | 1 | - | | | |
| $60,000*/€54,500* | | | | | | | | | |
| Singles | 80 | 48 | 29 | 15 | 8 | 1 | 5 | 3 | - |
| Doubles | 80 | 48 | 29 | 15 | 1 | - | | | |
| $25,000 +H*/€22,500 +H* | | | | | | | | | |
| Singles | 60 | 36 | 22 | 11 | 6 | (+)- | 2 | - | - |
| Doubles | 60 | 36 | 22 | 11 | 1 | - | | | |
| $25,000 /€22,500 | | | | | | | | | |
| Singles | 50 | 30 | 18 | 9 | 5 | (+)- | 1 | - | - |
| Doubles | 50 | 30 | 18 | 9 | 1 | - | | | |
| $15,000 /€13,500 including +H | | | | | | | | | |
| Singles | 10 | 6 | 4 | 2 | 1 | - | - | - | - |
| Doubles | 10 | 6 | 4 | 1 | | - | | | |

QFR= Qualifier, FQR-Qualifying Finalist
(+) Players awarded 1 WTA point for tournaments held prior to 26 August 2019

## 1. SINGLES

A. Players are awarded WTA ranking points for the highest round they reach, unless the player is defaulted or there is a rule modifying the points.

B. Qualifiers who lose in the 1st round of the Main Draw are awarded only the points specified in the Qualifier (QFR) column in the ranking points table above.

C. Qualifiers who won their 1st round match will earn Main Draw WTA ranking points based on the highest round reached in the Main Draw plus the ranking points specified in the Qualifier (QFR) column in the ranking points table above.

D. Lucky Losers earn only Main Draw WTA ranking points based on the highest round reached in the Main Draw.

E. Losers in the last round of Qualifying, except Lucky Losers and players who have not won a match to reach the last round of Qualifying, will earn FQR points.

## 2. DOUBLES

A. A team withdrawing from the first round will not receive WTA ranking points, whether there is or is not an Alternate/Lucky Loser team able to take their place.

B. Teams are awarded WTA ranking points for the highest round they reach, unless an individual player is defaulted or there is a rule modifying the points.

## 3. GENERAL

With the exception of the Grand Slams, the WTA Finals, the WTA Elite Trophy and the WTA Premier Mandatory events, all singles Main Draw and doubles 1st round losers in Tournaments with prize money of $60,000 or greater receive one (1) WTA ranking point regardless of draw size. Players losing in the first round of singles in $25,000 Tournament will no longer receive WTA ranking points for losing in the first round starting the week of 26 August 2019,

## D. Hospitality (+H) at $25,000, $60,000, $80,000, and $100,000 Events

Women's ITF World Tennis Tour Tournaments offering $25,000, $60,000, $80,000 or $100,000 in prize money which offer hospitality (+H) will receive increased WTA Ranking points.

### Hospitality (+H) at $25,000 Tournaments

Hospitality is defined as accommodation in a twin room with other players and breakfast provided for all Main Draw singles and Doubles players.

Rooms are to be made available to each singles player for a minimum of three (3) nights and a maximum of seven (7) nights. Accommodation continues through to include the night she is eliminated or until her three (3) nights

minimum has been provided, whichever is later. Accommodation begins no later than the day the Main Draw starts.

Successful Qualifiers must be afforded the same number of nights and same accommodations as Main Draw players. Nights spent in accommodation during Qualifying shall count towards the minimum number of nights to which Main Draw players are entitled.

Rooms for doubles players must be available beginning the day of the sign in for a minimum of two (2) nights. Accommodation continues through to include the night of the player's last match or until the two (2) nights minimum has been provided. Hospitality must be of the same standard for singles and doubles players.

Players 17 years of age and under may only share a room with another junior aged player.  If there are no shared rooms then a private room must be provided to the junior player.

The ITF may reject hospitality of an unsatisfactory standard, notwithstanding that it meets the minimum number of days.

**Hospitality (+H) at $60,000, $80,000, & $100,000 Tournaments**
Hospitality is defined as one complimentary room for the use of each player accepted into the singles Main Draw and/or Doubles (single or double occupancy, to be decided by the Tournament).  Rooms are to be available to each singles player for a minimum of four (4) nights beginning no earlier than the day prior to the start of Main Draw and no later than the day the Main Draw starts. Accommodation continues through to include the night that she plays her last match or until her four (4) night minimum has been provided, whichever is later. Hospitality must be of the same standard for singles and doubles players.

Rooms for doubles players must be available beginning the day of the sign in for a minimum of two (2) nights. Accommodation continues through to include the night of the player's last match or until the two (2) nights minimum has been provided.

Successful Qualifiers must be afforded the same accommodations as Main Draw players. Nights spent in accommodation during Qualifying shall count towards the minimum number of nights to which Main Draw players are entitled.

The ITF may reject hospitality of an unsatisfactory standard, notwithstanding that it meets the minimum defined requirements.

Players 17 years of age and under may only share a room with another junior aged player.  If there are no shared rooms then a private room must be provided

to the junior player.  Any breach of this regulation shall be dealt with in accordance with the ITF Welfare Policy.


**E.    FURTHER INFORMATION - WTA CONTACT**
Queries and requests for full information on the WTA Rankings should be directed to the WTA office in Florida.
WTA
Telephone:         +1 727 895 5000
Fax:                    +1 727 822 9470

# XIV.    ITF WORLD TENNIS RANKING

Rule changes in this section are valid for tournaments beginning 5 August 2019 onwards, except where stated.


**A.    INTRODUCTION**
ITF World Tennis Ranking points are also awarded in Women's $15,000 and $25,000 ITF World Tennis Tour events.

**From 5 August 2019 until 31 December 2019**
From 5 August 2019 until 31 December 2019, Women's $15,000 main draw and qualifying events will continue to award ITF ranking points. Women's $25,000 qualifying events will start to award ITF ranking points from 5 August.

The ITF World Tennis Ranking system is a 52-week, cumulative system in which the number of Tournament results that comprise a player's ranking is capped at a player's best fourteen (14) Tournament results for singles and best fourteen (14) Tournament results for doubles.

The ITF World Tennis Ranking will be used in conjunction with the WTA Rankings for acceptance and seeding. See the applicable System of Merit in Section VII.

Rankings are computed and published weekly by the ITF from its headquarters in London.


**B.    GENERAL RULES**
**Singles and Doubles Rankings** - Players are ranked on the basis of their total points.  A singles ranking will be calculated based on a player's best fourteen (14) singles results and a doubles ranking will be based on a player's best fourteen (14) doubles results.

If players are tied, the ranking will be ordered as follows:

1. The player with the fewest number of Tournaments played over the previous 52-week period.
2. The highest number of points earned from one single Tournament, then, if needed, the second highest, and so on.

**Processing of Rankings** – The ITF World Tennis Rankings and the Tournaments results used in the ranking will be calculated and published on Monday each week. ITF World Tennis Ranking points earned at these Tournaments will be processed a minimum of one (1) week following the completion of the Tournament and processed on a weekly basis. Points stay valid for fifty-two (52) weeks from the week in which a Tournament is included in the ranking totals.

**Eligibility** – To earn an ITF ranking, players must have earned at least 1 ranking point at a $15,000 or $25,000 Tournament. Players under the age of fourteen (14) are not eligible for an ITF World Tennis Ranking. If a player under the age of fourteen (14) plays singles or doubles in a Tournament, that Tournament and the points acquired during play will not be counted for ranking purposes for that player.

## C.   SINGLES & DOUBLES ROUND POINTS
The following tables details the number of ITF World Tennis Ranking points a player is awarded based on the round a player reaches in the Tournament.

Main Draw ITF World Tennis Tour Ranking points will only be awarded in 2019 and will be retained for 52 weeks.  In 2020 ITF Ranking points will only be awarded in qualifying.

**ITF Singles Ranking Points**

| Category | Tournament Level | Winner | Finalist | SF | QF | R16 | R32 | QFR^ | FQR* |
|---|---|---|---|---|---|---|---|---|---|
| ITF World Tennis Tour | $15,000 | 100 | 60 | 30 | 12 | 4 | 0 | 2 | 1 |
| | $15,000 +H | 150 | 90 | 45 | 18 | 6 | 0 | 3 | 1 |
| | $25,000 | - | - | - | - | - | - | 3 | 1 |
| | $25,000 +H | - | - | - | - | - | - | 4 | 1 |

**^ Qualifier**

**\*FQR-Qualifying Finalist**

**ITF Doubles Ranking Points**

| Category | Tournament Level | Winner | Finalist | SF | QF | R16 |
|---|---|---|---|---|---|---|
| ITF World Tennis Tour | $15,000 | 100 | 60 | 30 | 12 | 0 |
| | $15,000 +H | 150 | 90 | 45 | 18 | 0 |

### D. WOMEN'S ITF WORLD TENNIS RANKING POINTS

**1. SINGLES**
A. Players are awarded ranking points for the highest round they reach, unless the player is defaulted or there is a rule modifying the points (such as for byes, walkover, withdrawals or defaults).
B.  Qualifiers who lose in the 1st round of the Main Draw are awarded only the points specified in the Qualifier (QFR) column on the ranking points table above.
C.  Qualifiers who won their 1st round match will earn Main Draw ranking points based on the highest round reached in the Main Draw plus the ranking points specified in the Qualifier (QFR) column on the table above.
D.  Lucky Losers earn only Main Draw ranking points based on the highest round reached in the Main Draw.
E.  Losers in the last round of Qualifying, except Lucky Losers and players who have not won a match to reach the Qualifying final, will earn FQR points.

**2.  DOUBLES**
Players are awarded ranking points for the highest round they reach, unless the player is defaulted or there is a rule modifying the points (such as for byes, walkover, withdrawals or defaults).

**3.  BYES, WALKOVER, WITHDRAWALS AND DEFAULTS**
The rules for prize money and points for Byes, Walkover, Withdrawals and Defaults are detailed in Section XII Prize Money and WTA/ITF Points.

### E. HOSPITALITY (+H) at $15,000 TOURNAMENTS
Women's ITF World Tennis Tour Tournaments offering $15,000 in prize money which offer hospitality (+H) will receive increased ITF World Tennis Ranking points, but no additional WTA ranking points.  Hospitality is defined as accommodation in a twin room and breakfast for all singles Main Draw and Doubles players.

Rooms are to be available to each singles player for a minimum of three (3) nights and a maximum of seven (7) nights.  Accommodation continues through to include the night she plays her last match or until her three (3) nights minimum has been provided, whichever is later. Accommodation begins no later than the day the Main Draw starts.

Successful Qualifiers must be afforded the same accommodations as Main Draw players. Nights spent in accommodation during Qualifying shall count towards the minimum number of nights to which Main Draw players are entitled.

Rooms for doubles players must be available beginning the day of the sign in for a minimum of two (2) nights. Accommodation continues through to include the night of the player's last match or until the two (2) nights minimum has been

provided. Hospitality must be of the same standard for singles and doubles players.

Players 17 years of age and under may only share a room with another junior aged player. If there are no shared rooms then a private room must be provided to the junior player. Any breach of this regulation shall be dealt with in accordance with the ITF Welfare Policy.

The ITF may reject hospitality of an unsatisfactory standard, notwithstanding that it meets the minimum defined requirements.

## F. FURTHER INFORMATION - ITF CONTACTS

Queries and requests on the ITF World Tennis Rankings should be sent to the ITF.

International Tennis Federation
Bank Lane
Roehampton, London
SW15 5XZ
United Kingdom

Telephone:      +44 (0) 20 8878 6464
Email:          Womens@itftennis.com

# MEN'S AND WOMEN'S
# ITF WORLD TENNIS TOUR

# APPENDICES
# 2019

© ITF Limited t/a International Tennis Federation
All rights reserved
2019



# APPENDIX A

### Grand Slam Development Fund / ITF funding
Administered by the International Tennis Federation

The Grand Slam Development Fund was established in 1985 by the International Tennis Federation from contributions donated by the Grand Slam tournaments to provide assistance to affiliated National Associations with the development of competitive tennis. Since then over US$96 million has been invested in tennis development worldwide. The Grand Slam Development Fund is designed to help increase competitive opportunities worldwide by encouraging the establishment of tournament circuits, which will provide opportunities for a greater number of players to compete internationally, and, through touring teams and travel grants, to assist players to gain international competitive experience so that more nations will be represented in the mainstream of international competition.

In addition to Grand Slam Development funding, in 2019, the ITF is also providing funding for Men's and Women's ITF World Tennis Tour tournaments.

Only Member Nations eligible for assistance from ITF (who are part of the ITF Development Programme) may apply to the ITF for grants from the Grand Slam Development Fund or the ITF. Applications must be submitted by National Associations in writing on the appropriate forms (which are available upon request from the ITF London office). The Grand Slam Development Fund or the ITF has full discretion regarding the granting of assistance, and there is no appeal from any such decision.

National Associations benefitting from the Grand Slam Development Fund or ITF funding are required to publicise their event as being "supported by the Grand Slam Development Fund" or "supported by the ITF", as appropriate.

Applications for assistance may only be made for a contribution towards the prize money at Men's and Women's ITF World Tennis Tour Tournaments.

All Tournaments must be organised in accordance with the Men's and Women's ITF World Tennis Tour Rules and Regulations and sanctioned by the relevant National Association

Full details of the Grand Slam Development Fund and ITF funding with application forms are available on request from:

Executive Director, Tennis Development
International Tennis Federation
Bank Lane
Roehampton
London, SW15 5XZ
Telephone:      (44)  20 8878 6464
E-mail:           development@itftennis.com



# APPENDIX B

## TRANSGENDER PLAYERS

The ITF will deal with any cases involving transgender players in accordance with the principles set out in the ITF Transgender Policy, which can be found on the ITF website: www.itftennis.com.





# APPENDIX C

**WTA AGE ELIGIBILITY**
*Women's ITF World Tennis Tour*
*($15,000 through $100,000 Tournaments)*

For full details on the WTA Age Eligibility Rule and "Player Development" requirements please refer to the following resources:

1.   2019 WTA Official Rulebook is available online at: http://www.wtatennis.com/wta-rules



# APPENDIX D

## 2019 JUNIOR EXEMPT PROJECT

Junior Exempt positions are available in the singles Main Draw Men's and Women's ITF World Tennis Tour tournaments. These are allocated to the top-ranking junior players at the end of 2018. An eligible player shall be entitled to use their Junior Exempt allocation to gain direct entry to the applicable tournament where they would not otherwise gain entry on the basis of their current ranking. A player must request use of their Junior Exempt position.

Junior Exempt positions will be allocated according to the following criteria:

### Men's ITF World Tennis Tour

| 2018 year-end ITF Junior Ranking | Number of ITF World Tennis Tour Tournaments |
|---|---|
| 1-4 | Three (3) Tournaments up to and including $25,000+H |
| 5-10 | Three (3) Tournaments up to and including $25,000 (excluding 25,000+H) |
| 11-20 | Three (3) Tournaments up to and including $15,000 (excluding 15,000+H) |

### Women's ITF World Tennis Tour

| 2018 year-end ITF Junior Ranking | Number of ITF World Tennis Tour Tournaments |
|---|---|
| 1 | One (1) Tournament up to and including $100,000 (excluding $100,000+H) |
|  | Two (2) Tournaments up to and including $80,000 (excluding $80,000+H) |
| 2 | Two (2) Tournaments up to and including $80,000 (excluding $80,000+H) |
|  | One (1) Tournament up to and including $60,000 (excluding $60,000+H) |
| 3-5 | Two (2) Tournaments up to and including $60,000 (excluding $60,000+H) |
|  | One (1) Tournament up to and including $25,000 (excluding $25,000+H) |
| 6-10 | Three (3) Tournaments up to and including $25,000 (excluding $25,000+H) |
| 11-20 | Three (3) Tournaments up to and including $15,000 (excluding $15,000+H) |

***THE PROVISIONS OF THE AGE ELIGIBILITY RULE WILL BE TAKEN INTO ACCOUNT.***



# APPENDIX E

## MEDICAL, EXTREME WEATHER CONDITIONS AND TOILET/CHANGE OF ATTIRE BREAKS

## MEDICAL

**a. Medical Condition**

A medical condition is a medical illness or a musculoskeletal injury that warrants medical evaluation and/or medical treatment by the Sports Physiotherapist *(as defined in the ITF Guide to Recommended Healthcare Standards)* during the warm-up or the match.

