# Exhibit 13



# 2022 MEN'S AND WOMEN'S
# ITF WORLD TENNIS TOUR REGULATIONS

Version: 17 December 2021



**CONTENTS**

**Please note that where amendments have been made in these Regulations, the text is underlined.**

**MEN'S ITF WORLD TENNIS TOUR**

| I. | PURPOSE AND APPLICABILITY | 3 |
|---|---|---|
| II. | DEFINITIONS | 9 |
| III. | MEN'S ITF WORLD TENNIS TOUR TOURNAMENTS | 14 |
| IV. | FINANCIAL | 19 |
| V. | SINGLES ENTRIES AND WITHDRAWALS | 21 |
| VI. | DOUBLES ENTRIES AND WITHDRAWALS | 35 |
| VII. | SYSTEMS OF MERIT | 40 |
| VIII. | DRAWS | 47 |
| IX. | PLAYERS' REST | 52 |
| X. | ORDER OF PLAY AND SUBMISSION OF RESULTS | 53 |
| XI. | DATA RIGHTS | 54 |
| XII. | PRIZE MONEY AND ATP/ITF POINTS | 54 |
| XIII. | ATP RANKINGS | 56 |
| XIV. | ITF WORLD TENNIS RANKING | 59 |

**WOMEN'S ITF WORLD TENNIS TOUR**

| I. | PURPOSE AND APPLICABILITY | 62 |
|---|---|---|
| II. | DEFINITIONS | 69 |
| III. | WOMEN'S ITF WORLD TOUR TOURNAMENTS | 73 |
| IV. | FINANCIAL | 79 |
| V. | SINGLES ENTRIES AND WITHDRAWALS | 81 |
| VI. | DOUBLES ENTRIES AND WITHDRAWALS | 97 |
| VII. | SYSTEMS OF MERIT | 102 |
| VIII. | DRAWS | 111 |
| IX. | PLAYERS' REST | 116 |
| X. | ORDER OF PLAY AND SUBMISSION OF RESULTS | 117 |
| XI. | DATA RIGHTS | 118 |
| XII. | PRIZE MONEY AND WTA/ITF POINTS | 119 |
| XIII. | WTA RANKINGS | 121 |
| XIV. | ITF WORLD TENNIS RANKING | 125 |



**APPENDICES**

| | | |
|---|---|---|
| A | Grand Slam Development Fund / ITF funding | 128 |
| B | Transgender Players | 129 |
| C | WTA Age Eligibility | 130 |
| D | 2020 Junior Exempt Project | 131 |
| E | Medical, Extreme Weather Conditions and Toilet/Change of of Attire Breaks | 133 |
| F | Media, Commercial and Data Rights | 141 |
| G | Player Analysis Technology ("PAT") Data Rights | 147 |
| H | Men's Prize Money Tables | 148 |
| I | ATP / ITF World Tennis Ranking Point Tables | 149 |
| J | Women's Prize Money Tables | 150 |
| K | WTA / ITF World Tennis Ranking Point Tables | 154 |
| L | Contacts | 156 |

**CODE OF CONDUCT**

| | | | |
|---|---|---|---|
| Article I | : | General | 157 |
| Article II | : | Men's Entry Offences | 158 |
| Article III | : | Women's Entry Offences | 164 |
| Article IV | : | On-Site Offences | 171 |
| Article V | : | Tennis Anti-Corruption Program | 181 |
| Article V-1 | : | Covid-19 Protocols (Covered Person) | 181 |
| Article VI | : | Major Offences | 182 |
| Article VII | : | Medical Control – Anti-Doping Policy | 186 |
| Article VIII | : | Tournament Offences | 186 |
| Article IX | : | Reciprocity | 189 |
| Article X | : | Interpretations | 190 |
| Article XI | : | Notice | 190 |
| Article XII | : | Amendments | 190 |
| Article XIII | : | Welfare Policy | 190 |

**APPENDIX**

| | | | |
|---|---|---|---|
| Appendix | : | Fines Guidelines | 192 |



# MEN'S
# ITF WORLD TENNIS TOUR

# RULES & REGULATIONS
# 2022

© ITF Limited t/a International Tennis Federation
All rights reserved
2022

# MEN'S ITF WORLD TENNIS TOUR
# RULES AND REGULATIONS <u>2022</u>

## I. PURPOSE AND APPLICABILITY

### A.    General

ITF Limited trading as the International Tennis Federation promulgates these Tournament Regulations for the purpose of providing fair and reasonable rules for the orderly and uniform conduct of international professional tennis Tournaments sanctioned by the ITF. All references to the International Tennis Federation or ITF in these Regulations shall mean ITF Limited. These Regulations shall be applicable to all Tournaments sanctioned as part of the Men's ITF World Tennis Tour as well as the overall umbrella of the ITF World Tennis Tour.

These Regulations are subject to change during the 2022 edition of the World Tennis Tour with the introduction of the ITF World Tennis Number as a global rating applicable to ITF tournaments. Upon incorporation into these Regulations, the ITF World Tennis Number may be relied on for the purposes of entry to and seeding at ITF World Tennis Tour tournaments. For the avoidance of doubt, the ITF World Tennis Number shall not replace, supersede or otherwise override ATP/WTA ranking and ITF World Tennis Ranking.

For these Regulations, the following definitions shall apply:

- Men's ITF World Tennis Tour comprises all Men's Tournaments offering $15,000 and $25,000 in prize money including events providing complimentary hospitality ("+H"). These tournaments are referred to as "15s" and "25s" in terms of naming and branding but will be referred to in full by their prize money in these Regulations.
- ITF World Tennis Tour comprises all ITF World Tennis Tour Junior Tournaments, Men's ITF World Tennis Tour Tournaments as well as Women's ITF World Tennis Tour Tournaments.
- Regulations refer to Men's ITF World Tennis Tour Rules and Regulations including the Code of Conduct, Appendices, ITF World Tennis Tour Organisational Requirements, and the ITF Rules of Tennis, which are approved by the ITF Board of Directors to provide fair and reasonable rules for the orderly and uniform conduct by players and Tournament Organisers.  These Regulations can be amended from time to time by the ITF Board of Directors.
- ITF World Tennis Tour Organisational Requirements also known as Organisational Requirements are the Regulations that a Tournament Organiser must follow when running an event on the Men's ITF World Tennis Tour.

