# Exhibit 16



# ITF World Tennis Tour

# Men's and Women's Regulations



# 2025



Version: 19/02/2025

**CONTENTS**

**Please note that where amendments have been made in these Regulations, the text is underlined.**

**MEN'S ITF WORLD TENNIS TOUR**

| | | |
|---|---|---|
| I. | PURPOSE AND APPLICABILITY | 3 |
| II. | DEFINITIONS | 9 |
| III. | MEN'S ITF WORLD TENNIS TOUR TOURNAMENTS | 14 |
| IV. | FINANCIAL | 22 |
| V. | SINGLES ENTRIES AND WITHDRAWALS | 24 |
| VI. | DOUBLES ENTRIES AND WITHDRAWALS | 37 |
| VII. | SYSTEMS OF MERIT | 43 |
| VIII. | DRAWS | 50 |
| IX. | PLAYERS' REST | 55 |
| X. | ORDER OF PLAY AND SUBMISSION OF RESULTS | 56 |
| XI. | DATA RIGHTS | 56 |
| XII. | PRIZE MONEY AND ATP/ITF POINTS | 57 |
| XIII. | ATP RANKINGS | 59 |
| XIV. | ITF WORLD TENNIS RANKING | 61 |

**WOMEN'S ITF WORLD TENNIS TOUR**

| | | |
|---|---|---|
| I. | PURPOSE AND APPLICABILITY | 64 |
| II. | DEFINITIONS | 71 |
| III. | WOMEN'S ITF WORLD TOUR TOURNAMENTS | 75 |
| IV. | FINANCIAL | 84 |
| V. | SINGLES ENTRIES AND WITHDRAWALS | 86 |
| VI. | DOUBLES ENTRIES AND WITHDRAWALS | 102 |
| VII. | SYSTEMS OF MERIT | 107 |
| VIII. | DRAWS | 114 |
| IX. | PLAYERS' REST | 119 |
| X. | ORDER OF PLAY AND SUBMISSION OF RESULTS | 120 |
| XI. | DATA RIGHTS | 121 |
| XII. | PRIZE MONEY AND WTA/ITF POINTS | 122 |
| XIII. | WTA RANKINGS | 125 |
| XIV. | ITF WORLD TENNIS RANKING | 130 |



**APPENDICES**

| | | |
|---|---|---|
| A | Grand Slam Development Fund / ITF funding | 132 |
| B | Transgender Players | 133 |
| C | WTA Age Eligibility | 134 |
| D | 2025 Junior and College Accelerator Programme | 135 |
| E | Medical, Extreme Weather Conditions and Toilet/Change of of Attire Breaks | 138 |
| F | Media, Commercial and Data Rights | 145 |
| G | Player Analysis Technology ("PAT") Data Rights | 153 |
| H | Men's Prize Money Tables | 155 |
| I | ATP / ITF World Tennis Ranking Point Tables | 156 |
| J | Women's Prize Money Tables | 157 |
| K | WTA / ITF World Tennis Ranking Point Tables | 161 |
| L | Contacts | 162 |

**CODE OF CONDUCT**

| | | | |
|---|---|---|---|
| Article I | : | General | 163 |
| Article II | : | Men's Entry Offences | 164 |
| Article III | : | Women's Entry Offences | 170 |
| Article IV | : | On-Site Offences | 177 |
| Article V | : | Tennis Anti-Corruption Program | 188 |
| Article V-1 | : | Covid-19 Protocols (Covered Person) | 188 |
| Article VI | : | Major Offences | 189 |
| Article VII | : | Medical Control – Anti-Doping Policy | 193 |
| Article VIII | : | Tournament Offences | 193 |
| Article IX | : | Reciprocity | 195 |
| Article X | : | Interpretations | 196 |
| Article XI | : | Notice | 196 |
| Article XII | : | Amendments | 197 |
| Article XIII | : | Welfare Policy | 197 |

**APPENDIX**

| | | | |
|---|---|---|---|
| Appendix | : | Fines Guidelines | 199 |



# MEN'S
# ITF WORLD TENNIS TOUR

# RULES & REGULATIONS
# 2025

© ITF Limited t/a International Tennis Federation
All rights reserved
2025

# MEN'S ITF WORLD TENNIS TOUR
# RULES AND REGULATIONS <u>2025</u>

## I. PURPOSE AND APPLICABILITY

### A.    General

ITF Limited trading as the International Tennis Federation promulgates these Tournament Regulations for the purpose of providing fair and reasonable rules for the orderly and uniform conduct of international professional tennis Tournaments sanctioned by the ITF. <u>Save where otherwise indicated,</u> all references to the International Tennis Federation or ITF in these Regulations shall mean ITF Limited. These Regulations shall be applicable to all Tournaments sanctioned as part of the Men's ITF World Tennis Tour as well as the overall umbrella of the ITF World Tennis Tour.

These Regulations are subject to change during the <u>2025</u> edition of the World Tennis Tour.

For these Regulations, the following definitions shall apply:

- Men's ITF World Tennis Tour comprises all Men's Tournaments offering $15,000 and <u>$30,000</u> in prize money including events providing complimentary hospitality ("+H"). These tournaments are referred to as "M15" and "M25".
- ITF World Tennis Tour comprises all ITF World Tennis Tour Junior Tournaments, Men's ITF World Tennis Tour Tournaments as well as Women's ITF World Tennis Tour Tournaments.
- Regulations refer to Men's ITF World Tennis Tour Rules and Regulations including the Code of Conduct, Appendices, ITF World Tennis Tour Organisational Requirements, and the ITF Rules of Tennis, which are approved by the ITF Board of Directors to provide fair and reasonable rules for the orderly and uniform conduct by players and Tournament Organisers. These Regulations can be amended from time to time by the ITF Board of Directors.
- ITF World Tennis Tour Organisational Requirements also known as Organisational Requirements are the Regulations that a Tournament Organiser must follow when running an event on the Men's ITF World Tennis Tour.

Further definitions can be found in II. DEFINITIONS

Each player entrant in a Men's ITF World Tennis Tour Tournament agrees as a condition of such Entry to abide by and be subject to these Regulations.

Any sanctioning National Association and the Tournament Organiser where separate (jointly the "**Applicant**") awarded a one (1) year sanction on the Men's ITF World Tennis Tour Calendar shall be subject to and shall be bound by and comply with the Regulations and the ITF Guide to Recommended Health Care Standards, each of which may be amended from time to time.

Approval to sanction a Men's ITF Word Tennis Tour Tournament may be subject to conditions imposed by the ITF in its sole discretion.

The ITF reserves the right to refuse approval of or cancel any previously sanctioned Tournament or series of Tournaments for reasons of health, safety, security or any other potential threat to any persons attending the Tournament(s) or to the successful running of the Tournament(s).

The ITF bears no liability to any Applicant, Tournament Organiser, Host, National Association, Player, Related Person, Covered Person or any other person or entity for any loss incurred as a result of a delayed, rescheduled, postponed or cancelled Tournament. For the avoidance of doubt, neither the ITF nor the Applicant shall be liable to any Player, Related Person, Covered Person or any other persons or entities for any costs that they might have incurred in relation to such delayed, rescheduled, postponed or cancelled Tournaments, including, without limitation, any travel, transport and/or accommodation costs. This decision (to refuse approval of or cancel any Tournament) will be made on behalf of the ITF by the ITF World Tennis Tour Committee, or by the ITF Executive if the Committee so delegates its decision-making power, and may be appealed by the Applicant only, to the Independent Tribunal.

## B.    Classification of Men's Tournaments

- Professional Tournaments are the Grand Slam Tournaments, ATP Tour, ATP Challenger Tour and Men's ITF World Tennis Tour Tournaments.
- ITF Professional Tournaments are the Men's ITF World Tennis Tour Tournaments and Women's ITF World Tennis Tour Tournaments.
- ITF Sanctioned Tournaments are any Tournament sanctioned by the ITF that are not ITF Professional Tournaments (including Tournaments on the ITF World Tennis Tour Juniors, ITF Masters Tour, ITF Wheelchair Tour and ITF Beach Tour).
- ITF Team Competitions are Davis Cup, Junior Davis Cup, Hopman Cup and other such team events sanctioned or supported by the ITF, including the Olympics and Continental Games.
- Other Tournaments are those tournaments not covered above, which include exhibition tournaments, national league tournaments, national association/federation tournaments, etc.

Unless otherwise specified, references to "Tournament" on its own in these Regulations shall be to a Men's ITF World Tennis Tour Tournament.

## C.    National Association and Tournament Personnel

### 1. National Association

National Associations are those countries and/or member institutions as defined by the Constitution of the ITF Limited. National Associations are responsible for appointing the Tournament Organiser and ensuring that the ITF World Tennis Tour Organisational Requirements are fully complied with by the Tournament Organiser.

In order for a Tournament to be approved and sanctioned by the ITF for inclusion on the Men's ITF World Tennis Tour Calendar, the Tournament must have all necessary approvals from the relevant National Association and, if appropriate, the Regional Association. The National Association is

responsible for submitting the application form(s) and remains ultimately responsible for the proper organisation and running of the Tournament.

**2. Tournament Administrator**

The National Association(s) organising the Men's ITF World Tennis Tour Tournament shall designate a Tournament Administrator to handle all aspects of administration of the Tournament. The Tournament Administrator shall be the point of contact for the ITF.

**3. Tournament Organiser**

The National Association must also designate a Tournament Organiser (sometimes referred to as the Tournament Director) who will be responsible for all aspects of the organisation of the Tournament, with the exception of all matters relating to the rules of competition as stated in the Men's ITF World Tennis Tour Rules and Regulations, Code of Conduct, the Rules of Tennis and all on-court issues, which are the responsibility of the ITF Supervisor and/or the ITF. The Tournament Organiser is responsible for following the 2025 ITF World Tennis Tour Organisational Requirements. The Tournament Organiser or members of the Tournament staff may not enter, accept a Wild Card or otherwise compete in the Tournament they are organising. For avoidance of doubt this includes entering, accepting a Wild Card or competing in any combined Women's WTT Tournament irrespective of being named Tournament Organiser of the Women's Tournament.

**4. Officials**

All Tournaments on the Men's ITF World Tennis Tour must have an approved ITF Supervisor, and the appropriate number of officials as set out in the Officiating Requirements provided in the 2025 ITF World Tennis Tour Organisational Requirements.

  a)  ITF Supervisor

  The ITF Supervisor must be available throughout the Tournament Week. The ITF Supervisor must be available at least 2 hours before the Qualifying Sign-In Deadline until the completion of the Tournament, unless otherwise approved by the ITF.

  The ITF Supervisor is the individual responsible for all aspects of play during a Tournament. The ITF Supervisor will act as final on-site authority for the interpretation of the applicable Regulations, Code of Conduct, Rules of Tennis and the Duties and Procedures for Officials as to all matters arising that require immediate resolution at the Tournament site.

  Each Tournament must provide at its sole expense an official certified as a Gold or Silver Badge ITF Supervisor.

  b)  ITF Chair Umpire

  The ITF World Tennis Tour Organisational Requirements provide details on the minimum requirements for Chair Umpires at M15 and M25 levels.

  National Associations that wish to supply a higher certification level of official, or more officials than the minimum requirements, are encouraged to do so.

c) Approval of Officials

Each Men's ITF World Tennis Tour Tournament shall submit a list of officials to fulfil the requirements as set forth above to the ITF's Officiating department at least 8 weeks (56 days) prior to the Tournament. Any request for these officiating requirements to be waived should be made to the ITF at least 8 weeks (56 days) prior to the Tournament.

Notwithstanding any other provision of these Regulations, the Code of Conduct for Officials or the Tennis Anti-Corruption Programme, the ITF has the absolute right to deny approval of any official's appointment to officiate at any ITF World Tennis Tour Tournament(s), and to revoke any previously given approval. The ITF may exercise that right as it sees fit, with or without providing reasons (but may include concerns related to for integrity or performance).

**5. Tournament Doctor and Sports Physiotherapist**
Each Men's ITF World Tennis Tour Tournament must appoint and pay all costs for an English-speaking medical doctor (tournament doctor), to be available on call at all times during playing hours.

The Tournament must also appoint an English-speaking Sports Physiotherapist (as defined in the ITF Guide to Recommended Health Care Standards), to be available on-site during play, to provide treatment to players. It is recommended that all reasonable off-court treatment is provided free of charge to players. The Sports Physiotherapist must be on-site sixty (60) minutes before matches commence until completion of all matches. For a M15 or M25 event combined with a W15 or W35 event a second English-speaking Sports Physiotherapist must be appointed and be available from the start of Qualifying and for a minimum of the first four days of the tournament.

Further requirements are set out in the ITF World Tennis Tour Organisational Requirements and the ITF Guide to Recommended Health Care Standards.

## D.    Related Regulations

The ITF Rules of Tennis shall apply in all Men's ITF World Tennis Tour Tournament matches.

To the extent not covered herein the Constitution of ITF Limited 2025 and the 2025 ITF Duties and Procedures for Officials shall be applicable to all Men's ITF World Tennis Tour Tournaments. Such applicability shall not affect the right of Men's ITF World Tennis Tour Tournaments to promulgate and enforce their own special regulations insofar as they are consistent with the applicable provisions of these Rules and Regulations and have been approved by the ITF.

## E.    Enforcement of Regulations and resolution of disputes

**1.  On-site enforcement**
It is the responsibility of the ITF Supervisor to enforce these Regulations on site.

**2. First instance proceedings**

The ITF Supervisor shall have exclusive jurisdiction, in the first instance, over the following matters:

a) unless expressly referred elsewhere, an allegation that a player has committed an offence under the Code of Conduct that is not a Major Offence or a breach of the Welfare Policy;
b) any disputes or questions of interpretation that arise on-site at a Tournament (to be resolved in accordance with the Rules of Tennis); and
c) any other decisions, disputes, questions of interpretation or other matters that are entrusted under these Regulations to the ITF Supervisor.

The ITF World Tennis Tour Committee or other person/entity designated under these Regulations may decide any issues entrusted to them (respectively) under these Regulations. Unless expressly provided otherwise, there will be no right of appeal from their respective decisions.

The ITF Internal Adjudication Panel shall have exclusive jurisdiction, in the first instance, over the following matters (to be determined in accordance with its Procedural Rules):

a) any request for a decision that is entrusted under these Regulations (including the Code of Conduct) to the ITF Internal Adjudication Panel;
b) any dispute or question about the proper interpretation of these Regulations (including reviewing as appropriate any on-site interpretation by the ITF Supervisor);
c) any dispute or question about player eligibility arising under these Regulations;
d) any allegation that a player, Related Person or other person or entity bound by these Regulations has failed to comply with any other aspect of these Regulations (unless expressly referred elsewhere); and
e) any other dispute arising out of or relating in any way to these Regulations that is referred to it by the Board.

The Independent Tribunal shall have exclusive jurisdiction, in the first instance, over the following matters (to be determined in accordance with its Procedural Rules):

a) any request for a decision that is entrusted under these Regulations to the Independent Tribunal;
b) an allegation that a player, Related Person or other person participating on the Men's ITF World Tennis Tour has breached the Tennis Anti-Doping Programme;
c) an allegation that a player or Related Person has committed a Major Offence under the Code of Conduct;
d) any allegation that a Tournament Offence has been committed under the Code of Conduct; and
e) any other dispute arising out of or relating in any way to these Regulations that is referred to it by the Board.

The Procedural Rules for both the Internal Adjudication Panel and the Independent Tribunal are available online at www.itftennis.com, or a hard-copy can be requested in writing to the ITF.

The Anti-Corruption Hearing Officer shall have exclusive jurisdiction, in the first instance, over any allegation that a Player, Related Person or other person participating on the Men's ITF World Tennis Tour has breached the Tennis Anti-Corruption Program.

**3. Sanctions**

Where the ITF Internal Adjudication Panel and/or Independent Tribunal upholds an allegation of breach of these Regulations, it will determine the sanctions for such breach in accordance with the sanction's provisions in its Procedural Rules, unless these Regulations specify other sanctions for such breach, in which case it will apply the specific sanctions.

**4. Appeals**

Save where provided otherwise under these Regulations:

   a) decisions by the ITF Supervisor under these Regulations may only be challenged by way of appeal to the ITF Internal Adjudication Panel, to be determined in accordance with its Procedural Rules (save that there shall be no right of appeal against the ITF Internal Adjudication Panel's decision);
   b) subject to article I.E.4(a) above, decisions of the ITF Internal Adjudication Panel under these Regulations may only be challenged by way of appeal to the Independent Tribunal, in accordance with the Independent Tribunal's Procedural Rules (in particular, the section applicable to the Independent Tribunal sitting as an appeal panel);
   c) decisions of the Independent Tribunal (sitting as a first instance tribunal) may only be challenged by way of appeal to the Court of Arbitration for Sport, as set out in the Independent Tribunal Procedural Rules.

Such appeals may only be brought by one of the following persons:
   a) the person or entity that is the subject of the decision being appealed; and/or
   b) the ITF.

**5. Governing Law**

These Regulations and any dispute arising out of or in connection with them (including any dispute or claim relating to non-contractual obligations) shall be governed by and construed in accordance with English law, without regard to the conflict of law principles.

Each Player, Covered Person, Nation and each of its Team Members, directors, officials, officers, members of staff, employees, contractors, agents, and representatives agrees to submit any disputes or claims or other matters arising in relation to the Regulations (including any non-contractual disputes or claims) to arbitration pursuant to the resolution of disputes process provided for in this Section I.E (as applicable), to the exclusion of any other court or forum.

## F.    Amendment of Regulations

These Men's ITF World Tennis Tour Rules and Regulations may only be amended, repealed or otherwise modified, in whole or in part, by the ITF Board of Directors. The ITF Board of Directors may only amend, repeal or otherwise modify any Regulation relating to ATP ranking points with the approval of the ATP.

The ITF Board of Directors may grant dispensations from, modify, waive or otherwise alter these Regulations or their application in extraordinary circumstances.

### G.     Management of the Men's ITF World Tennis Tour

**1. Board of Directors**

    a)   Management

The Men's ITF World Tennis Tour shall be managed by the Board of Directors of the ITF.

    b)  Duties

The duties of the Board of Directors shall be:

    i)        To approve, adopt and amend the Rules and Regulations and Code of Conduct for the Men's ITF World Tennis Tour;

    ii)       To register in the name of the ITF any trade marks in connection with the Men's ITF World Tennis Tour and to protect such trademarks; and

    iii)      To appoint every two years a Committee, which shall consist of a Chair, who shall be a member of the Board of Directors, and further members as deemed necessary.

**2. ITF World Tennis Tour Committee**

The duties and powers of the ITF World Tennis Tour Committee shall be:

    i)        To guide the strategy for and monitor the management of the Men's ITF World Tennis Tour Tournaments;

    ii)       To recommend changes to and to ensure the uniform application of these Rules and Regulations and the Code of Conduct;

    iii)      To administer the <u>approved</u> funds of the Men's Tournaments within the financial framework of the ITF;

    iv)      To report to the Board of Directors on all financial matters; and

    v)      To submit regular reports to the Board of Directors.

# II. DEFINITIONS

**Acceptance List**

The list of players who have entered a Tournament(s) and have been sorted based on the applicable System of Merit.

**Advance Entry (Doubles)**

The system by which Doubles teams can enter a Doubles competition in advance of a tournament. A maximum of seven (7) teams will be selected in advance at M25 tournaments. The remaining teams will be selected using the onsite procedure.

**Alternate (Direct Acceptance)**

In Singles, a player who is ranked lower than the Direct Acceptances into Main Draw and Qualifying under the applicable System of Merit and can fill any vacancy as detailed in the applicable System of Merit before the Freeze Deadline. After the Freeze Deadline, Alternates remain on one list and have priority for acceptance over On-Site Alternates. Alternates can Sign-In at a different Tournament and if any vacancies are created by withdrawals, no shows, or used or unused Special Exempts then an Alternate will fill those vacancies in order of the applicable System of Merit.

In Doubles, a team which is ranked lower than the seven (7) Direct Acceptances into the Main Draw under the applicable System of Merit and can fill any vacancy as detailed in the applicable System of Merit before the Freeze Deadline. After the Freeze Deadline, Alternate teams are removed from the

Acceptance List and have no priority for acceptance over On-Site Entries for the remaining places in the Doubles competition.

**Alternates Junior Reserved**
A junior player who is ranked lower than the three (3) junior players selected as Junior Reserved Direct Acceptances into the Singles Main Draw under the applicable System of Merit of a Men's M15 Tournament. These Junior Reserved Alternates will replace any Junior Reserved Direct Acceptances that withdraw from the Junior Reserved List before the Freeze Deadline.

**Applicant**
The sanctioning National Association and/or Tournament Organiser (as the case may be) that is granted a one (1) year sanction on the Men's ITF World Tennis Tour Calendar.

**Committed**
A player's status if at any time after the Withdrawal Deadline they appear in the Singles or Doubles Main Draw or Singles Qualifying Acceptance List of a Tournament. A Committed player is obligated to compete at the Tournament. In Singles, Committed players can, however, remain on ATP/Challenger Alternates lists and be accepted into the Main Draw or Qualifying Acceptance List of an ATP Tour or ATP Challenger tournament until 10:00 Eastern Standard Time (GMT-5) on the Friday before the Tournament Week without penalty.

**Covered Persons**
Any player, Player Support Team Members and Credentialed Persons, as further defined in the ITF Welfare Policy.

**Credentialed Person**
Any player and any tournament personnel, such as an official, tournament director, staff, volunteer, sponsor, health care provider, ITF staff member and members of the media.

**Direct Acceptances**
Players who have entered and been directly accepted into the Singles Main Draw, Qualifying Draw or Doubles Draw by virtue of their ranking(s) and/or status under the applicable System of Merit.

**Doubles Draw**
The Doubles competition at a Tournament. Players earn a position in the Doubles Draw based on the applicable Doubles System of Merit.

**Entry**

A request by a player/team to register for a Tournament. Entries are only accepted from players with an approved applicable IPIN account and who meet all necessary requirements stipulated in the Regulations. The player/team must make their Entry before the Entry Deadline.

**Entry Deadline**
The time by which a player or team must enter in order to be considered for inclusion on the Acceptance List.

In Singles, the Entry Deadline is at 14:00 hours Greenwich Mean Time (GMT) on the Thursday eighteen (18) days prior to the Monday of the Tournament Week.

For Advance Entry in Doubles, the Entry Deadline is at 14:00 hours (GMT) on the Tuesday six (6) days prior to the Monday of the Tournament Week. On-Site Entries in Doubles is at 14:00 hours local time on the day before the Doubles main draw event is scheduled to commence.

**Entry List**
The list of players or teams who have entered the Tournament up until the Entry Deadline and before the Acceptance List has been made.

**Fact Sheet**
Each Tournament will provide information regarding the Tournament site, dates, draw sizes, court surface, type of courts, hotel information, transportation, prize money deductions, visa contact, and other relevant information regarding the Tournament.  The Fact Sheet, also referred to as the Tournament Fact Sheet, is available in IPIN.

**Freeze Deadline**
The Freeze Deadline takes place at 14:00 hours (GMT) on the Thursday preceding the Tournament Week. After the Freeze Deadline has passed and the Acceptance List is processed, no further movement is permitted on the Acceptance List, with the exception of movement in Singles up into ATP/Challenger tournaments until 10:00 Eastern Standard Time (GMT –5) on the Friday preceding the Tournament Week.

**IPIN (International Player Identification Number)**
A player must pay, register and be approved for an IPIN membership, which is used to register for Men's ITF World Tennis Tour Tournaments. Players will Enter, Withdraw and find Tournament Fact Sheets through their IPIN account.

**Junior Accelerator (AP)**
A player who by virtue of his 2024 position on the ITF Junior Boys' Year-End Combined Rankings gains Direct Acceptance into a designated Men's ITF World Tennis Tour/ATP Challenger Tour Tournaments (see Appendix D).

**Junior Reserved (M15 Tournaments) (JR)**
A junior player accepted into the Main Draw of a Men's M15 Tournament based on the applicable System of Merit.

**Late Withdrawal**
A Withdrawal by a player accepted into the Singles Qualifying that takes place any time after the Withdrawal Deadline and up until the Qualifying Sign-In and any Withdrawal from a Singles Main Draw or Advance Entry Doubles Main Draw that takes place after the Withdrawal Deadline until the commencement of his match.

**Lucky Loser (LL)**
Lucky Losers are players who have lost in the final round of the Qualifying event or, if more Lucky Losers are required, those players who have lost in the previous Qualifying round(s).

**Main Draw**
The Main Draw is the principal competition of a Tournament in which players earn a position based on the Regulations and the applicable Singles System of Merit.

**On-Site Alternates**
Non-entered players who attend at the Tournament site (prior to the Qualifying Sign-In Deadline) to Sign-In for the Qualifying. In order to be eligible as an On-Site Alternate, a player must have a valid IPIN membership, Sign-In with the ITF Supervisor and have paid the entry fee and any applicable fines.

**On-Site Entry**
A player or a team that Signs-In to enter a Tournament on-site at the Tournament site.

**Preserved Eligibility (for Main Draw Only)**
A procedure by which a player on the Qualifying Acceptance List (except Alternates) at the Freeze Deadline can submit a request to the ITF Supervisor to preserve their eligibility for a position in the main draw at the time of Qualifying Sign-In Deadline, because the player is unable or unwilling to Sign-In for Qualifying.

**Protected Ranking**
A player's ATP ranking assigned to a player who has been unable, due to injury or illness, to compete in any tennis tournament for a minimum of six (6) months. A Protected Ranking is only available for use for Entry. The criteria for application and eligibility are set forth by the ATP and the information is available in the ATP rulebook.

**Qualified Tournament (related to Special Exempts)**
For M15 & M25 Tournaments: the Singles event of any M15, M25, ATP Tour or ATP Challenger Tournament within the same region in the preceding week is a Qualified Tournament.

**Qualifiers (Q)**
Players who are included in the Main Draw as a result of their success in the Qualifying competition.

**Qualifying**
The Qualifying draw refers to the preliminary rounds of a Tournament, in which the participating players have not qualified for entry into the Main Draw based on the applicable Singles System of Merit but have earned the opportunity based on the applicable Singles System of Merit to compete for an opportunity to play in the Main Draw.

**Related Person**
Any coach, trainer, manager, agent, medical or para-medical personnel and/or family member, tournament guest, or other similar associate of any player.

**Sign-In**
The procedure by which a player registers with the ITF Supervisor for participation in a Tournament either by physically being on-site and signing the official Sign-In sheet or by telephone (if permitted).

**Sign-In Deadline**
The date and time by which a player wishing to participate must Sign-In either in person or by telephone (if permitted) as stipulated in the Regulations.

**Special Exempt (SE)**
A player that is on the Qualifying Acceptance List who applies for and receives an exemption into the Singles Main Draw of that week's Tournament because he reached the final in Singles or is otherwise still competing on the first day of Singles qualifying, at a "Qualified Tournament" in the previous week.

**System of Merit**
The selection procedure by which players are accepted into the Singles or Doubles of a Tournament(s). The System of Merit shall be referred to throughout these Regulations as the Singles System of Merit for Singles acceptances or the Doubles System of Merit for Doubles acceptances.

**Tournament**
A Tournament on the Men's ITF World Tennis Tour, which is comprised of three events - Singles Main Draw, Singles Qualifying and a Doubles Draw - unless otherwise approved. Each event has an applicable System of Merit for accepting players into those events.

**Tournament Week**
See Section III, D.

**Wild Card (WC)**
A Player accepted into the Singles Main Draw or Singles Qualifying as determined by the Tournament Organiser and/or the sanctioning National Association.

**Withdrawal**
When a player withdraws from a Tournament pursuant to the applicable Regulations. All Singles and Doubles Withdrawals are to be made online through the player's IPIN account. Prior to the Singles and Doubles Withdrawals are permitted without penalty up until the Withdrawal Deadline. Singles and Doubles Withdrawals after the Withdrawal Deadline are Late Withdrawals and will incur a penalty pursuant to the Code of Conduct.

**Withdrawal Deadline**
In Singles, the Withdrawal Deadline is 14:00 hours (GMT) on the Tuesday thirteen (13) days prior to the Monday of the Tournament Week. Any player accepted into the Singles Main Draw or Qualifying draw and who does not wish to play must withdraw before this deadline to avoid incurring a penalty.

For Advance Entries in Doubles, the Withdrawal Deadline is 14:00 hours (GMT) on the Thursday four (4) days prior to the Monday of the Tournament Week.

**ITF World Tennis Number (WTN)**
The WTN is a rating, and not a ranking. It assesses results from an extended period back to produce a number on a scale from 40 (closer to beginner) to 1 (closer to pro) with all numbers appearing to two (2) decimal places. For example, 16.49.
The WTN is the third measure of acceptance into a WTT Tournament (Singles Only).

# III. MEN'S ITF WORLD TENNIS TOUR TOURNAMENTS

## A.    Player Eligibility

### 1. Open Competition / No Discrimination

Men's ITF World Tennis Tour Tournaments are open to all male tennis players based on merit and without discrimination subject to the conditions in this Section III.A and Appendix B. Minors under the age of fourteen (14) shall not be eligible for Entry. For the purposes of these Regulations, the player's age as of the Monday of the Tournament Week shall be used.

If requested, a player must provide a proof of identity and/or age through photo identification (passport or driver's licence) to the ITF Supervisor on site.

### 2. Nationality

A player's nationality for the ITF World Tennis Tour and the ITF World Tennis Ranking is determined at registration for IPIN by the Nationality on a player's passport. The ITF may request from the player at any time a copy of their current, valid passport as proof of nationality.

Players who have earned ATP points based on events on the Men's ITF World Tennis Tour should send a copy of their passport to the ATP. Changes of nationality for players who have ever earned an ATP point shall be processed by the ATP, and upon notice to the ITF, it shall update its records accordingly (notwithstanding this Regulation).

Players wishing to make a request to change their nationality on the ITF website should send a copy of their current passport for the nation to which they wish to change their nationality to the ITF [and if necessary, the ATP].
In the event that a request is made where:

- the player was born in the nation to which they wish to change their nationality;
- that nation does not issue its own separate passports, and its citizens are issued a passport from another nation; and
- the player holds a valid passport from that other nation which confirms the player's place of birth as in the nation to which they wish to change their nationality;

the player should send a copy of the passport recording their place of birth to the ITF and make a request to the ITF to change their nationality on the ITF's website to the nation where they were born. If the player complies with the requirements in this paragraph, the ITF will process the change of nationality and update the ITF's website.

In the event that a player does not hold a current passport for the nation to which they wish to change their nationality, the player must provide:

- A copy of their current passport;
- A written explanation setting out:
  - why they are seeking to change their nationality;
  - why they do not hold a current passport for the nation to which they wish to change their nationality;

- o any dates they held nationality in the nation to which they seek to change their nationality, providing copies of expired passports and/or ID cards where available;
- o the nature of their ties and affiliation(s) with the nation to which they seek to change their nationality including, but not limited to:
  - ▪ familial connections;
  - ▪ period(s) of time spent visiting and/or residing in that nation;
  - ▪ their commitment to life and tennis in that nation; and
- o details of any second or previous nationalities, including in relation to their tennis participation at an international level.

On receipt of the information detailed above, the request will be considered by the ITF Internal Adjudication Panel (IAP) in accordance with the Procedural Rules Governing Proceedings Before an Internal Adjudication Panel Convened Under ITF Rules, to determine, in its discretion, whether the change of nationality is genuine and not intended to circumvent the application of the Regulations (i.e. a "flag of convenience"). The IAP reserves the right to ask the Player to provide and/or supply further information on request.

The IAP's first-instance decision is capable of being appealed by the Player to the Independent Tribunal.

This Regulation applies to the Men's ITF World Tennis Tour only and is without prejudice to any other regulations applicable to other tournaments (such as ITF Team Competitions), which may impose different criteria.

**3. International Player Identification Number (IPIN) Membership and Tennis Integrity Protection Programme (TIPP)**

In order to enter Men's ITF World Tennis Tour Tournaments all players must first register for an applicable IPIN membership (and pay the appropriate fee) and agree, as a condition of their registration, to accept the related terms and conditions and to complete the Tennis Integrity Protection Programme (TIPP). Failure by a player (a) to register for an applicable IPIN membership and to accept the related terms and conditions and (b) to complete the TIPP will render a player ineligible to enter and compete in Tournaments.

Players must comply with and are bound by all of the provisions of the 2025 Tennis Anti-Corruption Program Rules, the full text of which can be found at: www.itia.tennis.

All players obtaining an IPIN and wishing to compete on the Men's ITF World Tennis Tour are responsible for ensuring they are fit to play and are advised to obtain a yearly physical examination from a certified doctor that certifies the player to compete on the Men's ITF World Tennis Tour.

A player's IPIN account will provide information about all Tournaments on the Men's ITF World Tennis Tour. This account will enable players to view the Tournament calendar and Enter and Withdraw from Tournaments. The IPIN account will also provide information about Entry and Acceptance Lists, Tournament Fact Sheet, Tournament Supervisor contact information and other relevant information about the Tournaments, including important tour announcements.

**4. Tennis Anti-Corruption Program and Tennis Anti-Doping Programme**

Any Player, Related Person or other Covered Person who enters or participates in the ITF World Tennis Tour shall be deemed to have agreed to be bound by and to comply with all the provisions of the Tennis Anti-Corruption Program, which may be downloaded at www.itia.tennis (see Code of Conduct) Article V.

Any Player, Related Person or other Covered Person who enters or participates in the ITF World Tennis Tour shall be deemed to have agreed to be bound by and to comply with all of the provisions of the Tennis Anti-Doping Programme, which may be downloaded at www.itia.tennis (see Code of Conduct) Article VII.

All Men's ITF World Tennis Tour Tournaments must provide on request, and at their own cost:

  a) a Doping Control Station that, at a minimum, satisfies the requirements of the prevailing version of the WADA International Standard for Testing and Investigations; and

  b) sufficient chaperones to notify players selected for Sample collection, accompany and observe such players until their arrival at the Doping Control Station, and witness provision of those players' Samples as necessary.

**5. Travel Documents**

All players are responsible for checking the entry requirements for each nation, including necessary travel documentation and visa application deadlines in order to enter and play ITF World Tennis Tour tournaments in that nation.

**6. Play-Down (for Singles only)**

Players with an ATP ranking of 1-200 in Singles twenty-one (21) days prior to the Monday of the Tournament Week are prohibited from entering, accepting a Wild Card and/or competing in any Men's ITF World Tennis Tour Tournament.

**7. Retiring from Professional Tournaments**

A player wishing to retire from Professional Tournaments must do so by completing and submitting an official "Player Retirement Form" to the ITF. Following successful submission, the player's name shall be removed from the ATP and/or ITF World Tennis Ranking. In the event that a player returns to competition following retirement, the player must provide at least six months' advanced notice of doing so to the ITIA Anti-Doping Department. From the date the ITIA Anti-Doping Department receives such notice, the player shall be bound by the Tennis Anti-Doping Programme and thereafter must comply with the Tennis Anti-Doping Programme, including making themselves available for Testing (including, if requested, by providing whereabouts information) for a six-month period prior to their participation.

## B.    Categories of Tournaments

For the purpose of these Regulations, all Men's ITF World Tennis Tour Tournaments will be differentiated based on prize money and hospitality. All references to prize money expressed in US Dollars will also mean the corresponding prize money in Euros (EUR) as detailed below and as set in Section XII Prize Money and ATP/ITF Points.

**1. M15 and M25 Tournaments**

Men's ITF World Tennis Tour Tournaments, listed below, are eligible for inclusion of their results on the ranking systems as follows:

a) Results in Tournaments that comply with criteria set by the ATP will be included on the ATP Ranking as specified in Section XIII, ATP Rankings; and

b) Results in Tournaments that comply with the criteria laid down in these Regulations will be included on the ITF World Tennis Ranking, as specified in Section XIV, ITF World Tennis Ranking.

Such Tournaments fall into the following groups:

- MEN'S ITF WORLD TENNIS TOUR M15
- MEN'S ITF WORLD TENNIS TOUR M15+H
- MEN'S ITF WORLD TENNIS TOUR M25
- MEN'S ITF WORLD TENNIS TOUR M25 +H
  *+H indicates the Tournament offers hospitality*

Where these Regulations apply in the same way to tournaments with and without hospitality, only the generic prize money term will be used, and it shall be interpreted to cover both types of tournament. The +H designation will only be used where there are specific rules or differences that apply between the two types of tournament in which case the relevant regulation will specify that difference.

## C.    Tournament Events

Each Men's ITF World Tennis Tour Tournament must consist of a Singles Main Draw, Doubles Draw and Singles Qualifying, unless there are insufficient entries to run a Singles Qualifying draw or otherwise approved by the ITF. Each draw will be an elimination draw.

For every four (4) Men's ITF World Tennis Tour tournaments organised at the M15 level, National Associations are required to organise at least one (1) Men's tournament at the M25 level.

The ITF reserves the right to refuse approval of any applications for standalone tournaments. A standalone tournament is a tournament in a country with no other tournaments in the preceding or following week in the same country.

## D.    Tournament Week

Each Men's ITF World Tennis Tour Tournament is assigned a specific Tournament Week on the calendar defined by the date of the Monday of that week. Singles Qualifying will begin on either Sunday or Monday and can be played over one, two or three days (depending on draw size and as approved by the ITF). Typically, the Singles Main Draw will begin on Tuesday (but may begin on Monday and no later than Wednesday) and must finish no later than Sunday of the same week, unless otherwise approved by the ITF. In extraordinary circumstances, e.g. bad weather, the ITF Supervisor, in consultation with the ITF, may cancel or adjust a Tournament's Week and schedule.

## E.    Match Format

**1. Singles Main Draw**

The best of three (3) tie-break sets, unless a "Modified Format" is otherwise approved by the ITF. Ad scoring must be used.

**2. Singles Qualifying**

The best of three sets, with two (2) tie-break sets, and if the score reaches one set all, one match tie-break game (10 points) shall be played to decide the match. Ad scoring must be used.

**3. Doubles Draw**

The best of three sets with two (2) tie-break sets, and if the score reaches one set all, one match tie-break game (10 points) shall be played to decide the match. No-ad scoring must be used.

**4. Modified Format**

In extraordinary circumstances, e.g. bad weather, the ITF Supervisor, with explicit approval of the ITF, may modify the format of matches in the Singles Main Draw only as follows:

- The best of three sets with two (2) tie-break sets, and if the score reaches one set all, one match tie-break game (10 points) shall be played to decide the match. Ad scoring must be used.

## F.    Balls

The balls to be used at Men's ITF World Tennis Tour Tournaments must conform to the specifications in the Rules of Tennis and must have been approved by the ITF. Any Men's ITF World Tennis Tour Tournament must apply to the ITF for approval at least nine (9) weeks in advance of the Tournament if it wishes to use Ball Types 1 or 3.

1. M15 Tournaments

In the Singles Qualifying competition a minimum of four (4) new balls of the same brand and type must be provided for the match.

In the Singles Main Draw or Doubles, a minimum of four (4) new balls of the same brand and type must be changed at a maximum of nine (9) and thereafter every eleven (11) games in each match. More frequent ball changes are acceptable at the discretion of the ITF Supervisor.

A minimum of three (3) used balls of the same brand and type as the match balls must be available for practice per day, free of charge, to each player accepted into the Tournament, from the day prior to the commencement of the respective draw until he is eliminated from the Tournament. Players must return practice balls after each practice to the Tournament staff.

2. M25 Tournaments

In the Singles Qualifying competition, a minimum of four (4) new balls of the same brand and type must be provided for the match. Where there is a Chair Umpire on court then a minimum of four (4) new balls of the same brand and type are to be changed at a maximum of nine (9) games and thereafter every eleven (11) games in each match

In the Singles Main Draw or Doubles, a minimum of four (4) new balls of the same brand and type are to be changed at a maximum of nine (9) games and thereafter every eleven (11) games in each match. More frequent ball changes are acceptable at the discretion of the ITF Supervisor.

A minimum of three (3) new balls of the same brand and type as the match balls must be available for practice for each Main Draw Player/Team in advance of their first match only. Following this, and for players in Qualifying, a minimum of three (3) once used balls of the same brand and type as the match balls must be available for practice per day, free of charge, to each player accepted into the Tournament, from the day prior to the commencement of the respective draw until he is eliminated from the Tournament.

Players must return practice balls after each practice to the Tournament staff.

## G.      Artificial Lighting

Play is allowed with artificial lighting provided there is a minimum of 500 lux evenly distributed over the court surface.

## H.      Electronic Line-Calling

The use of Electronic Line-Calling (ELC) systems is permitted at a Men's ITF World Tennis Tour Tournament, subject to the following conditions and requirements:

- The National Association must make a request to the ITF to use ELC at least nine (9) weeks in advance of the tournament start date;
- The request must have been approved by the ITF;
- The ELC system must have been classified by the ITF and  approved by the ITF for use at the tournament in question;
- The ITF may at its sole discretion refuse the use of a particular ELC system during a Men's ITF World Tennis Tour Tournament, including in the event such decision to refuse its use is taken once the tournament is already underway; and
- The processing of any data arising from the use of the ELC system  shall always be subject to the provisions in Appendix G (Player Analysis Technology ("PAT") and Electronic Line Calling Technology ("ELC")).

## I.      Waiver of Claims

In submitting an Entry into a Men's ITF World Tennis Tour Tournament, all players agree, as a condition of Entry, that subject to the limits set out below, for themselves, their executors, administrators, heirs and personal representatives, all claims of any kind, nature and description are waived, including past, present or future claims and injuries, if any, sustained in travelling to or from, or participating in a Men's ITF World Tennis Tour Tournament and/or any of its related activities and/or while in the location of a Men's ITF World Tennis Tour Tournament, against the ITF, the National Association or Regional Association sanctioning such Tournaments, officials, promoters, sponsors, television or other broadcast licensees, vendors, venues, local organisers and others connected with such Men's ITF World Tennis Tour Tournaments, including its employees, officers, directors, volunteers, and representatives.

Nothing in these Regulations excludes or limits the liability of the ITF or any of the other parties listed above:
   a)  for death or personal injury caused by their (respective) negligence;
   b)  for fraud; or
   c)  to the extent that such exclusion or limitation is not permitted by applicable law.

## J.      Publicity and Promotion

1. Players acknowledge that their tennis biography and complete tournament history shall be published on the ITF's website in perpetuity for the purposes of transparency and promotion of the sport.

2. Each player grants to the ITF, the Tournament's sanctioning National Association, the Tournament and their agents and assignees the right, in perpetuity and for commercial and non-commercial purposes:

a)  to use or authorise the use of his name, voice, photograph, likeness, signature, biographical material and other identification, in any and all media, for the purpose of publicising and promoting the sport of tennis, the ITF, the Tournament's sanctioning National Association, the Tournament and their respective affiliates and events including the right to use the same on event posters, photos, programs, merchandise and other materials, and for the televising broadcasting and filming of the same; and

b)  to make, show and otherwise use, in any and all media, still and moving pictures, whether live or otherwise, and any other visual and/or audio-visual reproductions of his performance or appearance as a sportsman on and off the court during the event.

3. With respect to sub section 2. above:

a)  there will be no compensation payable in relation to the grant of such rights; and

b)  the rights granted may not be used in such a way as to constitute an endorsement by the player of any product or company.

## K.    Junior Player Images

Notwithstanding Regulation J above, it is prohibited for any Covered Person to obtain, transmit, store or distribute any images and/or recordings (whether audio or visual) of junior players (being players who are under 18 years of age), unless they are the parent or legal guardian of the player, without the express written authorisation (which includes permission about how the image(s) will be used) of i) the parent or legal guardian of the player, and ii) the ITF Supervisor. Images and/or recordings taken with permission under this Regulation must be exclusively of tennis matches, practice or the presentation of trophies. Please see the ITF's *Process for ITF Tournament Supervisors, Coaches and Parents on Video Recording of Junior Matches For Performance Analysis.*https://www.itftennis.com/media/7267/itf-performance-analysis-video-u18.pdf

## L.    Insurance

**1.**    The Applicant is responsible for taking out and maintaining suitable insurance policies which are compliant with local laws and regulations and which are on such terms and against such risks as are normally insured against by sports governing bodies or other organisations which stage sports events that are similar or equivalent to the Tournaments, including (without limitation) claims made for damage to property and for death/injury caused to people at the event for which the Applicant is legally liable. "ITF Ltd" and "ITF Licensing (UK) Ltd" must be named in the policy and on the certificate of insurance, and a copy should be provided to the ITF on request.

**2.**    The Applicant is encouraged to take out those insurance policies that safeguard against employer's liability, business interruption and personal injury as well as any other appropriate insurance policies recognised under local law. In addition, it is strongly recommended that the Applicant obtain and maintain event cancellation and abandonment insurance which insures against all reasonably known financial risks arising from the rescheduling, cancellation and/or abandonment in whole or in part of a Tournament due to force majeure.

## M.    Player Recording of Matches

Notwithstanding Regulation I above, the recording of matches by a Player/s and their Support Team Members for the sole purposes of performance video analysis and personal use is permitted subject to the conditions set out below. Recordings under this Regulation must be exclusively of tennis matches or tennis practices. Recording under this Regulation is at the sole discretion of the ITF Tournament Supervisor  and the ITF World Tennis Tour Department.

i.      Recording may only take place once the ITF Tournament Supervisor, Tournament Director and the Opponent/s has given their express authorisation.

ii.     Recording may only be made using a Digital Camera – this may include Video Recorders, DSLRs and Go Pros. Currently Tablets, Mobile Phone and Laptop/Computers may not be used for recording.

iii.    For the avoidance of doubt, this Regulation does not apply for Junior players. All recordings of Junior players must be compliant with Regulation J.

iv.    The recording shall not be used to determine or dispute any decision made by an Official in relation to the officiating or outcome of a match.

v.     During the match, if the Opponent/s or Coach withdraws their consent to the recording, and/or on instruction from the ITF Tournament Supervisor, the Player/s or their Support Team Member must immediately cease recording and delete the recording.

vi.    All decisions made by the ITF Tournament Supervisor regarding recordings are final and not subject to appeal.

vii.   Publishing the recording on a Player's personal website  or via their social media accounts is permitted subject to the following conditions:

a.    publishing of the recording may only take place once [ITF Tournament Supervisor , the ITF World Tennis Tour Department] and the Opponent/s has given their express authorisation;

b.    the recording must not be streamed or otherwise made available  during the Match to which it relates ;

c.    the recording must not be made available for any purpose linked to betting;

d.    unless otherwise agreed by the ITF, no more than 10 minutes in aggregate of any match recording should be made available;

e.    the recording must not bring the ITF or the sport of Tennis into disrepute, in ITF's sole discretion;

f.    if the Opponent/s withdraws their consent for the recording to be published online or via social media, on instruction from the Opponent/s, the Player must remove the specified recording published by the Player.

viii.  The ITF shall not be responsible for the use, dissemination, retention or disposal of any recording, in whole or part, recorded permitted in accordance with the Regulations.

ix.    Any recording should be stored securely to avoid inappropriate or unauthorised use and deleted when it is no longer required.

Failure to comply with this process shall be considered a breach of ITF World Tennis Tour Regulations Section III M. (Player Recording of matches) and the person responsible shall be subject to sanction.

# IV. FINANCIAL

## A.     Payments

The sanctioning National Association and/or where applicable the Tournament Organiser shall be liable for and pay the prize money to all players participating in the Tournament in accordance with the breakdowns stated in Section XII, Prize Money and ATP/ITF Points. The Applicant shall also be liable for and pay in accordance with the notifications issued to the Applicant by the ITF: the annual Sanction Fee; and any IPIN membership fees and fines collected during the Tournament due to the ITF.

## B.     Prize Money Payments

The Tournament Organiser shall make prize money payable in cash, check or bank transfer available to eligible players in accordance with the criteria stated below.

If a Tournament Organiser elects to pay the prize money via bank transfer, the Tournament Organiser and/or National Association will be liable for any bank fees associated with such transfer.

## C.     Tax Deductions

Any Government income tax deductions from prize money must be stated on the Tournament Fact Sheet. No taxes other than the stated income tax will be deducted from prize money.

## D.     Fines and Fees

If a player owes any fines and/or fees, then the ITF Supervisor shall authorise the Tournament Organiser to deduct fines and fees from a player's prize money. These collected fines and fees will be sent to the ITF by the National Association. Please see the Code of Conduct, Article II.E and Article IV.V.

## E.     Currency and Exchange Rate

Prize money shall be paid in currencies as follows:

1. U.S. Tournaments: All prize money must be paid in US Dollars as set out in Section XII. Prize Money and ATP/ITF Points.

2. European Tournaments: All prize money must be paid in Euros as set out in Section XII. Prize Money and ATP/ITF Points or in local currency for non-Euro Monetary Union nations.

3. Other Men's ITF World Tennis Tour Tournaments: All prize money must be paid in US Dollars, or in local currency if approved by the ITF.

If local currency is selected, then the exchange rate to US Dollars for a given Tournament (official ITF exchange rate) shall be the average of the six (6) months immediately preceding six (6) months prior

to the Tournament. If, on the Monday, seven (7) days prior to the start of the Tournament, there is a fluctuation in the official ITF exchange rate of five percent (5%) or more, up or down, then such exchange rate shall be adjusted, up or down as follows:

| Exchange Rate Fluctuation | Exchange Rate Adjustment |
|---|---|
| Less than 5% | None |
| Between 5 and 10% | 5% |
| 10% or greater | One half the actual Exchange Rate Fluctuation |

(* For example, if the currency fluctuates 11% from the authorised exchange rate, the exchange rate will be adjusted by 5.5%).

Each Men's ITF World Tennis Tour Tournament electing to pay on-site prize money in a specific non-US or non-Euro currency shall obtain from the ITF the Official ITF Exchange Rate.

## F.    Amateur Expenses

Men's ITF World Tennis Tour Tournaments may pay expenses to amateurs who compete, at the discretion of the Tournament Organiser. Such expenses are limited to the actual and reasonable expenses of an amateur incurred pursuant to his participation in the Tournament. The payment of expenses cannot be conditioned on the success of the amateur in the Tournament.

## G.    Entry Fees

The following entry fees may be charged by the Tournament Organiser per player prior to the start of the Tournament or (if applicable) deducted from prize money at the discretion of the Tournament Organiser. The entry fee can be collected in US Dollars or Euros or in local currency as stated on the Fact Sheet. All players must be charged the same entry fee.

| Draw | Maximum Fee (per player) |
|---|---|
| Qualifying (Singles) or Qualifying (Singles) and Doubles | Up to US$40 or €36 |
| Main Draw (Singles) or Main Draw (Singles) and Doubles | Up to US$40 or €36 |
| Doubles only | Up to US$20 or €18 |

# V. SINGLES ENTRIES AND WITHDRAWALS

All players (i.e. those with an ATP ranking, ITF World Tennis Ranking, eligible ITF Combined Junior ranking, National Ranking, and unranked), subject only to Age Eligibility and Play Down provisions of these Regulations, may enter Men's ITF World Tennis Tour Tournaments by the Entry Deadline and will appear on the Tournament Acceptance Lists.

Players should locate details about each Tournament, including Fact Sheet, Entry and Acceptance Lists, ITF Supervisor contact information and other relevant information about the Tournament, within their IPIN account.

Unless specified otherwise, this Section V. applies for both Main Draw and Qualifying.

Players are encouraged to read the Fines Guidelines and Offence Codes for ITF World Tennis Tour events, located in the Code of Conduct, for information on the penalties imposed for Late Withdrawals.

## A.    Entries

All entries must be made through a player's IPIN account (ipin.itftennis.com). In exceptional circumstances, an Entry can be submitted in writing on the Official Entry Form and sent to the ITF by email to be received before the appropriate deadline.

A player applying for Entry shall be deemed to apply for Entry into both the Singles Main Draw and the Singles Qualifying depending on his ranking by the applicable System of Merit.

A player's status in a Tournament shall not be official until the Entry Deadline and publication of the Tournament Acceptance List on the ITF website and IPIN account. A player may apply for Entry into up to six (6) Men's ITF World Tennis Tour Tournaments in a specific Tournament Week, in which case he must indicate a priority. If no priority is stated, the ITF will assign a priority. A player may not apply for Entry into a Men's ITF World Tennis Tour Tournament if he is Committed to another Tournament during that period.

Notwithstanding any other provision of these Regulations, the ITF has the absolute right to refuse to accept or revoke any player's Entry to any ITF World Tennis Tour Tournament(s). The ITF may exercise that right as it sees fit, with or without providing reasons.

## B.    Withdrawal Procedures

All Withdrawals must be submitted online through the player's IPIN account.

Notwithstanding Regulation V.C. below and the Code of Conduct, which may impose penalties, a Withdrawal must be submitted online through the player's IPIN account. In exceptional circumstances, the ITF will accept a Withdrawal on an Official Withdrawal Form. Players should contact the ITF prior to relevant deadline for consideration of exception. The Withdrawal Form can be found in IPIN.

## C.    Entry and Withdrawal Deadline

The Entry Deadline is at 14:00 hours (GMT) on the Thursday eighteen (18) days prior to the Monday of the Tournament Week.

The Withdrawal Deadline is at 14:00 hours (GMT) on the Tuesday thirteen (13) days prior to the Monday of the Tournament Week.

In exceptional circumstances or during UK office holidays, the ITF may modify the deadlines, in which case players will be notified.

It is the player's responsibility to make all entries and withdrawals and to check his position on the Acceptance Lists.

If a player has entered multiple events, he should remove himself from all events he no longer wishes to compete in before the Withdrawal Deadline. Failure to do so may result in a penalty in accordance with Article II of the Code of Conduct.


## D.    At the Entry Deadline

At the Entry Deadline, players will be placed on Acceptance Lists for Singles according to the Singles System of Merit. For each Tournament a player has entered, the player will be listed in the Singles Main Draw, Singles Qualifying or as an Alternate based on the System of Merit.

If a player has been accepted into an ATP Tour Main Draw or Qualifying event, ATP Challenger Main Draw or Qualifying event, he will be immediately withdrawn from the Entry Lists of all Men's ITF World Tennis Tour Tournaments.

A player's position on the Acceptance list may change until the Freeze Deadline. Players are required to withdraw according to the procedures detailed in the regulations above from any Tournament they are unable to play. Players should check their position on the relevant Acceptance List until the Freeze Deadline.


## E.    At and After the Withdrawal Deadline

### 1. Singles Procedure

If at the time of the Withdrawal Deadline, a player has been accepted into an ATP Tour or ATP Challenger Main Draw or Qualifying event, he will be withdrawn from the Acceptance Lists of all Men's ITF World Tennis Tour Tournaments.

If a player is accepted into the Main Draw or Qualifying of more than one Men's ITF World Tennis Tour Tournament or ITF World Tennis Tour Juniors Tournament starting in the same week, he will remain on one Acceptance List and will be immediately withdrawn from the Acceptance Lists of all other Tournaments at the Withdrawal Deadline, according to the following criteria in order, until he is only on one Acceptance List:

   a) ITF World Tennis Tour Professional Tournaments take priority over ITF World Tennis Tour Junior Tournaments; then
   b) Main Draw takes priority over Qualifying, and Qualifying over Alternates; then
   c) Tournament Entry Priority

If a player's chosen priorities are unclear, he will be immediately withdrawn from all but one Entry List by the ITF at the Withdrawal Deadline, according to the following criteria, in order, until he is only on one Acceptance List:

a) The Tournament offering the highest prize money will take priority, or if equal; then
b) The Acceptance List on which he is highest placed will take priority, or if equal; then
c) The Tournament which is geographically closest to his country of Nationality will take priority.

*Exception:* If a player is accepted into the Main Draw of a Junior Grand Slam tournament, that tournament will be prioritised over all other tournament entries that week (i.e. including Men's M25 tournaments or any other Junior tournament).

**2. Automatic Withdrawals in Doubles after the Advance Entry Doubles Entry Deadline**
At the Advance Entry Doubles Entry Deadline (six days prior to the Monday of the Tournament week) (see section VI for further details), if a Player has been accepted into the Main Draw or Qualifying of a Singles Tournament and has also made an Advance Entry in Doubles for a different Tournament in the same week, then that Player and his Doubles partner will be removed from that other Tournament's Doubles Acceptance List.

**3. Commitment Rule**
Prior to the Singles Withdrawal Deadline a player's status on an Acceptance List is not confirmed. A player who appears on an ITF World Tennis Tour Main Draw or Qualifying Acceptance List at any time after the Withdrawal Deadline is deemed to have been accepted into and Committed to play the Tournament.

*Exception:* Committed players can, however, remain on ATP/Challenger Alternates lists and be accepted into the Main Draw or Qualifying Acceptance List of an ATP Tour or ATP Challenger Acceptance List until 10:00 Eastern Standard Time (GMT-5) on the Friday preceding the Tournament Week without penalty. After 10:00 EST on that day, a Committed player is not permitted to withdraw from an ITF tournament to play up into an ATP Tour or ATP Challenger event and will be subject to applicable Code of Conduct Article II.B.4. Playing Another Event / One Tournament Per Week penalties.

If a player withdraws his Entry from the Main Draw or Qualifying of a Men's ITF World Tennis Tour Tournament for any reason after the Withdrawal Deadline the withdrawal will be considered a Late Withdrawal and will be subject to the Late Withdrawal/No Show provisions in the Code of Conduct. Each player is allowed three late withdrawals without penalty per calendar year provided a withdrawal was made online in a player's IPIN account before the Qualifying Sign-In Deadline. The rules regarding Late Withdrawals can be found in the Code of Conduct in Article II. B.1 and B.2.

In addition to having three late withdrawals per year there are circumstances in which a player can obtain a Medical Certificate at the Tournament by seeing the Tournament Doctor or Sports Physiotherapist. These rules are detailed in the Code of Conduct, in Article II. B.3 (On-site Medical Withdrawal)

There are circumstances in which a Committed player can play another event and not be penalised, and these rules are detailed in the Code of Conduct in Article II. B.4 (Playing Another Event / One Tournament Per week) of the Code of Conduct.

Players are encouraged to read the Fines Guidelines and Entry Offence provisions located in the Code of Conduct for information on the penalties imposed for Late Withdrawals.

Any player accepted into the Singles Main Draw, Doubles or Singles Qualifying who fails to appear for the Tournament without submitting an online withdrawal in a player's IPIN account shall be penalised with a No-Show code violation.

If a player is not accepted into any Men's ITF World Tennis Tour Tournament in a given week, he may remain on more than one Acceptance List as an Alternate until the Freeze Deadline. A player who appears on one or more Alternate List(s) is not Committed to play in any of these Tournaments and may withdraw at any time, without penalty, until he moves into a Qualifying or Main Draw Acceptance List, at which time he will be automatically withdrawn from all other Acceptance Lists by the ITF.

### 4. Alternates

A player who appears on one or more Alternate List(s) is not Committed to play in any one Tournament and may withdraw at any time, without penalty, until he moves into a Singles Main Draw or Singles Qualifying Acceptance List (up until the Freeze Deadline), at which time he will be automatically withdrawn from all other Acceptance Lists by the ITF.

Players who are entered into multiple tournaments for a given week should withdraw themselves from those they do not wish to compete in before they move into Qualifying and become Committed to a Tournament.

Singles Alternates accepted into the Main Draw of a Doubles Acceptance list after the Doubles Entry Deadline will be removed from all Singles Alternate lists except the same Tournament where they have been accepted into Doubles (if applicable). Please see Section VI, Doubles Entries and Withdrawals, for further details.

Alternates will be removed from all but one (1) Acceptance List at the Freeze Deadline. See process below.

## F.  Freeze Deadline

The Freeze Deadline is at 14:00 hours (GMT) on the Thursday preceding the Tournament Week. Alternate players not yet accepted to a Main Draw or Qualifying Draw may change their priority until the Freeze Deadline. Once the Freeze Deadline has passed, players are not permitted to make any changes to their tournament order of priority.

After the Freeze Deadline has been processed, all players on the Singles Qualifying Acceptance List will no longer be moved into the Singles Main Draw, and players will remain on only one Alternate List and will no longer be moved into a Qualifying Acceptance List. Players will remain on one Alternate List according to their tournament chosen priority, unless the player is accepted at the

Freeze Deadline into the Doubles of a tournament accepting Advance Entries. At that point the player will only remain on a Singles Alternate list if it is the same Tournament where he was accepted into Doubles. Alternates that have not been accepted into Singles and/or Doubles are not Committed to play the Tournament.

Since Alternates are not Committed to any tournament, they are able to Sign-In at any Tournament during a given week. However, if the player does not Sign-In at their top priority Tournament after the Freeze Deadline, he will be ordered as an On-Site Alternate, which means the player will be ordered after all players on the Alternates List at the Freeze Deadline.

A player who wishes to withdraw from the Singles Main Draw or Singles Qualifying after the Freeze Deadline must submit a withdrawal online through the player's IPIN account or he will be subject to the penalties provided for a No Show at Article II.B.1 of the Code of Conduct.


## G.    Playing Another Event / One Tournament Per Week

**1. General**
When a player is accepted into the Qualifying or Main Draw of a Tournament as Direct Acceptance, Junior Reserved, Junior Accelerator, College Accelerator, Special Exempt or Wild Card at any time after the Withdrawal Deadline, he is Committed to that Tournament unless released by the ITF or ITF Supervisor as detailed in Article II. B.3 or B.4 of the Code of Conduct, and with the exception of ATP/Challenger rules set out in section V.E.2 above.

A player who is Committed to and/or has played in the Main Draw or Qualifying of a Men's ITF World Tennis Tour Tournament may not enter or compete in any other tennis event during the period of such Tournament except as stated in Article II. B.4 of the Code of Conduct.

Players may not be accepted into a Men's ITF World Tennis Tour and an ITF World Tennis Tour Junior Tournament during the same week. Players will be withdrawn from all but one Tournament at the Withdrawal Deadline based on the withdrawal procedure described above. If a player is found after the Withdrawal Deadline to have been accepted into two Tournaments (Men's and Juniors) in one week, they will be withdrawn from one Tournament at the earliest opportunity, also according to the withdrawal procedure set out above.


**2. Grand Slam Tournaments and Multi-Week ATP Tour Tournaments**

a) Participation during Qualifying and/or First Week.
A player is allowed to play in two Professional Tournaments (one of which must be a Grand Slam Tournament or multi-week ATP Tour Tournament) during this two-week period, provided the player has been eliminated from Singles and Doubles of the first Tournament prior to the Qualifying Sign-In Deadline of the second Tournament.

In the event that a player has competed in two Professional Tournaments in the first week, then the player must withdraw from any Men's ITF World Tennis Tour Tournament in the second week following the Qualifying.

b) Participation during the Second Week

A player is allowed to play in a Men's ITF World Tennis Tour Tournament during the second week of a Grand Slam Tournament or multi-week ATP Tour Tournament provided he has been eliminated from the Singles and Doubles of that Tournament prior to the Men's ITF World Tennis Tour Tournament Qualifying Sign-In Deadline. Any such player who is still competing in the Grand Slam Tournament or multi-week ATP Tour Tournament at this deadline must withdraw from the relevant Men's ITF World Tennis Tour Tournament.

A player is not allowed to withdraw from a Grand Slam Tournament or multi-week ATP Tour Tournament to play a Men's ITF World Tennis Tour Tournament.

## H.    On-Site Medical from Week 1 & Participation in Week 2

**1.** A player may not Withdraw onsite or retire from a Tournament in Week 1 and then go on to play in any other Tournament in Week 2 except for valid medical reasons. If a player is forced to withdraw onsite or retire from Week 1 due to medical reasons, and he is entered in a Tournament in Week 2, that player must receive a medical examination from the Tournament Doctor/Sports Physiotherapist from Week 1 and submit his medical examination to the Tournament Doctor/ Sports Physiotherapist for Week 2. To be eligible to compete in Week 2 the player must receive a medical examination and clearance from the Tournament Doctor/Sports Physiotherapist.

A player is not allowed to play in Week 2 if:
a)   he has withdrawn or retired from Week 1 without cause, or
b)   he has withdrawn or retired from Week 1 for valid medical reason, but he fails to receive a medical examination for Week 2 from the Tournament Doctor/Sports Physiotherapist.

Any player who is discovered to have contravened rules (a) and (b) above shall not receive ATP or ITF World Tennis ranking points for Week 2. The player will also be subject to a fine pursuant to the Entry Offences section of the Code of Conduct. This rule does not apply to a player whose partner in Doubles has been forced to withdraw or retire from their match.

**2.** A player that has endured a medical condition during the Tournament Week, but who completes their Tournament matches, may obtain a Medical Certificate from the Tournament Doctor/Sports Physiotherapist that can be used to withdraw from the following week's Tournament without penalty. The player must obtain the Medical Certificate within 24 hours of completing their final match.

If the player wishes to use the Medical Certificate to withdraw from the following week's Tournament then the player must inform the ITF and the ITF Supervisor of the next Tournament (if after the Freeze deadline) no more than 48 hours after obtaining the Medical Certificate or before the Qualifying Sign-In Deadline, whichever is sooner.

Players who complete their final match of the Tournament after the Qualifying Sign-In Deadline of the following week's Tournament must obtain a Medical Certificate and inform the ITF Supervisor before leaving the site if they wish to withdraw.

## I.    Wild Cards

Wild Cards are eligible players included in the Main Draw or Qualifying at the sole discretion of the Tournament Organiser on approval from the host National Association.  Wild Cards may be seeded. Players receiving Wild Cards must have an IPIN account.

As stated in the Code of Conduct in Article II, B.4., a player who is Committed by way of Entry or Wild Card to a Tournament may only accept the offer of a Wild Card into another Tournament in the same week, if the Player makes an official late withdrawal before the Qualifying Sign-in Deadline and the Player meets one of the two requirements below:

    i)      A player accepted into Qualifying of a Men's ITF World Tennis Tour Tournament is nominated to receive a Wild Card into the Main Draw of another Professional tournament (ITF, ATP or Grand Slam) (i.e. moving from Qualifying to Main Draw);

    ii)     A player accepted into Qualifying or Main Draw of a Men's ITF World Tennis Tour Tournament is nominated to receive a Wild Card into the Qualifying or Main Draw of another Professional tournament in a higher prize money category (ITF, ATP Tour, ATP Challenger or Grand Slam) (example M15 to M25.)

Wild Cards must be named at the time the Qualifying or Main Draw is made.  Wild Cards who Withdraw cannot be replaced with new Wild Cards after the appropriate draw is made. Any such vacancies shall be filled in accordance with Section V.L. Vacancies/Substitutions below.

Players and Tournaments should retain written confirmation of the offer and acceptance of a Wild Card. Players and Tournaments may not offer and/or receive any compensation for receiving or awarding a Wild Card. Acceptance of the offer of a Wild Card constitutes the Player's Commitment to the Tournament.

No player who has signed-in for and been accepted into the Qualifying of the Tournament may be named as a Singles Wild Card after the Qualifying competition has commenced.

A Tournament may not offer a Wild Card or accept the Entry from any player who has either accepted a Wild Card or been Committed by an Entry to another Tournament in the same week except as stated in Article II, B.4 of the Code of Conduct.

## J.    Special Exempt (SE)

### 1. Eligibility
Special Exempt places are determined based on the criteria set out below. Players can apply for a Special Exempt for tournaments that overlap and tournaments that do not overlap.

a) Overlapping Tournaments

An Overlapping Tournament is defined as a tournament in one week ("Week 1") where matches are played on overlapping days with a tournament being held in the following week ("Week 2") (either because of the standard schedule or because of weather). A player is eligible to apply for a Special Exempt into the Singles Main Draw of a tournament in Week 2 if that player is still competing in the Singles competition of a Qualified Tournament in Week 1 and has met the criteria listed below at i), ii), and iii).

b) Non-Overlapping Tournaments

A Non-Overlapping Tournament is defined as a tournament in Week 1 which is completed by at least the day before the Qualifying event is scheduled to start in Week 2. A player is eligible to apply for a Special Exempt into the Singles Main Draw of a tournament in Week 2 if that player has participated in the Singles final of a Qualified Tournament in Week 1 and has met the criteria listed below at i), ii), and iii).

The criteria for Special Exempt places are:
   i) The player is entered in a Tournament in "Week 2" and is currently listed on the Qualifying Acceptance List (not the Alternates List) for that Tournament;
   ii) During the "Week 1" Tournament, the player in conjunction with the ITF Supervisor must personally notify (either face-to-face or via telephone) the "Week 2" ITF Supervisor of their Special Exempt request;
   iii) The request for Special Exempt must be made prior to the Qualifying Sign-In Deadline (18:00 hours local time) the day before the scheduled start of the Qualifying competition) of the "Week 2" Tournament. Players still playing in Singles in the Week 1 tournament at the time of the Qualifying Sign-In Deadline of Week 2, must reconfirm if they are playing the following day as soon as their match(es) are completed, and if potentially eligible for a Special Exempt position such position shall be held open until such confirmation has been received.

Special Exempt status shall not be available for players who request such an exempt as a result of competing in the Doubles event of a Week 1 Tournament.

The player must confirm with the ITF Supervisor of the Week 2 Tournament that the Supervisor has received their request prior to the deadline, in accordance with Section V.L. Vacancies/Substitutions below.


**2. Qualified Tournament for Special Exempt**

For M15 and M25 Tournaments: the Singles event of any M15, M25, or ATP Tour or ATP Challenger Tournament within the same region in the preceding week.

For the purposes of Special Exempts, there are five (5) regions: Africa, Asia/Oceania, Europe, North America/Central America, and South America.

**3. Selection Process for Special Exempt**

At each Men's ITF World Tennis Tour Tournament there are up to two (2) places held in the Main Draw for Special Exempts unless there is no Qualified Tournament from the previous week. If there

are more eligible Special Exempt applicants than available positions in the draw, the players shall be selected as follows:

a)  Special Exempt into M15 Tournaments
A player requesting a Special Exempt as a result of performance in a M15, M25, or ATP Challenger/ATP Tour tournament shall be ordered and accepted according to the ranking from Monday seven (7) days before the Tournament Week (including a player's Protected Ranking, if used to enter the Tournament). ATP Singles Ranking will take precedence, followed by ITF World Tennis Singles Ranking. Ties in ranking will be randomly drawn.

b)  Special Exempt into M25 Tournaments
A player requesting a Special Exempt as a result of performance in a M25 or ATP Challenger/ATP Tour tournament will have first priority. The players requesting a Special Exempt shall be ordered and accepted according to their ranking from Monday seven (7) days before the Tournament Week (including a player's Protected Ranking, if used to enter the Tournament). ATP Singles Ranking will take precedence, followed by ITF World Tennis Singles Ranking.

If one or more spaces remain, a player requesting a Special Exempt as a result of performance in M15 Tournaments will have second priority. These players shall be ordered and accepted according to their ranking from Monday seven (7) days before the Tournament Week (including a player's Protected Ranking, if used to enter the Tournament). ATP Singles Ranking will take precedence, followed by ITF World Tennis Singles Ranking. Ties in ranking will be randomly drawn.

Unsuccessful applicants will not be penalised under the Late Withdrawal/ No Show provisions of the Code of Conduct.

If prior to the Qualifying Sign-In Deadline there are no requests for the use of a Special Exempt position, such places shall become places for Direct Acceptance.

If prior to the Entry Deadline it is established that there will be no Special Exempt places into a Men's ITF World Tennis Tour Tournament because there are no Qualified Tournaments in the week preceding the Tournament, then the places reserved in the Main Draw for Special Exempts shall become places for Direct Acceptances and will be indicated as such on the Acceptance List.

## K.  Sign-In

**1. Main Draw**
Players accepted into the Singles Main Draw are not required to Sign-In with the ITF Supervisor. Players must be onsite and available to play their first-round match as scheduled. Each Player must provide a contact telephone number so the ITF Supervisor may contact the Player during the Tournament.
**2. Qualifying**

a)  General

The Qualifying Sign-In Deadline is at 18:00 hours local time at the site of the Singles Qualifying event on the day before the scheduled start of the Qualifying event unless specified otherwise on the published Fact Sheet.

Players accepted into the Singles Qualifying Draw are not required to Sign-In with the ITF Supervisor. Players must be on-site and available to play their first-round match as scheduled.

Wild Cards do not have to Sign-In with the ITF Supervisor.

In exceptional circumstances the ITF may extend the Qualifying Sign-In Deadline for all players in advance, in which case players will be notified. The Qualifying Sign-In Deadline will not be extended for individual players in any circumstances.

The ITF Supervisor/Referee of a Professional Tournament, ITF Sanctioned Tournament, ITF Team Competition or a national competition (if requested by the relevant National Association and approved by the ITF at least two (2) weeks in advance) in the preceding week may Sign-In any player who has competed on the last two days preceding the scheduled start of the Qualifying competition.

Each player must provide a contact telephone number so the ITF Supervisor may contact the Player during the Tournament.

Sign-In Procedure
Entered Alternate players (who wish to compete) must Sign-In by contacting the on-site ITF Supervisor either in person or by a telephone conversation. Entered Alternates that do not Sign-In either in person or by telephone will not be considered for inclusion in the draw.

On-Site Alternates may Sign-In in person with the Supervisor during the Sign-In period. On-Site Alternates that want to Sign-In by telephone must send an email to the Supervisor and then call the Supervisor and confirm they have been signed in before the Sign-In Deadline. Players who only email the Supervisor and do not communicate with the Supervisor by phone will not be accepted as an official Sign-In.

Sign-In is only completed when a player has signed in or been in contact with the ITF Supervisor. Paying an entry fee or collecting accreditation, for example, are separate from the official Sign-In procedure.

In all circumstances of telephone Sign-In, the player must be able to be onsite and play his first-round match as scheduled.

b)   Preserved Eligibility

Players in the Singles Qualifying (except Alternates) as determined at the Freeze Deadline can preserve their eligibility for unused Special Exempt places or Singles Main Draw vacancies (following withdrawals after the Freeze Deadline) by personally contacting the ITF Supervisor on-site prior to the Qualifying Sign-In Deadline.

If the Special Exempt places are used or there are no Main Draw vacancies, the players that Preserved Eligibility are not eligible to play the Qualifying and are subject to the provisions set forth in Article II. B.1 (Late Withdrawal) or Article II.B.2 (No Show) of the Code of Conduct.

If unused Special Exempts place(s) or Main Draw vacancies are not so preserved, such places shall be filled in accordance with the section V.L. Vacancies/Substitutions below.

c)   Signing into Multiple Tournaments the same week

Alternates and On-Site Alternates may Sign-In for the Qualifying of a second Tournament during the same week provided:

  i)   the Qualifying Sign-In Deadline of the second Tournament is on a later day than the Qualifying Sign-In Deadline of the first Tournament; and
  ii)  the player was not accepted into the Qualifying draw of the first Tournament.

d)   Playing in a Week 1 event and Signing-In for a Week 2 event

Players who cannot appear for the Singles Qualifying Sign-In at an ITF World Tennis Tour Tournament because they are still competing in a previous week's related Men's ITF World Tennis Tour Tournament may be signed in for the Singles Qualifying and may be permitted to compete in both events subject to the approval of both ITF Supervisors and provided it does not unfairly disrupt the Singles Qualifying schedule.

## L.      Vacancies/Substitutions

Vacancies shall be filled with substitutes in accordance with the following:

**1. From the Withdrawal Deadline until the Freeze Deadline:**
Direct Acceptance vacancies in the Qualifying and Main Draw shall be filled by entered players selected in accordance with the applicable System of Merit. A player not accepted into the Main Draw or Qualifying will appear on the Tournament's Alternates List.

In M15 Tournaments, vacancies in the Junior Reserved places will be filled by the next eligible entered player on the Junior Reserved Alternate List. If no players are eligible for the Junior Reserved place, the place will revert to a Direct Acceptance place and be filled in accordance with the applicable System of Merit.

**2. From the Freeze Deadline until the Qualifying Sign-In Deadline:**
  a)   M15 Tournaments
       Following the Freeze Deadline, the Junior Reserved Alternate List will no longer be used to fill vacancies for Junior Reserved withdrawals and the Alternates List, which already includes those players on the Junior Reserved Alternate List, will be the only list used to replace any vacancies.
  b)   M25 Tournaments
       All vacancies in the Qualifying or Main Draw shall be filled, at the time of the Qualifying Sign-In Deadline, by Alternates that have signed in for the Qualifying event as detailed below.

**3. At the Qualifying Sign-In Deadline:**
Vacancies in the Main Draw Acceptance List (created by Late Withdrawals, unused Special Exempt positions, and Main Draw Wild Card positions not to be used as confirmed by the Tournament Organiser) shall be filled by players who appear on the Qualifying Draw Acceptance list or have Preserved Eligibility for Main Draw by contacting the ITF Supervisor (see Regulation K.2.b. above) and shall be selected in accordance with the Section V.L. Vacancies/Substitutions and in accordance with the applicable Singles System of Merit.

Vacancies in the Qualifying Acceptance List (created by Late Withdrawals, players being moved to the Main Draw as above or Qualifying Wild Card positions not to be used as confirmed by the Tournament Organiser) shall be filled by Alternates that have Signed-In for the Qualifying event in accordance with the applicable Singles System of Merit.

**4. From the Qualifying Sign-In Deadline until the Order of Play is released. From the time the Order of Play is released until the Commencement of the Qualifying Competition:**
Any Special Exempt places held for extenuating circumstances (e.g. Tournaments delayed due to weather) or vacancies in the Qualifying or Main Draw shall be filled by players who have signed in for the Qualifying event, selected in accordance with the applicable System of Merit until the Order of Play is released. From this point until the Commencement of the Qualifying Competition any vacancy in the Qualifying will be filled by players who have signed-in for the Alternates List on the following day. The Qualifying competition commences when the first ball of the first Qualifying match is struck.

**5. After Commencement of the Qualifying Competition:**

a) Vacancies in the Qualifying shall be filled by players who have signed the Alternates List in accordance with Section V.M, selected in accordance with the applicable System of Merit.

If there is no Qualifying, vacancies in the Main Draw shall be filled by players who have signed the Alternates List in accordance with Section V.M, selected according to the System of Merit.

b) Vacancies in the Singles Main Draw shall not be filled until the completion of the Singles Qualifying and shall only be filled by Lucky Losers. The Lucky Losers shall be ordered and selected as follows:
   i) Players who have reached the final Qualifying round of the Qualifying competition; then
   ii) Players with an ATP Ranking shall be randomly drawn; then
   iii) Players with an ITF World Tennis Ranking shall be randomly drawn; then
   iv) Players with a verified ITF World Tennis Number shall be drawn randomly; then
   v) The order of Nationally Ranked and unranked players shall be randomly drawn.

If players from previous rounds are needed to fill the draw or desire to Sign-In as a Lucky Losers, they will be placed after all players who have lost in the final round of Qualifying and ordered as described above.

Protected Rankings shall not be used to order players for Lucky Loser positions.

If a player is forced to retire from his final round of Qualifying due to illness or injury, the player will retain his Lucky Loser status provided he receives medical clearance from the Tournament Doctor/Sports Physiotherapist.

**6. After the Completion of the Qualifying Competition:**
If after the completion of the qualifying competition there are vacancies in the Main Draw, the ITF Supervisor will fill the Main Draw with all of the Qualifiers and, if necessary, Lucky Losers in order that they were drawn as detailed above. It shall be assumed all players who lost in the last round of Qualifying will want to take a position in the Main Draw. Therefore, it is the player's responsibility to inform the ITF Supervisor at the end of their match if they do not want to be considered for a Lucky Loser position.

## M.     Sign-In Requirements for Substitutes

1. Alternates and Lucky Losers (Singles and Doubles) have the option of signing in each day before the start of play for an opportunity to compete in any eligible open position in the draw. Players wishing to Sign-In for an opportunity must be present and Sign-In 30 minutes prior to the scheduled start of play with the ITF Supervisor. Players may also Sign-In by a telephone conversation with the ITF Supervisor. Alternates and Lucky Losers that want to Sign-In by telephone must send an email to the Supervisor and then call the Supervisor and confirm he has been signed in before the Sign-In Deadline. Players who only email the Supervisor and do not communicate with the Supervisor by phone will not be accepted as an official Sign-In. Eligible players must sign and re-sign the appropriate list each day before the start of play.

When the last round of Qualifying and the first round of Main Draw are played on the same day, Lucky Losers must Sign-In no later than 30 minutes after the completion of the last Qualifying match.

Players can find the Sign-In Deadline on the Order of Play. It is the player's responsibility to contact the ITF Supervisor with any questions about the time and location of the Sign-In Deadline.

2. Alternates and Lucky Losers must be ready to play in proper tennis attire within a total time of five (5) minutes after the announcement of a vacancy. Matches must commence without delay after the selection of the Alternate or Lucky Loser.

3. If the Alternate is not available according to paragraph 2 above, he shall be placed at the bottom of the Alternate List for that day. If the eligible Lucky Loser is not available according to paragraph 2 above, he shall be placed at the bottom of the Lucky Loser priority list for that day corresponding to the Qualifying round in which he lost. Such players will not be penalised under the Article II.B.1 or B.2 Late Withdrawal/No Show. If a player does not sign up for Alternate or Lucky Loser status one day, he may still sign up on the next day.

## N.    Administrative Error on Acceptance Lists

If an administrative error is made on an Acceptance List, resulting either in a player not being included or too many players being accepted into the Tournament, the Acceptance List will be corrected at the earliest opportunity in accordance with the System of Merit.

If a player's National Ranking or ITF World Tennis Number is not considered for ordering a player on the Acceptance List because the data provided by the National Association (and/or player) did not match the ITF's data, then a correction to any published Acceptance List will be at the discretion of the ITF. All future Entry Lists will be corrected once the revised information has been sent by the National Association/confirmed by the ITF.

If due to an administrative error too many players arrive on-site and Sign-In to play the Tournament, the following procedures will be followed: the last two (2) players accepted into the Tournament based upon the most current updated Acceptance List (excluding Wild Cards and Qualifiers) will play a preliminary match for one (1) position in the draw.
All preliminary matches for singles will be played as best of three sets with two (2) tie-break sets, and if the score reaches one set all, one match tie-break game (10 points) shall be played to decide the match. For doubles as best of three sets with two (2) tie-break sets, and if the score reaches one set all, one match tie-break game (10 points) shall be played to decide the match, No-ad scoring must be used.

*M15 and M25 Tournaments*
The loser of the preliminary match will not receive ATP and/or ITF World Tennis Ranking points but will receive 1st round prize money. Prize money payment to the loser of the preliminary match will be paid by the ITF. A player who wins the preliminary match but then loses in the 1st round will receive 1st round prize money plus 25% of 2nd round prize money and 50% of 2nd round ITF World Tennis Ranking points. ATP ranking points will not be awarded.

In the event that the administrative error takes place on-site, it is the responsibility of the ITF Supervisor to inform the ITF Men's department of this administrative error.

## O.    Late Cancellations

In the event that a Tournament is cancelled late, players accepted into that Tournament may, at the ITF's discretion, be placed as "next in" on the Main Draw, Qualifying or Alternates Acceptance List, as appropriate, of another Tournament taking place in the same week.

# VI. DOUBLES ENTRIES AND WITHDRAWALS

Tournaments offering M25 in prize money will accept up to seven (7) Doubles teams by Advance Entry with the remaining Doubles teams selected by the existing onsite procedure. Tournaments offering M15 in prize money will not offer Advance Entry and will retain the onsite procedure for all Doubles entries.

## A. Advance Entry at M25 Tournaments

Advance Entry is available at M25 Tournaments (including +H Tournaments).

Advance Entries are only accepted from players with an ATP Doubles ranking, subject only to the Play Down provisions of these Regulations.

### 1. Entry and Withdrawal Procedures

Players may make only one advance entry in a Doubles tournament each week and this must be submitted online through a player's IPIN account. During the IPIN entry process, one member of the Doubles team must propose the partnership to the second member. The second member must confirm their acceptance of the Doubles entry in IPIN prior to the Advance Entry Doubles Entry Deadline ("Doubles Entry Deadline"). Any partnership not confirmed by this time will be removed from the Entry list. It is the players' responsibility to make all entries and withdrawals and to check his / the team's position on the Doubles Acceptance Lists.

Players can add or change Doubles entries up until the Doubles Entry Deadline, but in all cases the entry must be confirmed prior to the deadline.

The Entry, Withdrawal and Freeze Deadlines for Doubles are detailed below. In exceptional circumstances or during UK office holidays, the ITF may modify the deadlines, in which case players will be notified.

### 2. Doubles Entry Deadline

The Doubles Entry Deadline is at 14:00 hours (GMT) on Tuesday, 6 days prior to the Tournament. In the event of any technical issues that prevent the ITF from processing the Doubles Entry Deadline 6 days prior to the tournament, then the Doubles Entry Deadline in that week will revert to the On-Site Sign-In Deadline.

At the Doubles Entry Deadline, Doubles teams will be ordered on a Doubles Acceptance List according to the applicable Doubles System of Merit. The first seven (7) accepted teams will be listed in the Main Draw. Additional teams will be listed as Alternates.

Doubles teams are not Committed to the Tournament until the Doubles Withdrawal/Freeze Deadline.

Entered Teams where one or both members of the team do not have an ATP ranking will be removed at the Doubles Entry Deadline.

A player's Singles entries may affect their Doubles entry at the Doubles Entry Deadline.
   a) A player who is entered or accepted into the Main Draw or Qualifying of Singles of a Men's ITF World Tennis Tour Tournament at the Singles Withdrawal Deadline may only enter Doubles at the same Tournament. If the player has entered the Doubles of another Men's ITF World Tennis Tour Tournament, his Doubles entry (and that of his partner) will be withdrawn at the Doubles Entry Deadline.

   b) Players accepted into the Main Draw or Qualifying of Singles at an ITF World Tennis Tour Juniors Tournament after the Singles Withdrawal Deadline may not make an Advanced Entry

for Doubles. If the player has entered the Doubles of a Men's ITF World Tennis Tour Tournament, his Doubles entry (and that of his partner) will be withdrawn at the Doubles Entry Deadline.

c) Players accepted into one of the seven (7) Main Draw Doubles positions, and who are also Singles Alternates at other ITF World Tennis Tour Tournaments in the same week, will be removed from all Singles Alternates lists except (if applicable) the same Tournament where the player was accepted into Doubles.

**3. Between the Doubles Entry Deadline and the Doubles Withdrawal/Freeze Deadline.**
a) A Doubles team's position on the Acceptance List may change until the Freeze Deadline. Players that are listed as Doubles Alternates can move into the Doubles Main Draw positions until the Withdrawal/Freeze Deadline, based on the withdrawals of teams above them.
b) Players who are included on the Doubles Alternates List and do not wish to play a Tournament for a given week should withdraw themselves from that Tournament before the team moves into the Doubles Main Draw, because players who are also Singles Alternates in the same week may find their Singles entries amended due to moving into a Doubles Main Draw position.

**4. At and After the Doubles Withdrawal/Freeze Deadline**
The Withdrawal and Freeze Deadlines for Doubles take place at the same time, 14:00 hours (GMT) on the Thursday four (4) days before the Monday of the Tournament Week. This is the same time as the Singles Freeze Deadline.

**a) Procedure**
1) At the Doubles Withdrawal/Freeze Deadline, Doubles Teams in Main Draw positions are Committed to the Tournament.

2) At the Freeze Deadline, the Advance Entry Doubles Alternate List will no longer be used and will be removed.

3) Teams listed as Alternates at the Doubles Freeze Deadline are not Committed to the Tournament. Any such teams will need to Sign-In as an On-Site Entry if they wish to play. Advance Entry Doubles Alternate teams have no priority over other teams which Sign-In On-Site. Members of an Alternate Doubles team may Sign-In On-Site with the same or a different partner.

4) All vacancies and remaining positions in the Draw will be filled by the applicable On-Site Entry procedure.

5) A Doubles withdrawal made after the Freeze Deadline must be submitted online through a player's IPIN account or he will be subject to sanction pursuant to the Code of Conduct, Article II.B.

**b) Commitment Rule**
Prior to the Doubles Withdrawal/Freeze Deadline a Doubles team's status on an Acceptance List is not confirmed. A Doubles team which appears on an ITF World Tennis Tour Doubles Main Draw

Acceptance List at any time after the Doubles Withdrawal/Freeze Deadline is deemed to have been accepted into and is Committed to play the Tournament.

Players are required to withdraw according to the procedures detailed in the regulations above from any tournament they are unable to play, and the players should check their Tournament status on the Acceptance List until the Freeze Deadline.

If one player of the Doubles team withdraws his Entry from the Doubles Main Draw of a Men's ITF World Tennis Tour Tournament for any reason after the Withdrawal Deadline, the withdrawal will be considered a Late Withdrawal and will be subject to the Late Withdrawal/No Show provisions at Article II.B of the Code of Conduct.

Any player accepted into Main Draw Doubles but that fails to appear for the Tournament without notifying the ITF and ITF Supervisor (if after the Freeze Deadline) of his withdrawal shall be subject to sanction pursuant to the Code of Conduct, Article III.B.

The player responsible for the Withdrawal of his team after the Withdrawal/Freeze Deadline will be subject to Article III.B.1. (Late Withdrawals) or B.2 (No Show) of the Code of Conduct unless Article II.B.3 or B.4 applies:
- B.3 On-site Medical Withdrawal: There are circumstances in which a player may validly withdraw from a Tournament provided that player obtains a Medical Certificate at the Tournament by seeing the Tournament Doctor or Sports Physiotherapist.
- B.4 (Playing Another Event / One Tournament Per week): There are circumstances in which a Committed player may validly withdraw from a Tournament in order to play another event and not be penalised.

The player responsible for the Withdrawal of an Advance Entry Doubles team after the Doubles Withdrawal/Freeze Deadline may not compete in Doubles during the same Tournament Week in which they have withdrawn. However, the withdrawing player's partner may find a new partner and Sign-In On-site for Doubles at the same or another ITF tournament.

If, in the opinion of the ITF Supervisor or ITF (as applicable) both players are responsible for Withdrawal after the Withdrawal/Freeze Deadline, both players shall be subject to sanction under the Code of Conduct, Article II.B and neither player will be allowed to compete in Doubles during the Tournament Week.

Each player is allowed three Doubles late withdrawals without penalty per calendar year provided the Withdrawal is made in accordance with the procedure set out at Section VI.A(1) above.

Players are encouraged to read the Fines Guidelines and Entry Offence provisions located in the Code of Conduct for information on the penalties imposed for Late Withdrawals/No Shows.

Notwithstanding any other provision of these Regulations, the ITF has the absolute right to refuse or revoke any player's Entry to any Men's ITF World Tennis Tour Tournament(s). The ITF may exercise that right as it sees fit, with or without providing reasons.

## B. On-Site Entry and Withdrawal Deadline - Doubles

Subject to the Play Down provisions of these Regulations, all players (i.e. those with an ATP ranking, ITF World Tennis Ranking, eligible ITF Combined Junior Ranking, National Ranking, and unranked), may enter Men's ITF World Tennis Tour Tournaments by the On-Site Entry Deadline.

At M25 Tournaments, at least six (6) teams are selected according to the On-Site procedure. More teams may be selected depending on the number of Advance Entry teams, see section A above.

At M15 Tournaments, all Doubles teams (with the exception of Wild Card teams) are selected according to the On-Site procedure.

The On-Site Entry and Withdrawal Deadline for Doubles, also known as the Sign-in Deadline, is at 14:00 hours local time on the day before the Doubles Main Draw event is scheduled to commence. Players shall be responsible for their own Sign-In and should check the Fact Sheet for Sign-In date and location.

All Doubles team Entries and Withdrawals must be received by the ITF Supervisor by the Sign-In Deadline.

Advance Entry Doubles teams on the Acceptance List after the Freeze Deadline do not need to Sign-In but must be ready to play as scheduled.

The Supervisor shall post the Doubles Sign-In sheet at a reasonable time prior to the announced Sign-In Deadline. One member of a Doubles team may complete On-Site Sign-in on behalf of the team. The ITF Supervisor reserves the right to accept timely telephone entries. In addition, a player may email the ITF Supervisor to Sign-In for Doubles (email Sign-In will not be processed if sent to the Tournament Director). Players who fail to Sign-In shall not be included in the Doubles draw.

On-Site Acceptances for Doubles shall be based on the applicable Doubles System of Merit.

A player that wants to use their ATP Protected Ranking to Sign-In On-Site for Doubles must notify the ITF Supervisor prior to the Sign-In Deadline.

The player responsible for the Withdrawal of an Advance Entry Doubles team after the Doubles Withdrawal/Freeze Deadline may not compete in Doubles during the same Tournament Week in which they have withdrawn. However, the withdrawing player's partner may find a new partner and Sign-In On-site for Doubles at the same or another ITF tournament.

If, in the opinion of the ITF Supervisor or ITF (as applicable) both players are responsible for Withdrawal after the Withdrawal/Freeze Deadline, both players shall be subject to sanction under the Code of Conduct, Article III.B and neither player will be allowed to compete in Doubles during the Tournament Week.

Notwithstanding any other provision of these Regulations, the ITF has the absolute right to refuse or revoke any player's Entry to any Men's ITF World Tennis Tour Tournament(s). The ITF may exercise that right as it sees fit, with or without providing reasons.

## C.      Substitution of Doubles Teams

If a player or a team withdraws after the On-Site Entry/Withdrawal Deadline, Alternates shall be selected according to the applicable Doubles System of Merit.

The Sign-In for Doubles Alternates shall follow the same principles as the Sign-In for Singles Alternates (Section V.M. Sign-In Requirements for Substitutes). One member of a team may Sign-In for the team.

## D.      Wild Cards

Wild Cards are Doubles teams included in the Doubles draw at the sole discretion of the Tournament Organiser on approval from the host National Association.  Wild Cards may be seeded, in accordance with the seeding procedure in section VIII.B.  Wild Cards must be named at the time the draw is made.  Wild Cards who withdraw cannot be replaced with new Wild Cards after the appropriate draw is made.

Players and Tournaments may not offer and/or receive any compensation for receiving or awarding a Wild Card. Acceptance of the offer of a Wild Card constitutes a player's commitment to the Tournament.

A Tournament may not offer a Wild Card or accept the Entry from any team who has either accepted a Wild Card or been Committed by an Entry to another Tournament in the same week except as stated in Article II, B.4 of the Code of Conduct.

A player who is Committed by way of Entry or Wild Card to a Tournament may only accept the offer of a Wild Card into another Tournament in the same week as permitted in Article II, B.4 of the Code of Conduct.

*Substitution of Doubles Teams*
If a player or a pair withdraws after the Entry/Withdrawal Deadline, Alternates shall be selected according to the applicable Doubles System of Merit.

The Sign-In for Doubles Alternates shall follow the same principles as the Sign-In for Singles Alternates (Section V.M Sign-In Requirements for Substitutes above). One member of a team may Sign-In for the team.

## E.      Contact Details

Each player must ensure that a contact telephone number is left with the ITF Supervisor where he may be reached during the Tournament.

# VII.   SYSTEMS OF MERIT

Players who wish to enter a Tournament with an ATP Protected Ranking must contact the ATP at least one week prior to the Entry Deadline requesting confirmation is sent to the ITF. When two or more players are tied, the actual ranking supersedes the Protected Ranking for acceptance purposes.

The following Singles selection procedure shall be used, subject to Section V.L. Vacancies / Substitutions, as the basis for acceptances as follows:
    i)   Methods A to C are followed in order to create the Acceptance List and thereafter identify Direct Acceptances, up to the Freeze Deadline. At and after the Qualifying Sign-In Deadline, vacancies will be filled from the Alternates List, provided the player has Signed-In;
    ii)  Method D is followed to identify Junior Reserved Places and Junior Reserved Alternates, up to the Freeze Deadline;
    iii) Methods E to G are followed after the Qualifying Sign-In Deadline in order to fill any remaining vacancies in the Tournament, after the Acceptance List is exhausted.

## A.    Singles System of Merit at M15 Tournaments

**1.      Method A – Direct Acceptance**
Entered players with an approved ATP Singles Ranking, including a Protected Ranking, shall be selected in accordance with their positions on the approved ATP ranking list available on the Entry Deadline and dated twenty-one (21) days prior to the Monday of the Tournament Week.

**2.      Method B – Direct Acceptance**
Entered players with an approved ITF World Tennis Singles Ranking shall be selected in accordance with their positions on the approved ITF World Tennis Ranking list available on the Entry Deadline and dated twenty-one (21) days prior to the Monday of the Tournament Week

**3.      Method C – Direct Acceptance**
Entered players without an approved ATP Singles Ranking and without an ITF World Tennis Singles Ranking but with a current Top 500 National Ranking will be drawn by computer at the ITF Office at the Entry Deadline as follows:

    i)   Players will be sorted into groups of the same nationalities and ranked within those groups according to National Ranking. Ties between players within those groups will be randomly drawn;
    ii)  Each country with a player represented will be allocated a draw chip. Each time a chip is drawn the highest ranked player from the country represented by that chip shall be selected and ordered on the Acceptance List until all the national ranked players are ordered. A country's chip shall go back into the draw until there are no more players in their group; then
    iii) All remaining entered players who are unranked and have no National Ranking, shall be randomly drawn by computer at the ITF Office for a position on the Acceptance List.

Players who are listed as Alternates after the Freeze Deadline will have priority for acceptance over On-Site Alternates.

**4.      Method D – Junior Reserved**

Entered players with an approved ITF Combined Junior Ranking of 1-100 shall be selected for a maximum of three (3) Main Draw places. A Top 100 ITF Combined Junior Ranking can be achieved in 2 ways:

i)   Current ITF Combined Junior ranking

In accordance with the player's position on the approved ITF Combined Junior Ranking list available on the Entry Deadline and dated twenty-one (21) days prior to the Monday of the Tournament Week;

ii)   "Carry-over" ITF Junior ranking

In addition, players born in 2006 may carry over their 16 December 2024 ITF Combined Junior ranking for the purposes of entering M15 Tournaments until the week in which they turn 19 years of age. The Monday of each week determines the player's age for that week. Thus, a player who is 18 on Monday but turns 19 on Tuesday would be eligible to use their ITF Combined Junior Ranking for that week but would no longer be able to use their ITF Combined Junior Ranking the following week.  If two players share the same ranking (one with a current ranking, the other with a carry-over ranking), then the player with the current ITF Junior Ranking will be ordered before the player holding the carry-over ranking on the System of Merit.

Method D Junior Reserved Places are only available for players who cannot otherwise be accepted into the Main Draw on the basis of their ATP Singles Ranking or their ITF World Tennis Singles Ranking. A player must also have turned 14 years of age in order to be accepted into a M15 Tournament.

Junior players ranked outside the ITF Combined Junior Ranking Top 100 on the Entry Deadline are not eligible for a Junior Reserved Main Draw place.

After the Entry Deadline, any Junior Reserved places that become available through a Withdrawal will be filled by a player on the Junior Reserved Alternate List until the Freeze Deadline.

Unfilled Junior Reserved places will be reallocated to Direct Acceptance Methods A, B and C in that order.

There will be no Qualifying or Alternate places reserved in a M15 Tournament based on ITF Combined Junior ranking.

**5.      Method E – On-Site Alternates**

On-Site Alternates with an approved ATP Singles Ranking, including a Protected Ranking, who have signed in for Qualifying shall be selected in accordance with their ATP Singles Ranking, on the Monday seven (7) days before the Tournament Week.

**6.      Method F – On-Site Alternates**

On-Site Alternates with an ITF World Tennis Singles Ranking, who have signed in for Qualifying shall be selected in accordance with their ITF World Tennis Singles Ranking, on the Monday seven (7) days before the Tournament Week

**7.    Method G – On-Site Alternates**
On-Site Alternates without an ATP or ITF World Tennis Singles Ranking who have signed in for Qualifying shall be selected based on National Ranking as follows:

i)    Players will be sorted into groups of the same nationalities and ranked within those groups according to National Ranking. Ties between players within those groups will be randomly drawn;

ii)    Each country represented will be allocated the same number of draw chips as the number of players from that country unless there are more players from a particular country than places available in a draw. In that case, the number of chips allocated to that country shall be limited to the number of places available in the draw and any extra players are dropped from consideration. Each time a chip is drawn the highest ranked player from the country represented by that chip shall be selected; then

iii)    Further places will be filled by unranked players randomly drawn.

**8.    Ties**
A random draw will be made when players are tied based on their ATP Singles Ranking or tied based on their ITF World Tennis Singles Ranking.

On Acceptance Lists produced by the ITF, ties have already been randomly drawn by computer and players are listed in priority order.

**9.    National Ranking**
Each National Association may submit their National Rankings to the ITF up to four times per year (quarterly updates). National Rankings from nations must be submitted in the current or previous year or they will not be considered for acceptance. National Associations must submit their National Rankings at least seven (7) days before the Entry Deadline if they are to be used for acceptance purposes for a specific Tournament Week. Players without a National Ranking, or an approved ATP or ITF World Tennis Singles Ranking, will be considered unranked for that Tournament.

Players should contact their National Association for details on when updated National Rankings will be sent to the ITF.

## B.    Singles System of Merit at M25 Tournaments
**1.    Method A – Direct Acceptance**
Entered players with an approved ATP Singles Ranking, including a Protected Ranking, shall be selected in accordance with their positions on the approved ranking list available on the Entry Deadline and dated twenty-one (21) days prior to the Monday of the Tournament Week.

**2.    Method B – Direct Acceptance**
Entered players with an approved ITF World Tennis Singles Ranking shall be selected in accordance with their positions on the approved points list available on the Entry Deadline and dated twenty-one (21) days prior to the Monday of the Tournament Week.

3.    **Method C – Direct Acceptance**
Entered players with no ATP or ITF Singles Rankings and with a verified ITF World Tennis Number shall be selected in accordance with their WTN available on the Monday before the Entry Deadline and dated twenty-one (21) days prior to the Monday of the Tournament Week.

4.    **Method D – Direct Acceptance**
Entered players without an approved ATP Singles Ranking and without an ITF World Tennis Singles Ranking but with a current Top 500 National Ranking will be drawn by computer at the ITF Office at the Entry Deadline as follows:

   i)   Players will be sorted into groups of the same nationalities and ranked within those groups according to National Ranking. Ties between players within those groups will be randomly drawn;
   ii)  Each country with a player represented will be allocated a draw chip. Each time a chip is drawn the highest ranked player from the country represented by that chip shall be selected and ordered on the Acceptance List until all the national ranked players are ordered. A country's chip shall go back into the draw until there are no more players in their group; then
   iii) All remaining entered players who are unranked and have no National Ranking shall be randomly drawn by computer at the ITF Office for a position on the Acceptance List.

Players who are listed as Alternates after the Freeze Deadline will have priority for acceptance over On-Site Alternates.

4.    **Method E – On-Site Alternates**
On-Site Alternates with an ATP Singles Ranking, who have signed in for Qualifying shall be selected in accordance with their ATP Ranking, on the Monday seven (7) days before the Tournament Week.

5.    **Method F – On-Site Alternates**
On-Site Alternates with an ITF World Tennis Singles Ranking, who have signed in for Qualifying shall be selected in accordance with their ITF World Tennis Singles Ranking, on the Monday seven (7) days before the Tournament Week.

6.    **Method G – On-Site Alternates**
On-Site Alternates with no ATP or ITF Singles Rankings and with a verified ITF World Tennis Number shall be selected in accordance with their WTN available on the Monday before the Qualifying Sign-In Deadline and dated seven (7) days prior to the Monday of the Tournament Week.

7.    **Method H – On-Site Alternates**
On-Site Alternates without an ATP or ITF World Tennis Singles Ranking who have signed in for Qualifying shall be selected based on National Rankings as follows:

   i)   Players will be sorted into groups of the same nationalities and ranked within those groups according to National Ranking. Ties between players within those groups will be randomly drawn;
   ii)  Each country represented will be allocated the same number of draw chips as the number of players from that country unless there are more players from a particular country than

places available in a draw. In that case, the number of chips allocated to that country shall be limited to the number of places available in the draw and any extra players are dropped from consideration. Each time a chip is drawn the highest ranked player from the country represented by that chip shall be selected; and

iii)   Further places will be filled by unranked players randomly drawn.

**7.      Ties**

Ties on players' ATP Singles Ranking, ITF World Tennis Singles Ranking or WTN will be decided by a random draw.

On Acceptance Lists produced by the ITF, ties have already been randomly drawn by computer and players are listed in priority order.

**8.      National Rankings**

Each National Association may submit their National Rankings to the ITF up to four times per year (quarterly updates). National Rankings from nations must be submitted in the current or previous year or they will not be considered for acceptance. National Associations must submit their National Rankings at least seven (7) days before the Entry Deadline if they are to be used for acceptance purposes for a specific Tournament Week. Players without a National Ranking, or an approved ATP or ITF World Tennis Singles Ranking, will be considered unranked for that Tournament.

Players should contact their National Association for details on when updated National Rankings will be sent to the ITF.

## C.      Doubles System of Merit at M15 Tournaments

Each M15 Tournament will have a Doubles competition for 16 teams:
- 13 Direct Acceptance;
- 3 Wild Cards.

Doubles teams will be accepted into the Main Draw of Doubles in accordance with their best rankings (either Singles or Doubles) added together and the total used to determine Direct Acceptances. Teams will be prioritised based on ATP Singles or Doubles Rankings, including ATP Protected Ranking (if used) and followed by ITF World Tennis Singles Ranking, as of the Monday seven (7) days before the Tournament Week. ITF World Tennis Number will not be used for Doubles Acceptance.

Teams will be ordered as follows:

**1.      Method A-Direct Acceptance**

Combined ranking of two players with approved Singles or Doubles rankings. Best rankings (either Singles or Doubles) shall be added together, and the total used to determine Direct Acceptances. Within Method A, teams will be ordered as follows:

a)   Both players with an ATP Singles or Doubles Ranking, in order of lowest combined total (best of Singles or Doubles ranking);

b) One player with an ATP Singles or Doubles Ranking and one player with an ITF World Tennis Singles Ranking, in order of lowest combined total (best of Singles or Doubles ranking);
c) Both players with an ITF World Tennis Singles Ranking, in order of lowest combined total (best of Singles or Doubles ranking);
d) One player with an ATP Singles or Doubles Ranking, and one unranked player;
e) One player with an ITF World Tennis Singles Ranking, and one unranked player; and
f) Both players unranked

*Breaking ties*

Ties between teams with the same combined ranking for positions on the Acceptance List shall be broken as follows:

a) If a team uses a Protected Ranking, the priority shall be given to the other team(s) with non-Protected Rankings;
b) The team with the player with the strongest individual ATP Singles Ranking, and if still tied by the next highest ATP Singles Ranking;
c) The team with the player with the strongest individual ATP Doubles Ranking, and if still tied by the next highest ATP Doubles Ranking;
d) The team with the player with the strongest individual ITF World Tennis Singles Ranking and if still tied by the next highest ITF World Tennis Singles Ranking;
e) Any further ties shall be randomly drawn.

National Ranking will not be considered for Doubles selection. Players with a national ranking only will be treated as "unranked".

## D.    Doubles System of Merit at M25 Tournaments

Each Tournament will have a Doubles competition for 16 teams, with teams entering as follows:
- Up to seven (7) teams by Advance Entry
    - The teams will be selected in accordance with their combined Doubles' Rankings added together and the total used to determine acceptances as of the Monday seven (7) days before the Tournament Week. Teams will be prioritised based on ATP Doubles Ranking, including ATP Protected Rankings (if used).
- At least six (6) teams by On-Site Entry;
    - All remaining entries, excluding Wild Cards, will be composed of Doubles teams that Sign-In On-Site.  Doubles teams will be selected into the Main Draw of Doubles in accordance with their best rankings (either Singles or Doubles) added together and the total used to determine acceptances. Teams will be prioritised based on ATP Singles and Doubles Ranking, including ATP Protected Rankings (if used), followed by ITF World Tennis Singles Ranking as of the Monday seven (7) days before the Tournament Week.
- 3 Wild Card teams.

Doubles Teams will be selected into the Main Draw of Doubles as follows:

**a)    Advance Entry**

**1.    Method A – Direct Acceptance**

Combined ranking of two players with an ATP Doubles Ranking including ATP Protected Rankings shall be added together and the total used to determine Direct Acceptances.

Teams will be ordered as follows:

    a)  Both players with an ATP Doubles Ranking, in order of lowest combined total;

*Breaking ties*
Ties between teams with the same combined ranking for positions on the Acceptance List shall be broken as follows:

    a)  If a team uses one or more ATP Protected Rankings, the priority shall be given to the team(s) not using ATP Protected Ranking(s);
    b)  The team with the player with the strongest individual ATP Doubles Ranking, and if still tied by the next highest ATP Doubles Ranking;
    c)  The team with the player with the strongest individual ITF World Tennis Doubles Ranking and if still tied by the next highest ITF World Tennis Doubles Ranking; and
    d)  Any further ties between teams shall be drawn by lot.

Players without an ATP Doubles ranking, or ITF World Tennis Doubles ranking will not be eligible for Advance Entry selection.

**b)       On-Site Entry – Direct Acceptance**

**1.      Method A – Direct Acceptance**
Combined ranking of two players with an ATP Ranking (Singles or Doubles), including an ATP Protected Ranking or ITF World Tennis Singles Ranking. Best rankings (either Singles or Doubles) shall be added together and the total used to determine Direct Acceptances. Unranked players may also be accepted via this Method.

Teams will be ordered as follows:

    a)  Both players with an ATP Singles or Doubles Ranking, in order of lowest combined total (best of Singles or Doubles ranking);
    b)  One player with an ATP Singles or Doubles Ranking and one player with an ITF World Tennis Singles Ranking, in order of lowest combined total (best of Singles or Doubles ranking);
    c)  Both players with an ITF World Tennis Singles Ranking, in order of lowest combined total (best of Singles or Doubles ranking);
    d)  One player with an ATP Singles or Doubles Ranking, and one unranked player;
    e)  One player with an ITF World Tennis Singles Ranking, and one unranked player; and
    f)  Both players unranked.

*Breaking ties*
Ties between teams with the same combined ranking for positions on the Acceptance List shall be broken as follows:

e)  If a team uses one or more ATP Protected Rankings, the priority shall be given to the team(s) not using ATP Protected Ranking(s);
f)  The team with the player with the strongest individual ATP Singles Ranking, and if still tied by the next highest ATP Singles Ranking;
g)  The team with the player with the strongest individual ATP Doubles Ranking, and if still tied by the next highest ATP Doubles Ranking;
h)  The team with the player with the strongest individual ITF World Tennis Singles Ranking and if still tied by the next highest ITF World Tennis Singles Ranking;
i)  Any further ties between teams shall be drawn by lot.

National Ranking will not be considered for Doubles selection. Players with a National Ranking only will be treated as "unranked".

# VIII.  DRAWS

The Singles Main Draw shall consist of 32 players. The Singles Qualifying draw shall be a maximum of 64 players. The Doubles draw shall consist of 16 teams. There shall be no Doubles Qualifying competition.

## A.    Composition of Draws

The draws shall be composed as detailed below. All Direct Acceptances and unused reserved places will be selected in accordance with applicable System of Merit.

**1. Singles**
a)  Qualifying

Subject to the paragraph directly below, the Singles Qualifying draw size at all M15 and M25 Tournaments must be either 32, 48 or 64 players. All draw sizes are subject to ITF approval during the Tournament Application process.

The Singles Qualifying draws must be composed as follows:

| Draw Size-Qualifying | M15 | | | M25 | | |
|---|---|---|---|---|---|---|
| | 32 | 48 | 64 | 32 | 48 | 64 |
| Direct Acceptances | 26 | 41 | 56 | 27 | 41 | 56 |
| Wild Cards^ | 6 | 7 | 8 | 5 | 7 | 8 |

^ Wild Cards are awarded at the discretion of the sanctioning National Association. Unused Wild Card places shall become Direct Acceptances and filled as defined above.

*Pre-Qualifying*
The Tournament Organiser with the approval of the sanctioning National Association and the ITF may hold a Pre-Qualifying/ Wild Card event to determine the selection of Wild Cards. Pre-Qualifying/ Wild Card events for a Men's ITF World Tennis Tour Tournament must take place prior to the Tournament Week.

Tournament Organisers may not require players to stay in the tournament hotel, be a member of a club or similar type condition in order to compete in a Pre-Qualifying/ Wild Card tournament.

Tournament Organisers/National Associations must submit Pre/Qualifying/ Wild Card tournament conditions to the ITF for approval and the ITF has the right to reject any tournament conditions created by the Tournament Organiser/National Association.

b)  Main Draw

The Singles Main Draws shall consist of 32 players and shall be composed as follows:

| MAIN DRAW | M15 | | | | M25 | | | |
|---|---|---|---|---|---|---|---|---|
| (Q draw size) | (24Q) | (32Q) | (48Q) | (64Q) | (24Q) | (32Q) | (48Q) | (64Q) |
| MD Draw Size | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 32 |
| Direct Acceptances | 13-17* | 13-17* | 13-17* | 13-17* | 16-20* | 16-20* | 16-20* | 16-20* |
| Qualifiers | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| Junior Reserved ** | 3 | 3 | 3 | 3 | - | - | - | - |
| Wild Cards ^ | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| Special Exempt | 0/2 | 0/2 | 0/2 | 0/2 | 0/2 | 0/2 | 0/2 | 0/2 |
| Accelerator | 0/2 | 0/2 | 0/2 | 0/2 | 0/2 | 0/2 | 0/2 | 0/2 |

* Number of Direct Acceptances in the Main Draw varies depending on the inclusion of any Special and/or Accelerator places.
** Any unused Reserved places will be reallocated to Direct Acceptances.
^ Wild Cards are awarded at the discretion of the sanctioning National Association. Unused Wild Card places shall become Direct Acceptances and filled as defined above.

**2. Doubles**

The Doubles draw will consist of 16 teams. Each Doubles Draw shall be composed as follows:

1.  **M15 Tournaments**

| Main Draw | M15 - |
|---|---|
| Draw Size | 16 |
| Direct Acceptances | 13 |
| Wild Cards^ | 3 |

2.  **M25 Tournaments**

| Main Draw | M25 |
|---|---|
| Draw Size | 16 |
| Advance Entry Direct Acceptances | Up to 7 teams |
| On-Site Direct Acceptances | At least 6 teams |
| Wild Cards^ | 3 |

^ Wild Cards are awarded at the discretion of the sanctioning National Association. Unused Wild Card places shall become Direct Acceptances and filled as defined above.

## B.     Seeds

Each Tournament will have a seeded draw with seeds determined as follows:

### 1. Seeding List
Tournament seedings will not be official until the draw is made.

In Singles, seeding shall be based on the following order of priority:

  a) Players with an ATP Singles Ranking from Monday seven (7) days before the Tournament Week. Ties shall be randomly drawn.
  b) If seed positions remain available, players with an ITF World Tennis Singles Ranking from Monday seven (7) days before the Tournament Week. Ties shall be randomly drawn.
  c) Players without an ATP or ITF World Tennis Singles Ranking shall not be seeded.

In Doubles, seeding shall be based on the following order of priority:

  a) Two players' combined ATP Doubles Rankings from Monday seven (7) days before the Tournament Week. Ties will be ordered by the player on the team with the highest ATP Doubles ranking and if still tied the teams in Doubles will be randomly drawn.

Teams without a combined Doubles ranking shall not be seeded. Protected Rankings and National Rankings will not be taken into consideration for seeding in Singles or Doubles.

### 2. Number of Seeds in the Main Draws
The number of players or Doubles teams to be seeded in the Main Draws must be as follows:

| | |
|---|---|
| 32 Singles draw | 8 seeds |
| 16 Doubles draw | 4 seeds |

### 3. Number of Seeds in the Singles Qualifying Draw
In Singles, each section shall have two seeded players.

| | |
|---|---|
| 32 Singles draw | 16 seeds |
| 48 Singles draw | 16 seeds |
| 64 Singles draw | 16 seeds |

## C.     Making the Draw

All draws shall be made by the ITF Supervisor in public (i.e. individuals are permitted to attend and witness the making of the Draw) and may be done via draw chips or electronically via Tournament Planner. The ITF Supervisor shall appoint one or more players, preferably one of those players shall be a different nationality to that of the host country, at each Men's ITF World Tennis Tour

Tournament to witness the draws. Interested parties wishing to view the making of the draw should contact the ITF Supervisor.

**1. Time**

    a) Qualifying (Singles) - As soon as possible after the Qualifying Sign-In Deadline.
    b) Main Draw (Singles) - No later than 19:00 hours local time on the day before the Main Draw starts and the Order of Play should be posted no later than one hour after the draw has been made.
    c) Doubles – As soon as possible after the Doubles Entry/Withdrawal Deadline.

**2. Method of Draw**
The draw shall be made as follows and may be carried out electronically via Tournament Planner:

a) Qualifying draw

    i) Sections

The Qualifying Draw shall be made in sections, with one section for each place allotted in the Main Draw. Each section shall have no more than two (2) seeded players.

    ii) Placing the Seeds/Method of Draw

The first seed shall be placed at the top of the first section, the second seed shall be placed at the top of the second section and so on until all sections have one (1) seed on the top line.

The remaining seeds shall be drawn as one group. The first drawn shall be placed on the bottom line of the first section, the second drawn shall be placed on the bottom line of the second section and so on until all sections have one (1) seed on the bottom line.

If there are not a sufficient number of seeded players to fill all the positions for seeds in the draw, the section(s) with the highest seeds shall not have a second seeded player. If no players are seeded, all players are drawn randomly.

b) Procedures for Placement of Seeds for Main Draw

    i) Place Seed 1 on line 1 and Seed 2 on line 16 (16 draw) or line 32 (32 draw)
    ii) To determine the location of the remaining seeds, draw in pairs of two (seeds 3 and 4) and a group of four (seeds 5, 6, 7 and 8) from top to bottom as follows:

| | | 16 Draw | 32 Draw |
|---|---|---|---|
| | | *Line Placement on Draw Sheet* | |
| **Seeds 3 & 4** | First drawn (top half) | 5 | 9 |
| | Second drawn (bottom half) | 12 | 24 |
| **Seeds 5, 6, 7 & 8** | Drawn from top to bottom | | 8 |
| | | | 16 |
| | | | 17 |
| | | | 25 |

c)   Byes

If there are not enough players to fill the Qualifying or Main Draw, then after the seeds are placed in the draw, the required number of byes shall be awarded to the highest seeds as a first priority and any remaining byes shall be randomly drawn in a manner so as to distribute them as evenly as possible throughout the sections of the draw.

d)   Remaining Players

After the seeds and the byes are placed in the draw as above provided above, then the remaining players shall be randomly drawn and placed in the vacant places in the draw beginning at the top of the draw.

e)   Qualifiers/Lucky Losers

At the conclusion of the Qualifying competition, the successful Qualifiers will be randomly drawn for their places in the Main Draw. There shall be no prior designation of which Qualifying section applies to which Qualifying place in the Main Draw.

Likewise, when more than one eligible Lucky Loser is to be inserted into the Main Draw, their positions shall be drawn.

If the Qualifying event is not completed at the time of the draw, then the places for the Qualifiers and Lucky Losers (if any) shall be designated as "Qualifier" or "Qualifier/Lucky Loser" with their identity to be determined by draw at the conclusion of the Qualifying event. The Lucky Losers shall be drawn together with the Qualifiers.

## D.    Withdrawal and Replacement of Seeds

Any vacancy created by the withdrawal of a seed from the Qualifying/Main Draw shall be filled by the next highest ranked player eligible to be seeded. The position vacated by that next highest ranked player shall then be filled in accordance with Section V.L. Vacancies/Substitutions.

If the withdrawal occurs after the release of the Order of Play for the first day of Qualifying/Main Draw then withdrawal shall be filled directly by an eligible Alternate/Lucky Loser (as applicable).

# IX. PLAYERS' REST

## A.    Between Tournaments

If the ITF Supervisor receives notice from a player of the date and time of his last match played in a previous week's Professional Tournament, ITF Sanctioned Tournament or ITF Team Competition, then the ITF Supervisor shall, whenever possible, give the player one full day's rest between such match and the player's first match in the Men's ITF World Tennis Tour Tournament, unless weather or unavoidable circumstances has caused schedule disruption or unless the player was a finalist in a Monday or other delayed final.

## B.    Between Qualifying and Main Draw

Other than in exceptional circumstances, no player shall be required to play his first-round match in the Singles Main Draw until at least twelve (12) hours after the completion of his final Qualifying match. If a player plays two (2) Singles Qualifying matches in one day during Qualifying competition, he should have one day of rest before the Main Draw commences, unless the player is accepted as a Lucky Loser or inclement weather at the tournament requires the player to compete.

## C.    Between Matches

In the Main Draw, except when weather or other unavoidable circumstances causes schedule disruption, players shall be scheduled for a maximum of one (1) Singles match and one (1) Doubles match per day, which shall not be scheduled less than twelve (12) hours after the completion of the last match of such player on the preceding day or round.

Players competing in Qualifying could be scheduled to play two matches on the same day.  If players are required to play two matches in the same day and if other circumstances during the Tournament dictate that a player is scheduled for more than one match per day, then he shall, be given the following minimum rest periods, unless he is in the Singles and Doubles finals to be played consecutively:

| | | |
|---|---|---|
| If he has played less than 60 minutes | - | 30 minutes rest |
| If he has played between 60 – 90 minutes | - | 60 minutes rest |
| If he has played more than 90 minutes | - | 90 minutes rest |

If a player is involved in the Singles (semi-final or final) and Doubles final, he shall be allowed a rest period of 30 minutes.

A player may play before the end of the rest period if all participants agree.

# X. ORDER OF PLAY AND SUBMISSION OF RESULTS

## A.    Scheduling and Order of Play

### 1. Release of the Order of Play

Once the Supervisor determines the following day's Order of Play, it shall be released by the Supervisor, both on-site and via the ITF Tournament Planner program, and where possible no later than 22:00 hours local time. Players are expected to check the official Order of Play, which is also available from the Supervisor. It is the responsibility of all players to ascertain their playing schedules from the ITF Supervisor/Referee for each day's play. The Order of Play will detail the Sign-in deadline times for Alternates and Lucky Losers.

Players should be aware that the last match on any court may be moved to a different court or re-scheduled.

### 2. Amendments to the Order of Play

Once officially released, the Order of Play shall not be amended unless the Supervisor deems it necessary and/or appropriate. When the schedule is amended because of inclement weather, the supervisor should post the revised schedule. It is the responsibility of all players to ascertain their playing schedules from the ITF Supervisor/Referee for the revised Order of Play.

### 3. Failure to complete Tournament

If a Tournament cannot be completed within the Tournament Week because of bad weather, at the option of the Tournament one extra day shall be allowed. The ITF Supervisor shall approve the commencement times for matches on the extra day, which shall then be scheduled during the morning or early afternoon. No further extension of the Tournament shall be permitted without the approval of the ITF.

## B.    Results

At the end of each day's play at Men's ITF World Tennis Tour Tournaments, including the completion of the Tournament, the ITF Supervisor shall submit, using the ITF Tournament Planner program, updated Tournament results for Main Draw and Qualifying, Singles and Doubles.

# XI. DATA RIGHTS

Refer to Appendix F Media, Commercial and Data Rights for full information.

## A.    Scoring

The ITF will have the exclusive right to provide (or procure the provision of) a scoring service at all Men's ITF World Tennis Tour events. Each National Association and Tournament will assist the ITF in its efforts to produce the scoring service.

**B.**    <u>**Protection of Tournament Data**</u>

<u>National Associations and Tournaments shall not allow or authorise the collection, creation, dissemination, transmission, publication or release of any Tournament Data (as defined in Appendix F) from the grounds of the Tournament (save for incidental use in editorial reporting by accredited members of the press in accordance with applicable terms of entry or as otherwise expressly permitted in these Regulations).</u>

<u>The use of laptop computers, mobile phones or other handheld electronic devices within the confines of the Tournament match courts (spectator areas) to collate, collect, use, store, reproduce, onward supply or make available any Tournament Data (as defined in Appendix F) for Betting or any other commercial purposes (save for incidental use within editorial reporting)  shall be prohibited and each National Association and Tournament shall take reasonable steps to enforce such prohibition (including without limitation by means of venue and spectator regulations, ticket conditions and accreditation terms). Continual use of laptops, mobile phones or other handheld electronic devices within the confines of the Tournament match courts (spectator areas) is prohibited. The exception to this provision is Tournament credentialed personnel when used in the performance of their duties.</u>

# XII. PRIZE MONEY AND ATP/ITF POINTS

**A.**    **Prize Money Distribution**

Please see Appendix H – Men's Prize Money Tables.

**B.**    **Uncompleted Matches**

<u>If the Singles or Doubles event of a Tournament is cancelled e.g. due to poor weather, and there has been no play, first round prize money may be paid out to the players at the sole discretion of the Tournament Organiser. For the avoidance of doubt, a Tournament Organiser will have no obligation to pay first round prize money in the event a Tournament is cancelled for extreme weather or other force majeure event without play and with adequate notice given. If play has commenced in a match and been terminated before the Tournament is concluded those players will be paid loser's prize money for the individual round reached. Additionally, if the first round has been completed, all players/teams will receive their Ranking Points earned through the last completed round only and the Tournament will count as a Tournament played.</u>

<u>For purposes of this section a match is played when it is won as a result of a Retirement, Default, Walkover or No Show.</u>
<u>Players will receive loser's points for the round reached.</u>

<u>If a Tournament is officially cancelled and the final(s) have not been completed, the finalists will each receive finalists' prize money and ranking points. Any remaining difference between the winner and finalist prize money will revert back to the Tournament.</u>

## C.    Defaults, Byes, Withdrawals and Retirements

Prize money and points awarded will be awarded as follows:

### 1. General
   a) No points or prize money will be awarded to a player or team who withdraws or is a "No Show" without playing their first match.
   b) A match won by retirement, default or walkover will count as a match won for ranking points and prize money, except walkovers in the first round or if a player has not won any matches in previous rounds, no points shall be awarded.

### 2. Defaults
   a) Any player or team who is defaulted shall lose all prize money, hospitality and points earned for that event at that Tournament, unless:

   i) The player or team was defaulted for a Violation of the Punctuality or Dress and Equipment sections of the Code of Conduct.
   ii) The player or team was defaulted as a result of a medical condition.
   iii) A member of a Doubles team, who did not cause any of the misconduct Code Violations that resulted in the team being defaulted in which case the partner of the player who caused the default shall receive points and prize money from the previous round.

### 3. Byes
   a) A player or team that receives one (1) or more consecutive byes and withdraws from his/their first match, shall not be awarded ranking points and no prize money will be paid out.
   b) A player or team that receives one (1) or more consecutive byes and thereafter loses his/their first match played, will not receive any ranking points but will receive loser's prize money for the round reached.

### 4. Withdrawals and Retirements
   a) A Singles player withdrawing after the first round or who retires in any round, will receive loser's points and loser's prize money for the round he reached or retired from.
   b) A Doubles team withdrawing or retiring after the first round, or that retires in any round, will receive loser's points and loser's prize money from the previous round unless one of the following exceptions below is applicable in which case both players will receive loser's point and loser's prize money from the round in which they withdraw or retire. The exceptions are:

   i. neither player was in the Singles main draw;
   ii. the retiring/withdrawing player is still in the Singles competition and at the time of the medical examination is declared unfit to play in the Singles of that event or, if no longer involved in the Singles competition of that event, is forced to withdraw from the Singles or Doubles of a tournament in the following week;
   iii. if the retiring/withdrawing player was not in the Singles draw of that event and is forced to withdraw from the following week's singles or doubles event (before leaving the tournament site in the case of Prize Money);

iv.    if the retiring/withdrawing player had withdrawn/retired from his Singles match, which was scheduled the same day, or if the Doubles match is scheduled for a following day the player is examined by the tournament Doctor and is declared unfit for competition in the Doubles event; or

v.    in the event the partner causing the withdrawal is declared medically unfit to play Singles or Doubles at the same Tournament due to an illness that could cause a danger to the public health, he shall receive the ranking points per the round he withdrew;

vi.    both players used, or could have used, their ATP ranking for entry into the Doubles draw (does not apply to Wild Card teams or for the provision of prize money).

c)    The player causing the withdrawal or retirement will not be allowed to play in any other tennis Tournament until Monday of the next Tournament Week (unless he is still playing in Singles).

# XIII. ATP RANKINGS

## A.      Introduction

Subject always to the authority of the ATP and pursuant to the ATP Official Rulebook, ATP Ranking points are awarded at Grand Slam, ATP Tour, ATP Challenger Tour, and Men's ITF World Tennis Tour tournaments. Typically, the ATP Ranking is a 52-week, cumulative system. Rankings are computed and published weekly by the ATP from its U.S. Headquarters in Florida.

## B.      General Rules

**1. ATP Official Rulebook**
The ATP Official Rulebook governs ATP ranking points and the inclusion of Men's ITF World Tennis Tour Tournaments to earn points on the ATP Tour. Players are bound by all ATP Rules and Regulations during tournaments in which they earn ATP Ranking points. Please refer to www.atptour.com for the ATP's rulebook.

**2. Singles and Doubles Rankings**
Players are ranked based on their total points. Singles rankings will be comprised of a player's best eighteen (18) Singles results and Doubles rankings will be comprised of a player's best eighteen (18) Doubles results.

**3. Processing of Rankings**
ATP ranking points allocated at Men's ITF World Tennis Tour Tournaments with prize money of M15 and M25 are processed a minimum of one (1) week following the conclusion of the Tournament. Points stay valid for fifty-two (52) weeks from the week in which a Tournament is included in the ranking totals.

**4. Eligibility**

Players should check the ATP rulebook for information on eligibility.

**5. ATP Protected Ranking**

A player's ATP ranking assigned to a player who has been unable, due to injury or illness, to compete in any tennis tournament for a minimum of six (6) months. A Protected Ranking is only available for use for Entry. The criteria for application and eligibility are set forth by the ATP and the rules detailing application are available in the ATP rulebook.

## C.     ATP Singles and Doubles Ranking Points

Please see Appendix I – ATP / ITF World Tennis Ranking Point Tables for the ATP ranking points awarded at Men's ITF World Tennis Tour tournaments.

**1. Singles**

    a) Players are awarded ATP ranking points for the highest round they reach, unless the player is defaulted or there is a rule modifying the points.
    b) Qualifiers only earn ATP ranking points if they win a main draw match.

**2. Doubles**

    a) A team withdrawing from the first round will not receive ATP ranking points, whether there is or is not an Alternate/Lucky Loser team able to take their place.
    b) Teams are awarded ATP ranking points for the highest round they reach, unless a player/team is defaulted or there is a rule modifying the points.

## D.     HOSPITALITY (+H)

Hospitality is defined as accommodation in a twin room with another player, plus breakfast. Hospitality must be of the same standard for Singles and Doubles players.

Men's ITF World Tennis Tour Tournaments offering M15 and M25 in prize money which offer hospitality (+H) will not receive any additional ATP Ranking points.

Tournaments providing hospitality must follow the following requirements:

    a) Singles:
        i) Rooms are to be made available to each Singles player for a minimum of three (3) nights and a maximum of seven (7) nights.
        ii) Accommodation must be available one (1) day before the commencement of the Main Draw, although a player can have accommodation start the day of the Main Draw if they request it from the Tournament Director.
        iii) Accommodation continues through to include the night he is eliminated or until his three (3) nights minimum has been provided, whichever is later.

iv) Successful Qualifiers must be afforded the same accommodations as Main Draw players. Nights spent in accommodation during Qualifying shall count towards the minimum number of nights to which Main Draw players are entitled.

v) Singles Lucky Losers must also receive the same minimum number of nights and same accommodations as all other Main Draw players from the time they are officially added to the draw.

b) Doubles:

    i) Rooms are to be made available to each Doubles player for a minimum of two (2) nights.

    ii) Accommodation must be available from the day of Sign-In.

    iii) Accommodation continues through to include the night of the player's last match or until his two (2) nights minimum has been provided, whichever is later.

    iv) Doubles Alternates must also receive the same minimum number of nights and same accommodations as all other Doubles players from the time they are officially added to the draw.

c) Players under 18 years of age may only share a room with another junior-aged player. If there are no shared rooms, then a private room must be provided to the junior player. Any breach of this Regulation XIII.D shall be dealt with in accordance with the ITF Welfare Policy and/or Article VIII (Tournament Offences) of the Code of Conduct.

d) Main draw players (Singles and Doubles players, includes partner) who have withdrawn on-site for medical reasons and who are examined by the on-site Tournament Doctor/Sports Physiotherapist shall receive hospitality through the night of the examination.

The standard of hospitality, including any exceptions to the rules above, must be approved in advance by the ITF. The ITF may reject hospitality of an unsatisfactory standard, notwithstanding that it meets the minimum number of days.

## E.    FURTHER INFORMATION - ATP CONTACT

Queries and requests for full information on the ATP Rankings should be directed to the ATP office in Florida.

ATP Tour: Telephone:    +1 904-285-8000

# XIV. ITF WORLD TENNIS RANKING

## A.    Introduction

ITF World Tennis Ranking points are also awarded in ITF World Tennis Tour Tournaments.

The ITF World Tennis Ranking system is a 52-week, cumulative system in which the number of Tournament results that comprise a player's ranking is capped at a player's best fourteen (14) Tournament results for Singles.

The ITF World Tennis Ranking will be used in conjunction with the ATP Rankings for acceptance and seeding in ITF World Tennis Tour Tournaments. See the applicable System of Merit in Section VII. Rankings are computed and published weekly by the ITF from its headquarters in London.

## B.    General Rules

**1. Singles Rankings**

Players are ranked based on their total points. A Singles ranking will be calculated based on a player's best fourteen (14) Singles results.

If players are tied, the ranking will be ordered as follows:
   a)  The player with the fewest number of Tournaments played over the previous 52-week period.
   b)  The highest number of points earned from one single Tournament, then, if needed, the second highest, and so on.

**2. Processing of Rankings**

ITF World Tennis Ranking Tournaments and the Tournament results used in the ranking will be calculated and published each Monday. ITF World Tennis Ranking points earned at these Tournaments will be processed a minimum of one (1) week following the completion of the Tournament and processed on a weekly basis. Points stay valid for fifty-two (52) weeks from the week in which the points are included in the ranking totals.

**3. Eligibility**

To earn an ITF ranking, players must have earned at least 1 ranking point at an event which offers ITF World Tennis Ranking points. Players under the age of fourteen (14) are not eligible for an ITF World Tennis Ranking. If a player under the age of fourteen (14) plays Singles or Doubles in a Tournament, that Tournament and the points acquired during play will not be counted for ranking purposes for that player.

## C.    ITF World Tennis Ranking Singles and Doubles Points

Please see Appendix I – ATP / ITF World Tennis Ranking Point Tables for the ITF World Tennis Ranking points awarded at Men's ITF World Tennis Tour tournaments.

**1. Singles**
   a)  Players are awarded ranking points for the furthest round reached, unless the player is defaulted or there is a rule modifying the points.

b) A match won by a player through retirement or walkover will count as a match won for ranking points. However, if a player receives a walkover in the first round and loses in the second round or has not won any matches in any previous rounds then no points shall be awarded.

c) Losers in the last round of Qualifying, except players moving into the Main Draw as Lucky Losers and players who have not won a match to reach the Qualifying Final, will earn Final Qualifying round points.

d) Loser points for the rounds reached are awarded to players in any Tournament not completed.

e) If no matches are played in Qualifying Draw, then no points will be awarded for that draw.

**2. Doubles**
No ITF Doubles points are awarded.

**3. Byes, Withdrawals, Walkover and Defaults**
The rules for prize money and points for Byes, Walkover, Withdrawals and Defaults are detailed in Section XII Prize Money and ATP/ITF Points.

## D.    Hospitality (+H) at M15 & M25 Tournaments

Men's ITF World Tennis Tour Tournaments offering hospitality (+H) will receive increased ITF World Tennis Ranking points in qualifying, but no additional ATP ranking points.

The Hospitality requirements are detailed in Regulation XIII.D ATP Ranking.

## E.    Further Information – ITF Contacts

Queries and requests on the ITF World Tennis Rankings should be sent to the ITF.

International Tennis Federation
Bank Lane
Roehampton, London
SW15 5XZ
United Kingdom
Telephone: +44 (0)20 8878 6464
Email: Mens@itftennis.com



# WOMEN'S
# ITF WORLD TENNIS TOUR

# RULES & REGULATIONS
# 2025

© ITF Limited t/a International Tennis Federation
All rights reserved
2025

# WOMEN'S ITF WORLD TENNIS TOUR RULES AND REGULATIONS <u>2025</u>

## I. PURPOSE AND APPLICABILITY

### A.     General

ITF Limited trading as the International Tennis Federation promulgates these Tournament Regulations for the purpose of providing fair and reasonable rules for the orderly and uniform conduct of international professional tennis Tournaments sanctioned by the ITF. <u>Save where otherwise indicated,</u> all references to the International Tennis Federation or ITF in these Regulations shall mean ITF Limited. These Regulations shall be applicable to all Tournaments sanctioned as part of the Women's ITF World Tennis Tour as well as the overall umbrella of the ITF World Tennis Tour.

These Regulations are subject to change during the 2025 edition of the World Tennis Tour.

For these Regulations, the following definitions shall apply:

- **Women's ITF World Tennis Tour** comprises all Women's Tournaments offering $15,000, <u>$30,000</u>, $40,000, $60,000, and $100,000 in prize money including events providing complimentary hospitality ("+H"). These tournaments are referred to as "W15", "W35", "W50", "W75" and "W100".
- **ITF World Tennis Tour** comprises all ITF World Tennis Tour Junior Tournaments, Women's ITF World Tennis Tour Tournaments as well as Men's ITF World Tennis Tour Tournaments.
- **Regulations** refer to Women's ITF World Tennis Tour Rules and Regulations including the Code of Conduct, Appendices, ITF World Tennis Tour Organisational Requirements, and the ITF Rules of Tennis, which are approved by the ITF Board of Directors to provide fair and reasonable rules for the orderly and uniform conduct by players and Tournament Organisers. These Regulations can be amended from time to time by the ITF Board of Directors.
- **ITF World Tennis Tour Organisational Requirements** also known as Organisational Requirements are the Regulations that a Tournament Organiser must follow when running an event on the Women's ITF World Tennis Tour.

Further definitions can be found in Section II, Definitions.

Each player entrant in a Women's ITF World Tennis Tour Tournament agrees as a condition of such Entry to abide by and be subject to these Regulations.

Any sanctioning National Association and the Tournament Organiser where separate (jointly the "**Applicant**") awarded a one (1) year sanction on the Women's ITF World Tennis Tour Calendar shall be subject to and shall be bound by and comply with the Regulations and the ITF Guide to Recommended Health Care Standards, each of which may be amended from time to time.

Approval to sanction a Women's ITF Word Tennis Tour Tournament may be subject to conditions imposed by the ITF in its sole discretion.

The ITF reserves the right to refuse approval of or cancel any previously sanctioned Tournament or series of Tournaments for reasons of health, safety, security or any other potential threat to any persons attending the Tournament(s) or to the successful running of the Tournament(s).

The ITF bears no liability to any Applicant, Tournament Organiser, Host, National Association, Player, Related Person, Covered Person or any other person or entity for any loss incurred as a result of a delayed, rescheduled, postponed or cancelled Tournament. For the avoidance of doubt, neither the ITF nor the Applicant shall be liable to any Player, Related Person, Covered Person or any other persons or entities for any costs that they might have incurred in relation to such delayed, rescheduled, postponed or cancelled Tournaments, including, without limitation, any travel, transport and/or accommodation costs. This decision (to refuse approval of or cancel any Tournament) will be made on behalf of the ITF by the ITF World Tennis Tour Committee, or by the ITF Executive if the Committee so delegates its decision-making power, and may be appealed by the Applicant only, to the Independent Tribunal.


## B.    Classification of Women's Tournaments

- Professional Tournaments are Grand Slam Tournaments, WTA Tour Tournaments, and Women's ITF World Tennis Tour Tournaments.
- ITF Professional Tournaments are the Men's ITF World Tennis Tour Tournaments and Women's ITF World Tennis Tour Tournaments sanctioned by the ITF.
- ITF Sanctioned Tournaments are any Tournament sanctioned by the ITF that are not ITF Professional Tournaments (including Tournaments on the ITF World Tennis Tour Juniors, ITF Masters Tour, ITF Wheelchair Tour and ITF Beach Tour).
- ITF Team Competitions are Billie Jean King Cup, Junior Billie Jean King Cup, Hopman Cup and other such team events sanctioned or supported by the ITF, including the Olympics and Continental Games
- Other Tournaments are those tournaments not covered above, which include exhibition tournaments, national league tournaments, national association/federation tournaments, etc.

Unless otherwise specified, references to "Tournament" on its own only in these Regulations shall be to a Women's ITF World Tennis Tour Tournament.


## C.    National Association and Tournament Personnel

### 1. National Association
National Associations are those countries and/or member institutions as defined by the Constitution of the ITF Limited. National Associations are responsible for appointing the Tournament Organiser and ensuring that the ITF World Tennis Tour Organisational Requirements are fully complied with by the Tournament Organiser.

In order for a Tournament to be approved and sanctioned by the ITF for inclusion on the Women's ITF World Tennis Tour Calendar, the Tournament must have all necessary approvals from the relevant National Association and, if appropriate, the Regional Association. The National Association

is responsible for submitting the application form(s) and remains ultimately responsible for the proper organisation and running of the Tournament.

**2. Tournament Administrator**
The National Association(s) organising the Women's ITF World Tennis Tour Tournament shall designate a Tournament Administrator to handle all aspects of administration of the Tournament. The Tournament Administrator shall be the point of contact for the ITF.

**3. Tournament Organiser**
The National Association must also designate a Tournament Organiser (sometimes referred to as the tournament director) who will be responsible for all aspects of the organisation of the Tournament, with the exception of all matters relating to the rules of competition as stated in the Women's ITF World Tennis Tour Rules and Regulations, Code of Conduct, the Rules of Tennis and all on-court issues, which are the responsibility of the ITF Supervisor and/or the ITF. The Tournament Organiser is responsible for following the 2025 ITF World Tennis Tour Organisational Requirements. The Tournament Organiser or members of the Tournament staff may not enter, accept a Wild Card or otherwise compete in the Tournament they are organising. For avoidance of doubt this includes entering, accepting a Wild Card or competing in any combined Men's WTT Tournament irrespective of being named Tournament Organiser of the Men's Tournament.

**4. Officials**
All Tournaments on the Women's ITF World Tennis Tour must have an approved Supervisor and the appropriate number of officials as set out in the Officiating Requirements provided in the 2025 ITF World Tennis Tour Organisational Requirements.

a) ITF Supervisor

The ITF Supervisor must be available throughout the Tournament Week. The ITF Supervisor must be available at least 2 hours before the Qualifying Sign-In Deadline until the completion of the Tournament, unless otherwise approved by the ITF.

The ITF Supervisor is the individual responsible for all aspects of play during a Tournament. The ITF Supervisor will act as final on-site authority for the interpretation of the applicable Regulations, Code of Conduct, Rules of Tennis and the Duties and Procedures for Officials as to all matters arising that require immediate resolution at the Tournament site.

*W100 Tournaments*
Each W100 tournament  must provide at its sole expense an official certified as a Gold Badge ITF Supervisor.

*W15, W35, W50, W75, Tournaments*
Each  W15, W35, W50 or W75 tournament  must provide at its sole expense an official certified as a Gold or Silver Badge ITF Supervisor.

b) ITF Chair Umpire

The ITF World Tennis Tour Organisational Requirements provide details on the minimum requirements for Chair Umpires at W15, W35, W50, W75 and W100 level.
National Associations that wish to supply a higher certification level of official, or more officials than the minimum requirements are encouraged to do so.

c)  Approval of Officials

Each Women's ITF World Tennis Tour Tournament shall submit a list of officials to fulfil the requirements as set forth above to ITF Officiating at least 8 weeks (56 days) prior to the Tournament. Any request for these officiating requirements to be waived should be made to the ITF at least 8 weeks (56 days) prior to the Tournament.

Notwithstanding any other provision of these Regulations, the Code of Conduct for Officials or the Tennis Anti-Corruption Programme, the ITF has the absolute right to deny approval of any official's appointment to officiate at any ITF World Tennis Tour Tournament(s), and to revoke any previously given approval. The ITF may exercise that right as it sees fit, with or without providing reasons (but may include concerns related to integrity or performance.).

**5. Tournament Doctor and Sports Physiotherapist**
Each Women's ITF World Tennis Tour Tournament must appoint and pay all costs for an English-speaking medical doctor (tournament doctor), to be available on call at all times during playing hours.

At W15 and W35 Tournaments, the Tournament Organiser must appoint an English-speaking Sports Physiotherapist (as defined in the ITF Guide to Recommended Health Care Standards), to be available on-site during play, to provide treatment to players. It is recommended that all reasonable off-court treatment is provided free of charge to players. The Sports Physiotherapist must be on-site sixty (60) minutes before matches commence until completion of all matches.
For a W15 or W35 event combined with a M15 or M25 event a second English-speaking Sports Physiotherapist must be appointed and be available from the start of Qualifying and for a minimum of the first four days of the tournament.

At W50 and W75 Tournaments, the Tournament Organiser must appoint an English-speaking Sports Physiotherapist to be available on-site during play. The ITF shall provide a subsidy of $1,500 to W50 and W75 Tournaments to appoint a second Sports Physiotherapist.

At W100 Tournaments, the ITF will appoint two (2) English-speaking Sports Physiotherapists to be available on-site during play, who will provide on-site treatment.
Cost of any on-site treatment administered to players by the Sports Physiotherapist(s) must be free of charge at W50 - W100 Tournaments.

At all Tournaments where a second Sports Physiotherapist is appointed (W50 - W100), that second Physiotherapist shall be on-site a minimum of four (4) and a maximum of five (5) days, typically through the completion of the second round of Main Draw Singles competition (usually Thursday of the Tournament Week).

Further requirements are set out in the ITF World Tennis Tour Organisational Requirements and the ITF Guide to Recommended Health Care Standards.


## D.    Related Regulations

The ITF Rules of Tennis shall apply in all Women's ITF World Tennis Tour Tournament matches. To the extent not covered herein the Constitution of ITF Limited 2024 and the 2024 ITF Duties and Procedures for Officials shall be applicable to all Women's ITF World Tennis Tour Tournaments. Such applicability shall not affect the right of the Tournaments to promulgate and enforce their own special regulations insofar as they are consistent with the applicable provisions of these Rules and Regulations and have been approved by the ITF.


## E.    Enforcement of Regulations and resolution of disputes

**1. On-site enforcement**
It is the responsibility of the ITF Supervisor to enforce these Regulations on site.


**2. First instance proceedings**
The ITF Supervisor shall have exclusive jurisdiction, in the first instance, over the following matters:

a)  unless expressly referred elsewhere, an allegation that a player has committed an offence under the Code of Conduct that is not a Major Offence or a breach of the Welfare Policy;
b)  any disputes or questions of interpretation that arise on-site at a Tournament (to be resolved in accordance with the Rules of Tennis); and
c)  any other decisions, disputes, questions of interpretation or other matters that are entrusted under these Regulations to the ITF Supervisor.

The ITF World Tennis Tour Committee or other person/entity designated under these Regulations may decide any issues entrusted to them (respectively) under these Regulations. Unless expressly provided otherwise, there will be no right of appeal from their respective decisions.

The ITF Internal Adjudication Panel shall have exclusive jurisdiction, in the first instance, over the following matters (to be determined in accordance with its Procedural Rules):

a)  any request for a decision that is entrusted under these Regulations (including the Code of Conduct) to the ITF Internal Adjudication Panel;
b)  any dispute or question about the proper interpretation of these Regulations (including reviewing as appropriate any on-site interpretation by the ITF Supervisor);
c)  any dispute or question about player eligibility arising under these Regulations;
d)  any allegation that a Covered Person has committed a breach of the Welfare Policy;
e)  any allegation that a player, Related Person or other person or entity bound by these Regulations has failed to comply with any other aspect of these Regulations (unless expressly referred elsewhere); and
f)  any other dispute arising out of or relating in any way to these Regulations that is referred to it by the Board.

The Independent Tribunal shall have exclusive jurisdiction, in the first instance, over the following matters (to be determined in accordance with its Procedural Rules):

   a)  any request for a decision that is entrusted under these Regulations to the Independent Tribunal;
   b)  an allegation that a player, Related Person or other person participating on the Women's ITF World Tennis Tour has breached the Tennis Anti-Doping Programme;
   c)  an allegation that a player or Related Person has committed a Major Offence under the Code of Conduct;
   d)  any allegation that a Tournament Offence has been committed under the Code of Conduct; and
   e)  any other dispute arising out of or relating in any way to these Regulations that is referred to it by the Board.

The Procedural Rules for both the Internal Adjudication Panel and the Independent Tribunal are available online at www.itftennis.com, or a hard-copy can be requested in writing to the ITF.

The Anti-Corruption Hearing Officer shall have exclusive jurisdiction, in the first instance, over any allegation that a Player, Related Person or other person participating on the ITF Women's World Tennis Tour has breached the Tennis Anti-Corruption Programme.

### 3. Sanctions

Where the ITF Internal Adjudication Panel and/or Independent Tribunal upholds an allegation of breach of these Regulations, it will determine the sanctions for such breach in accordance with the sanction's provisions in its Procedural Rules, unless these Regulations specify other sanctions for such breach, in which case it will apply the specific sanctions.

### 4. Appeals

Save where provided otherwise under these Regulations:

   a)  decisions by the ITF Supervisor under these Regulations may only be challenged by way of appeal to the ITF Internal Adjudication Panel, to be determined in accordance with its Procedural Rules (save that there shall be no right of appeal against the ITF Internal Adjudication Panel's decision);
   b)  subject to article I.E.4(a) above, decisions of the ITF Internal Adjudication Panel under these Regulations may only be challenged by way of appeal to the Independent Tribunal, in accordance with the Independent Tribunal's Procedural Rules (in particular, the section applicable to the Independent Tribunal sitting as an appeal panel);
   c)  decisions of the Independent Tribunal (sitting as a first instance tribunal) may only be challenged by way of appeal to the Court of Arbitration for Sport, as set out in the Independent Tribunal Procedural Rules.

Such appeals may only be brought by one of the following persons:
   a)  the person or entity that is the subject of the decision being appealed; and/or
   b)  the ITF.

### 5. Governing Law

These Regulations and any dispute arising out of or in connection with them (including any dispute or claim relating to non-contractual obligations) shall be governed by and construed in accordance with English law, without regard to the conflict of law principles.

Each Player, Covered Person, Nation and each of its Team Members, directors, officials, officers, members of staff, employees, contractors, agents, and representatives agrees to submit any disputes or claims or other matters arising in relation to the Regulations (including any non-contractual disputes or claims) to arbitration pursuant to the resolution of disputes process provided for in this Section I.E (as applicable), to the exclusion of any other court or forum.

## F.  Amendment of Regulations

These Women's ITF World Tennis Tour Rules and Regulations may only be amended, repealed or otherwise modified, in whole or in part, by the ITF Board of Directors. The ITF Board of Directors may only amend, repeal or otherwise modify any Regulation relating to WTA ranking points with the approval of the WTA.

The ITF Board of Directors may grant dispensations from, modify, waive or otherwise alter these Regulations or their application in extraordinary circumstances.

## G.  Management of the Women's ITF World Tennis Tour

**1. Board of Directors**
a)   Management
The Women's ITF World Tennis Tour shall be managed by the Board of Directors of the ITF.

b)   Duties
The duties of the Board of Directors shall be:
i)        To approve, adopt and amend the Rules and Regulations and Code of Conduct for the Women's ITF World Tennis Tour;
ii)       To register in the name of the ITF any trademarks in connection with the Women's ITF World Tennis Tour and to protect such trademarks; and
iii)      To appoint every two years a Committee, which shall consist of a Chair, who shall be a member of the Board of Directors, and further members as deemed necessary.

**2. ITF World Tennis Tour Committee**
The duties and powers of the ITF World Tennis Tour Committee shall be:
i)        To guide the strategy for and monitor the management of the Women's ITF World Tennis Tour Tournaments;
ii)       To recommend changes to and to ensure the uniform application of these Rules and Regulations and the Code of Conduct;
iii)      To administer the approved funds of the Women's Tournaments within the financial framework of the ITF;
iv)      To report to the Board of Directors on all financial matters; and
v)       To submit regular reports to the Board of Directors.

# II. DEFINITIONS

**Acceptance List**
The list of players who entered a Tournament(s) and have been sorted based on the applicable System of Merit.

**Advance Entry (Doubles)**
The system by which Doubles teams can enter a Doubles competition online via IPIN in advance of a tournament. A maximum of seven (7) teams will be selected in advance at W35 and higher category tournaments. The remaining teams will be selected using the onsite procedure.

**Alternate (Direct Acceptance)**
In Singles, a player who is ranked lower than the Direct Acceptances into Main Draw and Qualifying under the applicable System of Merit and can fill any vacancy as detailed in the applicable System of Merit before the Freeze Deadline. After the Freeze Deadline, Alternates remain on one list and have priority for acceptance over On-Site Alternates. Alternates can Sign-In at a different Tournament and if any vacancies are created by withdrawals, no shows, used or unused Special Exempts then an Alternate will fill those vacancies in order of the applicable System of Merit.

In Doubles, a team which is ranked lower than the seven (7) Direct Acceptances into the Main Draw under the applicable System of Merit and can fill any vacancy as detailed in the applicable System of Merit before the Freeze Deadline. After the Freeze Deadline, Alternate teams are removed from the Acceptance List and have no priority for acceptance over On-Site Entries for the remaining places in the Doubles competition.

**Alternates Junior Reserved**
A junior player who is ranked lower than the three (3) junior players selected as Junior Reserved Direct Acceptances into the Singles Main Draw under the applicable System of Merit of a Women's W15 Tournament. These Junior Reserved Alternates will replace any Junior Reserved Direct Acceptances that withdraw from the Junior Reserved List before the Freeze Deadline.

**Applicant**
The sanctioning National Association and/or Tournament Organiser (as the case may be) that is granted a one (1) year sanction on the Women's ITF World Tennis Tour Calendar.

**Committed**
A player's status if at any time after the Withdrawal Deadline they appear in the Singles or Doubles Main Draw or Singles Qualifying Acceptance List of a Tournament. A Committed player is obligated to compete at the Tournament.

**Covered Persons**
Any player, Player Support Team Members and Credentialed Persons, as further defined in the ITF Welfare Policy.

**Credentialed Person**
Any player and any tournament personnel, such as an official, tournament director, staff, volunteer, sponsor, health care provider, ITF staff member and members of the media.

**Direct Acceptances**

Players who have entered and been directly accepted into the Singles Main Draw, Qualifying Draw or Doubles Draw by virtue of their ranking(s) and/or status under the applicable System of Merit.

**Doubles Draw**
The Doubles competition at a Tournament. Players earn a position in the Doubles Draw based on the applicable Doubles System of Merit.

**Entry**
A request by a player/team to register for a Tournament. Entries are only accepted from players with an approved applicable IPIN account and who meet all necessary requirements stipulated in the Regulations. The player/team must make their Entry before the Entry Deadline.

**Entry Deadline**
The time by which a player or team must enter in order to be considered for inclusion on the Acceptance List.
In Singles, the Entry Deadline is at 14:00 hours Greenwich Mean Time (GMT) on the Thursday eighteen (18) days prior to the Monday of the Tournament Week.

For Advance Entry in Doubles, the Entry Deadline is at 14:00 hours (GMT) on the Tuesday six (6) days prior to the Monday of the Tournament Week. On-Site Entries in Doubles is at 14:00 hours local time on the day before the Doubles main draw event is scheduled to commence.

**Entry List**
The list of players or teams who have entered the Tournament up until the Entry Deadline and before the Acceptance List has been made.

**Fact Sheet**
Each Tournament will provide information regarding the Tournament site, dates, draw sizes, court surface, type of courts, hotel information, transportation, prize money deductions, visa contact, and other relevant information regarding the Tournament.  The Fact Sheet, also referred to as the Tournament Fact Sheet, is available in IPIN.

**Freeze Deadline**
The Freeze Deadline for Singles and Doubles takes place at 14:00 hours (GMT) on the Thursday preceding the Tournament Week. After the Freeze Deadline has passed and the Acceptance List is processed, no further movement is permitted on the Acceptance List.

**IPIN (International Player Identification Number)**
A player must pay, register and be approved for an IPIN membership, which is used to register for Women's ITF World Tennis Tour Tournaments. Players will Enter, Withdraw and find Tournament Fact Sheets through their IPIN account.

**Junior Accelerator (AP)**
A player who by virtue of her 2024 position on the ITF Junior Girls' Year-End Combined Rankings gains Direct Acceptance into a designated Women's ITF World Tennis Tour Tournament (see Appendix D).

**Junior Reserved (W15 Tournaments) (JR)**
A junior player accepted into the Main Draw of a Women's W15 Tournament based on the applicable System of Merit.

**Late Withdrawal**
A Withdrawal by a player accepted into the Singles Qualifying that takes place any time after the Withdrawal Deadline and up until the Qualifying Sign-In and any Withdrawal from a Singles Main Draw or Advance Entry Doubles Main Draw that takes place after the Withdrawal Deadline until the commencement of her first match.

**Lucky Loser (LL)**
Lucky losers are players who have lost in the final round of the Qualifying event or, if more Lucky Losers are required, those players who have lost in the previous Qualifying round(s).

**Main Draw**
The Main Draw is the principal competition of a Tournament in which players earn a position based on the Regulations and the applicable Singles System of Merit.

**Main Draw Only (MDO)**
Players that enter a W75 or W100 Tournament and only wish to be considered for the Main Draw (and will not be considered for the Qualifying competition) until the Freeze Deadline.

**On-Site Alternates**
Non-entered players who attend at the Tournament site (prior to the Qualifying Sign-In Deadline) to Sign-In for the Qualifying. In order to be eligible as an On-Site Alternate, a player must have valid IPIN membership, Sign-In with the ITF Supervisor and have paid the entry fee and any applicable fines.

**On-Site Entry**
A player or a team that Signs-In to enter a Tournament on-site at the Tournament site.

**Preserved Eligibility (for Main Draw Only)**
A procedure by which a player on the Qualifying Acceptance List (except Alternates) at the Freeze Deadline can submit a request to the ITF Supervisor to preserve their eligibility for a position in the main draw at the time of Qualifying Sign-In Deadline, because the player is unable or unwilling to Sign-In for Qualifying.

**Qualified Tournament (related to Special Exempts)**

   a) For W15-W35 Tournaments: the Singles event of any Women's ITF World Tennis Tour or any WTA Tournament within the same region in the preceding week;
   b) For W50 Tournaments: the Singles event of any Women's ITF World Tennis Tour W35 Tournament or higher or any WTA Tournament within the same region in the preceding week;
   c) For W75 Tournaments: the Singles event of any Women's ITF World Tennis Tour W35 Tournament or higher or any WTA Tournament within the same region in the preceding week;
   d) For W100 Tournaments: the Singles event of any Women's ITF World Tennis Tour W75 Tournament or higher or any WTA Tournament within the same region in the preceding week.

**Singles Qualifiers (Q)**

Players who are included in the Main Draw as a result of their success in the Qualifying competition.

**Qualifying**

The Qualifying draw refers to the preliminary rounds of a Tournament, in which the participating players have not qualified for entry into the Main Draw based on the applicable Singles System of Merit but have earned the opportunity based on the applicable Singles System of Merit to compete for an opportunity to play in the Main Draw.

**Related Person**

Any coach, trainer, manager, agent, medical or para-medical personnel and/or family member, tournament guest, or other similar associate of any player

**Sign-In**

The procedure by which a player registers with the ITF Supervisor for participation in a Tournament either by physically being on-site and signing the official Sign-In sheet or by telephone (if permitted).

**Sign-In Deadline**

The date and time by which a player wishing to participate must Sign-In either in person or by telephone (if permitted) as stipulated in the Regulations.

**Special Exempt (SE)**

A player that is on the Qualifying Acceptance List who applies for and receives an exemption into the Singles Main Draw of that week's Tournament because the player reached the finals in Singles or is otherwise still competing on the first day of Singles qualifying, at a "Qualified Tournament" in the previous week.

**Special Ranking**

A player's WTA ranking assigned to a player who has been unable, due to medical condition, parental start, or pregnancy, to compete in any tennis tournament for a minimum of twenty-six (26) weeks. A Special Ranking is only available for use for Entry and Systems of Merit, not seeding. The criteria for application and eligibility are set forth by the WTA and the information is available in the WTA rulebook.

**System of Merit**

The selection procedure by which players are accepted into the Singles or Doubles of a Tournament(s). The System of Merit shall be referred to throughout these Regulations as the Singles System of Merit for Singles acceptances or the Doubles System of Merit for Doubles acceptances.

**Tournament**

A Tournament on the Women's ITF World Tennis Tour, which is comprised of three events - Singles Main Draw, Singles Qualifying and a Doubles Draw - unless otherwise approved. Each event has an applicable System of Merit for accepting players into those events.

**Tournament Week**

See Section III, D.

**Wild Card (WC)**
A Player accepted into the Singles Main Draw or Singles Qualifying as determined by the Tournament Organiser and/or the sanctioning National Association.

**Withdrawal**
When a player withdraws from a Tournament pursuant to the applicable Regulations. All Singles and Doubles Withdrawals are to be made online through the player's IPIN account prior to the Qualifying Sign-In Deadline. Singles and Doubles Withdrawals are permitted without penalty up until the Withdrawal Deadline. Singles and Doubles Withdrawals after the Withdrawal Deadline are Late Withdrawals and will incur a penalty pursuant to the Code of Conduct.

**Withdrawal Deadline**
In Singles, the Withdrawal Deadline is 14:00 hours (GMT) on the Tuesday thirteen (13) days prior to the Monday of the Tournament Week. Any player accepted into the Singles Main Draw or Qualifying draw and who does not wish to play must withdraw before this deadline to avoid incurring a penalty.

For Advance Entries in Doubles, the Withdrawal Deadline is 14:00 hours (GMT) on the Thursday four (4) days prior to the Monday of the Tournament Week.

**ITF World Tennis Number (WTN)**
The WTN is a rating, and not a ranking. It assesses results from an extended period back to produce a number on a scale from 40 (closer to beginner) to 1 (closer to pro) with all numbers appearing to two (2) decimal places. For example, 16.49.  The WTN is updated weekly on a Wednesday.
The WTN is the third measure of acceptance into a WTT Tournament (Singles Only).

# III. WOMEN'S ITF WORLD TENNIS TOUR TOURNAMENTS

## A.    Player Eligibility
**1. Open Competition / No Discrimination**
Women's ITF World Tennis Tour Tournaments are open to all female tennis players based on merit and without discrimination subject to the conditions in this Section III.A and Appendix B. Minors under the age of fourteen (14) shall not be eligible for Entry. For the purposes of these Regulations, the player's age as of the Monday of the Tournament Week shall be used.

If requested, a player must provide a proof of identity and/or age through photo identification (passport or driver's licence) to the ITF Supervisor on site.

**2. Nationality**
A player's nationality for the ITF World Tennis Tour and the ITF World Tennis Ranking is determined at registration for IPIN by the Nationality on a player's passport. The ITF may request from the player at any time a copy of their current, valid passport as proof of nationality.

Players who have earned WTA points based on events on the Women's ITF World Tennis Tour, should send a copy of their passport to the WTA. Changes of nationality for players who have ever earned a WTA point shall be processed by the WTA, and upon notice to the ITF, it shall update its records accordingly (notwithstanding this Regulation).

Players wishing to make a request to change their nationality on the ITF website should send a copy of their current passport for the nation to which they wish to change their nationality to the ITF [and if necessary, the WTA].

In the event that a request is made where:

- the player was born in the nation to which they wish to change their nationality;
- that nation does not issue its own separate passports, and its citizens are issued a passport from another nation; and
- the player holds a valid passport from that other nation which confirms the player's place of birth as in the nation to which they wish to change their nationality;

the player should send a copy of the passport recording their place of birth to the ITF and make a request to the ITF to change their nationality on the ITF's website to the nation where they were born. If the player complies with the requirements in this paragraph, the ITF will process the change of nationality and update the ITF's website.

In the event that a player does not hold a current passport for the nation to which they wish to change their nationality, the player must provide:

- A copy of their current passport;
- A written explanation setting out:
  - why they are seeking to change their nationality;
  - why they do not hold a current passport for the nation to which they wish to change their nationality;
  - any dates they held nationality in the nation to which they seek to change their nationality, providing copies of expired passports and/or ID cards where available;
  - the nature of their ties and affiliation(s) with the nation to which they seek to change their nationality including, but not limited to:
    - familial connections;
    - period(s) of time spent visiting and/or residing in that nation;
    - their commitment to life and tennis in that nation; and
  - details of any second or previous nationalities, including in relation to their tennis participation at an international level.

On receipt of the information detailed above, the request will be considered by the ITF Internal Adjudication Panel (IAP) in accordance with the Procedural Rules Governing Proceedings Before an Internal Adjudication Panel Convened Under ITF Rules, to determine, in its discretion, whether the change of nationality is genuine and not intended to circumvent the application of the Regulations (i.e. a "flag of convenience"). The IAP reserves the right to ask the Player to provide and/or supply further information on request.

The IAP's first-instance decision is capable of being appealed by the Player to the Independent Tribunal.

This Regulation applies to the Women's ITF World Tennis Tour only, and is without prejudice to any other regulations applicable to other tournaments (such as ITF Team Competitions), which may impose different criteria.

### 3. Age Eligibility Rules

The WTA's Age Eligibility Rule (AER) applies to all Tournaments which offer WTA ranking points. In the case of inconsistency between the WTA's AER and these Regulations, the former shall apply. Players aged <u>under 18</u> are subject to the WTA's AER and are restricted in the number and category of Wild Cards they may receive and the number and category of Tournaments they can play. Please refer to Appendix C for details.

Players are encouraged to read all of the WTA AER (Section X of the WTA Rulebook), which is available at: https://www.wtatennis.com/wta-rules.

Players may be requested to provide proof of their date of birth.

### 4. International Player Identification Number (IPIN) Membership and Tennis Integrity Protection Programme (TIPP)

In order to enter Women's ITF World Tennis Tour Tournaments all players must first register for an applicable IPIN membership (and pay the appropriate fee) and agree, as a condition of their registration, to accept the related terms and conditions and to complete the Tennis Integrity Protection Programme (TIPP). Failure by a player (a) to register for an applicable IPIN membership and to accept the related terms and conditions and (b) to complete the TIPP will render a player ineligible to enter and compete in Tournaments.

All players obtaining an IPIN and wishing to compete on the Women's ITF World Tennis Tour are responsible for ensuring they are fit to play and are advised to obtain a yearly physical examination from a certified doctor that certifies the player to compete on the Women's ITF World Tennis Tour.

Players must comply with and are bound by all of the provisions of the 2025 Tennis Anti-Corruption Program Rules, the full text of which can be found at: www.itia.tennis.

A player's IPIN account will provide information about all Tournaments on the Women's ITF World Tennis Tour. This account will enable players to view the Tournament calendar and Enter and Withdraw from Tournaments. The IPIN account will also provide information about Entry and Acceptance Lists, Tournament Fact Sheet, Tournament Supervisor contact information and other relevant information about the Tournaments, including important tour announcements.

### 5. Tennis Anti-Corruption Program and Tennis Anti-Doping Programme

Any Player, Related Person or other Covered person who enters or participates in the ITF World Tennis Tour shall be deemed to have agreed to be bound by and to comply with all the provisions of the Tennis Anti-Corruption Program, which may be downloaded at www.itia.tennis (see Code of Conduct) Article V.

Any Player, Related Person other Covered Person who enters or participates in the ITF World Tennis Tour shall be deemed to have agreed to be bound by and to comply with all of the provisions of the Tennis Anti-Doping Programme, which may be downloaded at www.itia.tennis (see Code of Conduct) Article VII.

All Women's ITF World Tennis Tour Tournaments must provide on request, and at their own cost:
    a) a Doping Control Station that, at a minimum, satisfies the requirements of the prevailing
       version of the WADA International Standard for Testing and Investigations; and

b) sufficient chaperones to notify players selected for Sample collection, accompany and observe such players until their arrival at the Doping Control Station, and witness provision of those players' Samples as necessary.

### 6. Travel Documents

All players are responsible for checking the entry requirements for each nation, including necessary travel documentation and visa application deadlines in order to enter and play ITF World Tennis Tour tournaments in that nation.

### 7. WTA Play-Down Rules

Players with a WTA ranking of 1-50 in Singles twenty-one (21) days prior to the Monday of the Tournament Week cannot Enter, accept a Wild Card and/or compete in Singles or Doubles in any Women's ITF World Tennis Tour Tournaments.

Players with a WTA ranking of 1-150 in Singles twenty-one (21) days prior to the Monday of the Tournament Week cannot Enter, accept a Wild Card and/or compete in Singles in any Women's ITF World Tennis Tour W15 or W35 Tournaments.

### 8. Retiring from the Professional Tournaments

A player wishing to retire from the Professional Tournaments must do so by completing and submitting an official "Player Retirement Form" to the ITF. Following successful submission, the player's name shall be removed from the WTA and/or ITF World Tennis Ranking. In the event that a player returns to competition following retirement, the player must provide at least six months' advanced notice of doing so to the ITIA Anti-Doping Department. From the date the ITIA Anti-Doping Department receives such notice, the player shall be bound by the Tennis Anti-Doping Programme and thereafter must comply with the Tennis Anti-Doping Programme, including making themselves available for Testing (including, if requested, by providing whereabouts information) for a six-month period prior to their participation.

## B.    Categories of Tournaments

For the purpose of these Regulations, all Women's ITF World Tennis Tour Tournaments will be differentiated by prize money and hospitality. All references to prize money expressed in US Dollars will also mean the corresponding prize money in Euros (EUR) as detailed below and as set in Section XII. Prize Money and WTA/ITF Points.

### 1. ITF World Tennis Tour W15, W35, W50, W75 or W100 Tournaments will award WTA ranking points

Any Women's ITF World Tennis Tour Tournaments, listed below, that comply with the criteria laid down in these Regulations are eligible for inclusion of their results on the WTA Rankings as specified in Section XIII, WTA Rankings. Such Tournaments fall into the following groups:

- WOMEN'S ITF WORLD TENNIS TOUR W15
- WOMEN'S ITF WORLD TENNIS TOUR W35
- WOMEN'S ITF WORLD TENNIS TOUR W50
- WOMEN'S ITF WORLD TENNIS TOUR W75
- WOMEN'S ITF WORLD TENNIS TOUR W100

**2. ITF World Tennis Tour W15 and W35 Tournaments will also award ITF World Tennis ranking points**

Any Women's ITF World Tennis Tour W15 and W35 Tournaments listed below that comply with the criteria laid down in these Regulations are eligible for inclusion of their results on the ITF World Tennis Ranking as specified in Section XIV, ITF World Tennis Ranking. Such Tournaments fall into the following groups:

- WOMEN'S ITF WORLD TENNIS TOUR W15
- WOMEN'S ITF WORLD TENNIS TOUR W15 +H
- WOMEN'S ITF WORLD TENNIS TOUR W35
- WOMEN'S ITF WORLD TENNIS TOUR W35 +H

Where these Regulations apply in the same way to tournaments with and without hospitality, only the generic prize money term will be used, and it shall be interpreted to cover both types of tournament. The +H designation will only be used where there are specific rules or differences that apply between the two types of tournament in which case the relevant regulation will specify that difference.

## C.    Tournament Events

Each Women's ITF World Tennis Tour Tournament must consist of a Singles Main Draw, Doubles Draw and Singles Qualifying, unless there are insufficient entries to run a Singles Qualifying draw or otherwise approved by the ITF. Each draw will be an elimination draw.

For every four (4) Women's ITF World Tennis Tour tournaments organised at the W15 level, National Associations are required to organise at least one (1) Women's tournament at the W35, W50, W75 or W100 level.

Each National Association must commit to organising the same number of tournaments in the W75/W100 category in 2025, as in 2024, before the ITF agrees to sanction a W50 tournament.

The ITF reserves the right to refuse approval of any applications for standalone tournaments. A standalone tournament is a tournament in a country with no other tournaments in the preceding or following week in the same country.

## D.    Tournament Week

Each Women's ITF World Tennis Tour Tournament is assigned a specific Tournament Week on the calendar defined by the date of the Monday of that week. Singles Qualifying will begin on either Sunday or Monday and can be played over one, two or three days (depending on draw size and as approved by the ITF). Typically, the Singles Main Draw will begin on Tuesday (but may begin on Monday and no later than Wednesday) and must finish no later than Sunday of the same week, unless otherwise approved by the ITF. In extraordinary circumstances, e.g. bad weather, the ITF Supervisor, in consultation with the ITF, may cancel or adjust a Tournament's Week or schedule.

## E.    Match Format

**1. Singles Main Draw**

The best of three (3) tie-break sets, unless a "Modified Format" is otherwise approved by the ITF. Ad scoring must be used.

**2. Singles Qualifying at W15 and W35 Tournaments**
The best of three sets, with two (2) tie-break sets, and if the score reaches one set all, one match tie-break game (10 points) shall be played to decide the match. Ad scoring must be used.

3. **Singles Qualifying at W50, W75 and W100 Tournaments**
The best of three (3) tie-break sets, unless a "Modified Format" is otherwise approved by the ITF. Ad scoring must be used.

**3. Doubles Draw**
The best of three sets with two (2) tie-break sets, and if the score reaches one set all, one match tie-break game (10 points) shall be played to decide the match. No-ad scoring must be used.

**4. Modified Format**
In extraordinary circumstances, e.g. bad weather, the ITF Supervisor, with explicit approval of the ITF, may modify the format of matches in the Singles Main Draw only as follows:
- The best of three sets with two (2) tie-break sets, and if the score reaches one set all, one match tie-break game (10 points) shall be played to decide the match. Ad scoring must be used.

## F.    Balls
The balls to be used at Women's ITF World Tennis Tour Tournaments must conform to the specifications in Rule 3 of the Rules of Tennis and must have been approved by the ITF. Any Women's ITF World Tennis Tour Tournament must apply to the ITF for approval at least nine (9) weeks in advance of the Tournament if it wishes to use ball types 1 or 3.

**1. W15 Tournaments**
In the Singles Qualifying competition, a minimum of four (4) new balls of the same brand and type must be provided for the match.
In the Singles Main Draw or Doubles, a minimum of four (4) new balls of the same brand and type are to be changed at a maximum of nine (9) games and thereafter every eleven (11) games in each match. More frequent ball changes are acceptable at the discretion of the ITF Supervisor.
A minimum of three (3) used balls of the same brand and type as the match balls must be available for practice per day, free of charge, to each player accepted into the Tournament, from the day prior to the commencement of the respective draw until she is eliminated from the Tournament. Players must return practice balls after each practice to the Tournament staff.

**2. W35 Tournaments**
In the Singles Qualifying competition, a minimum of four (4) new balls of the same brand and type must be provided for the match. Where there is a Chair Umpire on court then a minimum of four (4) new balls of the same brand and type are to be changed at a maximum of nine (9) games and thereafter every eleven (11) games in each match
In the Singles Main Draw or Doubles, a minimum of four (4) new balls of the same brand and type are to be changed at a maximum of nine (9) games and thereafter every eleven (11) games in each match. More frequent ball changes are acceptable at the discretion of the ITF Supervisor.
A minimum of three (3) new balls of the same brand and type as the match balls must be available for practice for each Main Draw Player/Team in advance of their first match only. Following this, and for players in Qualifying, a minimum of three (3) once used balls of the same brand and type as the match balls must be available for practice per day, free of charge, to each player accepted into the

Tournament, from the day prior to the commencement of the respective draw until he is eliminated from the Tournament.

Players must return practice balls after each practice to the Tournament staff.

**3. W50 and W75 Tournaments**

In the Qualifying and the Main Draw, four (4) new balls of the same brand and type must be provided, and the ball change shall be after the first seven (7) games and thereafter every nine (9) games in each match. More frequent ball changes are acceptable at the discretion of the ITF Supervisor.

A minimum of three (3) new balls of the same brand and type as the match balls must be available for practice per day, free of charge, to each player accepted into the Tournament, from the day prior to the commencement of the respective draw until she is eliminated from the Tournament. Players must return practice balls after each practice to the Tournament staff.

**4. W100 Tournaments**

In the Qualifying and the Main Draw, four (4) new balls of the same brand and type must be provided, and the ball change shall be after the first seven (7) games and thereafter every nine (9) games in each match. More frequent ball changes are acceptable at the discretion of the ITF Supervisor.

A minimum of three (3) new balls of the same brand and type as the match balls must be available for practice per day, free of charge, to each player accepted into the Tournament, from the day prior to the commencement of the respective draw until she is eliminated from the Tournament. Players must return practice balls after each practice to the Tournament staff.

## G.    Artificial Lighting

Play is allowed with artificial lighting provided there is a minimum of 500 lux evenly distributed over the court surface.

## H. Electronic Line-Calling

The use of Electronic Line-Calling (ELC) systems is permitted at a Women's ITF World Tennis Tour Tournament, subject to the following conditions and requirements:

- The National Association must make a request to the ITF to use ELC at least nine (9) weeks in advance of the tournament start date;
- The request must have been approved by the ITF;
- The ELC system must have been classified by the ITF and approved by the ITF for use at the tournament in question;
- The ITF may at its sole discretion refuse the use of a particular ELC system during a Women's ITF World Tennis Tour Tournament, including in the event such decision to refuse its use is taken once the tournament is already underway; and
- The processing of any data arising from the use of the ELC system shall always be subject to the provisions in Appendix G (Player Analysis Technology ("PAT") and Electronic Line Calling Technology ("ELC")).

## I.    Waiver of Claims

In submitting an Entry into a Women's ITF World Tennis Tour Tournament, all players agree, as a condition of Entry, that subject to the limits set out below, for themselves, their executors, administrators, heirs and personal representatives, all claims of any kind, nature and description are waived, including past, present or future claims and injuries, if any, sustained in traveling to or from, or participating in a Women's ITF World Tennis Tour Tournament and/or any of its related activities and/or while in the location of a Women's ITF World Tennis Tour Tournament, against the ITF, the Regional Association or National Association sanctioning such Tournaments, officials, promoters, sponsors, television or other broadcast licensees, vendors, venues, local organisers and others connected with such Tournaments, including its employees, officers, directors, volunteers, and representatives and the WTA.

Nothing in these Regulations excludes or limits the liability of the ITF or any of the other parties listed above:
   a)  for death or personal injury caused by their (respective) negligence;
   b)  for fraud; or
   c)  to the extent that such exclusion or limitation is not permitted by applicable law.

## J.    Publicity and Promotion

1. Players acknowledge that their tennis biography and complete tournament history shall be published in perpetuity on the ITF's website for the purposes of transparency and promotion of the sport.

2. Each player grants to the ITF, the Tournament's sanctioning National Association, the Tournament and their agents and assignees the right, in perpetuity and for commercial and non-commercial purposes:
   a)  to use or authorise the use of her name, voice, photograph, likeness, signature, biographical material and other identification, in any and all media, for the purpose of publicising and promoting the sport of tennis, the ITF, the Tournament's sanctioning National Association, the Tournament and their respective affiliates and events including the right to use the same on event posters, photos, programmes, merchandise and other materials, and for the televising broadcasting and filming of the same; and
   b)  to make, show and otherwise use, in any and all media, still and moving pictures, whether live or otherwise, and any other visual and/or audio-visual reproductions of her performance or appearance as a sportsman on and off the court during the event.
3. With respect to sub section 2. above:
   a)  there will be no compensation payable in relation to the grant of such rights; and
   b)  the rights granted may not be used in such a way as to constitute an endorsement by the player of any product or company.

## K.  Junior Player Images

Notwithstanding Regulation J above, it is prohibited for any Covered Person to obtain, transmit, store or distribute any images and/or recordings (whether audio or visual) of junior players (being players who are under 18 years of age), unless they are the parent or legal guardian of the player, without the express written authorisation (which includes permission about how the image(s) will be used) of i) the parent or legal guardian of the player, and ii) the ITF Supervisor. Images and/or recordings taken with permission under this Regulation must be exclusively of tennis matches, practice or the presentation of trophies. Please see the ITF's *Process For ITF Tournament Supervisors,*

*Coaches and Parents on Video Recording of Junior Matches For Performance Analysis*.
https://www.itftennis.com/media/7267/itf-performance-analysis-video-u18.pdf

## L.  Insurance

1.   The Applicant is responsible for taking out suitable insurance policies which are compliant with local laws and regulations and which are on such terms and against such risks as are normally insured against by sports governing bodies or other organisations which stage sports events that are similar or equivalent to the Tournaments, including (without limitation) claims made for damage to property and for death/injury caused to people at the event for which the Applicant is legally liable. "ITF Ltd" and "ITF Licensing (UK) Ltd" must be named in the policy and on the certificate of insurance, and a copy should be provided to the ITF on request.

2.   The Applicant is encouraged to take out those insurance policies that safeguard against employer's liability, business interruption and personal injury as well as any other appropriate insurance policies recognised under local law. In addition, it is strongly recommended that the Applicant obtain and maintain event cancellation and abandonment insurance which insures against all reasonably known financial risks arising from the rescheduling, cancellation and/or abandonment in whole or in part of a Tournament due to force majeure.

## M. Player Recording of Matches

Notwithstanding Regulation I above, the recording of matches by a Player/s and their Support Team Members for the sole purposes of performance video analysis and personal use is permitted subject to the conditions set out below. Recordings under this Regulation must be exclusively of tennis matches or tennis practices. Recording under this Regulation is at the sole discretion of the ITF Tournament Supervisor  and the ITF World Tennis Tour Department.

  i.      Recording may only take place once the ITF Tournament Supervisor, Tournament Director and the Opponent/s has given their express authorisation.
  ii.     Recording may only be made using a Digital Camera – this may include Video Recorders, DSLRs and Go Pros. Currently Tablets, Mobile Phone and Laptop/Computers may not be used for recording.
  iii.    For the avoidance of doubt, this Regulation does not apply for Junior players. All recordings of Junior players must be compliant with Regulation J.
  iv.     The recording shall not be used to determine or dispute any decision made by an Official in relation to the officiating or outcome of a match.
  v.      During the match, if the Opponent/s or Coach withdraws their consent to the recording, and/or on instruction from the ITF Tournament Supervisor, the Player/s or their Support Team Member must immediately cease recording and delete the recording.
  vi.     All decisions made by the ITF Tournament Supervisor regarding recordings are final and not subject to appeal.
  vii.    Publishing the recording on a Player's personal website  or via their social media accounts is permitted subject to the following conditions:
      a.   publishing of the recording may only take place once [ITF Tournament Supervisor , the ITF World Tennis Tour Department] and the Opponent/s has given their express authorisation;

b. <u>the recording must not be streamed or otherwise made available  during the Match to which it relates ;</u>

c. the recording must not be made available for any purpose linked to betting;

d. <u>unless otherwise agreed by the ITF, no more than 10 minutes in aggregate of any match recording should be made available;</u>

e. <u>the recording must not bring the ITF or the sport of Tennis into disrepute, in ITF's sole discretion;</u>

f. <u>if the Opponent/s withdraws their consent for the recording to be published online or via social media, on instruction from the Opponent/s, the Player must remove the specified recording published by the Player.</u>

viii. <u>The ITF shall not be responsible for the use, dissemination, retention or disposal of any recording, in whole or part, recorded permitted in accordance with the Regulations.</u>

ix. <u>Any recording should be stored securely to avoid inappropriate or unauthorised use and deleted when it is no longer required.</u>

<u>Failure to comply with this process shall be considered a breach of ITF World Tennis Tour Regulations Section III M. (Player Recording of matches) and the person responsible shall be subject to sanction.</u>

# IV. FINANCIAL

## A.    Payments

The sanctioning National Association and/or where applicable the Tournament Organiser shall be liable for and pay the prize money to all players participating in the Tournament in accordance with the breakdowns stated in Section XII, Prize Money and WTA/ITF Points. The Applicant shall also be liable for and pay in accordance with the notifications issued to the Applicant by the ITF: the annual Sanction Fee; any IPIN membership fees and fines collected during the Tournament; and any Primary Healthcare Program payment due to the ITF.

## B.    Financial Guarantee

At the absolute discretion of the ITF, an Applicant for a Women's ITF World Tennis Tour Tournament offering W50, W75 or W100 in prize money shall provide a Financial Guarantee for the Tournament prize money in such format and according to the timescale as defined by the ITF.
If the Applicant fails to provide such Financial Guarantee, then the ITF may cancel the Tournament without any liability to the Applicant.

## C.    Prize Money Payments

The Tournament Organiser shall make prize money payable in cash, check or bank transfer available to eligible players in accordance with the criteria stated below and as stated on each Tournament's Fact Sheet.

If a Tournament Organiser elects to pay the prize money via bank transfer, the Tournament Organiser and/or National Association will be liable for any bank fees associated with such transfer.

**D.    Tax Deductions**

Any Government income tax deductions from prize money must be stated on the Tournament Fact Sheet. No taxes other than the stated income tax will be deducted from prize money.

**E.    Fines and Fees**

If a player owes any fines and/or fees, then the ITF Supervisor shall authorise the Tournament Organiser to deduct fines and fees from a player's prize money. These collected fines and fees will be sent to the ITF by the National Association. Please see the Code of Conduct, Article III.E and Article IV.V.

**F.    Currency and Exchange Rate**

Prize money shall be paid in currencies as follows:

1. U.S. Tournaments: All prize money must be paid in US Dollars as set out in Section XII. Prize Money and WTA/ITF Points.

2. European Tournaments: All prize money must be paid in Euros as set out in Section XII. Prize Money and WTA/ITF Points or in local currency for non-Euro Monetary Union nations.

3. Other Women's ITF World Tennis Tour Tournaments: All prize money must be paid in US Dollars, or in local currency if approved by the ITF.

If local currency is selected, then the exchange rate to US Dollars for a given Tournament (official ITF exchange rate) shall be the average of the six (6) months immediately preceding six (6) months prior to the Tournament. If, on the Monday, seven (7) days prior to the start of the Tournament, there is a fluctuation in the official ITF exchange rate of five percent (5%) or more, up or down, then such exchange rate shall be adjusted, up or down as follows:

| Exchange Rate Fluctuation | Exchange Rate Adjustment |
|---|---|
| Less than 5% | None |
| Between 5 and 10% | 5% |
| 10% or greater | One half the actual Exchange Rate Fluctuation |

(* For example, if the currency fluctuates 11% from the authorised exchange rate, the exchange rate will be adjusted by 5.5%).

Each Women's ITF World Tennis Tour Tournament electing to pay on-site prize money in a specific non-US or non-Euro currency shall obtain from the ITF the Official ITF Exchange Rate.

**G.    Amateur Expenses**

Women's ITF World Tennis Tour Tournaments may pay expenses to amateurs who compete, at the discretion of the Tournament Organiser. Such expenses are limited to the actual and reasonable expenses of an amateur incurred pursuant to her participation in the Tournament. The payment of expenses cannot be conditioned on the success of the amateur in the event.

## H.    Entry Fees

The following entry fees may be charged by the Tournament Organiser per player prior to the start of the Tournament or (if applicable) deducted from prize money at the discretion of the Tournament Organiser.

The entry fee can be collected in US Dollars or Euros or in local currency as stated on the Fact Sheet. All players must be charged the same entry fee.

| Draw | Maximum Fee (per player) |
|------|--------------------------|
| Qualifying (Singles) or Qualifying (Singles) and Doubles | Up to US$40 or €36 |
| Main Draw (Singles) or Main Draw (Singles) and Doubles | Up to US$40 or €36 |
| Doubles only | Up to US$20 or €18 |

# V. SINGLES ENTRIES AND WITHDRAWALS

All players (i.e. those with a WTA ranking, ITF World Tennis Ranking, eligible ITF Combined Junior Ranking, National Ranking, and unranked), subject only to Age Eligibility and Play Down provisions of these Regulations, may enter Women's ITF World Tennis Tour Tournaments by the Entry Deadline and will appear on the Tournament Acceptance Lists.

Players should locate details about each Tournament, including Fact Sheet, Entry and Acceptance Lists, ITF Supervisor contact information and other relevant information about the Tournament, within their IPIN account.

Unless specified otherwise, this Section V. applies for both Main Draw and Qualifying.
Players are encouraged to read the Fines Guidelines and Offence Codes for ITF World Tennis Tour events, located in the Code of Conduct, for information on the penalties imposed for Late Withdrawals.

## A.    Entries

All entries must be made through a player's IPIN account (ipin.itftennis.com). In exceptional circumstances, an Entry can be submitted in writing on the Official Entry Form and sent to the ITF by email, to be received before the appropriate deadline.

A player applying for Entry shall be deemed to apply for Entry into the Singles Main Draw or the Singles Qualifying depending on her ranking by the applicable System of Merit. Players with a Special Ranking may rely on that Special Ranking to Enter Tournaments provided that they select that Special Ranking during the IPIN entry process.

A player's status in a Tournament shall not be official until the Entry Deadline and publication of the Tournament Acceptance List on the ITF website and IPIN account. A player may apply for Entry into up to six (6) Women's ITF World Tennis Tour Tournaments in a specific Tournament Week, in which case she must indicate a priority. If no priority is stated, the ITF will assign a priority. A player may

not apply for Entry into a Women's ITF World Tennis Tour Tournament if she is Committed to another Tournament during that period.

For entries into W75 and W100 Tournaments, a player may apply to enter the Tournament as "Main Draw Only" entrant, in which case she will not be considered for the Qualifying competition and will only be accepted into the Main Draw up until the Freeze Deadline.

Notwithstanding any other provision of these Regulations, the ITF has the absolute right to refuse to accept or revoke any player's Entry to any ITF World Tennis Tour Tournament(s). The ITF may exercise that right as it sees fit, with or without providing reasons.

## B.    Withdrawal Procedures

All Withdrawals must be submitted online through the player's IPIN account.

Notwithstanding Regulation V.C. below and the Code of Conduct, which may impose penalties, a Withdrawal must be submitted online through the player's IPIN account. In exceptional circumstances, the ITF will accept a Withdrawal on an Official Withdrawal Form. Players should contact the ITF prior to the relevant deadline for consideration of exception. The Withdrawal Form can be found in IPIN.

## C.    Entry and Withdrawal Deadline

The Entry Deadline is at 14:00 hours (GMT) on the Thursday eighteen (18) days prior to the Monday of the Tournament Week.

The Withdrawal Deadline is at 14:00 hours (GMT) on the Tuesday thirteen (13) days prior to the Monday of the Tournament Week.

In exceptional circumstances or during office holidays, the ITF may modify the deadlines, in which case players will be notified.

It is the player's responsibility to make and confirm all entries, tournament priorities and withdrawals and to check her position on the Acceptance Lists.

If a player has entered multiple events, she should remove herself from all events she no longer wishes to compete at before the Withdrawal Deadline. Failure to do so may result in penalty in accordance with Article III of the Code of Conduct.

## D.    At the Entry Deadline

At the Entry Deadline, players will be placed on Acceptance Lists for Singles according to the Singles System of Merit. For each Tournament a player has entered, the player will be listed in the Singles Main Draw, Singles Qualifying or as an Alternate based on the System of Merit.

A player's position on the Acceptance list may change until the Freeze Deadline. Players are required to withdraw according to the procedures detailed in the regulations above from any Tournament

they are unable to play. Players should check their position on the relevant Acceptance List until the Freeze Deadline.

## E.  At and After the Withdrawal Deadline

### 1. Singles Procedure

If a player is accepted into the Main Draw or Qualifying of more than one Women's ITF World Tennis Tour Tournament or ITF World Tennis Tour Juniors Tournament starting in the same week, she will remain on one Acceptance List and will be withdrawn from the Acceptance Lists of all other Tournaments at the Withdrawal Deadline, according to the following criteria in order, until she is only on one Acceptance List:

    a)  ITF World Tennis Tour Professional Tournaments take priority over ITF World Tennis Tour Junior Tournaments; then
    b)  Main Draw takes priority over Qualifying, and Qualifying over Alternates; then
    c)  Tournament Entry Priority

If a player's chosen priorities are unclear, she will be immediately withdrawn from all but one Acceptance List by the ITF at the Withdrawal Deadline, according to the following criteria, in order, until she is only on one Acceptance List:

    a)  The Tournament offering the highest prize money will take priority, or if equal; then
    b)  The Acceptance List on which she is highest placed will take priority, or if equal; then
    c)  The Tournament which is geographically closest to her country of Nationality will take priority.

*Exception:* If a player is accepted into the Main Draw of a Junior Grand Slam tournament, that tournament will be prioritised over all other tournament entries that week (i.e. including Women's W100 tournaments or any other Junior tournament).

### 2.  Automatic Withdrawals in Doubles after the Advance Entry Doubles Entry Deadline

At the Advance Entry Doubles Entry Deadline (six days prior to the Monday of the Tournament week) see section VI for further details), if a Player has been accepted into the Main Draw or Qualifying of a Singles Tournament and has also made an Advance Entry in Doubles for a different Tournament in the same week, then that Player and her Doubles partner will be removed from that other Tournament's Doubles Acceptance List.

### 3. Commitment Rule

Prior to the Singles Withdrawal Deadline a player's status on an Acceptance List is not confirmed. A player who appears on an ITF World Tennis Tour Main Draw or Qualifying Acceptance List at any time after the Withdrawal Deadline is deemed to have been accepted into and is Committed to play the Tournament.

If a player withdraws her Entry from the Main Draw or Qualifying of a Women's ITF World Tennis Tour Tournament for any reason after the Withdrawal Deadline the withdrawal will be considered a

Late Withdrawal and will be subject to the Late Withdrawal/No Show provisions in the ITF World Tennis Tour Code of Conduct. Each player is allowed three late withdrawals without penalty per calendar year provided a withdrawal was made online through the player's IPIN account before the Qualifying Sign-In Deadline. The rules regarding Late Withdrawals can be found in the Code of Conduct in Article III. B.1 and B.2.

In addition to having three late withdrawals per year there are circumstances in which a player can obtain a Medical Certificate at the Tournament by seeing the Tournament Doctor or Sports Physiotherapist. These rules are detailed in the Code of Conduct in Article III. B.3 (On-site Medical Withdrawal).

There are circumstances in which a Committed player can play another event and not be penalised, and these rules are detailed in the Code of Conduct in Article III. B.4 (Playing Another Event / One Tournament Per week).

Players are encouraged to read the Fines Guidelines and Entry Offence provisions located in the Code of Conduct for information on the penalties imposed for Late Withdrawals.

Any player accepted into the Singles Main Draw, Doubles or Singles Qualifying who fails to appear for the Tournament without submitting an online withdrawal in the player's IPIN account shall be penalised with a No-Show code violation.

If a player is not accepted into any Women's ITF World Tennis Tour Tournament in a given week, she may remain on more than one Acceptance List as an Alternate until the Freeze Deadline. A player who appears on one or more Alternate List(s) is not Committed to play in any of these Tournaments and may withdraw at any time, without penalty, until she moves into a Qualifying or Main Draw Acceptance List, at which time she will be automatically withdrawn from all other Acceptance Lists by the ITF.

### 3. Alternates

A player who appears on one or more Alternate List(s) is not Committed to play in any one Tournament and may withdraw at any time, without penalty, until she first moves into a Singles Main Draw or Singles Qualifying Acceptance List (up until the Freeze Deadline), at which time she will be automatically withdrawn from all other Acceptance Lists by the ITF.

Players who are entered into multiple tournaments for a given week should withdraw themselves from those they do not wish to compete in before they move into Qualifying and become Committed to a Tournament.

Singles Alternates accepted into the Main Draw of a Doubles Acceptance list after the Doubles Entry Deadline will be removed from all Singles Alternate lists except the same Tournament where they have been accepted into Doubles (if applicable). Please see Section VI, Doubles Entries and Withdrawals, for further details.

Alternates will be removed from all but one (1) Acceptance List at the Freeze Deadline. See process below.

## F.  Freeze Deadline

The Freeze Deadline is at 14:00 hours (GMT) on the Thursday preceding the Tournament Week. Alternate players not yet accepted to a Main Draw or Qualifying Draw may change their priority until the Freeze Deadline. Once the Freeze Deadline has passed, players are not permitted to make any changes to their tournament order of priority.

After the Freeze Deadline has been processed, all players on the Singles Qualifying Acceptance List will no longer be moved into the Singles Main Draw and players will remain on only one Alternate List and will no longer be moved into the Singles Qualifying Acceptance List. Players will remain on one Alternate List according to their tournament chosen priority, unless the player is accepted at the Freeze Deadline into the Doubles of a tournament accepting Advance Entries. At that point the player will only remain on a Singles Alternate list if it is the same Tournament where she was accepted into Doubles. Alternates that have not been accepted into Singles and/or Doubles are not Committed to play the Tournament.

At the Freeze Deadline "Main Draw Only" entries which have not moved into a Singles Main Draw Acceptance List will be removed from all W75 and W100 Acceptance Lists. Players entered as Main Draw Only (MDO) who are not accepted into the Main Draw are not Committed to the Tournament.

Since Alternates are not Committed to any Tournament, they are able to Sign-In at a Tournament during a given week. However, if the player does not Sign-In at their top priority Tournament after the Freeze Deadline, she will be ordered as an On-Site Alternate, which means the player will be ordered after all players on the Alternates List at the Freeze Deadline.

A player who wishes to withdraw from the Singles Main Draw or Singles Qualifying after the Freeze Deadline must submit a withdrawal online through the player's IPIN account or she will be subject to the penalties provided for No Show at Article II.B.1 of the Code of Conduct.


## G.    Playing Another Event / One Tournament Per Week

### 1. General

When a player is accepted into the Qualifying or Main Draw of a Tournament as Direct Acceptance, Junior Reserved, Junior Accelerator, College Accelerator, Special Exempt or Wild Card any time after the Withdrawal Deadline, she is Committed to that Tournament unless released by the ITF or ITF Supervisor as detailed in Article III. B.3 or B.4 of the Code of Conduct.

A player who is Committed to and/or has played in the Main Draw or Qualifying of a Women's ITF World Tennis Tour Tournament may not enter or compete in any other tennis event during the period of such Tournament except as stated in Article III, B.4 in the Code of Conduct.

Players may not be accepted into a Women's ITF World Tennis Tour Tournament and an ITF World Tennis Tour Junior Tournament scheduled in the same week. Players will be withdrawn from all but one Tournament at the Withdrawal Deadline based on the withdrawal procedure described above. If a player is found after the Withdrawal Deadline to have been accepted into two Tournaments

(Women's and Juniors) in one week, she will be withdrawn from one Tournament at the earliest opportunity, also according to the Withdrawal Procedure set out above.

**2. Grand Slam Tournaments and Multi-Week WTA Tour Tournaments**

a) Participation during Qualifying and/or First Week.

A player is allowed to play in two Professional Tournaments (one of which must be a Grand Slam Tournament or Multi-Week WTA Tournament) during this two-week period, provided the player has been eliminated from Singles and Doubles of the first Tournament prior to the Qualifying Sign-In Deadline of the second Tournament.

In the event that a player has competed in two Tournaments in the first week, then the player must withdraw from any Women's ITF World Tennis Tour Tournament in the second week following the Qualifying.

b) Participation during the Second Week

A player is allowed to play in a Women's ITF World Tennis Tour Tournament during the second week of a Grand Slam Tournament or multi-week WTA Tour Tournament provided she has been eliminated from the Singles and Doubles of that Tournament prior to the Women's ITF World Tennis Tour Tournament Qualifying Sign-In Deadline. Any such player who is still competing in the Grand Slam Tournament or multi-week WTA Tournament at this deadline must withdraw from the relevant Women's ITF World Tennis Tour Tournament.

A player is not allowed to withdraw from a Grand Slam Tournament or multi-week WTA Tour Tournament to play the Women's ITF World Tennis Tour Tournament.

## H.    On-Site Medical from Week 1 & Participation in Week 2

**1.** A player may not withdraw or retire from a Tournament in Week 1 to play in any other Tournament in Week 2 except for valid medical reasons. If a player is forced to withdraw on-site or retire from Week 1 due to medical reasons, and she is entered in a Tournament in Week 2, that player must receive a medical examination from the Tournament Doctor/Sports Physiotherapist from Week 1 and submit her medical examination to the Tournament Doctor/Sports Physiotherapist for Week 2. To be eligible to compete in Week 2 the player must receive a medical examination and clearance from the Tournament Doctor/Sports Physiotherapist.

A player is not allowed to play in Week 2 if:
   a)   she has withdrawn or retired from Week 1 without cause, or
   b)   she has withdrawn or retired from Week 1 for valid medical reason, but she fails to receive a medical examination for Week 2 from the Tournament Doctor/Sports Physiotherapist.

Any player who is discovered to have contravened rules (i) and (ii) above shall not receive WTA or ITF World Tennis ranking points for Week 2. The player will also be subject to a fine pursuant to the Entry Offences section of the Code of Conduct. This rule does not apply to a player whose partner in Doubles has been forced to withdraw or retire from their match.

**2.**    A player that has endured a medical condition during the Tournament Week, but who completes their Tournament matches, may obtain a Medical Certificate from the Tournament Doctor/Sports Physiotherapist that can be used to withdraw from the following week's Tournament without penalty. The player must obtain the Medical Certificate within 24 hours of completing their final match.

If the player wishes to use the Medical Certificate to withdraw from the following week's Tournament then the player must inform the ITF and the ITF Supervisor of that next Tournament (if after the Freeze deadline) no more than 48 hours after obtaining the Medical Certificate or before the Qualifying Sign-In Deadline, whichever is sooner.

Players who complete their final match of the Tournament after the Qualifying Sign-In Deadline of the following week's Tournament must obtain a Medical Certificate and inform the ITF Supervisor before leaving the site if they wish to withdraw.

## I.  Wild Cards

Wild Cards are eligible players included in the draw at the sole discretion of the Tournament Organiser on approval from the host National Association. Wild Cards may be seeded. Players who receive Wild Cards must have an IPIN account.

As stated in the Code of Conduct, Article III, B.4, a player who is Committed by way of Entry or Wild Card to a Tournament may only accept the offer of a Wild Card into another Tournament in the same week, if the Player makes an official late withdrawal before the Qualifying Sign-in Deadline and the Player meets one of the two requirements below:

   i)        A Player accepted into Qualifying of a Women's ITF World Tennis Tour Tournament is nominated to receive a Wild Card into the Main Draw of another Professional tournament (ITF, WTA or Grand Slam) (i.e. moving from Qualifying to Main Draw);

   ii)       A Player accepted into Qualifying or Main Draw of a Women's ITF World Tennis Tour Tournament is nominated to receive a Wild Card into the Qualifying or Main Draw of another Professional tournament in a higher prize money category (ITF, WTA or Grand Slam) (example W15 to W35.)

Wild Cards for Singles must be named at the time the Qualifying or Main Draw is made and are subject to the restrictions of the WTA Age Eligibility Rule (see Appendix C.). It is the responsibility of the player to ensure they are eligible to receive a Wild Card.

Players aged under 18 are subject to the WTA AER and are restricted in the number and category of Wild Cards they may receive. Such players must check the WTA rule regarding limitations of Wild Cards. Please refer to Appendix C for details.

Players and Tournaments should retain written confirmation of the offer and acceptance of a Wild Card. Players and Tournament Organisers may not offer and/or receive any compensation for

receiving or awarding a Wild Card. Acceptance of the offer of a Wild Card constitutes the Player's Commitment to the Tournament.

An entered player who is nominated to receive a Wild Card into the Tournament will continue to be eligible, up to the start of the Qualifying competition, to compete in the tournament as a Direct Acceptance or to fill any Qualifying or Main Draw vacancies that arise, in accordance with the applicable System of Merit and Sign-In procedures in Sections V, VI and VII. Any such players or Qualifying or Main Draw Wild Cards that move into the draw on merit will have their Wild Card nominations automatically withdrawn and replacement Wild Cards may be nominated up until the time the relevant draw is made.

If a player has been accepted into the Main Draw of a Tournament using her Special Ranking, she may not accept a Wild Card into the same event. However, a player accepted into the Qualifying of a Tournament using her Special Ranking may accept a Wild Card into the Main Draw up until the time of the Qualifying Sign-In Deadline.

Wild Cards who withdraw or move into the Qualifying or Main Draw on merit may not be replaced with new Wild Cards after the relevant draw is made. Any such vacancies shall be filled in accordance with Section V.L. Vacancies/Substitutions.

No player who has signed in for and been accepted into the Qualifying of the tournament may be named as a Wild Card after the Qualifying Competition has commenced.

A Tournament may not offer a Wild Card or accept the Entry from any player who has either accepted a Wild Card or been Committed by an Entry to another Tournament in the same week except as stated in Article III, B.4 of the Code of Conduct.

Please refer to Appendix C for Wild Card restrictions as applicable under the WTA AER.

Players who are not subject to the AER may receive during a calendar year a maximum number of Wild Cards as follows:

*W35-W100 Tournaments*

a) Six (6) Wild Cards into Singles at W35-W100 Tournaments on the Women's ITF World Tennis Tour, with a maximum of three (3) of these allowed in the Main Draw. In addition to these Wild Cards, a player who wins one (1) or more matches at a tournament where they are allocated a Main Draw Wild Card will receive an additional Main Draw Wild Card for use in the same calendar year (a "Merited Increase"). A player can receive up to 3 Merited Increases each year at W35-W100 level (i.e. 6 Main Draw Wild Cards in total, in addition to 3 Qualifying Wild Cards). For the purposes of determining the Merited Increases, wins by retirement or default (after the match has started) count as wins, but byes and walkovers do not. Players may only gain a Merited Increase Wild Card when using one of their three initial Main Draw Wild Cards. For avoidance of doubt players cannot gain a Merited Increase Wild Card when using a Merited Increase Wild Card to compete at a tournament.

b) Six (6) Wild Cards into Doubles tournaments at W35-W100 of the Women's ITF World Tennis Tour.

*W15 Tournaments*

a) Six (6) Wild Cards into Singles at W15 Tournaments on the Women's ITF World Tennis Tour, with a maximum of three (3) of these allowed in the Main Draw. In addition to these Wild Cards, a player who wins one (1) or more matches at a tournament where they are allocated a Main Draw Wild Card will receive an additional Main Draw Wild Card for use in the same calendar year (a "Merited Increase"). A player is able to receive up to 3 Merited Increases for Main Draw Wild Cards each year at W15 level (i.e. 6 Main Draw Wild Cards in total, in addition to 3 Qualifying Wild Cards). <u>For the purposes of determining the Merited Increases, wins by retirement or default (after the match has started) count as wins, but byes and walkovers do not; Players may only gain a Merited Increase Wild Card when using one of their three initial Main Draw Wild Cards. For avoidance of doubt players cannot gain a Merited Increase Wild Card when using a Merited Increase Wild Card to compete at a tournament.</u>

b) Six (6) Wild Cards into Doubles at W15 Tournaments on the Women's ITF World Tennis Tour

Each ITF tournament in which a player earns WTA ranking points counts towards a player's maximum number of ITF Tournaments under the Wild Card Rule. Singles Wild Cards are counted separately from Doubles Wild Cards, except for players under WTA Age Eligibility Rules. However, participation in a Tournament in which a player does not earn ranking points does not count as a tournament played under this Wild Card rule.

It is the player's responsibility not to accept Wild Cards above the stated limit. Players will forfeit any ranking points and prize money earned at Women's ITF World Tennis Tour Tournaments if they accept a Wild Card(s) above the stated limit.

## J.    Special Exempt (SE)

**1. Eligibility**

Special Exempt places are determined based on the criteria set out below. Players competing in Singles can apply for a Special Exempt position for the following Tournament Week, which are defined as Overlapping and Non-Overlapping tournaments.

a) Overlapping Tournaments
An Overlapping Tournament is defined as a tournament in one week ("Week 1") where matches are played on overlapping days with a tournament being held in the following week ("Week 2") (either because of the standard schedule or because of weather). A player is eligible to apply for a Special Exempt into the Singles Main Draw of a tournament in Week 2 if that player is still competing in the Singles competition of a Qualified Tournament in Week 1 and has met the criteria listed below at i), ii), and iii).

b) Non-Overlapping Tournaments
A Non-Overlapping Tournament is defined as a tournament in Week 1 which is completed by at least the day before the Qualifying event is scheduled to start in Week 2. A player is eligible to apply for a Special Exempt into the Singles Main Draw of a tournament in Week 2 if that player has participated in the Singles final of a Qualified Tournament in Week 1 and has met the criteria listed below at i), ii), and iii).

The criteria for Special Exempt places are:

i) The player is entered in a Tournament in "Week 2" and is currently listed on the Qualifying Acceptance List (not the Alternates List) for that Tournament;

ii) During the "Week 1" Tournament, the player in conjunction with the ITF Supervisor must personally notify (either face-to-face or via telephone) the "Week 2" ITF Supervisor of their Special Exempt request;

iii) The request for Special Exempt must be made prior to the Qualifying Sign-In Deadline (18:00 hours local time) the day before the scheduled start of the Qualifying competition) of the "Week 2" Tournament. Players still playing in Singles in the Week 1 tournament at the time of the Qualifying Sign-In Deadline of Week 2, must reconfirm if they are playing the following day as soon as their match(es) are completed, and if potentially eligible for a Special Exempt position such position shall be held open until such confirmation has been received.

Special Exempt status shall not be available for players who request such an exempt as a result of competing in the Doubles event of a Week 1 Tournament.

The player must confirm with the ITF Supervisor of the Week 2 Tournament that the Supervisor has received their request prior to the deadline, in accordance with Section V.L. Vacancies/Substitutions below.

## 2. Qualified Tournament for Special Exempt

a) For W15-W35 Tournaments: the Singles event of any Women's ITF World Tennis Tour or any WTA Tournament within the same region in the preceding week;

b) For W50 Tournaments: the Singles event of any Women's ITF World Tennis Tour W35 Tournament or higher or any WTA Tournament within the same region in the preceding week;

c) For W75 Tournaments: the Singles event of any Women's ITF World Tennis Tour W35 Tournament or higher or any WTA Tournament within the same region in the preceding week;

d) For W100 Tournaments: the Singles event of any Women's ITF World Tennis Tour W75 Tournament or higher or any WTA Tournament within the same region in the preceding week.

For the purposes of Special Exempts, there are five (5) regions: Africa, Asia/Oceania, Europe, North America/Central America, and South America.

## 3. Selection Process for Special Exempt

At each Women's ITF World Tennis Tour Tournament there are up to two (2) places held in the Main Draw for Special Exempts unless there is no Qualified Tournament from the previous week. If there are more eligible Special Exempt applicants than available position in the draw, the players shall be selected as follows:

a) Special Exempt into W15 Tournaments
A player requesting a Special Exempt as a result of performance in a W15-W100 or WTA Tournament shall be ordered and accepted according to the ranking from Monday seven (7)

days before the Tournament Week (including a player's Special Ranking, if used to enter the Tournament). WTA Singles Ranking will take precedence, followed by ITF World Tennis Singles Ranking. Ties in ranking will be randomly drawn.

b)  Special Exempt into W35 Tournaments
    A player requesting a Special Exempt as a result of performance in a W35-W100 or WTA Tournament will have first priority. The players requesting a Special Exempt shall be ordered and accepted according to their ranking from Monday seven (7) days before the Tournament Week (including a player's Special Ranking, if used to enter the Tournament). WTA Singles Ranking will take precedence, followed by ITF World Tennis Singles Ranking.

    If one or more spaces remain, a player requesting a Special Exempt as a result of performance in W15 Tournaments will have second priority. These players shall be ordered and accepted according to their ranking from Monday seven (7) days before the Tournament Week (including a player's Special Ranking, if used to enter the Tournament). WTA Singles Ranking will take precedence, followed by ITF World Tennis Singles Ranking. Ties in ranking will be randomly drawn.

c)  Special Exempt into W50-W75 Tournaments
    A player requesting a Special Exempt as a result of performance in a W50-W100 or WTA Tournament will have first priority. These players shall be ordered and accepted according to their ranking from Monday seven (7) days before the Tournament Week (including a player's Special Ranking, if used to enter the Tournament). WTA Singles Ranking will take precedence, followed by ITF World Tennis Singles Ranking.

    If spaces remain, players requesting a Special Exempt as a result of performance in W35 Tournaments will have second priority. These players shall be ordered and accepted according to their ranking from Monday seven (7) days before the Tournament Week (including a player's Special Ranking, if used to enter the Tournament). WTA Singles Ranking will take precedence, followed by ITF World Tennis Singles Ranking. Ties in ranking will be randomly drawn.

d)  Special Exempt into W100 Tournaments
    A player requesting a Special Exempt as a result of performance in a W75-W100 or WTA Tournament will have first priority. These players shall be ordered and accepted according to their ranking from Monday seven (7) days before the Tournament Week (including a player's Special Ranking, if used to enter the Tournament). WTA Singles Ranking will take precedence, followed by ITF World Tennis Singles Ranking.

e)  Special Exempt procedures for all Tournaments
    Unsuccessful applicants will not be penalised under the Late Withdrawal / No Show provisions of the Code of Conduct.

    If prior to the Qualifying Sign-In Deadline there are no requests for the use of a Special Exempt position, such places shall become places for Direct Acceptance.

If prior to the Entry Deadline it is established that there will be no Special Exempt places into a Women's ITF World Tennis Tour Tournament, because there are no "Qualified Tournaments" in the week preceding the Tournament, then the places reserved in the Main Draw for Special Exempts shall become places for Direct Acceptances and will be indicated as such on the Acceptance List.

## K.    Sign-In

**1. Main Draw**
Players accepted into the Singles Main Draw are not required to Sign-In with the ITF Supervisor. Players must be on-site and available to play their first-round match as scheduled. Each Player must provide a contact telephone number so the ITF Supervisor may contact the Player during the Tournament.

**2. Qualifying**

a)   General

The Qualifying Sign-In Deadline is at 18:00 hours local time at the site of the Singles Qualifying event on the day before the scheduled start of the Qualifying event unless specified otherwise on the published Fact Sheet.

Players accepted into the Singles Qualifying Draw are not required to Sign-In with the ITF Supervisor. Players must be on-site and available to play their first-round match as scheduled.

Wild Cards do not have to Sign-In with the ITF Supervisor.

Players who appear on the Alternates list at the Freeze Deadline and wish to take part in the Tournament must Sign-In at the Qualifying Sign-In Deadline

In exceptional circumstances the ITF may extend the Qualifying Sign-In Deadline for all players in advance, in which case players will be notified. The Qualifying Sign-In Deadline will not be extended for individual players in any circumstances.

The ITF Supervisor/Referee of a Professional Tournament, ITF Sanctioned Tournament, ITF Team Competition or a national competition (if requested by the relevant National Association and approved by the ITF at least two (2) weeks in advance) in the preceding week may Sign-In any player who has competed on the last two days preceding the scheduled start of the Qualifying competition.

Each player must provide a contact telephone number so the ITF Supervisor may contact the player during the Tournament.

Sign-In Procedure
Entered Alternate players (who wish to compete), must Sign-In by contacting the on-site ITF Supervisor, either in person or by telephone. Entered Alternates that do not Sign-In either in person or by telephone will not be considered for inclusion in the draw.

On-Site Alternates may Sign-In in person with the Supervisor during the Sign-In period. On-Site Alternates that want to Sign-In by telephone must send an email to the Supervisor and then call the Supervisor and confirm they have been signed in before the Sign-In Deadline. Players who only email the Supervisor and do not communicate with the Supervisor by phone will not be accepted as an official Sign-In.

Sign-In is only completed when a player has signed in or been in contact with the ITF Supervisor. Paying an entry fee or collecting accreditation, for example, are separate from the official Sign-In procedure.

In all circumstances of telephone Sign-In, the player must be able to be onsite and play her first-round match as scheduled.

b)   Preserving Eligibility

Players in the Singles Qualifying (except Alternates) as determined at the Freeze Deadline can preserve their eligibility for unused Special Exempt places or Singles Main Draw vacancies (following withdrawals after the Freeze Deadline) by personally contacting the ITF Supervisor onsite prior to the Qualifying Sign-In Deadline.

If the Special Exempt places are used or there are no Main Draw vacancies, the players that Preserved Eligibility are not eligible to play the Qualifying and are subject to the provisions set forth in Article III. B.1 or B.2, Late Withdrawal/ No Show of the Code of Conduct.

If unused Special Exempts place(s) or Main Draw vacancies are not so preserved, such places shall be filled in accordance with the section V.L. Vacancies/Substitutions below.

c)   Signing into Multiple Tournaments the same week

Alternates and On-Site Alternates may Sign-In (in person) for the Qualifying of a second Tournament during the same week provided:

i)   the Qualifying Sign-In Deadline of the second Tournament is on a later day than the Qualifying Sign-In Deadline of the first Tournament; and
ii)  the player was not accepted into the Qualifying draw of the first Tournament.

d)   Playing in Week 1 event and Sign-In for Week 2's Event

Players who cannot appear for the Singles Qualifying Sign-In at an ITF World Tennis Tour Tournament because they are still competing in a previous week's related Women's ITF World Tennis Tour Tournament may be signed in for the Singles Qualifying and may be permitted to compete in both events subject to the approval of both ITF Supervisors and provided it does not unfairly disrupt the Singles Qualifying schedule.

## L.    Vacancies/Substitutions

Vacancies shall be filled with substitutes in accordance with the following:

**1. From the Withdrawal Deadline until the Freeze Deadline:**

Direct Acceptance vacancies in the Qualifying and Main Draw shall be filled by entered players selected in accordance with the applicable System of Merit. A player not accepted into the Main Draw or Qualifying will appear on the Tournament's Alternates List.

In W15 Tournaments, vacancies in the Junior Reserved places will be filled by the next eligible entered player on the Junior Reserved Alternate List. If no players are eligible for the Junior Reserved place, the place will be reverted to a Direct Acceptance place and filled in accordance with the applicable System of Merit.

**2. From the Freeze Deadline until the Qualifying Sign-In Deadline:**

a)  W15 Tournaments
    Following the Freeze Deadline, the Junior Reserved Alternate List will no longer be used to fill vacancies for Junior Reserved withdrawals. The Alternates List, which already includes those players on the Junior Reserved Alternate List, will be the only list used to replace any vacancies.

b)  All W35, W50, W75 and W100 Tournaments
    All vacancies in the Qualifying or Main Draw shall be filled, at the time of the Qualifying Sign-In Deadline, by Alternates that have signed in for the Qualifying event as detailed below.

**3. At the Qualifying Sign-In Deadline:**

Vacancies in the Main Draw Acceptance list (created by Late Withdrawals, unused Special Exempt positions, and Main Draw Wild Card positions not to be used as confirmed by the Tournament Organiser) shall be filled by players who appear on the Qualifying Draw Acceptance list or have Preserved Eligibility for Main Draw by contacting the ITF Supervisor (see Rule K.2.B. above) and shall be selected in accordance with the Section V.L. Vacancies/Substitutions and in accordance with the applicable Singles System of Merit.

Vacancies in the Qualifying Acceptance List (created by Late Withdrawals, players being moved to the Main Draw as above or Qualifying Wild Card positions not to be used as confirmed by the Tournament Organiser) shall be filled by Alternates that have Signed-In for the Qualifying event in accordance with the applicable Singles System of Merit.

**4. From the Qualifying Sign-In Deadline until the Order of Play is released. From the time the Order of Play is released until the Commencement of the Qualifying Competition:**

Any Special Exempt places held for extenuating circumstances (e.g. Tournaments delayed due to weather) or vacancies in the Qualifying or Main Draw shall be filled by players who have signed in for the Qualifying event, selected in accordance with the applicable System of Merit until the Order of Play is released. From this point until the Commencement of the Qualifying Competition any vacancy in the Qualifying will be filled by players who have signed-in for the Alternates List on the following day. The Qualifying competition commences when the first ball of the first Qualifying match is struck.

**5. After Commencement of the Qualifying Competition:**

a) Vacancies in the Qualifying shall be filled by players who have signed the Alternate List selected in accordance with the applicable System of Merit.

If there is no Qualifying, vacancies in the Main Draw shall be filled by players on the Alternate List, selected according to the System of Merit.

b) Vacancies in the Singles Main Draw shall not be filled until the completion of the Singles Qualifying and shall only be filled by Lucky Losers. The Lucky Losers shall be ordered and selected as follows:
   i) Players who have reached the final Qualifying round of the Qualifying competition; then
   ii) Players with a WTA Ranking shall be randomly drawn; then
   iii) Players with an ITF World Tennis Tour Ranking shall be randomly drawn; then
   iv) <u>Players with a verified ITF World Tennis Number shall be drawn randomly; then</u>
   v) The order of Nationally Ranked and unranked players shall be randomly drawn.

If players from previous rounds are needed to fill the draw or desire to Sign-In as a Lucky Losers, they will be placed after all players who have lost in the final round of Qualifying and ordered as described above.

Special Rankings shall not be used to order players for Lucky Loser positions.

If a player is forced to retire from her final round of Qualifying due to illness or injury, the player will retain her Lucky Loser status provided she receives medical clearance from the Tournament Doctor/Sports Physiotherapist.

**6. After the Completion of the Qualifying Competition:**
If after the completion of the qualifying competition there are vacancies in the Main Draw, the ITF Supervisor will fill the Main Draw with all of the Qualifiers and, if necessary, Lucky Losers in order that they were drawn. It shall be assumed all players who lost in the last round of Qualifying will want to take a position in the Main Draw. Therefore, it is the player's responsibility to inform the ITF Supervisor at the end of their match if they do not want to be considered for the Lucky Loser position.

## M.    Sign-In Requirements for Substitutes

1. Alternates and Lucky Losers (Singles and Doubles) have the option of signing in each day before the start of play for an opportunity to compete in any eligible open position in the draw. Players wishing to Sign-In for an opportunity must be present and Sign-In 30 minutes prior to the scheduled start of play with the ITF Supervisor. Players may also Sign-In by a telephone conversation with the ITF Supervisor. Alternates and Lucky Losers that want to Sign-In by telephone must send an email to the Supervisor and then call the Supervisor and confirm she has been signed in before the Sign-In Deadline. Players who only email the Supervisor and do not communicate with the Supervisor by phone will not be accepted as an official Sign-In. Eligible players must sign and re-sign the appropriate list each day before the start of play.

When the last round of Qualifying and the first round of Main Draw are played on the same day, Lucky Losers must Sign-In no later than 30 minutes after the completion of the last Qualifying match.

Players can find the Sign-In Deadline on the Order of Play. It is the player's responsibility to contact the ITF Supervisor with any questions about the time and location of the Sign-In Deadline.

2. Alternates and Lucky Losers must be ready to play in proper tennis attire within a total time of fifteen (15) minutes after the announcement of a vacancy. Matches must commence without delay after the selection of the Alternate or Lucky Loser.

3. If an Alternate or Lucky Loser is accepted into the draw, but when called is not available to play, she forfeits her place and the next Alternate or Lucky Loser will be called immediately to take the open position. Once an Alternate or Lucky Loser forfeits, she is no longer eligible for Alternate or Lucky Loser status for that event on that day. If a player does not sign up for Alternate or Lucky Loser status one day, she may still sign up on the next day.

## N.    Administrative Error on Acceptance Lists

If an administrative error is made on an Acceptance List resulting either in a player not being included or too many players being accepted into the Tournament, the Acceptance List will be corrected at the earliest opportunity in accordance with the System of Merit.

If a player's National Ranking or ITF World Tennis Number is not considered for ordering a player on the Acceptance List because the data provided by the National Association (and/or player) did not match the ITF's data, then a correction to any published Acceptance List will be at the discretion of the ITF. All future Entry Lists will be corrected once the revised information has been sent by the National Association/confirmed by the ITF.

If due to an administrative error too many players arrive on-site and Sign-In to play the Tournament, the following procedures will be followed: the last two (2) players accepted into the Tournament based upon the most current updated Acceptance List (excluding Wild Cards and Qualifiers) will play a preliminary match for one (1) position in the draw.
All preliminary matches for singles will be played as best of three sets with two (2) tie-break sets, and if the score reaches one set all, one match tie-break game (10 points) shall be played to decide the match For doubles as best of three sets with two (2) tie-break sets, and if the score reaches one set all, one match tie-break game (10 points) shall be played to decide the match. No-ad scoring must be used.

**W15 and W35 Tournaments**
The loser of the preliminary match will receive no WTA and/or ITF World Tennis Ranking points but will receive 1st round prize money. Prize money payment to the loser of the preliminary match will be paid by the ITF. A player who wins the preliminary match but then loses in the 1st round will receive 1st round prize money plus 25% of 2nd round prize money and 35% of 2nd round WTA and/or ITF World Tennis Ranking points.

In the event that the administrative error takes place on-site, it is the responsibility of the ITF Supervisor to inform the ITF Women's department of this administrative error.

**W50, W75 and W100 Tournaments**
The loser of the preliminary match will receive 1st round WTA ranking points and 1st round prize money. Prize money payment to the loser of the preliminary match will be paid by the ITF. A player

who wins the preliminary match but then loses in the 1st round will receive 1st round prize money plus 25% of 2nd round prize money and 35% of 2nd round WTA ranking points.

The ITF will advise the Director of the MIS Department at the WTA Florida office immediately following the discovery of any such administrative error.

In the event that the administrative error takes place on-site, it is the responsibility of the ITF Supervisor to inform the ITF Women's department of this administrative error.

## O.    Late Cancellations

In the event that a Tournament is cancelled late, players who had entered that Tournament may, at the ITF's discretion, be placed as "next in" on the Main Draw or Qualifying Acceptance List, as appropriate, of another Tournament taking place in the same week.

# VI. DOUBLES ENTRIES AND WITHDRAWALS

Tournaments offering between W35 and W100 in prize money will accept up to seven (7) Doubles teams by Advance Entry with the remaining Doubles teams selected by the existing onsite procedure. Tournaments offering W15 in prize money will not offer Advance Entry and will retain the onsite procedure for all Doubles entries.

## A. Advance Entry at W35-W100 Tournaments
Advance Entry is available at W35, W50, W75 and W100 Tournaments (including +H Tournaments).

Advance Entries are only accepted from players with a WTA Doubles ranking, subject only to Age Eligibility and Play Down provisions of these Regulations.

### 1.    Entry and Withdrawal Procedures
Players may make only one advance entry in a Doubles tournament each week and this must be submitted online through a player's IPIN account. During the IPIN entry process, one member of the Doubles team must propose the partnership to the second member. The second member must confirm their acceptance of the Doubles entry in IPIN prior to the Advance Entry Doubles Entry Deadline ("Doubles Entry Deadline"). Any partnership not confirmed by this time will be removed from the Entry list. It is the players' responsibility to make all entries and withdrawals and to check her / the team's position on the Doubles Acceptance Lists.

Players can add or change Doubles entries up until the Doubles Entry Deadline, but in all cases the entry must be confirmed prior to the deadline.

Withdrawals must be submitted online through the player's IPIN account. In exceptional circumstances, the ITF will accept a Withdrawal on an Official Withdrawal Form. Players should contact the ITF prior to the relevant deadline for consideration of an exception. The Withdrawal Form can be found on the ITF website and in IPIN.

The Entry, Withdrawal and Freeze Deadlines for Doubles are detailed below. In exceptional circumstances or during UK office holidays, the ITF may modify the deadlines, in which case players will be notified.

**2.     Doubles Entry Deadline**

The Doubles Entry Deadline is at 14:00 hours (GMT) on Tuesday, 6 days prior to the Tournament. In the event of any technical issues that prevent the ITF from processing the Doubles Entry Deadline 6 days prior to the tournament, then Doubles Entry Deadline in that week will revert to On-Site entry.

At the Doubles Entry Deadline, Doubles teams will be ordered on a Doubles Acceptance List according to the applicable Doubles System of Merit. The first seven (7) accepted teams will be listed in the Main Draw. Additional teams will be listed as Alternates.

Doubles teams are not Committed to the Tournament until the Doubles Withdrawal/Freeze Deadline.

Entered Teams where one or both members of the team do not have a WTA Doubles ranking will be removed at the Doubles Entry Deadline.

A player's Singles entries may affect their Doubles entry at the Doubles Entry Deadline.

   a)  A player who is entered or accepted into the Main Draw or Qualifying of Singles of a Women's ITF World Tennis Tour Tournament at the Singles Withdrawal Deadline may only enter Doubles at the same Tournament. If the player subsequently withdraws from the Women's ITF World Tennis Tour Tournament she may enter the Doubles at a different event in advance of the Doubles Advanced Entry Deadline. If the player has entered the Doubles of another Women's ITF World Tennis Tour Tournament, her Doubles entry (and that of her partner) will be withdrawn at the Doubles Entry Deadline.

   b)  Players accepted into the Main Draw or Qualifying of Singles at an ITF World Tennis Tour Juniors Tournament after the Singles Withdrawal Deadline may not make an Advanced Entry for Doubles. If the player has entered the Doubles of a Women's ITF World Tennis Tour Tournament, her Doubles entry (and that of her partner) will be withdrawn at the Doubles Entry Deadline.

   c)  Players accepted into one of the seven (7) Main Draw Doubles positions, and who are also Singles Alternates at other ITF World Tennis Tour Tournaments in the same week, will be removed from all Singles Alternates lists except (if applicable) the same Tournament where the player was accepted into Doubles.

**3.     Between the Doubles Entry Deadline and the Doubles Withdrawal/Freeze Deadline.**

   a)  A Doubles team's position on the Acceptance List may change up until the Freeze Deadline. Players that are listed as Doubles Alternates can move into the Doubles Main Draw positions until the Withdrawal/Freeze Deadline, based on the withdrawals of teams above them.

   b)  Players who are included on the Doubles Alternates List and do not wish to play a Tournament for a given week should withdraw themselves from that Tournament before the team moves into the Doubles Main Draw, because players who are also Singles Alternates in the same week may find their Singles entries amended due to moving into a Doubles Main Draw position.

**4.    At and After the Doubles Withdrawal/Freeze Deadline**

The Withdrawal and Freeze Deadlines for Doubles take place at the same time, 14:00 hours (GMT) on the Thursday four (4) days before the Monday of the Tournament Week. This is the same time as the Singles Freeze Deadline.

### a)  Procedure

1) At the Doubles Withdrawal/Freeze Deadline, Doubles Teams in Main Draw positions are Committed to the Tournament.

2) At the Freeze Deadline, the Advance Entry Doubles Alternate List will no longer be used and will be removed.

3) Teams listed as Alternates at the Doubles Freeze Deadline are not Committed to the Tournament. Any such teams will need to Sign-In as an On-Site Entry if they wish to play. Advance Entry Doubles Alternate teams have no priority over other teams which Sign-In On-Site. Members of an Alternate Doubles team may Sign-In On-Site with the same or a different partner.

4) All vacancies and remaining positions in the Draw will be filled by the applicable On-Site Entry procedure.

5) A Doubles withdrawal made after the Freeze Deadline must be submitted online through the player's IPIN account or she will be subject to sanction pursuant to the Code of Conduct, Article III.B.

### b)  Commitment Rule

Prior to the Doubles Withdrawal/Freeze Deadline a Doubles team's status on an Acceptance List is not confirmed. A Doubles team which appears on an ITF World Tennis Tour Doubles Main Draw Acceptance List at any time after the Doubles Withdrawal/Freeze Deadline is deemed to have been accepted into and is Committed to play the Tournament.

Players are required to withdraw according to the procedures detailed in the regulations above from any tournament they are unable to play and the players should check their Tournament status on the Acceptance List until the Freeze Deadline.

If one player of the Doubles team withdraws her Entry from the Doubles Main Draw of a Women's ITF World Tennis Tour Tournament for any reason after the Withdrawal Deadline, the withdrawal will be considered a Late Withdrawal and will be subject to the Late Withdrawal/No Show provisions at Article III.B of the Code of Conduct.

Any player accepted into Main Draw Doubles but that fails to appear for the Tournament without notifying the ITF and ITF Supervisor (if after the Freeze Deadline) of her withdrawal shall be subject to sanction pursuant to the Code of Conduct, Article III.B.

The player responsible for the Withdrawal of her team after the Withdrawal/Freeze Deadline will be subject to Article III.B.1. (Late Withdrawals) or B.2 (No Show) of the Code of Conduct unless Article III.B.3 or B.4 applies:

- B.3 On-site Medical Withdrawal: There are circumstances in which a player may validly withdraw from a Tournament provided that the player obtains a Medical Certificate at the Tournament by seeing the Tournament Doctor or Sports Physiotherapist.
- B.4 (Playing Another Event / One Tournament Per week): There are circumstances in which a Committed player may validly withdraw from a Tournament in order to play another event and not be penalised.

The player responsible for the Withdrawal of an Advance Entry Doubles team after the Doubles Withdrawal/Freeze Deadline may not compete in Doubles during the same Tournament Week in which they have withdrawn. However, the withdrawing player's partner may find a new partner and Sign-In On-site for Doubles at the same or another ITF tournament.

If, in the opinion of the ITF Supervisor or ITF (as applicable) both players are responsible for Withdrawal after the Withdrawal/Freeze Deadline, both players shall be subject to sanction under the Code of Conduct, Article III.B and neither player will be allowed to compete in Doubles during the Tournament Week.
Each player is allowed three Doubles Late Withdrawals without penalty per calendar year provided the Withdrawal is made in accordance with the procedure set out at Section VI.A(1) above.

Players are encouraged to read the Fines Guidelines and Entry Offence provisions located in the Code of Conduct for information on the penalties imposed for Late Withdrawals/No Shows.

Notwithstanding any other provision of these Regulations, the ITF has the absolute right to refuse or revoke any player's Entry to any Women's ITF World Tennis Tour Tournament(s). The ITF may exercise that right as it sees fit, with or without providing reasons.

## B. On-Site Entry and Withdrawal Deadline - Doubles

Subject to the Age Eligibility and Play Down provisions of these Regulations, all players (i.e. those with a WTA ranking, ITF World Tennis Ranking, eligible ITF Combined Junior Ranking, National Ranking, and unranked), may enter Women's ITF World Tennis Tour Tournaments by the On-Site Entry Deadline.

At W35-W100 Tournaments, at least six (6) teams are selected according to the On-Site procedure. More teams may be selected depending on the number of Advance Entry teams, see section A above.

At W15 tournaments, all Doubles teams (with the exception of Wild Card teams) are selected according to the On-Site procedure.

The On-Site Entry and Withdrawal Deadline for Doubles, also known as the Sign-in Deadline, is at 14:00 hours local time on the day before the Doubles Main Draw event is scheduled to commence. Players shall be responsible for their own Sign-In and should check the Fact Sheet for Sign-In date and location.

All Doubles team Entries and Withdrawals must be received by the ITF Supervisor by the Sign-In Deadline.

Advance Entry Doubles teams on the Acceptance List after the Freeze Deadline do not need to Sign-In but must be ready to play as scheduled.

The Supervisor shall post the Doubles Sign-In sheet at a reasonable time prior to the announced Sign-In Deadline. One member of a Doubles team may complete On-Site Sign-in on behalf of the team. The ITF Supervisor reserves the right to accept timely telephone entries. In addition, a player may email the ITF Supervisor to Sign-In for Doubles (email Sign-In will not be processed if sent to the Tournament Director). Players who fail to Sign-In shall not be included in the Doubles draw.

On-Site Acceptances for Doubles shall be based on the applicable Doubles System of Merit.

A player that wants to use their WTA Special Ranking to Sign-In On-Site for Doubles must notify the ITF Supervisor prior to the Sign-In Deadline.

The player responsible for the Withdrawal of an Advance Entry Doubles team after the Doubles Withdrawal/Freeze Deadline may not compete in Doubles during the same Tournament Week in which they have withdrawn. However, the withdrawing player's partner may find a new partner and Sign-In On-site for Doubles at the same or another ITF tournament.

If, in the opinion of the ITF Supervisor or ITF (as applicable) both players are responsible for Withdrawal after the Withdrawal/Freeze Deadline, both players shall be subject to sanction under the Code of Conduct, Article III.B and neither player will be allowed to compete in Doubles during the Tournament Week.

Notwithstanding any other provision of these Regulations, the ITF has the absolute right to refuse or revoke any player's Entry to any Women's ITF World Tennis Tour Tournament(s). The ITF may exercise that right as it sees fit, with or without providing reasons.


## C.    Substitution of Doubles Teams

If a player or a team withdraws after the On-Site Entry/Withdrawal/Sign-in Deadline for Doubles, Alternates shall be selected according to the applicable Doubles System of Merit.

The Sign-In for Doubles Alternates shall follow the same principles as the Sign-In for Singles Alternates (Section V.M. Sign-In Requirements for Substitutes). One member of a team may Sign-In for the team.


## D.    Wild Cards

Wild Cards are Doubles teams included in the Doubles draw at the sole discretion of the Tournament Organiser on approval from the host National Association. Wild Cards may be seeded, in accordance with the seeding procedure in section VIII.B. Wild Cards must be named at the time the draw is made. Wild Cards who withdraw cannot be replaced with new Wild Cards after the appropriate draw is made.

Players and Tournaments may not offer and/or receive any compensation for receiving or awarding a Wild Card. Acceptance of the offer of a Wild Card constitutes a player's commitment to the Tournament.

A Tournament may not offer a Wild Card or accept the Entry from any team who has either accepted a Wild Card or been Committed by an Entry to another Tournament in the same week except as stated in Article III, B.4 of the Code of Conduct.

A player who is Committed by way of Entry or Wild Card to a Tournament may only accept the offer of a Wild Card into another Tournament in the same week as permitted in Article III, B.4 of the Code of Conduct.

# VII.   SYSTEMS OF MERIT

Players who wish to enter a Tournament with a WTA Special Ranking must contact the WTA at least one week prior to the Entry Deadline. When two or more players are tied, the actual ranking supersedes the Special Ranking for acceptance purposes.

The following Singles selection procedure shall be used, subject to Section V.L. Vacancies/Substitutions, as the basis for acceptances as follows:
 i)   Methods A to C are followed in order to create the Acceptance List and thereafter identify Direct Acceptances, up to the Freeze Deadline. At and after the Qualifying Sign-In Deadline, vacancies will be filled from the Alternates List, provided the player has Signed-In;
 ii)   Method D is followed to identify Junior Reserved Places and Junior Reserved Alternates, up to the Freeze Deadline;
 iii)   Methods E to G are followed after the Qualifying Sign-In Deadline in order to fill any remaining vacancies in the Tournament, after the Acceptance List is exhausted.

## A.    Singles System of Merit at W15 Tournaments

### 1.    Method A – Direct Acceptance
Entered players with an approved WTA Singles Ranking, including a Special Ranking, shall be selected in accordance with their positions on the approved WTA Ranking list available on the Entry Deadline and dated twenty-one (21) days prior to the Monday of the Tournament Week.

### 2.    Method B – Direct Acceptance
Entered players with an approved ITF World Tennis Singles Ranking shall be selected in accordance with their positions on the approved ITF World Tennis Ranking list available on the Entry Deadline and dated twenty-one (21) days prior to the Monday of the Tournament Week.

### 3.    Method C – Direct Acceptance
Entered players with no WTA or ITF Singles Rankings and with a verified ITF World Tennis Number shall be selected in accordance with their WTN available on the Monday before the Entry Deadline and dated twenty-one (21) days prior to the Monday of the Tournament Week.

4.      **Method D – Direct Acceptance**

Entered players without an approved WTA Singles Ranking, ITF World Tennis Singles Ranking <u>or verified WTN</u> but with a current Top 500 National Ranking will be drawn by computer at the ITF Office at the Entry Deadline as follows:

i)   Players will be sorted into groups of the same nationalities and ranked within those groups according to National Ranking. Ties between players within those groups will be randomly drawn;

ii)  Each country with a player represented will be allocated a draw chip. Each time a chip is drawn the highest ranked player from the country represented by that chip shall be selected and ordered on the Acceptance List until all the national ranked players are ordered. A country's chip shall go back into the draw until there are no more players in their group; then

iii) All remaining entered players who are unranked and have no National Ranking shall be randomly drawn by computer at the ITF Office for a position on the Acceptance List.

Players who are listed as Alternates after the Freeze Deadline will have priority for acceptance over On-Site Alternates.

5.      **Method E – Junior Reserved**

Entered players with an approved ITF Combined Junior Ranking of 1-100 shall be selected for a maximum of three (3) Main Draw places. A Top 100 ITF Combined Junior Ranking can be achieved in 2 ways:

i)   Current ITF Combined Junior ranking

In accordance with the player's position on the approved ITF Combined Junior Ranking list available on the Entry Deadline and dated twenty-one (21) days prior to the Monday of the Tournament Week;

ii)  "Carry-over" ITF Junior ranking

In addition, players born in <u>2006</u> may carry over their 16 December 2024 ITF Combined Junior ranking for the purposes of entering W15 Tournaments until the week in which they turn 19 years of age. The Monday of each week determines the player's age for that week. Thus, a player who is 18 on Monday but turns 19 on Tuesday would be eligible to use their ITF Combined Junior Ranking for that week but would no longer be able to use their ITF Combined Junior Ranking the following week. If two players share the same ranking (one with a current ranking, the other with a carry-over ranking), then the player with the current ITF Ranking will be ordered before the player holding the carry-over ranking on the System of Merit.

Method D Junior Reserved Places are only available for players who cannot otherwise be accepted into the Main Draw on the basis of their WTA Singles Ranking or their ITF World Tennis Singles Ranking (or National Ranking). A player must also have turned 14 years of age in order to be accepted into a W15 Tournament.

Junior players ranked outside the ITF Combined Junior Ranking Top 100 on the Entry Deadline are not eligible for a Junior Reserved Main Draw place.

After the Entry Deadline, Any Junior Reserved places that become available through a Withdrawal will be filled by a player on the Junior Reserved Alternate List until the Freeze Deadline.
Unfilled Junior Reserved places will be reallocated to Direct Acceptance Methods A, B and C in that order.

There will be no Qualifying or Alternate places reserved in a W15 Tournament based on ITF Combined Junior ranking.

### 6.    Method F – On-Site Alternates
On-Site Alternates with a WTA Singles Ranking, who have signed in for Qualifying shall be selected in accordance with their WTA Singles Ranking, on the Monday seven (7) days before the Tournament Week.

### 7.    Method G – On-Site Alternates
On-Site Alternates with an ITF World Tennis Singles Ranking, who have signed in for Qualifying shall be selected in accordance with their ITF World Tennis Singles Ranking on the Monday seven (7) days before the Tournament Week.

### 8.    Method H – On-Site Alternates
On-Site Alternates with no WTA or ITF Singles Rankings and with a verified ITF World Tennis Number who have signed in for Qualifying shall be selected in accordance with their WTN available on the Monday before the Qualifying Sign-In Deadline and dated seven (7) days prior to the Monday of the Tournament Week.

### 9.    Method I – On-Site Alternates

On-Site Alternates without a WTA, ITF World Tennis Singles Ranking or verified WTN who have signed in for Qualifying shall be selected based on National Ranking as follows:

i)    Players will be sorted into groups of the same nationalities and ranked within those groups according to National Ranking. Ties between players within those groups will be randomly drawn;

ii)    Each country represented will be allocated the same number of draw chips as the number of players from that country unless there are more players from a particular country than places available in a draw. In that case, the number of chips allocated to that country shall be limited to the number of places available in the draw and any extra players are dropped from consideration. Each time a chip is drawn the highest ranked player from the country represented by that chip shall be selected; then
Further places will be filled by unranked players randomly drawn.

### 8.    Ties
A random draw will be made when players are tied based on their WTA Singles Ranking, ITF World Tennis Singles Ranking or WTN.

On Acceptance Lists produced by the ITF, ties have already been randomly drawn by computer and players are listed in priority order.

**9.    National Ranking**

Each National Association may submit their National Rankings to the ITF up to four times per year (quarterly updates). National Rankings from nations must be submitted in the current or previous year or they will not be considered for acceptance. National Associations must submit their National Rankings at least seven (7) days before the Entry Deadline if they are to be used for acceptance purposes for a specific Tournament Week. Players without a National Ranking, or an approved WTA or ITF World Tennis Singles Ranking, will be considered unranked for that Tournament.

Players should contact their National Association for details on when updated National Rankings will be sent to the ITF.

## B.    Singles System of Merit at W35, W50, W75 and W100 Tournaments

**1.    Method A – Direct Acceptance**

Entered players with an approved WTA Singles Ranking, including a Special Ranking, shall be selected in accordance with their positions on the approved ranking list available on the Entry Deadline and dated twenty-one (21) days prior to the Monday of the Tournament Week.

**2.    Method B – Direct Acceptance**

Entered players with an approved ITF World Tennis Singles Ranking shall be selected in accordance with their positions on the approved points list available on the Entry Deadline and dated twenty-one (21) days prior to the Monday of the Tournament Week.

**3.    Method C – Direct Acceptance**

Entered players with no WTA or ITF Singles Rankings and with a verified ITF World Tennis Number shall be selected in accordance with their WTN available on the Monday before the Entry Deadline and dated twenty-one (21) days prior to the Monday of the Tournament Week.

**3.    Method D – Direct Acceptance**

Entered players without an approved WTA Singles Ranking, ITF World Tennis Singles Ranking or verified WTN but with a current Top 500 National Ranking will be drawn by computer at the ITF Office at the Entry Deadline as follows:

  i)   Players will be sorted into groups of the same nationalities and ranked within those groups according to National Ranking. Ties between players within those groups will be randomly drawn;

  ii)  Each country with a player represented will be allocated a draw chip. Each time a chip is drawn the highest ranked player from the country represented by that chip shall be selected and ordered on the Acceptance List until all the national ranked players are ordered. A country's chip shall go back into the draw until there are no more players in their group; then

  iii) All remaining entered players who are unranked and have no National Ranking shall be randomly drawn by computer at the ITF Office for a position on the Acceptance List.

Players who are listed as Alternates after the Freeze Deadline will have priority for acceptance over On-Site Alternates.

**4.    Method E – On-Site Alternates**

On-Site Alternates with a WTA Singles Ranking, who have signed in for Qualifying shall be selected in accordance with their WTA Ranking, on the Monday seven (7) days before the Tournament Week.

**5.    Method F – On-Site Alternates**

On-Site Alternates with an ITF World Tennis Singles Ranking, who have signed in for Qualifying shall be selected in accordance with their ITF World Tennis Singles Ranking, on the Monday seven (7) days before the Tournament Week.

**6.    Method H – On-Site Alternates**

On-Site Alternates with no WTA or ITF Singles Rankings and with a verified ITF World Tennis Number who have signed in for Qualifying shall be selected in accordance with their WTN available on the Monday before the Qualifying Sign-In Deadline and dated seven (7) days prior to the Monday of the Tournament Week.

**7.    Method I– On-Site Alternates**

On-Site Alternates without a WTA, ITF World Tennis Singles Ranking or verified WTN who have signed in for Qualifying shall be selected based on National Rankings as follows:

   i)   Players will be sorted into groups of the same nationalities and ranked within those groups according to National Ranking. Ties between players within those groups will be randomly drawn;
   ii)  Each country represented will be allocated the same number of draw chips as the number of players from that country unless there are more players from a particular country than places available in a draw. In that case, the number of chips allocated to that country shall be limited to the number of places available in the draw and any extra players are dropped from consideration. Each time a chip is drawn the highest ranked player from the country represented by that chip shall be selected; and
   iii) Further places will be filled by unranked players randomly drawn.

**8.    Ties**

A random draw will be made when players are tied based on their WTA Singles Ranking, ITF World Tennis Singles Ranking or WTN.

On Acceptance Lists produced by the ITF, ties have already been randomly drawn and players are listed in priority order.

**9.    National Ranking**

Each National Association may submit their National Rankings to the ITF up to four times per year (quarterly updates). National Rankings from nations must be submitted in the current or previous year or they will not be considered for acceptance. National Associations must submit their National Rankings at least seven (7) days before the Entry Deadline if they are to be used for acceptance purposes for a specific Tournament Week. Players without a National Ranking, or an approved WTA or ITF World Tennis Singles Ranking, will be considered unranked for that Tournament.

Players should contact their National Association for details on when updated National Rankings will be sent to the ITF.


## C.    Doubles System of Merit at W15 Tournaments

Each Tournament will have a Doubles competition for 16 teams:
- 13 Direct Acceptance;
- 3 Wild Cards.


Doubles teams will be selected into the Main Draw of Doubles in accordance with their best rankings (either Singles or Doubles) added together and the total used to determine acceptances. Teams will be prioritised based on WTA Singles and Doubles Ranking, including WTA Special Rankings (if used), followed by ITF World Tennis Singles Ranking as of the Monday seven (7) days before the Tournament Week. ITF World Tennis Number will not be used for Doubles Acceptance.

Teams will be ordered as follows:


### 1.    Method A – Direct Acceptance
Combined ranking of two players with an approved Singles or Doubles Rankings. Best rankings (either Singles or Doubles) shall be added together, and the total used to determine Direct Acceptances. Unranked players may also be accepted via this Method.
Within Method A, teams will be ordered as follows:

a) Both players with a WTA Singles or Doubles Ranking, in order of lowest combined total (best of Singles or Doubles ranking);
b) One player with a WTA Singles or Doubles Ranking and one player with an ITF World Tennis Singles Ranking, in order of lowest combined total (best of Singles or Doubles ranking);
c) Both players with an ITF World Tennis Singles Ranking, in order of lowest combined total (best of Singles or Doubles ranking);
d) One player with a WTA Singles or Doubles Ranking, and one unranked player;
e) One player with an ITF World Tennis Singles Ranking, and one unranked player; and
f) Both players unranked.

*Breaking ties*
Ties between teams with the same combined ranking for positions on the Acceptance List shall be broken as follows:

a) If a team uses one or more Special Rankings, the priority shall be given to the team(s) not using a Special Ranking(s);
b) The team with the player with the strongest individual WTA Singles Ranking, and if still tied by the next highest WTA Singles Ranking;
c) The team with the player with the strongest individual WTA Doubles Ranking, and if still tied by the next highest WTA Doubles Ranking;
d) The team with the player with the strongest individual ITF World Tennis Singles Ranking and if still tied by the next highest ITF World Tennis Singles Ranking;
e) Any further ties between teams shall be drawn by lot.

National Ranking will not be considered for Doubles selection. Players with a national ranking only will be treated as "unranked".

## D.    Doubles System of Merit at W35, W50, W75 and W100 Tournaments

Each Tournament will have a Doubles competition for 16 teams, with teams entering as follows:
- Up to seven (7) teams by Advance Entry
    - o    The teams will be selected in accordance with their combined Doubles' Rankings added together and the total used to determine acceptances as of the Monday seven (7) days before the Tournament Week. Teams will be prioritised based on WTA Doubles Ranking, including WTA Special Rankings (if used).
- At least six (6) teams by On-Site Entry;
    - o    All remaining entries, excluding Wild Cards, will be composed of Doubles teams that Sign-In On-Site.  Doubles teams will be selected into the Main Draw of Doubles in accordance with their best rankings (either Singles or Doubles) added together and the total used to determine acceptances. Teams will be prioritised based on WTA Singles and Doubles Ranking, including WTA Special Rankings (if used), followed by ITF World Tennis Singles Ranking as of the Monday seven (7) days before the Tournament Week.
- 3 Wild Card teams.

<u>ITF World Tennis Number will not be used for Doubles Acceptance.</u>

Doubles Teams will be selected into the Main Draw of Doubles as follows:

### a)    Advance Entry

### 1.    Method A – Direct Acceptance

Combined ranking of two players with a WTA Doubles Ranking including WTA Special Rankings shall be added together and the total used to determine Direct Acceptances.

Teams will be ordered as follows:

   a)    Both players with a WTA Doubles Ranking, in order of lowest combined total.

*Breaking ties*
Ties between teams with the same combined ranking for positions on the Acceptance List shall be broken as follows:

   a)    If a team uses one or more WTA Special Rankings, the priority shall be given to the team(s) not using WTA Special Ranking(s);
   b)    The team with the player with the strongest individual WTA Doubles Ranking, and if still tied by the next highest WTA Doubles Ranking;
   c)    Any further ties between teams shall be drawn by lot.

Players without a WTA Doubles ranking will not be eligible for Advance Entry selection.

### b)    On-Site Entry – Direct Acceptance

1.    **Method A – Direct Acceptance**

Combined ranking of two players with WTA Ranking (Singles or Doubles), including a WTA Special Ranking or ITF World Tennis Singles Ranking. Best rankings (either Singles or Doubles) shall be added together and the total used to determine Direct Acceptances. Unranked players may also be accepted via this Method.

Teams will be ordered as follows:

a) Both players with a WTA Singles or Doubles Ranking, in order of lowest combined total (best of Singles or Doubles ranking);
b) One player with a WTA Singles or Doubles Ranking and one player with an ITF World Tennis Singles Ranking, in order of lowest combined total (best of Singles or Doubles ranking);
c) Both players with an ITF World Tennis Singles Ranking, in order of lowest combined total
d) One player with a WTA Singles or Doubles Ranking, and one unranked player;
e) One player with an ITF World Tennis Singles Ranking and one unranked player; and
f) Both players unranked.

*Breaking ties*

Ties between teams with the same combined ranking for positions on the Acceptance List shall be broken as follows:

a) If a team uses one or more WTA Special Rankings, the priority shall be given to the team(s) not using WTA Special Ranking(s);
b) The team with the player with the strongest individual WTA Singles Ranking, and if still tied by the next highest WTA Singles Ranking;
c) The team with the player with the strongest individual WTA Doubles Ranking, and if still tied by the next highest WTA Doubles Ranking;
d) The team with the player with the strongest individual ITF World Tennis Singles Ranking and if still tied by the next highest ITF World Tennis Singles Ranking;
e) Any further ties between teams shall be drawn by lot.

National Ranking will not be considered for Doubles selection. Players with a National Ranking only will be treated as "unranked".

# VIII. DRAWS

The Singles Main Draw shall consist of 32 players at W15 Tournaments and of 32 or 48 players at W35-W100 Tournaments. The Singles Qualifying draw shall be a maximum of 64 players.

The Doubles draw shall consist of 16 teams. There shall be no Doubles Qualifying competition.

## A.    Composition of Draws

The draws shall be composed as detailed below. All Direct Acceptances and unused reserved places will be selected in accordance with the applicable System of Merit.

**1. Singles**

a)   Qualifying (W15-W100)

Subject to the paragraph directly below, the Singles Qualifying draw size at all Women's ITF World Tennis Tour Tournaments must be either 32, 48 or 64 players. All draw sizes are subject to ITF approval during the Tournament Application process, especially tournaments with prize money of W50, W75 and W100 where Qualifying draw sizes larger than 32 players will only be approved by exception in weeks of few playing opportunities.

A Tournament may apply to the ITF for approval to have a qualifying draw of 24 players provided one of the following conditions are met:
   i)      The Tournament has insufficient courts for a larger draw size and is an indoor tournament;
   ii)     The Tournament had previously held a 24 qualifying draw in the previous two years; or
   iii)    By exception as approved by the ITF.

The Singles Qualifying draws must be composed as follows:

| Draw Size- Qualifying | W15 | | | | W35 - W100 | | | |
|---|---|---|---|---|---|---|---|---|
| | 24 | 32 | 48 | 64 | 24 | 32 | 48 | 64 |
| Direct Acceptances | 19 | 26 | 41 | 56 | 20 | 27 | 41 | 56 |
| Wild Cards^ | 5 | 6 | 7 | 8 | 4 | 5 | 7 | 8 |

^ Wild Cards are awarded at the discretion of the sanctioning National Association. Unused Wild Card places shall become Direct Acceptances and filled as defined above.

*Pre-Qualifying*
The Tournament Organiser with the approval of the sanctioning National Association and the ITF may hold a Pre-Qualifying/Wild Card event to determine the selection of Wild Cards. Pre-Qualifying/Wild Card events for a Women's ITF World Tennis Tour Tournament must take place prior to the Tournament Week.

Tournament Organisers may not require players to stay in the tournament hotel, be a member of a club or similar type condition in order to compete in a Pre-Qualifying/Wild Card tournament.

Tournament Organisers/National Associations must submit Pre-Qualifying/Wild Card tournament conditions to the ITF for approval and the ITF has the right to reject any tournament conditions created by the Tournament Organiser/National Association.

b)   Main Draw

The Singles Main Draws shall consist of 32 players at W15 Tournaments and shall consist of 32 or 48 players at W35 - W100 Tournaments. Tournaments running 48 player Main Draws must have a 32 qualifying draw. All draw sizes are subject to ITF approval during the Tournament Application process.
The draws shall be composed as follows:

| MAIN DRAW | W15 | | | | W35-W100 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (Q draw size) | (24Q) | (32Q) | (48Q) | (64Q) | (24Q) | (32Q) | (48Q) | (64Q) | (32Q) |
| **MD Draw Size** | **32** | **32** | **32** | **32** | **32** | **32** | **32** | **32** | **48** |
| Direct Acceptances* | 13-17* | 13-17* | 13-17* | 13-17* | 16-20* | 16-20* | 16-20* | 16-20* | 31-35* |
| Qualifiers | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| Junior Reserved ** | 3 | 3 | 3 | 3 | - | - | - | - | - |
| Wild Cards ^ | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 5 |
| Special Exempt | 0/2 | 0/2 | 0/2 | 0/2 | 0/2 | 0/2 | 0/2 | 0/2 | 0/2 |
| Accelerator | 0/2 | 0/2 | 0/2 | 0/2 | 0/2 | 0/2 | 0/2 | 0/2 | 0/2 |

\* Number of Direct Acceptances in the Main Draw varies depending on the inclusion of any Special Exempt and/or Junior Accelerator places.
\*\* Any unused Junior Reserved places will be reallocated to Direct Acceptances.
^ Wild Cards are awarded at the discretion of the sanctioning National Association. Unused Wild Card places shall become Direct Acceptances and filled as defined above.

**2. Doubles**

The Doubles Draw will consist of 16 teams. Each Doubles Draw shall be composed as follows:

1. **W15 Tournaments**

| Main Draw | W15 |
|---|---|
| **Draw Size** | **16** |
| Direct Acceptances | 13 |
| Wild Cards^ | 3 |

2. **W35 – W100 Tournaments**

| Main Draw | W35 - W100 |
|---|---|
| **Draw Size** | **16** |
| Advance Entry Direct Acceptances | Up to 7 teams |
| On-Site Direct Acceptances | At least 6 teams |
| Wild Cards^ | 3 |

^ Wild Cards are awarded at the discretion of the sanctioning National Association. Unused Wild Card places shall become Direct Acceptances and filled as defined above.

## B.     Seeds

Each Tournament will have a seeded draw with seeds determined as follows:

**1. Seeding List**
Tournament seedings will not be official until the draw is made.

*Singles: W15 to W100 Tournaments*
In Singles, seeding shall be based on the following order of priority:

a) Players with a WTA Singles Ranking from Monday seven (7) days before the Tournament Week. Ties shall be randomly drawn.
b) If seed positions remain available, players with an ITF World Tennis Singles Ranking from Monday seven (7) days before the Tournament Week. Ties shall be randomly drawn.
c) Players without a WTA or ITF World Tennis Singles Ranking shall not be seeded.

*Doubles: W15 to W100 Tournaments*
In Doubles, seeding shall be based on the following order of priority:

a) Two players' combined WTA Doubles Rankings from Monday seven (7) days before the Tournament Week. Ties will be ordered by the player on the team with the highest WTA Doubles ranking and if still tied the teams in Doubles will be randomly drawn.

Teams without a combined Doubles ranking shall not be seeded. Special Rankings and National Rankings will not be taken into consideration for seeding in Singles or Doubles.

**2. Number of Seeds in the Main Draws**
The number of players or Doubles teams to be seeded in the Main Draws must be as follows:

| | |
|---|---|
| 48 Singles draw | 16 seeds |
| 32 Singles draw | 8 seeds |
| 16 Doubles draw | 4 seeds |

**3. Number of Seeds in the Singles Qualifying Draw**
In Singles, each section shall have two seeded players.

| | |
|---|---|
| 24 Singles draw | 16 seeds |
| 32 Singles draw | 16 seeds |
| 48 Singles draw | 16 seeds |
| 64 Singles draw | 16 seeds |

## C.     Making the Draw

All draws shall be made by the ITF Supervisor in public (i.e., individuals are permitted to attend and witness the making of the Draw) and may be done via draw chips or electronically via Tournament Planner. The ITF Supervisor shall appoint one or more players, preferably one of those players shall be a different nationality to that of the host country, at each Women's ITF World Tennis Tour

Tournament to witness the draws. Interested parties wishing to view the making of the Draw should contact the ITF Supervisor.

**1. Time**
- a) Qualifying (Singles): As soon as possible after the Qualifying Sign-In Deadline.
- b) Main Draw (Singles): No later than 19:00 hours local time on the day before the Main Draw starts and the Order of Play should be posted no later than one hour after the Draw has been made.
- **c)** Doubles: As soon as possible after the Doubles Entry/Withdrawal Deadline.

**2. Method of Draw**
The Draw shall be made as follows and may be carried out electronically via Tournament Planner:

a) Qualifying Draw

   i) Sections

   The Qualifying Draw shall be made in sections, with one section for each place allotted in the Main Draw. Each section shall have no more than two (2) seeded players.

   ii) Placement of Seeds/Method of Draw
The first seed shall be placed at the top of the first section, the second seed shall be placed at the top of the second section and so on until all sections have one (1) seed on the top line of each section.

The remaining seeds shall be drawn as one group. The first drawn shall be placed on the bottom line of the first section, the second drawn shall be placed on the bottom line of the second section and so on until all sections have one (1) seed on the bottom line of each section.

If there is not a sufficient number of seeded players to fill all the positions for seeds in the draw, the section(s) with the highest seeds shall not have a second seeded player. If no players are seeded, all players are drawn randomly.

b) Procedure for Placement of Seeds in the Main Draw

   i) Place Seed 1 on line 1 and Seed 2 on line 16 (16 draw) or line 32 (32 draw) or line 64 (48 draw).
   ii) To determine the placement of the remaining seeds, draw in pairs of two (Seeds 3 and 4) and a group of four (Seeds 5-8) (Seeds 9-12) (Seeds 13-16) from top to bottom as detailed below:

|  |  | 16 Draw | 32 Draw | 48 Draw |
|---|---|---|---|---|
|  |  | *Line Placement on Draw Sheet* | | |
| **Seeds 3 & 4** | First drawn (top half) | 5 | 9 | 17 |

| | | | | |
|---|---|---|---|---|
| | Second drawn (bottom half) | 12 | 24 | 48 |
| **Seeds 5, 6, 7, 8** | Drawn from top to bottom | | 8 | 16 |
| | | | 16 | 32 |
| | | | 17 | 33 |
| | | | 25 | 49 |
| **Seeds 9, 10, 11, 12** | Drawn from top to bottom | | | 9 |
| | | | | 25 |
| | | | | 40 |
| | | | | 56 |
| **Seeds 13, 14, 15, 16** | Drawn from top to bottom | | | 8 |
| | | | | 24 |
| | | | | 41 |
| | | | | 57 |

c) Byes

If there are not enough players to fill the Qualifying or Main Draw, then after the seeds are placed in the draw, the required number of byes shall be awarded to the highest seeds as a first priority and any remaining byes shall be randomly drawn in a manner to distribute them as evenly as possible throughout the sections of the draw.

d) Remaining Players

After the seeds and the byes are placed in the draw as provided above, then the remaining players shall be randomly drawn and placed in the vacant places in the draw beginning at the top of the draw.

e) Qualifiers/Lucky Losers

At the conclusion of the Qualifying competition, the successful Qualifiers will be randomly drawn for their places in the Main Draw. There shall be no prior designation of which Qualifying section applies to which Qualifying place in the Main Draw.

Likewise, when more than one eligible Lucky Loser is to be inserted into the Main Draw, their positions shall be drawn.

If the Qualifying event is not completed at the time of the draw, then the places for the Qualifiers and Lucky Losers (If any) shall be designated as "Qualifier" or Qualifier/Lucky Loser with their identity to be determined by draw at the conclusion of the Qualifying event. The Lucky Losers shall be drawn together with the Qualifiers.

## D.    Withdrawal and Replacement of Seeds

Any vacancy created by the withdrawal of a seed from the Qualifying/Main Draw shall be filled by the next highest ranked player eligible to be seeded. The position vacated by that next highest ranked player shall then be filled in accordance with Section V.L. Vacancies/Substitutions.

If the withdrawal occurs after the release of the Order of Play for the first day of Qualifying/Main Draw then withdrawal shall be filled directly by an eligible Alternate/Lucky Loser (as applicable).

# IX. PLAYERS' REST

## A.      Between Tournaments

If the ITF Supervisor receives notice from a player of the date and time of her last match played in a previous week's Professional Tournament, ITF Sanctioned Tournament or ITF Team Competition, then the ITF Supervisor shall, whenever possible, give the player one full day's rest between such match and the player's first match in the Women's ITF World Tennis Tour Tournament, unless weather or unavoidable circumstances has caused schedule disruption or unless the player was a finalist in a Monday or other delayed final.

## B.      Between Qualifying and Main Draw

Other than in exceptional circumstances, no player shall be required to play her first-round match in the Singles Main Draw until at least twelve (12) hours after the completion of her final Qualifying match. If a player plays two (2) Singles Qualifying matches in one day during Qualifying competition, she should have one day of rest before the Main Draw commences, unless the player is accepted as a Lucky Loser or inclement weather at the tournament requires the player to compete.

## C.      Between Matches

In the Main Draw, except when weather or other unavoidable circumstances causes schedule disruption, players shall be scheduled for a maximum of one (1) Singles match and one (1) Doubles match per day, which shall not be scheduled less than twelve (12) hours after the completion of the last match of such player on the preceding day or round.

Players competing in Qualifying could be scheduled to play two matches on the same day.  If players are required to play two matches in the same day and if other circumstances during the Tournament dictate that a player is scheduled for more than one match per day, then she shall, be given the following minimum rest periods, unless she is in the Singles and Doubles finals to be played consecutively:

If she has played less than 60 minutes          -          30 minutes rest
If she has played between 60 and 90 minutes   -          60 minutes rest
If she has played more than 90 minutes          -          90 minutes rest

If a player is involved in the Singles (semi-final or final) and Doubles final she shall be allowed a rest period of 30 minutes.

A player may play before the end of the rest period if all participants agree.

# X. ORDER OF PLAY AND SUBMISSION OF RESULTS

## A. Scheduling and Order of Play

**1. Release of the Order of Play**

Once the Supervisor determines the following day's Order of Play, it shall be released by the Supervisor, both on-site and via the ITF Tournament Planner program, and where possible no later than 22:00 hours local time. Players are expected to check the official Order of Play, which is also available from the Supervisor. It is the responsibility of all players to ascertain their playing schedules from the ITF Supervisor/Referee for each day's play The Order of Play will detail the Sign-in deadline times for Alternates and Lucky Losers.

Players should be aware that the last match on any court may be moved to a different court or re-scheduled.

**2. Amendments to the Order of Play**

Once officially released, the Order of Play shall not be amended unless the Supervisor deems it necessary and/or appropriate. When the schedule is amended because of inclement weather, the supervisor should post the revised schedule.  It is the responsibility of all players to ascertain their playing schedules from the ITF Supervisor/Referee for the revised Order of Play.

**3. Failure to complete Tournament**

If a Tournament cannot be completed within the Tournament Week because of bad weather, at the option of the Tournament one extra day shall be allowed. The ITF Supervisor shall approve the commencement times for matches on the extra day, which shall then be scheduled during the morning or early afternoon. No further extension of the Tournament shall be permitted without the approval of the ITF.

## B.    Results

At the end of each day's play at Women's ITF World Tennis Tour Tournaments, including the completion of the Tournament, the Supervisor shall submit, using the ITF Tournament Planner program, updated Tournament results for Main Draw and Qualifying, Singles and Doubles.

# XI. DATA RIGHTS

Refer to Appendix F Media, Commercial and Data Rights for full information.

## A.    Scoring

The ITF will have the exclusive right to provide (or procure the provision of) a scoring service at all Women's ITF World Tennis Tour events.  Each National Association and Tournament will assist the ITF in its efforts to produce the scoring service.

**B.    Protection of Tournament Data**

National Associations and Tournament shall not allow or authorise the collection, creation, dissemination, transmission, publication or release of any Tournament Data (as defined in Appendix F) from the grounds of the Tournament (save for incidental use in editorial reporting by accredited members of the press in accordance with applicable terms of entry or as otherwise expressly permitted by the Regulations).

The use of laptop computers, mobile phones or other handheld electronic devices within the confines of the Tournament match courts (spectator areas) to collate, collect, use, store, reproduce, onward supply or make available any Tournament Data (as defined in Appendix F) for Betting or other commercial purposes (save for incidental use within editorial reporting) shall be prohibited and each National Association and Tournament shall take reasonable steps to enforce such prohibition (including without limitation by means of venue and spectator regulations, ticket conditions and accreditation terms). Continual use of laptops, mobile phones or other handheld electronic devices within the confines of the Tournament match courts (spectator areas) is prohibited. The exception to this provision is Tournament credentialed personnel when used in the performance of their duties.

# XII. PRIZE MONEY AND WTA/ITF POINTS

## A.  Prize Money Distribution

Please see Appendix J – Women's Prize Money Tables.

The prize money distribution detailed below shall apply to all Women's ITF World Tennis Tour Tournaments. A proportion of prize money is deducted at every Tournament to contribute to the provision of healthcare services (Primary Healthcare Programme – PHCP) at each Tournament and on the Tour in general. This is not an additional cost to the Tournament, rather a contribution from players towards the provision of healthcare services across the Women's ITF World Tennis Tour.

**B.    Uncompleted Matches**

If the Singles or Doubles event of a Tournament is cancelled e.g. due to poor weather, and there has been no play, first round prize money may be paid out to the players at the sole discretion of the Tournament Organiser. For the avoidance of doubt, a Tournament Organiser will have no obligation to pay first round prize money in the event a Tournament is cancelled for extreme weather or other force majeure event without play and with adequate notice given. If play has commenced and been terminated before the Tournament is concluded players will be paid loser's prize money for the individual round reached. Additionally, if the first round has been completed, all players/teams will receive their Round Points earned through the last completed round only and the Tournament will count as a Tournament played.

Prize Money shall be paid only for matches played. For purposes of this section a match is played when it is won as a result of a Retirement, Default, Walkover or No Show.
Players will receive loser's points for the round reached.

If a Tournament is officially cancelled and the final(s) have not been completed, the finalists will each receive finalists' prize money and ranking points. Any remaining difference between the winner and finalist prize money will revert back to the Tournament.

## C.  Defaults, Byes, Withdrawals and Retirements

Prize money and points awarded will be awarded as follows:

### 1. General
   a) No points or prize money will be awarded to a player or team who withdraws or is a "No Show" without playing their first match.
   b) A match won by retirement, default or walkover will count as a match won for ranking points and prize money except walkovers in the first round or if a player has not won any matches in previous round no points shall be awarded.

### 2. Defaults
a) Any player who is defaulted shall lose all prize money, hospitality and points earned for that event at that Tournament, unless:

   i) The player was defaulted for a Violation of the Punctuality or Dress and Equipment sections of the Code of Conduct
   ii) The player or team was defaulted, as a result of a medical condition
   iii) The Default was caused by one member of a Doubles team in which case the non-defaulting team member shall receive points and prize money from the previous round reached.

b) For any disciplinary default occurring in a Tournament after the match begins, the advancing player or team will be awarded ranking points.

c) If a player receives one (1) or more consecutive byes and the player then defaults her next round, no ranking points shall be awarded, the Tournament will not count on her record, and no prize money shall be paid out.

### 3. Byes
a) If a player or team receives one (1) or more consecutive byes and loses her/their 1st match played, 1st round losers' points will be awarded, and the player or team shall receive prize money for the round reached.

b) If a player or team receives one (1) or more consecutive byes and withdraws from her/their 1st match, no ranking points shall be awarded, the Tournament will not count on her/their record and no prize money shall be paid out.

### 4. Walkovers

a) If a player or team receives a walkover in the 1st round, and there is no Alternate or Lucky Loser to take the place in the draw, or if a player or team receives a walkover in a subsequent round without having yet played a match, the player or team will receive ranking points from the round preceding her/their elimination.

b) A player who receives a walkover in any round except the 1st round after having played and won a match shall be awarded ranking points for a walkover from an opponent. For any disciplinary default occurring in a Tournament after the match begins, the advancing player will be awarded ranking points.

### 5. Withdrawals

a) If a Singles player withdraws from a Tournament, she shall receive the loser's prize money and ranking points for reaching the round in which she withdrew, except as follows:

   i)   A player accepted into the Main Draw who withdraws in the 1st round will receive no prize money and the Tournament shall not count on her record.
   ii)  A Qualifier withdrawing in the 1st round of Qualifying receives no prize money and the Tournament shall not count on her record.
   iii) A Qualifier who has not played a match in the Qualifying draw and advances to the Main Draw will not receive Qualifier points.
   iv)  A Qualifier withdrawing in the 1st round of the Main Draw receives prize money equal to the last round of Qualifying prize money and Qualifier points.
   v)   A player or team accepted directly into the Main Draw who withdraws in the 1st round will receive no prize money, and the Tournament shall not count on their record.
   vi)  If a player or team receives one (1) or more consecutive byes and loses her 1st match played, 1st round losers' points will be awarded, and the player shall receive prize money for the round reached.

b) If a Singles player withdraws from the semi-final or the final, their prize money is calculated per the round they withdrew less 50% of the difference between that round and the previous round. Such 50% shall be retained by the Tournament.

c) If a player withdraws from the Singles final, and the Tournament Organiser so desires, a substitute player will play a best of 3 set exhibition match against the Tournament winner. The substitute player will receive all the money defaulted.

d) For a Doubles team that withdraws or retires after the first round, the non-withdrawing player will receive loser's points and prize money for the round reached but the withdrawing player will receive loser's points and prize money for the previous round reached unless one of the exceptions below are met. In addition, the player withdrawing will not be allowed to play in any other Women's ITF World Tennis Tour tennis event until Monday of the next Tournament Week (unless she is still playing in Singles).

e) If a Doubles team withdraws in any round, their prize money will be calculated as follows:

   1. the non-withdrawing partner shall receive prize money per the round they withdrew; and

2. the partner causing the withdrawal shall receive the prize money from the previous round, unless one (1) of the following apply, in which case the withdrawing partner shall receive prize money per the round she withdrew:

i) the player withdraws/retires from a Singles match which was scheduled during the same Tournament; or

ii) in the event the partner causing the withdrawal is declared medically unfit to play Singles or Doubles at the same Tournament due to illness that could cause a danger to the public health, she shall receive prize money per the round she withdrew.

3. A team accepted directly into the Main Draw who withdraws in the 1st round will receive no prize money, and the Tournament shall not count on their record.

f) If a Doubles team withdraws in any round, their ranking points will be calculated as follows:

1. the non-withdrawing partner shall receive ranking points per the round they withdrew; and

2. the partner causing the withdrawal shall receive ranking points from the previous round, unless one (1) of the following apply, in which case the withdrawing partner shall receive prize money and ranking points per the round she withdrew:

i) the player also withdraws from playing Singles in a Tournament to be held the following week at the time she withdraws from Doubles;

ii) the player withdraws/retires from a Singles match which was scheduled during the same Tournament; or

iii) the player does not play Singles in a tennis event the following week.

iv) in the event the partner causing the withdrawal is declared medically unfit to play Singles or Doubles at the same Tournament due to an illness that could cause a danger to the public health, she shall receive the ranking points per the round she withdrew. A team accepted directly into the Main Draw who withdraws in the 1st round will receive no prize money, and the Tournament shall not count on their record.

# XIII.   WTA RANKINGS

## A.    Introduction

WTA Ranking points are awarded at WTA Tour Tournaments and Women's ITF World Tennis Tour Tournaments offering at least W15 in prize money. Typically, the Ranking System is a 52-week, cumulative system in which the number of Tournament results that comprise a player's ranking is capped at eighteen (18) Tournament results for Singles and twelve (12) Tournament results for Doubles.

The rankings determine player acceptance and seeding for all Tournaments. Rankings are computed and published weekly by the WTA from its U.S. Headquarters in St. Petersburg, Florida.

Note: Women's ITF World Tennis Tour Tournaments with prize money of W15 and W35 are processed a minimum of one (1) week following the conclusion of the Tournament. For a complete statement of the official rules and regulations regarding WTA rankings, refer to the WTA Official Rulebook.

## B.    General Rules

**1. WTA Official Rulebook**
The WTA has an official rulebook which governs WTA ranking points and the inclusion of Women's ITF World Tennis Tour W15 through W100 tournaments, including events with complimentary hospitality ("+H" events) to earn points on the WTA Tour. Players are bound by all WTA Rules and Regulations from tournaments in which players earn WTA Ranking points. Please refer to www.wtatennis.com for their rulebook.

**2. Singles and Doubles Rankings**
Players are ranked on the basis of their total points. Singles rankings will be comprised of a player's best eighteen (18) Singles results and Doubles rankings will be comprised of a player's best twelve (12) Tournament results.

**3. Processing of Rankings**
WTA Tournaments and Women's ITF World Tennis Tour W50, W75 and W100, Tournaments (as long as completed by the Sunday of that week) are processed on a weekly basis. W15 and W35 Tournaments are processed a minimum of one (1) week following the completion of the Tournament. Points stay valid for fifty-two (52) weeks from the week in which a Tournament is included in the ranking totals.

**4. Eligibility**
In order to appear on the WTA rankings, players must have earned ranking points in at least 3 valid Tournaments, or a minimum of 10 Singles ranking points or 10 Doubles ranking points in one or more valid Tournaments, which must be at the W15 level or higher. Players under the age of fourteen (14) cannot obtain a ranking. If a player under the age of fourteen (14) plays Singles or Doubles in a Tournament, that Tournament and the points acquired during play will not be counted for ranking purposes for that player. If a player plays Singles or Doubles in a Tournament that exceeds the number permitted to be played under the Age Eligibility Rule, that Tournament and the points acquired during play will not be counted for ranking purposes for that player.

**5. WTA Special Ranking**
A player's WTA ranking assigned to a player who has been unable, due to medical condition, parental start, or pregnancy, to compete in any tennis tournament for a minimum of twenty-six (26) weeks and a maximum of 2 years. The criteria for application to the WTA and eligibility are set out in the WTA rulebook.

## C.    WTA SINGLES and DOUBLES ROUND POINTS

Please see Appendix K – WTA / ITF World Tennis Ranking Point Tables for the WTA ranking points awarded at Women's ITF World Tennis Tour tournaments.

**1.    Singles**

   a)   Players are awarded WTA ranking points for the highest round they reach, unless the player is defaulted or there is a rule modifying the points.

b)   Qualifiers who lose in the 1st round of the Main Draw are awarded only the points specified in the Qualifier (QFR) column in the ranking points table above.

c)   Qualifiers who won their 1st round match will earn Main Draw WTA ranking points based on the highest round reached in the Main Draw plus the ranking points specified in the Qualifier (QFR) column in the ranking points table above.

d)   Lucky Losers earn only Main Draw WTA ranking points based on the highest round reached in the Main Draw.

e)   Losers in the last round of Qualifying, except Lucky Losers and players who have not won a match to reach the last round of Qualifying, will earn FQR points.

## 2.  Doubles

a)   A team withdrawing from the first round will not receive WTA ranking points, whether there is or is not an Alternate/Lucky Loser team able to take their place.

b)   Teams are awarded WTA ranking points for the highest round they reach, unless an individual player is defaulted or there is a rule modifying the points.

## 3.  General

With the exception of the Grand Slams, the WTA Finals, the WTA Elite Trophy and the WTA Premier Mandatory events, all Singles Main Draw and Doubles 1st round losers in Tournaments with prize money of W75 or greater receive one (1) WTA ranking point regardless of draw size. Please check Appendix K for ranking points table.

# D.  Hospitality (+H) at W15, W35, W50 and Mandatory Hospitality at W75 and W100 Events

Tournaments providing hospitality must follow the following requirements:

## 1. Hospitality (+H) at W15 and W35 Tournaments

Hospitality is defined as accommodation in a twin room with another player, plus breakfast. Hospitality must be of the same standard for Singles and Doubles players.

a)   Singles:
   i)   Rooms are to be made available to each Singles player for a minimum of three (3) nights and a maximum of seven (7) nights.
   ii)  Accommodation must be available one (1) day before the commencement of the Main Draw, although a player can have accommodation start the day the Main Draw commences, if they request it from the Tournament Director.
   iii) Accommodation continues through to include the night she is eliminated or until her three (3) nights minimum has been provided, whichever is later.
   iv)  Successful Qualifiers must be afforded the same number of nights and same accommodations as Main Draw players. Nights spent in accommodation during Qualifying shall count towards the minimum number of nights to which Main Draw players are entitled.

      v)      Singles Lucky Losers must also receive the same minimum number of nights and same accommodations as all other Main Draw players from the time they are officially added to the draw.

b) Doubles:

    i)      Rooms are to be made available to each Doubles player for a minimum of two (2) nights.

    ii)     Accommodation must be available beginning the day of Sign-In.

    iii)   Accommodation continues through to include the night of the player's last match or until the two (2) nights minimum has been provided, whichever is the later.

    iv)   Doubles Alternates must also receive the same minimum number of nights and same accommodations as all other Doubles players from the time they are officially added to the draw.

c) Players under 18 may only share a room with another player under 18. If there are no shared rooms then a private room must be provided to the junior player. Any breach of Regulation XIII.D.1(f) shall be dealt with in accordance with the ITF Welfare Policy and/or Article VIII (Tournament Offences) of the Code of Conduct.

d) Main draw players (Singles and Doubles players, includes partner) who have withdrawn on-site for medical reasons and who are examined by the on-site Tournament Doctor/Sports Physiotherapist shall receive hospitality through the night of the examination.

The standard of hospitality, including any exceptions to the rules above, must be approved in advance by the ITF. The ITF may reject hospitality of an unsatisfactory standard, notwithstanding that it meets the minimum number of days.

**2. Hospitality (+H) at W50 and <u>Mandatory Hospitality at W75 Tournaments.</u>**
Hospitality is defined as one individual complimentary room, plus breakfast, for the use of each player accepted into the Singles Main Draw and/or Doubles (single or double occupancy, to be decided by the Tournament). Hospitality must be of the same standard for Singles and Doubles players.

a) Singles:

    i)      Rooms are to be available to each Singles player for a minimum of three (3) nights.

    ii)     Accommodation must be available one (1) day before the commencement of the Main Draw, although a player can have accommodation start the day the Main Draw commences if they request it from the Tournament Director.

    iii)   Accommodation continues through to include the night that she plays her last match or until her three (3) night minimum has been provided, whichever is later.

    iv)   Successful Qualifiers must be afforded the same accommodations as Main Draw players. Nights spent in accommodation during Qualifying shall count towards the minimum number of nights to which Main Draw players are entitled.

> v) Singles Lucky Losers must also receive the same minimum number of nights and same accommodations as all other Main Draw players from the time they are officially added to the draw.

b) Doubles:

> i) Rooms are to be made available to each Doubles player for a minimum of two (2) nights.
> ii) Accommodation must be available beginning the day of Sign-In.
> iii) Accommodation continues through to include the night of the player's last match or until the two (2) nights minimum has been provided, whichever is later.
> iv) Doubles Alternates must also receive the same minimum number of nights and same accommodations as all other Doubles players from the time they are officially added to the draw.

c) Players under 18 may only share a room with another player that is under 18. If there are no shared rooms then a private room must be provided to the junior player. Any breach of this Regulation XIII.D.2(c) shall be dealt with in accordance with the ITF Welfare Policy and/or Article VIII (Tournament Offences) of the Code of Conduct.

d) Main draw players (Singles and Doubles players, includes partner) who have withdrawn on-site for medical reasons and who are examined by the on-site Tournament Doctor/Sports Physiotherapist shall receive hospitality through the night of the examination.

The standard of hospitality, including any exceptions to the rules above, must be approved in advance by the ITF. The ITF may reject hospitality of an unsatisfactory standard, notwithstanding that it meets the minimum defined requirements.

### 3. Mandatory Hospitality at W100 Tournaments

Hospitality is defined as one individual complimentary room, plus breakfast, for the use of each player accepted into the Singles Main Draw and/or Doubles (single or double occupancy, to be decided by the Tournament). Hospitality must be of the same standard for Singles and Doubles players.

a) Singles:

> i) Rooms are to be available to each Singles player for a minimum of four (4) nights.
> ii) Accommodation must be available one (1) day before the commencement of the Main Draw, although a player can have accommodation start the day the Main Draw commences if they request it from the Tournament Director.
> iii) Accommodation continues through to include the night that she plays her last match or until her four (4) night minimum has been provided, whichever is later.
> iv) Successful Qualifiers must be afforded the same accommodations as Main Draw players. Nights spent in accommodation during Qualifying shall count towards the minimum number of nights to which Main Draw players are entitled.

      v) Singles Lucky Losers must also receive the same minimum number of nights and same accommodations as all other Main Draw players from the time they are officially added to the draw.

b) Doubles:

      i) Rooms are to be made available to each Doubles player for a minimum of two (2) nights.

      ii) Accommodation must be available beginning the day of Sign-In.

      iii) Accommodation continues through to include the night of the player's last match or until the two (2) nights minimum has been provided, whichever is later.

      iv) Doubles Alternates must also receive the same minimum number of nights and same accommodations as all other Doubles players from the time they are officially added to the draw.

c) Players under 18 may only share a room with another player that is under 18. If there are no shared rooms then a private room must be provided to the junior player. Any breach of this Regulation XIII.D.2(c) shall be dealt with in accordance with the ITF Welfare Policy and/or Article VIII (Tournament Offences) of the Code of Conduct.

d) Main draw players (Singles and Doubles players, includes partner) who have withdrawn on-site for medical reasons and who are examined by the on-site Tournament Doctor/Sports Physiotherapist shall receive hospitality through the night of the examination.

The standard of hospitality, including any exceptions to the rules above, must be approved in advance by the ITF. The ITF may reject hospitality of an unsatisfactory standard, notwithstanding that it meets the minimum defined requirements.

## E.    Further information – WTA Contact details

Queries and requests for full information on the WTA Rankings should be directed to the WTA office in Florida.

Telephone: +1 727 895 5000

# XIV.  ITF WORLD TENNIS RANKING

## A.    Introduction

ITF World Tennis Ranking points are also awarded in Women's W15 and W35 ITF World Tennis Tour Tournaments. The ITF World Tennis Ranking system is a 52-week, cumulative system in which the number of Tournament results that comprise a player's ranking is capped at a player's best fourteen (14) Tournament results for Singles. The ITF World Tennis Ranking will be used in conjunction with the WTA Rankings for acceptance and seeding. See the applicable System of Merit in Section VII. Rankings are computed and published weekly by the ITF from its headquarters in London.

## B.    General Rules

**1. Singles Rankings**

Players are ranked on the basis of their total points. A Singles ranking will be calculated based on a player's best fourteen (14) Singles results.

If players are tied, the ranking will be ordered as follows:
   a) The player with the fewest number of Tournaments played over the previous 52-week period.
   b) The highest number of points earned from one single Tournament, then, if needed, the second highest, and so on.

**2. Processing of Rankings**

The ITF World Tennis Rankings and the Tournaments results used in the ranking will be calculated and published on Monday each week. ITF World Tennis Ranking points earned at these Tournaments will be processed a minimum of one (1) week following the completion of the Tournament and processed on a weekly basis. Points stay valid for fifty-two (52) weeks from the week in which a Tournament is included in the ranking totals.

**3. Eligibility**

To earn an ITF ranking, players must have earned at least 1 ranking point at a W15 or <u>W35</u> Tournament. Players under the age of fourteen (14) are not eligible for an ITF World Tennis Ranking. If a player under the age of fourteen (14) plays Singles or Doubles in a Tournament, that Tournament and the points acquired during play will not be counted for ranking purposes for that player.

## C.    ITF World Tennis Ranking Singles and Doubles Points

Please see Appendix K – WTA / ITF World Tennis Ranking Point Tables for the ITF World Tennis ranking points awarded at Women's ITF World Tennis Tour tournaments.

**1. Singles**
   a) Players are awarded ranking points for the furthest round reached in qualifying, unless the player is defaulted or there is a rule modifying the points.
   b) A match won by a player through retirement or walkover will count as a match won for ranking points. However, if a player receives a walkover in the first round and loses in the second round or has not won any matches in any previous rounds in the Main Draw then no points shall be awarded. Losers in the last round of Qualifying, except players moving into the Main Draw as Lucky Losers and players who have not won a match to reach the Qualifying final, will earn Final Qualifying round points.
   c) Loser points for the rounds reached are awarded to players in any Tournament not completed.
   d) If no matches are played in Qualifying Draw, then no points will be awarded for that draw.

**2. Doubles**

No ITF Doubles points are awarded.

**3. Byes, Walkover, Withdrawals and Defaults**

The rules for prize money and points for Byes, Walkover, Withdrawals and Defaults are detailed in Section XII Prize Money and WTA/ITF Points.

## D.     Hospitality (+H) at W15 & W35 Tournaments

Women's ITF World Tennis Tour Tournaments offering hospitality (+H) will receive increased ITF World Tennis Ranking points in qualifying.

The Hospitality requirements are detailed in Regulation XIII.D WTA Ranking.

## E.     Further Information – ITF Contacts

Queries and requests on the ITF World Tennis Rankings should be sent to the ITF.

International Tennis Federation
Bank Lane
Roehampton, London
SW15 5XZ
United Kingdom
Telephone: +44 (0) 20 8878 6464
Email:        Womens@itftennis.com



# MEN'S AND WOMEN'S ITF WORLD TENNIS TOUR

# APPENDICES 2025

© ITF Limited t/a International Tennis Federation
All rights reserved
2025



# APPENDIX A

# GRAND SLAM PLAYER DEVELOPMENT PROGRAMME
Administered by the International Tennis Federation

The Grand Slam Player Development Programme (GSPDP), previously known as the Grand Slam Development Fund (GSDF) was established in 1985 by the International Tennis Federation from contributions donated by the Grand Slam tournaments to provide financial assistance to affiliated National Associations to aid the development of competitive tennis. Since then, over US$99 million has been invested in tennis development worldwide. Administered by the ITF, the Grand Slam Player Development Programme is designed to help increase access to competitive opportunities worldwide via travel grants, and touring teams. Both programs help players to gain valuable international competitive experience with the aim of ensuring more nations will be represented at the highest levels of the professional game internationally.

Only Member Nations eligible for assistance from ITF (who are part of the ITF Development Programme) may apply (on behalf of their athletes) for GSPDP Player Grants or, to participate on GSPDP Touring Teams. Applications must be submitted by National Associations in writing using the appropriate forms (which are available upon request from the ITF London office). The Grand Slam Player Development Committee and/or the ITF has full discretion regarding the granting of assistance, and there is no appeal from any such decision.

National Associations benefiting from the Grand Slam Player Development Programme are required to publicize (whenever possible) that their athlete or event is being "supported by the Grand Slam Player Development Programme.

Full details of the Grand Slam Player Development Program can be found on the ITF's website https://www.itftennis.com/en/growing-the-game/grand-slam-player-development-programme/ Application forms, are available on request from:

Executive Director, Tennis Development
International Tennis Federation
Bank Lane
Roehampton
London, SW15 5XZ
Telephone: (44) 20 8878 6464
E-mail:development@itftennis.com



# APPENDIX B

# TRANSGENDER PLAYERS

The ITF will deal with any cases involving transgender and non-binary players in accordance with the principles set out in the ITF Transgender Gender Eligibility Policy, which can be found on the ITF website:  https://www.itftennis.com/en/about-us/governance/rules-and-regulations/



# APPENDIX C

## WTA AGE ELIGIBILITY
*Women's ITF World Tennis Tour*
*(W15 through W100 Tournaments)*

For full details on the WTA Age Eligibility Rule and "Player Development" requirements please refer to the 2025 WTA Official Rulebook, available online at: http://www.wtatennis.com/wta-rules





# APPENDIX D

# <u>2025</u> JUNIOR ACCELERATOR and COLLEGE ACCELERATOR PROGRAMMES

**Junior Accelerator Programme (Girls)**

<u>Junior Accelerator positions (AP)are available in the Singles Main Draw of Women's ITF World Tennis Tour tournaments. These positions are allocated to the Top 20-ranked junior players that receive an ITF year-end junior ranking in 2024 and Junior Grand Slam Winner (JGSW) and Runner-Up (JGSR) not within the Top 20. An eligible player shall be entitled to use their AP allocation to gain direct entry to the Main Draw of the applicable tournament where they would not otherwise gain entry on the basis of their WTA / ITF World Tennis / National ranking. The ITF allocates only one (1) Junior AP per tournament.</u>

<u>Junior Accelerator positions will be allocated according to the following criteria:</u>

**Women's ITF World Tennis Tour**

| <u>2024</u> year-end ITF Junior Ranking | Number of ITF World Tennis Tour Tournaments |
|---|---|
| 1 | Three (3) Tournament up to and including W100 |
| | Two (2) Tournaments up to and including W75 |
| 2 | Two (2) Tournaments up to and including W100 |
| | Three (3) Tournaments up to and including W75 |
| <u>3/JGSW</u> | One (1) Tournaments up to and including W100 |
| | Two (2) Tournaments up to and including W75 |
| | Two (2) Tournaments up to and including W50 |
| <u>4-5/JGSR</u> | Two (2) Tournaments up to and including W75 |
| | Three (3) Tournaments up to and including W50 |
| 6-10 | Two (2) Tournaments up to and including W50 |
| | Three (3) Tournaments up to and including W35 |
| 11-20 | One (1) Tournaments up to and including W50 |
| | Four (4) Tournaments up to and including W35 |

*THE PROVISIONS OF THE WTA AGE ELIGIBILITY RULE WILL BE TAKEN INTO ACCOUNT.*

**Junior Accelerator Programme (Boys)**

Junior Accelerator Programme positions (AP) are available in the Singles Main Draw of Men's ITF World Tennis Tour and ATP Challenger Tournaments. These positions are allocated to the Top 30 - ranked junior players that receive an ITF year-end junior ranking in 2024 andJunior Grand Slam



Winner (JGSW) and Runner-Up (JGSR) not within the Top 30. An eligible player shall be entitled to use their AP allocation to gain direct entry to the Main/Qualifying Draw of an applicable tournament where they would not otherwise gain entry on the basis of their ATP / ITF World Tennis / National ranking. The ITF allocates only one (1) Junior AP position per tournament.

Accelerator Spots will be allocated according to the following criteria:

**Men's ITF World Tennis Tour**

| 2024 ITF year-end Junior Ranking | ATP | Number of ITF World Tennis Tour Tournaments |
|---|---|---|
| 1-10 (and JSGW) | Up to eight (8) Singles Main Draw Challenger 50 and Challenger 75 | Up to two (2) Singles Main Draw M25 and/or M15 |
| 11-20 (and JSGR ) | Up to eight (8) Singles Qualifying Draw Challenger 50 and Challenger 75 | Up to two (2) Singles Main Draw M25 and/or M15 |
| 21-30 | N/A | Up to eight (8) Singles Main Draw and/or M15 |

**Application for Junior Accelerator Programme**
A Junior Accelerator Application Form completed by each player and sent to the ITF. Applications received by or on 26 December 2024, for published tournaments in the calendar, will be processed by the ITF and tournaments allocated based on a player's position in the ITF Top 20 Girls and ITF Top 30 Boys year-end junior ranking list in 2024. If two or more players apply for the same tournament, the AP position will be allocated to the player with the highest year-end junior ranking.

All applications received after 26 December 2024 will be treated in the order that they are received. A player may change/add tournaments at any point during the year as more tournaments are added on the ITF World Tennis Tour calendar. However, the player is required to request to the ITF the use of their Junior Accelerator position at least one (1) week before the relevant entry deadline.

The ITF will not enter a player into a tournament allocated. It is the responsibility of the player to enter into an allocated tournament by using the player's IPIN account.

**College Accelerator Programme (Women)**
The top five year-end ITA Collegiate Tennis Ranked – NCAA Division 1 Womens, plus the Winner and Finalist of the Division 1 NCAA Championships are eligible to apply for direct entry into the Main Draw of up to a maximum of five (5) Women's ITF World Tennis Tour Tournaments (dependent on a player returning or not returning to College in Autumn), under the ITF College Accelerator Programme.



**Allocation**

| Position | Allocation |
|---|---|
| NCAA Top 5 – Not Returning | One (1) Tournament up to and including W75 |
| | Two (2) Tournaments up to and including W50 |
| | Two (2) Tournaments up to and including W35 |
| NCAA Top 5 - Returning | One (1) Tournament up to and including W75 |
| | Two (2) Tournaments up to and including W50 |
| NCAA Champ Finalists – Not Returning | One (1) Tournament up to and including W75 |
| | Two (2) Tournaments up to and including W50 |
| | Two (2) Tournaments up to and including W35 |
| NCAA Champ Finalists – Returning | One (1) Tournament up to and including W75 |
| | Two (2) Tournaments up to and including W50 |

**College Accelerator Programme (Men)**

Players that earn a year-end ITA Collegiate Tennis Ranked – NCAA Division 1 Mens between 21 and 30 inclusive, are eligible to apply for direct entry into the Main Draw of up to a maximum of eight (8) Men's ITF World Tennis Tour Tournaments (dependent on a player returning or not returning to College in Autumn), under the ITF College Accelerator Programme.

| Position | Allocation |
|---|---|
| NCAA 21-30  – Not Returning | Eight (8) WTT Tournaments up to and including M25 |
| NCAA 21-30  - Returning | Six (6) WTT Tournaments up to and including M25 |



# APPENDIX E

# MEDICAL, EXTREME WEATHER CONDITIONS AND TOILET/CHANGE OF ATTIRE BREAKS

**MEDICAL**

**a. Medical Condition**

A medical condition is a medical illness or a musculoskeletal injury that warrants medical evaluation and/or medical treatment by the Sports Physiotherapist *(as defined in the ITF Guide to Recommended Healthcare Standards)* during the warm-up or the match.

Treatable Medical Conditions
i. Acute medical condition: the sudden development of a medical illness or musculoskeletal injury during the warm-up or the match that requires immediate medical attention.
ii Non-acute medical condition: a medical illness or musculoskeletal injury that develops or is aggravated during the warm-up or the match and requires medical attention at the changeover or set break.

Non-Treatable Medical Conditions
i. Any medical condition that cannot be treated appropriately, or that will not be improved by available medical treatment within the time allowed.
ii. Any medical condition (inclusive of symptoms) that has not developed or has not been aggravated during the warm-up or the match.
iii. General player fatigue.
iv. Any medical condition requiring injections or intravenous infusions, except for diabetes.
v. Any medical condition requiring oxygen, unless prior medical approval has been given by the ITF. Except as permitted by this provision, the use of supplemental oxygen is not permitted at any time, for any reason.

**b. Medical Evaluation**

During the warm-up or the match, the player may request through the Chair Umpire for the Sports Physiotherapist to evaluate him/her during the next change over or set break. Only in the case that a player develops an acute medical condition that necessitates an immediate stop in play may the player request through the Chair Umpire for the Sports Physiotherapist to evaluate him/her immediately.

The purpose of the medical evaluation is to determine if the player has developed a treatable medical condition and, if so, to determine when medical treatment is warranted. Such evaluation should be performed within a reasonable length of time, balancing player safety on the one hand, and continuous play on the other. At the discretion of the Sports Physiotherapist, such evaluation may be performed in conjunction with the Tournament Doctor and may be performed off-court.

If the Sports Physiotherapist determines that the player has a non-treatable medical condition, then the player will be advised that no medical treatment will be allowed.



**c. Medical Time-Out**

A Medical Time-Out is allowed by the ITF Supervisor or Chair Umpire when the Sports Physiotherapist has evaluated the player and has determined that additional time for medical treatment is required. The Medical Time-Out takes place during a change over or set break, unless the Sports Physiotherapist determines that the player has developed an acute medical condition that requires immediate medical treatment.

The Medical Time-Out begins when the Sports Physiotherapist is ready to start treatment. At the discretion of the Sports Physiotherapist, treatment during a Medical Time-Out may take place off-court and may proceed in conjunction with the Tournament Doctor.

The Medical Time-Out is limited to three (3) minutes of treatment. However, at professional tournaments with prize money of <u>W35</u> or less, the ITF Supervisor may extend the time allowed for treatment if necessary.

A player is allowed one (1) Medical Time-Out for each distinct treatable medical condition. All clinical manifestations of heat illness shall be considered as one (1) treatable medical condition. All treatable musculoskeletal injuries that manifest as part of a kinetic chain continuum shall be considered as one (1) treatable medical condition.

*Muscle Cramping:* A player may receive treatment for muscle cramping only during the time allotted for change of ends and/or set breaks. Players may not receive a Medical Time-Out for muscle cramping.

In cases where there is doubt about whether the player suffers from an acute medical condition, non-acute medical condition inclusive of muscle cramping, or non-treatable medical condition, the decision of the Sports Physiotherapist in conjunction with the Tournament Doctor, if appropriate, is final. If the Sports Physiotherapist believes that the player has heat illness, and if muscle cramping is one of the manifestations of heat illness, then the muscle cramping may only be treated as part of the recommended treatment by the Sports Physiotherapist for the heat illness condition.

Note:

A player who has stopped play by claiming an acute medical condition but is determined by the Sports Physiotherapist and/or Tournament Doctor to have muscle cramping, shall be ordered by the Chair Umpire to resume play immediately.

If the player cannot continue playing due to severe muscle cramping, as determined by the Sports Physiotherapist and/or Tournament Doctor, he/she may forfeit the point(s)/game(s) needed to get to a change of ends or set-break in order to receive treatment. There may be a total of two (2) full change of ends or set-break treatments for muscle cramping in a match, not necessarily consecutive.

If it is determined by the Chair Umpire or ITF Supervisor that gamesmanship was involved, then a Code Violation for Unsportsmanlike Conduct could be issued.

A total of two (2) consecutive Medical Time-Outs may be allowed by the Supervisor or Chair Umpire for the special circumstance in which the Sports Physiotherapist determines that the player has developed at least two (2) distinct acute and treatable medical conditions. This may include: a medical illness in conjunction with a musculoskeletal injury; two or more acute and distinct musculoskeletal injuries. In such cases, the Sports Physiotherapist will perform a medical evaluation for the two or more treatable medical conditions during a single evaluation and may then determine that two consecutive Medical Time-Outs are required.



**d. Medical Treatment**

A player may receive on-court medical treatment and/or supplies from the Sports Physiotherapist and/or Tournament Doctor during any changeover or set break. As a guideline, such medical treatment should be limited to two (2) changeovers/set breaks for each treatable medical condition, before or after a Medical Time-Out, and need not be consecutive. Players may not receive medical treatment for non-treatable medical conditions.

**e. Penalty**

After completion of a Medical Time-Out or medical treatment, any delay in resumption of play shall be penalised by Code Violations for Delay of Game.

Any player abuse of this Medical Rule will be subject to penalty in accordance with the Unsportsmanlike Conduct section of the Code of Conduct.

**f. Bleeding**

If a player is bleeding, the Chair Umpire must stop play as soon as possible, and the Sports Physiotherapist must be called to the court by the Chair Umpire for evaluation and treatment. The Sports Physiotherapist, in conjunction with the Tournament Doctor if appropriate, will evaluate the source of the bleeding, and will request a Medical Time-Out for treatment if necessary.

If requested by the Sports Physiotherapist and/or Tournament Doctor, the ITF Supervisor or Chair Umpire may allow up to a total of five (5) minutes to assure control of the bleeding.

If blood has spilled onto the court or its immediate vicinity, play must not resume until the blood spill has been cleaned appropriately.

**g. Vomiting**

If a player is vomiting, the Chair Umpire must stop play if vomiting has spilled onto the court, or if the player requests medical evaluation. If the player requests medical evaluation, then the Sports Physiotherapist must determine if the player has a treatable medical condition, and if so, whether the medical condition is acute or non-acute.

If vomiting has spilled onto the court, play must not resume until the vomit spill has been cleaned appropriately.

**h. Incapacity**

If any concern arises about a player's medical condition (whether physical or psychological) that they are unable to compete, or they pose a serious health risk to players, officials or Tournment Organisers or staff, the Sports Physiotherapist and/or Tournament Doctor should be called to assist the player.

If the issue arises during a match, the Chair Umpire shall immediately call for the Tournament Doctor and/or Sports Physiotherapist to assist the player.

The Tournament Doctor is responsible for ensuring that the player is afforded the best medical attention, that his/her well-being is not put at risk, and that his/her medical condition is not a risk to other players or the public at large. All discussions between the Tournament Doctor and the player take place within the context of a doctor-patient relationship and are therefore confidential and may not be divulged to a third party without the informed consent of the



player. However, if the Tournament Doctor determines that the player's medical condition makes the player unable to participate safely in the tournament, the player must permit the Tournament Doctor to advise the ITF Supervisor/Referee of their determination (only disclosing medical information to which the player has consented). Upon receipt of such a report from the Tournament Doctor, the ITF Supervisor will decide whether to retire the player from the match in progress or withdraw the player from the match to be played (as applicable). The Supervisor shall use great discretion before taking this action and should base the decision on the best interests of professional tennis, as well as taking all medical opinion and advice, and any other relevant information into consideration.

If the player's medical condition improves sufficiently to return to match play, the Tournament Doctor may inform the ITF Supervisor accordingly. At the discretion of the ITF Supervisor, the player may subsequently compete in another event at the same tournament (e.g. Doubles), either that day or on a subsequent day.

It is recognized that national laws or governmental or other binding Regulations imposed upon the tournament by authorities outside its control may require more compulsory participation by the Tournament Doctor in all decisions regarding diagnosis and treatment.

## TOILET/CHANGE OF ATTIRE BREAKS

Any reference in this section to "Change of Attire Break" is applicable to the Women's ITF World Tennis Tour only.

A player is allowed to request permission to leave the court for a reasonable time for a toilet break / change of attire break. Toilet breaks should be taken on a set break and can be used for no other purpose. Change of attire breaks must be taken on a set break.

In Men's Singles events a player is entitled to one (1) toilet break during a best of three (3) set match. In Women's Singles events, a player is entitled to one (1) break during a match.

In Men's Doubles matches, each team is entitled to a total of one (1) break. If partners leave the court together, it counts as one (1) of the team's authorised breaks.

In Women's Doubles matches, each team is entitled to a total of two (2) breaks. If partners leave the court together, it counts as one (1) of the team's authorised breaks.

Any time a player leaves the court for a toilet break/change of attire break, it is considered one (1) of the authorised breaks regardless of whether or not the opponent has left the court. Any toilet break taken after a warm-up has started is considered one (1) of the authorised breaks.

Additional breaks will be authorised but will be penalised in accordance with the Point Penalty Schedule if the player is not ready to play within the allowed time.

Any player abuse of this rule will be subject to penalty in accordance with the Unsportsmanlike Conduct section of the Code of Conduct.



**EXTREME WEATHER CONDITIONS**

**Extreme Heat Condition: Modification of Play**

Extreme Heat Condition: Modification of Play criterion is defined as when the Web-Bulb Globe Temperature (WBGT) on court meets or exceeds 30.1°C (86.2°F). If the WBGT cannot be measured, then the Heat Index should be calculated using the chart below, and Extreme Heat Condition: Modification of Play criterion is defined as when the Heat Index meets or exceeds 34.0°C (93.2°F).

**Extreme Heat Condition: Suspension of Play**

Extreme Heat Condition: Suspension of Play criterion is defined as when the WBGT on court meets or exceeds 32.2°C (90.0°F). If the WBGT cannot be measured, then the Heat Index should be calculated using the chart below, and Extreme Heat Condition: Suspension of Play criterion is defined as when the Heat Index meets or exceeds 40.1°C (104.2°F).

| | Air temperature | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 21.1°C 70°F | 23.9°C 75°F | 26.7°C 80°F | 29.4°C 85°F | 32.2°C 90°F | 35°C 95°F | 37.8°C 100°F | 40.6°C 105°F | 43.3°C 110°F | 46.1°C 115°F | 48.9°C 120°F |
| **Relative humidity** | **Heat Index** (combined index of air temperature and relative humidity) | | | | | | | | | | |
| **0%** | 17.8°C 64°F | 20.6°C 69°F | 22.8°C 73°F | 25.6°C 78°F | 28.3°C 83°F | 30.6°C 87°F | 32.8°C 91°F | 35°C 95°F | 37.2°C 99°F | 39.4°C 103°F | 41.7°C 107°F |
| **10%** | 18.3°C 65°F | 21.1°C 70°F | 23.9°C 75°F | 26.7°C 80°F | 29.4°C 85°F | 32.2°C 90°F | 35°C 95°F | 37.8°C 100°F | 40.6°C 105°F | 43.9°C 111°F | 46.7°C 116°F |
| **20%** | 18.9°C 66°F | 22.2°C 72°F | 25°C 77°F | 27.8°C 82°F | 30.6°C 87°F | 33.9°C 93°F | 37.2°C 99°F | 40.6°C 105°F | 44.4°C 112°F | 48.9°C 120°F | 54.4°C 130°F |
| **30%** | 19.4°C 67°F | 22.8°C 73°F | 25.6°C 78°F | 28.9°C 84°F | 32.2°C 90°F | 35.6°C 96°F | 40.1°C 104.2°F | 45°C 113°F | 50.6°C 123°F | 57.2°C 135°F | 64.4°C 148°F |
| **40%** | 20°C 68°F | 23.3°C 74°F | 26.1°C 79°F | 30°C 86°F | 33.9°C 93°F | 38.3°C 101°F | 43.3°C 110°F | 50.6°C 123°F | 58.3°C 137°F | 66.1°C 151°F | |
| **50%** | 20.6°C 69°F | 23.9°C 75°F | 27.2°C 81°F | 31.1°C 88°F | 35.6°C 96°F | 41.7°C 107°F | 48.9°C 120°F | 57.2°C 135°F | 65.6°C 150°F | | |
| **60%** | 21.1°C 70°F | 24.4°C 76°F | 27.8°C 82°F | 32.2°C 90°F | 37.8°C 100°F | 45.6°C 114°F | 55.6°C 132°F | 65°C 149°F | | | |
| **70%** | 21.1°C 70°F | 25°C 77°F | 29.4°C 85°F | 33.9°C 93°F | 41.1°C 106°F | 51.1°C 124°F | 62.2°C 144°F | | | | |
| **80%** | 21.7°C 71°F | 25.6°C 78°F | 30°C 86°F | 36.1°C 97°F | 45°C 113°F | 57.8°C 136°F | | | | | |
| **90%** | 21.7°C 71°F | 26.1°C 79°F | 31.1°C 88°F | 38.9°C 102°F | 50°C 122°F | | | | | | |



a.    Measurement Procedure

The WBGT or Heat Index should be measured at least three (3) times daily by the ITF Supervisor or his/her designee. Ideally, measurements should be taken every 2 hours, but a minimum three (3) readings should be taken at the following times:
1.  30 minutes before match play begins;
2.  Middle of the scheduled day's play; and
3.  Just prior to beginning the last match of the day, or just prior to the start of the first evening session match.

The WBGT or Heat Index should also be measured under the following circumstances:
1.  Following any suspension of play; and
2.  At the discretion of the ITF Supervisor, in consultation with the Tournament Doctor and/or Sports Physiotherapist.

Details on the measurement of WBGT and Heat Index are provided in the current edition of the *ITF Guide to Recommended Health Care Standards for Tennis Tournaments*.

b.    Extreme Heat Condition: Modification of Play

When the Extreme Heat Condition: Modification of Play criterion is met before the start or resumption of a match, the procedures set out below in sub-section (d) should be followed. For the avoidance of doubt, the ITF Supervisor has the discretion to apply the procedures set out in sub-section (d) at a WBGT or Heat Index below the Extreme Heat Condition: Modification of Play criterion, if in his or her opinion it is required in the safety and wellbeing of players, officials, spectators or others.

If there is a change in weather conditions and the Extreme Heat Condition: Modification of Play criterion is met while a match is in progress, as determined by the periodic monitoring set out above in sub-section (b), the procedures set out below in sub-section (d) should be followed on all courts, including matches already in progress. Once notified that the Extreme Weather Condition: Modification of Play criterion is met, the Chair Umpire must inform the players at the next change of ends or set break.

If there is a change in weather conditions and the Extreme Heat Condition: Modification of Play criterion is no longer met, as determined by the periodic monitoring set out above in sub-section (b), those matches already in progress should continue to follow the procedures set out below in sub-section (d) until they are completed or suspended.

c.    Modification of Play Procedures (Singles and Doubles)

A 10-minute break will be allowed between the second and third sets (in a best of 3 tie-break sets match only) if one or more of the players requests such a break. If neither/none of the players requests such a break, then play will continue.

However, if a match has already resumed following the suspension of play and one set was completed before the suspension of play (in a best of 3 sets match), the 10-minute break will no longer be available, unless otherwise decided by the ITF Supervisor.



The ITF Supervisor, in consultation with the Tournament Doctor/Sports Physiotherapist, may choose to delay the starting time for matches until such a time as the Extreme Heat Condition: Modification of Play criterion is no longer met.

    i. During the 10-minute break:

        a. No coaching is allowed.

        b. A Medical Evaluation, Medical Time-Out or Medical Treatment is not allowed, unless approved by the ITF Supervisor. This would normally be restricted to requests for the Tournament Doctor/Sports Physiotherapist that are made on-court to the Chair Umpire, or were already agreed before the end of the second set (in a best of 3 sets match). However, a player is allowed to receive an adjustment of medical support, medical equipment and/or medical advice from the Tournament Doctor/Sports Physiotherapist during the 10-minute break.

    ii. Immediately following the 10-minute break:

        a. Any delay in resumption of play will subject a player to Time Violations (Warning, Point Penalties only apply).

        b. No re-warm up is allowed.

        c. A player is not allowed to receive a Medical Evaluation, Medical Time-Out or Medical Treatment, unless approved by the ITF Supervisor.

    iii. Consecutive Breaks

        An Extreme Weather Condition: Modification of Play 10-minute break and a Bathroom/Change of Attire break cannot be taken consecutively.

d.    Extreme Heat Condition: Suspension of Play (Singles and Doubles)

When the Extreme Heat Condition: Suspension of Play criterion is met before the start or resumption of a match, the start or resumption of play should be suspended until Extreme Heat Condition: Suspension of Play criterion is no longer met. If a game is in progress when the Extreme Heat Condition: Suspension of Play criterion is met, play should be suspended at the end of that game. Once the Extreme Heat Condition: Suspension of Play criterion is no longer met, the ITF Supervisor should give the players reasonable notice of the time at which play will resume. For the avoidance of doubt, the ITF Supervisor has the discretion to suspend play at a WBGT or Heat Index below the Extreme Heat Condition: Suspension of Play criterion, if in his or her opinion it is required in the safety and wellbeing of players, officials, spectators or others.

e.    Lightning

The ITF Supervisor or his/her designee is responsible for monitoring the local weather for lightning. The ITF Supervisor has the authority to suspend play when a thunderstorm appears imminent (for instance if lightning is sighted and thunder occurs in 30 seconds or less). Everyone on-site should be advised to seek appropriate shelter immediately. Play should not resume until the likelihood of a lightning strike has passed (as a guideline, at least 30 minutes after the last lightning strike is seen and the last sound of thunder is heard). Additional information on thunderstorms and lightning is provided in the *ITF Guide to Recommended Health Care Standards for Tennis Tournaments*.



# APPENDIX F

# MEDIA, COMMERCIAL AND DATA RIGHTS

The Men's and Women's ITF World Tennis Tours are sanctioned and governed by ITF Ltd ("ITF").

The individual tennis tournaments ("the Tournaments") which comprise the ITF World Tennis Tour are organised and staged by the National Tennis Association of the country where the Tournament is held ("National Association") and/or by promoters/organisers approved by the applicable National Association. The National Tennis Associations are members of the ITF.

The National Associations own and/or control the Tournaments staged under their jurisdiction and recognise the mutual benefits that may be created for them and the ITF by establishing a framework for the creation and exploitation of certain rights relating thereto by ITF via its commercial arm ITF Licensing (UK) Limited ("**ITFL**") .

Specific rights (as defined below) relating to the ITF World Tennis Tour and the Tournaments shall be exploited as set out below.

National Associations acknowledge that a breach of the regulations in this Appendix F may cause financial loss to ITFL and give rise to sanctions (including economic sanctions) being brought against the National Association by the ITF.

## 1. DEFINITIONS

In these Regulations the following terms shall have the meaning described below:-

"Betting"                     means any form of betting or gambling activity (involving a bet or a stake) in connection with the outcome of any Tournament(s) and/or Match(es) or any part of any of them (including, without limitation, by means of pool betting, pari mutual betting, lotteries, spread betting, betting exchanges and other direct wagering) and any ancillary services including, without limitation, risk, trading and pricing services;

"Betting Media Rights"        means the right to transmit and/or make available Coverage on a live and/or delayed basis in any media and by any transmission means, for any purpose connected with Betting including making Coverage available for viewing via online Betting services and in retail Betting premises;



| | |
|---|---|
| "Broadcast Partner" | means any licensee appointed by a National Association in accordance with these Regulations with the right to transmit or broadcast any of such National Association's Own Tournaments (or any Match(es) forming part of such Tournament(s)); |
| "Commercial Partner" | means a sponsor, media partner, official supplier or other commercial partner, except for a Broadcast Partner; |
| "Commercial Rights" | means any and all commercial rights relating to the individual Tournaments excluding the Data Rights, Media Rights, Betting Media Rights and Tour Sponsor Rights but including without limitation tournament sponsorships (including without limitation sponsorship of individual Tournaments and sponsorship of groups of Tournaments in one country or jurisdiction), official supplier arrangements, venue advertising, programmes, tickets and hospitality; |
| "Coverage" | means any and all audio-visual coverage of a Tournament, Match or any part thereof; |
| "Cross Border Group" | means groups of Tournaments staged under the jurisdiction of two or more different National Associations, as authorised by the respective National Associations; |
| "Data Rights" | means the right to collect, create, assemble and use Tournament Data in any way, including without limitation the right to reproduce, exploit, onward supply or make available Tournament Data for media, fan engagement and Betting purposes; |
| "Delay Period" | means the period of 30 seconds immediately following input of the respective data or, in the case of Coverage, 30 seconds following the occurrence of the events being filmed; |
| "ITFL" | means ITF Licensing (UK) Limited, a private limited company incorporated in England and Wales (company number 02584446) and having its registered office at Bank Lane, Roehampton, London, SW15 5XZ, United Kingdom; |
| Level 0 (L0) Data | means a category as determined by ITFL from time to time of pre-Match data including by way of example: Tournament name, surface, draw, round, date, court number and player info; |
| Level 1 (L1) Data | means a category as determined by ITFL from time to time of scoring data, generally recorded by the Umpire, including by way of example: game score, set score, aces, double faults, service points won and challenges remaining; |



| | |
|---|---|
| Level 2 (L2) Data | means a category as determined by ITFL from time to time of subjective statistical data, generally captured either by a human logging process or computer vision system, which includes by way of example: net winner, forced error, approach shots, passing shots and lobs; |
| Level 3 (L3) Data | means a category as determined by ITFL from time to time of player and ball tracking data, generally captured via cameras in-Venue or computer-vision technology, which includes by way of example: fastest 1st serve, ball spin speed/type and distance travelled; |
| "Live Signal" | means a live audio-visual signal of Coverage of a Tournament; |
| "Match" | means a match forming part of a Tournament (including any match in the main draw or qualifying rounds); |
| "Match Period" | in respect of each Match, the period commencing at the start of that Match and expiring 30 seconds after the conclusion of the last point in that match; |
| "Media Rights" | means the right to transmit, exhibit or otherwise make available the Coverage or any part thereof in any form, whether live, delayed or on-demand, via any media and via all methods of transmission (whether now known or existing in the future) including without limitation by means of the Television Rights and/or via the internet (including OTT) and mobile technology ; |
| "Net Revenue" | means revenues actually received by or on behalf of ITFL from the exploitation of Tour Sponsor Rights hereunder after deduction of any costs, which are subject to the mutual approval of the ITF and each relevant National Association, incurred directly in the generation of such revenues (e.g. agency commissions, production costs, incremental and directly attributable ITF staff costs) and/or any taxes levied thereon; |
| "Own Tournaments" | means, in respect of a National Association, those Tournaments that are staged under its jurisdiction; |
| "Television Rights" | means the right to exhibit and/or licence third parties to exhibit the Coverage live and/or delayed and/or in highlights form by means of traditional broadcast television delivery including without limitation terrestrial, cable, and satellite television, analogue and/or digital; |



| "Tournament Data" | means any pre-Match information, live scores, statistics and data of any kind relating to any Tournament, Match and/or any participant(s) therein, howsoever generated and including (without limitation): Level 0 Data, Level 1 Data, Level 2 Data, Level 3 Data and PAT Data; |
|---|---|
| "Tour Sponsor Rights" | means the right of ITFL to appoint one or more sponsors (each a "Tour Sponsor") of the overall ITF World Tennis Tour and/or of a Cross Border Group (as defined below) (i.e. not in respect of individual Tournaments and/or groups of Tournaments in one country) including without limitation in the form of "the XYZ ITF World Tennis Tour"; |
| "Unofficial Data" | means any Tournament Data which is obtained from sources, or via means, which ITFL has not authorised, including (without limitation) data received or ingested from physical attendance at the relevant Tournament, television pictures, the internet, or otherwise. |

## 2. MEDIA RIGHTS

### National Association Media Rights

Each National Association shall retain and have the right, subject to and in accordance with these Regulations, to exploit the Media Rights (excluding Betting Media Rights) in respect of its Own Tournaments, and shall be entitled to retain all revenues generated from its exploitation of such rights.

National Associations must not exploit (or authorise the exploitation by anyone other than ITFL of) any Betting Media Rights in relation to their Own Tournaments
National Associations shall (and shall procure that their Broadcast Partners) ensure their live transmissions and broadcasts of Coverage are always subject to the Delay Period except in the limited case where a National Association or its Broadcast Partner has produced its own Coverage and this Coverage is being made available by a Broadcast Partner exercising Television Rights.

### ITFL Media Rights

ITFL owns and has the exclusive right to exploit the Betting Media Rights for all Tournaments on a worldwide basis. Net revenue generated by ITFL from the exploitation of Betting Media Rights will be shared with National Associations according to a formula determined by the ITF board.

ITFL shall also have the exclusive right to exploit the Media Rights (excluding Betting Media Rights) in respect of any Cross-Border Group of Tournaments. Such exploitation is subject to agreement by each of the relevant National Associations. Upon expiry or termination of any agreement entered into by ITFL for the exploitation of such rights, ITFL may not renew or replace such agreement without the further agreement of each relevant National



Association. ITFL shall be free to propose such collective arrangements to each of the National Associations and each National Association may accept or reject such proposals at their discretion.

ITFL shall have the right to transmit, broadcast and make available Coverage of all Tournaments on a live, delayed or on-demand basis via official ITF owned and/or operated digital channels .

**Production**

ITFL shall have the right (at its option) to produce (itself or via its licensees and contractors) Coverage of each Tournament, and each National Association agrees to provide venue access and other facilities and equipment to facilitate such production in accordance with Section 5 (Venue Access & Facilities) of this Appendix F if requested.

Without prejudice to the above, each National Association shall also retain the right to produce and/or appoint a third party to access its Own Tournaments in order to produce Coverage thereof. Where a National Association is producing Coverage to exploit Media Rights (excluding Betting Media Rights) in respect of any of its Own Tournaments, the respective National Association shall ensure that the producer of the Coverage, whether a broadcaster, production company or other entity, makes the Coverage available to ITFL and/or ITFL's licensees, as a Live Signal at the venue of the relevant Tournament(s) (or other agreed point) and shall use reasonable efforts to procure that access to the Live Signal is provided free of charge, subject to payment of any reasonable technical costs for transmission of the feed (uplink and downlink) .

If a National Association is not producing and has not appointed a third party to produce Coverage in respect of any of its Own Tournaments where ITFL has concluded an arrangement for Media Rights (excluding Betting Media Rights) in respect of such Tournament as part of a Cross

Border Group, ITFL shall be responsible for producing and/or appointing a third party to access the relevant Tournaments in order to produce Coverage to the extent required for such arrangement. In such case, the relevant National Association shall procure reasonable access to the Tournament venues and existing facilities in accordance with Section 5 (Venue Access & Facilities) of this Appendix F free of charge save for reimbursement of reasonable, directly attributable and incremental costs incurred by the relevant National Association and any of its Own Tournaments. ITFL shall ensure that the producer of the Coverage, whether a broadcaster, production company or other entity, makes the Coverage available to the relevant National Association, as a Live Signal (if available) at the venue of the relevant Tournament(s) (or other agreed point) and shall use reasonable efforts to procure that access to the Live Signal is free of



charge, subject to payment of any reasonable technical costs for transmission of the production feed (uplink and downlink).

## 3. COMMERCIAL RIGHTS

Each National Association shall retain and have the exclusive right to exploit the Commercial Rights in respect of its Own Tournaments and retain all revenues thereby generated.

ITFL shall have the exclusive right to exploit the Tour Sponsor Rights in respect of any Cross-Border Group of Tournaments and the overall ITF World Tennis Tour. Such exploitation is subject to agreement by each of the relevant National Associations whose respective Own Tournaments will be subject to any Tour Sponsor Rights. Upon expiry or termination of any agreement entered into by ITFL for the exploitation of such rights, ITFL may not renew or replace such agreement without the further agreement of each relevant National Association. ITFL shall be free to propose such collective arrangements to each National Association and each National Association may accept or reject such proposals at their discretion.

In the case of Tour Sponsor Rights exploited by ITFL, 20 per cent of Net Revenue will be retained by ITF and 80 per cent of Net Revenue will be shared by National Associations which participate in activating such Tour Sponsor Rights according to a formula determined by ITFL.

For the avoidance of doubt no sponsorship will be permitted either as part of the Commercial Rights or as Tour Sponsor Rights to any entity in respect of tobacco or e-cigarette products, hard liquor products, betting companies, political activity or other category deemed to be detrimental to the sport of tennis, as reasonably determined by ITFL in consultation with the applicable National Associations. It is permitted to appoint casinos or national, regional or state sports lotteries as part of the above rights (with the prior approval of ITFL) provided they do not offer tennis betting as part of their business activity.

## 4. DATA RIGHTS
ITFL owns, controls and shall have the exclusive right to exploit and/or to authorise third parties to exploit the Data Rights with respect to all Tournaments on a worldwide basis.
National Associations shall not (and shall not authorise any third party to) collect, create or disseminate any Tournament Data (including where such activities take place within the venue of one of its Own Tournaments) save where expressly authorised by ITFL pursuant to these Regulations.

ITFL may make certain Tournament Data available to National Associations in relation to their Own Tournaments which the National Associations shall  have the right to use  :



i.   at any time (including before the expiry of the Delay Period), for the purpose of displaying scoring and results in-venue (including on scoreboards) where the relevant Match is taking place (but not for the avoidance of doubt for any purpose linked to Betting);  and

ii.   after the Match Period for such other non-commercial purposes as ITFL may, in its sole discretion, agree in writing in advance;

If ITFL provides a live score centre of any Match in a National Association's Own Tournament the National Association may request ITFL's permission to incorporate a link on their respective official websites that enables viewers to access and view such live score centre on the ITF website. ITFL will not unreasonably refuse any request to incorporate such a link provided that the link is incorporated in accordance with ITFL's directions.

Any and all revenue generated by ITFL from the exploitation of the Data Rights after recoupment by ITFL from such revenues of all reasonable direct and incremental costs it incurs in relation to such exploitation) shall be divided and shared with National Associations according to a formula determined by the ITF board.

The National Associations and Tournaments shall co-operate with ITFL and its licensees and contractors in relation to:

-   any system or scheme that ITFL implements for the collection, supply, licensing and/or other exploitation (in each case by ITFL itself or via an appointed 3rd party) of Tournament Data;

-   any reasonable measures that ITFL takes to protect the value of the Data Rights including without limitation to disrupt and/or prevent the unauthorised collection, dissemination and/or exploitation of Unofficial Data. Such measures shall include the implementation and enforcement of ticket conditions, accreditation terms and access to venue agreements which comply with Section XI(B) of these Regulations].

National Associations shall at all times co-operate with and comply with the requirements of the International Tennis Integrity Agency.

5.   **VENUE ACCESS & FACILITIES**

The National Associations shall, if so requested by ITFL, procure for ITFL (and its licensees and contractors) reasonable access and accreditations to the applicable Tournament venues and all existing services (e.g. internet, electricity and water) and facilities (e.g. desks, chairs, camera positions and parking) at each such venue before, during and after the relevant Tournament(s) (at reasonable times notified by ITFL) as further described in the ITF World Tennis Tour Organisational Requirements and any other guidance issued by ITFL, to help facilitate tasks which



may include: testing and innovation, site surveys, installation and removal of equipment, filming, producing and distributing Coverage, collecting and distributing Tournament Data and any other activities in connection with the same.

ITFL shall consult with the National Associations prior to accessing venues with a view to ensuring that any disruption to the organisation of Tournament(s) caused by ITFL (or its licensees or contractors) is kept to a minimum.

Each National Association shall use reasonable care and skill where it is involved in the provision of access or facilities for ITFL (or its licensees or contractors) at the venue(s) of its Own Tournament(s) pursuant to this Section 5 (Venue Access & Facilities).



# APPENDIX G

# PLAYER ANALYSIS TECHNOLOGY ("PAT") AND ELECTRONIC LINE CALLING TECHNOLOGY ("ELC")

1.     Definitions

"**Approved PAT**" means any system of Player analysis technology that is approved by ITF (which may include a Eligible ELC System);

"**ELC Data**" means any data collected, generated or derived from a Eligible ELC System.

"**Eligible ELC System**" means an electronic line calling system that: (i) is an Approved PAT; (ii) is classified by the ITF or Joint ELC Committee (as applicable to the level of classification); and (iii) has been approved by ITF for use at the relevant Tournament.

"**PAT Data**" shall mean player performance analysis data and/or other data or information (and any analysis derived from that data or information) that is collected during a Match in a Tournament   by means of an Approved PAT in accordance with these Regulations (including this Appendix G). PAT Data can include ELC Data; .

2.     Use of Approved PAT

National Associations shall be entitled to use Approved PAT at their Own Tournaments, and Players and coaches shall be entitled to use their own Approved PAT  in Matches which they participate in, in each case provided that: (i) they notify and obtain prior written approval of the ITF in advance of each Tournament where they are seeking to use an Approved PAT; and (ii) their use of the Approved PAT and PAT Data generated therefrom complies at all times with the terms of these Regulations (including this Appendix G).

Players and coaches are not allowed to operate their own Eligible ELC Systems but they shall be entitled to use Eligible ELC Systems operated by the ITF or any National Association in accordance with these Regulations.

3.     PAT Data exploitation

If ITF authorises use of an Approved PAT which generates ELC Data it may also agree that such ELC Data can be used by the relevant National Association for officiating purposes in respect of a Match or Tournament, and the National Association shall comply with any directions or additional terms and conditions ITF may require in relation to such use.



Otherwise, use of PAT Data by any National Association, Player or coach shall be subject to the following conditions:

 i. PAT Data shall only be used for internal analysis and coaching purposes of the respective Player (or in the case of a National Association, players under their jurisdiction) and such use shall be strictly subject to Rule 31 of the Rules of Tennis.

 ii. Any National Association, coach or Player who collects PAT Data shall (and shall procure that any technology provider or service operator involved in the collection, collation and/or analysis of PAT Data on their behalf shall):

 a. Not publish, use or otherwise exploit any PAT Data or supply any PAT Data to third parties for any purposes other than as described above or that have otherwise been pre-approved in writing by ITF and shall take such steps as ITF may reasonably require to prevent any unauthorised access to and/or use of such PAT Data. In particular, but without limitation, no PAT Data or product derived therefrom shall be used or supplied to any third party for any purpose related to Betting;

 b. Ensure that ITF shall be able to access free of charge any and all such PAT Data live and/or delayed at the Venue of the Match and/or such other point as may be agreed, and ITF shall be free to use such PAT Data and authorise third parties to use such PAT Data for any purposes.

 iii. In the event that such PAT Data is accessed by unauthorised third parties and/or ITF reasonably believes that PAT Data and/or the Approved PAT are being used for any purposes in breach of these regulations ITF shall be entitled to rescind its approval and the National Association, coach or Player (as applicable) will immediately cease use of the Approved PAT pending resolution.



# APPENDIX H – MEN'S PRIZE MONEY TABLES

The prize money distribution detailed below shall apply to all Men's ITF World Tennis Tour Tournaments.

| Tournament Prize Money - US DOLLARS | $15,000 | $30,000 |
|---|---|---|
| **Singles** | | |
| **32 Draw** | **$11,250** | **$23,097** |
| Winner | $2,160 | $4,612 |
| Finalist | $1,272 | $2,701 |
| Semi-Finalist | $753 | $1,550 |
| Quarterfinalist | $438 | $905 |
| Round of 16 | $258 | $495 |
| Round of 32 | $156 | $319 |
| **Doubles (Per Team)** | | |
| **16 Draw** | **$3,750** | **$6,903** |
| Winner | $930 | $1,782 |
| Finalist | $540 | $1,023 |
| Semi-Finalist | $324 | $627 |
| Quarterfinalist | $192 | $323 |
| Round of 16 | $108 | $194 |

| | €13,500 | €25,500 |
|---|---|---|
| **Singles** | | |
| **32 Draw** | **€10,125** | **€20,787** |
| Winner | €1,944 | €4,150.80 |
| Finalist | €1,145 | €2,430.90 |
| Semi-Finalist | €678 | €1,395.00 |
| Quarterfinalist | €394 | €814.50 |
| Round of 16 | €233 | €445.50 |
| Round of 32 | €140 | €287.10 |
| **Doubles (Per Team)** | | |
| **16 Draw** | **€3,375** | **€6,213** |
| Winner | €837 | €1,603.80 |
| Finalist | €486 | €920.70 |
| Semi-Finalist | €292 | €564.30 |
| Quarterfinalist | €173 | €290.70 |
| Round of 16 | €97 | €174.60 |



# APPENDIX I
# ATP / ITF WORLD TENNIS RANKING POINT TABLES

## A. ATP Ranking points

Subject always to the authority of the ATP, ATP Ranking points will be awarded in Men's ITF World Tennis Tour Tournaments in Singles and Doubles as follows:

Singles

| Tournament Level | Winner | Finalist | SF | QF | R16 | R32 | QFR^ | FQR* |
|---|---|---|---|---|---|---|---|---|
| M25 & W35 + H | 25 | 16 | 8 | 3 | 1 | - | - | - |
| M15 & M15 + H | 15 | 8 | 4 | 2 | 1 | - | - | - |

^ Qualifier
*FQR – Qualifying Finalist

Doubles

| Tournament Level | Winner | Finalist | SF | QF | R16 |
|---|---|---|---|---|---|
| M15 & M25 + H | 25 | 16 | 8 | 3 | - |
| M15 & M15 + H | 15 | 8 | 4 | 2 | - |

## B. ITF World Tennis Ranking points

ITF World Tennis Tour Singles Ranking points are earned in Singles Qualifying as detailed below.

| Tournament Level | Winner | Finalist | SF | QF | R16 | R32 | QFR^ | FQR* |
|---|---|---|---|---|---|---|---|---|
| M25+H | - | - | - | - | - | - | 4 | 1 |
| M25 | - | - | - | - | - | - | 3 | 1 |
| M15+H | - | - | - | - | - | - | 3 | 1 |
| M15 | - | - | - | - | - | - | 2 | 1 |

No ITF World Tennis Doubles Ranking points are awarded.

^ Qualifier
*FQR – Qualifying Finalist



# APPENDIX J – WOMEN'S PRIZE MONEY TABLES

### A. Tournaments with a 48 Main Draw

**TOURNAMENT PRIZE MONEY (48 Main Draws) - US DOLLARS**

| Prize Money Category | $ 30,000 | $ 40,000 | $ 60,000 | $ 100,000 |
|---|---|---|---|---|
| **PHCP Fee** | $ 500 | $ 2,000 | $ 3,000 | $ 5,000 |
| | | | | |
| **Singles Main Draw** | MD-48 Draw | MD-48 Draw | MD-48 Draw | MD-48 Draw |
| **Total** | $ 22,121 | $28,175 | $ 41,958 | $ 69,912 |
| Winner | $ 3,935 | $5,070 | $ 7,344 | $ 12,285 |
| Finalist | $ 2,120 | $2,711 | $ 3,882 | $ 6,495 |
| Semi-finalist | $ 1,235 | $15,85 | $ 2,308 | $ 3,846 |
| Quarterfinalist | $ 765 | $982 | $ 1,427 | $ 2,378 |
| Round of 16 | $ 475 | $598 | $ 935 | $ 1,559 |
| Round of 32 | $ 296 | $383 | $ 557 | $ 926 |
| Round of 48 | $ 125 | $149 | $ 251 | $ 415 |
| | | | | |
| **Singles Qualifying – 32 Draw** | | | | |
| **Total** | $ 1,572.00 | $2,368.00 | $ 4,098.00 | $ 6,846.00 |
| Final Round | $ 96.50 | $140 | $ 228.75 | $ 381.75 |
| Round of 32 | $ 50.00 | $78 | $ 141.75 | $ 237.00 |
| | - | - | - | - |
| | | | | |
| **Doubles (Per Team) - 16 Draw** | | | | |
| **Total** | $ 5,807 | $7,457 | $ 10,944.00 | $ 18,242.00 |
| Winner | $ 1,762 | $2,295 | $ 3,344.00 | $ 5,573.00 |
| Finalist | $ 895 | $1,168 | $ 1,672.00 | $ 2,787.00 |
| Semi-finalist | $ 459.00 | $625 | $ 836.00 | $ 1,393.00 |
| Quarterfinalist | $ 246.00 | $282 | $ 456.00 | $ 760.00 |
| Round of 16 | $ 156.00 | $202 | $ 304.00 | $ 507.00 |



## A. <u>Tournaments with a 48 Main Draw (Continued)</u>

**TOURNAMENT PRIZE MONEY (48 Main Draw) – EUROS**

| Prize Money Category | € 27000 | € 36,000.00 | € 54,500 | € 91,000 |
|---|---|---|---|---|
| **PHCP Fee** | € 450 | € 1,800.00 | € 2,725 | € 4,550 |
| | | | | |
| **Singles Main Draw** | MD-48 Draw | MD-48 Draw | MD-48 Draw | MD-48 Draw |
| **Total** | € 19,909 | € 25,357.50 | € 38,111 | € 63,617 |
| Winner | €3,541.50 | € 4563.00 | € 6,614 | € 11,100 |
| Finalist | €1,908.00 | € 2439.90 | € 3,531 | € 5,951 |
| Semi-finalist | €1,111.50 | € 1426.50 | € 2,101 | € 3,495 |
| Quarterfinalist | €688.50 | € 883.30 | € 1,315 | € 2,190 |
| Round of 16 | €427.50 | € 538.20 | € 849 | € 1,418 |
| Round of 32 | €266.40 | € 344.70 | € 506 | € 843 |
| Round of 48 | €112.50 | € 134.10 | € 226 | € 374 |
| | | | | |
| **Singles Qualifying - 32 Draw** | | | | |
| **Total** | € 1,415 | € 2,131.20 | € 3,726 | € 6,234 |
| Final Round | € 86.85 | € 126 | € 207.75 | € 347.25 |
| Round of 32 | € 45.00 | € 70.20 | € 129.00 | € 216.00 |
| Round of 64 | € 0 | € 0 | € 0 | € 0 |
| | | | | |
| **Doubles (Per Team) - 16 Draw** | | | | |
| **Total** | € 5,226 | € 6,711.30 | € 9,938 | € 16,599 |
| Winner | € 1,585.80 | € 2,065.50 | € 3,037 | € 5,071 |
| Finalist | € 805.50 | € 1,051.20 | € 1,519 | € 2,536 |
| Semi-finalist | € 413.10 | € 562.50 | € 759 | € 1,268 |
| Quarterfinalist | € 221.40 | € 253.80 | € 414 | € 692 |
| Round of 16 | € 140.40 | € 181.80 | € 276 | € 461 |



## B. Tournaments with a 32 Main Draw

### TOURNAMENT PRIZE MONEY - US DOLLARS

| Prize Money Category | $15,000 | $30,000 | $40,000 | $60,000 | $100,000 |
|---|---|---|---|---|---|
| PHCP Fee | $ 300 | $ 500 | $ 2,000 | $ 3,000 | $ 5,000 |
| | | | | | |
| **Singles Main Draw - 32 Draw** | | | | | |
| Total | $ 11,462 | $ 22,121 | $28,527 | $ 41,958 | $ 69,912 |
| Winner | $ 2,352 | $ 4,860 | $6,260 | $ 9,142 | $ 15,239 |
| Finalist | $ 1,470 | $ 2,637 | $3,395 | $ 4,886 | $ 8,147 |
| Semi-finalist | $ 734 | $ 1,428 | $1,842 | $ 2,683 | $ 4,473 |
| Quarterfinalist | $ 367 | $ 830 | $1,069 | $ 1,543 | $ 2,573 |
| Round of 16 | $ 294 | $ 462 | $598 | $ 935 | $ 1,559 |
| Round of 32 | $ 147 | $ 297 | $383 | $ 557 | $ 926 |
| | | | | | |
| | | | | | |
| **Singles Qualifying – 24/32/48/64 Draw** | | | | | |
| Total | $ - | $ 1,572 | $2,016 | $ 4,098 | $ 6,846 |
| Final Round | $ - | $ 96.50 | $124 | $ 228.75 | $ 381.75 |
| Round of 32 | $ - | $ 50.00 | $64 | $ 141.75 | $ 237.00 |
| Round of 64 | $ - | $ - | - | $ - | $ - |
| | | | | | |
| **Doubles (Per Team) - 16 Draw** | | | | | |
| Total | $ 3,238 | $ 5,807 | $7,457 | $ 10,944 | $ 18,242 |
| Winner | $ 955 | $ 1,762 | $2,295 | $ 3,344 | $ 5,573 |
| Finalist | $ 515 | $ 895 | $1,168 | $ 1,672 | $ 2,787 |
| Semi-finalist | $ 294 | $ 459 | $625 | $ 836 | $ 1,393 |
| Quarterfinalist | $ 147 | $ 246 | $282 | $ 456 | $ 760 |
| Round of 16 | $ 74 | $ 156 | $202 | $ 304 | $ 507 |



## B. Tournaments with a 32 Main Draw (Continued)

### TOURNAMENT PRIZE MONEY (32 Main Draws)– EUROS

| Prize Money Category | € 13,500 | € 27,000 | € 36,000 | € 54,500 | € 91,000 |
|---|---|---|---|---|---|
| PHCP Fee | € 270 | € 450 | € 1,800 | € 2,725 | € 4,550 |
| | | | | | |
| **Singles Main Draw** | **32 Draw** | **32 Draw** | **32 Draw** | **32 Draw** | **32 Draw** |
| **Total** | **€ 10,315.80** | **€ 19,908.90** | **€25,674.30** | **€38,111** | **€63,617** |
| Winner | € 2,116.80 | € 4,374.00 | €5,634 | € 8,303 | € 13,859 |
| Finalist | € 1,323 | € 2,373.30 | €3,055.50 | € 4,438 | € 7,414 |
| Semi-finalist | € 660.80 | € 1,285.20 | €1,657.80 | € 2,437 | € 4,070 |
| Quarterfinalist | € 330.30 | € 747.00 | €962.10 | € 1,402 | € 2,341 |
| Round of 16 | € 264.60 | € 415.80 | €538.20 | € 849 | € 1,419 |
| Round of 32 | € 132.30 | € 267.30 | €344.70 | € 506 | € 843 |
| | | | | | |
| **Singles Qualifying – 24/32/48/ 64Draw** | | | | | |
| **Total** | **€ 0** | **€ 1,414.80** | **€1,814.40** | **€ 3,726** | **€ 6,234** |
| Final Round | € 0 | € 86.85 | €111.60 | € 207.75 | € 347.25 |
| Round of 32 | € 0 | € 45.00 | €57.60 | € 129.00 | € 216.00 |
| Round of 64 | € 0 | € 0 | € 0 | € 0 | € 0 |
| **Doubles (Per Team) - 16 Draw** | | | | | |
| **Total** | **€ 2,914.20** | **€ 5,226.30** | **€ 6711.30** | **€ 9,938** | **€ 16,599** |
| Winner | € 859.50 | € 1,585.50 | € 2,065.50 | € 3,037 | € 5,071 |
| Finalist | € 463.50 | € 805.50 | € 1,051.20 | € 1,519 | € 2,536 |
| Semi-finalist | € 264.60 | € 413.10 | € 562.50 | € 759 | € 1,268 |
| Quarterfinalist | € 132.30 | € 221.40 | € 253.80 | € 414 | € 692 |
| Round of 16 | € 66.60 | € 140.40 | € 181.80 | € 276 | € 461 |

# APPENDIX K – WTA / ITF WORLD TENNIS RANKING POINT TABLES

### A. WTA Ranking points

WTA Ranking points will be <u>awarded for tournaments played in 2025</u> at all Women's ITF World Tennis Tour Tournaments in Singles and Doubles as follows:

| Category (Draw Size) | W | F | SF | QF | R16 | R32 | R64 | R128 | QFR | FQR | Q2 | Q1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ITF W100 (48S, 32Q,24Q) | 100 | 65 | 39 | 21 | 12 | 7 | 1 | - | 5 | 3 | - | - |
| ITF W100 (32S,32/24Q) | 100 | 65 | 39 | 21 | 12 | 1 | - | - | 5 | 3 | - | - |
| ITF W100 (16D) | 100 | 65 | 39 | 21 | 1 | - | - | - | - | - | - | - |
| ITF W75 (48S, 32Q,24Q) | 75 | 49 | 29 | 16 | 9 | 5 | 1 | - | 3 | 2 | - | - |
| ITF W75 (32S,32/24Q) | 75 | 49 | 29 | 16 | 9 | 1 | - | - | 3 | 1 | - | - |
| ITF W75 (16D) | 75 | 49 | 29 | 16 | 1 | - | - | - | - | - | - | - |
| <u>ITF W50 (48S, 32Q)</u> | <u>50</u> | <u>33</u> | <u>20</u> | <u>11</u> | <u>6</u> | <u>3</u> | <u>1</u> | <u>-</u> | <u>2</u> | <u>1</u> | <u>-</u> | <u>-</u> |
| <u>ITF W50 (32S,32/24Q)</u> | <u>50</u> | <u>33</u> | <u>20</u> | <u>11</u> | <u>6</u> | <u>1</u> | <u>-</u> | <u>-</u> | <u>2</u> | <u>1</u> | <u>-</u> | <u>-</u> |
| <u>ITF W50 (16D)</u> | <u>50</u> | <u>33</u> | <u>20</u> | <u>11</u> | <u>1</u> | <u>-</u> | <u>-</u> | <u>-</u> | <u>-</u> | <u>-</u> | <u>-</u> | <u>-</u> |
| ITF W35 (48S, 32Q) | 35 | 30 | 18 | 9 | 5 | 3 | 1 | - | 1 | - | - | - |
| ITF W35 (32S, 48/64Q/32/24Q) | 35 | 23 | 14 | 8 | 4 | - | - | - | 1 | - | - | - |
| ITF W35 (16D) | 35 | 23 | 14 | 8 | | - | - | - | - | - | - | - |
| ITF W15 (32S, 48/64Q/32/24Q) | 15 | 10 | 6 | 3 | 1 | - | - | - | - | - | - | - |
| ITF W15 (16D) | 15 | 10 | 6 | 3 | - | - | - | - | - | - | - | - |

QFR= Qualifier, FQR-Qualifying Finalist, Q2-Second Round of Qualifying, Q1-First Round of Qualifying
<u>Optional Hospitality may be provided at W15, W35 and W50 tournaments, but no additional WTA Ranking Points are offered.</u>

### B. ITF World Tennis Ranking points

ITF World Tennis Tour Singles Ranking points are earned in Singles Qualifying as detailed below.

| Tournament Level | Winner | Finalist | SF | QF | R16 | R32 | QFR^ | FQR* |
|---|---|---|---|---|---|---|---|---|
| W35+H | - | - | - | - | - | - | 4 | 1 |
| W35 | - | - | - | - | - | - | 3 | 1 |
| W15+H | - | - | - | - | - | - | 3 | 1 |
| W15 | - | - | - | - | - | - | 2 | 1 |

No ITF World Tennis Doubles Ranking points are awarded.



# APPENDIX L

# CONTACTS

**INTERNATIONAL TENNIS FEDERATION**

Bank Lane
Roehampton
London SW15 5XZ
Telephone: (44) (0) 20 8878 6464
email: mens@itftennis.com
email: womens@itftennis.com

Jackie Nesbitt, Senior Executive Director, Tours and Player Pathway
Andrew Moss, Executive Director, ITF World Tennis Tour
George Donnelly, Head, ITF World Tennis Tour, Operations



# MEN'S AND WOMEN'S
# ITF WORLD TENNIS TOUR

# CODE OF CONDUCT
# 2025

© ITF Limited t/a International Tennis Federation
All rights reserved
2025

# CODE OF CONDUCT
# MEN'S AND WOMEN'S
# ITF WORLD TENNIS TOUR <u>2025</u>

*Please note that where the rules apply to the Women's ITF World Tennis Tour Regulations only, the text is in Italics.*

Amendments to the Code of Conduct made for the beginning of 2025 shall be underlined.

## ARTICLE I: GENERAL

References in this Code of Conduct ("**Code**") to the "ITF Executive Director" shall hereafter mean the ITF Senior Executive Director of Tours and Player Pathway.

References in this Code to the "Committee" shall hereafter mean the ITF World Tennis Tour Committee.

For the purposes of this Code "Related Person" is defined as any coach, trainer, therapist, physician, management representative, agent, family member, Tournament guest, business associate or other affiliate or associate of any player, or any other person who receives accreditation at a Men's or Women's ITF World Tennis Tour Tournament at the request of the player or any other Related Person.

For the purposes of Article V.1, and Article XIII of this Code, "Covered Persons" is defined as any player, and any player's coach, trainer, manager, agent, medical or para-medical personnel and/or family member, tournament guest, or other similar associate of any player, and any tournament personnel, such as an official, tournament director, staff, volunteer, sponsor, health care provider, ITF staff member and members of the media that accredited to attend an ITF World Tennis Tour tournament.

## A.    PURPOSE

The International Tennis Federation promulgates this Code of Conduct ("Code") in order to maintain fair and reasonable standards of conduct by players, Related Persons, Covered Persons and the organisers of Men's and Women's ITF World Tennis Tour tournaments, and to protect their respective rights, the rights of the public and the integrity of the Sport of Tennis. <u>Save where otherwise indicated, all</u> references to the International Tennis Federation or the ITF shall mean the ITF Limited.

## B.    EXCLUSIVE APPLICABILITY

This <u>2025</u> ITF World Tennis Tour Code of Conduct shall be the exclusive basis for disciplinary action against any player, Related Person, Covered Persons (for the purposes of Article V-1 and the Article XIII) or tournament in ITF sanctioned ITF World Tennis Tour Tournaments, except to the extent that disciplinary jurisdiction is established in relation to such Tournaments under (I) the Tennis Anti-Doping Programme; (ii) the Anti-Corruption Program; and/or (iii) the ITF Welfare Policy.

## C.    FINES

All monetary fines set forth in the Code are in US Dollars.

A player who has accumulated $500 or more in unpaid fines for violations of the Code of Conduct shall not be allowed to enter and play in any ITF tournament until such time as all fines have been paid.

A player who has outstanding fines at the end of the calendar year shall not be allowed to enter any Men's or Women's ITF World Tennis Tour Tournaments in the following calendar year until such time as all fines have been paid.

Players who are fined for major offences must pay all fines prior to their next event.

**D.    ITF SUPERVISOR**

The approved ITF Supervisor for each Men's or Women's ITF World Tennis Tour Tournament shall be the final authority for the interpretation of these Tournament Regulations, Code of Conduct and the Rules of Tennis as to all matters arising that require immediate resolution at the tournament site.


## ARTICLE II: MEN'S ENTRY OFFENCES

**A.    APPLICABILITY**

This Article shall only apply to Men's ITF World Tennis Tour Tournaments.

**B.    ENTRY OFFENCES**

**1.    Late Withdrawal**
Any withdrawal from a player accepted into the Main Draw or Qualifying of Singles or Advance Entry for Doubles that occurs after the Withdrawal Deadline shall be considered a Late Withdrawal and will be penalised, except in the below circumstances:

a)  a player who is on the Qualifying Acceptance List but who is still playing in another Men's ITF World Tennis Tour Tournament, ITF World Tennis Tour Junior tournament or ATP tournament at the time of the Qualifying Sign-In Deadline, provided the player withdraws before the Qualifying Sign-In closes;

b)  a player who is on the Qualifying Acceptance List but who is still playing in another "qualified" Men's ITF World Tennis Tour or ATP tournament and who applies for a Special Exempt position, but where such Special Exempt position is not available for the player;

c)  a player who qualifies for entry or receives a Wild Card into the Qualifying or Main Draw of a Grand Slam tournament, provided the player withdraws from the ITF Tournament before the Qualifying Sign-In Deadline;

d)  a player who is nominated to represent his country in an ITF Team Competition, provided the player withdraws before the Qualifying Sign-In Deadline;

e)  a player who is on the Main Draw or Qualifying Acceptance List of an ITF World Tennis Tour Tournament but is accepted into an ATP Tour or Challenger main draw or qualifying by 10:00 (EST) on the Friday prior to the following weeks start date will not be penalised, provided the player was withdrawn at the "ATP Freeze Deadline".

f)  The provisions of **Article II, Rule B.4, Playing Another Event / One Tournament per Week** apply.

Players who meet one of the exceptions for Late Withdrawal offences written above should email Mens@itftennis.com and provide them the appropriate documentation so the Late Withdrawal penalty can be removed from the player's Code of Conduct record.

Players who have been subject to Automatic Withdrawals will not be fined.

A player's first three (3) Late Withdrawal Singles offences and first three (3) Late Withdrawal Doubles offences within a calendar year are automatically excused and the fines cancelled with a "withdrawal amnesty", provided the withdrawal is submitted online through the player's IPIN account:

(i)   For Singles, prior to the Qualifying Sign-In Deadline ("Singles Amnesty"); and

(ii)  For Doubles, prior to the Doubles On-site Sign-in Deadline ("Doubles Amnesty").

The excused Withdrawal is valid for two consecutive Tournament weeks provided the player withdraws in accordance with the process set out above.

If a player withdraws from both Singles and Doubles at the same Tournament, the player may use a Singles Amnesty to withdraw himself from both the Singles and Doubles event of that Tournament. A Doubles Amnesty may only be used for Doubles withdrawals and not Singles withdrawals.

Violation of this Section shall subject a player to a fine up to $500 as further set out in the Fines Guidelines.

**2.    No Show**
A player will have Committed a No Show Offence if:

a)  He is accepted into the Qualifying and fails to arrive on-site for his first match in the Tournament without validly withdrawing from the Tournament in advance of the Qualifying Sign-In Deadline (as set out in Article II.B.1 above); or

b)  He is accepted into the Main Draw or has been granted a Wild Card (Main Draw or Qualifying) and fails to arrive on-site for his first match in the Tournament without withdrawing from the Tournament in advance of his first-round match (as set out in Article II.B.1 above).

c)  A player or Doubles team accepted into the Doubles Draw (Advance Entry or On-Site Entry) fails to arrive On-Site for the team's first match in the Tournament without withdrawing from the Tournament in advance of his/their first-round match (as set out in Article II.B.1 above).

The ITF Supervisor may waive the No Show Offence for a player/team who arrives on-site after the scheduled commencement time for his/their first match and penalise him/them for the On-Site Offence of Punctuality instead.

A player that commits a No-Show violation may not use an on-site medical certificate to appeal a penalty.

Violation of this Section shall subject a player to a fine up to $500 as further set out in the Fines Guidelines.

In circumstances that are flagrant and particularly injurious to the success of the Men's ITF World Tennis Tour Tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour".

**3.    On-Site Medical Withdrawal**

a.    If a player is forced to retire or withdraw during a Tournament for medical reasons, the ITF Medical Certification form must be completed by the on-site Tournament Doctor / Sports Physiotherapist verifying that the player is unfit to continue playing in the current Tournament. Violation of this section shall subject a player to a fine of up to $500.

b.    A player that has endured a medical condition during the Tournament Week, but who completes their Tournament matches, may obtain a Medical Certificate from the Tournament Doctor/Sports Physiotherapist that can be used to withdraw from the following week's tournament without penalty. The player must obtain the Medical Certificate within 24 hours of completing their final match.

If the player wishes to use the Medical Certificate to withdraw from the following week's tournament, then the player must inform the ITF and the ITF Supervisor (if after the Freeze deadline) no more than 48 hours after obtaining the Medical Certificate or before the Qualifying Sign-In, whichever is sooner.

Players who complete their final match of the tournament after the Qualifying Sign-In of the following week's Tournament must obtain a Medical Certificate and inform the ITF Supervisor before leaving the site if they wish to withdraw from the following week's Tournament.

Violation of this section shall subject a player to a fine of up to $500 as further set out in the Fines Guidelines.

c.    A valid ITF Medical Certificate will excuse a Late Withdrawal penalty for any subsequent Tournament until the player next competes in any tennis event, provided that a withdrawal for each tournament is submitted online through the player's IPIN account prior to the relevant Qualifying Sign-In Deadline for Singles or On-Site Doubles Sign-In Deadline for Doubles. A player must email the ITF Medical Certificate to the ITF (mens@itftennis.com) for each subsequent tournament that the player wishes to use the medical certificate.

d.    A player who withdraws from a tournament after the Qualifying Sign-In Deadline will be excused a Late Withdrawal penalty provided:

   i.    the player is still competing in the previous week's tournament at or after the time of the Qualifying Sign-In Deadline, is thereafter forced to withdraw/retire, is examined by that tournament's doctor and is determined to be unfit to compete at the following week's tournament; or

   ii.    the player is on-site at the tournament from which the player will withdraw when the withdrawal occurs and is determined to be unfit to compete by the tournament's doctor.

For the purpose of this rule, the player must withdraw before the start of his first match and the ITF Medical Certification form must be completed and submitted to the ITF no later than the last day of the tournament.

**4.     Playing Another Event / One Tournament Per Week (Concurrency)**

a.    No player who has entered and been accepted into the Singles Qualifying, Singles Main Draw or Advance Entry Doubles Main Draw of a Men's ITF World Tennis Tour Tournament after the Withdrawal Deadline shall play in any other tennis event during the period of such tournament except as stated below.

Participation by a Committed player in an alternative tournament is permitted in the following specific circumstances and provided an official withdrawal for the tournament he was originally Committed to, has been submitted prior to its Qualifying Sign-In deadline for Singles (see section V. C. Entry and Withdrawal Deadlines and F. Freeze Deadline in the Men's ITF World Tennis Tour Regulations) or prior to the Doubles On-Site Sign-in Deadline for Doubles (see Section VI. Doubles Entries and Withdrawal):

   i.     A player is nominated to represent his country in an ITF Team competition;
   ii.    A player qualifies for entry or is nominated to receive a Wild Card into the Qualifying or Main Draw of a Grand Slam tournament;
   iii.   A player accepted into Singles Qualifying of a Men's ITF World Tennis Tour Tournament is nominated to receive a Wild Card into the Singles Main Draw of another Professional tournament;
   iv.    A player accepted into Singles Qualifying, Singles Main Draw, or Advance Entry Doubles Main Draw of a Men's ITF World Tennis Tour Tournament is nominated to receive a Wild Card into the Singles Qualifying or Singles Main Draw of another ITF World Tennis Tour tournament in a higher prize money category;
   v.     A player accepted into the Singles Qualifying or Main Draw or Advance Entry Doubles of a Men's ITF World Tennis Tour Tournament is nominated to receive a Singles Wild Card into the Qualifying or Main Draw of a Challenger or ATP Tour event.
   vi.    A player accepted into Qualifying or Main Draw of a Men's ITF World Tennis Tour Tournament is nominated to receive a Wild Card into the Main Draw or Qualifying of a Juniors ITF World Tennis Tour (Grand Slam, J500, J300) tournament.
   vii.   A player accepted into a Junior ITF World Tennis Tour Tournament is nominated to receive a Wild Card into the Main Draw or Qualifying of a Men's ITF World Tennis Tour Tournament.
   viii.  Both members of a Doubles team accepted as an Advance Entry Main Draw team are nominated to receive a Wild Card as a team into a higher prize money event.
   ix.    The player who is not responsible for the late withdrawal of an Advance Entry Doubles Main Draw team may enter Doubles On-site with another partner.
   x.     If a player is awarded a Singles Wild Card and the player/team was previously accepted as an Advance Entry Doubles Main Draw team then both the player and his partner may enter onsite at the same tournament or another tournament with the same or different partner.
   xi.    A player is forced to withdraw from a Qualifying event because he is still Committed to and still participating in a Tournament in the previous week's tournament but is not eligible to apply for, or has been unsuccessful in applying for, a Special Exempt place.

A player not Committed by Advance Entry to a Doubles Main Draw may enter the Doubles event of any other tournament. However, late withdrawals from Singles Main Draw and Qualifying shall be subject to the late withdrawal provisions at Article II.B.1 above.

Violation of this Section shall subject a player to a fine up to $250 as further set out in the Fines Guidelines in addition to any other fines provided in the Code.

**Playing Another Event Rule amendment**
**Singles**
All Singles players will be eligible for three opportunities to benefit from additional flexibility to play up from an ITF World Tennis Tour tournament into an ATP tournament without penalty ("Singles PAE Exemptions"). The Singles PAE Exemption exempts the player from fines that would otherwise be imposed for late withdrawal (Article II.B.1) and for playing another event (Article II.B.4).

Singles PAE Exemptions shall be granted:
    i. whether or not a player is accepted into the Main Draw or Qualifying Acceptance List of an ATP Tour or ATP Challenger Acceptance List by 10:00 Eastern Standard Time (GMT-5) on the Friday preceding the Tournament Week;
    ii. on three (3) occasions during the calendar year;
    iii. only where the player withdraws from a Men's ITF World Tennis Tour Tournament prior to 10:00 Eastern Standard Time (GMT-5) on the Friday preceding the Tournament Week; and
    iv. where the player has played Singles at the Challenger tournament in the same tournament week as the Men's ITF World Tennis Tour Tournament from which he withdrew.

**Advance Entry in Doubles**
Teams accepted by Advance Entry into an ITF Doubles Main Draw by the Doubles Freeze Deadline will be eligible for three opportunities to play up from an ITF Men's World Tennis Tour Tournament into an ATP Tour / Challenger Tournament, without penalty "Doubles PAE Exemptions"). The Doubles PAE Exemption exempts both players in the team from fines that would otherwise be imposed for late withdrawal (Article III.B.1) and for playing another event (Article III.B.4).

To qualify for a Doubles PAE Exemption, the team must:
    i. withdraw from the ITF Men's World Tennis Tour Tournament in accordance with these Regulations before the ITF Men's World Tennis Tour Tournament's Doubles Sign-in Deadline; and
    ii. and have played Doubles at the ATP Tour / ATP Challenger tournament in the same tournament week as the Men's ITF World Tennis Tour Tournament from which they withdrew.

Participation by a player who has played in Qualifying or Main Draw of a Men's ITF World Tennis Tour Tournament in an additional tournament during the same week is only permitted in the following specific circumstances:

    **i.** A player is allowed to play Singles Qualifying of one Professional tournament and Doubles in another tournament played the same week, provided the player has played and been eliminated from one tournament prior to the On-Site Doubles entry deadline in the other tournament and the player is not Committed as an Advance Entry for Doubles. A player may not participate in both tournaments at the same time.

    **ii.**    A player who played in the Qualifying of a Men's ITF World Tennis Tour Tournament is allowed to accept a Wild Card into the Main Draw of an ITF World Tennis Tour Junior tournament during the same week provided he lost in the Men's ITF World Tennis Tour Tournament prior to being offered the Wild Card.

    **iii.**    A player is nominated to represent his country in an ITF Team competition, provided the player has already lost in the Men's ITF World Tennis Tour tournament prior to being nominated.

    **iv.**    A player is allowed to participate in an "Other" Tournament (see section II.B. Categories of Tournaments in the Men's ITF World Tennis Tour Regulations) during the same week, provided he:

        a) notifies the ITF Supervisor and ITF (mens@itftennis.com) of his intention to do so before his first match in the Men's ITF World Tennis Tour Tournament; and

        b) has played and been eliminated from the Men's ITF World Tennis Tour Tournament; and

        c) is released by the ITF Supervisor after his last match in the Men's ITF World Tennis Tour Tournament to play in the "Other" Tournament. The ITF Supervisor should send an email to the ITF.

    A player who was a No Show or who withdrew or retired from either Singles or Doubles Main Draw in any round may not participate in Singles or Doubles in any "Other" Tournament during the same week.

With the exception of administrative error, players found to have been accepted into two Tournaments in one week after the Withdrawal Deadline should not be allowed into any Tournament. Players found to have competed in another Tournament or in two Tournaments in one week other than as stated above shall be immediately defaulted and shall forfeit all prize money and ITF World Tennis ranking points earned at the Tournament(s) in question (where applicable).

Violation of this section shall result in a fine up to $1,000 in addition to any other fines provided in the Code.

In circumstances that are flagrant and particularly injurious to the success of the tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour.

## C.    WILD CARDS

No player or Related Person, directly or indirectly, shall offer, give, solicit, receive or accept, or agree to offer, give, solicit, receive or accept anything of value in exchange for a Wild Card. Violation of this section by a player or Related Person shall result in a fine of up to $5,000.

In circumstances that are flagrant and particularly injurious to the success of a Men's ITF World Tennis Tour Tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour".

## D.    DETERMINATION AND PENALTY

The ITF or ITF Supervisor shall make such investigation as is reasonable to determine the facts regarding all entry offences and upon determining that a violation has occurred shall specify the fine and/or other punishment therefore and where possible notify the player.

## E.    PAYMENT OF FINES

All fines levied for entry offences shall be paid by the player within ten (10) days after the notice thereof is provided. Unpaid fines shall also be collected at other Men's ITF World Tennis Tour Tournaments for remission to the ITF.

## F.    FALSIFYING OFFICIAL DOCUMENTATION

Should a player submit documentation that the ITF deems to be false evidence, including, but not limited to, documents pertaining to Tournament entry and withdrawal and Code of Conduct appeals, the player shall be subject to a fine of up to $500 in addition to any other fines provided in the Code.

In circumstances that are flagrant and particularly injurious to the success of the tournament, or are singularly egregious, a single violation of this section shall also constitute the Major Offence of "Aggravated Behaviour".

## G.    APPEALS

Any player found to have Committed an Entry Offence may, after paying all fines as above provided, appeal the offence and/or any fine imposed to the ITF Internal Adjudication Panel, which shall determine the matter in accordance with its Procedural Rules (save that there shall be no right of appeal against the ITF Internal Adjudication Panel's decision). The appeal shall be made in writing, using the official form prescribed by the ITF and must be filed with the ITF by 17:00 (5.00 pm) GMT within fourteen (14) days from the date the player is notified of the violation (the "Notice of Appeal"). The Notice of Appeal must include a statement by the player as to the facts and circumstances of the incident along with any other evidence the player wishes to submit.

Please note that the appeals made after fourteen (14) days following the notification to a player of an Entry Offence, may not be appealed.

The use of a "withdrawal amnesty" *under Article II B 1* may not be appealed.

Under extraordinary circumstances, which must be substantiated by documentation and agreed by the ITF, a player may appeal a Late Withdrawal or No Show fine to the ITF Internal Adjudication Panel in advance of payment or without payment.

### *ARTICLE III: WOMEN'S ENTRY OFFENCES*

## *A.    APPLICABILITY*

*This Article shall only apply to Women's ITF World Tennis Tour Tournaments.*

## *B.    ENTRY OFFENCES*
### *1.    Late Withdrawal/ No Show*
*Any withdrawal from a player accepted into the Main Draw or Qualifying of Singles or Advance Entry for Doubles of a Women's ITF World Tennis Tour Tournament for any reason*

*after the Withdrawal Deadline shall be considered a Late Withdrawal and will be penalised, except in the following circumstances:*

a) *a player who is on the Qualifying Acceptance List but who is still playing in another Women's ITF World Tennis Tour Tournament, ITF World Tennis Tour Junior tournament, or WTA tournament at the time of the Qualifying Sign-In Deadline, provided the player withdraws before the Qualifying Sign-In closes;*

b) *a player who is on the Qualifying Acceptance List but who is still playing in another "qualified" Women's ITF World Tennis Tour Tournament or WTA tournament and who applies for a Special Exempt position, but where such Special Exempt position is not available for the player;*

c) *a player who qualifies for entry or receives a Wild Card into the Qualifying or Main Draw of a Grand Slam Tournaments, provided the player withdraws from the ITF Tournament before the Qualifying Sign-In Deadline;*

d) *a player who is nominated to represent her country in an ITF Team Competition, provided the player withdraws before the Qualifying Sign-In Deadline.*

*The provisions of* **Article III, Rule B.4 Playing Another Event / One Tournament Per Week** *apply.*

*Players who meet one of the exceptions for Late Withdrawal offences written above should email womens@itftennis.com and provide them the appropriate documentation so the Late Withdrawal penalty can be removed from the player's Code of Conduct record.*

*Players who have been subject to Automatic Withdrawals will not be fined.*

*A player's first three (3) Late Withdrawal Singles offences and first three (3) Late Withdrawal Doubles offences with a calendar year are automatically excused and the fines cancelled with a "withdrawal amnesty", provided the withdrawal is submitted online through a player's IPIN account:*

(i) *For Singles, prior to the Qualifying Sign-In Deadline ("Singles Amnesty"); and*

(ii) *For Doubles, prior to the Doubles On-site Sign-in Deadline ("Doubles Amnesty").*

*The excused Withdrawal is valid for two consecutive Tournament weeks provided the player withdraws, as above.*

*If a player withdraws from both Singles and Doubles at the same Tournament, the player may use a Singles Amnesty to withdraw herself from both the Singles and Doubles event of that Tournament. A Doubles Amnesty may only be used for Doubles withdrawals and not Singles withdrawals.*

*Violation of this Section shall subject a player to a fine up to $1,000 as further set out in the Fines Guidelines.*

### 2. No Show
*A player will have committed a No Show Offence if:*
a) *She is accepted into the Qualifying and fails to arrive on-site for her first match in the Tournament without validly withdrawing from the Tournament in advance of the Qualifying Sign-In Deadline (as set out in Article III.B.1 above); or*

b) *She is accepted into the Main Draw or has a Wild Card (Main Draw or Qualifying) and fails to arrive on-site for her first match in the Tournament without withdrawing from the Tournament in advance of her first match (as set out in Article III.B.1 above).*

c) *A player or Doubles team accepted into the Doubles Main Draw (Advance Entry or On-Site Entry) fails to arrive on site for the team's first match in the Tournament without withdrawing from the Tournament in advance of their first round match (as set out in Article III.B.1 above.*

*The ITF Supervisor may waive a No Show Offence for a player/team who arrives on-site after the scheduled commencement time for her/their first match, and penalise her/them for the On-Site Offence of Punctuality instead.*

*A player that commits a No Show violation may not use an on-site medical certificate to appeal a penalty.*

*Violation of this section shall result in a fine up to $1,000 as further set out in the Fines Guideline.*

*In circumstances that are flagrant and particularly injurious to the success of a Women's ITF World Tennis Tour Tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour".*

### 3. On-site Medical Withdrawal

a. *If a player is forced to retire or withdraw during a Tournament for medical reasons, the ITF Medical Certificate must be completed by the on-site Tournament Doctor/Sports Physiotherapist verifying that the player is unfit to continue playing in the current Tournament. Violation of this section shall subject a player to a fine of up to $500.*

b. *A player that has endured a medical condition during the Tournament Week, but who completes their Tournament matches, may obtain a Medical Certificate from the Tournament Doctor/Sports Physiotherapist that can be used to withdraw from the following week's tournament without penalty. The player must obtain the Medical Certificate within 24 hours of completing their final match.*

*If the player wishes to use the Medical Certificate to withdraw from the following week's tournament, then the player must inform the ITF and the ITF Supervisor (if after the Freeze deadline) no more than 48 hours after obtaining the Medical Certificate or before the Qualifying Sign-In, whichever is sooner.*

*Players who complete their final match of the Tournament after the Qualifying Sign-In of the following week's Tournament must obtain a Medical Certificate and inform the ITF Supervisor before leaving the site if they wish to withdraw from the following week's Tournament.*

*Violation of this section shall subject a player to a fine of up to $500.*

c. *A valid ITF Medical Certification form will excuse a Late Withdrawal penalty for any subsequent tournament until the player next competes in a Tournament, provided a withdrawal for each Tournament is submitted online through the player's IPIN account:*
*(i) for Singles: prior to the relevant Qualifying Sign-In Deadline; and*
*(ii) for Doubles: prior to the On-Site Doubles Sign-In Deadline.*

*The player must email the ITF Medical Certificate to the ITF Women's department (womens@itftennis.com) for each subsequent Tournament for which the player wishes to use the medical certificate.*

d.    *A player who withdraws from a tournament after the Qualifying Sign-In Deadline will be excused a Late Withdrawal penalty provided:*

　　i.    *the player is still competing in the previous week's tournament at or after the time of the Qualifying Sign-In Deadline, is thereafter forced to withdraw/retire, is examined by that tournament's doctor and is determined to be unfit to compete at the following week's tournament; or*

　　ii.    *the player is on-site at the tournament from which the player will withdraw when the withdrawal occurs and is determined to be unfit to compete by the tournament's doctor.*

*For the purpose of this rule, the player must withdraw before the start of her first match and the ITF Medical Certification form must be completed and submitted to the ITF no later than the last day of the tournament.*

### *4. Playing Another Event / One Tournament Per Week (Concurrency)*

a.    *No player who has entered and been accepted into Singles Qualifying, Singles Main Draw, or Advance Entry for Doubles Main Draw of a Women's ITF World Tennis Tour Tournament after the Withdrawal Deadline shall play in any other tennis event during the period of such tournament except as stated below.*

*Participation by a Committed player in an alternative tournament is permitted in the following specific circumstances and provided an official withdrawal for the Tournament she was originally Committed to has been submitted prior to its Qualifying Sign-In Deadline for Singles (see section V. C. Entry and Withdrawal Deadlines and F. Freeze Deadline of the Women's ITF World Tennis Tour Regulations) or prior to the Doubles On-Site Sign-In Deadline for Doubles (see Section VI. Doubles Entries and Withdrawals):*

　　　　***i.***    *A player is nominated to represent her country in an ITF Team competition;*
　　　　***ii.***    *A player qualifies for entry or is nominated to receive a Wild Card into the Qualifying or Main Draw of a Grand Slam tournament;*
　　　　***iii.***    *A player accepted into Singles Qualifying of a Women's ITF World Tennis Tour Tournament is nominated to receive a Wild Card into the Singles Main Draw of another Professional tournament;*
　　　　***iv.***    *A player accepted into Singles Qualifying, Singles Main Draw or Advance Entry Doubles Main Draw of a Women's ITF World Tennis Tour Tournament is nominated to receive a Singles Wild Card into the Qualifying or Main Draw of another Professional tournament in a higher prize money category;*
　　　　***v.***    *A player accepted into Qualifying or Main Draw of a Women's ITF World Tennis Tour W15 or W35 is nominated to receive a Wild Card into the Main Draw or Qualifying of a Juniors ITF World Tennis Tour (Grand Slam, J500, J300) tournament.*
　　　　***vi.***    *A player accepted into Qualifying of a Women's ITF World Tennis Tour W50 or above is nominated to receive a Wild Card into the Main Draw or Qualifying of a Junior **Grand Slam** or the **Main Draw only** of a J500 or J300 tournament.*
　　　　***vii.***    *A player accepted into Main Draw of a Women's ITF World Tennis Tour W50 or above is nominated to receive a Wild Card into the Main Draw or Qualifying of a Junior **Grand Slam** tournament.*

viii. *A player accepted into a Junior ITF World Tennis Tour Tournament is nominated to receive a Wild Card into the Main Draw or Qualifying of a Women's ITF World Tennis Tour Tournament.*

ix. *Both members of a Doubles team accepted as an Advance Entry Main Draw team are nominated to receive a Wild Card as a team into a higher prize money event.*

x. *The player who is not responsible for the late withdrawal of an Advance Entry Doubles Main Draw team may enter Doubles On-site with another partner.*

xi. *If a player is awarded a Singles Wild Card and the player/team was previously accepted as an Advance Entry Doubles Main Draw team then both the player and her partner may enter On-site at the same Tournament or another Tournament with the same or different partner.*

xii. *A player is forced to withdraw from a qualifying event because she is still Committed to and still participating in a Tournament in the previous week's tournament but is not eligible to apply, or has been unsuccessful in applying for, a special exempt place.*

*A player not Committed by Advance Entry to a Doubles Main Draw may enter the Doubles event of any tournament, although the player is subject to Late Withdrawal penalties in Singles.*

*Violation of this Section shall subject a player to a fine up to $500 as further set out in the Fines Guidelines, in addition to any other fines provided in the Code.*

**Playing Another Event Rule amendment**
**Singles**
*~All Singles players will be eligible for three opportunities to benefit from additional flexibility to play up from an ITF World Tennis Tour tournament into a WTA Tournament without penalty ("Singles PAE Exemption"). The Singles PAE Exemption exempts the player from fines that would otherwise be imposed for late withdrawal (Article III.B.1) and for playing another event (Article III.B.4).*

*To qualify for a Singles PAE Exemption, a player must:*

i. *withdraw from the ITF Women's World Tennis Tour Tournament in compliance with the Regulations before the ITF tournament's Singles Qualifying Sign-in Deadline;*

ii. *and have played Singles WTA Tournament in the same tournament week as the Women's ITF World Tennis Tour Tournament from which they withdrew.*

**Advance Entry in Doubles**
*Teams accepted by Advance Entry into an ITF Doubles Main Draw by the Doubles Freeze Deadline will be eligible for three opportunities to play up from an ITF World Tennis Tour tournament into a WTA Tournament), without penalty ("Doubles PAE Exemption"). The Doubles PAE Exemption exempts both players in the team from fines that would otherwise be imposed for late withdrawal (Article III.B.1) and for playing another event (Article III.B.4).*

*To qualify for a Doubles PAE Exemption, the team must:*

i. *withdraw from the ITF Women's World Tennis Tour Tournament in compliance with the Regulations before the ITF tournament's Doubles Sign-in Deadline;*

ii. *and have played Doubles at the WTA tournament in the same week as the Women's ITF World Tennis Tour Tournament from which they withdrew.*

b. *Participation by a player who has played in Qualifying or Main Draw of a Women's ITF World Tennis Tour Tournament in an additional tournament during the same week is permitted in the following specific circumstances.*

    i. *A player is allowed to play Singles Qualifying of one Professional tournament and Doubles in another tournament played the same week, provided the player has played and been eliminated from one tournament prior to the On-Site Doubles entry deadline in the other tournament and the player is not Committed as an Advance Entry for Doubles. A player may not participate in both tournaments at the same time.*

    ii. *A player who played in the Qualifying of Women's ITF World Tennis Tour Tournament is allowed to accept a Wild Card into Main Draw of ITF World Tennis Tour Junior tournament during the same week provided she lost in the Women's ITF World Tennis Tour Tournament prior to being offered the Wild Card for the ITF World Tennis Tour Junior tournament.*

    iii. *A player is nominated to represent her country in an ITF Team competition, provided the player has already lost in the Women's ITF World Tennis Tour Tournament prior to being nominated;*

    iv. *A player is allowed to participate in an "Other" Tournament (see section II.B. Tournaments above) during the same week, provided she:*
      *a) notifies the ITF Supervisor and ITF (womens@itftennis.com) of her intention to do so before her first match in the Women's ITF World Tennis Tour Tournament; and*
      *b) has played and been eliminated from the Women's ITF World Tennis Tour Tournament; and*
      *c) is released by the ITF Supervisor after her last match in the Women's ITF World Tennis Tour Tournament to play in the Other Tournament. The ITF Supervisor should send an email to the ITF.*

    *A player who was a No Show or who withdrew or retired from either Singles or Doubles Main Draw in any round of a Tournament may not participate in Singles or Doubles in any "Other" tournament during the same week.*

*A player is not allowed to compete in Singles in two (2) tournaments nor in Doubles in two (2) tournaments (WTA and Women's ITF World Tennis Tour) held in one week and will be withdrawn from the second tournament by the ITF (i.e. a player may not play the Qualifying of a WTA tournament, lose, and then play in a Women's ITF World Tennis Tour Tournament in the same week). If a player does play two (2) tournaments in one (1) week, upon the first occurrence the player will receive the lesser of the ranking points earned from the two (2) tournaments.*

*Other than in the circumstances stated above, players found to have competed in another tournament or in two Tournaments in one week (including second and any subsequent occurrences) shall be immediately defaulted and shall forfeit all prize money and computer points (where applicable).*

*Violation of this Section shall result in a fine up to $1,000 in addition to any other Late Withdrawal fines provided in the Code.*

*In circumstances that are flagrant and particularly injurious to the success of a Women's ITF World Tennis Tour Tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour".*

### C.      WILD CARDS

*No player or Related Person, directly or indirectly, shall offer, give, solicit, receive or accept, or agree to offer, give, solicit, receive or accept anything of value in exchange for a Wild Card. Violation of this section by a player or Related Person shall result in a fine of up to $5,000.*

*In circumstances that are flagrant and particularly injurious to the success of a Women's ITF World Tennis Tour Tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour".*

### D.      DETERMINATION AND PENALTY

*The ITF or ITF Supervisor shall make such investigation as is reasonable to determine the facts regarding all Entry Offences and upon determining that a violation has occurred shall specify the fine and/or other punishment therefore and where possible notify the player.*

### E.      PAYMENT OF FINES

*All fines levied for entry offences shall be paid by the player within ten (10) days after the notice thereof is provided. Unpaid fines shall also be collected at other Women's ITF World Tennis Tour Tournaments for remission to the ITF.*

### F.      FALSIFYING OFFICIAL DOCUMENTATION

*Should a player submit documentation that the ITF deems to be false evidence, including, but not limited to, documents pertaining to tournament entry and withdrawal and Code of Conduct appeals, the player shall be subject to a fine of up to $1,000 in addition to any other fines provided in the Code.*

*In circumstances that are flagrant and particularly injurious to the success of the tournament, or are singularly egregious, a single violation of this section shall also constitute the Major Offence of "Aggravated Behaviour".*

### G.      APPEALS

*Any player found to have committed an Entry Offence may, after paying all fines as provided above, appeal the offence and/or any fine imposed to the ITF Internal Adjudication Panel, which shall determine the matter in accordance with its Procedural Rules (save that there shall be no right of appeal against the ITF Internal Adjudication Panel's decision). The appeal shall be made in writing, using the official form prescribed by the ITF and must be filed with the ITF by 17:00 (5.00pm) GMT within fourteen (14) days from the date the player is notified of the violation (the "Notice of Appeal"). The Notice of Appeal must include a statement by the player as to the facts and circumstances of the incident along with any other evidence the player wishes to submit.*

*Please note that the appeals made after fourteen (14) days following the notification to a player of an Entry Offence, may not be appealed.*

*The use of a "withdrawal amnesty" under Article III B 1 may not be appealed.*

*Under extraordinary circumstances, which must be substantiated by documentation and agreed by the ITF, a player may appeal a Late Withdrawal or No Show fine to the ITF Internal Adjudication Panel in advance of payment or without payment.*

**ARTICLE IV: ON-SITE OFFENCES**

**A.    GENERAL**

Every player shall, during all matches and at all times while within the precincts of the site and while engaged in activities directly related to the tournament conduct himself/herself in a professional manner. The provisions below shall apply to each player's conduct while engaging with Officials preparing for and running a tournament in which they are entered/involved, and/or within the precincts of each such site, and references to the site shall include tournament hotels, transport, all tournament facilities and locations of tournament functions or activities.

**B.    PUNCTUALITY**

Matches shall follow each other without delay in accordance with the announced order of play. The order of play shall be posted at a highly visible place in a general players' area as designated by the ITF Supervisor.

Matches shall be called in accordance with the order of play using all available and reasonable means. Players shall be ready to play when their matches are called.

> 1.    Any player not ready to play within ten (10) minutes after his match is called may be fined $50.

> 2.    Any player not ready to play within fifteen (15) minutes after his match is called may be fined up to an additional $200 and shall be defaulted unless the ITF Supervisor in his sole discretion, after consideration of all relevant circumstances, elects not to declare a default. The player may also be subject to the additional penalties set out in Article IV, O.

This section applies only to those players who are or have been on-site or who have signed-in with the referee by telephone during the Tournament Week.

**C.    DRESS AND EQUIPMENT**

Every player shall dress and present himself/herself for play in a professional manner. Clean and customarily acceptable tennis attire shall be worn.

Any player who violates this Section may be ordered by the Chair Umpire or ITF Supervisor to change his/her attire or equipment immediately. Failure of a player to comply with such order may result in an immediate default. (The ITF reserves the right to interpret the following rules so as to give effect to the intent and purposes of these Regulations.

> **1.  Unacceptable Attire**
> Sweatshirts, gym shorts, dress shirts, T-shirts or any other inappropriate attire shall not be worn during a match (including the warm-up).

> **2.  Shoes**
> Players are required to wear tennis shoes generally accepted as proper tennis attire. Shoes shall not cause damage to the court other than what is expected during the normal course of a match or practice. Damage to a court may be considered as physical or visible, which may include a shoe that leaves mark beyond what is considered acceptable. The ITF

Supervisor has the authority to determine that a shoe does not meet these criteria and may order the player to change.

**i.    Grass Court Shoes**

At grass court tournaments, no grass court shoes other than those with rubber soles, without heels, ribs, studs, or coverings, shall be worn by players.

Shoes with pimples or studs around the outside of the toes shall not be permitted. The foxing around the toes must be smooth.

The ITF Supervisor has the authority to determine that a tennis shoe's sole does not conform to such customs and standards and can prohibit its use at grass court tournaments.

**ii.    Clay Court Shoes**

Players are required to wear tennis shoes generally accepted for play on clay courts or granular surfaces. The ITF Supervisor has the authority to determine that a tennis shoe's sole does not conform to such customs and standards and can prohibit its use at clay court tournaments.

Grass court shoes shall not be worn during a match on clay courts.

**3.    Identification**

No identification shall be permitted on a player's clothing, products, or equipment on court during a match or at any press conference or tournament ceremony, except as follows:

**a.    Men's ITF World Tennis Tour Tournaments**

**1.    Shirt, Sweater or Jacket**

*i.    Sleeves.* Two (2) positions for commercial (i.e. non-manufacturer's) or manufacturer's identification for each sleeve, neither of which exceeds six (6) square inches (39 sq.cm), shall be permitted. Maximum of two (2) identifications may be placed within each six (6) square inch position. Identifications may contain writing.

**ii.    Front and Collar.** Two (2) logos of the manufacturer's or commercial identifications, neither of which exceeds six (6) square inches (39 sq.cm) may be placed in any location on the front or on the collar. **OR**, one (1) manufacturer's or commercial identification which may not exceed six (6) square inches (39 sq.cm) may be placed on the front or collar. Identifications may contain writing.

**Back –** If only one (1) manufacturer's or commercial identification which may not exceed six (6) square inches (39 sq.cm) is placed on the front or collar and then an additional manufacturer's identification, not to exceed four (4) square inches (26 sq.cm), may be placed on the back. Identifications may contain writing.

**iii.    Other.** Identification of the clothing manufacturer, without the name of the manufacturer or any other writing, may be placed once or repeatedly within an area not to exceed twelve (12) square inches (77.5 sq.cm) in one of the following positions:

a.  On each of the shirt sleeves (if a manufacturer's identification is not on the sleeves pursuant to the section i. above); or

b.  On the outer seams (sides of torso) of the shirt.

**2.    Shorts**

Two (2) manufacturer's identifications, neither of which exceeds two (2) square inches (13 sq.cm) may be placed on the front or back of the shorts; or two (2) manufacturer's identification neither of which exceeds four (4) square inches (26 sq.cm) may be placed as follows: one (1) identification on the front and one (1) identification on the back of the shorts. Identifications may contain writing.

On compression shorts and/or compression sleeves, two (2) manufacturer's identification not to exceed two (2) square inches (13 sq.cm) or one (1) manufacturer's identification which must not exceed four (4) square inches (26 sq.cm). These shall be in addition to the manufacturer's identifications permitted on shorts.

**3.    Socks/Shoes**

Manufacturer's identifications on each sock and on each shoe shall be permitted.

**4.    Racquet**

Manufacturer's identifications on racquet and strings shall be permitted.

**5.    Hat, Headband, Wristband and Face Covering**

One (1) manufacturer's identification and/or one (1) commercial identification, neither of which exceeds four (4) square inches (26 sq.cm), shall be permitted on hats or headbands. The commercial identification must be located on the side of the garment and worn so that it is positioned on the side of the head.

One (1) manufacturer's identification not to exceed four (4) square inches (26 sq.cm) will be permitted on wristbands or face covering.

**6.    Bags, Towels, Other Equipment or Paraphernalia**

Tennis equipment manufacturer's identifications, on each item plus two (2) separate commercial identifications on one (1) bag, neither of which exceeds six (6) square inches (39sq.cm) shall be permitted.

Note: The Tecnifibre ATP line of racquet bags are allowed at ITF Men's ITF World Tennis Tour Tournaments.

***b.    Women's ITF World Tennis Tour Tournaments***

***1.    Shirt, Sweater or Jacket***

***i.      Sleeves.*** *Two (2) positions, each not exceeding six (6) square inches (39 sq. cm), are available on each sleeve for commercial or manufacturer identifications. A maximum of two (2) identifications may be placed in each position.*

***ii.     Front, Back and Collar.*** *Manufacturer or commercial identifications may be placed on the front, collar, and back as follows:*

*(i)    Two (2) manufacturer or commercial identifications, each not exceeding six (6) square inches (or 39 sq. cm), may be placed on the front or collar; or*

(ii)    *One (1) manufacturer or commercial identification, which may not exceed six (6) square inches (39 sq. cm), may be placed on the front or collar and one (1) manufacturer identification, not to exceed four (4) square inches (26 sq. cm), may be placed on the back.*

iii.    ***Other.*** *A clothing manufacturer identification without the name of the manufacturer or any other writing may be placed once or repeatedly within an area not to exceed 12 square inches (78 sq. cm) in one (1) of the following positions:*

(i)    *On each of the shirt sleeves (which replaces one (1) of the positions available for commercial or manufacturer identifications on each shirt sleeve as described above); or*

(ii)    *Down the outer seams (side of torso) of the shirt.*

iv.    ***Without Sleeves - Front, Back and Collar.*** *Manufacturer or commercial identifications may be placed on the front, collar, and back as follows:*

(i)    *Four (4) manufacturer or commercial identifications, each not exceeding six (6) square inches (39 sq. cm), may be placed on the front or collar of the shirt, provided that no more than three (3) identifications may be placed on the front and no more than two (2) of the identifications on the front may be commercial identifications; or*

(ii)    *Three (3) manufacturer or commercial identifications, not exceeding six (6) square inches (39 sq. cm), may be placed on the front or collar and one (1) manufacturer identification, not to exceed four (4) square inches (26 sq. cm), may be placed on the back of the shirt, provided that no more than two (2) of the identifications on the front may be commercial identifications.*

v.    ***Without Sleeves - Other.*** *A clothing manufacturer identification without the name of the manufacturer or any other writing may be placed once or repeatedly within an area not to exceed 12 square inches (78 sq. cm) down the outer seams (side of torso) of the shirt.*

2.    ***Shorts / Skirts/ Compression Shorts / Leggings***

I.    *Two (2) manufacturer identifications only, neither of which exceeding two (2) square inches (13 sq. cm) may be placed on the front or back; or*

II.    *One (1) manufacturer identification, which may not exceed four (4) square inches (26 sq. cm), may be placed on the front and one (1) manufacturer identification, which may not exceed four (4) square inches (26 sq. cm), may be placed on the back. Leggings or compression shorts may be worn without a skirt, dress, or shorts as long as they reach mid-thigh at minimum and comply with the manufacturer identification restrictions above.*

III.    *For tennis undergarments, for compression sleeves, and for leggings or compression shorts worn under a skirt, dress, or shorts, two (2) manufacturer identifications of up to two (2) square inches (13 sq. cm) or*

*one (1) manufacturer identification of up to four (4) square inches (26 sq. cm) may be visible in addition to the manufacturer identifications allowed on the applicable piece of clothing under which the undergarment is worn.*

*Note: A dress for the purposes of permissible identification shall be treated as a combination of a skirt and a shirt (dividing dress at waist).*

**3.   Socks / Shoes**
*Standard manufacturer identifications may be placed on each sock and shoe.*

**4.   Racquet**
*Manufacturer's identifications on racquet and strings shall be permitted.*

**5.   Hat, Headband, Wristband and Face Covering**
i.   *One (1) commercial identification, which may contain writing but may not exceed four (4) square inches (or 26 sq. cm), may be placed over the ear on the side of the headwear.*
ii.   *One (1) manufacturer identification, which may contain writing but may not exceed four (4) square inches (or 26 sq. cm), may be placed on headwear and wristbands.*

**6.   Bags, Other Equipment or Paraphernalia**
*Tennis equipment manufacturer's identifications, on each item plus two (2) separate commercial identifications on one (1) bag, neither of which exceeds four (6) square inches (39 sq.cm) shall be permitted.*

**c.   Another Tennis, Sport or Entertainment Event**
Notwithstanding anything to the contrary hereinabove set forth the identification by use of the name, emblem, logo, trademark, symbol or other description of any tennis circuit, series of tennis events, tennis exhibition, tennis tournament, any other sport or entertainment event other than the ITF World Tennis Tour is prohibited on all dress or equipment, unless otherwise approved by the ITF.

**d.   General**
All identifications should be firmly attached at all points on the clothing or equipment.

No identification shall be permitted on player's clothing or equipment that promotes/displays betting companies, tobacco or e-cigarettes products, hard liquor products, political activity or other category deemed to be detrimental to the sport of tennis, the ITF, or the ITF World Tennis Tour, or that, in the opinion of the ITF Supervisor, shares a clear visual likeness with any such entity so that the identification could reasonably be mistaken for such entity.

In the event the utilisation of any of the foregoing permitted commercial identifications would violate any governmental regulation with respect to television, then the same shall be prohibited.

For the purposes of this rule, the manufacturer means the manufacturer of the clothing or equipment in question.

**Tennis Equipment Manufacturer**. The tennis equipment manufacturer is the entity that distributes, or offers for sale, tennis racquets, clothing, strings, or shoes.

**Clothing Manufacturer**
The clothing manufacturer is the corporate or product identification, trademarks (regardless of registration status) or other recognizable names presented in the form of a logo or mark on the clothing product in question.

**Commercial Identification**
Corporate or product identification other than the manufacturer of the item, including social media usernames, hashtags, and URLs.

In addition, the size limitation shall be ascertained by determining the area of the actual patch or other addition to a player's clothing without regard to the colour of the same. In determining area, depending on the shape of the patch or other addition, a circle, triangle or rectangle shall be drawn around the same and the size of the patch for the purpose of this Rule shall be the area within the circumference of the circle or the perimeter of the triangle or rectangle as the case may be.

**4.    Warm-up Clothing**
Players may wear warm-up clothing during the warm-up and during a match provided it complies with the foregoing provisions and provided further that the players obtain approval of the ITF Supervisor prior to wearing warm-up clothing during a match.

**5.    Taping**
No taping over of logos/patches shall be allowed.

**6.    Fines**
Any player who violates this Section and is not defaulted shall be subject to the following fines:

**a.    Unacceptable Attire**
Violation of the provisions with respect to Unacceptable Attire shall result in a fine of up to $250;
**b.    Manufacturer's Identification**
Violation of the provisions with respect to manufacturer's identifications shall result in a fine of up to $250;
**c.    Commercial Identification**
Violation of the provisions with respect to commercial identifications shall result in a fine of up to $250;
**d.    Another Tennis Event**
Violation of the provisions with respect to the name of an event shall result in a fine of up to $250.

**D.    START OF MATCH / TIME VIOLATION / DELAY OF GAME**

**Start of match**
A maximum of sixty (60) seconds shall elapse from when the last player arrives to his/her seat on court until the players are ready for the pre-match meeting with the Chair Umpire. This will be followed immediately by the warm-up period, which will last no longer than five (5) minutes. At the end of the warm-up period the players have sixty (60) seconds to be ready to start the match.

**During play**

Following the expiration of the warm-up period play shall be continuous and a player shall not unreasonably delay a match for any cause.

A maximum of twenty-five (25) seconds shall elapse from the moment the ball goes out of play at the end of the point until the time the ball is struck for the first serve of the next point. If such serve is a fault, then the second serve must be struck by the server without delay.

When changing ends, a maximum of ninety (90) seconds shall elapse from the moment the ball goes out of play at the end of the game until the time the first serve is struck for the next game. If such first serve is a fault the second serve must be struck by the server without delay. However, after the first game of each set and during a tie-break, play shall be continuous, and the players shall change ends without a rest period.

At the conclusion of each set, regardless of the score, there shall be a set break of one hundred and twenty (120) seconds from the moment the ball goes out of play at the end of the set until the time the first serve is struck for the next set. If a set ends after an even number of games, there shall be no change of ends until after the first game of the next set.

The receiver shall play to the reasonable pace of the server and shall be ready to receive within a reasonable time of the server being ready. A Time Violation may be issued prior to the expiration of twenty-five (25) seconds if the receiver's actions are delaying the reasonable pace of the server.

The first violation of this Section, as either server or receiver, shall be penalised by a Time Violation – Warning and each subsequent violation, as either server or receiver, shall be penalised as follows:

- Server          The Time Violation shall result in a "fault"
- Receiver       The Time Violation shall result in a "point penalty"

In each case, the Chair Umpire/Supervisor may determine that an extension of time is necessary and/or decide not to impose any penalty.

When a violation is a result of a medical condition, refusal to play or not returning to the court within the allowed time a Code Violation (Delay of Game) penalty shall be assessed in accordance with the Point Penalty Schedule.

## E.    AUDIBLE OBSCENITY (Aob)

Players shall not use an audible obscenity within the precinct of the tournament site. Violation of this Section shall subject a player to a fine up to $500 for each violation. In addition, if such violation occurs during a match (including the warm-up), the player shall be penalised in accordance with the Point Penalty Schedule below. In circumstances that are flagrant and particularly injurious to the success of a tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour" and shall be subject to the additional penalties below therefore.

For the purposes of this Rule, audible obscenity is defined as the use of words commonly known and understood to be profane and uttered clearly and loudly enough to be heard by the Court Officials or spectators.

## F.    VISIBLE OBSCENITY (Vob)

Players shall not make obscene gestures of any kind within the precincts of the tournament site. Violation of this Section shall subject a player to a fine up to $500 for each violation. In addition, if

such violation occurs during a match (including the warm-up), the player shall be penalised in accordance with the Point Penalty Schedule below. In circumstances that are flagrant and particularly injurious to the success of a tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour" and shall be subject to the additional penalties below.

For the purposes of this Rule, visible obscenity is defined as the making of signs by a player with their hands and/or racquet or balls that commonly have an obscene meaning.

### G.    VERBAL ABUSE (VA)

Players shall not at any time directly or indirectly verbally abuse any official, opponent, sponsor, spectator, or other person within the precincts of the tournament site.

Violation of this Section shall subject a player to a fine up to $500 for each violation. In addition, if such violation occurs during a match (including the warm-up), the player shall be penalised in accordance with the Point Penalty Schedule below. In circumstances that are flagrant and particularly injurious to the success of a tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour" and shall be subject to the additional penalties below.

For the purposes of this Rule, verbal abuse is defined as a statement about an official, opponent, sponsor, spectator, or other person that implies dishonesty or is derogatory, insulting or otherwise abusive.

### H.    PHYSICAL ABUSE (PhA)

Players shall not at any time physically abuse any official, opponent, spectator, or other person within the precincts of the tournament site.

Violation of this Section shall subject a player to a fine up to $500 for each violation. In addition, if such violation occurs during a match (including the warm-up), the player shall be penalised in accordance with the Point Penalty Schedule below. In circumstances that are flagrant and particularly injurious to the success of a tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour" and shall be subject to the additional penalties below.

For the purposes of this Rule, physical abuse is the unauthorised touching of an official, opponent, spectator, or other person.

### I.    ABUSE OF BALLS (BA)

Players shall not violently, dangerously or with anger hit, kick, or throw a tennis ball within the precincts of the tournament site except in the reasonable pursuit of a point during a match (including the warm-up). Violation of this Section shall subject a player to a fine up to $250 for each violation. In addition, if such violation occurs during a match (including the warm-up), the player shall be penalised in accordance with the Point Penalty Schedule below.

For the purposes of this Rule, abuse of balls is defined as intentionally hitting a ball out of the enclosure of the court, hitting a ball dangerously or recklessly within the court or hitting a ball with negligent disregard of the consequences.

### J.    ABUSE OF RACQUETS OR EQUIPMENT (RA)

Players shall not violently or with anger hit, kick, or throw a racquet or other equipment within the precincts of the tournament site. Violation of this Section shall subject a player to a fine up to $250 for each violation. In addition, if such violation occurs during a match (including the warm-up), the player shall be penalised in accordance with the Point Penalty Schedule below.

For the purposes of this Rule, abuse of racquets or equipment is defined as intentionally and violently destroying or damaging racquets or equipment or intentionally and violently hitting the net, court, umpire's chair, or other fixture during a match out of anger or frustration.

## K.        COACHING AND COACHES (CC)

Players shall not receive on-court coaching during a match (including the warm-up). Off court coaching ("OCC") (as defined in the Rules of Tennis) is permitted on the ITF World Tennis Tour only in the circumstances where a Chair Umpire is present for a match, and always subject to the other conditions outlined in the ITF World Tennis Tour Off Court Coaching Procedures linked HERE. Players shall also prohibit their coaches (1) from using audible obscenity within the precincts of the tournament site, (2) from making obscene gestures of any kind within the precincts of the tournament site, (3) from verbally abusing any tournament staff, official, opponent, spectator or other person within the precincts of the tournament site, (4) from physically abusing any tournament staff, official, opponent, spectator or other person within the precincts of the tournament site and (5) from giving, making, issuing, authorising or endorsing any public statement within the precincts of the tournament site having, or designed to have, an effect prejudicial or detrimental to the best interest of the tournament and/or of the officiating thereof.

Violation of this Section shall subject a player to a fine up to $500 for each violation. In addition, if such violation occurs during a match (including the warm-up), the player shall be penalised in accordance with the Point Penalty Schedule below. In circumstances that are flagrant and particularly injurious to the success of a tournament, or are singularly egregious, a single violation of this section shall also constitute the Major Offence of "Aggravated Behaviour" and shall be subject to the additional penalties below and the ITF Supervisor may order the Coach to be removed from the site of a match or the precincts of the tournament site and may declare an immediate default of such player.

For the purposes of this Rule, a "coach" shall also include any player support team member (including but not limited to parent, friend and fellow competitor).

## L.        UNSPORTSMANLIKE CONDUCT (UnC)

Players shall at all times conduct themselves in a sportsmanlike manner and give due regard to the authority of officials and the rights of opponents, spectators, and others. Violation of this Section shall subject a player to a fine up to $500 for each violation. In addition, if such violation occurs during a match (including the warm-up), the player shall be penalised in accordance with the Point Penalty Schedule below. In circumstances that are flagrant and particularly injurious to the success of a tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour" and shall be subject to the additional penalties below.

For the purposes of this Rule, unsportsmanlike conduct is defined as any misconduct by a player that is clearly abusive or detrimental to the Competition, the ITF, or the sport of tennis. In addition, unsportsmanlike conduct shall include, but not be limited to, the giving, making, issuing, authorising or endorsing any public statement having, or designed to have, an effect prejudicial or detrimental to the best interests of the tournament and/or the officiating thereof.

**M.      BEST EFFORTS (BE)**

A player shall use their best efforts to win a match when competing in an ITF World Tennis Tour Tournament. Violation of this section shall subject a player to a fine up to $500 for each violation.

For purposes of this Rule, the ITF Supervisor and/or the Chair Umpire shall have the authority to penalise a player in accordance with the Point Penalty Schedule. In circumstances that are flagrant and particularly injurious to the success of a tournament, or are singularly egregious, a single violation of this Section shall also constitute the Major Offence of "Aggravated Behaviour" and shall be subject to the additional penalties below.

**N.      LEAVING THE COURT (LC)**

A player shall not leave the court area during a match (including the warm-up) without the permission of the Chair Umpire. Violation of this Section shall subject a player to a fine up to $250 for each violation. In addition, the player may be defaulted and subjected to the additional penalties for Failure to Complete Match as below.

**O.      FAILURE TO COMPLETE MATCH OR TOURNAMENT (FCM)**

A player must complete a match in progress, and complete the Tournament, unless he/she is reasonably unable to do so. Violation of this Section shall subject a player to a fine up to $750.

In circumstances that are flagrant and particularly injurious to the success of the Tournament, or are singularly egregious, a single violation of this Section shall also constitute a Major Offence of "Aggravated Behaviour" and shall be subject to the additional penalties below.

If a Doubles team fails to complete a match in progress or the Tournament, the ITF Supervisor shall have discretion over whether one or both of the team members will be sanctioned under this Article IV.O.

**P.      CEREMONIES (Cer)**

A player participating in the finals of an ITF World Tennis Tour Tournament must attend and participate in the final ceremonies after the match unless he/she is reasonably unable to do so. Violation of this Section shall subject a player to a fine up to $250.

**Q.      MEDIA CONFERENCE (MC)**

Unless injured and physically unable to appear, a player or team must attend the post-match media conference(s) organised immediately or within thirty (30) minutes after the conclusion of each match, including walkovers, whether the player or team was the winner or loser, unless such time is extended or otherwise modified by the ITF Supervisor for good cause. Violation of this Section shall subject a player to a fine up to $250.

**R.      POINT PENALTY SCHEDULE**

The Point Penalty Schedule to be used for violations set forth above is as follows:

| | |
|---|---|
| FIRST offence | WARNING |
| SECOND offence | POINT PENALTY |
| THIRD and each subsequent offence | GAME PENALTY |

However, after the third Code Violation, the ITF Supervisor shall determine whether each subsequent offence shall constitute a default.

The imposition of a penalty under the Point Penalty Schedule shall be final and unappealable.

## S.    DEFAULTS

The ITF Supervisor may declare a default for either a single violation of this Code (Immediate Default) or pursuant to the Point Penalty Schedule set out above. In all cases of default, the decision of the ITF Supervisor shall be final and unappealable.

Subject to the exceptions specified below, any player who is defaulted shall be subject to the following penalties:
a) loss of all prize money, hospitality and points earned for that event at that tournament, and
b) a fine of up to $250 in addition to any or all other fines levied with respect to the offending incident, and
c) at the ITF Supervisor's discretion, default from all other events, if any, at that tournament.

The exceptions to the additional penalties set out above are:
- **a.** the player or team was defaulted for a violation of the Punctuality or Dress and Equipment provisions set forth in Article IV. B and C, or
- **b.** the player or team was defaulted as a result of a medical condition, or
- **c.** the player's Doubles partner committed the Code Violation which caused the default.

Default of a player from the remainder of the Tournament may include at the ITF Supervisor's discretion the removal of accreditation and denial of access to the site.

## T.    DOUBLES EVENTS

**1.    Warnings/Point Penalties/Game Penalties/Defaults**
Warnings, Point Penalties, Game Penalties and/or a default if assessed for violation of the Code shall be assessed against the team.

**2.    Fines**
All fines for violation of Article IV of the Code shall be assessed only against the individual member of the team who is in violation unless both members of the team are in violation.

## U.    DETERMINATION AND PENALTY

The ITF Supervisor shall make such investigation as is reasonable to determine the facts regarding all On-Site Offences and upon determining that a violation has occurred shall specify the fine and/or other punishment therefore and give written notice thereof to the player. Notwithstanding anything contained herein to the contrary, the ITF Supervisor may, at his discretion, limit the fines levied during any tournament qualifying event to a maximum of $100 for each violation.

## V.    PAYMENT OF FINES

Each ITF World Tennis Tour Tournament shall deduct fines levied by the ITF Supervisor for on-site offences from the player's winnings, if any, and promptly pay the same to the ITF. Any unpaid fines shall also be collected at other ITF World Tennis Tour Tournaments for remission to the ITF.

A player who has outstanding fines in the amount of $500 or greater or has any fines at the end of the calendar year shall not be allowed to enter any further ITF World Tennis Tour Tournaments in

the current year or any tournaments in the following calendar year until such time as all fines have been paid.

## W.    APPEALS

Any player found to have committed an On-Site Offence may, after paying all fines as provided above, appeal the determination of a violation and/or the punishment imposed under section U. above (but not any point penalties or defaults) to the ITF Internal Adjudication Panel, which shall determine the matter in accordance with its Procedural Rules (save that there shall be no right of appeal against the ITF Internal Adjudication Panel's decision). The appeal shall be made in writing, using the form prescribed by the ITF and must be filed with the ITF by 17:00 (5.00pm) GMT within fourteen (14) days from the date the player is notified of the violation. The Notice of Appeal must include a statement by the player as to the facts and circumstances of the incident along with any other evidence the player wishes to submit.

## ARTICLE V: TENNIS ANTI-CORRUPTION PROGRAM

The Tennis Anti-Corruption Program applies to the ITF World Tennis Tour, and any player or other covered person (as defined in the Tennis Anti-Corruption Program) who enters or participates in the ITF World Tennis Tour shall be deemed to have agreed to be bound by and to comply with all of its provisions. The Tennis Anti-Corruption Program may be downloaded at www.itia.tennis.

## ARTICLE V-1: COVID-19 PROTOCOLS (COVERED PERSON)

In response to the Covid-19 pandemic, the ITF introduced an obligation for Covered Persons to comply with the ITF Return to International Tennis Protocols including without limitation the Minimum Standards of Behaviour (the "Protocols").

The ITF reserves the right at any time to reintroduce the obligation for Covered Persons to comply with the Protocols. The ITF's decision to reintroduce the obligation for Covered Persons to comply with the Protocols shall be made entirely at the ITF's discretion and shall be made without any obligation to notify Covered Persons, National Associations, Regional Associations or other governing bodies.

In the event the ITF decides to reintroduce the obligation, a Covered Person shall comply with the Protocols and the provisions set out in Article V-1: A – D below shall apply.

## A.    MINIMUM STANDARDS OF BEHAVIOUR

Any failure to comply with the Protocols shall amount to a violation of this Article V-1. Violation of this Article V-1 may result in the following sanctions:
(i)    For a player: a fine of up to $500, and/ or an Immediate Default under Article IV.S (Defaults). If such violation occurs during a match (including the warm-up), the player shall be penalised in accordance with the Point Penalty Schedule at Article IV.R. One violation of this Article V-1.A that is flagrant and particularly injurious to the success of the tournament, or is singularly egregious, or a series of two (2) or more violations of this Article V-1.A within a twelve (12) month period which when viewed together establish a pattern of conduct that is collectively egregious and is detrimental or injurious to the tournament may also constitute the Major Offence of "Aggravated Behaviour".
(ii)    For a Related Person or any other Covered Person: immediate revocation of accreditation and denial of access to the tournament. One or more violations which are singularly or collectively

flagrant or egregious or detrimental or injurious to the tournament may also result in permanent revocation of accreditation and denial of access to all ITF tournaments, competitions and events as determined by the ITF.

## B.    DETERMINATION AND PENALTY

The ITF Supervisor shall make such investigation as is reasonable to determine the facts regarding an alleged violation of Article V-1.A. Upon determining that a violation has occurred, the ITF Supervisor shall specify the fine and/or other sanction(s) to be imposed and give written notice thereof to the Covered Person. The ITF Supervisor shall not revoke a Covered Person's entry and/or access to an ITF World Tennis Tour tournament without first consulting the ITF Executive Director save where the immediate revocation of entry and/or access to a tournament is, in the reasonable opinion of the ITF Supervisor, necessary to preserve the health and safety of other Covered Person.

## C.    PAYMENT OF FINES

Each ITF World Tennis Tour Tournament shall deduct fines levied by the ITF Supervisor for violations of this Article V-1 from a player's winnings, if any, and promptly pay the same to the ITF. Any unpaid fines by any Player shall also be collected at other ITF tournaments for remission to the ITF.

## D.    APPEAL

Any Covered Person found to have committed an offence under Article V-1.A may, after paying all fines as provided above, appeal the determination of a violation and/or the punishment imposed under section A. above (but not any Immediate Default issued to a player) to the ITF Internal Adjudication Panel, which shall determine the matter in accordance with its Procedural Rules (save that there shall be no right of appeal against the ITF Internal Adjudication Panel's decision). The appeal shall be made in writing, using the form prescribed by the ITF and must be filed with the ITF by 17:00 (5.00pm) GMT within fourteen (14) days from the date the Covered Person is notified of the violation. The Notice of Appeal must include a statement by the Covered Person as to the facts and circumstances of the incident along with any other evidence the Covered Person wishes to submit.

## ARTICLE VI: MAJOR OFFENCES

## A.    AGGRAVATED BEHAVIOUR

No player or Related Person at any ITF World Tennis Tour Tournament shall engage in "Aggravated Behaviour" which is defined as follows:

**1.**    One or more incidents of behaviour designated in this Code as constituting "Aggravated Behaviour";

**2.**    One incident of behaviour that is flagrant and particularly injurious to the success of an ITF World Tennis Tour Tournament, or is singularly egregious;

**3.**    A series of two (2) or more violations of this Code within a twelve (12) month period which singularly do not constitute "Aggravated Behaviour", but when viewed together establish a pattern of conduct that is collectively egregious and is detrimental or injurious to the ITF World Tennis Tour Tournaments.

In addition, any player or Related Person who, directly or indirectly, offers or provides or receives any money, benefit or consideration to or from any other Covered Person or third party in exchange for access and/or accreditation to the tournament site shall be deemed to have engaged in Aggravated Behaviour and be in violation of this Section.

Violation of this Section by a player, directly or indirectly through a Related Person or others, shall subject a player to a fine of up to $5,000 or the amount of prize money won at the tournament, whichever is greater, and a maximum penalty of permanent suspension from play in any ITF Tournament, event or ITF World Tennis Tour.

Violation of this Section shall subject a Related Person to a maximum penalty of permanent revocation of accreditation and denial of access to any the ITF World Tennis Tour, ITF Tournament, event, or circuit.

## B.    CONDUCT CONTRARY TO THE INTEGRITY OF THE GAME

No player or Related Person shall engage in conduct contrary to the integrity of the Game of Tennis. If a player is convicted of the violation of a criminal or civil law of any country, the player may be deemed by virtue of such conviction to have engaged in conduct contrary to the integrity of the Game of Tennis and the ITF Executive Director may provisionally suspend such player from further participation in ITF World Tennis Tour Tournaments pending a final determination in Section C. In addition, if a player has at any time behaved in a manner severely damaging to the reputation of the sport, the player may be deemed by virtue of such behaviour to have engaged in conduct contrary to the integrity of the Game of Tennis and be in violation of this Section. Violation of this Section by a player, directly or indirectly through a Related Person or others, shall subject a player to a fine up to $5,000 and/or to a maximum penalty of permanent suspension from play in any ITF World Tennis Tour Tournament, ITF Tournament, event or circuit.

Violation of this Section shall subject a Related Person to a maximum penalty of permanent revocation of accreditation and denial of access to any ITF World Tennis Tour Tournament, ITF Tournament, event, or circuit.

## C.    DETERMINATION AND PENALTY

The ITF will investigate all facts concerning any alleged Major Offence. All Players and Related Persons must cooperate fully with such investigations. The ITF may make a written demand to a Player or Related Person (a "Demand") to furnish to the ITF any information that may evidence or lead to the discovery of evidence of a Major Offence, including (without limitation) requiring the Player or other Related Person to attend an interview and/or to provide a written statement setting forth his/her knowledge of the relevant facts and circumstances. The Player or Related Person must furnish such information within seven business days of the making of such Demand, or within such other deadline as may be specified by the ITF.

Where, as the result of an investigation under this Article VI.C, the ITF forms the view that a Player or Related Person has a case to answer for commission of a Major Offence, the ITF shall send a written notice to the Player or Related Person (the "Notice of Charge") setting out:

(a)  the Major Offence(s) alleged to have been committed, a summary of the facts upon which such allegations are based;

(b)  the potential consequences applicable if it is determined that the alleged Major Offence has been committed; and

(c)  the Player or Related Person's entitlement to respond to the Notice of Charge in one of the following ways:

(i)     to admit the Major Offence(s) charged, and accede to the consequences specified in the Notice of Charge;

(ii)    to admit the Major Offence(s) charged, but to dispute and/or seek to mitigate the consequences specified in the Notice of Charge, and to have the Independent Tribunal determine the consequences at a hearing; or

(iii)   to deny the Major Offence(s) charged, and to have the Independent Tribunal determine the charge and (if the charge is upheld) any consequences, at a hearing.

(d)    if the Player or Related Person wishes to exercise his/her right to a hearing before the Independent Tribunal, he/she must submit a written request for such a hearing so that it is received by the ITF as soon as possible, but in any event within 10 days of the Player or Related Person's receipt of the Notice. The request must also state how the Player or Related Person responds to the charge in the Notice and must explain (in summary form) the basis for such response. In the event no such response is received by that deadline, the Player or Related Person will be deemed to have admitted the Major Offence(s) charged, and to have acceded to the consequences specified in the Notice of Charge.

In the event that the ITF withdraws the Notice of Charge, or the Player or Related Person admits the Major Offence(s) charged and accedes to the consequences specified by the ITF (or is deemed to have done so), a hearing before the Independent Tribunal shall not be required. Instead the ITF shall promptly issue a decision confirming (as applicable) its withdrawal of the Notice of Charge or the commission of the Major Offence(s) and the imposition of the specified consequences, and shall send a copy of the decision to the Player or Related Person.

**Provisional Suspension**
At the time, afterwards, or (exceptionally) before, it issues a Notice of Charge, the ITF may impose a Provisional Suspension on the Player or Related Person in question pending determination of the charge(s), where it considers it necessary to protect the integrity and/or reputation of the Competition, the ITF, and/or the sport of tennis.

Where a Provisional Suspension is imposed, the ITF shall notify the Player or Related Person of his/her right:

(a)     at his/her election, to make an application to the Chair of the Independent Tribunal convened to hear his/her case, either immediately or at any time prior to the full hearing, for an order that the Provisional Suspension should not be imposed (or, if the Provisional Suspension has been imposed, that it should be vacated). The Chair of the Independent Tribunal, sitting alone, will rule on the application as soon as reasonably practicable; and

(b)     to have the proceedings before the Independent Tribunal expedited so that the hearing is held, and the charge against him/her is determined, as soon as possible, consistent with the requirements of due process.

In circumstances where the ITF decides not to impose a Provisional Suspension, the Player or Related Person shall be offered the opportunity to accept a voluntary Provisional Suspension pending the resolution of the matter. If the Player or Related Person wishes to accept the offer (and receive credit against any period of suspension that might be imposed), the Player or Related Person must communicate his/her acceptance in writing to the ITF, in a form acceptable to the ITF.

No admission shall be inferred, or other adverse inference drawn, from the decision of a Player or Related Person (a) not to make an application to avoid (or to vacate) a Provisional Suspension, or (b) to accept a voluntary Provisional Suspension.

A Player or Related Person may not, during the period of any Provisional Suspension, play, coach or otherwise participate in any capacity in any ITF World Tennis Tour Tournament, ITF Tournament, event, or circuit owned or sanctioned by the ITF.

Any period of Provisional Suspension served by the Player or Related Person (whether imposed or voluntarily accepted in writing, in a form acceptable to the ITF) shall be credited against any period of suspension imposed by the Independent Tribunal, provided that the Player or Related Person must have respected the terms of the Provisional Suspension in full. No credit against a period of suspension shall be given for any time period before the effective date of the Provisional Suspension (whether imposed or voluntarily accepted in writing, in a form acceptable to the ITF), regardless of the Player's or Related Person's status or lack of participation during such period. If a period of suspension is served pursuant to a decision that is subsequently appealed, then the Player or Related Person shall receive a credit for such period of Provisional Suspension served against any period of suspension that may ultimately be imposed on appeal.

**Hearing**
If the Player or Related Person charged exercises his/her right to a hearing, the matter shall be referred to the Independent Tribunal and shall be resolved in accordance with the Independent Tribunal's Procedural Rules.

**D.    PAYMENT OF FINES**

All fines levied by the Independent Tribunal for Major Offences shall be paid by the player to the ITF within thirty (30) days after receipt of written notice thereof. If the fine is not paid in thirty (30) days, the ITF Executive Director will instruct:
a) the next ITF World Tennis Tour Tournament to require the player to pay the entire fine prior to playing; or
b) withhold prize money due to the player until settlement is made; and
c) the Player's fine will be added to the Player's unpaid fines and Article I, C. shall apply.

**E.    COMMENCEMENT OF PENALTY**

A suspension imposed on a Player for a Major Offence shall take effect from the later of the following, unless specified otherwise by the Independent Tribunal or the ITF when issuing the suspension:
a) the date of notification by the ITF or Independent Tribunal;
b) if the Player is participating in a Tournament on the date of notification, the day after he or she finishes competing in that Tournament.

The revocation of accreditation or denial of access to ITF World Tennis Tour Tournaments imposed on a Related Person shall take effect immediately upon notification.

Any breach by a player or Related Person of the terms of their penalty under this section VI shall be referred to the ITF Internal Adjudication Panel and dealt with pursuant to clause 5 of the *Procedural Rules governing an Internal Adjudication Panel convened under ITF Rules.*

**F.    APPEAL**

The ITF, the Player and/or the Related Person may appeal the Independent Tribunal's decision to the Court of Arbitration for Sport. The appeal proceedings shall be conducted in accordance with the CAS Code of Sports-related Arbitration, in the English language, and shall be governed by English Law.

## ARTICLE VII: MEDICAL CONTROL – ANTI-DOPING POLICY

Any Player, Player Support Personnel or other Person who enters or participates in the ITF World Tennis Tour shall be bound by and shall comply with all of the provisions of the ITIA Tennis Anti-Doping Programme.

The ITIA Tennis Anti-Doping Programme is set out in full on the ITIA website (https://www.itia.tennis/anti-doping).

## ARTICLE VIII: TOURNAMENT OFFENCES

### A.    APPLICABILITY

This Article shall apply to each ITF World Tennis Tour Tournament and any Applicant for such an event. References in this Article to a "Tournament" shall hereafter mean an ITF Tournament or applicant for such a tournament, and where applicable refers to the legal entity (personal or corporate) that is applying for, administering, operating or otherwise organising the ITF Tournament.

### B.    GUARANTEES

The owner(s), operator(s), sponsor(s) or agent(s) of a Tournament shall not offer, give or pay money or anything of value, nor shall such a tournament permit any other person or entity to offer, give or pay money or anything of value to a player, directly or indirectly, to influence or guarantee a player's appearance at a Tournament other than prize money and permitted amateur expenses, unless authorised to do so by the Committee. Violation of this Section shall subject the Tournament to a fine up to $5,000 plus the amount or value of any such payment, disqualification, and loss of sanction, and/ or forfeiture of all sums, if any, previously paid to the ITF. In the event the ITF Executive Director believes that a Tournament may be violating this Section, then upon demand the Tournament must furnish or cause to be furnished to the ITF Executive Director or his agent access to and copies of all records to which it has access relating in any way to such alleged guarantee, or, in the absence of such records, an affidavit setting forth the facts in detail with respect to any transaction under question by the ITF Executive Director.

### C.    WILD CARDS

No Tournament, directly or indirectly, shall offer, give, solicit, receive or accept, or agree to offer, give, solicit, receive or accept anything of value in exchange for a Wild Card. Violation of this section shall subject the Tournament to a fine of up to $5,000, and/or forfeiture of all sums, if any, previously paid to the ITF, and/or withdrawal of its sanction.

### D.    CONDUCT CONTRARY TO THE INTEGRITY OF THE GAME

No Tournament, or any owner, promoter, or operator thereof, shall engage in conduct contrary to the integrity of the Sport.

Violation of this Section shall subject the Tournament to a fine up to $5,000 and/or forfeiture of all sums, if any, previously paid to the ITF.

**E.      ITF WORLD TENNIS TOUR RULES**

No Tournament shall violate any provisions of these ITF World Tennis Tour Rules. Violation of this Section shall subject the Tournament to withdrawal of sanction, a fine up to $5,000 and/or forfeiture of all sums, if any, previously paid to the ITF.

**F.      LATE CANCELLATION**

No Tournament shall cancel less than sixty (60) days prior to the scheduled commencement of the event.

Violation of this section shall subject the Tournament to a fine of up to $5,000, forfeiture of all sums, if any, previously paid or due to the ITF, reimbursement of unrecoverable expenses incurred and/or denial of subsequent Applications.

**G.      COVID-19 PROTOCOLS**

In response to the Covid-19 pandemic, the ITF introduced an obligation for Tournaments to comply with the ITF Return to International Tennis Protocols including without limitation the Minimum Standards of Behaviour (the "Protocols").

The ITF reserves the right at any time to reintroduce the obligation for Tournaments to comply with the Protocols. The ITF's decision to reintroduce the obligation for Tournaments to comply with the Protocols shall be made entirely at the ITF's discretion and shall be made without any obligation to notify Tournaments, National Associations, Regional Associations or other governing bodies.

In the event the ITF decides to reintroduce the obligation, a Tournament shall comply with the Protocols. . Any failure to comply with the Protocols shall amount to a violation of this Article VIII.G. Violation of this Article VIII.G shall subject the Tournament to a fine of up to $5,000, forfeiture of all sums, if any, previously paid or due to the ITF, an order for reimbursement of unrecoverable expenses incurred by Covered Person, withdrawal of its sanction and/or denial of subsequent applications to host.

**H.      DETERMINATION AND PENALTY**

The ITF shall cause an investigation to be made of all facts concerning any alleged Tournament Offence by a Tournament and shall provide written notice of such investigation to the Tournament involved. The Tournament must cooperate fully with such investigations.

The ITF may make a written demand to a Tournament (a "Demand") to furnish to the ITF any information that may evidence or lead to the discovery of evidence of a Tournament Offence, including (without limitation) requiring the Tournament to attend an interview and/or to provide a written statement setting forth its knowledge of the relevant facts and circumstances. The Tournament must furnish such information within seven business days of the making of such Demand, or within such other deadline as may be specified by the ITF.

Where, as the result of an investigation under this Article <u>VIII.H,</u> the ITF forms the view that a Tournament has a case to answer for commission of a Tournament Offence, the ITF shall send a written notice to the Tournament (the "Notice of Charge") setting out:

(a)      the Tournament Offence(s) alleged to have been committed, a summary of the facts upon which such allegations are based;

(b)      the potential consequences applicable if it is determined that the alleged Tournament Offence has been committed; and

(c)     the Tournament's entitlement to respond to the Notice of Charge in one of the following ways:

    (i)    to admit the Tournament Offence(s) charged, and accede to the consequences specified in the Notice of Charge;

    (ii)   to admit the Tournament Offence(s) charged, but to dispute and/or seek to mitigate the consequences specified in the Notice of Charge, and to have the Independent Tribunal determine the consequences at a hearing; or

    (iii)  to deny the Tournament Offence(s) charged, and to have the Independent Tribunal determine the charge and (if the charge is upheld) any consequences, at a hearing;

(d)     if the Tournament wishes to exercise its right to a hearing before the Independent Tribunal, it must submit a written request for such a hearing so that it is received by the ITF as soon as possible, but in any event within 10 days of the Tournament's receipt of the Notice. The request must also state how the Tournament responds to the charge in the Notice and must explain (in summary form) the basis for such response. In the event no such response is received by that deadline, the Tournament will be deemed to have admitted the Tournament Offence(s) charged, and to have acceded to the consequences specified in the Notice of Charge.

In the event that the ITF withdraws the Notice of Charge, or the Tournament admits the Tournament Offence(s) charged and accedes to the consequences specified by the ITF (or is deemed to have done so), a hearing before the Independent Tribunal shall not be required. Instead, the ITF shall promptly issue a decision confirming (as applicable) its withdrawal of the Notice of Charge or the commission of the Tournament Offence(s) and the imposition of the specified consequences and shall send a copy of the decision to the tournament.

**Hearing**

If the tournament charged exercises its right to a hearing, the matter shall be referred to the Independent Tribunal and shall be resolved in accordance with the Independent Tribunal's Procedural Rules.

**I.    PAYMENT OF FINES**

All fines levied by the Independent Tribunal for Tournament Offences shall be paid by the Tournament to the ITF within thirty (30) days after receipt of written notice thereof.

**J.    APPEALS**

Any Tournament found to have committed a Tournament Offence may, after paying all fines as above provided, appeal the decision of the Independent Tribunal to the Court of Arbitration for Sport. The appeal proceedings shall be conducted in accordance with the CAS Code of Sports-related Arbitration, in the English language, and shall be governed by English Law.

**ARTICLE IX: RECIPROCITY & INFORMATION SHARING**

Defined terms used in this Article are:

(a) Tennis Organisation means any organisation involved in the governance, regulation, sanctioning, organization, or administration of tennis, including but not limited to the

Women's Tennis Association, Association of Tennis Professionals, the Grand Slam Board, and each member national association;

(b) Disciplinary Sanction means a suspension, ineligibility or other sanction issued against a Covered Person (as defined in Article XIII - ITF Welfare Policy) pursuant to a conduct or disciplinary process, under a code of conduct or disciplinary policy (including where some or all of the sanction is suspended, but strictly excluding monetary fines);

(c) Reciprocate means the affirmation, modification or extension of a Disciplinary Sanction;

The ITF reserves the right to ask the ITF Internal Adjudication Panel to Reciprocate with respect to any or all Tournaments and/or Competitions referred to under these Regulations, a Disciplinary Sanction issued by or on behalf of the ITF, any other Tennis Organisation or other relevant authority.

When considering whether to Reciprocate a Disciplinary Sanction, the ITF Internal Adjudication Panel will have regard to the following matters :

i. Whether the Disciplinary Sanction was so unreasonable as to be manifestly excessive or unduly lenient;

ii. Whether the disciplinary proceedings that resulted in the Disciplinary Sanction were procedurally unfair or contrary to natural justice, having regard to all the circumstances.

A decision by the ITF Internal Adjudication Panel to Reciprocate a Disciplinary Sanction may be appealed by the Covered Person to the Independent Tribunal, which shall determine the matter in accordance with its Procedural Rules (save that there shall be no right of appeal against the Independent Tribunal's decision).

The ITF shall have the right in its absolute discretion to share information concerning any complaint against a Covered Person with and/or conduct an investigation in conjunction with any Tennis Organisation or any other relevant authorities. The ITF Internal Adjudication Panel may also refer the complaint and/or any information received during the course of investigating an allegation or prosecuting a charge to any authorities they consider appropriate in their absolute discretion. The ITF shall have the absolute discretion, where it deems appropriate, to stay its own investigation pending the outcome of investigation being conducted by any Tennis Organisation and/or any relevant authority.

Without prejudice to the ability of the ITF to exercise the powers set out above, the ITF requires a National Association and requests other Tennis Organisations to inform the ITF in the event that it imposes a Disciplinary Sanction of 6 months or longer (or of equivalent or greater seriousness).

### ARTICLE X: INTERPRETATIONS

Any person or entity subject to this Code may file with the ITF Internal Adjudication Panel a request for an interpretation or clarification of the Code and/or its applicability and effect on a particular event or transaction.

### ARTICLE XI: NOTICE

All written communications to the ITF Senior Executive Director should be addressed as follows, unless notice of change is subsequently published:

ITF Senior Executive Director, Tours and Player Pathway
International Tennis Federation

Bank Lane
Roehampton
London SW15 5XZ
England
Tel: (44) 20 8878 6464

## A.      PLAYER

Notice that a player is being investigated pursuant to a possible Major Offence charge shall be served personally upon him. Service of any other document required by the Code shall be deemed complete if mailed to the subject player at his home address or other address designated by the player, along with a copy to any player association of which he is a member provided that the ITF Senior Executive Director of Tours and Player Pathway has notice of such membership.

## B.      TOURNAMENT

Service of any document on an ITF World Tennis Tour Tournament as required by this Code shall be deemed complete if mailed to the ITF World Tennis Tour Tournament Director along with a copy to the Tournament Administrator.

## ARTICLE XII: AMENDMENTS

This ITF World Tennis Tour Code of Conduct may only be amended, repealed, or otherwise modified, in whole or in part, by the ITF.

## ARTICLE XIII: WELFARE POLICY

A "**Covered Person"** is bound by all sections of this Welfare Policy, and is defined as any person who:
- Receives accreditation and/or otherwise competes, coaches, officiates, works at, or otherwise participates in any tennis tournament, event or activity organised or sanctioned by the ITF;
- Holds a valid player registration to enter or compete in any ITF tennis tournament (**Player**);
- Is a parent, legal guardian or chaperone of a Player;
- Is a coach, trainer, manager, agent, team staff, official, medical, paramedical personnel, therapist or any other Person supporting, working with, treating or assisting any Player participating in or preparing to participate in a tennis tournament, event or activity organised or sanctioned by the ITF;
- Attends, or is a resident or is employed at, an ITF Regional Training Centre;
- Is a member of an ITF Touring Team in any capacity;
- Is an ITF employee or ITF-appointed consultant;
- Holds an ITF or ITF-recognised Officiating or Coaching qualification or certification;
- Attends, whether by payment or otherwise, any ITF tournament, event or activity; or
- Acts as an ITF contractor or volunteer or is involved in the administration of or preparation for any of the above.

Each Covered Person is deemed, as a condition of their participation in the activities described above, to have agreed to be bound by this Policy, and to have submitted to the authority of the ITF to enforce this Policy, including any consequences for breach thereof, and to the jurisdiction of the hearing panels identified in these Regulations and in the ITF Safeguarding and Case Management Procedures to hear and determine cases and appeals brought under this Policy.

**Section A.**
Criminal Conduct – illegal drugs and substances
Any Covered Person convicted of or having entered a plea of guilty or no contest to a criminal charge or indictment relating to the use, possession, distribution or intent to distribute illegal drugs or substances will be deemed to be in violation of this Section A of the ITF Welfare Policy and shall be subject to sanction in accordance with the *Procedural Rules Governing Proceedings before an Internal Adjudication Panel Convened Under ITF Rules.*

**Section B.**
Children Safeguarding Policy
*Published separately and available in full on the ITF website at*
*https://www.itftennis.com/en/about-us/governance/rules-and-regulations/*

**Section C.**
Adult Safeguarding Policy
*Published separately and available in full on the ITF website at*
*https://www.itftennis.com/en/about-us/governance/rules-and-regulations/*

**Section D.**
Safeguarding and Case Management Procedures
*Published separately and available in full on the ITF website at*
*https://www.itftennis.com/en/about-us/governance/rules-and-regulations/*



## 2025 FINES GUIDELINES AND OFFENCE CODES FOR ITF WORLD TENNIS TOUR TOURNAMENTS

### ENTRY OFFENCES

| LATE WITHDRAWALS | | Singles Withdrawals 13-6 days (14:00hrs GMT) before Monday of Main Draw week | Singles Withdrawals 6 days (14:00hrs GMT) before Monday of Main Draw week to Freeze Deadline | Singles Withdrawals after the Freeze Deadline Until the Qualifying Sign-In Deadline | Singles Withdrawals After Qualifying Sign-In Deadline | ADVANCE ENTRY DOUBLES - After Freeze to Doubles Sign-in Deadline | DOUBLES No Show/Failure to Sign-in After Doubles Sign-In Deadline |
|---|---|---|---|---|---|---|---|
| Player to notify and report withdrawal to: | | IPIN | IPIN | ITF Office / Supervisor | Supervisor | ITF Office / Supervisor | Supervisor |
| W75 & W100 (Women's only) | Main Draw | $150 WM5713 | $250 WM576 | $400 WM57QS | $600 WM57S | $150 DM57DS | $600 DM57S |
| | Qualifying event | $75 WQ5713 | $100 WQ576 | $150 WQ57QS | $200 WQ57S | | |
| W/M15, W35/M25 & W50 | Main Draw | $75 WM1213 | $150 WM126 | $250 WM12QS | $400 WM12S | $50 DM12DS | $400 DM12S |
| | Qualifying event | $50 WQ1213 | $50 WQ126 | $75 WQ12QS | $100 WQ12S | | |

| NO SHOW / FAILURE TO SIGN-IN FINES | | Offence | To be reported by ITF Supervisor | Fine amount | | Offence code |
|---|---|---|---|---|---|---|
| W75 & W100 (Women's only) | Main Draw | No Show | | $1,000 | | ZM57S |
| | Qualifying event | Failure to Sign-In (No Show) | | $250 | | ZQ57AS |
| W/M15, W35/M25 & W50 | Main Draw | No Show | | $500 | | ZM12S |
| | Qualifying event | Failure to Sign-In (No Show) | | $150 | | ZQ12AS |

| PLAYING ANOTHER EVENT (PAE) | | Offences | To be reported by ITF Office | Fine amount | Offence code |
|---|---|---|---|---|---|
| **Singles** | | | | | |
| Women's only | W15, W35 & W50 | LW Main Draw - PAE (1st offence: $125, 2nd: $250, 3rd: $375, 4th: $500) | | up to $500 | WMNA |
| | W75 & W100 (Women's only) | LW Main Draw - PAE (1st offence: $250, 2nd: $375, 3rd: $500) | | up to $500 | WMNA |
| | Qualifying event (all) | LW Qualifying - PAE (1st offence: $125, 2nd: $250, 3rd: $375, 4th: $500) | | up to $500 | WQNA |
| Men's only | Main Draw / Qualifying | PAE (1st offence: $125, 2nd: $250) | | up to $250 | PAE |
| **Doubles** | | | | | |
| Women's only | W35 & W50 | LW Main Draw - PAE (1st offence: $75/person, 2nd: $150/person) | | up to $150 | WDNA |
| | W75 & W100 (Women's only) | LW Main Draw - PAE (1st offence: $100/person, 2nd: $200/person) | | up to $200 | WD57NA |
| Men's only | M25 | LW Main Draw - PAE (1st offence: $75/person, 2nd: $150/person) | | up to $150 | MDNA |

| PLAYER ON-SITE OFFENCES (GUIDELINES) | To be reported by ITF Supervisor | Qualifying | | Main Draw | |
|---|---|---|---|---|---|
| | | Maximum: $200 | | Maximum: $500, FCM-$750 | |
| Offence | * May constitute aggravated behaviour **not handled by Supervisor** | Guidelines | Offence code | Guidelines | Offence code |
| Punctuality | | $25-100 | Pun (10 or 15) | $50-250 | Pun (10 or 15) |
| Audible Obscenity *, Visible Obscenity * | | $25-50 | AOb, VOb | $50-100 | AOb, VOb |
| Verbal Abuse * | | $50 | VA | $75-150 | VA |
| Physical Abuse * | | $100 | PhA | $250 | PhA |
| Ball Abuse, Racket Abuse | | $25 | BA, RA | $50-75 | BA, RA |
| Coaching & Coaches * | | $50 | CC | $150-$250 | CC |
| Unsportsmanlike Conduct * | | $50 | UnC | $75-150 | UnC |
| Dress & Equipment | | $25-50 | D&E | $50-100 | D&E |
| Best Efforts, Leaving the Court | | $100 | BE, LC | $250 | BE, LC |
| Failure to Complete Match /Tournament * | | $100 | FCM | $500-750 | FCM |
| Ceremonies, Media Conference | | | | $50-150 | Cer, MC |
| DEFAULTS | To be reported by ITF Supervisor | Qualifying | | Main Draw | |
| Default - In addition to any fine(s) for the on-court offences | | $100 | Def, D | $250 | Def, D |

Code of Conduct

