# Exhibit 17

# Memorandum,

# Articles of Association

# and

# Bye-laws

# of

# ITF LIMITED

# Trading as the International Tennis Federation

# CONTENTS

Page No

**Memorandum of Association** 1

**Articles of Association**

| | | |
|---|---|---|
| 1 | Interpretation | 4 |
| 2 | Membership Categories | 5 |
| 3 | Applications for Membership | 6 |
| 4 | Resignation, Suspension of Membership, Termination of Membership and Expulsion | 8 |
| 5 | Re-admittance to Membership | 9 |
| 6 | Subscriptions | 10 |
| 7 | Regional Associations | 10 |
| 8 | Recognised Organisations | 12 |
| 9 | Registered Shares | 13 |
| 10 | Transfer of Registered Shares | 13 |
| 11 | Exclusive Voting Rights of Class B Members | 13 |
| 12 | Voting by Members | 14 |
| 13 | The Council | 14 |
| 14 | Annual General Meetings | 15 |
| 15 | Extraordinary General Meetings | 16 |
| 16 | Notice of General Meetings | 16 |
| 17 | Notice of Resolutions | 17 |
| 18 | Conduct of General Meetings | 17 |
| 19 | Composition of Board of Directors | 20 |
| 20 | The President of the Company | 21 |
| 21 | Nomination, Election and Tenure of Directors | 22 |
| 22 | Powers and Duties of Directors | 24 |
| 23 | Proceedings of the Board of Directors | 25 |
| 24 | Officers | 27 |
| 25 | Committees and Commissions | 28 |
| 26 | Accounts of the Company | 29 |
| 27 | Competitions | 29 |
| 28 | Rules of Tennis | 30 |
| 29 | Notices | 30 |
| 30 | Indemnity | 31 |
| 31 | Miscellaneous Protocols | 31 |

**32**    Alteration to the Constitution                                                   31

**33**    Arbitration                                                                       32

**34**    Dissolution                                                                       32

**35**    Application of the Company's Funds in the Event of Dissolution                     32


**Bye-laws**

**1**     Definitions and Interpretations                                                   34

**2**     The Competitions                                                                  34
**2.1**       Team Competitions                                                             34
**2.2**       Individual Competitions                                                       35

**3**     Tournaments, Regulations and Awards                                               38
**3.1**       World Championships                                                           38
**3.2**       Awards for Services to the Game                                               38

**4**     Tennis Anti-Doping Programme                                                      39

**5**     ITF Welfare Policy                                                                39

**6**     Penalties and Suspensions                                                         40
**6.1**       Penalties - Associations and their Affiliated Organisations                   40
**6.2**       Suspension from Official Team Competitions                                     40

**7**     Routine Matters/Miscellaneous Issues                                              40
**7.1**       Duties of Committees                                                          40
**7.2**       Duties of Commissions                                                         41
**7.3**       Procedures for the Review and Hearings on the Rules of Tennis                 42


**Appendices**

Appendix A    Share Register                                                               43

Appendix B    Voting - Summary of Items Requiring Other than
              a Bare Majority                                                              46

Appendix C    International Olympic Committee                                              48

Appendix D    Team Trophies presented by the International Tennis
              Federation                                                                  51

Appendix E    Annual ITF Awards                                                           53

**Roll of Honour**

| | |
|---|---|
| Grand Slam | 54 |
| World Singles Champions | 55 |
| World Doubles Champions | 56 |
| Wheelchair World Champions | 57 |
| Junior World Singles Champions | 58 |
| Junior World Doubles Champions | 59 |
| Junior World Champions | 60 |
| Philippe Chatrier Award | 61 |
| Brad Parks Award | 61 |
| Olympic Games Gold Medal Winners | 62 |
| Paralympic Games Gold Medal Winners | 65 |
| ITF Awards for Services to the Game | 66 |
| National Association Nominations | 67 |
| History of ITF Annual General Meetings | 73 |
| Officers of the International Tennis Federation | 74 |

ITF Office Holders    76

ITF Administration    77

ITF Board of Directors - 2009-2011 Honorary Treasurer, Auditors and Legal Counsel    78

Committees and Commissions - 2009-2011    81

ITF Bodies & Working Groups    86

Appointments to Other Bodies    87

Addresses of Affiliated National Associations (Class B and Class C Members)    88

Addresses of Affiliated Regional Associations    120

Addresses of Recognised Organizations    121

## COMMONWEALTH OF THE BAHAMAS

## MEMORANDUM OF ASSOCIATION

## OF

## ITF LIMITED

## THE INTERNATIONAL BUSINESS COMPANIES ACT 2000

## AN INTERNATIONAL BUSINESS COMPANY LIMITED BY SHARES

I     The name of the company is ITF Limited.

II    The Registered Office of the Company is situated at the business premises of Graham, Thompson & Co. at Shirley Street and Victoria Avenue in the Western District of the Island of New Providence, one of the Islands of the Commonwealth of the Bahamas, and its postal address is P.O. Box N- 272, Nassau, Bahamas.

III    The Registered Agent of the Company is GTC Corporate Services Ltd. whose address is Sassoon House, Shirley Street and Victoria Avenue, Nassau, Bahamas and whose postal address is P.O. Box N-272, Nassau, Bahamas.

IV    The objects and purposes for which the Company is established are to:

(a)    foster the growth and development of the sport of Tennis on a worldwide basis

(b)    perform the functions of the world governing body for the sport of Tennis

(c)    make, amend, uphold and enforce the Rules of Tennis

(d)    promote universally the development of the game at all levels and ages for both able-bodied and disabled men and women

(e)    take such measures as may appear expedient for advancing the interests of Tennis from an international point of view

(f)    promote and encourage the teaching of Tennis

(g)    make and uphold the Regulations for the International Team Championships and the competitions of the Company

(h)    award Official Tennis Championships recognised by the Company

(i)    give the Members of the Company by joint action a greater influence in their dealings with the governing bodies of other sports

(j)    preserve the independence of the Company in all matters concerning the game of Tennis without the intervention of any outside authority in its relations with its Members and other organisations affiliated to the Company

(k)    define the requirements for player status in Tennis and to regulate amateur, professional and mixed amateur/professional play

(l)    administrate the finances of the Company in such a manner as shall be deemed expedient

(m)    preserve the integrity and independence of Tennis as a sport

(n)    engage in any other act or activity that is not prohibited under any law for the time being in force in the Commonwealth of the Bahamas

(o)    carry out its objects and purposes without unfair discrimination on grounds of colour, race, nationality, ethnic or national origin, age, sex or religion

V    The liability of the members is limited.

VI    The capital of the Company is One thousand dollars in the currency of the United States of America (US$ 1,000.00) divided into One hundred (100) Class A Shares having a par value of one United States dollar (US$1.00) each, Six hundred (600) Class B Shares having a par value of one United  States dollar (US$1.00) each, and Three hundred (300) Class C Shares having a par value of one United States dollar (US$1.00) each, with power to divide the shares in the capital for the time being into several classes and series and with power to increase or reduce the capital and to issue any of the shares in the capital (whether original, increased or reduced), with or subject to any preferential, special or qualified rights or conditions as regards dividends, repayment of capital, voting or otherwise, as the Directors of the Company may from time to time up to the first general meeting of the Company by ordinary resolution designate and thereafter as the Class B Members may in any general meeting of the Company (inclusive of the first general meeting aforementioned) from time to time by ordinary resolution designate. Up to the first general meeting of the Company the Directors and from and after the first general meeting the Class B Members are hereby expressly authorised to fix by ordinary resolution any designations, powers, preferences, rights, qualifications, limitations or restrictions on each class or series of shares.

VII    The shares in the capital of the Company shall be issued in the currency of the United States of America.

VIII    This memorandum may be amended at any time and from time to time in such manner as may be prescribed by the Articles of Association of the Company.

The persons whose names and addresses are subscribed are desirous of being formed into a company in pursuance of this Memorandum of Association and agree to take the number of shares in the capital of the Company set opposite their respective names.

Names, addresses and                              Number of shares taken
Description of Subscribers                         by each Subscriber


1.      ADANSONIA INVESTMENTS LIMITED
              Nassau, Bahamas
              By their representatives,
              Paul Doyle and William Jennings
              C/O Coutts (Bahamas) Ltd
              PO Box
              Nassau, Bahamas
        One Class A Share

_____


2.      MARIDI INVESTMENT COMPANY LIMITED
              Nassau, Bahamas,
              By their representatives,
              Paul Doyle and William Jennings,
              C/O Coutts (Bahamas) Ltd
              PO Box N 7788
              Nassau, Bahamas
        One Class A Share

_____


        TOTAL SHARES TAKEN                    Two Class A Shares

Dated this 16th Day of December A.D. 1997

WITNESS: TANYA HANNA

3

**COMMONWEALTH OF THE BAHAMAS**

**ARTICLES OF ASSOCIATION**

**OF**

**ITF LIMITED**

**THE INTERNATIONAL BUSINESS COMPANIES ACT 2000**
**COMPANY LIMITED BY SHARES**

_____

1.    In the interpretation of these presents, unless there be something in the subject or context inconsistent there with:-

"the Act" means The International Business Companies Act 2000 of The Bahamas as amended from time to time;

"Bye-law/s" mean the independent and additional rules and regulations known as "The Bye-laws of ITF Limited" established in accordance with and subject to the Memorandum and Articles of Association of the Company and which form part of the Constitution. PROVIDED that in the event of a conflict between the interpretation expressed in the Bye-laws and that expressed in the Memorandum and Articles of Association, the latter shall prevail;

"the Constitution" means the Memorandum and Articles of Association and the Bye-laws of the Company referred to collectively;

"the Council" means the delegates of all the Members assembled in a General Meeting;

"the Board of Directors" means the Board of Directors for the time being of the Company;

"the Federation" means The International Tennis Federation, an unincorporated body;

"General Meeting" and "Meeting" includes an Annual General Meeting and an Extraordinary General Meeting of the Members;

"the ITF Trust" means the trust declared by and contained in that certain Declaration of Trust dated the 22nd day of December, 1997 and known as the ITF Trust";

"Member/s" mean Class A Members, Class B Members and Class C Members of the Company referred to collectively;

"month" means calendar month;

"the Office" means the Registered Office for the time being of the Company;

"the Professional Executive" means the executive staff employed by the Company exclusive of the Officers appointed under Article 24.

"the Professional Staff" means any staff employed by the Company, including members of the professional executive;

"the Register" means the register of members to be kept pursuant to Section 28(1) of the Act;

"Resolution" includes motion;

"Resolution of Board of Directors" has the meaning assigned to it by the Act;

"Resolution of the Council" means a Resolution of the Class B Members entitled to vote acting through their duly-designated voting delegates at a General Meeting;

"in writing" and "written" include printing, lithography and other modes of representing or reproducing words in a visible form.

Words signifying the singular number also include the plural number and vice versa.

Words signifying persons include corporations and any other entities or bodies whether incorporated or not.

Words signifying the masculine gender include the feminine and neuter genders and vice versa.

References to tennis players shall signify a reference to both amateur and professional players.

The general and fundamental principles of the Olympic Charter are applicable and no provision of this Constitution which relates to participation in the Olympic Games and other events approved by, or held under the auspices of the International Olympic Committee, shall be deemed to conflict with or derogate from these principles.

2.    **MEMBERSHIP CATEGORIES**

The Members of the Company shall be as follows:

**(A)    CLASS A MEMBERS**

**(a)**    Class A Members shall be the Trustees for the time being of the ITF Trust. All Class A shares shall upon application be allotted at par value to the said Trustees.

**(b)**    Class A Members shall be solely entitled to any Dividends declared by the Board of Directors from time to time in accordance with the provisions hereof. Any such dividends received by the Class A Members as trustees of the ITF Trust shall be applied solely in accordance with the trusts, powers and provisions contained in the aforementioned Declaration of Trust for the benefit of the Class B Members and the Class C Members in their capacity as the beneficiaries of the ITF Trust.

(c)   Class A Members shall be entitled to attend and to speak at General Meetings but shall not be entitled to vote.

**(B)   CLASS B MEMBERS**

(a)   Class B Members are:

(i)   National Tennis Associations or corresponding organisations of independent countries or territories that are member states of the United Nations or members of their National Olympic Committee and which, in the opinion of the Council, are sufficiently mature in tennis matters to warrant Class B membership

(b)   The number of Class B Shares held by a Class B Member may be increased or reduced upon a Resolution of the Council in accordance with Article 11(c)

(c)   Class B Members shall not be entitled to any Dividends.

(d)   Class B Members shall be entitled to attend and to speak and to vote at any General Meeting.

**(C)   CLASS C MEMBERS**

(a)   Class C Members are:

(i)   Tennis Associations or corresponding organisations of countries or territories which, in the opinion of the Council, are not sufficiently mature in tennis matters to warrant Class B Membership, but are sufficiently developed to warrant Class C Membership.

(b)   Subject to the provisions of Article 4 one Class C Share shall be held by each of the Class C Members. One Class C Share shall be allotted at par to a new Class C Member following a Resolution of the Council.

(c)   Class C Members shall not be entitled to any Dividends.

(d)   Class C Members shall be entitled to attend and speak at General Meetings but shall not be entitled to vote.

**3.   APPLICATIONS FOR MEMBERSHIP**

(a)   A National Association upon application (for membership of the Company) shall ensure and certify that it operates as and is a properly constituted sports body in accordance with the law applicable to the country in which it is domiciled before making an application for membership. Further, such applicant shall ensure that on becoming a member of the Company it shall remain such a properly constituted sports body throughout its membership of the Company, and shall advise the Company should there be a fundamental change in its ability to meet these requirements.

(b)   Applications for Class C membership from new applicants, and applications for Class B Membership from Class C Members, shall be considered at an Annual

General Meeting of the Company. Each application for membership, to be successful, must receive at least a two-thirds majority Resolution of the Council recorded at the Annual General Meeting in respect of the application.

(c)   When an application is received for Class B Membership, the Board of Directors may appoint a representative to visit the relevant country to discuss the implications of Class B Membership; to advise on all relevant aspects of the game of Tennis and the activities of the Company, and to study the standard of tennis play within the country. The representative shall submit a report of his visit to the Board of Directors. The costs of and incidental to the visit shall be borne by the applicant for Class B Membership.

(d)   A tennis association of a commonwealth, protectorate, colony or special area may be accepted for Class B Membership if:

   (i)    It has an Olympic Committee recognised by the International Olympic Committee; *and*

   (ii)   It meets the requirements of Article 2(B)(a)(i) of the preceding paragraph; *and*

   (iii)  It has the written consent of its parent-nation's Association; *and*

   (iv)   It is completely independent and self-supporting.

(e)   National Tennis Associations admitted to Class B membership at any time after the allotment of Class B shares to the current Full Members shall be allotted such number of Class B shares as shall be determined by Resolutions of the Council in accordance with Article 3(c).

(f)   Each new application for Class C Membership shall include full details of the development of the game of tennis in the applicant's country and shall be accompanied by a certified copy of the applicant's Constitution and a sum equivalent to the current subscription payable by a Class C Member. If the application is approved at an Annual General Meeting, such payment will be applied towards the subscription amount due from the applicant; if the application is not approved, the subscription fee shall be returned to the applicant.

(g)   The Board of Directors, on receiving a new application for Class C Membership, shall appoint a representative to visit the applicant's country and the representative shall submit a report of his visit to the Board of Directors. The costs of and incidental to the visit shall be borne by the Company.

(h)   Initial applications by Class C Members for Class B Membership shall be considered at an Annual General Meeting only if the applicant has been a Member for at least three years and the application was received on or before the previous Annual General Meeting. Applications from Class C Members who have previously been Class B Members do not have to wait a further three years and shall be considered at the Annual General Meeting immediately following a valid application.

(i)    Applications for Class C membership must reach the Company in accordance with Article 17 to qualify for inclusion in the agenda for the next ensuing Annual General Meeting.

(j)    If approved for membership at the Annual General Meeting of the Company, new applicants shall initially be offered Class C Membership. If, following the division of a territory into two or more countries, an application is received from one of the said countries (being a newly independent country with a Constitution) then the said applicant may be offered Class B Membership if, the council decides, by passing a resolution with at least a two-thirds majority, that the new applicant possesses a sufficient level of maturity in tennis matters to justify Class B Membership.

(k)    There shall be only one member per country or territory unless otherwise decided by a two thirds majority Resolution of the Council.

(l)    Upon renewal of membership, or in the case of a new member, upon making the application for membership, each member thereby agrees to abide by the Constitution, decisions and rulings of the Company. A Member shall be deemed to renew its membership as of the first day of January in each year provided that the provisions of Article 4 below remain inoperative.

(m)    Each allotment of Shares of any class by or under the authority of the Board of Directors shall be conclusive evidence that such shares were applied for by the Member in whose favour such allotment was made in a manner acceptable to such Member and the Board of Directors.

## 4.   RESIGNATION, SUSPENSION OF MEMBERSHIP, TERMINATION OF MEMBERSHIP AND EXPULSION

(a)    Any Class B Member or Class C Member may resign as a Member by notice in writing to the Company delivered on or before the 31st day of December in any year and in default shall be held liable for the subscription for the following year. Upon such resignation, the shares held by such resigning member shall be deemed to have been thereby surrendered for cancellation and shall accordingly be cancelled by the Board of Directors forthwith. The Register of Members shall be amended accordingly.

(b)    Any Class B Member or Class C Member whose continued membership would, in the opinion of the Council, seriously damage the international standing of tennis as a world sport, shall be suspended as a Member of the Company if a Resolution of the Council to that effect is carried by a two-thirds majority. Any such suspension shall be effective at the conclusion of the General Meeting at which such Resolution is passed but may be reviewed at any subsequent Annual General Meeting of the Company.

(c)    Any Class B or Class C Member which, in the opinion of the Council, does not adequately represent the game of tennis in its country or territory or which has not acted in accordance with the Constitution (or any Rules or Bye-laws published from time to time by the Company), shall stand expelled from the Company and its shares forfeited if a Resolutions of the Council to that effect is carried by a four-fifths majority.

**(d)**  Any Class B Member or Class C Member who fails for two successive years to pay its subscriptions may either (i) be suspended (by a resolution of the Council passed with at least a two-thirds majority) or (ii) be expelled (by a resolution of the Council passed with at least a two-thirds majority) from the Company and its shares forfeited to the Company. The Board of Directors shall determine whether the sanction in the resolution to be put to the Council should be suspension or expulsion. Any proposed suspension or expulsion shall be upon notice as specified in Article 4(e) below.

**(e)**  Notice of any proposed suspension or termination of membership, expulsion or re-admittance to membership, with the exception of the lifting of a suspension under Article 5(f), shall appear on the agenda of the General Meeting at which it is to be moved.

**(f)**  Any Member who is suspended shall not be entitled to submit resolutions to, attend or vote at any General Meeting of the Company and shall not participate in the Official Team Competitions of the Company.

## 5.  RE-ADMITTANCE TO MEMBERSHIP

**(a)**  Any former Class B Member which has applied for re-admittance to membership may, when it has fulfilled the requirements set out below, be re-admitted as a Class B or a Class C Member at the discretion of the Council if a Resolution of the Council to that effect is carried by a two-thirds majority.

**(b)**  The provisions of Article 3 dealing with new applications for Membership shall apply to any application for re-admission.

**(c)**  Unless waived in accordance with sub-paragraph (d) of this Article, it shall be a condition precedent to any such re-admission to Membership that the Association concerned shall make the following payments:

**(i)**  Any subscription arrears up to the date when the relevant Association ceased to be a Member;

**(ii)**  The subscription for the year of re-admission;

**(iii)**  Only in the case of a Member expelled pursuant to Article 4(d), a penalty in the amount equal to one year's subscription.

**(d)**  The Council may in exceptional circumstances, by Resolution passed with at least a two-thirds majority, waive payment of any or all of the sums mentioned in the sub-paragraph (c) of this Article.

**(e)**  Any Member, who has been suspended pursuant to Article 4(b) may apply for a lifting of any suspension and may, when it has fulfilled the requirements set out in sub-paragraph (g) of this Article, have its suspension lifted at the discretion of the Council if a Resolution of the Council to that effect is carried by a two-thirds majority.

**(f)**  Any Member who is suspended pursuant to Article 4(d) may, when it has paid in

full any outstanding subscriptions, apply for a lifting of that suspension and have its suspension lifted at the discretion of the Board of Directors with re-admission effective from 1st January the following year (the year of re-admission)

**(g)** Subject to Article 5(f), unless waived in accordance with sub-paragraph (h) of this Article, it shall be a condition precedent to the lifting of any suspension that the Association concerned shall make the following payments:

**(i)** Any subscription arrears up to the date when the relevant Association was suspended;

**(ii)** The subscription for the year of re-admission.

**(h)** The Council may in exceptional circumstances, by Resolution passed with at least a two-thirds majority, waive payment of any or all of the sums mentioned in the sub-paragraph (g) of this article.

**(i)** Following a suspended member's re-admission to membership, it shall be permitted to enter ITF Team Competitions for the year of re-admission

**(j)** A Member who is re-admitted may opt to pay in addition the current year's subscription. This will entitle that member to all the benefits of full membership remaining for the current year.

## 6. SUBSCRIPTIONS

**(a)** Class B Members and Class C Members shall each pay an annual subscription in such amount as may be fixed and published from time to time in the Bye-laws by Resolution of the Council, and shall be paid in the lawful currency of the United States of America or the equivalent in any other currency acceptable to the Council.

**(b)** Subscription fees shall be increased annually on a percentage basis indicated by the international index published by the Organisation of Economic Cooperation and Development (OECD).

**(c)** The initial subscription fee shall be payable on the election to Class C Membership of the Company. Such initial subscription fee shall be deemed to include the par value amount payable upon the allotment of shares under Article 3. Subsequent subscriptions shall be due on the first day of January of each year.

## 7. REGIONAL ASSOCIATIONS

**(a)** Regional Associations which have been in existence for at least three years may apply for affiliation to the Company.

**(b)** Due notice of application for affiliation must reach the Company in accordance with the provisions of Article 17 and shall include:

**(i)** The name of the Regional Association;

(ii) The Constitution, copy of its statutes and a description of the past activities of the Regional Association;

(iii) The membership fees payable by National Associations;

(iv) The names of the office holders of the Regional Association;

(v) The names and addresses of affiliated nations;

(vi) A list of tournaments and other events which the Regional Association organises on a regular basis and

(vii) A list of any international affiliations.

(c) Each applicant to be successful must receive two-thirds of the votes recorded by a Resolution of the Council to that effect at an Annual General Meeting.

(d) Following affiliation the Regional Association will inform the Company of any changes to the information provided by clause 7(b) and must have any amendment to its constitution or membership fees approved by the Board of Directors in advance of the implementation of any such amendment.

(e) Regional Associations may accept for membership any Class B or Class C Members which are within the geographical region in respect of which the Regional Association has been established. In addition, a Regional Association may accept for membership a National Association which is not a Member of the Company provided that such association applies for and is accepted as a Class C Member within three years of the commencement of its membership in the Regional Association.

(f) Where a National Association could be a member of a Regional Association, it may not apply for membership of the Company until such time as it has become a member of such Regional Association.

(g) A National Association shall only be a member of one Regional Association.

(h) The functions of a Regional Association shall be:

(i) To provide a link between its affiliated members and the Company;

(ii) To execute all functions which the Company may delegate to the Regional Association

(iii) To represent its affiliated members in their dealings with the Company, if asked to intervene on their behalf;

(iv) To uphold the Constitution, Rules and Regulations of the Company;

(v) To promote and stimulate competition and sportsmanship among its affiliated members;

(vi) To establish and sanction calendars of events at all levels within the Region

and with respect to international circuits extending beyond the Region, to recommend events and calendars to the Company for inclusion in such international calendars;

**(vii)** To administer as required by the Company any Company funds which the Regional Association may receive;

**(viii)** To promote, establish and coordinate development and educational programmes within the Region.

**(i)** Regional Associations shall at all times work within the Constitution and Regulations of the Company and shall accept as final the ruling of the Company in any matter.

## 8. RECOGNISED ORGANISATIONS

**(a)** Organisations that are not for profit and are concerned with the benefit, development, interest and promotion of tennis may apply to the ITF for the status of a Recognised Organisation.

**(b)** Due notice of the application to be a Recognised Organisation must reach the Company in accordance with Article 17 and shall include:

**(i)** The name of the organisation;

**(ii)** The Constitution and a description of the past activities of the organisation;

**(iii)** The names of the office holders of the organisation.

**(c)** Each applicant to be successful must receive two-thirds of the votes recorded by a Resolution of the Council to that effect at an Annual General Meeting.

**(d)** A subscription shall be set annually by the Board of Directors and shall be payable upon election as a Recognised Organisation. Subsequent subscriptions shall be due on the first day of January each year.

**(e)** Any Recognised Organisation may resign by notice in writing to the Company delivered on or before the 31st day of December in any year. No part of the subscription due for that year shall be refundable.

**(f)** Any Recognised Organisation that fails for two successive years to pay its subscription may be expelled from the Company if a resolution to that effect is passed with at least a two-thirds majority. Notice of any proposed expulsion shall appear in the Agenda of the General Meeting at which it is to be moved.

**(g)** Any Recognised Organisation whose continued membership would, in the opinion of the Council, damage the international standing of tennis as a world sport, shall be suspended if a Resolution of the Council to that effect is carried by a two-thirds majority.

**(h)** Recognised Organisation shall at all times work within the Constitution and Regulations of the Company and shall accept as final the rulings of the Company in any matter.

9.  **REGISTERED SHARES**

(a) All the Shares of each Class shall be numbered in a regular series, and every surrendered, cancelled or forfeited share shall continue to bear the original number by which the same was distinguished.

(b) The Company shall maintain at its Registered Office a Share Register containing the particulars required by the Act.

(c) Certificates in respect of Shares of any Class shall not be issued but every Member of every Class shall be entitled to a single letter under the signatures of the President and any member of the Board of Directors or any two members of the Board of Directors of the Company confirming its registration as the sole owner of the shares therein mentioned subject to the restrictions, qualifications and other provisions of the Constitution. Every such letter shall specify the aggregate number and denote the number of the shares in respect of which it is issued and the amount paid up thereon.

(d) Subject to these Articles, the whole of the unissued Shares of the Company shall be under the control of the Council who may instruct the Board of Directors to allot at par or otherwise dispose of the same to or in favour of the Members or any one or more of the Members.

(e) The Company shall be entitled to treat the registered holder of any Class B Share or Class C Share as the absolute owner thereof and accordingly shall not, except as ordered by a Court of competent jurisdiction or as required by the Act, be bound to recognise any equitable or other claim to or interest in such share on the part of any other person.

10.  **TRANSFER OF REGISTERED SHARES**

(a) Class A Shares shall only be transferable consequent upon a change of Trustees of the ITF Trust or in such other circumstances as may be authorised by the express provisions of the ITF Trust.

(b) Class B Shares and Class C Shares shall be non-transferable except in favour of the Company.

11.  **EXCLUSIVE VOTING RIGHTS OF CLASS B MEMBERS**

(a) Class B Members shall be entitled to the number of shares set against their respective names at Appendix A, and shall thereby be entitled to one vote per Class B Share allotted to it unless otherwise specified herein.

(b) Upon election to Class B Membership, the new Class B Member shall subscribe for and be allotted one Class B share. After three years a Class B Member may put forward a Resolution for an increase in Class B shares in accordance with Article 17.

(c) The Council at an Annual General Meeting may consider a Resolution submitted by a Class B Member for an increase or reduction in Class B Shares provided that notice of such Resolution is given in accordance with Article 17. Any increase or

reduction must be limited to the next share category (1, 3, 5, 7, 9 and 12). If a Class B Member holding only one Class B Share submits a Resolution for a reduction in Class B Shares in accordance with Article 17, such Class B Share shall, upon passing of that Resolution, be cancelled and a Class C Share issued.

**(d)** In the case of an application for an increase in the number of Class B shares, the Board of Directors may appoint a representative to visit the country or territory of the Class B Member concerned and submit a report of the visit to the Board of Directors. The cost of this visit shall be borne by the Class B Member concerned.

**(e)** A Member that has been elected a Class B Member and has subscribed for an increased number of Class B Shares, shall be allotted such further number of Class B shares as may be conferred upon it by Resolution of the Council. A Class B Member representing the remainder of a country that has been divided into two or more countries may suffer a reduction in its entitlement to votes.

**(f)** No application by a Class B Member for an increase in Class B shares shall be accepted from a Member who during the past three years has applied for and been given a decrease, unless subscriptions for the previous years are paid at the higher rate; and no application for a decrease in Class B shares shall be accepted from a Member who, during the past three years, has applied for and been given an increase in Class B Shares.

**(g)** Any Resolution of the council to approve an increase or reduction in Class B shares shall require a two-thirds majority.

## 12. VOTING BY MEMBERS

The votes to which any Class B Member is entitled shall be cast by one of its delegates, who shall be named prior to the opening of the General Meeting concerned.

## 13. THE COUNCIL

**(a)** The Company shall be governed by the delegates of the Members assembled in a General Meeting who collectively shall constitute the Council PROVIDED that:

**(i)** No delegate of a Member whose subscriptions are in arrears shall be entitled to attend or vote at any General Meeting of the Company; and

**(ii)** A delegate must be either a national of the country represented by the Member for which he is a delegate; a person permanently resident in that country; or an official of at least two years' standing in the Member Association.

**(iii)** Nomination of a delegate who is not a national of the country he represents, but who meets the above qualifications, shall be received by the Company 28 days before the General Meeting, together (as appropriate) with a certificate from a Class B Member that voting instructions have been given to him.

**(b)** The number of delegates representing Members entitled to attend General Meetings shall be three in respect of Class B Members having the maximum

number of 12 Class B shares allotted to them, and two in respect of all other Class B and Class C Members. Any Member hosting a General Meeting shall be entitled to send three additional representatives to such General Meetings as observers without power to speak or vote.

(c)    Members of the Board of Directors shall be entitled to attend and to speak at General Meetings but shall have no entitlement to vote, other than as a delegate of a Class B Member acting in accordance with Article 12 and Article 13.

(d)    Non-accredited persons may attend a General Meeting of the Council only with the express prior permission of the President. Such persons may speak if the Council so permits but shall not in any case have any entitlement to vote.

(e)    A Regional Association shall be entitled to be represented by two persons at any General Meeting. The representatives shall be the President and/or any other person designated by the Regional Association in writing to the Company. Any such representatives shall be entitled to speak but not vote.

(f)    A Recognised Organisation shall be entitled to be represented by one Observer at any General Meeting. The Observer shall be the President or any other person designated by the Recognised Organisation in writing to the Company. Any such Observer shall not be entitled to speak or vote.

(g)    The Council shall elect a Board of Directors every two years at the Annual General Meeting, and may, in turn, delegate all or any of its powers to the Board of Directors. The Board of Directors may delegate all or any of its powers to Committees and Commissions duly appointed by it.

## 14. ANNUAL GENERAL MEETINGS

(a)    A General Meeting of the Council constituted in accordance with Article 13 shall be held annually ("the Annual General Meeting) at a place and time appointed by the Board of Directors. Members hosting Meetings of the Company shall guarantee that those entitled to attend shall be allowed to do so.

(b)    The business of an Annual General Meeting shall be:

      (i)    To approve the minutes of the last General Meeting;

      (ii)    To receive the annual report of the Board of Directors;

      (iii)    To receive the statement of accounts for the past financial year, duly audited;

      (iv)    To consider and deal with:
          (1)    Applications for membership;
          (2)    The revision of Shares of Members;
          (3)    Applications for affiliation from Regional Associations;
          (4)    Applications for Official Championships;
          (5)    Resolutions to amend the Rules of Tennis;
          (6)    Resolutions embodying alteration to the principles of the Constitution and the Regulations for international competitions of the Company;

(7) Nominations for ITF Awards for Services to the Game of Tennis; *and*

(8) Other Resolutions, of which due notice shall have been given in accordance with Article 17.

