# Exhibit 18



**ITF**
International Tennis Federation

# THE CONSTITUTION OF
# ITF LIMITED 2024

**TRADING AS INTERNATIONAL TENNIS FEDERATION**

# Memorandum,

# Articles of Association

# and

# Bye-laws

# of

# ITF LIMITED

# Trading as the International Tennis Federation

# 2024

## CONTENTS

**Page No**

**Memorandum of Association**                                                1

**Articles of Association**

| | | |
|---|---|---|
| 1 | Interpretation | 4 |
| 2 | Membership Categories | 5 |
| 3 | Applications for Membership | 6 |
| 4 | Resignation, Suspension of Membership, | |
| | Termination of Membership and Expulsion | 8 |
| 5 | Re-admittance to Membership | 9 |
| 6 | Subscriptions | 10 |
| 7 | Regional Associations | 11 |
| 8 | Recognised Organisations | 12 |
| 9 | Registered Shares | 13 |
| 10 | Transfer of Registered Shares | 13 |
| 11 | Exclusive Voting Rights of Class B Members | 14 |
| 12 | Voting by Members | 15 |
| 13 | The Council | 15 |
| 14 | Annual General Meetings | 16 |
| 15 | Extraordinary General Meetings | 16 |
| 16 | Notice of General Meetings | 17 |
| 17 | Notice of Resolutions | 17 |
| 18 | Conduct of General Meetings | 18 |
| 19 | Composition of Board of Directors | 21 |
| 20 | The President of the Company | 22 |
| 21 | Nomination, Election and Tenure of Directors | 23 |
| 22 | Powers and Duties of Directors | 26 |
| 23 | Proceedings of the Board of Directors | 27 |
| 24 | Officers | 28 |
| 25 | Committees and Commissions | 29 |
| 26 | Accounts of the Company | 30 |
| 27 | Competitions | 30 |
| 28 | Rules of Tennis | 31 |
| 29 | Notices | 31 |

| 30 | Indemnity | 32 |
|---|---|---|
| 31 | Miscellaneous Protocols | 32 |
| 32 | Alteration to the Constitution | 32 |
| 33 | Arbitration | 33 |
| 34 | Dissolution | 33 |
| 35 | Application of the Company's Funds in the Event of Dissolution | 33 |

**Bye-laws**

| 1 | Definitions and Interpretations | 36 |
|---|---|---|
| 2 | The Competitions | |
| 2.1 | Team Competitions | 36 |
| 2.2 | Individual Competitions | 38 |
| 2.3 | Virtual (E-Tennis) Competitions | 40 |
| 3 | Tournaments, Regulations and Awards | |
| 3.1 | World Championships | 40 |
| 3.2 | Awards for Services to the Game | 41 |
| 4 | Tennis Anti-Doping Programme | 41 |
| 5 | Tennis Anti-Corruption Program | 45 |
| 6 | ITF Welfare Policy | 45 |
| 7 | Penalties and Suspensions | 46 |
| 8 | ITF Code of Ethics | 46 |
| 9 | Routine Matters/Miscellaneous Issues | |
| 9.1 | Duties of Committees | 47 |
| 9.2 | Duties of Commissions | 48 |
| 9.3 | Procedures for the Review and Hearings on the Rules of Tennis | 49 |

**Appendices**

| Appendix A | Share Register | 50 |
|---|---|---|
| | Subscription Rates | 52 |
| Appendix B | Voting - Summary of Items Requiring Other than a Bare Majority | 53 |
| Appendix C | Criteria for Increasing and Decreasing Share Allocations | 55 |
| Appendix D | Criteria for Athlete appointment to the Board of Directors | 56 |
| Appendix E | International Olympic Committee | 57 |
| Appendix F | Team Trophies presented by the International Tennis Federation | 60 |
| Appendix G | Annual ITF Awards | 62 |

**Roll of Honour**

| | |
|---|---|
| Grand Slam | 64 |
| World Singles Champions | 67 |
| World Doubles Champions | 68 |
| Wheelchair World Champions | 71 |
| Quad Wheelchair World Champions | 72 |
| Junior World Singles Champions | 72 |
| Junior World Doubles Champions | 73 |
| Junior World Champions | 75 |
| Philippe Chatrier Award | 75 |
| Brad Parks Award | 76 |
| Golden Achievement Award | 77 |
| Davis Cup Award of Excellence | 77 |
| Billie Jean King Cup Award of Excellence | 78 |
| Olympic Games Gold Medal Winners | 79 |
| Paralympic Games Gold Medal Winners | 82 |
| ITF Awards for Services to the Game | 84 |
| National Association Nominations | 85 |
| History of ITF Annual General Meetings | 93 |
| Officers of the International Tennis Federation | 95 |
| ITF Office Holders | 98 |
| ITF Administration | 99 |
| ITF Board of Directors 2023-2027 | 100 |
| Auditors & Legal Counsel | 102 |
| Committees and Commissions 2024-2025 | 103 |
| ITF Bodies & Working Groups | 110 |
| Appointments to Other Bodies | 111 |
| Addresses of Affiliated National Associations (Class B and Class C Members) | 112 |
| Addresses of Affiliated Regional Associations | 130 |
| Addresses of Recognised Organisations | 131 |

**COMMONWEALTH OF THE BAHAMAS**

**MEMORANDUM OF ASSOCIATION**
**OF**
**ITF LIMITED**

**THE INTERNATIONAL BUSINESS COMPANIES ACT 2000**

**AN INTERNATIONAL BUSINESS COMPANY LIMITED BY SHARES**

I       The name of the Company is ITF Limited.

II      The Registered Office of the Company is situated at the business premises of Graham, Thompson & Co. at Shirley Street and Victoria Avenue in the Western District of the Island of New Providence, one of the Islands of the Commonwealth of the Bahamas, and its postal address is P.O. Box N- 272, Nassau, Bahamas.

III     The Registered Agent of the Company is GTC Corporate Services Ltd. whose address is Sassoon House, Shirley Street and Victoria Avenue, Nassau, Bahamas and whose postal address is P.O. Box N-272, Nassau, Bahamas.

IV      The objects and purposes for which the Company is established are to:

      (a)      foster the growth and development of the sport of Tennis on a worldwide basis

      (b)      perform the functions of the world governing body for the sport of Tennis

      (c)      make, amend, uphold and enforce the Rules of Tennis

      (d)      promote universally the development of the game at all levels regardless of age, gender or disability

      (e)      take such measures as may appear expedient for advancing the interests of Tennis from an international point of view

      (f)      promote and encourage the teaching of Tennis

      (g)      make and uphold the Regulations for the International Team Championships and the competitions of the Company

      (h)      award Official Tennis Championships recognised by the Company

      (i)      give the Members of the Company by joint action a greater influence in their dealings with the governing bodies of other sports

      (j)      preserve the independence of the Company in all matters concerning the game of Tennis without the improper intervention or influence of any outside authority in its relations with its Members and other organisations affiliated to the Company

1

(k)    define the requirements for player status and eligibility in Tennis and to regulate amateur and professional play

(l)    administrate the finances of the Company in such a manner as shall be deemed expedient

(m)    preserve the integrity and independence of Tennis as a sport

(n)    engage in any other act or activity that is not prohibited under any law for the time being in force in the Commonwealth of the Bahamas

(o)    carry out its objects and purposes without unfair discrimination on grounds of colour, race, nationality, ethnic or national origin, age, gender, sexual orientation, disability or religion.

V    The liability of the Members is limited.

VI    The capital of the Company is One thousand dollars in the currency of the United States of America (US$ 1,000.00) divided into One hundred (100) Class A Shares having a par value of one United States dollar (US$1.00) each, Six hundred (600) Class B Shares having a par value of one United States dollar (US$1.00) each, and Three hundred (300) Class C Shares having a par value of one United States dollar (US$1.00) each, with power to divide the shares in the capital for the time being into several classes and series and with power to increase or reduce the capital and to issue any of the shares in the capital (whether original, increased or reduced), with or subject to any preferential, special or qualified rights or conditions as regards dividends, repayment of capital, voting or otherwise, as the Directors of the Company may from time to time up to the first General Meeting of the Company by ordinary resolution designate and thereafter as the Class B Members may in any General Meeting of the Company (inclusive of the first General Meeting aforementioned) from time to time by ordinary resolution designate. Up to the first General Meeting of the Company the Directors and from and after the first General Meeting the Class B Members are hereby expressly authorised to fix by ordinary resolution any designations, powers, preferences, rights, qualifications, limitations or restrictions on each class or series of shares.

VII    The shares in the capital of the Company shall be issued in the currency of the United States of America.

VIII    This memorandum may be amended at any time and from time to time in such manner as may be prescribed by the Articles of Association of the Company.

The persons whose names and addresses are subscribed are desirous of being formed into a company in pursuance of this Memorandum of Association and agree to take the number of shares in the capital of the Company set opposite their respective names.

| Names, addresses and Description of Subscribers | Number of shares taken by each Subscriber |
|---|---|

1.      ADANSONIA INVESTMENTS LIMITED

        Nassau, Bahamas
        By their representatives,
        Paul Doyle and William Jennings
        C/O Coutts (Bahamas) Ltd
        PO Box
        Nassau, Bahamas

                                            One Class A Share

_____

2.      MARIDI INVESTMENT COMPANY LIMITED

        Nassau, Bahamas,
        By their representatives,
        Paul Doyle and William Jennings,
        C/O Coutts (Bahamas) Ltd
        PO Box N 7788
        Nassau, Bahamas

                                            One Class A Share

_____

        TOTAL SHARES TAKEN            Two Class A Shares
_____


Dated this 16th Day of December A.D. 1997

WITNESS: TANYA HANNA

**COMMONWEALTH OF THE BAHAMAS**

**ARTICLES OF ASSOCIATION
OF
ITF LIMITED**

**THE INTERNATIONAL BUSINESS COMPANIES ACT 2000
COMPANY LIMITED BY SHARES**
_____

1. In the interpretation of these presents, unless there be something in the subject or context inconsistent there with:

"the Act" means The International Business Companies Act 2000 of The Bahamas as amended from time to time;

"Bye-law/s" mean the independent and additional rules and regulations known as "The Bye-laws of ITF Limited" established in accordance with and subject to the Memorandum and Articles of Association of the Company and which form part of the Constitution. Provided that in the event of a conflict between the interpretation expressed in the Bye-laws and that expressed in the Memorandum and Articles of Association, the latter shall prevail;

"the Constitution" means the Memorandum and Articles of Association and the Bye-laws of the Company referred to collectively;

"the Council" means the delegates of all the Members assembled in a General Meeting;

"the Board of Directors" means the Board of Directors for the time being of the Company;

"the Federation" means The International Tennis Federation, an unincorporated body;

"General Meeting" and "Meeting" includes an Annual General Meeting and an Extraordinary General Meeting of the Members;

"the ITF Trust" means the trust declared by and contained in that certain Declaration of Trust dated the 22nd day of December, 1997 and known as the "ITF Trust";

"Member/s" mean Class A Members, Class B Members and Class C Members of the Company referred to collectively;

"month" means calendar month;

"the Office" means the Registered Office for the time being of the Company;

"the Professional Executive" means the executive staff employed by the Company exclusive of the Officers appointed under Article 24.

"the Professional Staff" means any staff employed by the Company, including members of the professional executive;

4

"the Register" means the register of members to be kept pursuant to Section 28(1) of the Act;

"Resolution" includes motion;

"Resolution of Board of Directors" has the meaning assigned to it by the Act;

"Resolution of the Council" means a Resolution of the Class B Members entitled to vote acting through their duly designated voting delegates at a General Meeting;

"in writing" and "written" include printing, lithography and other modes of representing or reproducing words in a visible form.

Words signifying the singular number also include the plural number and vice versa.

Words signifying persons include corporations and any other entities or bodies whether incorporated or not.

Words signifying the masculine gender include the feminine and neuter genders and vice versa.

References to tennis players shall signify a reference to both amateur and professional players.

The general and fundamental principles of the Olympic Charter are applicable and no provision of this Constitution which relates to participation in the Olympic Games and other events approved by or held under the auspices of the International Olympic Committee, shall be deemed to conflict with or derogate from these principles.

## 2. MEMBERSHIP CATEGORIES

The Members of the Company shall be as follows:

**(A) CLASS A MEMBERS**

**(a)** Class A Members shall be the Trustees for the time being of the ITF Trust. All Class A shares shall upon application be allotted at par value to the said Trustees.

**(b)** Class A Members shall be solely entitled to any Dividends declared by the Board of Directors from time to time in accordance with the provisions hereof. Any such dividends received by the Class A Members as trustees of the ITF Trust shall be applied solely in accordance with the trusts, powers and provisions contained in the aforementioned Declaration of Trust for the benefit of the Class B Members and the Class C Members in their capacity as the beneficiaries of the ITF Trust.

**(c)** Class A Members shall be entitled to attend and to speak at General Meetings but shall not be entitled to vote.

**(B)  CLASS B MEMBERS**

**(a)**  Class B Members are:

**(i)**  National Tennis Associations or corresponding organisations of independent countries or territories that are member states of the United Nations or members of their National Olympic Committee and which, in the opinion of the Council, are sufficiently developed in tennis matters to warrant Class B Membership.

**(b)**  The number of Class B Shares held by a Class B Member may be increased or reduced upon a Resolution of the Council in accordance with Article 11(c) or forfeited in accordance with articles 4(a), (c) and (d).

**(c)**  Class B Members shall not be entitled to any Dividends.

**(d)**  Class B Members shall be entitled to attend and to speak and to vote at any General Meeting.

**(C)  CLASS C MEMBERS**

**(a)**  Class C Members are:

**(i)**  Tennis Associations or corresponding organisations of countries or territories which, in the opinion of the Council, are not sufficiently mature in tennis matters to warrant Class B Membership, but are sufficiently developed to warrant Class C Membership.

**(b)**  Subject to the provisions of Article 4 one Class C Share shall be held by each of the Class C Members. One Class C Share shall be allotted at par to a new Class C Member following a Resolution of the Council.

**(c)**  Class C Members shall not be entitled to any Dividends.

**(d)**  Class C Members shall be entitled to attend and speak at General Meetings but shall not be entitled to vote.

**3.  APPLICATIONS FOR MEMBERSHIP**

**(a)**  A National Association upon application (for Membership of the Company) shall ensure and certify that it operates as and is a properly constituted sports body in accordance with the law applicable to the country in which it is domiciled before making an application for Membership. Further, such applicant shall ensure that on becoming a Member of the Company it shall remain such a properly constituted sports body throughout its Membership of the Company, and shall advise the Company should there be a fundamental change in its ability to meet these requirements.

**(b)**  Where a National Association could be a member of a Regional Association, it may not apply for Membership of the Company until such time as it has become a member of such Regional Association. A National Association shall only be a member of one Regional Association.

(c)     Applications for Class C Membership from new applicants, and applications for Class B Membership from Class C Members, shall be considered at an Annual General Meeting of the Company. Each application for Membership, to be successful, must receive at least a two-thirds majority Resolution of the Council recorded at the Annual General Meeting in respect of the application.

(d)     When an application is received for Class B Membership, the Board of Directors may appoint a representative to visit the relevant country to discuss the implications of Class B Membership; to advise on all relevant aspects of the game of Tennis and the activities of the Company, and to study the standard of tennis play within the country. The representative shall submit a report of their visit to the Board of Directors. The costs, of and incidental to, the visit shall be borne by the applicant for Class B Membership.

(e)     A tennis association of a commonwealth, protectorate, colony or special area may be accepted for Class B Membership if:

   (i)     It has an Olympic Committee recognised by the International Olympic Committee; *and*

   (ii)    It meets the requirements of Article 2(B)(a)(i); *and*

   (iii)   It has the written consent of its parent-nation's Association; *and*

   (iv)    It is completely independent and self-supporting.

(f)     National Tennis Associations admitted to Class B Membership at any time after the allotment of Class B Shares to the current Full Members shall be allotted such number of Class B Shares as shall be determined by Resolutions of the Council in accordance with Article 3(c).

(g)     Each new application for Class C Membership shall include full details of the development of the game of tennis in the applicant's country and shall be accompanied by a certified copy of the applicant's Constitution and a sum equivalent to the current subscription payable by a Class C Member. If the application is approved at an Annual General Meeting, such payment will be applied towards the subscription amount due from the applicant; if the application is not approved, the subscription fee shall be returned to the applicant.

(h)     The Board of Directors, on receiving a new application for Class C Membership, shall appoint a representative to visit the applicant's country and the representative shall submit a report of their visit to the Board of Directors. The costs of and incidental to the visit shall be borne by the Company.

(i)     Initial applications by Class C Members for Class B Membership shall be considered at an Annual General Meeting only if the applicant has been a Member for at least three years and the application was received on or before the previous Annual General Meeting. Applications from Class C Members who have previously been Class B Members do not have to wait a further three years and shall be considered at the Annual General Meeting immediately following a valid application.

**(j)**   Applications for Class C Membership must reach the Company in accordance with Article 17 to qualify for inclusion in the agenda for the next ensuing Annual General Meeting.

**(k)**   If approved for Membership at the Annual General Meeting of the Company, new applicants shall initially be offered Class C Membership. If, following the division of a territory into two or more countries, an application is received from one of the said countries (being a newly independent country with a Constitution) then the said applicant may be offered Class B Membership if, the council decides, by passing a resolution with at least a two-thirds majority, that the new applicant possesses a sufficient level of maturity in tennis matters to justify Class B Membership.

**(l)**   There shall be only one Member per country or territory unless otherwise decided by a two-thirds majority Resolution of the Council.

**(m)**   Upon renewal of Membership, or in the case of a new Member, upon making the application for Membership, each Member thereby agrees to abide by the Constitution, decisions and rulings of the Company. A Member shall be deemed to renew its Membership as of the first day of January in each year provided that the provisions of Article 4 below remain inoperative. Following admittance as a Member, in the event that any change is made to the Member's constitution, the Member shall submit their updated constitution to the Company.

**(n)**   Each allotment of Shares of any class by or under the authority of the Board of Directors shall be conclusive evidence that such shares were applied for by the Member in whose favour such allotment was made in a manner acceptable to such Member and the Board of Directors.

## 4.   RESIGNATION, SUSPENSION OF MEMBERSHIP, TERMINATION OF MEMBERSHIP AND EXPULSION

**(a)**   Any Class B Member or Class C Member may resign as a Member by notice in writing to the Company delivered on or before the 31st day of December in any year and in default shall be held liable for the subscription for the following year. Upon such resignation, the shares held by such resigning Member shall be deemed to have been thereby surrendered for cancellation and shall accordingly be cancelled by the Board of Directors forthwith. The Register of Members shall be amended accordingly.

**(b)**   Any Class B Member or Class C Member whose continued Membership would, in the opinion of the Council, seriously damage the international standing of tennis as a world sport, shall be suspended as a Member of the Company if a Resolution of the Council to that effect is carried by a two-thirds majority. Any such suspension shall be effective at the conclusion of the General Meeting at which such Resolution is passed but may be reviewed at any subsequent Annual General Meeting of the Company.

**(c)**   Any Class B or Class C Member which, in the opinion of the Council, does not adequately represent the game of tennis in its country or territory or which has not acted in accordance with the Constitution (or any Rules or Bye-laws published from time to time by the Company), shall stand expelled from the Company and its shares forfeited if a Resolutions of the Council to that effect is carried by a four-fifths majority.

**(d)** Any Class B Member or Class C Member who fails for two successive years to pay its subscriptions may either (i) be suspended (by a resolution of the Council passed with at least a two-thirds majority) or (ii) be expelled (by a resolution of the Council passed with at least a two-thirds majority) from the Company and its shares forfeited to the Company. The Board of Directors shall determine whether the sanction in the resolution to be put to the Council should be suspension or expulsion. Any proposed suspension or expulsion shall be upon notice as specified in Article 4(g) below.

**(e)** When, in the opinion of the ITF, the autonomy of a Member is being, or is, compromised, the ITF Board is entitled to take any appropriate decisions in order to protect the interests of tennis in the Member country. These measures could include, but are not limited to, provisional suspension from Membership. At the next AGM, the Council shall have the power to confirm, revoke or modify the sanction imposed by the Board.

**(f)** When a Member is not fulfilling its financial obligations to the ITF (except as provided in Article 4(d) above), the ITF Board is entitled to take any appropriate decisions to sanction the Member. These measures could include, but are not limited to, provisional suspension from Membership. At the next AGM, the Council shall have the power to confirm, revoke or modify the sanction imposed by the board.

**(g)** Notice of any proposed suspension (including any resulting from a provisional suspension imposed under Article 4(e) or 4(f)) or termination of Membership, expulsion or re-admittance to Membership, with the exception of the lifting of a suspension under Article 5(f), shall appear on the agenda of the General Meeting at which it is to be moved.

**(h)** Any Member who is suspended shall not be entitled to submit resolutions to, attend or vote at any General Meeting of the Company and shall not participate in the Official Team Competitions of the Company.

## 5. RE-ADMITTANCE TO MEMBERSHIP

**(a)** Any former Class B Member which has applied for re-admittance to Membership may, when it has fulfilled the requirements set out below, be re-admitted as a Class B or a Class C Member at the discretion of the Council if a Resolution of the Council to that effect is carried by a two-thirds majority.

**(b)** The provisions of Article 3 dealing with new applications for Membership shall apply to any application for re-admission.

**(c)** Unless waived in accordance with sub-paragraph (d) of this Article, it shall be a condition precedent to any such re-admission to Membership that the Association concerned shall make the following payments:

**(i)** Any subscription arrears up to the date when the relevant Association ceased to be a Member;

**(ii)** The subscription for the year of re-admission;

    **(iii)** Only in the case of a Member expelled pursuant to Article 4(d), a penalty in the amount equal to one year's subscription;

    **(iv)** Any subscription arrears to its Regional Association (if it has one) up to the date when the relevant association ceased to be a Member, together with its subscription to its regional association for the year of re-admission.

**(d)** The Council may in exceptional circumstances, by Resolution passed with at least a two-thirds majority, waive payment of any or all of the sums mentioned in the sub-paragraph (c) of this Article.

**(e)** Any Member that has been suspended pursuant to Article 4(b) may apply for a lifting of any suspension and may, when it has fulfilled the requirements set out in sub-paragraph (g) of this Article, have its suspension lifted at the discretion of the Council if a Resolution of the Council to that effect is carried by a two-thirds majority.

**(f)** Any Member that has been suspended pursuant to Article 4(d) may, when it has paid in full any outstanding subscriptions, apply for a lifting of that suspension and have its suspension lifted at the discretion of the Board of Directors with re-admission effective from 1st January the following year (the Year of Re-admission).

**(g)** Subject to Article 5(f), unless waived in accordance with sub-paragraph (h) of this Article, it shall be a condition precedent to the lifting of any suspension that the Association concerned shall make the following payments:

    **(i)** Any subscription arrears up to the date when the relevant Association was suspended;

    **(ii)** The subscription for the Year of Re-admission;

    **(iii)** Any subscription arrears to its Regional Association (if it has one) up to the date when the relevant association ceased to be a Member, together with its subscription to its regional association for the year of re-admission.

**(h)** The Council may in exceptional circumstances, by Resolution passed with at least a two-thirds majority, waive payment of any or all of the sums mentioned in the sub-paragraph (g) of this Article.

**(i)** Following a suspended Member's re-admission to Membership, it shall be permitted to enter ITF Team Competitions for the year of re-admission.

**(j)** A Member who is re-admitted may opt to pay in addition the current year's subscription. This will entitle that Member to all the benefits of full Membership remaining for the current year.

## 6. SUBSCRIPTIONS

**(a)** Class B Members and Class C Members shall each pay an annual subscription in such amount as may be fixed and published from time to time in the Bye-laws by Resolution of the Council, and shall be paid in the lawful currency of the United States of America or the equivalent in any other currency acceptable to the Council.

**(b)**   Subscription fees shall be increased annually on a percentage basis indicated by the international index published by the Organisation of Economic Cooperation and Development (OECD).

**(c)**   The initial subscription fee shall be payable on the election to Class C Membership of the Company. Such initial subscription fee shall be deemed to include the par value amount payable upon the allotment of shares under Article 3. Subsequent subscriptions shall be due on the first day of January of each year.

## 7.   REGIONAL ASSOCIATIONS

**(a)**   Regional Associations which have been in existence for at least three years may apply for affiliation to the Company.

**(b)**   Due notice of application for affiliation must reach the Company in accordance with the provisions of Article 17 and shall include:

**(i)**    The name of the Regional Association;

**(ii)**   The Constitution, copy of its statutes and a description of the past activities of the Regional Association;

**(iii)**  The membership fees payable by National Associations;

**(iv)**  The names of the office holders of the Regional Association;

**(v)**   The names and addresses of affiliated nations;

**(vi)**  A list of tournaments and other events which the Regional Association organises on a regular basis; and

**(vii)** A list of any international affiliations.

**(c)**   Each applicant to be successful must receive two-thirds of the votes recorded by a Resolution of the Council to that effect at an Annual General Meeting.

**(d)**   Following affiliation, the Regional Association must have any amendment to its membership fees approved by the Board of Directors in advance of the implementation of any such amendment and must notify the Company immediately of any amendment to its constitution. Any changes to a Regional Association constitution which are found to be in conflict with the ITF Constitution will be subject to invalidation by the Company, irrespective of whether they have already been approved by the Regional Association AGM.

**(e)**   Regional Associations may accept for membership any Class B or Class C Members which are within the geographical region in respect of which the Regional Association has been established. In addition, a Regional Association may accept for membership a National Association which is not a Member of the Company provided that such association applies for and is accepted as a Class C Member within three years of the commencement of its membership in the Regional Association.

**(f)** The functions of a Regional Association shall be:

**(i)** To provide a link between its affiliated members and the Company;

**(ii)** To execute all functions which the Company may delegate to the Regional Association;

**(iii)** To represent its affiliated members in their dealings with the Company, if asked to intervene on their behalf;

**(iv)** To uphold the Constitution, Rules and Regulations of the Company;

**(v)** To promote and stimulate competition and sportsmanship among its affiliated members;

**(vi)** To establish and sanction calendars of events at all levels within the Region and with respect to international circuits extending beyond the Region, to recommend events and calendars to the Company for inclusion in such international calendars;

**(vii)** To administer as required by the Company any Company funds which the Regional Association may receive, and to provide to the Company, on request, independently audited accounts for the Regional Association;

**(viii)** To promote, establish and coordinate development and educational programmes within the Region.

**(g)** A Regional Association shall have no authority of any kind to act as an agent or representative of, or otherwise to enter into any contract or commitment on behalf of, the Company, except as specifically authorised in writing.

**(h)** Regional Associations shall at all times work within the Constitution and Regulations of the Company and shall accept as final the ruling of the Company in any matter.

## 8. RECOGNISED ORGANISATIONS

**(a)** Organisations that are not for profit and are concerned with the benefit, development, interest and promotion of tennis may apply to the ITF for the status of a Recognised Organisation.

**(b)** Due notice of the application to be a Recognised Organisation must reach the Company in accordance with Article 17 and shall include:

**(i)** The name of the organisation;

**(ii)** The Constitution and a description of the past activities of the organisation;

**(iii)** The names of the office holders of the organisation.

**(c)** Each applicant to be successful must receive two-thirds of the votes recorded by a Resolution of the Council to that effect at an Annual General Meeting.

**(d)** A subscription shall be set annually by the Board of Directors and shall be payable upon election as a Recognised Organisation. Subsequent subscriptions shall be due on the first day of January each year.

**(e)** Any Recognised Organisation may resign by notice in writing to the Company delivered on or before the 31st day of December in any year. No part of the subscription due for that year shall be refundable.

**(f)** Any Recognised Organisation that fails for two successive years to pay its subscription may be expelled from the Company if a resolution to that effect is passed with at least a two-thirds majority. Notice of any proposed expulsion shall appear in the Agenda of the General Meeting at which it is to be moved.

**(g)** Any Recognised Organisation whose continued Membership would, in the opinion of the Council, seriously damage the international standing of tennis as a world sport, shall be suspended if a Resolution of the Council to that effect is carried by a two-thirds majority.

**(h)** Recognised Organisation shall at all times work within the Constitution and Regulations of the Company and shall accept as final the rulings of the Company in any matter.

## 9. REGISTERED SHARES

**(a)** All the Shares of each Class shall be numbered in a regular series, and every surrendered, cancelled or forfeited share shall continue to bear the original number by which the same was distinguished.

**(b)** The Company shall maintain at its Registered Office a Share Register containing the particulars required by the Act.

**(c)** Certificates in respect of Shares of any Class shall not be issued but every Member of every Class shall be entitled to a single letter under the signatures of the President and any member of the Board of Directors or any two members of the Board of Directors of the Company confirming its registration as the sole owner of the shares therein mentioned subject to the restrictions, qualifications and other provisions of the Constitution. Every such letter shall specify the aggregate number and denote the number of the shares in respect of which it is issued and the amount paid up thereon.

**(d)** Subject to these Articles, the whole of the unissued Shares of the Company shall be under the control of the Council who may instruct the Board of Directors to allot at par or otherwise dispose of the same to or in favour of the Members or any one or more of the Members.

**(e)** The Company shall be entitled to treat the registered holder of any Class B Share or Class C Share as the absolute owner thereof and accordingly shall not, except as ordered by a Court of competent jurisdiction or as required by the Act, be bound to recognise any equitable or other claim to or interest in such share on the part of any other person.

## 10. TRANSFER OF REGISTERED SHARES

**(a)** Class A Shares shall only be transferable consequent upon a change of Trustees of the ITF Trust or in such other circumstances as may be authorised by the express provisions of the ITF Trust.

13

**(b)** Class B Shares and Class C Shares shall be non-transferable except in favour of the Company.

## 11. EXCLUSIVE VOTING RIGHTS OF CLASS B MEMBERS

**(a)** Class B Members shall be entitled to the number of shares set against their respective names at Appendix A, and shall thereby be entitled to one vote per Class B Share allotted to it unless otherwise specified herein.

**(b)** Upon election to Class B Membership, the new Class B Member shall subscribe for and be allotted one Class B share. After three years a Class B Member may put forward a Resolution for an increase in Class B Shares in accordance with Article 17. A Class B Member which has applied for and has been granted an increase in Class B Shares at an AGM in one year may not apply for a further increase in shares at the AGM in the following year.

**(c)** The Council at an Annual General Meeting may consider a Resolution submitted by a Class B Member or the Board of Directors for an increase or reduction in Class B Shares provided that notice of such Resolution is given in accordance with Article 17. Any increase or reduction must be limited to the next share category (1, 3, 5, 7, 9 and 12).  If a Class B Member holding only one Class B Share submits a Resolution for a reduction in Class B Shares in accordance with Article 17, such Class B Share shall, upon passing of that Resolution, be cancelled and a Class C Share issued.

**(d)** Prior to submitting a Resolution to the Council or making a recommendation in relation to a Resolution submitted by a Class B Member for an increase or reduction in Class B Shares, the Board of Directors will take into consideration the criteria referred to in Appendix C. In the case of an application for an increase in the number of Class B Shares, the Board of Directors may appoint a representative to visit the country or territory of the Class B Member concerned and submit a report of the visit to the Board of Directors. The cost of this visit shall be borne by the Class B Member concerned.

**(e)** A Member that has been elected a Class B Member and has subscribed for an increased number of Class B Shares, shall be allotted such further number of Class B Shares as may be conferred upon it by Resolution of the Council. A Class B Member representing the remainder of a country that has been divided into two or more countries may suffer a reduction in its entitlement to votes.

**(f)** No application by a Class B Member for an increase in Class B Shares shall be accepted from a Member who during the past three years has applied for and been given a decrease, unless subscriptions for the previous years are paid at the higher rate; and no application for a decrease in Class B Shares shall be accepted from a Member who, during the past three years, has applied for and been given an increase in Class B Shares.

**(g)** The Board may present a Resolution to the Council to increase or reduce Class B Shares. Any Resolution of the Council to approve an increase or reduction in Class B Shares shall require a two-thirds majority.

**12. VOTING BY MEMBERS**

The votes to which any Class B Member is entitled shall be cast by one of its delegates, who shall be named prior to the opening of the General Meeting concerned.

**13. THE COUNCIL**

(a) The Company shall be governed by the delegates of the Members assembled in a General Meeting who collectively shall constitute the Council provided that:

    (i) No delegate of a Member whose subscriptions are in arrears shall be entitled to speak or vote at any General Meeting of the Company;

    (ii) A delegate must be either a national of the country represented by the Member for which they are a delegate; a person permanently resident in that country; or an official of at least two years' standing in the Member Association.

    (iii) Nomination of a delegate who is not a national of the country they represent, but who meets the above qualifications, shall be received by the Company 28 days before the General Meeting, together (as appropriate) with a certificate from a Class B Member that voting instructions have been given to them.

(b) The number of delegates representing Members entitled to attend General Meetings shall be three in respect of Class B Members having the maximum number of 12 Class B Shares allotted to them, and two in respect of all other Class B and Class C Members. Any Member hosting a General Meeting shall be entitled to send three additional representatives to such General Meetings as observers without power to speak or vote.

(c) Members of the Board of Directors shall be entitled to attend and to speak at General Meetings but shall have no entitlement to vote, other than as a delegate of a Class B Member acting in accordance with Article 12 and Article 13.

(d) Non-accredited persons may attend a General Meeting of the Council only with the express prior permission of the President. Such persons may speak if the Council so permits but shall not in any case have any entitlement to vote.

(e) A Regional Association shall be entitled to be represented by two persons at any General Meeting. The representatives shall be the President and/or any other person designated by the Regional Association in writing to the Company. Any such representatives shall be entitled to speak but not vote.

(f) A Recognised Organisation shall be entitled to be represented by one Observer at any General Meeting. The Observer shall be the President or any other person designated by the Recognised Organisation in writing to the Company. Any such Observer shall not be entitled to speak or vote.

(g) The Council shall elect a Board of Directors every four years at the Annual General Meeting, and may, in turn, delegate all or any of its powers to the Board of Directors. The Board of Directors may delegate all or any of its powers to Committees and Commissions duly appointed by it.

**14. ANNUAL GENERAL MEETINGS**

**(a)**  A General Meeting of the Council constituted in accordance with Article 13 shall be held annually ("the Annual General Meeting") at a place and time appointed by the Board of Directors. Members hosting Meetings of the Company shall guarantee that those entitled to attend shall be allowed to do so.

**(b)**  The business of an Annual General Meeting shall be:

   **(i)**  To approve the minutes of the previous General Meeting;

   **(ii)**  To receive the annual report of the Board of Directors;

   **(iii)**  To receive the statement of accounts for the past financial year, duly audited;

   **(iv)**  To consider and deal with:

   **(1)**  Applications for Membership;
   **(2)**  The revision of Shares of Members;
   **(3)**  Applications for affiliation from Regional Associations;
   **(4)**  Applications for Official Championships;
   **(5)**  Resolutions to amend the Rules of Tennis;
   **(6)**  Resolutions embodying alteration to the principles of the Constitution and the Regulations for international competitions of the Company;
   **(7)**  Nominations for ITF Awards for Services to the Game of Tennis; and
   **(8)**  Other Resolutions, of which due notice shall have been given in accordance with Article 17.

