# EXHIBIT C

# The 2025 ATP® Official Rulebook



Copyright © 2025 by ATP Tour, Inc.
All Rights Reserved.

Reproduction of this work in whole or in part without the written permission of the ATP Tour, Inc., is prohibited.

Printed in the United States of America.

# TABLE OF CONTENTS

## I. ATP CIRCUIT REGULATIONS .......................... 7

1.01 Categories of Tournaments ............................................................................ 7
1.02 Tournament Week ........................................................................................... 7
1.03 Match Schedule Plan ...................................................................................... 8
1.04 Finals Options ................................................................................................. 8
1.05 Significant Changes to Tournament ............................................................... 9
1.06 Commitment to Rules/ATP Official Rulebook ............................................... 9
1.07 Commitment, Membership Obligations and Bonus Pool ............................. 9
1.08 Unsatisfied Player Commitment Penalties ................................................. 16
1.09 Mandatory Player Meeting ........................................................................... 16
1.10 Player Eligibility/Player University/Physical Exam ................................... 17
1.11 Waiver of Claims ........................................................................................... 17
1.12 Waiver/Player Publicity and Promotion ...................................................... 17
1.13 Stars Program ............................................................................................... 18
1.14 Special Events - Exhibitions ........................................................................ 19
1.15 Promotional Fees ......................................................................................... 20
1.16 Virtual Insertion ............................................................................................ 20
1.17 Non-Exclusive Media Highlight Rights. ...................................................... 21
1.18 Quality/Broadcast ......................................................................................... 21
1.19 Seating and Attendance ............................................................................... 21
1.20 Hotel Accommodations (Rooms) ................................................................ 21
1.21 Benefits ......................................................................................................... 28

## II. BRANDING ........................................................ 31

2.01 Identification - ATP Tour Tournaments ...................................................... 31
2.02 Identification - ATP Challenger Tour Tournaments ................................... 37

## III. FINANCIAL ....................................................... 41

3.01 Composition of Commitment ...................................................................... 41
3.02 Currency ....................................................................................................... 41
3.03 Default of Prize Money Payments .............................................................. 41
3.04 Fee Obligation .............................................................................................. 41
3.05 Fees/Other Payments .................................................................................. 42
3.06 Insurance ...................................................................................................... 42
3.07 Letter of Credit - New/Conditional Tournaments ...................................... 43
3.08 Prize Money ................................................................................................. 43
3.09 On-Site Prize Money .................................................................................... 49
3.10 On-Site Prize Money Adjustment ............................................................... 50
3.11 Late Payment ............................................................................................... 51
3.12 Taxes-Notice of Withholdings .................................................................... 51
3.13 Withholding From Prize Money .................................................................. 51
3.14 Prizes and Non-Cash Awards ...................................................................... 51
3.15 Release from Financial Commitment ......................................................... 52
3.16 ATP Masters 1000 Tournament Financial Information ............................ 52
3.17 ATP Tournament 500 Financial Information ............................................. 56
3.18 ATP 250 Tournament Financial Information ............................................. 62
3.19 ATP Masters 1000 Player Compensation & ATP Variable Bonus Pool .... 65
3.20 ATP 500 Prize Money Formula Rule ........................................................... 66
3.21 ATP 250 Tournament Prize Money ............................................................. 68
3.22 Challenger Tournament Prize Money ........................................................ 68

# TABLE OF CONTENTS

**IV. WORLD CHAMPIONSHIPS ............................ 69**

    4.01 Nitto ATP Finals - Singles ................................................................. 69
    4.02 Nitto ATP Finals - Doubles ................................................................ 72
    4.03 United Cup ........................................................................................ 75
    4.04 Next Gen ATP Finals ........................................................................ 91

**V. PERSONNEL ........................................................ 95**

    5.01 Tournament Director .......................................................................... 95
    5.02 Tour Manager .................................................................................... 95
    5.03 Public Relations ("PR") ...................................................................... 95
    5.04 Doctor, Physiotherapist and Massage Therapist ..................................... 96
    5.05 Agents, Tier I and Tier II  .................................................................. 98
    5.06 Supervisor ......................................................................................... 98
    5.07 Chair Umpire / Review Official ....................................................... 100
    5.08 Line Umpire .................................................................................... 103
    5.09 Referee ........................................................................................... 105
    5.10 Chief of Umpires ............................................................................. 106
    5.11 Ball Persons .................................................................................... 107
    5.12 ATP/GRAND SLAMS/ITF/WTA Code of Conduct for Officials ............... 107

**VI. FACILITIES & ON-SITE CONDITIONS ............ 109**

    6.01 Courts ............................................................................................. 109
    6.02 Match and Practice Courts  ............................................................. 112
    6.03 Balls ............................................................................................... 114
    6.04 Crowd Movement / Spectator Seating ............................................. 116
    6.05 Security at Tournaments ................................................................. 116
    6.06 Equipment & Supplies  .................................................................... 116
    6.07 Temperature and Ventilation For Indoor Facilities ............................ 119
    6.08 Offices ............................................................................................ 119
    6.09 Communication Devices, Office Equipment, Live Scoring and Live Streaming ................................................................................................. 120
    6.10 Tournament Credentialing and Ticketing ......................................... 122
    6.11 Player Benefits - Guest Passes/Credentials/Tickets  ...................... 124
    6.12 ATP Family Lounge and ATP Player Lounge .................................. 125
    6.13 Locker Room .................................................................................. 126
    6.14 Physical Training Areas .................................................................. 126
    6.15 Player Area Readiness and Cleanliness ......................................... 127
    6.16 Laundry Service ............................................................................. 128
    6.17 Stringing Service  ........................................................................... 129
    6.18 Food  .............................................................................................. 129
    6.19 On-Site Access / Limits to On-Site Access ..................................... 131
    6.20 Transportation ................................................................................ 131
    6.21 Physiotherapist/Treatment Room/Recovery Equipment and Facilities .. 132
    6.22 Automated External Defibrillator ("AED") ........................................ 134
    6.23 First Aid ......................................................................................... 134
    6.24 Emergency Action Plan .................................................................. 134
    6.25 Anti-Doping Facilities and On-Site Personnel Assistance ................ 134
    6.26 Media Facilities Guidelines ............................................................. 135
    6.27 Electronic Line Calling Facilities Standards .................................... 136

