# FRESHFIELDS

May 21, 2025

*Via ECF*

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Courtroom 906
New York, New York 10007

**Washington, DC**

700 13th Street, NW, 10th Floor
Washington, DC  20005

**Heather Lamberg**
T  +1 (202) 777-4500
T  +1 (202) 777-4797 (direct)
E  heather.lamberg@freshfields.com

**freshfields.us**

Re:   *Vasek Pospisil et al. v. ATP Tour et al.*;
      Docket No.: 1:25-cv-02207

Dear Judge Garnett:

    This office represents Defendant, International Tennis Integrity Agency ("ITIA"), in connection with the above referenced matter.  I am writing to request that an attorney other than principal trial counsel be permitted to appear at the Initial Pre-Trial Conference, which is currently scheduled for May 27, 2025 at 11:00 AM.

    I will be the lead trial attorney on behalf of the ITIA in this matter.  However, I am unavailable to appear at the Initial Pre-Trial Conference due to a medical procedure.  Based on the foregoing, I respectfully request that another attorney from this office, Jan Rybnicek, be permitted to appear at the Initial Pre-Trial Conference.  Mr. Rybnicek is a partner assigned to handle this matter and, as such, he is fully familiar with the facts and claims in the case.

    Your Honor's consideration of this request is greatly appreciated.

Respectfully submitted,

*/s/ Heather P. Lamberg*

Heather P. Lamberg

FRESHFIELDS US LLP

cc: All counsel of record via CM/ECF