UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VASEK POSPISIL, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>ATP TOUR, INC., *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-02207-MMG |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern District of New York, I, Nowell D. Bamberger, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant International Tennis Federation Ltd. in the above-captioned action.

As set out in the attached declaration, I am in good standing of the bars of the State of Maryland and of the District of Columbia, there are no pending disciplinary proceedings against me in any state or federal court, I have never been convicted of a felony, and I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Dated: May 21, 2025
       Washington, D.C.

                                        Respectfully submitted,

                                        */s/ Nowell D. Bamberger*
                                        Nowell D. Bamberger
                                        2112 Pennsylvania Avenue, NW
                                        Washington, DC 20037
                                        T: (202) 974-1500
                                        nbamberger@cgsh.com

                                        *Attorney for International Tennis Federation Ltd.*