UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VASEK POSPISIL, *et al.*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>ATP TOUR, INC., *et al.*,<br><br>        *Defendants*. | Case No. 1:25-cv-02207-MMG |

**DECLARATION OF BENJAMIN S. FRIDMAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, BENJAMIN S. FRIDMAN, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney with the law firm of Cleary Gottlieb Steen & Hamilton LLP.

2. I respectfully submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned action.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. As shown in the attached Certificate of Good Standing, I am a member in good standing of the bar of the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 22, 2025
      Washington, D.C.

Respectfully submitted,

/s/ *Benjamin S. Fridman*
Benjamin S. Fridman
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
T: (202) 974-1500
bfridman@cgsh.com

*Attorney for International Tennis Federation Ltd.*