UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VASEK POSPISIL, *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>ATP TOUR, INC., *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-02207-MMG |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE***

  The motion of Benjamin S. Fridman for admission to practice *pro hac vice* in the above-captioned action is granted.

  Applicant has declared that he is a member in good standing of the bar of the District of Columbia; and that his contact information is as follows:

Benjamin S. Fridman
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1500
bfridman@cgsh.com

  Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for International Tennis Federation Ltd. in the above-entitled action;

2

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____   _____
United States District Judge