UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VASEK POSPISIL, NICHOLAS KYRGIOS, ANASTASIA RODIONOVA, NICOLE MELICHAR-MARTINEZ, SAISAI ZHENG, SORANA CÎRSTEA, JOHN-PATRICK SMITH, NOAH RUBIN, ALDILA SUTJIADI, VARVARA GRACHEVA, TENNYS SANDGREN, SACHIA VICKERY, NICOLAS ZANELLATO, and REILLY OPELKA, individually and on behalf of all others similarly situated,<br><br>-and-<br><br>THE PROFESSIONAL TENNIS PLAYERS ASSOCIATION,<br><br>                 Plaintiffs,<br><br>        v.<br><br>ATP TOUR, INC. and WTA TOUR, INC.,<br><br>                 Defendants. | Case No. 25-cv-2207 (MMG) |

**DECLARATION OF MARK V. YOUNG IN SUPPORT OF ATP TOUR, INC.'S REPLY IN SUPPORT OF MOTION, IN THE ALTERNATIVE, TO SEVER CLAIMS AGAINST ATP UNDER F.R.C.P. 21 AND TRANSFER PURSUANT TO 28 U.S.C. § 1404(A)**

I, Mark V. Young, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1) I am the Chief Legal and Administrative Officer at ATP Tour, Inc. ("ATP"). I have been employed at ATP since March 1990. I am admitted to practice law in Florida.

2) Each of the Named Plaintiffs who have played on the ATP Tour (Nicholas Kyrgios, Reilly Opelka, Vasek Pospisil, Noah Rubin, Tennys Sandgren, John-Patrick Smith, and Nicolas Zanellato) were members of ATP and paid the associated membership dues during the class period, as follows:

| Nicholas Kyrgios |||
|---|---|---|
| | ATP Member? | Date Membership Dues Paid |
| **2021** | Yes | January 12, 2021 |
| **2022** | Yes | January 1, 2022 |
| **2023** | Yes | January 1, 2023 |
| **2024** | Yes | January 28, 2024 |
| **2025** | Yes | January 8, 2025 |

| Reilly Opelka |||
|---|---|---|
| | ATP Member? | Date Membership Dues Paid |
| **2021** | Yes | December 22, 2020 |
| **2022** | Yes | January 1, 2022 |
| **2023** | Yes | January 1, 2023 |
| **2024** | Yes | January 31, 2024 |
| **2025** | Yes | February 27, 2025 |

| Vasek Pospisil |||
|---|---|---|
| | ATP Member? | Date Membership Dues Paid |
| **2021** | Yes | December 13, 2020 |
| **2022** | Yes | January 1, 2022 |
| **2023** | Yes | January 1, 2023 |
| **2024** | Yes | December 6, 2023 |
| **2025** | Yes | December 19, 2024 |

| Noah Rubin |||
|---|---|---|
| | ATP Member? | Date Membership Dues Paid |
| **2021** | Yes | December 21, 2020 |
| **2022** | Yes | January 1, 2022 |
| **2023** | Yes | January 1, 2023 |
| **2024** | No | N/A |
| **2025** | Yes | February 1, 2025 |

| Tennys Sandgren | | |
|---|---|---|
| | ATP Member? | Date Membership Dues Paid |
| 2021 | Yes | January 5, 2021 |
| 2022 | Yes | January 1, 2022 |
| 2023 | Yes | January 1, 2023 |
| 2024 | Yes | January 2, 2024 |
| 2025 | No (did not play) | N/A |

| John-Patrick Smith | | |
|---|---|---|
| | ATP Member? | Date Membership Dues Paid |
| 2021 | Yes | December 30, 2020 |
| 2022 | Yes | January 1, 2022 |
| 2023 | Yes | January 1, 2023 |
| 2024 | Yes | December 10, 2024 |
| 2025 | Yes | August 18, 2025 |

| Nicolas Zanellato | | |
|---|---|---|
| | ATP Member? | Date Membership Dues Paid |
| 2021 | No | N/A |
| 2022 | Yes | August 20, 2022 |
| 2023 | Yes | August 20, 2023 |
| 2024 | Yes | August 10, 2024 |
| 2025 | Yes | August 23, 2025 |

Dated: September 18, 2025

Atlantic Beach, Florida

*[signature]*

3