
Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

September 18, 2025

Bradley I. Ruskin
Member of the Firm
d +1.212.969.3465
f 212.969.2900
bruskin@proskauer.com
www.proskauer.com

**BY ECF**

The Honorable Margaret M. Garnett
United States District Judge
40 Foley Square, Room 2102
New York, NY 10007

Re:   *Pospisil, et al. v. ATP Tour, Inc., et al.*, No. 1:25-cv-02207-MMG (S.D.N.Y.)

Dear Judge Garnett:

At approximately 3:30 pm ET, as Defendants were preparing to file reply briefs in support of their joint motion to dismiss the PTPA, ATP Tour, Inc.'s motion to dismiss and/or transfer, and WTA Tour, Inc.'s motion to compel arbitration, we received an email from Plaintiffs informing us that they intend to add the Grand Slams as Defendants on September 22, and attaching their Proposed Second Amended Complaint.  Plaintiffs purported to set a deadline of noon on September 22 for Defendants to "(a) consent to [their] filing of the Proposed Second Amended Complaint and (b) confirm [the] pending motions remain operative."

Today is the filing deadline for Defendants' reply briefs.  *See* Dkt. 112.  Defendants, however, have not had sufficient time to review Plaintiffs' proposed Second Amended Complaint to determine the impact it may have on the pending motions.  ATP therefore writes jointly with WTA to reserve our rights not only to oppose any forthcoming application to further amend the complaint, but also to file supplemental briefs in support of the currently pending motions, or new briefs in support of new motions, should that be necessary.

Respectfully submitted,

/s/ Bradley I. Ruskin
Bradley I. Ruskin
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
bruskin@proskauer.com

*Counsel for Defendant ATP Tour, Inc.*

cc: All counsel of record