UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vasek Pospisil, Nicholas Kyrgios, Anastasia Rodionova, Nicole Melichar-Martinez, Saisai Zheng, Sorana Cîrstea, John-Patrick Smith, Noah Rubin, Aldila Sutjiadi, Varvara Gracheva, Tennys Sandgren, Sachia Vickery, Nicolas Zanellato, and Reilly Opelka, on behalf of themselves and all others similarly situated,<br><br>-and-<br><br>The Professional Tennis Players Association,<br><br>Plaintiffs,<br><br>vs.<br><br>ATP Tour, Inc., and WTA Tour, Inc.,<br><br>Defendants. | Case No. 25-cv-2207 (MMG) |

**PLAINTIFFS' NOTICE OF MOTION TO FILE A SECOND AMENDED COMPLAINT AND FOR RESOLUTION OF OUTSTANDING MOTIONS**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Declaration of Luna N. Barrington, and Exhibits 1-3 attached thereto, Plaintiffs hereby move this Court for an order pursuant to Federal Rule of Civil Procedure 15(a)(2) granting Plaintiffs leave to file a Second Amended Complaint and to take under consideration Defendants' outstanding motions in light of the Second Amended Complaint.

DATED: September 22, 2025	Respectfully submitted,
New York, New York

By:	/s/ Andrew S. Tulumello
	Andrew S. Tulumello

Andrew S. Tulumello (admitted *pro hac vice*)
Meagan Bellshaw (admitted *pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street NW, Suite 600
Washington, D.C.
Tel: (202) 682-7100
Fax: (202) 857-0940
drew.tulumello@weil.com
meagan.bellshaw@weil.com

Luna N. Barrington
Zachary A. Schreiber
Nicholas J. Reade
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
luna.barrington@weil.com
zach.schreiber@weil.com
nick.reade@weil.com

James W. Quinn
**JW QUINN ADR LLC**
767 Fifth Avenue
Suite RP4
New York, NY 10153
Tel: (646) 465-3607
Fax: (646) 219-1977
quinn@jwquinnlaw.com

*Counsel for Plaintiffs*