UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vasek Pospisil, Nicholas Kyrgios, Anastasia Rodionova, Nicole Melichar-Martinez, Saisai Zheng, Sorana Cîrstea, John-Patrick Smith, Noah Rubin, Aldila Sutjiadi, Varvara Gracheva, Tennys Sandgren, Sachia Vickery, Nicolas Zanellato, and Reilly Opelka, on behalf of themselves and all others similarly situated, <br><br> -and- <br><br> The Professional Tennis Players Association, <br><br>Plaintiffs, <br><br> vs. <br><br> ATP Tour, Inc., and WTA Tour, Inc., <br><br> Defendants. | Case No. 25-cv-2207 (MMG) |

**DECLARATION OF LUNA N. BARRINGTON IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO FILE A SECOND AMENDED COMPLAINT AND FOR RESOLUTION OF OUTSTANDING MOTIONS**

I, Luna N. Barrington, declare under penalty of perjury as follows:

1.  I am an attorney admitted to practice before the Courts of the State of New York and the U.S. District Court for the Southern District of New York, and a partner at the law firm of Weil, Gotshal & Manges LLP, attorneys for Plaintiffs.

2.  I am familiar with the facts, circumstances, and proceedings in this case and submit this declaration in support of Plaintiffs' Memorandum of Law in Support of their Motion to File a Second Amended Complaint and for Resolution of Outstanding Motions.

3. Attached hereto as Exhibit 1 is a true and correct copy of the proposed Second Amended Complaint which Plaintiffs seek leave to file.

4. Attached hereto as Exhibit 2 is a true and correct copy of a redline comparing the proposed Second Amended Complaint to the Amended Complaint filed in this action on June 24, 2025, *see* ECF No. 109.

5. Attached hereto as Exhibit 3 is a true and correct copy of an email chain between counsel for Plaintiffs and counsel for Defendants regarding Plaintiffs' proposed second amended complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Dated: September 22, 2025
      New York, New York

                                                */s/ Luna N. Barrington*
                                                Luna N. Barrington