# Exhibit 3

|  |  |
|---|---|
| **From:** | Popkin, Lee <lpopkin@proskauer.com> |
| **Sent:** | Monday, September 22, 2025 10:32 AM |
| **To:** | Reade, Nick; Lawrence.Buterman@lw.com; Amanda.Reeves@lw.com; Chris.Yates@LW.com; rob.mcnary@lw.com; Ruskin, Bradley I.; Leader, Jordan B.; KCasazza@proskauer.com; Farbiarz, Adam; Curtis, Kelly M. |
| **Cc:** | Tulumello, Drew; Quinn, James - EXT; Barrington, Luna; Bellshaw, Meagan; Schreiber, Zach; Williams, Rachel |
| **Subject:** | RE: Pospisil, et al. v. ATP Tour, Inc., et al., 25-cv-2207 (SDNY) (MMG) |

Counsel,

Defendants do not consent to Plaintiffs filing the Second Amended Complaint. It is our position that Judge Garnett should rule on the fully-briefed and pending motions to dismiss and motion to compel arbitration, which may result in dismissal of the entirety of the case in front of her, before taking up any request for leave to further amend the complaint.

Best,
Lee

**Lee Popkin**
Partner

[Proskauer](#)
Eleven Times Square
New York, NY 10036-8299
d 212.969.3326
[lpopkin@proskauer.com](mailto:lpopkin@proskauer.com)

---

**From:** Reade, Nick <Nick.Reade@weil.com>
**Sent:** Thursday, September 18, 2025 3:28 PM
**To:** Lawrence.Buterman@lw.com; Amanda.Reeves@lw.com; Chris.Yates@LW.com; rob.mcnary@lw.com; Ruskin, Bradley I. <BRuskin@proskauer.com>; Popkin, Lee <lpopkin@proskauer.com>; Leader, Jordan B. <JLeader@proskauer.com>; Casazza, Kyle <KCasazza@proskauer.com>
**Cc:** Tulumello, Drew <Drew.Tulumello@weil.com>; Quinn, James - EXT <quinn@jwquinnlaw.com>; Barrington, Luna <Luna.Barrington@weil.com>; Bellshaw, Meagan <Meagan.Bellshaw@weil.com>; Schreiber, Zach <Zach.Schreiber@weil.com>; Williams, Rachel <Rachel.Williams@weil.com>
**Subject:** Pospisil, et al. v. ATP Tour, Inc., et al., 25-cv-2207 (SDNY) (MMG)

*This email sent by nick.reade@weil.com originated from outside the Firm.*

Counsel,

As we previously advised Judge Garnett, Plaintiffs are taking steps towards joining the Grand Slams as Defendants on September 22. Attached please see Plaintiffs' Proposed Second Amended Complaint, which includes the Grand Slams as Defendants, but makes no other substantive changes. Please let us know by noon Eastern time on Monday, September 22 whether Defendants will (a) consent to our filing of the Proposed Second Amended Complaint and (b) confirm that Defendants' pending motions will remain operative.

Best,

Nick



**Nick Reade**
Associate

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
nick.reade@weil.com
+1 212 310 8807 Direct

*********************************************************************************************
*******************************************************

This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
*********************************************************************************************
*******************************************************