# Exhibit A

**Reade, Nick**

---

| | |
|---|---|
| **From:** | Curtis, Kelly M. <KCurtis@proskauer.com> |
| **Sent:** | Friday, October 3, 2025 6:04 PM |
| **To:** | Williams, Rachel; Reade, Nick |
| **Cc:** | Popkin, Lee; Ruskin, Bradley I.; KCasazza@proskauer.com; Leader, Jordan B.; Lawrence Buterman - Latham & Watkins LLP (Lawrence.Buterman@lw.com); Amanda.Reeves@lw.com; Chris.Yates@LW.com; 'Rob.McNary@lw.com'; Tulumello, Drew; Barrington, Luna; Quinn, James - EXT; Bellshaw, Meagan; Schreiber, Zach |
| **Subject:** | RE: Pospisil, et al. v. ATP Tour, Inc. et al., 25-cv-2207 (SDNY) |
| **Attachments:** | Oct 3 Joint Letter to Judge Garnett_DRAFT.docx |

Rachel,

Thank you for confirming that Plaintiffs plan to argue that the addition of the Grand Slams supports denial of one or more of the Tour Defendants' motions.  Because the addition of the Grand Slams as defendants was hypothetical at the time we drafted our reply briefs, we will be requesting supplemental briefing, as explained in the letter. An updated draft letter is attached. Given that this needs to be filed today, we request that you provide Plaintiffs' position for the joint letter by 7:00 pm ET.

Best,
Kelly

**Kelly M. Curtis**
Attorney at Law

[Proskauer](Proskauer)
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
d 310.284.4592
f 310.557.2193
[kcurtis@proskauer.com](kcurtis@proskauer.com)

green spaces
Please consider the environment before printing this email.

---

**From:** Williams, Rachel <Rachel.Williams@weil.com>
**Sent:** Friday, October 3, 2025 1:22 PM
**To:** Curtis, Kelly M. <KCurtis@proskauer.com>; Reade, Nick <Nick.Reade@weil.com>
**Cc:** Popkin, Lee <lpopkin@proskauer.com>; Ruskin, Bradley I. <BRuskin@proskauer.com>; Casazza, Kyle <KCasazza@proskauer.com>; Leader, Jordan B. <JLeader@proskauer.com>; Lawrence Buterman - Latham & Watkins LLP (Lawrence.Buterman@lw.com) <lawrence.buterman@lw.com>; Amanda.Reeves@lw.com; Chris.Yates@LW.com; 'Rob.McNary@lw.com' <rob.mcnary@lw.com>; Tulumello, Drew <Drew.Tulumello@weil.com>; Barrington, Luna

<Luna.Barrington@weil.com>; Quinn, James - EXT <quinn@jwquinnlaw.com>; Bellshaw, Meagan
<Meagan.Bellshaw@weil.com>; Schreiber, Zach <Zach.Schreiber@weil.com>
**Subject:** RE: Pospisil, et al. v. ATP Tour, Inc. et al., 25-cv-2207 (SDNY)

*This email sent by rachel.williams@weil.com originated from outside the Firm.*

Counsel,

It is unclear to us where this disagreement is arising.  We have agreed (and represented to the Court) that the SAC has
no bearing on the pending fully-briefed motions filed by ATP and WTA—meaning we do not believe that adding the
Grand Slams impacts the resolution of the pending motions.  We are in complete alignment that we would like the Court
to resolve the pending motions on the pending briefing.

As to your second question, again, we have agreed not to raise any new arguments about the Grand Slams at oral
argument on the pending motions.  As you saw in our opposition brief, we state: "Similarly, if and when the Grand Slam
Co-Conspirators are added as Defendants, those claims will be litigated in this District as well."  D.I. 128 at 2.  Is it your
position that we can't argue what is included in our brief?  Your position seems to imply that is the case.  If not, it
appears there is no dispute at all.

If useful, we are happy to discuss this over a call.

