UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Vasek Pospisil, Nicholas Kyrgios, Anastasia
Rodionova, Nicole Melichar-Martinez, Saisai
Zheng, Sorana Cîrstea, John-Patrick Smith, Noah
Rubin, Aldila Sutjiadi, Varvara Gracheva, Tennys
Sandgren, Sachia Vickery, Nicolas Zanellato, and
Reilly Opelka, on behalf of themselves and all
others similarly situated,

and

The Professional Tennis Players Association,

Plaintiffs,

v.

ATP Tour, Inc., WTA Tour, Inc., Tennis Australia
Limited, Fédération Française de Tennis, All
England Lawn Tennis Club (Championships)
Limited, and United States Tennis Association
Incorporated,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:25-cv-02207-MMG

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Timothy J. Cornell of Debevoise & Plimpton

LLP hereby appears on behalf of defendant Fédération Française de Tennis in the above

captioned case.

Entry of this appearance shall in no way be deemed a waiver of any and all

defenses, including but not limited to any and all jurisdictional defenses, available to the

Fédération Française de Tennis.

Dated:  Washington, District of Columbia
        October 22, 2025

Respectfully submitted,

*/s/ Timothy J. Cornell*

Timothy J. Cornell
Debevoise & Plimpton LLP
801 Pennsylvania Avenue N.W., Suite 500
Washington, D.C. 20004
(202) 383-8000
tjcornell@debevoise.com

*Attorney for Fédération Française de Tennis*

2