**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| Vasek Pospisil, Nicholas Kyrgios, Anastasia Rodionova, Nicole Melichar-Martinez, Saisai Zheng, Sorana Cîrstea, John-Patrick Smith, Noah Rubin, Aldila Sutjiadi, Varvara Gracheva, Tennys Sandgren, Sachia Vickery, Nicolas Zanellato, and Reilly Opelka, on behalf of themselves and all others similarly situated, <br><br> -and- <br><br> The Professional Tennis Players Association <br><br> *Plaintiffs*, <br><br> v. <br><br> ATP Tour, Inc., WTA Tour, Inc., Tennis Australia Limited, Fédération Française de Tennis, All England Lawn Tennis Club (Championships) Limited, and United States Tennis Association Incorporated, <br><br> *Defendants*. | Case No. 1:25-cv-02207-MMG <br><br> **NOTICE OF APPEARANCE FOR JENY M. MAIER** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please take notice that Jeny M. Maier, an attorney admitted to practice before this Court, hereby appears as counsel of record in the above-captioned matter on behalf of Defendant The All England Lawn Tennis Club (Championships) Limited, and requests that all papers be served upon her at the following address:

Jeny M. Maier
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
Phone: (202) 469-3523
Email: jmaier@axinn.com

This appearance shall in no way be deemed a waiver of any defenses or objections, including but not limited to those based on lack of jurisdiction, improper venue, and improper forum, all of which are hereby expressly preserved.

Dated: October 22, 2025
        Washington, D.C.

Respectfully submitted,

*/s/ Jeny M. Maier*
Jeny M. Maier
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
Phone: (202) 469-3523
Fax: (202) 912-4701
Email: jmaier@axinn.com

*Counsel for Defendant The All England Lawn Tennis Club (Championships) Limited*

2