**Weil, Gotshal & Manges LLP**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2025
```

BY ECF

November 19, 2025

Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:   *Pospisil et al. v. ATP Tour, Inc. et al.*, No. 1:25-cv-02207-MMG (S.D.N.Y.)

Dear Judge Garnett:

On behalf of Plaintiffs and Defendant Tennis Australia, Plaintiffs write to seek a stay of proceedings against Tennis Australia in the above-captioned matter. Plaintiffs and Tennis Australia are engaged in substantive and productive bi-lateral settlement discussions and believe that a settlement as to Plaintiffs' claims against Tennis Australia is likely in the near future. Accordingly, Plaintiffs and Tennis Australia respectfully request that this Court enter an order staying all proceedings and deadlines in the case that pertain to Tennis Australia while the parties finalize their agreement.

Courts in this district routinely grant stays pending settlement or mediation without further analysis where both parties request a stay. *See, e.g., Jones v. Regal Cinemas, Inc.*, No. 23-cv-11145-MMG, Dkt. 25 (S.D.N.Y. July 23, 2024); *Jolly v. FurtherEd, Inc.*, No. 24-cv-06401-LJL, Dkt. 45 (S.D.N.Y. Mar. 24, 2025). In any event, a stay is warranted here because it will further the interests of judicial economy and efficiency and will facilitate the final resolution of Plaintiffs' claims against Tennis Australia. *See Melville v. HOP Energy, LLC*, 2024 WL 4224850, at *4 (S.D.N.Y. 2024).

The stay request applies only to Tennis Australia and no other Defendant.

Respectfully submitted,

*Andrew S. Tulumello*

Andrew S. Tulumello
*Counsel for Plaintiffs*

cc:    all counsel of record (via ECF)

---

GRANTED. The proceedings against Defendant Tennis Australia are STAYED pending the parties' settlement discussions. If a settlement is not reached by **December 22, 2025**, Plaintiffs and Tennis Australia shall file a joint letter on that date advising the Court on the status of settlement discussions.

SO ORDERED. Dated November 21, 2025.

*[signature]*

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE