

**Debevoise & Plimpton LLP**
66 Hudson Blvd.
New York, N.Y. 10001
+1 212 909 6000

**Michael Schaper**
Partner
mschaper@debevoise.com
+1 212 909 6737

**By ECF**  December 17, 2025

The Honorable Margaret M. Garnett
United States District Judge
40 Foley Square, Room 2102
New York, NY 10007

Re:   *Pospisil et al. v. ATP Tour, Inc. et al.*, No. 1:25-cv-02207-MMG (S.D.N.Y.)

Dear Judge Garnett:

We represent Fédération Française de Tennis ("FFT") in the above-captioned matter. We write on behalf of FFT, The All England Lawn Tennis Club (Championships) Limited ("AELTC"), and the United States Tennis Association (the "USTA") (collectively, the "Grand Slams" and each, a "Grand Slam"), and with the consent of the other Defendants and Plaintiffs, to respectfully request the Court's permission to reallocate the word-count limitations provided for in Your Honor's Individual Rules & Practices in connection with the forthcoming motions the Grand Slams intend to file on December 22, 2025 (*see* ECF No. 164).

Under Your Honor's Individual Rules & Practices, each Grand Slam would be permitted to file a memorandum of up to 8,750 words, or a total of 26,250 words if each Grand Slam filed its own motion. The Grand Slams request that they be permitted to file, jointly, a 13,000-word-maximum brief that will be used to address issues common to all Grand Slams. AELTC and FFT request that they be permitted to file, jointly, a 6,500-word-maximum brief that will be used to address common issues related to the Court's lack of personal jurisdiction over AELTC and FFT. And USTA requests that it be permitted to file a 6,750-word-maximum brief that will be used to address issues individual to USTA. This will bring the total word count across the Grand Slams' opening briefs to a maximum of 26,250, the same number permitted under Your Honor's Individual Rules & Practices, only reallocated across the three briefs described above.

Should the Grand Slams be granted permission to reallocate, the Grand Slams would respectfully request that the Plaintiffs and Grand Slams be permitted for their respective opposition and reply briefs the maximum number of words permitted under Your Honor's Individual Rules & Practices (26,250 words to oppose and 10,500 words to reply) allocated as each side sees fit.

The Grand Slams make this request without waiver of any defenses or objections, including but not limited to those based on lack of jurisdiction, improper venue, and improper forum, all of which are hereby expressly preserved.

We thank the Court for its attention to this matter.

December 17, 2025

                                                Respectfully submitted,

                                                */s/ Michael Schaper*
                                                  Michael Schaper

                              *Counsel for Defendant Fédération Française de Tennis*

cc:      All counsel of record