**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Vasek Pospisil, Nicholas Kyrgios, Anastasia Rodionova, Nicole Melichar-Martinez, Saisai Zheng, Sorana Cîrstea, John-Patrick Smith, Noah Rubin, Aldila Sutjiadi, Varvara Gracheva, Tennys Sandgren, Sachia Vickery, Nicolas Zanellato, and Reilly Opelka, on behalf of themselves and all others similarly situated,<br><br>-and-<br><br>The Professional Tennis Players Association,<br><br>               Plaintiffs,<br><br>vs.<br><br>ATP Tour, Inc., WTA Tour, Inc., Tennis Australia Limited, Fédération Française de Tennis, All England Lawn Tennis Club (Championships) Limited, and United States Tennis Association Incorporated,<br><br>               Defendants. | Case No. 1:25-cv-02207-MMG |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant United States Tennis Association Incorporated discloses that it is a 501(c)(6) not for profit corporation and has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

Dated: December 18, 2025

By:   _____

COVINGTON & BURLING LLP
Derek Ludwin
850 Tenth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 662-6000
dludwin@cov.com

Neema Sahni (*pro hac vice*)
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4757
nsahni@cov.com

Kyle W. Chow
30 Hudson Yards
New York, NY 10001-2170
Telephone: (212) 841-1245
kchow@cov.com

*Attorneys for Defendant United States Tennis Association Incorporated*