**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Vasek Pospisil, Nicholas Kyrgios, Anastasia Rodionova, Nicole Melichar-Martinez, Saisai Zheng, Sorana Cîrstea, John-Patrick Smith, Noah Rubin, Aldila Sutjiadi, Varvara Gracheva, Tennys Sandgren, Sachia Vickery, Nicolas Zanellato, and Reilly Opelka, on behalf of themselves and all others similarly situated,<br><br>-and-<br><br>The Professional Tennis Players Association,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>ATP Tour, Inc., WTA Tour, Inc., Tennis Australia Limited, Fédération Française de Tennis, All England Lawn Tennis Club (Championships) Limited, and United States Tennis Association Incorporated,<br><br>                    Defendants. | Case No. 1:25-cv-02207-MMG |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Fédération Française de Tennis discloses that it is a not-for-profit association governed pursuant to the French law of July 1, 1901, and recognized as a public utility by French decree dated July 14, 1923, and has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

Filing of this corporate disclosure statement shall in no way be deemed a waiver

of any and all defenses, including but not limited to any and all jurisdictional defenses, available to Defendant Fédération Française de Tennis.

/s/   *Michael Schaper*
Michael Schaper
Jacob Hochberger
DEBEVOISE & PLIMPTON LLP
66 Hudson Blvd.
New York, NY 10001
Telephone: (212) 909-6000
mschaper@debevoise.com

Tim Cornell
Leah S. Martin (*pro hac vice*)
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Ave NW
Washington, DC 20004
Telephone: (202) 383-8000

*Attorneys for Defendant Fédération Française de Tennis*