UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vasek Pospisil, Nicholas Kyrgios, Anastasia Rodionova, Nicole Melichar-Martinez, Saisai Zheng, Sorana Cîrstea, John-Patrick Smith, Noah Rubin, Aldila Sutjiadi, Varvara Gracheva, Tennys Sandgren, Sachia Vickery, Nicolas Zanellato, and Reilly Opelka, on behalf of themselves and all others similarly situated, <br><br> -and- <br><br> The Professional Tennis Players Association, <br><br>                Plaintiffs, <br><br>   vs. <br><br> ATP Tour, Inc., WTA Tour, Inc., Tennis Australia Limited, Fédération Française de Tennis, All England Lawn Tennis Club (Championships) Limited, and United States Tennis Association Incorporated, <br><br>                Defendants. | Case No. 25-cv-2207 (MMG) |

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant The All England Lawn Tennis Club (Championships) Limited, by and through its undersigned counsel, hereby certifies that it is private limited company and a wholly owned subsidiary of The All England Lawn Tennis & Croquet Club Limited.

This corporate disclosure statement shall in no way be deemed a waiver of any defenses or objections, including but not limited to those based on lack of jurisdiction, improper venue, and improper forum, all of which are hereby expressly preserved.

Dated: December 19, 2025
       Washington, D.C.

Respectfully submitted,

*/s/ Bradley Justus*
Bradley Justus (*pro hac vice*)
Jeny M. Maier
Allison Vissichelli (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
Phone: (202) 912-4700
Fax: (202) 912-4701
bjustus@axinn.com

*Counsel for Defendant The All England Lawn Tennis Club (Championships) Limited*