**Weil, Gotshal & Manges LLP**

2001 M Street, NW Suite 600
Washington, DC 20036
+1 202 682 7000 tel
+1 202 857 0940 fax

**Andrew S. Tulumello**
+1 (202) 682-7100
drew.tulumello@weil.com

BY ECF

December 22, 2025

Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:   *Pospisil et al. v. ATP Tour, Inc. et al.,* No. 1:25-cv-02207-MMG (S.D.N.Y.)

Dear Judge Garnett:

Pursuant to Your Honor's November 21 Order, on behalf of Plaintiffs and Defendant Tennis Australia, Plaintiffs write to inform the Court that Plaintiffs and Tennis Australia have reached a settlement. Dkt. No. 171.

Plaintiffs and Tennis Australia are working together to memorialize the terms and complete the long-form agreement early in the new year. Given the class-wide nature of the settlement, Plaintiffs will seek preliminary court approval of the settlement once the long-form agreement is complete.

In light of the progress made by Plaintiffs and Tennis Australia, Plaintiffs request that the November 21 stay of all deadlines as to Tennis Australia remain in effect.

Respectfully submitted,

*/s/ Andrew S. Tulumello*

Andrew S. Tulumello
*Counsel for Plaintiffs*

cc:   all counsel of record (via ECF)