UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vasek Pospisil, Nicholas Kyrgios, Anastasia Rodionova, Nicole Melichar-Martinez, Saisai Zheng, Sorana Cîrstea, John-Patrick Smith, Noah Rubin, Aldila Sutjiadi, Varvara Gracheva, Tennys Sandgren, Sachia Vickery, Nicolas Zanellato, and Reilly Opelka, on behalf of themselves and all others similarly situated, <br><br> -and- <br><br> The Professional Tennis Players Association, <br><br> Plaintiffs, <br><br> vs. <br><br> ATP Tour, Inc., WTA Tour, Inc., Tennis Australia Limited, Fédération Française de Tennis, All England Lawn Tennis Club (Championships) Limited, and United States Tennis Association Incorporated, <br><br> Defendants. | Case No. 25-cv-2207 (MMG) <br><br> **ORAL ARGUMENT REQUESTED** |

**DEFENDANTS FÉDÉRATION FRANÇAISE DE TENNIS AND THE
ALL ENGLAND LAWN TENNIS CLUB (CHAMPIONSHIPS) LIMITED'S NOTICE OF
<u>MOTION TO DISMISS FOR FAILURE TO ESTABLISH PERSONAL JURISDICTION</u>**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated December 22, 2025, Defendants Fédération Française de Tennis ("FFT") and The All England Lawn Tennis Club (Championships) Limited ("AELTC"), by their undersigned counsel, respectfully move this Court before the Honorable Margaret M. Garnett, in Courtroom 906 of the United States District Court for the Southern District of New York, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007 for an Order granting FFT and AELTC's Joint Motion To Dismiss For Failure To Establish Personal Jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2).

Dated: December 22, 2025

Respectfully submitted,

/s/ Bradley Justus
Bradley Justus (*pro hac vice*)
Jeny M. Maier
Allison Vissichelli (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
Phone: (202) 912-4700
Fax: (202) 912-4701
bjustus@axinn.com
jmaier@axinn.com
avissichelli@axinn.com

*Counsel for Defendant The All England Lawn Tennis Club (Championships) Limited*

                                                 */s/ Michael Schaper*
                                                 Michael Schaper
Jacob Hochberger
DEBEVOISE & PLIMPTON LLP
66 Hudson Blvd.
New York, NY 10001
Phone: (212) 909-6000
mschaper@debevoise.com
jhochberger@debevoise.com

Tim Cornell
Leah S. Martin (*pro hac vice*)
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Ave NW
Washington, DC 20004
Phone: (202) 383-8000
tjcornell@debevoise.com
lmartin@debevoise.com

*Counsel for Defendant Fédération Française de Tennis*