UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vasek Pospisil, Nicholas Kyrgios, Anastasia Rodionova, Nicole Melichar-Martinez, Saisai Zheng, Sorana Cîrstea, John-Patrick Smith, Noah Rubin, Aldila Sutjiadi, Varvara Gracheva, Tennys Sandgren, Sachia Vickery, Nicolas Zanellato, and Reilly Opelka, on behalf of themselves and all others similarly situated,<br><br>-and-<br><br>The Professional Tennis Players Association,<br><br>Plaintiffs,<br><br>vs.<br><br>ATP Tour, Inc., WTA Tour, Inc., Tennis Australia Limited, Fédération Française de Tennis, All England Lawn Tennis Club (Championships) Limited, and United States Tennis Association Incorporated,<br><br>Defendants. | Case No. 25-cv-2207 (MMG)<br><br>**GRAND SLAM DEFENDANTS' JOINT MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated December 22, 2025, the annexed Declaration of Stacey Allaster dated December 21, 2025, and the exhibits attached thereto, the undersigned hereby move this Court on behalf of Defendants Fédération Française de Tennis ("FFT"), The All England Lawn Tennis Club (Championships) Limited ("AELTC"), and United States Tennis Association Incorporated ("USTA") (collectively, the "Grand Slam Defendants") before the Honorable Margaret M. Garnett, in Courtroom 906 of the United States District Court for the Southern District of New York, Thurgood Marshall Courthouse, 40 Foley Square, New York, 10007, for an Order (1) dismissing with prejudice the

Plaintiffs' Second Amended Complaint, ECF No. 139; and (2) granting such other and further relief as the Court deems just and proper.*

**PLEASE TAKE FURTHER NOTICE** that the Grand Slam Defendants request oral argument of the within motion.

---

\*　　AELTC and FFT have concurrently filed a joint motion to dismiss for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2). Accordingly, this motion to dismiss applies only as to the claims asserted against AELTC and FFT if the Court denies that Rule 12(b)(2) motion. *See Bayshore Capital Advisors, LLC v. Creative Wealth Media Finance Corp.*, 667 F. Supp. 3d 83, (S.D.N.Y. 2023) (when defendants move to dismiss under Rule 12(b)(2), "the Court must first address the preliminary question of personal jurisdiction before considering the legal sufficiency of the allegations in the amended complaint" (citation modified)).

　　The USTA has concurrently moved to compel arbitration of the claims of seven of the Plaintiffs against it. As to the USTA, this motion to dismiss therefore applies only conditionally to the claims of those Plaintiffs—John-Patrick Smith, Reilly Opelka, Aldila Sutjiadi, Nicole Melichar-Martinez, Saisai Zheng, Sorana Cirstea, and Varvara Gracheva. Specifically, the USTA moves to dismiss those Plaintiffs' claims against it only as to any portion of those claims that are determined to be non-arbitrable following the exhaustion of the USTA's right to appeal any decision by this Court that denies, in whole or in part, USTA's motion to compel arbitration. *See* 9 U.S.C. § 16(a). Accordingly, by joining this motion to dismiss, the USTA is not acting "inconsistent[ly] with the right to arbitrate" under the US Open Agreements. *Doyle v. UBS Fin. Servs., Inc.*, 144 F.4th 122, 131 (2d Cir. 2025).

| | |
|---|---|
| December 22, 2025 | Respectfully submitted, |
| | */s/ Derek Ludwin* |
| | COVINGTON & BURLING LLP |
| | Derek Ludwin |
| | John S. Playforth (*pro hac vice* forthcoming) |
| | 850 Tenth Street, N.W. |
| | Washington, D.C. 20001 |
| | Telephone: (202) 662-6000 |
| | dludwin@cov.com |
| | jplayforth@cov.com |
| | |
| | Neema Sahni (*pro hac vice*) |
| | 1999 Avenue of the Stars |
| | Los Angeles, CA 90067 |
| | Telephone: (424) 332-4757 |
| | nsahni@cov.com |
| | |
| | Kyle W. Chow |
| | 30 Hudson Yards |
| | New York, NY 10001-2170 |
| | Telephone: (212) 841-1245 |
| | kchow@cov.com |
| | |
| | *Attorneys for Defendant United States Tennis Association Incorporated* |

/s/ *Michael Schaper* (on consent)
Michael Schaper
Jacob Hochberger
DEBEVOISE & PLIMPTON LLP
66 Hudson Blvd.
New York, NY 10001
Telephone: (212) 909-6000
mschaper@debevoise.com

Tim Cornell
Leah S. Martin (*pro hac vice*)
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Ave NW
Washington, DC 20004
Telephone: (202) 383-8000

*Attorneys for Defendant Fédération Française de Tennis*

/s/ *Bradley Justus* (on consent)
Bradley Justus (*pro hac vice*)
Jeny M. Maier
Allison Vissichelli (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L St NW
Washington, DC 20036
Telephone: (202) 912-4700
bjustus@axinn.com
jmaier@axinn.com
avissichelli@axinn.com

*Attorneys for Defendant All England Lawn Tennis Club (Championships) Limited*

3