**Weil, Gotshal & Manges LLP**

BY ECF

2001 M Street, NW Suite 600
Washington, DC 20036
+1 202 682 7000 tel
+1 202 857 0940 fax

**Andrew S. Tulumello**
+1 (202) 682-7100
drew.tulumello@weil.com

January 16, 2025

Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:   *Pospisil et al. v. ATP Tour, Inc. et al.*, No. 1:25-cv-02207-MMG (S.D.N.Y.)

Dear Judge Garnett:

On behalf of Plaintiffs and Defendant Tennis Australia, Plaintiffs write to seek a stay of Plaintiffs' claims for injunctive relief against Tennis Australia in the above-captioned matter.

In addition to negotiating the Damages Class Settlement that is the subject of a separate motion filed concurrently with this letter, the parties have separately engaged in several months of arm's-length negotiations to resolve the injunctive relief claims brought by the Player Plaintiffs, Putative Injunctive Relief Classes, and PTPA (collectively "Injunctive Relief Plaintiffs") in this case. As a result of those negotiations, Injunctive Relief Plaintiffs and Tennis Australia have reached an agreement that will release Tennis Australia from liability in exchange for, among other things, substantial consultation services and meaningful assistance to Injunctive Relief Plaintiffs in their efforts to develop and implement structural reforms for professional tennis to address the issues alleged by Plaintiffs in this case and improve the player experience. The parties are engaged in ongoing efforts to negotiate and memorialize the complete terms of the agreement.

In light of the progress made to date, the parties believe that substantial efficiencies will result from further cooperation among the parties on meaningful and comprehensive reforms relating to player pay, tournament schedules, and player health and welfare. Plaintiffs believe an indefinite stay as to Tennis Australia will best serve the interests of the class, to allow such complex issues to worked through and agreed upon as part of the broader reform of the sport.

Courts in this district routinely grant stays pending settlement or mediation without further analysis where both parties request a stay.  *See, e.g.*, *Jones v. Regal Cinemas, Inc.*, No. 23-cv-11145-MMG, Dkt. 25 (S.D.N.Y. July 23, 2024); *Jolly v. FurtherEd, Inc.*, No. 24-cv-06401-LJL, Dkt. 45 (S.D.N.Y. Mar. 24, 2025). In any event, a stay is warranted here because it will further the interests of judicial economy and

Hon. Margaret M. Garnett
January 16, 2026
Page 2

**Weil, Gotshal & Manges LLP**

efficiency and will facilitate the final resolution of Injunctive Relief Plaintiffs' claims. *See Melville v. HOP Energy, LLC*, 2024 WL 4224850, at *4 (S.D.N.Y. 2024).

The stay request applies only to Tennis Australia and no other Defendant.

Respectfully submitted,

/s/ *Andrew S. Tulumello*

Andrew S. Tulumello
*Counsel for Plaintiffs*

cc:  all counsel of record (via ECF)

---

GRANTED. Plaintiffs' injunctive relief claims against Defendant Tennis Australia are STAYED.

SO ORDERED. Dated January 22, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE