# EXHIBIT A

**From:** Kildine Chevalier <kchevalier@fft.fr>
**Sent:** Thursday, April 16, 2026 4:12 AM
**To:** Anastasia Skavronskaia
**Cc:** Amal El Khouloudi; Romain Rosenberg
**Subject:** RE: FO Credentials 2025

Dear Anastasia,

Thank you for your email.

We have received clear guidance we can't grant any credentials to any party suing the FFT. Given the lawsuit under progress, we won't unfortunately proceed with your request.
Please note that a different procedure applies if you are part of a player PST.

I hope you will understand our position in this context.

Wishing you a pleasant afternoon.

Kind regards,



**Kildine CHEVALIER**
Directrice Services et Relations Joueurs
Players Services & Relations Director
Tél : +33 (0)1 47 43 49 59  | mobile : +33 (0) 6 76 15 28 48
Email : kchevalier@fft.fr
Stade Roland-Garros - 2, av. Gordon-Bennett - 75016 Paris

  



**De :** Anastasia Skavronskaia <anastasia.skavronskaia@ptpaplayers.com>
**Envoyé :** lundi 13 avril 2026 18:52
**À :** Romain Rosenberg <romain.rosenberg@ptpaplayers.com>; Kildine Chevalier <kchevalier@fft.fr>; Amal El Khouloudi <aelkhouloudi@fft.fr>
**Objet :** Fwd: FO Credentials 2025

Hi Amal!

Hope you're doing well!

Wanted to send in the credential request for the PTPA for the French Open. Please see our info below and let me know if you need anything else!

Thank you!

1. Romain Rosenberg - Executive Director
   - Email: romain.rosenberg@ptpaplayers.com
   - DOB: 4/3/81
   - Country of Birth: France



2. Wajid M    - EVP, Player Engagement and General Counsel
   - Email: wajid@ptpaplayers.com
   - DOB: 6    5/79
   - Country of Birth: USA



3

3. Anastasia Skavronskaia- Director, Player Relations

- Email: ask@ptpaplayers.com
- DOB: 01/18/1984
- Country of Birth: Russia



4