# EXHIBIT B

**From:** Joanne Simons <JSim@aeltc.com>
**Sent:** Thursday, April 16, 2026 6:20 AM
**To:** Anastasia Skavronskaia
**Subject:** RE: [EXTERNAL] Credentials for the PTPA

Hi Anastasia

Hope you're well.

In light of the ongoing litigation with the PTPA, the AELTC will not be accrediting anyone from the PTPA's organisation.

Kind regards
Joanne

---

**From:** Anastasia Skavronskaia <anastasia.skavronskaia@ptpaplayers.com>
**Sent:** 13 April 2026 17:34
**To:** Joanne Simons <JSim@aeltc.com>
**Subject:** [EXTERNAL] Credentials for the PTPA

**CAUTION:** This email originated from outside the organisation. Do not click links or open attachments unless you recognise the sender and know the content is safe. If you are unsure, please contact the IT Service Desk - ithub@aeltc.com

Hi Joanne,

Hope you're doing well!

I wanted to reach out to start the process for our accreditations. Would you please let me know what you'd need from our side for that?

Thanks!

Anastasia

--



**ANASTASIA SKAVRONSKAIA**
DIRECTOR, PLAYER RELATIONS

+1 240-672-3998
ptpaplayers.com

**Disclaimer**

1

The All England Lawn Tennis Club (Championships) Limited (company number 7546773) is a company registered in England & Wales whose registered office is at Church Road, Wimbledon SW19 5AE. The All England Lawn Tennis & Croquet Club Limited (company number 7546718) is a company registered in England and Wales whose registered office is at Church Road, Wimbledon SW19 5AE. The Club's grounds are owned by The All England Lawn Tennis Ground plc (company number 168491, registered in England and Wales) whose registered office is at Church Road, Wimbledon SW19 5AE. The Wimbledon Foundation (company number 8559364) is a company registered in England and Wales whose registered office is at Church Road, Wimbledon SW19 5AE and a registered charity (charity number 1156996).

This email and its contents (including attachments) are confidential, and must not be disclosed without the sender's permission. If you receive this email in error please notify the sender immediately and then delete it from your system. Emails may be monitored in accordance with English law.