# EXHIBIT C

**From:** Stéphane Morel <smorel@fft.fr>
**Sent:** Tuesday, April 28, 2026 10:53 AM
**To:** Romain Rosenberg; Gilles Moretton
**Cc:** Wajid Mir
**Subject:** RE: RG Credentials and Productive Conversations

Dear Romain,

Apologies for the late feedback.
We hope all is well on your end too. We indeed read the news about the leadership change and your promotion. Congrats.
I confirm you this decision was properly routed to us. We indeed can't grant any credentials to any parties who sue the FFT. Obviously nothing personal. As written by Kildine, no issue to get you and/or your colleagues a credential through a player allotment, for instance.
We have also well noted your interesting proposal for an open discussion too. Our lawyers don't unfortunately allow us to proceed accordingly, unless you pull out from your legal action first, which would obviously change our position on PTPA credentials too.
Let's hope the situation positively and quickly evolves for everyone and for our sport, anyway. Let's keep in touch then.
Warm regards,

Gilles & Stephane



**Stéphane Morel**

**CEO**
Phone: +33 (0)1 47 43 45 38
Cell: +33 (0) 7 88 09 77 06
Stade Roland-Garros –
2, av. Gordon-Bennett – 75016 Paris

  



**De :** Romain Rosenberg <romain.rosenberg@ptpaplayers.com>
**Envoyé :** mardi 21 avril 2026 05:08
**À :** Gilles Moretton <gmoretton@fft.fr>; Stéphane Morel <smorel@fft.fr>
**Cc :** Wajid Mir <wajid@ptpaplayers.com>
**Objet :** RG Credentials and Productive Conversations

Dear Gilles and Stephane,

I hope this email finds you well. As you may have heard, the PTPA recently announced a leadership change and I am now the Executive Director. I am planning on taking this opportunity to engage in positive and open conversations with FFT and all other tennis stakeholders. I was hoping that this year's French Open would be a great opportunity for us to reconnect and discuss options towards improving tennis for all parties.

On a related note, we received notice from Kildine Chevalier, on behalf of the FFT, that our request for credentials to the French Open was being denied on the basis of the ongoing lawsuit.

I wanted to bring this to your attention in case it was not a decision that was properly routed to you directly.  We are there to support players and I strongly believe that this approach is unproductive and unnecessary.

Please let me know by the end of this week if FFT will credential us or will stand by its decision. Also, let me know if you would be open to a conversation in Paris during the Open.

I look forward to hearing from you.

Warm regards,

Romain