# EXHIBIT D

| | |
|---|---|
| **From:** | Sally Bolton <SBol@aeltc.com> |
| **Sent:** | Friday, May 1, 2026 4:45 AM |
| **To:** | Romain Rosenberg |
| **Cc:** | Wajid Mir; Deborah Jevans |
| **Subject:** | Re: [EXTERNAL] Credentials and Potential Meeting |

Dear Romain

Thank you for your message and congratulations on your appointment.

I can confirm that the decision regarding your request for accreditation was routed through the correct channels.  In light of the ongoing litigation with the PTPA, the AELTC will not be accrediting anyone from the PTPA's organisation to this year's Championships.

With regard to a possible meeting, we do not believe this would be productive with the lawsuit ongoing.

Yours sincerely
Sally

---

**From:** Romain Rosenberg <romain.rosenberg@ptpaplayers.com>
**Sent:** Tuesday, April 21, 2026 4:14 AM
**To:** Deborah Jevans <DJev@aeltc.com>; Sally Bolton <SBol@aeltc.com>
**Cc:** Wajid Mir <wajid@ptpaplayers.com>
**Subject:** [EXTERNAL] Credentials and Potential Meeting

CAUTION: This email originated from outside the organisation. Do not click links or open attachments unless you recognise the sender and know the content is safe. If you are unsure, please contact the IT Service Desk - ithub@aeltc.com

**Disclaimer**

The All England Lawn Tennis Club (Championships) Limited (company number 7546773) is a company registered in England & Wales whose registered office is at Church Road, Wimbledon SW19 5AE. The All England Lawn Tennis & Croquet Club Limited (company number 7546718) is a company registered in England and Wales whose registered office is at Church Road, Wimbledon SW19 5AE. The Club's grounds are owned by The All England Lawn Tennis Ground plc (company number 168491, registered in England and Wales) whose registered office is at Church Road, Wimbledon SW19 5AE. The Wimbledon Foundation (company number 8559364) is a company registered in England and Wales whose registered office is at Church Road, Wimbledon SW19 5AE and a registered charity (charity number 1156996).

This email and its contents (including attachments) are confidential, and must not be disclosed without the sender's permission. If you receive this email in error please notify the sender immediately and then delete it from your system. Emails may be monitored in accordance with English law.

**From:** Romain Rosenberg <romain.rosenberg@ptpaplayers.com>
**Sent:** Monday, April 20, 2026 11:15 PM
**To:** djev@aeltc.com; Sally Bolton
**Cc:** Wajid Mir
**Subject:** Credentials and Potential Meeting
**Signed By:** romain.rosenberg@ptpaplayers.com

Dear Debbie and Sally,

I hope this email finds you well. As you may have heard, the PTPA recently announced a leadership change and I am now the Executive Director. I am planning on taking this opportunity to engage in positive and open conversations with AELTC and all other tennis stakeholders. I was hoping that this year's Wimbledon Championships would be a great opportunity for us to reconnect and discuss options towards improving tennis for all parties.

On a related note, we received notice from Joanne Simons, on behalf of AELTC, that our request for credentials to the Championships was being denied on the basis of the ongoing lawsuit.

I wanted to bring this to your attention in case it was not a decision that was properly routed to you directly. We are there to support players and I strongly believe that this approach is unproductive and unnecessary.

Please let me know by the end of this week if AELTC will credential us or will stand by its decision. Also, let me know if you would be open to a conversation in Wimbledon during the tournament.

I look forward to hearing from you.

Warm regards,

**Romain Rosenberg**
PTPA Executive Director

☏: +1 917 495 8824
✉: romain.rosenberg@ptpaplayers.com
www.ptpaplayers.com

1