UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vasek Pospisil, Nicholas Kyrgios, Anastasia Rodionova, Nicole Melichar-Martinez, Saisai Zheng, John-Patrick Smith, Noah Rubin, Aldila Sutjiadi, Varvara Gracheva, Tennys Sandgren, Sachia Vickery, Nicolas Zanellato, Christian Harrison, Ingrid Neel, and Marco Trungelliti, on behalf of themselves and all others similarly situated, <br><br> -and- <br><br> The Professional Tennis Players Association, <br><br> Plaintiffs, <br><br> vs. <br><br> ATP Tour, Inc., and WTA Tour, Inc., Tennis Australia Limited, Fédération Française de Tennis, All England Lawn Tennis Club (Championships) Limited, and United States Tennis Association Incorporated, <br><br> Defendants. | Case No. 25-cv-2207 (MMG) |

**DECLARATION OF ANASTASIA SKAVRONSKAIA**

I, Anastasia Skavronskaia, declare, upon personal knowledge and under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am the Senior Director of Player Relations for the Professional Tennis Players Association ("PTPA"). I have been in my role since July 2023.

2. In my capacity as PTPA's Directors of Player Relations, I am the primary liaison between the PTPA and current and former men and women players, agents, managers, families,

tour and event operators, and other key stakeholders in the professional tennis ecosystem. I also create and implement initiatives and resources to protect and advocate for players' physical and mental well-being and career development. Many of these programs and initiatives are carried out in-person, at the tournaments at which PTPA members participate.

3. Prior to joining the PTPA, I had more than a decade of experience in the tennis industry, including as Director of Athlete Representation/Tournament Operations at APG, where I served as an agent to numerous top women's players. My experience in the industry has allowed me to form strong connections with players and enabled me to continue to foster relationships between PTPA and its members.

4. To effectuate my responsibilities as the Director of Player Relations and facilitate PTPA's mission to provide programs and services to professional tennis players, I annually attend at least eight professional tennis tournaments, including the four Grand Slam tournaments, the Australian Open, the US Open, the French Open, and Wimbledon, as well as other tournaments on the ATP and WTA tours, such as BNP Paribas Open and Miami Open. Several other PTPA employees, including, but not limited to, Romain Rosenberg, PTPA's Executive Director, and Wajid Mir Syed, PTPA's General Counsel and Executive Vice President of Player Engagement, also attend professional tennis tournaments several times per year to facilitate PTPA's programs and services to players.

5. Attending these tournaments in-person allows me to serve as a liaison between tournament operators and players, including by ensuring that players have access to essential resources and services during the tournament.

2

6. In order to ensure that I am able to assist players during tournaments, I have requested and received credentials from each of the Grand Slams and other tournaments I have attended that allow me to access the non-public player lounges, restaurants, and rest areas that players occupy during the tournaments. Based on my experience, it is important for players to have prompt access to resources in-person within these non-public facilities.

7. To obtain an access credential from a tournament, a PTPA employee submits a request, usually via email for the Grand Slams, to the tournament several weeks before the tournament begins.

8. Consistent with the PTPA's historic practices and my prior experiences, on April 13, 2026, I sent separate emails to representatives from Fédération Française de Tennis ("FFT") and All England Lawn Tennis Club (Championships) Limited ("AELTC") seeking access credentials for three PTPA employees, Mr. Rosenberg, Mr. Syed, and myself, for the 2026 French Open and the 2026 Wimbledon Championships ("Wimbledon"), respectively—the two Grand Slam tennis tournaments owned and/or operated by Defendants FFT and AELTC.

9. FFT representatives responded to me denying my request on April 16, 2026. At 4:12 a.m. local time, FFT representative Kildine Chevalier responded she "had received clear guidance we can't grant any credentials to any party suing the FFT. Given the lawsuit under progress, we won't unfortunately proceed with your request." Attached hereto as Exhibit A is a true and correct copy of the email chain between myself and Ms. Chevalier.

10. On April 16 at 6:20 a.m. local time, within hours of Ms. Chevalier's response on behalf of FFT, AELTC representative Joanne Simons emailed me saying that stating that "In

light of the ongoing litigation with the PTPA, the AELTC will not be accrediting anyone from the PTPA's organization." Attached hereto as Exhibit B is a true and correct copy of the email chain between myself and Ms. Simons.

11. If I am not able to attend the 2026 French Open and Wimbledon through the usual credential that I am provided, I will be unable to effectuate PTPA's core initiatives, services, and programs, and will be unable to meet with PTPA's members, professional tennis players, who routinely rely on PTPA's services at tournaments to help them prepare for tournaments and take care of off-court issues, including managing this litigation.

4

Dated: May 13, 2026
      Chevy Chase, MD

                                _____
                                Anastasia Skavronskaia