**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Vasek Pospisil, Nicholas Kyrgios, Anastasia Rodionova, Nicole Melichar-Martinez, Saisai Zheng, Sorana Cîrstea, John-Patrick Smith, Noah Rubin, Aldila Sutjiadi, Varvara Gracheva, Tennys Sandgren, Sachia Vickery, Nicolas Zanellato, and Reilly Opelka, on behalf of themselves and all others similarly situated, | |
| -and- | |
| The Professional Tennis Players Association, | Case No. 25-cv-2207 (MMG) |
| Plaintiffs, | |
| vs. | |
| ATP Tour, Inc., WTA Tour, Inc., Tennis Australia Limited, Fédération Française de Tennis, All England Lawn Tennis Club (Championships) Limited, and United States Tennis Association Incorporated, | |
| Defendants. | |

**NOTICE OF FIRM NAME CHANGE**

TO THE COURT, THE CLERK OF THE COURT, AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Axinn, Veltrop & Harkrider LLP has changed its name to Axinn LLP. The Firm's and its lawyers' addresses, phone numbers, fax numbers and emails remain the same.

PLEASE TAKE FURTHER NOTICE that the Court has been notified via the electronic filing system of the change from Axinn, Veltrop & Harkrider LLP to Axinn LLP.

2

Dated: July 20, 2026

Respectfully submitted,

*/s/ Bradley Justus*
Bradley Justus (*pro hac vice*)
Jeny M. Maier
Allison Vissichelli (*pro hac vice*)
AXINN LLP
1901 L Street NW
Washington, DC 20036
Phone: (202) 912-4700
Fax: (202) 912-4701
bjustus@axinn.com
jmaier@axinn.com
avissichelli@axinn.com

*Counsel for Defendant The All England Lawn
Tennis Club (Championships) Limited*