**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Vasek Pospisil, Nicholas Kyrgios, Anastasia Rodionova, Nicole Melichar-Martinez, Saisai Zheng, John-Patrick Smith, Noah Rubin, Aldila Sutjiadi, Varvara Gracheva, Tennys Sandgren, Sachia Vickery, Nicolas Zanellato, Christian Harrison, Ingrid Neel, and Marco Trungelliti, on behalf of themselves and all others similarly situated, | Civil Action No. 1:25-cv-02207-MMG |

-and-

The Professional Tennis Players Association,

Plaintiffs,

vs.

ATP Tour, Inc., WTA Tour, Inc., Tennis Australia Limited, Fédération Française de Tennis, All England Lawn Tennis Club (Championships) Limited, and United States Tennis Association Incorporated,

Defendants.

### [PROPOSED] ORDER

Upon consideration of the Memorandum of Law in Support of Player Plaintiffs' Motion for Approval of the Plan and Form of Notice to the Class, dated July 22, 2026; the supporting Declaration of Janeth Antonio and exhibits thereto; and otherwise for good cause shown, it is hereby:

ORDERED that, pursuant to Federal Rule of Civil Procedure 23(c)(2)(B), the Motion for Approval of the Plan and Form of Notice to the Class is GRANTED in its entirety.

1. The Notice Plan and Notice Forms are approved;

2. Verita Global is approved as Class Notice Administrator;

3.      Within 30 days of the later of (a) an Order from this Court approving the Notice Plan, or (b) Defendant Tennis Australia's production of class member contact information, the Class Notice Administrator shall: (i) initiate sending the Short Form Notice and Long Form Notice directly to all class members for whom Defendant has provided email addresses;  (ii) initiate the media campaign described above and in the Antonio Declaration; (iii) complete the dedicated website and telephone hotline number for the Settlement and (iv) coordinate with sports agencies who may notify their clients of the Settlement process.

4.      The deadline for class members to opt-out of the Settlement pursuant to the procedures set forth in the Long Form Notice shall be 45 days after the Notice date.

5.      The deadline for Plaintiffs to submit a declaration from the Class Notice Administrator confirming that the Notice Plan was executed per the Court's Order and setting forth the identities of those Class members, if any, who validly and timely opted out of the Class shall be 14 days after the opt-out deadline.

Dated: _____, 2026            _____

                                             Margaret M. Garnett
                                             United States District Judge