July 28, 2026

**Via PACER**

Hon. Margaret M. Garnett
United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *Pospisil, et al., v. ATP Tour, Inc., et al.*, No. 25-cv-2207-MMG

Dear Judge Garnett:

We are counsel for defendants ATP Tour, Inc., WTA Tour, Inc., Fédération Française de Tennis, The All England Lawn Tennis Club (Championships) Limited, and United States Tennis Association Incorporated ("Defendants") in the above-referenced case.[1]

We write further to our letter of July 2, 2026 (ECF No. 218) and in connection with Plaintiffs' letter of July 24, 2026 (ECF No. 226) (which did not respond to, among other things, the inconsistencies in Ms. Zheng's declarations or PTPA's alleged entanglement with Winners Alliance discussed in our letter), to advise the Court: (i) since the filing of the D.C. suit discussed in our July 2 letter, a second, similar suit was filed, in the U.S. District Court for the Northern District of Illinois, by a different faction purporting to represent PTPA, also to resolve who lawfully leads PTPA, and (ii) in each of the D.C. and N.D. Ill. suits, the Court has conducted TRO hearings and thereafter issued written orders, attached as Exhibits A and B.

If the Court wishes and so directs, Defendants will provide the Court with further information about and/or pleadings from these lawsuits.

---

[1] Defendants' submission of this letter does not waive, and Defendants expressly reserve, any and all objections and defenses regarding the Court's lack of jurisdiction, improper venue, and improper forum, as applicable.

Hon. Margaret M. Garnett
July 28, 2026
Page 2

Respectfully submitted,

*/s/ Bradley I. Ruskin*
Bradley I. Ruskin
Lee M. Popkin
Jordan B. Leader
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3465
Facsimile: (212) 969-2900
bruskin@proskauer.com
lpopkin@proskauer.com
jleader@proskauer.com

Kyle A. Casazza
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 284-5677
Facsimile: (310) 557-2193
kcasazza@proskauer.com

*Counsel for Defendant ATP Tour, Inc.*

*/s/ Bradley Justus*
Bradley Justus (pro hac vice)
Jeny M. Maier
Allison Vissichelli (pro hac vice)
Axinn
1901 L St NW
Washington, DC 20036
Telephone: (202) 912-4700
bjustus@axinn.com
jmaier@axinn.com
avissichelli@axinn.com

*Counsel for Defendant The All England*
*Lawn Tennis Club (Championships) Limited*

*/s/ Lawrence Buterman*
Lawrence E. Buterman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
lawrence.buterman@lw.com

Amanda P. Reeves (admitted pro hac vice)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
amanda.reeves@lw.com

Christopher S. Yates (admitted pro hac vice)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8157
chris.yates@lw.com

*Counsel for Defendant WTA Tour, Inc.*

Hon. Margaret M. Garnett
July 28, 2026
Page 3

*/s/ Derek Ludwin*
Derek Ludwin
Covington & Burling LLP
850 Tenth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 662-6000
dludwin@cov.com

*Counsel for Defendant United States Tennis Association Incorporated*

*/s/ Michael Schaper*
Michael Schaper
Jillian Tancil
DEBEVOISE & PLIMPTON LLP
66 Hudson Blvd.
New York, NY 10001
Telephone: (212) 909-6000
mschaper@debevoise.com
jtancil@debevoise.com

Tim Cornell
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Ave NW
Washington, DC 20004
Telephone: (202) 383-8000
tjcornell@debevoise.com

*Counsel for Defendant Fédération Française de Tennis*

Attachments

cc:      all counsel of record