**Weil, Gotshal & Manges LLP**

2001 M Street, NW Suite 600
Washington, DC 20036
+1 202 682 7000 tel
+1 202 857 0940 fax

**Andrew S. Tulumello**
+1 (202) 682-7100
drew.tulumello@weil.com

BY ECF

August 26, 2026

Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re: *Pospisil et al. v. ATP Tour, Inc. et al.,* No. 1:25-cv-02207-MMG (S.D.N.Y.)

Dear Judge Garnett:

Plaintiffs write regarding the DC lawsuit[1]—which the ATP Tour, Inc., WTA Tour, Inc., and Grand Slam Defendants Fédération Française de Tennis, The All England Lawn Tennis Club (Championships) Limited, and United States Tennis Association Incorporated brought to your Honor's attention, claiming it bore on standing issues pending in the Rule 12 briefing. *See* ECF Nos. 218, 227. Plaintiffs' response to that letter detailed the reasons why the suit had no bearing on any issues in the case. ECF No. 226.

In any event, the DC case now has been dismissed by all Plaintiffs (voluntarily—not as a result of a settlement). There is no longer a pending dispute involving the board governance of the Professional Tennis Players Association.

---

[1] *Professional Tennis Players Association, et al. v. Pospisil, et al.*, Case No. 2026-CAB-004387 (D.C. Super. Ct.).

Respectfully submitted,

*/s/ Andrew S. Tulumello*

Andrew S. Tulumello
Weil, Gotshal & Manges LLP
*Counsel for Plaintiffs*
(admitted *pro hac vice*)

cc: All counsel of record (via ECF)