**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Vasek Pospisil, Nicholas Kyrgios, Anastasia Rodionova, Nicole Melichar-Martinez, Saisai Zheng, Sorana Cîrstea, John-Patrick Smith, Noah Rubin, Aldila Sutjiadi, Varvara Gracheva, Tennys Sandgren, Sachia Vickery, Nicolas Zanellato, and Reilly Opelka, on behalf of themselves and all others similarly situated,<br><br>and<br><br>The Professional Tennis Players Association,<br><br>Plaintiffs,<br><br>v.<br><br>ATP Tour, Inc., WTA Tour, Inc., Tennis Australia Limited, Fédération Française de Tennis, All England Lawn Tennis Club (Championships) Limited, and United States Tennis Association Incorporated,<br><br>Defendants. | Case No. 1:25-cv-02207-MMG<br><br>**MOTION TO WITHDRAW** |

Pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, Zachary A. Schreiber respectfully requests that the Court grant leave to withdraw as counsel for Plaintiffs in the above-captioned action. Mr. Schreiber entered his appearance in this action while he was associated with Weil, Gotshal & Manges LLP. Effective October 3, 2025, Mr. Schreiber is no longer associated with Weil, Gotshal & Manges LLP, and he has not represented Plaintiffs in this action since that date.

Weil, Gotshal & Manges LLP and JW Quinn ADR LLC have represented Plaintiffs since the inception of this action and continue to do so. Mr. Schreiber's withdrawal will not delay these

proceedings and will not affect any deadline or the schedule in this action. Mr. Schreiber is not asserting a retaining or charging lien.

Notice of this motion to withdraw is being made contemporaneously on each of the Plaintiffs and Defendants through their counsel of record by ECF.

Accordingly, Mr. Schreiber respectfully requests that the Court grant him leave to withdraw his appearance.

Dated: August 27, 2026
New York, New York

Respectfully submitted,

/s/ *Zachary A. Schreiber*

Zachary A. Schreiber

GRANTED. The Clerk of Court is respectfully directed to terminate Dkt. No. 229.

SO ORDERED. Dated August 28, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE