Proskauer Proskauer Rose LLP Eleven Times Square New York, NY 10036-8299

Lee Popkin
Member of the Firm
d +1-212-969-3326
f +1-212-969-2900
lpopkin@proskauer.com
www.proskauer.com

October 9, 2026

**Via ECF**

Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007
GarnettNYSDChambers@nysd.uscourts.gov

Re: *Pospisil et al. v. ATP Tour, Inc. et al.*, No. 1:25-cv-02207-MMG (S.D.N.Y.)

Dear Judge Garnett:

We represent Defendant ATP Tour, Inc. and write on behalf of all defendants who are required to answer (collectively, "Defendants") to request an extension of the deadline to answer the operative complaint (ECF No. 210) from October 15, 2026, to November 16, 2026. The 182-page complaint contains more than 600 paragraphs and nine causes of action. It addresses numerous aspects of Defendants' businesses and alleges conduct spanning many years. Defendants need the additional time to respond adequately to the breadth of the allegations.

This is Defendants' first request to extend this deadline. Plaintiffs consent to the extension, which will not affect any other deadline in the case. The parties' next scheduled appearance before the Court is a conference on October 29, 2026.

Respectfully submitted,

*/s/ Lee Popkin*

Lee Popkin

cc: all counsel of record via ECF