application

Dictionary Thesaurus

# application noun

ap·pli·ca·tion ˌa-plə-ˈkā-shən

Synonyms of *application* >

NEW
Simple Definition

Cited in Pospisil v ATP Tour Inc
25CV02207 Decided 9/30/26
Archived on 10/13/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

**1** : an act of applying:

**a** (1) : an act of putting something to use

*application* of new techniques

(2) : a use to which something is put

new *applications* for old remedies

**b** : an act of administering or laying one thing on another

*application* of paint to a house

**c** : assiduous attention

succeeds by *application* to her studies

**2** **a** : **REQUEST**, **PETITION**

an *application* for financial aid

**b** : a form used in making a request

Dictionary Thesaurus

**5** : a medicated or protective layer or material

an oily *application* for dry skin

**6** : capacity for practical use

words of varied *application*

ADVERTISEMENT

Cited in Pospisil v ATP Tour Inc
25CV02207 Decided 9/30/26
Archived on 10/13/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

Relevance

| | |
|---|---|
| use | usage |
| exercise | operation |

See All Synonyms & Antonyms in Thesaurus

Our loan *application* has been approved.

Dictionary Thesaurus

See More

## Recent Examples on the Web

**Examples are automatically compiled from online sources to show current usage.** Read More

The Cream Multi-Stick can be used across cheeks, lips and eyes, delivering buildable color and a dewy finish through a creamy, weightless formula designed for mistake-proof ***application***.

– Kathryn Hopkins, *Footwear News*, 13 Oct. 2026

Western Commissioner Rick Lett said the event permit ***application*** has been handled with guidance from the county's legal adviser, and that if the H Highway bridge had been out, the county likely would have denied the application.

– Glory Reitz, *Arkansas Online*, 12 Oct. 2026

Buy a small jar, pick one ***application*** from the list above and run the comparison yourself.

– Lauren Jarvis-Gibson, *Charlotte Observer*, 12 Oct. 2026

Justifying his decision, Herzog's office cited the years that had passed, Azaria's expression of sorrow in his ***application*** for a pardon, and the approach of Yom Kippur, the Jewish Day of Atonement.

– Tamir Sorek, *The Conversation*, 12 Oct. 2026

See All Example Sentences for *application*

ADVERTISEMENT

Cited in Dospial v ATP Tour Inc 25CV02207 Decided 9/30/26 Archived on 10/13/26 This document is protected by copyright. Further reproduction is prohibited without permission.

Dictionary Thesaurus

## Etymology

Middle English *applicacioun,* borrowed from Middle French & Medieval Latin; Middle French *applicacion,* borrowed from Medieval Latin *applicātiōn-, applicātiō* "bringing into contact, coming to shore, bringing into use for a particular purpose," going back to Latin, "act of attaching or joining," from *applicāre* "to bring into contact (with), situate near, bring to bear (on)" + *-tiōn-, -tiō,* suffix of verbal action — more at APPLY

Cited in Pospell v. ATP Tour Inc
25CV02207 Decided 9/30/26
Archived on 10/13/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

## First Known Use

14th century, in the meaning defined at sense 1

## Time Traveler

**The first known use of *application* was in the 14th century**

See more words from the same century

application program interface

application programming interface

Dictionary Thesaurus

Cited in Pospisil v ATP Tour Inc
25CV02207 Decided 9/30/26
Archived on 10/13/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

abdication
aberration
abjuration
abnegation
abrogation
acceptation
acclamation
acclimation
accusation
activation
actuation
acylation

See All Rhymes for *application*

Dictionary Thesaurus

See All Nearby Words

**Style** MLA

"Application." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/application. Accessed 13 Oct. 2026.

Copy Citation

ADVERTISEMENT

Cited in Pospisil v. ATP Tour Inc.
25CV02207 Decided 9/30/26
Archived on 10/13/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

Dictionary Thesaurus

*application* of paint to a house

**b** **:** an act of putting to use

*application* of a new method

**c** **:** the use to which something is put

**2** **:** ability to fix one's attention on a task

**3** **a** **:** a request made personally or in writing

an *application* for a job

**b** **:** a form used for making a request

fill out a job *application*

Cited in Pospisil v ATP Tour Inc 25CV02207 Decided 9/30/26 Archived on 10/13/26 This document is protected by copyright. Further reproduction is prohibited without permission.

**4** **:** something put or spread on a surface

an oily *application* for dry skin

**5** **:** ability to be put to practical use

**6** **:** a computer program that performs one of the major tasks for which a computer is used

# application noun

ap·pli·ca·tion ap-lə-ˈkā-shən

Dictionary Thesaurus

ADVERTISEMENT

Cited in Pospisil v ATP Tour Inc
25CV02207 Decided 9/30/26
Archived on 10/13/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

# application noun

ap·pli·ca·tion

**:** a request for action or relief

most *applications* request bail…or an extension of time to file
– W. J. Brennan, Jr.

*also* **:** a form used to make such a request

an insurance *application*

Dictionary Thesaurus

MERRIAM-WEBSTER UNABRIDGED

Last Updated: 13 Oct 2026 - Updated example sentences

ADVERTISEMENT

Cited in Pospisil v ATP Tour Inc
25-CV02207 Decided 9/30/26
Archived on 10/13/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

## Top Lookups

Next refresh: 27

1 67
2 acquire
3 classified
4 convivial
5 depleted
6 ameliorate
7 nonplus

Merriam-Webster

Dictionary Thesaurus

Do You Need a New Language Peeve?

The Real Origin of 'Supercalifragilistic'

9 Words That Sound Like Insults But Aren't

Cited in Pospisil v ATP Tour Inc 25CV02207 Decided 9/30/26
Archived on 10/13/26
This document is protected by copyright. Further reproduction is prohibited without permission.

Dictionary Thesaurus

### The Missing Letter

A daily crossword with a twist

Play

### Quiz: Sounds Like...

Choose the word that sounds like it fits the clue...

Take the quiz

Cited in Pospisil v ATP Tour Inc
25CV02207 Decided 9/30/26
Archived on 10/13/26
This document is protected by copyright
Further reproduction is prohibited without permission

See All

Learn a new word every day. Delivered to your inbox!

Your email address SUBSCRIBE

Help | About Us | Apps | Advertising Info | Contact Us | Privacy Policy | Terms of Use

Dictionary Thesaurus

Cited in Pospisil v ATP Tour Inc
25CV02207 Decided 9/30/26
Archived on 10/13/26
This document is protected by copyright.
Further reproduction is prohibited without permission.