Treatable Medical Conditions
i. Acute medical condition: the sudden development of a medical illness or musculoskeletal injury during the warm-up or the match that requires immediate medical attention.
ii Non-acute medical condition: a medical illness or musculoskeletal injury that develops or is aggravated during the warm-up or the match and requires medical attention at the changeover or set break.

Non-Treatable Medical Conditions
i. Any medical condition that cannot be treated appropriately, or that will not be improved by available medical treatment within the time allowed.
ii. Any medical condition (inclusive of symptoms) that has not developed or has not been aggravated during the warm-up or the match.
iii. General player fatigue.
iv. Any medical condition requiring injections or intravenous infusions, except for diabetes, for which prior medical certification has been obtained, and for which subcutaneous injections of insulin may be administered.
v. Any medical condition requiring oxygen, unless prior medical approval has been given by the ITF. Except as permitted by this provision, the use of supplemental oxygen is not permitted at any time, for any reason.

**b. Medical Evaluation**

During the warm-up or the match, the player may request through the Chair Umpire for the Sports Physiotherapist to evaluate him/her during the next change over or set break. Only in the case that a player develops an acute medical condition that necessitates an immediate stop in play may the player request through the Chair Umpire for the Sports Physiotherapist to evaluate him/her immediately.



The purpose of the medical evaluation is to determine if the player has developed a treatable medical condition and, if so, to determine when medical treatment is warranted. Such evaluation should be performed within a reasonable length of time, balancing player safety on the one hand, and continuous play on the other. At the discretion of the Sports Physiotherapist, such evaluation may be performed in conjunction with the Tournament Doctor, and may be performed off-court.

If the Sports Physiotherapist determines that the player has a non-treatable medical condition, then the player will be advised that no medical treatment will be allowed.

**c. Medical Time-Out**

A Medical Time-Out is allowed by the ITF Supervisor or Chair Umpire when the Sports Physiotherapist has evaluated the player and has determined that additional time for medical treatment is required. The Medical Time-Out takes place during a change over or set break, unless the Sports Physiotherapist determines that the player has developed an acute medical condition that requires immediate medical treatment.

The Medical Time-Out begins when the Sports Physiotherapist is ready to start treatment. At the discretion of the Sports Physiotherapist, treatment during a Medical Time-Out may take place off-court, and may proceed in conjunction with the Tournament Doctor.

The Medical Time-Out is limited to three (3) minutes of treatment. However, at professional tournaments with prize money of $25,000 or less, the ITF Supervisor may extend the time allowed for treatment if necessary.

A player is allowed one (1) Medical Time-Out for each distinct treatable medical condition. All clinical manifestations of heat illness shall be considered as one (1) treatable medical condition. All treatable musculoskeletal injuries that manifest as part of a kinetic chain continuum shall be considered as one (1) treatable medical condition.

*Muscle Cramping:* A player may receive treatment for muscle cramping only during the time allotted for change of ends and/or set breaks. Players may not receive a Medical Time-Out for muscle cramping.

In cases where there is doubt about whether the player suffers from an acute medical condition, non-acute medical condition inclusive of muscle cramping, or non-treatable medical condition, the decision of the Sports Physiotherapist in conjunction with the Tournament Doctor, if appropriate, is final. If the Sports Physiotherapist believes that the player has heat illness, and if muscle cramping is one of the manifestations of heat illness, then the muscle cramping may only



be treated as part of the recommended treatment by the Sports Physiotherapist for the heat illness condition.

Note:

A player who has stopped play by claiming an acute medical condition, but is determined by the Sports Physiotherapist and/or Tournament Doctor to have muscle cramping, shall be ordered by the Chair Umpire to resume play immediately.

If the player cannot continue playing due to severe muscle cramping, as determined by the Sports Physiotherapist and/or Tournament Doctor, he/she may forfeit the point(s)/game(s) needed to get to a change of ends or set-break in order to receive treatment. There may be a total of two (2) full change of ends or set-break treatments for muscle cramping in a match, not necessarily consecutive.

If it is determined by the Chair Umpire or ITF Supervisor that gamesmanship was involved, then a Code Violation for Unsportsmanlike Conduct could be issued.

A total of two (2) consecutive Medical Time-Outs may be allowed by the Supervisor or Chair Umpire for the special circumstance in which the Sports Physiotherapist determines that the player has developed at least two (2) distinct acute and treatable medical conditions. This may include: a medical illness in conjunction with a musculoskeletal injury; two or more acute and distinct musculoskeletal injuries. In such cases, the Sports Physiotherapist will perform a medical evaluation for the two or more treatable medical conditions during a single evaluation, and may then determine that two consecutive Medical Time-Outs are required.

**d. Medical Treatment**

A player may receive on-court medical treatment and/or supplies from the Sports Physiotherapist and/or Tournament Doctor during any changeover or set break. As a guideline, such medical treatment should be limited to two (2) changeovers/set breaks for each treatable medical condition, before or after a Medical Time-Out, and need not be consecutive. Players may not receive medical treatment for non-treatable medical conditions.

**e. Penalty**

After completion of a Medical Time-Out or medical treatment, any delay in resumption of play shall be penalised by Code Violations for Delay of Game.

Any player abuse of this Medical Rule will be subject to penalty in accordance with the Unsportsmanlike Conduct section of the Code of Conduct.

**f.  Bleeding**

If a player is bleeding, the Chair Umpire must stop play as soon as possible, and the Sports Physiotherapist must be called to the court by the Chair Umpire for evaluation and treatment. The Sports Physiotherapist, in conjunction with the Tournament Doctor if appropriate, will evaluate the source of the bleeding, and will request a Medical Time-Out for treatment if necessary.

If requested by the Sports Physiotherapist and/or Tournament Doctor, the ITF Supervisor or Chair Umpire may allow up to a total of five (5) minutes to assure control of the bleeding.

If blood has spilled onto the court or its immediate vicinity, play must not resume until the blood spill has been cleaned appropriately.

**g.  Vomiting**

If a player is vomiting, the Chair Umpire must stop play if vomiting has spilled onto the court, or if the player requests medical evaluation.  If the player requests medical evaluation, then the Sports Physiotherapist must determine if the player has a treatable medical condition, and if so, whether the medical condition is acute or non-acute.

If vomiting has spilled onto the court, play must not resume until the vomit spill has been cleaned appropriately.

**h.  Incapacity**

If any concern arises about a player's medical condition (whether physical or psychological) that they are unable to compete, or they pose a serious health risk to players, officials or Tournment Organisers or staff, the Sports Physiotherapist and/or Tournament Doctor should be called to assist the player.

If the issue arises during a match, the Chair Umpire shall immediately call for the Tournament Doctor and/or Sports Physiotherapist to assist the player.

The Tournament Doctor is responsible for ensuring that the player is afforded the best medical attention, that his/her well-being is not put at risk, and that his/her medical condition is not a risk to other players or the public at large. All discussions between the Tournament Doctor and the player take place within the context of a doctor-patient relationship and are therefore confidential and may not be divulged to a third party without the informed consent of the player. However, if the Tournament Doctor determines that the player's medical condition makes the player unable to participate safely in the tournament, the player must permit the Tournament Doctor to advise the ITF Supervisor/Referee of their determination (only disclosing medical information to which the player has consented).  Upon receipt of such a report from the Tournament Doctor, the ITF Supervisor will decide whether to retire the player from the match in

138



progress or withdraw the player from the match to be played (as applicable). The Supervisor shall use great discretion before taking this action, and should base the decision on the best interests of professional tennis, as well as taking all medical opinion and advice, and any other relevant information into consideration.

If the player's medical condition improves sufficiently to return to match play, the Tournament Doctor may inform the ITF Supervisor accordingly. At the discretion of the ITF Supervisor, the player may subsequently compete in another event at the same tournament (e.g. doubles), either that day or on a subsequent day.

It is recognized that national laws or governmental or other binding Regulations imposed upon the tournament by authorities outside its control may require more compulsory participation by the Tournament Doctor in all decisions regarding diagnosis and treatment.

## TOILET/CHANGE OF ATTIRE BREAKS

Any reference in this section to "Change of Attire Break" is applicable to the Women's ITF World Tennis Tour only.

A player is allowed to request permission to leave the court for a reasonable time for a toilet break / change of attire break. Toilet breaks should be taken on a set break and can be used for no other purpose. Change of attire breaks must be taken on a set break.

In Men's singles events a player is entitled to one (1) toilet break during a best of three (3) set match. In Women's singles events, a player is entitled to one (1) break during a match.

In all doubles matches, each team is entitled to a total of two (2) breaks. If partners leave the court together, it counts as one (1) of the team's authorised breaks.

Any time a player leaves the court for a toilet break/change of attire break, it is considered one (1) of the authorised breaks regardless of whether or not the opponent has left the court. Any toilet break taken after a warm-up has started is considered one (1) of the authorised breaks.

Additional breaks will be authorised but will be penalised in accordance with the Point Penalty Schedule if the player is not ready to play within the allowed time.

Any player abuse of this rule will be subject to penalty in accordance with the Unsportsmanlike Conduct section of the Code of Conduct.



## EXTREME WEATHER CONDITIONS

a.      Definitions

**Extreme Heat Condition: Modification of Play**

Extreme Heat Condition: Modification of Play criterion is defined as when the Web-Bulb Globe Temperature (WBGT) on court meets or exceeds 30.1°C (86.2°F). If the WBGT cannot be measured, then the Heat Index should be calculated using the chart below, and Extreme Heat Condition: Modification of Play criterion is defined as when the Heat Index meets or exceeds 34.0°C (93.2°F).

**Extreme Heat Condition: Suspension of Play**

Extreme Heat Condition: Suspension of Play criterion is defined as when the WBGT on court meets or exceeds 32.2°C (90.0°F). If the WBGT cannot be measured, then the Heat Index should be calculated using the chart below, and Extreme Heat Condition: Suspension of Play criterion is defined as when the Heat Index meets or exceeds 40.1°C (104.2°F).

| | **Air temperature** | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 21.1°C 70°F | 23.9°C 75°F | 26.7°C 80°F | 29.4°C 85°F | 32.2°C 90°F | 35°C 95°F | 37.8°C 100°F | 40.6°C 105°F | 43.3°C 110°F | 46.1°C 115°F | 48.9°C 120°F |
| **Relative humidity** | **Heat Index** (combined index of air temperature and relative humidity) | | | | | | | | | | |
| **0%** | 17.8°C 64°F | 20.6°C 69°F | 22.8°C 73°F | 25.6°C 78°F | 28.3°C 83°F | 30.6°C 87°F | 32.8°C 91°F | 35°C 95°F | 37.2°C 99°F | 39.4°C 103°F | 41.7°C 107°F |
| **10%** | 18.3°C 65°F | 21.1°C 70°F | 23.9°C 75°F | 26.7°C 80°F | 29.4°C 85°F | 32.2°C 90°F | 35°C 95°F | 37.8°C 100°F | 40.6°C 105°F | 43.9°C 111°F | 46.7°C 116°F |
| **20%** | 18.9°C 66°F | 22.2°C 72°F | 25°C 77°F | 27.8°C 82°F | 30.6°C 87°F | 33.9°C 93°F | 37.2°C 99°F | 40.6°C 105°F | 44.4°C 112°F | 48.9°C 120°F | 54.4°C 130°F |
| **30%** | 19.4°C 67°F | 22.8°C 73°F | 25.6°C 78°F | 28.9°C 84°F | 32.2°C 90°F | 35.6°C 96°F | 40.1°C 104.2°F | 45°C 113°F | 50.6°C 123°F | 57.2°C 135°F | 64.4°C 148°F |
| **40%** | 20°C 68°F | 23.3°C 74°F | 26.1°C 79°F | 30°C 86°F | 33.9°C 93°F | 38.3°C 101°F | 43.3°C 110°F | 50.6°C 123°F | 58.3°C 137°F | 66.1°C 151°F | |
| **50%** | 20.6°C 69°F | 23.9°C 75°F | 27.2°C 81°F | 31.1°C 88°F | 35.6°C 96°F | 41.7°C 107°F | 48.9°C 120°F | 57.2°C 135°F | 65.6°C 150°F | | |
| **60%** | 21.1°C 70°F | 24.4°C 76°F | 27.8°C 82°F | 32.2°C 90°F | 37.8°C 100°F | 45.6°C 114°F | 55.6°C 132°F | 65°C 149°F | | | |
| **70%** | 21.1°C 70°F | 25°C 77°F | 29.4°C 85°F | 33.9°C 93°F | 41.1°C 106°F | 51.1°C 124°F | 62.2°C 144°F | | | | |
| **80%** | 21.7°C 71°F | 25.6°C 78°F | 30°C 86°F | 36.1°C 97°F | 45°C 113°F | 57.8°C 136°F | | | | | |
| **90%** | 21.7°C 71°F | 26.1°C 79°F | 31.1°C 88°F | 38.9°C 102°F | 50°C 122°F | | | | | | |

b.      Measurement Procedure



The WBGT or Heat Index should be measured at least three (3) times daily by the ITF Supervisor or his/her designee. Ideally, measurements should be taken every 2 hours, but a minimum three (3) readings should be taken at the following times:

1. 30 minutes before match play begins;
2. Middle of the scheduled day's play; and
3. Just prior to beginning the last match of the day, or just prior to the start of the first evening session match.

The WBGT or Heat Index should also be measured under the following circumstances:

1. Following any suspension of play; and
2. At the discretion of the ITF Supervisor, in consultation with the Tournament Doctor and/or Sports Physiotherapist.

Details on the measurement of WBGT and Heat Index are provided in the current edition of the *ITF Guide to Recommended Health Care Standards for Tennis Tournaments*.

c.      Extreme Heat Condition: Modification of Play

When the Extreme Heat Condition: Modification of Play criterion is met before the start or resumption of a match, the procedures set out below in sub-section (d) should be followed. For the avoidance of doubt, the ITF Supervisor has the discretion to apply the procedures set out in sub-section (d) at a WBGT or Heat Index below the Extreme Heat Condition: Modification of Play criterion, if in his or her opinion it is required in the safety and wellbeing of players, officials, spectators or others.

If there is a change in weather conditions and the Extreme Heat Condition: Modification of Play criterion is met while a match is in progress, as determined by the periodic monitoring set out above in sub-section (b), the procedures set out below in sub-section (d) should be followed on all courts, including matches already in progress. Once notified that the Extreme Weather Condition: Modification of Play criterion is met, the Chair Umpire must inform the players at the next change of ends or set break.

If there is a change in weather conditions and the Extreme Heat Condition: Modification of Play criterion is no longer met, as determined by the periodic monitoring set out above in sub-section (b), those matches already in progress should continue to follow the procedures set out below in sub-section (d) until they are completed or suspended.

d.      Modification of Play Procedures (Singles and Doubles)

141

A 10-minute break will be allowed between the second and third sets (in a best of 3 tie-break sets match only) if one or more of the players requests such a break. If neither/none of the players requests such a break, then play will continue.

However, if a match has already resumed following the suspension of play and one set was completed before the suspension of play (in a best of 3 sets match), the 10-minute break will no longer be available, unless otherwise decided by the ITF Supervisor.