Further definitions can be found in II. DEFINITIONS

Each player entrant in a Men's ITF World Tennis Tour Tournament agrees as a condition of such Entry to abide by and be subject to these Regulations.

Any sanctioning National Association and the Tournament Organiser where separate (jointly the "**Applicant**") awarded a one (1) year sanction on the Men's ITF World Tennis Tour Calendar shall be subject to, and shall be bound by and comply with the Regulations and the ITF Guide to Recommended Health Care Standards, each of which may be amended from time to time.

Approval to sanction a Men's ITF Word Tennis Tour Tournament may be subject to conditions imposed by the ITF in its sole discretion.

The ITF reserves the right to refuse approval of or cancel any previously sanctioned Tournament or series of Tournaments for reasons of health, safety, security or any other potential threat to any persons attending the Tournament(s) or to the successful running of the Tournament(s). The ITF bears no liability to any Applicant, Tournament Organiser, Host, National Association, player, Related Person, Covered Person or any other person or entity for any loss incurred as a result of a delayed, rescheduled, postponed or cancelled Tournament. For the avoidance of doubt, neither the ITF or the Applicant shall be liable to any player, Related Person, Covered Person or any other persons or entities for any costs that they might have incurred in relation to such delayed, rescheduled, postponed or cancelled Tournaments, including, without limitation, any travel, transport and/or accommodation costs. This decision (to refuse approval of or cancel any Tournament) will be made on behalf of the ITF by the ITF World Tennis Tour Committee, or by the ITF Executive if the Committee so delegates its decision-making power, and may be appealed by the Applicant only, to the Independent Tribunal.


## B.    Classification of Men's Tournaments

- Professional Tournaments are the Grand Slam Tournaments, ATP Tour, ATP Challenger and Men's ITF World Tennis Tour Tournaments.
- ITF Professional Tournaments are the Men's ITF World Tennis Tour Tournaments and Women's ITF World Tennis Tour Tournaments.
- ITF Sanctioned Tournaments are any Tournament sanctioned by the ITF that are not ITF Professional Tournaments (including Tournaments on the ITF World Tennis Tour Juniors, ITF Senior Tour, ITF Wheelchair Tour and ITF Beach Tour).
- ITF Team Competitions are Davis Cup, Junior Davis Cup, Hopman Cup and other such team events sanctioned by the ITF.
- Other Tournaments are those tournaments not covered above, which include exhibition tournaments, national league tournaments, national association/federation tournaments, etc.

Unless otherwise specified, references to "Tournament" on its own in these Regulations shall be to a Men's ITF World Tennis Tour Tournament.


## C.    National Association and Tournament Personnel

### 1. National Association
National Associations are those countries and/or member institutions as defined by the Constitution of the ITF Limited.  National Associations are responsible for appointing the Tournament Organiser and ensuring that the ITF World Tennis Tour Organisational Requirements are fully complied with by the Tournament Organiser.

In order for a Tournament to be approved and sanctioned by the ITF for inclusion on the Men's ITF World Tennis Tour Calendar, the Tournament must have all necessary approvals from the relevant National Association and, if appropriate, the Regional Association. The National Association is responsible for submitting the application form(s) and remains ultimately responsible for the proper organisation and running of the Tournament.

## 2. Tournament Administrator

The National Association(s) organising the Men's ITF World Tennis Tour Tournament shall designate a Tournament Administrator to handle all aspects of administration of the Tournament. The Tournament Administrator shall be the point of contact for the ITF.

## 3. Tournament Organiser

The National Association must also designate a Tournament Organiser (sometimes referred to as the tournament director) who will be responsible for all aspects of the organisation of the Tournament, with the exception of all matters relating to the rules of competition as stated in the Men's ITF World Tennis Tour Rules and Regulations, Code of Conduct, the Rules of Tennis and all on-court issues, which are the responsibility of the ITF Supervisor and/or the ITF. The Tournament Organiser is responsible for following the 2021 ITF World Tennis Tour Organisational Requirements.

## 4. Officials

All Tournaments on the Men's ITF World Tennis Tour must have an approved ITF Supervisor and the appropriate number of officials as set out in the Officiating Requirements provided in the 2022 ITF World Tennis Tour Organisational Requirements.

a) ITF Supervisor

The ITF Supervisor must be available throughout the Tournament Week. The ITF Supervisor must be available at least 2 hours before the Qualifying Sign-In Deadline until the completion of the Tournament, unless otherwise approved by the ITF.

The ITF Supervisor is the individual responsible for all aspects of play during a Tournament. The ITF Supervisor will act as final on-site authority for the interpretation of the applicable Regulations, Code of Conduct, Rules of Tennis and the Duties and Procedures for Officials as to all matters arising that require immediate resolution at the Tournament site.

Each Tournament must provide at its sole expense an official certified as a Gold or Silver Badge ITF Supervisor.

b) ITF Chair Umpire

The ITF World Tennis Tour Organisational Requirements provide details on the minimum requirements for Chair Umpires at $15,000 and $25,000 level.

National Associations that wish to supply a higher certification level of official, or more officials than the minimum requirements, are encouraged to do so.

c) Approval of Officials

Each Men's ITF World Tennis Tour Tournament shall submit a list of officials to fulfil the requirements as set forth above to the ITF's Officiating department at least 8 weeks (56 days) prior to the Tournament. Any request for these officiating requirements to be waived should be made to the ITF at least 8 weeks (56 days) prior to the Tournament.