(v) To consider and confirm, revise or remove, any prohibitions or penalties inflicted upon any Member or former Member or any other person under this Constitution or the Bye-laws or Rules of the Company.

(vi) To elect every four years for a four year term, the President of the Company.

(vii) To elect every two years for a two year term, the Board of Directors and Honorary Treasurer of the Company.

(viii) To appoint annually the Auditors to the Company.

(ix) To receive nominations and, if approved, to elect Honorary Life Presidents, Honorary Life Vice Presidents and Honorary Life Counsellors of the Company.

(x) To transact any other business relating to the affairs of the Company of which due notice has been given subject to the provisions of these Articles.

## 15.  EXTRAORDINARY GENERAL MEETINGS

(a) An Extraordinary General Meeting of the Council may be convened at any time by the Board of Directors and shall be convened within ten weeks after the receipt by the Company of a requisition in writing to that effect by Class B Members representing between them one-third of the aggregate votes capable of being cast at any General Meeting of the Company.

(b) Every such requisition shall specify the business for which the Extraordinary General Meeting is to be convened. No other business except the confirmation of the Minutes of the last preceding General Meeting and that specified by the requisition shall be transacted at any such Extraordinary General Meeting.

## 16.  NOTICE OF GENERAL MEETINGS

(a) Notice of every General Meeting stating the date, time and place thereof and the business to be transacted thereat, shall be sent to each Member as follows:

(i) In the case of an Annual General Meeting, not less than two calendar months' written notice shall be given or such longer period as the Board of Directors may decide and announce in advance; and

(ii) In the case of any other Meeting of Members ("an Extraordinary General Meeting"), not less than six weeks' written notice shall be given.

(b) The inadvertent failure or omission to give any such notice aforementioned shall not invalidate the proceedings of any General Meeting.

**17.  NOTICE OF RESOLUTIONS**

**(a)**  The text of Resolutions to be brought forward at an Annual General Meeting must reach the Company not later than four months before the date fixed for the next Annual General Meeting, unless such Resolutions are brought forward by the Board of Directors.

**(b)**  A Resolution of which due notice has not been given as aforementioned may not be considered at an Annual General Meeting unless a Resolution of the Council to that effect is passed by a four-fifths majority of the votes recorded in respect of the same deeming the matter to be urgent. If a vote is taken and if such Resolution is carried by the required majority in accordance with the Constitution, the Resolution shall be deemed adopted.

**(c)**  A Resolution (other than a Resolution presented by the Board of Directors) which would or might have the effect of reversing a decision taken at the General Meeting immediately preceding shall not be entertained unless a Resolution of the Council to that effect is passed by a four-fifths majority of the votes recorded at such Meeting.

**(d)**  Written notice of the particulars of Resolutions intended to be brought forward by the Board of Directors for consideration at an Annual General Meeting shall be given to Members not less than thirty days before the date fixed for the Meeting.

**(e)**  Resolutions may be brought forward only by the Board of Directors, a Member or an affiliated Regional Association. A member whose subscription is in arrears shall not, however, be entitled to bring forward any proposed Resolution other than a Resolution for a reduction in the number of its Class B Shares.

**18.  CONDUCT OF GENERAL MEETINGS**

**(a)**  The agenda for each General Meeting of the Council shall be prepared by the Board of Directors or by any member of the Professional Staff acting in accordance with the instructions and under the authority of the Board of Directors.

**(b)**  The quorum shall be one half of the Class B Members or any number of Class B Members holding, in aggregate, at least half of the Class B Shares, but a vote may be taken even if at any time some of the Class B Member delegates comprising a quorum have left the conference hall.

**(c)  (i)**  The President shall take the Chair at General Meetings. However, in the event that the President: requires assistance in the conduct of the Meeting; or requires the Meeting to appoint a Chairman in his place: or is unable to attend the Meeting: then the first business at the General Meeting concerned shall be to select a Chairman.

**(ii)**  Any member of the Professional Executive may request the Meeting to elect a Chairman if the circumstances set out in (c)(i) above exist. The Meeting shall be invited to nominate the following persons in order of priority:

* A Vice President
* A Director
* An Honorary Life Counsellor
* A Delegate

The Chair shall be elected by a majority Resolution of the Council. In the event that a candidate is either not nominated or elected from a particular category, then the next candidate from the next category shall be considered and so on until a Chairman is elected.

In any such election, each voting delegate of each Class B Member shall only have one vote, notwithstanding the fact that the number of Class B shares held by any one particular Class B Member may be more than one.

(d)  The Board of Directors shall assist the Chairman in taking charge of the proceedings of a General Meeting and a member of the Professional Staff of the Company shall act as Secretary of the General Meeting with such assistance as the Board of Directors may think necessary.

(e)  Prior to the commencement of any General Meeting:
(i)  Each Class B Member represented shall name the delegate who will vote (in accordance with the number of Class B Shares held by the Class B Member) for and on its behalf at the Meeting.

(ii)  All Members whose subscriptions are in arrears shall be announced, and any delegates representing any Member in arrears shall thereupon pay the outstanding arrears in full or, failing such payment, leave the Meeting.

(f)  At the commencement of each General Meeting, three scrutineers shall be elected. Nominations for such scrutineers shall be accepted from any delegate of either a Class B or Class C Member, provided that no such delegate may put forward the name of more than one candidate. The vote for the election of the three scrutineers shall be taken by a show of hands.

(g)  The Chairman of the Meeting shall decide all matters of procedure not prescribed by this Constitution.

(h)  The Chairman shall conduct the proceedings at the General Meeting and shall have power to interrupt the reading of any document or any speaker. Any person who disobeys a ruling of the Chairman in this regard or who otherwise conducts himself in a manner detrimental to the orderly conduct of the Meeting may be directed to leave the Meeting by Resolution of the Council.

(i)  A General Meeting may be adjourned if a Resolution of the Council to that effect is carried by a two-thirds majority recorded in respect of the same.

(j)  The speech of the proposer of a motion shall not exceed five minutes and that of each subsequent speaker thereon three minutes provided that these time-limits may in relation to any speaker be increased by a maximum of three minutes at a time if the Members present so consent by Resolution of the Council, such consent to be ascertained without debate.

(k) Subject as hereinafter provided, no delegate shall address the Meeting more than once on any motion or amendment, but if permitted by the Chairman, a delegate may reply to questions or give further information notwithstanding that he may already have addressed the Meeting.

(l) The proposer of an original motion may speak for five minutes in reply but except with the leave of the Chairman, no proposer of an amendment shall have any right of reply.

(m) After any reply allowed under paragraph (k) of this Article, the question shall, be put forthwith, provided always that any delegate may move without debate at the close of a speech of any other delegate that the question be put, and such motion, if seconded by a delegate of another member shall, unless the Chairman rules otherwise, be put to a vote forthwith.

(n) Any delegate may move without debate at the close of the speech of any delegate (the "original delegate") that the meeting proceed to the next item of business on the agenda (a "guillotine motion") and such a guillotine motion, if seconded by a delegate of another member, shall, unless the chairman rules otherwise, be put to a vote forthwith. In the event that a guillotine motion is carried, the meeting shall (if appropriate) proceed to a vote on the original motion that the original delegate was speaking on and thereafter the meeting shall proceed to the next item of business on the agenda. If a guillotine motion is not carried, a further guillotine motion that the meeting proceed to the next business during the same debate shall not be made within half an hour.

(o) Every Resolution (including any amendment to a Resolution) shall be proposed by a delegate and seconded by a delegate from another Member before being put to discussion at the Meeting.

(p) In the event of more than one amendment to any Resolution, the amendments shall be first voted upon in the inverse order in which they were proposed and if carried shall become the substantive Resolution.

(q) In the event no amendment is proposed or if no amendment is carried, the original Resolution shall be voted upon.

(r) A vote may be taken by a show of hands, unless the Chairman, or any delegate requests, that there be a formal vote reflective of the number of Class B Shares held by each Class B Member, which may be taken by computer or roll call, as the Chairman may determine. If a roll call is taken, the Class B Members shall be called in English in alphabetical order.

(s) In all questions to be decided by a bare majority of votes (other than the election of the President of the Company under Article 20C) there shall, in the case of an equality of votes, be a second count, and if, upon such second count, there is again an equality of votes, the motion shall stand defeated.

(t) A secret ballot shall be held if the Chairman so directs or if any delegate so requests or if required under any of the Bye-laws in force from time to time. Such secret ballot shall be conducted either by the use of a computerised voting system or as follows:

(i)     There shall be four ballot forms, representing one, three, four or five votes.

(ii)    Class B Members with one, three or five Class B Shares shall be given one form representing the number of votes to which they are entitled.

(iii)   Class B Members with seven Class B Shares shall be given two forms, one representing three votes and the other representing four votes together representing the total number of votes to which they are entitled;

(iv)    Class B Members with nine Class B Shares shall be given two forms, one representing four votes, the other representing five votes together representing the total number of votes to which they are entitled;

(v)     Class B Members with twelve Class B Shares shall be given three forms, one representing three votes, one representing four votes and a third representing five votes together representing the total number of votes to which they are entitled.

(u)   When calculating the number of votes required to obtain a majority neither abstentions nor spoiled ballot papers shall be taken into consideration.

(v)   Decisions taken at a General Meeting shall (unless provided in the relevant Resolutions or by this Constitution or any Regulations in respect of the international competitions of the Company) become operative forthwith save that (and not withstanding any other provision in the Constitution) Resolutions with regard to the acceptance of any application for Membership or for any increase or decrease of Class B shares, which shall become operative on 1 January following the General Meeting.

## 19.   COMPOSITION OF THE BOARD OF DIRECTORS

(a)   With effect from the first elections after January 2010 the Board of Directors shall consist of the President (who shall be elected in accordance with Article 20) and thirteen other persons (who shall be elected in accordance with Article 21).

(b)   Election as a member of the Board of Directors shall be personal, and no Director shall be accountable to the Member from which he is drawn or any Regional Association in respect of anything done or omitted to be done by him in his capacity as such Director.

(c)   No person shall be eligible for nomination and election as a member of the Board of Directors unless he:

(i)     Is a national of a country (including a newly formed independent country resulting from the division of a former country) which has played in the Davis Cup Competition at least ten times or, in the case of an African Member, is a national of a country whose Association was either:

Previously a Full Member of the Federation (and has since become a Class B Member, having been a member of the Federation and the Company); or

Has held Class B Membership of the Company; for at least three years; and

**(ii)** Has attained the age of twenty-one (21) and enjoys civil and political rights.

## 20. THE PRESIDENT OF THE COMPANY

**(A)** The President shall be elected for a term of four consecutive years (unless earlier removed in accordance with these Articles) by Resolution of the Council at an Annual General Meeting. Such four year term shall commence at the end of the Annual General Meeting at which he was elected. For the avoidance of doubt the post of President shall be a full time appointment and the President shall by virtue of his office also be an Officer of the Company. The President may remain a member of any Class B Member or Regional Association but immediately upon appointment must retire from (and during the term of his office shall not accept) any office or other executive or honorary position with any Class B Member or Regional Association.

The President shall be entitled to remuneration for his services and reimbursement of the reasonable expenses incurred by him in performing his duties. The level of such remuneration and the terms and conditions (including where the duties of the President are to be performed) of the President's engagement by the Company will be fixed by the Board of Directors and so the President will, if required by the Board of Directors, enter into a formal engagement agreement with the Company setting out the terms as agreed between the Board of Directors and the President.

The President shall be Chairman of the Board of Directors and subject to the provisions of Article 18(c) shall preside as Chairman at General Meetings of the Company until his successor shall have been appointed.

**(B)** **Nomination**
Nominations for the post of President may be made only by Class B Members who have played in the Davis Cup at least ten (10) times, or by the Board of Directors.

Any such nomination shall be in writing and must reach the company not later than four months before the Annual General Meeting at which such election take place.

**(C)** **Election**
**(a)** The following procedure shall apply to the election of the President:

**(i)** If there be only one candidate, he shall be declared elected

**(ii)** If there is more than one candidate, a ballot shall be conducted and if upon such ballot:

**(b)** One candidate received more than 50% of the votes cast, he shall be declared elected.

**(c)** No candidate receives more than fifty percent (50%) of the votes cast, a second ballot shall be held for the two candidates who receive the highest

number of votes PROVIDED that if a third candidate received twenty-five percent (25%) or more of the votes cast in the first ballot, he shall also be included in such second ballot. If on this second ballot, a candidate receives more than fifty percent (50%) of the votes cast, he shall be declared elected. If no candidate receives more than fifty percent (50%) of the votes cast on this second ballot, a third ballot shall be held for the two candidates who have received the highest number of votes. On this third ballot, the candidate receiving the highest number of votes shall be declared elected. In the event that the two candidates in the third ballot receive an equal number of votes, there shall be a further election between those two candidates only to determine the successful candidate.

**(D)  Death, retirement or disability of the President**
In the event of the death, retirement or disability of the President, the Executive Vice President, or in the absence of an Executive Vice President, one of the other Vice Presidents as may be determined by the Board of Directors, shall assume the powers and duties of the President until a new President is elected at the next General Meeting, or until the disability of the President is removed.

## 21.  NOMINATION, ELECTION AND TENURE OF DIRECTORS

**(a)**  Members of the Board of Directors other than the President shall be elected by the Class B Members at an Annual General Meeting of the Company for two year-terms and shall continue to hold office until the conclusion of the Annual General Meeting held two years after their election. Any member of the Board of Directors shall be eligible for re-election.

**(b)**  The Annual Report of the Board of Directors to the Annual General Meeting shall include a list of retiring Board members; the record of attendance at meetings of the Board of Directors over the preceding two years; and the names of persons for whom nominations have been received in accordance with sub-paragraph (c) of this Article.

**(c)**  Nominations for membership of the Board of Directors, other than in respect of the President, shall be made by Class B Members only (other than by a Member whose subscription is in arrears at the time of the Annual General Meeting). Any such nomination shall be in writing, duly authorised by the President, General Secretary or other legally appointed representative of such member and must be a person who is a national of the country of the Class B Member who has nominated them and must reach the Company in accordance with the provisions of Article 17.

**(d)**  Nominations for the election as a member of the Board of Directors should only be accepted by those persons who expect to be able to attend Board of Directors meetings with reasonable regularity.

**(e)**  The rules and procedures for the nomination of candidates for election to the Board of Directors shall be as follows:

**(i)**  In the event of failure to find a qualified and acceptable candidate from any of the geographical areas specified in Article 19, or from the Class B Members who have the maximum shares, the Council may proceed to elect

members to the Board of Directors to fill any vacancy created, irrespective of such geographical specifications.

(ii)    Nominations shall be listed on the ballot paper in alphabetical order and the names of retiring members nominated for re-election shall be marked thereon with an asterisk.

(iii)    Voting delegates shall be instructed to delete the names of those candidates whom they do not wish to elect, leaving only the names of the thirteen candidates they wish to elect. Any ballot paper submitted with fewer or more than thirteen remaining (undeleted) names shall be declared null and void.

(iv)    The thirteen candidates with the highest number of properly recorded votes shall be declared elected who (unless sub-paragraph (e)(i) has become applicable) taken collectively enable the following conditions to be fulfilled.

    (a)    Three persons, each from a different Class B Member, from those Class B Members having the maximum number of shares (two or more of these persons, taken together, are likely to satisfy two or more of the conditions set out in sub-paragraphs (b) to (f) below).

    (b)    One person from amongst Class B Members in Asia;

    (c)    One person from amongst Class B Members in South America;

    (d)    One person from amongst Class B Members in Africa;

    (e)    Two persons from amongst Class B Members in Europe;

    (f)    Two persons from amongst Class B Members in the group of countries comprising the United States of America, Canada, Mexico, the countries of Central America, Panama, the Isles of the Caribbean and Bermuda and

    (g)    Such additional number of persons as is necessary to fill the remaining places on the Board being persons from amongst Class B Members and having the next greatest number of votes cast once persons filling the conditions of sub-paragraphs (a) to (f) above have been elected, subject to a limit of six persons in total from any one of the regions specified in sub-paragraphs (b) to (f) above and subject also to a limit in total of two persons from any one member.

(v)    In the event two or more candidates receive an equal number of votes for thirteenth place in the election, there shall be a further election between those candidates only, to determine the successful candidate for such thirteenth place.

(f)    The Board of Directors shall have the power to fill any vacancy in the Board of Directors subject to confirmation at the next Annual General Meeting.

(g) The continuing Board of Directors may act notwithstanding any vacancy to its body. PROVIDED that if their number is reduced below the necessary quorum of members, the continuing member or members of the Board of Directors may act only to fill any vacancies in the Board of Directors.

(h) The office of a member of the Board of Directors shall ipso facto be vacated in the event that a member:

(i) Becomes bankrupt or suspends payment to or compounds with his creditors; or

(ii) Is medically certified to be a person of unsound mind or all the other members of the Board of Directors unanimously resolve that he is physically or mentally incapable of performing the functions of a member of the Board of Directors; or

(iii) Is convicted of a criminal offence and receives a custodial sentence; or

(iv) By notice in writing to the Company resigns as a member of the Board of Directors; or

(v) Violates the disclosure requirements of the Act; or

(vi) Is removed by Resolution of the Council.

(i) With the exception of the President, or an Executive Vice President, members of the Board of Directors shall not be entitled to remuneration for their services but shall be entitled to be repaid out of the funds of the Company: all travel expenses actually incurred (all claims for travelling expenses to be based on Business Class air travel, however styled) and necessary hotel expenses incurred in connection with their attendance at meetings of the Directors and General Meetings of the Council.

## 22. POWERS AND DUTIES OF DIRECTORS

(a) The management of the Company shall be vested in the Board of Directors who, in addition to the powers and authorities conferred upon them by this Constitution or the Act may exercise all such powers and do all such acts as are expressly directed or required to be exercised or done by Resolution of the Council subject nevertheless to the provisions of the Act and of the Constitution.

(b) Without derogating from the generality of the foregoing, between General Meetings of the Company, the Board of Directors shall have all such powers as may be necessary or expedient to carry on the work of the Company and the day-to-day management of its affairs and may delegate such of their powers and duties to a member of the Professional Staff appointed by them from time to time, or the President or an Executive Vice President.

(c) Without derogating from the generality of sub-paragraph (a) of this Article, it is hereby expressly declared that the Board of Directors shall have the following powers :

(1)    To amend any Bye-laws or Regulations of the Company consequent upon Resolution of the Council and subject to the provisions herein.

(2)    With respect to the international competitions of the Company :

    (i)    To manage or supervise such competitions;

    (ii)    To amend the Regulations applicable to any such competition consequent upon Resolution of the Council;

    (iii)    To adopt, approve and apply the Rules, Regulations and Codes of Conduct governing the international tennis competitions, which are managed or directly or indirectly authorised by the Company;

    (iv)    To decide any appeals or disputes arising among Nationals participating in such competitions;

    (v)    To suspend from any competition managed by the Company for such period of time as the Board of Directors may determine any tennis player, captain, referee, umpire or other official who is in breach of the Regulations or the competition or who, in the opinion of the Board of Directors, acts contrary to the interests of such competition or in a manner detrimental to the sport of Tennis or is likely to bring the competition into disrepute;

    (vi)    Where a challenge/entry has been accepted from a Nation for a team competition, to refuse the further participation of any Nation in the competition, if in the opinion of the Board of Directors, such participation may result in the competition being endangered. No decision of the Board of Directors in this respect shall be valid unless at least nine members are present at the meeting held in respect thereof and such decision is supported by at least two-thirds of the Board of Directors present and voting;

(3)    To administer the finances (including without limitation), the assets and the liabilities of the Company for any of the purposes of the Company and for carrying on any business or transaction which the Company is authorised to carry on under the Act.

(4)    In relation to any of the duties set out in the above Articles and to the extent necessary to authorise the exercise of any such duty or power, the objects of the Company which are principally set out in the Memorandum of Association and the Bye-laws, shall be deemed to include as an additional object of the Company, any such duty or power set out in this Article, provided always that no additional object shall be included which conflicts with or derogates from the objects set out in the Memorandum of Association and the Bye-laws.

## 23.   PROCEEDINGS OF THE BOARD OF DIRECTORS

(a)    Subject to the provisions of these Articles, the Directors may meet together for the dispatch of business, adjourn and otherwise regulate their meetings as they think fit.

**(b)** Notices of meetings of the Board of Directors shall be served upon the Board of Directors by the Professional Staff and each of them thirty (30) days before the respective dates fixed for such meetings PROVIDED that in cases of urgency, the President may authorise any shorter period of notice.

**(c)** The Chairman of the Board of Directors may convene a meeting of the Board of Directors whenever, in his opinion, the importance of the business makes it necessary and the Chairman shall convene a meeting of the Board of Directors on the demand of any four other members of the Board of Directors.

**(d)** The President shall preside at all meetings of the Board of Directors as Chairman or, if there is no President for the time being or if the President is unable or unwilling to attend, the members of the Board of Directors present shall choose one of their number to be the Chairman of the meeting.

**(e)** Unless otherwise required by these Articles, all questions (other than questions of procedure) at meetings of the Board of Directors and all Resolutions of the Board of Directors shall be decided by a majority of votes. In the case of an equality of votes, the Chairman shall have a second and casting vote. PROVIDED that in the case of postal or fax voting called for by the Chairman, the required majority shall be two-thirds of the Board of Directors.

**(f)** The quorum for a meeting of Board of Directors shall be seven (7).

**(g)** All acts done by any meeting of the Board of Directors, or of a Sub Committee of the Board of Directors, or by any person acting as a member of the Board of Directors, shall notwithstanding that it afterwards be discovered that there was some defect in the election of any such person or persons acting as aforesaid, be as valid as though every such person had been duly elected and was qualified to be a member of the Board of Directors.

**(h)** A Resolution in writing signed by all of the Board of Directors shall be as valid and effectual as if it had been passed at a meeting of the Board of Directors duly called and constituted.

**(i)** All questions of procedure arising at, or in relation to, a meeting of the Board of Directors not specifically regulated by these Articles or the Act shall be decided by a majority of the Board of Directors present.

**(j)** If a Director has an actual or perceived conflict of interest in a matter that relates to the affairs of the Company the Chairman may request the relevant Director to excuse himself/herself from the meeting or to refrain from voting or participating in discussion on the matter. If there is an objection to the Chairman's ruling or the conflict is with respect to the Chairman, the Board (excluding the relevant Director or Chairman as the case may be) shall vote on the issue and a simple majority vote that a conflict exists or may exist is sufficient for the meeting to request the Chairman or Board Member concerned to excuse himself/herself from the meeting or refrain from participating in discussion on the matter.

**24. OFFICERS**

(1) **(a)** The Officers of the Company shall consist of a President; one or more Vice-Presidents; an Honorary Treasurer; and such other Officers as the Board of Directors may from time to time think necessary.

**(b)** The Officers shall perform such duties as may be prescribed by the Act or this Constitution or assigned from time to time by the Board of Directors or the Council.

**(c)** The Officers of the Company shall hold office until their successors are appointed. PROVIDED that any Officer may be removed at any time by Resolution of the Council.

(2) **A. EXECUTIVE VICE-PRESIDENT AND OTHER VICE-PRESIDENTS**

**(a)** In the event that the Chief Operating Officer of the Company (or equivalent position) is a member of the Board of Directors that member shall be known as Executive Vice President.

**(b)** The Executive Vice-President shall be entitled to such remuneration for his services and to be paid all expenses incurred by him in the performance of his duties as may be agreed by the Board of Directors from time to time.

**(c)** The Board of Directors shall elect biennially from among the Board of Directors three Vice-Presidents in addition to any Executive Vice-President then in office.

**(d)** In the event of the death, retirement, or disability of the President, the Executive Vice-President or (in the absence of an Executive Vice-President) one of the other Vice Presidents as may be determined by the Board of Directors, shall assume the powers and duties of the President until a new President is elected at the next General Meeting or until the disability of the President is removed.

**B. HONORARY TREASURER**

**(a)** An Honorary Treasurer (resident in the country where the accounts are kept) shall be elected for a two-year term by Resolutions of the Council at an Annual General Meeting of the Company. Nomination for the position of Honorary Treasurer shall be made by the Board of Directors.

**(b)** The person thus elected Honorary Treasurer shall be eligible for re-election.

**(c)** The Honorary Treasurer shall be entitled to attend all Meetings of the Council and of the Board of Directors, and may, if he so desires and if appointed or elected to do so, act as the delegate of one Association at a Meeting of the Council, but unless so acting for a voting member he shall not be entitled to vote at such meetings.

**(d)** The Honorary Treasurer shall not be entitled to payment for his services but shall be repaid out of the funds of the Company all expenses properly incurred by him in connection with his office and duties.

### C.   HONORARY LIFE PRESIDENT

**(a)**   Persons who have rendered long and distinguished service as President of the Company (including for this purpose past service as President of the Federation) may be nominated by the Board of Directors for the position of Honorary Life President of the Company. Any such election shall be conducted at an Annual General Meeting by secret ballot and shall require a four-fifths majority Resolution of the Council.

**(b)**   Honorary Life Presidents may attend and speak at all General Meetings and meetings of the Board of Directors but shall not be entitled to vote.

### D.   HONORARY LIFE VICE-PRESIDENTS

**(a)**   Persons who have held the office of President and who have rendered long and distinguished service to the Company (including for this purpose past service as President of the Federation) and persons who have rendered long and distinguished service as Vice-President of the Company (including for this purpose past service as Vice-President of the Federation) may be nominated by the Board of Directors for the position of Honorary Life Vice-Presidents of the Company. Any such election shall be conducted at an Annual General Meeting by secret ballot and shall require a four-fifths majority Resolution of the Council.

**(b)**   Honorary Life Vice-Presidents may attend and speak at all General Meetings but shall not be entitled to vote.

### E.   HONORARY LIFE COUNSELLORS

**(a)**   Persons who have rendered long and distinguished service to the Company (including for this purpose past service to the Federation) may be nominated by the Board of Directors for the position of Honorary Life Counsellors of the Company. Any such election shall be conducted at an Annual General Meeting by secret ballot and shall require a four-fifths majority Resolution of the Council.

**(b)**   Honorary Life Counsellors may attend and speak at all General Meetings but shall not be entitled to vote.

### 25.   COMMITTEES AND COMMISSIONS

**(a)**   Without prejudice to the generality of any power of delegation conferred upon the Board of Directors by these Articles, the Board of Directors may delegate any part of their work to Committees (including individual representatives) or Commissions. Such Committees or Commissions may include appropriately qualified persons, other than members of the Board of Directors, as the Board of Directors may from time to time appoint at their discretion.

**(b)**   The President shall ex-officio be a member of all such Committees and Commissions, without voting rights.

**(c)**  Without prejudice to the generality of the sub-paragraph (a) of this Article, the Board of Directors shall appoint the following standing Committees for the Davis Cup, the Fed Cup, the Olympics, the Seniors Competitions, the Junior Competitions the Beach Tennis Competitions and the Wheelchair Tennis Competitions, whose duties shall be as set out in the Regulations for the event, and such other additional Committees or Commissions as they deem necessary from time to time. Such Committees and Commissions shall stand until such time as the Board of Directors determine. The duties of any such Committees or Commissions shall be set out in the Bye-laws.

**(d)**  All Committees, Commissions and appointed representatives, shall submit regular reports to the Board of Directors.

## 26.  ACCOUNTS OF THE COMPANY

**(a)**  Unless otherwise decided by the Council at the Annual General Meeting, the financial year of the Company shall close on the 31st day of December in each year, and an annual statement of account shall be prepared and audited as soon as practicable thereafter.

**(b)**  The reporting currency of the Company shall be the lawful currency of The United States of America.

**(c)**  The Board of Directors shall cause true accounts of the receipts and disbursements of cash and of the assets and liabilities of the Company to be kept at the Registered Office of the Company or at such other place as the Board of Directors subject to the Act may from time to time appoint.

**(d)**  Subject to any reasonable restrictions imposed from time to time by the Board of Directors as to the time and method of inspection, such accounts shall be open to the inspection of Members during normal business hours.

**(e)**  The Board of Directors shall at each Annual General Meeting lay before the Council an audited Statement of Account showing :

**(i)**  A Statement of Income and Expenditure for the past year and
**(ii)**  A Balance Sheet containing a summary of the assets and liabilities of the Company.

**(f)**  The Board of Directors shall control the accounts of the Company and any Funds, which may be established for the International Competitions, or other activities of the Competitions or other activities of the Company.

## 27.  COMPETITIONS

**(a)**  The title "World Championships" in connection with tennis, shall not be instituted or revived at any time without the unanimous consent of a General Meeting of the Council.

**(b)**  The Davis Cup Competition and the Fed Cup Competition shall be open only to Class B Members of the ITF. In the case of all other team competitions, entries may be accepted from Class B and Class C Members. Only players who are

eligible to represent a country in accordance with the regulations adopted may be nominated members of the team of that country.

**(c)** The duties of the Davis Cup and Fed Cup Committees shall be as set out in the Regulations for the Davis Cup and Fed Cup Competitions, which can only be amended by the Council

**(d)** The Regulations of the Davis Cup Competition and the Fed Cup Competition, may be altered from time to time by the Board of Directors if due notice of the principles embodying such alteration shall have been given in accordance with Article 17 and such principles or ones having the like effect shall be carried by a two-thirds majority Resolution of the Council, unless otherwise stated in the Regulations in question, of the votes recorded in respect of the same (See also Appendix A).

Any alterations so made shall take effect from the next following competition, unless the Meeting shall by the like majority decide otherwise.

**(e)** The Regulations of the Davis Cup Competition and the Fed Cup Competition may be altered by the Board of Directors if the matter is deemed to be urgent. In such event the Council shall vote to ratify or reject the Board's alteration. Such vote shall be conducted by email, fax or post, the ballots to be sent within 15 days of the Board's vote and returned within 30 days of the Board's vote. Any unreturned ballot shall be deemed a vote to ratify the Board's alteration.

## 28.  RULES OF TENNIS

The official and decisive text of the Rules of Tennis shall be for ever in the English language and no alteration or interpretation of such Rules shall be made except at an Annual General Meeting of the Council, nor unless notice of the Resolution embodying such alterations shall have been received by the ITF in accordance with Article 17 and such Resolution or one having the like effect shall be carried by a majority of two-thirds of the votes recorded in respect of the same.

Any alteration so made shall take effect as from the first day of January following, unless the Meeting shall by the like majority decide otherwise.

The Board of Directors shall have power, however, to settle all urgent questions of interpretation subject to confirmation at the General Meeting next following.

This Article shall not be altered at any time without the unanimous consent of a General Meeting of the Council.

## 29.  NOTICES

**(a)** A notice may be served by the Company upon any Member either personally or by sending it through the post in a prepaid letter addressed to such Member at its last-known address.

**(b)** Any notice, if served by post, shall be deemed to have been served at the time when in the ordinary course of post the letter containing the same would be delivered; and in proving such notice it shall be sufficient to prove that the letter containing the notice was properly addressed and put into the Post Office.

(c) Any Member may waive the right to receive notices by an instrument in writing signed by such Member and submitted to the Company before, at or after any meeting.

(d) For the avoidance of doubt, for the purposes of correspondence, and the receipt and issue of notices in connection with this Constitution, the Professional Staff shall be the representative of the Company.

## 30. INDEMNITY

(a) The Company shall immediately upon notification of a claim fully indemnify and hold harmless the Board of Directors, Officers and members of its Professional staff from and against any costs, expenses, liabilities and awards arising out of any action instituted in any jurisdiction at any time against the Company or any of the above such persons as a direct result of the activities of such persons where they are/were within the scope of the Company's responsibilities.

(b) Provided however that no said indemnified persons shall be able to claim the advantage of the indemnity in 30(a) above where the cause of the action, costs, charges, losses, damages or expenses is the result, in the opinion of the Board of Directors, of the fraudulent, wilful neglect or default of said indemnified persons.