   **(v)**  To consider and confirm, revise or remove, any prohibitions or penalties inflicted upon any Member or former Member or any other person under this Constitution or the Bye-laws or Rules of the Company.

   **(vi)**  To elect every four years for a four-year term, the President of the Company.

   **(vii)**  To elect every four years for a four-year term, the Board of Directors of the Company.

   **(viii)**  To appoint annually the Auditors to the Company.

   **(ix)**  To receive nominations and, if approved, to elect Honorary Life Presidents, Honorary Life Vice Presidents and Honorary Life Counsellors of the Company.

   **(x)**  To transact any other business relating to the affairs of the Company of which due notice has been given subject to the provisions of these Articles.

**15. EXTRAORDINARY GENERAL MEETINGS**

**(a)**  An Extraordinary General Meeting of the Council may be convened at any time by the Board of Directors and shall be convened within ten weeks after the receipt by the Company of a requisition in writing to that effect by Class B Members representing between them one-third of the aggregate votes capable of being cast at any General Meeting of the Company.

(b) Every such requisition shall specify the business for which the Extraordinary General Meeting is to be convened. No other business except the confirmation of the Minutes of the last preceding General Meeting and that specified by the requisition shall be transacted at any such Extraordinary General Meeting.

## 16. NOTICE OF GENERAL MEETINGS

(a) Notice of every General Meeting stating the date, time and place thereof and the business to be transacted thereat, shall be sent to each Member as follows:

(i) In the case of an Annual General Meeting, not less than two calendar months' written notice shall be given or such longer period as the Board of Directors may decide and announce in advance; and

(ii) In the case of any other Meeting of Members ("an Extraordinary General Meeting"), not less than six weeks' written notice shall be given.

(b) The inadvertent failure or omission to give any such notice aforementioned shall not invalidate the proceedings of any General Meeting.

## 17. NOTICE OF RESOLUTIONS

(a) The text of Resolutions to be brought forward at an Annual General Meeting must reach the Company not later than four months before the date fixed for the next Annual General Meeting, unless such Resolutions are brought forward by the Board of Directors.

(b) A Resolution (other than a Resolution presented by the Board of Directors) which would or might have the effect of reversing a decision taken at the General Meeting immediately preceding shall not be entertained unless a Resolution of the Council to that effect is passed by a four-fifths majority of the votes recorded at such Meeting.

(c) Written notice of the particulars of Resolutions intended to be brought forward by the Board of Directors for consideration at an Annual General Meeting shall be given to Members not less than thirty days before the date fixed for the Meeting.

(d) A resolution of which due notice has not been given as aforementioned may not be considered at an Annual General Meeting unless a Resolution of the Council to that effect is passed by a four-fifths majority of the votes recorded in respect of the same deeming the matter to be urgent. If a vote is taken on the consideration of a resolution and if such Resolution is subsequently carried by the required majority in accordance with the Constitution, the Resolution shall be deemed adopted.

(e) Resolutions may be brought forward only by the Board of Directors, a Member or an affiliated Regional Association. A Member whose subscription is in arrears shall not, however, be entitled to bring forward any proposed Resolution other than a Resolution for a reduction in the number of its Class B Shares.

**18. CONDUCT OF GENERAL MEETINGS**

    **(a)**    The agenda for each General Meeting of the Council shall be prepared by the Board of Directors or by any member of the Professional Staff acting in accordance with the instructions and under the authority of the Board of Directors.

    **(b)**    The quorum shall be one half of the Class B Members or any number of Class B Members holding, in aggregate, at least half of the Class B Shares, but a vote may be taken even if at any time some of the Class B Member delegates comprising a quorum have left the conference hall.

**(c)**    **(i)**    The President shall take the Chair at General Meetings. However, in the event that the President: requires assistance in the conduct of the Meeting; or requires the Meeting to appoint a Chair in their place; or is unable to attend the Meeting; then the first business at the General Meeting concerned shall be to select a Chair.

        **(ii)**    Any member of the Professional Executive may request the Meeting to elect a Chair if the circumstances set out in (c)(i) above exist. The Meeting shall be invited to nominate the following persons in order of priority:

            * A Vice President
            * A Director
            * An Honorary Life Counsellor
            * A Delegate

    The Chair shall be elected by a majority Resolution of the Council. In the event that a candidate is either not nominated or elected from a particular category, then the next candidate from the next category shall be considered and so on until a Chair is elected.

    In any such election, each voting delegate of each Class B Member shall only have one vote, notwithstanding the fact that the number of Class B Shares held by any one particular Class B Member may be more than one.

    **(d)**    The Board of Directors shall assist the Chair in taking charge of the proceedings of a General Meeting and a member of the Professional Staff of the Company shall act as Secretary of the General Meeting with such assistance as the Board of Directors may think necessary.

    **(e)**    Prior to the commencement of any General Meeting:

        **(i)**    Each Class B Member represented shall name the delegate who will vote (in accordance with the number of Class B Shares held by the Class B Member) for and on its behalf at the Meeting.

        **(ii)**    All Members whose subscriptions are in arrears shall be announced, and any delegates representing any Member in arrears shall thereupon pay the outstanding arrears in full or, failing such payment, shall be treated as having Observer status only.

**(f)**  At the commencement of each General Meeting, three scrutineers shall be elected. Nominations for such scrutineers shall be accepted from any delegate of either a Class B or Class C Member, provided that no such delegate may put forward the name of more than one candidate. The vote for the election of the three scrutineers shall be taken by a show of hands.

**(g)**  The Chair of the Meeting shall decide all matters of procedure not prescribed by this Constitution.

**(h)**  The Chair shall conduct the proceedings at the General Meeting and shall have power to interrupt the reading of any document or any speaker. Any person who disobeys a ruling of the Chair in this regard or who otherwise conducts themselves in a manner detrimental to the orderly conduct of the Meeting may be directed to leave the Meeting by Resolution of the Council.

**(i)**  A General Meeting may be adjourned if a Resolution of the Council to that effect is carried by a two-thirds majority recorded in respect of the same.

**(j)**  The speech of the proposer of a motion shall not exceed five minutes and that of each subsequent speaker thereon three minutes provided that these time limits may in relation to any speaker be increased by a maximum of three minutes at a time if the Members present so consent by Resolution of the Council, such consent to be ascertained without debate.

**(k)**  Subject as hereinafter provided, no delegate shall address the Meeting more than once on any motion or amendment, but if permitted by the Chair, a delegate may reply to questions or give further information notwithstanding that they may already have addressed the Meeting.

**(l)**  The proposer of an original motion may speak for five minutes in reply but except with the leave of the Chair, no proposer of an amendment shall have any right of reply.

**(m)**  After any reply allowed under paragraph (k) of this Article, the question shall be put forthwith, provided always that any delegate may move without debate at the close of a speech of any other delegate that the question be put, and such motion, if seconded by a delegate of another Member, shall, unless the Chair rules otherwise, be put to a vote forthwith.

**(n)**  Any delegate may move without debate at the close of the speech of any delegate (the "original delegate") that the Meeting proceed to the next item of business on the agenda (a "guillotine motion") and such a guillotine motion, if seconded by a delegate of another Member, shall, unless the Chair rules otherwise, be put to a vote forthwith. In the event that a guillotine motion is carried, the Meeting shall (if appropriate) proceed to a vote on the original motion that the original delegate was speaking on and thereafter the Meeting shall proceed to the next item of business on the agenda. If a guillotine motion is not carried, a further guillotine motion that the Meeting proceed to the next business during the same debate shall not be made within half an hour.

19

**(o)** Every Resolution (including any amendment to a Resolution) shall be proposed by the Board of Directors, or a delegate and seconded by a delegate from another Member, before being put to discussion at the Meeting.

**(p)** The Chair of the Meeting shall decide the order in which a resolution and any amendments to the resolution shall be voted upon.

**(q)** In the event that an amendment is carried before the original resolution is voted upon, it shall become the substantive resolution. If the original resolution is voted upon and carried before any amendment is carried, the original resolution shall be deemed to be the decision of the Meeting.

**(r)** A vote may be taken by a show of hands, unless the Chair, or any delegate requests that there be a formal vote reflective of the number of Class B Shares held by each Class B Member, which may be taken by computer or roll call, as the Chair may determine. If a roll call is taken, the Class B Members shall be called in English in alphabetical order.

**(s)** In all questions to be decided by a bare majority of votes (other than the election of the President of the Company under Article 20(c)) there shall, in the case of an equality of votes, be a second count, and if, upon such second count, there is again an equality of votes, the motion shall stand defeated.

**(t)** A secret ballot shall be held if the Chair so directs or if any delegate so requests or if required under any of the Bye-laws in force from time to time. Such secret ballot shall be conducted either by the use of a computerised voting system or as follows:

    **(i)** For a secret ballot held in the case of an election:

        **(a)** There shall be six ballot forms, representing one, three, five, seven, nine and twelve votes;

        **(b)** Class B members shall be given one form representing the number of votes to which they are entitled;

        **(c)** The voting process shall be conducted, in a manner which maintains the secrecy of the votes cast, by an independent organisation that is subject to appropriate professional ethics obligations, or a notary, in each case appointed by the Board of Directors. Scrutineers appointed pursuant to Article 17 shall only be permitted to be involved in the voting process to the extent that it is possible without access to completed forms;

    **(ii)** For a secret ballot held in all cases other than an election:

        **(a)** There shall be four ballot forms, representing one, three, four and five votes**;**

        **(b)** Class B members with one, three or five Class B shares shall be given one form representing the number of votes to which they are entitled;

        **(c)** Class B members with seven Class B shares shall be given two forms, one representing three votes and the other representing four votes together representing the total number of votes to which they are entitled;

**(d)** Class B members with nine Class B shares shall be given two forms, one representing four votes, the other representing five votes together representing the total number of votes to which they are entitled;

**(e)** Class B members with twelve Class B shares shall be given three forms, one representing three votes, one representing four votes and a third representing five votes together representing the total number of votes to which they are entitled.

**(u)** When calculating the number of votes required to obtain a majority neither abstentions nor spoiled ballot papers shall be taken into consideration.

**(v)** Decisions taken at a General Meeting shall (unless provided in the relevant Resolutions or by this Constitution or any Regulations in respect of the international competitions of the Company) become operative forthwith save that (and notwithstanding any other provision in the Constitution) Resolutions with regard to the acceptance of any application for Membership or for any increase or decrease of Class B Shares, which shall become operative on 1 January following the General Meeting.

## 19. COMPOSITION OF THE BOARD OF DIRECTORS

**(a)** The Board of Directors shall consist of the President (who shall be elected in accordance with Article 20), fourteen other persons (who shall be elected in accordance with Article 21) and two Athlete Representative Board members, one male and one female, (who shall be appointed by the elected members of the Board of Directors in accordance with Article 21).

**(b)** Election or appointment as a member of the Board of Directors shall be personal, and no Director shall be accountable to any member from which they are drawn or any Regional Association in respect of anything done or omitted to be done by them in their capacity as such Director.

**(c)** No person shall be eligible for nomination, election or appointment as a member of the Board of Directors unless they:

**(i)** Are a national of a country (including a newly formed independent country resulting from the division of a former country) which has played in the Davis Cup Competition at least ten times;

**(ii)** Have attained the age of twenty-one (21) and enjoys civil and political rights; and

**(iii)** Are able to take office without their position on the Board of Directors becoming automatically and immediately vacated by virtue of any of the grounds set out in Article 21(k), or vacated as a consequence of the application of Article 21(l) or (m).

**20. THE PRESIDENT OF THE COMPANY**

**(a)**   The President shall be elected for a term of four consecutive years (unless earlier removed in accordance with these Articles) by Resolution of the Council at an Annual General Meeting. Such four-year term shall commence at the end of the Annual General Meeting at which they were elected. For the avoidance of doubt the post of President shall be a full-time appointment and the President shall by virtue of their office also be an Officer of the Company. The President may remain a member of any Class B Member or Regional Association but immediately upon appointment must retire from (and during the term of their office shall not accept) any office or other executive or honorary position with any Class B Member or Regional Association.

The President shall be entitled to remuneration for their services and reimbursement of the reasonable expenses incurred by them in performing their duties. The level of such remuneration and the terms and conditions (including where the duties of the President are to be performed) of the President's engagement by the Company will be fixed by the Board of Directors and so the President will, if required by the Board of Directors, enter into a formal engagement agreement with the Company setting out the terms as agreed between the Board of Directors and the President.

The President shall be Chair of the Board of Directors and subject to the provisions of Article 18(c) shall preside as Chair at General Meetings of the Company until the end of the Annual General Meeting at which their successor shall have been elected.

**(b)**   **Nomination**

Nominations for the post of President may be made only by Class B Members who have played in the Davis Cup at least ten (10) times, or by the Board of Directors.

Any such nomination shall be in writing and must reach the Company not later than four months before the Annual General Meeting at which such election take place.

**(c)**   **Election**

**(i)**   The following procedure shall apply to the election of the President:

**(a)**   If there be only one candidate, they shall be declared elected;

**(b)**   If there is more than one candidate, a ballot shall be conducted and if upon such ballot:

**(ii)**   One candidate received more than 50% of the votes cast, they shall be declared elected.

**(iii)**   No candidate receives more than fifty percent (50%) of the votes cast, a second ballot shall be held for the two candidates who receive the highest number of votes provided that if a third candidate received twenty-five percent (25%) or more of the votes cast in the first ballot, they shall also be included in such second ballot. If on this second ballot, a candidate receives more than fifty percent (50%) of the votes cast, they shall be declared elected. If no candidate receives more than fifty percent (50%) of the votes cast on this second ballot, a

third ballot shall be held for the two candidates who have received the highest number of votes. On this third ballot, the candidate receiving the highest number of votes shall be declared elected. In the event that the two candidates in the third ballot receive an equal number of votes, there shall be a further ballot between those two candidates only to determine the successful candidate.

**(d)  Death, retirement or disability of the President**

In the event of the death, retirement or disability of the President, the Board of Directors shall determine which one of its members shall assume the powers and duties of the President until a new President is elected at the next General Meeting, or until the disability of the President is removed. In the event of a Director assuming the powers and duties of the President they shall be entitled to remuneration for their services and to be paid all expenses incurred by them in the performance of their duties as may be agreed by the Board of Directors from time to time.

**(e)  Length of service**

The President may be re-elected for two further terms of four years, so that the maximum period of service as President is twelve years. All service as President is counted. Term limits as a Board Member and as President are to be considered independently from each other.

## 21. NOMINATION, ELECTION AND TENURE OF DIRECTORS

**(a)**  Elected members of the Board of Directors other than the President shall be elected by the Class B Members at an Annual General Meeting of the Company for four year-terms and shall continue to hold office until the conclusion of the Annual General Meeting held four years after their election.

**(b)**  Athlete representative members of the Board of Directors shall be appointed by the elected members at a meeting of the Board of Directors of the Company for a term of up to four years and shall continue to hold office until the conclusion of the board meeting held no more than four years after their appointment. Appointment to the Board of Directors shall be subject to confirmation at the next Annual General Meeting.

**(c)**  Any member of the Board of Directors shall be eligible for re-election or re-appointment for two further terms so that the maximum period of service as a member of the Board of Directors is twelve years. All service as a member of the Board of Directors shall be counted from September 2015.

**(d)**  Any member of the Board of Directors may be removed as a member by a Resolution of the Council following a two-thirds majority resolution of the Board of Directors.

**(e)**  The Annual Report of the Board of Directors to the Annual General Meeting shall include: a list of retiring Board Members; the record of attendance at meetings of the Board of Directors over the preceding four years; and the names of persons for whom nominations have been received in accordance with sub-paragraph (f) of this Article

23

and the names of persons appointed to the Board of Directors in accordance with sub-paragraph (b) of this Article.

**(f)** Nominations for election to the Board of Directors, other than in respect of the President, shall be made by Class B Members only (other than by a Member whose subscription is in arrears at the time of the Annual General Meeting). Any such nomination shall be in writing, duly authorised by the President, General Secretary or other legally appointed representative of such Member and must be a person who is a national of the country of the Class B Member who has nominated them and must reach the Company in accordance with the provisions of Article 17.

**(g)** Nominations for election, or appointment as a member of the Board of Directors shall only be accepted by those persons who expect to be able to attend Board of Directors meetings with reasonable regularity.

**(h)** The rules and procedures for the nomination of candidates for election to the Board of Directors shall be as follows:

    **(i)** In the event of failure to find a qualified and acceptable candidate from any of the minimum criteria in Article 21(h)(iv), the Council may proceed to elect members to the Board of Directors to fill any vacancy created, irrespective of such specifications.

    **(ii)** Nominations shall be listed on the ballot paper in alphabetical order and the names of retiring members nominated for re-election shall be marked thereon with an asterisk.

    **(iii)** Voting delegates shall be instructed to delete the names of those candidates whom they do not wish to elect, leaving only the names of the fourteen candidates they wish to elect. Any ballot paper submitted with fewer or more than fourteen remaining (undeleted) names shall be declared null and void.

    **(iv)** The fourteen candidates with the highest number of properly recorded votes shall be declared elected who (unless sub-paragraph (h)(i) has become applicable) taken collectively enable the following conditions to be fulfilled:

        **(a)** The seven persons comprising:

            **(i)** One person from amongst Class B Members in Asia;

            **(ii)** One person from amongst Class B Members in South America;

            **(iii)** One person from amongst Class B Members in Africa;

            **(iv)** Two persons from amongst Class B Members in Europe;

            **(v)** Two persons from amongst Class B Members in the group of countries comprising the United States of America, Canada, Mexico, the countries of Central America, Panama, the Isles of the Caribbean and Bermuda; and

        **(b)** To the extent not already satisfied through the candidates elected under Article 21(h)(iv)(a), additional persons such that three persons, each from

a different Class B Member, come from those Class B Members having the maximum number of shares;

**(c)** From 2027 only, to the extent not already satisfied through the candidates elected through Article 21(h)(iv)(a) and 21(h)(iv)(b), additional persons such that at least four (4) men and at least four (4) women are elected; and

**(d)** Such additional number of persons as is necessary to fill the remaining places on the Board being persons from amongst Class B Members and having the next greatest number of votes cast once persons filling the conditions of sub-paragraphs (a) to (c) above have been elected, subject to a limit of six persons in total from any one of the regions specified in sub-paragraphs (a)(i) to (v) above and subject also to a limit in total of two persons from any one Member.

**(v)** In the event two or more candidates receive an equal number of votes in the election, and that is material to determining which candidate is duly elected under Article 21(h), there shall be a further election between those candidates only, to determine the successful candidate.

**(i)** The Board of Directors shall have the power to fill any vacancy in the Board of Directors subject to confirmation at the next Annual General Meeting.

**(j)** The continuing Board of Directors may act notwithstanding any vacancy to its body provided that if their number is reduced below the necessary quorum of members, the continuing member or members of the Board of Directors may act only to fill any vacancies in the Board of Directors.

**(k)** The office of a member of the Board of Directors shall automatically and immediately be vacated in the event that the member:

**(i)** Becomes bankrupt; or

**(ii)** Is medically certified to be a person of unsound mind or all the other members of the Board of Directors unanimously resolve that they are physically or mentally incapable of performing the functions of a member of the Board of Directors; or

**(iii)** By notice in writing to the Company resigns as a member of the Board of Directors; or

**(iv)** Violates the disclosure requirements of the Act; or

**(v)** Is removed by a two-thirds majority Resolution of the Council.

**(l)** The office of a member of the Board of Directors shall be vacated in the event that the member has been convicted of a criminal offence (whether at first instance or on appeal) and has received a custodial sentence of two years or more (suspended or otherwise), unless the Ethics Commission determines that due to exceptional circumstances the member's removal from the Board of Directors would be repugnant to the ITF's sense of justice.

(m) Subject to Article 21(m)(i) below, if a member has been convicted of a criminal offence (whether at first instance or on appeal) and received a custodial sentence of less than two years (suspended or otherwise) or no custodial sentence, they shall remain in office unless the Ethics Commission is of the opinion that the conviction means that the continued presence of the member on the Board of Directors (either permanently or on an interim basis) would be likely to cause serious damage to the image, reputation or integrity of the ITF.

   (i) Notwithstanding the preceding, the Board of Directors may, by at least a two-thirds majority, decide to overturn or amend the Ethics Commission's opinion issued under Article 21(m). Any such decision must be issued no later than three (3) months from the Board of Directors' receipt of the Ethics Commission's opinion (with the member suspended from their position in the intervening period), failing which the opinion of the Ethics Commission shall be final.

(n) With the exception of the President, or any member acting in accordance with Article 20(d) above, members of the Board of Directors shall not be entitled to remuneration for their services but shall be entitled to be repaid out of the funds of the Company: all travel expenses actually incurred (all claims for travelling expenses to be based on Business Class air travel, however styled) and necessary hotel expenses incurred in connection with their attendance at meetings of the Directors and General Meetings of the Council.

## 22. POWERS AND DUTIES OF DIRECTORS

(a) The management of the Company shall be vested in the Board of Directors who, in addition to the powers and authorities conferred upon them by this Constitution or the Act may exercise all such powers and do all such acts as are expressly directed or required to be exercised or done by Resolution of the Council subject nevertheless to the provisions of the Act and of the Constitution.

(b) Without derogating from the generality of the foregoing, between General Meetings of the Company, the Board of Directors shall have all such powers as may be necessary or expedient to carry on the work of the Company and the day-to-day management of its affairs and may delegate such of their powers and duties to a member of the Professional Staff appointed by them from time to time, or the President.

(c) Without derogating from the generality of sub-paragraph (a) of this Article, it is hereby expressly declared that the Board of Directors shall have the following powers:

   (1) To amend any Bye-laws or Regulations of the Company consequent upon Resolution of the Council and subject to the provisions herein.

   (2) With respect to the international competitions of the Company:

      (i) To manage or supervise such competitions;

      (ii) To amend the Regulations applicable to any such competition consequent upon Resolution of the Council;

(iii)    To adopt, approve and apply the Rules, Regulations and Codes of Conduct governing the international tennis competitions, which are managed or directly or indirectly authorised by the Company;

(iv)    Where a challenge/entry has been accepted from a Nation for a team competition, to refuse the further participation of any Nation in the competition, if in the opinion of the Board of Directors, such participation may result in the competition being endangered. No decision of the Board of Directors in this respect shall be valid unless at least nine members are present at the meeting held in respect thereof and such decision is supported by at least two-thirds of the Board of Directors present and voting.

(v)    To adopt, maintain, and amend as necessary from time to time, Bye-laws and/or Regulations relating to (i) the sanctioning of international team competitions, (ii) the restriction of members and/or persons from participation in any way in unsanctioned international team competitions;

**(3)**    To administer the finances (including without limitation), the assets and the liabilities of the Company for any of the purposes of the Company and for carrying on any business or transaction which the Company is authorised to carry on under the Act.

**(4)**    In relation to any of the duties set out in the above Articles and to the extent necessary to authorise the exercise of any such duty or power, the objects of the Company which are principally set out in the Memorandum of Association and the Bye-laws, shall be deemed to include as an additional object of the Company, any such duty or power set out in this Article, provided always that no additional object shall be included which conflicts with or derogates from the objects set out in the Memorandum of Association and the Bye-laws.

## 23. PROCEEDINGS OF THE BOARD OF DIRECTORS

**(a)**    Subject to the provisions of these Articles, the Directors may meet together for the dispatch of business, adjourn and otherwise regulate their meetings as they think fit.

**(b)**    Notices of meetings of the Board of Directors shall be served upon the Board of Directors by the Professional Staff and each of them thirty (30) days before the respective dates fixed for such meetings provided that in cases of urgency, the President may authorise any shorter period of notice.

**(c)**    The Chair of the Board of Directors may convene a meeting of the Board of Directors whenever, in their opinion, the importance of the business makes it necessary, and the Chair shall convene a meeting of the Board of Directors on the demand of any four other members of the Board of Directors.

**(d)**    The President shall preside at all meetings of the Board of Directors as Chair or, if there is no President for the time being or if the President is unable or unwilling to attend, the members of the Board of Directors present shall choose one of their number to be the Chair of the meeting.

**(e)** Unless otherwise required by these Articles, all questions (other than questions of procedure) at meetings of the Board of Directors and all Resolutions of the Board of Directors shall be decided by a majority of votes. In the case of votes conducted by electronic means, a majority of all members of the Board of Directors shall be required. In the case of an equality of votes, the Chair shall have a second and casting vote.

**(f)** The quorum for a meeting of the Board of Directors shall be nine (9).

**(g)** All acts done by any meeting of the Board of Directors, or of a Sub-Committee of the Board of Directors, or by any person acting as a member of the Board of Directors, shall, notwithstanding that it afterwards be discovered that there was some defect in the election of any such person or persons acting as aforesaid, be as valid as though every such person had been duly elected and was qualified to be a member of the Board of Directors.

**(h)** A Resolution in writing signed by all of the Board of Directors shall be as valid and effectual as if it had been passed at a meeting of the Board of Directors duly called and constituted.

**(i)** All questions of procedure arising at, or in relation to, a meeting of the Board of Directors not specifically regulated by these Articles or the Act shall be decided by a majority of the Board of Directors present.

**(j)** If a Director has an actual or perceived conflict of interest in a matter that relates to the affairs of the Company the Chair may request the relevant Director to excuse themselves from the meeting or to refrain from voting or participating in discussion on the matter. If there is an objection to the Chair's ruling or the conflict is with respect to the Chair, the Board (excluding the relevant Director or Chair as the case may be) shall vote on the issue and a simple majority vote that a conflict exists or may exist is sufficient for the meeting to request the Chair or Board Member concerned to excuse themselves from the meeting or refrain from participating in discussion on the matter.

## 24. OFFICERS

**(1)** **(a)** The Officers of the Company shall consist of a President; and up to four Vice-Presidents or such other Officers as the Board of Directors may from time to time think necessary.

**(b)** The Officers shall perform such duties as may be prescribed by the Act or this Constitution or assigned from time to time by the Board of Directors or the Council.

**(c)** The Officers of the Company shall hold office until the end of the meeting at which their successors are appointed provided that any Officer may be removed at any time by Resolution of the Council.

**(2)** **A.** **VICE-PRESIDENTS**

**(a)** The Board of Directors shall every four years elect from among the Board of Directors up to four Vice-Presidents for a term of four years and they shall continue to hold

office until the end of the meeting of the Board of Directors of the Company held four years after their appointment, unless removed prior to the end of the four year term by a two-thirds majority resolution of the Council following a Resolution submitted by the Board of Directors which itself carried a two-third majority.

**B.    HONORARY LIFE PRESIDENT**

**(a)**    Persons who have rendered long and distinguished service as President of the Company (including for this purpose past service as President of the Federation) may be nominated by the Board of Directors for the position of Honorary Life President of the Company. Any such election shall be conducted at an Annual General Meeting by secret ballot and shall require a four-fifths majority Resolution of the Council.

**(b)**    Honorary Life Presidents may attend and speak at all General Meetings and meetings of the Board of Directors but shall not be entitled to vote.

**C.    HONORARY LIFE VICE-PRESIDENTS**

**(a)**    Persons who have held the office of President and who have rendered long and distinguished service to the Company (including for this purpose past service as President of the Federation) and persons who have rendered long and distinguished service as Vice-President of the Company (including for this purpose past service as Vice-President of the Federation) may be nominated by the Board of Directors for the position of Honorary Life Vice-Presidents of the Company. Any such election shall be conducted at an Annual General Meeting by secret ballot and shall require a four-fifths majority Resolution of the Council.

**(b)**    Honorary Life Vice-Presidents may attend and speak at all General Meetings but shall not be entitled to vote.

**D.    HONORARY LIFE COUNSELLORS**

**(a)**    Persons who have rendered long and distinguished service to the Company (including for this purpose past service to the Federation) may be nominated by the Board of Directors for the position of Honorary Life Counsellors of the Company. Any such election shall be conducted at an Annual General Meeting by secret ballot and shall require a four-fifths majority Resolution of the Council.

**(b)**    Honorary Life Counsellors may attend and speak at all General Meetings but shall not be entitled to vote.

**25. COMMITTEES AND COMMISSIONS**

**(a)**    Without prejudice to the generality of any power of delegation conferred upon the Board of Directors by these Articles, the Board of Directors may delegate any part of their work to Committees (including individual representatives) or Commissions. Such Committees or Commissions may include appropriately qualified persons, other than members of the Board of Directors. The Board may appoint Committee and Commission Members for a two-year term. Representatives may be removed at any time by Resolution of the Board of Directors.

**(b)** The President shall ex-officio be a member of all such Committees and Commissions, without voting rights.

**(c)** Without prejudice to the generality of the sub-paragraph (a) of this Article, the Board of Directors shall appoint standing Committees for the Davis Cup, the Billie Jean King Cup, the Olympics, the Masters Competitions, the Juniors Competitions and the Wheelchair Tennis Competitions, whose duties shall be as set out in the Regulations for the event, and such other additional Committees or Commissions as they deem necessary from time to time. Such Committees and Commissions shall stand until such time as the Board of Directors determine. The duties of any such Committees or Commissions shall be set out in the Bye-laws.

**(d)** All Committees, Commissions and appointed representatives, shall submit regular reports to the Board of Directors.

## 26. ACCOUNTS OF THE COMPANY

**(a)** Unless otherwise decided by the Council at the Annual General Meeting, the financial year of the Company shall close on the 31st day of December in each year, and an annual statement of account shall be prepared and independently audited as soon as practicable thereafter.

**(b)** The reporting currency of the Company shall be the lawful currency of The United States of America.

**(c)** The Board of Directors shall cause true accounts of the receipts and disbursements of cash and of the assets and liabilities of the Company to be kept at the Registered Office of the Company or at such other place as the Board of Directors subject to the Act may from time to time appoint.

**(d)** Subject to any reasonable restrictions imposed from time to time by the Board of Directors as to the time and method of inspection, such accounts shall be open to the inspection of Members during normal business hours.

**(e)** The Board of Directors shall at each Annual General Meeting lay before the Council an audited Statement of Account showing:

    **(i)** A Statement of Income and Expenditure for the past year; and

    **(ii)** A Balance Sheet containing a summary of the assets and liabilities of the Company.

**(f)** The Board of Directors shall control the accounts of the Company and any Funds, which may be established for the International Competitions, or other activities of the Competitions or other activities of the Company.

## 27. COMPETITIONS

**(a)** The title "World Championships" in connection with tennis, or tennis competitions or events of any kind shall not be instituted or revived at any time without the unanimous consent of a General Meeting of the Council.

**(b)** The term "*World*" or any other term attributing a similar global dimension to tennis, a tennis competition or event of any kind or to a title, shall only be used by the ITF, or otherwise with the permission of the ITF.

**(c)** Class B and C Members shall be responsible for selecting the national teams taking part in any official team competition. Such Members shall exercise this right in compliance with the Constitution, Bye-Laws, and any Rules and Regulations of the ITF, as well as any applicable national laws or requirements.

**(d)** Unless otherwise decided by resolution of the Council, (a) the Davis Cup Competition and the Billie Jean King Cup Competition shall be open only to Class B Members of the ITF and (b) In the case of all other team competitions, entries may be accepted from Class B and Class C Members.

**(e)** The duties of the Davis Cup and Billie Jean King Cup Committees shall be as set out in the Regulations for the Davis Cup Competition and the Billie Jean King Cup Competition.

**(f)** The Regulations of the Davis Cup Competition and the Billie Jean King Cup Competition may be altered from time to time by the Board of Directors. Any alterations so made shall take effect from the next edition of the Competition in question, unless the Board of Directors specifies otherwise.

**(g)** A Class B Member may submit to the Council a resolution to reverse a decision of the Board of Directors made pursuant to Article 27(f), provided that such resolution is supported by twenty Class B members and of which due notice shall have been given in accordance with Article 17. Resolutions submitted under this Article 27(g) shall require a two-thirds majority Resolution of the Council to take effect.

## 28. RULES OF TENNIS

The official and decisive text of the Rules of Tennis shall be for ever in the English language and no alteration or interpretation of such Rules shall be made except at an Annual General Meeting of the Council, nor unless notice of the Resolution embodying such alterations shall have been received by the ITF in accordance with Article 17 and such Resolution or one having the like effect shall be carried by a majority of two-thirds of the votes recorded in respect of the same.

Any alteration so made shall take effect as from the first day of January following, unless the Meeting shall by the like majority decide otherwise.

The Board of Directors shall have power, however, to settle all urgent questions of interpretation subject to confirmation at the General Meeting next following.

This Article shall not be altered at any time without the unanimous consent of a General Meeting of the Council.

## 29. NOTICES

**(a)** A notice shall be deemed to have been received by any Member when hand-delivered by personal delivery or by an internationally recognised courier service, or when

transmitted by facsimile or e-mail, or seven (7) business days after being deposited in the mail, with postage prepaid, return receipt requested, addressed to such Member at its last-known address.

**(b)** For the avoidance of doubt, for the purposes of correspondence, and the receipt and issue of notices in connection with this Constitution, the Professional Staff shall be the representative of the Company.

## 30. INDEMNITY

**(a)** The Company shall immediately upon notification of a claim fully indemnify and hold harmless the Board of Directors, Officers and members of its Professional staff from and against any costs, expenses, liabilities and awards arising out of any action instituted in any jurisdiction at any time against the Company or any of the above such persons as a direct result of the activities of such persons where they are/were within the scope of the Company's responsibilities.

**(b)** Provided however that no said indemnified persons shall be able to claim the advantage of the indemnity in 30(a) above where the cause of the action, costs, charges, losses, damages or expenses is the result, in the opinion of the Board of Directors, of the fraudulent, wilful neglect or default of said indemnified persons.

## 31. MISCELLANEOUS PROTOCOLS

**(a)** The official languages of the Company shall be English, French and Spanish but the Board of Directors may, at their discretion, arrange for the interpretation or translation of this Constitution into other languages provided always that should there be any difference in interpretation as between the English version and any other translation, the English version shall prevail.

**(b)** Any person who accepts a position in the administration of the game within the Company, and has any financial interest in the game must, before their appointment, state in writing all such interests. Directors of the Company must provide an annual statement of interests to the Board of Directors listing all financial interests in tennis, memberships of all other tennis bodies and any other items that are actual, apparent or potential conflicts of interest. Failure to do so may lead to dismissal from the position held.

**(c)** In the case of an international appointment the Association or the Board of Directors shall have power to veto such appointment if, in their opinion, it is not in the best interests of the sport of tennis that such appointment be made or continued, as the case may be.