# TABLE OF CONTENTS

**VII. THE COMPETITION ......................................... 137**

    7.01 ATP Fees ........................................................................................ 137
    7.02 Entries ............................................................................................ 137
    7.03 Entry Deadlines .............................................................................. 138
    7.04 Entry/Withdrawal Method ............................................................... 144
    7.05 Withdrawal/Late Withdrawal Penalties ........................................... 149
    7.06 One Tournament Per Week and Exception .................................... 152
    7.07 Play-Up Regulation (ATP Challenger Tour Tournaments) .............. 152
    7.08 The Draw ....................................................................................... 154
    7.09 Size and Method of Draw ............................................................... 158
    7.10 Special Exempts (SE) .................................................................... 160
    7.11 Time of Draw .................................................................................. 165
    7.12 Wild Cards ..................................................................................... 165
    7.13 Selection of Entries ........................................................................ 167
    7.14 Seeds Definition  ............................................................................ 172
    7.15 Number of Seeds ........................................................................... 172
    7.17 Qualifying Placement  .................................................................... 174
    7.18 Byes - Assignment and Placement ................................................ 174
    7.19 Remake of Draw ............................................................................ 175
    7.20 Lucky Losers, Substitutions and Vacancies ................................... 176
    7.21 Match Scheduling .......................................................................... 185
    7.22 On-Court Procedures and Requirements ....................................... 192
    7.23 Line Umpire Requirement, Positions and Calls .............................. 215
    7.24 Scoring of Match ............................................................................ 217
    7.25 Announcing .................................................................................... 218

**VIII.  THE CODE .................................................... 223**

    8.01 Tournament Obligations ................................................................. 223
    8.02 Tournament Standards Violations .................................................. 223
    8.03 Tournament Major Offenses ........................................................... 226
    8.04 Player Code of Conduct ("Code") ................................................... 229
    8.05 Player Major Offenses/Procedures ................................................ 254
    8.06 Tennis Anti-Corruption Program ("TACP") ..................................... 257
    8.07 Final Dispute Resolution ................................................................ 257

**IX. PIF ATP RANKINGS ......................................... 259**

    9.01 Definitions ...................................................................................... 259
    9.02 Eligibility ........................................................................................ 259
    9.03 PIF ATP Rankings ......................................................................... 260
    9.05 2025 PIF ATP Doubles Team Rankings ........................................ 268
    9.06 Retiring from the Professional Tennis Circuit ................................. 268

**X. EXHIBITS .......................................................... 269**

    EXHIBIT A.01 - ATP Tour Official Tournament Stamps ............................... 269
    EXHIBIT A.02 - Size Relationships - Men Only Events ............................. 269
    EXHIBIT A.03 - Size Relationship - Combined Events ............................. 270
    EXHIBIT A.04 - Positioning ...................................................................... 271
    EXHIBIT A.05 - Exclusion Area ................................................................ 272
    EXHIBIT A.06.1 - Acceptable & Unacceptable uses - Men Ony ............... 273
    EXHIBIT A.06.2 - Acceptable & Unacceptable Uses - Men Only ............. 274

# TABLE OF CONTENTS

EXHIBIT A.06.3 - Acceptable & Unacceptable Uses - Men only ................... 275
EXHIBIT A.06.4 Acceptable & Unacceptable Uses - Combined.................... 276
EXHIBIT A.06.5 Acceptable & Unacceptable Uses - Combined.................... 277
EXHIBIT A.06.6 - Acceptable & Unacceptable Uses - Combined ................ 278
EXHIBIT A.07 - Website Exhibit ....................................................................... 279
EXHIBIT A.08 - Scoreboards / Draw Boards ................................................. 279
EXHIBIT A.09 - Electronic Devices................................................................. 280
EXHIBIT A.10 - Nets / Net Signage ................................................................ 281
EXHIBIT A.11 - Media Backdrop ..................................................................... 282
EXHIBIT A.12 - Court Surface Color ............................................................... 283
EXHIBIT A.13.1 - Court Host Locality Option 1-Hard/Grass Court................. 284
EXHIBIT A.13.1 - Court Host Locality - Option 1 - Clay Court....................... 285
EXHIBIT A.13.2 - Court Host Locality - Option 2 - Text ................................. 286
EXHIBIT A.13.2 - Court Host Locality - Option 2 - Logo................................ 287
EXHIBIT A.14 - Court Backdrops .................................................................... 288
EXHIBIT A.15 - ATP Challenger Tour Brand Mark.......................................... 289
EXHIBIT A.16 - ATP Challenger Tour Website .............................................. 289
EXHIBIT A.17. ATP Challenger Tour Court Backdrops.................................. 290
EXHIBIT A.18. Coaches Seats....................................................................... 291
EXHIBIT B - ATP Tour Logo............................................................................ 292
EXHIBIT C - Broadcast Standards ................................................................. 294
EXHIBIT D - Attendance Standards ............................................................... 299
EXHIBIT E - Virtual Insertion .......................................................................... 301
EXHIBIT F - Lighting........................................................................................ 302
EXHIBIT G - ATP Challenger Tour Logo (Print & Promotional Materials)...... 303
EXHIBIT H - ATP Challenger Tour Logo (On-Court Version)......................... 303
EXHIBIT I - Rules of Tennis............................................................................. 304
EXHIBIT J - Prize Money ................................................................................ 339
EXHIBIT K - Glossary...................................................................................... 340
EXHIBIT L - Chief of Umpires......................................................................... 344
EXHIBIT M - Special Exempts - ATP 250 to ATP 500 Events ....................... 346
EXHIBIT N - ATP Challenger Tour - Special Exempts and Prize Money Currency
 ........................................................................................................................ 347
EXHIBIT O - Consent  and Agreement Form ............................................... 349
EXHIBIT P - Privacy Notice ("HIPAA")............................................................ 352
EXHIBIT Q - Player Food Service .................................................................. 356
EXHIBIT R - Media Facilities Guidelines ........................................................ 358
EXHIBIT S - Electronic Line Calling Facilities Standards............................... 359
EXHIBIT T - Review Officials Duties and Procedures for the ELC Systems . 361
EXHIBIT T.1 - Review Electronic Line Calling System (Review  ELC).......... 362
EXHIBIT T.2 - Live Electronic Line Calling System (LIVE ELC) .................... 369
EXHIBIT V - Retractable Roof Policy ............................................................. 374
EXHIBIT W - Writing Table For Umpire Chairs.............................................. 375
EXHIBIT X - Premier Player Protocol ............................................................. 378
EXHIBIT Y - Mandatory Physical.................................................................... 379
EXHIBIT Z - Clothing Logos ........................................................................... 380
EXHIBIT AA - Sample Basic Accreditation Policy Wording ........................... 383
EXHIBIT AB - ATP Fantasy Sport and Betting Sponsorship.......................... 389