Best,
Rachel



Rachel Williams

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Rachel.Williams@weil.com
+1 212 310 8367 Direct
+1 212 310 8007 Fax

**From:** Curtis, Kelly M. <KCurtis@proskauer.com>
**Sent:** Friday, October 3, 2025 3:41 PM
**To:** Williams, Rachel <Rachel.Williams@weil.com>; Reade, Nick <Nick.Reade@weil.com>
**Cc:** Popkin, Lee <lpopkin@proskauer.com>; Ruskin, Bradley I. <BRuskin@proskauer.com>; KCasazza@proskauer.com;
Leader, Jordan B. <JLeader@proskauer.com>; Lawrence Buterman - Latham & Watkins LLP
(Lawrence.Buterman@lw.com) <lawrence.buterman@lw.com>; Amanda.Reeves@lw.com; Chris.Yates@LW.com;
'Rob.McNary@lw.com' <rob.mcnary@lw.com>; Tulumello, Drew <Drew.Tulumello@weil.com>; Barrington, Luna
<Luna.Barrington@weil.com>; Quinn, James - EXT <quinn@jwquinnlaw.com>; Bellshaw, Meagan
<Meagan.Bellshaw@weil.com>; Schreiber, Zach <Zach.Schreiber@weil.com>
**Subject:** RE: Pospisil, et al. v. ATP Tour, Inc. et al., 25-cv-2207 (SDNY)

Counsel,

This is the third time we have asked directly whether it is your position that adding the Grand Slams as
defendants impacts resolution of the pending motions and the third time you have avoided directly
responding to our question.

We understand your response to mean that you will be arguing that your naming of the Slams as defendants should affect resolution of one or more motions.  Unless that's mistaken, we will need to file supplemental briefs to avoid unfair prejudice.

Accordingly, a draft of our section of the joint status update is attached.

Best,
Kelly


**Kelly M. Curtis**
Attorney at Law

[Proskauer](Proskauer)
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
d 310.284.4592
f  310.557.2193
kcurtis@proskauer.com

greenspaces
Please consider the environment before printing this email.

---

**From:** Williams, Rachel <Rachel.Williams@weil.com>
**Sent:** Thursday, October 2, 2025 6:41 PM
**To:** Curtis, Kelly M. <KCurtis@proskauer.com>; Reade, Nick <Nick.Reade@weil.com>
**Cc:** Popkin, Lee <lpopkin@proskauer.com>; Ruskin, Bradley I. <BRuskin@proskauer.com>; Casazza, Kyle <KCasazza@proskauer.com>; Leader, Jordan B. <JLeader@proskauer.com>; Lawrence Buterman - Latham & Watkins LLP (Lawrence.Buterman@lw.com) <lawrence.buterman@lw.com>; Amanda.Reeves@lw.com; Chris.Yates@LW.com; 'Rob.McNary@lw.com' <rob.mcnary@lw.com>; Tulumello, Drew <Drew.Tulumello@weil.com>; Barrington, Luna <Luna.Barrington@weil.com>; Quinn, James - EXT <quinn@jwquinnlaw.com>; Bellshaw, Meagan <Meagan.Bellshaw@weil.com>; Schreiber, Zach <Zach.Schreiber@weil.com>
**Subject:** RE: Pospisil, et al. v. ATP Tour, Inc. et al., 25-cv-2207 (SDNY)

*This email sent by rachel.williams@weil.com originated from outside the Firm.*

---

Counsel,

Plaintiffs propose the following language which we believe will resolve Defendants' concerns.

1. The new allegations pertaining to the Grand Slams in Plaintiffs' Second Amended Complaint have no bearing on the legal or factual analysis regarding any of the Tour Defendants' pending motions (ECF Nos. 115, 118, and 120) and should not affect the resolution of any of those motions.
2. Neither Plaintiffs nor the Tour Defendants will advance any argument not already included in their briefs at oral argument on the pending motions.

Best,
Rachel



**Rachel Williams**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Rachel.Williams@weil.com
+1 212 310 8367 Direct
+1 212 310 8007 Fax

---

**From:** Curtis, Kelly M. <KCurtis@proskauer.com>
**Sent:** Thursday, October 2, 2025 4:50 PM
**To:** Williams, Rachel <Rachel.Williams@weil.com>; Reade, Nick <Nick.Reade@weil.com>
**Cc:** Popkin, Lee <lpopkin@proskauer.com>; Ruskin, Bradley I. <BRuskin@proskauer.com>; KCasazza@proskauer.com;
Leader, Jordan B. <JLeader@proskauer.com>; Lawrence Buterman - Latham & Watkins LLP
(Lawrence.Buterman@lw.com) <lawrence.buterman@lw.com>; Amanda.Reeves@lw.com; Chris.Yates@LW.com;
'Rob.McNary@lw.com' <rob.mcnary@lw.com>; Tulumello, Drew <Drew.Tulumello@weil.com>; Barrington, Luna
<Luna.Barrington@weil.com>; Quinn, James - EXT <quinn@jwquinnlaw.com>; Bellshaw, Meagan
<Meagan.Bellshaw@weil.com>; Schreiber, Zach <Zach.Schreiber@weil.com>
**Subject:** RE: Pospisil, et al. v. ATP Tour, Inc. et al., 25-cv-2207 (SDNY)

Counsel,

While we appreciate your efforts to try to arrive at a joint stipulation, we need clarification on your revisions.