The ITF Supervisor, in consultation with the Tournament Doctor/Sports Physiotherapist, may choose to delay the starting time for matches until such a time as the Extreme Heat Condition: Modification of Play criterion is no longer met.

    i. During the 10-minute break:

        a. No coaching is allowed.

        b. A Medical Evaluation, Medical Time-Out or Medical Treatment is not allowed, unless approved by the ITF Supervisor. This would normally be restricted to requests for the Tournament Doctor/Sports Physiotherapist that are made on-court to the Chair Umpire, or were already agreed before the end of the second set (in a best of 3 sets match). However, a player is allowed to receive an adjustment of medical support, medical equipment and/or medical advice from the Tournament Doctor/Sports Physiotherapist during the 10-minute break.

    ii. Immediately following the 10-minute break:

        a. Any delay in resumption of play will subject a player to Time Violations (Warning, Point Penalties only apply).

        b. No re-warm up is allowed.

        c. A player is not allowed to receive a Medical Evaluation, Medical Time-Out or Medical Treatment, unless approved by the ITF Supervisor.

    iii. Consecutive Breaks

        An Extreme Weather Condition: Modification of Play 10-minute break and a Bathroom/Change of Attire break cannot be taken consecutively.

e.      Extreme Heat Condition: Suspension of Play (Singles and Doubles)



When the Extreme Heat Condition: Suspension of Play criterion is met before the start or resumption of a match, the start or resumption of play should be suspended until Extreme Heat Condition: Suspension of Play criterion is no longer met. If a game is in progress when the Extreme Heat Condition: Suspension of Play criterion is met, play should be suspended at the end of that game. Once the Extreme Heat Condition: Suspension of Play criterion is no longer met, the ITF Supervisor should give the players reasonable notice of the time at which play will resume. For the avoidance of doubt, the ITF Supervisor has the discretion to suspend play at a WBGT or Heat Index below the Extreme Heat Condition: Suspension of Play criterion, if in his or her opinion it is required in the safety and wellbeing of players, officials, spectators or others.

f.      Lightning

The ITF Supervisor or his/her designee is responsible for monitoring the local weather for lightning. The ITF Supervisor has the authority to suspend play when a thunderstorm appears imminent (for instance if lightning is sighted and thunder occurs in 30 seconds or less). Everyone on-site should be advised to seek appropriate shelter immediately. Play should not resume until the likelihood of a lightning strike has passed (as a guideline, at least 30 minutes after the last lightning strike is seen and the last sound of thunder is heard). Additional information on thunderstorms and lightning is provided in the *ITF Guide to Recommended Health Care Standards for Tennis Tournaments*.



# APPENDIX F

## MEDIA, COMMERCIAL AND DATA RIGHTS

The Men's and Women's ITF World Tennis Tour are sanctioned and governed by ITF Ltd ("ITF").

The individual tennis tournaments ("the Tournaments") which comprise the ITF World Tennis Tour are organised and staged by the National Tennis Association of the country where the Tournament is held ("National Association") and/or by promoters/organisers approved by the applicable National Association. The National Tennis Associations are members of the ITF.

The National Associations own and/or control the Tournaments staged under their jurisdiction and recognise the mutual benefits that may be created for them and the ITF by establishing a framework for the creation and exploitation of certain rights relating thereto.

Specific rights (as defined below) relating to the ITF World Tennis Tour and the Tournaments shall be exploited as set out below.

## 1. DEFINITIONS

In these Regulations the following terms shall have the meaning described below:-

"Tour Sponsor Rights"      The right of ITF to appoint a sponsor (a "Tour Sponsor") of the overall ITF World Tennis Tour and/or of a Cross Border Group (as defined below) (i.e. not in respect of individual Tournaments and/or groups of Tournaments in one country) including without limitation in the form of "the XYZ ITF World Tennis Tour";

"Commercial Rights"      Any and all commercial rights relating to the individual Tournaments excluding the Data Rights, the Media Rights and Tour Sponsor Rights but including without limitation tournament sponsorships (including without limitation sponsorship of individual Tournaments and sponsorship of groups of Tournaments in one country or jurisdiction), official supplier arrangements, venue advertising, programmes, tickets and hospitality;



| | |
|---|---|
| "Coverage" | Any and all audio-visual coverage of a Tournament or any part thereof; |
| "Cross Border Group" | Shall mean groups of Tournaments staged under the jurisdiction of two or more different National Associations, as authorised by the respective National Associations. |
| "Data Rights" | Shall mean the Live Scoring Rights and the Non-Live Data Rights; |
| "Delay Period" | Shall mean the period of 30 seconds immediately following the actual occurrence of an incident of match play or action that leads to such live score update (such as match starting, challenge, a point being scored, number of aces, etc.) |
| "Extended Period" | Shall mean the period commencing on 1st January 2017 and expiring 31st December 2026; |
| "Initial Period" | Shall mean the period commencing in 2012 and expiring 31st January 2016; |
| "Non-Live Data Rights" | Shall mean the right to collect, collate, store, use, reproduce, exploit, onward supply or make available any and all Official Data outside of the applicable Delay Period; |
| "Own Tournaments" | Shall mean in respect of a National Association, those Tournaments that are staged under its jurisdiction; |
| "Internet Rights" | Shall mean the right to transmit and/or make available the Coverage for reception by viewers by means of the Internet including without limitation Live Streaming; |
| "Media and Commercial Rights Working Group" | Shall mean the group of individuals representative of National Associations and the ITF; |
| "Live Scoring Rights" | Shall mean the right to collect, collate, store, use, reproduce, exploit, onward supply or make available any live match scores/in-match incident (such as match starting, challenge, a point being scored, number of aces etc.) during the applicable Delay Period; |
| "Live Signal" | Shall mean a live audio-visual signal of Coverage of a |



Tournament;

"Live Streaming"            Shall mean the transmission and/or making available of
                            Coverage from a Tournament through a Live Signal by
                            means of the Internet Rights and/or Mobile Rights
                            which shall only be permitted in accordance with
                            paragraph 2 (Media Rights) below;

"Media Rights"              Shall mean the right to transmit, exhibit or otherwise
                            make available the Coverage or any part thereof by any
                            form of electronic media including without limitation
                            by means of the Television Rights and/or Internet
                            Rights and/or Mobile Rights;

"Mobile Rights"             Shall mean the right to transmit, exhibit or otherwise
                            make available the Coverage or any part thereof by
                            means of mobile wireless technology (e.g. GPRS, GSM
                            and/or UMTS) and/or mobile broadcast technology
                            (e.g. DVB-H, DAB, DMB-T) and any similar or
                            derivative technologies;

"Net Revenue"               Shall mean revenues actually received by or on behalf
                            of ITF from the exploitation of Commercial Rights,
                            and/or Tour Sponsor Rights and/or Media Rights
                            hereunder after deduction of any costs, which are
                            subject to the mutual approval of the ITF and each
                            relevant National Association, incurred directly in the
                            generation of such revenues (e.g. agency commissions,
                            production costs, incremental and directly attributable
                            ITF staff costs) and/or any taxes levied thereon;

"Official Data"             Shall mean any order of play/schedule, draw, scoring
                            (including, without limitation live match scores/in-
                            match incident such as match starting, challenge, a
                            point being scored, number of aces etc) and/or other
                            statistical information relating to any Tournament
                            and/or the participants therein;

"Television Rights"         Shall mean the right to exhibit and/or licence third
                            parties to exhibit the Coverage live and/or delayed
                            and/or in highlights form by means of traditional
                            broadcast television delivery including without
                            limitation terrestrial, cable, and satellite television,
                            analogue and/or digital.



## 2. MEDIA RIGHTS

Each National Association shall retain and have the exclusive right to exploit the Media Rights in respect of its Own Tournaments and retain all revenues thereby generated.

As part of their retained Media Rights, the National Associations may carry out and/or authorise Live Streaming and/or other exhibitions of Coverage of their Own Tournaments. Each such National Association will not, during the Initial Period and/or the Extended Period, allow any such Coverage through Live Streaming to be transmitted or made available by means of the Internet Rights or Mobile Rights with a less than 30 second delay between the action taking place at the Tournament and the Live Streaming being available to viewers unless a shorter delay period is agreed otherwise with ITF in writing on a case by case basis. For the avoidance of doubt National Associations will not be required to delay exhibitions made by means of the Television Rights.

ITF shall have the exclusive right to exploit the Media Rights in respect of any Cross Border Group of Tournaments. Such exploitation is subject to agreement by each of the relevant National Associations. Upon expiry or termination of any agreement entered into by ITF for the exploitation of such rights, ITF may not renew or replace such agreement without the further agreement of each relevant National Association. ITF shall be free to propose such collective arrangements to each of the National Associations and each National Association may accept or reject such proposals at their discretion.

During the Initial Period and/or the Extended Period, ITF shall be exclusively entitled to seek licensees for the right to transmit or make available Live Streaming of the relevant National Association's Own Tournaments for use in connection with the provision of betting and gaming services
Each National Association shall retain the right to produce and/or appoint a third party to access its Own Tournaments in order to produce Coverage thereof. Where ITF has concluded any Media Rights arrangement in respect of a Cross Border Group (which will include without limitation any such arrangement for Live Streaming for betting and gaming purposes), and provided that a National Association is producing Coverage to exploit Media Rights in respect of any of its Own Tournaments, the respective National Association shall ensure that the producer of the Coverage, whether a broadcaster, production company or other entity, makes the Coverage available to ITF and/or ITF's licensees, as a Live Signal (if available) at the venue of the relevant Tournament(s) (or other agreed point) and use reasonable efforts to procure that access to the Live Signal is free of charge, subject to payment for transmission of the production feed (uplink and downlink) and/or in the form of tape delay subject to payment of reasonable tape costs.

147



If a National Association is not producing and has not appointed a third party to produce Coverage in respect of any of its Own Tournaments where ITF has concluded a Media Rights arrangement in respect of such Tournament as part of a Cross Border Group (which will include without limitation any such arrangement for Live Streaming for betting and gaming purposes), ITF shall be responsible for producing and/or appointing a third party to access the relevant Tournaments in order to produce Coverage to the extent required for any Media Rights arrangement in respect of such Cross Border Group.  In such case, the relevant National Association shall procure reasonable access to the Tournament venues and existing facilities (e.g. parking) for ITF's broadcaster, production company or other entity free of charge save for reimbursement of reasonable, directly attributable and incremental costs incurred by the relevant National Association and any of its Own Tournaments. ITF shall ensure that the producer of the Coverage, whether a broadcaster, production company or other entity, makes the Coverage available to the relevant National Association, as a Live Signal (if available) at the venue of the relevant Tournament(s) (or other agreed point) and use reasonable efforts to procure that access to the Live Signal is free of charge, subject to payment for transmission of the production feed (uplink and downlink) and/or in the form of tape delay subject to payment of reasonable tape costs.

In the case of any Media Rights exploited by the ITF 20 per cent of Net Revenue will be retained by ITF and 80 per cent of Net Revenue will be shared by National Associations which participate in ITF exploitation of such Media Rights according to a formula determined by ITF in consultation with the Media and Commercial Rights Working Group.

## 3. COMMERCIAL RIGHTS

Each National Association shall retain and have the exclusive right to exploit the Commercial Rights in respect of its Own Tournaments and retain all revenues thereby generated.

ITF shall have the exclusive right to exploit the Tour Sponsor Rights in respect of any Cross Border Group of Tournaments or the overall ITF World Tennis Tour. Such exploitation is subject to agreement by each of the relevant National Associations whose respective Own Tournaments will be subject to any Tour Sponsor Rights.  Upon expiry or termination of any agreement entered into by ITF for the exploitation of such rights, ITF may not renew or replace such agreement without the further agreement of each relevant National Association.  ITF shall be free to propose such collective arrangements to each National Association and each National Association may accept or reject such proposals at their discretion.

In the case of Tour Sponsor Rights exploited by the ITF, 20 per cent of Net Revenue will be retained by ITF and 80 per cent of Net Revenue will be shared by National Associations which participate in activating such Tour Sponsor Rights according to



a formula determined by ITF in consultation with the Media and Commercial Rights Working Group.

For the avoidance of doubt no sponsorship will be permitted either as part of the Commercial Rights or as Tour Sponsor Rights to any entity in respect of tobacco products, hard liquor products, betting companies, political activity or other category deemed to be detrimental to the sport of tennis, as reasonably determined by ITF in consultation with the applicable National Associations. It is permitted to appoint casinos or national, regional or state sports lotteries as part of the above rights (with the prior approval of the ITF) provided they do not offer tennis betting as part of their business activity.

## 4. DATA RIGHTS

The National Associations and ITF recognised the potential value of collaborating closely in the development and exploitation of Live Scoring Rights. Accordingly, the National Associations and ITF have agreed that during the period, covering the Initial Period and the extended Period, expiring at the end of the Extended Period unless extended on the same or a modified basis thereafter by further agreement (following good faith discussions) by each National Association and ITF:

i. Subject to clause (iii) below, the ITF shall have the exclusive right to exploit and/or to authorise third parties to exploit the Live Scoring Rights during the Initial Period and/or Extended Period with respect to all Tournaments and will keep the National Associations informed about such exploitation.

ii. The ITF will have the non-exclusive right to exploit the Non-Live Data Rights during the Initial Period and/or Extended Period and will keep the National Associations informed about such exploitation.

iii. The National Associations will retain all rights not expressly granted to the ITF during the Initial Period and/or Extended Period that relate to their Own Tournaments including, without limitation, with respect to the Live Scoring Rights and the Non-Live Data Rights. Notwithstanding the grant to ITF in clause (i), the National Associations shall retain the right to exhibit:

   a. Live Scoring Rights on on-court scoreboards and other areas located within the respective venues; and

   b. Live Scoring Rights on exhibitions made by means of the Television Rights of their own Tournaments to which such Live Scoring Rights relate.

Following expiry of the Extended Period if the arrangement is not agreed to be extended and/or renewed all Live Scoring Rights and Non-Live Data Rights which



derive from the ownership and/or control of each of the Tournaments shall remain vested in the respective National Association.

Any and all revenue generated from the exploitation of the Live Scoring Rights and Non-Live Data Rights by ITF during the Initial Period and/or Extended Period after recoupment by ITF from such revenues of all reasonable direct and incremental costs it incurs in relation to such exploitation (such costs to be periodically reviewed with the ITF World Tennis Tour Media, Commercial & Data Rights Working Group) shall be divided:

a.   20 per cent to ITF; and

b.   80 per cent to be shared by National Associations according to a formula determined by ITF in consultation with the Media and Commercial Rights Working Group.

The National Associations and Tournaments shall co-operate with the ITF during the Initial Period and/or Extended Period in relation to:

- any system or scheme that the ITF implements for the collection, supply and/or licensing (in each case by the ITF itself or via an appointed 3rd party) of Live Scoring Rights and Non-Live Data Rights at Tournaments;

- any reasonable measures that the ITF takes to protect the value of the Live Scoring Rights including without limitation to prevent the unauthorised collection and exploitation of the Live Scoring Rights relating to Tournaments during the Delay Period. Such measures may include the implementation and enforcement of ticket conditions, accreditation terms and access to venue agreements and shall be developed in consultation with the ITF World Tennis Tour Media, Commercial & Data Rights Working Group.

ITF shall make available to the National Associations free of charge any Official Data collected by ITF for use by the National Associations consistent with this rule.

ITF and the National Associations shall at all times co-operate with and comply with the requirements of the Tennis Integrity Unit.



# APPENDIX G

## PLAYER ANALYSIS TECHNOLOGY ("PAT") DATA RIGHTS

1. Definition

"PAT Data" shall mean player performance analysis data and/or other data or information (and any analysis derived from that data or information) that is collected (a) during a match in a tournament, and (b) by means of any system of Player analysis technology that is approved by ITF for use in that Tournament whether or not it is collected by or in co-operation with the ITF, a Nation or the Player.

2. PAT Data exploitation

ITF has, subject to the Rules of Tennis, agreed that players using approved PAT systems may collect, collate, assemble and store PAT Data from games and matches played in a Tournament subject to the following conditions:

   i.   During a match, coaches and players and any technology providers or service operators involved in the collection, collation and/or analysis of PAT Data shall only use such PAT Data for internal analysis and coaching purposes of the respective player and/or team and such use shall be strictly subject to Rule 30 of the Rules of Tennis.

   ii.  Each coach and player shall and undertakes to procure that any technology provider or service operator involved in the collection, collation and/or analysis of PAT Data at any time shall:

      a. Not publish, use or otherwise exploit any PAT Data or supply any PAT Data or analysis derived therefrom to third parties for any purposes other than as described in (i) above or that have otherwise been pre-approved in writing by ITF and shall take such steps as ITF may reasonably require to prevent any unauthorised access to and/or use of such PAT Data. In particular, but without limitation, no PAT Data or analysis or product derived therefrom shall be used or supplied to any third party for any purpose related to betting and/or gambling;

      b. Ensure that ITF shall be able to access free of charge any and all such PAT Data live and/or delayed at the venue of the match and/or such other point as may be agreed, and ITF shall be free to use such PAT Data and authorise third parties to use such PAT Data for any purposes.

   iii. In the event that such PAT Data is accessed by unauthorised third parties and/or ITF reasonably believes that PAT Data and/or PAT equipment and/or services are being used for any purposes in breach of these regulations ITF shall be entitled to rescind its approval and coaches and players will immediately cease use of the PAT system pending resolution.