Notwithstanding any other provision of these Regulations, the Code of Conduct for Officials or the Tennis Anti-Corruption Programme, the ITF has the absolute right to deny approval of any official's appointment to officiate at any ITF World Tennis Tour Tournament(s), and to revoke any previously given approval. The ITF may exercise that right as it sees fit, with or without providing reasons (but may include for integrity or performance-related reasons).

**5. Tournament Doctor and Sports Physiotherapist**
Each Men's ITF World Tennis Tour Tournament must appoint and pay all costs for an English-speaking medical doctor (tournament doctor), to be available on call at all times during playing hours.

The Tournament must also appoint an English-speaking Sports Physiotherapist (as defined in the ITF Guide to Recommended Health Care Standards), to be available on-site during play, to provide treatment to players. It is recommended that all reasonable off-court treatment is provided free of charge to players. The Sports Physiotherapist must be on-site sixty minutes before matches commence until completion of all matches.

Further requirements are set out in the ITF World Tennis Tour Organisational Requirements and the ITF Guide to Recommended Health Care Standards.

## D.    Related Regulations

The ITF Rules of Tennis shall apply in all Men's ITF World Tennis Tour Tournament matches.

To the extent not covered herein the Constitution of ITF Limited 2022 and the 2022 ITF Duties and Procedures for Officials shall be applicable to all Men's ITF World Tennis Tour Tournaments. Such applicability shall not affect the right of Men's ITF World Tennis Tour Tournaments to promulgate and enforce their own special regulations insofar as they are consistent with the applicable provisions of these Rules and Regulations and have been approved by the ITF.

## E.    Enforcement of Regulations and resolution of disputes

**1. On-site enforcement**
It is the responsibility of the ITF Supervisor to enforce these Regulations on site.

**2. First instance proceedings**
The ITF Supervisor shall have exclusive jurisdiction, in the first instance, over the following matters:

a) unless expressly referred elsewhere, an allegation that a player has committed an offence under the Code of Conduct that is not a Major Offence or a breach of the Welfare Policy;

b) any disputes or questions of interpretation that arise on-site at a Tournament (to be resolved in accordance with the Rules of Tennis); and

c) any other decisions, disputes, questions of interpretation or other matters that are entrusted under these Regulations to the ITF Supervisor.

The ITF World Tennis Tour Committee or other person/entity designated under these Regulations may decide any issues entrusted to them (respectively) under these Regulations. Unless expressly provided otherwise, there will be no right of appeal from their respective decisions.

The ITF Internal Adjudication Panel shall have exclusive jurisdiction, in the first instance, over the following matters (to be determined in accordance with its Procedural Rules):

a) any request for a decision that is entrusted under these Regulations (including the Code of Conduct) to the ITF Internal Adjudication Panel;

b) any dispute or question about the proper interpretation of these Regulations (including reviewing as appropriate any on-site interpretation by the ITF Supervisor);

c) any dispute or question about player eligibility arising under these Regulations;

d) any allegation that a Covered Person has committed a breach of the Welfare Policy;

e) any allegation that a player, Related Person or other person or entity bound by these Regulations has failed to comply with any other aspect of these Regulations (unless expressly referred elsewhere); and

f) any other dispute arising out of or relating in any way to these Regulations that is referred to it by the Board.

The Independent Tribunal shall have exclusive jurisdiction, in the first instance, over the following matters (to be determined in accordance with its Procedural Rules):

a) any request for a decision that is entrusted under these Regulations to the Independent Tribunal;

b) an allegation that a player, Related Person or other person participating on the Men's ITF World Tennis Tour has breached the Tennis Anti-Doping Programme;

c) an allegation that a player or Related Person has committed a Major Offence under the Code of Conduct;

d) any allegation that a Tournament Offence has been committed under the Code of Conduct; and

e) any other dispute arising out of or relating in any way to these Regulations that is referred to it by the Board.

The Procedural Rules for both the Internal Adjudication Panel and the Independent Tribunal are available online at www.itftennis.com, or a hard-copy can be requested in writing to the ITF.

The Anti-Corruption Hearing Officer shall have exclusive jurisdiction, in the first instance, over any allegation that a Player, Related Person or other person participating on the Men's ITF World Tennis Tour has breached the Tennis Anti-Corruption Program.

**3. Sanctions**

Where the ITF Internal Adjudication Panel and/or Independent Tribunal upholds an allegation of breach of these Regulations, it will determine the sanctions for such breach in accordance with the sanction's provisions in its Procedural Rules, unless these Regulations specify other sanctions for such breach, in which case it will apply the specific sanctions.

**4. Appeals**

Save where provided otherwise under these Regulations:

a) decisions by the ITF Supervisor under these Regulations may only be challenged by way of appeal to the ITF Internal Adjudication Panel, to be determined in accordance with its Procedural Rules (save that there shall be no right of appeal against the ITF Internal Adjudication Panel's decision);

b) subject to article I.E.4(a) above, decisions of the ITF Internal Adjudication Panel under these Regulations may only be challenged by way of appeal to the Independent Tribunal, in accordance with the Independent Tribunal's Procedural Rules (in particular, the section applicable to the Independent Tribunal sitting as an appeal panel);

c) decisions of the Independent Tribunal (sitting as a first instance tribunal) may only be challenged by way of appeal to the Court of Arbitration for Sport, as set out in the Independent Tribunal Procedural Rules.

Such appeals may only be brought by one of the following persons:

a) the person or entity that is the subject of the decision being appealed; and/or

b) the ITF.

**5. Governing Law**

These Regulations and any dispute arising out of or in connection with them (including any dispute or claim relating to non-contractual obligations) shall be governed by and construed in accordance with English law, without regard to the conflict of law principles.