## 31. MISCELLANEOUS PROTOCOLS

(a) The official languages of the Company shall be English, French and Spanish but the Board of Directors may, at their discretion, arrange for the interpretation or translation of this Constitution into other languages PROVIDED ALWAYS that should there be any difference in interpretation as between the English version and any other translation, the English version shall prevail.

(b) Any person who accepts a position in the administration of the game within the Company, and has any financial interest in the game must, before his appointment, state in writing all such interests. Directors of the company must provide an annual statement of interests to the board of directors listing all financial interests in tennis, memberships of all other tennis bodies and any other items that could give rise to potential conflicts of interest. Failure to do so may lead to dismissal from the position held.

(c) In the case of an international appointment the Association or the Board of Directors shall have power to veto such appointment if, in their opinion, it is not in the best interests of the sport of tennis that such appointment be made or continued, as the case may be.

## 32. ALTERATION TO THE CONSTITUTION

(a) Any alterations to the Memorandum and Articles shall require a two-thirds majority resolution of the Council. Any provision of the Memorandum and Articles that requires a majority vote greater than two-thirds may be altered only by a vote of the same majority.

**(b)** If the Council shall resolve to amend any part of the Memorandum and Articles it may delegate the responsibility of approval of the final wording, of any such amendment, to the Board of Directors.

**(c)** Any alterations so made shall take effect as from the first day of January following unless the Council shall by the like majority decide otherwise.

**(d)** The Board may formulate, approve, issue, adopt, interpret and amend the Bye-laws, not being inconsistent with the Memorandum and Articles, as it deems necessary or expedient or convenient for the proper conduct and management of the Company.

## 33. ARBITRATION

**(a)** Any dispute or difference not bound by the relevant handbooks or regulations of the various circuits and competitions of the Company between  a Member and the Company or between the Company and any other individual or organization shall be referred to the Court of Arbitration for Sport, Lausanne, Switzerland. The rules of the Court of Arbitration for Sport shall govern the arbitration and the decision of the Court of Arbitration for Sport shall be final and binding on all parties concerned.

**(b)** Any dispute or difference between two or more Members shall be referred by such Members to the Court of Arbitration for Sport, Lausanne, Switzerland. The rules of the Court of Arbitration for Sport shall govern the arbitration and the decision of the Court of Arbitration for Sport shall be final and binding on all parties concerned.

**(c)** Any such Arbitration shall be governed by English Law.

## 34. DISSOLUTION

The Company shall not be dissolved except at a General Meeting of the Members specifically convened for the purpose and carried by a four fifths majority Resolutions of the Council in respect of the same.

## 35. APPLICATION OF THE COMPANY'S FUNDS IN THE EVENT OF DISSOLUTION

In the event of the dissolution of the Company, the surplus assets of the Company shall be paid to the Class A Members as Trustees of the ITF Trust upon the trusts declared therein SAVE that any funds held in any account designated "Grand Slam Development Fund" shall be transferred to such trustees as may be appointed by the Chairmen of the four Grand Slam Championships, who will continue to hold and administer the Fund for the designated purposes as determined from time to time.

IN WITNESS WHERE OF WE, the Subscribers to the Memorandum of Association have hereunto subscribed our names this 16th day of January A.D., 1998

_____

ADANSONIA INVESTMENTS LTD          MARIDI INVESTMENT COMPANY LIMITED

Nassau, Bahamas,                               Nassau, Bahamas,
by their representatives,                     by their representatives,
Paul Doyle and William Jennings       Paul Doyle and William Jennings
C/O Coutts (Bahamas) Limited            C/O Coutts (Bahamas) Limited
PO Box N 7788, Nassau, Bahamas      PO Box N 7788, Nassau, Bahamas

_____

Signed by the Subscribers to the Memorandum of Association in the presence of :-

Nicholas Ashton

**BYE- LAWS OF ITF LIMITED**

_____

1. **DEFINITIONS AND INTERPRETATIONS**

These Bye-laws form part of the Constitution of the Company. Unless otherwise stated the definitions and terminology set out in the Memorandum and Articles of Association of the Company shall apply to these Bye-laws. In the event of ambiguity or inconsistency, the meaning conveyed in the Memorandum and Articles of Association shall prevail.

These Bye-laws may be amended in accordance with Article 32.

Reference to Articles herein shall mean Articles set out in the Articles of Association unless otherwise stated.

References to Association herein shall mean Class B Members and/or Class C Members where the context permits.

References to "the ITF" herein shall mean the Company, trading as "the International Tennis Federation".

References in these Bye-laws importing the masculine gender shall include the feminine and neuter genders and vice versa unless otherwise stated.

The clause/section headings in these Bye-laws do not form part of the Constitution, they are for guidance purposes only and shall not form part of the construction or interpretation of the clause/section itself.

2. **THE COMPETITIONS**

2.1 **TEAM COMPETITIONS**

(a) The following are the Official Team Competitions of the International Tennis Federation:

| | |
|---|---|
| **The Davis Cup Competition** | Team event for Men |
| **The Fed Cup Competition** | Team event for Women |
| **The Hopman Cup** | Team event for Men and Women |
| **The Beach Tennis World Cup** | Team event for Men and Women |
| | |
| **Juniors** | |
| **The Sunshine/Connolly** | |
| **Continental Cup** | Team event for Boys and Girls 18 and Under |
| **The Junior Davis Cup** | Team event for Boys 16 and Under |
| **The Junior Fed Cup** | Team event for Girls 16 and Under |
| **World Junior Tennis** | Team event for Boys and Girls 14 and Under |
| | |
| **Seniors** | |
| **The Italia Cup** | Team event for Men 35 Age category |
| **The Tony Trabert Cup** | Team event for Men 40 Age category |

| | |
|---|---|
| **The Dubler Cup** | Team event for Men 45 Age category |
| **The Fred Perry Cup** | Team event for Men 50 Age category |
| **The Austria Cup** | Team event for Men 55 Age category |
| **The Von Cramm Cup** | Team event for Men 60 Age category |
| **The Britannia Cup** | Team event for Men 65 Age category |
| **The Crawford Cup** | Team event for Men 70 Age category |
| **The Bitsy Grant Cup** | Team event for Men 75 Age category |
| **The Gardner Mulloy Cup** | Team event for Men 80 Age category |
| The Suzanne Lenglen Cup | Team event for Women 35 Age category |
| **The Young Cup** | Team event for Women 40 Age category |
| **The Margaret Court Cup** | Team event for Women 45 Age category |
| **The Bueno Cup** | Team event for Women 50 Age category |
| **The Maureen Connolly Cup** | Team event for Women 55 Age category |
| **The Alice Marble Cup** | Team event for Women 60 Age category |
| **The Kitty Godfree Cup** | Team event for Women 65 Age category |
| **The Althea Gibson Cup** | Team event for Women 70 Age category |

**Wheelchair**
**World Team Cup**          Wheelchair tennis team event for Men and Women

**(b)** Other International Team Competitions may be organised and managed by the ITF at the discretion of the Board of Directors.

**(c)** The ITF shall manage the Official Team Competitions in accordance with the Regulations adopted for the events, and shall hold and control the finances.

**(d)** The ITF shall own all international and national rights associated with these events, in accordance with the Regulations adopted, and shall register in its name all trade marks.

**(e)** International Team Competitions may be officially recognised by the ITF on an annual or permanent basis and be known as "Official Team Competition Recognised by ITF".

**(f)** Applications for recognition shall be submitted by the Association or Regional Association concerned in accordance with Article 17. Applications, which shall give full details of the event, shall be considered by the Annual General Meeting immediately following.

## 2.2 INDIVIDUAL COMPETITIONS

**(1)** The following shall be classed as "Official Tennis Championships" and "Recognised Tennis Championships" of the International Tennis Federation.

**(a) Official Tennis Championships of the International Tennis Federation**

**The Lawn Tennis Championships (Wimbledon)**
**The US Open**
**The French Championships**
**The Australian Open**
[Known collectively as "The Grand Slams" or individually as a "Grand Slam"]

(i)    Associations or members of Associations staging any Official Tennis Championships shall each make a payment of 1% of their gross prize money to the ITF on each occasion when the Championships are held.  In all cases the necessary fee shall be forwarded to the ITF before the event is held.

(ii)    Each of the above Official Tennis Championships shall consist of mens' and womens' events, which shall be played during the same period on the same grounds.

(iii)    Official Tennis Championships shall be the decisive factor in the determination of the ITF World Champions for each year.

(iv)    Official Tennis Championships shall follow the policies of the ITF.

**(b)**   **Recognised Tennis Championships of the International Tennis Federation**

**The Japan Open**
**The Italian Open Championships**
**The International Championships of Spain**

(i)    Associations or Association members staging any Recognised Tennis Championships shall each make a payment of 0.5% of their gross prize money to the ITF on each occasion when the Championships are held.  In all cases the necessary fee shall be forwarded to the ITF before the event is held.

(ii)    Recognised Tennis Championships shall follow the policies of the ITF.

(iii)    Due notice of applications for recognition shall reach the ITF in accordance with article 17. Applications, which shall give full details of the event, including the proposed venue, shall be considered at the Annual General Meeting immediately following.

**(c)**   **Olympic Tennis Event**

The Olympic Tennis Event is managed by the ITF on behalf of the International Olympic Committee.

**(d)**   **Paralympic Tennis Event**

The Paralympic Tennis Event is managed by the ITF on behalf of the International Paralympic Committee.

**(e)**   **Seniors Individual Championships**

**The ITF Seniors World Individual Championships**
**The ITF Super-Seniors World Individual Championships**

The Seniors and Super-Seniors Championships are owned by and under the direction and control of the ITF.

(f)　**Wheelchair Individual Championships**

**The Wheelchair Tennis Masters (singles and doubles)**

The ITF Wheelchair Tennis Masters is owned by and under the direction and control of the ITF.

(g)　Official recognition may also be given to other Championships for one or more years.

(2)　The following circuits are the Official Tennis Circuits of the International Tennis Federation

(a)　**The ITF Men's Circuit**

The ITF Men's Circuit is composed of Member-owned and/or sanctioned tournaments approved by the ITF, which agree to abide by the ITF Pro Circuits Rulebook which details the rights and responsibilities of the ITF, the tournaments and the players.

(b)　**The ITF Women's Circuit**

The ITF Women's Circuit is composed of Member-owned and/or sanctioned tournaments approved by the ITF, which agree to abide by the ITF Pro Circuits Rulebook which details the rights and responsibilities of the ITF, the tournaments and the players.

(c)　**The ITF Junior Circuit**

The ITF Junior Circuit is composed of the best international Junior tournaments owned or sanctioned by its member nations worldwide, approved by the ITF Junior Competitions Committee, which agree to abide by the Junior Circuit Regulations which details the rights and responsibilities of the ITF, the tournaments and the players.

(d)　**The ITF Seniors Circuit**

The ITF Senior Circuit is composed of the best international Seniors tournaments owned or sanctioned by its member nations worldwide, approved by the ITF Seniors Committee, which agree to abide by the Seniors Regulations which details the rights and responsibilities of the ITF, the tournaments and the players.

(e)　**The ITF Wheelchair Tennis Tour**

The Wheelchair Tennis Tour is composed of tournaments approved by the Wheelchair Tennis Committee, which agree to abide by the Wheelchair Tennis Handbook which details the rights and responsibilities of the ITF, the tournaments and the players.

(f)　Official recognition may also be given to other circuits for one or more years

### 3. TOURNAMENTS, REGULATIONS AND AWARDS

#### 3.1 WORLD CHAMPIONSHIPS

The ITF may award the title of World Champion to players who, in the opinion of the Board of Directors, are the most outstanding players in any one-year. The names of players who have been awarded this title shall be listed in the Roll of Honour.

#### 3.2 AWARDS FOR SERVICES TO THE GAME

Persons who have rendered long and distinguished services to the game of tennis, may be nominated by their National Association or by the Board of Directors for an ITF Award.

The following categories are eligible for nomination by their **National Association**:

(a) **ADMINISTRATORS:** Presidents, General Secretaries, International Secretaries or Executive Board of Directors (12 years' service); Delegates to the ITF General Meetings (attendance at 10 Annual General Meetings); or Tournament Directors of Official ITF Championships (10 years).

(b) **PLAYERS:** Those who have played 25 Davis Cup or Fed Cup rubbers.

(c) **NON-PLAYING CAPTAINS:** Those who have officiated at 25 Davis Cup-Ties or 25 Fed Cup Ties.

(d) **OFFICIALS:** Referees or Chair Umpires of the Davis Cup Final or Fed Cup Final (3 times); Referees or Chair Umpires of Davis Cup or Fed Cup Ties (25 Ties).

(e) **COACHES:** for long and outstanding contribution to tennis teaching, both nationally and internationally.

(f) **OTHERS:** One person per year for long and outstanding contributions to the game of tennis.

The **BOARD OF DIRECTORS AWARDS** are for nomination by the **Board of Directors** only. The Board may nominate individuals, National Associations or Regional Associations for a special service to tennis or a specific contribution to the activities of the ITF.

Nominations must reach the ITF by the date set for acceptance of normal resolutions to the Annual General Meeting each year. They will be considered by the Board of Directors for approval at the following Annual General Meeting.

For the avoidance of doubt all awards previously made by the Federation for services to the Game will continue to be recognised and acknowledged by the ITF.

4.    **TENNIS ANTI-DOPING PROGRAMME**

**4.1**    The Tennis Anti-Doping Programme (the "Programme") is set out in full on the ITF website (www.itftennis.com) and in a separate rule book that is published and distributed by the ITF to all National Associations. The purpose of the Programme is to maintain the integrity of tennis and protect the health and rights of all tennis players.  Capitalised terms used in this Bye-law shall be as defined in the Programme.

**4.2**    It shall be a condition of membership of the ITF that all National Associations shall comply with the Programme. The Programme shall also be incorporated either directly or by express reference into each National Association's rules and regulations.  All National Federations shall include in their rules and regulations the procedural rules necessary to implement the Programme effectively. The rules of each National Association shall specifically provide that all Players, Player Support Personnel and other Persons under the jurisdiction of the National Association shall be bound by the Programme.

**4.3**    Any decision made by the Review Board or an Anti-Doping Tribunal under the Programme shall be recognised by all National Associations, which shall take all necessary action to render such results effective.

**4.4**    National Associations shall report to the ITF at the end of every calendar year results of all Doping Controls within their jurisdiction sorted by Player and identifying each date on which the Player was tested, the entity conducting the test, and whether the test was In-Competition or Out-of-Competition. The ITF may periodically publish such data received from National Associations.

**4.5**    The National Association shall regularly update the ITF and WADA on the status and findings of any review or proceedings conducted by the National Association in relation to alleged Doping Offences.

**4.6**    The Board of Directors may amend the Programme at any time.

5.    **ITF WELFARE POLICY**

**5.1**    The ITF Welfare Programme is set out in full on the ITF website (www.itftennis.com) covering the full range of events and activities under the remit of the ITF. The purpose of the programme is to ensure clear guidelines are provided on the standards of welfare required in order to assure the safety and well-being of all of those involved with the sport.

**5.2**    While it is not a condition of membership of the ITF that all National Associations shall comply with the programme, it is expected that all Associations should demonstrate best endeavours to apply all of the Welfare Policy guidelines. It is also recommended that the ITF's Welfare Policy is incorporated into each National Association's regulations.

**5.3**    Where National Associations have, through local legislation, specific additional requirements relating to welfare, it should be ensured that these requirements are fulfilled in addition to the ITF policy.

**5.4**    The Board of Directors may amend the programme at any time.

## 6. PENALTIES AND SUSPENSIONS

### 6.1 PENALTIES - ASSOCIATIONS AND THEIR AFFILIATED ORGANISATIONS

(a) The Board of Directors shall have power to call upon any Association to explain, investigate and deal with breaches of these Bye-laws, or breaches of the Regulations for international competitions of the ITF, or any act which in the opinion of the Board of Directors is against the interests of the game, alleged to have been committed in its country by the Association itself or by one of its affiliated organisations. The Board of Directors shall deal with the matter and shall have full power to inflict upon the Association such prohibitions and penalties as may be deemed proper by at least two-thirds of the Board of Directors in a meeting. Any prohibition or penalties imposed by the Board of Directors shall take effect forthwith and shall be reported to the next General Meeting of the ITF for confirmation, revision or removal.

(b) All fines and other penalties imposed under any Code of Conduct adopted by the ITF, must be upheld by all Associations and other organisations.

(c) The ITF shall publish any prohibition or penalty inflicted under this Bye-law, for enforcement by all affiliated Associations.

### 6.2 SUSPENSION FROM OFFICIAL TEAM COMPETITIONS

In addition to any suspension given in accordance with the Regulations for Official Team Competitions of the ITF, any Association which, in the opinion of the Board of Directors, does not adequately represent the game of tennis in its country or territory, or which has not acted in accordance with the Constitution of the ITF, can be suspended from entry in Official Team Competitions by the Board of Directors with a two-thirds majority of the votes recorded at a meeting of the Board of Directors.

Each suspension shall remain in effect until removed by the Board of Directors with a two-thirds majority of the votes recorded at a meeting of the Board of Directors or by a resolution at an Annual General Meeting by a two-thirds majority of the votes recorded in respect of the same.

## 7. ROUTINE MATTERS / MISCELLANEOUS ISSUES

### 7.1 DUTIES OF COMMITTEES

(a) **The Davis Cup Committee**
The duties of the Davis Cup Committee shall be as set out in the Regulations for the Davis Cup Competition, which can only be amended by the Council. (See Article 27 (c) – Competitions)

(b) **The Fed Cup Committee**
The duties of the Fed Cup Committee shall be as set out in the Regulations for the Fed Cup Competition, which can only be amended by the Council. (See Article 27 (c) – Competitions)

**(c)    Olympic Committee**
The duties of the Olympic Committee shall be as set out in the Regulations of the Olympic Tennis Event, which can only be amended by the Board of Directors.

**(d)    Seniors Committee**
The duties of the Seniors' Committee shall be as set out in the ITF Seniors' Handbook, which can only be amended by the Board of Directors.

**(e)    Junior Competitions' Committee**
The duties of the Junior Competitions' Committee shall be as set out in the ITF Junior Circuit Regulations and the ITF Junior Team Competitions' Regulations, which can only be amended by the Board of Directors.

**(f)    Wheelchair Tennis Committee**
The duties of the Wheelchair Tennis Committee shall be as set out in the ITF Wheelchair Tennis Handbook, which can only be amended by the Board of Directors.

**(g)    Beach Tennis Committee**
The duties of the Beach Tennis Committee shall be as set out in the ITF Beach Tennis Handbook, which can only amended by the Board of Directors

**(h)    Constitutional Committee**
The duties of the Constitutional Committee shall be to advise and make recommendations to the Board of Directors on the Constitution of the ITF and Regulations for the Davis Cup Competition, the Fed Cup Competition and other Official Team Championships and competitions of the ITF.

**(i)    Finance and Audit Committee**
The duties of the Finance and Audit Committee shall be to monitor and review all pertinent financial matters and to report to each meeting of the Board of Directors.

**(j)    Rules of Tennis Committee**
The duties of the Rules of Tennis Committee shall be to advise and make recommendations to the Board of Directors on the Rules of Tennis.

**7.2    DUTIES OF COMMISSIONS**

**(a)    Athletes Commission**
The duties of the Athletes Commission shall be to advise and make recommendations to the Board of Directors on all questions of concern to athletes.

**(b)    Coaches Commission**
The duties of the Coaches Commission shall be to advise and make recommendations to the Board of Directors on all matters relating to tennis coaching.

**(c)    Media Commission**
The duties of the Media Commission shall be to advise and make recommendations to the Board of Directors on all matters relating to the ITF's relationship with the media.

**(d)    Sport Science and Medicine Commission**
The duties of the Sport Science and Medicine Commission shall be to advise and make recommendations to the Board of Directors on all questions of a medical nature concerning the game of tennis.

**(e)    Technical Commission**
The duties of the Technical Commission shall be to advise and make recommendations to the Board of Directors on all technical questions concerning the game of tennis.

**(f)    Wheelchair Tennis Medical Commission**
The duties of the Wheelchair Tennis Medical Commission shall be to advise and make recommendations to the Wheelchair Tennis Committee and the Sports Science and Medicine Commission on all questions of a medical nature concerning wheelchair tennis.

## 7.3    PROCEDURES FOR THE REVIEW AND HEARINGS ON THE RULES OF TENNIS

The Procedures for the Review and Hearings on the Rules of Tennis shall be carried out in accordance with Appendix VI of the Rules of Tennis.

## APPENDIX A

SHARE REGISTER

**Class B Members:-**

**12 Class B Shares each:**

Australia

France

Germany

Great Britain

United States of America

**9 Class B Shares each:**

Argentina

Brazil

Canada

China, People's Republic of

Czech Republic

India

Italy

Japan

Netherlands

Russia

South Africa

Spain

Sweden

Switzerland

**7 Class B Shares each:**

Croatia

Korea, Republic of

Mexico

New Zealand

Slovak Republic

Thailand

**5 Class B Shares each:**

Austria

Belgium

Chile

Denmark

Egypt

Hungary

Indonesia

Israel

Morocco

Serbia

Uzbekistan

Venezuela

**3 Class B Shares each:**

Bulgaria

Chinese Taipei

Colombia

Ecuador

Finland

Greece

Iran

Ireland

Kazakhstan

Nigeria

Norway

Pakistan

Philippines

Poland

Portugal

Qatar

Tunisia

Turkey

**1 Class B Share each**

| | |
|---|---|
| Albania | Lesotho |
| Algeria | Libya |
| Andorra | Liechtenstein |
| Angola | Lithuania |
| Armenia | Luxembourg |
| Aruba | Macedonia, Former Yugoslav Republic of |
| Azerbaijan | Madagascar |
| Bahamas | Malaysia |
| Bahrain | Malta |
| Bangladesh | Mauritius |
| Barbados | Moldova |
| Belarus | Monaco |
| Benin | Montenegro |
| Bermuda | Myanmar |
| Bolivia | Namibia |
| Bosnia & Herzogovina | Netherlands Antilles |
| Botswana | Oman |
| Brunei Darussalam | Panama |
| Cameroon | Paraguay |
| Congo | Peru |
| Costa Rica | Puerto Rico |
| Cote D'Ivoire | Romania |
| Cuba | Rwanda |
| Cyprus | St Lucia |
| Djibouti | San Marino |
| Dominican Republic | Saudi Arabia |
| El Salvador | Senegal |
| Estonia | Singapore |
| Ethiopia | Slovenia |
| Gabon | Sri Lanka |
| Georgia | Sudan |
| Ghana | Syria |
| Guatemala | Tajikistan |
| Haiti | Togo |
| Honduras | Trinidad and Tobago |
| Hong Kong | Turkmenistan |
| Iceland | Uganda |
| Iraq | Ukraine |
| Jamaica | United Arab Emirates |
| Jordan | US Virgin Islands |
| Kenya | Uruguay |
| Kuwait | Vietnam |
| Kyrgyzstan (suspended) | Yemen |
| Latvia | Zambia |
| Lebanon | Zimbabwe |

**Class C Members (one Class C Share each):**

| | |
|---|---|
| Afghanistan | Maldives |
| American Samoa | Mali |
| Antigua & Barbuda | Marshall Islands |
| Belize | Mauritania |
| Bhutan | Micronesia |
| British Virgin Islands | Mongolia |
| Burkina Faso (suspended) | Mozambique (suspended) |
| Burundi | Nauru (suspended) |
| Cambodia | Nepal |
| Cape Verde | Nicaragua |
| Cayman Islands | Niger |
| Central African Rep. | Norfolk Island |
| Chad | Northern Mariana Islands |
| Congo, Democratic Republic | Palau |
| Cook Islands | Palestine |
| Dominica | Papua New Guinea |
| Equatorial Guinea | St Kitts & Nevis (suspended) |
| Eritrea | St Vincent & Grenadines |
| Fiji | Samoa |
| Gambia | Seychelles |
| Grenada | Sierra Leone |
| Guam | Solomon Islands |
| Guinea-Bissau | Somalia |
| Guinee Conakry (suspended) | Surinam |
| Guyana | Swaziland |
| Kiribati | Tanzania |
| Korea, DPR | Tonga |
| Lao | Turks & Caicos |
| Liberia | Tuvalu |
| Macau | Vanuatu |
| Malawi | |

**Subscription rates 2010**

Class B Members and Class C Members shall pay an annual subscription in accordance with **Article 6.** The amount payable for the current year is as follows:

(i)     Class C Members: US Dollars 680

(ii)    Class B Members: US Dollars 680 and in addition a sum of US Dollars 4,058 for each Class B share which it holds or becomes entitled by Resolution of the Council in accordance with **Article 11**

## APPENDIX B

### VOTING

### SUMMARY OF ITEMS REQUIRING OTHER THAN A BARE MAJORITY

### (ONLY THE DELEGATES OF CLASS B MEMBERS MAY VOTE AT ANY MEETING OF THE COUNCIL)

### Memorandum and Articles of Association

| Article | Subject | Majority Required |
|---|---|---|
| 3(b) | Membership | Two-thirds |
| 3(j) | Division of territory into two or more | Two-thirds |
| 3(k) | More than one membership in respect of one country or territory | Two-thirds |
| 4(b) | Suspension of Membership | Two-thirds |
| 4(c) | Expulsion from Membership | Four-fifths |
| 4(d) | Suspension or expulsion for non-payment of fees | Two-thirds |
| 5 | Re-admittance to Membership | Two-thirds |
| 7(c) | Affiliation of Regional Associations | Two-thirds |
| 8(c) | Applications for Membership by Recognised Organisations | Two-thirds |
| 8(f) | Expulsion of Recognised Organisations for Non-payment | Two-thirds |
| 11(g) | Increases and reductions in Class B Shares | Two-thirds |
| 17(b) | Items of which due notice has not been given - to be discussed | Four-fifths |
| 17(c) | Motion reversing a decision taken at the preceding General Meeting - to be discussed | Four-fifths |
| 18(c) | Election of Chairman in the event that the President is indisposed. | Bare Majority of, voting delegates present, each delegate to have only one vote |
| 18(i) | Adjournment of a General Meeting | Two-thirds |

| 24(2)C | Honorary Life President | Four-Fifths |
|--------|------------------------|-------------|
| 24(2)D | Honorary Life Vice-Presidents | Four-Fifths |
| 24(2)E | Honorary Life Counsellors | Four-fifths |
| 27(a) | Reviving World Championships | Unanimity |
| 27(d) | Alteration to the Regulations for Davis Cup and Fed Cup Competitions | Two-thirds |
| 28 | Alteration to the Rules of Tennis | Two-thirds |
| 28 | Date of effect of changes to the Rules of Tennis | Two-thirds |
| 28 | Alteration to Article 28 | Unanimity |
| 32(a) | Alterations to the Constitution | Two-thirds |
| | Alterations to Articles requiring more than two-thirds majority | Subject to Articles Specified above |
| 32(c) | Date of Effect of Change | Two-thirds |
| | Alterations to Articles requiring more than two-thirds majority | Subject to Articles Specified above |
| 34 | Dissolution | Four-Fifths |

**APPENDIX C**
**INTERNATIONAL OLYMPIC COMMITTEE**

(Any amendments made to these Rules by the IOC will be accepted by the Company)

**Extracts from the Olympic Charter**

**Chapter 3 – The International Federations**

**Rule 26 Recognition of IFs**

In order to develop and promote the Olympic Movement, the IOC may recognise as IFs international non-governmental organizations administering one or several sports at world level and encompassing organisations administering such sports at national level.

The statutes, practice and activities of the IFs within the Olympic Movement must be in conformity with the Olympic Charter, including the adoption and implementation of the World Anti-Doping Code. Subject to the foregoing, each IF maintains its independence and autonomy in the administration of its sport.

**Rule 27 Mission and Role of the IFs within the Olympic Movement**

1    The mission and role of the IFs within the Olympic Movement are:

1.1    to establish and enforce, in accordance with the Olympic spirit, the rules concerning the practice of their respective sports and to ensure their application;

1.2    to ensure the development of their sports throughout the world;

1.3    to contribute to the achievement of the goals set out in the Olympic Charter, in particular by way of the spread of Olympism and Olympic education;

1.4    to express their opinions on the candidatures for organising the Olympic Games, in particular as far as the technical aspects of venues for their respective sports are concerned;

1.5    to establish their criteria of eligibility for the competitions of the Olympic Games in conformity with the Olympic Charter, and to submit these to the IOC for approval;

1.6    to assume the responsibility for the technical control and direction of their sports at the Olympic Games and at the Games held under the patronage of the IOC;

1.7    to provide technical assistance in the practical implementation of the Olympic Solidarity programmes.

2    In addition, the IFs have the right to:

2.1    formulate proposals addressed to the IOC concerning the Olympic Charter and the Olympic Movement;

2.2    collaborate in the preparation of Olympic Congresses;

2.3    participate, on request from the IOC, in the activities of the IOC commissions.

## Chapter 5 – The Olympic Games

## II    Participation in the Olympic Games

## Rule 41 Eligibility Code

To be eligible for participation in the Olympic Games, a competitor, coach, trainer or other team official must comply with the Olympic Charter as well as with the rules of the IF concerned as approved by the IOC, and the competitor, coach, trainer or other team official must be entered by his NOC. The above-noted persons must notably:

- respect the spirit of fair play and non-violence, and behave accordingly; and
- respect and comply in all aspects with the World Anti-Doping Code.

## Bye-law to Rule 41

1    Each IF establishes its sport's own eligibility criteria in accordance with the Olympic Charter. Such criteria must be submitted to the IOC Executive Board for approval.

2    The application of the eligibility criteria lies with the IFs, their affiliated national federations and the NOCs in the fields of their respective responsibilities.

3    Except as permitted by the IOC Executive Board, no competitor, coach, trainer or official who participates in the Olympic Games may allow his person, name, picture or sports performance to be used for advertising purposes during the Olympic Games.

4    The entry or participation of a competitor in the Olympic Games shall not be conditional on any financial consideration.

## Rule 42 Nationality of Competitors

1    Any competitor in the Olympic Games must be a national of the country of the NOC which is entering such competitor.

2    All disputes relating to the determination of the country which a competitor may represent in the Olympic Games shall be resolved by the IOC Executive Board.

## Bye-law to Rule 42

1    A competitor who is a national of two or more countries at the same time may represent either one of them, as he may elect. However, after having represented one country in the Olympic Games, in continental or regional games or in world or regional championships recognised by the relevant IF, he may not represent another country unless he meets the conditions set forth in paragraph 2 below that apply to persons who have changed their nationality or acquired a new nationality.

2    A competitor who has represented one country in the Olympic Games, in continental

or regional games or in world or regional championships recognised by the relevant IF, and who has changed his nationality or acquired a new nationality, may participate in the Olympic Games to represent his new country provided that at least three years have passed since the competitor last represented his former country. This period may be reduced or even cancelled, with the agreement of the NOCs and IF concerned, by the IOC Executive Board, which takes into account the circumstances of each case.

3   If an associated State, province or overseas department, a country or colony acquires independence, if a country becomes incorporated within another country by reason of a change of border, if a country merges with another country, or if a new NOC is recognised by the IOC, a competitor may continue to represent the country to which he belongs or belonged. However, he may, if he prefers, elect to represent his country or be entered in the Olympic Games by his new NOC if one exists. This particular choice may be made only once.

4   Furthermore, in all cases in which a competitor would be eligible to participate in the Olympic Games, either by representing another country than his or by having the choice as to the country which such competitor intends to represent, the IOC Executive Board may take all decisions of a general or individual nature with regard to issues resulting from nationality, citizenship, domicile or residence of any competitor, including the duration of any waiting period.

## Rule 44 World Anti-Doping Code

The World Anti-Doping Code is mandatory for the whole Olympic Movement.

## Rule 47 Technical responsibilities of the IFs at the Olympic Games

1   Each IF is responsible for the technical control and direction of its sport at the Olympic Games; all elements of the competitions, including the schedule, field of play, training sites and all equipment must comply with its rules. For all these technical arrangements, the OCOG must consult the relevant IFs. The holding of all events in each sport is placed under the direct responsibility of the IF concerned.