## 32. ALTERATION TO THE CONSTITUTION

**(a)** Any alterations to the Memorandum and Articles shall require a two-thirds majority resolution of the Council. Any provision of the Memorandum and Articles that requires a majority vote greater than two-thirds may be altered only by a vote of the same majority.

**(b)** If the Council shall resolve to amend any part of the Memorandum and Articles it may delegate the responsibility of approval of the final wording, of any such amendment, to the Board of Directors.

**(c)** Any alterations so made shall take effect as from the first day of January following unless the Council shall by the like majority decide otherwise.

**(d)** The Board may formulate, approve, issue, adopt, interpret and amend the Bye-laws, not being inconsistent with the Memorandum and Articles, as it deems necessary or expedient or convenient for the proper conduct and management of the Company.

## 33. ARBITRATION

**(a)** This Article 33 applies to any legal dispute of any kind arising (i) between the company and one or more members; (ii) between the company and any other individual or organization that does business with the company or is involved in any of the circuits or competitions of the company or that otherwise operates within the sport of tennis; and (iii) between two or more members (each, a "dispute").

**(b)** Where a dispute is referred under any of the ITF Rules and Regulations to the ITF Internal Adjudication Panel or the Independent Tribunal, the parties to the dispute will be deemed to have agreed to submit to the jurisdiction of that body to resolve the dispute in accordance with that body's Procedural Rules, they shall not bring any action or claim that conflicts with that jurisdiction, and they shall be bound by the decision of that body (subject to any appeal rights established in the relevant ITF rules and regulations).

**(c)** Where a dispute is not referred under any of the ITF Rules and Regulations to the ITF Internal Adjudication Panel or the Independent Tribunal, the parties to the dispute will be deemed to have agreed to submit the dispute to the Court of Arbitration for Sport in Lausanne, Switzerland ("CAS"), for resolution by arbitration in accordance with the CAS Code of Sports-Related Arbitration, they shall not bring any action or claim that conflicts with that submission to the jurisdiction of the CAS, and they shall be bound by the decisions of the CAS.

**(d)** Where the company is a party to a dispute, the governing law of the dispute shall be English law, the proceedings to resolve the dispute shall be conducted in English, and (unless otherwise agreed by the company) any hearings shall take place in London, England.

## 34. DISSOLUTION

The Company shall not be dissolved except at a General Meeting of the Members specifically convened for the purpose and carried by a four-fifths majority Resolutions of the Council in respect of the same.

## 35. APPLICATION OF THE COMPANY'S FUNDS IN THE EVENT OF DISSOLUTION

In the event of the dissolution of the Company, the surplus assets of the Company shall be paid to the Class A Members as Trustees of the ITF Trust upon the trusts declared therein

save that any funds held in any account designated "Grand Slam Development Fund" shall be transferred to such trustees as may be appointed by the Chairs of the four Grand Slam Championships, who will continue to hold and administer the Fund for the designated purposes as determined from time to time.

IN WITNESS WHERE OF WE, the Subscribers to the Memorandum of Association have hereunto subscribed our names this 16th day of January A.D., 1998

_____

ADANSONIA INVESTMENTS LTD              MARIDI INVESTMENT COMPANY LIMITED

Nassau, Bahamas,                          Nassau, Bahamas,
by their representatives,                 by their representatives,
Paul Doyle and William Jennings           Paul Doyle and William Jennings
C/O Coutts (Bahamas) Limited              C/O Coutts (Bahamas) Limited
PO Box N 7788, Nassau, Bahamas            PO Box N 7788, Nassau, Bahamas

_____

Signed by the Subscribers to the Memorandum of Association in the presence of:-

Nicholas Ashton

**BYE-LAWS OF ITF LIMITED**

_____

## 1. DEFINITIONS AND INTERPRETATIONS

These Bye-laws form part of the Constitution of the Company. Unless otherwise stated the definitions and terminology set out in the Memorandum and Articles of Association of the Company shall apply to these Bye-laws. In the event of ambiguity or inconsistency, the meaning conveyed in the Memorandum and Articles of Association shall prevail. Unless otherwise defined in the Memorandum and Articles of Association or the Bye-laws, defined terms (denoted by initial capital letters) used in Bye-law 4 have the meaning given to them in the Tennis Anti-Doping Programme.

These Bye-laws may be amended in accordance with Article 32.

Reference to Articles herein shall mean Articles set out in the Articles of Association unless otherwise stated.

References to Association herein shall mean Class B Members and/or Class C Members where the context permits.

References to "the ITF" herein shall mean the Company, trading as "the International Tennis Federation".

References in these Bye-laws importing the masculine gender shall include the feminine and neuter genders and vice versa unless otherwise stated.

The clause/section headings in these Bye-laws do not form part of the Constitution, they are for guidance purposes only and shall not form part of the construction or interpretation of the clause/section itself.

## 2. THE COMPETITIONS

### 2.1 TEAM COMPETITIONS

**(a)** The following are the Official Team Competitions of the International Tennis Federation:

| | |
|---|---|
| **The Davis Cup Competition** | Team event for Men |
| **The Billie Jean King Cup Competition** | Team event for Women |
| **The Hopman Cup** | Team event for Men and Women |
| **The Beach Tennis World Cup** | Team event for Men and Women |
| | |
| **Juniors** | |
| **The Sunshine/Connolly** | |
| **Continental Cup** | Team event for Boys and Girls 18 and Under |
| **The Junior Davis Cup** | Team event for Boys 16 and Under |
| **The Junior Billie Jean King Cup** | Team event for Girls 16 and Under |
| **World Junior Tennis** | Team event for Boys and Girls 14 and Under |

**Masters**

| | |
|---|---|
| **The Italia Cup** | Team event for Men 35 Age category |
| **The Tony Trabert Cup** | Team event for Men 40 Age category |
| **The Dubler Cup** | Team event for Men 45 Age category |
| **The Fred Perry Cup** | Team event for Men 50 Age category |
| **The Austria Cup** | Team event for Men 55 Age category |
| **The Von Cramm Cup** | Team event for Men 60 Age category |
| **The Britannia Cup** | Team event for Men 65 Age category |
| **The Crawford Cup** | Team event for Men 70 Age category |
| **The Bitsy Grant Cup** | Team event for Men 75 Age category |
| **The Gardner Mulloy Cup** | Team event for Men 80 Age category |
| **The Lorne Main Cup** | Team event For Men 85 Age category |
| **The Suzanne Lenglen Cup** | Team event for Women 35 Age category |
| **The Young Cup** | Team event for Women 40 Age category |
| **The Margaret Court Cup** | Team event for Women 45 Age category |
| **The Bueno Cup** | Team event for Women 50 Age category |
| **The Maureen Connolly Cup** | Team event for Women 55 Age category |
| **The Alice Marble Cup** | Team event for Women 60 Age category |
| **The Kitty Godfree Cup** | Team event for Women 65 Age category |
| **The Althea Gibson Cup** | Team event for Women 70 Age category |
| **The Queens' Cup** | Team event for Women 75 Age category |
| **The Doris Hart Cup** | Team event for Women 80 Age category |
| **The Angela Mortimer Cup** | Team event For Women 85 Age category |

**Wheelchair**

| | |
|---|---|
| **World Team Cup** | Wheelchair tennis team event for Men & Women |

**(b)** Other International Team Competitions may be organised and managed by the ITF at the discretion of the Board of Directors.

**(c)** The ITF shall manage the Official Team Competitions in accordance with the Regulations adopted for the events, and shall hold and control the finances.

**(d)** The ITF shall own all international and national rights associated with these events in accordance with the Regulations adopted, and shall register in its name all trademarks.

**(e)** International Team Competitions may be officially recognised by the ITF on an annual or permanent basis and be known as "Official Team Competition Recognised by ITF".

**(f)** Applications for recognition shall be submitted by the Association or Regional Association concerned in accordance with Article 17. Applications, which shall give full details of the event, shall be considered by the Annual General Meeting immediately following.

**(g)** Members must comply with any Regulations adopted pursuant to Article 22(c)(2). such Regulations shall set out a process for sanctioning International Team Competitions (which shall include but not be limited to Official Team Competitions organised, managed or recognised by the ITF, as referred to above).

**2.2   INDIVIDUAL COMPETITIONS**

**(1)**   The following shall be classed as "Official Tennis Championships" and "Recognised Tennis Championships" of the International Tennis Federation.

**(a)   Official Tennis Championships of the International Tennis Federation**

**The Lawn Tennis Championships (Wimbledon)**
**The US Open**
**The French Championships**
**The Australian Open**

[Known collectively as "The Grand Slam Tournaments" or individually as a "Grand Slam Tournament"]

(i)   Associations or members of Associations staging any Official Tennis Championships shall each make a payment of 1% of their gross prize money to the ITF on each occasion when the Championships are held.  In all cases the necessary fee shall be forwarded to the ITF before the event is held.

(ii)   Each of the above Official Tennis Championships shall consist of men's and women's events, which shall be played during the same period on the same grounds.

(iii)   Official Tennis Championships shall be the decisive factor in the determination of the ITF World Champions for each year.

(iv)   Official Tennis Championships shall follow the policies of the ITF.

**(b)   Recognised Tennis Championships of the International Tennis Federation**

**The International Championships of Spain**
**The Italian Open Championships**
**The Japan Open**
**The Toray Pan Pacific Open Tennis Tournament**

(i)   Associations or Association members staging any Recognised Tennis Championships shall each make a payment of 0.5% of their gross prize money to the ITF on each occasion when the Championships are held.  In all cases the necessary fee shall be forwarded to the ITF before the event is held.

(ii)   Recognised Tennis Championships shall follow the policies of the ITF.

(iii)   Due notice of applications for recognition shall reach the ITF in accordance with Article 17. Applications, which shall give full details of the event, including the proposed venue, shall be considered at the Annual General Meeting immediately following.

**(2)**   The following events are managed or owned by the International Tennis Federation.

**(a)   Olympic Tennis Event**

The Olympic Tennis Event and Youth Olympic Tennis Event are managed by the ITF on behalf of the International Olympic Committee.

**(b)   Paralympic Tennis Event**

The Paralympic Tennis Event is managed by the ITF on behalf of the International Paralympic Committee.

**(c)   ITF Masters World Individual Championships**

The ITF Masters World Individual Championships are owned by and under the direction and control of the ITF.

**(d)   Wheelchair Individual Championships**

**The Wheelchair Tennis Masters (singles and doubles)**

The ITF Wheelchair Tennis Masters is owned by and under the direction and control of the ITF.

**(e)   Beach Tennis World Championships**

The ITF Beach Tennis Championships are owned by and under the direction and control of the ITF.

**(f)**   Official recognition may also be given to other Championships for one or more years.

**(3)**   The following circuits are the Official Tennis Circuits of the International Tennis Federation:

**(a)   The ITF World Tennis Tour Men's**

The ITF World Tennis Tour Men's is composed of Member-owned and/or sanctioned tournaments approved by the ITF, which agree to abide by the ITF World Tennis Tour Rules and Regulations which details the rights and responsibilities of the ITF, the tournaments and the players.

**(b)   The ITF World Tennis Tour Women's**

The ITF World Tennis Tour Women's is composed of Member-owned and/or sanctioned tournaments approved by the ITF, which agree to abide by the ITF World Tennis Tour Rules and Regulations which details the rights and responsibilities of the ITF, the tournaments and the players.

**(c)   The ITF World Tennis Tour Juniors**

The ITF World Tennis Tour Juniors is composed of the best international Junior

tournaments owned or sanctioned by its member nations worldwide, approved by the ITF Juniors Committee, which agree to abide by the ITF World Tennis Tour Juniors Rules and Regulations which details the rights and responsibilities of the ITF, the tournaments and the players.

**(d)    The ITF World Tennis Masters Tour**

The ITF World Tennis Masters Tour is composed of international tournaments for players aged 30 and over that are owned or sanctioned by its member nations worldwide, approved by the ITF Masters Committee, which agree to abide by the ITF World Tennis Masters Tour Rules and Regulations, which details the rights and responsibilities of the ITF, the tournaments and the players.

**(e)    The ITF Wheelchair Tennis Tour**

The Wheelchair Tennis Tour is composed of tournaments approved by the Wheelchair Tennis Committee, which agree to abide by the Wheelchair Tennis Rules and Regulations which details the rights and responsibilities of the ITF, the tournaments and the players.

**(f)    The ITF Beach Tennis World Tour**

The ITF Beach Tennis World Tour is composed of tournaments approved for inclusion by the ITF Beach Tennis Committee and which agree to abide by the ITF Beach Tennis World Tour Rules and Regulations which details the rights and responsibilities of the ITF, the tournaments and the players.

**(g)**    Official recognition may also be given to other circuits for one or more years.

## 2.3    VIRTUAL (E-TENNIS) COMPETITIONS

**(1)**    The following competitions are owned and managed by the International Tennis Federation.

**(a)**    Any virtual version of a tennis competition described in Bye-law 2.1 or Bye-law 2.2 which is organised and managed by the International Tennis Federation; and

**(b)**    Any virtual version of any other international tennis competition which is or may be organised and managed by the International Tennis Federation at the discretion of the Board of Directors.

**(c)**    The International Tennis Federation shall own all international and national rights associated with these competitions, in accordance with the regulations adopted, and shall register in its name all trade marks.

## 3.    TOURNAMENTS, REGULATIONS AND AWARDS

### 3.1    WORLD CHAMPIONSHIPS

The ITF may award the title of World Champion to players who, in the opinion of the Board of Directors, are the most outstanding players in any one year. The names of players who have been awarded this title shall be listed in the Roll of Honour.

### 3.2 AWARDS FOR SERVICES TO THE GAME

Persons who have rendered long and distinguished services to the game of tennis, may be nominated by a National Association or by the Board of Directors for an ITF Award.

The following categories are eligible for nomination by a **National Association**:

**(a)** **ADMINISTRATORS:** Presidents, General Secretaries, International Secretaries or Executive Board of Directors (12 years' service); Delegates to the ITF General Meetings (attendance at 10 Annual General Meetings); or Tournament Directors of Official ITF Championships (10 years).

**(b)** **PLAYERS:** Those who have played 25 Davis Cup or Billie Jean King Cup rubbers.

**(c)** **NON-PLAYING CAPTAINS:** Those who have captained at 25 Davis Cup Ties or 25 Billie Jean King Cup Ties.

**(d)** **OFFICIALS:** Referees or Chair Umpires of the Davis Cup Final or Billie Jean King Cup Final (3 times); Referees or Chair Umpires of Davis Cup or Billie Jean King Cup Ties (25 Ties).

**(e)** **COACHES:** for long and outstanding contribution to tennis teaching, both nationally and internationally.

**(f)** **OTHERS:** One person per year for long and outstanding contributions to the game of tennis at the international level.

The **BOARD OF DIRECTORS AWARDS** are for nomination by the **Board of Directors** only**.** The Board may nominate individuals, National Associations or Regional Associations for a special service to tennis or a specific contribution to the activities of the ITF.

Nominations must reach the ITF by the date set for acceptance of normal resolutions to the Annual General Meeting each year. They will be considered by the Board of Directors for approval at the following Annual General Meeting.

For the avoidance of doubt all awards previously made by the Federation for services to the Game will continue to be recognised and acknowledged by the ITF.

## 4. TENNIS ANTI-DOPING PROGRAMME

**4.1** The Tennis Anti-Doping Programme (the "Programme") is set out in full on the website of the International Tennis Integrity Agency ("ITIA") (www.itia.tennis). Except with respect to matters arising prior to 1 January 2022, the ITF has delegated all aspects of doping control and education (as defined in the programme) to the ITIA. The ITIA has full authority and autonomy to perform the delegated duties on behalf of the ITF, and will do so in compliance with the Programme, the Code, and the International Standards. The ITF will remain accountable to WADA for such compliance. The Programme will be published and distributed by the ITF or the ITIA

(on behalf of the ITF) to all National Associations. The purpose of the Programme is to implement the World Anti-Doping Code (the "Code") in the Sport of Tennis, and so to maintain the integrity of the sport and protect the health and rights of tennis players.  The Tennis Integrity Supervisory Board may amend the Programme at any time as it deems necessary to achieve those aims.

**4.2**  Application of the Programme to National Associations and those associated with the National Associations:

**4.2.1**  Each National Association shall respect and comply with, and shall procure that each of its board members, directors, officers, and any of its employees and delegated third parties (and their employees) who are involved in any aspect of Doping Control on its behalf, as well as each of its members and affiliates, agree to respect and comply with, the rights and obligations conferred on it by the Programme, the Code, and the associated International Standards (each as amended from time to time). Each National Association shall also recognise and implement in full the decisions made pursuant to the Programme, including the decisions imposing sanctions on persons under its jurisdiction.

**4.2.2**  National Associations must include in their own rules the provisions necessary to permit the ITF and any delegated third party (including the ITIA) to implement and enforce the Programme (including carrying out Testing) directly against players (including national-level players) and other persons under their jurisdiction.

**4.2.3**  Each National Association must require all players under its jurisdiction, including those players preparing for and/or participating in a competition or activity authorised or organised by the National Association or by one of its members or affiliates, and all player support personnel associated with such players, to agree as a condition of participation or involvement to be bound by the Programme and to submit to the Results Management authority of the ITF (and of the ITIA on behalf of the ITF) or other anti-doping organisation with such authority under the Code (as applicable) in relation to the Programme.

**4.2.4**  Each National Association must report any information suggesting or relating to an anti-doping rule violation to the ITIA and to the National Association's National Anti-Doping Organisation ('NADO'), and must cooperate with investigations conducted by the ITIA, the NADO, and/or any other anti-doping organisation with authority to conduct the investigation.

**4.2.5**  If the ITF or the ITIA (on behalf of the ITF) delegates any aspect of Testing and/or Results Management under the Programme to a National Association, the National Association must delegate such Testing and Results Management to its NADO or otherwise conduct such Testing and Results Management itself in accordance with the International Standard for Results Management.

**4.3**  Application by the National Association of its own anti-doping rules that are equivalent to the Programme to persons under its jurisdiction:

**4.3.1** National Associations must incorporate anti-doping rules equivalent to the Programme, the Code and the associated International Standards (as amended from time to time) into their own rules, so that they and/or their respective NADOs may enforce those rules against players (including national-level players) and other persons under their jurisdiction. Those rules must give the ITF (and the ITIA on behalf of the ITF), WADA, and the relevant NADO the rights of appeal set out in the Code in respect of decisions made under those rules.

**4.3.2** Each National Association must require all players under its jurisdiction, including those players preparing for and/or participating in a competition or activity authorised or organised by the National Association or by one of its members or affiliates, and all player support personnel associated with such players, to agree as a condition of participation or involvement to be bound by the National Association's anti-doping rules and to submit to the results management authority of the National Association or its NADO (as applicable) in relation to such rules.

**4.3.3** Subject to applicable law, each National Association must require all of its board members, directors, and officers, and all of its employees and delegated third parties (and their employees) who are involved in any aspect of Doping Control, to agree to be bound by the Programme and by the National Association's own anti-doping rules as a condition of such position or involvement.

**4.3.4** Each National Association must take appropriate action to enforce compliance with its anti-doping rules by persons under its jurisdiction by (among other things):

(a) conducting Doping Control only under the documented authority of the ITF or its NADO and in accordance with the International Standards and/or mandating one or more delegated third parties to collect samples in accordance with the International Standard for Testing and Investigations from players under its anti-doping authority;

(b) recognising the authority of the NADO in its country in accordance with Code Article 5.2.1 and assisting as appropriate with the NADO's Testing of players under its jurisdiction; and

(c) ensuring all samples collected from players under its anti-doping jurisdiction are analysed by a WADA-accredited or WADA-approved laboratory;

(d) ensuring that the results of any testing and any anti-doping rule violations that are discovered are managed properly by its NADO, or otherwise by the National Association itself, in accordance with the International Standard for Results Management; and

(e) ensuring that any anti-doping rule violations arising under its anti-doping rules are adjudicated by an operationally independent hearing panel in accordance with Article 8.1 of the International Standard for Results

43

Management, with the ITF (and the ITIA on behalf of the ITF) kept informed throughout.

**4.3.5** National Associations shall report to the ITF (and the ITIA on behalf of the ITF) at the end of every calendar year results of all testing conducted within their respective jurisdictions, sorted by player and identifying each date on which the player was tested, the entity conducting the test, and whether the test was in-competition or out-of-competition. The ITF and/or the ITIA (on behalf of the ITF) may periodically publish such data received from National Associations.

**4.4** Subject to applicable law, National Associations must not knowingly employ a person in any position involving Doping Control (other than authorised anti-doping education or rehabilitation programmes) who has been provisionally suspended or is serving a period of ineligibility under the Programme or the Code or a National Association's anti-doping rules, or (if they were not subject to the Code) who has directly and intentionally engaged in conduct within the previous six years that would have constituted a violation of Code-compliant anti-doping rules if such rules had been applicable to them.

**4.5** National Associations must have disciplinary rules in place to prevent player support personnel who are using prohibited substances or prohibited methods without valid justification from providing support to players who are under the jurisdiction of the ITF or the National Association.

**4.6** National Associations must conduct anti-doping education in coordination with the ITF and/or the ITIA (on behalf of the ITF) and their respective NADOs and otherwise as required under THE Programme.

**4.7** Where a National Association fails to comply with, implement, uphold, and/or enforce the Programme or its equivalent anti-doping rules within the National Association's area of competence, or fails to comply with any of its obligations under Bye-Law 4, the ITF may apply any one or more of the following consequences:

**4.7.1** exclude all or a group of players, player support personnel, members, directors, and/or officials of the National Association (or other relevant persons associated with the National Association) from specified future events;

**4.7.2** suspend the membership of the National Association;

**4.7.3** declare the players, player support personnel, members, directors, and/or officials of the National Association (or other relevant persons associated with the National Association) ineligible to participate in ITF activities for a specified period of time;

**4.7.4** impose a fine;

**4.7.5** withhold some or all funding or other financial and non-financial support to the National Association; and/or

     **4.7.6** require the National Association to reimburse the ITF for all costs incurred by ITF and/or the ITIA in pursuing the matter.

**4.8** If the National Association disputes its liability and/or challenges the consequences imposed on it by the ITF pursuant to Bye-Law 4.7, it may appeal to the CAS, which will hear and determine the appeal in accordance with the CAS Code of Sports-related Arbitration.

## 5. TENNIS ANTI-CORRUPTION PROGRAM

**5.1** The Tennis Anti-Corruption Program (the "TACP") is set out in full on the website of the ITIA (www.itia.tennis). The purposes of the TACP are (i) to maintain the integrity of tennis, (ii) to protect against any efforts to impact improperly the results of any match, and (iii) to establish a uniform rule and consistent scheme applicable to all tennis events organised, sanctioned or recognised by the governing bodies (as defined under the TACP) of professional tennis.

**5.2** As a condition of Membership of the ITF, each National Association must ensure:

     **5.2.1** That all persons under the National Association's jurisdiction, including all persons participating in events organised, sanctioned or recognised by the National Association, comply with the rules of conduct that (a) are at least equivalent to the rules of conduct imposed by the TACP on those who participate in events organised, sanctioned or recognised by the governing bodies of professional tennis, and (b) impose similar sanctions in the event of non-compliance; and

     **5.2.2** That in relation to any decision under the TACP, its governing documents, rules or regulations (a) give automatic effect to any such decision that rules a person ineligible to participate in any capacity in events organised, sanctioned or recognised by the national association; and (b) extend any such decision that rules a person ineligible to participate in events organised or sanctioned by the governing bodies of professional tennis, so that the person is also automatically ineligible, for the same period, to participate in any capacity in events organised, sanctioned or recognised by the National Association.

**5.3** Each National Association shall regularly update the ITF on the status and findings of any anti-corruption review or proceedings conducted by the National Association in relation to any person(s) under its national jurisdiction.

## 6. ITF WELFARE POLICY

**6.1** The ITF Welfare Policy is set out in full on the ITF website. The purpose of the Welfare Policy is to ensure clear guidelines are provided on the standards of welfare required in order to assure the safety and well-being of all of those involved with the sport.

**6.2** While it is not a condition of Membership of the ITF that all National Associations shall comply with the Welfare Policy, all National Associations should demonstrate best endeavours to apply all of the Welfare Policy guidelines. It is also recommended that the Welfare Policy is incorporated into each National Association's regulations.

**6.3** Where National Associations have, through local legislation, specific additional requirements relating to welfare, it should be ensured that these requirements are fulfilled in addition to the ITF policy.

**6.4** The Board of Directors may amend the Welfare Policy at any time.

## 7. PENALTIES AND SUSPENSIONS

**(a)** The Board of Directors shall have power (which it may delegate as it sees fit) to investigate and bring a complaint against any National Association (and/or, where applicable, any of that association's affiliated organisations) for (i) any apparent breach of the Constitution or failure to represent the game of tennis adequately in its country or territory; (ii) any apparent breach of these bye-laws, or any rules or regulations of the ITF, or (iii) any other act that brings the game into disrepute.

**(b)** The complaint will be referred to and heard and determined (a) by the ITF Internal Adjudication Panel (if the relevant Rules and Regulations of the ITF so specify); but otherwise (b) by the Independent Tribunal. Article 33(b) and (d) of the Constitution shall apply in respect of the proceedings before that body.

**(c)** In the case of complaints alleging breach by a National Association of the Constitution or failure to represent the game of tennis adequately in its country or territory, upon request by the ITF the Independent Tribunal may suspend the National Association from entry in official team competitions, on a provisional basis (i.e., pending determination of the complaint) and/or as a final sanction.

**(d)** The ITF shall publish the decision resolving the complaint, which decision shall be recognised by each National Association, which shall take all necessary action to give effect to that decision in its national jurisdiction.

## 8. CODE OF ETHICS

**8.1** The ITF Code of Ethics is set out in full on the ITF website. The purpose of this Code of Ethics is to help ensure that the sport of tennis is governed ethically and in accordance with the highest standards of honesty and integrity.

**8.2** The ITF Code of Ethics binds the following individuals:

**(a)** Each person serving as a Director of the ITF or any subsidiary or associated company of the ITF;

**(b)** The ITF President and Chief Executive Officer;

**(c)** Each person serving as a Member of a committee, commission, taskforce or working party of the ITF or any associated company; and

**(d)** Each person who is a candidate for election or appointment as an official specified at (a) – (c) above.

**8.3**   Officials who fail to comply with the ITF Code of Ethics may be sanctioned in accordance with the enforcement and disciplinary provisions of the ITF Code of Ethics.

**8.4**   While it is not a condition of membership of the ITF that Regional and National Associations and the employees of each Regional and National Association shall comply with the Code of Ethics, all Regional and National Associations should conduct themselves ethically in their dealings with each other and with the ITF, and should demonstrate best endeavours to apply the Code of Ethics principles.

## 9   ROUTINE MATTERS / MISCELLANEOUS ISSUES

### 9.1   DUTIES OF COMMITTEES

**(a)   The Davis Cup Committee**
The duties of the Davis Cup Committee shall be as set out in the Regulations for the Davis Cup Competition, which can only be amended by the Board of Directors. (See Article 27(c) – Competitions).

**(b)   The Billie Jean King Cup Committee**
The duties of the Billie Jean King Cup Committee shall be as set out in the Regulations for the Billie Jean King Cup Competition, which can only be amended by the Board of Directors. (See Article 27(c) – Competitions).

**(c)   Olympic Committee**
The duties of the Olympic Committee shall be as set out in the Regulations of the Olympic Tennis Event, which can only be amended by the Board of Directors.

**(d)   Masters Committee**
The duties of the Masters Committee shall be as set out in the ITF World Tennis Masters Tour Regulations, which can only be amended by the Board of Directors.

**(e)   Juniors Committee**
The duties of the Juniors Committee shall be as set out in the ITF World Tennis Tour Juniors Regulations and the ITF Juniors Team Competition Regulations, which can only be amended by the Board of Directors.

**(f)   Wheelchair Tennis Committee**
The duties of the Wheelchair Tennis Committee shall be as set out in the ITF Wheelchair Tennis regulations, which can only be amended by the Board of Directors.

**(g)   Constitutional Committee**
The duties of the Constitutional Committee shall be to advise and make recommendations to the Board of Directors on the Constitution of the ITF and on matters of sporting good governance.

**(h)    FINANCE COMMITTEE**

The duties of the FINANCE COMMITTEE shall be to monitor and review all pertinent financial matters and to report to each meeting of the Board of Directors.

**(I)    AUDIT COMMITTEE**

THE DUTIES OF THE AUDIT COMMITTEE SHALL BE TO ADVISE AND MAKE RECOMMENDATIONS TO THE BOARD OF DIRECTORS ON ALL AUDIT AND FINANCIAL RISK-RELATED MATTERS.

**(J)    Rules of Tennis Committee**

The duties of the Rules of Tennis Committee shall be to advise and make recommendations to the Board of Directors on the Rules of Tennis.

**(K)    ITF Internal Adjudication Panel**

The duties of the ITF Internal Adjudication Panel shall be as set out in the ITF Internal Adjudication Panel Procedural Rules.

**(L)    Beach Tennis Committee**

The duties of the Beach Tennis Committee shall be as set out in the ITF Beach Tennis Regulations, which can only be amended by the Board of Directors.

**(N)    ADVANTAGE ALL Committee**

The duties of the ADVANTAGE ALL Committee shall be to advise and make recommendations to the Board of Directors on the development and implementation of the ITF equality, DIVERSITY AND INCLUSION ADVANTAGE ALL strategy to promote equal opportunities AND, ULTIMATELY, TO ERADICATE DISCRIMINATION OF ANY NATURE IN TENNIS.

**(O)    ITF World Tennis Tour Committee**

The duties of the World Tennis Tour Committee shall be as set out in the ITF World Tennis Tour (men's and women's) Regulations which can only be amended by the Board of Directors.

**9.2    DUTIES OF COMMISSIONS**

**(a)    Athletes Commission**

The duties of the Athletes Commission shall be to advise and make recommendations to the Board of Directors on all questions of concern to athletes.

**(b)    Coaches Commission**

The duties of the Coaches Commission shall be to advise and make recommendations to the Board of Directors on all matters relating to tennis coaching.

**(c)    Joint Media Commission**

The duties of the Joint Media Commission shall be to advise and make recommendations to the Board of Directors on all matters relating to the ITF's relationship with the media.

**(d)    Sport Science and Medicine Commission**

The duties of the Sport Science and Medicine Commission shall be to advise and make recommendations to the Board of Directors on all questions of a medical and scientific nature concerning the game of tennis and wheelchair tennis.

**(e)    Technical Commission**

The duties of the Technical Commission shall be to advise and make recommendations to the Board of Directors on all technical questions concerning the game of tennis.

**(f)    Ethics Commission**

The duties of the Ethics Commission shall be to advise and make recommendations to the Board of Directors on matters of ethics policy, and to perform the enforcement functions ascribed to it in the ITF's Code of Ethics.

**9.3    PROCEDURES FOR THE REVIEW AND HEARINGS ON THE RULES OF TENNIS**

The Procedures for the Review and Hearings on the Rules of Tennis shall be carried out in accordance with Appendix XI of the Rules of Tennis.

# APPENDIX A

## SHARE REGISTER

**Class B Members with voting rights (162):**

**12 Class B Shares each (5):**

| | |
|---|---|
| Australia | Great Britain |
| France | United States of America |
| Germany | |

**9 Class B Shares each (14):**

| | |
|---|---|
| Argentina | Japan |
| Brazil | Netherlands |
| Canada | Russia (suspended) |
| China, People's Republic of | South Africa |
| Czech Republic | Spain |
| India | Sweden |
| Italy | Switzerland |

**7 Class B Shares each (10):**

| | |
|---|---|
| Croatia | New Zealand |
| Denmark | Serbia |
| Kazakhstan | Slovak Republic |
| Korea, Republic of | Thailand |
| Mexico | Tunisia |

**5 Class B Shares each (17):**

| | |
|---|---|
| Austria | Morocco |
| Belgium | Norway |
| Chile | Poland |
| Chinese Taipei | Portugal |
| Egypt | Slovenia |
| Finland | Türkiye |
| Hungary | Ukraine |
| Indonesia | Uzbekistan |
| Israel | |

**3 Class B Shares each (18):**

| | |
|---|---|
| Bulgaria | Malaysia |
| Colombia | Nigeria |
| Ecuador | Pakistan |
| Georgia | Paraguay |
| Greece | Philippines |
| Hong Kong | Qatar |
| Iran | Romania |
| Ireland | Sri Lanka |
| Kuwait | United Arab Emirates |

**1 Class B Share each (98):**

| | |
|---|---|
| Albania | Lebanon |
| Algeria | Lesotho |
| Andorra | Libya |
| Angola | Liechtenstein |
| Antigua and Barbuda | Lithuania |
| Armenia | Luxembourg |
| Aruba | Macau |
| Azerbaijan | Madagascar |
| Bahamas | Maldives |
| Bahrain | Malta |
| Bangladesh | Mauritania |
| Barbados | Mauritius |
| Belarus (suspended) | Moldova |
| Benin | Monaco |
| Bermuda | Mongolia |
| Bhutan | Montenegro |
| Bolivia | Mozambique |
| Bosnia and Herzegovina | Myanmar |
| Botswana | Namibia |
| Brunei Darussalam | Nepal |
| Burundi | Nicaragua |
| Cambodia | North Macedonia, Republic of |
| Cameroon | Northern Mariana Islands |
| Congo | Oman |
| Congo, DPR | Panama |
| Costa Rica | Peru |
| Cote D'Ivoire | Puerto Rico |
| Cuba | Rwanda |
| Cyprus | St Lucia |
| Djibouti | San Marino |
| Dominican Republic | Saudi Arabia |
| El Salvador | Senegal |
| Estonia | Seychelles |
| Ethiopia | Singapore |
| Gabon | Sudan |
| Ghana | Syria |
| Guam | Tajikistan |
| Guatemala | Tanzania |
| Haiti | Togo |
| Honduras | Trinidad and Tobago |
| Iceland | Turkmenistan |
| Iraq | Uganda |
| Jamaica | US Virgin Islands |
| Jordan | Uruguay |
| Kenya | Venezuela |
| Kosovo | Vietnam |
| Kyrgyzstan | Yemen |
| Laos | Zambia (suspended) |
| Latvia | Zimbabwe |

**Class C Members without voting rights (51):**

**1 Class C Share each:**

| | |
|---|---|
| Afghanistan (suspended) | Liberia (suspended) |
| American Samoa | Malawi |
| Anguilla | Mali |
| Belize | Marshall Islands |
| Bonaire | Micronesia |
| British Virgin Islands | Nauru |
| Burkina Faso | Niger |
| Cape Verde (suspended) | Norfolk Island |
| Cayman Islands | Palau |
| Central African Republic | Palestine (suspended) Papua |
| Chad | New Guinea |
| Comoros | Samoa |
| Cook Islands | Sierra Leone |
| Curacao | Solomon Islands |
| Dominica | Somalia |
| Equatorial Guinea | St Kitts & Nevis |
| Eritrea | St Maarten |
| Eswatini | St Vincent & Grenadines |
| Fiji | Surinam |
| Gambia (suspended) | Tahiti |
| Grenada | Timor-Leste |
| Guinea-Bissau | Tonga |
| Guinea Conakry | Turks and Caicos |
| Guyana | Tuvalu |
| Kiribati | Vanuatu |
| Korea, DPR (suspended) | |

**Subscription rates 2024**

Class B Members and Class C Members shall pay an annual subscription in accordance with **Article 6**. The amount payable for the current year is as follows:

    (i)    Class C Members: US Dollars 250

    (ii)   Class B Members: US Dollars 949 and in addition a sum of US Dollars 5,662 for each Class B share which it holds or becomes entitled by Resolution of the Council in accordance with **Article 11**.