INDEX................................................................................ 395

# I. ATP CIRCUIT REGULATIONS

## 1.01 Categories of Tournaments

In official men's professional tennis, there are five (5) categories of events. ATP Tour tournaments and ATP Challenger Tour tournaments are governed by ATP. Unless otherwise specified, all regulations are applicable to both ATP Tour and ATP Challenger Tour tournaments.

- ATP Tour tournaments
   - ATP Tour Finals (singles & doubles)
   - United Cup
   - ATP Tour Masters 1000
   - ATP Tour 500
   - ATP Tour 250
- ATP Challenger Tour tournaments
- Grand Slams
- Davis Cup
- ITF Men's WTT

## 1.02 Tournament Week

A. **Main Draw.** Each ATP Tour and ATP Challenger Tour tournament is assigned a specific tournament week on the calendar for scheduling of the main draws in singles and doubles commencing on a Monday and concluding on a Sunday, except as approved by ATP. ATP Challenger Tour 75 to 125 tournaments scheduled in the weeks prior to the qualifying or first week of a Grand Slam tournament shall schedule their singles and doubles final on a date no later than the Saturday in the assigned week, unless otherwise approved by ATP. Requests from other Challengers for Saturday final shall be considered on a case by case basis. The deadline for applying for a Saturday final is four (4) months prior to the first Monday of the event or prior to the tournament being added to the calendar, whichever is first.

ATP reserves the right to require different schedule for Challengers scheduled prior to Grand Slam tournaments and ATP Masters 1000.

> **Case:** *A tournament, scheduled and announced for a Saturday final, during the week requests to move the final to Sunday (no weather issues), is this allowed?*
>
> **Decision:** *Unless weather or other unavoidable circumstances cause the tournament to be extended to Sunday then no change to the original approved schedule may be made.*

B. **Matches – Number of Sets.**

  1) **Singles.** All matches, including finals, shall be the best of three (3) tie-break sets.

  2) **Doubles**. All matches, including finals, shall be two (2) tie-break sets with a deciding Match Tie-break (10 point) at one (1) set all. Games shall be decided using the No-Ad scoring method.

C. **Monday Finals**. No ATP Tour or ATP Challenger Tour tournament shall extend its tournament week for a Monday final without prior approval from ATP.

# I. ATP CIRCUIT REGULATIONS

**D. Qualifying.**

A tournament may petition, forty-two (42) days prior to the event, for expansion of draw size as long as there is no change in the number of direct acceptances.

1) **ATP Tour.** One (1) round per day except when weather or other unavoidable circumstances require two (2) rounds to be played on the same day.

2) **ATP Challenger Tour.**

   a) **ATP Challenger 50-125.** One (1) round per day except when weather or other unavoidable circumstances require two (2) rounds to be played on the same day.

3) **General.** All tournaments must have a singles qualifying competition (unless there are sufficient places available in the main draw). The singles qualifying competition shall be a single elimination tournament.

   a) All ATP Tour 250 events shall have a 16 draw qualifying.
   b) ATP Tour Masters 1000 and ATP Tour 500 qualifying will be one half (1/2) the size of the main draw; i.e. a 56 main draw would have a 28 qualifying draw for the 7 qualifying positions.

4) **Location.** If the qualifying competition is not held at the same site as the main draw, the alternate site must have similar facilities, courts, staff, service and equipment. The qualifying competition may not be held at a site outside the metropolitan area of the main draw without prior written approval of ATP.

5) **Surface.** The qualifying competition shall be played on the same surface as the main draw. In situations beyond the control of the tournament, the Supervisor may approve the use of courts with a different surface.

## 1.03 Match Schedule Plan

Each tournament shall provide ATP, at least one hundred and eighty (180) days prior to the start of the tournament, a typed schedule that includes proposed daily starting times and number of courts to be used.

ATP Challenger Tour tournaments should submit their match schedule plan at least ninety (90) days prior to the start of the tournament.

## 1.04 Finals Options

**A. General**

1) When the singles and doubles finals are to be played on the same day, the doubles final shall be scheduled prior to the singles final, unless otherwise approved by ATP or due to player conflict.

2) When possible, there should be one Awards Ceremony that follows the completion of the singles final. It is mandatory that both singles and doubles finalist players participate in the awards ceremony, whether ceremonies are separate or combined.

**B. Singles**

1) If any ATP Tour tournament singles final is not played, the tournament may elect to replace it as follows:

# I. ATP CIRCUIT REGULATIONS

   a) Schedule a singles exhibition; or
   b) Re-schedule the doubles final in its place; or
   c) In the case where the doubles final has been completed or is in progress when it is discovered that there will not be a singles final, the tournament may elect to have the doubles finalists play a one (1) hour exhibition.