On the first provision, you replaced "no bearing on the legal or factual analysis regarding" ATP's and WTA's motions with "does not change or modify the substance of Plaintiffs' claims against Tour Defendants."  By making that change, we understand it is your position that the new allegations and/or joinder **do** have bearing on the legal or factual analysis regarding the pending motions.  If that is incorrect, please let us know.

Similarly, on the second provision, you replaced the agreement to not "argue that Plaintiffs' claims or allegations against the Grand Slams, or the Grand Slams being named as Defendants, are in any way relevant to resolution of any of the Tour Defendants' pending motions", with an agreement not to "advance any **new** arguments."  By making that change, we understand it is your position that you **will** be arguing, or are at least reserving the right to argue, that Plaintiffs' claims or allegations against the Grand Slams, or the Grand Slams being named as Defendants, **are** relevant to the resolution of the pending motions at oral argument.

Absent confirmation from you that you will not be making these kinds of arguments, which was the intent of the stipulation, we will need supplemental briefing to avoid any prejudice that would result.  We will prepare a draft joint statement, but please let us know if we are mistaken as to your positions (1) that the second amended complaint does bear on the legal and/or factual analysis regarding the pending motions, and (2) that you will be arguing, or at least reserving to the right to argue, that the amended complaint and/or addition of the Grand Slams supports denial of one or more of the Tour Defendants' motions.

Best,
Kelly


**Kelly M. Curtis**
Attorney at Law

[Proskauer](Proskauer)
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
d 310.284.4592
f  310.557.2193
[kcurtis@proskauer.com](mailto:kcurtis@proskauer.com)

greenspaces
Please consider the environment before printing this email.

---

**From:** Williams, Rachel <[Rachel.Williams@weil.com](mailto:Rachel.Williams@weil.com)>
**Sent:** Thursday, October 2, 2025 8:24 AM
**To:** Curtis, Kelly M. <[KCurtis@proskauer.com](mailto:KCurtis@proskauer.com)>; Reade, Nick <[Nick.Reade@weil.com](mailto:Nick.Reade@weil.com)>
**Cc:** Popkin, Lee <[lpopkin@proskauer.com](mailto:lpopkin@proskauer.com)>; Ruskin, Bradley I. <[BRuskin@proskauer.com](mailto:BRuskin@proskauer.com)>; Casazza, Kyle <[KCasazza@proskauer.com](mailto:KCasazza@proskauer.com)>; Leader, Jordan B. <[JLeader@proskauer.com](mailto:JLeader@proskauer.com)>; Lawrence Buterman - Latham & Watkins LLP ([Lawrence.Buterman@lw.com](mailto:Lawrence.Buterman@lw.com)) <[lawrence.buterman@lw.com](mailto:lawrence.buterman@lw.com)>; [Amanda.Reeves@lw.com](mailto:Amanda.Reeves@lw.com); [Chris.Yates@LW.com](mailto:Chris.Yates@LW.com); 'Rob.McNary@lw.com' <[rob.mcnary@lw.com](mailto:rob.mcnary@lw.com)>; Tulumello, Drew <[Drew.Tulumello@weil.com](mailto:Drew.Tulumello@weil.com)>; Barrington, Luna <[Luna.Barrington@weil.com](mailto:Luna.Barrington@weil.com)>; Quinn, James - EXT <[quinn@jwquinnlaw.com](mailto:quinn@jwquinnlaw.com)>; Bellshaw, Meagan <[Meagan.Bellshaw@weil.com](mailto:Meagan.Bellshaw@weil.com)>; Schreiber, Zach <[Zach.Schreiber@weil.com](mailto:Zach.Schreiber@weil.com)>
**Subject:** RE: Pospisil, et al. v. ATP Tour, Inc. et al., 25-cv-2207 (SDNY)

*This email sent by [rachel.williams@weil.com](mailto:rachel.williams@weil.com) originated from outside the Firm.*

---

All,

Please see attached a clean draft stipulation and redline reflecting Plaintiffs' revisions.