# APPENDIX H

**CONTACTS**

**INTERNATIONAL TENNIS FEDERATION**

Bank Lane
Roehampton
London SW15 5XZ
Telephone: (44) (0) 20 8878 6464
Fax (44) (0) 20 8392 4748 / 4749
email: mens@itftennis.com
email: womens@itftennis.com

Kris Dent, Senior Executive Director, Professional Tennis
Jackie Nesbitt, Executive Director, ITF Circuits
Andrew Moss, Head, Men's & Women's ITF World Tennis Tour
Helen McFetridge, Manager, Juniors ITF World Tennis Tour

# MEN'S AND WOMEN'S
# ITF WORLD TENNIS TOUR

# CODE OF CONDUCT
# 2019

© ITF Limited t/a International Tennis Federation
All rights reserved
2019

# CODE OF CONDUCT
# MEN'S AND WOMEN'S
# ITF WORLD TENNIS TOUR
# 2019

*Please note that where the rules apply to the Women's ITF World Tennis Tour Regulations only, the text is in Italics*

## ARTICLE I: GENERAL

References in this Code of Conduct ("Code") to the "ITF Executive Director" shall hereafter mean the ITF Executive Director of Professional Tennis.

References in this Code to the "Committee" shall hereafter mean the ITF World Tennis Tour Women's Committee in the case of Women's ITF World Tennis Tour Tournaments and the ITF World Tennis Tour Men's Committee in the case of Men's ITF World Tennis Tour Tournaments.

## A.    PURPOSE

The International Tennis Federation promulgates this Code of Conduct ("Code") in order to maintain fair and reasonable standards of conduct by players, Related Persons and the organisers of Men's and Women's ITF World Tennis Tour tournaments, and to protect their respective rights, the rights of the public and the integrity of the Sport of Tennis. All references to the International Tennis Federation or the ITF shall mean the ITF Limited.

## B.    EXCLUSIVE APPLICABILITY

This 2019 ITF World Tennis Tour Code of Conduct shall be the exclusive basis for disciplinary action against any player, Related Person or tournament in ITF sanctioned ITF World Tennis Tour Tournaments, except to the extent that disciplinary jurisdiction is established in relation to such Tournaments under (I) the Tennis Anti-Doping Programme; (ii) the Anti-Corruption Program; and/or (iii) the ITF Welfare Policy.

## C.    FINES

All monetary fines set forth in the Code are in US Dollars.

A player who has accumulated $500 or more in unpaid fines for violations of the Code of Conduct shall not be allowed to enter and play in any ITF tournament until such time as all fines have been paid.

A player who has outstanding fines at the end of the calendar year shall not be allowed to enter any Men's or Women's ITF World Tennis Tour Tournaments until such time as all fines have been paid.

Players who are fined for major offences must pay all fines prior to their next event.

## D.    ITF SUPERVISOR

The approved ITF Supervisor for each Men's or Women's ITF World Tennis Tour Tournament shall be the final authority for the interpretation of these Tournament Regulations, Code of Conduct and the Rules of Tennis as to all matters arising that require immediate resolution at the tournament site.

## ARTICLE II: MEN'S ENTRY OFFENCES

## A.    APPLICABILITY

This Article shall only apply to Men's ITF World Tennis Tour Tournaments.

## B.    ENTRY OFFENCES

**1.    Late Withdrawal**
Any withdrawal from a player accepted into the Main Draw or Qualifying that occurs after the Withdrawal Deadline shall be considered a Late Withdrawal and will be penalised, except in the below circumstances:

a)  a player who is on the Qualifying Acceptance List but who is still playing in another Men's ITF World Tennis Tour Tournament, ITF World Tennis Tour Junior tournament or ATP tournament at the time of the Qualifying Sign-In Deadline, provided the player withdraws before the Qualifying Sign-In closes;

b)  a player who is on the Qualifying Acceptance List but who is still playing in another "qualified" Men's ITF World Tennis Tour or ATP tournament and who applies for a Special Exempt position, but where such Special Exempt position is not available for the player;

c)  a player who qualifies for entry or receives a Wild Card into the Qualifying or Main Draw of a Grand Slam tournament, provided the player withdraws before the Qualifying Sign-In Deadline;

d)  a player who is nominated to represent his country in an ITF Team Competition, provided the player withdraws before the Qualifying Sign-In Deadline;

e)  a player who is on the Main Draw or Qualifying Acceptance List of and ITF World Tennis Tour Tournament but is accepted into an ATP Tour or Challenger main draw or qualifying by 14:00 on the Friday prior to the

following weeks start date will not be penalised, provided the player was withdrawn at the "ATP Freeze Deadline".

The provisions of **Article II, Rule B.4, Playing Another Event / One Tournament per Week** apply.

Players who meet one of the exceptions for Late Withdrawal offences written above should email Mens@itftennis.com and provide them the appropriate documentation so the Late Withdrawal penalty can be removed from the player's Code of Conduct record.

Players who have been subject to Automatic Withdrawals will not be fined.

A player's first three (3) Late Withdrawal offences within a calendar year are automatically excused ("withdrawal amnesty")*and the fines cancelled, provided the withdrawal is received by the ITF (and by the ITF Supervisor, if submitted after the Freeze Deadline) prior to the Qualifying Sign-in Deadline. (*an excused withdrawal is valid for two consecutive tournament weeks provided the player withdraws as above).

**2.    No Show**
A player will have committed a No Show Offence if:
a)  He is accepted into the Qualifying and fails to sign in by the Qualifying Sign-In Deadline; or

b)  He is accepted into the Main Draw and fails to arrive on-site for his first match in the tournament. The ITF Supervisor may waive the No Show Offence for a player who arrives on-site after the scheduled commencement time for his first match, and penalise him for the On-Site Offence of Punctuality instead.

c)  A player that commits a No Show violation may not use an on-site medical certificate to appeal a penalty.

Violation of this Section shall subject a player to a fine up to $500.

In circumstances that are flagrant and particularly injurious to the success of the Men's ITF World Tennis Tour Tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour".

**3.    On-Site Medical Withdrawal**
a.  If a player is forced to retire or withdraw during a tournament for medical reasons, the ITF Medical Certification form must be completed by the on-site Tournament Doctor / Sports Physiotherapist verifying that the player is unfit to continue playing in the current tournament. Violation of this section shall subject a player to a fine of up to $500.

b.  A player that has endured a medical condition during the Tournament Week, but who completes their Tournament matches, may obtain a Medical Certificate from the Tournament Doctor/Sports Physiotherapist that can be used to withdraw from the following week's tournament without penalty. The player must obtain the Medical Certificate within 24 hours of completing their final match.

If the player wishes to use the Medical Certificate to withdraw from the following week's tournament then the player must inform the ITF and the ITF Supervisor (if after the Freeze deadline) no more than 48 hours after obtaining the Medical Certificate or before the Qualifying Sign-in, whichever is sooner.

Players who complete their final match of the tournament after the Qualifying Sign-in of the following week's Tournament must obtain a Medical Certificate and inform the ITF Supervisor before leaving the site if they wish to withdraw.

Violation of this section shall subject a player to a fine of up to $500.

c.  A valid ITF Medical Certificate will excuse a Late Withdrawal penalty for any subsequent Tournament until the player next competes in any tennis event, provided that a withdrawal form for each tournament is submitted prior to the relevant Qualifying Sign-in Deadline. A player must email the ITF Medical Certificate to the ITF for each subsequent tournament that the player wishes to use the medical certificate.

d.  A player who withdraws from a tournament after the Qualifying Sign-in Deadline will be excused a Late Withdrawal penalty provided:

i.  the player is still competing in the previous week's tournament at or after the time of the Qualifying Sign-In Deadline, is thereafter forced to withdraw/retire, is examined by that tournament's doctor and is determined to be unfit to compete at the following week's tournament; or

ii. the player is on-site at the tournament from which the player will withdraw when the withdrawal occurs and is determined to be unfit to compete by the tournament's doctor.

For the purpose of this rule, the player must withdraw before the start of his first match and the ITF Medical Certification form must be completed and submitted to the ITF no later than the last day of the tournament.

## 4 .  Playing Another Event / One Tournament Per Week

a.  No player who has entered and been accepted into the Qualifying or Main Draw of a Men's ITF World Tennis Tour Tournament shall play in any other tennis event during the period of such tournament except as stated below.

Participation by a committed player in an alternative tournament is permitted in the following specific circumstances and provided an official withdrawal for the tournament he was originally committed to, has been submitted prior to its

Qualifying Sign-in deadline (see section V. C. Entry and Withdrawal Deadlines and F. Freeze Deadline in the Men's ITF World Tennis Tour Regulations):

    **i.** A player is nominated to represent his country in an ITF Team competition;

    **ii.** A player qualifies for entry or is nominated to receive a Wild Card into the Qualifying or Main Draw of a Grand Slam tournament;

    **iii.** A player accepted into Qualifying of a Men's ITF World Tennis Tour Tournament is nominated to receive a Wild Card into the Main Draw of another Professional tournament;

    **iv.** A player accepted into Qualifying of a Men's ITF World Tennis Tour Tournament is nominated to receive a Wild Card into the Qualifying of another Professional tournament in a higher prize money category;

    **v.** A player accepted into the Main Draw of a Men's ITF World Tennis Tour Tournament is nominated to receive a Wild Card into the Main Draw or Qualifying of a Challenger or ATP Tour event, provided 1) the wild card is for a tournament in the same country as the player's official nationality, and 2) the Tournament Organiser from the ITF World Tennis Tour tournament provides a written release to the player.

    **vi.** A player accepted into Qualifying or Main Draw of a Men's ITF World Tennis Tour Tournament is nominated to receive a Wild Card into the Main Draw or Qualifying of a Juniors ITF World Tennis Tour (Grand Slam, Grade A, Grade 1) tournament.

    **vii.** A player accepted into a Junior ITF World Tennis Tour Tournament is nominated to receive a Wild Card into the Main Draw or Qualifying of a Men's ITF World Tennis Tour Tournament.

    **viii.** A player is forced to withdraw from a Qualifying event because he is still committed in a previous week's tournament but is not eligible to apply for, or has been unsuccessful in applying for, a Special Exempt place.

    **ix.** A player may enter the doubles event of any tournament.

**b.** Participation by a player who has played in Qualifying or Main Draw of a Men's ITF World Tennis Tour Tournament in an additional tournament during the same week is only permitted in the following specific circumstances:

    **i.** A player is allowed to play singles Qualifying of one Professional tournament and doubles in another tournament played the same week, provided the player has played and been eliminated from one tournament prior to the doubles entry deadline in the other tournament. A player may not participate in both tournaments at the same time.

    **ii.** A player who played in the Qualifying of a Men's ITF World Tennis Tour Tournament is allowed to accept a Wild Card into the

Main Draw of an ITF World Tennis Tour Junior tournament during the same week provided he lost in the tournament prior to being offered the Wild Card.

**iii.** A player is nominated to represent his country in an ITF Team competition, provided the player has already lost in the Men's ITF World Tennis Tour tournament prior to being nominated.

**iv.** A player is allowed to participate in an "Other" Tournament (see section II.B. Categories of Tournaments in the Men's ITF World Tennis Tour Regulations) during the same week, provided he:

   a) notifies the ITF Supervisor of his intention to do so before his first match in the Men's ITF World Tennis Tour Tournament; and

   b) has played and been eliminated from the Men's ITF World Tennis Tour Tournament; and

   c) is released by the ITF Supervisor after his last match in the Men's ITF World Tennis Tour Tournament to play in the "Other" Tournament.

A player who was a No Show or who withdrew or retired from either singles or doubles main draw in any round may not participate in singles or doubles in any "Other" tournament during the same week.

With the exception of administrative error, players found to have been accepted into two Tournaments in one week after the Withdrawal Deadline should not be allowed into any Tournament. Players found to have competed in another Tournament or in two Tournaments in one week other than stated above shall be immediately defaulted and shall forfeit all prize money and ITF World Tennis ranking points earned at the Tournament(s) in question (where applicable).

Violation of this section shall result in a fine up to $1,000 in addition to any other fines provided in the Code.

In circumstances that are flagrant and particularly injurious to the success of the tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour".

## C.    WILD CARDS

No player, directly or indirectly, shall offer, give, solicit, receive or accept, or agree to offer, give, solicit, receive or accept anything of value in exchange for a Wild Card. Violation of this section by a player shall result in a fine of up to $5,000.

In circumstances that are flagrant and particularly injurious to the success of a Men's ITF World Tennis Tour Tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour".

## D.    DETERMINATION AND PENALTY

The ITF or ITF Supervisor shall make such investigation as is reasonable to determine the facts regarding all entry offences and upon determining that a violation has occurred shall specify the fine and/or other punishment therefore and where possible notify the player.

## E.    PAYMENT OF FINES

All fines levied for entry offences shall be paid by the player within ten (10) days after the notice thereof is provided. Unpaid fines shall also be collected at other Men's ITF World Tennis Tour Tournaments for remission to the ITF.

## F.    FALSIFYING OFFICIAL DOCUMENTATION

Should a player submit documentation that the ITF deems to be false evidence, including, but not limited to, documents pertaining to tournament entry and withdrawal and Code of Conduct appeals, the player shall be subject to a fine of up to $500 in addition to any other fines provided in the Code.

In circumstances that are flagrant and particularly injurious to the success of the tournament, or are singularly egregious, a single violation of this section shall also constitute the Major Offence of "Aggravated Behaviour".

## G.    APPEALS

Any player found to have committed an Entry Offence may, after paying all fines as above provided, appeal the offence and/or any fine imposed to the ITF Internal Adjudication Panel, which shall determine the matter in accordance with its Procedural Rules (save that there shall be no right of appeal against the ITF Internal Adjudication Panel's decision). The appeal shall be made in writing, using the form prescribed by the ITF and must be filed with the ITF by 17:00 (5.00 pm) GMT within fourteen (14) days from the date the player is notified of the violation (the "Notice of Appeal"). The Notice of Appeal must include a statement by the player as to the facts and circumstances of the incident along with any other evidence the player wishes to submit.

Please note that the appeals made after fourteen (14) days following the notification to a player of an Entry Offence, may not be appealed.

The use of an amnesty may not be appealed.

Under extraordinary circumstances, which must be substantiated by documentation and agreed by the ITF, a player may appeal a Late Withdrawal or No Show fine to the ITF Internal Adjudication Panel in advance of payment or without payment.

### ARTICLE III: WOMEN'S ENTRY OFFENCES

**A.    ENTRIES AND WITHDRAWALS**

*All players shall abide by the rules for entries and withdrawals set forth in these Regulations.*

**B.    ENTRY OFFENCES**
**1. Late Withdrawal/ No Show**
*No player may withdraw her entry from the Main Draw or Qualifying of a Women's ITF World Tennis Tour Tournament for any reason after the Withdrawal Deadline. Any such withdrawal will be considered a Late Withdrawal and will be penalised, except in the following circumstances:*

    *a)  a player who is on the Qualifying Acceptance List but who is still playing in another Women's ITF World Tennis Tour Tournament, ITF World Tennis Tour Junior tournament, or WTA tournament at the time of the Qualifying Sign-In Deadline, provided the player withdraws before the Qualifying Sign-In closes;*

    *b)  a player who is on the Qualifying Acceptance List but who is still playing in another "qualified" Women's ITF World Tennis Tour Tournament or WTA tournament and who applies for a Special Exempt position, but where such Special Exempt position is not available for the player;*

    *c)  a player who qualifies for entry or receives a Wild Card into the Qualifying or Main Draw of a Grand Slam Tournaments, provided the player withdraws before the Qualifying Sign-In Deadline;*

    *d)  a player who is nominated to represent her country in an ITF Team Competition, provided the player withdraws before the Qualifying Sign-In Deadline.*

    *e)  The provisions of **Article III, Rule B.3 Playing Another Event / One Tournament Per Week** apply.*

Players who meet one of the exceptions for Late Withdrawal offences written above should email Womens@itftennis.com and provide them the appropriate documentation so the Late Withdrawal penalty can be removed from the player's Code of Conduct record.