Each Player, Covered Person, Nation and each of its Team Members, directors, officials, officers, members of staff, employees, contractors, agents, and representatives agrees to submit any disputes or claims or other matters arising in relation to the Regulations (including any non-contractual disputes or claims) to arbitration pursuant to the resolution of disputes process provided for in this Section I.E (as applicable), to the exclusion of any other court or forum.

## F.    Amendment of Regulations

These Men's ITF World Tennis Tour Rules and Regulations may only be amended, repealed or otherwise modified, in whole or in part, by the ITF Board of Directors.  The ITF Board of Directors may only amend, repeal or otherwise modify any Regulation relating to ATP ranking points with the approval of the ATP.

The ITF Board of Directors may grant dispensations from, modify, waive or otherwise alter these Regulations or their application in extraordinary circumstances.

## G.    Management of the Men's ITF World Tennis Tour

**1. Board of Directors**
   a)   Management
   The Men's ITF World Tennis Tour shall be managed by the Board of Directors of the ITF.

   b)   Duties

   The duties of the Board of Directors shall be:
   i)      To approve, adopt and amend the Rules and Regulations and Code of Conduct for the
           Men's ITF World Tennis Tour;
   ii)     To register in the name of the ITF any trade marks in connection with the Men's ITF
           World Tennis Tour and to protect such trademarks; and
   iii)    To appoint every two years a Committee, which shall consist of a Chair, who shall be a
           member of the Board of Directors, and further members as deemed necessary.

**2. ITF World Tennis Tour Committee**
The duties and powers of the ITF World Tennis Tour Committee shall be:
   i)      To manage Men's ITF World Tennis Tour Tournaments;
   ii)     To recommend changes to and to ensure the uniform application of these Rules and
           Regulations and the Code of Conduct;
   iii)    To administer the funds of the Men's Tournaments within the financial framework of the
           ITF;
   iv)     To report to the Board of Directors on all financial matters; and
   v)      To submit regular reports to the Board of Directors.

# II. DEFINITIONS

**Acceptance List**
The list of players who have entered a Tournament(s) and have been sorted based on the applicable
System of Merit.

**Advance Entry (Doubles)**
The system by which Doubles teams can enter a Doubles competition in advance of a tournament. A
maximum of seven (7) teams will be selected in advance at $25,000 tournaments.  The remaining
teams will be selected using the onsite procedure.

**Alternate (Direct Acceptance)**
In Singles, a player who is ranked lower than the Direct Acceptances into Main Draw and Qualifying
under the applicable System of Merit and can fill any vacancy as detailed in the applicable System of
Merit before the Freeze Deadline.  After the Freeze Deadline, Alternates remain on one list and have
priority for acceptance over On-Site Alternates.  Alternates can Sign-In at a different Tournament
and if any vacancies are created by withdrawals, no shows, or used or unused Special Exempts then
an Alternate will fill those vacancies in order of the applicable System of Merit.

In Doubles, a team which is ranked lower than the seven (7) Direct Acceptances into the Main Draw under the applicable System of Merit and can fill any vacancy as detailed in the applicable System of Merit before the Freeze Deadline. After the Freeze Deadline, Alternate teams are removed from the Acceptance List and have no priority for acceptance over On-Site Entries for the remaining places in the Doubles competition.

**Alternates Junior Reserved**

A junior player who is ranked lower than the three (3) junior players selected as Junior Reserved Direct Acceptances into the singles Main Draw under the applicable System of Merit of a Men's $15,000 Tournament.  These Junior Reserved Alternates will replace any Junior Reserved Direct Acceptances that withdraw from the Junior Reserved List before the Freeze Deadline.

**Applicant**

The sanctioning National Association and/or Tournament Organiser (as the case may be) that is granted a one (1) year sanction on the Men's ITF World Tennis Tour Calendar.

**Committed**

A player's status if at any time after the Withdrawal Deadline they appear in the singles or doubles Main Draw or singles Qualifying Acceptance List of a Tournament. A Committed player is obligated to compete at the Tournament. In singles, committed players can, however, remain on ATP/Challenger Alternates lists and be accepted into the Main Draw or Qualifying Acceptance List of an ATP Tour or ATP Challenger tournament until 10:00 Eastern Standard Time (GMT-5) on the Friday before the Tournament Week without penalty.

**Covered Persons**

Any player, Player Support Team Members and Credentialed Persons, as further defined in the ITF Welfare Policy.

**Credentialed Person**

Any player and any tournament personnel, such as an official, tournament director, staff, volunteer, sponsor, health care provider, ITF staff member and members of the media.

**Direct Acceptances**

Players who have entered and been directly accepted into the singles Main Draw or Qualifying Draw or Doubles Draw by virtue of their ranking(s) and/or status under the applicable System of Merit.

**Doubles Draw**

The doubles competition at a Tournament. Players earn a position in the Doubles Draw based on the applicable Doubles System of Merit.

**Entry**

A request by a player/team to register for a Tournament. Entries are only accepted from players with an approved applicable IPIN account and who meet all necessary requirements stipulated in the Regulations. The player/team must make their Entry before the Entry Deadline.

**Entry Deadline**

The time by which a player or team must enter in order to be considered for inclusion on the Acceptance List.

In Singles, the Entry Deadline is at 14:00 hours Greenwich Mean Time (GMT) on the Thursday eighteen (18) days prior to the Monday of the Tournament Week.

For Advance Entry in Doubles, the Entry Deadline is at 14:00 hours Greenwich Mean Time (GMT) on the <u>Tuesday six (6)</u> days prior to the Monday of the Tournament Week. For On-Site Entries in Doubles, the Sign-In Deadline is detailed on each Tournament's Fact Sheet.