2   The OCOG must ensure that the various sports included in the programme of the Olympic Games are treated and integrated equitably.

3   As to the schedule and daily timetable of events, the final decision lies with the IOC Executive Board.

## APPENDIX D

## TEAM TROPHIES PRESENTED BY
### the INTERNATIONAL TENNIS FEDERATION

**The Davis Cup Trophy**
Presented annually to the winning team of the World Group of the Davis Cup Competition. *(First presented by Dwight F Davis in 1900)*
**The Fed Cup Trophy**
Presented annually to the winning team of the Fed Cup Competition.
*(First presented by the ITF on the occasion of its 50th Anniversary in 1963)*
**The ITF Sunshine Cup and the ITF Connolly Continental Cup (suspended)**
Presented annually to the winning boys' team of the ITF Sunshine Cup *(first presented by Eddie Herr in 1958)* and the winning girls' team of the ITF Connolly Continental Cup *(First presented by Eddie Herr and Nancy Jeffett in 1976)*
**The Junior Davis Cup and the Junior Fed Cup**
Presented annually to the winning boys' and winning girls' teams of the Junior Davis Cup and Junior Fed Cup. *(First presented by the ITF in 1985)*
**The World Junior Tennis Trophy**
Presented annually to the winning boys' and winning girls' teams of the World Junior Tennis Event. *(First presented by the ITF in 1991)*
**The World Team Cup**
Presented annually to the winning men's and women's wheelchair tennis teams of the World Team Cup Competition. *(First presented by the National Foundation of Wheelchair Tennis in 1985)*
**The Italia Cup**
Presented annually to the winning team of the International Team Competition for men of the 35 age group. *(First presented by the Italian Tennis Federation in 1982)*
**The Tony Trabert Cup**
Presented annually to the winning team of the International Team Competition for men of the 40 age group. *(First presented by the USTA in 2000)*
**The Dubler Cup**
Presented annually to the winning team of the International Team Competition for men of the 45 age group. *(First presented by Leon Dubler in 1958)*
**The Fred Perry Cup**
Presented annually to the winning team of men at the International Team Competition for men of the 50 age group. *(First presented by the ITF in 1991)*
**The Austria Cup**
Presented annually to the winning team of the International Team Competition for men of the 55 age group. *(First presented by the Austrian Tennis Federation in 1977)*
**The Von Cramm Cup**
Presented annually to the winning team of the International Team Competition for Men of the 60 age group. *(First presented by Deutscher Tennis Bund in 1989)*
**The Britannia Cup**
Presented annually to the winning team of the International Team Competition for men of the 65 age group. *(First presented by the Veterans Tennis Association of Great Britain in 1979)*
**The Crawford Cup**
Presented annually to the winning team of the International Team Competition for men of the 70 age group. *(First presented by the Veterans Tennis Association of Australia in 1983)*

**The Bitsy Grant Cup**
Presented annually to the winning team of the International Team Competition for men of the 75 age Group. *(First presented by the US Team in 1994).*

**The Gardnar Mulloy Cup**
Presented annually to the winning team of the International Team Competition for men of the 80 age Group. *(First presented by Gardnar Mulloy in 1996)*

**The Young Cup**
Presented annually to the winning team of the International Team Competition for women of the 40 age group. *(First presented by John P Young of Australia in 1977)*

**The Margaret Court Cup**
Presented annually to the winning team of the ITF Team Competition for women of the 45 age Group. *(First presented by the Veterans' Tennis Club of Western Australia in 1994.)*

**The Maria Esther Bueno Cup**
Presented annually to the winning team of the International Team Competition for women of the 50 age group. *(First presented by the Brazilian Tennis Association in 1983)*

**The Maureen Connolly Cup**
Presented annually to the winning team of the International Team Competition for women of the 55 age group. *(First presented by the Maureen Connolly Brinker Foundation in 1992)*

**The Alice Marble Cup**
Presented annually to the winning team of the International Team Competition for women of the 60 age group. *(First presented by the USTA in 1988)*

**The Kitty Godfree Cup**
Presented annually to the winning team of the International Team Competition for women of the 65 age group. *(First presented by the Veterans' Lawn Tennis Association of Great Britain in 1995).*

**The Althea Gibson Cup**
Presented annually to the winning team of the International Team Competition for women of the 70 age group. *(First presented by the USTA in 1998)*

## APPENDIX E

## ANNUAL ITF WORLD CHAMPIONS AWARDS

**The Men's Singles' World Champion**
Presented annually to the Men's Singles' World Champion
*(First presented by the ITF in 1978)*
**The Women's Singles' World Champion**
Presented annually to the Women's Singles' World Champion
*(First presented by the ITF in 1978)*
**The Men's Doubles' World Champions**
Presented annually to the Men's Doubles' World Champions
*(First presented by the ITF in 1997)*
**The Women's Doubles' World Champion**
Presented annually to the Women's Doubles' World Champion
*(First presented by the ITF in 1997)*
**The Junior Boy's World Champion**
Presented annually to the Junior World Boys' combined singles and doubles Champion –
*(First presented by the ITF in 2004)*
**The Junior Girl's World Champion**
Presented annually to the Junior World Girls' combined singles and doubles Champion –
*(First presented by the ITF in 2004)*
**The Men's Wheelchair Tennis Singles' World Champion**
Presented annually to the Men's Wheelchair World Singles' Champion
*(First presented by the ITF in 1991)*
**The Women's Wheelchair Tennis Singles' World Champion**
Presented annually to the Women's Wheelchair Tennis Singles' World Champion
*(First presented by the ITF in 1991)*

The Junior World Ranking Boys' Singles' Champion, the Junior World Ranking Girls' Singles'
Champion, the Junior World Ranking Boys' Doubles' Champion and the Junior World
Ranking Girls' Doubles' Champion awards were suspended at the end of 2003.


## ANNUAL ITF AWARD

**The ITF Philippe Chatrier Award**
Named after former ITF President Philippe Chatrier and awarded annually for outstanding
contributions to the game of tennis.

**The ITF Brad Parks Award**
Named after the founder of the sport of wheelchair tennis and awarded annually for
outstanding contributions to the game.

**ROLL OF HONOUR**

**GRAND SLAM**

The Grand Slam titles are the championships of Australia, France, the United States of America and Wimbledon. Players who hold all four of these titles at the same time achieve the "Grand Slam". Players who have done so in one calendar year are:

<u>**SINGLES**</u>

| | |
|---|---|
| 1938 | **Donald Budge (USA**) |
| 1953 | **Maureen Connolly (USA)** |
| 1962 | **Rod Laver (AUS)** |
| 1969 | **Rod Laver (AUS)** |
| 1970 | **Margaret Court (AUS)** |
| 1988 | **Steffi Graf (FRG)**<br>Steffi Graf also won the Olympic Gold Medal in the same year |

**Note: Martina Navratilova (USA)** won six consecutive Grand Slam Singles titles starting with Wimbledon in June 1983 and ending by losing in the semifinals of the Australian Open in December 1984. **Serena Williams (USA)** won four consecutive Grand Slam Singles titles starting with Roland Garros in 2002 and ending by losing in the semifinals of Roland Garros in 2003.

<u>**DOUBLES**</u>

| | |
|---|---|
| 1951 | **Ken Mcgregor (AUS)**<br>**Frank Sedgman (AUS)** |
| 1960 | **Maria Bueno (BRA)**<br>(partnered by **Christine Truman (GBR)** and **Darlene Hard (USA)**) |
| 1984 | **Martina Navratilova (USA)**<br>**Pam Shriver (USA)** |

<u>**MIXED DOUBLES**</u>

| | |
|---|---|
| 1963 | **Ken Fletcher (AUS)**<br>**Margaret Smith (AUS)** |
| 1967 | **Owen Davidson (AUS)**<br>(partnered by **Billie-Jean King (USA)** and **Lesley Turner (AUS)**) |

## ITF WORLD SINGLES CHAMPIONS

| | | |
|---|---|---|
| 1978 | Bjorn Borg | (SWE) |
| | Chris Evert Lloyd | (USA) |
| 1979 | Bjorn Borg | (SWE) |
| | Martina Navratilova | (TCH) |
| 1980 | Bjorn Borg | (SWE) |
| | Chris Evert Lloyd | (USA) |
| 1981 | John P McEnroe | (USA) |
| | Chris Evert Lloyd | (USA) |
| 1982 | James S Connors | (USA) |
| | Martina Navratilova | (USA) |
| 1983 | John P McEnroe | (USA) |
| | Martina Navratilova | (USA) |
| 1984 | John P Mcenroe | (USA) |
| | Martina Navratilova | (USA) |
| 1985 | Ivan Lendl | (TCH) |
| | Martina Navratilova | (USA) |
| 1986 | Ivan Lendl | (TCH) |
| | Martina Navratilova | (USA) |
| 1987 | Ivan Lendl | (TCH) |
| | Steffi Graf | (FRG) |
| 1988 | Mats Wilander | (SWE) |
| | Steffi Graf | (FRG) |
| 1989 | Boris Becker | (FRG) |
| | Steffi Graf | (FRG) |
| 1990 | Ivan Lendl | (TCH) |
| | Steffi Graf | (FRG) |
| 1991 | Stefan Edberg | (SWE) |
| | Monica Seles | (YUG) |
| 1992 | Jim Courier | (USA) |
| | Monica Seles | (YUG) |
| 1993 | Pete Sampras | (USA) |
| | Steffi Graf | (GER) |
| 1994 | Pete Sampras | (USA) |
| | Arantxa Sanchez-Vicario | (ESP) |
| 1995 | Pete Sampras | (USA) |
| | Steffi Graf | (GER) |
| 1996 | Pete Sampras | (USA) |
| | Steffi Graf | (GER) |
| 1997 | Pete Sampras | (USA) |
| | Martina Hingis | (SUI) |
| 1998 | Pete Sampras | (USA) |
| | Lindsay Davenport | (USA) |
| 1999 | Andre Agassi | (USA) |
| | Martina Hingis | (SUI) |
| 2000 | Gustavo Kuerten | (BRA) |
| | Martina Hingis | (SUI) |
| 2001 | Lleyton Hewitt | (AUS) |
| | Jennifer Capriati | (USA) |
| 2002 | Lleyton Hewitt | (AUS) |
| | Serena Williams | (USA) |

| 2003 | Andy Roddick | (USA) |
| | Justine Henin | (BEL) |
| 2004 | Roger Federer | (SUI) |
| | Anastasia Myskina | (RUS) |
| 2005 | Roger Federer | (SUI) |
| | Kim Clijsters | (BEL) |
| 2006 | Roger Federer | (SUI) |
| | Justine Henin | (BEL) |
| 2007 | Roger Federer | (SUI) |
| | Justine Henin | (BEL) |
| 2008 | Rafael Nadal | (ESP) |
| | Jelena Jankovic | (SRB) |
| 2009 | Roger Federer | (SUI) |
| | Serena Williams | (USA) |

### ITF WORLD DOUBLES CHAMPIONS

| 1996 | Todd Woodbridge | (AUS) |
| | Mark Woodforde | (AUS) |
| | Lindsay Davenport | (USA) |
| | Mary Joe Fernandez | (USA) |
| 1997 | Todd Woodbridge | (AUS) |
| | Mark Woodforde | (AUS) |
| | Lindsay Davenport | (USA) |
| | Jana Novotna | (CZE) |
| 1998 | Jacco Eltingh | (NED) |
| | Paul Haarhuis | (NED) |
| | Lindsay Davenport | (USA) |
| | Natasha Zvereva | (BLR) |
| 1999 | Mahesh Bhupathi | (IND) |
| | Leander Paes | (IND) |
| | Martina Hingis | (SUI) |
| | Anna Kournikova | (RUS) |
| 2000 | Todd Woodbridge | (AUS) |
| | Mark Woodforde | (AUS) |
| | Julie Halard-Decugis | (FRA) |
| | Ai Sugiyama | (JPN) |
| 2001 | Jonas Bjorkman | (SWE) |
| | Todd Woodbridge | (AUS) |
| | Lisa Raymond | (USA) |
| | Rennae Stubbs | (USA) |
| 2002 | Daniel Nestor | (CAN) |
| | Mark Knowles | (BAH) |
| | Paola Suarez | (ARG) |
| | Virginia Ruano-Pascual | (ESP) |
| 2003 | Bob Bryan | (USA) |
| | Mike Bryan | (USA) |
| | Paola Suarez | (ARG) |
| | Virginia Ruano-Pascual | (ESP) |

| 2004 | Bob Bryan | (USA) |
|------|-----------|-------|
|      | Mike Bryan | (USA) |
|      | Paola Suarez | (ARG) |
|      | Virginia Ruano-Pascual | (ESP) |
| 2005 | Bob Bryan | (USA) |
|      | Mike Bryan | (USA) |
|      | Lisa Raymond | (USA) |
|      | Samantha Stosur | (AUS) |
| 2006 | Bob Bryan | (USA) |
|      | Mike Bryan | (USA) |
|      | Lisa Raymond | (USA) |
|      | Samantha Stosur | (AUS) |
| 2007 | Bob Bryan | (USA) |
|      | Mike Bryan | (USA) |
|      | Cara Black | (ZIM) |
|      | Liezel Huber | (USA) |
| 2008 | Daniel Nestor | (CAN) |
|      | Nenad Zimonjic | (SRB) |
|      | Cara Black | (ZIM) |
|      | Liezel Huber | (USA) |
| 2009 | Bob Bryan | (USA) |
|      | Mike Bryan | (USA) |
|      | Serena Williams | (USA) |
|      | Venus Williams | (USA) |

## ITF WHEELCHAIR WORLD CHAMPIONS

| 1991 | Randy Snow | (USA) |
|------|-----------|-------|
|      | Chantal Vandierendonck | (NED) |
| 1992 | Laurent Giammartini | (FRA) |
|      | Monique Van Den Bosch | (NED) |
| 1993 | Kai Schrameyer | (GER) |
|      | Monique Kalkman | (NED) |
| 1994 | Laurent Giammartini | (FRA) |
|      | Monique Kalkman | (NED) |
| 1995 | David Hall | (AUS) |
|      | Monique Kalkman | (NED) |
| 1996 | Ricky Molier | (NED) |
|      | Chantal Vandierendonck | (NED) |
| 1997 | Ricky Molier | (NED) |
|      | Chantal Vandierendonck | (NED) |
| 1998 | David Hall | (AUS) |
|      | Daniela Di Toro | (AUS) |
| 1999 | Stephen Welch | (USA) |
|      | Daniela Di Toro | (AUS) |
| 2000 | David Hall | (AUS) |
|      | Esther Vergeer | (NED) |
| 2001 | Ricky Molier | (NED) |
|      | Esther Vergeer | (NED) |
| 2002 | David Hall | (AUS) |
|      | Esther Vergeer | (NED) |

| 2003 | David Hall | (AUS) |
|------|------------|-------|
|      | Esther Vergeer | (NED) |
| 2004 | David Hall | (AUS) |
|      | Esther Vergeer | (NED) |
| 2005 | Michael Jeremiasz | (FRA) |
|      | Esther Vergeer | (NED) |
| 2006 | Robin Ammerlaan | (NED) |
|      | Esther Vergeer | (NED) |
| 2007 | Shingo Kunieda | (JPN) |
|      | Esther Vergeer | (NED) |
| 2008 | Shingo Kunieda | (JPN) |
|      | Esther Vergeer | (NED) |
| 2009 | Shingo Kunieda | (JPN) |
|      | Esther Vergeer | (NED) |

### ITF JUNIOR WORLD SINGLES CHAMPIONS

| 1978 | Ivan Lendl | (TCH) |
|------|------------|-------|
|      | Hana Mandlikova | (TCH) |
| 1979 | Raul Viver | (ECU) |
|      | Mary-Lou Piatek | (USA) |
| 1980 | Thierry Tulasne | (FRA) |
|      | Susan Mascarin | (USA) |
| 1981 | Patrick Cash | (AUS) |
|      | Zina Garrison | (USA) |
| 1982 | Guy Forget | (FRA) |
|      | Gretchen Rush | (USA) |
| 1983 | Stefan Edberg | (SWE) |
|      | Pascale Paradis | (FRA) |
| 1984 | Mark Kratzmann | (AUS) |
|      | Gabriela Sabatini | (ARG) |
| 1985 | Claudio Pistolesi | (ITA) |
|      | Laura Garrone | (ITA) |
| 1986 | Javier Sanchez | (ESP) |
|      | Patricia Tarabini | (ARG) |
| 1987 | Jason Stoltenberg | (AUS) |
|      | Natalia Zvereva | (USSR) |
| 1988 | Nicolas Pereira | (VEN) |
|      | Christina Tessi | (ARG) |
| 1989 | Nicklas Kulti | (SWE) |
|      | Florencia Labat | (ARG) |
| 1990 | Andrea Gaudenzi | (ITA) |
|      | Karina Habsudova | (TCH) |
| 1991 | Thomas Enqvist | (SWE) |
|      | Zdenka Malkova | (TCH) |
| 1992 | Brian Dunn | (USA) |
|      | Rossana De Los Rios | (PAR) |
| 1993 | Marcelo Rios | (CHI) |
|      | Nino Louarssabichvili | (GEO) |
| 1994 | Federico Browne | (ARG) |
|      | Martina Hingis | (SUI) |

| 1995 | Martano Zabalata | (ARG) |
| | Anna Kournikova | (RUS) |
| 1996 | Sebastien Grosjean | (FRA) |
| | Amelie Mauresmo | (FRA) |
| 1997 | Arnaud Di Pasquale | (FRA) |
| | Cara Black | (ZIM) |
| 1998 | Roger Federer | (SUI) |
| | Jelena Dokic | (AUS) |
| 1999 | Kristian Pless | (DEN) |
| | Lina Krasnoroutskaya | (RUS) |
| 2000 | Andy Roddick | (USA) |
| | Maria Emilia Salerni | (ARG) |
| 2001 | Gilles Muller | (LUX) |
| | Svetlana Kuznetsova | (RUS) |
| 2002 | Richard Gasquet | (FRA) |
| | Barbora Strycova | (CZE) |
| 2003 | Marcos Baghdatis | (CYP) |
| | Kirsten Flipkens | (BEL) |

## JUNIOR WORLD DOUBLES CHAMPIONS

| 1982 | Fernando Perez | (MEX) |
| | Beth Herr | (USA) |
| 1983 | Mark Kratzmann | (AUS) |
| | Larissa Savchenko | (USSR) |
| 1984 | Augustin Moreno | (MEX) |
| | Mercedes Paz | (ARG) |
| 1985 | Petr Korda | (TCH) |
| | Cyril Suk | (TCH) |
| | Mariana Perez-Roldan | (ARG) |
| | Patricia Tarabini | (ARG) |
| 1986 | Thomas Carbonell | (ESP) |
| | Leila Meskhi | (USSR) |
| 1987 | Jason Stoltenberg | (AUS) |
| | Natalia Medvedeva | (USSR) |
| 1988 | David Rikl | (TCH) |
| | Thomas Zdrazila | (TCH) |
| | Jo-Anne Faull | (AUS) |
| 1989 | Wayne Ferreira | (RSA) |
| | Andrea Strnadova | (TCH) |
| 1990 | Marten Renstroem | (SWE) |
| | Karina Habsudova | (CZE) |
| 1991 | Karim Alami | (MAR) |
| | Eva Martincova | (TCH) |
| 1992 | Enrique Abaroa | (MEX) |
| | Nancy Feber | (BEL) |
| | Laurence Courtois | (BEL) |
| 1993 | Steven Downs | (NZL) |
| | Cristina Moros | (USA) |
| 1994 | Ben Ellwood | (AUS) |
| | Martina Nedelkova | (SVK) |

| 1995 | Kepler Orellana | (VEN) |
|------|-----------------|-------|
|      | Ludmila Varmuzova | (CZE) |
| 1996 | Sebastien Grosjean | (FRA) |
|      | Michaela Pastikova | (CZE) |
|      | Jitka Schonfeldova | (CZE) |
| 1997 | Nicolas Massu | (CHI) |
|      | Cara Black and | (ZIM) |
|      | Irina Selyutina | (KAZ) |
| 1998 | Jose De Armas | (VEN) |
|      | Eva Dyrberg | (DEN) |
| 1999 | Julien Benneteau and | (FRA) |
|      | Nicolas Mahut | (FRA) |
|      | Daniela Bedanova | (CZE) |
| 2000 | Lee Childs and | (GBR) |
|      | James Nelson | (GBR) |
|      | Maria Emilia Salerni | (ARG) |
| 2001 | Bruno Echagaray | (MEX) |
|      | Santiago Gonzalez | (MEX) |
|      | Petra Cetkovska | (CZE) |
| 2002 | Floria Mergea | (ROM) |
|      | Horia Tecau | (ROM) |
|      | Elke Clijsters | (BEL) |
| 2003 | Scott Oudsema | (USA) |
|      | Andrea Hlavackova | (CZE) |

## ITF JUNIOR WORLD CHAMPIONS

From 2004 the rankings for singles and doubles were combined to produce a sole Junior World Champion.

| 2004 | Gael Monfils | (FRA) |
|------|--------------|-------|
|      | Michaella Krajicek | (NED) |
| 2005 | Donald Young | (USA) |
|      | Viktoria Azarenka | (BLR) |
| 2006 | Thiemo de Bakker | (NED) |
|      | Anastasia Pavlyuchenkova | (RUS) |
| 2007 | Ricardas Berankis | (LTU) |
|      | Urszula Radwanska | (POL) |
| 2008 | Tsung-Hua Yang | (TPE) |
|      | Noppawan Lertcheewakarn | (THA) |
| 2009 | Daniel Berta | (SWE) |
|      | Kristina Mladenovic | (FRA) |

## ITF PHILIPPE CHATRIER AWARD

| | | |
|---|---|---|
| 1996 | Stefan Edberg | (SWE) |
| 1997 | Chris Evert | (USA) |
| 1998 | Rod Laver | (AUS) |
| 1999 | Nicola Pietrangeli | (ITA) |
| 2000 | Juan Antonio Samaranch | (ESP) |
| 2001 | NEC | (JPN) |
| 2002 | Jack Kramer | (USA) |
| 2003 | Billy Jean King | (USA) |
| 2004 | Yannick Noah | (FRA) |
| 2005 | Tony Trabert | (USA) |
| 2006 | Margaret Court | (AUS) |
| 2007 | John McEnroe | (USA) |
| 2008 | Neale Fraser | (AUS) |
| 2009 | Martina Navratilova | (USA) |

## BRAD PARKS AWARD

**Awarded by the IWTF**

| | | |
|---|---|---|
| 1993 | Brad Parks | (USA) |
| 1994 | ITF | (GBR) |
| 1995 | KNLTB | (NED) |
| 1996 | NEC | (JPN) |
| 1997 | Graeme Watts | (AUS) |

**Awarded by the ITF**

| | | |
|---|---|---|
| 1998 | INVACARE | (USA) |
| 1999 | Brian Tobin | (AUS) |
| 2000 | LTA Trust | (GBR) |
| 2001 | Pierre Fusade | (FRA) |
| 2002 | Randy Snow | (USA) |
| 2003 | Aoi Kobayashi | (JPN) |
| 2004 | Ruurd de Boer | (NED) |
| 2005 | Sue Wolstenholme | (GBR) |
| 2006 | Bruce Karr | (USA) |
| 2007 | Cruyff Foundation | (NED) |
| 2008 | Kotaro Shibata | (JPN) |
| 2009 | Jean Pierre Limborg | (FRA) |

## OLYMPIC GAMES TENNIS EVENT
## GOLD MEDAL WINNERS 1896 - 2008

| | | | |
|---|---|---|---|
| **1896** | *Men's Singles* | John Borland | (IRL) |
| **Athens** | *Men's Doubles* | John Borland | (IRL) |
| | | Freidrich Traun | (GER) |
| | | | |
| **1900** | *Men's Singles* | Laurence Doherty | (GBR) |
| **Paris** | *Women's Singles* | Charlotte Cooper | (GBR) |
| | *Men's Doubles* | Laurence Doherty | (GBR) |
| | | Reginald Doherty | (GBR) |
| | *Mixed Doubles* | Reginald Doherty | (GBR) |
| | | Charlotte Cooper | (GBR) |
| | | | |
| **1904** | *Men's Singles* | Beals Wright | (USA) |
| **St Louis** | *Men's Doubles* | Edgar Leonard | (USA) |
| | | Beals Wright | (USA) |
| | | | |
| **1906** | *Men's Singles* | Maxime Decugis | (FRA) |
| **Athens** | *Women's Singles* | Esmée Simirioti | (GRE) |
| **(Demonstration)** | *Men's Doubles* | Maxime Decugis | (FRA) |
| | | Maurice Germot | (FRA) |
| | *Mixed Doubles* | Maxime Decugis | (FRA) |
| | | Marie Decugis | (FRA) |
| | | | |
| **1908** | *Men's Singles* | Arthur Gore | (GBR) |
| **London** | *Women's Singles* | Gladys Eastlake-Smith | (GBR) |
| **(Indoor)** | *Men's Doubles* | Herbert Roper Barrett | (GBR) |
| | | Arthur Gore | (GBR) |
| | | | |
| **1908** | *Men's Singles* | Josiah Ritchie | (GBR) |
| **London** | *Women's Singles* | Dorothea Lambert-Chamber | (GBR) |
| **(Outdoor)** | *Men's Doubles* | Reginald Doherty | (GBR) |
| | | George Hillyard | (GBR) |
| | | | |
| **1912** | *Men's Singles* | André Gobert | (FRA) |
| **Stockholm** | *Women's Singles* | Edith Hannam | (GBR) |
| **(Indoor)** | *Men's Doubles* | Maurice Germot | (FRA) |
| | | André Gobert | (FRA) |
| | *Mixed Doubles* | Charles Dixon | (GBR) |
| | | Edith Hannam | (GBR) |
| | | | |
| **1912** | *Men's Singles* | Charles Winslow | (RSA) |
| **Stockholm** | *Women's Singles* | Marguerite Broquedis | (FRA) |
| **(Outdoor)** | *Men's Doubles* | Harold Kitson | (RSA) |
| | | Charles Winslow | (RSA) |
| | *Mixed Doubles* | Heinrich Schomburgk | (GER) |
| | | Dorothea Koring | (GER) |

| | | | |
|---|---|---|---|
| **1920**<br>**Antwerp** | *Men's Singles* | Louis Raymond | (RSA) |
| | *Women's Singles* | Suzanne Lenglen | (FRA) |
| | *Men's Doubles* | Noel Turnbull | (GBR) |
| | | Maxwell Woosnam | (GBR) |
| | *Women's Doubles* | Kathleen McKane | (GBR) |
| | | Winifred McNair | (GBR) |
| | *Mixed Doubles* | Maxime Decugis | (FRA) |
| | | Suzanne Lenglen | (FRA) |
| | | | |
| **1924**<br>**Paris** | *Men's Singles* | Vincent Richards | (USA) |
| | *Women's Singles* | Helen Wills | (USA) |
| | *Men's Doubles* | Francis Hunter | (USA) |
| | | Vincent Richards | (USA) |
| | *Women's Doubles* | Hazel Wightman | (USA) |
| | | Helen Wills | (USA) |
| | *Mixed Doubles* | Richard Williams | (USA) |
| | | Hazel Wightman | (USA) |
| | | | |
| **1968**<br>**Guadalajara**<br>**(Demonstration)** | *Men's Singles* | Manuel Santana | (ESP) |
| | *Women's Singles* | Helga Niessen | (FRG) |
| | *Men's Doubles* | Rafael Osuna | (MEX) |
| | | Vicente Zarazua | (MEX) |
| | *Women's Doubles* | Edda Buding | (FRG) |
| | | Helga Niessen | (FRG) |
| | *Mixed Doubles* | Herbert Fitzgibbon | (USA) |
| | | Julie Heldman | (USA) |
| | | | |
| **1968**<br>**Mexico City**<br>**(Exhibition)** | *Men's Singles* | Rafael Osuna | (MEX) |
| | *Women's Singles* | Jane Bartkowicz | (USA) |
| | *Men's Doubles* | Rafael Osuna | (MEX) |
| | | Vicente Zarazua | (MEX) |
| | *Women's Doubles* | Rosa-Maria Darmon | (FRA) |
| | | Julie Heldman | (USA) |
| | *Mixed Doubles* | Vladimir Korotkov | (URS) |
| | | Zaiga Yansone | (URS) |
| | | | |
| **1984**<br>**Los Angeles**<br>**(Demonstration)** | *Men's Singles* | Stefan Edberg | (SWE) |
| | *Women's Singles* | Steffi Graf | (FRG) |
| | | | |
| **1988**<br>**Seoul** | *Men's Singles* | Miloslav Mecir | (TCH) |
| | *Women's Singles* | Steffi Graf | (FRG) |
| | *Men's Doubles* | Ken Flach | (USA) |
| | | Robert Seguso | (USA) |
| | *Women's Doubles* | Zina Garrison | (USA) |
| | | Pamela Shriver | (USA) |

| **1992** | *Men's Singles* | Marc Rosset | (SUI) |
| **Barcelona** | *Women's Singles* | Jennifer Capriati | (USA) |
| | *Men's Doubles* | Boris Becker | (GER) |
| | | Michael Stich | (GER) |
| | *Women's Doubles* | Gigi Fernandez | (USA) |
| | | Mary Joe Fernandez | (USA) |
| | | | |
| **1996** | *Men's Singles* | André Agassi | (USA) |
| **Atlanta** | *Women's Singles* | Lindsay Davenport | (USA) |
| | *Men's Doubles* | Mark Woodforde | (AUS) |
| | | Todd Woodbridge | (AUS) |
| | *Women's Doubles* | Gigi Fernandez | (USA) |
| | | Mary Joe Fernandez | (USA) |
| | | | |
| **2000** | *Men's Singles* | Yevgeny Kafelnikov | (RUS) |
| **Sydney** | *Women's Singles* | Venus Williams | (USA) |
| | *Men's Doubles* | Sebastien Lareau | (CAN) |
| | | Daniel Nestor | (CAN) |
| | *Women's Doubles* | Serena Williams | (USA) |
| | | Venus Williams | (USA) |
| | | | |
| **2004** | *Men's Singles* | Nicolas Massu | (CHI) |
| **Athens** | *Women's Singles* | Justine Henin | (BEL) |
| | *Men's Doubles* | Fernando Gonzalez | (CHI) |
| | | Nicolas Massu | (CHI) |
| | *Women's Doubles* | Ting Li | (CHN) |
| | | Tian Tian Sun | (CHN) |
| | | | |
| **2008** | *Men's Singles* | Rafael Nadal | (ESP) |
| **Beijing** | *Women's Singles* | Elena Dementieva | (RUS) |
| | *Men's Doubles* | Roger Federer | (SUI) |
| | | Stanislas Wawrinka | (SUI) |
| | *Women's Doubles* | Serena Williams | (USA) |
| | | Venus Williams | (USA) |

## PARALYMPIC GAMES TENNIS EVENT
## GOLD MEDAL WINNERS 1992-2008

| **1992**<br>**Barcelona** | *Men's Singles* | Randy Snow | (USA) |
|---|---|---|---|
| | *Women's Singles* | Monique van den Bosch | (NED) |
| | *Men's Doubles* | Randy Snow | (USA) |
| | | Brad Parks | (USA) |
| | *Women's Doubles* | Monique van den Bosch | (NED) |
| | | Chantal Vandierendonck | (NED) |
| **1996**<br>**Atlanta** | *Men's Singles* | Ricky Molier | (NED) |
| | *Women's Singles* | Maaike Smit | (NED) |
| | *Men's Doubles* | Stephen Welch | (USA) |
| | | Chip Parmelly | (USA) |
| | *Women's Doubles* | Monique Kalkman | (NED) |
| | | Chantal Vandierendonck | (NED) |
| **2000**<br>**Sydney** | *Men's Singles* | David Hall | (AUS) |
| | *Women's Singles* | Esther Vergeer | (NED) |
| | *Men's Doubles* | Robin Ammerlaan | (NED) |
| | | Ricky Molier | (NED) |
| | *Women's Doubles* | Esther Vergeer | (NED) |
| | | Maaike Smit | (NED) |
| **2004**<br>**Athens** | *Men's Singles* | Robin Ammerlaan | (NED) |
| | *Women's Singles* | Esther Vergeer | (NED) |
| | *Men's Doubles* | Shingo Kunieda | (JPN) |
| | | Satoshi Saida | (JPN) |
| | *Women's Doubles* | Esther Vergeer | (NED) |
| | | Maaike Smit | (NED) |
| | *Quad Mixed Singles* | Peter Norfolk | (GBR) |
| | *Quad Mixed Doubles* | Nicholas Taylor | (USA) |
| | | David Wagner | (USA) |
| **2008**<br>**Beijing** | *Men's Singles* | Shingo Kunieda | (JPN) |
| | *Women's Singles* | Esther Vergeer | (NED) |
| | *Men's Doubles* | Stephane Houdet | (FRA) |
| | | Michael Jeremiasz | (FRA) |
| | *Women's Doubles* | Korie Homan | (NED) |
| | | Sharon Walraven | (NED) |
| | *Quad Mixed Singles* | Peter Norfolk | (GBR) |
| | *Quad Mixed Doubles* | Nicholas Taylor | (USA) |
| | | David Wagner | (USA) |

## THE ITF AWARDS FOR SERVICES TO THE GAME

### COMMITTEE OF MANAGEMENT NOMINATIONS

**1984**  **Mr William Burke** – for an outstanding contribution to the Olympic Demonstration Event at the Los Angeles Olympic Games.