# APPENDIX B

## VOTING

### SUMMARY OF ITEMS REQUIRING OTHER THAN A BARE MAJORITY

### (ONLY THE DELEGATES OF CLASS B MEMBERS MAY VOTE AT ANY MEETING OF THE COUNCIL)

### Memorandum and Articles of Association

| Article | Subject | Majority required of those voting |
|---------|---------|-----------------------------------|
| 3(c) | Membership | Two-thirds |
| 3(k) | Division of territory into two or more | Two-thirds |
| 3(l) | More than one Membership in respect of one country or territory | Two-thirds |
| 4(b) | Suspension of Membership | Two-thirds |
| 4(c) | Expulsion from Membership | Four-fifths |
| 4(d) | Suspension or expulsion for non-payment of fees | Two-thirds |
| 5 | Re-admittance to Membership | Two-thirds |
| 7(c) | Affiliation of Regional Associations | Two-thirds |
| 8(c) | Applications for Membership by Recognised Organisations | Two-thirds |
| 8(f) | Expulsion of Recognised Organisations for Non-payment | Two-thirds |
| 11(g) | Increases and reductions in Class B Shares | Two-thirds |
| 17(b) | Items of which due notice has not been given | Four-fifths |
| 17(d) | Motion reversing a decision taken at the preceding General Meeting | Four-fifths |
| 18(c) | Election of CHAIR in the event that the President is indisposed | Bare Majority of voting delegates present, each delegate to have only one vote |
| 18(i) | Adjournment of a General Meeting | Two-thirds |

53

| | | |
|---|---|---|
| 21(k)(v) | Removal of members of the Board of Directors | Two-thirds |
| 21(m)(i) | Overturn or amend decision of the Ethics Commission | Two-thirds |
| 24(2)A | Removal of Vice-President from office | Two-thirds |
| 24(2)B | Honorary Life President | Four-fifths |
| 24(2)C | Honorary Life Vice-Presidents | Four-fifths |
| 24(2)D | Honorary Life Counsellors | Four-fifths |
| 27(a) | Reviving World Championships | Unanimity |
| 27(g) | Reversal of a change to the Regulations for Davis Cup and Billie Jean King Cup Competitions | Two-thirds |
| 28 | Alteration to the Rules of Tennis | Two-thirds |
| 28 | Date of effect of changes to the Rules of Tennis | Two-thirds |
| 28 | Alteration to Article 28 | Unanimity |
| 32(a) | Alterations to the Constitution | Two-thirds |
| | Alterations to Articles requiring more than two-thirds majority | Subject to Articles Specified above |
| 32(c) | Date of Effect of Change | Two-thirds |
| | Alterations to Articles requiring more than two-thirds majority | Subject to Articles Specified above |
| 34 | Dissolution | Four-fifths |

**APPENDIX C**

**Criteria for increasing and decreasing Share allocations**

The information below shall be used as a guide in evaluating Applications or Resolutions to increase or decrease Share allocations.

**Participation**

Performance and participation in the Davis Cup and Billie Jean King Cup, Junior Davis Cup and Junior Billie Jean King Cup, World Junior Tennis and Wheelchair World Team Cup.

Performance in the ATP / WTA rankings, ITF World Tennis rankings, Junior World Rankings and Wheelchair World Rankings.

**Organisation**

Organisation of national and international tournaments.

**Development, Administration and Competitions**

Commitment and capability in tennis development (players, coaches and participation), administration (staffing, planning and facilities) and national competitions.

**APPENDIX D**

**Criteria for eligibility for appointment to the Board of Directors as an Athlete**

The information below is intended to provide guidelines as to the criteria used in evaluating appointment to the Board of Directors as an Athlete.

To be eligible for appointment to the Board of Directors as an Athlete an individual must have been active as a tennis playing professional within 16 years of the date of appointment to the Board of Directors.

APPENDIX E

**INTERNATIONAL OLYMPIC COMMITTEE**

(Any amendments made to these Rules by the IOC will be accepted by the Company)

**Extracts from the Olympic Charter (8 August 2021 edition)**

**Chapter 3 – The International Federations**

**Rule 25 Recognition of IFs**

In order to develop and promote the Olympic Movement, the IOC may recognise as IFs international non-governmental organisations governing one or several sports at the world level, which extends by reference to those organisations recognised by the IFs as governing such sports at the national level.

The statutes, practice and activities of the IFs within the Olympic Movement must be in conformity with the Olympic Charter, including the adoption and implementation of the World Anti-Doping Code as well as the Olympic Movement Code on the Prevention of Manipulation of Competitions. Subject to the foregoing, each IF maintains its independence and autonomy in the governance of its sport.

**Rule 26 Mission and Role of the IFs within the Olympic Movement**

1    The mission and role of the IFs within the Olympic Movement are:

    1.1   to establish and enforce, in accordance with the Olympic spirit, the rules concerning the practice of their respective sports and to ensure their application;
    1.2   to ensure the development of their sports throughout the world;
    1.3   to contribute to the achievement of the goals set out in the Olympic Charter, in particular by way of the spread of Olympism and Olympic education;
    1.4   to support the IOC in the review of candidatures for organising the Olympic Games for their respective sports;
    1.5   to assume the responsibility for the control and direction of their sports at the Olympic Games;
    1.6   for other international multisport competitions held under the patronage of the IOC, IFs can assume or delegate responsibility for the control and direction of their sports;
    1.7   to provide technical assistance in the practical implementation of the Olympic Solidarity programmes;
    1.8   to encourage and support measures relating to the medical care and health of athletes.

2    In addition, the IFs have the right to:

    2.1   formulate proposals addressed to the IOC concerning the Olympic Charter and the Olympic Movement;
    2.2   collaborate in the preparation of Olympic Congresses;
    2.3   participate, on request from the IOC, in the activities of the IOC commissions.

**Chapter 5 – The Olympic Games**

**II      Participation in the Olympic Games**

**Rule 40 Participation in the Olympic Games**

To participate in the Olympic Games, a competitor, team official or other team personnel must respect and comply with the Olympic Charter, the World Anti-Doping Code and the Olympic Movement Code on the Prevention of the Manipulation of Competitions, including the conditions of participation established by the IOC, as well as with the rules of the relevant IF as approved by the IOC, and the competitor, team official or other team personnel must be entered by his NOC.

**Bye-law to Rule 40**

1      Each IF establishes its sport's rules for participation in the Olympic Games, including qualification criteria, in accordance with the Olympic Charter. Such criteria must be submitted to the IOC Executive Board for approval.

2      The application of the qualification criteria lies with the IFs, their affiliated national federations, and the NOCs in the fields of their respective responsibilities.

3      Competitors, team officials and other team personnel who participate in the Olympic Games may allow their person, name, picture or sports performances to be used for advertising purposes during the Olympic Games in accordance with the principles determined by the IOC Executive Board.

4      The entry or participation of a competitor in the Olympic Games shall not be conditional on any financial consideration.

**Rule 41 Nationality of Competitors**

1      Any competitor in the Olympic Games must be a national of the country of the NOC which is entering such competitor.

2      All matters relating to the determination of the country which a competitor may represent in the Olympic Games shall be resolved by the IOC Executive Board.

**Bye-law to Rule 41**

1      A competitor who is a national of two or more countries at the same time may represent either one of them, as he may elect. However, after having represented one country in the Olympic Games, in continental or regional games or in world or regional championships recognised by the relevant IF, he may not represent another country unless he meets the conditions set forth in paragraph 2 below that apply to persons who have changed their nationality or acquired a new nationality.

2      A competitor who has represented one country in the Olympic Games, in continental or regional games or in world or regional championships recognised by the relevant IF, and who has changed his nationality or acquired a new nationality, may participate in the

Olympic Games to represent his new country provided that at least three years have passed since the competitor last represented his former country. This period may be reduced or even cancelled, with the agreement of the NOCs and IF concerned, by the IOC Executive Board, which takes into account the circumstances of each case.

3    If an associated State, province or overseas department, a country or colony acquires independence, if a country becomes incorporated within another country by reason of a change of border, if a country merges with another country, or if a new NOC is recognised by the IOC, a competitor may continue to represent the country to which he belongs or belonged. However, he may, if he prefers, elect to represent his country or be entered in the Olympic Games by his new NOC if one exists. This particular choice may be made only once.

4    Furthermore, in all cases in which a competitor would be eligible to participate in the Olympic Games, either by representing another country than his or by having the choice as to the country which such competitor intends to represent, the IOC Executive Board may take all decisions of a general or individual nature with regard to issues resulting from nationality, citizenship, domicile or residence of any competitor, including the duration of any waiting period.

### Rule 43 World Anti-Doping Code and the Olympic Movement Code on the Prevention of Manipulation of Competitions

Compliance with the World Anti-Doping Code and the Olympic Movement Code on the Prevention of Manipulation of Competitions is mandatory for the whole Olympic Movement.

### III    Programme of the Olympic Games

### Rule 46 Role of the IFs in relation to the Olympic Games

1    Each IF is responsible for the control and direction of its sport at the Olympic Games. All elements of the competitions, including the schedule, field of play, training sites and all equipment must comply with its rules. For all such arrangements, the OCOG must consult the relevant IFs.

2    The OCOGs shall work closely with the IFs in the planning and delivery of each sport and agree upon specific responsibilities with the relevant IFs, under the direction of the IOC Executive Board.

3    The OCOG must ensure that the various sports included in the programme of the Olympic Games are treated and integrated equitably.

4    The final decision of the competition schedule and daily timetable of events is made by the IOC Executive Board.

5    The IOC Executive Board determines the number and the method for selection of competitors for doping tests and all other anti-doping measures during the period of the Olympic Games after consultation with each IF.

**APPENDIX F**

**TEAM TROPHIES PRESENTED BY**
**THE INTERNATIONAL TENNIS FEDERATION**

**The Davis Cup Trophy**
Presented annually to the winning team of the World Group of the Davis Cup Competition. *(First presented by Dwight F Davis in 1900).*

**The Billie Jean King Cup Trophy**
Presented annually to the winning team of the Billie Jean King Cup Competition. *(First presented by the ITF on the occasion of its 50th Anniversary in 1963).*

**The ITF Sunshine Cup and the ITF Connolly Continental Cup (suspended)**
Presented annually to the winning boys' team of the ITF Sunshine Cup *(first presented by Eddie Herr in 1958)* and the winning girls' team of the ITF Connolly Continental Cup. *(First presented by Eddie Herr and Nancy Jeffett in 1976).*

**The Junior Davis Cup and the Junior Billie Jean King Cup**
Presented annually to the winning boys' and winning girls' teams of the Junior Davis Cup and Junior Billie Jean King Cup. *(First presented by the ITF in 1985).*

**The World Junior Tennis Trophy**
Presented annually to the winning boys' and winning girls' teams of the World Junior Tennis Event. *(First presented by the ITF in 1991).*

**The World Team Cup**
Presented annually to the winning men's and women's wheelchair tennis teams of the World Team Cup Competition. *(First presented by the National Foundation of Wheelchair Tennis in 1985).*

**The Italia Cup**
Presented annually to the winning team of the International Team Competition for men of the 35 age group. *(First presented by the Italian Tennis Federation in 1982).*

**The Tony Trabert Cup**
Presented annually to the winning team of the International Team Competition for men of the 40 age group. *(First presented by the USTA in 2000).*

**The Dubler Cup**
Presented annually to the winning team of the International Team Competition for men of the 45 age group. *(First presented by Leon Dubler in 1958).*

**The Fred Perry Cup**
Presented annually to the winning team of men at the International Team Competition for men of the 50 age group. *(First presented by the ITF in 1991).*

**The Austria Cup**
Presented annually to the winning team of the International Team Competition for men of the 55 age group. *(First presented by the Austrian Tennis Federation in 1977).*

**The Von Cramm Cup**
Presented annually to the winning team of the International Team Competition for Men of the 60 age group. *(First presented by Deutscher Tennis Bund in 1989).*

**The Britannia Cup**
Presented annually to the winning team of the International Team Competition for men of the 65 age group. *(First presented by the Veterans Tennis Association of Great Britain in 1979).*

**The Crawford Cup**
Presented annually to the winning team of the International Team Competition for men of the 70 age group. *(First presented by the Veterans Tennis Association of Australia in 1983).*

**The Bitsy Grant Cup**
Presented annually to the winning team of the International Team Competition for men of the 75 age group. *(First presented by the US Team in 1994).*

**The Gardnar Mulloy Cup**
Presented annually to the winning team of the International Team Competition for men of the 80 age Group. *(First presented by Gardnar Mulloy in 1996).*

**The Lorne Main Cup**
Presented annually to the winning team of the International Team Competition for men of the 85 age group. *(First presented by the ITF in 2017).*

**The Suzanne Lenglen Cup**
Presented annually to the winning team of the International Team Competition for women of the 35 age group. *(first presented by the French Tennis Federation in 2001).*

**The Young Cup**
Presented annually to the winning team of the International Team Competition for women of the 40 age group. *(First presented by John P Young of Australia in 1977).*

**The Margaret Court Cup**
Presented annually to the winning team of the ITF Team Competition for women of the 45 age Group. *(First presented by the Veterans' Tennis Club of Western Australia in 1994).*

**The Maria Esther Bueno Cup**
Presented annually to the winning team of the International Team Competition for women of the 50 age group. *(First presented by the Brazilian Tennis Association in 1983).*

**The Maureen Connolly Cup**
Presented annually to the winning team of the International Team Competition for women of the 55 age group. *(First presented by the Maureen Connolly Brinker Foundation in 1992).*

**The Alice Marble Cup**
Presented annually to the winning team of the International Team Competition for women of the 60 age group. *(First presented by the USTA in 1988).*

**The Kitty Godfree Cup**
Presented annually to the winning team of the International Team Competition for women of the 65 age group. *(First presented by the Veterans' Lawn Tennis Association of Great Britain in 1995*).

**The Althea Gibson Cup**
Presented annually to the winning team of the International Team Competition for women of the 70 age group.  *(First presented by the USTA in 1998).*

**The Queens' Cup**
Presented annually to the winning team of the International Team Competition for women of the 75 age group.  *(First presented by the ITF Seniors Committee in 2002).*

**The Doris Hart Cup**
Presented annually to the winning team of the International Team Competition for women of the 80 age group. *(First presented by the USTA in 2011).*

**The Angela Mortimer Cup**
Presented annually to the winning team of the International Team Competition for women of the 85 age group. *(First presented by the ITF in 2019).*

## APPENDIX G

### ANNUAL ITF WORLD CHAMPIONS AWARDS

**The Men's Singles World Champion**
Presented annually to the Men's Singles World Champion.
*(First presented by the ITF in 1978).*

**The Women's Singles World Champion**
Presented annually to the Women's Singles World Champion.
*(First presented by the ITF in 1978).*

**The Men's Doubles World Champions**
Presented annually to the Men's Doubles World Champions.
*(First presented by the ITF in 1997).*

**The Women's Doubles World Champion**
Presented annually to the Women's Doubles World Champion.
*(First presented by the ITF in 1997).*

**The Junior Boy's World Champion**
Presented annually to the Junior World Boys' combined singles and doubles Champion.
*(First presented by the ITF in 2004).*

**The Junior Girl's World Champion**
Presented annually to the Junior World Girls' combined singles and doubles Champion.
*(First presented by the ITF in 2004).*

**The Men's Wheelchair Tennis Singles' World Champion**
Presented annually to the Men's Wheelchair World Singles' Champion.
*(First presented by the ITF in 1991).*

**The Women's Wheelchair Tennis Singles' World Champion**
Presented annually to the Women's Wheelchair Tennis Singles' World Champion.
*(First presented by the ITF in 1991).*

**The Quad Wheelchair Tennis Singles' World Champion**
Presented annually to the Quad Wheelchair Tennis Singles' World Champion.
*(First presented by the ITF in 2018).*

The Junior World Ranking Boys' Singles Champion, the Junior World Ranking Girls' Singles Champion, the Junior World Ranking Boys' Doubles Champion and the Junior World Ranking Girls' Doubles Champion awards were suspended at the end of 2003.

**ANNUAL ITF AWARDS**

**The ITF Philippe Chatrier Award**
Named after former ITF President Philippe Chatrier and awarded annually for outstanding contributions to the game of tennis.

**The ITF Brad Parks Award**
Named after the founder of the sport of wheelchair tennis and awarded annually for outstanding contributions to the game.


**ANNUAL ITF AND INTERNATIONAL TENNIS HALL OF FAME AWARDS**

**Golden Achievement Award**
An award jointly offered by the ITF and International Tennis Hall of Fame to a person who has made important contributions internationally to tennis in the fields of administration, promotion or education and has devoted long and outstanding service to the sport.

**ROLL OF HONOUR**

**GRAND SLAM**

The Grand Slam titles are the championships of Australia, France, Wimbledon and the United States of America. Players who hold all four of these titles in one calendar year achieve the "Grand Slam". Players who have done so are:

**SINGLES**

| | |
|---|---|
| 1938 | Donald Budge (USA) |
| 1953 | Maureen Connolly (USA) |
| 1962 | Rod Laver (AUS) |
| 1969 | Rod Laver (AUS) |
| 1970 | Margaret Court (AUS) |
| 1988 | Steffi Graf (FRG) |
| | Also won the Olympic Gold Medal in the same year |

**DOUBLES**

| | |
|---|---|
| 1951 | Ken McGregor (AUS) / Frank Sedgman (AUS) |
| 1960 | Maria Bueno (BRA) |
| | (partnered by Christine Truman (GBR) and Darlene Hard (USA)) |
| 1984 | Martina Navratilova (USA) / Pam Shriver (USA) |
| 1998 | Martina Hingis (SWI) |
| | (partnered by Mirjana Lučić (CRO) and Jana Novotná (CZE)) |

**MIXED DOUBLES**

| | |
|---|---|
| 1963 | Ken Fletcher (AUS) / Margaret Smith (AUS) |
| 1965 | Margaret Smith (AUS) |
| | (partnered by John Newcombe (AUS), Ken Fletcher (AUS) and Fred Stolle (AUS)) |
| 1967 | Owen Davidson (AUS) |
| | (partnered by Billie Jean King (USA) and Lesley Turner (AUS)) |

**JUNIOR SINGLES**

| | |
|---|---|
| 1983 | Stefan Edberg (SWE) |

**WHEELCHAIR**

| | |
|---|---|
| 2009 | Katie Homan (NED) / Esther Vergeer (NED) |
| 2011 | Esther Vergeer (NED) / Sharon Walraven (NED) |
| 2013 | Jiske Griffioen (NED) / Aniek van Koot (NED) |
| 2014 | Stephane Houdet (FRA) |
| | (partnered by Shingo Kunieda (JPN) and Joachim Gerard (BEL)) |
| 2014 | Yui Kamiji (JPN) / Jordanne Whiley (GBR) |
| 2019 | Diede de Groot (NED) / Aniek van Koot (NED) |

| | |
|---|---|
| 2019 | Dylan Alcott (AUS) |
| | (partnered by Heath Davidson (AUS), David Wagner (USA) and Andrew Lapthorne (GBR)) |
| 2021 | Alfie Hewett (GBR) / Gordon Reid (GBR) |
| 2021 | Diede de Groot (NED) |
| 2021 | Dylan Alcott (AUS) |
| 2022 | Diede de Groot (NED) |
| 2023 | Diede de Groot (NED) |

The following players have held the four Grand Slam titles at the same time but not in one calendar year:

**SINGLES**

| | |
|---|---|
| 1983-84 | Martina Navratilova (USA) |
| | Six titles: Wimbledon 1983 – US Open 1984 |
| 1993-94 | Steffi Graf (GER) |
| | Four titles: Roland Garros 1993 – Roland Garros 1994 |
| 2002-03 | Serena Williams (USA) |
| | Four titles: Roland Garros 2002 – Australian Open 2003 |
| 2014-15 | Serena Williams (USA) |
| | Four titles: US Open 2014 – Wimbledon 2015 |
| 2015-16 | Novak Djokovic (SRB) |
| | Four titles: Wimbledon 2015 – Roland Garros 2016 |

**DOUBLES**

| | |
|---|---|
| 1949-50 | Louise Brough (USA) |
| | Four titles: French Championships 1949 – Australian Championships 1950 |
| | (partnered by Margaret duPont (USA) and Doris Hart (USA)) |
| 1986-87 | Martina Navratilova (USA)* / Pam Shriver (USA) |
| | Four titles: Wimbledon 1986 – Roland Garros 1987 |
| | (*Navratilova also won 1986 Roland Garros with Andrea Temesvari (HUN)) |
| 1992-93 | Gigi Fernandez (USA) / Natasha Zvereva (BLR) |
| | Six titles: Roland Garros 1992 – Wimbledon 1993 |
| 1996-97 | Natasha Zvereva (BLR) |
| | Four titles: US Open 1996 - Wimbledon 1997 |
| | (partnered by Gigi Fernandez (USA) and Martina Hingis (SUI)) |
| 2009-10 | Serena Williams (USA) / Venus Williams (USA): |
| | Four titles: Wimbledon 2009 – Roland Garros 2010 |
| 2012-13 | Bob Bryan (USA) / Mike Bryan (USA): |
| | Four titles: US Open 2012 - Wimbledon 2013 |

**MIXED DOUBLES**

| | |
|---|---|
| 1967-68 | Billie Jean King (USA) |
| | Four titles: French Championships 1967 – Australian Championships 1968 |
| | (partnered by Dick Crealy (AUS) and Owen Davidson (AUS)) |

**JUNIOR DOUBLES**

1983-84       Mark Kratzmann (AUS)
              Four titles: Roland Garros 1983 – Australian Open 1984
              (partnered by Simon Youl (AUS) and Mike Baroch (AUS))

**WHEELCHAIR**

2009-10       Stephane Houdet (FRA)
              Five titles: Roland Garros 2009 – Roland Garros 2010
              (partnered by Michael Jeremiasz (FRA), Stefan Olsson (SWE) and Shingo Kunieda
              (JPN))
2014-15       Shingo Kunieda (JPN)
              Four titles#: Wimbledon 2014 – Roland Garros 2015
              (partnered by Stéphane Houdet (FRA) and Gordon Reid (GBR)
2018-19       Diede de Groot (NED)
              Four titles: Wimbledon 2018 – Roland Garros 2019
2018-19       Dylan Alcott (AUS)
              Four titles: US Open 2018 – Wimbledon 2019
2022-23       Niels Vink (NED) / Sam Schröder (NED)
              Four titles: Roland Garros 2022 – Australian Open 2023

## ITF WORLD SINGLES CHAMPIONS

| | | |
|---|---|---|
| 1978 | Björn Borg | (SWE) |
| | Chris Evert Lloyd | (USA) |
| 1979 | Björn Borg | (SWE) |
| | Martina Navratilova | (TCH) |
| 1980 | Björn Borg | (SWE) |
| | Chris Evert Lloyd | (USA) |
| 1981 | John P McEnroe | (USA) |
| | Chris Evert Lloyd | (USA) |
| 1982 | James S Connors | (USA) |
| | Martina Navratilova | (USA) |
| 1983 | John P McEnroe | (USA) |
| | Martina Navratilova | (USA) |
| 1984 | John P McEnroe | (USA) |
| | Martina Navratilova | (USA) |
| 1985 | Ivan Lendl | (TCH) |
| | Martina Navratilova | (USA) |
| 1986 | Ivan Lendl | (TCH) |
| | Martina Navratilova | (USA) |
| 1987 | Ivan Lendl | (TCH) |
| | Steffi Graf | (FRG) |
| 1988 | Mats Wilander | (SWE) |
| | Steffi Graf | (FRG) |
| 1989 | Boris Becker | (FRG) |
| | Steffi Graf | (FRG) |
| 1990 | Ivan Lendl | (TCH) |
| | Steffi Graf | (FRG) |
| 1991 | Stefan Edberg | (SWE) |
| | Monica Seles | (YUG) |
| 1992 | Jim Courier | (USA) |
| | Monica Seles | (YUG) |
| 1993 | Pete Sampras | (USA) |
| | Steffi Graf | (GER) |
| 1994 | Pete Sampras | (USA) |
| | Arantxa Sánchez-Vicario | (ESP) |
| 1995 | Pete Sampras | (USA) |
| | Steffi Graf | (GER) |
| 1996 | Pete Sampras | (USA) |
| | Steffi Graf | (GER) |
| 1997 | Pete Sampras | (USA) |
| | Martina Hingis | (SUI) |
| 1998 | Pete Sampras | (USA) |
| | Lindsay Davenport | (USA) |
| 1999 | Andre Agassi | (USA) |
| | Martina Hingis | (SUI) |
| 2000 | Gustavo Kuerten | (BRA) |
| | Martina Hingis | (SUI) |
| 2001 | Lleyton Hewitt | (AUS) |
| | Jennifer Capriati | (USA) |

| 2002 | Lleyton Hewitt | (AUS) |
|------|----------------|-------|
|      | Serena Williams | (USA) |
| 2003 | Andy Roddick | (USA) |
|      | Justine Henin | (BEL) |
| 2004 | Roger Federer | (SUI) |
|      | Anastasia Myskina | (RUS) |
| 2005 | Roger Federer | (SUI) |
|      | Kim Clijsters | (BEL) |
| 2006 | Roger Federer | (SUI) |
|      | Justine Henin | (BEL) |
| 2007 | Roger Federer | (SUI) |
|      | Justine Henin | (BEL) |
| 2008 | Rafael Nadal | (ESP) |
|      | Jelena Janković | (SRB) |
| 2009 | Roger Federer | (SUI) |
|      | Serena Williams | (USA) |
| 2010 | Rafael Nadal | (ESP) |
|      | Caroline Wozniacki | (DEN) |
| 2011 | Novak Djokovic | (SRB) |
|      | Petra Kvitová | (CZE) |
| 2012 | Novak Djokovic | (SRB) |
|      | Serena Williams | (USA) |
| 2013 | Novak Djokovic | (SRB) |
|      | Serena Williams | (USA) |
| 2014 | Novak Djokovic | (SRB) |
|      | Serena Williams | (USA) |
| 2015 | Novak Djokovic | (SRB) |
|      | Serena Williams | (USA) |
| 2016 | Andy Murray | (GBR) |
|      | Angelique Kerber | (GER) |
| 2017 | Rafael Nadal | (ESP) |
|      | Garbiñe Muguruza | (ESP) |
| 2018 | Novak Djokovic | (SRB) |
|      | Simona Halep | (ROU) |
| 2019 | Rafael Nadal | (ESP) |
|      | Ashleigh Barty | (AUS) |
| 2020 | *Not presented* | |
| 2021 | Novak Djokovic | (SRB) |
|      | Ashleigh Barty | (AUS) |
| 2022 | Rafael Nadal | (ESP) |
|      | Iga Świątek | (POL) |
| 2023 | Novak Djokovic | (SRB) |
|      | Aryna Sabalenka | (BLR) |

**ITF WORLD DOUBLES CHAMPIONS**

| 1996 | Todd Woodbridge | (AUS) |
|------|-----------------|-------|
|      | Mark Woodforde | (AUS) |
|      | Lindsay Davenport | (USA) |

|      |                         |       |
|------|-------------------------|-------|
|      | Mary Joe Fernández      | (USA) |
| 1997 | Todd Woodbridge         | (AUS) |
|      | Mark Woodforde          | (AUS) |
|      | Lindsay Davenport       | (USA) |
|      | Jana Novotná            | (CZE) |
| 1998 | Jacco Eltingh           | (NED) |
|      | Paul Haarhuis           | (NED) |
|      | Lindsay Davenport       | (USA) |
|      | Natasha Zvereva         | (BLR) |
| 1999 | Mahesh Bhupathi         | (IND) |
|      | Leander Paes            | (IND) |
|      | Martina Hingis          | (SUI) |
|      | Anna Kournikova         | (RUS) |
| 2000 | Todd Woodbridge         | (AUS) |
|      | Mark Woodforde          | (AUS) |
|      | Julie Halard-Decugis    | (FRA) |
|      | Ai Sugiyama             | (JPN) |
| 2001 | Jonas Bjorkman          | (SWE) |
|      | Todd Woodbridge         | (AUS) |
|      | Lisa Raymond            | (USA) |
|      | Rennae Stubbs           | (USA) |
| 2002 | Daniel Nestor           | (CAN) |
|      | Mark Knowles            | (BAH) |
|      | Paola Suárez            | (ARG) |
|      | Virginia Ruano-Pascual  | (ESP) |
| 2003 | Bob Bryan               | (USA) |
|      | Mike Bryan              | (USA) |
|      | Paola Suárez            | (ARG) |
|      | Virginia Ruano-Pascual  | (ESP) |
| 2004 | Bob Bryan               | (USA) |
|      | Mike Bryan              | (USA) |
|      | Paola Suarez            | (ARG) |
|      | Virginia Ruano-Pascual  | (ESP) |
| 2005 | Bob Bryan               | (USA) |
|      | Mike Bryan              | (USA) |
|      | Lisa Raymond            | (USA) |
|      | Samantha Stosur         | (AUS) |
| 2006 | Bob Bryan               | (USA) |
|      | Mike Bryan              | (USA) |
|      | Lisa Raymond            | (USA) |
|      | Samantha Stosur         | (AUS) |
| 2007 | Bob Bryan               | (USA) |
|      | Mike Bryan              | (USA) |
|      | Cara Black              | (ZIM) |
|      | Liezel Huber            | (USA) |
| 2008 | Daniel Nestor           | (CAN) |
|      | Nenad Zimonjić          | (SRB) |
|      | Cara Black              | (ZIM) |
|      | Liezel Huber            | (USA) |

| | | |
|---|---|---|
| 2009 | Bob Bryan | (USA) |
| | Mike Bryan | (USA) |
| | Serena Williams | (USA) |
| | Venus Williams | (USA) |
| 2010 | Bob Bryan | (USA) |
| | Mike Bryan | (USA) |
| | Gisela Dulko | (ARG) |
| | Flavia Pennetta | (ITA) |
| 2011 | Bob Bryan | (USA) |
| | Mike Bryan | (USA) |
| | Kveta Peschke | (CZE) |
| | Katarina Srebotnik | (SLO) |
| 2012 | Bob Bryan | (USA) |
| | Mike Bryan | (USA) |
| | Sara Errani | (ITA) |
| | Roberta Vinci | (ITA) |
| 2013 | Bob Bryan | (USA) |
| | Mike Bryan | (USA) |
| | Sara Errani | (ITA) |
| | Roberta Vinci | (ITA) |
| 2014 | Bob Bryan | (USA) |
| | Mike Bryan | (USA) |
| | Sara Errani | (ITA) |
| | Roberta Vinci | (ITA) |
| 2015 | Jean-Julien Rojer | (NED) |
| | Horia Tecău | (ROU) |
| | Martina Hingis | (SUI) |
| | Sania Mirza | (IND) |
| 2016 | Jamie Murray | (GBR) |
| | Bruno Soares | (BRA) |
| | Caroline Garcia | (FRA) |
| | Kristina Mladenovic | (FRA) |
| 2017 | Lukasz Kubot | (POL) |
| | Marcelo Melo | (BRA) |
| | Chan Yun-Jan | (TPE) |
| | Martina Hingis | (SUI) |
| 2018 | Mike Bryan | (USA) |
| | Jack Sock | (USA) |
| | Barbora Krejčíková | (CZE) |
| | Kateřina Siniaková | (CZE) |
| 2019 | Juan-Sebastian Cabal | (COL) |
| | Robert Farah | (COL) |
| | Timea Babos | (HUN) |
| | Kristina Mladenovic | (FRA) |
| 2020 | *Not presented* | |
| 2021 | Nikola Mektić | (CRO) |
| | Mate Pavić | (CRO) |
| | Barbora Krejčíková | (CZE) |
| | Kateřina Siniaková | (CZE) |

| 2022 | Rajeev Ram | (USA) |
| | Joe Salisbury | (GBR) |
| | Barbora Krejčíková | (CZE) |
| | Kateřina Siniaková | (CZE) |
| 2023 | Rajeev Ram | (USA) |
| | Joe Salisbury | (GBR) |
| | Storm Hunter | (AUS) |
| | Elise Mertens | (BEL) |

**ITF WHEELCHAIR WORLD CHAMPIONS**

| 1991 | Randy Snow | (USA) |
| | Chantal Vandierendonck | (NED) |
| 1992 | Laurent Giammartini | (FRA) |
| | Monique Van Den Bosch | (NED) |
| 1993 | Kai Schrameyer | (GER) |
| | Monique Kalkman | (NED) |
| 1994 | Laurent Giammartini | (FRA) |
| | Monique Kalkman | (NED) |
| 1995 | David Hall | (AUS) |
| | Monique Kalkman | (NED) |
| 1996 | Ricky Molier | (NED) |
| | Chantal Vandierendonck | (NED) |
| 1997 | Ricky Molier | (NED) |
| | Chantal Vandierendonck | (NED) |
| 1998 | David Hall | (AUS) |
| | Daniela Di Toro | (AUS) |
| 1999 | Stephen Welch | (USA) |
| | Daniela Di Toro | (AUS) |
| 2000 | David Hall | (AUS) |
| | Esther Vergeer | (NED) |
| 2001 | Ricky Molier | (NED) |
| | Esther Vergeer | (NED) |
| 2002 | David Hall | (AUS) |
| | Esther Vergeer | (NED) |
| 2003 | David Hall | (AUS) |
| | Esther Vergeer | (NED) |
| 2004 | David Hall | (AUS) |
| | Esther Vergeer | (NED) |
| 2005 | Michael Jeremiasz | (FRA) |
| | Esther Vergeer | (NED) |
| 2006 | Robin Ammerlaan | (NED) |
| | Esther Vergeer | (NED) |
| 2007 | Shingo Kunieda | (JPN) |
| | Esther Vergeer | (NED) |
| 2008 | Shingo Kunieda | (JPN) |
| | Esther Vergeer | (NED) |
| 2009 | Shingo Kunieda | (JPN) |
| | Esther Vergeer | (NED) |

| 2010 | Shingo Kunieda | (JPN) |
| | Esther Vergeer | (NED) |
| 2011 | Maikel Scheffers | (NED) |
| | Esther Vergeer | (NED) |
| 2012 | Stephane Houdet | (FRA) |
| | Esther Vergeer | (NED) |
| 2013 | Shingo Kunieda | (JPN) |
| | Aniek van Koot | (NED) |
| 2014 | Shingo Kunieda | (JPN) |
| | Yui Kamiji | (JPN) |
| 2015 | Shingo Kunieda | (JPN) |
| | Jiske Griffioen | (NED) |
| 2016 | Gordon Reid | (GBR) |
| | Jiske Griffioen | (NED) |
| 2017 | Gustavo Fernandez | (ARG) |
| | Yui Kamiji | (JPN) |
| 2018 | Shingo Kunieda | (JPN) |
| | Diede de Groot | (NED) |
| 2019 | Gustavo Fernandez | (ARG) |
| | Diede de Groot | (NED) |
| 2020 | *Not presented* | |
| 2021 | Shingo Kunieda | (JPN) |
| | Diede de Groot | (NED) |
| 2022 | Shingo Kunieda | (JPN) |
| | Diede de Groot | (NED) |
| 2023 | Alfie Hewett | (JPN) |
| | Diede de Groot | (NED) |