2) The awards ceremony shall take place immediately following the singles or doubles exhibition or following the doubles final if it has been re-scheduled.

**C. Doubles.**

The doubles final should be scheduled approximately two (2) hours prior to the published start time of the singles final, unless otherwise approved by ATP.

1) Exceptions shall be when one (1) or both of the singles finalists are also involved in the doubles final.

2) Tournaments may petition ATP Senior Vice President - Rules & Competition for an exemption to this provision; however, it is the responsibility of the tournament to show that there are valid reasons for justifying the exemption.

## 1.05 Significant Changes to Tournament

Prior to making any significant changes to the tournament, including but not limited to, changes to the site (e.g., significant construction or changes to the existing venue during the tournament), making the tournament a combined event, relocating the event, adding events which detrimentally affect player members, or such other change determined by ATP to be significant, the tournament must first seek and obtain ATP approval. A request to make any such significant change to the tournament site must be submitted in writing by the tournament and received by the appropriate ATP regional office no later than six (6) months prior to the first Monday of the event. Requests submitted after the deadline will only be considered if ATP determines there are extenuating circumstances out of the control of the tournament member. Any and all actual costs incurred by ATP during the site approval process shall be the responsibility of the tournament. Requests for relocation are further governed by the ATP Relocation Policy in effect from time to time.

## 1.06 Commitment to Rules/ATP Official Rulebook

All ATP Tour and ATP Challenger Tour tournaments are subject to the jurisdiction of ATP and shall comply with, be bound by and conduct the tournament in accordance with ATP rules and regulations.

The online ATP Official Rulebook is the official version of the rules.

## 1.07 Commitment, Membership Obligations and Bonus Pool

**A. Player Entry and Commitment to Rules**

Any player who is included in the PIF ATP Rankings for singles (hereafter referred to as "PIF ATP Rankings") or the PIF ATP Doubles Rankings and/or commits to enter or participates in any ATP Tour or ATP Challenger Tour tournament consents and agrees with the following:

# I. ATP CIRCUIT REGULATIONS

1) To comply with and be bound by all of the provisions of the 2025 ATP Official Rulebook and ATP By-Laws (the "ATP Rules"), including, but not limited to, all amendments to ATP Rules.

2) The International Tennis Integrity Agency ("ITIA") may conduct anti-doping testing at ATP sanctioned events under the Tennis Anti-Doping Programme (the "TADP"), the full text of which can be found at https://www.itia.tennis/. ATP Tour, Inc. ("ATP") will honor and enforce any penalties or sanctions against players resulting from the TADP. The TADP shall apply to and be binding upon all players and shall govern all ATP-sanctioned events including ATP Challenger Tour events. Players shall submit to the jurisdiction and authority of the ITIA to manage, administer and enforce the TADP and to the jurisdiction and authority of the Anti-Doping Tribunal and the Court of Arbitration for Sport to determine any charges brought under the TADP. Players also consent to the release to ATP of their Anti-Doping results obtained by the ITIA at ATP events, including missed tests and/or filing failures.

3) To comply with and be bound by all of the provisions of the 2025 Tennis Anti-Corruption Program Rules, the full text of which can be found at: https://www.itia.tennis/tacp/rules/ and Tennis Anti-Doping Programme (the "TADP"), a copy of which is available online at https://www.itia.tennis/tadp/rules/.

4) To review and agree to the terms and conditions contained in the Notice of Privacy Practices set forth in "Exhibit P - Privacy Notice ("HIPAA")".

5) Each calendar year all players shall, as a condition of entering or participating in any event organized or sanctioned by ATP, deliver to ATP a signed Consent and Agreement in the form set out in "Exhibit O - Consent and Agreement Form".

6) For entry into an ATP Tour or ATP Challenger Tour tournament, all players must be an ATP Player Member ("Member"). Wild cards are exempt from this provision.

7) All players must, every two (2) years, submit an authorized physical examination form as shown in "Exhibit Y - Mandatory Physical" to be eligible to enter and compete on the ATP Tour or ATP Challenger Tour.

    a) A pre-competition medical examination is mandatory and must be submitted prior to a player participating in his first event of 2025.
    b) Players competing in their first ATP Tour or ATP Challenger Tour event after 1 January 2025 shall have thirty (30) days after the player's first match to complete and submit the medical examination forms. After the thirty (30) day period has ended the member will not be allowed to enter or compete in any ATP Tour or ATP Challenger Tour event until such time that the medical examination form has been submitted and accepted.
    c) Players submitting a medical examination form which indicates they are "unfit to play" will be required to sign a release/waiver form before they will be allowed to compete in any ATP Tour or ATP Challenger Tour event. This form will be provided by ATP upon request.

B. Official Means of Communication

The PlayerZone and Tour Weekly are ATP's official means of communicating with its player members. All players must stay informed of all information published by ATP through these official means of communication. Notification of any modifications, deletions or additions to the rules set forth in this Rulebook shall be through such means of communication and shall become effective upon their publication.

# I. ATP CIRCUIT REGULATIONS

C. Commitment Player

A 2025 ATP commitment player is any player positioned in the Top 30 in the ATP 2024 Rankings (singles) as of November 11, 2024.

D. Commitment

The commitment for the commitment player is, the singles event of all ATP Tour Masters 1000 tournaments for which he is accepted, the Nitto ATP Finals (if qualified as a direct acceptance or designated as the alternate) and five (5) ATP Tour 500 tournaments, one (1) of which must be held following the US Open. For commitment and ranking purposes, the Monte Carlo Masters 1000 will be included in the minimum requirements for the 500 category.

E. Commitment Player Entry Exception – Top 30

Except as otherwise set forth herein, commitment players are automatically accepted into the main draw of all ATP Tour 500 events in which they have entered in a proper manner.