Best,
Rachel



Rachel Williams


Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
[Rachel.Williams@weil.com](mailto:Rachel.Williams@weil.com)
+1 212 310 8367 Direct
+1 212 310 8007 Fax

**From:** Curtis, Kelly M. <KCurtis@proskauer.com>
**Sent:** Wednesday, October 1, 2025 6:50 PM
**To:** Reade, Nick <Nick.Reade@weil.com>
**Cc:** Popkin, Lee <lpopkin@proskauer.com>; Ruskin, Bradley I. <BRuskin@proskauer.com>; KCasazza@proskauer.com; Leader, Jordan B. <JLeader@proskauer.com>; Lawrence Buterman - Latham & Watkins LLP (Lawrence.Buterman@lw.com) <lawrence.buterman@lw.com>; Amanda.Reeves@lw.com; Chris.Yates@LW.com; 'Rob.McNary@lw.com' <rob.mcnary@lw.com>; Tulumello, Drew <Drew.Tulumello@weil.com>; Barrington, Luna <Luna.Barrington@weil.com>; Quinn, James - EXT <quinn@jwquinnlaw.com>; Bellshaw, Meagan <Meagan.Bellshaw@weil.com>; Williams, Rachel <Rachel.Williams@weil.com>; Schreiber, Zach <Zach.Schreiber@weil.com>
**Subject:** RE: Pospisil, et al. v. ATP Tour, Inc. et al., 25-cv-2207 (SDNY)

All,

As discussed on yesterday's call, attached please find a draft stipulation relating to ATP's and WTA's pending motions. Happy to discuss further.

Best,
Kelly

**Kelly M. Curtis**
Attorney at Law

Proskauer
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
d 310.284.4592
f  310.557.2193
kcurtis@proskauer.com

greenspaces
Please consider the environment before printing this email.

**From:** Curtis, Kelly M.
**Sent:** Monday, September 29, 2025 6:06 PM
**To:** Reade, Nick <Nick.Reade@weil.com>
**Cc:** Popkin, Lee <lpopkin@proskauer.com>; Ruskin, Bradley I. <BRuskin@proskauer.com>; Casazza, Kyle <KCasazza@proskauer.com>; Leader, Jordan B. <JLeader@proskauer.com>; Lawrence Buterman - Latham & Watkins LLP (Lawrence.Buterman@lw.com) <lawrence.buterman@lw.com>; Amanda.Reeves@lw.com; Chris.Yates@LW.com; 'Rob.McNary@lw.com' <rob.mcnary@lw.com>; Tulumello, Drew <Drew.Tulumello@weil.com>; Barrington, Luna <Luna.Barrington@weil.com>; Quinn, James - EXT <quinn@jwquinnlaw.com>; Bellshaw, Meagan <Meagan.Bellshaw@weil.com>; Williams, Rachel <Rachel.Williams@weil.com>; Schreiber, Zach <Zach.Schreiber@weil.com>
**Subject:** RE: Pospisil, et al. v. ATP Tour, Inc. et al., 25-cv-2207 (SDNY)

Nick,

Counsel for ATP and WTA are available at 4 ET tomorrow, I will circulate a calendar invite shortly.

In order to most productively confer regarding the topic of and schedule for supplemental briefing, we require clarity on Plaintiffs' position that "Naming the Grand Slams as defendants, identifying conduct specific to those defendants, and making other non-substantive updates to the ranking status of Player Plaintiffs are all procedural updates that do not affect the pending motions." Mot. for Leave to File SAC at 6.  This statement suggests that it is Plaintiffs' position that the joinder of the Grand Slams as defendants has no bearing on the analysis regarding any of Defendants' pending motions.  In other words, Plaintiffs will not argue that their claims or allegations against the Grand Slams, or the Grand Slams being named as Defendants, are in any way relevant to any of Defendants' pending motions.

Can you confirm whether this is the case?

Best,
Kelly


**Kelly M. Curtis**
Attorney at Law

Proskauer
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
d 310.284.4592
f  310.557.2193
kcurtis@proskauer.com

greenspaces
Please consider the environment before printing this email.