*Players who have been subject to Automatic Withdrawals will not be fined.*

*A player's first three (3) Late Withdrawal offences within a calendar year are automatically excused ("withdrawal amnesty")\* and the fines cancelled, provided the withdrawal is received by the ITF (and by the ITF Supervisor, if submitted after the Freeze Deadline) prior to the Qualifying Sign-in Deadline.*

*(\*an excused withdrawal is valid for two consecutive tournament weeks provided the player withdraws, as above).*

*A player will have committed a No Show Offence if:*

a) *She is accepted into the Qualifying and fails to Sign-In by the Qualifying Sign-In Deadline; or*

b) *She is accepted into the Main Draw or has a wild card entry and fails to arrive on-site for her first match in the tournament. The ITF Supervisor may waive the No Show Offence for a player who arrives on-site after the scheduled commencement time for her first match, and penalise her for the On-Site Offence of Punctuality instead.*

*Violation of this section shall result in a fine up to $1,000.*

*In circumstances that are flagrant and particularly injurious to the success of a Women's ITF World Tennis Tour Tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour".*

### *2. On-site Medical Withdrawal*

a. *If a player is forced to retire or withdraw during a tournament for medical reasons, the ITF Medical Certificate must be completed by the on-site Tournament Doctor/Sports Physiotherapist verifying that the player is unfit to continue playing in the current tournament.  Violation of this section shall subject a player to a fine of up to $500.*

b. *A player that has endured a medical condition during the Tournament Week, but who completes their Tournament matches, may obtain a Medical Certificate from the Tournament Doctor/Sports Physiotherapist that can be used to withdraw from the following week's tournament without penalty. The player must obtain the Medical Certificate within 24 hours of completing their final match.*

*If the player wishes to use the Medical Certificate to withdraw from the following week's tournament then the player must inform the ITF and the ITF Supervisor (if after the Freeze deadline) no more than 48 hours after obtaining the Medical Certificate or before the Qualifying Sign-in, whichever is sooner.*

*Players who complete their final match of the tournament after the Qualifying Sign-in of the following week's Tournament must obtain a Medical Certificate and inform the ITF Supervisor before leaving the site if they wish to withdraw.*

*Violation of this section shall subject a player to a fine of up to $500.*

c. *A valid ITF Medical Certification form will excuse a Late Withdrawal penalty for any subsequent tournament until the player next competes in any tennis*

*event, provided withdrawal form for each tournament is submitted prior to the relevant Qualifying Sign-in Deadline.*

d.  *A player who withdraws from a tournament after the Qualifying Sign-in Deadline will be excused a Late Withdrawal penalty provided:*

  i.  *the player is still competing in the previous week's tournament at or after the time of the Qualifying Sign-In Deadline, is thereafter forced to withdraw/retire, is examined by that tournament's doctor and is determined to be unfit to compete at the following week's tournament; or*

  ii.  *the player is on-site at the tournament from which the player will withdraw when the withdrawal occurs and is determined to be unfit to compete by the tournament's doctor.*

  *For the purpose of this rule, the player must withdraw before the start of her first match and the ITF Medical Certification form must be completed and submitted to the ITF no later than the last day of the tournament.*

### 3. Playing Another Event / One Tournament Per Week

a.  *No player who has entered and been accepted into the Qualifying or Main Draw of a Women's ITF World Tennis Tour Tournament shall play in any other tennis event during the period of such tournament except as stated below.*

  *Participation by a player in an alternative tournament is permitted in the following specific circumstances and provided an official withdrawal for the tournament she was originally committed to has been submitted prior to its Qualifying Sign-In Deadline (see section V. C. Entry and Withdrawal Deadlines and F. Freeze Deadline of the Women's ITF World Tennis Tour Regulations):*

  i.  *A player is nominated to represent her country in an ITF Team competition;*

  ii.  *A player qualifies for entry or is nominated to receive a Wild Card into the Qualifying or Main Draw of a Grand Slam tournament;*

  iii.  *A player accepted into Qualifying of a Women's ITF World Tennis Tour Tournament is nominated to receive a Wild Card into the Main Draw of another Professional tournament;*

  iv.  *A player accepted into Qualifying or Main Draw of a Women's ITF World Tennis Tour Tournament is nominated to receive a Wild Card into the Qualifying or Main Draw of another Professional tournament in a higher prize money category;*

  v.  *A player accepted into Qualifying or Main Draw of a Women's ITF World Tennis Tour Tournament is nominated to receive a Wild Card into the Main Draw or Qualifying of a Juniors ITF World Tennis Tour (Grand Slam, Grade A, Grade 1) tournament.*

  vi.  *A player accepted into a Junior ITF World Tennis Tour Tournament is nominated to receive a Wild Card into the Main Draw or Qualifying of a Women's ITF World Tennis Tour Tournament.*

      ***vii.*** *A player is forced to withdraw from a qualifying event because she is still committed in a previous week's tournament but is not eligible to apply, or has been unsuccessful in applying for, a special exempt place.*

     **viii.** *A player may enter the doubles event of any tournament. .*

*b.* *No player who has played in the Main Draw or Qualifying of a Women's ITF World Tennis Tour Tournament shall play in any other tennis event during the period of such tournament except as stated below.*

*Participation by a player who has played in Qualifying or Main Draw of a Women's ITF World Tennis Tour Tournament in an additional tournament during the same week is permitted in the following specific circumstances.*

      **i.** *A player is allowed to play singles Qualifying of one Professional tournament and doubles in another tournament played the same week, provided the player has played and been eliminated from one tournament prior to the doubles entry deadline in the other tournament. A player may not participate in both tournaments at the same time.*

     **ii.** *A player who played in the Qualifying of ITF Women's tournament is allowed to accept a Wild card into Main Draw of ITF World Tennis Tour Junior tournament during the same week provided she lost in the tournament prior being offered the Wild Card.*

    **iii.** *A player is nominated to represent her country in an ITF Team competition, provided the player has already lost in the ITF World Tennis Tour Tournament prior to being nominated;*

    **iv.** *A player is allowed to participate in an "Other" Tournament (see section II.B. Tournaments above) during the same week, provided she:*

       - *notifies the ITF Supervisor of her intention to do so before her first match in the Women's ITF World Tennis Tour Tournament; and*

       - *has played and been eliminated from the Women's ITF World Tennis Tour Tournament; and*

       - *is released by the ITF Supervisor after her last match in the Women's ITF World Tennis Tour Tournament to play in the Other Tournament.*

    *A player who was a No Show or who withdrew or retired from either singles or doubles Main Draw in any round may not participate in singles or doubles in any "Other" tournament during the same week.*

*A player is not allowed to compete in singles in two (2) tournaments nor in doubles in two (2) tournaments (WTA and Women's ITF World Tennis Tour) held in one week and will be withdrawn from the second tournament by the ITF (i.e. a player may not play the Qualifying of a WTA tournament, lose, and then play in a Women's ITF World Tennis Tour Tournament in*

*the same week). If a player does play two (2) tournaments in one (1) week, upon the first occurrence the player will receive the lesser of the rankings points earned from the two (2) tournaments.*

*Other than in the circumstances stated above, players found to have competed in another tournament or in two Tournaments in one week (including second and any subsequent occurrences) shall be immediately defaulted and shall forfeit all prize money and computer points (where applicable).*

*Violation of this Section shall result in a fine up to $1,000 in addition to any other Late Withdrawal fines provided in the Code.*

*In circumstances that are flagrant and particularly injurious to the success of a Women's ITF World Tennis Tour Tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour".*

## C.    WILD CARDS

*No player, directly or indirectly, shall offer, give, solicit, receive or accept, or agree to offer, give, solicit, receive or accept anything of value in exchange for a Wild Card. Violation of this section by a player shall result in a fine of up to $5,000.*

*In circumstances that are flagrant and particularly injurious to the success of a Women's ITF World Tennis Tour Tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour".*

## D.    DETERMINATION AND PENALTY

*The ITF or ITF Supervisor shall make such investigation as is reasonable to determine the facts regarding all Entry Offences and upon determining that a violation has occurred shall specify the fine and/or other punishment therefore and where possible notify the player.*

### E.    PAYMENT OF FINES

All fines levied for entry offences shall be paid by the player within ten (10) days after the notice thereof is provided. Unpaid fines shall also be collected at other Women's ITF World Tennis Tour Tournaments for remission to the ITF.

### F.    FALSIFYING OFFICIAL DOCUMENTATION

Should a player submit documentation that the ITF deems to be false evidence, including, but not limited to, documents pertaining to tournament entry and withdrawal and Code of Conduct appeals, the player shall be subject to a fine of up to $1,000 in addition to any other fines provided in the Code.

In circumstances that are flagrant and particularly injurious to the success of the tournament, or are singularly egregious, a single violation of this section shall also constitute the Major Offence of "Aggravated Behaviour".

### G.    APPEALS

Any player found to have committed an Entry Offence may, after paying all fines as provided above, appeal the offence and/or any fine imposed to the ITF Internal Adjudication Panel, which shall determine the matter in accordance with its Procedural Rules (save that there shall be no right of appeal against the ITF Internal Adjudication Panel's decision). The appeal shall be made in writing, _using the form prescribed by the ITF_ and must be filed with the ITF by 17:00 (5.00pm) GMT within fourteen (14) days from the date the player is notified of the violation (the "Notice of Appeal"). The Notice of Appeal must include a statement by the player as to the facts and circumstances of the incident along with any other evidence the player wishes to submit.

Please note that the appeals made after fourteen (14) days following the notification to a player of an Entry Offence, may not be appealed.

The use of an amnesty may not be appealed.

Under extraordinary circumstances, which must be substantiated by documentation and agreed by the ITF, a player may appeal a Late Withdrawal or No Show fine to the ITF Internal Adjudication Panel in advance of payment or without payment.

## ARTICLE IV: ON-SITE OFFENCES

### A.    GENERAL

Every player shall, during all matches and at all times while within the precincts of the site conduct himself/herself in a professional manner. The provisions below shall apply to each player's conduct while within the precincts of each such site, and references to the site shall include tournament hotels, transport, all tournament facilities and locations of tournament functions or activities.

### B.    PUNCTUALITY

Matches shall follow each other without delay in accordance with the announced order of play. The order of play shall be posted at a highly visible place in a general players' area as designated by the ITF Supervisor.
Matches shall be called in accordance with the order of play using all available and reasonable means. Players shall be ready to play when their matches are called.

1.    Any player not ready to play within ten (10) minutes after his match is called may be fined $50.

2.    Any player not ready to play within fifteen (15) minutes after his match is called may be fined up to an additional $200 and shall be defaulted unless the ITF Supervisor in his sole discretion, after consideration of all relevant circumstances, elects not to declare a default. The player may also be subject to the additional penalties set out in Article IV, O.

This section applies only to those players who are or have been on-site or who have signed-in with the referee by telephone during the Tournament Week.

### C.    DRESS AND EQUIPMENT

Every player shall dress and present himself/herself for play in a professional manner. Clean and customarily acceptable tennis attire shall be worn.

Any player who violates this Section may be ordered by the Chair Umpire or ITF Supervisor to change his/her attire or equipment immediately. Failure of a player to comply with such order may result in an immediate default. (The ITF reserves the right to interpret the following rules so as to give effect to the intent and purposes of these Regulations.)

1. **Unacceptable Attire**
   Sweatshirts, gym shorts, dress shirts, T-shirts or any other inappropriate attire shall not be worn during a match (including the warm-up).

**2. Shoes**

Players are required to wear tennis shoes generally accepted as proper tennis attire. Shoes shall not cause damage to the court other than what is expected during the normal course of a match or practice. Damage to a court may be considered as physical or visible, which may include a shoe that leaves mark beyond what is considered acceptable. The ITF Supervisor has the authority to determine that a shoe does not meet these criteria and may order the player to change.

**i.  Grass Court Shoes**

At grass court tournaments no grass court shoes other than those with rubber soles, without heels, ribs, studs or coverings, shall be worn by players.

Shoes with pimples or studs around the outside of the toes shall not be permitted. The foxing around the toes must be smooth.

The ITF Supervisor has the authority to determine that a tennis shoe's sole does not conform to such customs and standards and can prohibit its use at grass court tournaments.

**ii.  Clay Court Shoes**

Players are required to wear tennis shoes generally accepted for play on clay courts or granular surfaces. The ITF Supervisor has the authority to determine that a tennis shoe's sole does not conform to such customs and standards and can prohibit its use at clay court tournaments.

Grass court shoes shall not be worn during a match on clay courts.

**3. Identification**

No identification shall be permitted on a player's clothing, products or equipment on court during a match or at any press conference or tournament ceremony, except as follows:

**a.  Men's ITF World Tennis Tour Tournaments**

**1.  Shirt, Sweater or Jacket**

**i.  Sleeves.** Two (2) positions for commercial (i.e. non-manufacturer's) or manufacturer's identification for each sleeve, neither of which exceeds six (6) square inches (39 sq.cm), shall be permitted. Maximum of two (2) identifications may be paced within each six (6) square inch position. Identifications may contain writing.

**ii.  Sleeveless.** Two (2) positions of the manufacturer's or commercial identification, neither of which exceeds six (6) square inches (39 sq.cm) may be placed on the front or collar of the shirt. If no more than one (1) identification is placed on the front or collar of the shirt, then one (1) manufacturer

Code of Conduct

identification may be placed on the back of the shirt, not to exceed four (4) square inches (26 sq. cm). Identifications may contain writing.

iii. **Front, Back and Collar.** Two (2) positions of the manufacturer's or commercial identifications, neither of which exceeds six (6) square inches (39 sq.cm) may be placed in any location on the front or on the collar. Alternatively, one (1) manufacturer's or commercial identification which may not exceed six (6) square inches (39 sq.cm) may be placed on the front or collar and then an additional manufacturer's identification, not to exceed four (4) square inches (26 sq.cm), may be placed on the back. Identifications may contain writing.

iv. **Other.** Identification of the clothing manufacturer, without the name of the manufacturer or any other writing, may be placed once or repeatedly within an area not to exceed twelve (12) square inches (77.5 sq.cm) in one of the following positions:
   a. On each of the shirt sleeves (if a manufacturer's identification is not on the sleeves pursuant to the section i. above); or
   b. On the outer seams (sides of torso) of the shirt.

2. **Shorts**
Two (2) manufacturer's identifications, neither of which exceeds two (2) square inches (13 sq.cm) may be placed on the front or back of the shorts; or two (2) manufacturer's identification neither of which exceeds four (4) square inches (26 sq.cm) may be placed as follows: one (1) identification on the front and one (1) identification on the back of the shorts. Identifications may contain writing.

On compression shorts and/or compression sleeves, two (2) manufacturer's identification not to exceed two (2) square inches (13 sq.cm) or one (1) manufacturer's identification which must not exceed four (4) square inches (26 sq.cm). These shall be in addition to the manufacturer's identifications permitted on shorts.

3. **Socks/Shoes**
Manufacturer's identifications on each sock and on each shoe shall be permitted.

4. **Racquet**
Manufacturer's identifications on racquet and strings shall be permitted.

**5.    Hat, Headband or Wristband**
One (1) manufacturer's identification and/or one (1) commercial identification, neither if which exceeds four (4) square inches (26 sq.cm), shall be permitted on hats or headbands. The commercial identification must be located on the side of the hat/headband and worn so that it is positioned on the side of the head.
One (1) manufacturer's identification not to exceed four (4) square inches (26 sq.cm) will be permitted on wristband.

**6.    Bags, Towels, Other Equipment or Paraphernalia**
Tennis equipment manufacturer's identifications, on each item plus two (2) separate commercial identifications on one (1) bag, neither of which exceeds six (6) square inches (39sq.cm) shall be permitted. Note: The Tecnifibre ATP line of racquet bags are allowed at ITF Men's ITF World Tennis Tour Tournaments.