**Entry List**
The list of players or teams who have entered the Tournament up until the Entry Deadline and before the Acceptance List has been made.

**Fact Sheet**
Each Tournament will provide information regarding the Tournament site, dates, draw sizes, court surface, type of courts, hotel information, transportation, prize money deductions, visa contact, and other relevant information regarding the Tournament.   The Fact Sheet, also referred to as the Tournament Fact Sheet, is available in IPIN.

**Freeze Deadline**
The Freeze Deadline takes place at 14:00 hours GMT on the Thursday preceding the Tournament Week. After the Freeze Deadline has passed and the Acceptance List is processed, no further movement is permitted on the Acceptance List, with the exception of movement in singles up into ATP/Challenger tournaments until <u>10:00 Eastern Standard Time (GMT −5)</u> on the Friday preceding the Tournament Week.

**IPIN (International Player Identification Number)**
A player must pay, register and be approved for an IPIN membership, which is used to register for Men's ITF World Tennis Tour Tournaments.  Players will Enter, Withdraw and find Tournament Fact Sheets through their IPIN account.

**Junior Exempt (JE)**
A player who by virtue of his <u>2021</u> position on the ITF Junior Boys' Year-End Combined Rankings gains Direct Acceptance into a designated Men's ITF World Tennis Tour Tournament (see Appendix D).

**Junior Reserved ($15,000 Tournaments)**
A junior player accepted into the Main Draw of a Men's $15,000 Tournament based on the applicable System of Merit.

**Late Withdrawal**
A Withdrawal by a player accepted into the singles Qualifying that takes place any time after the Withdrawal Deadline and up until the Qualifying Sign-In and any Withdrawal from a Singles Main Draw or Advance Entry Doubles Main Draw that takes place after the Withdrawal Deadline until the commencement of play.

**Lucky Loser (LL)**



# WOMEN'S
# ITF WORLD TENNIS TOUR

# RULES & REGULATIONS
# 2022

© ITF Limited t/a International Tennis Federation
All rights reserved
2022

# WOMEN'S ITF WORLD TENNIS TOUR RULES AND REGULATIONS <u>2022</u>

## I. PURPOSE AND APPLICABILITY

## A.     General

ITF Limited trading as the International Tennis Federation promulgates these Tournament Regulations for the purpose of providing fair and reasonable rules for the orderly and uniform conduct of international professional tennis Tournaments sanctioned by the ITF. All references to the International Tennis Federation or ITF in these Regulations shall mean ITF Limited. These Regulations shall be applicable to all Tournaments sanctioned as part of the Women's ITF World Tennis Tour as well as the overall umbrella of the ITF World Tennis Tour.

These Regulations are subject to change during the 2022 edition of the World Tennis Tour with the introduction of the ITF World Tennis Number as a global rating applicable to ITF tournaments. Upon incorporation into these Regulations, the ITF World Tennis Number may be relied on for the purposes of entry to and seeding at ITF World Tennis Tour tournaments. For the avoidance of doubt, the ITF World Tennis Number shall not replace, supersede or otherwise override ATP/WTA ranking and ITF World Tennis Ranking.

For these Regulations, the following definitions shall apply:

- **Women's ITF World Tennis Tour** comprises all Women's Tournaments offering $15,000, $25,000, $60,000, $80,000 and $100,000 in prize money including events providing complimentary hospitality ("+H"). These tournaments are referred to as "15s", "25s", "60s", "80s" and "100s" in terms of naming and branding but will be referred to in full by their prize money in these Regulations.
- **ITF World Tennis Tour** comprises all ITF World Tennis Tour Junior Tournaments, Women's ITF World Tennis Tour Tournaments as well as Men's ITF World Tennis Tour Tournaments.
- **Regulations** refer to Women's ITF World Tennis Tour Rules and Regulations including the Code of Conduct, Appendices, ITF World Tennis Tour Organisational Requirements, and the ITF Rules of Tennis, which are approved by the ITF Board of Directors to provide fair and reasonable rules for the orderly and uniform conduct by players and Tournament Organisers.  These Regulations can be amended from time to time by the ITF Board of Directors.
- **ITF World Tennis Tour Organisational Requirements** also known as Organisational Requirements are the Regulations that a Tournament Organiser must follow when running an event on the Women's ITF World Tennis Tour.

Further definitions can be found in Section II, Definitions.

Each player entrant in a Women's ITF World Tennis Tour Tournament agrees as a condition of such Entry to abide by and be subject to these Regulations.

Any sanctioning National Association and the Tournament Organiser where separate (jointly the "**Applicant**") awarded a one (1) year sanction on the Women's ITF World Tennis Tour Calendar shall be subject to, and shall be bound by and comply with the Regulations and the ITF Guide to Recommended Health Care Standards, each of which may be amended from time to time.

Approval to sanction a Women's ITF Word Tennis Tour Tournament may be subject to conditions imposed by the ITF in its sole discretion.

The ITF reserves the right to refuse approval of or cancel any previously sanctioned Tournament or series of Tournaments for reasons of health, safety, security or any other potential threat to any persons attending the Tournament(s) or to the successful running of the Tournament(s). The ITF bears no liability to any Applicant, Tournament Organiser, Host, National Association, player, Related Person, Covered Person or any other person or entity for any loss incurred as a result of a delayed, rescheduled, postponed or cancelled Tournament. For the avoidance of doubt, neither the ITF or the Applicant shall be liable to any player, Related Person, Covered Person or any other persons or entities for any costs that they might have incurred in relation to such delayed, rescheduled, postponed or cancelled Tournaments, including, without limitation, any travel, transport and/or accommodation costs. This decision (to refuse approval of or cancel any Tournament) will be made on behalf of the ITF by the ITF World Tennis Tour Committee, or by the ITF Executive if the Committee so delegates its decision-making power, and may be appealed by the Applicant only, to the Independent Tribunal.