**1985**  **European Tennis Association** - 10th Anniversary of foundation.

**1985**  **The Tourist Office, Portschach, Austria** – for support in the promotion and organisation of international senior events.

**1985**  **Comitato Tennis Mare e Pineta, Cervia, Italy** – for support in the promotion and organisation of international senior events.

**1988**  **Mr Choong-Kun Cho** – for an outstanding contribution to the Olympic Tennis Event at the 1988 Olympic Games in Seoul.

**1992**  **Mr Agustin Pujol** – for an outstanding contribution to the Olympic Tennis Event at the 1992 Olympic Games in Barcelona.

**1993**  **Mr Arthur Ashe** – a posthumous Award for an outstanding and unique contribution to the world of tennis.

**1997**  **Mr Mike Davies** – for an outstanding contribution both as a player, and as Managing Director and General Manager of the ITF from 1988 - 1995.

**1997**  **Mr Marcel Ferralli** – for an outstanding contribution as General Secretary of the ETA for twenty years.

**1997**  **Mr Ken Farrar** – for an outstanding contribution, by upgrading and unifying officiating worldwide.

### BOARD OF DIRECTORS' NOMINATIONS

**1998**  **Mr Doug MacCurdy** – for an outstanding contribution to develop and promote the game as ITF Director of Development, from 1985 -1998.

**1999**  **Mr Paul McNamee** – for an outstanding contribution both as Davis Cup player and to the success of the Hopman Cup and the Australian Open.

**2000**  **Mr Eddie Herr** – for an outstanding contribution to the game in the field of Junior tennis.

**2002**  **Mr Theo Sperry** – for an outstanding contribution to the game in the field of Seniors tennis.

**2003**  **Mr Mike Daws** – for an outstanding contribution to the Olympic Tennis Event at the 2000 Olympic Games in Sydney

**2005**  **Mrs Denise Panagopoulou** – for an outstanding contribution to the Olympic Tennis Event at the 2004 Olympic Games in Athens

**2006**  **Mr Vicente Calderon Zeballos** – for an outstanding contribution to the development of tennis in the South American region

**2008**  **Mr Franz Feldbausch** – For an outstanding contribution to the game in the field of Junior tennis over 31 years as member of the ITF Junior Committee.

**2009**  **Ms Charlotte Ferrari** – For an outstanding contribution to the game during 33 years as a member of the organisational staff of Tennis Europe.

## NATIONAL ASSOCIATION NOMINATIONS

**Algeria**
Mr Mohamed Ammari (1999)

**Angola**
Mr Luis da Rosa Lopez (2002)

**Argentina**
Mr O Hauser
Mr Enrique Morea (1997)
Mr Eduardo Moline O'Connor (2005)
Ms Mercedes Paz (2008)
Mr Juan Jose Vasquez (1991)
Mr Guillermo Vilas (1993)

**Armenia**
Mr Harutyun Pambukyan (2008)
Mr Aleksandr Tsaturyan (2005)

**Australia**
Mr John Alexander (2009)
Ms Diane Balestraat (1997)
Mr Peter Bellenger (2005)
Mrs Leslie Bowrey (2003)
Mr John E Bromwich (1982)
Mr Ashley Cooper (2004)
Mrs Margaret Court (1980)
Mr Jack H Crawford (1980)
Mrs Evonne Cawley (1982)
Mr Jim Entink (1990)
Mr William Gilmour (1997)
Mr Neale Fraser (1984)
Mr Harry C Hopman (1980)
Mr Des Nicholl (2007)
Mr John Newcombe (2001)
Ms Ann Quinn (2002)
Mr Adrian K Quist (1982)
Mr Jim Reid (1997)
Ms Kerry Reid (1997)
Mr Wayne V Reid (1982)
Mr Tony Roche (2001)
Mr Ken Rosewall (2008)
Mr Anthony Ryan (2006)
Ms Elizabeth Smylie (1997)
Mr Colin Stubs (1997)
Mr Brian R Tobin (1988)
Ms Wendy Turnbull (1992)

**Austria**
Mr Peter Feigl (2007)
Mr Hans Kary (1980)
Mr Thomas Muster (1995)
Mr Peter Nader (1995)
Ms Barbara Schett (2006)
Mr Theodor Zeh (1992)

**Bahamas**
Mr Kit Spencer (1999)

**Bangladesh**
Mr Sandru Salem (1992)

**Belgium**
Mr Ivo Van Aken (2007)
Mr Pierre-Paul De Keghel (2000)

**Benin**
Mr Leopold Somissou (1999)

**Bermuda**
Mr David Lambert (2009)
Mr Allan Simmons (2000)

**Bosnia & Herzogovina**
Mr Neven Tomic (2003)

**Botswana**
Ms Euphemia Ngewu Tlhapane (2007)

**Brazil**
Mr G C Figueiredo (1980)
Mr Jorge Paulo Lemann (2006)
Mr Carlos Alberto Martelotte (1993)

**Brunei Darussalam**
Mr Tom Butcher (1997)

**Bulgaria**
Ms Julia Berberian (1992)
Mr Todor Todorov (1992)
Mr Tzvetan Tzvetkov (1992)

**Canada**
Mr Klaus Bindhardt (1999)
Mr Josef Brabenec (1997)
Mr Francois Godbout (1993)
Mr Lorne Main (2009)
Mr J T Spurgeon (1981)

**Cape Verde**
Mr Antero Barros (1992)

**China**
Mr Fu-Zhang Wang (1999)
Mr Lu Zhengcao (1999)
Mr Zhang Xiao-Ning (2001)

**Colombia**
Mr Ivan Molina (2008)

**Cook Islands**
Mr Brian Baudinet (1993)
Ms J Baudinet
Mr Malcolm Kajer (2002)

**Cyprus**
Mr Philios Christodoulou (1992)

**Czechoslovakia**
Mr A Bolardt (1981)
Mr Jiri Javorsky (1992)
Mr Jan Kodes (1998)
Mr Jiri Lendl (1992)
Ms Hana Mandlikova (1997)
Mr Tomas Smid (1992)
Mr Cyril Suk (1988)

**Czech Republic**
Mr Petr Korda (2005)

**Denmark**
Mr J Ahlstrand (1985)
Mr Otto Buchwald (1997)
Mr Kenneth Carlsen (2003)
Mr Finn Christensen (1995)
Mr Alan Heyman
Mr Michael Mortensen (1991)
Mr Kurt Nielsen (2006)
Mr Niels Persson (2005)
Mr Jørgen Scheel (2000)
Ms Tine Scheuer-Larson (1990)
Ms Anne-Mette Sorensen (1990)
Mr J Ulrich (1985)
Mr Lone Vandborg (1999)

**Djibouti**
Mr Md Houmed Houssein (2005)

**Dominican Republic**
Mr Gonzalo Mejia Arnal (2002)
Mr Jose Ravelo (1992)

**Ecuador**
Mr Andres Gomez (1995)
Mr Francisco Guzman Carmigniani (1998)
Mr Nicolas Macchiavello (1992)
Mr  Miguel Mora Olvera (1997)
Mr Francisco Segura (1994)

**Egypt**
Mr Mohamed Halawa (2005)
Mr Adly El-Shafei (1980)
Mr Hussein Nasr (1992)
Mr Hisham Nasser (2006)
Mr Selim Nazif (1980)
Mr Ibrahim M Wasfy (1980)

**Finland**
Mr Erik S Berner (1991)
Mr Jukka Roiha (2007)

**France**
Mr Pierre Barthes (1997)
Mr Pierre Darmon (1995)
Mr Gil de Kermedec (1997)
Mr Georges Deniau (1999)
Ms Francois Durr (1997)
Mr Guy Forget (2000)
Mr Francois Jauffret (1995)
Mr Henri Leconte (2000)
Mr Jean-Paul Loth (1995)
Mr Jean-Claude Marchon (2001)
Ms Anne-Marie Rouchon (2006)

**Germany**
Mr Wilhelm Bungert (1991)
Mr Franz Feldbausch (1991)
Mr Ferdinand Henkel (1980)
Mr Wolfgang Hofer (1991)
Mr Volker Kottkamp (2002)
Ms Helga Masthoff (1980)
Mr Richard Schoenborn (2001)
Mr Georg E Stoves (1980)

**Ghana**
Mr Edmund Annan (1993)

**Great Britain**
Sir Carl Aarvold
Mr E R Avory
Miss Sue Barker
Mr Jeremy Bates (1995)
Mr Roland Carter (1996)
Sir Geoffrey Cass (2004)
Mr James R Cochrane
Mr John Curry (1999)
Miss Jo Durie (1995)
Mr Christopher Gorringe (1995)
Mr James Eaton Griffith (1981)
Mr Derek N Hardwick (1981)
Mr J S Harrison (1981)
Mr John C U James (1993)
Mr P M Johns (1981)
Mrs P F Jones
Lt Col A D C Macaulay
Mr Alan Mills (1997)
Major A D Mills
Mr Anthony J Mottram
Mr Geoffrey L Paish (1990)
Mr John Parsons (2000)
Mr Derek V Penman (1988)
Mr M J Sangster
Mr H J Sargeant (1981)
Miss S Virginia Wade
Mr R K Wilson
Miss Shirley Woodhead

**Greece**
Mr D Gangas
Mr Spyridon D Gangas (1980)
Mr George Papadeas (1995)
Mr Dimitris Stefanides (1990)

**Guyana**
Mr Makepeace Richmond (1993)

**Haiti**
Mr Joe Etienne (2004)

**Hong Kong**
Mr Henry Fok (1994)
Mr Stanley Ho (1994)
Mr Fa-Kuang Hu (1988)
Mr Philip Kwok (1995)

**Hungary**
Mr Istvan Gulyas (1987)
Ms Zsuzsa Kormoczy (2006)

**India**
Mr Vijay Armitraj (1988)
Mr Dilip Bose (1986)
Mr Anil Khanna (2008)
Mr Raj Khanna (1991)

Mr Sumant Misra (1988)
Mr Jaidip Mukerjea (2003)
Mr Leander Paes (2006)

**Indonesia**
Ms Yayuk Basuki (2000)
Maj Gen H Jonosewojo (1985)
Mr Eddy Katimansah (1994)
Ms Suzanna Anggar Kusuma (2002)
Mr Tintus A Wibowo (2005)
Mrs Martina Widjaja (2008)

**Iraq**
Mr Khalid Saaed Al-Sultany (2004)

**Israel**
Mr A Feiger (1980)
Mr Shlomo Glickstein (1987)
M David Harnik (1999)
Mr Freddie Krivine (1989)
Mr M Mayer
Mr Zvi Meyer (1992)
Ms Tzipola Obziler (2009)
Ms Ana Smashnova (2006)
Mr J Stabholz

**Italy**
Mr Paolo Angeli (1982)
Mr Michele Brunetti (2002)
Mr Francesco Costantino (2003)
Mr Paolo Galgani (1993)
Mr Adriano Panatta (1993)
Ms Lea Pericoli (2005)
Mr Nicola Pietrangeli (1982)
Mr Orlando Sirola (1996)

**Jamaica**
Mr L E Ashenheim (1982)

**Japan**
Mr Osamu Ishiguro (2008)
Mr Kosei Kamo (2006)
Mr Eiichei Kawatei (2009)
Mr Tokusaburo Kosaka (1992)
Mr A Miyagi (2005)
Mrs Reiko Miyagi (2001)
Mr Kiichiro Nakamuta (1994)
Mr Shin-Ichi Shimizu (1993)
Mr Ryuhei Takashima (1993)
Mr Koji Tanaka (2004)
Mr Tatsuo Tatsuuma (1994)
Mrs Kazuko Yoshida (2007)

**Kenya**
Mr Baldev Aggarwal (2004)
Mr Jules Carneiro (1988)
Mrs M E Smith

**Kuwait**
Mr Abdul Ridha Al-Ghareeb (1993)

**Korea**
Mr Jhong-Moon Hong (2000)

**Lebanon**
Mr E A Yazbeck (1984)

**Lesotho**
Mr E M Khali (1991)
Mr G K Lieta (1991)

**Madagascar**
Mr Jules Rene Rakotoarivony (1997)

**Malaysia**
Mr Zainal Abidin Ali (1997)
Mr Mohamed Akbar Baba (1995)
Mr Tun Abdul Ghafar Baba (1999)

**Malta**
Mr Adrian Borg Cardona (2002)
Mr Michael Borg Cardona (1999)
Mr Lino Farrugia Sacco (1999)

**Mauritius**
Mr Akhtar Anner Toorawa (2009)
Mr Francoise Desvaux de Marigny (2001)

**Morocco**
Mr Mohamed M'jid (1993)

**Mozambique**
Mr Pedro Miguel Figueiredo (1991)
Mr Arao Nhancale (1999)

**Netherlands**
Mr Coert R Beek (1980)
Ms Kea Bouman (1997)
Mr Ruurd De Boer (1999)
Mr Stanley Franker (1994)
Mr Frank van Fraayenhoven (2009)
Mr J F Steensma (1982)
Ms Betty Stove (1994)
Mr Henk Timmer (1996)
Ms Chantal Vandierendonck (2001)

**New Zealand**
Ms Belinda Cordwell (2005)
Mr Onny Parun (2001)
Mr B N Shute (2007)
Mr Jeffrey Simpson (2002)
Mr Ian D Wells (1985)

**Niger**
Mr Ahmed Ousman Diallo (2007)

**Nigeria**
Mr Alhaji Raheem A Adejumo (1990)
Mr Charles Itabor (1993)

**Pakistan**
Mr Saeed Hai (1996)
Maj Gen Talat Masood (1988)

**Panama**
Mr Frederick Maduro (2003)

**Paraguay**
Mr Victor Pecci (1991)

**Philippines**
Col Salvador H Andrada (1991)
Mr Luis Antoni Mendoza (2005)
Mr Ajay Pathak (1995)

**Poland**
Mr Wojtek Fibak (1992)
Mr G Findeisen (1981)

**Portugal**
Mr R Cunha-F-Silva
Mr Jose Houttremann Roquette (1988)

**Russia**
Ms Anna Dmitrieva (2009)
Mr Egveny Korbut (1987)
Mr G Maslakov
Ms Anna Skorodumova (2004)
Mr Shamil Tarpischev (1987)

**Samoa**
Mr Waikaremoana Soonalole (2001)

**San Marino**
Mr Domenico Vicini (2007)

**Saudi Arabia**
Mr Saud Ali Alabdulaziz (2008)
Mr Abdullah Al-Hudaithi (1991)
Mr Resheid Abu Rasheid (2002)

**Senegal**
Mr Cheikh Berthe (1997)
Mr Jean-Claude Mimran (2000)

**Seychelles**
Mr John Adam (1991)

**Singapore**
Mr Hassan Alwi (2001)
Mr Ong Leong Boon (1991)

**Slovak Republic**
Mr Miloslav Mecir (1994)

**Slovenia**
Mr Fredi Reicher (1993)

**South Africa**
Mr Justice B L S Franklin
Mr L Janssens
Mr C F O Lister
Mr O G Williams

**Spain**
Mr Jaime Bartroli (1980)
Mr Josep Ferrer Peris (2004)
Mr J Garriga Nogues
Mr Juan Gisbert (1980)
Cond de Carlos Godo (1980)
Mr Miguel Lerin (1982)
Mr Pablo Llorens (1980)
Mr Manuel Orantes (1980)
Mr Augustin Pujol (2005)
Mr Manuel Santana (1980)
Mr Juan-Maria Tintoré (1985)

**Sri Lanka**
Mr Asitha Attygala (2008)
Mr Elmore March Perera (1984)
Mr Dilsiri Lamani Seneviratne (1991)
Mr Suresh Subramaniam (2003)
Mr Lalith Withana (2001)

**Swaziland**
Mr Peter Mamba (2008)

**Sweden**
Mr Leif Dahlgren (1999)
Mr Mats Hasselquist (1986)
Mr J Kotschack (1982)
Mr Lennart Larsson (1992)
Mr John Anders Sjogren (1995)
Mr Peter Wallenberg (2004)

**Switzerland**
Mr Jean Brechbühl (2001)
Mr Edi Eckert (1991)
Mr Heinz Grimm (1993)
Dr Maz Gubler (1981)
Mr Roland Haefliger (1991)
Mr Hans Hartmann (1992)
Mr Fritz Kleisli (1991)
Mr Hans Joerg Leder (1992)
Mrs Lolette Payot (1981)
Dr Werner Steiner (1981)
Mr Svatopluk Stojan (1999)
Mr Dimitri Sturdza (1996)
Ms Christine Ungricht (2006)
Mr Francois Valmaggia (1993)

**Thailand**
Mr Vittaya Samrej (2002)
Mr Danai Udomchoke (2007)

**Trinidad & Tobago**
Mr Lionel St Aubyn (1984)

**Tunisia**
Mr Muncef Belkhodja (2007)
Mr Mustapha Belkhodja (1996)
Mr Mondher Ben Ammar (1993)

**Turkey**
Mr Azmi Kumova (2009)
Mr Sadi Toker (2001)

**Ukraine**
Mr Volodymyr Bogdanov (2008)

**Uruguay**
Mr Carlos Rymer Estrada (2001)
Mr Max Mainser (1983)

**USA**
Mr Russ Adams (2001)
Mr George Barnes (1999)
Mr Vic Braden (2003)
Mr Robert A Cookson
Mr Hunter Delatour (1992)
Ms Anne-Lise Frank (2009)
Mr J Howard Frazer (1998)
Ms Zina Garrison (2006)
Mr J Randolph Gregson (1994)
Mrs Nancy Jeffett
Mr Leslie Jenkins (1996)
Mr Gordon Jorgensen (1993)
Miss Billie Jean King (1998)
Mr John "Jack" Kramer (1996)
Mr Robert Lansdorp (2005)
Mrs Julia Levering (2003)
Mr Stanley Malless (1992)
Mr David Markin (1991)
Mr Gardner Mulloy (2000)
Mr Charles Pasarell (1996)
Ms Carol Schneider (2000)
Mr Stan Smith (1995)
Mr Theodore Sperry (1995)
Mr William Talbert (1995)
Mr Tony Trabert (1995)
Mr Dennis Van Der Meer (1999)
Mrs "Woodie" Phyllis Sublet Walker (2004)
Mr W Harcourt Woods (1993)
Mrs Barbara Williams (1999)
Mrs Barbara S Wynne (2007)

**Uzbekistan**
Mr Rustam Inoyatov (2009)

**Venezuela**
Mr Firmin Perez (1998)

**Yugoslavia**
Mr Radmilo Armenulic (1997)
Mr Boro Jovanovic
Mr D Korac (1980)
Mr Radmilo Nikolic (1980)
Mr J Palada (1980)
Mr Zoran Peric (1994)
Mr Niki Pilic

**Zimbabwe**
Mr Byron Black (2000)
Mr Wayne Black (2001)
Mr Paul Chingoka (1998)
Mr Arthur J Farmerey (1980)
Mr Yusuf Ebrahim Hassan (1997)
Mr Basil Katz (1993)
Ms Jean Koch (1997)
Mr Basheer Mahomed (1999)
Mrs Ann Martin (2003)
Ms Jill Standen (1994)

## HISTORY OF ITF ANNUAL GENERAL MEETINGS (since 1971)

| 1971 | Stresa | Italy |
|------|--------|-------|
| 1972 | Helsinki | Finland |
| 1973 | Warsaw | Poland |
| 1974 | Amsterdam | Netherlands |
| 1975 | Barcelona | Spain |
| 1976 | Monte Carlo | Monaco |
| 1977 | Hamburg | Germany |
| 1978 | Stockholm | Sweden |
| 1979 | New York | USA |
| 1980 | Vienna | Austria |
| 1981 | Gstaad | Switzerland |
| 1982 | Acapulco | Mexico |
| 1983 | Tours | France |
| 1984 | Stratford | England |
| 1985 | Barcelona | Spain |
| 1986 | Newport | USA |
| 1987 | Abidjan | Ivory Coast |
| 1988 | Paris | France |
| 1989 | Buenos Aires | Argentina |
| 1990 | Athens | Greece |
| 1991 | Hamburg | Germany |
| 1992 | La Romana | Dominican Republic |
| 1993 | Vancouver | Canada |
| 1994 | Hong Kong | Hong Kong |
| 1995 | Edinburgh | Scotland |
| 1996 | Lausanne | Switzerland |
| 1997 | Cairo | Egypt |
| 1998 | Killarney | Ireland |
| 1999 | Noordwijk | Netherlands |
| 2000 | Antalya | Turkey |
| 2001 | Cancun | Mexico |
| 2002 | Marrakech | Morocco |
| 2003 | Rio de Janeiro | Brazil |
| 2004 | Barcelona | Spain |
| 2005 | Prague | Czech Republic |
| 2006 | Seoul | Korea |
| 2007 | Tunis | Tunisia |
| 2008 | Moscow | Russia |
| 2009 | Madrid | Spain |

## OFFICERS OF THE INTERNATIONAL TENNIS FEDERATION

### PRINCIPALS (CHAIRMEN)

| 1913 | Dr H O Behrens | (GER) |
|------|----------------|-------|
| 1914 | Mr H Wallet | (FRA) |
| 1919 | Mr P de Borman | (BEL) |
| 1920 | Mr C Barde | (SUI) |
| 1921 | Mr P de Borman | (BEL) |
| 1922 | Mr E Clarke | (RSA) |
| 1923 | Mr A E M Taylor | (GBR) |
| 1924 | Mr H Wallet | (FRA) |
| 1925 | Dr J M Flavelle | (GBR) |
| 1926 | Mr M Rances | (FRA) |
| 1927 | Mr C Barde | (SUI) |
| 1928 | Mr P de Borman | (BEL) |
| 1929 | Mr C Barde | (SUI) |
| 1930/31 | Mr M Rances | (FRA) |
| 1932 | Dr H O Behrens | (GER) |
| 1933 | Mr P de Borman | (BEL) |
| 1934 | Mr L J Carruthers | (USA) |
| 1935 | Mr G Uzielli | (ITA) |
| 1936 | Mr C Barde | (SUI) |
| 1937 | Mr C de Borman | (BEL) |
| 1938 | Dr H O Behrens | (GER) |

The office of Principal (Chairman) was replaced by the office of President in 1938.

### PRESIDENTS

| 1938/39 | Mr P Gillou | (FRA) |
|---------|-------------|-------|
| 1939/46 | Mr C Barde | (SUI) |
| 1946/47 | Mr P de Borman | (BEL) |
| 1947/48 | Mr P Gillou | (FRA) |
| 1948/49 | Mr J Eaton Griffith | (GBR) |
| 1949/50 | Dr R B Kingman | (USA) |
| 1950/51 | Mr R H Youdale | (AUS) |
| 1951/52 | Mr D Croll | (NED) |
| 1952/53 | Mr C Barde | (SUI) |
| 1953/54 | Mr J Eaton Griffith | (GBR) |
| 1954/55 | Dr R B Kingman | (USA) |
| 1955/56 | Dr G de Stefani | (ITA) |
| 1956/57 | Mr R H Youdale | (AUS) |
| 1957/58 | Mr R N Watt | (CAN) |
| 1958/59 | Mr C Barde | (SUI) |
| 1959/60 | Mr J Eaton Griffith | (GBR) |
| 1960/61 | Mr J Borotra | (FRA) |
| 1961/62 | Mr R H Youdale | (AUS) |
| 1962/63 | Dr G de Stefani | (ITA) |
| 1963/65 | Mr J Eaton Griffith | (GBR) |
| 1965/67 | Dr P da Silva Costa | (BRA) |
| 1967/69 | Dr G de Stefani | (ITA) |

| 1969/71 | Mr B A Barnett | (AUS) |
| 1971/74 | Mr A Heyman | (DEN) |
| 1974/75 | Mr W E Elcock | (USA) |
| 1975/77 | Mr D N Hardwick | (GBR) |
| 1977/91 | Mr P Chatrier | (FRA) |

## PRESIDENT AND CHIEF EXECUTIVE

| 1991/99 | Mr B Tobin | (AUS) |
| **1999/** | **Mr F Ricci Bitti** | **(ITA)** |

## GENERAL SECRETARIES

| 1913/20 | Mr R Gallay | (FRA) |
| 1920/47 | Mr R Gallay & Mr H A Sabelli | (FRA & GBR) |
| 1948/49 | Mr R Gallay & Mr S B Reay | (FRA & GBR) |
| 1949/61 | Mr S B Reay & Mr A Gentien | (GBR & FRA) |
| 1961/70 | Mr S B Reay & Mr N Barrelon | (GBR & FRA) |
| 1970/73 | Mr S B Reay & Mr B Berthet | (GBR & FRA) |
| 1973/76 | Mr S B Reay | (GBR) |
| 1976/84 | Mr D Gray | (GBR) |
| 1984/86 | Miss S Woodhead | (GBR) |

The office of General Secretary was abolished in 1987. The functions of the General Secretary were incorporated in the new position of Chief Operating Officer.

## CHIEF OPERATING OFFICER

| 1989/91 | Mr B Tobin - Executive Vice-President | (AUS) |
| 1991/95 | Mr M Davies - General Manager | (GBR) |
| 1995/98 | Mr D MacCurdy - General Manager | (USA) |
| **1998/** | **Mr J Margets - Executive Vice-President** | **(ESP)** |

## HONORARY TREASURERS

| 1913/39 | Mr R Gallay | (FRA) |
| 1946/63 | Sir Clarence Sadd | (GBR) |
| 1963/77 | Mr H J Sargeant | (GBR) |
| **1977/** | **Mr D Jude** | **(GBR)** |

**ITF LIMITED 2009-2011**
**OFFICERS**

**President**
Mr Francesco Ricci Bitti

**Executive Vice-President**
Mr Juan Margets

**Vice Presidents**
Mr Jacques Dupré
Mrs Lucy S. Garvin
Mr Geoff Pollard

**Board of Directors**
Mr Ismail El Shafei
Mr Jack Graham
Mr Franklin Johnson
Mr Anil Khanna

Mr Chris Kypriotis
Mr Roman Murashkovsky
Mr Stuart Smith
Mr Georg Von Waldenfels

**Honorary Treasurer**
Mr David Jude

**Honorary Life President**
Mr Brian Tobin

**Honorary Life Vice President**
Mr Heinz Grimm
Mr Eiichi Kawatei
Mr Pablo Llorens

**Honorary Life Counsellors**
Mr Paolo Angeli
Mr Jean Claude Delafosse
Mr Hunter Delatour
Mr Ismail El Shafei
Mr Fathi Farah
Mr J Howard Frazer
Mr Randolph Gregson
Mr Ian King

Mrs Julia Levering
Mr Stan Malless
Mr David Markin
Mr Enrique Morea
Mr Eduardo Moline O'Connor
Mr Alvaro Peña
Mr Francesco Ricci Bitti

**ADMINISTRATION**

**Executive Directors**
William L Babcock                    Grand Slams & Professional Tournaments
Sean O'Loughlin                      Finance & Administration
Jan Menneken                         Commercial
Dave Miley                           Tennis Development
Paul Smith                           Davis Cup, Fed Cup, & Olympics

**Heads**
Stuart Miller                        Science & Technical
Jackie Nesbitt                       Professional Circuits
Luca Santilli                        Juniors & Seniors Tennis
Barbara Travers                      Communications

**Managers**
Justine Albert                       Davis Cup / Operations
Mark Bullock                         Wheelchair Tennis
Sunil Kaikini                        Television
Jane O'Sullivan                      Human Resources & Administration
Mat Pemble                           Information & Communications Technology

## BOARD OF DIRECTORS –2009-2011

MR FRANCESCO RICCI BITTI

International Tennis Federation
Bank Lane
Roehampton
London SW15 5XZ
UNITED KINGDOM
Tel: +44 (0)20 8878 6464
Fax: +44 (0)20 8876 7705

MR JACQUES DUPRÉ

FFT
Stade Roland Garros
2, Ave Gordon Bennet
75016 Paris
FRANCE
Tel: +33 1 47 43 48 40
Fax: +33 1 47 43 40 37

MR ISMAIL EL SHAFEI

C/O Allied Trading & Consultancy Co.
4 Maahad El Sahari St
Next to Baron Hotel
Heliopolis, Cairo
EGYPT
Tel:  +2 02 2690 3560
Fax: +2 02 2690 4690

MRS LUCY S. GARVIN

USTA
70 West Red Oak Lane
White Plains
New York 10604
USA
Tel: +1 914 696 7000
Fax: +1 914 696 7167

MR JACK GRAHAM

McInnes Cooper
Suite 1300, 1969 Upper Water Street
Purdy's Wharf Tower II
PO Box 730
Halifax, Nova Scotia B3J 2V1
CANADA
Tel: +1 902 444 8543
Fax: +1 902 425 6350

MR FRANKLIN R JOHNSON

USTA
70 West Red Oak Lane
White Plains
New York 10604
USA
Tel: +1 914 696 7255
Fax: +1 914 696 2002

MR ANIL KHANNA

All India Tennis Association
R.K. Khanna Tennis Stadium
D.L.T.A. Complex
Africa Avenue
New Delhi - 110029
INDIA
Tel: +91 11 2617 6280/1/3
Fax: +91 11 2617 3159

MR CHRIS KYPRIOTIS

Rua Natividade 139
Vila Nova Conceicao
04513 – 020 Sao Paulo, SP
BRAZIL
Tel: +55 11 3618 8600
Fax: +55 11 3618 8638

MR JUAN MARGETS

International Tennis Federation
Bank Lane
Roehampton
London SW15 5XZ
UNITED KINGDOM
Tel: +44 (0)20 8878 6464
Fax: +44 (0)20 8392 4792

MR ROMAN MURASHKOVSKY

Moscow University Touro
Podsosensky 20
103062 Moscow
Russia
Tel: +7 (495) 917-8947

MR GEOFF POLLARD

Tennis Australia
Private Bag 6060
Richmond South 3121
Victoria
AUSTRALIA
Tel: +61 3 9914 4000 / 4113
Fax: +61 3 9650 2743

| MR STUART SMITH | LTA |
| | The National Tennis Centre |
| | 100 Priory Lane Roehampton |
| | London SW15 5JQ |
| | UNITED KINGDOM |
| | Tel: +44 (0)20 8487 7192 |
| | Fax: +44 (0)20 8487 7306 |