## ITF QUAD WHEELCHAIR WORLD CHAMPIONS

| 2017 | David Wagner | (USA) |
| 2018 | Dylan Alcott | (AUS) |
| 2019 | Dylan Alcott | (AUS) |
| 2020 | *Not presented* | |
| 2021 | Dylan Alcott | (AUS) |
| 2022 | Niels Vink | (NED) |
| 2023 | Niels Vink | (NED) |

## ITF JUNIOR WORLD SINGLES CHAMPIONS

| 1978 | Ivan Lendl | (TCH) |
| | Hana Mandlíková | (TCH) |
| 1979 | Raul Viver | (ECU) |
| | Mary-Lou Piatek | (USA) |
| 1980 | Thierry Tulasne | (FRA) |
| | Susan Mascarin | (USA) |
| 1981 | Patrick Cash | (AUS) |
| | Zina Garrison | (USA) |
| 1982 | Guy Forget | (FRA) |
| | Gretchen Rush | (USA) |

| 1983 | Stefan Edberg | (SWE) |
| | Pascale Paradis | (FRA) |
| 1984 | Mark Kratzmann | (AUS) |
| | Gabriela Sabatini | (ARG) |
| 1985 | Claudio Pistolesi | (ITA) |
| | Laura Garrone | (ITA) |
| 1986 | Javier Sánchez | (ESP) |
| | Patricia Tarabini | (ARG) |
| 1987 | Jason Stoltenberg | (AUS) |
| | Natalia Zvereva | (USSR) |
| 1988 | Nicolas Pereira | (VEN) |
| | Christina Tessi | (ARG) |
| 1989 | Nicklas Kulti | (SWE) |
| | Florencia Labat | (ARG) |
| 1990 | Andrea Gaudenzi | (ITA) |
| | Karina Habšudová | (TCH) |
| 1991 | Thomas Enqvist | (SWE) |
| | Zdeňka Málková | (TCH) |
| 1992 | Brian Dunn | (USA) |
| | Rossana De Los Rios | (PAR) |
| 1993 | Marcelo Rios | (CHI) |
| | Nino Louarssabichvili | (GEO) |
| 1994 | Federico Browne | (ARG) |
| | Martina Hingis | (SUI) |
| 1995 | Mariano Zabaleta | (ARG) |
| | Anna Kournikova | (RUS) |
| 1996 | Sebastien Grosjean | (FRA) |
| | Amelie Mauresmo | (FRA) |
| 1997 | Arnaud Di Pasquale | (FRA) |
| | Cara Black | (ZIM) |
| 1998 | Roger Federer | (SUI) |
| | Jelena Dokic | (AUS) |
| 1999 | Kristian Pless | (DEN) |
| | Lina Krasnoroutskaya | (RUS) |
| 2000 | Andy Roddick | (USA) |
| | Maria Emilia Salerni | (ARG) |
| 2001 | Gilles Müller | (LUX) |
| | Svetlana Kuznetsova | (RUS) |
| 2002 | Richard Gasquet | (FRA) |
| | Barbora Strýcová | (CZE) |
| 2003 | Marcos Baghdatis | (CYP) |
| | Kirsten Flipkens | (BEL) |

**JUNIOR WORLD DOUBLES CHAMPIONS**

| 1982 | Fernando Pérez | (MEX) |
| | Beth Herr | (USA) |
| 1983 | Mark Kratzmann | (AUS) |
| | Larissa Savchenko | (USSR) |

| 1984 | Augustin Moreno | (MEX) |
|------|-----------------|-------|
|      | Mercedes Paz | (ARG) |
| 1985 | Petr Korda and | (TCH) |
|      | Cyril Suk | (TCH) |
|      | Mariana Pérez-Roldán and | (ARG) |
|      | Patricia Tarabini | (ARG) |
| 1986 | Thomas Carbonell | (ESP) |
|      | Leila Meskhi | (USSR) |
| 1987 | Jason Stoltenberg | (AUS) |
|      | Natalia Medvedeva | (USSR) |
| 1988 | David Rikl and | (TCH) |
|      | Tomas Zdrazila | (TCH) |
|      | Jo-Anne Faull | (AUS) |
| 1989 | Wayne Ferreira | (RSA) |
|      | Andrea Strnadová | (TCH) |
| 1990 | Mårten Renström | (SWE) |
|      | Karina Habšudová | (CZE) |
| 1991 | Karim Alami | (MAR) |
|      | Eva Martincová | (TCH) |
| 1992 | Enrique Abaroa | (MEX) |
|      | Nancy Feber and | (BEL) |
|      | Laurence Courtois | (BEL) |
| 1993 | Steven Downs | (NZL) |
|      | Cristina Moros | (USA) |
| 1994 | Ben Ellwood | (AUS) |
|      | Martina Nedelková | (SVK) |
| 1995 | Kepler Orellana | (VEN) |
|      | Ludmila Varmuzová | (CZE) |
| 1996 | Sebastien Grosjean | (FRA) |
|      | Michaela Paštiková and | (CZE) |
|      | Jitka Schönfeldová | (CZE) |
| 1997 | Nicolas Massu | (CHI) |
|      | Cara Black and | (ZIM) |
|      | Irina Selyutina | (KAZ) |
| 1998 | Jose De Armas | (VEN) |
|      | Eva Dyrberg | (DEN) |
| 1999 | Julien Benneteau and | (FRA) |
|      | Nicolas Mahut | (FRA) |
|      | Daniela Bedáňová | (CZE) |
| 2000 | Lee Childs and | (GBR) |
|      | James Nelson | (GBR) |
|      | María Emilia Salerni | (ARG) |
| 2001 | Bruno Echagaray | (MEX) |
|      | Santiago González | (MEX) |
|      | Petra Cetkovská | (CZE) |
| 2002 | Florin Mergea | (ROM) |
|      | Horia Teăau | (ROM) |
|      | Elke Clijsters | (BEL) |
| 2003 | Scott Oudsema | (USA) |
|      | Andrea Hlaváčková | (CZE) |

**ITF JUNIOR WORLD CHAMPIONS**

From 2004 the rankings for singles and doubles were combined to produce a sole Junior World Champion.

| | | |
|---|---|---|
| 2004 | Gaël Monfils | (FRA) |
| | Michaella Krajicek | (NED) |
| 2005 | Donald Young | (USA) |
| | Victoria Azarenka | (BLR) |
| 2006 | Thiemo de Bakker | (NED) |
| | Anastasia Pavlyuchenkova | (RUS) |
| 2007 | Ricardas Berankis | (LTU) |
| | Urszula Radwańska | (POL) |
| 2008 | Tsung-Hua Yang | (TPE) |
| | Noppawan Lertcheewakarn | (THA) |
| 2009 | Daniel Berta | (SWE) |
| | Kristina Mladenovic | (FRA) |
| 2010 | Juan Sebastián Gomez | (COL) |
| | Daria Gavrilova | (RUS) |
| 2011 | Jiří Veselý | (CZE) |
| | Irina Khromacheva | (RUS) |
| 2012 | Filip Peliwo | (CAN) |
| | Taylor Townsend | (USA) |
| 2013 | Alexander Zverev | (GER) |
| | Belinda Bencic | (SUI) |
| 2014 | Andrey Rublev | (RUS) |
| | Catherine Bellis | (USA) |
| 2015 | Dalma Gálfi | (HUN) |
| | Taylor Fritz | (USA) |
| 2016 | Miomir Kecmanović | (SRB) |
| | Anastasia Potapova | (RUS) |
| 2017 | Axel Geller | (ARG) |
| | Whitney Osuigwe | (USA) |
| 2018 | Chun Hsin Tseng | (TPE) |
| | Clara Burel | (FRA) |
| 2019 | Thiago Agustín Tirante | (ARG) |
| | Diane Parry | (FRA) |
| 2020 | *Not presented* | |
| 2021 | Juncheng Shang | (CHN) |
| | Petra Marčinko | (CRO) |
| 2022 | Gilles Bailly | (BEL) |
| | Lucie Havlíčková | (CZE) |
| 2023 | João Fonseca | (BRA) |
| | Alina Korneeva | (RUS) |

**ITF PHILIPPE CHATRIER AWARD**

| | | |
|---|---|---|
| 1996 | Stefan Edberg | (SWE) |
| 1997 | Chris Evert | (USA) |
| 1998 | Rod Laver | (AUS) |
| 1999 | Nicola Pietrangeli | (ITA) |

| 2000 | Juan Antonio Samaranch | (ESP) |
| 2001 | NEC | (JPN) |
| 2002 | Jack Kramer | (USA) |
| 2003 | Billie Jean King | (USA) |
| 2004 | Yannick Noah | (FRA) |
| 2005 | Tony Trabert | (USA) |
| 2006 | Margaret Court | (AUS) |
| 2007 | John McEnroe | (USA) |
| 2008 | Neale Fraser | (AUS) |
| 2009 | Martina Navratilova | (USA) |
| 2010 | Gustavo Kuerten | (BRA) |
| 2011 | Guy Forget | (FRA) |
| 2012 | Arantxa Sánchez Vicario | (ESP) |
| 2013 | AELTC | (GBR) |
| 2014 | Todd Woodbridge / Mark Woodforde | (AUS) |
| 2015 | Mary Carillo | (USA) |
| 2016 | Brad Parks | (USA) |
| 2017 | Sergio Casal / Emilio Sanchez | (ESP) |
| 2018 | Evonne Goolagong Cawley | (AUS) |
| 2019 | Gabriela Sabatini | (ARG) |
| 2020 | Fred Stolle / Manolo Santana | (AUS)/(ESP) |
| 2021 | *Not presented* | |
| 2022 | Stan Smith | (USA) |
| 2023 | Justine Henin | (BEL) |

**BRAD PARKS AWARD**

**Awarded by the IWTF**

| 1993 | Brad Parks | (USA) |
| 1994 | ITF | (GBR) |
| 1995 | KNLTB | (NED) |
| 1996 | NEC | (JPN) |
| 1997 | Graeme Watts | (AUS) |

**Awarded by the ITF**

| 1998 | INVACARE | (USA) |
| 1999 | Brian Tobin | (AUS) |
| 2000 | LTA Trust | (GBR) |
| 2001 | Pierre Fusade | (FRA) |
| 2002 | Randy Snow | (USA) |
| 2003 | Aoi Kobayashi | (JPN) |
| 2004 | Ruurd de Boer | (NED) |
| 2005 | Sue Wolstenholme | (GBR) |
| 2006 | Bruce Karr | (USA) |
| 2007 | Cruyff Foundation | (NED) |
| 2008 | Kotaro Shibata | (JPN) |
| 2009 | Jean Pierre Limborg | (FRA) |
| 2010 | Chantal Vandierendonck | (NED) |
| 2011 | Jean-Paul Cournet | (FRA) |
| 2012 | Monique Kalkman | (NED) |
| 2013 | Martin McElhatton | (GBR) |
| 2014 | Stig Ericson | (SWE) |

| | | |
|---|---|---|
| 2015 | David Hall | (AUS) |
| 2016 | Esther Vergeer | (NED) |
| 2017 | Rick Draney | (USA) |
| 2018 | Greg Crump | (AUS) |
| 2019 | Christo Kok | (NED) |
| 2020 | John Noakes | (GBR) |
| 2021 | Kai Schrameyer | (GER) |
| 2022 | Dan James | (USA) |
| 2023 | Mark Bullock | (GBR) |

### GOLDEN ACHIEVEMENT AWARD

| | | |
|---|---|---|
| 1999 | Brian Tobin | (AUS) |
| 2000 | Gil de Kermadec | (FRA) |
| 2001 | Pablo Llorens | (ESP) |
| 2002 | Enrique Morea | (ARG) |
| 2003 | J. Howard "Bumpy" Frazer | (USA) |
| 2004 | John Curry | (GBR) |
| 2005 | Eiichi Kawatei | (JPN) |
| 2006 | James R. Cochrane | (GBR) |
| 2007 | Nancy P. Jeffett | (USA) |
| 2008 | Juan Maria Tintoré | (ESP) |
| 2009 | Fern "Peachy" Kellmeyer | (USA) |
| 2010 | Heinz Grimm | (SUI) |
| 2011 | Tim Phillips | (GBR) |
| 2012 | Shamil Tarpischev | (RUS) |
| 2013 | Geoff Pollard | (AUS) |
| 2014 | David Jude | (GBR) |
| 2015 | Mark Stenning | (USA) |
| 2016 | Vittorio Selmi | (ITA) |
| 2017 | Masaaki Morita | (JPN) |
| 2018 | Stuart Smith | (GBR) |
| 2019 | Pierre Darmon | (FRA) |
| 2020 | Philip Brook | (GBR) |
| 2021 | Vijay Amritraj | (IND) |
| 2022 | John Beddington | (GBR) |

### DAVIS CUP AWARD OF EXCELLENCE

| | | |
|---|---|---|
| 2001 | Neale Fraser | (AUS) |
| 2002 | Pierre Darmon | (FRA) |
| 2003 | John Newcombe | (AUS) |
| 2004 | Manuel Santana | (ESP) |
| 2005 | Goran Ivanišević | (CRO) |
| | Miloslav Mečíř | (SVK) |
| 2006 | Alex Metreveli | (USSR) |
| 2007 | Stan Smith | (USA) |
| 2008 | Guillermo Vilas | (ARG) |
| 2009 | Manuel Orantes | (ESP) |

| 2010 | Slobodan Živojinović | (SRB) |
|------|----------------------|-------|
| 2011 | Emilio Sanchez | (ESP) |
| 2012 | Ivan Lendl | (CZE) |
| 2013 | Nenad Zimonjić | (SRB) |
| 2014 | Guy Forget / Henri Leconte | (FRA) |
| 2015 | *Not presented* | |
| 2016 | Ivan Ljubičić | (CRO) |
| 2017 | Yannick Noah | (FRA) |
| 2018 | François Jauffret | (FRA) |
| 2019 | David Ferrer | (ESP) |

The award was discontinued in 2020 following the competition's change in format.

## BILLIE JEAN KING CUP AWARD OF EXCELLENCE

| 2001 | Conchita Martínez | (ESP) |
|------|-------------------|-------|
|      | Arantxa Sánchez Vicario | (ESP) |
| 2002 | Virginia Wade | (GBR) |
| 2003 | Larisa Savchenko-Neiland | (LAT) |
| 2004 | Olga Morozova | (RUS) |
| 2005 | Françoise Dürr | (FRA) |
| 2006 | Sabine Appelmans | (BEL) |
| 2007 | Lea Pericoli | (ITA) |
| 2008 | Miguel Margets | (ESP) |
| 2009 | Silvia Farina | (ITA) |
|      | Mary Joe Fernández | (USA) |
| 2010 | Billie Jean King | (USA) |
| 2011 | Anastasia Myskina | (RUS) |
| 2012 | Jana Novotná | (CZE) |
| 2013 | Corrado Barazzutti | (ITA) |
| 2014 | Helena Suková | (CZE) |
| 2015 | Petr Pála | (CZE) |
| 2016 | Nathalie Tauziat | (FRA) |
| 2017 | Tatiana Poutchek | (BLR) |
| 2018 | *Not presented* | |
| 2019 | Samantha Stosur | (AUS) |

The award was discontinued in 2020 following the competition's change in format.

**OLYMPIC GAMES TENNIS EVENT**

## GOLD MEDAL WINNERS 1896 – 2020

| | | | |
|---|---|---|---|
| **1896** | *Men's Singles* | John Borland | (IRL) |
| **Athens** | *Men's Doubles* | John Borland | (IRL) |
| | | Freidrich Traun | (GER) |
| | | | |
| **1900** | *Men's Singles* | Laurence Doherty | (GBR) |
| **Paris** | *Women's Singles* | Charlotte Cooper | (GBR) |
| | *Men's Doubles* | Laurence Doherty | (GBR) |
| | | Reginald Doherty | (GBR) |
| | *Mixed Doubles* | Reginald Doherty | (GBR) |
| | | Charlotte Cooper | (GBR) |
| | | | |
| **1904** | *Men's Singles* | Beals Wright | (USA) |
| **St Louis** | *Men's Doubles* | Edgar Leonard | (USA) |
| | | Beals Wright | (USA) |
| | | | |
| **1906** | *Men's Singles* | Maxime Decugis | (FRA) |
| **Athens** | *Women's Singles* | Esmée Simirioti | (GRE) |
| **(Demonstration)** | *Men's Doubles* | Maxime Decugis | (FRA) |
| | | Maurice Germot | (FRA) |
| | *Mixed Doubles* | Maxime Decugis | (FRA) |
| | | Marie Decugis | (FRA) |
| | | | |
| **1908** | *Men's Singles* | Arthur Gore | (GBR) |
| **London** | *Women's Singles* | Gladys Eastlake-Smith | (GBR) |
| **(Indoor)** | *Men's Doubles* | Herbert Roper Barrett | (GBR) |
| | | Arthur Gore | (GBR) |
| | | | |
| **1908** | *Men's Singles* | Josiah Ritchie | (GBR) |
| **London** | *Women's Singles* | Dorothea Lambert-Chamber | (GBR) |
| **(Outdoor)** | *Men's Doubles* | Reginald Doherty | (GBR) |
| | | George Hillyard | (GBR) |
| | | | |
| **1912** | *Men's Singles* | André Gobert | (FRA) |
| **Stockholm** | *Women's Singles* | Edith Hannam | (GBR) |
| **(Indoor)** | *Men's Doubles* | Maurice Germot | (FRA) |
| | | André Gobert | (FRA) |
| | *Mixed Doubles* | Charles Dixon | (GBR) |
| | | Edith Hannam | (GBR) |
| | | | |
| **1912** | *Men's Singles* | Charles Winslow | (RSA) |
| **Stockholm** | *Women's Singles* | Marguerite Broquedis | (FRA) |
| **(Outdoor)** | *Men's Doubles* | Harold Kitson | (RSA) |
| | | Charles Winslow | (RSA) |
| | *Mixed Doubles* | Heinrich Schomburgk | (GER) |
| | | Dorothea Koring | (GER) |
| | | | |
| **1920** | *Men's Singles* | Louis Raymond | (RSA) |
| **Antwerp** | *Women's Singles* | Suzanne Lenglen | (FRA) |
| | *Men's Doubles* | Noel Turnbull | (GBR) |
| | | Maxwell Woosnam | (GBR) |

|  | *Women's Doubles* | Kathleen McKane | (GBR) |
|  |  | Winifred McNair | (GBR) |
|  | *Mixed Doubles* | Maxime Decugis | (FRA) |
|  |  | Suzanne Lenglen | (FRA) |
| **1924** | *Men's Singles* | Vincent Richards | (USA) |
| **Paris** | *Women's Singles* | Helen Wills | (USA) |
|  | *Men's Doubles* | Francis Hunter | (USA) |
|  |  | Vincent Richards | (USA) |
|  | *Women's Doubles* | Hazel Wightman | (USA) |
|  |  | Helen Wills | (USA) |
|  | *Mixed Doubles* | Richard Williams | (USA) |
|  |  | Hazel Wightman | (USA) |
| **1968** | *Men's Singles* | Manuel Santana | (ESP) |
| **Guadalajara** | *Women's Singles* | Helga Niessen | (FRG) |
| **(Demonstration)** | *Men's Doubles* | Rafael Osuna | (MEX) |
|  |  | Vicente Zarazua | (MEX) |
|  | *Women's Doubles* | Edda Buding | (FRG) |
|  |  | Helga Niessen | (FRG) |
|  | *Mixed Doubles* | Herbert Fitzgibbon | (USA) |
|  |  | Julie Heldman | (USA) |
| **1968** | *Men's Singles* | Rafael Osuna | (MEX) |
| **Mexico City** | *Women's Singles* | Jane Bartkowicz | (USA) |
| **(Exhibition)** | *Men's Doubles* | Rafael Osuna | (MEX) |
|  |  | Vicente Zarazua | (MEX) |
|  | *Women's Doubles* | Rosa-Maria Darmon | (FRA) |
|  |  | Julie Heldman | (USA) |
|  | *Mixed Doubles* | Vladimir Korotkov | (URS) |
|  |  | Zaiga Yansone | (URS) |
| **1984** | *Men's Singles* | Stefan Edberg | (SWE) |
| **Los Angeles** | *Women's Singles* | Steffi Graf | (FRG) |
| **(Demonstration)** |  |  |  |
| **1988** | *Men's Singles* | Miloslav Mečíř | (TCH) |
| **Seoul** | *Women's Singles* | Steffi Graf | (FRG) |
|  | *Men's Doubles* | Ken Flach | (USA) |
|  |  | Robert Seguso | (USA) |
|  | *Women's Doubles* | Zina Garrison | (USA) |
|  |  | Pamela Shriver | (USA) |
| **1992** | *Men's Singles* | Marc Rosset | (SUI) |
| **Barcelona** | *Women's Singles* | Jennifer Capriati | (USA) |
|  | *Men's Doubles* | Boris Becker | (GER) |
|  |  | Michael Stich | (GER) |
|  | *Women's Doubles* | Gigi Fernández | (USA) |
|  |  | Mary Joe Fernández | (USA) |
| **1996** | *Men's Singles* | Andre Agassi | (USA) |
| **Atlanta** | *Women's Singles* | Lindsay Davenport | (USA) |

|  | *Men's Doubles* | Mark Woodforde | (AUS) |
|  |  | Todd Woodbridge | (AUS) |
|  | *Women's Doubles* | Gigi Fernández | (USA) |
|  |  | Mary Joe Fernández | (USA) |
| **2000** | *Men's Singles* | Yevgeny Kafelnikov | (RUS) |
| **Sydney** | *Women's Singles* | Venus Williams | (USA) |
|  | *Men's Doubles* | Sebastien Lareau | (CAN) |
|  |  | Daniel Nestor | (CAN) |
|  | *Women's Doubles* | Serena Williams | (USA) |
|  |  | Venus Williams | (USA) |
| **2004** | *Men's Singles* | Nicolás Massú | (CHI) |
| **Athens** | *Women's Singles* | Justine Henin | (BEL) |
|  | *Men's Doubles* | Fernando González | (CHI) |
|  |  | Nicolás Massú | (CHI) |
|  | *Women's Doubles* | Ting Li | (CHN) |
|  |  | Tian Tian Sun | (CHN) |
| **2008** | *Men's Singles* | Rafael Nadal | (ESP) |
| **Beijing** | *Women's Singles* | Elena Dementieva | (RUS) |
|  | *Men's Doubles* | Roger Federer | (SUI) |
|  |  | Stanislas Wawrinka | (SUI) |
|  | *Women's Doubles* | Serena Williams | (USA) |
|  |  | Venus Williams | (USA) |
| **2012** | *Men's Singles* | Andy Murray | (GBR) |
| **London** | *Women's Singles* | Serena Williams | (USA) |
|  | *Men's Doubles* | Bob Bryan | (USA) |
|  |  | Mike Bryan | (USA) |
|  | *Women's Doubles* | Serena Williams | (USA) |
|  |  | Venus Williams | (USA) |
|  | *Mixed Doubles* | Victoria Azarenka | (BLR) |
|  |  | Max Mirnyi | (BLR) |
| **2016** | *Men's Singles* | Andy Murray | (GBR) |
| **Rio de Janeiro** | *Women's Singles* | Monica Puig | (PUR) |
|  | *Men's Doubles* | Marc López | (ESP) |
|  |  | Rafael Nadal | (ESP) |
|  | *Women's Doubles* | Ekaterina Makarova | (RUS) |
|  |  | Elena Vesnina | (RUS) |
|  | *Mixed Doubles* | Bethanie Mattek-Sands | (USA) |
|  |  | Jack Sock | (USA) |
| **2020** | *Men's Singles* | Alexander Zverev | (GER) |
| **Tokyo** | *Women's Singles* | Belinda Bencic | (SUI) |
|  | *Men's Doubles* | Nikola Mektić | (CRO) |
|  |  | Mate Pavić | (CRO) |
|  | *Women's Doubles* | Barbora Krejčíková | (CZE) |
|  |  | Kateřina Siniaková | (CZE) |
|  | *Mixed Doubles* | Anastasia Pavlyuchenkova | (ROC)* |
|  |  | Andrey Rublev | (ROC)* |

*Russian Olympic Committee

**PARALYMPIC GAMES TENNIS EVENT**
**GOLD MEDAL WINNERS 1992-2020**

| | | | |
|---|---|---|---|
| **1992** | *Men's Singles* | Randy Snow | (USA) |
| **Barcelona** | *Women's Singles* | Monique van den Bosch | (NED) |
| | *Men's Doubles* | Randy Snow | (USA) |
| | | Brad Parks | (USA) |
| | *Women's Doubles* | Monique van den Bosch | (NED) |
| | | Chantal Vandierendonck | (NED) |
| | | | |
| **1996** | *Men's Singles* | Ricky Molier | (NED) |
| **Atlanta** | *Women's Singles* | Maaike Smit | (NED) |
| | *Men's Doubles* | Stephen Welch | (USA) |
| | | Chip Parmelly | (USA) |
| | *Women's Doubles* | Monique Kalkman | (NED) |
| | | Chantal Vandierendonck | (NED) |
| | | | |
| **2000** | *Men's Singles* | David Hall | (AUS) |
| **Sydney** | *Women's Singles* | Esther Vergeer | (NED) |
| | *Men's Doubles* | Robin Ammerlaan | (NED) |
| | | Ricky Molier | (NED) |
| | *Women's Doubles* | Esther Vergeer | (NED) |
| | | Maaike Smit | (NED) |
| | | | |
| **2004** | *Men's Singles* | Robin Ammerlaan | (NED) |
| **Athens** | *Women's Singles* | Esther Vergeer | (NED) |
| | *Men's Doubles* | Shingo Kunieda | (JPN) |
| | | Satoshi Saida | (JPN) |
| | *Women's Doubles* | Esther Vergeer | (NED) |
| | | Maaike Smit | (NED) |
| | *Quad Singles* | Peter Norfolk | (GBR) |
| | *Quad Doubles* | Nicholas Taylor | (USA) |
| | | David Wagner | (USA) |
| | | | |
| **2008** | *Men's Singles* | Shingo Kunieda | (JPN) |
| **Beijing** | *Women's Singles* | Esther Vergeer | (NED) |
| | *Men's Doubles* | Stephane Houdet | (FRA) |
| | | Michael Jeremiasz | (FRA) |
| | *Women's Doubles* | Korie Homan | (NED) |
| | | Sharon Walraven | (NED) |
| | *Quad Singles* | Peter Norfolk | (GBR) |
| | *Quad Doubles* | Nicholas Taylor | (USA) |
| | | David Wagner | (USA) |
| | | | |
| **2012** | *Men's Singles* | Stephane Houdet | (FRA) |
| **London** | *Women's Singles* | Esther Vergeer | (NED) |
| | *Quad Singles* | Noam Gershony | (ISR) |
| | *Men's Doubles* | Stefan Olsson | (SWE) |
| | | Peter Vikström | (SWE) |

|  |  | | |
|---|---|---|---|
|  | *Women's Doubles* | Marjolein Buis | (NED) |
|  |  | Esther Vergeer | (NED) |
|  | *Quad Doubles* | Nicholas Taylor | (USA) |
|  |  | David Wagner | (USA) |
| **2016** | *Men's Singles* | Gordon Reid | (GBR) |
| **Rio de Janeiro** | *Women's Singles* | Jiske Griffioen | (NED) |
|  | *Quad Singles* | Dylan Alcott | (AUS) |
|  | *Men's Doubles* | Stephane Houdet | (FRA) |
|  |  | Nicolas Peifer | (FRA) |
|  | *Women's Doubles* | Jiske Griffioen | (NED) |
|  |  | Aniek van Koot | (NED) |
|  | *Quad Doubles* | Dylan Alcott | (AUS) |
|  |  | Heath Davidson | (AUS) |
| **2020** | *Men's Singles* | Shingo Kunieda | (JAP) |
| **Tokyo** | *Women's Singles* | Diede de Groot | (NED) |
|  | *Quad Singles* | Dylan Alcott | (AUS) |
|  | *Men's Doubles* | Stephane Houdet | (FRA) |
|  |  | Nicolas Peifer | (FRA) |
|  | *Women's Doubles* | Diede de Groot | (NED) |
|  |  | Aniek van Koot | (NED) |
|  | *Quad Doubles* | Sam Schroder | (NED) |
|  |  | Niels Vink | (NED) |

**THE ITF AWARDS FOR SERVICES TO THE GAME**

**COMMITTEE OF MANAGEMENT NOMINATIONS**

**1984**    **Mr William Burke** – for an outstanding contribution to the Olympic Demonstration Event at the Los Angeles Olympic Games.

**1985**    **European Tennis Association** - 10th Anniversary of foundation.

**1985**    **The Tourist Office, Portschach, Austria** – for support in the promotion and organisation of international senior events.

**1985**    **Comitato Tennis Mare e Pineta, Cervia, Italy** – for support in the promotion and organisation of international senior events.

**1988**    **Mr Choong-Kun Cho** – for an outstanding contribution to the Olympic Tennis Event at the 1988 Olympic Games in Seoul.

**1992**    **Mr Agustin Pujol** – for an outstanding contribution to the Olympic Tennis Event at the 1992 Olympic Games in Barcelona.

**1993**    **Mr Arthur Ashe** – a posthumous Award for an outstanding and unique contribution to the world of tennis.

**1997**    **Mr Mike Davies** – for an outstanding contribution both as a player, and as Managing Director and General Manager of the ITF from 1988 - 1995.

**1997**    **Mr Marcel Ferralli** – for an outstanding contribution as General Secretary of the ETA for twenty years.

**1997**    **Mr Ken Farrar** – for an outstanding contribution, by upgrading and unifying officiating worldwide.

**BOARD OF DIRECTORS' NOMINATIONS**

**1998**    **Mr Doug MacCurdy** – for an outstanding contribution to develop and promote the game as ITF Director of Development, from 1985 -1998.

**1999**    **Mr Paul McNamee** – for an outstanding contribution both as Davis Cup player and to the success of the Hopman Cup and the Australian Open.

**2000**    **Mr Eddie Herr** – for an outstanding contribution to the game in the field of Junior tennis.

**2002**    **Mr Theo Sperry** – for an outstanding contribution to the game in the field of Seniors tennis.

**2003**    **Mr Mike Daws** – for an outstanding contribution to the Olympic Tennis Event at the 2000 Olympic Games in Sydney

**2005**    **Mrs Denise Panagopoulou** – for an outstanding contribution to the Olympic Tennis Event at the 2004 Olympic Games in Athens

**2006**    **Mr Vicente Calderon Zeballos** – for an outstanding contribution to the development of tennis in the South American region

**2008**    **Mr Franz Feldbausch** – For an outstanding contribution to the game in the field of Junior tennis over 31 years as member of the ITF Junior Committee.

**2009**    **Mrs Charlotte Ferrari** – For an outstanding contribution to the game during 33 years as a member of the organisational staff of Tennis Europe.

**2011**    **Mrs Sun Jin Fang** – for an outstanding contribution to the success of the Olympic Tennis Event at the 2008 Olympic Games in Beijing.

**2014**    **Ms Clare Wood** – for an outstanding contribution to the Olympic Tennis Event at the 2012 Olympic Games in London

**2015**    **Mr Charles Trippe** – for an outstanding contribution to the game over 50 years, from player to National Association president.

**2023**    **Mr Tarak Cherif** - for an outstanding contribution to the game over 30 years, as a National and Regional Association President, a member of the ITF Board and service on various committees.