F. Good Standing

A player is in good standing with ATP if he is in full compliance with all ATP Rules (including the Tennis Anti-Corruption Program Rules and Tennis Anti-Doping Programme), is not suspended and has paid/complied with any debts and/or obligations to ATP (e.g., complete all Stars Program responsibilities, if applicable) or is otherwise confirmed to be in good standing by the ATP Chief Executive Officer (CEO).

Penalties for not being in good standing with ATP result in a player:

1) Not being eligible to participate in the bonus program;
2) Not being eligible to participate as a main draw entry in the following ATP Year;
3) Not being eligible to earn a year of credit toward ATP retirement program.
4) Not being eligible for the Platinum Benefits (as defined below).

For the avoidance of doubt, accrued benefits that have not been paid prior to the determination of a breach of the ATP Rules (including the Tennis Anti-Corruption Program Rules and Tennis Anti-Doping Programme) shall remain payable unless otherwise determined by ATP.

G. ATP Tour 500 Bonus Pool

**General.** The ATP Tour 500 Bonus Pool for 2025 is set at USD $3,000,000.

1) **Conditions of Eligibility for ATP Tour 500 Bonus Pool.**

    a) **Platinum Benefit Eligibility Criteria.** Only members in good standing who meet the Platinum Benefit eligibility criteria (as defined in Section 1.21) shall be eligible for the ATP Tour 500 Bonus Pool.
    b) **Participation Requirements.** To be eligible for the full bonus amount set forth in this section, a player must compete in five ATP 500 events throughout the 2025 season and fulfill each of the following swing commitments:

# I. ATP CIRCUIT REGULATIONS

   i) **Swing 1:** Participate in at least two events from the following: Rotterdam, Rio, Doha, Dallas, Dubai, Acapulco, Barcelona, Munich.
   ii) **Swing 2:** Participate in at least one event from the following: Hamburg, London, Halle, Washington.
   iii) **Swing 3:** Participate in at least one event from the following: Beijing, Tokyo, Vienna, Basel.

**Missed Events and Reductions.** A 25% reduction in the bonus applies for each missed event below the five-event minimum. A 25% reduction applies for each swing commitment not fulfilled. Specifically, for Swing 1, not meeting the two-event requirement results in a 25% reduction, irrespective of whether one or both events are missed. A player whose ranking did not qualify them for acceptance into an ATP Tour 500 event will not have that event counted as a missed event.

**Example:** A player participating in only three ATP 500 tournaments, but whose ranking did not qualify them and would not have qualified them if they entered the tournament for direct acceptance into the main draw of other ATP 500 tournaments, remains eligible to receive 100% of the ATP 500 Bonus Pool.

**Forfeiture of Bonus.** If the cumulative percentage reduction due to missed events and unfulfilled swing commitments exceeds 50%, the player shall forfeit their entire bonus eligibility.

2) **Bonus Pool Distribution.** The standings are based on total PIF ATP Rankings points earned across the ATP Tour 500 events in 2025.

- The ATP Tour 500 Bonus Pool is distributed among the top 6 players in the standings.
- 70% of the ATP Tour 500 Bonus Pool is allocated as fixed amounts. Subject to the terms herein, the fixed amounts for 2025 are as follows:

| Fixed Distribution | |
|---|---|
| 1 | $1,000,000 |
| 2 | $500,000 |
| 3 | $250,000 |
| 4 | $200,000 |
| 5 | $100,000 |
| 6 | $50,000 |
| Total | $2,100,000 |

- 30% of the ATP Tour 500 Bonus Pool is distributed based on a value-per-point system using PIF ATP Rankings points earned across the ATP Tour 500 events in 2025. The bonus amount is calculated by multiplying a player's total PIF ATP Rankings points by a dollar amount per point, which is currently to be determined.
- For the avoidance of doubt, if a player forfeits their full bonus or a percentage of their bonus, such forfeited amount is not redistributed, and the list does not extend to the next player in the standings.

3) **Standings and Tie-breaks.** The order of standings for the ATP Tour 500 Bonus Pool will be based on the total PIF ATP Rankings points earned at ATP 500 events in 2025.

  • Ties shall be broken as follows:
  a) Most ATP Tour 500 events played.
  b) Highest number of points from a single event, followed by the second highest, etc.
  c) The higher-ranked player, as per the Year-End PIF ATP Singles Rankings, wins the tie.

4) **Injury Exception Provision.** If a player is physically injured or has a documented medical illness, verified by a physician, and does not compete in any tennis event, including Special Events – Exhibitions, for a consecutive minimum period of thirty (30) days, and as a result is unable to fulfil a swing commitment during such period, the player's bonus pool shall not be reduced, provided that he has competed in five ATP 500 events throughout the 2025 season. This provision does not apply in cases of suspension due to doping or integrity violations. To apply for this exception, the player must submit the relevant medical documentation to the ATP for review and approval.

**Note:** Monte Carlo Masters 1000 points do not count towards the ATP Tour 500 Bonus Pool calculations or eligibility.

### H. ATP Tour Masters 1000 & Nitto ATP Finals Bonus Pool

**General.** The ATP Tour Masters 1000 and Nitto ATP Finals 2025 Bonus Pool is currently set at USD $21,012,500. The standings are based on total PIF ATP Ranking points earned across the ATP Tour Masters 1000 and Nitto ATP Finals events in 2025. The ATP Tour Masters 1000 and Nitto ATP Finals Bonus Pool is distributed among the top 30 players in the standings.

1) Conditions of Eligibility for ATP Tour Masters 1000 and Nitto ATP Finals 2025 Bonus Pool.
   a) Platinum Benefit Eligibility Criteria. Only members in good standing who meet the Platinum Benefit eligibility criteria (as defined in Section 1.21 below) shall be eligible for the ATP Tour Masters 1000 and Nitto ATP Finals Bonus Pool.
   b) Nitto ATP Finals. All players must play, if they qualify, in the Nitto ATP Finals. Alternates must appear and fulfill the requirements of the alternate, as determined by ATP. A player who is otherwise qualified but does not play in the Nitto ATP Finals for a bona fide injury or other reason which constitutes good cause in ATP's determination may receive 80% of the bonus he earned (subject to Section 1.07.H.2) by appearing at the finals event to do promotional activities, as determined by ATP. For the avoidance of doubt, if a player misses the Nitto ATP Finals and does not engage in promotional activities as described above, such player will not be eligible to receive any bonus, unless approved by ATP.
   c) Suspended Player. A player who is suspended from an event shall have the suspension count as a missed event for the bonus year in which the event is held.
   d) Not Direct Acceptance. Any player who is not a direct acceptance to a mandatory ATP Tour Masters 1000 event shall not have that event count as a missed event.