---

**From:** Reade, Nick <Nick.Reade@weil.com>
**Sent:** Monday, September 29, 2025 6:26 AM
**To:** Curtis, Kelly M. <KCurtis@proskauer.com>
**Cc:** Popkin, Lee <lpopkin@proskauer.com>; Ruskin, Bradley I. <BRuskin@proskauer.com>; Casazza, Kyle <KCasazza@proskauer.com>; Leader, Jordan B. <JLeader@proskauer.com>; Lawrence Buterman - Latham & Watkins LLP (Lawrence.Buterman@lw.com) <lawrence.buterman@lw.com>; Amanda.Reeves@lw.com; Chris.Yates@LW.com; 'Rob.McNary@lw.com' <rob.mcnary@lw.com>; Tulumello, Drew <Drew.Tulumello@weil.com>; Barrington, Luna <Luna.Barrington@weil.com>; Quinn, James - EXT <quinn@jwquinnlaw.com>; Bellshaw, Meagan <Meagan.Bellshaw@weil.com>; Williams, Rachel <Rachel.Williams@weil.com>; Schreiber, Zach <Zach.Schreiber@weil.com>
**Subject:** RE: Pospisil, et al. v. ATP Tour, Inc. et al., 25-cv-2207 (SDNY)

*This email sent by nick.reade@weil.com originated from outside the Firm.*

---

Kelly,

Counsel for Plaintiffs are available at 4pm Eastern tomorrow, Tuesday 9/30.

Thank you.

Best,
Nick

---

**From:** Curtis, Kelly M. <KCurtis@proskauer.com>
**Sent:** Friday, September 26, 2025 5:45 PM
**To:** Reade, Nick <Nick.Reade@weil.com>
**Cc:** Popkin, Lee <lpopkin@proskauer.com>; Ruskin, Bradley I. <BRuskin@proskauer.com>; KCasazza@proskauer.com; Leader, Jordan B. <JLeader@proskauer.com>; Lawrence Buterman - Latham & Watkins LLP (Lawrence.Buterman@lw.com) <lawrence.buterman@lw.com>; Amanda.Reeves@lw.com; Chris.Yates@LW.com; 'Rob.McNary@lw.com' <rob.mcnary@lw.com>; Tulumello, Drew <Drew.Tulumello@weil.com>; Barrington, Luna <Luna.Barrington@weil.com>; Quinn, James - EXT <quinn@jwquinnlaw.com>; Bellshaw, Meagan <Meagan.Bellshaw@weil.com>; Williams, Rachel <Rachel.Williams@weil.com>; Schreiber, Zach <Zach.Schreiber@weil.com>
**Subject:** RE: Pospisil, et al. v. ATP Tour, Inc. et al., 25-cv-2207 (SDNY)

Counsel,

Please let us know your availability to meet and confer regarding the below on next Tuesday, 9/30, and/or Wednesday, 10/1.  Thank you.

Best,
Kelly

### Kelly M. Curtis
Attorney at Law

Proskauer
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
d 310.284.4592
f  310.557.2193
kcurtis@proskauer.com

greenspaces
Please consider the environment before printing this email.

---

**From:** Reade, Nick <Nick.Reade@weil.com>
**Sent:** Friday, September 26, 2025 1:36 PM
**To:** Popkin, Lee <lpopkin@proskauer.com>; Ruskin, Bradley I. <BRuskin@proskauer.com>; Casazza, Kyle <KCasazza@proskauer.com>; Leader, Jordan B. <JLeader@proskauer.com>; Lawrence.Buterman@lw.com; Amanda.Reeves@lw.com; Chris.Yates@LW.com; rob.mcnary@lw.com

**Cc:** Tulumello, Drew <Drew.Tulumello@weil.com>; Barrington, Luna <Luna.Barrington@weil.com>; Quinn, James - EXT <quinn@jwquinnlaw.com>; Bellshaw, Meagan <Meagan.Bellshaw@weil.com>; Williams, Rachel <Rachel.Williams@weil.com>; Schreiber, Zach <Zach.Schreiber@weil.com>
**Subject:** Pospisil, et al. v. ATP Tour, Inc. et al., 25-cv-2207 (SDNY)

*This email sent by nick.reade@weil.com originated from outside the Firm.*

Counsel,

We write pursuant to the order Judge Garnett issued last night to inquire whether ATP and WTA still intend to submit supplemental briefs in response to the Second Amended Complaint. If so, could you please also clarify what new allegations you believe require such briefing, what briefing schedule you are contemplating, and the length of the briefs you intend to request?

Best,
Nick



**Nick Reade**
Associate

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
nick.reade@weil.com
+1 212 310 8807 Direct

*********************************************************************************************************
****************************************************
This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
*********************************************************************************************************
****************************************************