**b.    *Women's ITF World Tennis Tour Tournaments***

**1.    *Shirt, Sweater or Jacket***
**i.    *Sleeves.* One (1) commercial (non-manufacturer's) identification for each sleeve, neither of which exceeds four (4) square inches (26 sq.cm), plus one (1) manufacturer's identification on each sleeve, neither of which exceeds four (4) square inches (26 sq.cm) shall be permitted Identifications may contain writing. A third patch may be worn on the sleeve if it is a "WTA" patch. This patch shall not exceed four (4) square inches (26 sq.cm) and must be worn on the upper part of the garment.**

**ii.    *Sleeveless.* The two (2) commercial (non-manufacturer's) identifications permitted on the sleeves above, neither of which shall exceed four (4) square inches (26 sq.cm), may be placed on the front of the garment. Identifications may contain writing. A third patch may be worn on the front of the garment if it is a "WTA" patch. This patch shall not exceed four (4) square inches (26 sq.cm).**

**iii.    *Front, Back and Collar.* Total of two (2) manufacturer's identifications, neither of which exceeds two (2) square inches (13 sq.cm) or one (1) manufacturer's identification, which does not exceed four (4) square inches (26 sq.cm) may be placed in any of these three locations. Identifications may contain writing.**

**iv.    *Other.* Identification of the clothing manufacturer, without the name of the manufacturer or any other writing, may be placed**

*once or repeatedly within an area not to exceed twelve (12) square inches (77.5 sq.cm) in one of the following positions:*

 c. *On each of the shirt sleeves (if a manufacturer's identification is not on the sleeves pursuant to the section i. above); or*

 d. *On the outer seams (sides of torso) of the shirt*

**2.** ***Shorts / Skirts/ Compression Shorts / Leggings***
*On short and skirts, two (2) manufacturer's identifications, neither of which exceeds two (2) square inches (13 sq.cm), or one (1) manufacturer's identification which does not exceed four (4) square inches (26 sq.cm) shall be permitted.*

*On leggings or mid-thigh compression shorts, worn with a skirt or shorts, one (1) manufacturer's identification not to exceed two (2) square inches (13 sq.cm) and which shall be in addition to the manufacturer's identifications on shorts/skirts shall be permitted. Identifications may contain writing.*

*On leggings or mid-thigh compression shorts, worn without a skirt or shorts, allowed up to two (2) manufacturer's identifications, neither of which exceeds two (2) square inches (13 sq.cm), or one (1) manufacturer's identification which does not exceed four (4) square inches (26 sq.cm) shall be permitted.*

*Note: A dress for the purposes of permissible identification shall be treated as a combination of a skirt and a shirt (dividing dress at waist).*

**3.** ***Socks / Shoes***
*Manufacturer's identifications on each sock and on each shoe shall be permitted. The identifications on the sock(s) on each foot shall be limited to a maximum of two (2) square inches (13 sq.cm). Identifications may contain writing.*

**4.** ***Racquet***
*Manufacturer's identifications on racquet and strings shall be permitted.*

**5.** ***Hat, Headband or Wristband***
*One (1) manufacturer's identification not to exceed three (3) square inches (19.5 sq.cm) shall be permitted on wristbands.*
*For hats or headbands, one (1) manufacturer's identification on the front and one (1) commercial (non-manufacturer's) identification on the side, both of which may contain writing not to exceed three (3) square inches (19.5 sq.cm). Identifications may contain writing.*

*Hats, headbands or wristbands with the WTA logo (in addition to manufacturer's and commercial ID) shall not exceed two (2) square inches (13 sq.cm).*

6. ***Bags, Other Equipment or Paraphernalia***
*Tennis equipment manufacturer's identifications, or the WTA logo, on each item plus two (2) separate commercial identifications on one (1) bag, neither of which exceeds four (4) square inches (26 sq.cm) shall be permitted.*

*A total of one (1) WTA patch may be worn on a player's clothing (including hats, headband, wristband etc.) during the match.*

**c.  Another Tennis, Sport or Entertainment Event**
Notwithstanding anything to the contrary hereinabove set forth the identification by use of the name, emblem, logo, trademark, symbol or other description of any tennis circuit, series of tennis events, tennis exhibition, tennis tournament, any other sport or entertainment event other than the ITF World Tennis Tour is prohibited on all dress or equipment, unless otherwise approved by the ITF.

**d.  General**
All identifications should be firmly attached at all points on the clothing or equipment

No identification shall be permitted on player's clothing or equipment that promotes/displays <u>betting companies,</u> tobacco products, hard liquor products, political activity or other category deemed to be detrimental to the sport of tennis, the ITF or the ITF World Tennis Tour.

In the event the utilisation of any of the foregoing permitted commercial identifications would violate any governmental regulation with respect to television, then the same shall be prohibited.

For the purposes of this rule, the manufacturer means the manufacturer of the clothing or equipment in question.

In addition, the size limitation shall be ascertained by determining the area of the actual patch or other addition to a player's clothing without regard to the colour of the same. In determining area, depending on the shape of the patch or other addition, a circle, triangle or rectangle shall be drawn around the same and the size of the patch for the purpose of this Rule shall be the area within the circumference of the circle or the perimeter of the triangle or rectangle as the case may be.

3.    **Warm-up Clothing**
      Players may wear warm-up clothing during the warm-up and during a match provided it complies with the foregoing provisions and provided further that the players obtain approval of the ITF Supervisor prior to wearing warm-up clothing during a match.

4.    **Taping**
      No taping over of logos/patches shall be allowed.

5.    **Fines**
      Any player who violates this Section and is not defaulted shall be subject to the following fines:

      a.    **Unacceptable Attire**
            Violation of the provisions with respect to Unacceptable Attire shall result in a fine of up to $250;
      b.    **Manufacturer's Identification**
            Violation of the provisions with respect to manufacturer's identifications shall result in a fine of up to $250;
      c.    **Commercial Identification**
            Violation of the provisions with respect to commercial identifications shall result in a fine of up to $250;
      d.    **Another Tennis Event**
            Violation of the provisions with respect to the name of an event shall result in a fine of up to $250.

## D.    TIME VIOLATION / DELAY OF GAME

Following the expiration of the warm-up period play shall be continuous and a player shall not unreasonably delay a match for any cause.

A maximum of *twenty-five (25) seconds (Women's ITF World Tennis Tour)* or twenty-five (25) seconds (Men's ITF World Tennis Tour) seconds shall elapse from the moment the ball goes out of play at the end of the point until the time the ball is struck for the first serve of the next point. If such serve is a fault, then the second serve must be struck by the server without delay.

When changing ends, a maximum of ninety (90) seconds shall elapse from the moment the ball goes out of play at the end of the game until the time the first serve is struck for the next game. If such first serve is a fault the second serve must be struck by the server without delay. However, after the first game of each set and during a tie-break, play shall be continuous, and the players shall change ends without a rest period.

At the conclusion of each set, regardless of the score, there shall be a set break of one hundred and twenty (120) seconds from the moment the ball goes out of play at the end of the set until the time the first serve is struck for the next set. If a set ends after

an even number of games, there shall be no change of ends until after the first game of the next set.

The receiver shall play to the reasonable pace of the server and shall be ready to receive within a reasonable time of the server being ready. A Time Violation may be issued prior to the expiration of *twenty-five (25 seconds (Women's ITF World Tennis Tour)* or twenty-five (25) seconds (Men's ITF World Tennis Tour) if the receiver's actions are delaying the reasonable pace of the server.

The first violation of this Section, as either server or receiver, shall be penalised by a Time Violation - Warning and each subsequent violation, as either server or receiver, shall be penalised as follows:

- Server        The Time Violation shall result in a "fault"
- Receiver      The Time Violation shall result in a "point penalty"

When a violation is a result of a medical condition, refusal to play or not returning to the court within the allowed time a Code Violation (Delay of Game) penalty shall be assessed in accordance with the Point Penalty Schedule.

## E.    AUDIBLE OBSCENITY (AOb)

Players shall not use an audible obscenity within the precinct of the tournament site. Violation of this Section shall subject a player to a fine up to $500 for each violation. In addition, if such violation occurs during a match (including the warm-up), the player shall be penalised in accordance with the Point Penalty Schedule below. In circumstances that are flagrant and particularly injurious to the success of a tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour" and shall be subject to the additional penalties below therefore.
For the purposes of this Rule, audible obscenity is defined as the use of words commonly known and understood to be profane and uttered clearly and loudly enough to be heard by the Court Officials or spectators.

## F.    VISIBLE OBSCENITY (VOb)

Players shall not make obscene gestures of any kind within the precincts of the tournament site. Violation of this Section shall subject a player to a fine up to $500 for each violation. In addition, if such violation occurs during a match (including the warm-up), the player shall be penalised in accordance with the Point Penalty Schedule below. In circumstances that are flagrant and particularly injurious to the success of a tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour" and shall be subject to the additional penalties below.

For the purposes of this Rule, visible obscenity is defined as the making of signs by a player with his hands and/or racquet or balls that commonly have an obscene meaning.

## G.    VERBAL ABUSE (VA)

Players shall not at any time directly or indirectly verbally abuse any official, opponent, sponsor, spectator or other person within the precincts of the tournament site.

Violation of this Section shall subject a player to a fine up to $500 for each violation. In addition, if such violation occurs during a match (including the warm-up), the player shall be penalised in accordance with the Point Penalty Schedule below. In circumstances that are flagrant and particularly injurious to the success of a tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour" and shall be subject to the additional penalties below.

For the purposes of this Rule, verbal abuse is defined as a statement about an official, opponent, sponsor, spectator or other person that implies dishonesty or is derogatory, insulting or otherwise abusive.

## H.    PHYSICAL ABUSE (PhA)

Players shall not at any time physically abuse any official, opponent, spectator or other person within the precincts of the tournament site.

Violation of this Section shall subject a player to a fine up to $500 for each violation. In addition, if such violation occurs during a match (including the warm-up), the player shall be penalised in accordance with the Point Penalty Schedule below. In circumstances that are flagrant and particularly injurious to the success of a tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour" and shall be subject to the additional penalties below.

For the purposes of this Rule, physical abuse is the unauthorised touching of an official, opponent, spectator or other person.

## I.    ABUSE OF BALLS (BA)

Players shall not violently, dangerously or with anger hit, kick or throw a tennis ball within the precincts of the tournament site except in the reasonable pursuit of a point during a match (including the warm-up). Violation of this Section shall subject a player to a fine up to $250 for each violation. In addition, if such violation occurs during a match (including the warm-up), the player shall be penalised in accordance with the Point Penalty Schedule below.

For the purposes of this Rule, abuse of balls is defined as intentionally hitting a ball out of the enclosure of the court, hitting a ball dangerously or recklessly within the court or hitting a ball with negligent disregard of the consequences.

## J.     ABUSE OF RACQUETS OR EQUIPMENT (RA)

Players shall not violently or with anger hit, kick or throw a racquet or other equipment within the precincts of the tournament site. Violation of this Section shall subject a player to a fine up to $250 for each violation. In addition, if such violation occurs during a match (including the warm-up), the player shall be penalised in accordance with the Point Penalty Schedule below.

For the purposes of this Rule, abuse of racquets or equipment is defined as intentionally and violently destroying or damaging racquets or equipment or intentionally and violently hitting the net, court, umpire's chair or other fixture during a match out of anger or frustration.

## K.     COACHING AND COACHES (CC)

Players shall not receive coaching during a match. Communications of any kind, audible or visible, between a player and a coach may be construed as coaching. Players shall also prohibit their coaches (1) from using audible obscenity within the precincts of the tournament site, (2) from making obscene gestures of any kind within the precincts of the tournament site, (3) from verbally abusing any official, opponent, spectator or other person within the precincts of the tournament site, (4) from physically abusing any official, opponent, spectator or other person within the precincts of the tournament site and (5) from giving, making, issuing, authorising or endorsing any public statement within the precincts of the tournament site having, or designed to have, an effect prejudicial or detrimental to the best interest of the tournament and/or of the officiating thereof.

Violation of this Section shall subject a player to a fine up to $500 for each violation. In addition, if such violation occurs during a match (including the warm-up), the player shall be penalised in accordance with the Point Penalty Schedule below. In circumstances that are flagrant and particularly injurious to the success of a tournament, or are singularly egregious, a single violation of this section shall also constitute the Major Offence of "Aggravated Behaviour" and shall be subject to the additional penalties below and the ITF Supervisor may order the Coach to be removed from the site of a match or the precincts of the tournament site and may declare an immediate default of such player.

For the purposes of this Rule, a "coach" shall also include any representative and/or relative of a player.

## L.     UNSPORTSMANLIKE CONDUCT (UnC)

Players shall at all times conduct themselves in a sportsmanlike manner and give due regard to the authority of officials and the rights of opponents, spectators and others. Violation of this Section shall subject a player to a fine up to $500 for each violation. In addition, if such violation occurs during a match (including the warm-up), the player shall be penalised in accordance with the Point Penalty Schedule below. In circumstances that are flagrant and particularly injurious to the success of a

tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour" and shall be subject to the additional penalties below.

For the purposes of this Rule, unsportsmanlike conduct is defined as any misconduct by a player that is clearly abusive or detrimental to the Competition, the ITF or the sport of tennis. In addition, unsportsmanlike conduct shall include, but not be limited to, the giving, making, issuing, authorising or endorsing any public statement having, or designed to have, an effect prejudicial or detrimental to the best interests of the tournament and/or the officiating thereof.

## M.    BEST EFFORTS (BE)

A player shall use his best efforts to win a match when competing in an ITF World Tennis Tour Tournament. Violation of this section shall subject a player to a fine up to $500 for each violation.

For purposes of this Rule, the ITF Supervisor and/or the Chair Umpire shall have the authority to penalise a player in accordance with the Point Penalty Schedule. In circumstances that are flagrant and particularly injurious to the success of a tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour" and shall be subject to the additional penalties below.

## N.    LEAVING THE COURT (LC)

A player shall not leave the court area during a match (including the warm-up) without the permission of the Chair Umpire. Violation of this Section shall subject a player to a fine up to $250 for each violation. In addition, the player may be defaulted and subjected to the additional penalties for Failure to Complete Match as below.

## O.    FAILURE TO COMPLETE MATCH OR TOURNAMENT (FCM)

A player must complete a match in progress, and complete the tournament, unless he/she is reasonably unable to do so. Violation of this Section shall subject a player to a fine up to $250. In addition, a violation of this Section shall subject a player to immediate default and shall also constitute the Major Offence of "Aggravated Behaviour" and shall be subject to the additional penalties below.

If a doubles team fails to complete a match in progress or the tournament, the ITF Supervisor shall have discretion over whether one or both of the team members will be sanctioned under this section.

## P.    CEREMONIES (Cer)

A player participating in the finals of an ITF World Tennis Tour Tournament must attend and participate in the final ceremonies after the match unless he/she is reasonably unable to do so. Violation of this Section shall subject a player to a fine up to $250.

## Q.    MEDIA CONFERENCE (MC)

Unless injured and physically unable to appear, a player or team must attend the post-match media conference(s) organised immediately or within thirty (30) minutes after the conclusion of each match whether the player or team was the winner or loser, unless such time is extended or otherwise modified by the ITF Supervisor for good cause. Violation of this Section shall subject a player to a fine up to $250.

## R.    POINT PENALTY SCHEDULE

The Point Penalty Schedule to be used for violations set forth above is as follows:

| | |
|---|---|
| FIRST offence | WARNING |
| SECOND offence | POINT PENALTY |
| THIRD and each subsequent offence | GAME PENALTY |

However, after the third Code Violation, the ITF Supervisor shall determine whether each subsequent offence shall constitute a default.

The imposition of a penalty under the Point Penalty Schedule shall be final and unappealable.

## S.    DEFAULTS

The ITF Supervisor may declare a default for either a single violation of this Code (Immediate Default) or pursuant to the Point Penalty Schedule set out above. In all cases of default, the decision of the ITF Supervisor shall be final and unappealable.

Subject to the exceptions specified below, any player who is defaulted shall be subject to the following penalties:
a) loss of all prize money, hospitality and points earned for that event at that tournament, and
b) a fine of up to $250 in addition to any or all other fines levied with respect to the offending incident, and
c) at the ITF Supervisor's discretion, default from all other events, if any, at that tournament.

The exceptions to the additional penalties set out above are:
- **a.** the player or team was defaulted for a violation of the Punctuality or Dress and Equipment provisions set forth in Article IV. B and C, or
- **b.** the player or team was defaulted as a result of a medical condition, or
- **c.** the player's doubles partner committed the Code Violation which caused the default.