## B.    Classification of Women's Tournaments

- Professional Tournaments are Grand Slam Tournaments, WTA Tour Tournaments, and Women's ITF World Tennis Tour Tournaments.
- ITF Professional Tournaments are the Men's ITF World Tennis Tour Tournaments and Women's ITF World Tennis Tour Tournaments sanctioned by the ITF.
- ITF Sanctioned Tournaments are any Tournament sanctioned by the ITF that are not ITF Professional Tournaments (including Tournaments on the ITF World Tennis Tour Juniors, ITF Senior Tour, ITF Wheelchair Tour and ITF Beach Tour).
- ITF Team Competitions are Billie Jean King Cup, Junior Billie Jean King Cup, Hopman Cup and other such team events sanctioned by the ITF.
- Other Tournaments are those tournaments not covered above, which include exhibition tournaments, national league tournaments, national association/federation tournaments, etc.

Unless otherwise specified, references to "Tournament" on its own only in these Regulations shall be to a Women's ITF World Tennis Tour Tournament.

## C.    National Association and Tournament Personnel

### 1. National Association

National Associations are those countries and/or member institutions as defined by the Constitution of the ITF Limited.  National Associations are responsible for appointing the Tournament Organiser and ensuring that the ITF World Tennis Tour Organisational Requirements are fully complied with by the Tournament Organiser.

In order for a Tournament to be approved and sanctioned by the ITF for inclusion on the Women's ITF World Tennis Tour Calendar, the Tournament must have all necessary approvals from the relevant National Association and, if appropriate, the Regional Association. The National Association is responsible for submitting the application form(s) and remains ultimately responsible for the proper organisation and running of the Tournament.

**2. Tournament Administrator**
The National Association(s) organising the Women's ITF World Tennis Tour Tournaments shall designate a Tournament Administrator to handle all aspects of administration of the Tournament. The Tournament Administrator shall be the point of contact for the ITF.

**3. Tournament Organiser**
The National Association must also designate a Tournament Organiser (sometimes referred to as the tournament director) who will be responsible for all aspects of the organisation of the Tournament, with the exception of all matters relating to the rules of competition as stated in the Women's ITF World Tennis Tour Rules and Regulations, Code of Conduct, the Rules of Tennis and all on-court issues, which are the responsibility of the ITF Supervisor and/or the ITF.  The Tournament Organiser is responsible for following the 2022 ITF World Tennis Tour Organisational Requirements.

**4. Officials**
All Tournaments on the Women's ITF World Tennis Tour must have an approved Supervisor and the appropriate number officials as set out in the Officiating Requirements provided in the 2022 ITF World Tennis Tour Organisational Requirements.

a)  ITF Supervisor

The ITF Supervisor must be available throughout the Tournament Week.  The ITF Supervisor must be available at least 2 hours before the Qualifying Sign-In Deadline until the completion of the Tournament, unless otherwise approved by the ITF.

The ITF Supervisor is the individual responsible for all aspects of play during a Tournament. The ITF Supervisor will act as final on-site authority for the interpretation of the applicable Regulations, Code of Conduct, Rules of Tennis and the Duties and Procedures for Officials as to all matters arising that require immediate resolution at the Tournament site.

*$100,000 Tournaments*
Each Tournament offering $100,000 in prize money must provide at its sole expense an official certified as a Gold Badge ITF Supervisor.

*$15,000, $25,000, $60,000, $80,000 Tournaments*
Each Women's ITF World Tennis Tour Tournament offering $15,000, $25,000, $60,000, or $80,000 in prize money must provide at its sole expense an official certified as a Gold or Silver Badge ITF Supervisor.

b)  ITF Chair Umpire

The ITF World Tennis Tour Organisational Requirements provide details on the minimum requirements for Chair Umpires at $15,000, $25,000, $60,000, $80,000, and $100,000 level. National Associations that wish to supply a higher certification level of official, or more officials than the minimum requirements are encouraged to do so.

c)  Approval of Officials

Each Women's ITF World Tennis Tour Tournament shall submit a list of officials to fulfil the requirements as set forth above to ITF Officiating at least 8 weeks (56 days) prior to the Tournament. Any request for these officiating requirements to be waived should be made to the ITF at least 8 weeks (56 days) prior to the Tournament.

<u>Notwithstanding any other provision of these Regulations, the Code of Conduct for Officials or the Tennis Anti-Corruption Programme, the ITF has the absolute right to deny approval of any official's appointment to officiate at any ITF World Tennis Tour Tournament(s), and to revoke any previously given approval. The ITF may exercise that right as it sees fit, with or without providing reasons (but may include for integrity or performance-related reasons).</u>

## 5. Tournament Doctor and Sports Physiotherapist

Each Women's ITF World Tennis Tour Tournament must appoint and pay all costs for an English-speaking medical doctor (tournament doctor), to be available on call at all times during playing hours.

At $15,000 and $25,000 Tournaments, the Tournament Organiser must appoint an English-speaking Sports Physiotherapist (as defined in the ITF Guide to Recommended Health Care Standards), to be available on-site during play, to provide treatment to players. It is recommended that all reasonable off-court treatment is provided free of charge to players. The Sports Physiotherapist must be on-site sixty minutes before matches commence until completion of all matches.

At $60,000 Tournaments, the Tournament Organiser must appoint an English-speaking Sports Physiotherapist to be available on-site during play. The ITF shall provide a subsidy of $1,500 to $60,000 Tournaments to appoint a second Sports Physiotherapist.

The details of the appointed Sports Physiotherapist(s) must be forwarded to the ITF by Thursday before the start of the Tournament.  Cost of any on-site treatment administered to players by the Sports Physiotherapist(s) must be free of charge.

At $80,000 and $100,000 Tournaments, the ITF will appoint two (2) English-speaking Sports Physiotherapists to be available on-site during play, who will provide on-site treatment to players free of charge.