MR GEORG VON WALDENFELS

Clifford Chance
Theresienstrasse 4-6
80333 Munich
GERMANY
Tel: +49 89 21632 8222
Fax: +49 89 21632 8899

HONORARY TREASURER
MR DAVID JUDE

c/o International Tennis Federation
Bank Lane
Roehampton
London
SW15 5XZ
UNITED KINGDOM
Tel: +44 (0)20 8878 6464
Fax: +44 (0)20 8876 7705

**Auditors**
KPMG UK, London, United Kingdom

**Legal Counsel**
United Kingdom      Couchman Harrington and Associates
United Kingdom:     Hammonds

## ITF COMMITTEES AND COMMISSIONS – 2009-2011

### COMPETITION COMMITTEES

#### DAVIS CUP COMMITTEE

| | | |
|---|---|---|
| **Chairman:** | **Mr Juan Margets** | **(ESP / BoD)** |
| **Members:** | Mr Armando Cervone | (ARG) |
| | Mr Tom Gullikson | (USA) |
| | Mr Geoff Pollard | (AUS /BoD) |
| | Mr Charles Trippe | (GBR) |
| | Mr Arnaud Boetsch | (FRA – Observer) |
| | Mr Sergey Leonyuk | (RUS – Observer) |

#### FED CUP COMMITTEE

| | | |
|---|---|---|
| **Chairman:** | **Mr Georg von Waldenfels** | **(GER / BoD)** |
| **Members:** | Mrs Jane Brown Grimes | (USA) |
| | Mr Michele Brunetti | (ITA) |
| | Mr Aleksei Selivanenko | (RUS) |
| | Mr Luc Vandaele | (BEL) |
| | Mrs Francoise Durr | (FRA – Observer) |
| | Ms Peachy Kellmeyer | (WTA - Observer) |

#### OLYMPIC COMMITTEE

| | | |
|---|---|---|
| **Chairman:** | **Mr Francesco Ricci Bitti** | **(President)** |
| **Members:** | Mr Tarak Cherif | (TUN) |
| | Mr Igor del Busto | (ESP) |
| | Ms Luisanna Fodde | (ITA) |
| | Mr Eiichi Kawatei | (JPN) |
| | Mrs Alicia Masoni de Morea | (ARG) |
| | Ms Barbara Smith | (USA) |
| | Mr Stuart Smith | (GBR) |
| | Mr Rene Stammbach | (SUI) |
| | Ms Sun Jinfang | (CHN) |
| | Mr Spyros Zannias | (GRE) |
| | Mr Chris Kypriotis | (BRA - Observer) |
| | Mr Roman Murashkovsky | (RUS – Observer) |

## JUNIOR COMPETITIONS COMMITTEE

| | | |
|---|---|---|
| **Chairman:** | **Mrs Lucy S. Garvin** | **(USA / BoD)** |
| **Members:** | Ms Cecilia Ancalmo | (ESA) |
| | Mr Klaus Eberhard | (GER) |
| | Mr Leon Freimond | (RSA) |
| | Mr Patrick O'Rourke | (NZL) |
| | Mr Francesc Orriols | (ESP) |
| | Mr Ajay Pathak | (PHI) |
| | Mr Edmundo Rodriguez | (BOL) |
| | Mr Balazs Taroczy | (HUN) |
| | Mr Magnus Grönvold | (SUI – Observer) |

## SENIORS COMMITTEE

| | | |
|---|---|---|
| **Chairman:** | **Mr Roman Murashkovsky** | **(RUS / BoD)** |
| **Members:** | Mr Peter Bretherton | (GBR) |
| | Mr Sergio Elias | (CHI) |
| | Ms Lorna Krog | (RSA) |
| | Mr Peter Nader | (AUT) |
| | Ms Carolyn Nichols | (USA) |
| | Mr David Stobart | (AUS) |
| | Ms Elsie Veentjer-Spruyt | (NED) |
| | Mrs Martina Widjaja | (INA) |

## WHEELCHAIR TENNIS COMMITTEE

| | | |
|---|---|---|
| **Chairman:** | **Mr Chris Kypriotis** | **(BRA / BoD)** |
| **Members:** | Mr Miguel Diaz | (ESP) |
| | Mr Christo Kok | (NED) |
| | Mr Randy Stephens | (USA) |
| | Mr Stig Ericson | (IWTA) |
| | Mr Martin McElhatton | (IWTA) |

## COMPETITION COMMITTEES WITH EXTERNAL BODIES

## ITF WOMEN'S CIRCUIT COMMITTEE

| | | |
|---|---|---|
| **Chairman:** | **Mr Anil Khanna** | **(IND / BoD)** |
| **Members:** | Mr Manuel Carrera Del Rio | (ECU) |
| | Mr David Haggerty | (USA) |
| | Ms Christiane Jolissant | (SUI) |
| | Mr Naohiro Kawatei | (JPN) |
| | Mrs Joan Pennello | (WTA Tour) |

## ITF / ATP MEN'S CIRCUIT COMMITTEE

| | | |
|---|---|---|
| **Chairman:** | **Mr Juan Margets** | **(ESP / BoD)** |
| **Members:** | Mr Brian Earley | (USA) |
| | Mr Olli Mäenpää | (FIN) |
| | Mr Suresh Subramaniam | (SRI) |

## STRUCTURE AND ORGANSIATION COMMITTEES

### FINANCE COMMITTEE

| | | |
|---|---|---|
| **Chairman:** | **Mr David Jude** | **(Honorary Treasurer)** |
| **Members:** | Mr Franklin R Johnson | (USA / BoD) |
| | Mr Anil Khanna | (IND / BoD) |
| | Mr Roman Murashkovsky | (RUS/ BoD) |

### CONSTITUTIONAL COMMITTEE

| | | |
|---|---|---|
| **Chairman:** | **Mr Jack Graham** | **(CAN / BoD)** |
| **Members:** | Mr Stephen Healy | (AUS) |
| | Mrs Karin van Bijsterveld | (NED) |
| | Mr Jon Vegosen | (USA) |
| | Mr Charles Trippe | (Parliamentarian) |

### RULES OF TENNIS COMMITTEE

| | | |
|---|---|---|
| **Chairman:** | **Mr Geoff Pollard** | **(AUS / BoD)** |
| **Members:** | Mr Joseph Grover | (USA) |
| | Mr Günther Lang | (GER) |
| | Mr Dmitriy Vikharev | (RUS) |
| | Mr Gayle Bradshaw | (ATP) |
| | Mr Peter Johnston | (WTA Tour) |

## COMMISSIONS

### SPORT SCIENCE AND MEDICINE COMMISSION

| | | |
|---|---|---|
| **Chairman:** | **Dr Brian Hainline** | **(USA)** |
| **Members:** | Dr Bernard Montalvan | (FRA) |
| | Dr Babette Pluim | (NED) |
| | Dr Ann Quinn | (AUS / GBR) |
| | Dr Angel Ruiz Cotorro | (ESP) |
| | Dr Karl Weber | (GER) |
| | Dr Tim Wood | (AUS) |
| | Mrs Nicky Dunn | (GBR – Observer) |
| | Prof Per Renstrom | (ATP – Ex-officio) |
| | Ms Kathleen Stroia | (WTA Tour – Ex-officio) |

### WHEELCHAIR MEDICAL COMMISSION

| | | |
|---|---|---|
| **Chairman:** | **Ms Sue Wolstenholme** | **(GBR)** |
| **Members:** | Mr Darren Bailey | (GBR) |
| | Dr Brian Hainline | (USA) |
| | Dr Babette Pluim | (NED) |

### TECHNICAL COMMISSION

| | | |
|---|---|---|
| **Chairman:** | **Mr Stuart Smith** | **(GBR / BoD)** |
| **Members:** | Mr Fabien Boudet | (FRA) |
| | Prof Steve Haake | (GBR) |
| | Mr Karl Hedrick | (USA) |
| | Mrs Margaret Beard | (USA – Observer) |
| | Mr Gayle Bradshaw | (ATP – Ex-officio) |
| | Mr Peter Johnston | (WTA Tour – Ex-officio) |

### COACHES COMMISSION

| | | |
|---|---|---|
| **Chairman:** | **Mr Ismail El Shafei** | **(EGY / BoD)** |
| **Members:** | Mr Travis Atkinson | (AUS) |
| | Mr Hemant Bendrey | (IND) |
| | Mr Hans Peter Born | (GER) |
| | Mr Farah Dayoub | (SYR) |
| | Mr Andres Gomez | (ECU) |
| | Ms Debbie Kirkwood | (CAN) |
| | Mr Cesar Kist | (BRA) |
| | Mr Steve Martens | (BEL / GBR) |
| | Mr Patrick McEnroe | (USA) |
| | Mr Hichem Nasser | (EGY) |
| | Mr Bernard Pestre | (FRA) |
| | Mr Hichem Riani | (TUN) |
| | Mr Alberto Riba | (ESP) |
| | Mr Paul Roetert | (USA) |
| | Ms Larissa Shaerer | (PAR) |
| | Mr Frank van Fraayenhoven | (NED) |
| | Mr Boris Sobkin | (RUS) |
| | Mr Hayato Sakurai | (JPN) |

## ATHLETES COMMISSION

| | | |
|---|---|---|
| **Co-Ordinator:** | **Mr Jean-Philippe Fleurian** | **(FRA)** |
| **Members:** | Mr Jim Courier | (USA) |
| | Ms Mary Joe Fernandez | (USA) |
| | Ms Christiane Jollisaint | (SUI) |
| | Ms Alicia Molik | (AUS) |
| | Ms Anastasia Myskina | (RUS) |
| | Mr Leander Paes | (IND) |
| | Ms Arantxa Sanchez Vicario | (ESP) |
| | Ms Barbara Schett | (AUT) |
| | Mr Todd Woodbridge | (AUS) |

## JOINT MEDIA COMMISSION

| | | |
|---|---|---|
| **Chairman:** | **Mr Franklin R Johnson** | **(USA / BoD)** |
| **Members:** | Ms Anna Dmitrieva | (RUS) |
| | Mr Sebastian Fest | (GER) |
| | Ms Bonnie Ford | (USA) |
| | Mr Craig Gabriel | (AUS) |
| | Mr Gordan Gabrovec | (CRO) |
| | Mr Ray Guibilo | (ITA) |
| | Ms Sandra Harwitt | (USA) |
| | Ms Doris Henkel | (GER) |
| | Mr Tommy Hindley | (GBR) |
| | Mr Marco Keller | (SUI) |
| | Mr Miguel Luengo | (ESP) |
| | Mr David Mercer | (GBR) |
| | Mr Fred Mullane | (USA) |
| | Mr Roberto Nappo | (ARG) |
| | Mr Paul Newman | (GBR) |
| | Mr Rene Stauffer | (SUI) |
| | Mr Takeo Tanuma | (JPN) |
| | Mr Paul Zimmer | (GER) |

## ITF BODIES AND WORKING GROUPS

### DEVELOPMENT ADVISERS GROUP

| | | |
|---|---|---|
| **Chairman:** | **Mr Jacques Dupré** | **(FRA / BoD)** |
| **Members:** | Mr Ismail El Shafei | (EGY / BoD) |
| | Mrs Lucy S. Garvin | (USA / BoD) |
| | Mr Anil Khanna | (IND / BoD) |
| | Mr Chris Kypriotis | (BRA / BoD) |

### RECOGNITION & REWARD (R&R) PANEL

| | | |
|---|---|---|
| **Chairman:** | **Mr Heinz Grimm** | **(SUI)** |
| **Members:** | Mr J Howard Frazer | (USA) |
| | Mr David Jude | (Honorary Treasurer) |
| | Mr Eiichi Kawatei | (JPN) |
| | Mr Juan Margets | (BoD – Observer) |

### ANTI-DOPING WORKING GROUP

| | | |
|---|---|---|
| **Coordinator:** | **Dr Stuart Miller** | **(ITF)** |
| **Members:** | Ms Sandra de Jenken Eversmann | (Grand Slams) |
| | Mr David Shoemaker | (WTA Tour) |
| | Mr Mark Young | (ATP) |

### NORTH AND CENTRAL AMERICA REGIONAL WORKING GROUP

| | | |
|---|---|---|
| **Coordinator:** | **Mr Dave Miley** | **(ITF)** |
| **Members:** | Ms Cecilia Ancalmo | (ESA) |
| | Mr Hatem McDadi | (CAN) |
| | Mr Paul Roetert | (USA) |

## ITF REPRESENTATIVES TO OTHER TENNIS BODIES

### GRAND SLAM COMMITTEE

| | |
|---|---|
| Australian Open: | Mr Geoff Pollard |
| French Open: | Mr Jean Gachassin |
| Wimbledon: | Mr Tim Phillips |
| US Open: | Mrs Lucy S. Garvin |
| ITF President: | Mr Francesco Ricci Bitti |
| Administrator: | Mr Bill Babcock |

### HOPMAN CUP PTY LTD – BOARD OF DIRECTORS

| | | |
|---|---|---|
| Chairman: | Mr Francesco Ricci Bitti | (ITF President) |
| Members: | Mr Bill Babcock | (ITF) |
| | Mr David Jude | (Honorary Treasurer) |
| | Mr Paul McNamee | (AUS) |
| | Ms Andrea Mitchell | (AUS) |
| | Mr Geoff Pollard | (AUS) |

### ITF REPRESENTATIVES ON THE WTA TOUR BOARD

| | | |
|---|---|---|
| Member: | Mr Juan Margets | (BoD) |
| Alternate: | Mr Francesco Ricci Bitti | (ITF President) |

### ITF REPRESENTATIVES ON ATP / ITF CHALLENGERS JOINT COMMITTEE

| | | |
|---|---|---|
| **Members:** | Mr Juan Margets | (BoD) |
| | Mr Olli Mäenpää | (FIN) |
| | Mr Suresh Subramaniam | (SRI) |

## ITF REPRESENTATIVES TO OTHER EXTERNAL SPORT BODIES

### INTERNATIONAL OLYMPIC COMMITTEE (IOC)

Mr Francesco Ricci Bitti    IOC Member / Marketing Commission Member

### INTERNATIONAL PARALYMPIC COMMITTEE (IPC)

Mr Mark Bullock – IPC Sports Council Member

### ASSOCIATION OF SUMMER OLYMPIC INTERNATIONAL FEDERATIONS (ASOIF)

| | |
|---|---|
| Mr Francesco Ricci Bitti | Council Member |
| Mr Paul Smith | Official Delegate |

### WORLD ANTI-DOPING AGENCY (WADA)

Mr Francesco Ricci Bitti    Executive Committee & Foundation Board Member

### INTERNATIONAL UNIVERSITY SPORT FEDERATION (FISU)

Mr Eiichi Kawatei    Technical Commission - Tennis Chairman

**NATIONAL ASSOCIATIONS ADDRESS LIST**
**Status on 1 January 2010**

For the most up-to-date list please refer to:
http://www.itftennis.com/nationalassociations/

## Class B Members With Voting Rights (145)

**Albania - ALB**
Albanian Tennis Federation
Rruga Myslym Shyri
Pallati 46, Ap.10/1
Tirana
Albania

**Telephone:** 355 42 74 361
**Fax:** 355 42 54 750
**President: Mr Edvin Libohova**
**Secretary: Mr Tonin Mema**
**E-mail:** albanian_tennis_federation@yahoo.com

**Algeria - ALG**
Fédération Algerienne de Tennis
CNOSAOS
Rue Ahmed Ouaked
Dely Ibrahim Alger
Algeria

**Telephone:** 213 21 79 13 71
**Fax:** 213 21 79 13 71
**President: Mr Abdelhalim Azzi**
**Secretary: Mr Djaffar K Benzerroug**
**E-mail:** fatalgtennis@yahoo.com

**Andorra - AND**
Federació Andorrana de Tennis
Casal de l'Esport
Baixada del Moli. 31-35
Andorra La Vella
AD500
Andorra

**Telephone:** 376 890 378
**Fax:** 376 890 358
**President: Mr François Garcia Garcia**
**Secretary: Mrs Assumpcio Lluis**
**E-mail:** info@fatennis.org
**WWW:** www.fatennis.org

**Angola - ANG**
Federacao Angolana de Tenis
Cidadela Desportiva
PO Box 6533
Luanda
Angola

**Telephone:** 244 2222 61 496
**Fax:** 244 222 260566
**President: Mr Manuel Gomes Maiato**
**Secretary: Mr Joao Nogueira**
**E-mail:** fatennis@hotmail.com

**Argentina - ARG**
Asociacion Argentina de Tenis
Maipu 471 - 3er piso
1376 Capital Federal
Buenos Aires
Argentina

**Telephone:** 54 11 5277 6300
**Fax:** 54 11 4328 9145/ 46 / 42
**President: Mr Arturo Grimaldi**
**Secretary: Dr Heriberto Raggio**
**E-mail:** secconsejo@aat.com.ar
**WWW:** www.aat.com.ar

**Armenia - ARM**
Armenian Tennis Federation
7/1 Tsitsernakaberd Highway
Yerevan 0082
Armenia

**Telephone:** 3741 0 529 429
**Fax:** 3741 0 529 429
**President: Mr Harutyun Pambukyan**
**Secretary: Mr Sargis Sargsyan**
**E-mail:** tennisarmenia@mail.com
**WWW:** www.tennis.am

**Aruba - ARU**
Aruba Lawn Tennis Bond
PO Box 1151
Oranjestad
Aruba

**Telephone:** +297 564 0420
**Fax:**
**President: Mrs Mieke Krohn**
**Secretary: Mrs Monique Bouwer**
**E-mail:** arubalawntennis@hotmail.com

**Australia - AUS**
Tennis Australia
Private Bag 6060
Richmond South
Victoria 3121
Australia

**Telephone:** 61 392 861 177
**Fax:** 61 396 502 743
**President: Mr Geoff Pollard**
**Secretary: Mr David Roberts**
**E-mail:** mmckendrick@tennis.com.au
**WWW:** www.tennisaustralia.com.au

**Austria - AUT**
Osterreichischer Tennisverband
Eisgrubengasse 2 - 6
2331 Vösendorf
Austria

**Telephone:** 43 1 865 4506 0
**Fax:** 43 1 865 45 06 85
**President: Dr Ernst Wolner**
**Secretary: Mr Peter Teuschl**
**E-mail:** info@tennisaustria.at
**WWW:** www.asn.or.at/oetv/

**Azerbaijan - AZE**
Azerbaijan Tennis Federation
67 Ave. Moskva, 4th Floor
Baku AZ-1012
Azerbaijan

**Telephone:** 99 412 4314768 (extn 107)
**Fax:** 99 412 4313355
**President: Mr Oktay Asadov**
**Secretary: Mr Ilham Guliyev**
**E-mail:** lala76@mail.ru

**Bahamas - BAH**
The Bahamas Lawn Tennis Association
National Tennis Centre
Queens Elizabeth Sports Centre
PO Box N-10169
Nassau
Bahamas

**Telephone:** 1 242 323 3933
**Fax:** 1 242 323 3934
**President: Mr Stephen Turnquest**
**Secretary: Ms Erica Rolle**
**E-mail:** secretary@blta.net
**WWW:** www.blta.net

**Bahrain - BRN**
Bahrain Tennis Federation
PO Box 26985
Manama
Bahrain

**Telephone:** 973 17 687 236
**Fax:** 973 17 781 533
**President: H H Shaikh Ahmed Al Khalifa**
**Secretary: Mr Ahmed I. Aleid**
**E-mail:** btf@bahraintennis.com
**WWW:** www.BahrainTennis.com

**Bangladesh - BAN**
Bangladesh Tennis Federation
National Tennis Complex
Ramna Green
Dhaka 1000
Bangladesh

**Telephone:** 880 2 862 6287
**Fax:** 880 2 966 2711
**President: Mr Md. Shahriar Alam**
**Secretary: Mr Ishtiaq Ahmed**
**E-mail:** btf@bttb.net.bd

**Barbados - BAR**
Barbados Tennis Association Inc.
C/o Barbados Olympic Association Inc
Olympic Centre
Gary Sobers Sports Complex
Wildey, St Michael, BB 15094
Barbados

**Telephone:** 1 246 427 5300 / 5298
**Fax:** 1 246 429 3342
**President: Dr Raymond Forde**
**Secretary: Mrs Eleanor Brown**
**E-mail:** tennisbarbados@sunbeach.net
**WWW:** www.tennisbarbados.org

**Belarus - BLR**
Belarus Tennis Federation
2a Gersena Str.,
Minsk
220030
Belarus

**Telephone:** 375 17 226 9374
**Fax:** 375 172 269 823
**President: Mr Vladimir Peftiev**
**Secretary: Mr Sergei Teterin**
**E-mail:** belarustennis@gmail.com

**Belgium - BEL**
Fédération Royale Belge de Tennis
Galerie de la Porte Louise 203 / 3
5 ème étage
1050 Bruxelles
Belgium

**Telephone:** 322 548 0304 / 513 2920
**Fax:** 32 2 548 0303
**President: Mr Luc Vandaele**
**Secretary: Mr Walter Goethals**
**E-mail:** info@rbtf.be
**WWW:** www.rbtf.be

**Benin - BEN**
Fédération Beninoise de Lawn Tennis
BP 2709
Cotonou I
Benin

**Telephone:** 229 315 153
**Fax:** 229 311 252
**President: Mr Jean-Claude Talon**
**Secretary: Ms Simone Ida Dogo**
**E-mail:** febetennis@yahoo.fr

**Bermuda - BER**
Bermuda Lawn Tennis Association
PO Box HM 341
Hamilton HM BX
Bermuda

**Telephone:** 1 441 296 0834
**Fax:** 1 441 295 3056
**President: Mr David Lambert**
**Secretary: Mr Allan Simmons**
**E-mail:** info@blta.bm
**WWW:** www.blta.bm

**Bolivia - BOL**
Federación Boliviana De Tennis
Calle Cochabamba, 30
Santa Cruz de la Sierra
Bolivia

**Telephone:** 591 3 337 3024
**Fax:** 591 3 337 3024
**President: Mr Alvaro Guzman Bowles**
**Secretary: Mr Jorge Paniagua**
**E-mail:** secfbt@fbtenis.org.bo
**WWW:** www.fbtenis.org.bo

**Bosnia Herzegovina - BIH**
Tennis Assn. of Bosnia & Herzegovina
Hasana Kikica 3
71 000 Sarajevo
Bosnia Herzegovina

**Telephone:** 387 33 555 155 / 555 156
**Fax:** 387 33 555 157
**President: Mr Edin Arslanagic**
**Secretary: Mr Zlatko Sose**
**E-mail:** tsbih@tsbih.ba
**WWW:** www.tsbih.ba

**Botswana - BOT**
Botswana Tennis Association
PO Box 1174
Gaborone
Botswana

**Telephone:** 267 3973 193
**Fax:** 267 318 5859
**President: Mr Judge Mookodi**
**Secretary: Mr Nelson Amanze**
**E-mail:** tennis@botsnet.bw

**Brazil - BRA**
Confederacao Brasileira de Tenis
Rua Nhu-Guaçu, 44 - Campo Belo
Sao Paulo - SP
04625-000
Brazil

**Telephone:** 55 11 2359 0160
**Fax:** 55 11 3313 8656
**President: Mr Jorge Lacerda**
**Secretary: Mr Roberto Burigo**
**E-mail:** cbt@cbtenis.com.br
**WWW:** www.cbtenis.com.br

**Brunei - BRU**
Brunei Darussalam Tennis Association
Hassanal Bolkiah Sports Complex
PO Box 859, Gadong Post Office
Bandar Seri Begawan
Negara, BE 3978
Brunei

**Telephone:** 673 2 381 205
**Fax:** 673 2 381 205
**President: Mr. Pg Kamaruddin Pg Hj Radin**
**Secretary: Mr Hj Zuraimi Hj Abd Sani**
**E-mail:** bdta@brunet.bn

**Bulgaria - BUL**
Bulgarian Tennis Federation
Blvd Vassil Levski 75
BG Sofia 1040
Bulgaria

**Telephone:** 359 2 951 5696
**Fax:** 359 2 951 5691
**President: Mr Stefan Tzvetkov**
**Secretary: Mr George Donchev**
**E-mail:** bft@bgtennis.bg
**WWW:** www.bgtennis.bg

**Cameroon - CMR**
Fédération Camerounaise de Tennis
BP 1121
Yaounde
Cameroon

**Telephone:** +237 99 93 80 70
**Fax:**
**President: Mr Jean Marie Abouna**
**Secretary: Dr Jean-Michel Fotso**
**E-mail:** fecatennisf@yahoo.fr

**Canada - CAN**
Tennis Canada
1 Shoreham Drive, Suite 100
Toronto
Ontario M3N 3A6
Canada

**Telephone:** 1 416 665 9777
**Fax:** 1 416 665 9017
**President: Mr Tony Eames**
**Secretary: Mr Michael Downey**
**E-mail:** qdavidson@tenniscanada.com
**WWW:** www.tenniscanada.com

**Chile - CHI**
Federacion de Tenis de Chile
Jose Joaquin Prieto No. 4040
San Miguel
Santiago
Chile

**Telephone:** 56 2 554 0068 /0154
**Fax:** 56 2 554 1078
**President: Mr José Hinzpeter**
**Secretary: Ms Ximena Orellana**
**E-mail:** federacion@federaciondetenisdechile.cl
**WWW:** www.federaciondetenisdechile.cl

**China, People's Republic Of - CHN**
Chinese Tennis Association
9 Tiyuguan Road
Beijing 100763
China, People's Republic of

**Telephone:** 86 10 67180176
**Fax:** 86 10 6711 4096
**President:**
**Secretary: Ms Sun Jin Fang**
**E-mail:** cta@tennis.org.cn
**WWW:** www.tennis.org.cn

**Chinese Taipei - TPE**
Chinese Taipei Tennis Association
Room 705, 7th Floor
No. 20, Chu-Lun Street
Taiwan
104
Chinese Taipei

**Telephone:** +886 2 2772 0298
**Fax:** +886 2 2771 1696
**President: Mr. Chen-Yen Yeh**
**Secretary: Mr Jimmy Wang**
**E-mail:** ctta@tennis.org.tw
**WWW:** www.tennis.org.tw

**Colombia - COL**
Federacion Colombiana de Tenis
Centro De Alto Rendimiento
Calle 63 No 47-06
Bogota D.C.
Colombia

**Telephone:** 571 314 3885
**Fax:** 571 660 4234
**President: Dr Gabriel Sanchez Sierra**
**Secretary: Mr Luis Angel Cuervo**
**E-mail:** comunicaciones@federacion
                        colombianadetenis.net
**WWW:** www.federacioncolombianadetenis.net

**Congo - CGO**
Fédération Congolaise de Lawn Tennis
BP 550
Brazzaville
Congo

**Telephone:** 242 411 222
**Fax:** 242 810 330
**President: Mr Germain Ickonga Akindou**
**Secretary: Mr Antoine Ouabonzi**
**E-mail:** g_ickonga_akindou@hotmail.com

**Costa Rica - CRC**
Federación Costarricense de Tenis
Apartado 575 1000
San José
Costa Rica

**Telephone:** 506 524 2400
**Fax:** 506 524 2433
**President: Mr Carlos Bravo**
**Secretary: Mr Jurgen Nanne**
**E-mail:** fedtenis@racsa.co.cr
presidencia@fctenis.com
**WWW:** www.fctenis.com


**Cote D'ivoire - CIV**
Fédération Ivoirienne de Tennis
01 BPV 273
Abidjan 01
Cote D'ivoire

**Telephone:** 225 22 441 354
**Fax:** 225 22 442 707
**President: Mr Georges N'Goan**
**Secretary: Mr Athanase Kakou**
**E-mail:** fede_ivoirtennis@yahoo.fr


**Croatia - CRO**
Croatian Tennis Association
Gunduliceva 3
10 000 Zagreb
Croatia

**Telephone:** 385 1 4830 756
**Fax:** 385 1 4830 720
**President: Mr Radimir Cacic**
**Secretary: Ms Marina Mihelic**
**E-mail:** hts@hts.hr
**WWW:** www.hts.hr


**Cuba - CUB**
Federacion Cubana de Tenis de Campo
Escuela Nacional de Tenis
Complejo Deportivo Panamericano,
ave. Monumental KM5,
Habana del Este
C. Habana
Cuba

**Telephone:** 537 7662121 / 7668084
**Fax:** 537 7662121
**President: Mr Rolando Martínez Pérez**
**Secretary: Mr Juan Baez**
**E-mail:** fct@inder.cu


**Cyprus - CYP**
Cyprus Tennis Federation
Olympic House - A203
21, Amfipoleos Street
2025 Nicosia
Cyprus

**Telephone:** 357 22 449860 / 449861
**Fax:** 357 22 66 80 16
**President: Mr Philios Christodoulou**
**Secretary: Mr Loucas Christofides**
**E-mail:** info@cyprustennis.com
**WWW:** www.cyprustennis.com


**Czech Republic - CZE**
Czech Tenisova Asociace
Ostrov Stvanice 38
170 00 Prague 7
Czech Republic

**Telephone:** 420 222 333 444
**Fax:** 420 222 311 327
**President: Mr Ivo Kaderka**
**Secretary: Ms Katerina Dostalova**
**E-mail:** cts@cztenis.cz
**WWW:** www.cztenis.cz

**Denmark - DEN**
Dansk Tennis Forbund
Idraettens Hus
Broendby Stadion 20
DK-2605 Broendby
Denmark

**Telephone:** 45 43 262 660
**Fax:** 45 43 262 670
**President: Mr Henrik Klitvad**
**Secretary: Mr Niels Persson**
**E-mail:** dtf@dtftennis.dk
**WWW:** www.dtftennis.dk

**Djibouti - DJI**
Fédération Djiboutienne de Tennis
BP 728
Djibouti

**Telephone:** 253 352 536
**Fax:** 253 352 536
**President: Mr Houmed Houssein**
**Secretary: Mr Ibrahim Ali**
**E-mail:** fdtennisdj@yahoo.fr

**Dominican Republic - DOM**
Federacion Dominicana de Tenis
Avenida Boulevard del Faro
Padellion del Tennis Parque del Este
Santo Domingo
Dominican Republic

**Telephone:** 1 809 483 8880 / 8882
**Fax:** 1 809 483 8883
**President: Mr Persio Maldonado**
**Secretary: Mr Ruben Tejeda**
**E-mail:** fedotenis@yahoo.com
**WWW:** http://www.fedotenis.org

**Ecuador - ECU**
Federacion Ecuatoriana de Tenis
Edificio de la FET
Lomas de Urdesa
Tres Cerritos
Guayaquil
Ecuador

**Telephone:** 593 42 610 467
**Fax:** 593 42 610 466
**President: Mr Manuel Carrera del Rio**
**Secretary: Mr Carlos Carbo**
**E-mail:** fetenis@gye.satnet.net
**WWW:** www.tenisecuador.org

**Egypt - EGY**
Egyptian Tennis Federation
Rue El Estade El Bahary – Nasr City
El Etahadat Al Riadiah – New Building
Second floor – flat 8
Egypt

**Telephone:** (202) 24020673
**Fax:** (202) 24020667
**President: Mrs Israa El Sanhoury**
**Secretary: Mr Mohamed Abd El Halim**
**E-mail:** etf@urgentmail.com
**WWW:** www.egypttennis.com

**El Salvador - ESA**
Federacion Salvadorena de Tenis
Apartado Postal (01) 110
San Salvador
El Salvador

**Telephone:** 503 2289 5169
**Fax:** 503 2278 8087
**President: Mr Enrique Molins Rubio**
**Secretary: Mr Miguel Irigoyen**
**E-mail:** fedetenis_esa@integra.com.sv

**Estonia - EST**
Estonian Tennis Association
Marsi Str. 4
11316 Tallinn
Estonia

**Telephone:** 372 6 398 637
**Fax:** 372 6 398 635
**President: Mr Urmas Sôôrumaa**
**Secretary: Mr Teet Kallasvee**
**E-mail:** estonian.tennis@tennis.ee