**NATIONAL ASSOCIATION NOMINATIONS**

**Algeria**
Mr Mohamed Ammari (1999)

**Angola**
Mr Luis da Rosa López (2002)

**Argentina**
Mr Otto Hauser
Mr Enrique Morea (1997)
Mr Eduardo Moline O'Connor (2005)
Ms Mercedes Paz (2008)
Mr Juan Jose Vasquez (1991)
Mr Guillermo Vilas (1993)

**Armenia**
Mr Gevork Karamanoukian (2018)
Mr Harutyun Pambukyan (2008)
Mr Aleksandr Tsaturyan (2005)

**Australia**
Mr John Alexander (2009)
Ms Diane Balestraat (1997)
Mr Ian Barclay (2020)
Mr Peter Bellenger (2005)
Mrs Leslie Bowrey (2003)
Mr John E Bromwich (1982)
Mr Ashley Cooper (2004)
Mrs Margaret Court (1980)
Mr Jack H Crawford (1980)
Mr Jim Entink (1990)
Mrs Evonne Cawley (1982)
Mr Bruce Elliott (2015)
Mr John Fraser OAM (2010)
Mr Neale Fraser (1984)
Mr William Gilmour (1997)
Mr Harry C Hopman (1980)
Mr Barry McMillan (2020)
Mr John Newcombe (2001)
Mr Des Nicholl (2007)
Ms Ann Quinn (2002)
Mr Adrian K Quist (1982)
Mr Jim Reid (1997)
Ms Kerry Reid (1997)
Mr Wayne V Reid (1982)
Mr Tony Roche (2001)
Mr Ken Rosewall (2008)
Mr Anthony Ryan (2006)
Ms Elizabeth Smylie (1997)

Mr Colin Stubs (1997)
Mr Brian R Tobin (1988)
Ms Wendy Turnbull (1992)
Mr Scott Windus (2019)

**Austria**
Mr Peter Feigl (2007)
Mr Hans Kary (1980)
Mr Thomas Muster (1995)
Mr Peter Nader (1995)
Ms Barbara Schett (2006)
Dr Ernst Wolner (2012)
Mr Theodor Zeh (1992)

**Azerbaijan**
Mr Ogtay Asadov (2011)

**Bahamas**
Mr Kit Spencer (1999)

**Bahrain**
Mr Fuad AlRowaie (2019)

**Bangladesh**
Mr Sandru Salem (1992)

**Barbados**
Mr Raymond Forde (2010)
Ms Sandra Osborne (2018)
Ms Helen Roper (2021)

**Belarus**
Mr Max Mirnyi (2013)
Ms Tatiana Poutchek (2017)
Ms Aliaksandra Sasnovich (2020)
Mr Vladimir Voltchkov (2015)
Mrs Natalia Zvereva (2014)

**Belgium**
Mr Ivo Van Aken (2007)
Mr Pierre-Paul De Keghel (2000)
Mr Yves Freson (2015)
Mr Walter Goethals (2014)
Mr André Stein (2023)
Mr Luc Vandaele (2016)
Mr Jean-Paul Van Ussel (2013)

**Benin**
Mr Leopold Somissou (1999)

**Bermuda**
Mr David Lambert (2009)
Mr Allan Simmons (2000)

**Bolivia**
Mr Edmundo Rodriguez (2019)

**Bosnia and Herzegovina**
Mr Neven Tomic (2003)

**Botswana**
Ms Euphemia Ngewu Tlhapane (2007)

**Brazil**
Mr G C Figueiredo (1980)
Mr Jorge Lacerda (2017)
Mr Jorge Paulo Lemann (2006)
Mr Carlos Alberto Martelotte (1993)

**Brunei Darussalam**
Mr Tom Butcher (1997)

**Bulgaria**
Ms Julia Berberian (1992)
Mr Georgi Krumov (2019)
Mr Todor Todorov (1992)
Mr Stefan Tzvetkov Sr (2022)
Mr Tzvetan Tzvetkov (1992)

**Canada**
Mr Klaus Bindhardt (1999)
Mr Josef Brabenec (1997)
Mr Louis Cayer (2010)
Mrs Rene Collins (nee Simpson) (2010)
Mr Francois Godbout (1993)
Mr Lorne Main (2009)
Mr J T Spurgeon (1981)

**Cape Verde**
Mr Antero Barros (1992)

**Chile**
Mr Sergio Elias (2012)

**China**
Ms Li Na (2021)
Mr Liu Wenbin (2023)
Ms Tian-Tian Sun (2010)
Mr Fu-Zhang Wang (1999)
Mr Lu Zhengcao (1999)
Mr Zhang Xiao-Ning (2001)

**Colombia**
Mr William Álvarez (2014)
Mr Iván Molina (2008)

**Cook Islands**
Mr Brian Baudinet (1993)
Ms J Baudinet
Mr Malcolm Kajer (2002)

**Cyprus**
Mr Philios Christodoulou (1992)

**Czechoslovakia**
Mr Antonin Bolardt (1981)
Mr Jiří Javorský (1992)
Mr Jan Kodeš (1998)
Mr Jiří Lendl (1992)
Ms Hana Mandlíková (1997)
Mr Tomáš Šmíd (1992)
Mr Cyril Suk (1988)

**Czech Republic**
Mr Petr Korda (2005)
Mrs Petra Píchalová-Langrová (2012)

**Denmark**
Mr John Ahlstrand (1985)
Mr Otto Buchwald (1997)
Mr Kenneth Carlsen (2003)
Mr Finn Christensen (1995)
Mr Alan Heyman
Mr Henrik Klitvad (2010)
Mr Thomas Kønigsfeldt (2023)
Mr Michael Mortensen (1991)
Mr Kurt Nielsen (2006)
Mr Niels Persson (2005)
Mr Jørgen Scheel (2000)
Ms Tine Scheuer-Larson (1990)
Ms Anne-Mette Sørensen (1990)
Mr Jorgen Ulrich (1985)
Mr Torben Ulrich (2016)
Mr Lone Vandborg (1999)

**Djibouti**
Mr Md Houmed Houssein (2005)

**Dominican Republic**
Mr Gonzalo Mejia Arnal (2002)
Mr Jose Ravelo (1992)

## Ecuador
Mr Luis Ferretti Cobos (2019)
Mr Andrés Gómez (1995)
Mr Francisco Guzman Carmigniani (1998)
Mr Nicolas Macchiavello (1992)
Mr Miguel Mora Olvera (1997)
Mr Colon Nuñez (2021)
Dr Tyrone Flores Pavon (2022)
Mr Francisco Segura (1994)
Mr Raul Viver (2018)

## Egypt
Mr Mohamed Halawa (2005)
Mr Adly El-Shafei (1980)
Mr Ismail El Shafei (2023)
Mr Hussein Nasr (1992)
Mr Hisham Nasser (2006)
Mr Selim Nazif (1980)
Mr Ibrahim M Wasfy (1980)

## El Salvador
Mr Marcelo Rafael Arévalo González (2022)

## Fiji
Mr John Shannon (2017)

## Finland
Mr Erik S Berner (1991)
Mr Harri Louhos (2019)
Mr Jukka Roiha (2007)

## France
Mr Pierre Barthès (1997)
Mr Pierre Darmon (1995)
Mr Gil de Kermedec (1997)
Mr Georges Deniau (1999)
Ms François Dürr (1997)
Mr Guy Forget (2000)
Mr François Jauffret (1995)
Mr Henri Leconte (2000)
Mr Jean-Paul Loth (1995)
Mr Bernard Pestre (2019)
Mr Jean-Claude Marchon (2001)
Mr Jean-Claude Massias (2014)
Ms Anne-Marie Rouchon (2006)

## Georgia
Ms Margalita Chakhnashivili-Ranzinger (2020)
Mrs Leila Meskhi (2011)
Mr Alex Metreveli (2014)

## Germany
Mr Hans-Peter Born (2020)
Mr Wilhelm Bungert (1991)
Mr Franz Feldbausch (1991)
Mr Ferdinand Henkel (1980)
Mr Wolfgang Hofer (1991)
Mr Dirk Hordoff (2019)
Mr Volker Kottkamp (2002)
Ms Helga Masthoff (1980)
Ms Barbara Rittner (2018)
Mr Richard Schoenborn (2001)
Mr Georg E Stoves (1980)

## Ghana
Mr Edmund Annan (1993)

## Great Britain
Sir Carl Aarvold
Mr Edward R Avory
Miss Sue Barker
Mr Jeremy Bates (1995)
Mr Roland Carter (1996)
Sir Geoffrey Cass (2004)
Mr James R Cochrane
Mr John Curry (1999)
Miss Jo Durie (1995)
Mr Christopher Gorringe (1995)
Mr James Eaton Griffith (1981)
Mr Derek N Hardwick (1981)
Mr J S Harrison (1981)
Mr Paul Hutchins (2013)
Mr John C U James (1993)
Mr Peter M Johns (1981)
Mrs P F Jones
Lt Col A Duncan C Macaulay
Mr Alan Mills (1997)
Major A David Mills
Mr Anthony J Mottram
Mrs Judy Murray (2016)
Mr Geoffrey L Paish (1990)
Mrs Anne Pankhurst (2017)
Mr John Parsons (2000)
Mr Derek V Penman (1988)
Mr Mike J Sangster
Mr Harry J Sargeant (1981)
Mr Stuart Smith (2015)
Miss S Virginia Wade
Mr Robert K Wilson
Miss Shirley Woodhead

**Greece**
Mr D Gangas
Mr Spyridon D Gangas (1980)
Mr George Papadeas (1995)
Mr Dimitris Stefanides (1990)

**Guam**
Mr Enrique Ninete (2015)

**Guyana**
Mr Makepeace Richmond (1993)

**Haiti**
Mr Joe Etienne (2004)
Mr Frantz Liautaud (2010)

**Honduras**
Mr Carlos Alberto Caceres Alonzo (2021)
Mr Calton Enrique Alvarez Aguilar (2020)
Mr Francklin Garcia (2023)
Mr Ricardo Pineda Paredes (2022)
Mr Humberto Rodriquez (2019)

**Hong Kong**
Mr Henry Fok (1994)
Mr David Ho (2019)
Mr Stanley Ho (1994)
Mr Fa-Kuang Hu (1988)
Mr Herman Hu (2017)
Mr Philip Kwok (1995)

**Hungary**
Mr István Gulyás (1987)
Mr Tamás Hámori (2015)
Ms Zsuzsa Körmöczy (2006)

**India**
Mr Vijay Amritraj (1988)
Mr Mahesh Bhupathi (2012)
Mr Dilip Bose (1986)
Mr Anil Dhupar (2023)
Mr Anil Khanna (2008)
Mr Raj Khanna (1991)
Mr Sumant Misra (1988)
Mr Jaidip Mukerjea (2003)
Mr Leander Paes (2006)
Mr Syed Zeeshan Ali (2022)

**Indonesia**
Ms Yayuk Basuki (2000)
Maj Gen H Jonosewojo (1985)
Mr Eddy Katimansah (1994)

Ms Suzanna Anggar Kusuma (2002)
Mr Tintus A Wibowo (2005)
Mrs Martina Widjaja (2008)

**Iraq**
Mr Khalid Saaed Al-Sultany (2004)

**Ireland**
Mr Des Allen (2016)
Mr David Miley (2023)
Mr George Stevenson (2018)

**Israel**
Mr A Feiger (1980)
Dr Ian Froman (2017)
Mr Shlomo Glickstein (1987)
Mr David Harnik (1999)
Mr Freddie Krivine (1989)
Mr M Mayer
Mr Zvi Meyer (1992)
Ms Tzipola Obziler (2009)
Ms Ana Smashnova (2006)
Mr J Stabholz

**Italy**
Mr Paolo Angeli (1982)
Mr Michele Brunetti (2002)
Mr Francesco Costantino (2003)
Mr Paolo Galgani (1993)
Mr Adriano Panatta (1993)
Ms Lea Pericoli (2005)
Mr Nicola Pietrangeli (1982)
Mr Orlando Sirola (1996)

**Jamaica**
Mr Leslie E Ashenheim (1982)

**Japan**
Ms Ai Iida (2021)
Mr Osamu Ishiguro (2008)
Mr Kosei Kamo (2006)
Mr Eiichei Kawatei (2009)
Mr Tokusaburo Kosaka (1992)
Mr Takeshi Koura (2022)
Mr A Miyagi (2005)
Mrs Reiko Miyagi (2001)
Mr Masaaki Morita (2011)
Mr Kiichiro Nakamuta (1994)
Mr Toshiro Sakai (2020)
Mr Shin-Ichi Shimizu (1993)
Ms Ai Sugiyama (2010)

Mr Hiroshi Suzuki (2016)
Mr Ryuhei Takashima (1993)
Mr Koji Tanaka (2004)
Mr Tatsuo Tatsuuma (1994)
Mr Masaru Uchiyama (2014)
Mr Koji Watanabe (2012)
Mrs Kazuko Yoshida (2007)

**Kenya**
Mr Baldev Aggarwal (2004)
Mr Jules Carneiro (1988)
Mrs M E Smith

**Kuwait**
Mr Abdul Ridha Al-Ghareeb (1993)
Mr Mohammad Ghareeb (2014)

**Korea**
Mr Jhong-Moon Hong (2000)

**Latvia**
Mr Andis Juska (2022)
Mr Juris Savickis (2019)
Ms Larisa Savchenko (2010)

**Lebanon**
Mr Nohad Schoucair (2019)
Mr E A Yazbeck (1984)

**Lesotho**
Mr E M Khali (1991)
Mr G K Lieta (1991)

**Luxembourg**
Mrs Anne Kremer (2011)

**Madagascar**
Mr Jules Rene Rakotoarivony (1997)

**Malaysia**
Mr Zainal Abidin Ali (1997)
Mr Mohamed Akbar Baba (1995)
Mr Tun Abdul Ghafar Baba (1999)

**Malta**
Mr Adrian Borg Cardona (2002)
Mr Michael Borg Cardona (1999)
Mr Lino Farrugia Sacco (1999)

**Mauritius**
Mr Jean Michel Giraud (2011)
Mr Akhtar Anner Toorawa (2009)
Mr Francoise Desvaux de Marigny (2001)

**Moldova**
Mr Radu Albot (2015)

**Montenegro**
Dr Dimitrije Rašović (2018)

**Morocco**
Mr Mohamed M'jid (1993)

**Mozambique**
Mr Pedro Miguel Figueiredo (1991)
Mr Arao Nhancale (1999)

**Netherlands**
Mr Coert R Beek (1980)
Ms Kiki Bertens (2023)
Ms Kea Bouman (1997)
Mr Ruurd De Boer (1999)
Mr Stanley Franker (1994)
Mr Frank van Fraayenhoven (2009)
Mr Henk Koster (2014)
Mr Tom Okker (2021)
Mr J F Steensma (1982)
Ms Betty Stove (1994)
Mr Henk Timmer (1996)
Ms Chantal Vandierendonck (2001)
Ms Esther Vergeer (2019)

**New Zealand**
Ms Belinda Cordwell (2005)
Mr David Howman (2010)
Mr Chris Lewis (2013)
Mr Onny Parun (2001)
Ms Celia Patrick (2021)
Mr B N Shute (2007)
Mr Jeffrey Simpson (2002)
Mr David Smith (2016)
Mr Ian D Wells (1985)

**Niger**
Mr Ahmed Ousman Diallo (2007)

**Nigeria**
Mr Alhaji Raheem A Adejumo (1990)
Mr Charles Itabor (1993)
Mr Chuka Momah (2010)

**Norway**
Mr Per Frederik Wright (2011)

**Pakistan**
Mr Saeed Hai (1996)
Maj Gen Talat Masood (1988)

**Panama**
Mr Frederick Maduro (2003)

**Paraguay**
Mr Victor Pecci (1991)

**Philippines**
Col Salvador H Andrada (1991)
Mr Luis Antoni Mendoza (2005)
Mr Ajay Pathak (1995)

**Poland**
Mr Wojtek Fibak (1992)
Mr G Findeisen (1981)

**Portugal**
Mr R Cunha-Silva
Mr Jose Houttremann Roquette (1988)

**Russia**
Mr Andrey Bokarev (2019)
Ms Anna Dmitrieva (2009)
Mrs Rauza Islanova (2011)
Mr Egveny Korbut (1987)
Mr Vladimir Lazarev (2012)
Mr G Maslakov
Ms Marina Marienko (2020)
Mr Evgeniy Panteleev (2021)
Mr Aleksei Selivanenko (2015)
Ms Anna Skorodumova (2004)
Mr Shamil Tarpischev (1987)
Mr Viktor Yanchuk (2018)
Mrs Olga Zhikhareva (2014)
Mr Gennadiy Zhukov (2017)

**Samoa**
Mr Waikaremoana Soonalole (2001)

**San Marino**
Mr Domenico Vicini (2007)

**Saudi Arabia**
Mr Saud Ali Alabdulaziz (2008)
Mr Abdullah Al-Hudaithi (1991)
Mr Resheid Abu Rasheid (2002)

**Senegal**
Mr Cheikh Berthe (1997)
Mr Jean-Claude Mimran (2000)

**Seychelles**
Mr John Adam (1991)

**Singapore**
Mr Hassan Alwi (2001)
Mr Ng Mui Soon Gilbert (2023)
Mr Ong Leong Boon (1991)

**Slovak Republic**
Mr Miloslav Mečíř (1994)
Mr Igor Moska (2014)

**Slovenia**
Mr Fredi Reicher (1993)

**South Africa**
Mr Justice B L S Franklin
Mr L Janssens
Mr C F O Lister
Ms Annette Du Plooy (2021)
Mr O G Williams

**Spain**
Mr Jaime Bartroli (1980)
Mr Josep Ferrer Peris (2004)
Mr Antonio Nadal Homar (2011)
Mr J Garriga Nogués
Mr Juan Gisbert (1980)
Cond de Carlos 90nde (1980)
Mr Miguel Lerin (1982)
Mr Pablo Llorens (1980)
Ms Conchita Martínez (2018)
Mr Manuel Orantes (1980)
Mr Rafael Nadal Parera (2021)
Mr Augustin Pujol (2005)
Mr Alberto Riba (2012)
Mr Manuel Santana (1980)
Mr Juan-Maria Tintoré (1985)

**Sri Lanka**
Mr Asitha Attygala (2008)
Mr Iqbal Bin Issack (2023)
Mr Dilsiri Lamani Seneviratne (1991)
Mr Elmore March Perera (1984)
Mr Suresh Subramaniam (2003)
Mr Lalith Withana (2001)

**Swaziland**
Mr Peter Mamba (2008)

**Sweden**
Ms Sofia Arvidsson (2016)
Mr Leif Dahlgren (1999)
Mr Stig Ericson (2011)
Mr Roland Hansson (2017)

Mr Mats Hasselquist (1986)
Mr J Kotschack (1982)
Mr Lennart Larsson (1992)
Mr John Anders Sjogren (1995)
Mr Peter Wallenberg (2004)

**Switzerland**
Mr Jean Brechbühl (2001)
Mr Edi Eckert (1991)
Mr Heinz Grimm (1993)
Dr Maz Gubler (1981)
Mr Roland Haefliger (1991)
Mr Hans Hartmann (1992)
Mr Fritz Kleisli (1991)
Mr Hans Joerg Leder (1992)
Mr Severin Luethi (2021)
Ms Melanie Molitor (2022)
Mrs Lolette Payot (1981)
Dr Werner Steiner (1981)
Mr Svatopluk Stojan (1999)
Mr Dimitri Sturdza (1996)
Ms Christine Ungricht (2006)
Mr François Valmaggia (1993)

**Thailand**
Mr Vittaya Samrej (2002)
Mr Danai Udomchoke (2007)

**Trinidad & Tobago**
Ms Anneliese Rose (2019)
Mr Lionel St Aubyn (1984)

**Tunisia**
Mr Muncef Belkhodja (2007)
Mr Mustapha Belkhodja (1996)
Mr Mondher Ben Ammar (1993)
Mr Slah Bramly (2020)
Mr Malek Jaziri (2023)
Ms Selima Sfar (2019)

**Türkiye**
Mr Azmi Kumova (2009)
Mr Sadi Toker (2001)
Mr Ihsan Can 91nder (2019)

**Ukraine**
Mr German Benyaminov (2016)
Mr Volodymyr Bogdanov (2008)
Mr Aleksandr Dolgopolov (2018)
Ms Maryana Ibraimova (2022)
Mr Sergiy Lagur (2022)
Ms Olga Savchuk (2017)

**United Arab Emirates**
Mr Nasser Al Madani (2011)
Mr Abdulla Al Shaibani (2017)
Mr Abdulrahman Falaknaz (2018)
Sheikh Hasher Bin Maktoum Al Maktoum (2015)

**Uruguay**
Mr Pablo Cuevas (2018)
Mr Enrique Pérez Cassarino (2019)
Mr Carlos Rymer Estrada (2001)
Mr Max Mainser (1983)

**USA**
Mr Russ Adams (2001)
Mr George Barnes (1999)
Mr Nick Bollettieri (2011)
Mr Vic Braden (2003)
Mr Robert A Cookson
Mr Hunter Delatour (1992)
Mr Brian Earley (2018)
Ms Anne-Lise Frank (2009)
Mr J Howard Frazer (1998)
Ms Zina Garrison (2006)
Mr J Randolph Gregson (1994)
Dr Brian Hainline (2013)
Mrs Nancy Jeffett
Mr Leslie Jenkins (1996)
Mr Gordon Jorgensen (1993)
Miss Billie Jean King (1998)
Mr John "Jack" Kramer (1996)
Mr Robert Lansdorp (2005)
Mrs Julia Levering (2003)
Mr Jim Loehr (2013)
Mr Stanley Malless (1992)
Mr David Markin (1991)
Mr Gardner Mulloy (2000)
Mr Charles Pasarell (1996)
Mr Dan Santorum (2010)
Ms Carol Schneider (2000)
Mr Alan Schwartz (2016)
Mr Stan Smith (1995)
Mr Theodore Sperry (1995)
Mr William Talbert (1995)
Mr Tony Trabert (1995)
Mr Dennis Van Der Meer (1999)
Mr Jon Vegosen (2023)
Mrs "Woodie" Phyllis Sublet Walker (2004)
Mr W Harcourt Woods (1993)
Mrs Barbara Williams (1999)
Mrs Barbara S Wynne (2007)

**US Virgin Islands**
Mr William McComb (2013)

**Uzbekistan**
Mr Rustam Inoyatov (2009)
Mr Andrei Kornilov (2017)
Mr Igor Shepelev (2013)

**Venezuela**
Mr Firmin Pérez (1998)

**Yugoslavia**
Mr Radmilo Armenulić (1997)
Mr Boro Jovanović
Mr D Korac (1980)
Mr Radmilo Nikolić (1980)
Mr Josip Palada (1980)
Mr Zoran Peric (1994)
Mr Niki Pilić

**Zimbabwe**
Mr Byron Black (2000)
Mr Wayne Black (2001)
Mr Paul Chingoka (1998)
Mr Arthur J Farmerey (1980)
Mr Yusuf Ebrahim Hassan (1997)
Mr Basil Katz (1993)
Ms Jean Koch (1997)
Mr Basheer Mahomed (1999)
Mrs Ann Martin (2003)
Ms Jill Standen (1994)

**HISTORY OF ITF ANNUAL GENERAL MEETINGS (since 1971)**

| | | |
|---|---|---|
| 1971 | Stresa | Italy |
| 1972 | Helsinki | Finland |
| 1973 | Warsaw | Poland |
| 1974 | Amsterdam | Netherlands |
| 1975 | Barcelona | Spain |
| 1976 | Monte Carlo | Monaco |
| 1977 | Hamburg | Germany |
| 1978 | Stockholm | Sweden |
| 1979 | New York | USA |
| 1980 | Vienna | Austria |
| 1981 | Gstaad | Switzerland |
| 1982 | Acapulco | Mexico |
| 1983 | Tours | France |
| 1984 | Stratford | England |
| 1985 | Barcelona | Spain |
| 1986 | Newport | USA |
| 1987 | Abidjan | Ivory Coast |
| 1988 | Paris | France |
| 1989 | Buenos Aires | Argentina |
| 1990 | Athens | Greece |
| 1991 | Hamburg | Germany |
| 1992 | La Romana | Dominican Republic |
| 1993 | Vancouver | Canada |
| 1994 | Hong Kong | Hong Kong |
| 1995 | Edinburgh | Scotland |
| 1996 | Lausanne | Switzerland |
| 1997 | Cairo | Egypt |
| 1998 | Killarney | Ireland |
| 1999 | Noordwijk | Netherlands |
| 2000 | Antalya | Türkiye |
| 2001 | Cancun | Mexico |
| 2002 | Marrakech | Morocco |
| 2003 | Rio de Janeiro | Brazil |
| 2004 | Barcelona | Spain |
| 2005 | Prague | Czech Republic |
| 2006 | Seoul | Korea |
| 2007 | Tunis | Tunisia |
| 2008 | Moscow | Russia |
| 2009 | Madrid | Spain |
| 2010 | Washington DC | USA |
| 2011 | Bangkok | Thailand |
| 2012 | Copenhagen | Denmark |
| 2013 | Paris | France |
| 2014 | Dubai | United Arab Emirates |
| 2015 | Santiago | Chile |
| 2016 | Zagreb | Croatia |
| 2017 | Ho Chi Minh City | Vietnam |

| 2018 | Orlando | USA |
| 2019 | Lisbon | Portugal |
| 2020 | Virtual | |
| 2021 | Madrid | Spain |
| 2022 | Glasgow | Scotland |
| 2023 | Cancún | Mexico |

## OFFICERS OF THE INTERNATIONAL TENNIS FEDERATION

### PRINCIPALS (CHAIRS)

| | | |
|---|---|---|
| 1913 | Dr H O Behrens | (GER) |
| 1914 | Mr H Wallet | (FRA) |
| 1919 | Mr P de Borman | (BEL) |
| 1920 | Mr C Barde | (SUI) |
| 1921 | Mr P de Borman | (BEL) |
| 1922 | Mr E Clarke | (RSA) |
| 1923 | Mr A E M Taylor | (GBR) |
| 1924 | Mr H Wallet | (FRA) |
| 1925 | Dr J M Flavelle | (GBR) |
| 1926 | Mr M Rances | (FRA) |
| 1927 | Mr C Barde | (SUI) |
| 1928 | Mr P de Borman | (BEL) |
| 1929 | Mr C Barde | (SUI) |
| 1930/31 | Mr M Rances | (FRA) |
| 1932 | Dr H O Behrens | (GER) |
| 1933 | Mr P de Borman | (BEL) |
| 1934 | Mr L J Carruthers | (USA) |
| 1935 | Mr G Uzielli | (ITA) |
| 1936 | Mr C Barde | (SUI) |
| 1937 | Mr C de Borman | (BEL) |
| 1938 | Dr H O Behrens | (GER) |

The office of Principal (CHAIR) was replaced by the office of President in 1938.

### PRESIDENTS

| | | |
|---|---|---|
| 1938/39 | Mr P Gillou | (FRA) |
| 1939/46 | Mr C Barde | (SUI) |
| 1946/47 | Mr P de Borman | (BEL) |
| 1947/48 | Mr P Gillou | (FRA) |
| 1948/49 | Mr J Eaton Griffith | (GBR) |
| 1949/50 | Dr R B Kingman | (USA) |
| 1950/51 | Mr R H Youdale | (AUS) |
| 1951/52 | Mr D Croll | (NED) |
| 1952/53 | Mr C Barde | (SUI) |
| 1953/54 | Mr J Eaton Griffith | (GBR) |
| 1954/55 | Dr R B Kingman | (USA) |
| 1955/56 | Dr G de Stefani | (ITA) |
| 1956/57 | Mr R H Youdale | (AUS) |
| 1957/58 | Mr R N Watt | (CAN) |
| 1958/59 | Mr C Barde | (SUI) |
| 1959/60 | Mr J Eaton Griffith | (GBR) |
| 1960/61 | Mr J Borotra | (FRA) |
| 1961/62 | Mr R H Youdale | (AUS) |
| 1962/63 | Dr G de Stefani | (ITA) |
| 1963/65 | Mr J Eaton Griffith | (GBR) |
| 1965/67 | Dr P da Silva Costa | (BRA) |

| 1967/69 | Dr G de Stefani | (ITA) |
| 1969/71 | Mr B A Barnett | (AUS) |
| 1971/74 | Mr A Heyman | (DEN) |
| 1974/75 | Mr W E Elcock | (USA) |
| 1975/77 | Mr D N Hardwick | (GBR) |
| 1977/91 | Mr P Chatrier | (FRA) |

### PRESIDENT AND CHIEF EXECUTIVE

| 1991/99 | Mr B Tobin | (AUS) |
| 1999/2015 | Mr F Ricci Bitti | (ITA) |
| 2015/2021 | Mr D Haggerty | (USA) |

The joint office of President and Chief Executive Officer was split with effect from 1 January 2022.

### PRESIDENT

| 2022 | Mr D Haggerty | (USA) |

### CHIEF EXECUTIVE OFFICER

| 2022 | Mr K Fairweather | (RSA) |

### GENERAL SECRETARIES

| 1913/20 | Mr R Gallay | (FRA) |
| 1920/47 | Mr R Gallay & Mr H A Sabelli | (FRA & GBR) |
| 1948/49 | Mr R Gallay & Mr S B Reay | (FRA & GBR) |
| 1949/61 | Mr S B Reay & Mr A Gentien | (GBR & FRA) |
| 1961/70 | Mr S B Reay & Mr N Barrelon | (GBR & FRA) |
| 1970/73 | Mr S B Reay & Mr B Berthet | (GBR & FRA) |
| 1973/76 | Mr S B Reay | (GBR) |
| 1976/84 | Mr D Gray | (GBR) |
| 1984/86 | Miss S Woodhead | (GBR) |

The office of General Secretary was abolished in 1987. The functions of the General Secretary were incorporated in the new position of Chief Operating Officer.

### CHIEF OPERATING OFFICER

| 1989/91 | Mr B Tobin - Executive Vice-President | (AUS) |
| 1991/95 | Mr M Davies - General Manager | (GBR) |
| 1995/98 | Mr D MacCurdy - General Manager | (USA) |
| 1998/2015 | Mr J Margets - Executive Vice-President | (ESP) |
| 2015/2016 | Mr J Margets | (ESP) |
| 2017/2021 | Mr K Fairweather | (RSA) |

The office of Chief Operating Officer was discontinued from 2022. The functions of the Chief Operating Officer were incorporated into the position of Chief Executive Officer, which was separated from the role of President.

**HONORARY TREASURERS**

| | | |
|---|---|---|
| 1913/39 | Mr R Gallay | (FRA) |
| 1946/63 | Sir Clarence Sadd | (GBR) |
| 1963/77 | Mr H J Sargeant | (GBR) |
| 1977/2013 | Mr D Jude | (GBR) |

The position of Honorary Treasurer was discontinued in 2013 and its responsibilities redistributed.

**ITF LIMITED 2023-2027**
**OFFICERS**

**President**
David Haggerty (USA)

**Vice Presidents**
Dr Brian Hainline (USA)
Salma Mouelhi Guizani (TUN)
Bulat Utemuratov (KAZ)
Rafael Westrupp (BRA)

**Board of Directors**

| | |
|---|---|
| Carlos Bravo (CRC) | Lionel Ollinger (FRA) |
| Roger Davids (NED) | Mary Pierce (FRA) |
| Jack Graham (CAN) | David Rawlinson (GBR) |
| Åsa Hedin (SWE) | Jordi Tamayo De Winne (ESP) |
| Naohiro Kawatei (JPN) | Dietloff von Arnim (GER) |
| Philip Mok (HKG) | Mark Woodforde (AUS) |

**Honorary Life President**
Francesco Ricci Bitti (ITA)
Brian Tobin (AUS)

**Honorary Life Vice President**
Katrina Adams (USA)
Heinz Grimm (SUI)
Juan Margets (ESP)
Geoff Pollard (AUS)
Rene Stammbach (SUI)

**Honorary Life Counsellors**

| | |
|---|---|
| Jan Carlzon (SWE) | David Jude (GBR) |
| Martin Corrie (GBR) | Ian King (GBR) |
| Jean Claude Delafosse (CIV) | Julia Levering (USA) |
| Sergio Elias (CHI) | Roman Murashkovsky (RUS) |
| Ismail El Shafei (EGY) | Alvaro Peña (ESP) |
| Fathi Farah (TUN) | Stuart Smith (GBR) |
| Lucy Garvin (USA) | Georg von Waldenfels (GER) |
| Bernard Giudicelli (FRA) | |

## ADMINISTRATION

**Chief Executive Officer**
Kelly Fairweather

**Senior Executive Directors**

| | |
|---|---|
| Dominic Anghileri | Finance & Administration |
| Heather Bowler | Communications |
| Dr Stuart Miller | Integrity & Legal |
| Jackie Nesbitt | Tours and Player Pathway |

**Executive Directors**

| | |
|---|---|
| Justine Albert | Operations, Major Events |
| Louise Booth | Digital |
| Dario Giovannelli | Legal Services |
| Andrew Moss | World Tennis Tour & Data Rights |
| Jane O'Sullivan | Human Resources |
| Mat Pemble | Information Technology |
| Luca Santilli | Tennis Development |
| Tim Stemp | Commercial |

**Heads of Department**

| | |
|---|---|
| Cain Berry | Wheelchair Sports Science & Pathway |
| Matt Byford | Juniors & Masters |
| Jamie Capel-Davies | Science & Technical |
| Jason Chiu | Technology Programmes |
| Miguel Crespo | Participation & Education |
| George Donnelly | World Tennis Tour, Operations |
| Alex Hughes | Major Events |
| Debbie Kirkwood | Development |
| Mr Andrew Moss | World Tennis Tour, Strategy and Pathway |
| Andrew Nicholas-Wynne | Officiating Compliance |
| Nick Parry | IT Operations |
| Iain Smith | Officials |
| Nicky Stanton | Partnerships and Insights (Commercial) |
| Alistair Williams | Wheelchair Tennis & Live Scoring |

**BOARD OF DIRECTORS –2023-2027**

DAVID HAGGERTY                 President
                               International Tennis Federation
                               Bank Lane
                               Roehampton
                               London SW15 5XZ
                               United Kingdom
                               Tel: +44 208 878 6464

CARLOS BRAVO                   Federación Costarricense de Tenis
                               Apartado 575
                               San José
                               Costa Rica
                               Tel: +506 22271335

ROGER DAVIDS                   Koninklijke Nederlandse KNLTB
                               Postbus 8021
                               Amstelveen 1180 LA
                               Netherlands
                               Tel: +31 88 130 26 00

JACK GRAHAM                    McInnes Cooper
                               Suite 1300, 1969 Upper Water Street
                               Purdy's Wharf Tower II
                               PO Box 730
                               Halifax, Nova Scotia B3J 2V1
                               Canada
                               Tel: +1 902 444 8543

BRIAN HAINLINE                 c/o United States Tennis Association
                               2500 Westchester Avenue, Suite 411,
                               Purchase,
                               NY  10577
                               USA
                               Tel: +1 914 696 7000

ÅSA HEDIN                      The Swedish Tennis Association
                               Lidingovagen 75
                               Stockholm  SE-115 41
                               Sweden
                               Tel: +46 10 444 04 10

NAOHIRO KAWATEI                Japan Tennis Association
                               c/o 7F Japan Sport Olympic Square 7F
                               4-2 Kasumigaoka-Machi
                               Shinjuku-ku
                               Tokyo 160-0013
                               Japan
                               Tel: +81 36812 9271

100

| | |
|---|---|
| PHILIP MOK | The Hong Kong, China Tennis Association Ltd<br>Room 1021, Olympic House<br>1 Stadium Path<br>So Kon Po, Causeway Bay<br>Hong Kong China<br>Tel: +852 2 504 8266 |
| SALMA MOUELHI GUIZANI | Fédération Tunisienne de Tennis<br>B.P. 350<br>Cite Nationale Sportive<br>El Menzah<br>Tunis<br>Tel: +216 71 844 144 |
| LIONEL OLLINGER | c/o Fédération Française de Tennis<br>Stade Roland Garros<br>2 Avenue Gordon Bennett<br>Paris   75016<br>France<br>Tel: +33 1 4743 4800 |
| MARY PIERCE | c/o ITF, Bank Lane<br>Roehampton<br>London SW15 5XZ<br>United Kingdom<br>Tel: +44 208 392 4602 |
| DAVID RAWLINSON | c/o The Lawn Tennis Association<br>The National Tennis Centre<br>100 Priory Lane<br>Roehampton   SW15 5JQ<br>United Kingdom<br>Tel: +44 208 487 7192 |
| JORDI TAMAYO DE WINNE | c/o Real Federación Española de Tenis<br>Gran Via de Carles III, 124<br>Barcelona  08034<br>Spain<br>Tel: +34 93 200 5355 |
| BULAT UTEMURATOV | Kazakhstan Tennis Federation<br>1 Zheltoksan Str.<br>Nur-Sultan 010000<br>Kazakhstan<br>Tel: +77 172 390 387 |

DIETLOFF VON ARNIM            Deutscher Tennis Bund EV
                             Hallerstrasse 89
                             Hamburg  20149
                             Germany
                             Tel: +49 40 411 780