# I. ATP CIRCUIT REGULATIONS

e) **Promotional Work.** i) On-site promotional activities for withdrawn players are applicable for relief of fines, bonus pool reduction recoupment pursuant to Section 1.07.H.2, and/or suspensions but shall not provide relief for the ranking penalty and shall count as a missed event. ii) On-site promotional activities are not applicable to players missing the event due to being suspended.

f) **Missed Events and Reductions.** To be paid the full bonus pool amount set forth in this section a player must play all mandatory ATP Tour Masters 1000 events and the Nitto ATP Finals in which such player is a main draw direct acceptance. For ATP Tour Masters 1000 main draw direct acceptance players who fail to compete (for any reason) in an ATP Tour Masters 1000 event, the bonus pool amount is reduced according to the following chart:

| Number of ATP Tour Masters 1000 Tournaments Missed | Bonus Pool Reduction (no on-site promotional activities) | Bonus Pool Reduction (1 on-site promotional activities requirement fulfilled) | Bonus Pool Reduction (2 on-site promotional activities requirements fulfilled) |
|---|---|---|---|
| 1 | 25% | 12.5% | N/A |
| 2 | 50% | 37.5% | 25% |
| 3 | 75% | 62.5% | 50% |
| 4 or more | 100% | 100% | 100% |

In no event shall a player recoup more than USD $200,000 by fulfilling on-site promotional activity requirements.

2) **Bonus Pool Distribution.** The standings are based on total PIF ATP Rankings points earned across the ATP Tour Masters 1000 and Nitto ATP Finals events in 2025.

- The ATP Tour Masters 1000 and Nitto ATP Finals Bonus Pool is distributed among the top 30 players in the standings.
- 70% of the ATP Tour Masters 1000 and Nitto ATP Finals Bonus Pool is allocated as fixed amounts. Subject to the terms herein, the fixed amounts for 2025 are as follows:

| Position | Fixed Amount |
|---|---|
| 1 | $3,822,746 |
| 2 | $1,911,373 |
| 3 | $1,176,230 |
| 4 | $955,686 |
| 5 | $735,143 |
| 6 | $624,872 |
| 7 | $514,600 |
| 8 | $441,086 |
| 9 | $404,329 |
| 10 | $367,572 |
| 11 | $257,300 |
| 12 | $220,543 |
| 13 | $219.073 |
| 14 | $217,602 |
| 15 | $216,132 |
| 16 | $214,662 |
| 17 | $213,192 |
| 18 | $211,721 |
| 19 | $210,251 |
| 20 | $208,781 |
| 21 | $163,202 |
| 22 | $161,732 |
| 23 | $160,261 |
| 24 | $158,791 |
| 25 | $157,321 |
| 26 | $155,850 |
| 27 | $154,380 |
| 28 | $152,910 |
| 29 | $151,440 |
| 30 | $149,969 |

- 30% of the ATP Tour Masters 1000 and Nitto ATP Finals Bonus Pool is distributed based on a value-per-point system using PIF ATP Rankings points earned across the ATP Tour Masters 1000 and Nitto ATP Finals events in 2025. The bonus amount is calculated by multiplying a player's total PIF ATP Rankings points by a dollar amount per point, which will be determined at the conclusion of the 2025 Nitto ATP Finals.
- For the avoidance of doubt, if a player forfeits their full bonus or a percentage of their bonus, such forfeited amount is not redistributed, and the list does not extend to the next player in the standings.

**Note**: A player who, as of December 31, 2022, earned commitment and elected to maintain his earned commitment reductions pursuant to the 2022 ATP Tour Official Rule Book shall continue to hold such commitment reductions and be bound by the applicable provisions of the 2022 ATP Tour Official Rule Book relating to bonus pool and commitment penalties (for the avoidance of doubt, such player will not be able to replace zero (0) point ranking penalties

I. ATP CIRCUIT REGULATIONS

# I. ATP CIRCUIT REGULATIONS

for missing ATP Tour Masters 1000 tournaments for any reason except as permitted in Section 9.03).

3) **Standings and Tie-breaks**. The order of standings for the ATP Masters 1000 Bonus Pool will be based on the total PIF ATP Rankings points earned at ATP Tour Masters 1000 and Nitto ATP Finals events in 2025.

Ties shall be broken as follows:
   a) Most ATP Tour 1000 events played;
   b) Highest number of points from a single event, followed by the second highest, etc.
   c) The higher-ranked player, as per the Year-End PIF ATP Singles Rankings, wins the tie.

## 1.08 Unsatisfied Player Commitment Penalties

**A. Failure To Participate in the Nitto ATP Finals**

1) If a player qualified for the Nitto ATP Finals as a direct acceptance or was designated as the alternate, fails or refuses to participate in this event, except for bona fide injury or other reason which constitutes good cause, the player shall not be in good standing.

2) All direct acceptances and the alternate must appear at the site of the event(s) as determined by ATP and participate in the pre-tournament media conference. Failure to appear shall result in a penalty of five percent (5%) of total ATP prize money earned during the ATP Tour circuit year.

**B. Review of Penalties for Breach of Commitment**

Any player found to have committed a player commitment offense may petition the Appeals Tribunal for discretionary review. This written petition shall detail the basis for the appeal. The tribunal shall review the petition within twenty-one (21) days and, if necessary, designate a date, time and place for a hearing. At the hearing, the player shall present to the tribunal his respective positions on the facts. The tribunal may affirm, reverse or modify the penalty initially imposed by ATP.