Default of a player from the remainder of the tournament may include at the ITF Supervisor's discretion the removal of accreditation and denial of access to the site.

## T.  DOUBLES EVENTS

### 1.  Warnings/Point Penalties/Game Penalties/Defaults

Warnings, Point Penalties, Game Penalties and/or a default if assessed for violation of the Code shall be assessed against the team.

### 2.  Fines

All fines for violation of Article IV of the Code shall be assessed only against the individual member of the team who is in violation unless both members of the team are in violation.

## U.  DETERMINATION AND PENALTY

The ITF Supervisor shall make such investigation as is reasonable to determine the facts regarding all On-Site Offences and upon determining that a violation has occurred shall specify the fine and/or other punishment therefor and give written notice thereof to the player. Notwithstanding anything contained herein to the contrary, the ITF Supervisor may, at his discretion, limit the fines levied during any tournament qualifying event to a maximum of $100 for each violation.

## V.  PAYMENT OF FINES

Each ITF World Tennis Tour Tournament shall deduct fines levied by the ITF Supervisor for on-site offences from the player's winnings, if any, and promptly pay the same to the ITF. Any unpaid fines shall also be collected at other ITF World Tennis Tour Tournaments for remission to the ITF.

A player who has outstanding fines at the end of the calendar year shall not be allowed to enter any ITF World Tennis Tour Tournaments until such time as all fines have been paid.

## W.  APPEALS

Any player found to have committed an On-Site Offence may, after paying all fines as provided above, appeal the determination of a violation and/or the punishment imposed under section U. above (but not any point penalties or defaults) to the ITF Internal Adjudication Panel, which shall determine the matter in accordance with its Procedural Rules (save that there shall be no right of appeal against the ITF Internal Adjudication Panel's decision). The appeal shall be made in writing, <u>using the form prescribed by the ITF</u> and must be filed with the ITF by 17:00 (5.00pm) GMT within fourteen (14) days from the date the player is notified of the violation. The Notice of Appeal must include a statement by the player as to the facts and circumstances of the incident along with any other evidence the player wishes to submit.

## ARTICLE V: TENNIS ANTI-CORRUPTION PROGRAM

The Tennis Anti-Corruption Program applies to the ITF World Tennis Tour, and any player or other covered person (as defined in the Tennis Anti-Corruption Program) who enters of participates in the ITF World Tennis Tour shall be deemed to have agreed to be bound by and to comply with all of its provisions. The Tennis Anti-Corruption Program may be downloaded at www.tennisintegrityunit.com.

## ARTICLE VI: MAJOR OFFENCES

### A.    AGGRAVATED BEHAVIOUR

No player or Related Person at any ITF World Tennis Tour Tournament shall engage in "Aggravated Behaviour" which is defined as follows:

1.    One or more incidents of behaviour designated in this Code as constituting "Aggravated Behaviour";

2.    One incident of behaviour that is flagrant and particularly injurious to the success of an ITF World Tennis Tour Tournament, or is singularly egregious;

3.    A series of two (2) or more violations of this Code within a twelve (12) month period which singularly do not constitute "Aggravated Behaviour", but when viewed together establish a pattern of conduct that is collectively egregious and is detrimental or injurious to the ITF World Tennis Tour Tournaments.

In addition, any player or Related Person who, directly or indirectly, offers or provides or receives any money, benefit or consideration to or from any other Covered Person or third party in exchange for access and/or accreditation to the tournament site shall be deemed to have engaged in Aggravated Behaviour and be in violation of this Section.

Violation of this Section by a player, directly or indirectly through a Related Person or others, shall subject a player to a fine of up to $5,000 or the amount of prize money won at the tournament, whichever is greater, and a maximum penalty of permanent suspension from play in any ITF Tournament, event or ITF World Tennis Tour.

Violation of this Section shall subject a Related Person to a maximum penalty of permanent revocation of accreditation and denial of access to any the ITF World Tennis Tour, ITF Tournament, event or circuit.

### B.    CONDUCT CONTRARY TO THE INTEGRITY OF THE GAME

No player or Related Person shall engage in conduct contrary to the integrity of the Game of Tennis. If a player is convicted of the violation of a criminal or civil law of

any country, the player may be deemed by virtue of such conviction to have engaged in conduct contrary to the integrity of the Game of Tennis and the ITF Executive Director may provisionally suspend such player from further participation in ITF World Tennis Tour Tournaments pending a final determination in Section C. In addition, if a player has at any time behaved in a manner severely damaging to the reputation of the sport, the player may be deemed by virtue of such behaviour to have engaged in conduct contrary to the integrity of the Game of Tennis and be in violation of this Section. Violation of this Section by a player, directly or indirectly through a Related Person or others, shall subject a player to a fine up to $5,000 and/or to a maximum penalty of permanent suspension from play in any ITF World Tennis Tour Tournament, ITF Tournament, event or circuit.

Violation of this Section shall subject a Related Person to a maximum penalty of permanent revocation of accreditation and denial of access to any ITF World Tennis Tour Tournament, ITF Tournament, event or circuit.

## C.    DETERMINATION AND PENALTY

The ITF will investigate all facts concerning any alleged Major Offence. All Players and Related Persons must cooperate fully with such investigations. The ITF may make a written demand to a Player or Related Person (a "Demand") to furnish to the ITF any information that may evidence or lead to the discovery of evidence of a Major Offence, including (without limitation) requiring the Player or other Related Person to attend an interview and/or to provide a written statement setting forth his/her knowledge of the relevant facts and circumstances. The Player or Related Person must furnish such information within seven business days of the making of such Demand, or within such other deadline as may be specified by the ITF.

Where, as the result of an investigation under this Article VI.C, the ITF forms the view that a Player or Related Person has a case to answer for commission of a Major Offence, the ITF shall refer the matter to the Review Board.

**Review Board**
The ITF shall identify one or more individuals who are independent of the ITF and who have the expertise required by the nature of the particular case to form the Review Board and to review the evidence to determine whether there is a case to answer. The ITF shall send the entire dossier of evidence to the Review Board member(s). Where necessary, the Review Board may request that the ITF provide additional information for the Review Board's consideration. There shall be no obligation for the Review Board to meet in person to deliberate. However, any decision by the Review Board that the Player or other Person has a case to answer must be unanimous.

Where the Review Board concludes that there is no case to answer, then the ITF shall notify the Player or Related Person and any other party with a right of appeal, and (subject to the rights of appeal) the matter shall not proceed any further.

When the Review Board determines that a Player or Related Person has a case to answer, the ITF will send a written notice to the Player or Related Person (the "Notice of Charge"), with a copy to the Chairman of the Independent Tribunal, setting out:

 (a) the Major Offence(s) alleged to have been committed, a summary of the facts upon which such allegations are based;
 (b) the potential consequences applicable if it is determined that the alleged Major Offence has been committed; and
 (c) the Player or Related Person's entitlement to respond to the Notice of Charge in one of the following ways:
   (i)   to admit the Major Offence(s) charged, and accede to the consequences specified in the Notice of Charge;
   (ii)  to admit the Major Offence(s) charged, but to dispute and/or seek to mitigate the consequences specified in the Notice of Charge, and to have the Independent Tribunal determine the consequences at a hearing; or
   (iii) to deny the Major Offence(s) charged, and to have the Independent Tribunal determine the charge and (if the charge is upheld) any consequences, at a hearing.
 (d)   if the Player or Related Person wishes to exercise his/her right to a hearing before the Independent Tribunal, he/she must submit a written request for such a hearing so that it is received by the ITF as soon as possible, but in any event within 10 days of the Player or Related Person's receipt of the Notice. The request must also state how the Player or Related Person responds to the charge in the Notice and must explain (in summary form) the basis for such response. In the event no such response is received by that deadline, the Player or Related Person will be deemed to have admitted the Major Offence(s) charged, and to have acceded to the consequences specified in the Notice of Charge.

In the event that the ITF withdraws the Notice of Charge, or the Player or Related Person admits the Major Offence(s) charged and accedes to the consequences specified by the ITF (or is deemed to have done so), a hearing before the Independent Tribunal shall not be required. Instead the ITF shall promptly issue a decision confirming (as applicable) its withdrawal of the Notice of Charge or the commission of the Major Offence(s) and the imposition of the specified consequences, and shall send a copy of the decision to the Player or Related Person.

**Provisional Suspension**

At the time, afterwards, or (exceptionally) before, it issues a Notice of Charge, the ITF may impose a Provisional Suspension on the Player or Related Person in question pending determination of the charge(s), where it considers it necessary to protect the integrity and/or reputation of the Competition, the ITF, and/or the sport of tennis.

Where a Provisional Suspension is imposed, the ITF shall notify the Player or Related Person of his/her right:

(a)    at his/her election, to make an application to the Chairman of the Independent Tribunal convened to hear his/her case, either immediately or at any time prior to the full hearing, for an order that the Provisional Suspension should not be imposed (or, if the Provisional Suspension has been imposed, that it should be vacated). The Chairman of the Independent Tribunal, sitting alone, will rule on the application as soon as reasonably practicable; and

(b)    to have the proceedings before the Independent Tribunal expedited so that the hearing is held, and the charge against him/her is determined, as soon as possible, consistent with the requirements of due process.

In circumstances where the ITF decides not to impose a Provisional Suspension, the Player or Related Person shall be offered the opportunity to accept a voluntary Provisional Suspension pending the resolution of the matter. If the Player or Related Person wishes to accept the offer (and receive credit against any period of suspension that might be imposed), the Player or Related Person must communicate his/her acceptance in writing to the ITF, in a form acceptable to the ITF.

No admission shall be inferred, or other adverse inference drawn, from the decision of a Player or Related Person (a) not to make an application to avoid (or to vacate) a Provisional Suspension, or (b) to accept a voluntary Provisional Suspension.

A Player or Related Person may not, during the period of any Provisional Suspension, play, coach or otherwise participate in any capacity in any ITF World Tennis Tour Tournament, ITF Tournament, event or circuit owned or sanctioned by the ITF.

Any period of Provisional Suspension served by the Player or Related Person (whether imposed or voluntarily accepted in writing, in a form acceptable to the ITF) shall be credited against any period of suspension imposed by the Independent Tribunal, provided that the Player or Related Person must have respected the terms of the Provisional Suspension in full. No credit against a period of suspension shall be given for any time period before the effective date of the Provisional Suspension (whether imposed or voluntarily accepted in writing, in a form acceptable to the ITF), regardless of the Player's or Related Person's status or lack of participation during such period. If a period of suspension is served pursuant to a decision that is subsequently appealed, then the Player or Related Person shall receive a credit for such period of Provisional Suspension served against any period of suspension that may ultimately be imposed on appeal.

**Hearing**

If the Player or Related Person charged exercises his/her right to a hearing, the matter shall be referred to the Independent Tribunal and shall be resolved in accordance with the Independent Tribunal's Procedural Rules.

**D.    PAYMENT OF FINES**

All fines levied by the Independent Tribunal for Major Offences shall be paid by the player to the ITF within thirty (30) days after receipt of written notice thereof. If the fine is not paid in thirty (30) days the ITF Executive Director will instruct:

a)  the next ITF World Tennis Tour Tournament to require the player to pay the entire fine prior to playing; or

b) withhold prize money due to the player until settlement is made; and

c) the Player's fine will be added to the Player's unpaid fines and Article I, C. shall apply.

## E.    COMMENCEMENT OF PENALTY

A suspension imposed on a Player for a Major Offence shall take effect from the later of the following, unless specified otherwise by the Independent Tribunal or the ITF when issuing the suspension:

a) the date of notification by the ITF or Independent Tribunal;

b) if the Player is participating in a Tournament on the date of notification, the day after he or she finishes competing in that Tournament.

The revocation of accreditation or denial of access to ITF World Tennis Tour Tournaments imposed on a Related Person shall take effect immediately upon notification.

## F.    APPEAL

The ITF, the Player and/or the Related Person may appeal the Independent Tribunal's decision to the Court of Arbitration for Sport. The appeal proceedings shall be conducted in accordance with the CAS Code of Sports-related Arbitration, in the English language, and shall be governed by English Law.

## ARTICLE VII: MEDICAL CONTROL – ANTI-DOPING POLICY

Any Player, Player Support Personnel or other Person who enters or participates in the ITF World Tennis Tour shall be bound by and shall comply with all of the provisions of the ITF Tennis Anti-Doping Programme 2019.

The ITF Tennis Anti-Doping Programme 2019 is set out in full on the ITF website (www.itftennis.com/antidoping) and in a separate rulebook that is published and distributed by the ITF to all National Associations. The ITF Tennis Anti-Doping Programme 2019 is also available upon application.

## ARTICLE VIII: TOURNAMENT OFFENCES

### A.    APPLICABILITY

This Article shall apply to each ITF World Tennis Tour Tournament and any Applicant for such an event. References in this Article to a "Tournament" shall hereafter mean an ITF Tournament or applicant for such a tournament, and where applicable refers to the legal entity (personal or corporate) that is applying for, administering, operating or otherwise organising the ITF Tournament.

### B.    GUARANTEES

The owner(s), operator(s), sponsor(s) or agent(s) of a Tournament shall not offer, give or pay money or anything of value, nor shall such a tournament permit any other person or entity to offer, give or pay money or anything of value to a player, directly or indirectly, to influence or guarantee a player's appearance at a Tournament other than prize money and permitted amateur expenses, unless authorised to do so by the Committee. Violation of this Section shall subject the Tournament to a fine up to $5,000 plus the amount or value of any such payment, disqualification and loss of sanction, and/ or forfeiture of all sums, if any, previously paid to the ITF. In the event the ITF Executive Director believes that a Tournament may be violating this Section, then upon demand the Tournament must furnish or cause to be furnished to the ITF Executive Director or his agent access to and copies of all records to which it has access relating in any way to such alleged guarantee, or, in the absence of such records, an affidavit setting forth the facts in detail with respect to any transaction under question by the ITF Executive Director.

### C.    WILD CARDS

No Tournament, directly or indirectly, shall offer, give, solicit, receive or accept, or agree to offer, give, solicit, receive or accept anything of value in exchange for a Wild Card. Violation of this section shall subject the Tournament to a fine of up to $5,000, and/or forfeiture of all sums, if any, previously paid to the ITF, and/or withdrawal of its sanction.

### D.    CONDUCT CONTRARY TO THE INTEGRITY OF THE GAME

No Tournament, or any owner, promoter or operator thereof, shall engage in conduct contrary to the integrity of the Sport.

Violation of this Section shall subject the Tournament to a fine up to $5,000 and/or forfeiture of all sums, if any, previously paid to the ITF.

## E.    ITF WORLD TENNIS TOUR RULES

No Tournament shall violate any provisions of these ITF World Tennis Tour Rules. Violation of this Section shall subject the Tournament to withdrawal of sanction, a fine up to $5,000 and/or forfeiture of all sums, if any, previously paid to the ITF.

## F.    LATE CANCELLATION

No Tournament shall cancel less than sixty (60) days prior to the scheduled commencement of the event.

Violation of this section shall subject the Tournament to a fine of up to $5,000, forfeiture of all sums, if any, previously paid or due to the ITF, reimbursement of unrecoverable expenses incurred and/or denial of subsequent Applications.

## G.    DETERMINATION AND PENALTY

The ITF shall cause an investigation to be made of all facts concerning any alleged Tournament Offence by a Tournament and shall provide written notice of such investigation to the Tournament involved. The Tournament must cooperate fully with such investigations.

The ITF may make a written demand to a Tournament (a "Demand") to furnish to the ITF any information that may evidence or lead to the discovery of evidence of a Tournament Offence, including (without limitation) requiring the Tournament to attend an interview and/or to provide a written statement setting forth its knowledge of the relevant facts and circumstances. The Tournament must furnish such information within seven business days of the making of such Demand, or within such other deadline as may be specified by the ITF.

Where, as the result of an investigation under this Article VIII.G, the ITF forms the view that a Tournament has a case to answer for commission of a Tournament Offence, the ITF shall refer the matter to the Review Board.