At all Tournaments where a second Sports Physiotherapist is appointed ($60,000 - $100,000), that second Physiotherapist shall be on-site a minimum of four (4) and a maximum of five (5) days, typically through the completion of the second round of Main Draw Singles competition (usually Thursday of the Tournament Week).

Further requirements are set out in the ITF World Tennis Tour Organisational Requirements and the ITF Guide to Recommended Health Care Standards.

## D.    Related Regulations

The ITF Rules of Tennis shall apply in all Women's ITF World Tennis Tour Tournament matches.

To the extent not covered herein the Constitution of ITF Limited 2022 and the 2022 ITF Duties and Procedures for Officials shall be applicable to all Women's ITF World Tennis Tour Tournaments. Such applicability shall not affect the right of the Tournaments to promulgate and enforce their own special regulations insofar as they are consistent with the applicable provisions of these Rules and Regulations and have been approved by the ITF.

## E.    Enforcement of Regulations and resolution of disputes

### 1. On-site enforcement
It is the responsibility of the ITF Supervisor to enforce these Regulations on site.

### 2. First instance proceedings
The ITF Supervisor shall have exclusive jurisdiction, in the first instance, over the following matters:

a)  unless expressly referred elsewhere, an allegation that a player has committed an offence under the Code of Conduct that is not a Major Offence or a breach of the Welfare Policy;
b)  any disputes or questions of interpretation that arise on-site at a Tournament (to be resolved in accordance with the Rules of Tennis); and
c)  any other decisions, disputes, questions of interpretation or other matters that are entrusted under these Regulations to the ITF Supervisor.

The ITF World Tennis Tour Committee or other person/entity designated under these Regulations may decide any issues entrusted to them (respectively) under these Regulations. Unless expressly provided otherwise, there will be no right of appeal from their respective decisions.

The ITF Internal Adjudication Panel shall have exclusive jurisdiction, in the first instance, over the following matters (to be determined in accordance with its Procedural Rules):

a)  any request for a decision that is entrusted under these Regulations (including the Code of Conduct) to the ITF Internal Adjudication Panel;
b)  any dispute or question about the proper interpretation of these Regulations (including reviewing as appropriate any on-site interpretation by the ITF Supervisor);
c)  any dispute or question about player eligibility arising under these Regulations;
d)  any allegation that a Covered Person has committed a breach of the Welfare Policy;
e)  any allegation that a player, Related Person or other person or entity bound by these Regulations has failed to comply with any other aspect of these Regulations (unless expressly referred elsewhere); and
f)  any other dispute arising out of or relating in any way to these Regulations that is referred to it by the Board.

The Independent Tribunal shall have exclusive jurisdiction, in the first instance, over the following matters (to be determined in accordance with its Procedural Rules):

a) any request for a decision that is entrusted under these Regulations to the Independent Tribunal;

b) an allegation that a player, Related Person or other person participating on the Women's ITF World Tennis Tour has breached the Tennis Anti-Doping Programme;

c) an allegation that a player or Related Person has committed a Major Offence under the Code of Conduct;

d) any allegation that a Tournament Offence has been committed under the Code of Conduct; and

e) any other dispute arising out of or relating in any way to these Regulations that is referred to it by the Board.

The Procedural Rules for both the Internal Adjudication Panel and the Independent Tribunal are available online at www.itftennis.com, or a hard-copy can be requested in writing to the ITF.

The Anti-Corruption Hearing Officer shall have exclusive jurisdiction, in the first instance, over any allegation that a Player, Related Person or other person participating on the ITF Women's Circuit has breached the Tennis Anti-Corruption Programme.

**3. Sanctions**

Where the ITF Internal Adjudication Panel and/or Independent Tribunal upholds an allegation of breach of these Regulations, it will determine the sanctions for such breach in accordance with the sanction's provisions in its Procedural Rules, unless these Regulations specify other sanctions for such breach, in which case it will apply the specific sanctions.

**4. Appeals**

Save where provided otherwise under these Regulations:

a) decisions by the ITF Supervisor under these Regulations may only be challenged by way of appeal to the ITF Internal Adjudication Panel, to be determined in accordance with its Procedural Rules (save that there shall be no right of appeal against the ITF Internal Adjudication Panel's decision);

b) subject to article I.E.4(a) above, decisions of the ITF Internal Adjudication Panel under these Regulations may only be challenged by way of appeal to the Independent Tribunal, in accordance with the Independent Tribunal's Procedural Rules (in particular, the section applicable to the Independent Tribunal sitting as an appeal panel);

c) decisions of the Independent Tribunal (sitting as a first instance tribunal) may only be challenged by way of appeal to the Court of Arbitration for Sport, as set out in the Independent Tribunal Procedural Rules.

Such appeals may only be brought by one of the following persons:
a) the person or entity that is the subject of the decision being appealed; and/or
b) the ITF.

**5. Governing Law**

These Regulations and any dispute arising out of or in connection with them (including any dispute or claim relating to non-contractual obligations) shall be governed by and construed in accordance with English law, without regard to the conflict of law principles.

Each Player, Covered Person, Nation and each of its Team Members, directors, officials, officers, members of staff, employees, contractors, agents, and representatives agrees to submit any disputes or claims or other matters arising in relation to the Regulations (including any non-contractual disputes or claims) to arbitration pursuant to the resolution of disputes process provided for in this Section I.E (as applicable), to the exclusion of any other court or forum.

## F.  Amendment of Regulations

These Women's ITF World Tennis Tour Rules and Regulations may only be amended, repealed or otherwise modified, in whole or in part, by the ITF Board of Directors.  The ITF Board of Directors may only amend, repeal or otherwise modify any Regulation relating to WTA ranking points with the approval of the WTA.