**Ethiopia** - ETH
Ethiopian Tennis Federation
PO Box 3241
Addis Ababa
Ethiopia

**Telephone:** 251 11 618 6009
**Fax:** 251 1 15 513 345
**President: Mr Abdurahman Mohamed**
**Secretary: Mr Meseret Tadege**
**E-mail:** etf@ethionet.et


**Finland** - FIN
Suomen Tennisliitto
Radiokatu 20
00240 Helsinki
Finland

**Telephone:** +358 9 348 121
**Fax:** 358 9 323 1105
**President: Mr Veli Matti Ropponen**
**Secretary: Mr Mika Bono**
**E-mail:** mika.bono@tennis.fi
**WWW:** www.tennis.fi


**France** - FRA
Fédération Française de Tennis
Stade Roland Garros
2 Avenue Gordon Bennett
75016 Paris
France

**Telephone:** 33 1 4743 4800
**Fax:** 33 1 4743 0494
**President: Mr Jean Gachassin**
**Secretary: Mr Daniel Hette**
**E-mail:** fft@fft.fr
**WWW:** www.fft.fr


**Gabon** - GAB
Fédération Gabonaise de Tennis
PO Box 1281
Libreville
Gabon

**Telephone:** 241 -247 344/06267756
**Fax:** 241 703 190
**President: Mr Samuel Minko Mindong**
**Secretary: Mr Marcel Desire Mebale**
**E-mail:** minkomindong@yahoo.fr
**WWW:** rdd.rdd-gabon.gouv.ga.fegaten


**Georgia** - GEO
Georgian Tennis Federation
K Marjanishvili St 29
Tbilisi
Georgia

**Telephone:** 995 32 952 781
**Fax:** 995 32 95 27 81
**President: Ms Leila Meskhi**
**Secretary: Mr Zurab Katsharava**
**E-mail:** gtf@gol.ge


**Germany** - GER
Deutscher Tennis Bund EV
Hallerstrasse 89
Hamburg
20149
Germany

**Telephone:** 49 40 411 78 0
**Fax:** 49 40 411 78 222
**President: Dr Georg von Waldenfels**
**Secretary: Dr Erik Ballauf**
**E-mail:** dtb@dtb-tennis.de
**WWW:** www.dtb-tennis.de


**Ghana** - GHA
Ghana Tennis Association
PO Box SD
95 Stadium
Accra
Ghana

**Telephone:** 233 21 667 267
**Fax:** 233 21 662 281
**President: Mr Enoch A. Amartey**
**Secretary: Mr Emmanuel A. Sagoe**
**E-mail:** ghanalawntennis@yahoo.com

**Great Britain - GBR**

The Lawn Tennis Association
The National Tennis Centre
100 Priory Lane
Roehampton
London, SW15 5JQ
Great Britain

**Telephone:** 44 20 8487 7000
**Fax:** 44 20 8487 7001
**President: Mr Derek Howorth**
**Secretary: Mr Roger Draper**
**E-mail:** Ali.Ensor@LTA.org.uk
**WWW:** www.lta.org.uk

**Greece - GRE**

Hellenic Tennis Federation
267 Imitou Street
11631 Pagrati
Athens
Greece

**Telephone:** 30 210 756 3170/1/2
**Fax:** 30 210 756 3173
**President: Mr Spyros Zannias**
**Secretary: Mr Dimitris Stamatiadis**
**E-mail:** efoa@otenet.gr

**Guatemala - GUA**

Fed. Nacional de Tenis de Guatemala
Section 1551
PO Box 02-5339
Miami, Florida
33102-5339
United States Of America

**Telephone:** 502 2385 1224
**Fax:** 502 2331 0261
**President: Mr Diego Pulido Aroch**
**Secretary: Mr Ricardo González Díaz Durán**
**E-mail:** info5@fedetenis.com.gt

**Haiti - HAI**

Fédération Haitienne de Tennis
PO Box 1442
Port Au Prince
Haiti

**Telephone:** 509 45 1461 / 46 2544
**Fax:** 509 49 1233 / 46 1259
**President: Mr Patrick Blanchet**
**Secretary: Mr Flaubert Alazo**
**E-mail:** tennis_haiti@abhardware.com

**Honduras - HON**

Federacion Hondurena de Tenis
P.O. Box 30152
Toncontin
Tegueigalpa MDC
Honduras

**Telephone:** 504 265 3754
**Fax:** 504 263 0489
**President: Mrs Nohemy Barahona de Crook**
**Secretary: Mr Rodulio Perdomo**
**E-mail:** fhdetenis@yahoo.com

**Hong Kong China - HKG**

Hong Kong Tennis Association Ltd
Room 1021, Olympic House
1 Stadium Path
So Kon Po, Causeway Bay
Hong Kong China

**Telephone:** 852 2 504 8266
**Fax:** 852 2 894 8704
**President: Mr Kenneth Tsui**
**Secretary: Mr Vincent Liang**
**E-mail:** info@tennishk.org

**Hungary - HUN**

Magyar Tenisz Szovetseg
Istvanmezei Ut 1-3
Budapest
H-1146
Hungary

**Telephone:** 36 1 460 6807
**Fax:** 36 1 460 6809
**President: Mr László Patay**
**Secretary: Mr Attila Deak**
**E-mail:** tennis@interware.hu
**WWW:** www.mtsztenisz.hu

**Iceland - ISL**
Icelandic Tennis Association
Kurland 4
108 Reykjavik
Iceland

**Telephone:** 354 820 0825
**Fax:** 354 514 4001
**President: Mr Skjoldur Vatnar Bjornsson**
**Secretary:**
**E-mail:** tennis@tennis.is / svb@tskoli.is
**WWW:** www.isisport.is/tennis

**India - IND**
All India Tennis Association
R K Khanna Tennis Stadium
Africa Avenue
110029 New Delhi
India

**Telephone:** 91 11 2617 9062
**Fax:** 91 11 2617 3159
**President: Mr Yashwant Sinha**
**Secretary: Mr Anil Khanna**
**E-mail:** aita@aitatennis.com
**WWW:** www.aitatennis.com

**Indonesia - INA**
Indonesian Tennis Association
Gelora Senayan Tennis Stadium
Jakarta 10270
Indonesia

**Telephone:** 62 21 571 0298
**Fax:** 62 21 570 0157
**President: Mrs Martina Widjaja**
**Secretary: Mr Soebronto Laras**
**E-mail:** info@pelti.or.id
**WWW:** www.pelti.or.id

**Iran, Islamic Republic Of - IRI**
Tennis Fed. of Islamic Republic of Iran
Niayesh Highway / Valiasr Ave
Enghelab Sports Complex
Tehran
Iran, Islamic Republic Of

**Telephone:** 98 21 2203 90 96 / 7
**Fax:** 98 21 2203 90 96 / 7
**President: Mr Majid Shayesteh**
**Secretary: Mr Shahrokh Keshavarz**
**E-mail:** info@tennisiran.org
**WWW:** www.tennis.ir

**Iraq - IRQ**
Iraqi Tennis Federation
P O Box 440
Baghdad
Iraq

**Telephone:** 964 1 774 8261
**Fax:** 964 1 772 8424
**President: Mr Ghazi Allshaya**
**Secretary: PhD Majed Khalel**
**E-mail:** Iraqitenfed2003@yahoo.com

**Ireland - IRL**
Tennis Ireland
Dublin City University
Glasnevin
Dublin 9
Ireland

**Telephone:** 353 1 8844 010
**Fax:** 353 1 8844 013
**President: Ms Letty Lucas**
**Secretary: Mr Des Allen**
**E-mail:** info@tennisireland.ie
**WWW:** www.tennisireland.ie

**Israel - ISR**
Israel Tennis Association
2 Shitrit Street
Hader Yosef
69482 Tel Aviv
Israel

**Telephone:** 972 36 499 440
**Fax:** 972 36 499 144
**President: Mr Ian Froman**
**Secretary: Mr Moshe Haviv**
**E-mail:** igutenis@netvision.net.il
**WWW:** www.ita.one.co.il

**Italy - ITA**
Federazione Italiana Tennis
Stadio Olimpico
Curva nord, ingresso 44, scala G
00194 Roma
Italy

**Telephone:** 39 06 36 85 82 10
**Fax:** 390 636 858 166
**President: Mr Angelo Binaghi**
**Secretary: Mr Massimo Verdina**
**E-mail:** internazionali@federtennis.it
**WWW:** www.federtennis.it/

**Jamaica - JAM**
Tennis Jamaica
Unit 14 & 15
22 Trafalgar Road
Kingston 10
Jamaica

**Telephone:** 1 876 929 5878 / 906 5700
**Fax:** 1 876 978 7909
**President: Mr Phillip Gore**
**Secretary: Mrs Christine Gore**
**E-mail:** tennisjam@cwjamaica.com

**Japan - JPN**
Japan Tennis Association
C/o Kishi Memorial Hall
1-1-1 Jinnan, Shibuya-ku
Tokyo 150-8050
Japan

**Telephone:** 81 33 481 2321
**Fax:** 81 33 467 5192
**President: Mr Masaaki Morita**
**Secretary: Mr Hiroshi Suzuki**
**E-mail:** office@jta-tennis.or.jp
**WWW:** www.tennis.or.jp

**Jordan - JOR**
Jordan Tennis Federation
Sport City /Gate 4 or 5
PO Box 961046
11196 Amman
Jordan

**Telephone:** 962 6 568 2796
**Fax:** 962 6 568 2796
**President: Mr Hazem Adas**
**Secretary: Mr Ghassan Al-Muheissen**
**E-mail:** tennisfedjo@yahoo.com

**Kazakhstan - KAZ**
Kazakhstan Tennis Federation
14 Irchenko Street
Astana City
010000
Kazakhstan

**Telephone:** +7 7171239 0387 / 0382
**Fax:** +7 7172390287
**President: Mr Bulat Utemuratov**
**Secretary: Mr Adil Burlibayev**
**E-mail:** rktennis@mail.ru

**Kenya - KEN**
Kenya Lawn Tennis Association
PO Box 43184-00100
Nairobi
Kenya

**Telephone:** 254 20 272 5672 / 216 2509
**Fax:** 254 20 272 5679
**President: Mr Patrick Gichira**
**Secretary: Mrs Paurvi Rawal**
**E-mail:** info@kenyalawntennis.org

**Korea, Republic of - KOR**
Korea Tennis Association
Room 108, Olympic Gym No. 2
88-2 Oryun-Dong, Songpa-Gu
Seoul 138-151
Korea, Republic of

**Telephone:** 82 2 420 4285
**Fax:** 82 2 420 4284
**President: Mr Dong-Kil Cho**
**Secretary: Mr Kun-Ik Jo**
**E-mail:** kortennis@hanmail.net

**Kuwait - KUW**
Kuwait Tennis Federation
PO Box 1462
Hawalli 32015
Kuwait

**Telephone:** 965 539 7261 / 3203
**Fax:** 965 539 0617
**President: Sheik Ahmed Al-Sabah**
**Secretary: Mr Abdul-Ridha Ghareeb**
**E-mail:** kuwtennis@hotmail.com
**WWW:** www.kuwaittennis.com

**Kyrgyzstan - KGZ**
Kyrgyzstan Tennis Federation
Togolok Moldo Street 17B
Bishkek 720000
Kyrgyzstan

**Telephone:** 996 312 32 5099 / 5205
**Fax:** 996 312 32 5099
**President: Mr Nikolai Tanaev**
**Secretary: Mr Valentin Akinshin**
**E-mail:** tfkr@mail.kg

**Latvia - LAT**
Latvian Tennis Union
Oskara Kalpaka Pr.16
LV 2010 Jurmala
Latvia

**Telephone:** 371 775 2121
**Fax:** 371 775 5021
**President: Mr Juris Savickis**
**Secretary: Mr Janis Pliens**
**E-mail:** tennislatvia@gmail.com

**Lebanon - LIB**
Fédération Libanaise de Tennis
c/o ATCL
Kaslik - sea side
Jounieh
PO Box 115 - Jounieh
Lebanon

**Telephone:** 961 9 640 567 / 934 662
**Fax:** 961 9 934 662
**President: Mr Riad Haddad**
**Secretary: Mr Chafic Khalife Hachem**
**E-mail:** atcl@inco.com.lb /
chafickhflt@hotmail.com

**Lesotho - LES**
Lesotho Lawn Tennis Association
PO Box 156
Maseru 100
Lesotho

**Telephone:** +266 22 321 543
**Fax:** +266 22 321 543
**President: Dr Motlatsi Paul Morolong**
**Secretary: Mr Makhetha Mokheseng**
**E-mail:** tennis@datacom.co.ls

**Libya - LBA**
Libyan Tennis Federation
PO Box 879
Tripoli
Libya

**Telephone:** 218 21 478 0488
**Fax:** 218 21 478 0488
**President: Mr Aweti**
**Secretary: Mr Muktar Krewi**
**E-mail:** libyan.tennis@hotmail.com

**Liechtenstein - LIE**
Liechtensteiner Tennisverband
Rheinau 15
9495 Triesen
Liechtenstein

**Telephone:** 423 392 4440
**Fax:** 423 392 4418
**President: Mr Daniel Kieber**
**Secretary: Ms Christiane von Deichmann**
**E-mail:** tsv@strub.lol.li
**WWW:** www.ltv.li

**Lithuania - LTU**
Lithuanian Tennis Association
Azuolyno 5
Vilnius
LT-07171
Lithuania

**Telephone:** 370 680 23868
**Fax:** 370 5246 0829
**President: Mr Liutauras Radzevicius**
**Secretary: Ms Edita Liachoviciute**
**E-mail:** lts@takas.lt
**WWW:** www.tenisosajunga.lt

**Luxembourg - LUX**
Fédération Luxembourgeoise de Tennis
Boulevard Hubert Clement
L-4064 Esch-sur-Alzette
Luxembourg

**Telephone:** 352 574 470
**Fax:** 352 574 473
**President: Mr Yves Kemp**
**Secretary: Mr Francois Dahm**
**E-mail:** mail.flt.lu@gmail.com
**WWW:** www.flt.lu

**Macedonia, F. Y. R. - MKD**
Macedonian Tennis Federation
ul: Vasil Gjorgov 30/8
1000 Skopje
Macedonia, F. Y. R.

**Telephone:** 389 2 3229 687
**Fax:** 389 2 3229 687
**President: Mr Rubin Zareski**
**Secretary: Mrs Biljana Dimovska**
**E-mail:** mtf@unet.com.mk

**Madagascar - MAD**
Fédération Malgache de Tennis
BP 4370
6, rue Indira Gandhi
Immeuble Vitasoa Analakely
101 Antananarivo
Madagascar

**Telephone:** 261 20 22 330 66
**Fax:** 261 20 22 297 96
**President: Mr Mamiharilala Rasolojaona**
**Secretary: Mrs Ihanta Randriamandrato**
**E-mail:** m.rasolojaona@moov.mg

**Malaysia - MAS**
Lawn Tennis Association of Malaysia
National Tennis Centre
Jalan Duta
50480 Kuala Lumpur
Malaysia

**Telephone:** 603 620 161 73
**Fax:** 603 620 161 67
**President: Datuk Abdul Razak b. Latiff**
**Secretary: Mr Jaffar Abu**
**E-mail:** jaffarabu@ltam.org.my
**WWW:** www.ltam.org.my

**Malta - MLT**
Malta Tennis Federation
P O Box 50
Sliema
Malta

**Telephone:** 356 9942 3049
**Fax:**
**President: Mr Anthony Cilia Pisani**
**Secretary: Dr David Faruggia Sacco**
**E-mail:** admin@maltatennisfederation.com

**Mauritius - MRI**
Mauritius Tennis Federation
National Tennis Center
Petit Camp
Phoenix
Mauritius

**Telephone:** 230 686 3214
**Fax:** 230 686 3231
**President:**
**Secretary:**
**E-mail:** mtf@mtftennis.intnet.mu
**WWW:** www.mtftennis.com

**Mexico - MEX**
Federacion Mexicana de Tenis
Miguel Angel de Quevedo 953
Col. El Rosedal
Mexico City 04330 DF
Mexico

**Telephone:** 52 55 5689 9733
**Fax:** 52 55 5689 6307
**President: Lic Gastón Villegas Serralta**
**Secretary: Mr Alfonso Vega González**
**E-mail:** presidente@fmt.org.mx
**WWW:** http://www.fmt.org.mx/

**Moldova - MDA**
Moldova Republic Tennis Federation
2, 127, 31 August 1989 Str.,
Chisinau
MD-2012
Moldova

**Telephone:** 373 22 235 139
**Fax:** 373 22 235 139
**President: Mr Yurii Drozd**
**Secretary: Mr Serghei Zaicenco**
**E-mail:** tennis_moldova@list.ru /
            ftm2@mail.md
**WWW:** www.ftm.md

**Monaco - MON**
Fédération Monegasque de Lawn Tennis
BP No 253
98005 Monaco Cedex
Monaco

**Telephone:** 377 93 255 574
**Fax:** 377 93 305 482
**President: Mrs Elisabeth De Massy**
**Secretary: Mr Alain Manigley**
**E-mail:** info@monaco-tennis.com
**WWW:** www.monaco-tennis.com

**Montenegro - MNE**
Montenegrin Tennis Association
Crnogorskih Serdara 1, [I/4CK]
81102 Podgorica
81102
Montenegro

**Telephone:** +381 81 633 596
**Fax:** +381 81 633 596
**President: Mr Petar Ivanovic**
**Secretary: Mr Boban Kumburovic**
**E-mail:** mta@cg.yu
**WWW:** www.mta.cg.yu

**Morocco - MAR**
Fédération Royale Marocaine de Tennis
BP 50171
Casa Ghandi
Casablanca
20007
Morocco

**Telephone:** 212 5 22 981 266 and 262
**Fax:** 212 5 22 981 265
**President: Mr Mohamed M'Jid**
**Secretary: Mr Hachem Kacimi My**
**E-mail:** frmt@casanet.net.ma
**WWW:** www.frmtennis.com

**Myanmar - MYA**
Tennis Federation of Myanmar
Thien Byu Tennis Plaza
Mingalar Taung Nyunt
Yangon
Myanmar

**Telephone:** 951 372 360 / 951 513 009
**Fax:** 951 527 797
**President: Mr U Zaw Zaw**
**Secretary: Mr Tin Aung Lynn**
**E-mail:** myatenfed@mptmail.net.mm

**Namibia - NAM**
Namibia Tennis Association
PO Box 479
Windhoek 9000
Namibia

**Telephone:** 264 61 227 764
**Fax:** 264 61 237 078
**President: Mr Warren Frewer**
**Secretary: Ms Trixie Tripodi**
**E-mail:** sonia@namibnet.com

**Netherlands - NED**
Koninklijke Nederlandse
Lawn Tennis Bond
PO Box 1617
3800 BP Amersfoort
Netherlands

**Telephone:** 31 33 454 26 00
**Fax:** 31 33 454 26 45
**President: Mrs Karin van Bijsterveld**
**Secretary: Mr Evert-Jan Hulshof**
**E-mail:** knltb@knltb.nl
**WWW:** www.knltb.nl

**Netherlands Antilles - AHO**
Netherlands Antilles Tennis Assn.
Angolaweg 24
PO Box 3369
Willemstad
Curaçao
Netherlands Antilles

**Telephone:** 599 9 737 5233
**Fax:** 599 9 737 5379
**President: Mr. Kenneth Hennep**
**Secretary: Ms Shariselle Gonet**
**E-mail:** president@natf.an
**WWW:** www.natf.an

**New Zealand - NZL**
Tennis New Zealand
P O Box 18 308
Scarbro Tennis Centre
69 Merton Road, Glen Innes
Auckland, 1743
New Zealand

**Telephone:** 64 9 528 5428
**Fax:** 64 9 528 5789
**President: Mr David Patterson**
**Secretary: Mr Steve Walker**
**E-mail:** info@tennisnz.com
**WWW:** www.tennisnz.com

**Nigeria - NGR**
Nigeria Tennis Federation
Sports Complex
Package
National Stadium, by City Gate
Abuja, FCT
Nigeria

**Telephone:** 234 1 472 2006
**Fax:** 234 1 585 0530/ 234 9 5235907
**President: Mr Sani Ndanusa**
**Secretary: Mr Olusola Luke**
**E-mail:** nigtennisfederation@yahoo.com
**WWW:** www.nigtennis.com

**Norway - NOR**
Norges Tennisforbund
Haslevangen 33
PO Box 287 - Okern
0511 Oslo
Norway

**Telephone:** 47 22 72 70 00
**Fax:** 47 22 72 70 01
**President: Mr Per Wright**
**Secretary: Mr Arne Sartz-Knudsen**
**E-mail:** tennis@nif.idrett.no
**WWW:** www.nif.idrett.no/tennis/

**Oman - OMA**
Oman Tennis Association
PO Box 2226
Ruwi
Postal Code 112
Oman

**Telephone:** 968 247 51402
**Fax:** 968 247 51394
**President: Mr Majeed Abdullah Hamza Al Asfoor**
**Secretary: Mr Mohamed Ibrahim Ali Al Balushi**
**E-mail:** tennis@omantel.net.om
**WWW:** www.omantennis.com

**Pakistan - PAK**
Pakistan Tennis Federation
39-A Jinnah Stadium
Kashmir Highway
Islamabad
Pakistan

**Telephone:** 92 519 212 846
**Fax:** 92 519 212 846
**President: Mr Syed Dilawar Abbas**
**Secretary: Major Abdul Rashid Khan**
**E-mail:** pktenfed@isb.comsats.net.pk

**Panama - PAN**
Federacion Panameña de Tenis
Apartado 6-4965
El Dorado
Panama City
Panama

**Telephone:** 507 232 5196
**Fax:** 507 232 6841
**President: Mr Valerio de Sanctis**
**Secretary: Mr Rodrigo Gomez**
**E-mail:** directortecnico@fptenis.org
**WWW:** www.fptenis.org

**Paraguay - PAR**
Asociacion Paraguaya de Tenis
Centro Nacional de Tenis
Direccion Gral. de Deportes
Avda Eusebio Ayala km 4 y 1/2
Asuncion
Paraguay

**Telephone:** (595 21) 524 880 / 525 943
**Fax:** (595 21) 524 880
**President: Mr Camilo Perez-Lopez**
**Secretary: Mr Daniel Lugo-Llamosas**
**E-mail:** gerencia@apt.com.py
**WWW:** www.apt.com.py

**Peru - PER**
Federacion Deportiva Peruana de Tenis
Cercado s/n - Campo de Marte Jesus Maria
Lima 11
Peru

**Telephone:** 511 424 99779
**Fax:** 511 431 0533
**President: Mr Edmundo Jaramillo**
**Secretary: Mr Javier Tori Guerrero**
**E-mail:** gerencia@tenisperu.com.pe /
        tenisgerencia@speedy.com.pe
**WWW:** www.perutenis.com.pe

**Philippines** - **PHI**
Philippine Tennis Association
Rizal Memorial Sports Complex
Pablo Ocampo Sr. Street
Manila
Philippines

**Telephone:** 63 2 523 6415
**Fax:** 63 2 525 2016
**President: Mr Julito R. Villanueva**
**Secretary: Mr Romeo S. Magat**
**E-mail:** philta@info.com.ph

**Poland** - **POL**
Polski Zwiazek Tenisowy
Frascati Street 4
00-483 Warsaw
Poland

**Telephone:** 48 22 629 2621
**Fax:** 48 22 621 8001
**President: Mr Jacek Ksen**
**Secretary: Mr Wojciech Radomski**
**E-mail:** pzt@pzt.pl

**Portugal** - **POR**
Federacao Portuguesa de Tenis
Rua Actor Chaby Pinheiro, 7A
2795-060 Linda-a-Velha
Portugal

**Telephone:** 351 21 415 1356
**Fax:** 351 21 414 1520
**President: Mr José Maria Calheiros**
**Secretary: Mr Jose Costa**
**E-mail:** fptenis@mail.telepac.pt
**WWW:** www.fptenis.pt

**Puerto Rico** - **PUR**
Asociacion de Tenis de Puerto Rico
1611 Ave Fernandez Juncos, Pda. 24
San Juan
PR 00909
Puerto Rico

**Telephone:** 1 787 982 7782
**Fax:** 1 787 982 7783
**President: Mr Humberto Torres**
**Secretary: Mr Carlos M. Garcia Rullan**
**E-mail:** delarosa@cta.usta.com

**Qatar** - **QAT**
Qatar Tennis Federation
PO Box 4959
Doha
Qatar

**Telephone:** 974 440 9666
**Fax:** 974 4 832 990
**President: Mr Nasser Ghanim Al-Khelaifi**
**Secretary: Mr Youssef Mohammed Al-Obaidly**
**E-mail:** qtf-secretarygeneral@qatartennis.org
**WWW:** www.qatartennis.org

**Romania** - **ROU**
Federatia Romana de Tennis
Str. Vasile Conta nr 16
Sector 2
Bucharest
Romania

**Telephone:** 4021 324 5330
**Fax:** 4021 324 5329
**President: Mrs Ruxandra Dragomir**
**Secretary:**
**E-mail:** office@frt.ro

**Russia** - **RUS**
Russian Tennis Federation
Lutzhnetskaya Nab 8
119871 Moscow
Russia

**Telephone:** 7 495 923 2137
**Fax:** 7 495 924 6427
**President: Mr Shamil Tarpischev**
**Secretary: Mr Alexei Selivanenko**
**E-mail:** kristina.portnova@russport.ru
**WWW:** www.tennis-russia.ru

**Rwanda - RWA**
Fédération Rwandaise de Tennis
Stade National Amahoro
BP 3321
Kigali
Rwanda

**Telephone:** 250 574521
**Fax:** 250 574074
**President: Dr Charles Ruadkubana**
**Secretary: Mr Freddy Somayire Rubona**
**E-mail:** thierryn40@yahoo.com /
            thierryn40@gmail.com

**Saint Lucia - LCA**
St Lucia Lawn Tennis Association
PO Box 189
20 Micoud Street
Castries
Saint Lucia

**Telephone:** 1 758 452 2662
**Fax:** 1 758 452 3885
**President: Mr Stephen Mcnamara**
**Secretary: Mrs Pauline Erlinger-Ford**
**E-mail:** stephen@mcnamara-stlucia.com

**San Marino - SMR**
San Marino Tennis Federation
Strada di Montecchio 15
47890 San Marino
San Marino

**Telephone:** 378 0549 990 578
**Fax:** 378 0549 990 584
**President: Mr Christian Forcellini**
**Secretary: Mr Elia Santi**
**E-mail:** fst@omniway.sm
**WWW:** www.fst.sm

**Saudi Arabia, Kingdom Of - KSA**
Saudi Arabian Tennis Federation
Saudi Olympic Complex
PO Box 29454
Riyadh 11457
Saudi Arabia, Kingdom Of

**Telephone:** 966 1 482 0188
**Fax:** 966 1 482 2829
**President: Dr Alangary Abdulrahman S.**
**Secretary: Dr Alajaji Mohammed N.**
**E-mail:** sauditennis@yahoo.com
**WWW:** www.sauditenfed.gov.sa

**Senegal - SEN**
Fédération Senegalaise de Tennis
km 7,5 Boulevard du Centenaire
de la Commune
BP 510, Dakar
Senegal

**Telephone:** 221 77 832 0267
**Fax:** 221 77 832 0496
**President: Mr Issa Mboup**
**Secretary: Mr Ousseynou Kama**
**E-mail:** fst@arc.sn

**Serbia - SRB**
Serbia Tennis Federation
Aleksandra Stanboliskog 26
11000 Beograd
Serbia

**Telephone:** 381 11 367 0787
**Fax:** 381 11 367 0509
**President: Mr Slobodan Zivojinovic**
**Secretary: Mr Dusan Orlandic**
**E-mail:** office@teniskisavez.com

**Singapore - SIN**
Singapore Tennis Association
100 Tyrwhitt Road
#04-02
(Jalan Besar Swimming Complex)
207542
Singapore

**Telephone:** 65-6295 2283
**Fax:** 65-6295 1577
**President: Mr Edwin Lee**
**Secretary: Mr Philip Phang**
**E-mail:** info@singtennis.org.sg
**WWW:** www.singtennis.org.sg

**Slovak Republic - SVK**
Slovak Tennis Association
Prikopova 6
831 03 Bratislava
Slovak Republic

**Telephone:** 421 2 49209 877
**Fax:** 421 2 49209 879
**President: Mr Tibor Macko**
**Secretary: Mr Igor Moska**
**E-mail:** stz@stz.sk
**WWW:** www.stz.sk

**Slovenia - SLO**
Slovene Tennis Association
Vurnikova 2/vi
1000 Ljubljana
Slovenia

**Telephone:** 386 1 430 66 90
**Fax:** 386 1 430 66 95
**President: Mr Marko Umberger**
**Secretary: Mrs Marjeta Smodis**
**E-mail:** info@teniska-zveza.si
**WWW:** www.teniska-zveza.si

**South Africa, Republic Of - RSA**
South African Tennis Association
P O Box 521022
Saxonwold 2132
South Africa, Republic Of

**Telephone:** 27 11 442 0500 / 01
**Fax:** 27 11 442 0503
**President: Mr Johann Koorts**
**Secretary: Mr Ian Smith**
**E-mail:** satennis@mweb.co.za
**WWW:** www.satennis.co.za

**Spain - ESP**
Real Federación Española de Tenis
Avda Diagonal 618 2-B
08021 Barcelona
Spain

**Telephone:** 34 93 200 5355
**Fax:** 34 93 202 1279
**President: Mr José Luis Escañuela**
**Secretary: Mr. Alberto Riba**
**E-mail:** riba@rfet.es
**WWW:** www.rfet.es

**Sri Lanka - SRI**
Sri Lanka Tennis Association
45 Sir Marcus Fernando Mawatha
Colombo 7
Sri Lanka

**Telephone:** 94 11 533 7161
**Fax:** 94 11 268 6174
**President: Mr Maxwell de Silva**
**Secretary: Mr. Boshan Dayaratne**
**E-mail:** sltennis@sltnet.lk

**Sudan - SUD**
Sudan Lawn Tennis Association
PO Box 3792
Africa House
Khartoum
Sudan

**Telephone:** 249 1 837 95473
**Fax:** 249 1 837 70246
**President: Mr Khalid Talaat Farid**
**Secretary: Mr Ahmed Abuelgasim Hashim**
**E-mail:** a_hashim@yahoo.com /
slta909@hotmail.com

**Sweden - SWE**
The Swedish Tennis Association
Lidingovagen 75
SE-115 41 STOCKHOLM
Sweden

**Telephone:** +46 8 450 43 10
**Fax:** +46 8 664 66 06
**President: Mr Stefan Dahlbo**
**Secretary: Mr Henrik Källén**
**E-mail:** info@tennis.se
**WWW:** www.tennis.se

**Switzerland - SUI**
Swiss Tennis
Solothurnstrasse 112
2501 Biel
Switzerland

**Telephone:** 41 32 344 0707
**Fax:** 41 32 344 0700
**President: Mr Rene Stammbach**
**Secretary: Mr Stefan Flückiger**
**E-mail:** daniel.monnin@swisstennis.com
**WWW:** www.myTennis.ch

**Syria - SYR**
Syrian Arab Tennis Federation
Al Faihaa Sport City
Mazraa
Damascus
Syria

**Telephone:** 963 11 441 1972
**Fax:** 963 11 441 1972
**President: Mr Samer Mourad**
**Secretary: Miss Safa Sarakbi**
**E-mail:** sytennis@scs-net.org

**Tajikistan - TJK**
National Tennis Federation of
Republic of Tajikistan
20/1-3 Behzod Street
Dushanbe,  734013
Tajikistan

**Telephone:** 992 372 21 46 91
**Fax:** 992 372 21 42 39
**President: Mr Bahrullo Rajabaliev**
**Secretary:**
**E-mail:** bahrullo@olympic.tj