RAFAEL WESTRUPP              Confederação Brasileira de Tênis
                             Av. Governador Irineu Bornhausen, s/n
                             Agronômica
                             Florianópolis  88025-200
                             Brazil
                             Tel: +55 48 3028 8900


MARK WOODFORDE               c/o ITF, Bank Lane
                             Roehampton
                             London SW15 5XZ
                             United Kingdom
                             Tel: +44 208 392 4602



**Auditors**

PricewaterhouseCoopers LLP, London, United Kingdom

**Legal Counsel**

United Kingdom:        Bird & Bird LLP
United Kingdom:        Charles Russell Speechlys LLP
United Kingdom:        Squire Patton Boggs

**ITF COMMITTEES AND COMMISSIONS – 2024-2025**

**COMPETITION COMMITTEES**

**Davis Cup Committee**
Chair: Mark Woodforde (AUS/BoD)
Jennifer Bishop (CAN)
Agustin Calleri (ARG)
Goran Djokovic (SRB)
Naohiro Kawatei (JPN/BoD)
Scott Lloyd (GBR)
Iva Majoli (CRO)
Lionel Ollinger (FRA/BoD)
Christer Sjöö (SWE)
Henrik Thorsoe Pedersen (DEN)
Brian Vahaly (USA)
Dietloff von Arnim (GER/BoD)
Evgeniy Zukin (UKR)
Ross Hutchins (ATP – Observer)

**Billie Jean King Cup Committee**
Chair: Mary Pierce (FRA/BoD)
Katrina Adams (USA)
Nathalie Dechy (FRA)
Rebecca James (GBR)
Christiane Jolissaint (SUI)
Ilana Kloss (USA)
Raimondo Ricci Bitti (ITA)
Horia Vlad Tecău (ROU)
Nico Weschenfelder (GER)
Xin Zhang (CHN)
Joan Pennello (WTA – Observer)

**Olympic Committee**
Chair: David Haggerty (ITF President)
Xilin Bai (CHN)
Tarak Cherif (TUN)
Stefan Fransson (SWE)
Naohiro Kawatei (JPN/BoD)
Alicia Masoni de Morea (ARG)
Gilles Moretton (FRA)
Mary Pierce (FRA/BoD)
Sandi Procter (GBR)
Megan Rose (USA)
Ruth Wipfli Steinegger (SUI)
Mark Woodforde (AUS/BoD)
Spyros Zannias (GRE)
Ross Hutchins (ATP – Observer)
Neil Robinson (WTA – Observer)

**ITF World Tennis Tour Committee**
Chair: Naohiro Kawatei (JPN/BoD)
Vasco Costa (POR)
Igor del Busto Madariaga (ESP)
Giorgio Di Palermo (ITA)
Julio Ferrari Yegros (PAR)
Abdelaziz Laarraf (MAR)
Galip Ozgur Erguden (TUR)
Virginija Paliukaite (LTU)
François Pareau (FRA)
Veronika Rücker (GER)
Kirsty Thomson (GBR)
Ian Vazquez (USA)
Rafael Westrupp (BRA/BoD)
Fabrice Chouquet (WTA)
Richard Glover (ATP)

**Juniors Committee**
Chair: Carlos Bravo (CRC/BoD)
Mohammad Ali Murtaza (PAK)
Arij Almutabagani (KSA)
Akgul Amanmuradova (UZB)
Alois Beust (FRA)
Tracy Davies (USA)
Anil Kumar Dhupar (IND)
Hassan El Arousy (EGY)
Isabelle Gemmel (AUS)
Merve Gültekinler Sadi (TUR)
Marion Maruska (AUT)
Yoshinori Nakayama (JPN)
Sani Mohammed Ndanusa (NGR)
Avraham Perets (ISR)
Janet Petras (CAN)
Antonio Prat Barasoain (ESP)
David Samudio Gomez (COL)
Aleksandar Sekulović (MNE)
Rodrigo Valdebenito (CHI)
Martin Weston (GBR)
Wenxue Zhou (CHN)

**Wheelchair Tennis Committee**
Chair: Jordi Tamayo De Winne (ESP/BoD)
Florence Alix Gravellier (FRA)
Iqbal Bin Issack (SRI)
Jennifer Edmonson (USA)
Danielle Gescheit (AUS)
Miguel Irigoyen (ESA)
James Kenani (KEN)
Daisuke Kitahara (JPN)
Erik Koers (GBR)

Henry Kwaku Nyanteh Larbi (GHA)
Esther Vergeer (NED)
Jakob Wiener (ISR)

**Masters Committee**
Chair: Salma Mouelhi Guizani (TUN/BoD)
Carol Clay (USA)
Eziz Dovletov (TKM)
Martin Lager (SWE)
Mario Monroy (PER)
Bruce Osborne (AUS)
David Rawlinson (GBR/BoD)
Sabine Schmitz (GER)
Wenbing Sun (CHN)
Martha Tirop (KEN)
Irwin Tobias (CAN)

**Beach Tennis Committee**
Chair: Philip Mok (HKG/BoD)
Fabienne Bretz (GER)
Danilo Carrera-Drouet (ECU)
Morgane Dorgeret (FRA)
Allar Hint (EST)
Hayden Mitchell (TTO)
Nancy Nduku Muli (KEN)
Jeferson Pinto (BRA)
Baris Sahin (TUR)

**STRUCTURE AND ORGANISATION COMMITTEES**

**Finance Committee**
Chair: David Rawlinson (GBR/BoD)
Carlos Bravo (CRC/BoD)
Åsa Hedin (SWE/BoD)
Rene Stammbach (SUI)

**ITF Audit Committee**
Chair: Gavin Crookes (RSA)
Terri-Ann Scorer (NZL)

**ITF Remco Committee**
Chair: Martin Corrie (GBR)
Åsa Hedin (SWE/BoD)
David Rawlinson (GBR/BoD)

**Rules of Tennis Committee**
Chair: Carlos Bravo (CRC/BoD)
James Keothavong (GBR)
Sean Cary (USA)
Miro Bratoev (ATP)
Fabrice Chouquet (WTA)
Ugo Valensi (GSB/Ex-officio)
Dietloff von Arnim (GER/BoD)

**Constitutional Committee**
Chair: Jack Graham (CAN/BoD)
Antti Aine (FIN)
Jeffrey Baill (USA)
Dirk De Maeseneer (BEL)
Esteban Elias (CHI)
Shmuel Herzig (ISR)
Sandrine Jallet Pillot (FRA)
Epaminondas Metaxas (CYP)
Hiroko Shibata (JPN)
Jordi Tamayo De Winne (ESP/BoD)
Rolf Thung (NED)
Pamela Woodman (GBR)

**Advantage All Committee**
Chair: Salma Mouelhi Guizani (TUN/BoD)
Katrina Adams (USA)
Davood Azizi (IRI)
Maggie Chan Jones (USA)
Esra Eczacibasi Coskun (TUR)
Lusine Gasparyan (ARM)
Lanni Huang (CHN)
Wanjiru Mbugua Karani (KEN)
Henrik Maris (DEN)
Julie Paterson (NZL)
Teemu Purho (FIN)
Vicki Reid (AUS)
Larissa Schaerer (PAR)
Olga Simunovic (CRO)
Zenabu Sulemana (GHA)

**ITF PRESIDENT'S TASKFORCES**

**Davis Cup Billie Jean King Cup Taskforce**
Chair: Carlos Bravo (CRC/BoD)
Sabira Abdullayeva (AZE)
Sinem Alptekin (TUR)
Ismail ElShafei (EGY)
Gevork Karamanoukian (ARM)
Demetris Leontis (CYP)
Philip Mok (HKG/BoD)
Salim Saifullah Khan (PAK)
Torgun Smith (GUM)
Iroda Tulyaganova (UZB)
Jianbin Wan (CHN)

**Regional Association President Taskforce**
Chair: David Haggerty (ITF President)
Yuriy Polskiy (ATF)
TBC (TE)
Cyrille Mainguy (OTF)

Jean Claude Talon (CAT)
Rafael Westrupp (COSAT/BoD)
Persio Maldonado (COTECC)

**Governance Structure Taskforce**
Chair: Bulat Utemuratov (KAZ/BoD)
Jack Graham (CAN/BoD)

**Stakeholder Engagement Taskforce**
Chair: Roger Davids (NED/BoD)
Thomas Hammerl (AUT)
Miguel Irigoyen (ESA)
Manpreet Kandhari (IND)
Ivan Machado (PAR)
Hichem Riani (TUN)
David Smith (NZL)

**Strategic Taskforce**
Chair: Dr Brian Hainline (USA/BoD)
Åsa Hedin (SWE/BoD)
Peter Kruyt (CAN)
Scott Lloyd (GBR)

**Data and Digital Taskforce**
Chair: Roger Davids (NED/BoD)
Philip Mok (HKG/BoD)

**COMMISSIONS**

**Sport Science and Medicine Commission**
Chair: Dr Brian Hainline (USA/BoD)
Prof. Petar Barbaros (CRO)
Dr Moroe Beppu (JPN)
Dr Martine Bisset (FRA)
Dr Guy Evans (GBR)
Dr Raymond Forde (BAR)
Dr Babette Pluim (NED)
Dr Machar Reid (AUS)
Dr Ángel Ruiz Cotorro (ESP)
Todd Ellenbecker (ATP)
Kathleen Stroia (WTA)

**Coaches Commission**
Chair: Rafael Westrupp (BRA/BoD)
Sofia Benhalima (ALG)
Jürg Bühler (SUI)
Roberta Burzagli (BRA)
Belinda Colaneri (AUS)
Ghizela Enslin (RSA)
Guido Fratzke (GER)
Sunder Iyer (IND)

Bojan Kovac (CRO)
Irina Kuzmina-Rimsa (LAT)
Sabrina Leger (FRA)
Edita Liachoviciute (LTU)
Feng Liu (CHN)
Megan Moulton-Levy (USA)
Mostafa Naim Dalam (EGY)
Hichem Riani (TUN)
Paul Roetert (USA)
Barbara Rossi (ITA)
Hayato Sakurai (JPN)
Asim Shafik (PAK)
Merlin Van de Braam (GBR)
Birol Vural (TUR)
Fabiola Zuluaga (COL)

**Technical Commission**
Chair: Dietloff von Arnim (GER/BoD)
Rémy Azémar (FRA)
Ivanhoe Calix (HON)
Prof Steve Haake (GBR)
Charles Jettmar (USA)
Goran Rafajlovski (MKD)
Ali Nili (ATP)
Giulia Orlandi (WTA)
Wayne McKewen (Grand Slams)

**Athletes Commission**
Co-Chair: Mary Pierce (FRA/BoD)
Co-Chair: Mark Woodforde (AUS/BoD)
*Members to be confirmed*

**Joint Media Commission**
Chair: David Haggerty (ITF President)
Reem Abulleil (EGY)
Jennifer Arianas (USA)
Carole Bouchard (FRA)
Simon Briggs (GBR)
Clive Brunskill (GBR)
Simon Cambers (GBR)
Howard Fendrich (USA)
Russell Fuller (GBR)
Ray Giubilo (ITA)
Prajwal Hegde (IND)
Pete Holtermann (USA)
Aurelia Mounier (FRA)
Fred Mullane (USA)
Julien Reboullet (FRA)
Catherine Whitaker (GBR)

**Ethics Commission**
Chair: Sandra Osborne (BAR)
Jack Anderson (AUS)
Tanja Haug (GER)
David Howman (NZL)
Urvasi Naidoo (GBR)
Dr Jean Nicolau (BRA)
Donald Rukare (UGA)

## ITF BODIES AND WORKING GROUPS

**Development Advisors Group**
Chair: Jack Graham (CAN/BoD)
Carlos Bravo (CRC/BoD)
Brian Hainline (USA/BoD)
Naohiro Kawatei (JPN/BoD)
Salma Mouelhi Guizani (TUN/BoD)
Lionel Ollinger (FRA/BoD)

**ITF Investment Panel**
Chair: Martin Corrie (GBR)
Mario Campos (BRA)
Mike Felton (GBR)
Georges Gagnebin (SUI)
David Rawlinson (GBR/BoD)

**North and Central America Regional Working Group**
Co-ordinator: Luca Santilli (ITF)
Cecilia Ancalmo (ESA)
Tracy Davis (USA)
Guillaume Marx (CAN)

## ITF Representatives to Other Tennis Bodies

**Hopman Cup Pty Ltd – Board of Directors**
Chair: David Haggerty (ITF President)
Stephen Healy (AUS)
Rene Stammbach (SUI)
Stefan Tzvetkov (BUL)

**ITF Representatives on the WTA Board**
Member: David Haggerty (ITF President)
Alternative: Jackie Nesbitt (ITF Senior Executive Director, Tours & Player Pathway

**Anti-Doping Working Group**
Dr Stuart Miller

**ITF REPRESENTATIVES TO OTHER EXTERNAL SPORT BODIES**

**International Olympic Committee (IOC)**
David Haggerty                IOC Member

**Association of Summer Olympic International Federations (ASOIF)**
David Haggerty                Delegate
Kelly Fairweather             Delegate

**International University Sport Federation (FISU)**
Alex Hughes                   FISU Technical Delegate

**NATIONAL ASSOCIATIONS ADDRESS LIST as of 1 January 2024**
For the most up-to-date list please refer to:
www.itftennis.com/en/about-us/organisation/member-associations/
For Members Share allocations refer to Appendix A.

**Afghanistan (AFG)**
Afghanistan Tennis Federation
Telephone: 93 70 274 772
President: Abdul Azim Niazi
Secretary: Ahmad Shaheer Shahriar
Email: afghantennisfederation@yahoo.co.uk

**Albania (ALB)**
Albanian Tennis Federation
Telephone: 355 42 74 361
Fax: 355 42 54 750
President: Ferdinand Sulo
Secretary: Klaus Bardeli
Email: info@albaniantennis.com

**Algeria (ALG)**
Fédération Algérienne de Tennis
Telephone: 213 23 761 426
President: Nabil Cheriak
Secretary: Mohamed Cherif Outaidelt
Email: fat@fatdz.com
Website: www.fatdz.com

**American Samoa (ASA)**
American Samoa Tennis Association
Telephone: 1 684 699 6037
President: Florence Wasko
Secretary: Ti'a Reid
Email: tennis@asnoc.org

**Andorra (AND)**
Federació Andorrana de Tennis
Telephone: 376 890 350
Fax: 376 890 359
President: Gerard Blasi
Secretary: Albert Casas
Email: fta@fta.ad

**Angola (ANG)**
Federação Angolana de Tenis
Telephone: 244 222 746 016
President: Platini Alexandre Stock Sousa Mendes
Secretary: Antonio Malengue
Email: geral@fatenis.co.ao

**Anguilla (AIA)**
Anguilla National Tennis Association
Telephone: 1 264 584 6891
President: Michelle Owens-Vasilis
Secretary: Marilyn Connor
Email: anguillanta@gmail.com

**Antigua & Barbuda (ANT)**
Antigua & Barbuda Tennis Association
Telephone: 1 268 560 5575
President: Cordell Williams
Secretary: Peter Quinn
Email: anu.btennis@gmail.com

**Argentina (ARG)**
Asociación Argentina de Tenis
Telephone: 54 11 5277 6300
Fax: 54 11 4328 9145 / 46 / 42
President: Agustin Calleri
Secretary: Omar Carballo
Email: info@aat.com.ar
Website: www.aat.com.ar

**Armenia (ARM)**
Armenian Tennis Federation
Telephone: 374 10 529 429
President: Harutyun Pambukyan
Secretary: Gevork Karamanoukian
Email: tennisarmenia@email.com
Website: www.tennisarmenia.org/hy

**Aruba (ARU)**
Tennis Aruba
Telephone: 297 5935053
President: Franz Sydow
Secretary: Sulaine Wong
Email: info@tennisaruba.com

**Australia (AUS)**
Tennis Australia
Telephone: 61 03 9914 4000
President: Jayne Hrdlicka
Secretary: Jacquie Mangan
Email: tareception@tennis.com.au
Website: www.tennis.com.au

112

**Austria (AUT)**
Österreichischer Tennisverband
Telephone: 43 1 865 4506
Fax: 43 1 865 4506 85
President: Martin Ohneberg
Secretary: Thomas Schweda
Email: info@oetv.at
Website: www.oetv.at

**Azerbaijan (AZE)**
Azerbaijan Tennis Federation
Telephone: 994 12 561 56 11
Fax: 994 12 561 55 39
President: Ogtay Asadov
Secretary: Sabira Abdullayeva
Email: tennis@tennisfed.az

**Bahamas (BAH)**
The Bahamas Lawn Tennis Association
Telephone: 1 242 323 3933
Fax: 1 242 323 3934
President: Perry Newton
Secretary: John Laramore
Email: perry@blta.net
Website: www.blta.net

**Bahrain (BRN)**
Bahrain Tennis Federation
Telephone: 973 17 687 236
Fax: 973 17 781 533
President: AbdulAziz Al-Khalifa
Secretary: Fuad Mohammed Al Rowaie
Email: info@bahraintennisfederation.com
Website: www.bahraintennisfederation.com

**Bangladesh (BAN)**
Bangladesh Tennis Federation
Telephone: 880 2 862 6287
Fax: 880 2 966 2711
President: Khalid Mahmud Chowdhury
Secretary: Abu Syed Mohammad Haider
Email: btftennis@yahoo.com

**Barbados (BAR)**
Barbados Tennis Association Inc.
Telephone: 1 246 427 5300 / 5298
Fax: 1 246 429 3342
President: Raymond Forde
Secretary: Jeanne Symmonds
Email: tennisbarbados@caribsurf.com
Website: www.tennisbarbados.org

**Belarus (BLR)**
Belarus Tennis Federation
Telephone: 375 17 226 9374
Fax: 375 172 269 823
President: Siarhei Rutenka
Secretary: Kate Lisitsa
Email: belarustennis@gmail.com
Website: www.tennis.by

**Belgium (BEL)**
Fédération Royale Belge de Tennis
Telephone: 322 548 0304
Fax: 32 2 548 0303
President: Dirk De Maeseneer
Secretary: Gijs Kooken
Email: info@rbtf.be
Website: www.rbtf.be

**Belize (BIZ)**
Belize Tennis Association
Telephone: 501 22 77070
Fax: 501 22 75593
President: Samira Musa Pott
Secretary: Juana Avila
Email: belizetennisassociation@gmail.com

**Benin (BEN)**
Fédération Beninoise de Lawn Tennis
Telephone: 229 21 33 15 11
Fax: 229 21 33 15 11
President: Jean-Claude Talon
Secretary: Agossou Bernardin Codjo
Email: fedebenintennis@yahoo.com

**Bermuda (BER)**
Bermuda Lawn Tennis Association
Telephone: 1 441 292 0105
Fax: 1 441 295 3056
President: Michael Wolfe
Secretary: Richard Mallory
Email: info@blta.bm
Website: www.blta.bm

**Bhutan (BHU)**
Bhutan Tennis Federation
Telephone: 975 232 6768
Fax: 975 232 6768
President: Palden Dorji
Secretary: Sonam Yangchen
Email: bhutantennisfederation@gmail.com
Website: www.btf.bt

**Bolivia (BOL)**
Federación Boliviana de Tenis
Telephone: 591 3 337 3024
Fax: 591 3 337 3024
President: Hiber Villafañe Guardia
Secretary: Daniel Berdecio Mercado
Email: secfbt@fbtenis.org.bo /
gerencia@fbtenis.org.bo
Website: www.fbtenis.org.bo

**Bonaire**
Bonairiaanse Lawn Tennis Bond
Telephone: 599 701 0507
President: Gianni Francees
Secretary: Wanda Bommer
Email: info@bonairetennisassociation.com

**Bosnia and Herzegovina (BIH)**
Tennis Association of Bosnia and Herzegovina
Telephone: 387 33 976 900
Fax: 387 33 555 157
President: Miodrag Markovic
Secretary: Senad Hadžimešic
Email: tsbih@tsbih.ba
Website: www.tsbih.ba

**Botswana (BOT)**
Botswana Tennis Association
Telephone: 267 318 5859
Fax: 267 397 3193
President: Oaitse Thipe
Email: office@tennisbw.org.bw

**Brazil (BRA)**
Confederação Brasileira de Tênis
Telephone: 55 48 3028 8900
Fax: 55 48 3028 8900
President: Rafael Westrupp
Secretary: Ivan Machado
Email: tecnico@cbtenis.com.br
Website: www.cbtenis.com.br

**British Virgin Islands (IVB)**
BVI Tennis Association
Telephone: 284 441 2093
Fax: 1 284 494 5028
President: Carol Mitchell
Secretary: Marsha Corea
Email: britishvita@gmail.com
Website: www.bvitennis.com

**Brunei (BRU)**
Brunei Darussalam Tennis Association
Telephone: 673 2 381 205
Fax: 673 2 381 205
President: Zahiruddin Zahari
Secretary: Yusree Yusainey
Email: bruneitennis.bdta@gmail.com

**Bulgaria (BUL)**
Bulgarian Tennis Federation
Telephone: 359 2 870 3078
Fax: 359 2 951 5691
President: Stefan Tzvetkov
Secretary: Georgi Krumov
Email: bft@bgtennis.bg
Website: www.bgtennis.bg

**Burkina Faso (BUR)**
Fédération Burkinabe De Tennis
Telephone: 226 76 40 62 86
Fax: 226 50 31 03 40
President: Issouf Nacoulma
Secretary: Arsene Kiema
Email: fbt_burkina@yahoo.fr

**Burundi (BDI)**
Fédération de Tennis du Burundi
Telephone: 257 22 242 443
Fax: 257 22 222 247
President: Gilbert Nibigirwe
Secretary: Evariste Bankimbaga
Email: ftbtennis@yahoo.fr

**Cambodia (CAM)**
Tennis Cambodia
Telephone: 855 96 6777 655
President: Rithy Sear
Secretary: Rithivit Tep
Email: tenniscambodia.info@gmail.com
Website: www.tenniscambodia.com

**Cameroon (CMR)**
Fédération Camerounaise de Tennis
Telephone: 237 99 93 80 70
President: Jean Marie Abouna
Secretary: Jean Marc Njike
Email: fecatennis237@gmail.com

**Canada (CAN)**
Tennis Canada
Telephone: 1 416 665 9777
Fax: 1 416 665 9017
President: Peter Kruyt
Secretary: Michael Downey
Email: info@tenniscanada.com
Website: www.tenniscanada.com

**Cape Verde (CPV)**
Federação Cabo Verdiana de Ténis
Telephone: 238 2 613 309
Fax: 238 2 613 309
President: José Almada Dias
Secretary: Miguel Duarte
Email: fctenis@gmail.com

**Cayman Islands (CAY)**
Tennis Fed. of the Cayman Islands
Telephone: 1 345 916 1600
Fax: 1 345 96 8684
President: Susan Lindsay
Secretary: Eliza Harford
Email: admin@tfci.ky
Website: www.tfci.ky

**Central African Republic (CAF)**
Fédération Centrafricaine de Tennis
Telephone: 236 61 18 05
Fax: 236 61 56 60
President: Erick Kamach
Secretary: Chantal Ombellet
Email: kamach.eric@gmail.com /
chantal.ombellel@kamachgroup.com

**Chad (CHA)**
Fédération Tchadienne de Tennis
Telephone: 253 629 4399
Fax: 235 51 65 04
President: Souleyman Abdoulaye
Secretary: Mandekor Djimadoum
Email: souley.abdoulaye@yahoo.fr

**Chile (CHI)**
Federación de Tenis de Chile
Telephone: 56 2 22635328
President: Sergio G. Elias
Secretary: Jose Campos Flores
Email: contacto@fetech.cl
Website: www.fetech.cl

**China, P.R. (CHN)**
Chinese Tennis Association
Telephone: 86 10 8718 2387
Fax: 86 10 6711 4096
Secretary: Liu Wenbin
Email: cta@tennis.org.cn
Website: www.tennis.org.cn

**Chinese Taipei (TPE)**
Chinese Taipei Tennis Association
Telephone: 886 2 2772 0298
Fax: 886 2 2771 1696
President: Chi-fan Liu
Secretary: Jimmy Wang
Email: ctta@tennis.org.tw
Website: www.tennis.org.tw

**Colombia (COL)**
Federación Colombiana de Tenis
Telephone: 571 288 0800
Fax: 571 660 4234
President: Pablo Felipe Robledo
Secretary: Carlos Robles
Email: comunicaciones@fedecoltenis.com
Website: www.fedecoltenis.com

**Comoros (COM)**
Fédération Comorienne de Tennis
Telephone: 269 333 38 39
President: Mahamadou Zayya
Secretary: Fouad Affandi
Email: mzayya@yahoo.fr

**Congo (CGO)**
Fédération Congolaise de Lawn Tennis
Telephone: 242 411 222
Fax: 242 810 330
President: Germain Ickonga Akindou
Secretary: Martha Djouob
Email: contact@fecoten.com

**Congo, Dem. Rep. (COD)**
Fédération de la République Démocratique du
Congo de Tennis
Telephone: 243 8150 3909
President: Georges Koshi
Secretary: Augustin Djewya
Email: frdctennis@gmail.com /
frdc19-23@gmail.com

**Cook Islands (COK)**
Tennis Cook Islands
Telephone: 682 73560
President: Davina Hosking-Ashford
Secretary: Norah Browne
Email: tenniscookislands.tci@gmail.com

**Costa Rica (CRC)**
Federación Costarricense de Tenis
Telephone: 506 2227 1335
President: Carlos Bravo
Secretary: Jurgen Nanne
Email: info@fctenis.com
Website: www.fctenis.com

**Cote D'Ivoire (CIV)**
Fédération Ivoirienne de Tennis
Telephone: 225 2242 2880
Fax: 225 22 442 707
President: Georges N'Goan
Secretary: Souleymane Ouattara
Email: fede_ivoirtennis@yahoo.fr
Website: www.fit-civ.org

**Croatia (CRO)**
Croatian Tennis Association
Telephone: 385 1 4830 756
Fax: 385 1 4830 720
President: Nikolina Babić
Secretary: Vladimir Jovanoski
Email: hts@hts.hr
Website: www.hts.hr

**Cuba (CUB)**
Federación Cubana de Tenis de Campo
Telephone: 537 7662121 / 7668084
Fax: 537 7662121
President: Alexander Ferrales Gonzalez
Secretary: Belkis Rodríguez Abreu
Email: fct@inder.cu / fcteniscuba@gmail.com

**Curaçao (CUW)**
Tennis Federation Curaçao
Telephone: 59 99 6707062
President: Nirmala Kappel
Email: tennisfederatiecuracao@gmail.com

**Cyprus (CYP)**
Cyprus Tennis Federation
Telephone: 357 22 449860 / 449861
Fax: 357 22 66 80 16
President: Demetris Leontis
Secretary: Pantelis Neos
Email: info@tennis.com.cy
Website: www.cyprustennis.com

**Czech Republic (CZE)**
Czech Tennis Association
Telephone: 420 222 333 444
Fax: 420 222 311 327
President: Ivo Kaderka
Secretary: Jakub Fastr
Email: cts@cztenis.cz
Website: www.cztenis.cz

**Denmark (DEN)**
Dansk Tennis Forbund
Telephone: 45 43 262 660
Fax: 45 43 262 670
President: Henrik Thorsoe Pedersen
Secretary: Emil Boedker
Email: dtf@tennis.dk
Website: www.tennis.dk

**Djibouti (DJI)**
Fédération Djiboutienne de Tennis
Telephone: 253 77 61 57 54
President: Sougueh Ibrahim
Email: federation_djibouti_tennis@hotmail.com

**Dominica (DMA)**
Dominica Tennis Association
Telephone: 1 767 448 8367
Fax: 1 767 448 7010
President: Davidson Baron
Secretary: Fahreka Piper
Email: tennisdominica@yahoo.com

**Dominican Republic (DOM)**
Federación Dominicana de Tenis
Telephone: 1 809 483 8880 / 8882
Fax: 1 809 483 8883
President: Persio Maldonado
Secretary: Ruben Tejeda
Email: fedotenisrd@gmail.com
Website: www.fedotenis.org

**Ecuador (ECU)**
Federación Ecuatoriana de Tenis
Telephone: 593 42 610 467
Fax: 593 42 610 466
President: Danilo Carrera Drouet
Secretary: Cesar Augusto Icaza
Email: info@fet.org.ec
Website: www.fet.org.ec

**Egypt (EGY)**
Egyptian Tennis Federation
Telephone: 202 24020673
Fax: 202 24020667
President: Ismail El Shafei
Secretary: Ayman Azmy
Email: etf@urgentmail.com
Website: www.egypttennis.com

**El Salvador (ESA)**
Federación Salvadoreña de Tenis
Telephone: 503 2133 9500
Fax: 503 2278 8087
President: Rafael Arévalo
Secretary: Rafael González
Email: gerencia@fstenis.org

**Equatorial Guinea (GEQ)**
Federación Ecuatoguineana de Tenis
Telephone: 240 09 8005
Fax: 240 09 3313
President: Juan Mondjeli Ikaka
Secretary: Miguel Angel Roku Evita
Email: Juan.mondjeli@hotmail.com

**Eritrea (ERI)**
Eritrean Tennis Federation
Telephone: 291 1 121 533
Fax: 291 1 120 967
President: Johannes Tesfay
Secretary: Selam Ghirmai
Email: entf1998.er@gmail.com

**Estonia (EST)**
Estonian Tennis Association
Telephone: 372 6 398 637
Fax: 372 6 398 635
President: Enn Pant
Secretary: Allar Hint
Email: tennis@tennis.ee
Website: www.tennis.ee

**Eswatini (SWZ)**
Eswatini National Tennis Association
Telephone: 268 404 1590
Fax: 268 404 7862
President: Derick Jele
Secretary: Nqaba Mkhaliphi
Email: deethandojay@gmail.com

**Ethiopia (ETH)**
Ethiopian Tennis Federation
Telephone: 251 11 618 6009
Fax: 251 1 15 513 345
President: Tamrat Bekele
Secretary: Yilma Kefelegn
Email: etfgeneralsec@gmail.com

**Fiji (FIJ)**
Tennis Fiji
Telephone: 679 977 1227
President: Romil Patel
Secretary: Sereima Lalavanua
Email: play@tennis.com.fj
Website: www.tennisfiji.com

**Finland (FIN)**
Suomen Tennisliitto
Telephone: 358 9 348 121
Fax: 358 9 323 1105
President: Toni Pokela
Secretary: Teemu Purho
Email: toimisto@tennis.fi
Website: www.tennis.fi

**France (FRA)**
Fédération Française de Tennis
Telephone: 33 1 4743 4800
Fax: 33 1 4743 0494
President: Gilles Moretton
Secretary: Pierre Doumayrou
Email: accueil@fft.fr
Website: www.fft.fr

**Gabon (GAB)**
Fédération Gabonaise de Tennis
Telephone: 066 23 13 49
President: Jean-Baptiste Nseng Nseng
Secretary: Willy Christopher Engohang
Email: fegaten@yahoo.fr

**Gambia (GAM)**
Gambia Lawn Tennis Association
Telephone: 220 4495 946
Fax: 220 4378 894
President: Saul Frazer
Secretary: Abdoulie Puye
Email: president@gambialawntennis.com

**Georgia (GEO)**
Georgian Tennis Federation
Telephone: 995 32 2100 012
Fax: 995 32 292 02 49
President: Khvicha Makatsaria
Secretary: Zurab Katsarava
Email: geotennisfederation@gmail.com

**Germany (GER)**
Deutscher Tennis Bund EV
Telephone: 49 40 411 78 0
Fax: 49 40 411 78 222
President: Dietloff von Arnim
Secretary: Peter Mayer
Email: dtb@tennis.de
Website: www.dtb-tennis.de

**Ghana (GHA)**
Ghana Tennis Federation
Telephone: 233 21 667 267
Fax: 233 21 662 281
President: Isaac Aboagye Duah
Secretary: Philippina Frimpong
Email: president@gtftennis.com /
secretary@gtftennis.com
Website: www.gtftennis.com

**Great Britain (GBR)**
The Lawn Tennis Association
Telephone: 44 20 8487 7000
Fax: 44 20 8487 7001
President: Sandi Procter
Secretary: Scott Lloyd
Email: ntc.enquiries@lta.org.uk /
info@lta.org.uk
Website: www.lta.org.uk

**Greece (GRE)**
Hellenic Tennis Federation
Telephone: 30 210 756 3170/1/2
Fax: 30 210 756 3173
President: Dimitris Stamatiadis
Secretary: Spyros Zannias
Email: info@efoa.gr
Website: www.efoa.gr

**Grenada (GRN)**
Grenada Tennis Association
Telephone: 1 473 440 1977
Fax: 1 473 440 0453
President: Ali Drigo
Secretary: Deneal McQueen
Email: grenadatennis@gmail.com

**Guam (GUM)**
Guam National Tennis Federation
Telephone: 1 671 472 6270
Fax: 1 671 472 0997
President: Torgun Smith
Secretary: Duncan McCully
Email: torgun@gntf.org /
torgun@tennisacademyguam.com
Website: www.gntf.org

**Guatemala (GUA)**
Fed. Nacional de Tenis de Guatemala
Telephone: 502 2385 1224
Fax: 502 2331 0261
President: Tulio Davila
Secretary: Marco Tulio Mejia
Email: presidencia@fedetenisguate.com
Website: www.fedetenisguate.com

**Guinea-Bissau (GBS)**
Federaço de Tenis da Guiné-Bissau
Telephone: 245 580 1212 / 245 660 8856
Fax: 245 20 70 30
President: António Monteiro
Secretary: Silvano Gomes dos Santos
Email: ftenisgb@hotmail.com

**Guinea Conakry (GUI)**
Fédération Guineenne de Tennis
Telephone: 224 622 290565
President: Bouna Sylla
Secretary: Mohamed Camara
Email: domane19@gmail.com

**Guyana (GUY)**
Guyana Tennis Association
Telephone: 1 592 266 3173
President: Cristy Campbell
Secretary: Delon Fraser
Email: tennisguyana@gmail.com

**Haiti (HAI)**
Fédération Haitienne de Tennis
Telephone: 509 510 9601 / 510 9662
Fax: 509 491233 / 461259
President: Franck-Alain Bauduy
Email: fht.tennishaiti@gmail.com
Website: www.tennishaiti.com

**Honduras (HON)**
Federación Hondureña de Tenis
Telephone: 504 2263 0489
President: Ivanhoe Calix
Secretary: Michelle Corletto
Email: presidenciafht@gmail.com
Website: www.fhtenis.com

**Hong Kong, China (HKG)**
The Hong Kong, China Tennis Association Ltd
Telephone: 852 2 504 8266
Fax: 852 2 894 8704
President: Philip Mok
Secretary: Michael Cheng
Email: info@tennishk.org
Website: www.tennishk.org