## 1.09 Mandatory Player Meeting

Mandatory player meetings may be scheduled throughout the year as determined and announced in advance by ATP. These meetings are limited to and mandatory for all main draw singles and doubles players. Player members not entered will be sent the minutes.

The penalty for non-attendance is the following:

| Year-end PIF ATP Rankings | Amount (USD) |
|---|---|
| 1-10 | $10,000 |
| 11-25 | $5,000 |
| 26-50 | $2,000 |
| 51-100 | $1,000 |
| 101 + | $500 |

## 1.10 Player Eligibility/Player University/Physical Exam

A. Pursuant to ATP Bylaws, a player shall be entitled to become an active ATP player member as follows:

1) Group 1 player membership in ATP shall be open to any individual who: (i) as of the 2024 official year-end ATP Rankings or at any point during 2025 (in each case, including pursuant to protected ranking) shall be positioned among the top 250 players in the PIF ATP Singles Rankings or among the top 50 players in the PIF ATP Doubles Rankings, (ii) pays ATP dues and (iii) satisfies criteria established from ATP from time to time.

2) Group 2 player membership in ATP shall be open to any individual who does not qualify for Group 1 membership and who shall had at least one (1) ranking point as of the 2024 official year-end ATP Rankings or at any point during 2025, (ii) pays ATP dues and (iii) satisfies criteria established from ATP from time to time.

B. All Group 1 ATP player members must attend an ATP player university within one (1) year after becoming a member.

C. All Group 1 and 2 ATP player members must submit an authorized physical examination as specified in section 1.07.A.7).

D. Any ATP player who is eligible for Group 1 membership and does not fulfill the obligations in subsection B and C above shall not be entitled to the privilege of membership.

E. All Group 1 ATP player members must complete an ATP University refresher course two years after completing the ATP University as prescribed and designed by ATP. Any player Group 1 member who fails to complete the refresher course within the stated time period shall not receive the benefits of membership.

## 1.11 Waiver of Claims

All players entering ATP Tour and ATP Challenger Tour tournaments agree, as a condition of their entry, that for themselves, their executors, administrators, heirs and personal representatives, all claims of any kind, nature and description are waived, including past, present or future claims and injuries, if any, sustained in traveling to or from, or participating in, any ATP Tour or ATP Challenger Tour tournament, as against ATP, the tournaments concerned and the organizers and sponsors of the tournaments and circuits thereon.

## 1.12 Waiver/Player Publicity and Promotion

All players agree to the following:

A. I grant and assign to ATP and ATP Tour tournaments and ATP Challenger Tour tournaments in which I am or have been entered the right in perpetuity to record in tangible form and use my name, performance, likeness, voice, and biography, in any

# X. EXHIBITS

Equatorial Guinea, Eritrea, Ethiopia, Gabon, Gambia, Ghana, Guinea, Guinea-Bissau, Kenya, Lesotho, Liberia, Libya, Madagascar, Madeira (Port.), Malawi, Mali, Mauritania, Mauritius, Mayotte (Fr.), Morocco, Mozambique, Namibia, Niger, Nigeria, Reunion (Fr.), Rwanda, Sao Tome and Principe, Senegal, Seychelles, Sierra Leone, Somalia, South Africa, Sudan, Swaziland, Tanzania, Togo, Tunisia, Uganda, Western Sahara, Zambia, Zimbabwe.

**Middle East** -

Armenia, Azerbaijan, Bahrain, Cyprus, Gaza Strip (Israeli-occupied terr.), Georgia, Iran, Iraq, Israel, Jordan, Kuwait, Lebanon, Oman, Qatar, Saudi Arabia, Syria, Turkiye, United Arab Emirates, West Bank (Israeli-occupied terr.),Yemen.

**Western Asia** -

Afghanistan, Kazakhstan, Kyrgyzstan, Pakistan, Tajikistan, Turkmenistan and Uzbekistan.

**Western Russia** -

Includes Moscow and St. Petersburg.

Region III -

**Eastern part of Asia and Oceania** -

This region includes the following countries:

**Eastern Asia** -

Bangladesh, Bhutan, Brunei, Cambodia, China, Chinese Taipei, Guam (U.S.), India, Indonesia, Japan, Republic of Korea, Democratic People's Republic of Korea, Laos, Malaysia, Maldives, Mongolia, Myanmar, Nepal, Northern Mariana Islands (U.S.), Palau, Philippines, Eastern Russia, Singapore, Sri Lanka, Thailand, Vietnam.

**Oceania** -

American Samoa (U.S.), Australia, Cook Islands (N.Z.), Fiji, French Polynesia (Fr.), Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia (Fr.), New Zealand, Niue (N.Z.), Papua New Guinea, Pitcairn Islands (UK),Samoa, Solomon Islands, Tokelau (N.Z.), Tonga, Tuvalu, Vanuatu, Wallis and Futuna (Fr.).

# X. EXHIBITS

## EXHIBIT O - Consent and Agreement Form

**PLAYER'S CONSENT AND AGREEMENT TO THE ATP OFFICIAL RULEBOOK, INCLUDING THE TENNIS ANTI-CORRUPTION PROGRAM & TENNIS ANTI-DOPING PROGRAMME**

I, the undersigned player, acknowledge, consent and agree as follows:

1. I will comply with and be bound by all of the provisions of the 2025 ATP OFFICIAL RULEBOOK, ATP Tour, Inc.'s ("ATP") By-Laws, resolutions and regulations (the "ATP Rules"), including, but not limited to, all amendments to the ATP Rules. I have received and had an opportunity to review the ATP Rules and any and all Covid-19 policies and protocols, as amended from time to time