**Review Board**
The ITF shall identify one or more individuals who are independent of the ITF and who have the expertise required by the nature of the particular case to form the Review Board and to review the evidence to determine whether there is a case to answer. The ITF shall send the entire dossier of evidence to the Review Board member(s). Where necessary, the Review Board may request that the ITF provide additional information for the Review Board's consideration. There shall be no obligation for the Review Board to meet in person to deliberate. However, any decision by the Review Board that the Tournament has a case to answer must be unanimous.

Where the Review Board concludes that there is no case to answer, then the ITF shall notify the Tournament and any other party with a right of appeal, and (subject to the rights of appeal) the matter shall not proceed any further.

When the Review Board determines that a Tournament has a case to answer, the ITF will send a written notice to the Tournament (the "Notice of Charge"), with a copy to the Chairman of the Independent Tribunal, setting out:

(a)    the Tournament Offence(s) alleged to have been committed, a summary of the facts upon which such allegations are based;

(b)    the potential consequences applicable if it is determined that the alleged Tournament Offence has been committed; and

(c)    the Tournament's entitlement to respond to the Notice of Charge in one of the following ways:

  (i)  to admit the Tournament Offence(s) charged, and accede to the consequences specified in the Notice of Charge;

  (ii) to admit the Tournament Offence(s) charged, but to dispute and/or seek to mitigate the consequences specified in the Notice of Charge, and to have the Independent Tribunal determine the consequences at a hearing; or

  (iii) to deny the Tournament Offence(s) charged, and to have the Independent Tribunal determine the charge and (if the charge is upheld) any consequences, at a hearing;

(d)    if the Tournament wishes to exercise its right to a hearing before the Independent Tribunal, it must submit a written request for such a hearing so that it is received by the ITF as soon as possible, but in any event within 10 days of the Tournament's receipt of the Notice. The request must also state how the Tournament responds to the charge in the Notice and must explain (in summary form) the basis for such response. In the event no such response is received by that deadline, the Tournament will be deemed to have admitted the Tournament Offence(s) charged, and to have acceded to the consequences specified in the Notice of Charge.

In the event that the ITF withdraws the Notice of Charge, or the Tournament admits the Tournament Offence(s) charged and accedes to the consequences specified by the ITF (or is deemed to have done so), a hearing before the Independent Tribunal shall not be required. Instead the ITF shall promptly issue a decision confirming (as applicable) its withdrawal of the Notice of Charge or the commission of the Tournament Offence(s) and the imposition of the specified consequences and shall send a copy of the decision to the tournament.

**Hearing**

If the tournament charged exercises its right to a hearing, the matter shall be referred to the Independent Tribunal and shall be resolved in accordance with the Independent Tribunal's Procedural Rules.

## H.    PAYMENT OF FINES

All fines levied by the Independent Tribunal for Tournament Offences shall be paid by the Tournament to the ITF within thirty (30) days after receipt of written notice thereof.

## I.    APPEALS

Any Tournament found to have committed a Tournament Offence may, after paying all fines as above provided, appeal the decision of the Independent Tribunal to the Court of Arbitration for Sport. The appeal proceedings shall be conducted in accordance with the CAS Code of Sports-related Arbitration, in the English language, and shall be governed by English Law.

## ARTICLE IX: RECIPROCITY

The ITF reserves the right to ask the ITF Internal Adjudication Panel to affirm, modify, extend or reject with respect to any or all ITF World Tennis Tour Tournaments, a suspension or other sanction issued against a Covered Person (as defined in Article XIII - ITF Welfare Policy) either by or on behalf of the ITF pursuant to a conduct or disciplinary process under any ITF code or policy or by any other tennis organisation including but not limited to the Women's Tennis Association and Association of Tennis Professionals the Grand Slam Board, and each member national association) or other relevant authority.

The ITF Internal Adjudication Panel shall have the right in its absolute discretion to share information concerning any complaint against a Covered Person with and/or conduct an investigation in conjunction with any other tennis organisation or any other relevant authorities. The ITF Internal Adjudication Panel may also refer the complaint, and/or any information received during the course of investigating an allegation or prosecuting a charge to any authorities it considers appropriate in its absolute discretion. The ITF shall have the absolute discretion, where it deems appropriate, to stay its own investigation pending the outcome of investigations being conducted by any other tennis organisations and/or any relevant authorities.

A decision by the ITF Internal Adjudication Panel to affirm, modify or reject a suspension or other sanction issued against a Covered Person may be appealed by the Covered Person to the Independent Tribunal, which shall determine the matter in accordance with its Procedural Rules (save that there shall be no right of appeal against the Independent Tribunal's decision).

## ARTICLE X: INTERPRETATIONS

Any person or entity subject to this Code may file with the ITF Internal Adjudication Panel a request for an interpretation or clarification of the Code and/or its applicability and effect on a particular event or transaction.

## ARTICLE XI: NOTICE

All written communications to the ITF Executive Director should be addressed as follows, unless notice of change is subsequently published:

ITF Executive Director of Professional Tennis
International Tennis Federation
Bank Lane
Roehampton
London SW15 5XZ
England
Tel: (44) 20 8878 6464                    Fax: (44) 20 8392 4777

## A.    PLAYER

Notice that a player is being investigated pursuant to a possible Major Offence charge shall be served personally upon him. Service of any other document required by the Code shall be deemed complete if mailed to the subject player at his home address or other address designated by the player, along with a copy to any player association of which he is a member provided that the ITF Executive Director of Professional Tournaments has notice of such membership.

## B.    TOURNAMENT

Service of any document on an ITF World Tennis Tour Tournament as required by this Code shall be deemed complete if mailed to the ITF World Tennis Tour Tournament Director along with a copy to the Tournament Administrator.

## ARTICLE XII: AMENDMENTS

This ITF World Tennis Tour Code of Conduct may only be amended, repealed or otherwise modified, in whole or in part, by the ITF.

## ARTICLE XIII: WELFARE POLICY

Any coach, trainer, manager, agent, medical or para-medical personnel and/or family member, tournament guest, or other similar associate of any player (together "Player Support Team Member"), any player and any tournament personnel, such as an official, tournament director, staff, volunteer, sponsor, health care provider, ITF staff

member and members of the media (together "Credentialed Person") shall conduct himself/herself in a professional manner at all times and shall be bound by and shall comply with this ITF Welfare Policy. In this ITF Welfare Policy Player Support Team Members, players and Credentialed Persons shall be defined as "Covered Persons".

**a.    Elements of the Welfare Policy.**

i.    Application
Covered Persons shall be familiar with, and must abide by, this ITF Welfare Policy.

ii.    Unfair and/or Discriminatory Conduct
a)    Covered Persons shall not engage in unfair or unethical conduct including any attempt to injure, disable or intentionally interfere with the preparation or competition of any player.

b)    Covered Persons shall not discriminate in the provision of services on the basis of race, ethnicity, gender, national origin, religion, age or sexual orientation.

iii.    Abuse of Authority; Abusive Conduct
a)    Covered Persons shall not abuse his or her position of authority or control, and shall not attempt to or compromise the psychological, physical or emotional wellbeing of any player, <u>Covered Person, parent, spectator or member of the press/media.</u>

b)    Covered Persons shall not engage in abusive conduct, either physical or verbal, or threatening conduct or language directed toward any Covered Person, parent, spectator or member of the press/media.

c)    Covered Persons shall not exploit any player relationship to further personal, political or business interests at the expense of the best interests of the player.

iv.    Sexual Conduct
In order to prevent sexual abuse and the negative consequences resulting from the imbalance of a dual relationship, sexual conduct of any kind between any player and his/her Player Support Team Members and/or Credentialed Persons is discouraged.
In addition, the following conduct is specifically prohibited:

a)    Covered Persons shall not make sexual advances towards, or have any sexual contact with, any player who is (i) under the age of 17, or (ii) under the age of legal majority in the jurisdiction where the conduct takes place or where the player resides.

b)    Covered Persons shall not sexually abuse a player of any age.  Sexual abuse is defined as the forcing of sexual activity by one person on another person (i) of diminished mental capacity; or (ii) by the use of physical force, threats, coercion, intimidation or undue influence.

c)    Covered Persons shall not engage in sexual harassment - for example, by making unwelcome advances, requests for sexual favours or other verbal or physical conduct of a sexual nature where such conduct may create an intimidating, hostile or offensive environment.

d)    Player Support Team Members and Credentialed Persons shall not share a hotel room with a player who is (1) under the age of 17, or (2) under the age of legal majority in the jurisdiction where the hotel is located or where the player resides, unless such Player Support Team Member or Credentialed Person is the player's parent or is related to the player and authorised in writing by the player's parent. Penalties will apply to any underage player who is found to have violated this Hotel Room Policy. These penalties can include: forfeiture of points from the tournament(s) where the violation occurred and/or monetary fines equal to the amount of the hotel room rates and/or forfeiture of hotel per diem rates as applicable, for the tournament(s) where the violation occurred. Such penalty shall be in addition to any penalties that may be imposed on the Player Support Team Member or Credentialed Person pursuant to sub-Section b) below.

v.    Criminal Conduct
Covered Persons shall comply with all relevant criminal laws.  For greater certainty and without limiting the foregoing, this obligation is violated if a Covered Person has been convicted of or entered a plea of guilty or no contest to a criminal charge or indictment involving (a) an offence involving use, possession, distribution or intent to distribute illegal drugs or substances, (b) an offence involving sexual misconduct, harassment or abuse, or (c) an offence involving child abuse.  Further, this obligation may be violated if a Covered Person has been convicted of or entered a plea of guilty or no contest to an offence that is a violation of any law specifically designed to protect minors.

vi.    Anti-Doping Activity
Covered Persons shall not commit any offence under the terms of the ITF's Anti-Doping Programme or aid, abet, counsel or procure in any way any person's offence under that Programme.

vii.    Conduct in General
Covered Persons shall not conduct himself or herself in a manner that will reflect unfavourably on the ITF, any tournament, event or circuit owned or sanctioned by the ITF (the "ITF Tournaments"), any player, official or the game of tennis.

**b.**  **Violations/Procedures**

i.  Any individual who believes that any Covered Person has failed to meet his or her obligations under this Welfare Policy may file a written complaint with the ITF.  That complaint shall identify the complainant and state specifically the nature of the alleged misconduct.  Upon receipt of such a complaint, or if the ITF itself considers that there has been an apparent violation of this Welfare Policy, the ITF shall promptly investigate the matter. Upon request by the ITF, the ITF Internal Adjudication Panel shall have authority to issue a provisional suspension of the accused individual, pending the completion of the investigation and issuance of a final decision on the matter.

ii.  Upon review of the matter and, where appropriate, additional investigation, the ITF may determine that the matter does not merit further action.  If the ITF determines that the matter does merit further action, after notifying the accused individual of the charge(s) it shall refer the matter to the ITF Internal Adjudication Panel. After giving the accused individual the opportunity to present his or her views, the ITF Internal Adjudication Panel may impose appropriate sanctions including (a) denial of privileges or exclusion of the person in question from any or all ITF Tournaments, or (b) such other sanctions including monetary sanctions as the ITF Internal Adjudication Panel may deem appropriate.

iii.  The ITF Internal Adjudication Panel reserves the right to extend to any or all ITF Tournaments a suspension or other disciplinary action taken against a Covered Person by a National or Regional Association or other tennis organisation such as the Women's Tennis Association and Association of Tennis Professionals or a conviction or plea of guilty or no contest to a criminal charge or indictment as set out in Section a) v. above. The ITF Internal Adjudication Panel reserves the right to share information concerning a complaint with and/or conduct an investigation in conjunction with any tennis organisation as specified above. The ITF Executive Director may also refer the complaint and/or any information received during the course of investigating an allegation or prosecuting a charge to any authorities it considers appropriate. The ITF shall have the absolute discretion, where it deems appropriate, to stay its own investigation pending the outcome of investigations being conducted by other tennis organisations as specified above and/or relevant authorities.

iv.  Decisions of the ITF Internal Adjudication Panel may be appealed to the Independent Tribunal in accordance with Article I.E of the World Tennis Tour Regulations.

    a.  Any decision of the ITF Internal Adjudication Panel pursuant to this Welfare Policy may be communicated to those Member National Associations, other tennis organisations and ITF Tournament organisers deemed necessary by the ITF Executive Director and/or the ITF Internal Adjudication Panel.

Code of Conduct



## 2019 FINES GUIDELINES AND OFFENCE CODES FOR ITF WORLD TENNIS TOUR TOURNAMENTS

### ENTRY OFFENCES

| LATE WITHDRAWALS | | 13-6 days (14:00hrs GMT) before Monday of Main Draw week | 6 days (14:00hrs GMT) before Monday of Main Draw week to Freeze Deadline | Freeze Deadline to Qualifying Sign-In Deadline | After Qualifying Sign-in Deadline | DOUBLES - After Doubles Sign-in Deadline |
|---|---|---|---|---|---|---|
| | To be reported by: | ITF Office | ITF Office | ITF Office / Supervisor | Supervisor | Supervisor |
| $60,000, $ 80,000 and $100,000 (Women's only) | Main Draw | $150 WM5713 | $250 WM576 | $400 WM57QS | $600 WM57S | $600 DM57S |
| | Qualifying event | $75 WQ5713 | $100 WQ576 | $150 WQ57QS | $200 WQ57S | |
| $15,000 and $25,000 | Main Draw | $75 WM1213 | $150 WM126 | $250 WM12QS | $400 WM12S | $400 DM12S |
| | Qualifying event | $50 WQ1213 | $50 WQ126 | $75 WQ12QS | $100 WQ12S | |

| NO SHOW / FAILURE TO SIGN-IN FINES | | Offence | To be reported by ITF Supervisor | | Fine amount | Offence code |
|---|---|---|---|---|---|---|
| $60,000, $80,000 and $100,000 (Women's only) | Main Draw | No Show | | | $1,000 | ZM57S |
| | Qualifying event | Failure to sign-in | | | $200 | ZQ57AS |
| $15,000 and $25,000 | Main Draw | No Show | | | $500 | ZM12S |
| | Qualifying event | Failure to sign-in | | | $100 | ZQ12AS |

| PLAYING ANOTHER EVENT | | Offence | To be reported by ITF Office | Fine amount | Offence code |
|---|---|---|---|---|---|
| Women's only | Main Draw | LW Main Draw - Playing Another Event | | up to $1,000 | WMNA |
| | Qualifying event | LW Qualifying - Playing Another Event | | up to $1,000 | WQNA |
| Men's only | Main Draw / Qualifying | Playing Another Event | | up to $1,000 | PAE |

| PLAYER ON-SITE OFFENCES (GUIDELINES) | To be reported by ITF Supervisor | Qualifying | | Main Draw | |
|---|---|---|---|---|---|
| | | Maximum: $200 | | Maximum: $500 | |
| Offence | * May constitute aggravated behaviour **not handled by Supervisor** | Guidelines | Offence code | Guidelines | Offence code |
| Punctuality | | $25-100 | Pun (10 or 15) | $50-250 | Pun (10 or 15) |
| Audible Obscenity *, Visible Obscenity * | | $25-50 | AOb, VOb | $50-100 | AOb, VOb |
| Verbal Abuse * | | $50 | VA | $75-150 | VA |
| Physical Abuse * | | $100 | PhA | $250 | PhA |
| Ball Abuse, Racket Abuse | | $25 | BA, RA | $50-75 | BA, RA |
| Coaching & Coaches * | | $50 | CC | $75-150 | CC |
| Unsportsmanlike Conduct * | | $50 | UnC | $75-150 | UnC |
| Dress & Equipment | | $25-50 | D&E | $50-100 | D&E |
| Best Efforts, Leaving the Court, Failure to Complete Match /Tournament * | | $100 | BE, LC, FCM | $250 | BE, LC, FC |
| Ceremonies, Media Conference | | | | $50-150 | Cer, MC |
| DEFAULTS | To be reported by ITF Supervisor | Qualifying | | Main Draw | |
| Default - In addition to any fine(s) for the on-court offences | | $100 | Def, D | $250 | Def, D |

# Please refer to the full Code of Conduct for comprehensive details of all penalties #

PUBLISHED BY ITF LTD
INTERNATIONAL TENNIS FEDERATION
BANK LANE, ROEHAMPTON
LONDON SW15 5XZ, UK

ITFTENNIS.COM

 InternationalTennisFederation

 ITF_Tennis

 ITF__Tennis