The ITF Board of Directors may grant dispensations from, modify, waive or otherwise alter these Regulations or their application in extraordinary circumstances.

## G.  Management of the Women's ITF World Tennis Tour

**1. Board of Directors**
a)  Management
The Women's ITF World Tennis Tour shall be managed by the Board of Directors of the ITF.

b)  Duties
The duties of the Board of Directors shall be:
i)      To approve, adopt and amend the Rules and Regulations and Code of Conduct for the Women's ITF World Tennis Tour;
ii)     To register in the name of the ITF any trademarks in connection with the Women's ITF World Tennis Tour and to protect such trademarks; and
iii)    To appoint every two years a Committee, which shall consist of a Chair, who shall be a member of the Board of Directors, and further members as deemed necessary.

**2. ITF World Tennis Tour Committee**
The duties and powers of the ITF World Tennis Tour Committee shall be:
i)      To manage Women's ITF World Tennis Tour Tournaments;
ii)     To recommend changes to and to ensure the uniform application of these Rules and Regulations and the Code of Conduct;
iii)    To administer the funds of the Women's Tournaments within the financial framework of the ITF;
iv)     To report to the Board of Directors on all financial matters; and
v)      To submit regular reports to the Board of Directors.

# II. DEFINITIONS

**Acceptance List**
The list of players who entered a Tournament(s) and have been sorted based on the applicable System of Merit.

**Advance Entry (Doubles)**
The system by which Doubles teams can enter a Doubles competition online via IPIN in advance of a tournament. A maximum of seven (7) teams will be selected in advance at $25,000 and higher category tournaments.  The remaining teams will be selected using the onsite procedure.

**Alternate (Direct Acceptance)**
In Singles, a player who is ranked lower than the Direct Acceptances into Main Draw and Qualifying under the applicable System of Merit and can fill any vacancy as detailed in the applicable System of Merit before the Freeze Deadline. After the Freeze Deadline, Alternates remain on one list and have priority for acceptance over On-Site Alternates. Alternates can Sign-In at a different Tournament and if any vacancies are created by withdrawals, no shows, used or unused Special Exempts then an Alternate will fill those vacancies in order of the applicable System of Merit.

In Doubles, a team which is ranked lower than the seven (7) Direct Acceptances into the Main Draw under the applicable System of Merit and can fill any vacancy as detailed in the applicable System of Merit before the Freeze Deadline. After the Freeze Deadline, Alternate teams are removed from the Acceptance List and have no priority for acceptance over On-Site Entries for the remaining places in the Doubles competition.

**Alternates Junior Reserved**
A junior player who is ranked lower than the three (3) junior players selected as Junior Reserved Direct Acceptances into the singles Main Draw under the applicable System of Merit of a Women's $15,000 Tournament.  These Junior Reserved Alternates will replace any Junior Reserved Direct Acceptances that withdraw from the Junior Reserved List before the Freeze Deadline

**Applicant**
The sanctioning National Association and/or Tournament Organiser (as the case may be) that is granted a one (1) year sanction on the Women's ITF World Tennis Tour Calendar

**Committed**
A player's status if at any time after the Withdrawal Deadline they appear in the singles or doubles Main Draw or singles Qualifying Acceptance List of a Tournament. A Committed player is obligated to compete at the Tournament.

**Covered Persons**
Any player, Player Support Team Members and Credentialed Persons, as further defined in the ITF Welfare Policy.

**Credentialed Person**
Any player and any tournament personnel, such as an official, tournament director, staff, volunteer, sponsor, health care provider, ITF staff member and members of the media.

**Direct Acceptances**

Players who have entered and been directly accepted into the singles Main Draw or Qualifying Draw or Doubles Draw by virtue of their ranking(s) and/or status under the applicable System of Merit.

**Doubles Draw**

The doubles competition at a Tournament. Players earn a position in the Doubles Draw based on the applicable Doubles System of Merit.

**Entry**

A request by a player/team to register for a Tournament. Entries are only accepted from players with an approved applicable IPIN account and who meet all necessary requirements stipulated in the Regulations. The player/team must make their Entry before the Entry Deadline.

**Entry Deadline**

The time by which a player or team must enter in order to be considered for inclusion on the Acceptance List.
In Singles, the Entry Deadline is at 14:00 hours Greenwich Mean Time (GMT) on the Thursday eighteen (18) days prior to the Monday of the Tournament Week.

For Advance Entry in Doubles, the Entry Deadline is at 14:00 hours Greenwich Mean Time (GMT) on the Tuesday six (6) days prior to the Monday of the Tournament Week. For On-Site Entries in Doubles, the Sign-In Deadline is detailed on each Tournament's Fact Sheet.

**Entry List**

The list of players or teams who have entered the Tournament up until the Entry Deadline and before the Acceptance List has been made.

**Fact Sheet**

Each Tournament will provide information regarding the Tournament site, dates, draw sizes, court surface, type of courts, hotel information, transportation, prize money deductions, visa contact, and other relevant information regarding the Tournament.   The Fact Sheet, also referred to as the Tournament Fact Sheet, is available in IPIN.

**Freeze Deadline**

The Freeze Deadline for Singles and Doubles takes place at 14:00 hours GMT on the Thursday preceding the Tournament Week. After the Freeze Deadline has passed and the Acceptance List is processed, no further movement is permitted on the Acceptance List.

**IPIN (International Player Identification Number)**

A player must pay, register and be approved for an IPIN membership, which is used to register for Women's ITF World Tennis Tour Tournaments.  Players will Enter, Withdraw and find Tournament Fact Sheets through their IPIN account.

**Junior Exempt (JE)**

A player who by virtue of her 2021 position on the ITF Junior Girls' Year-End Combined Rankings gains Direct Acceptance into a designated Women's ITF World Tennis Tour Tournament (see Appendix D).