**Thailand - THA**
Lawn Tennis Association of Thailand
100 Moo 9, Bangpood
Muangthong Thani
Chang-Wattana Rd
Pak-Kred District
Nonthaburi, 11120
Thailand

**Telephone:** 662 503 4080-3
**Fax:** 662 503 4084
**President: H.E. Suwat Liptapanlop**
**Secretary: Admiral Banawit Kengrian**
**E-mail:** ltat_thai@yahoo.com /
ltat@ksc.th.com
**WWW:** www.ltat.org

**Togo - TOG**
Fédération Togolaise de Tennis
BP 12720
Lomé
Togo

**Telephone:** 228 - 904 3636 / 221 3058
**Fax:** 228 221 8658
**President: Mr Atefeitom Tagba**
**Secretary: Mrs Essi Akuete-Djeha**
**E-mail:** esda78@yahoo.fr

**Trinidad And Tobago - TRI**
tennisTT
5 Fitt Street
Woodbrook
Port of Spain
Trinidad And Tobago

**Telephone:** 1 868 625 3030
**Fax:** 1 868 625 3030
**President: Mr Michael Cooper**
**Secretary: Mr Nicholas Gomez**
**E-mail:** tennistt.tatt@gmail.com

**Tunisia - TUN**
Fédération Tunisienne de Tennis
B.P. 350
Cite Nationale Sportive
El Menzah
1004 Tunis
Tunisia

**Telephone:** 216 71 844 144
**Fax:** 216 71 798 844
**President: Mr Mehrez Boussayene**
**Secretary: Mr Heykel Lakdhar**
**E-mail:** ftt@ati.tn

**Turkey - TUR**
Turkiye Tenis Federasyonu
Ulus Ýþhaný Kat: 7 Ulus
Ankara
Turkey

**Telephone:** 90 312 309 7770
**Fax:** 90 312 310 7345
**President: Mrs Ayda Uluc**
**Secretary: Mr Naci Numanoglu**
**E-mail:** tenis@ttf.org.tr
**WWW:** www.ttf.org.tr

**Turkmenistan - TKM**
Turkmenistan Tennis Association
30 Microraion, 2 proesd, PO 20
744020 Ashgabat
Turkmenistan

**Telephone:** 993 12 347 825
**Fax:** 993 12 455 723
**President: Mr Serdar Byashimov**
**Secretary: Mr Alexander Shleikin**
**E-mail:** olimpiya@online.tm

**Uganda - UGA**
Uganda Tennis Association
Lugogo Tennis Complex
PO Box 35732
Kampala
Uganda

**Telephone:** 256 41 236 688
**Fax:** 256 41 230 310
**President: Mr John Nagenda**
**Secretary: Mr Solomon Oketcho**
**E-mail:** jokatennis@yahoo.com

**Ukraine - UKR**
Ukrainian Tennis Federation
Vikentia Khvoiki 15/15
Kiev
04080
Ukraine

**Telephone:** 380 44 494 21 63 / 67
**Fax:** 380 44 494 21 65
**President: Mr Vadim Shulman**
**Secretary: Mr Evgen Kolganov**
**E-mail:** ftu@ftu.org.ua / org@ftu.org.ua
**WWW:** www.ftu.org.ua

**United Arab Emirates - UAE**
United Arab Emirates Tennis Association
PO Box 22466
Dubai
United Arab Emirates

**Telephone:** 971 4 288 3639
**Fax:** 971 4 288 4797
**President: Sheikh Hasher Al-Maktoum**
**Secretary: Mr Mohammed Al-Merry**
**E-mail:** tennisemirates@yahoo.com /
        tennis@eim.ae

**United States Of America - USA**
United States Tennis Association
70 West Red Oak Lane
White Plains - New York
N.Y., 10604-3602
United States Of America

**Telephone:** 1 914 696 7000
**Fax:** 1 914 696 7167
**President: Mrs Lucy S. Garvin**
**Secretary: Mr Gordon A. Smith**
**WWW:** www.usta.com

**United States Virgin Islands - ISV**
Virgin Islands Tennis Association
P.O. Box 308146
St Thomas
USVI 00803
United States Virgin Islands

**Telephone:** 1 340 774 8547
**Fax:** 1 340 776 1558
**President: Mr William F McComb**
**Secretary: Ms Deborah Davis**
**E-mail:** wfmccomb.eng@attglobal.net

**Uruguay - URU**
Asociacion Uruguaya de Tenis
Calle 17 Metros - Puerta 28
Barra de Carrasco
Uruguay

**Telephone:** 598 2 601 22 52
**Fax:** 598 2 601 21 93
**President: Sr Ruben Marturet**
**Secretary: Sr Hugo Francois**
**E-mail:** aut@montevideo.com.uy

**Uzbekistan - UZB**
Uzbekistan Tennis Federation
1 Assaka Pereulok
House 14
Tashkent 700035
Uzbekistan

**Telephone:** 998 71 237 2554
**Fax:** +998 71 237 3056
**President: Mr Rustam Inoyatov**
**Secretary: Mr I Shepelev**
**E-mail:** uztennis@intal.uz
**WWW:** www.uzbektennis.uz

**Venezuela - VEN**
Federacion Venezolana de Tenis
Complejo Nacional de Tenis
Calle A - Apartado 70539
Urb Santa Rosa de Lima
Caracas 1070-A
Venezuela

**Telephone:** 58 212 979 2421
**Fax:** 58 212 979 2694 or 7462
**President: Mr Jhonny R Figueroa Pacheco**
**Secretary: Mr Diego J Matute**
**E-mail:** humbertolucena2004@hotmail.com
**WWW:** www.fvtenis.com

**Vietnam - VIE**
Vietnam Tennis Federation
175 Nguyen Thai Hoc Street
Ba Dinh District
Hanoi
Vietnam

**Telephone:** 844 733 0036
**Fax:** 844 733 0036
**President: Mr Dang Huu Hai**
**Secretary: Mr Tran Ngoc Linh**
**E-mail:** vtf@fpt.vn

**Yemen** - **YEM**
Yemen Tennis Federation
P O Box 19816
Sana'a
Yemen

**Telephone:** 967 1 427 579
**Fax:** 967 1 414 122
**President: Mr Mohammed Al Surmi**
**Secretary: Mr Nabeel Al Mahdi**
**E-mail:** info@yementf.com
**WWW:** www.yementf.com/en

**Zambia** - **ZAM**
Zambia Lawn Tennis Association
P O Box 40493
Mufulira
Zambia

**Telephone:** 260 244 1832
**Fax:** 260 244 7000
**President: Mr Knox Mbazima**
**Secretary: Mr Masautso Zimba**
**E-mail:** MasausoZ@albidon.com

**Zimbabwe** - **ZIM**
Tennis Zimbabwe
PO Box A575
Avondale
Harare
Zimbabwe

**Telephone:** 2634 707080 / 794425
**Fax:** 2634 794425
**President: Mrs Ann Martin**
**Secretary: Mrs Patricia Mavunduke**
**E-mail:** teniszim@africaonline.co.zw

**Associate Members Without Voting Rights (61)**

**Afghanistan - AFG**

Afghanistan Tennis Federation
c/o Ahmad Shaheer
British Embassy
Kabul
Afghanistan

**Telephone:** 93 70 274 772
**Fax:**
**President: Mr Abdul Azim Niazi**
**Secretary: Mr Ahmad Shaheer Shahriar**
**E-mail:** afghantennisfederation@yahoo.co.uk

**American Samoa - ASA**

American Samoa Tennis Association
PO Box 2070
Pago Pago
AS 96799 USA
American Samoa

**Telephone:** 684 699 9512
**Fax:** 684 699 2105
**President: Mr Billy Young**
**Secretary: Mr Perelini Perelini**
**E-mail:** psperelini@yahoo.com

**Antigua & Barbuda - ANT**

Antigua & Barbuda Tennis Association
PO Box 2758
St John's
Antigua & Barbuda

**Telephone:** 1 268 560 5575
**Fax:**
**President: Cordell Williams**
**Secretary: Mr Peter Quinn**
**E-mail:** a_btennis@hotmail.com

**Belize - BIZ**

Belize Tennis Association
P O Box 365
16 Regent Street
Belize City
Belize

**Telephone:** 501 22 77070
**Fax:** 501 22 75593
**President: Mr Edward Nabil Musa Sr**
**Secretary: Mr John Owen Longsworth**
**E-mail:** brodies@btl.net

**Bhutan - BHU**

Bhutan Tennis Federation
PO Box 838
Thimphu
Bhutan

**Telephone:** 975 232 2138
**Fax:** 975 232 6768
**President: Mr Lyonpo Ugen Tschering**
**Secretary: Mr Chencho Norbu**
**E-mail:** btftennis@druknet.bt

**British Virgin Islands - IVB**

British Virgin Islands LTA
PO box 7454
Road Town
Tortola
VG1110
British Virgin Islands

**Telephone:** 1 284 496 8006 /1 284 541 9251
**Fax:** 1 888 813 8529
**President: Mr Dion Anselm**
**Secretary: Mr Humphry Leue**
**E-mail:** leue@candwbvi.net

**Burkina Faso - BUR**

Fédération Burkinabe De Tennis
01 BP 1306 Ouagadougou 01
Burkina Faso

**Telephone:** 226 70 22 82 22
**Fax:** 226 50 31 03 40
**President: Mr Christian Yves Zongo**
**Secretary: Mr Souleymane Yameogo**
**E-mail:** fbt_burkina@yahoo.fr

**Burundi - BDI**
Fédération de Tennis du Burundi
BP 2221
Bujumbura
Burundi

**Telephone:** (257) 22 242 443
**Fax:** (257) 22 222 247
**President: Mr Libérat Hicintuka**
**Secretary: Mr Joseph Ngomirakiza**
**E-mail:** libhic@yahoo.fr

**Cambodia - CAM**
Cambodia Tennis Federation
c/o Power Investment Group
Office 14, Hotel Cambodiana
313 quai Preah Sisowath
Phnom Penh
Cambodia

**Telephone:** 855 23 218 580
**Fax:** 855 23 218 580
**President: Mr Cham Prasidh**
**Secretary: Mr Tep Ritivit**
**E-mail:** tfc@online.com.kh

**Cape Verde Islands - CPV**
Federacão Cabo Verdiana de Ténis
Pavilhão Desportivo Váva Duarte
Chã de Areia - B.P. 584
Praia - Cabo Verde (Island)
Cape Verde Islands

**Telephone:** 238 2 613 309
**Fax:** 238 2 613 309
**President: Mr Carlos Pereira dos Santos**
**Secretary:**
**E-mail:** fctenis@gmail.com

**Cayman Islands - CAY**
Tennis Fed. of the Cayman Islands
PO Box 1813
George Town
Grand Cayman
KY1-1109
Cayman Islands

**Telephone:** 1 345 949 9464
**Fax:** 1 345 946 8684
**President: Mr Jeremy Superfine**
**Secretary: Mrs Geraldine Duckworth**
**E-mail:** CITennisFed@gmail.com

**Central African Republic - CAF**
Fédération Centrafricaine de Tennis
S/c Dameca
B P 804
Bangui
Central African Republic

**Telephone:** 236 61 18 05
**Fax:** 236 61 56 60
**President: Mr I Kamach**
**Secretary: Mr Jean Ombi**
**E-mail:** fcat_cf@yahoo.fr

**Chad - CHA**
Fédération Tchadienne de Tennis
BP 5736
Ndjamena
Chad

**Telephone:** 235 629 4399
**Fax:** 235 51 65 04
**President: Mr Souley Abdoulaye**
**Secretary: Mr Mandekor Djimadoum**
**E-mail:** souley.abdoulaye@yahoo.fr

**Congo, Democratic Republic Of - COD**
Fédération Congolaise Démocratique
de Lawn Tennis
BP 11 497 KIN 1
Kinshasa
Congo, Democratic Republic Of

**Telephone:** 243 884 3469
**Fax:** 243 880 1625
**President: Mr Ndombe Jacob**
**Secretary: Mr Georges Koshi**
**E-mail:** fecodelat@yahoo.fr /
        ndombepres@yahoo.fr

**Cook Islands - COK**
Tennis Cook Islands
The Secretary
Box 718
Rarotonga
Cook Islands

**Telephone:** +682 74 072
**Fax:** +682 20 738
**President: Mr Damien Beddoes**
**Secretary: Mrs Lynne Samuel**
**E-mail:** nlsamuel@oyster.net.ck

**Dominica - DMA**
Dominica Lawn Tennis Association
PO Box 138
Roseau
Dominica

**Telephone:** 1 767 448 8367
**Fax:** 1 767 448 7010
**President: Mr Thomas Dorsett**
**Secretary: Ms Reginald St H Shillingford**
**E-mail:** tennisdominica@yahoo.com

**Equatorial Guinea - GEQ**
Federación Ecuatoguineana de Tenis
Calle Kenia, S/N
Apdo. 207
Malabo
Equatorial Guinea

**Telephone:** 240 09 8005
**Fax:** 240 09 3313
**President: Mr José Suarez Gonzalez**
**Secretary: Mr Francisco Dos Santos Sibita**
**E-mail:** dossifra@yahoo.es

**Eritrea - ERI**
Eritrean Tennis Federation
C/o Eritrean Olympic Committee
PO Box 3665
Asmara
Eritrea

**Telephone:** 291 1 121 533
**Fax:** 291 1 120 967
**President: Mr Daniel Iohannes**
**Secretary: Mr Mehari Mebrahtu**
**E-mail:** entf_er@yahoo.com

**Fiji - FIJ**
Fiji Tennis Association
P O Box 453
Lautoka
Fiji

**Telephone:** 679 666 6642
**Fax:** 679 666 8820
**President: Mr Simon Zoing**
**Secretary: Mr Naga Reddy**
**E-mail:** otfagm2007@yahoo.com.au

**Gambia - GAM**
Gambia Lawn Tennis Association
PMB 664
Serrekunda
Gambia

**Telephone:** 220 4495 946
**Fax:** 220 4378 894
**President: Mr Sheriff Jammeh**
**Secretary: Mr Philip Akimbogul**
**E-mail:** jamforex1@yahoo.com

**Grenada - GRN**
Grenada Tennis Association
PO Box 1202
St George's
Grenada

**Telephone:** 1 473 440 1977
**Fax:** 1 473 440 0453
**President: Mr Bernard Wilson**
**Secretary: Ms Madge McGuire**
**E-mail:** grenadatennis2009@hotmail.com

**Guam - GUM**
Guam National Tennis Federation
PO Box 4379
Hagatna
96932
Guam

**Telephone:** 1 671 472 6270
**Fax:** 1 671 472 0997
**President: Mr Rick Ninete**
**Secretary: Ms Jane Aguon**
**E-mail:** ricn@ite.net

**Guinea-Bissau - GBS**
Federaçao de Tenis da Guiné-Bissau
Caixa Postal 387
Bissau
Guinea-Bissau

**Telephone:** 245 580 1212 / 245 660 8856
**Fax:** 245 20 70 30
**President: Mr André de Sousa**
**Secretary: Mr Silvano Gomes dos Santos**
**E-mail:** ftenisgb@hotmail.com

**Guinee Conakry - GUI**
Fédération Guineenne de Tennis
B P 4897
Conakry
Guinee Conakry

**Telephone:** 224 44 40 19
**Fax:** 224 41 19 26
**President: Mr Kiridi Bangoura**
**Secretary: Mr Abdoulaye Conte**

**Guyana - GUY**
Guyana Lawn Tennis Association
PO Box 10205
Olympic House
Church & Peter Rose Streets
Georgetown
Guyana

**Telephone:** 592 2 2 75501
**Fax:** 592 2 2 55865
**President: Mr Christopher Ram**
**Secretary: Ms Grace McCalman**
**E-mail:** glta18@yahoo.com

**Kiribati - KIR**
Kiribati Tennis Federation
PO Box 494 Bairiki
Tarawa
Kiribati

**Telephone:** 686 21078
**Fax:** 686 21592
**President: Mr Peter Birati**
**Secretary: Mr Tenoa Betene**
**E-mail:** t_betene@yahoo.com

**Korea, Democratic People's Republic of - PRK**
Tennis Assocation of DPR of Korea
Kumsong
Mangyongdae Dist
Pyongyang
Korea, Democratic People's Republic of

**Telephone:** 850 218 111 Ext. 8164
**Fax:** 850 2381 4403
**President: Mr Kim Su Ik**
**Secretary: Mr Ko Yong Su**

**Lao, Democratic People's Republic - LAO**
Lao Tennis Federation
Nokeokoummane Road
Ban Anou
Chanthaboury District
Vientiane
Lao, Democratic People's Republic

**Telephone:** 856 21 21 8956
**Fax:** 856 21 21 8956
**President: Mr Houmphone Bulyaphol**
**Secretary: Mr Sisomphet Xayarath**
**E-mail:** laotennis@gmail.com

**Liberia - LBR**
Liberia Tennis Association
PO Box 1742
Randall Street
Monrovia
Liberia

**Telephone:** +231 6 520 265
**Fax:**
**President: Mr Harold J Monger**
**Secretary: Mr J.F. Dexter Puieyoe**
**E-mail:** liberiatennis@gmail.com

**Macau - MAC**
Macau Tennis Association
Forum de Macau
Bloco II
20 andar
PO Box 1525
Macau

**Telephone:** +853 706 024
**Fax:** +853 706 024
**President: Mr Ma Iao Iao**
**Secretary: Mr Jose Miguel da Silva**
**E-mail:** benz@macau.ctm.net

**Malawi - MAW**
Lawn Tennis Association of Malawi
PO Box 1417
Blantyre
Malawi

**Telephone:** 265 1 822924
**Fax:** 265 1 824 015
**President: Mr Mike Bamford**
**Secretary: Ms Maggie O'Toole**
**E-mail:** mbamford@africa-online.net

**Maldives - MDV**
Tennis Association of the Maldives
P O Box 20175
Chaandhanee Magu
Male
Maldives

**Telephone:** 960 331 7018
**Fax:** 960 331 0325
**President: Mr Ahmed Shaam**
**Secretary: Mr Ali Faris**
**E-mail:** tam@dhinet.net.mv /
shaam@iess.com.mv

**Mali - MLI**
Fédération Malienne de Tennis
IFA-BACO
425, Avenue de L'Yser
Quartier du Fleuve
Bamako
Mali

**Telephone:** 223 223 48 05
**Fax:** 223 223 23 24
**President: Mr Mohamed Traore**
**Secretary: Mr Amedine Traore**
**E-mail:** claudine@ifabaco.com

**Marshall Islands - MSH**
Marshall Islands Tennis Federation
PO Box 197
Marjuro
MH96960
Marshall Islands

**Telephone:** 692 625 5275
**Fax:** 692 625 3655
**President: Mr Wally Milne**
**Secretary: Mr Dwight Heine**
**E-mail:** wemilne@hotmail.com

**Mauritania - MTN**
Fédération Mauritanienne de Tennis
Avenue gemal abdel nasser
immeuble BMCI - appt No 206
1629
Mauritania

**Telephone:** 00 222 529 68 29
**Fax:** 00 222 529 68 30
**President: Mr Mohamed Taya**
**Secretary: Mr Lemine Lemrabot**
**E-mail:** fmtennis@mauritel.mr

**Micronesia, Federated States Of - FSM**
Federated States of Micronesia LTA
PO Box PS319
Paliker
Pohnpei
FM 96941
Micronesia, Federated States Of

**Telephone:** (691) 320 619
**Fax:** (691) 320 8915
**President: Mr Sterling Skilling**
**Secretary: Ms Caroline Adams**
**E-mail:** fsmnoc@mail.fm

**Mongolia - MGL**
Mongolian Tennis Association
Olympic House - 409
PO Box - 531
Ulaanbaatar 44
Mongolia

**Telephone:** 976 11 343 798
**Fax:** 976 11 343 798
**President: Mr Ch. Ganzorig**
**Secretary: Mr Gunsenkhorloo Nyamdelger**
**E-mail:** MTA_1990@magicnet.mn

**Mozambique - MOZ**
Federacao Mocambicana de Tenis
Caixa Postal 4351
Av Samora Mahel No. 11
Porta 38 Maputo
Mozambique

**Telephone:** 258 21 300473
**Fax:** 258 21 300473
**President: Mr Arao Nhancale**
**Secretary: Mr Armindo Nhavene**
**E-mail:** anhahaia@yahoo.com.br

**Nauru - NRU**
Nauru Tennis Association
PO Box 274
Aiwo District
Nauru

**Telephone:** 674 444 3118
**Fax:** 674 444 3231
**President:**
**Secretary: Mr Preston Itaia**
**E-mail:** nta@cenpac.net.nr

**Nepal - NEP**
All Nepal Lawn Tennis Association
PO Box 19481
717 Satdobato Tennis Complex
Ward No. 17
Lalitpur
Nepal

**Telephone:** 977 1 520 2144
**Fax:** 977 1 428 0618 / 422 5129
**President: Mr Manoj SJB Rana**
**Secretary: Mr Manohar Das Mool**
**E-mail:** anlta@mos.com.np

**Nicaragua - NCA**
Federacion Nicaraguense de Tenis
Contiguo al Restaurante Subway
de Plaza Espana
Managua
Nicaragua

**Telephone:** 505 226 69589
**Fax:** 505 276 0948
**President: Mr Ramon Sevilla**
**Secretary: Mr Rene Vivas**
**E-mail:** rsevilla@cablenet.com.ni /
            sevilla.ramon@gmail.com

**Niger - NIG**
Fédération Nigerienne de Tennis
Stade du 29 juillet 1991
Avenue du Zarmaganda
BP 10 788 Niamey
Niger

**Telephone:** 227 735 893 / 734 286
**Fax:** 227 732 876
**President: Mr Ahmed Ousman Diallo**
**Secretary: Mr Boubacar Djibo**
**E-mail:** nigerautennis@hotmail.com

**Norfolk Islands - NFK**
Norfolk Islands Tennis Association
Cheryl Tennis Club
P O Box 512
Queen Elizabeth Avenue
Australia 2899 South Pacific
Norfolk Islands

**Telephone:** 6723 229 66
**Fax:** 6723 229 66
**President: Mr Tom Greening**
**Secretary: Ms Julie South**
**E-mail:** tennis@norfolk.net.nf

**Northern Mariana Islands - NMI**
Northern Mariana Islands Tennis Assn.
P O Box 10,000
Saipan
MP 96950-9504
Northern Mariana Islands

**Telephone:** 1 670 234 8438
**Fax:** 1 670 234 5545
**President: Mr Jeff Race**
**Secretary: Mr Ed Johnson**
**E-mail:** jeffrace@pticom.com

**Palau, Democratic Republic Of - PLW**
Palau Tennis Federation
PO Box 44
Koror 96940
Palau, Democratic Republic Of

**Telephone:** 680 488 6267
**Fax:** 680 488 6271
**President: Ms Christina Michelsen**
**Secretary: Ms Annabel Lyman**
**E-mail:** cmichelsen@boh.com

**Palestine - PLE**
Palestinian Tennis Association
Beit Sahour
PO Box 131
Palestine

**Telephone:** 972 2 277 5338 / 7
**Fax:** 972 2 277 4677
**President: Mr Issa Rishmawi**
**Secretary: Mrs Samar Mousa Araj**
**E-mail:** pta@p-ol.com
**WWW:** www.paltennis.org

**Papua New Guinea - PNG**
Papua New Guinea
Lawn Tennis Association
P O Box 1230
Boroko, NCD
Papua New Guinea

**Telephone:** 675 320 0633
**Fax:** 675 320 0611
**President: Mr Hillary Wong**
**Secretary: Mr David Gole**
**E-mail:** tropical@online.net.pg /
bill.mckinstry@clubgroup.com.pg

**Saint Kitts & Nevis - SKN**
St Kitts Lawn Tennis Association
Po Box 1938
Basseterre
Saint Kitts & Nevis

**Telephone:** 1 869 466 9424
**Fax:** 1 869 669 3960
**President: Mr Paul Trotman**
**Secretary: Ms Velma Rawlins**
**E-mail:** sknlta@hotmail.com

**Saint Vincent & The Grenadines - VIN**
St Vincent & The Grenadines LTA
PO Box 135
Kingstown
Saint Vincent & The Grenadines

**Telephone:** 1 784 457 4090
**Fax:** 1 784 457 4080
**President: Mr Anthony McKenzie**
**Secretary: Mrs Angella Taylor**
**E-mail:** svgtennis@gmail.com
**WWW:** www.svgtennis.org

**Samoa - SAM**
Tennis Samoa Inc
P O Box 6402
Apia
Samoa

**Telephone:** 685 22 115
**Fax:** 685 21 145
**President: Mr Waikaremoana So'onalole**
**Secretary: Miss Fiaapia Devoe**
**E-mail:** lwsoonal@ipasifika.net

**Seychelles - SEY**
Seychelles Tennis Association
PO Box 580
Roche Caiman
Seychelles

**Telephone:** 248 323 252
**Fax:** 248 324 066
**President: Mr John Adam**
**Secretary: Mr Gian Carlo Lauro**
**E-mail:** johnladam@hotmail.com

**Sierra Leone - SLE**
Sierra Leone Lawn Tennis Association
National Sports Council
PO Box 1181
Freetown
Sierra Leone

**Telephone:** 232 22 226 874
**Fax:** 232 22 229 083
**President: Mr John Benjamin**
**Secretary: Mr Aziz Ramatu**
**E-mail:** johnbenn29@yahoo.com /
       alimamyomaru@yahoo.co.uk

**Solomon Islands - SOL**
Solomon Islands Tennis Association
PO Box 532
Honiara
Solomon Islands

**Telephone:** 677 27 354
**Fax:** 677 25 686
**President: Mr Patrick Leong**
**Secretary: Mr John Keniapasia**
**E-mail:** joelbencharlie@inbox.com

**Somalia - SOM**
The Somali Tennis Association
Heart Street
2nd Avenue
P.O. Box 20344
Mogadishu
Somalia

**Telephone:** +252-1-553 5540
**Fax:** +252-1-600 000
**President: Mr Yusuf Hassan Mohamed**
**Secretary: Mr Ali Mohamed Ahmed**
**E-mail:** somtennisfed@yahoo.com
**WWW:** www.somtennis.com

**Surinam - SUR**
Surinaamse Tennisbond
Gonggrijpstraat 14
Paramaribo - Centrum
Surinam

**Telephone:** 597 467 053
**Fax:** 597 467 053
**President: Mr Soetjipto Verkuijl**
**Secretary: Mr Juan Pigot**
**E-mail:** juanpigot@hotmail.com

**Swaziland - SWZ**
Swaziland National Tennis Union
PO Box 2397
Manzini
Swaziland

**Telephone:** 268 408 2329
**Fax:** 268 505 8903
**President: Mr J Mazibuko**
**Secretary: Mr Aladdin Mamba**
**E-mail:** tennisswaziland@realnet.co.sz

**Tanzania - TAN**
Tanzania Tennis Association
c/o Royal Norwegian Embassy
PO Box 2646
Dar Es Salaam
Tanzania

**Telephone:** 255 713 291 864
**Fax:** 255 22 211 6564
**President: Mr Dennis Makoi**
**Secretary: Mrs Inger-Johanne G. Njau**
**E-mail:** inger-johanne.njau@mfa.no

**Tonga - TGA**
Tonga Tennis Association
PO Box 101
Nuku'alofa
Tonga

**Telephone:** 676 23933
**Fax:** 676 24127
**President: Mr Fuka Kitekeiaho**
**Secretary: Mr Amanaki Fakakovikaetau**
**E-mail:** latu.amanaki@gmail.com

**Turks & Caicos Islands - TKS**
Turks & Caicos Tennis Association
P O Box 205
Providenciales
British West Indies
Turks & Caicos Islands

**Telephone:** 649 946 5918
**Fax:**
**President: Mr Art Forbes**
**Secretary: Mrs Tanis Wake-Forbes**
**E-mail:** tawake@tciway.tc

**Tuvalu - TUV**
Tuvalu Tennis Association
Private Mail Bag
Vaiaku
Funafuti
Tuvalu

**Telephone:** +688 20069
**Fax:** +688 20324
**President: Mr Opetaia Simati**
**Secretary: Mr Kakee Kaitu**
**E-mail:** tennis@tuvalu.tv

**Vanuatu - VAN**
Fédération de Tennis de Vanuatu
B P 563
Port Vila
Vanuatu

**Telephone:** 678 25982
**Fax:** 678 22455
**President: Mr Cyrille Mainguy**
**Secretary: Mr Francis Bryard**
**E-mail:** cmg@vanuatu.com.vu

**Regional Associations**

**Asian Tennis Federation (ATF)**
DLTA Complex
RK Khanna Tennis Stadium Africa Avenue
New Delhi
110 -029
India

**Telephone:** 91 11 2617 6280 / 81 / 83
**Fax:** 91 11 2617 6258
**President:** Mr Anil Khanna
**Secretary:** Mr Suresh Subramaniam
**E-mail:** crm@asiantennis.com
**WWW:** www.asiantennis.com

**Confederacion Sudamericana de Tenis**
(COSAT)
Avda. Providencia 2653
Oficina # 44
Santiago
Chile

**Telephone:** 56 2 436 8111
**Fax:** 56 2 436 8114
**President:** Mr Sergio Elias
**Secretary:** Mr Edmundo Rodriguez
**E-mail:** cosat@cosat.org
**WWW:** www.cosat.org

**Confederation of African Tennis (CAT)**
BP 315
El Mensah
1004 Tunis
Tunisia

**Telephone:** 216 71 84 77 85
**Fax:** 216 71 84 10 45
**President:** Mr Tarak Cherif
**Secretary:** Mr Hichem Riani
**E-mail:** rianihichem@yahoo.fr
**WWW:** www.cattennis.com

**COTECC**
C/O Federacion Salvadorena
Apartado Postal (01) 110
San Salvador
El Salvador

**Telephone:** 503 2278 8850
**Fax:** 503 2278 8087
**President:** Mr Enrique Molins
**Secretary:** Mr Frantz Liautaud
**E-mail:** cotecc@telesal.net
**WWW:** www.cotecc.org.sv

**Oceania Tennis Federation (OTF)**
P O Box 102167
North Shore
Auckland 1309
New Zealand

**Telephone:** 64 4 478 0465
**Fax:** 64 4 477 0465
**President:** Mr Geoff Pollard
**Secretary:** Mr Patrick O'Rourke
**E-mail:** patrick@oceaniatennis.com
**WWW:** www.oceaniatennis.com

**Tennis Europe**
Zur Gempenfluh 36
CH-4059 Basel
Switzerland

**Telephone:** 41 61 335 90 40
**Fax:** 41 61 331 72 53
**President:** Mr Jacques Dupré
**Secretary:** Mr Olli Mäenpää
**E-mail:** contactus@tenniseurope.org
**WWW:** www.tenniseurope.org

**Recognised Organizations**

**International Tennis Hall of Fame**
194 Bellevue Avenue
Newport
Rhode Island 02840
USA

**Telephone:** 1 401 849 3990
**Fax:** 1 401 849 8780
**President:** Mr Tony Trabert
**Secretary:** Mr Mark Stenning
**E-mail:** newport@tennisfame.com
**WWW:** www.tennisfame.com

**Council of International Lawn Tennis Clubs**
c/o Paul Hutchins, Assistant Secretary
6 Coombe Gardens
West Wimbledon
London SW20 0QU
United Kingdom

**Telephone:** 44 (0)20 8946 9374
**President:** Mr Frank Sedgman
**Secretary:** Mr Peter McQuibban
**E-mail:** contact@tennis-concepts.com
**WWW:** www.ic-tennis.org

**Centenary Tennis Clubs**
c/o Real Club de Tenis Barcelona 1899
Bosch i Gimpera 5 – 13
08034 Barcelona
Spain

**Telephone:** 34 93 203 7852
**Fax:** 34 93 204 5010
**President:** Mr Juan Maria Tintore Turull
**Secretary:** Mr Carlos Mercé
**E-mail:** info@centenarytennisclubs.com
**WWW:** www.centenarytennisclubs.com