**Hungary (HUN)**
Magyar Tenisz Szovetseg
Telephone: 36 18 03 62 11
President: János Lázár
Secretary: Csilla Sütő
Email: info@huntennis.hu
Website: www.huntennis.hu

**Iceland (ISL)**
Tennis Association of Iceland
Telephone: 354 859 6363
President: Magnus Ragnarsson
Secretary: Bragi Leifur Hauksson
Email: tsi@tis.is
Website: www.tsi.is

**India (IND)**
All India Tennis Association
Telephone: 91 11 26176258
President: Anil Jain
Secretary: Anil Dhupar
Email: aita@aitatennis.com
Website: www.aitatennis.com

**Indonesia (INA)**
Indonesian Tennis Association
Telephone: 62 21 571 0297/ 8
Fax: 62 21 570 0157
President: Edward Hiariej
Secretary: Hasbullah Tahir
Email: peltipusat@gmail.com /
info@pelti.or.id
Website: www.pelti.or.id

**Iran (IRI)**
Tennis Fed. of Islamic Republic of Iran
Telephone: 98 21 2203 90 96 / 7
Fax: 98 21 2203 90 96 / 7
President: Davood Azizi
Secretary: Shahrokh Keshevarz
Email: info@iritf.ir
Website: www.iritf.ir

**Iraq (IRQ)**
Iraqi Tennis Federation
Telephone: 964 1 774 8261
Fax: 964 1 772 8424
President: Saif Raheem Jabbar
Secretary: Fouad Hamid
Email: Iraqitenfed2003@yahoo.com

**Ireland (IRL)**
Tennis Ireland
Telephone: 353 1 8844 010
President: John Ryan
Secretary: Kevin Quinn
Email: info@tennisireland.ie
Website: www.tennisireland.ie

**Israel (ISR)**
Israel Tennis Association
Telephone: 972 36 499 440
Fax: 972 36 499 144
President: Avraham Perets
Secretary: Sigal Hadad
Email: ita@ita.co.il
Website: www.ita.co.il

**Italy (ITA)**
Federazione Italiana Tennis e Padel
Telephone: 39 06 9837 2205
President: Angelo Binaghi
Secretary: Massimo Verdina
Email: segreteria@fitp.it
Website: www.fitp.it

**Jamaica (JAM)**
Tennis Jamaica
Telephone: 1 876 929 5878 / 906 5700
Fax: 1 876 929 5878
President: John Azar
Email: president@tennisjamaica.org
Website: www.tennisjamaica.org

**Japan (JPN)**
Japan Tennis Association
Telephone: 81 3 6812 9271
Fax: 81 3 6812 9275
President: Kenichiro Yamanishi
Secretary: Machiko Aikawa
Email: office@jta-tennis.or.jp
Website: www.jta-tennis.or.jp

**Jordan (JOR)**
Jordan Tennis Federation
Telephone: 962 6 566 0896
Fax: 962 6 568 2796
President: Khaled Jamal Naffa
Secretary: Sohaib Abdelfattah Ismail
Email: info@jordantennisfed.com
Website: www.jordantennisfed.com

**Kazakhstan (KAZ)**
Kazakhstan Tennis Federation
Telephone: 7 7172 738301
President: Bulat Utemuratov
Secretary: Yuriy Polskiy
Email: rktennis@mail.ru / info@ktf.kz
Website: www.ktf.kz

**Kenya (KEN)**
Tennis Kenya
Telephone: 254 20 268 4891
President: James Kenani
Secretary: Wanjiru Mbugua-Karani
Email: info@kenyalawntennis.org
Website: www.tenniskenya.co.ke

**Kiribati (KIR)**
Kiribati Tennis Federation
Telephone: 686 22203 / 686 720 61118
Fax: 686 21592
President: Dmitriy Murdoch
Secretary: Vanessa Va'ai
Email: dimmurdoch@gmail.com

**Korea, D.P.R. (PRK)**
Tennis Association of DPR of Korea
Telephone: 850 218 111 Ext. 8164
Fax: 850 2381 4403
Fax: 82 2 420 4284
President: Kim Su Ik
Secretary: Ko Yong Su
Email: prk@star-co.net.kp

**Korea, Republic of (KOR)**
Korea Tennis Association
Telephone: 82 2 420 4285
President: Hee Kyun Chung
Secretary: Dong Kun Lee
Email: kortennis@hanmail.net

**Kosovo (KOS)**
Kosovo Tennis Federation
Telephone: 383 45 242 441
President: Jeton Hadergjonaj
Secretary: Fjolla Ibishi
Email: federation@kosovatennisfedration.com
Website: www.tenniskosova.com

**Kuwait (KUW)**
Kuwait Tennis Federation
Telephone: 965 539 7261 / 3203
Fax: 965 539 0617
President: Ali M. Hayat
Secretary: Faleh Al Otaibi
Email: ktfofficial5@gmail.com

**Kyrgyzstan (KGZ)**
Kyrgyz Republic Tennis Federation
Telephone: 996 509440040
President: Nurdin Medetov
Secretary: Elnura Dzhumakhmatova
Email: kyrgyztennisfederation@gmail.com
Website: www.ftkr.kg

**Laos (LAO)**
Lao Tennis Federation
Telephone: 856 21 217 546
President: Daovone Phachanthavong
Secretary: Sisomphet Xayarath
Email: sisomphet2000@yahoo.com /
phachanthavong@yahoo.com

**Latvia (LAT)**
Latvian Tennis Union
Telephone: 371 6 775 2121
Fax: 371 6 775 5021
President: Ernests Gulbis
Secretary: Janis Mellups
Email: lts@lts.lv / office@lts.lv
Website: www.lts.lv

**Lebanon (LIB)**
Fédération Libanaise de Tennis
Telephone: 961 9 640 567 / 934 662
Fax: 961 9 934 662
President: Oliver Fayssal
Secretary: Roger Bassil
Email: oliver@lebanesetennisfederation.com

**Lesotho (LES)**
Lesotho Lawn Tennis Association
Telephone: 266 22 321 543
Fax: 266 22 321 543
President: Nathaniel Maphathe
Secretary: Thabang Mokhehle
Email: lesothotennis@gmail.com

**Liberia (LBR)**
Liberia Tennis Association
Telephone: 231 886 523 216 / 556 159
President: Clarence Simpson
Secretary: Kebloe Gongloe
Email: clsimpson3@yahoo.com

**Libya (LBA)**
Libyan Tennis Federation
Telephone: 218 21 478 0488
Fax: 218 21 478 0488
President: Khaled A. Ezankuli
Secretary: Mohammed Elhlak
Email: libyantennis@yahoo.com

**Liechtenstein (LIE)**
Liechtensteiner Tennisverband
Telephone: 423 392 4440
Fax: 423 392 4418
President: Daniel Kieber
Secretary: Christiane von Deichmann
Email: wolfgang.strub@tsv.li
Website: www.ltv.li

**Lithuania (LTU)**
Lithuanian Tennis Union
Telephone: 370 841 552 899
Fax: 370 841 200 264
President: Ramunas Grusas
Secretary: Virginija Paliukaite
Email: info@tennis.lt
Website: www.tennis.lt

**Luxembourg (LUX)**
Fédération Luxembourgeoise de Tennis
Telephone: 352 574 470 1
Fax: 352 57 44 70 72
President: Claude Lamberty
Secretary: Chris Richartz
Email: mail.flt.lu@gmail.com
Website: www.flt.lu

**Macau (MAC)**
Macau Tennis Association
Telephone: 853 2870 6024
Fax: 853 2870 6024
President: Louise Ung
Secretary: Jose Miguel da Silva
Email: macautennis@gmail.com /
benz@macau.ctm.net

**Madagascar (MAD)**
Fédération Malagasy de Tennis
Telephone: 261 20 223 0060 / 0064
Fax: 261 20 223 0061
President: Soloniaina Rakotomaniraka
Secretary: Fanilo Rakotoseheno
Email: fmt.mada@gmail.com

**Malawi (MAW)**
Lawn Tennis Association of Malawi
Telephone: 265 995 419 246
President: Taona Mtegha
Secretary: Regina Dembo
Email: tennismalawi@gmail.com

**Malaysia (MAS)**
Lawn Tennis Association of Malaysia
Telephone: 603 6201 6173
Fax: 603 6201 6167
President: Encik Mirzan Mahathir
Secretary: Muhammad Shahrul Hafidz Bin Ab Rahim
Email: secretary@ltam.my
Website: www.ltam.my

**Maldives (MDV)**
Tennis Association of the Maldives
Telephone: 960 331 7018
Fax: 960 331 0325
President: Ahmed Hafeez
Secretary: Yusuf Riza
Email: admin@tennis.mv

**Mali (MLI)**
Fédération Malienne de Tennis
Telephone: 223 223 48 05
Fax: 223 223 23 24
President: Amadou Togola
Secretary: Amadou Dicko
Email: ahdicko@yahoo.fr /
togolabci2@yahoo.fr

**Malta (MLT)**
Malta Tennis Federation
Telephone: 356 9942 3049
President: David Faruggia Sacco
Secretary: John Sciberras
Email: info@maltatennisfederation.com
Website: www.maltatennisfederation.com

**Marshall Islands (MHL)**
Marshall Islands Tennis Federation
Telephone: 692 625 5275
Fax: 692 625 3655
President: Wally Milne
Secretary: Dwight Heine
Email: wemilne@hotmail.com

**Mauritania (MTN)**
Fédération Mauritanienne de Tennis
Telephone: 222 529 68 29
Fax: 222 529 68 30
President: Mohamed Lemine Ould Lemrabott
Secretary: Ahmed Rajel
Email: fmt.mauritanie@gmail.com

**Mauritius (MRI)**
Mauritius Tennis Federation
Telephone: 230 686 3214
Fax: 230 686 3231
President: Jean-Michel Giraud
Secretary: Florian Manson
Email: mtf@mtftennis.intnet.mu
Website: www.mauritiustennis.com

**Mexico (MEX)**
Federación Mexicana de Tenis
Telephone: 52 55 5689 9733
Fax: 52 55 5689 6307
President: Carlos González López de Lara
Secretary: Ramon Estrada Díaz
Email: presidente@tenisfmt.com /
secretario@tenisfmt.com
Website: www. tenisfmt.com

**Micronesia, Fed. States (FSM)**
Federated States of Micronesia Lawn Tennis
Association
Telephone: 691 320 619
Fax: 691 320 8915
President: Sterling Skilling
Secretary: Pelma Palik
Email: snskilling@mail.fm / pjpalik@ymail.com

**Moldova (MDA)**
National Tennis Federation of Moldova
Telephone: 373 22 866 930
Fax: 373 22 866 931
President: Ceslav Ciuhrii
Secretary: Natalia Belibova
Email: info@fntm.md
Website: www.fntm.md

**Monaco (MON)**
Fédération Monegasque de Tennis
Telephone: 377 93 255 574
Fax: 377 93 305 482
President: Melanie-Antoinette de Massy
Secretary: Alain Manigley
Email: info@monaco-tennis.com
Website: www.monaco-tennis.com

**Mongolia (MGL)**
Mongolian Tennis Association
Telephone: 976 955 70311
President: Z Enkhbold
Secretary: J Batjargal
Email: mongoliantennisassociation@gmail.com

**Montenegro (MNE)**
Montenegrin Tennis Association
Telephone: 382 20 244 444
Fax: 382 20 244 444
President: Dimitrije Rašović
Secretary: Aleksandar Sekulović
Email: mta@t-com.me
Website: www.mta.co.me

**Morocco (MAR)**
Fédération Royale Marocaine de Tennis
Telephone: 212 5 22 981 266 / 262
Fax: 212 5 22 981 265
President: Faical Laaraichi
Secretary: Tifnouti Abdelaziz
Email: frmtennisinfo@gmail.com
Website: www.frmt.ma

**Mozambique (MOZ)**
Federação Moçambicana de Ténis
Telephone: 258 21 300473
Fax: 258 21 300473
President: Jonas Alberto Junior
Secretary: Virgílio Tivane
Email: tennis.moz@gmail.com

**Myanmar (MYA)**
Myanmar Tennis Federation
Telephone: 951 372 360 or 959 25427 2234
Fax: 951 372 360
President: Myo Thura
Secretary: Ye Kyaw Aung
Email: myantennisfed@gmail.com

**Namibia (NAM)**
Namibia Tennis Association
Telephone: 264 61 227 764
Fax: 264 61 237 078
President: Sam Kaulinge
Secretary: Alex Clive Gawanab
Email: nta@iway.na

**Nauru (NRU)**
Nauru Tennis Association
Telephone: 674 558 1029
President: Jenny Adire
Secretary: John Tannang
Email: jtannang@gmail.com

**Nepal (NEP)**
Nepal Tennis Association
Telephone: 977 1 520 2144
Fax: 977 1 428 0618 / 422 5129
President: Jyoti Rana
Secretary: Manohar Das Mool
Email: manohar.mool@gmail.com

**Netherlands (NED)**
Koninklijke Nederlandse
Telephone: 31 88 130 26 00
President: Roger Davids
Secretary: Pet Hendriks
Email: ledenservice@knltb.nl
Website: www.knltb.nl

**New Zealand (NZL)**
Tennis New Zealand
Telephone: 64 9 528 5428
President: Terri-Ann Scorer
Secretary: Julie Paterson
Email: info@tennis.kiwi
Website: www.tennisnz.com

**Nicaragua (NCA)**
Federación Nicaragüense de Tenis
President: Maria Narvaez
Secretary: Franckyl Moraga Mendoza
Email: fedetennisnicaragua@gmail.com
Website: www.fedetenis-nicaragua.org

**Niger (NIG)**
Fédération de Tennis du Niger
Telephone: 227 735 893 / 734 286
Fax: 227 732 876
President: Ahmed Ousman Diallo
Secretary: Boubacar Djibo
Email: nigerautennis@hotmail.com

**Nigeria (NGR)**
Nigeria Tennis Federation
Telephone: 234 803 307 0695
President: Ifedayo Akindoju
Secretary: Shammah Makpa
Email: nigtennisfederation2014@gmail.com

**Norfolk Islands (NFK)**
Norfolk Islands Tennis Association
Telephone: 6723 229 66
Fax: 6723 232 26
President: Jodie Quintal
Secretary: Marielle Andrew
Email: tennis@norfolk.net.nf /
emma_andrews18@hotmail.com
Website: www.cheryltennisnorfolkisland.blogspot.com

**North Macedonia, Republic of (MKD)**
Tennis Federation of North Macedonia
Telephone: 389 2 3229 687
Fax: 389 2 3229 687
President: Aleksandar Ivanovski
Secretary: Elena Nikodinovska Azar
Email: contact@tfsm.mk

**Northern Mariana Islands (NMI)**
Northern Mariana Islands Tennis Assn.
Telephone: 1 670 234 8438
Fax: 1 670 234 5545
President: Jeff Race
Secretary: Ed Johnson
Email: raceaces@yahoo.com

**Norway (NOR)**
Norges Tennisforbund
Telephone: 47 22 72 70 00
Fax: 47 22 72 70 01
President: Lars Gjerdaker
Secretary: Aslak Paulsen
Email: post@tennis.no
Website: www.tennis.no

**Oman (OMA)**
Oman Tennis Association
Telephone: 968 247 51402
Fax: 968 247 51394
President: Mutassim Hamood Sangor Al Zadjali
Secretary: Mundhar Taghlab Hilal Al Barwani
Email: oman.tennis.asso@gmail.com

**Pakistan (PAK)**
Pakistan Tennis Federation
Telephone: 92 51 2624685
President: Salim Saifullah Khan
Secretary: Gul Rehman
Email: pktenfed@gmail.com
Website: www.paktenfed.com.pk

**Palau (PLW)**
Palau Tennis Federation
Telephone: 680 488 8099
President: Ernestine Rengiil
Secretary: Nikolas Ngirailild
Email: ekrengiil57@gmail.com

**Palestine (PLE)**
Palestine Tennis Federation
Telephone: 972 2 241 0612
Fax: 972 2 277 4677
President: Odai Daraghma
Secretary: Waleed Shahin
Email: psta@poc.ps
Website: www.poc.ps

**Panama (PAN)**
Federación Panameña de Tenis
Telephone: 507 397 9077
Fax: 507 232 6841
President: Juan Fondevila
Secretary: Carlos Peralta
Email: direcciontecnicapanama@outlook.com
Website: www.feptenis.org

**Papua New Guinea (PNG)**
Papua New Guinea Tennis Association
Telephone: 675 320 0633
Fax: 675 320 0611
President: Barbara Stubbings
Secretary: David Gole
Email: pngtennis@gmail.com

**Paraguay (PAR)**
Asociación Paraguaya de Tenis
Telephone: 595 21 525 943
Fax: 595 21 524 880
President: Julio Ferrari
Secretary: Sofia Pérez
Email: gerencia@apt.com.py /
secretaria@apt.com.py
Website: www.apt.com.py

**Peru (PER)**
Federación Deportiva Peruana de Tenis
Telephone: 511 719 5290
Fax: 511 719 5265
President: Mario Monroy
Secretary: Crysthian Tapia Castillo
Email: gerencia@tenisperu.com.pe
Website: www.tenisperu.com.pe

**Philippines (PHI)**
Philippine Tennis Association
Telephone: 63 2 523 6415
Fax: 63 2 525 2016
Secretary: Romeo S. Magat
Email: philippineten@yahoo.com.ph

**Poland (POL)**
Polski Zwiazek Tenisowy
Telephone: 48 22 122 12 00 / 122 12 01
Fax: 48 22 122 12 11
President: Dariusz Lukaszewski
Secretary: Bartosz Bulat
Email: pzt@pzt.pl
Website: www.pzt.pl

**Portugal (POR)**
Federação Portuguesa de Ténis
Telephone: 351 21 415 1356
Fax: 351 21 414 1520
President: Vasco Magalhães Costa
Secretary: Jose Costa
Email: geral@fptenis.pt
Website: www.tenis.pt

**Puerto Rico (PUR)**
Asociación de Tenis de Puerto Rico
Telephone: 1 787 982 7782
Fax: 1 787 982 7783
President: José Vázquez
Secretary: Luis Pérez Giusti
Email: martinez@prtenis.com

**Qatar (QAT)**
Qatar Tennis Federation
Telephone: 974 440 9666
Fax: 974 4 832 990
President: Nasser Ghanim Al-Khelaifi
Secretary: Tariq Zainal
Email: tennis@olympic.qa
Website: www.qatartennis.org

**Romania (ROU)**
Federatia Romana de Tennis
Telephone: 4021 324 5330
Fax: 4021 324 5329
Email: office@frt.ro
Website: www.frt.ro/ro

**Russia (RUS)**
Russian Tennis Federation
Telephone: 7 495 956 3360
Fax: 7 495 956 3361
President: Shamil Tarpischev
Secretary: Yakov Shatkhin
Email: 2321381@gmail.com /
avor@russport.ru
Website: www.tennis-russia.ru

**Rwanda (RWA)**
Rwanda Tennis Federation
Telephone: 250 07883 12950
Fax: 250 0252 58 70 10
President: Theoneste Karenzi
Secretary: Donati Rutagemwa
Email: frttennis@gmail.com

**Samoa (SAM)**
Tennis Samoa Inc
Telephone: 685 29261
President: Tagifano Soonalole-Sam Chong
Secretary: Stefan Szegedi
Email: t.soonalolechong@gmail.com

**San Marino (SMR)**
San Marino Tennis Federation
Telephone: 378 0549 990 578
Fax: 378 0549 990 584
President: Christian Forcellini
Secretary: Elia Santi
Email: info@fst.sm
Website: www.fst.sm

**Saudi Arabia (KSA)**
Saudi Arabian Tennis Federation
Telephone: 966 11 482 0188
Fax: 966 11 482 2829
President: Arij Al Mutabagani
Secretary: Fawaz Alhakami
Email: info@tennis.gov.sa

**Senegal (SEN)**
Fédération Senegalaise de Tennis
Telephone: 221 77 832 0267
Fax: 221 77 832 0496
President: Issa Mboup
Secretary: Ousseynou Kama
Email: fst.tennissenegal@gmail.com

**Serbia (SRB)**
Serbian Tennis Federation
Telephone: 381 117 121 898
Fax: 381 117 121 899
President: Mirko Petrović
Secretary: Dušan Orlandić
Email: office@teniskisavez.com
Website: www.teniskisavez.com

**Seychelles (SEY)**
Seychelles Tennis Association
Telephone: 248 4323252
President: Fatime Kanté
Secretary: Philip Brioche
Email: tennissey@gmail.com

**Sierra Leone (SLE)**
Sierra Leone Lawn Tennis Association
Telephone: 232 22 228 003
Fax: 232 22 223 942
President: Kelvin E. Kellie
Secretary: Kenneth Gabbidon
Email: slta051209@yahoo.co.uk

**Singapore (SGP)**
Singapore Lawn Tennis Association
Telephone: 65 6295 2283
Fax: 65 6296 1577
President: Jasmine Quek
Secretary: Tun Lin Quek
Email: info@singtennis.org.sg
Website: www.singtennis.org.sg

**Slovakia (SVK)**
Slovak Tennis Association
Telephone: 421 2 49209 877
Fax: 421 2 49209 879
President: Miloslav Mečíř
Secretary: Igor Moška
Email: stz@stz.sk
Website: www.stz.sk

**Slovenia (SLO)**
Tenis Slovenia
Telephone: 386 1 430 66 90
Fax: 386 1 430 66 95
President: Andrej Slapar
Secretary: Gregor Krušič
Email: info@tenis-slovenija.si
Website: www.tenis-slovenija.si

**Solomon Islands (SOL)**
Solomon Islands Tennis Association
Telephone: 677 241 116
President: John Parsad
Secretary: Shalom M Akao
Email: sitennisassociation@gmail.com /
samuelramoni11@gmail.com

**Somalia (SOM)**
Somali Tennis Federation
Telephone: 252 1 528 5009
President: Saad Gedi
Secretary: Hamza Hagi Abdi
Email: somfederation2023@gmail.com
Website: www.somtennis.so

**South Africa (RSA)**
Tennis South Africa
Telephone: 27 11 442 0500 / 01
Fax: 27 11 442 0503
President: Gavin Crookes
Email: info@tennissa.co.za
Website: www.tennissa.co.za

**Spain (ESP)**
Real Federación Española de Tenis
Telephone: 34 93 200 5355
Fax: 34 93 202 1279
President: Miguel Diaz Roman
Secretary: Lorenzo Martinez
Email: rfet@rfet.es
Website: www.rfet.es

**Sri Lanka (SRI)**
Sri Lanka Tennis Association
Telephone: 94 11 533 7161
Fax: 94 11 268 6174
President: Iqbal Bin Issack
Secretary: Pradeep Goonesekera
Email: sltennis@sltnet.lk
Website: www.sltennis.lk

**St Kitts & Nevis (SKN)**
St Kitts & Nevis Tennis Association
Telephone: 1 869 762 9820 /
763 8328 / 662 8158
Fax: 1 869 4657640
President: Watkins Chiverton
Secretary: Mashanda Nisbett
Email: tennisskn@gmail.com
Website: www.tennisskn.org

**St Lucia (LCA)**
St Lucia Lawn Tennis Association Inc.
Telephone: 1 758 450 0429
President: Stephen Mcnamara
Secretary: Magdalene Charles-Williams
Email: lca.ntcplaytennis@gmail.com
Website: www.stluciatennisassociation.com

**St Maarten (AHO)**
Dutch Antilles St Maarten Tennis Association
Telephone: 1 416 877 7977
President: Mostafa Showraki
Secretary: Florence Aladejana
Email: sxmtennis@gmail.com
Website: www.stmaartentennis.com

**St Vincent & the Grenadines (VIN)**
St Vincent & The Grenadines LTA
Telephone: 1 784 457 4090
Fax: 1 784 457 4080
President: Brian Nash
Secretary: Janelle Humphrey
Email: svgtennis@gmail.com
Website: www.svgtennis.com

**Sudan (SUD)**
Sudan Tennis Association
Telephone: 249 1 837 95473
Fax: 249 1 837 70246
President: Khalid Talaat Farid
Secretary: Mohamed Islam Gamal Elsanhoury
Email: sudantennis@gmail.com

**Suriname (SUR)**
Surinaamse Tennisbond
Telephone: 597 467 053
Fax: 597 467 053
President: Diego van der Zwart
Secretary: Claire de Vroome
Email: surinametennis@stb.sr /
secretary@de-stb.org
Website: www.stb.sr

**Sweden (SWE)**
The Swedish Tennis Association
Telephone: 46 10 444 04 10
President: Åsa Hedin
Secretary: Christer Sjoo
Email: info@tennis.se
Website: www.tennis.se

**Switzerland (SUI)**
Swiss Tennis
Telephone: 41 32 344 0707
Fax: 41 32 344 0700
President: Rene Stammbach
Secretary: Stefan Flückiger
Email: info@swisstennis.ch
Website: www.swisstennis.ch

**Syria (SYR)**
Syrian Tennis Federation
Telephone: 963 11 441 1972
President: Safa Sarakbi
Secretary: Fadia Elias
Email: sytennis@scs-net.org

**Tahiti (TAH)**
Fédération Tahitienne de Tennis
Telephone: 40 42 38 66
President: Ruth Manea
Secretary: Olivier Mothe
Email: federation.de.tennis@mail.pf
Website: www.ftt.pf

**Tajikistan (TJK)**
National Tennis Federation of Republic of Tajikistan
Telephone: 992 918 515 959
President: Shohin Saidov
Secretary: Mirhusein Yakhyozoda
Email: ttftennis@gmail.com

**Tanzania (TAN)**
Tanzania Tennis Association
Telephone: 255 7543 3751
Fax: 255 22 211 6564
President: Francis Thomas
Secretary: Irene Mwasanga
Email: info@tta.or.tz

**Thailand (THA)**
Lawn Tennis Association of Thailand
Telephone: 662 503 40803
Fax: 662 503 4084
President: Suchai Ponchaisakudom
Secretary: Thaitanu Wannasuk
Email: ltat_thai@ltat.org
Website: www.ltat.org

**Timor-Leste (TLS)**
Federação de Tenis de Timor-Leste
Telephone: 670 74098512
President: Angelo Moniz Jong
Secretary: Firmino Mendonca Amaral
Email: angelojong007@gmail.com

**Togo (TOG)**
Fédération Togolaise de Tennis
Telephone: 228 90 04 36 36 /
228 23 38 82 82
Fax: 228 22 21 86 58
President: Mawuli Clement Ahialey
Secretary: Damgale Lamboni Albert
Email: ftt.be.2022@gmail.com

**Tonga (TGA)**
Tonga Tennis Association
Telephone: 676 23933
Fax: 676 24127
President: Carl Sanft
Secretary: Amanaki Fakakovikaetau
Email: ttf.president@yahoo.com /
tennistonga@gmail.com

**Trinidad and Tobago (TTO)**
Tennis Association of Trinidad and Tobago
Telephone: 1 681 0051
Fax: 1 868 625 3030
President: Hayden Mitchell
Secretary: Carlista Mohammed
Email: tennistt2.tatt@gmail.com
Website: www.tennistt.info

**Tunisia (TUN)**
Fédération Tunisienne de Tennis
Telephone: 216 71 844 144
Fax: 216 71 798 844
President: Salma Mouelhi Guizani
Secretary: Sarah Guinoubi
Email: ftt@ftt.tn

**Türkiye (TUR)**
Türkiye Tenis Federasyonu
Telephone: 90 312 309 7770
Fax: 90 312 310 7345
President: Cengiz Durmus
Secretary: Serhat Altinel
Email: tenis@ttf.org.tr
Website: www.ttf.org.tr

**Turkmenistan (TKM)**
Turkmenistan Tennis Federation
Telephone: 993 12 95 07 82
Fax: 993 12 95 07 83
President: Eziz Dovletov
Email: ttftennis@protonmail.com
Website: www.ttf.gov.tm

**Turks and Caicos Islands (TKS)**
Turks and Caicos Tennis Association
Telephone: 649 946 5918
President: Art Forbes
Email: aforbestci@gmail.com
Website: www.tcitf.org

**Tuvalu (TUV)**
Tuvalu Tennis Association
Telephone: 688 906 103
President: Asita Molotii
Secretary: Filiga Niko
Email: asita.molotii@gmail.com /
talemenia@gov.tv

**Uganda (UGA)**
Uganda Tennis Association
Telephone: 256 772 719658
Fax: 256 41 230 310
President: Matthias Nalyanya
Secretary: Alvin Bagaya Mboijana
Email: mnalyanya@lexuganda.com

**Ukraine (UKR)**
Ukrainian Tennis Federation
Telephone: 380 44 287 41 71
President: Sergiy Lagur
Secretary: Evgeniy Zukin
Email: office@utf.tennis
Website: www.utf.tennis

**United Arab Emirates (UAE)**
Tennis Emirates
Telephone: 971 4 266 0744
Fax: 971 4 266 0944
President: HH Hasher Maktoum
Jumah Al Maktoum
Secretary: Naser Yousef Mohamed Al Marzooqi
Email: info@uaetennis.ae
Website: www.tennisemirates.ae

**United States (USA)**
United States Tennis Association
Telephone: 1 914 696 7000
Fax: 1 914 696 7167
President: Brian Hainline
Secretary: J Christopher Lewis
Email: nevarez@usta.com
Website: www.usta.com

**Uruguay (URU)**
Asociación Uruguaya de Tenis
Telephone: 290 49 030
Fax: 598 2 601 21 93
President: Martin Hughes Sartori
Secretary: Rubek Orlando
Email: secretariadeportiva@aut.com.uy
Website: www.aut.uy

**US Virgin Islands (ISV)**
Virgin Islands Tennis Association
Fax: 1 340 776 1558
Telephone: 1 340 774 8547
President: Kelly Kuipers
Secretary: Valerie Lawrence
Email: vitennisassoc@gmail.com

**Uzbekistan (UZB)**
Uzbekistan Tennis Federation
Telephone: 998 71 237 2544
Fax: 998 71 237 3056
President: Alisher Mirsoatov
Secretary: Iroda Tulyaganova
Email: utf@tennis.uz
Website: www.tennis.uz

**Vanuatu (VAN)**
Fédération de Tennis de Vanuatu
Telephone: 678 25982
Fax: 678 22455
President: Cyrille Mainguy
Secretary: Francis Bryard
Email: cmg@vanuatu.com.vu

**Venezuela (VEN)**
Federación Venezolana de Tenis
Telephone: 58 212 979 2421
Fax: 58 212 979 2694 or 7462
President: Luis Eduardo Contreras
Secretary: Darwyn Blanco
Email: tecnico@fvtenis.com
Website: www.fvtenis.com

**Vietnam (VIE)**
Vietnam Tennis Federation
Telephone: 844 3734 9595
President: Nguyen Quoc Ky
Secretary: Doan Thanh Tung
Email: info@vtf.org.vn
Website: www.vtf.org.vn

**Yemen (YEM)**
Yemen Tennis Federation
Telephone: 967 1 427 579
Fax: 967 1 414 122
President: Mohammed Al Surmi
Secretary: Abduljalil Alharazi
Email: info@yementf.com
Website: www.yementf.com/en

**Zambia (ZAM)**
Zambia Tennis Association
Telephone: 260 977 745 6685
Fax: 260 244 7000
President: Lighton Musonda
Secretary: Joe Siame Jr
Email: zambia.tennis@gmail.com /
TennisZambia19@gmail.com

**Zimbabwe (ZIM)**
Tennis Zimbabwe
Telephone: 263 4 707080 / 794425
Fax: 263 4 794425
President: Walter Jera
Secretary: Kupakwashe Mukurumbira
Email: tenniszim@yahoo.com

## REGIONAL ASSOCIATIONS

**Asian Tennis Federation (ATF)**
Telephone: 91 11 2617 6256
Fax: 91 11 2617 6258
President: Kitsombat Euammongkol
Email: info@asiantennis.com
Website: www.asiantennis.com

**Confederation of African Tennis (CAT)**
Telephone: 216 71 84 77 85
Fax: 216 71 84 10 45
President: Jean-Claude Talon
Secretary: Hichem Riani
Email: contact@cattennis.com /
h.riani.cattennis@gmail.com
Website: www.cattennis.com

**Confederación de Tenis de Centroamérica Caribe (COTECC))**
Telephone: 809 483 8880/81/82
President: Persio Maldonado
Secretary: Miguel Irigoyen
Email: miguel.irigoyen@cotecc.org.sv
Website: www.cotecc.org.sv

**Oceania Tennis Federation (OTF)**
Telephone: 64 9 309 4424
Fax: 64 9 4492288
President: Cyrille Mainguy
Secretary: David Smith
Email: david@oceaniatennis.com
Website: www.oceaniatennis.com

**Confederación Sudamericana de Tenis (COSAT)**
Telephone: 595 21 299608 / 290596
Fax: +56 2 436 8114
President: Rafael Westrupp
Secretary: Ruben Marturet
Email: ivan.machado@cosat.org
Website: www.cosat.org

**Tennis Europe (TE)**
Telephone: 41 61 335 90 40
Fax: 41 61 331 72 53
President: Ivo Kaderka
Secretary: Thomas Hammerl
Email: contactus@tenniseurope.org
Website: www.tenniseurope.org

## RECOGNISED ORGANISATIONS

**Centenary Tennis Clubs**
President: Jordi Cambra
Secretary: Berta Tintoré
Email: info@centenarytennisclubs.com
Website: www.centenarytennisclubs.com

**Council of International Lawn Tennis Clubs**
President: Frank Sedgman
Secretary: Gustavo Herrero
Email: contact@tennis-concepts.com
Website: www.ictennis.net

**International Tennis Hall of Fame**
Telephone: 1 401 849 3990
President: Kim Clijsters and Patrick McEnroe
Secretary: Andrea Rice
Email: newport@tennisfame.com
Website: www.tennisfame.com



The ITF Foundation is comprised of international manufacturers and companies involved in the tennis industry. The ITF and the ITF Foundation work together for the development and promotion of the game.

| Supporting Members: | General Members: |
|---|---|















American Sports Builders Association

Artengo

Babolat

Condor Grass

Har-Tru

Head

Neyra Industries

Nova Sports USA

Renewaball

SurfTech

Tecnifibre

Tennis Industry Association

TigerTurf

Toplus

Unica Boya

Vigano Pavitex

WSP Textiles

Any organisation interested in joining the ITF Foundation should contact:
International Tennis Federation  Bank Lane  Roehampton  London  SW15 5XZ
tel: +44 (0)20 8878 6464  email: foundation@itftennis.com





**PUBLISHED BY THE INTERNATIONAL TENNIS FEDERATION**

**ITF LTD   BANK LANE   ROEHAMPTON   LONDON SW15 5XZ   UK**

**TEL: +44 (0)20 8878 6464**

**WEB: WWW.ITFTENNIS.COM**

REGISTERED ADDRESS: PO BOX N-272,  NASSAU,  BAHAMAS