2. I am bound by and will comply with the Tennis Anti-Corruption Program (the "TACP"), a copy of which can be found at the following website: https://www.itia.tennis/tacp/rules. I acknowledge that I have had the opportunity to review the TACP and that I understand, accept and agree not to violate any of the provisions therein. I acknowledge that I have a duty to inform my Related Persons (as defined in the TACP) of the provisions of the TACP and to instruct them to comply with the TACP. I accept that I must complete any Tennis Integrity education programs mandated by the ATP Tour. The TACP prohibits certain conduct by me and my Related Persons, including, but not limited to, (i) wagering on the outcome or any other aspect of any tennis match, (ii) contriving or attempting to contrive the outcome or any other aspect of any tennis match, (iii) receiving or providing consideration in exchange for Inside Information (as defined in the TACP), (iv) facilitating, encouraging or promoting any other person to wager on the outcome or any other aspect of a tennis match, (v) associating with any Related Person who is serving any period of ineligibility under the TACP or has been convicted or found in criminal, disciplinary or professional proceedings to have engaged in conduct which would have constituted a Corruption Offense if the TACP had applied to them and (vi) failing to report any knowledge I may have regarding potential violations of the TACP. I acknowledge that I have an obligation to report any approaches that I may receive and any known or suspected offenses by others as soon as possible. I accept that I must cooperate fully with investigations and shall not tamper with or destroy any evidence. I hereby submit to the jurisdiction and authority of the International Tennis Integrity Agency (the "ITIA") to manage, administer and enforce the TACP and to the jurisdiction and authority of the ITIA, Anti-Corruption Hearing Officer ("AHO") and the Court of Arbitration for Sport ("CAS"), as applicable, to determine any charges brought under the TACP. I acknowledge that the TACP contains an agreement to arbitrate disputes in accordance with the process described in the TACP and I am bound by the TACP until the earlier of (i) the date of my valid retirement in accordance with the requirements of the Tennis Anti-Doping Programme (the "TADP"), a copy of which is available online at https://www.itia.tennis/tadp/rules/, or (ii) two years after the last Event (as defined in the TACP) in which I enter or participate, unless, at either such time, (a) I am subject to a period of ineligibility under either the TACP or TADP (in which case I will cease to be bound by the TADP upon the conclusion of my period of ineligibility), or (b) I am aware that I am the subject of an investigation by the ITIA or law enforcement (in which case I will cease to be bound by the TACP when such investigation is closed, or after 10 years, whichever is earlier). Nothing in this paragraph 2 shall modify or limit the full text of the TACP.

3. The ITIA may conduct anti-doping testing at ATP sanctioned events under the

# X. EXHIBITS

"TADP". ATP will honor and enforce any penalties or sanctions against me resulting from the TADP. The TADP shall apply to and be binding upon me and shall govern participation in the events specified at Article B of the TADP, which includes all ATP-sanctioned events (including Challenger events). I hereby submit to the jurisdiction and authority of the ITIA to manage, administer and enforce the TADP on behalf of the ITF and to the jurisdiction and authority of the Anti-Doping Tribunal and the CAS to determine any charges brought under the TADP. I also hereby give my explicit consent to (i) ATP receiving and processing my Anti-Doping results from the ITIA at ATP events as well as other Covered Events (as defined in the TADP), including information relating to any alleged Whereabouts Failures (i.e. Missed Tests and/or Filing Failures) on my part, as well as notice of any charges brought against me under the TADP and (ii) keeping ATP informed thereafter of the progress of such alleged Whereabouts Failures/charges in accordance with the TADP.

4. Any dispute arising out of any decision made by the Anti-Doping Tribunal, or any dispute arising under or in connection with the TADP, after exhaustion of the TADP's Anti-Doping Tribunal process and any other proceedings expressly provided for in the TADP, shall be submitted exclusively to the Appeals Arbitration Division of the CAS for final and binding arbitration in accordance with Article O of the TADP and CAS's Code of Sports-Related Arbitration. The decisions of CAS shall be final, non-reviewable, non-appealable and enforceable. I agree that I will not bring any claim, arbitration, lawsuit or litigation in any other court or tribunal. The time limit for any submission to CAS shall be 21 days after the decision of the Anti-Doping Tribunal has been communicated to me.

5. Any dispute between or among the ATP and me arising out of the application of any provision of the 2025 ATP Official Rulebook which is not finally resolved by applicable provisions of such Rulebook shall be submitted exclusively to CAS for final and binding arbitration in accordance with CAS's Code of Sports-Related Arbitration. The decision of CAS in that arbitration shall be final, non-reviewable and enforceable. No claim, arbitration, lawsuit or litigation concerning the dispute shall be brought in any other court or tribunal. Any request for CAS arbitration shall be filed with CAS within 21 days of any action by the ATP which is the subject of the dispute. In the event any provision of this clause is determined invalid or unenforceable, the remaining provisions shall not be affected. This clause shall not fail because any part of the rule is held invalid.

6. I acknowledge the Notice of Privacy Practices and Consent is set forth in the ATP Rulebook and is available online at https://www.atppz.com. I understand that the GDPR (General Data Protection Regulation) Privacy Notice is available at this same site under PlayerZone Terms & Conditions. I also acknowledge that I have reviewed these notices and agree to the terms and conditions contained therein.

7. For players who are competing on the ATP Tour or ATP Challenger Tour: I acknowledge that at least every two years a completed Competition Clearance form signed by a physician licensed to practice medicine in the jurisdiction where such physician practices medicine, must be submitted before players are permitted to participate in ATP activities. I also acknowledge that should my physician not deem me fit to participate, and I choose to do so regardless, I will not be permitted to compete without signing the Release and Hold Harmless form. Finally, I explicitly consent to the release of my medical information included on the Competition Clearance form to authorized medical personnel at any ATP tournament that I participate in, which may be required for treatment purposes.

8. I have read and understand the foregoing Player's Consent and Agreement.

_____    _____
Date                            Print Player's Name (Last Name, First Name)

_____    _____
Player's Date of Birth          Player's Signature and
(Day/Month/year)

_____    _____
Place of Birth                  If player is a minor, signature of player's
                                parent or guardian

                                _____
                                Player's Nationality